ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
APR 8 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CNA CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No: 08-249 C<br>Judge: ________ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, The CNA Corporation ("CNAC") respectfully submits this corporate disclosure statement. CNAC states that it has no parent companies. Furthermore, there is no publicly held company that owns more than 10% of CNAC.

Dated: April 8, 2008

Respectfully submitted,

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel for The CNA Corporation

*Of Counsel:*

Daniel S. Herzfeld
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859

Caroline L. Plant
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Corporate Disclosure Statement was served by U.S. Mail (first class, postage pre-paid) and e-mail on April 8, 2008, upon:

Matthew Solomson, Esq.
Trial Attorney, Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530



600526029v1