ORIGINAL

FILED
APR 8 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| THE CNA CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-249 C<br>(Judge _______) |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to RCFC 40.2(a)(1), Plaintiff The CNA Corporation ("CNAC"), respectfully submits this notice that this case is directly-related to a prior case – *CNA Corporation v. United States*, No. 07-858 (Horn, J.). In the Court's January 3, 2008 Order in Case No. 07-858, Judge Horn stated: "Any future protests by plaintiff stemming from the award or non-award of the [National Institutes of Health] studies at issue in this case shall be assigned to the undersigned judge. In any fresh complaint, plaintiff shall draw the attention of the clerk's office to the relationship of possible future cases to this order."

Furthermore, consistent with the requirements of RCFC 40.2(a)(1), the instant case involves the same agency – the National Institutes of Health – the same plaintiff – CNAC – and the same requirement under the National Children's Study ("NCS") for a contract for a center in Montgomery County, Maryland ("Montgomery County Contract") that CNAC previously successfully protested. NIH has recently issued an ethics decision concluding that CNAC's Dr. Sarah Friedman was barred from acting as the Principal Investigator under the 2007 NCS solicitation and has stated that the same conclusion is likely for the 2008 NCS solicitation, which

NIH released on the same day as the ethics decision. The closing date for proposals is May 2, 2008 for the 2008 NCS solicitation, which includes the Montgomery County Contract.

For the foregoing reasons, CNAC respectfully states that the instant case is directly-related to the prior case No. 07-858 and respectfully requests that the Court assign this case to Judge Horn per her directions in her January 3, 2008 Order.

Dated: April 8, 2008

Respectfully submitted,

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel for The CNA Corporation

*Of Counsel:*

Daniel S. Herzfeld
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7612
(703) 770-7901 (fax)

Caroline L. Plant
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Directly Related Case was served by U.S. Mail (first class, postage pre-paid) and e-mail on April 8, 2008, upon:

Matthew Solomson, Esq.
Trial Attorney, Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530



600526014v1