# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
**THE CNA CORPORATION,** *
**Plaintiff,** *
**v.** *
**UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * *

**No. 08-249C**
**Filed: April 8, 2008**

## O R D E R

The court received a bid protest in the above-captioned case within the last hour. The protest seeks injunctive relief. The court **SCHEDULES** a hearing on the protest for **Wednesday, April 9, 2008, 3:15 p.m. DST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties shall appear in person for the hearing, and be prepared to address pertinent issues, including whether the court currently possesses jurisdiction over the protest under the current posture of the case. The courtroom number will be posted on April 9, 2008.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**