IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-249 C |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Matthew H. Solomson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12106
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Matthew H. Solomson
Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-3274
Facsimile: (202) 307-0972
Email: Matthew.Solomson@usdoj.gov

April 9, 2008