# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**THE CNA CORPORATION,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 08-249C**
**Filed: April 9, 2008**

## O R D E R

The court held a hearing in the above-captioned case on April 9, 2008, with the parties appearing in person. As discussed at the hearing, on or before **Thursday, April 17, 2008, 12:00 p.m.**, the parties shall file simultaneous opening briefs on both the standing and ethics issues. On or before **Monday, April 21, 2008, 12:00 p.m.**, the parties shall file simultaneous reply briefs. The court **SCHEDULES** a hearing on the bid protest for **Tuesday, April 22, 2008, 2:00 p.m. DST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties shall appear in person for the hearing. The courtroom number will be posted on the day of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**