# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

THE CNA CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * *

**No. 08-249C**
**Filed: April 10, 2008**

## O R D E R

With respect to the briefing schedule established in the court's order of April 9, 2008, in order to insure quick disposition, given the time deadlines in this pre-award bid protest, the parties shall include in their briefs sufficient facts for the court to be able to decide the issues. If there is a material fact upon which the parties disagree, the parties shall include the basis for the disagreement in their briefs. Factual statements should, when possible, be supported with citation to supporting, existing documents or a declaration, if appropriate, in an appendix to the briefs.

Repeating the briefing schedule from the earlier order, on or before **Thursday, April 17, 2008, 12:00 p.m.**, the parties shall file simultaneous opening briefs on both the standing and ethics issues. On or before **Monday, April 21, 2008, 12:00 p.m.**, the parties shall file simultaneous reply briefs. The court **SCHEDULES** a hearing on the bid protest for **Tuesday, April 22, 2008, 2:00 p.m. DST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties shall appear in person for the hearing. The courtroom number will be posted on the day of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**