# PRESENTATION GUIDE

1) Overview: Please provide an overview of the study design you are presenting, focusing on the structural aspects. For example,

a) What advisory structure did (does) the study have? In other words, how were (are) decisions made to determine what to study and how to study it?
b) Develop a timeline for the planning phase. How long was the total planning phase (lag time between date study was proposed and date first subject was enrolled)? How much of that time was spent on fundraising, developing questionnaires, piloting, etc?
c) What specific pilots did you conduct during the planning phase? Please describe them and whether or not they were helpful.
d) What was the size of the cohort?
e) How were subjects recruited, how did you contact them and under what schedule? What fraction consented to participate? What fraction has/had been followed successfully over time?
f) What level of personnel effort and cost was required to set up and maintain the cohort?
g) How did you collect data?
h) How did you follow up (written or phone questionnaire, exam, interview, etc.)?
i) How did you maintain follow-up?
j) What are the general strengths and weaknesses of the study design you are presenting?
k) How could exposure measurements have enhanced the study?

2) Applicability to "Straw Man":

a) Would the study design you are presenting be appropriate for a cohort as envisioned by the "straw man"?
b) If so, how could the "straw man" be accomplished within the context of the structure you are presenting?

3) What are the strengths of your design for conducting the proposed study?

4) What are the weaknesses and limitations of your design vis a vis the proposed study?

5) How likely is this design to get subjects to participate, both initially and at follow-up?

6) Are there specific or unique issues of confidentiality or other human subjects concerns?

7) In broad terms (cost analysis not necessary), how many people and with what skills would it take to accomplish the "straw man" within your study design?

8) Are there appropriate designs for conducting this cohort that we have not considered?

9) How can exposure measurements enhance the study?

# STRAW MAN

## Potential Themes and Related Data Elements to be Collected at Specified Points

This framework of data elements to be collected at designated points in time during the study include exposure assessment and potential outcomes arranged by proposed "themes." The themes of outcomes are used only as examples, are not ranked in any way, and are neither inclusive nor mandatory. (Determining outcomes to be studied is not our purpose here.) However, knowing factors that might be used to determine the outcomes ultimately studied is important in assessing study designs that may be appropriate. Such factors that might determine outcomes to be studied include:

– importance to public health;
– incidence/prevalence;
– ability to collect data using the study design;
– ease of applying diagnostic criteria (techniques for field study, likelihood of misclassification, etc.)

# STRAW MAN

## Time Period

| Theme | Preconception | Early, Mid, Late Pregnancy | Birth | Postnatal Infant | Toddler/ Preschool | School aged 7 - 10 years | Age 10 and Up |
|---|---|---|---|---|---|---|---|
| Exposure Assessment | Interview; blood/urine other (saliva, buccal swabs); genetic markers; exposure from food, water, air. | Interview; maternal blood/ urine, other (saliva, buccal swabs); exposure from food, water, air. | Cord blood; placenta; maternal blood; breast milk. | Interview; breast milk; infant blood/ urine; buccal swab exposure from food, water, air. | Interview; blood/urine other; exposure from food, water, air. | Interview; blood/urine other; exam. | Interview. |
| Growth | Maternal and paternal size, current and past. | Ultrasound; Maternal and paternal size, if not already collected. | Birth weight; intrauterine growth retardation; preterm delivery; and gestational age. | Postnatal growth (height, weight, head circum-ference). | Postnatal growth; body proportions. | Postnatal growth; body proportions; Tanner scales. | Tanner scales. |
| Death | | Spontaneous abortion/fetal death. | Infant death. | Infant death. | Death. | Death. | Death. |

(Continued - 2)

**STRAW MAN**

**Time Period**

| **Theme** | **Preconception** | **Early, Mid, Late Pregnancy** | **Birth** | **Postnatal Infant** | **Toddler/ Preschool** | **School aged 7 - 10 years** | **Age 10** |
|---|---|---|---|---|---|---|---|
| **Birth Defects** | | Ultrasound or termination (e.g. anencephally) | Record review/exam. | Record review/exam. | Record review/exam. | Continue to follow. | Continue to follow. |
| **Cancer** (size of cohort) | | | | Record review, registry link. | Record review, registry link. | Record review, registry link. | Record review, registry link. |
| **Neuro-developmental** | | Maternal blood/ urine for biomarkers (immune status, inflammation, thyroid function, measures of stress); ultrasound for multiple gestation. | Exam (e.g., (Brazelton, hearing); records on screening, blood specimens. | Motor (e.g., cerebral palsy); behavior; maternal-infant bonding. | Previous plus IQ/ cognitive ability, language hearing, vision. | Previous plus learning disabilities assessment, ADHD. | Previous |
| **Respiratory/ Immune** | | | Immune system development. | Asthma, allergies, immune system development. | Previous. | Previous plus pulmonary (age 8 +) | Previous. |

(Continued - 3)

**STRAW MAN**

**Time Period**

| **Theme** | **Preconception** | **Early, Mid, Late Pregnancy** | **Birth** | **Postnatal Infant** | **Toddler/ Preschool** | **School aged 7 - 10 years** | **Age 10** |
|---|---|---|---|---|---|---|---|
| **Reproductive** | | | | | | Tanner scales. | Previous plus menses. |
| **Endocrine** | | | | | | | Glucose tolerance test. |
| **Cardiovascular** | | | | Central pulse rate, blood pressure. | Central pulse rate (to age 4), blood pressure. | Blood pressure (age 5+). | Blood pressure, lipids, fibrinogen, genetic markers for thrombophilia. |
| **Infectious Diseases** | Antibody status, markers for chronic endometritis | Biomarkers (cytokines, other markers). | | Respiratory infections, otitis, immuni-zation. | Respiratory infections, otitis, immuni-zation. | Respiratory infections, otitis, immuni-zation. | |

Enclosures - 4

1. Agenda
2. Charge to Presenters
3. Straw Man
4. Hotel Information

Rob Amler, MD
Coleen Boyle, PhD
Dave Erickson, DDS, PhD
Elaine Gunter, PhD
Bryan Hardin, PhD
Dick Jackson, MD
Muin Khoury, MD, PhD
Carol Rubin, DVM, MPH
Diana Schendel, PhD
Tom Sinks, PhD
Ed Sondik, PhD
William Farland, PhD
Judy Graham, PhD
Karren Hammerstrom, JD
Hugh McKinnon, MD
Ramona Trovato
Vanessa Vu, PhD
Hal Zenick, PhD
Duane Alexander, MD
Wendy Baldwin, PhD
Joe Fraumeni, MD
Bob Hoover, MD
Peter Kaufmann, MD
Doreen Koretz, PhD
Martha Linet, MD
John Marler, MD
Ken Olden, PhD
Roberto Romero, MD
Peter Scheidt, MD, MPH
Elizabeth Thomson, MS, RN
Allen Wilcox, MD, PhD
Ashley Coffield
Lynn Goldman, MD, MPH
Donald Mattison, MD
Evelyn Rodriguez, MD
Michael Weitzman, MD

# A SAFE AND HEALTHY ENVIRONMENT FOR CHILDREN

## *A National Longitudinal Cohort Study of Environmental Impacts on Children and Families*

June 2000

The President's Task Force on Environmental Health Risks and Safety Risks to Children

## THE PRESIDENT'S TASK FORCE ON ENVIRONMENTAL HEALTH RISKS AND SAFETY RISKS TO CHILDREN

President William Jefferson Clinton issued Executive Order 13045 on April 21, 1997, directing each Federal Agency to make it a high priority to identify, assess, and address children's environmental health and safety risks. In issuing this order, the President also created the Task Force on Environmental Health Risks and Safety Risks to Children, co-chaired by Donna E. Shalala, Secretary of the U.S. Department of Health and Human Services, and Carol M. Browner, Administrator of the U.S. Environmental Protection Agency. The Task Force was charged with recommending strategies for protecting children's environmental health and safety.

