# Why the National Children's Study?

Fifty years ago, most American children walked to school, rode their bikes without helmets, and ate home-cooked dinners each night with their families. Car travel for children—without seat belts—seldom occurred more than a few times a week. Fewer children were overweight—fewer high-fat snack foods, coupled with more physically active lives, helped to keep them at healthy weights.

But 50 years ago, pesticides were used routinely in our yards and kitchens. Pregnant women were not commonly advised to avoid cigarettes or alcohol. Type 2 diabetes was considered an adult disease. The diagnosis of Attention Deficit/Hyperactivity Disorder (ADHD) did not exist. Physicians rarely treated asthma. Babies were placed on their stomachs to sleep.

In the years since, research has brought about significant improvements in children's health. Today, caregivers are urged to place infants on their backs to reduce the risk of Sudden Infant Death Syndrome (SIDS). Lead has been removed from house paint and gasoline after being linked to reduced IQ in children.[1] Cribs, high chairs, and playground equipment are now safer, and most parents wouldn't even think of transporting their children without car safety restraints.

But with advancements, new challenges have emerged. Children today make less than one in seven trips to school by walking or biking.[2] Although this has sharply reduced childhood pedestrian and bicycle injuries, rates of obesity and overweight among children have tripled since the mid-1960s.[3] Asthma is now the most common chronic disease of childhood.[4] ADHD and developmental disorders collectively are estimated to affect 17 percent—nearly one in every five—school-age children.[4,5] And even though the infant mortality rate in our increasingly diverse society has reached an all-time low, and the proportion of mothers receiving early prenatal care is at a record high, disparities in care and outcomes remain among racial and ethnic groups, presenting a host of challenges for many families.[6]

## A CHANGING AMERICA

As many health and safety practices from past generations have been validated or dismissed based on new evidence, we have come to understand that the environments our children live in are profoundly important. From the air they breathe to the food they eat, from where they live to how they live, the environments in which our children grow affect their lifelong health and well being.

Multiple studies point to associations between air pollution and allergens with asthma, poor diet with obesity, and pesticides with impaired neuro-development. Today, these problems stand among the most pressing public health concerns in the United States. Yet, with the prevalence of these conditions remaining stubbornly persistent, or on the rise, few studies can confirm more definitive links that lead to prevention strategies. In addition, with the threats of terrorism, violence, and other stress-inducers becoming facts of daily life for many families, understanding and protecting our children's health and safety is a national priority.

***Everyone is worried about the health and education of our children. Parents and grandparents—we all want to do right by our children. We need a scientific base for what we are doing because our children's future is at stake.***

Lynn R. Goldman, M.D., M.P.H., professor, Environmental Health Sciences, Johns Hopkins Bloomberg School of Public Health



### WHY STUDY CHILDREN?

**Compared with adults, children:**

- Have a greater vulnerability to environmental exposures;
- Have immature mechanisms for detoxification and protection;
- Have several critical windows of vulnerability, especially before birth;
- Have differences in metabolism that cause different reactions to the same exposures; and
- Spend more time on the ground and put objects in their mouths.

## COMMON EXPOSURES

**The National Children's Study will measure:**

- Living conditions and housing: air quality, dust, pet allergens, lead levels
- Family and social experiences: child care, alcohol use, family resources
- Community characteristics: neighborhood safety, access to health care
- Activity and diet: sports, food additives, in-home versus takeout meals

Children are not simply "little adults." Because of differences in both physiology and behavior, what we understand about how adults interact with their environments does not necessarily apply to children. For instance, children tend to be more vulnerable to environmental threats because their developing systems cannot effectively resist and break down toxicants.[7]

In response to growing concerns over children's health and development, a partnership of government, community, advocacy, and private organizations is planning this long-term, observational study of how health and development during the first 21 years of life are affected by physical, chemical, biological, and psychosocial environments.

**The environment is defined broadly in the National Children's Study to include natural and man-made environmental factors, biologic and chemical factors, physical surroundings, social factors, psychological influences and outcomes, cultural and family influences, and geographic locations.**

The National Children's Study will observe approximately 100,000 children in the United States from before birth to their 21st birthdays, and possibly beyond. The Study seeks to determine not only what is harmful, but what is harmless and helpful to children's health and development. The Study will measure exposures to, and relationships with, an array of environmental factors. Initial research findings will be published soon after the birth of the children. Findings will continue to be published throughout the duration of the Study.

> ***We need to get really basic facts about all these diseases. It all starts in childhood.***
>
> William Castelli, M.D., former director, the Framingham Heart Study

The Study will be uniquely positioned to examine and assess a multitude of elements and aspects of participating children's lives, from the constructed world of neighborhoods and schools, to chemical exposures linked to the atmosphere, water supplies, or food, to the interactions of birth history, family patterns, and the frequency and severity of specific diseases. This ability to examine multiple exposures and link them in cause-effect relationships with multiple outcomes is the defining characteristic of the National Children's Study. The Study's trajectory will encompass pregnancy-related influences, including latent or unrecognized prenatal infections, the impact

of maternal diabetes, the interplay of individual genetic inclinations with subsequent behavior patterns, school performance, and the development of conditions such as asthma, diabetes, or obesity.

In the broadest sense, the National Children's Study will provide new insights into human growth and development. Incorporating the powerful reach of the human genome, genetic assays, and new computing technologies will further enhance the Study's power. By implementing various tools of connection and collaboration among biologic, physical, engineering, computer, and clinical sciences, the Study's outcomes promise to be of fundamental importance not only for medical diagnostics and health care, but also for educational strategies, city planning, public policy, and environmental regulation.