### MEMBERS

Honorable Donna E. Shalala
Task Force Co-chair
Secretary
U.S. Department of Health and Human Services

Honorable Carol M. Browner
Task Force Co-chair
Administrator
U.S. Environmental Protection Agency

Honorable Alexis Herman
Secretary
U.S. Department of Labor

Honorable Janet Reno
Attorney General
U.S. Department of Justice

Honorable Andrew Cuomo
Secretary
U.S. Department of Housing and Urban Development

Honorable Bill Richardson
Secretary
U.S. Department of Energy

Honorable Richard Riley
Secretary
U.S. Department of Education

Honorable Dan Glickman
Secretary
U.S. Department of Agriculture

Honorable Rodney Slater
Secretary
U.S. Department of Transportation

Honorable Ann Brown
Chairman
U.S. Consumer Product Safety Commission

Honorable Jacob J. Lew, Director
Office of Management and Budget

Honorable George Frampton, Chair
Council on Environmental Quality

Honorable Martin N. Bailey
Chair
Council of Economic Advisors

Honorable Neal Lane, Director
Office of Science and Technology Policy

Honorable Gene Sperling
Assistant to the President for Economic Policy

Honorable Bruce Reed
Assistant to the President for Domestic Policy

## THE LONGITUDINAL COHORT PLANNING GROUP

The Longitudinal Cohort Planning Group was organized under the auspices of the Developmental Disorders Workgroup of the President's Task Force on Environmental Health

Risks and Safety Risks to Children.

**MEMBERS**

Maurice Berry, Ph.D.
National Exposure Research Laboratory
U.S. Environmental Protection Agency

Adolfo Correa, M.D., Ph.D.
National Center for Environmental Health
Centers for Disease Control and Prevention

Cynthia Hale, M.P.A.
National Center for Environmental Health
Centers for Disease Control and Prevention

Samuel S. Kessel, M.D., M.P.H.
Office of the Secretary
Department of Health and Human Services

Carole A. Kimmel, Ph.D.
National Center for Environmental Assessment
U.S. Environmental Protection Agency

Mark Klebanoff, M.D., M.P.H.
National Institute of Child Health and Human Development
National Institutes of Health

Matthew Longnecker, M.D., Sc.D.
National Institute of Environmental Health Sciences
National Institutes of Health

Carol Magee, Ph.D., M.P.H.
Department of Veterans Affairs

Cynthia A. Mamalian
National Institute of Justice
Department of Justice

Pauline Mendola, Ph.D.
National Health and Environmental Effects Research Laboratory
U.S. Environmental Protection Agency

Jerome A. Paulson, M.D.
National Center for Environmental Health
Centers for Disease Control and Prevantion
Office of the Secretary
Department of Health and Human Services

Dalton Paxman, Ph.D.
Office of the Secretary
Department of Health and Human Services

W. Garry Rudolph, M.D.
Bureau of Medicine and Surgery
United States Navy

Kenneth Schoendorf, M.D., M.P.H.
National Center for Health Statistics
Centers for Disease Control and Prevention

Sherry Selevan, Ph.D.
National Center for Environmental Assessment
U.S. Environmental Protection Agency

Thomas Sinks, Ph.D.
National Center for Environmental Health
Centers for Disease Control and Prevention
Sue Swenson, M.B.A., M.A.
Administration on Developmental Disabilities

Allen Wilcox, M.D., Ph.D.
National Institute of Environmental Health Sciences
National Institutes of Health

Marshalyn Yeargin-Allsopp, M.D.
National Center for Environmental Health

Centers for Disease Control and Prevention

# EXECUTIVE SUMMARY

Executive Order 13045 (April 21, 1997) directs Federal agencies to make it a high priority to identify, assess, and address children's environmental health and safety risks, and created **the Task Force on Environmental Health Risks and Safety Risks to Children.** Co-chaired by the Secretary, HHS, and Administrator, EPA, the Task Force was charged to recommend strategies to protecting children's environmental health and safety, and chose four priorities: (1) asthma; (2) unintentional injuries; (3) cancer; and (4) developmental disorders. The Developmental Disorders (DD) Workgroup recognized that a large, prospective cohort study of children could offer a comprehensive approach to understanding how the environment, family, and society interact with the genetic constitution of the developing fetus and child. Large longitudinal studies of U.S. children were conducted 40-50 years ago, but the feasibility of conducting a modern-day longitudinal cohort study of children was in question.

On **January 12, 2000**, the Planning Committee of the DD Workgroup convened an expert panel to present state-of-the-art exposure assessment techniques and alternative study structures and methods to about 90 invited participants from government, academia, and private sector. Presentations highlighted issues to be considered in deciding the feasibility of such a study. General conclusions of participants' discussion were:

- General support and extremely positive encouragement for conducting a large cohort study.
- Realization that children cannot be studied apart from their parents and their families and that studies should be sensitive to behavioral, social, and cultural aspects of the children and families.
- Need to develop specific hypotheses using a longitudinal cohort approach.
- Critical need for broad-based support within the communities proposed to be studied.
- Need to address from the beginning ethical issues regarding collection, storage, and eventual distribution of information, biologic specimens, genetic material, and environmental samples.
- Observation that the study should take advantage of the latest in information technology.
- Need for resolution of issues of internal versus external validity, particularly regarding follow-up.
- Need for diversity of the study population; need for a "representative" sample was not resolved.
- Modern bio-analytic and environmental monitoring techniques should be planned into the study.
- Need for interaction/collaboration among all the Federal agencies.
- Need for new money to conduct the study.
- Need for a strong, central, small directing group dedicated solely to designing/conducting the study.

**On January 13**, the Planning Committee developed the following recommendations to the Task Force:
(1) The Task Force should plan a national longitudinal cohort study of children's environmental health.
(2) New money for this study is imperative.
(3) Full-time personnel are required to organize/oversee movement into the pre-pilot study planning phase.

**TIMELINE FOR FUTURE ACTIONS: Pre-pilot Phase**

| | |
|---|---|
| April 2000 | Develop study hypotheses that can only address important public health issues through longitudinal cohort study. |
| April 2000 | Establish an interagency coordinating team to oversee/organize the pre-pilot planning. |
| May 2000 | Begin to determine options for study design through consultations and |

committees.

| | |
|---|---|
| Jan-April 2000 | Develop a proposed study design. |
| July-Sept 2001 | Funding of first pilot studies. |

## INTRODUCTION

Evaluating the link between environmental exposures and developmental disorders in children is a difficult research challenge. The range of developmental disorders is extremely wide, as is the range of exposures that might effect a child's intellectual, physical, emotional or social growth and development. Many exposures have different effects when they occur at different times, either before or after birth; for some exposures this critical window may be short. Short critical windows make the retrospective study of exposures that might cause developmental disorders in children very difficult. A prospective, longitudinal study of pre- and post- natal growth and development, in which information is collected at multiple points in time about pregnant women and subsequently about their children and families, is the optimum design with which to study the dynamic nature of growth and development. However, longitudinal cohort studies of pregnancy and childhood are difficult to carry out. The last such large cohort studies in the United States were begun in the 1950s and early 1960s, and the feasibility of conducting such a study in present times is uncertain.

To explore the feasibility of conducting a large, longitudinal cohort of pregnancy, childhood and adolescence, the Centers for Disease Control and Prevention, U.S. Environmental Protection Agency and National Institutes of Health, under the auspices of the President's Task Force on Environmental Health Risks and Safety Risks fo Children, conducted a consultation on January 12 and 13, 2000. Experts from within and outside the Government who have experience in the design and conduct of large, longitudinal cohort studies were invited to provide advice regarding the feasibility of conducting a longitudinal cohort study, as well as regarding issues that must be considered is such an undertaking. This report details the background of this consultation, as well as its results.