## PRIORITY FOR OUR TIMES: A STUDY OF HEALTH OUTCOMES AND EXPOSURES

The rationale for the National Children's Study stems from a consensus within the research community that new and reliable data on factors responsible for child health are needed. Previous studies established vital scientific foundations, including some information about genetic susceptibility to certain diseases. But no study to date has been broad enough or long enough to draw definitive conclusions to many outstanding child health and development questions.

**The National Children's Study has relied on many of the world's foremost scientists in designing and developing the plan of research.**

In formulating the National Children's Study's key areas of emphasis, hundreds of scientists and representatives from community and professional organizations helped to identify and articulate important children's environmental health questions. These core hypotheses encompass many important child health outcomes and exposures that are best studied for long-term follow-up and this particular research design. They establish both a scientific framework as well as a "public identity" for the National Children's Study.

The National Children's Study Interagency Coordinating Committee used the findings from 20 National Children's Study working groups, as well as reviews of children's environmental health literature



**With its emphasis on multiple health outcomes and environmental exposures among a cohort of 100,000 children, the National Children's Study combines scientific power and cost-effectiveness. By evaluating data across exposures, the Study will help create a complete picture of what actually causes diseases and influences health.**



**The National Children's Study will help public health practitioners develop effective prevention and intervention strategies to improve the health of children and adults, and will assist doctors and health care professionals in better diagnosing and treating diseases in the future.**

and comments from a broad-based Study Assembly to develop initial hypotheses. Although the hypotheses ensure that specific research areas will be included in the Study, they do not, by themselves, convey its true breadth. The full scope of the Study encompasses these hypotheses in tandem with the priority outcomes and exposures outlined below. Together, they represent an approach to addressing the nation's most urgent public health concerns.

## PRIORITY HEALTH OUTCOME THEMES

**Pregnancy-Related Outcomes.** Can good nutrition help overcome potential risks from other environmental exposures that can affect the fetus? How does infection at various times over the course of pregnancy impact the fetus?

**Injury.** What are the links between childhood injuries and risk-taking behaviors? How do city and neighborhood planning and construction encourage or discourage injuries? How do genes and the environment interact to promote or prevent violent behavior in teenagers? How do innate characteristics, parenting, and peer relationships influence risk taking, persistent aggression, and risk of injury?

**Asthma.** What really causes asthma and how can it be prevented? Can very early exposure to some allergens actually help children remain asthma-free? How do the multiple factors contributing to asthma interact to result in the disease?

**Obesity, Diabetes, and Physical Development.** Are lack of exercise and poor diet the only reasons many children are overweight? How do genes and the environment interact to encourage obesity? How do social, behavioral, and family factors that affect the development of dietary preferences and physical activity patterns in early childhood determine the risk of childhood obesity?

**Child Development and Mental Health.** How are exposures to environmental toxicants, stress, pre-natal nutrition, and other factors, such as genes, linked to a child's risk of autism, ADHD, and other developmental disorders?

***We are pleased that the goals of the proposed national study will encompass our basic mission of understanding the complex components of adverse birth outcomes, including birth defects, prematurity, and low birth weight, as a critical route to improving child health.***

Nancy Green, M.D., medical director,
March of Dimes

## FROM EXPOSURE TO OUTCOME

**Understanding Complex Interactions in a Child's Environment**




A broad range of possible exposures must be examined to pinpoint causes of the potential outcomes. The National Children's Study is uniquely positioned to uncover these complex interactions to address today's health concerns and also those of tomorrow.

### GENETICS

In what ways do environmental factors intersect with genes? How do mutations and variations in genes affect the development of diseases?

### PRIORITY EXPOSURES

The five priority environmental exposure groups discussed below may have a profound influence (either beneficial or deleterious) on child health and development.

**Physical Environment.** Do aspects of the physical environment, such as housing quality and neighborhood and community conditions, affect child health and development? What about the influence of physical factors, such as radiation (e.g., electromagnetic, ultrasound, microwave, X-ray), as well as light and noise?

**Chemical Environment.** What happens to the human organism after long periods of low-dose exposure to chemicals, pesticides, and herbicides? What are the health effects associated with complex low-level exposures?

**Psychosocial Environment.** How do school environments, emotional stress, family conflict, and personal relationships affect the physical and mental health of children?

**Biologic Environment.** How do bacteria, viruses, toxins, and diet influence immunity, inflammation, and diseases, such as diabetes? Do infections impact developmental progress, asthma, obesity, and heart disease? How do molecular and genetic mechanisms interact with viruses and bacteria in the expression of disease?

***If the Study finds significant effects of chemicals on health, we can enhance our risk management of chemicals and other environmental influences and make changes.***

Lee Salamone, director, Public Health Team,
American Chemistry Council

## STUDY MODEL—THE NATIONAL CHILDREN'S STUDY IS:

The largest proposed longitudinal study of U.S. children, their families, and their environment

A study of children's physical, social, cultural, behavioral, and chemical environments

Hypothesis-driven: focusing on causes of obesity, injury, developmental disorders, asthma, and pregnancy-related outcomes

National in scope: involving children from diverse ethnicities and socioeconomic backgrounds

Large enough to identify causes of important but less common diseases and conditions



The first nationwide children's study to benefit from human genome mapping

Using state-of-the-art technology to capture data and track developments

A national resource for future studies

[illegible]

Scheduled to announce first findings in 2008–2009

## INTEGRATING PRIORITY OUTCOMES AND EXPOSURES

The outcome themes and exposures will define the Study's parameters over time. The interplay of these factors will help link exposure data to a broad range of health and disease measures. The overall goal is to build a rich source of data to answer the critical public health questions confronting Americans today and in the future.

## WHAT PARTICIPANTS WILL BE ASKED TO DO

The National Children's Study will recruit women who are pregnant, or who may soon become pregnant, to assess fetal and maternal health. It will also observe participating children and their families as they grow and live.