## A SAFE AND HEALTHY ENVIRONMENT FOR CHILDREN

A growing body of science indicates that a child's growth and development are enhanced by a healthy and safe environment. Conversely, children may suffer disproportionately from environmental health and safety risks. Some normal childhood behaviors may result in exposures to physical, chemical, biological, or psychosocial threats, contaminants, and safety hazards. Pound for pound, children eat and drink more food and liquids, and breathe more air than adults. Children grow rapidly, and their absorption, distribution, metabolism, and excretion of various substances change over time, affecting how well they tolerate environmental exposures. Children by their very nature - small in size and weight - are less able to withstand the energy forces associated with injury and are less well protected by adult/standard safety features.

A child's environment represents more than hazards related to a specific exposure. It characterizes the totality of conditions and milieu in which a child grows and develops. The consequences of an unsafe and unhealthy environment may have long latency periods that result in untoward outcomes later in time. Thus, the scope of securing a safe and healthy environment for children is broad and encompasses the tenets of protection, prevention, and promotion throughout the life cycle.

The President's Task Force on Environmental Health Risks and Safety Risks to Children is

guided by a directorate comprised of a senior staff planning committee and workgroups on (1) program implementation and (2) data needs and research. In addition, four workgroups were formed to address the following priority areas: (1) asthma, (2) unintentional injuries, (3) cancer, and (4) developmental disorders.

Collectively, these priority areas represent key sentinel conditions concerning childhood morbidity and mortality. They also represent important opportunities for disease prevention and health promotion to prevent or relieve lifelong injury, illness and disability. In addition, their successful resolution requires broad cooperation and support from quality health and human services, environmental and legal protection, quality education, nutritious and safe foods, and safe and clean transportation. A safe and healthy environment for children requires safe labor and industry practices, safe and appropriate housing, safe consumer products and energy, as well as sound complementary fiscal, economic, domestic, and science policy.

The President's Task Force on Environmental Health Risks and Safety Risks to Children has employed four principles in directing its efforts: (1) primary prevention - eliminating the threat of exposure to harmful events or hazardous substances; (2) secondary prevention - providing screening, treatment, and follow-up care before the condition deteriorates to irreversible morbidity or mortality; (3) surveillance and monitoring - providing data for evaluation, decision making and resource allocations; and (4) research - generating new knowledge for effective primary prevention and quality treatment.

## STRATEGIC SCIENCE

Evaluating the link in humans between environmental exposures and developmental disorders is a major research challenge given the range of outcomes that may arise from one exposure and the variety of factors that can result in a given outcome. The range of developmental disorders affecting children is wide and includes intrauterine growth retardation, infant mortality, birth defects, suboptimal postnatal growth and development, functional deficits (e.g., neurobehavioral, immune, reproductive, respiratory) and possibly the foundations for chronic diseases of adulthood. The factors that might be responsible for these outcomes are equally diverse. Prenatally, they range from genetic disorders to *in utero* exposures to infectious agents, poor maternal nutrition, tobacco, alcohol, drugs, and other chemicals. Even before conception, exposures of parents to radiation and chemotherapeutic agents have been linked with developmental disorders. In early childhood, exposures of concern run the gamut from lead and environmental tobacco smoke to lack of a nurturing and stimulating environment. The timing and pattern of these exposures impacts the types of effects that are seen, and the degree to which children are affected.

It is estimated that more than 150,000 babies in the U.S. (about 4 percent of all live births) are born with significant birth defects each year. Ranging from severe to mild, 2% to 17% of children in the U.S. have a developmental disorder, such as cerebral palsy, mental retardation, autism, or a hearing impairment. While the exact proportion attributable to environmental factors is unknown, exposure to environmental hazards often have lasting and profound consequences for children's growth and development that may not manifest themselves until adulthood. A child's nervous system, reproductive organs, and immune system grow and develop rapidly during the first months and years of life. As organ structures develop, vital

connections between cells are established. These delicate developmental processes in children may be easily and irreversibly disrupted by environmental substances, such as lead, mercury, and polychlorinated biphenyls (PCBs), producing lasting changes in intelligence, behavior, and reproductive capability.

The consequences of both prenatal and postnatal lead exposure demonstrate the importance of investigating both acute and life-long toxicity and harmful effects in several domains. Lead is a neurotoxic metal that affects areas of the brain associated with regulating behavior by altering the output of neurotransmitters and disrupting the development of nerve cells. Exposure of pregnant women to lead may result in transfer of the metal to a developing fetus, resulting in developmental problems, while exposure of children, even to low levels, can cause lowered intelligence, reading and learning disabilities, impaired hearing, reduced attention span, hyperactivity, and antisocial behavior. Many of these problems last a lifetime and impact the quality of life of the child and his or her family.

Consequently, the President's Task Force on Environmental Health Risks and Safety Risks to Children seeks to establish and coordinate efforts of a unique multi-agency strategy to implement a longitudinal cohort study of environmental impacts on children and families. This national effort will assess the effects of early and ongoing exposures to physical, chemical, biological and psycho-social environmental influences on children's well-being, identifying both risk and protective factors.

## SCOPE AND NATURE OF THE INVESTIGATION

In principle, the study design that can best define the effects of multiple environmental exposures, occurring at multiple points during development, on a wide array of possible outcomes is the prospective cohort study. A prospective cohort study can evaluate both chronic and intermittent exposures while avoiding many of the difficulties that alternative study designs have when attempting to reconstruct this information. However, few cohort studies of children have actually been carried out. The only U.S. studies to take a longitudinal approach to examining multiple facets of exposures and specific health outcomes in children were the Federally sponsored Collaborative Perinatal Project, Child Health and Development Studies, and Kauai Child Development Study, all of which were done about 40 years ago. In other countries, such studies are currently underway (e.g. the Avon Longitudinal Study of Pregnancy, Adolescence and Childhood; and the Danish National Birth Cohort Study) or are being planned (e.g. a study of Norwegian children). A similar cohort approach has been used to study chronic health conditions in adults, e.g., the Framingham study.

U.S. researchers have considered conducting a similar present-day study of children, but no planning for such an effort has been undertaken to date due to the expense and time required to plan and conduct a longitudinal study. However, given the recent developments in biomarkers of exposures and outcomes and the experience gained in cohort studies with a narrow scope, it is desirable to now consider conducting a large, prospective cohort study of children, their parents and their families. This would represent a more comprehensive approach to understanding how the environment, family and society interact with the genetic constitution of the developing fetus and child to foster optimal childhood growth and development, and how environmental exposures can adversely affect that growth and development.

Understanding the complexity of human growth and development requires special investigative approaches. Conducting a longitudinal cohort study of children and families is such a special vehicle and it is a unique and necessary approach to assess the effects of prenatal, postnatal, and early childhood exposures to physical, chemical, biological, and psycho-social environmental influences on children's well-being. Central to understanding children's growth and development are the biological, behavioral, social, emotional, educational, and contextual consequences for identifying both risk and protective factors.

The longitudinal study represents a major legacy effort inaugurated by the Task Force. This effort will create an extensive national scientific resource and an interactive and collaborative research infrastructure for basic and applied scientists that will accelerate the pace of gaining new knowledge to improve the health and well-being of children for successive generations. It will enable maximum advantage of new developments in measurement, instrumentation and specimen preservation in the discovery of new knowledge integrated with information garnered from the genome project. This new investment will complement the existing children's environmental health research centers supported by this nation. Funding this research will represent a major commitment to discovering basic mechanisms of developmental disorders and environmental factors that influence growth and developmental processes.

The expertise of several agencies has been combined to explore the possibilities for developing a longitudinal cohort study of children. The study will begin during pregnancy and is intended to follow the children into adulthood. Assessments and data collection will include adverse physical, functional, and psycho-social consequences of environmental exposures. During FY1999 and FY2000, experts were consulted to assess the feasibility and benefits from various designs of longitudinal studies to guide future development of planning a study, conducting pilot tests, and providing information, including cost projections and scope, on which to base design decisions.