Unlike a clinical trial, in which participants take medication or engage in a prevention or treatment activity, an observational study like the National Children's Study collects information about participants' lifestyles in the home, at school, and at play. Families will visit a participating Study site on a few occasions during the baby's first year of life and less frequently in subsequent years. During the visits, health professionals will collect samples such as urine, blood, hair, DNA from parents and grandparents, and other information regarding the child's environment and health status. Families can expect to receive information about the research findings from Study coordinators by phone, mail, and the Internet, and through home visits. In home visits, a nurse or health research assistant will confer with the parents or caregivers to collect samples of indoor and outdoor air, water, or other environmental components.

The Study will be implemented through a group of university hospitals, community hospitals, local health clinics, or physicians' offices across the country. Participants will be recruited by local members of the Study team and will participate in or near their hometowns. Study planners are designing a careful recruitment strategy and follow-up plan to keep families actively engaged in the Study for more than two decades—no small challenge in today's mobile society. The National Children's Study will promote its research results through scientific journal articles, Web site postings, and media outreach activities.

## A UNIQUE PARTNERSHIP

The National Children's Study is a collaborative effort led by the U.S. Department of Health and Human Services (HHS)—through the National Institutes of Health (NIH) and the Centers for Disease Control and Prevention (CDC)—and the U.S. Environmental Protection Agency (EPA). Operating through the NIH's National Institute of Child Health and Human Development (NICHD), the Study benefits from the input of more than 40 other federal agencies and departments. Study planners hope to build partnerships among local communities, health care providers, and federal and non-federal scientists, as well as parent, advocacy, and private industry groups that will inform the Study throughout its duration and will ensure the greatest benefit to the nation's children.

The National Children's Study has the potential to fill knowledge gaps, make a positive impact on the lives of children and adults, and generate the knowledge to find cures and maintain healthy lives. Everyone involved—families, researchers, policy makers, and the children themselves—will offer a gift to future generations through their support of and participation in the Study.



**The benefits of the National Children's Study will extend far beyond the U.S. borders. What is learned about American children and their environments can help people around the world.**

# The Genesis of the National Children's Study: Children's Health Act of 2000

By the late 1990s, numerous experts in science and medicine were calling for new data on children's health and development. The last major study of children's health, the Collaborative Perinatal Project (1959–1974), offered information that reflected very different physical environments and social settings, and a far less diverse population of children. Studies conducted since, although offering important insights, have been too small or too specific to analyze the wide range of environmental factors and relationships that the National Children's Study will address.

With many childhood diseases and unhealthy conditions on the rise over the past two decades, support has grown for a broad partnership of agencies to join forces in conducting an extensive study of children's health. Such a study would develop an important data resource and would yield powerful clinical and research tools at a substantial cost savings over separate studies conducted by individual agencies.

## CONGRESSIONAL COMMITMENT

In 1999, the President's Task Force on Environmental Health and Safety Risks to Children recommended a large, new longitudinal study of children to fill large gaps in knowledge about environmental effects and children's health and about how to address these effects. The Task Force's recommendation to initiate a new study was quickly followed by congressional passage of the Children's Health Act of 2000 (Public Law 106–310). Among other provisions, this act authorized the development of the National Children's Study. President George W. Bush has twice reauthorized the Task Force, and Congress has demonstrated continued interest in the National Children's Study by requesting briefings on Study plans and expected outcomes.

The President's Task Force on Environmental Health and Safety Risks to Children was established in 1997 by executive order. The Task Force was instrumental in highlighting the need for the National Children's Study, and its members from 16 departments and White House offices continue to be a strong source of support.

The Children's Health Act called for the Study to be directed by a consortium of agencies led by the NICHD in partnership with CDC and EPA. The National Institute of Environmental Health Sciences (NIEHS) and many other federal partners concerned about children's health and the environment have joined these three lead agencies.

**Congress has demonstrated continued support for the National Children's Study since passing the Children's Health Act of 2000.**

An Interagency Coordinating Committee, comprising scientists from each lead agency with oversight by the NICHD director, was formed to guide the Study's planning and implementation. A federal advisory committee and 20 working groups composed of federal and non-federal scientists and other representatives have made substantial progress informing various aspects of the Study.

Initial funds for fiscal years 2000 through 2004 were contributed by the lead agencies. Congress has also remained supportive, as reflected by language in appropriations committee reports. Numerous interagency partnerships have been established to plan the components of this ambitious long-term study and to conduct pilot studies.

[redacted]


Economic Investment in
Health Research: Better
Health, Better Returns

A research undertaking of the magnitude of the National Children's Study raises immediate economic questions. How much does a study of this size cost? What is the true "return on investment" in terms of the nation's health and economy?

New findings in medical research make the news every day, be it gene therapy, bionic hearts, the regeneration of nerve cells, or the latest breakthrough in real-time medical imaging. As discoveries become practical tools, they help confirm that funding for medical research is a sound investment. But at this start of a new century, biomedical research is facing some of its most significant challenges. Although the goals of health research are clear—realizing health benefits for all people—the debate over cost continues in all quarters, from health care professionals and researchers to policy makers, educators, and concerned citizens.

## RESEARCH AS AN INVESTMENT

A useful way to consider benefits of health research is in terms of "health care costs saved." A 1995 report from the *Federation of American Societies of Experimental Biology Journal* estimated that $68 billion in annual savings are attributable to medical research due to reduced or avoided hospital stays, or new and improved advancements in medications and medical procedures.[8] The report concluded that for every research dollar invested, two to three dollars are returned to the economy.