## ASSESSING FEASIBILITY

On January 12, 2000, a group of experts with experience in conducting large cohort studies was convened in Washington, D.C. by the Planning Group. Two presentations were made as background to the discussions, one on exposure measurements by Dr. Maurice Berry (EPA/ORD/NERL), and one on biological specimen collection, analysis and storage by Dr. Terry Phillips (NIH/OD). Subsequently, experts on various types of cohort studies presented background on their respective approaches. These included a review of 1) the National Collaborative Perinatal Project by Dr. Karin Nelson (NIH/NINDS); 2) the Danish national cohort study by Dr. Jorn Olsen (Danish Epidemiology Science Center); 3) the Bogalusa Heart Study by Dr. Gerald Berenson (Tulane University); 4) the Avon Longitudinal Study of Pregnancy and Childhood by Dr. Jean Golding (University of Bristol); 5) HMO-based studies by Dr. Barbara Cohn (The Public Health Institute, Berkeley) and Dr. Diana Petitti (Kaiser Permanente, Southern California); and 6) the Nurses Health Study by Dr. Frank Speizer (Harvard University). Presentations highlighted issues that need to be considered in deciding to commence such a study, including specific advantages and disadvantages of each study type, and its overall feasibility. The experts were asked to provide information regarding the value and feasibility of a large, longitudinal study of children and the environment. Invited discussants

commented on each approach and general discussion of all of the approaches was held at the end of the day. The following points and suggestions were made:

- While the specific nature of the longitudinal cohort study will require time and careful consideration of nominal hypotheses, there was general support and extremely positive sentiment for the possibility of conducting a large cohort study.

- Since children cannot be separated from the families in which they live, a longitudinal study must be a study of children, parents and families, and not just a study of children. The study should both collect information on and be sensitive to the behavioral, social and cultural aspects of the children and their families.

- Before giving further consideration to the settings and structure for the study, hypotheses must be developed. There was agreement that a large, long-term longitudinal study must address questions that are of importance to public health and the health of children, and that would be difficult or impossible to address with a smaller, shorter-term and less expensive design. A benefit of a longitudinal design is the ability to evaluate biomarkers of exposures and environmental measurements during critical windows of development, which continue throughout the life course, and to link exposures at particular times in development with their effects.

  ✓ There was considerable discussion, both from the experts and within the Planning Group, regarding how narrowly or broadly focused the hypothesis should be. However, it was recognized that a study intending to address the health, growth and development of children must collect a wide range of information, from direct assessments of the immediate environment to indirect factors that may relate to a child's ultimate growth and development. Wide-ranging data collection does not mean such a study is merely a "fishing expedition."

  ✓ Rather than specifying a particular setting for the study, such as within an HMO, a University hospital clinic, a geographic region, etc., the consultants believed that it was preferable to specify the study design, the common protocol, etc., and let investigators representing different institutions and settings submit proposals describing how they would carry out the protocol.

  ✓ One design feature to be considered is a "core protocol" that all participants would follow, with the opportunity to incorporate modular components or "special studies" based on the characteristics, interests and expertise of the individual sites.

- Building support for a large cohort study both within the technical communities and study participants will be critical. In particular, two similar cohort studies planned or underway in Europe were either severely delayed or required major modification due to failure to build support within the community of general practitioner physicians. The support for the study within the community of parents is as crucial as the support from the medical and research communities. Input from all of these communities (parent, medical and research) should be obtained early in the process.

  ✓ Ethical issues regarding collection, storage and eventual distribution of information, biologic specimens, genetic material, and environmental samples are paramount and must be addressed from the beginning of the planning process.

  ✓ The need to garner support for the study should not be allowed to determine the type of information collected. In particular, simply allowing interested parties to exchange their support for questions or topics to be included will result in a poorly designed and unfocused study.

- Consideration should be given to the external and internal validity of the study, particularly with respect to

longitudinal follow-up. Individuals who can be identified before conception, who present early for antenatal care, who can be followed successfully over time, or who have exposures of particular interest, are probably not representative of the general population. During the planning phase, the potentially conflicting issues of "representativeness" versus the requirements to carry out long-term follow up successfully and to address hypotheses of particular interest must be resolved. The consultants themselves could not agree whether the study population should be chosen to be representative of a given area or whether it should be selected to be diverse in its composition and in environmental exposures, but not necessarily representative. All agreed that regardless of this conflict, diversity of the study population was important.

- The study should take advantage of the latest in information technology, particularly the Internet. Modern information technology should be incorporated into the design and conduct of the study from the beginning of planning, rather than being added after the study has already been designed.

- Similarly, modern bio-analytic and environmental monitoring techniques should be incorporated into the study during the planning phase. Some of these techniques already exist, but many may need to be developed specifically for this study. Banking samples for future use as technology evolves was discussed; its successful implementation will require resolution of many issues, particularly in logistics and ethics.

- Provisions and policies for public use of the collected information-- the data on the study forms, the biological specimens, and the environmental samples -- should be incorporated during the design phase, rather than added later. In this context, "public" is defined as both the research community and the general public. However, concerns were raised about the misunderstandings that can occur when individuals unfamiliar with a complex study are allowed to try to analyze the collected data without appropriate guidance and assistance.

- Long-term maintenance and ownership of both the study data and particularly the biological and environmental specimens should be addressed during the planning of the study. Provision should be made to assure adequate funds and facilities to store the biological specimens after the designers and investigators of the study have retired. The plan should be sensitive to the wishes of the study subjects, even years after the data and specimens have been collected.

- Several organizational issues were raised:

  ✓ Opportunities for public-private (foundations, industry, etc) partnerships should be explored.

  ✓ Interactions among the Federal Agencies involved will be crucial to the success of this project. More than one presenter expressed concern that conflicts among Agencies for control of the study might doom the entire project.

  ✓ The presenters, discussants and Planning Group all believed that "new money" must be allocated for a large, longitudinal cohort study to proceed. If Agencies were required to fund this large and expensive cohort from existing allocations, the accompanying reduction in funds available for both Extramural and Intramural research is likely to erode the support of both the Federal and University research communities. Erosion of this critical support would be a serious threat to any planned study.

  ✓ A strong, central and probably small directing group, dedicated solely to the design and conduct of the study, will be necessary to avoid the pitfalls raised during the consultation.

- Since a large, longitudinal study of parents and children, beginning prenatally and continuing through childhood has not been done in the United States since the 1960s, the designers of the proposed study were encouraged to think boldly. This study should be a trail-blazer in the areas of ethics, data collection,

information technology, biological analytic techniques and other areas.

## RECOMMENDATIONS AND NEXT STEPS

The Longitudinal Cohort Study Planning Group met on January 13, 2000, to review the discussions at the consultation and to draft recommendations to the Task Force. The following general recommendations are made:

- **Based on the consultation and discussions in the Planning Group, the Task Force should move ahead with the planning of a national longitudinal cohort study on children's environmental health.**

- **To conduct a study of such magnitude and importance will require new money that does not reduce current research funds of the various agencies involved.** The Planning Group is in complete agreement with the expert consultants on this point. If current research funds are reduced in order to carry out this study, the general research community would be adversely affected and would not be willing to support the study and its goals.

- **Full-time personnel are required to organize and oversee the numerous activities that will be required to move into the pre-pilot planning phase of the process.** In order to set up the various activities necessary to keep the process moving and to prepare for launching a national cohort study within the next 5 years, an **Interagency Coordinating Team** of a small number (2-3) of full-time individuals must be assigned to this effort. This could be accomplished, for example, by detailing an individual from agencies involved in the activities (e.g., EPA, NIH, and CDC) to a central location in the Washington, DC, area for coordinating these activities. This group would be advised by the Interagency Planning Group, and would be responsible to the Executive Secretariat of the Task Force, as well as their own agencies.