Specific economic advantages of the National Children's Study—which is projected to cost an average of $100 million per year, or $2.7 billion over 25 years—can be viewed from the perspective of direct cost reduction. Five of the Study's major health outcome theme areas encompass diseases and conditions that currently create a societal burden of more than $750 billion per year.[9-15] This figure is all the more troubling because it represents both treatment and intervention for conditions that research has shown can be mitigated and possibly prevented.

Previous studies, similar in some ways to the National Children's Study, have demonstrated significant economic benefits. For instance, groundbreaking 1970s research on the effects of lead on children's neurodevelopment prompted the phasing out of lead in gasoline, paint, and other products.[16] It has been estimated that the economic gain from this change is between $110 billion and $319 billion among each year's cohort of two-year-old children in terms of expected lifetime earnings.[17] Studies that found a link between low folate intake and neural tube defects resulted in food supply fortification and recommendations for women to take vitamin supplements as prevention strategies.[18] These measures have produced tangible economic benefits as well; for example, the annual net economic benefit of fortification has been estimated to be $94 million.[19]

In addition to health care costs saved, an important but less quantifiable economic aspect is human potential realized due to optimal health. Healthier children have greater school attendance, learn better, and are more likely to grow up to be productive workers and family members. By generating findings that can help children grow into healthy and dynamic adult members of society, the National Children's Study will yield a valuable "return on investment." What we have now, as a result of the Framingham Heart Study, is a powerful link between scientific data and health care practice. In mounting a complex, multifaceted, collaborative medical study involving thousands of participants, Framingham researchers not only broke new ground, but also learned that research provides benefits that can only be partially understood when a study begins.



**A sustained research effort would greatly improve the understanding of diseases and could stimulate innovative strategies to limit the impact of conditions, ultimately reducing the nation's health care costs.**

# ANNUAL COST TO THE UNITED STATES FROM DISEASE BURDEN

**Injury**

**$480.5 Billion[a]**



**Diabetes**

**$132 Billion[c]**

**Asthma**

**$14 Billion[d]**

Low Birth Weight

$6 Billion[f]

**Neurobehavioral Disorders**

**$9.2 Billion[e]**



**Total**

**$758.7 Billion[g]**

**Note: The above figures are adopted from a range of sources that may have used varying methods and assumptions in calculations.**


a. National Safety Council. (1999). *Report on injuries in America* [Electronic version]. Retrieved November 17, 2003, from http://www.nsc.org/lrs/statinfo/99report.htm

b. Centers for Disease Control and Prevention, DHHS. (n.d.). *Improving nutrition and increasing physical activity* [Electronic version]. Retrieved October 12, 2004, from http://www.cdc.gov/nccdphp/bb_nutrition/

c. American Diabetes Association. (2003). Economic costs of diabetes in the U.S. in 2002. *Diabetes Care, 26*(3), 917-932.

d. American Lung Association. (2003, March). *Trends in asthma morbidity and mortality* [Electronic version]. Retrieved October 21, 2004, from http://www.lungusa.org/atf/cf/%7B7A8D42C2-FCCA-4604-8ADE-7F5D5E762256%7D/ASTHMA1.PDF

e. Landrigan, P. J., Schechter, C. B., Lipton, J. M., Fahs, M. C., & Schwartz, J. (2002). Environmental pollutants and disease in American children: Estimates of morbidity, mortality, and costs for lead poisoning, asthma, cancer, and developmental disabilities. *Environmental Health Perspectives, 110*(7), 721–728.

f. Lewitt, E. M., Baker, L. S., Corman, H., & Shiono, P. H. (1995). The direct cost of low birthweight. *The Future of Children, 5*(1), 35–56.

g. Silverstein, S. C., Garrison, H. H., & Heinig, S. J. (1995). A few basic economic facts about research in the medical and related life sciences. *The Federation of American Societies for Experimental Biology Journal 9*(10), 833–840.

# A Tradition of Landmark Studies

Several major studies have used a longitudinal (following people over time) design, including the landmark Framingham Heart Study launched after World War II. These studies—four of which are ongoing—take advantage of observations unfolding over many years to better understand the development of certain diseases and conditions.

**The Collaborative Perinatal Project**, launched in 1959 by the NIH's National Institute of Neurological Diseases and Blindness (now the National Institute of Neurological Disorders and Stroke), followed more than 40,000 pregnant women and their children until 1974. The study contributed some of the most important information ever collected on rubella during pregnancy,[20] as well as some of the first understandings of the effects of fetal exposure to alcohol and lead. It also demonstrated that febrile seizures in infancy do not demand treatment and improved our understanding of cerebral palsy. The Collaborative Perinatal Project was one of the first studies to yield insights on SIDS.[21] Data from the study created an important resource on many children's health issues, including the impact of pregnancy outcomes and the effects of social and economic variables on the health of individual children.

**The Framingham Heart Study** is the longest-running U.S. study involving a large number of participants (57 years with more than 10,000 participants).[22] Launched in 1948 under the auspices of the NIH's National Heart Institute (now the National Heart, Lung, and Blood Institute), the Framingham Heart Study is the prototype for longitudinal medical studies. It identified cigarette smoking, overweight and obesity, elevated cholesterol and blood pressure levels, and lack of exercise as risk factors for heart disease.[23-27] The challenges accepted by the study's originators have long since translated into significant health improvements for people around the world,[28] and literally billions of dollars have been saved through reduced health care costs.[29]

**The findings from the Framingham Heart Study revealed that high blood pressure is a risk factor for stroke as well as heart disease (1961, 1970); that women's risk for heart disease increases after menopause (1976); and that psychological and social factors have profound effects on heart health (1978).[30]**

**The Bogalusa Heart Study**, the longest and most detailed children's heart health study, was launched in 1972 and is scheduled to end in 2005. Focusing on participants from birth to age 31, it has confirmed that high blood pressure and heart disease can begin in childhood (with documented effects as early as age five), and that the nature of heart disease risk factors among children differs from that of adults. The study has also validated connections between environmental factors and overweight, obesity, elevated cholesterol, and blood pressure levels in children.[31, 32]