  The team would be responsible for the day-to-day management of all aspects of the pre-pilot phase. This would include planning the various additional consultations and committees (described below); compiling an inventory of other already planned studies that are related to the longitudinal cohort study, including instruments/techniques that are already being developed; setting up meetings/conference calls of the larger Planning Group when needed; writing RFPs or other documents for soliciting proposals for funding of the pre-pilot efforts; communicating with the Task Force, and other appropriate entities on a regular basis; and PR functions such as answering inquiries about the study and producing materials that can be distributed to appropriate interested parties, e.g., government agencies that have not been a part of the planning process to date, academic institutions, parent groups. Maintaining the "spirit" of interagency collaboration at all levels was cited as being extremely important. It is hoped that this proposed structure for coordinating the planning process can be in place in the **next 3 months.**

Included with this concept of the study and recommendations to move forward with planning and the pre-pilot phase is a work plan and a timeline that clearly define the next steps necessary.

## WORKPLAN AND TIMELINE FOR THE PRE-PILOT PHASE

April, 2000 — *Develop hypotheses for the study that address important public health issues that can only or best be addressed in this study.* Many of the other

activities to be conducted in the planning and pre-pilot phase hinge on the statement of the hypotheses to be tested in the study. Work has already begun on this effort within the Planning Group.

**April, 2000** — ***Set up an interagency coordinating team to oversee and organize activities during the pre-pilot planning phase.*** Detail individuals from at least the major agencies involved in planning, e.g., EPA, NIH, and CDC, to a central location in the Washington, DC, area for coordinating these activities.

**Beginning May, 2000** — ***Determine options for study design and conduct through committee/consultation work. Activities would include:***

- organizing additional consultations on ethics and legal issues, social and cultural issues, community involvement/partnerships (public/private/philanthropic), communication, and information technology;
- setting up committees to discuss options for study design, follow-up mechanisms, exposure measurements, outcome measurements, biological specimen collection, analysis, and storage, ownership and maintenance of data and samples; and
- developing a structure that includes the appropriate advisory committees (e.g., ethics, scientific, and other advisory groups as appropriate).

**Jan-April 2001** — ***Develop a proposed study design.*** After a series of consultations, as described above, a proposed study design would be developed by the Planning Group and Coordinating Team based on information gained from the consultations and committee work.

**July-Sept 2001** — ***Funding of first pilot studies.*** The number and nature of these first pilot studies will be determined by the information gathered through the workshops/consultations, and other methods development that has been identified by the Planning Group.

## CONCLUSION

As scientific and technological advances are made, the environment will undoubtedly change. More chemicals and pesticides designed to add comfort and productivity will be introduced. New emissions will alter air quality. High tech innovations will likely add to the number of known and unknown hazards. The interaction between these environmental influences and the biological and psycho-social environment of the child is not known. However, the risk to our planet, particularly our children, likely will rise each year. Consequently, the need for new knowledge to promote well-being and to protect and prevent untoward outcomes similarly rises. Fundamental research, surveillance, and program evaluation on such critical topics as the relationship between the environment and the effect it has on children's health arises from many

scientific disciplines and is supported through several mechanisms. The special nature of children, with their dynamic developmental trajectory, requires a longitudinal approach to assure maximum scientific information on and understanding of adverse health and safety risks in children resulting from exposure to a broad range of environmental agents. Such an enterprise is not only feasible but essential.

The President's Task Force on Environmental Health Risks and Safety Risks to Children has been successful in coordinating multi-disciplinary efforts and the skills of multiple governmental agencies to achieve one common goal – making the future for our children brighter, healthier, and safer. The implementation and execution of a national longitudinal cohort study of children and their families will generate new knowledge critical for new and innovative interventions to bridge the gulfs between different scientific disciplines and assure a safe and healthy environment for children in the coming millennium.

Department of Health and Human Services
National Institutes of Health
National Institute of Child Health and Human Development
Special Emphasis Panel
(Privileged communication)

CONCEPT REVIEW SUMMARY

Concept Title: Clinical Coordination Center / Data Coordination Center for the National Children Study (NCS)

Meeting Date: November 3, 2003 SRA: Hameed Khan, Ph.D.

Project Officer:. Drs. Peter Scheidt & Sarah Keim Branch: National Children's Study

Summary and Recommendation:

RESUME: The Special Emphasis Panel was asked to assess the scientific, technical and program significance of a Concept whose goal is to develop Clinical Coordination Center and Data Coordination Center for the National Children Study (NCS). The reviewers thought that the Concept is sound and its requirements are appropriate. They thought that the development of centralized Clinical Coordination Center/Data Coordination Center will be critical to the success of the National Children's Study. The concept needs to be broadened to adequately consider the information collected outside the clinic. Other exposure related information and samples will have to be collected in homes and communities where children reside. Issues associated with subject confidentiality will need to be carefully considered. The subject must be accurately placed in space and time to effectively examine exposures. Furthermore, children of split families may reside in multiple locations concurrently adding additional complexity to data management. The reviewers provide highly useful comments which will help to develop this Concept into a strong RFP. They found this Concept acceptable and highly recommended it further development.

CRITIQUE 1:

1. The significance from a scientific or technical standpoint of the goals of the proposed research project.

The reviewers strongly endorse the concept of a Clinical Coordinating Center/Data Coordinating Center. It will be a huge undertaking; without it the data may never come together in a cohesive manner. The following questions and comments are provided to improve the concept.

(1) It is clear that this concept addresses a "clinical" setting. It is unclear how data will be collected from "...subsidiary fixed and even mobile sites...(or)...home/community collection of exposure or outcome information..." (see paragraph 1 under scope). The concept does not address these important venues other than paying lip service to them. (In fact is *Clinical* Coordinating Center the right name?

(2) A subject and sample tracking system will need to be established to make this successful. Automated recalls will be necessary to sample all subjects in the critical life stage. Many more samples (in addition to those collected in the clinic) will be collected, analyzed and potentially archived. All these will need to be tracked for best use and acquisition of the data.

(3) Does this CCC receive/handle/ship/archive samples? will it be staffed for sample management/archive/shipping?

(4) Who will assign subject and sample identifiers? At the very least there needs to be a common id structure. Who will maintain the sample id matrix that links the subject with biological and environmental samples collected?

(5) The "Scope" discusses "tailoring" protocols. How will internal data validity be maintained?

(6) QA and Training of clinical data and clinical personnel can be achieved. What about environmental information that may be collected by the subject? Who will have the QA responsibility for that?

(7) Concrete coding will need to be used. Who will maintain codes?

(8) To return information to subjects, the CCC/DCC will need to know identities (see below). Will sufficient information be returned to individuals so that they can evaluate personal information in context?

2. **The availability of the technology and other resources necessary to achieve the goals of the project.**

The technology necessary to accomplish data capture for the clinical components of the project is available and rapidly changing every day. The idea of the CCC/DCC providing hardware and software to each clinical site is very appealing. Control over data architecture, coding, field definition and variable names to list but a few issues will be essential. Uniform provision of equipment will enhance performance and speed with which data becomes available.

(3)

Integration of off-the-shelf programming is appealing. Problems arise when manufacturers change subroutines in program packages that are integrated in data processing programs. Suddenly, there may be field shifts, code issues and other unanticipated problems. Build the program that meets the project needs and KEEP IT STABLE. Do not place the 21+ year

project at the mercy of software designers who must add incessant "features" or who may abandon some critical subroutine on which the process relies.

Technology utilized in other non-clinical sites will be more challenging and depend on local conditions. This portion of data collection will provide a challenge.