***[The] Framingham [Heart Study] gave us the link between diet and heart attacks, between stroke and cholesterol. The findings translated immediately to the medical community. Doctors stopped smoking and told their patients to stop too. Big studies are costly but yield enormous benefits.***

Phil Landrigan, M.D., M.Sc., professor and chairman, Department of Community and Preventive Medicine, Mount Sinai School of Medicine

**The Nurses' Health Study**, launched in 1976, looked at the risk factors for major chronic disease in women. The Nurses' Health Study II was launched in 1989 as a long-term evaluation of the effects of oral contraceptives, diet, and lifestyle factors on women's health. Each study has involved more than 100,000 nurses and has verified that heart disease risk is reduced among women who take a daily multivitamin; that women who eat certain types of fish on a regular basis have a lower incidence of heart disease; that healthy lifestyles significantly lower the incidence of heart disease; and that cigarette smoking is associated with increased heart-disease risk, particularly among women with diabetes.[33]

**The Women's Health Initiative**, launched in the mid-1990s, is an observational study of 150,000 postmenopausal women between the ages of 50 and 79 over a 15-year span. The study focuses on hormone therapy (HT), diet, calcium, and Vitamin D supplementation, and the relationships of these

factors to heart disease, breast and colorectal cancer, and osteoporosis. The Women's Health Initiative has already offered insights on estrogen plus progestin HT, noting that this particular type of therapy is associated with an increased incidence of stroke and dementia.[34]

As each of these major studies demonstrates, size and complexity are necessary to reveal the intricate patterns of human biology, as well as the subtle relationships between causes and effects that can be expressed as diseases. These multifaceted research efforts, which involve thousands of participants, continue to provide keys to medical knowledge and clinical care, as they remind us of the powerful links between scientific data and health care practice.

***The Collaborative Perinatal Project taught us that the major causes of cerebral palsy occur earlier in pregnancy than the time of birth. This study found that inflammation of the placenta is a major cause of pre-term birth and found it 25 years before the idea came to be popular in the 1980s. The study was also very influential in how we manage jaundice in babies, even today.***

Mark Klebanoff, M.D., director, Division of Epidemiology, Statistics, and Prevention Research, NICHD



# Studying an Increasingly Diverse Nation of Children



Closing the gaps in health among the nation's children is among the federal government's highest health priorities. In its efforts to promote health and prevent disease, the government seeks to ensure that all Americans benefit equally from advances in quality of life. It also seeks to eliminate health disparities, specifically those based on gender, race, and ethnicity; income and education; and disability. The nation recognizes that, although great strides have been made in addressing health disparities, much work remains.

The Children's Health Act of 2000 calls upon the National Children's Study to involve diverse populations, and to assess health disparities among the nation's children. The Study will help uncover differences among groups of people in terms of health, health care access, and disease rates, allowing disparities to be identified and addressed. The Study participants will be as representative as possible of the overall U.S. population at the beginning of the 21st century—a population much more diverse than even a decade ago, and becoming more so each year.

Sociodemographic characteristics offer a compelling portrait of the nation's children in a time of growing diversity and enhanced risk of disease among a range of ethnic groups. Over the last decade the African American population increased faster than the total population,[35] and Hispanics became the nation's largest ethnic minority group[36] (with Hispanic children accounting for one of every six children in the United States[37]). Meanwhile, the percentage of Asian American/Pacific Islander children doubled (from 2 percent to 4 percent) in the last 20 years.[38]

But despite vigorous population growth, many American children today face significant health challenges related to an array of factors. Some children confront poverty and poor access to health care, as well as violence, language barriers, and exposures to air and water pollution. In growing numbers, they also face diseases—such as diabetes and heart disease—exacerbated by high-fat diets and lack of physical activity.

A few select facts underscore the pressing need for greater knowledge about the health and well being of our nation's children. Mexican American boys are most affected by obesity. Puerto Rican children have the highest prevalence of asthma—11 percent—of any U.S. ethnic group.[39,40] African American children are more likely to live in poverty than their white peers.[41,42] And African American adolescents succumb to violent death at a homicide rate six times higher than that of white adolescents.[43] Type 2 diabetes is a growing problem for American Indian/Alaska Native adolescents, who have the highest rates of any U.S. ethnic group.[44,45] This population is also suffering from depression and substance abuse disproportionately, with a suicide rate 1.5 times the national rate.[46,47] In addition, American Indian/Alaska Native infants are unduly burdened by Fetal Alcohol Syndrome, with an incidence at least twice the national average.[48]

***A major challenge [in the Study] will be having a balanced sample representing the U.S. as it is now. You are going to see emerging populations over the next 20 years. The Latino population and other ethnic groups are growing extremely fast, and we are going to have to account for the changing demographics of the United States.***

Tom Curtin, M.D., chief medical officer, National Association of Community Health Centers

By mounting a broad-scale investigation of our increasingly diverse nation of children, the Study can learn from the socioeconomic and health successes of the last two decades. For example, over



**Closing the gaps in health among the nation's children is among the federal government's highest health priorities.**

## NATIONAL POPULATION ESTIMATES FOR CHILDREN UNDER AGE 18

| Reporting One Race | Number of Children |
|---|---|
| White | 55,920,453 |
| African American | 11,355,348 |
| American Indian/Alaska Native | 874,416 |
| Asian | 2,772,235 |
| Native Hawaiian and Other Pacific Islander | 148,927 |
| **Reporting Hispanic or Latino Origin*** | |
| Hispanic or Latino | 13,588,755 |