3. **The extent to which these are identified, the practical, scientific, or clinical uses for the anticipated results of the proposed study.**

Questions and Concerns: Will there be one Institutional Review Board, or will each of the 35 centers go through their own process? Will subject identities reside at the CCC/DCC? (and how much of it is contingent on IRB?). Are clinical environments and data from subject charts still do-able given the new HIPPA regulations? Will spatial indicators be available of analysis by all? How with confidentiality be protected?

The concept does not address how information outside the clinical setting will be captured.

4. **Attention to ensure the adequacy of inclusion of women and minorities in clinical research.**

This study focuses on mothers and their children. (Note: Some information/biological samples may be required of fathers; they may pose a recruitment challenge.) Inclusion of minority populations in clinical evaluations may be achieved with some additional outreach. I have concerns about enrollment of low socio-economic-status individuals, many of who may be recent immigrants or minority members, in the environmental assessment component of the project. Evaluation of non-clinical sites, and need for unassisted or technologically advanced evaluation of environments may add complexity that disenfranchises some participants or their families. The technological/data needs assessed outside the clinic will need to be carefully considered and accommodated. Gender issues will be less problematic than adequate recruitment of minority populations in the field.

<u>CRITIQUE 2:</u>

1. **The significance from a scientific or technical standpoint of the goals of the proposed research project.**

(4)

The stated goals of the project are as follows:

1. A high degree of clinical coordination and data coordination
2. Satisfying the demand for research data
3. Coordinating the changes and demands placed on the study.
4. Multi-agency participation.
5. Effective planning and management.

The five goals outlined in the proposed concept are well-thought out and necessary for the successful implementation of the NCS. Conceptually a clinical coordination center (CCC) and a data coordination center (DCC) that work in concert will be the linchpin that holds this study together. Consideration has been placed on training, oversight, some reporting, and desire for the

data.

The concept however could consider additional objectives on several different fronts. First, real-time data analysis is a conceptual and practical necessity. Building in this type of capability will ensure that quick field intervention is possible and that data can be released in a timely manner. This leads directly to proposing a third and independent leg of coordination, the analytic coordination center (ACC). The ACC would be responsible for handling data review, analysis, editing, production, sample design, weighting, and confidentiality. The ACC can make objective recommendations without being tied to the whim or will of either the CCC or DCC.

A second and very important consideration is how and when to report results to study participants. The challenges of reporting results shortly after examinations and during/after the long-term follow-up, introduces the significant ethical prospective or retrospective challenges.

A third consideration is internal governmental capacity building for the NCS. While consideration is being made for academic and private industry partners, the federal government needs a core group of people across many domains to lead this effort. Coupled to this is the desire to build up a cadre of people over time who will eventually lead this study. Without such consideration the effort will have considerable problems over time.

Finally, due to the study sample size, the hypothesis being proposed, and the complexity of this effort coordination will be a significant undertaking. It is strongly recommended that the NCS start small and build on success, rather than fielding a very large effort at once.

(5)

**2. The availability of the technology and other resources necessary to achieve the goals of the project.**

The technology to support the goals of the project is in some cases readily available and in other cases may need to be developed. For example many commercial off the shelf (COTS) applications are in the field for collecting medical examination data; laboratory systems are available; and systems for developing CAPI/ACASI questionnaires on varying topics are available. The challenge for the CCC/DCC will be to manage the scope of the examination / laboratory / questionnaire content and then successfully integrate these components. The integration portion of this will require a flexible and stable architecture and will not be COTS. The architecture will require a strong design, development, and implementation team. Staging the process with a requirement / architectural design team, a development team, deployment / support team, and a verification/validation team may be necessary. The NCS is encouraged to consider such an approach.

Second an enterprise wide concept could be utilized for a study of this magnitude. It would incorporate standards for data, equipment, systems integration and other areas. Conceptually this would allow organizations to partner with the NCS and allow for the CCC/DCC to insure consistency with the enterprise solution being utilized.

Finally, perhaps the most difficult challenge with respect to technology and the CCC/DCC will be the re-engineering efforts that naturally will occur as the life of equipment, systems, and software change over time. This will be a regular consideration that may occur in cycles of 6-8 years and should be planned for.

**3. The extent to which these are identified, the practical, scientific, or clinical uses for the anticipated results of the proposed study**

I do not understand the applicability of the criterion to the CCC/DCC. The only concerns I have are regarding how confidential data will be handled, how disclosure review will be conducted, and report of findings.

4. Attention to ensure the adequacy of inclusion of women and minorities in clinical research.

(6)
The Concept suggests that the CCC/DCC will support the NCS in providing a representative set of research results that will be inclusive of women, minorities, and other critical population groups. This is an appropriate and necessary condition for the study. The instructions to reviewers for evaluating research on human subjects, IRB considerations, policy, roles and responsibilities, and the guidelines for the inclusion of women and minorities as subjects in clinical research is adequately covered.
From an analytic perspective if the study is representative than the study design will have adequate coverage of women since mothers will be part of the sample selection. However, what is not clear is how the CCC/DCC will conduct outreach to ensure inclusion, and potentially over-sampling, of minority populations. Such a strategy might be necessary and should be evaluated, perhaps by the ACC as proposed in question #1. The outreach effort will also need to consider different strategies, promotional materials, and community connections depending upon the minority population being served/sampled. Further, sensitivity to different communities will be necessary. As an example communities that have strong religious beliefs may require sensitivity to sexually transmitted disease testing / reporting and physical examinations.

CRITIQUE 3:
1. Significance from a scientific or technical standpoint of the goals of the proposed research project.
The scope of work outlined in the above referenced Concept is critical to a research endeavor of the magnitude of the NCS. The CCC/DCC role is necessary to assure the development of and adherence to the study protocols and data collections procedures, to the monitoring of clinical site performance and to provide high quality data analyses and reporting. The CCC/DCC is expected to provide the primary energy behind all quality assurance activities from protocol development, training, performance monitoring, and data cleaning that are required to produce high quality scientific data. These elements are, as the Concept suggests, essential support elements of the scientific efforts to be undertaken within the NCS. Further, their introduction into the NCS early in the specification of all aspects of the study protocol and implementation would be particularly advantageous to the program and is consistent with the well-accepted organizational plan of multi-center studies. One would expect and hope that the CCC/DCC to be configured and staffed to provide substantial leadership to the formulation and conduct of the study.

(7)
There are some aspects of the Concept that would benefit by clarification or modification. First, it is unclear whether what is proposed is two separate entities, a CCC and a DCC, or a single organization covering both sets of functions. While both models can be and have been successful, there are clear advantages in having these functions co-located in a single physical institution.

There are institutions capable of assembling a broad range of expertise needed to respond to a request for an integrated coordinating center, so a preference for this should be considered. Second, though this level of detail is likely to come in subsequent documents, it would be helpful to specify the types of scientific expertise most relevant or needed in the CCC/DCC. This is an extremely broad initiative scientifically and so some sense of these priorities would be useful.
A point of concern is in the relatively low profile assigned to the DCC in this Concept. According to the current document, the DCC uses hardware and software developed and implemented by someone else to fulfill the role of directing data collection and data scrubbing activities, entering data into a research database and performing analyses directed by the CCC and PMO. Thus, the DCC as described is devoid of any specific scientific expertise, and any authority or specific role in the design, development, or implementation of the protocol and the information systems upon which they must rely to fulfill their responsibilities. Thus, if the DCC is a separate entity from the CCC, it may lack the authority needed to fulfill its obligations.
The current document does not suggest any requirement for scientific expertise, including statistics or bioinformatics. Though clearly a critical component of the NCS, it is not clear where this expertise will reside. To house it separately from the DCC problematic in two ways. First it misses the opportunity to engage some highly qualified scientists in this key interface. Second, the Concept does not require that the DCC will be lead by or even closely associated with the statistical and scientific expertise that could and should provide substantial leadership in the routine data oriented activities. These tasks inevitably affect the study's scientific products and so require guidance and a close working relationship with the scientific staff responsible for the end product.
The current document suggests a division of the authority and responsibility for the data related study products. The more intellectually engaging tasks of protocol and systems design and implementation, and specification of analyses are assigned to separate groups (CCC and other unspecified groups), while making the DCC is responsible for their daily use.
A final suggestion is that the issue of data ownership and access and any associated timelines be made clear to the CCC/DCC and all other units from the outset. The configuration of the CCC/DCC will be strongly affected by the requirements to support local, central, and distributed analyses and the associated timelines for these. It would be advantageous to all to set the tone of the program in this phase, signaling an intent to develop a partnership among scientific peers.