* U.S. Census Bureau population estimates as of July 1, 2003. The U.S. Census considers race and Hispanic origin two separate concepts and therefore Hispanics may be of any race or races. Source: U.S. Census Bureau (2004). *National population estimates characteristics* [Electronic version]. Retrieved September 22, 2004, from http://www.census.gov/popest/national/asrh/NC-EST2003-asrh.html

the last 20 years there have been significant gains in the number of Hispanic middle-class households,[49] and today more than half of African American married couples have incomes higher than $50,000.[50] Improved birth weights are evident among Hispanic infants, and their mortality rates are close to those of non-Hispanic white infants.[51] Infants born to Asian American/Pacific Islander mothers have the lowest infant mortality rate of any U.S. ethnic or racial group overall.[52] In addition, low birth weight babies are less common (6.0 percent) among American Indian/Alaska Natives than all children combined (the national rate is 7.3 percent).[53]

By adding to and analyzing these kinds of data more comprehensively than ever before, the National Children's Study can develop the insights needed to answer pressing questions about the full range of racial, ethnic, and socioeconomic contexts that compose the national fabric. The Study will bring a unique and balanced power to the examination of diversity. To realize this opportunity fully, the Study will seek the participation of a varied group of families—particularly the women and children—as pivotal contributors. To ensure that health disparities are adequately addressed, the National Children's Study will recruit extra participants from some diverse populations. Study coordinators will identify women through multiple venues, from doctors' offices and community clinics, to social service and community groups. Study information will be disseminated through many outlets, including churches, libraries, retail outlets, and community centers. And, because participant retention can be more difficult for families dealing with poverty, transportation problems, and geographic isolation, the National Children's Study will develop ways to make participation easier for them.

# Priority Theme Areas of the National Children's Study

The National Children's Study will address a range of research questions that encompass the most critical child health issues of our time. Although some of these concerns have been examined in other studies, no scientific study to date has carried the scale and scope of the National Children's Study, or the ability to assess interactions among many exposures and related health outcomes in a large population of children.

By using a trio of key features—time (20-plus years), number of participants (100,000), and the array of scientific tools now available to investigators—the National Children's Study will be able to deliver new perspectives on many of the nation's most pervasive child health questions. With new analytical techniques brought to bear, such as DNA microarrays ("gene chips") and high-speed processing of biological samples, the Study will seek to address the exposures and conditions that represent the most significant risks and burdens to U.S. children.

At the heart of this objective is the Study's unique capacity to evaluate multiple exposures in varying concentrations and combinations across two decades, and to link those findings with multiple outcomes. This capacity can help reveal the many ways that exposures are expressed in children over time, from congenital anomalies to behavioral variations to diseases that are common to specific settings or environments.

**Today, the number of childhood conditions with suspected environmental connections comprises a daunting list. There is compelling evidence that obesity, cancer, asthma, autism, birth defects, and cerebral palsy all carry significant environmental linkages.**

In meeting the challenge to create a large-scale database, the National Children's Study will respond to the evolution of scientific thinking across the next 20 years, including improvements in data collection, as well as innovations in various research tools and techniques. Most important, though, the Study will center its efforts around a number of broadly defined health outcome and exposure themes that are considered to have the greatest overall impact on child health and development. Some of these issues include obesity, diabetes, and physical development; injury; asthma; pregnancy-related outcomes; outcomes related to child development and mental health; exposures to psychosocial, physical, chemical, and biologic environments; and the influence of genes and genetic variation on environmental exposures. By maintaining broadly defined areas of interest, the Study preserves the flexibility to respond to new and unforeseen questions as they arise.

Even with approximately 100,000 children enrolled, the National Children's Study cannot directly address every disease or condition; this is particularly true of rare conditions affecting very small portions of the population that are better served by dedicated case-control studies. The breadth of the data to be collected signifies how valuable it will be for learning about even these rarer conditions. Using the organizing principle of interrelated "priority theme areas," the National Children's Study will optimize the research effort across a variety of health concerns, generating a powerful scientific resource that can shed unexpected light on new questions for years to come.

The following discussions highlight several priority theme areas, outlining the basic nature of the public health challenges in each case. In offering key questions that might guide investigators, a number of promising approaches and strategies emerge. The avenues of investigation are too numerous to cite each and every possibility, but a number of specific Study questions have been developed to ensure that key measures are obtained, and that the sample of participants and study design are adequate for the questions to be addressed.

***Among other things, the National Children's Study will provide us with critical information on the relationship between housing and health and [will] improve our understanding of the association between the built environment and autism, respiratory ailments, obesity, childhood injury, and other areas that concern us all.***

Peter J. Ashley, Dr.P.H., environmental scientist, U.S. Department of Housing and Urban Development, Office of Healthy Homes and Lead Hazard Control

# PREGNANCY-RELATED OUTCOMES

**Maternal and infant health has improved dramatically in the United States over the last century. The infant mortality rate continues to decline; the number of pregnant women who smoke cigarettes continues to fall; and birth rates among teenagers in all ethnic groups declined throughout the 1990s and continue to do so today.[54] But despite these successes, the United States lags behind 27 other industrialized countries in infant mortality, and the root causes of pre-term birth remain unclear.[55] And disparities exist among racial and ethnic groups, such as African Americans, for whom the infant mortality rate is more than double that of white children.[56]**

The National Children's Study will investigate a range of important research questions related to pregnancy and events that occur within one year after the end of pregnancy, including birth defects, low birth weight, pre-term births, miscarriage, stillbirth, and neonatal problems. Some research questions include:

**Does impaired glucose metabolism during pregnancy increase the risk of birth defects?** Evidence suggests an increased risk of birth defects among children born to women who are diabetic before or during pregnancy.[57] The Study will assess the presence of impaired maternal glucose metabolism, a diabetes precursor, as early as possible in the course of pregnancy. Children born to women with this condition will be comprehensively assessed for evidence of birth defects. Results from this effort can help revise standards of care for prenatal screening, as well as inform guidelines for the management of diabetes during pregnancy.