(8)
The success of a long-term, complex study of this nature will be best ensured by the development of strong working relationship among the numerous parties involved.
A few more minor points should be mentioned. The role in the CCC in tailoring the protocol for specific situations and populations is a task better assigned to those involved in these modifications. The CCC is in a better position to review and approve proposed modifications to protocol for their impact on data analysis and interpretation. The responsibility of the CCC/DCC for support of local for clinical site function should be clarified (e.g., does the CCC/DCC have a substantive role in recruitment and retention? Will there be computing systems to support clinic visit scheduling?).

1. Availability of the technology and other resources necessary to achieve the goals of the project. There are several organizations, both academic, non-profit research, and commercial entities capable of providing the designated coordinating center roles defined in the Concept, as is

evidenced by several other successful studies of generally similar size and scope. The basic computing technologies needed to provide for data acquisition, consolidation, data management, and analysis have in general been in existence for some time. These state of the art technology tools will need to be brought to bear on this process with customized software solutions that will need to be centrally supported, maintained, and strategically updated. A highly-standardized, integrated system will serve this study well if it is robust, well-tailored to the protocol and to the clinical and analytic environments it must serve. To be durable, it needs to be designed to evolve to meet the changing study requirements and to acknowledge and even anticipate the dynamic nature of the computing environment in which the study participants and the clinical sites otherwise exist.

The current Concept suggests that IT system design and development activities are outside of the scope of work of the CCC/DCC and are perhaps already in progress. The strategy of technology development in advance of the protocol and separate from the primary users, both at the DCC and the Clinical sites is a concern. This is an approach that differs from most multi-center study experience. The advantage may be to gain access to a more highly specialized technology resource but the disadvantage is a much more complex organization where these coordination functions are physically and administratively divided.

(9)

2. The extent to which these are identified, the practical, scientific, or clinical uses for the anticipated results of the proposed study.

It is not clear how this criterion is to be applied to this concept. Assuming that it should be interpreted as the practical, scientific or clinical uses of the CCC/DCC contributions to the NCS, the CCC/DCC has a fundamental role in the facilitating the practical aspects of the NCS by supporting and coordinating the daily functions of the operational units. Scientifically, the CCC/DCC has a role in defining, monitoring and improving quality assurance aspects of the entire study, and in specifying the analyses and interpretation of study data. The role in the clinical functioning is a supportive one, in shaping the study protocol to make it feasible for clinical sites, in providing a constant and consistent source of guidance in adherence to protocol and in facilitating sharing of information across study units.

The practical concerns are in the management and protection of confidential data, the maintenance of consent particularly with regard to use of biological specimens, and the changes to the data management and data acquisition systems over time.

3. Attention to ensure the adequacy of inclusion of women and minorities in clinical research. This criterion is not directly applicable to the CCC/DCC as this organization will not recruit study subjects.

<u>Overall recommendation:</u>

The establishment of a Clinical and Data Coordination Center is absolutely critical to the functioning of the National Children's Study as described in this document. The identification of this entity as early as possible in the planning stage is fully endorsed and will be valuable to the overall design and conduct of the study. The current scope of activities of the proposed CCC/DCC includes many of the aspects of traditional coordinating center roles and as such, is a well-accepted organizational plan. Further, it is likely that there will be several competitors who

# EXHIBIT 5

# GROWING UP HEALTHY

## AN OVERVIEW OF THE NATIONAL CHILDREN'S STUDY



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
National Institutes of Health
Centers for Disease Control and Prevention
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

THE NATIONAL CHILDREN'S STUDY

HEALTH GROWTH ENVIRONMENT

## GROWING UP HEALTHY: AN OVERVIEW OF THE NATIONAL CHILDREN'S STUDY

*Growing Up Healthy: An Overview of the National Children's Study* is intended for health professionals and researchers, community leaders, child and environmental health advocates, policy makers, Study leadership, and anyone else who is interested in learning more about the National Children's Study.

This document is a description of the National Children's Study, the largest long-term study of children's health and development ever to be conducted in the United States. This overview provides the framework for the National Children's Study, scheduled to begin in 2006. It outlines the key research questions and introduces the approaches Study leaders will take for involving 100,000 families in the Study over a 21-year period.

Between now and its actual start, National Children's Study planners will complete the process under way to develop the specific details of many aspects of the Study, including design features, research questions, how participants will be selected, and what participation will include. Although the design of the Study is still in development, it is important to share news of this research program—even before all of its components are fully determined—due to the Study's potential and early levels of interest that have been expressed.

## THE OPPORTUNITY TO CHANGE THE COURSE OF CHILDREN'S HEALTH

Growing up healthy is every child's right and every parent's dream for their children. As a nation, we have made significant advances in improving child health and development over the past century by identifying the causes of many diseases; by developing preventive measures, treatments, and cures; and by improving the overall health status of our children. Still, children today suffer high rates of asthma, developmental disorders, obesity, preventable injuries, and other problems that continue to confound science and society as a whole.

What is behind the occurrence of these seemingly preventable diseases? What is it about the way we live today that keeps so many children from enjoying healthy lives? A large number of health studies have brought us closer to identifying root causes of diseases, but none to date has undertaken such a comprehensive look at the early lifespan—from prenatal months through young adulthood—with such high hopes for providing answers as the National Children's Study.

The National Children's Study reaffirms the federal government's commitment to the health and well being of children by drawing together the nation's top experts on child health and the environment in an unprecedented collaboration. Multiple federal agencies, national non-profit groups, community health care providers, and more than 100,000 families stand poised to help child health move forward in the 21st century. The goals of the Study complement government efforts to challenge individuals, communities, and professionals to take action to ensure that good health and long life are enjoyed by all. The Study also supports national goals to enhance education, for instance, by exploring the role of children's environments on their readiness to learn.

Undertaking a study of this magnitude will be neither effortless, nor automatic. To be successful over many years, and for tens of thousands of families to participate, the National Children's Study will require a significant mobilization of people, funding, and leadership at all levels. It requires careful attention to privacy, confidentiality, timing for reporting Study findings, and ethical considerations that arise in research involving children. This effort cannot go forward without the enthusiasm of scientists throughout the country, nor can it meet its objectives without the support of local community institutions and organizations.

Participating in the National Children's Study has been compared to planting a tree—the gift the participant provides today may not necessarily benefit the individual, but its value will grow over time, improving many children's lives for years to come. Embarking on a long journey is filled with anticipation and ripe with hope and opportunity for what will be discovered along the way. With the support of the country, the National Children's Study will have the opportunity to give our children the healthy and happy lives they deserve.