**Is pre-term birth caused by inflammation and infection?** Evidence of intrauterine infection is present in up to 40 percent of all spontaneous pre-term births and up to 75 percent of those that occur before 32 weeks' gestation.[58, 59] Recent reports have also linked pre-term births to maternal tooth and gum disease, and to inflammation in other parts of the body.[60] The Study can collect cervical and vaginal cultures and histological material as early in pregnancy as possible to assess for local and systemic inflammatory markers. At birth, placental material and umbilical cord blood can be examined for indications of infection and inflammation. Linkage to obstetric records may provide other evidence of infection to help answer this question.

# INJURY

**Like infections, injuries require the proper host (the child), vector (transmission of energy to the child by a car or other object), and environmental variable (e.g., lack of smoke detectors). Traffic, swimming pools, staircases, weapons, fire, and household poisons pose the greatest threats to a child's safety, yet are common presences in many children's lives.[61,62] Injuries are the major cause of death in children after their first birthday.[63] Nearly 10 million children sustained injuries that necessitated medical care in 2001 alone, with some of the most affected survivors being those with a traumatic brain injury, which can affect their cognitive, emotional, physical, and social abilities for the rest of their lives.[64,65]**

## Addressing Injury

Past studies on the causes of childhood injuries have provided data needed to pass informed laws and develop proactive interventions, such as free smoke detector programs and child safety caps on medicine bottles.[66,67] By identifying groups at increased risk due to genetic and other factors, the National Children's Study aims to build upon this knowledge base to inform interventions for subgroups of children at greatest risk of injury. Potential research questions concerning injury include:

**How do innate individual characteristics, such as resting heart rate or biologic level of reactivity and other genetic traits, along with parenting and peer environments, influence risk taking, aggressive behavior, and unintentional injury?** Improved understanding of biologically based measures of reactivity in infancy holds great promise for insights into why some individuals exhibit high-risk behaviors, while others do not. Animal studies on the interaction of genes and environment in shaping behavior offer a strong foundation for observing similar elements in children—and for pointing the way to science-based injury-prevention programs.

**Does repeated head trauma adversely affect neurodevelopment?** Although the classic setting for repeated head trauma is athletic competition—with sports-related injuries accounting for some 20 percent of the 1.5 million traumatic brain injuries sustained annually—normal childhood activities also provide ample opportunity for repetitive, mild head trauma.[68] The Study can consider traumatic brain injuries of varying severity based on interviews, school and medical records, and sports participation data and can assess the resulting neurodevelopmental changes.

# ASTHMA

**Asthma, the most common chronic disease of childhood, is also one of the most costly diseases, affecting around 5 million children in the United States.[69,70] Between 1980 and 1994, the incidence of asthma increased 74 percent among U.S. children ages five to 14, and it has yet to peak.[71] With nearly 8 percent of school-age children suffering from it, asthma ranks as the most common cause of illness-related school absenteeism.[72]**

**Asthma's rise has been attributed to a variety of influences such as increased air pollution, and environmental endotoxins, such as soil and pet dander. Increased obesity may also be a factor.[73] Certain asthma-promoting genes are believed to be affected by environmental exposures, particularly in early life. There is some evidence that dust mites, cockroach allergens, and tobacco smoke can cause asthma, but more research is needed to examine a variety of early-life airborne exposures that may be related to the onset of asthma.[74]**

Several research questions for the National Children's Study address the possible influence of fetal or early-life exposures on subsequent risk of asthma, including:

**Does indoor and/or outdoor air pollution cause asthma?** There is clear evidence that air pollution exacerbates asthma, but whether unhealthy air initiates asthma is less certain. The National Children's Study can estimate exposure to specific indoor and outdoor air pollutants by sampling air quality in and around participants' homes and schools, through activity diaries, using personal air samplers for some participants, and linking to existing data about outdoor air.

**Is early-life infection associated with asthma risk?** Some studies have suggested that early-life infections protect against asthma, while others conclude the opposite.[75] To confirm or deny the relationship of infections and asthma, early exposures to infectious diseases can be investigated through family interviews, illness histories, blood tests, day care attendance, and the number of siblings. The Study can collect maternal and umbilical cord-blood samples to assess exposures to infectious agents, conduct interviews with parents and caregivers, and possibly review medical records. In addition, biologic samples can be collected to evaluate immune response and inflammatory factors. The Study can best contribute to knowledge in this area by studying subgroups of children and the interactions among many different exposure and outcome factors.

**Does a vitamin-rich diet help decrease asthma risk?** Data from CDC's third National Health and Nutrition Examination Survey (1988–1994) note that children exposed to second-hand smoke face exacerbations of asthma.[76] Although further research is required, there is epidemiological data to suggest that dietary antioxidant supplements (e.g., beta carotene, selenium, Vitamin C) might reduce the prevalence and severity of asthma in some children.[77,78] The National Children's Study can employ multidisciplinary capacities in evaluating children's diets, use of nutritional supplements, and exposure to second-hand smoke. Antioxidant levels can be tested through serum samples and, in some cases, breath analyzers.