[redacted]

# TABLE OF CONTENTS


The Opportunity to Change the Course of Children's Health ....... 1

[illegible] ....... 5

Executive Summary: The National Children's Study at a Glance ....... 6

Why the National Children's Study? ....... 10

The Genesis of the National Children's Study: Children's Health Act of 2000 ....... 20

Economic Investment in Health Research: Better Health, Better Returns ....... 24

A Tradition of Landmark Studies ....... 28

Studying an Increasingly Diverse Nation of Children ....... 32

Priority Theme Areas of the National Children's Study ....... 36

- Pregnancy-Related Outcomes ....... 39
- Injury ....... 40
- Asthma ....... 41
- Obesity, Diabetes, and Physical Development ....... 42
- Child Development and Mental Health ....... 43
- Genetics ....... 44
- Physical Environment ....... 46
- Chemical Environment ....... 47
- Psychosocial Environment ....... 48
- Biologic Environment ....... 49

Growing and Learning: A Child's Development ....... 50

2 **MOVING FORWARD: MEETING THE CHALLENGES OF THE NATIONAL CHILDREN'S STUDY** ....... 53

Laying the Groundwork: Pilot Studies and Discussion Groups ....... 54

Planned Approaches to Study Challenges ....... 58

- Children as Research Participants ....... 59
- Participant Confidentiality ....... 60
- Protecting Participants (Informed Consent) ....... 60
- Participant Recruitment ....... 61
- Participant Retention ....... 62

3 **EXPRESSING THE VISION FOR THE NATIONAL CHILDREN'S STUDY** ....... 65

The Health and Economic Benefits of the National Children's Study ....... 66

4 **REFERENCES** ....... 69

# BUILDING THE NATIONAL CHILDREN'S STUDY



# Executive Summary: The National Children's Study at a Glance

## WHAT IS THE NATIONAL CHILDREN'S STUDY?

**The National Children's Study is a long-term research project that will examine the environmental influences on children's health and development.** It will be the largest long-term study of children's health and development ever to be conducted in the United States. The Study will involve 100,000 children, from before birth to age 21, to better understand the link between the environments in which children are raised and their physical and mental health and development. For the Study, the "environment" is defined broadly to include physical surroundings; biological and chemical factors; geography; and social, educational, behavioral, family, and cultural influences. By linking multiple environmental factors to multiple health and developmental outcome measures, the Study has the ability to pinpoint the root causes of many of today's major childhood diseases and disorders, and to determine not only which aspects of the environment are harmful, but also which are harmless or helpful to children's health and development.

## WHAT ISSUES WILL THE STUDY FOCUS ON?

**The National Children's Study is framed by a set of key scientific research questions that include some of the most pressing health and development concerns for children today.** Designed as a longitudinal cohort study, it will examine participants' growth and development over time. The Study will produce information of unprecedented value for scientists, health professionals, and families about multiple concerns in child health and development, including pregnancy-related outcomes, obesity, diabetes, asthma, injury, and social behavior. By incorporating and applying new scientific and information technologies to key research questions, the Study offers the capacity to relate previously unconnected and new data. This unique potential offers hope for new knowledge of and health care approaches to the nation's critical health and environmental concerns.

## WHY IS THE STUDY IMPORTANT?

**The National Children's Study will provide essential information about many serious health conditions and threats to optimum physical and mental development.** The Study will build a valuable data storehouse touching many areas of concern and need—and will even be prepared to answer questions that scientists and the public have yet to ask. Unlike studies that seek answers to a single question, the Study will address multiple questions together to provide as much information as possible. Examples of such questions include: In what specific ways are prenatal exposures to pesticides linked to an increased risk for learning and developmental disabilities? How do viral infections in early childhood influence subsequent development of asthma? How do chemical exposures and social factors interact to affect child development? How do various environmental factors interact with certain genes in children and young adults? And as these interactions occur, how are disease or health altered in the present or later life?

## WHY NOW?

**A confluence of events points to the need for a study on children's health in the beginning of the 21st century.** The Collaborative Perinatal Project—the last major long-term study of American children—took place in the 1960s, and its findings are outdated by technology standards and lifestyle differences. Meanwhile, the rates of obesity, asthma, autism, and some other common childhood diseases and disorders

are on the rise, with no signs of abating. Several studies have pointed to potential causes of conditions such as autism and asthma, but these studies were not large enough to draw more complete conclusions about the complex interactions of environmental, social, and genetic factors that contribute to disease, or about effective prevention strategies.

There is also a societal and economic need for the National Children's Study data. The annual costs to the American economy associated with the priority health and disease outcomes addressed by the National Children's Study currently total in the hundreds of billions of dollars (see page 27). With indicators showing that healthy children have better school attendance, learn better, and are more likely to grow up to be productive workers and family members, now is the time to pursue a long-term study of factors influencing the health and development of the nation's children.

Today's scientists and other researchers are better equipped than their predecessors to undertake the challenges posed by the Study. Technology now exists to collect and analyze the vast amounts of data the Study will deliver. New tools make possible measurements of exposure to many environmental influences. There are now better means to keep participant records safe and confidential. And, with the completion of the human genome sequence in 2003, there is an extraordinary opportunity to analyze the interactions between genetic and environmental factors that affect health.

## WHY FOCUS THE RESEARCH ON CHILDREN?

**Children are not simply "little adults."** Their immature systems often make them more vulnerable than adults to environmental exposures. And young children interact with the environment differently. For instance, they spend more time on the ground, close to dust, soil, and other elements of the environment. Scientists need to know more about many environmental factors and whether they are harmful, harmless, or helpful to children's health and development. Studies conducted with adults often have little application to children. Research findings on the effects of lead on child development or findings of the impact of maternal alcohol use on the fetus highlight the need for concern about environmental exposures and children's developing systems. Past lessons like these form a key rationale for exploring the effects of other potentially serious environmental influences on children.

## WHO WILL BE INVOLVED?

**The National Children's Study will recruit more than 100,000 women from across the United States who are likely to have a child in the near future.** These women will constitute a cross section of ethnic, geographic, and socioeconomic groups and will be representative of the national population. The Study plans to start recruitment in 2006 and expand nationwide in 2007. By including families from varied backgrounds and family structures, the Study can better investigate issues of vital interest to all communities.

## WHO IS LEADING THE STUDY?

**The National Children's Study will be a collaborative effort involving a host of public and private partners committed to improving children's health.** The U.S. Department of Health and Human Services (HHS)—through the National Institutes of Health (NIH) and Centers for Disease Control and Prevention (CDC)—and the U.S. Environmental Protection Agency (EPA) are leading

the Study. The Study will rely on a consortium of more than 40 federal agencies and departments, as well as on child and environmental advocacy and support groups, private industries and foundations, community leaders, university-based scientists, and local medical sites across the country.

Researchers from each of these entities are participating in advisory and consultative groups and, in some instances, are helping to design and guide the Study. As the Study evolves, the consortium will maintain partnerships to ensure that the Study is addressing the pressing public health problems of the nation. The consortium, together with its partners, will sustain the Study over the next two decades and ensure that all organizations, agencies, and groups are focused on common goals.

## WHAT WILL WE GET FROM THE NATIONAL CHILDREN'S STUDY—AND WHEN?

**The National Children's Study will identify early-life exposures that affect individuals before birth, during childhood, and throughout the rest of . their lives.** It will provide researchers, health care providers, educators, and others who work with children with a resource of data from which to develop prevention strategies, health and safety guidelines, educational approaches, and, possibly, new treatments and cures for health conditions. In addition, the Study will help to prove or disprove many theories of child health and development that are speculative today. For the first time, a Study will allow researchers to apply knowledge of the human genome on a large scale and to understand the conditions that arise from many factors, including gene/environment interactions. It will provide answers to questions about children's health and

[redacted]

development for many years. Researchers will not need to wait for the completion of the Study to analyze the results. Beginning with birth outcomes, findings will become available within two to three years after the Study is launched. Throughout the Study's duration, intermittent results will allow for continued insights.

## WHY SHOULD I GET INVOLVED WITH THE NATIONAL CHILDREN'S STUDY?

**By supporting the National Children's Study, whether through expertise, communication, community resources, participation in the Study, or other ways, you will be helping to improve the health and well being of children for years to come.** The success of the Study rests solely on the participation and support of health care providers, scientists and other researchers, educators, community leaders and liaisons, child health and environmental advocacy and support groups, policy makers, and, of course, those who volunteer to participate in the Study and their families.