# OBESITY, DIABETES, AND PHYSICAL DEVELOPMENT

**According to CDC, since the 1970s, the proportion of overweight children between the ages of six and 19 has tripled—an increase so rapid that by 2000, the CDC declared obesity a U.S. "epidemic." [79-81] Overweight children have a three-fold higher risk of developing hypertension than children who are not overweight, and three-fourths will grow up to be overweight adults.[82,83] Health conditions associated with overweight and obesity in children parallel those in adults, such as hypertension, Type 2 diabetes, and psychosocial consequences.[84] Some 20 percent of new Type 2 diabetes is in children between the ages of nine and 19 (a condition that was, until only recently, seen only in adults). In 2002, investigators working with a small cohort demonstrated that impaired glucose tolerance—the "early warning sign" of impending diabetes—is associated with overweight and obesity in children.[85] The National Children's Study can follow up on this finding in a much larger population of children, evaluating the links between and among biology, psychosocial environments, diet, exercise, and obesity.**

## Addressing Obesity, Diabetes, and Physical Development

The National Children's Study will address several research questions in this area. Some examples include:

**Does impaired maternal glucose metabolism during pregnancy cause overweight in children?** A number of factors affect glucose metabolism in pregnancy, including maternal nutrition, physical activity, and infection—and the timing of such factors during gestation may be critically important. This question is especially relevant because more women of reproductive age are overweight, a known risk factor for gestational diabetes, and preliminary evidence suggests a relationship between maternal glucose metabolism and childhood obesity.[86] The National Children's Study will measure glucose tolerance during pregnancy and will assess children's weight several times through age 21 to draw conclusions. A positive link could establish the need for increased emphasis on weight control before pregnancy—and for greater glucose control during pregnancy.

**Does breastfeeding reduce the risk of obesity?** Is the protective effect of breastfeeding due to breast milk itself, or to differences in feeding practices between breast and formula-fed infants? If breastfeeding helps to prevent subsequent obesity, it would be one of the few simple obesity-prevention measures available.[87] The National Children's Study can collect information about breastfeeding practices, obtain samples of breast milk, and assess body size multiple times during childhood and adolescence to answer this question.

**How do diets low in fiber and whole grains, but high in refined sugars, increase risk for obesity and diabetes?** Children's weights and measures of food intake can be assessed throughout the Study to answer this question. Because of the study size, the multiple subgroups of children, and varied diets, the Study has a unique opportunity to identify aspects of children's diets that contribute to weight control and could have a substantial impact on dietary recommendations.

**Does the physical environment, such as sidewalks, proximity to parks, and a safe neighborhood, help prevent obesity?** An improved understanding of the "built environment" that influences physical activity and overweight will assist planners in designing towns and neighborhoods that promote public health. In the National Children's Study, the characteristics of children's homes and environments will be assessed and physical activity levels will be determined through interviews, activity diaries, and measurements of children's body weights.

# CHILD DEVELOPMENT AND MENTAL HEALTH

**Perhaps the most prominent example of the environment's impact on child development involves lead exposure in children. Although the toxicity of high lead exposure had been known for many years, a series of reports in the 1970s began to link lead exposure to long-term learning and behavioral disabilities in children.[88] As the neuropsychological effects became evident at lower and lower levels of exposure, removal of lead from products including paint and gasoline has helped to significantly reduce the overall impact of lead on health. This example is indicative of the potential effect the Study results could have.**

**Exposures to toxic materials are known to affect a range of cognitive, sensory, and motor functions in children, as well as their social and emotional development.[89] Conditions believed to be affected by environmental factors include ADHD, autism spectrum disorders (ASDs), and mental retardation. The National Children's Study has a unique opportunity to gather information about these and other conditions to assess linkages with environmental influences.**

The Study will examine numerous research questions in the areas of child behavior, learning, neurodevelopment, mental health, and developmental disorders, including:

**How does routine low-level pesticide exposure interact with genes to affect neurobehavioral and cognitive performance?** The general adult population has had widespread exposure to pesticides, as reflected by urine tests conducted in previous studies.[90] Children often have greater exposure than adults due to increased contact with the ground and their tendency to put objects in their mouths. The Study can assess both *in utero* and postnatal exposures to pesticides with neuro-behavioral and cognitive examinations during infancy and childhood. Linkage to school records may also allow for the assessment of cognitive function.

**Are early exposures to neurotoxicants—as lead and alcohol are known to be *in utero*—associated with developmental and mental health anomalies?** Neurotoxicant exposure has been linked to increased aggression, delinquency, hyperactivity, impulsivity, poor socialization skills, and general difficulty with cognitive and intellectual activities.[91] The National Children's Study will monitor relationships between known neurotoxicant exposures and subsequent behavioral and cognitive changes, including interactions of exposures to multiple agents, as well as contributing elements that may be harmful as well as helpful to neurodevelopment, such as family dynamics, caregiver supervision, and classroom environments.

# GENETICS

**The ability to study gene-environment interactions is a new and pivotal opportunity to better understand the nature of health and disease in children. But knowledge of genetic susceptibility to diseases, particularly in relationship to environmental factors, remains in its infancy. Individuals vary in susceptibility, and it is now known that similar genes in different individuals—or even different groups—do not confer equal health risks. A critical aspect of gathering useful genetic data is the fact that environmental exposures occur at various stages of a child's life and can wax and wane in the same location. By combining genetic analysis with the assessment of environmental influences over time, the Study will bring genetic research to a new magnitude of utility and insight.**

## Addressing Genetics

The National Children's Study can employ the tools of molecular biology to investigate the role of genetic variation in disease, as well as disease-related vulnerabilities and predispositions in individuals and groups. The ability to assess these points across two decades and among 100,000 individuals at various ages presents a unique opportunity to generate new data and innovative health care strategies.

**In what ways do environmental factors intersect with genes?** National Children's Study investigators will use the latest knowledge about "target genes," suspected to be involved in the development of certain diseases, to develop broad-based conclusions about gene-environment interactions in large populations. The sequencing of the human genome has made this research possible by generating massive sets of data that allow scientists to study the links between genes and the environment.

