

# PHYSICAL ENVIRONMENT

**The physical environment includes both the "built environment" and physical factors such as light, noise, and radiation. The built environment—the houses, stores, schools, playgrounds, and communities where children and families spend most of their time—is increasingly being recognized as a factor in health and illness. Highlighting the significance and complexity of built and physical environments in human health, a 2002 report published in the National Institute of Environmental Health Sciences' *Environmental Health Perspectives* describes vehicle pollution, particulate matter, poor housing conditions, crowding, and home and apartment pesticide use as only a few of the interrelating factors that contribute to child health problems.[92] Cause-and-effect relationships between physical environments and health, however, have been difficult to quantify and study in an orderly manner.**

The National Children's Study can evaluate multiple aspects of built and physical environments through a variety of direct sampling and survey tools, including measurement of indoor exposures related to dust mites, cockroaches, mold, building materials, gas and wood-burning stoves, and pets. Potential research questions include:

**Do aspects of the physical environment, such as housing quality and neighborhood and community conditions, affect child health and development?** This question opens the door for evaluating relationships between inadequate housing, schools, and economically challenged communities and the presence of diseases, developmental disabilities, impacted school performance, and signs of chronic psychological stress. Inadequate housing is also often associated with the presence of airborne lead (or remaining lead paint), mold and mold toxins, and increased indoor pesticide use—all of which can be measured over time by National Children's Study investigators.[93]

**Does household mold exposure in the first year of life lead to asthma?** A recent study confirmed a strong association between the presence of mold in homes and apartments of newborns with the development of asthma.[94] (The same study noted a more modest, but still positive, association between cockroach infestation in homes of newborns and subsequent childhood asthma.) The National Children's Study can act on this compelling preliminary evidence by designing larger studies to investigate the relationships between built environments and allergens; toxins and the appearance of asthma; and other respiratory syndromes in children.

# CHEMICAL ENVIRONMENT

**Some 80,000 chemicals are in routine commercial use in the United States,[95] and a wide variety of these substances have been suspected to be toxic to developing brains and nervous systems. Lead, some solvents and glues, mercury and manganese, and some pesticides are demonstrated neurotoxicants that can pose serious harm to children as attention deficit disorders, nervous system aberrations, and memory, language, and intelligence impairments.[96] According to EPA's *2001 Toxics Release Inventory*, neurotoxicant chemicals—including persistent bioaccumulative toxins, which accumulate and remain in the environment and food chains—remain common elements of everyday American environments.[97] Although science has linked some chemicals to nervous system deficits, greater research is needed to monitor exposures and identify factors that may be tied to unexplained birth defects and developmental disabilities. Likewise, additional research may find that some chemicals are harmless, creating no cause for concern.**

The National Children's Study can monitor exposures to neurotoxicants, contributing vital data to information produced by birth registries and toxic chemical surveys and reporting systems. Critically important is the Study's ability to analyze genetic susceptibility to environmental "triggers" that may initiate gene-based nervous system damage. Some possible research questions include:

**What happens to the human organism after long periods of low-dose exposure to chemicals, pesticides, and herbicides?** The National Children's Study can assess chemical exposures over time through the sampling, tracking, and comparison of umbilical cord and infant and maternal blood samples. Longitudinal and comparative data can reflect variations in exposures across time and geographical locations. Other data-gathering techniques might include maternal questionnaires and software programs designed to rapidly detect significant correlations among regions, toxicants, and rates of disability.

**What are the health effects associated with complex low-level exposures?** Toxicants emitted into the environment at very low levels present a special challenge. These agents can be difficult to detect or to fully distinguish from other environmental factors. The National Children's Study can conduct sophisticated environmental and ambient air measurements and can analyze building materials. These data, coupled with surveys and questionnaires, will generate insight into causal associations between low-level exposures and diseases or conditions, if any, and help to establish threshold exposure levels as well as the interactive effects of combinations of exposures.

# PSYCHOSOCIAL ENVIRONMENT

**Despite progress in understanding the effects of psychosocial factors on the development of disease, more research on the links between social phenomena and physical illness or overall well being is needed. Family conflict, urban violence, economic stressors, parental occupational demands, and disparities in health care and public services all appear to play subtle roles in molecular and genetic processes, possibly initiating biologic pathways that predispose individuals to—or directly incite—physical illness. In the course of generating new data, the Study can uncover factors that enhance the psychosocial environment, while yielding a more reliable model of the health effects of psychological and social influences.**

Using surveys, medical histories, housing records, direct interviews, and sociological data, the National Children's Study can link psychosocial environments to clinical, genetic, and other information that may lead to improved strategies for intervention and care on many levels, including medical, public, and social services. Potential research questions may include:

**How do social environmental factors contribute to diseases?** Many studies have been published over the last decades suggesting that personal factors (e.g., school, family, relationships) can influence an array of physical symptoms and adverse behavioral and developmental changes. Most of these studies were limited by cohort size, period of time, or regions in which the research took place. Using various psychosocial measures in combination with clinical data, the National Children's Study can employ the advantages of a large participant population and greater time to help address this broad question.

**Does chronic exposure to urban violence exacerbate asthma?** Research completed in 2001 suggests that exposure to violence exacerbates asthma. In a small study of children in one inner-city neighborhood, there was a temporal association between exposure to violence and flares of asthma symptoms (e.g., wheezing, coughing).[98] The National Children's Study might further this investigation on a much broader scale by merging data on the incidence of violent episodes with patterns of asthma, based on family diaries and hospital and clinic measures.

**How do differences in the social environment across many complex factors produce health disparities between urban and rural residing children?** Lifestyle, occupation, and behavioral patterns vary among children living in cities versus rural areas. The National Children's Study can examine the role these factors might play in the health and disease outcomes those groups experience.

# BIOLOGIC ENVIRONMENT

**Research has confirmed that exposure to certain toxicants can create marked immune system dysfunction, which increases an individual's susceptibility to viruses, bacteria, and fungi.[99] This relationship between immunity, infection, and the environment has profound implications for the health of children. But scientists do not know the full extent or severity of immune system deficits related to environmental factors. Some believe that a child's immune system can withstand the pressures of environmental insults; others believe that developing immune systems are at serious risk when exposed to toxicants. Additionally, some researchers have noted that, because children are not "little adults," questions remain about the long-term implications of immune damage sustained early in life. The debate goes to the heart of a significant area of research for the National Children's Study.**

The National Children's Study can evaluate the biologic environment by intersecting data culled from medical records (e.g., incidence of infectious diseases among participants at different ages and in specific locations), as well as from on-site sampling of ambient air that is tested for the presence of bio-allergens. Other assessments can include vector sampling (e.g., shared surfaces in homes and public areas), blood cultures and throat swabs for microbiologic assessment, and inflammatory biomarkers (e.g., erythrocyte sedimentation rate, C-reactive protein levels).

**Do chemical toxicants consistently suppress immunity and facilitate infections?** The National Children's Study can measure environmental toxicant levels in specific locations and compare that data against the incidence of a variety of infectious diseases, including immune-mediated entities such as asthma, hypersensitivity reactions, and chronic dermatitis. The Study can also use genetic methods to monitor immune system and inflammatory changes at the molecular level, in concert with known chemical exposures.

**Do specific infections incite heart disease?** The role of inflammation in heart disease is well-established in adults, but a growing volume of data supports the possibility that infections early in life may also play a role. The National Children's Study can investigate the linkages between specific common pathogens and evidence of heart and vascular disease early in life. It also can track individuals across time to assess the progression of disease, from the earliest molecular changes to more overt signs and symptoms. Along the way, data on diet and exercise regimens could provide additional information about the ways in which heart disease is initiated and ameliorated.

**Does prenatal infection and inflammation increase risk of cerebral palsy and autism spectrum disorders?** Previous studies have shown that exposure to prenatal infection or inflammation may increase risk of cerebral palsy.[100] Less data are available on a possible link to ASDs. The Study can assess prenatal infection and inflammation through the pathologic and microbiologic evaluation of placentas. Assessment of the neurodevelopment of children can include diagnostic algorithms that identify all cases of cerebral palsy and ASDs. A review of medical and school records may also help identify cases of these disorders.

**What factors during pregnancy are associated with increased risk of schizophrenia?** Because it is known that schizophrenia is related to genetic predisposition in only half of all cases, the Study is well-positioned to investigate other causes. Prenatal exposure to infectious agents, such as herpes simplex type 2 (genital herpes), has long been thought to have a link to the development of schizophrenia. The National Children's Study will consider the timing of infection in relation to birth by collecting multiple blood samples during pregnancy. If exposure to certain infections is associated with schizophrenia, better understanding, detection, and management of the disorder will be possible.

# GROWING AND LEARNING: A CHILD'S DEVELOPMENT

## Milestones in a Child's Life

### BIRTH DAY: THE BEGINNING
Weighing 25 percent of its eventual adult weight, the brain of a newborn is still developing the synapses and neurons that enable the senses and memory.



### YEAR 1: TAKING STEPS
Around his first birthday, he is taking his first steps. A great adventure for the child, walking is a motor skill that requires coordination, balance, and practice.

### YEAR 3: WHO AM I?
Although still a toddler, a three-year-old is developing a healthy sense of self-esteem and a sense of empathy for others. The critical development of the brain continues as her vocabulary grows and curiosity develops.

### YEAR 5: YOUNG AND GIFTED
She ties her own shoelaces, writes her own name, knows right from left, and relies on her 10,000-word vocabulary. Around the age of five, she has developed a hand preference and is seeking knowledge from her environment.



### YEAR 7: MOVING OUT
Throwing, jumping, catching, batting, and other large-muscle motor skills are improved between the ages of seven and eight. Both boys and girls often start to join organized games and activities such as soccer, basketball, or dance.

### YEAR 10: HUMOR ME
Laugh and a child laughs with you. By the age of 10, a child can understand humor, metaphors, and wit. Also, he can switch the flow of a conversation to match another person's needs or moods.

### BIRTH
After months of preparation and anticipation, the child is welcomed into the world. He joins his parents as participants in the National Children's Study and important data are collected about him.



### AGE 1
The first results from the National Children's Study are available and will provide insight on some outcomes related to events during pregnancy (e.g., maternal nutrition during pregnancy and prenatal care). During this stage of development, researchers can check an infant's respiratory and immune systems to detect early markers of asthma.



### AGE 3
The toddler is developing communication skills and exploring the environment around him. The early clues as to the development of autism can be detected by this age (if not earlier).

### AGE 5
The school environment brings new opportunities for intellectual and social development. The researchers and scientists of the National Children's Study can measure ability to learn and check for learning disabilities.



### AGE 7
The child is able to understand his or her special involvement in the National Children's Study.

AGE 10
How the child interacts with peers in social and educational settings will tell researchers something about his social development thus far.

YEAR 11:
CHANGES
The first phases of puberty have occurred for many children by ages 11 and 12. Growth spurts, voice changes, hair growth, and mood changes mark these hormonal changes.



[redacted]

AGE 13
The child's environment can enhance or impede her physical development. Researchers will know if puberty is on track and how diet, exercise, and the built environment are affecting growth.

YEAR 14:
FITTING IN
After adjusting to the new social setting of high school, he may be concerned with appearance and gaining the approval of friends and classmates.

YEAR 15:
STRETCHING MY WINGS
She has become more autonomous, planning her daily activities and taking more responsibility for her life. By age 15, she has developed a sense of responsibility and a sense of identity.



AGE 16
The National Children's Study research team can see evidence of the teen's support systems and capabilities to make good personal choices.

YEAR 17:
INDEPENDENCE
No longer a baby but not yet an adult, he takes the great leap into financial, social, and personal independence. Whether off to work or college, he is preparing for adulthood.

[redacted]

[redacted]

AGE 21
The young adult has graduated from high school and has begun to establish a new life for herself, independent from her parents. She is making decisions that impact her education, career, personal life, and well being.

YEAR 21:
ALL GROWN UP
The baby who once crawled and climbed over the furniture has now reached physical maturity. Her brain, now weighing three pounds, is fully developed, and all gross and fine motor skills have matured. Despite physical maturity, there is more growth to come in adulthood, which brings its own developmental milestones and challenges.

**A Child's Development as a Study Participant**

# MOVING FORWARD: MEETING THE CHALLENGES OF THE NATIONAL CHILDREN'S STUDY



# Laying the Groundwork: Pilot Studies and Discussion Groups

The research questions reflect the ambitious scope of the National Children's Study. Its research plan has tremendous range and significance. Study designers are fully aware of the extent of the challenge and the dimensions of the work to come.

The National Children's Study has already initiated a number of preliminary research efforts that will allow investigators to understand where challenges lie and what obstacles might be encountered. Already producing useful data, these efforts ensure that the Study identifies the best and most cost-efficient methods and practices for meeting complex scientific goals.

For more than three years, scientists from many disciplines, including medicine, environmental science, chemistry, biostatistics, social and behavioral sciences, and human growth and development, have worked to build a foundation for the National Children's Study. These efforts, collectively known as "pilot studies," range from evaluating the possibility of recruiting primary care physicians as local Study researchers, to finding inexpensive and unobtrusive techniques for measuring various exposures in homes and schools, to identifying the best ways for collecting and storing specimens, to ensuring accuracy in the data from numerous Study sites within the United States.

These pilot studies, which will be conducted throughout the life of the Study as new issues and challenges arise, encompass the questions that must be addressed to enable a functional and cost-effective National Children's Study. As results from the pilot studies become available, they will be incorporated into the research design.

Among the pilot efforts are *exposure studies*, which seek to predict the where, when, and why of environmental exposures, along with the different pathways of those exposures. For example, because infants interact with their environment differently than older children and adults, it is essential to understand what exposures they encounter and how these exposures can be accurately measured.

*Health-related studies* evaluate and recommend testing and measurement techniques. Efforts are under way to develop simple, reliable, and inexpensive "field-ready tests" to assess and measure child development.

*Study design* pilot studies explore different ways to conduct a study, such as optimal approaches to involving communities and recruiting participants.



*Cross-cutting studies* combine the insights of scientists working in different disciplines. A geneticist may partner with an environmental chemist, a pediatrician, and an ethicist, for example, in an effort to identify the ways in which genes interact with a specific chemical exposure to influence child behavior in different locations in the United States. Cross-cutting studies capitalize on multidisciplinary collaborations in many of the Study theme areas simultaneously, and, along the way, offer exceptional potential to identify new and emerging technologies of use to the National Children's Study. Such studies also lay the groundwork for a children's environmental health research database of substantial utility and range.

***This is a once-in-a-lifetime opportunity. It will shape the research agenda for the next generation.***

Robert Chapin, Ph.D., head, Investigative Developmental Toxicology Lab, Pfizer Pharmaceuticals

In the context of these strategies and techniques, experts from various disciplines relevant to the Study have assembled as working groups to discuss the scientific, medical, and ethical issues pertinent to a study of this magnitude. Numerous analytical papers have been or are now being prepared, looking at the "state of the art" in the interconnecting scientific arenas that comprise the Study's research themes.

Administrators and investigators remain aware that, as the Study unfolds, new challenges will arise. Participants will age, society will evolve, new technologies will emerge, and scientific and health priorities will respond to shifting needs and capacities. The National Children's Study pilot studies are preparing for the road ahead, laying critical groundwork to ensure that the Study reaches its goals and offers a substantive return on investment in terms of health, knowledge, and new capabilities.



# Planned Approaches to Study Challenges

## CHILDREN AS RESEARCH PARTICIPANTS

It has become increasingly clear over the last 30 years that toxic exposures have different—and sometimes more serious—effects on children than adults. For a long time, children were excluded from clinical research because the risks were considered too great. But now the nation realizes that not including children in research poses even greater risks to public health and safety. If children are at the highest risk, they need and deserve our best research efforts.

The National Children's Study is a response to the need for new knowledge in the area of environmental exposures in children. But what are the issues surrounding recruitment of children before birth, long before they can express an opinion about their participation?

There are established precedents for the safe and responsible recruitment of children, and institutional regulations govern ethical conduct of research involving children. National Children's Study planners are committed to making every effort to ensure participants' safety.

The recruitment of children is generally achieved with at least one parent's or guardian's permission. As part of this informed consent process, the National Children's Study will discuss important aspects of the Study's structure, intent, and methods with every mother, father, or guardian involved.

The Study will adopt a policy of open communication that emphasizes clarity and accessibility. Informational materials, Web sites, informed consent forms, and possibly interactive consent computer programs will be made available at appropriate reading levels and in the languages spoken by the families involved.

The families of participating children (and, eventually, the children themselves) are the pivotal Study partners. They will be encouraged to provide ongoing feedback on their experiences in the Study. Their questions, problems, and issues will be critical to creating the balance that will guide the conduct of the National Children's Study, ensure responsible and responsive Study management, and make this a truly unprecedented national research effort.

## PARTICIPANT CONFIDENTIALITY

In discussion groups conducted during the Study's planning stage, expectant and current parents and other stakeholders consistently raised privacy as a key issue. Community leaders and health care providers echoed these concerns. All believe that participants must clearly understand the Study's benefits, promise, and process for protecting the privacy of personal data.

Prospective participants may wonder about the ability of any large-scale study to protect their family's private information over the long term. They might fear that employers, health insurers, and other third parties will gain access to their information. To address these concerns, the National Children's Study will devote careful attention to personal privacy. Among other protections, DHHS recently released new guidelines under the Health Insurance Portability and Accountability Act of 1996 to protect the confidentiality of individuals' medical records, which the National Children's Study program staff will follow. Study coordinators will also construct the Study's databases to ensure the protection of privacy (e.g., encrypted sites and secure data entry forms) and will proactively address security issues (e.g., protecting data from outside attack).

The National Children's Study also will rely on institutional review boards to review ethics safeguards and participant protections. The Study may assemble an independent panel to provide an extra level of review in managing issues related to confidentiality.

## PROTECTING PARTICIPANTS (INFORMED CONSENT)

A critical factor in mounting such a broad-based research effort hinges on how individuals will give



**The National Children's Study is a national response to the need for new knowledge in the area of environmental exposures. If children are our most at-risk population in this arena, they need and deserve our best research efforts.**



**Every American citizen is a stakeholder in the nation's future, and, as such, shares the rights and responsibilities inherent in well-informed decision making. Informed consent affirms and actualizes the national commitment that scientific research must never take precedence over the safety and well being of individuals participating in that research.**

permission for their children's participation in the National Children's Study.

Informed consent is the mechanism by which any individual choosing to participate in research does so independently and on the basis of open communication about a study's aims, goals, and potential risks and benefits. Informed consent also provides a potential participant with adequate time to reflect before making a decision. It is fully embraced by the National Children's Study and supported by rigorous federal guidelines for investigators and individuals that govern the ethical conduct of research, especially efforts involving pregnant women and children.

Within this context, the following series of related concepts drive the Study's approach to informed consent:

- Informed consent is fundamental to the Study.
- The risk posed by participation in the Study is expected to be minimal.
- Additional safeguards will be in place to protect the rights and interests of child participants.
- Because participants will reflect the diverse nature of the United States, every effort will be made to provide useful Study information in understandable terms and appropriate languages.
- When Study participants reach a predetermined age, they will have the opportunity to actively affirm their parents' endorsement of their participation in the Study.

## PARTICIPANT RECRUITMENT

Recruiting and retaining 100,000 participants is unquestionably the greatest challenge for the National Children's Study. Because the Study will begin by following fetal health, Study coordinators must enroll pregnant women early enough to monitor their fetuses as well as their diets and other factors. Enrolling such a large number of participants—from every corner of the country and virtually every racial, ethnic, and socioeconomic group—will require a coordinated effort of research staff, health care providers, and intermediaries who can reach and inform families about the Study. Recruitment is slated to begin around 2006, after the National Children's Study is launched, and will last through 2011.

Study information materials must emphasize benefits while allaying potential concerns. Study coordinators are designing a strategy that meets these needs,

including a major information campaign that will educate the public about the Study and promote recruitment. The campaign will commence at the Study launch and will run at least through the recruitment phase. In addition, recruitment teams will carry out local campaigns within communities hosting the Study. Every participating clinic and hospital will also receive assistance with setting recruitment goals and providing information for the population(s) they serve.

Study planners anticipate that intense, local grassroots campaigns will yield the greatest recruitment for each site. Local campaigns will promote the formation of community partnerships; build relationships with area obstetricians and other health care providers; and direct outreach to parenting groups, religious and community institutions, and other organizations offering health information and support to families. Previous studies have demonstrated that endorsement and referral from trusted community leaders is a significant factor in encouraging study participation.

## PARTICIPANT RETENTION

The task of keeping track of 100,000 families, through changes in family structure, new residences, and departures for college or work, is formidable. The National Children's Study is developing a retention strategy that builds on its recruitment efforts and draws from past study successes. Because it is such a crucial aspect of the Study, retention is being considered at virtually every step of the planning process, from protocol design and ethical considerations to data monitoring and recruitment. Study planners will not take for granted anything that might compromise a family's ability or willingness to stay the course of the Study.

**Building trusting relationships with community leaders will be critical to the success of the recruitment efforts.**

According to published reports on previous longitudinal studies, a critical factor in keeping participants "on board" is the bond they develop with Study staff and fellow participants. That Study investigators and support staff, in particular, personally care about the children and families involved is a powerful motivator toward continued participation. Building on the relationships between participants and Study staff, the National Children's Study will seek to create a community of "National Children's Study Families" in which each site—as well as the entire community—recognizes and celebrates the role of participants. Some tools and activities to promote connection and cohesion among participants may include newsletters (both electronic and print), interactive Web sites for the children, periodic get-togethers, public presentations, and birthday greetings. As in most studies of this kind, participants will receive incentives for their continued participation.

**Study coordinators will need to be creative and flexible in developing ways to keep 100,000 families engaged in the Study through its completion.**

## COMMUNITIES OF THE NATIONAL CHILDREN'S STUDY




## NATIONAL CHILDREN'S STUDY SPONSORS

- U.S. Department of Health and Human Services
  - — National Institutes of Health
  - — Centers for Disease Control and Prevention
- U.S. Environmental Protection Agency



# EXPRESSING THE VISION FOR THE NATIONAL CHILDREN'S STUDY



# The Health and Economic Benefits of the National Children's Study

America faces critical health issues on many fronts. Across an array of disorders and diseases, often seen first in children and affecting their lives into adulthood, the nation's scientists, physicians, parents, policy makers, and concerned citizens are supporting a call to action: more research, better research, reliable outcomes, and substantive results.

The health and medical burdens we face are complex and widespread. We know, for example, that children bear an increased vulnerability to various types of exposures; that they are not simply "small adults"; and that they do not have the same immune protection or detoxification capacities as adults. And, because they are children, they have little or no ability to protect themselves in abuse or neglect situations.

The urgency and significance of the challenges to child health are clear, but there are scientific barriers to address. Much of the evidence to date establishes links between specific exposures and specific outcomes. And even though many of these relationships are undeniable, considerable work remains to understand the subtle molecular and genetic mechanisms involved.

The lessons of the Framingham Heart Study, the Bogalusa Heart Study, and the Nurse's Health Study, among others, demonstrate the benefits of broad-based, long-term multiple-question health studies. The health and economic benefits of the National Children's Study—realized through reduced illness and disability, as well as through increased school and work productivity—will profit the nation well beyond the investment of creating and maintaining the Study.

With its emphasis on multiple environmental exposures and health outcomes across more than two decades, the National Children's Study will combine scientific efficiency with cost-effectiveness. Evaluating data exposures in relation to genetic predispositions to health and disease among 100,000 participating children will help create a more complete picture of what actually causes diseases and promotes health. Although it cannot promise to prevent or treat every child health problem, the National Children's Study will provide a data repository from which new preventions and treatments can be developed for some of today's most common health disorders.

***I am convinced that this study, if successful, will be remembered for years to come as one of the most important scientific enterprises ever started regarding children's health.***

Fernando Martinez, M.D., professor, Pediatrics, University of Arizona



# REFERENCES

## REFERENCES


1. American Academy of Pediatrics. (1998). *Policy statement: Screening for elevated blood lead levels* [Electronic version]. Retrieved August 19, 2004, from http://www.aap.org/policy/re9815.html
2. Centers for Disease Control and Prevention, DHHS. (1999). *Barriers to children walking and biking to school—United States. Morbidity and Mortality Weekly Report, 51*(32), 701–704. Retrieved August 16, 2003, from http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5132a1.htm
3. National Center for Health Statistics, CDC, DHHS (2003). *Health, United States, 2002, Table 71: Overweight children and adolescents 6-19 years of age, according to sex, age, race, and Hispanic origin: United States, selected years 1963-65 through 1999-2000* [Electronic version]. Retrieved August 19, 2004, from http://www.cdc.gov/nchs/data/hus/tables/2002/02hus071.pdf
4. Agency for Health Care Research and Quality, DHHS. (2002). *AHRQ Focus on research: Children with chronic illness and disabilities. (AHRQ Publication No. 02-M025)*. Retrieved August 19, 2004, from http://www.ahrq.gov/news/focus/chchild.htm
5. Rice, C., Schendel, D., Cunniff, C., & Doernberg, N. (2004). Public health monitoring of developmental disabilities with a focus on the autism spectrum disorders. *American Journal of Medical Genetics, 125C*(1), 22–27.
6. Federal Interagency Forum on Child and Family Statistics. (2003). *America's Children 2003: Key national indicators of well-being* [Electronic version]. Retrieved November 17, 2003, from http://www.childstats.gov/ac2003/pdf/health.pdf
7. Dietert, R. R., Etzel, R. A., Chen, D., Halonen, M., Holladay, S. D., Jarabek, A. M., et al. (2000). Workshop to identify critical windows of exposure for children's health: Immune and respiratory systems work group summary. *Environmental Health Perspectives, 108*(Suppl. 3), 483–490.
8. Silverstein, S. C., Garrison, H. H., & Heinig, S. J. (1995). A few basic economic facts about research in the medical and related life sciences. *The Federation of American Societies for Experimental Biology Journal, 9*(10), 833–840.
9. National Safety Council. (1999). *Report on injuries in America* [Electronic version]. Retrieved November 17, 2003, from http://www.nsc.org/lrs/statinfo/99report.htm
10. Centers for Disease Control and Prevention, DHHS. (n.d.). *Improving nutrition and increasing physical activity* [Electronic version]. Retrieved October 12, 2004, from http://www.cdc.gov/nccdphp/bb_nutrition/
11. American Diabetes Association. (2003). Economic costs of diabetes in the U.S. in 2002. *Diabetes Care, 26*(3), 917-932.
12. American Lung Association. (2003, March). *Trends in asthma morbidity and mortality* [Electronic version]. Retrieved October 21, 2004, from http://www.lungusa.org/atf/cf/%7B7A8D42C2-FCCA-4604-8ADE-7F5D5E762256%7D/ASTHMA1.PDF
13. Landrigan, P. J., Schechter, C. B., Lipton, J. M., Fahs, M. C., & Schwartz, J. (2002). Environmental pollutants and disease in American children: Estimates of morbidity, mortality, and costs for lead poisoning, asthma, cancer, and developmental disabilities. *Environmental Health Perspectives, 110*(7), 721–728.
14. Lewit, E. M., Baker, L. S., Corman, H., & Shiono, P. H. (1995). The direct cost of low birthweight. *The Future of Children, 5*(1), 35–56.
15. Silverstein, S. C., Garrison, H. H., & Heinig, S. J. (1995). A few basic economic facts about research in the medical and related life sciences. *Federation of American Societies for Experimental Biology Journal, 9*(10), 833–840.
16. Needleman, H. L., & Scanlon, J. (1973). Getting the lead out. *New England Journal of Medicine, 288*(9), 466–467.
17. Grosse, S. D., Matte, T. D., Schwartz, J., & Jackson, R. J. (2002). Economic gains resulting from the reduction in children's exposure to lead in the United States. *Environmental Health Perspectives, 110*(6), 563–569.
18. Smithells, R. W., Nevin, N. C., Seller, M. J., Sheppard S., Harris, R., Read, A. P., et al. (1983). Further experience of vitamin supplementation for prevention of neural tube defect recurrences. *Lancet, 1*(8332), 1027–1031.
19. Romano, P. S., Waitzman, N. J., Scheffler, R. M., & Pi, R. D. (1995). Folic acid fortification of grain: An economic analysis. *American Journal of Public Health, 85*(5), 667–676.
20. Sever. J. L., Hardy, J. B., Nelson, K. B., & Gilkeson, M. R. (1969). Rubella in the Collaborative Perinatal Research Study. II. Clinical and laboratory findings in children through 3 years of age. *American Journal of Diseases of Children, 118*(1), 123–132.
21. Jones, K. L., Smith, D. W., Streissguth, A. P., Myrianthopoulos, N. C.(1976). Outcome in offspring of chronic alcoholic women. *Lancet, 1*(7866), 1076–1088; and de la Burde, B. & Choate, M. L. (1975). Early asymptomatic lead exposure and development at school age. *Journal of Pediatrics, 87*(4), 638–642; and Nelson, K. B. & Ellenberg, J. H. (1986). Antecedents of cerebral palsy. Multivariate analysis of risk. *New England Journal of Medicine,315*(2),81–86; and Naeye, R. L., Ladis, B., & Drage, J. S. (1976). Sudden infant death syndrome. A prospective study. *American Journal of Diseases of Children,130*(11), 1207–1210. As cited in the National Children's Study Interagency Coordinating Committee. (2003). The National Children's Study of environmental effects on child health and development. *Environmental Health Perspectives, 111*(4), 642–646.
22. National Heart, Lung, and Blood Institute, NIH, DHHS. (2002). *Framingham Heart Study: 50 years of research success. Design, rationale, and objectives* [Electronic version]. Retrieved August 20, 2004, from http://www.nhlbi.nih.gov/about/framingham/design.htm
23. National Heart, Lung, and Blood Institute, NIH, DHHS. (2002). *Framingham Heart Study: 50 years of research success. Research milestones* [Electronic version]. Retrieved August 20, 2004, from http://www.nhlbi.nih.gov/about/framingham/timeline.htm
24. Kannel, W. B., Dawber, T. R., Kagan, A., Revotskie, N., & Stokes, J. I. (1961). Factors of risk in the development of coronary heart disease—six year follow-up experience; the Framingham Study. *Annals of Internal Medicine, 55*, 33–50.
25. Cornfield, J. (1962). Joint dependence of risk of coronary heart disease on serum cholesterol and systolic blood pressure: A discriminant function analysis. *Federation Proceedings, 21*(4)(Pt. 2), 58–61.
26. Kannel, W. B., LeBauer, E. J., Dawber, T. R., & McNamara, P. M. (1967). Relation of body weight to development of coronary heart disease: The Framingham Study. *Circulation, 35*(4), 734–744.
27. Kannel, W. B. (1967). Habitual level of physical activity and risk of coronary heart disease: The Framingham Study. *Canadian Medical Association Journal, 96*(12), 811–812.
28. National Heart, Lung, and Blood Institute, NIH, DHHS. *The Framingham Heart Study: The town that changed America's heart* [Electronic version]. Retrieved November 24, 2003, from http://framingham.com/heart/backgrnd.htm
29. Oster, G., & Thompson, D. (1996). Estimated effects of reducing dietary saturated fat intake on the incidence and costs of coronary heart disease in the United States. *Journal of the American Dietetic Association, 96*(2), 127–131.
30. National Heart, Lung, and Blood Institute, NIH, DHHS. (2002). *Framingham Heart Study: 50 years of research success. Research milestones* [Electronic version]. Retrieved August 19, 2004, from http://www.nhlbi.nih.gov/about/framingham/timeline.htm
31. Berenson, G. S., Wattingney, W. A., Bao, W., Srinivasan, S. R., & Radhakrishnamurthy, B. (1995). Rationale to study the early natural history of heart disease: The Bogalusa Heart Study. *American Journal of the Medical Sciences, 310*(Suppl. 1), S22–S28.
32. Tulane School of Public Health and Tropical Medicine, Center for Cardiovascular Health. (n.d.). *The Bogalusa Heart Study* [Electronic version]. Retrieved September 28, 2004, from http://www.som.tulane.edu/cardiohealth/bog.html

33. Willett, W. C., Green, A., Stampfer, M. J., Speizer, F. E., Colditz, G. A., Rosner, B., et al. (1987). Relative and absolute risks of coronary heart disease among women who smoke cigarettes. *New England Journal of Medicine, 317*(21), 1303–1309.

34. Shumaker, S. A., Legault, C., Kuller, L., Rapp, S. R., Thal, L., Lane, D. S., et al. (2004). Conjugated equine estrogens and incidence of probable dementia and mild cognitive impairment in postmenopausal women: Women's Health Initiative Memory Study. *Journal of the American Medical Association, 291*(24), 2947–2958.

35. U.S. Census Bureau. (2001). *The Black population: Census 2000 brief* [Electronic version]. Retrieved October 12, 2004, from http://www.census.gov/prod/2001pubs/c2kbr01-5.pdf

36. U.S. Census Bureau. (2003). *Hispanic population reaches all-time high of 38.8 million, new Census bureau estimates show* [Electronic version]. Retrieved August 20, 2004, from http://www.census.gov/Press-Release/www/2003/cb03-100.html

37. U.S. Census Bureau. (2000). *Census 2000 summary file* [Electronic version]. Retrieved November 17, 2004, from http://www.census.gov/population/cen2000/phc-t08/tab08.pdf

38. Population Resource Center. (2001). *Executive summary: Asians and Pacific Islanders in America: A demographic profile* [Electronic version]. Retrieved August 20, 2004, from http://www.prcdc.org/summaries/asians/asians.html

39. Centers for Disease Control and Prevention, DHHS. (2002). *Overweight among U.S. children and adolescents* [Electronic version]. Retrieved August 20, 2004, from http://www.cdc.gov/nchs/data/nhanes/databriefs/overwght.pdf

40. Lara, M., Morgenstern, H., Duan, N., & Brook, R. H. (1999). Elevated asthma morbidity in Puerto Rican children: A review of possible risk and prognostic factors. *Western Journal of Medicine, 170*(2), 75–84.

41. U.S. Census Bureau. (2000). *Population profile of the United States 2000* [Electronic version]. Retrieved November 17, 2003, from http://www.census.gov/population/pop-profile/2000/profile2000.pdf

42. Betson, D. M., & Michael, R. T. (1997). Why so many children are poor. *The Future of Children, 7*(2), 25–39.

43. National Vital Statistics System, CDC, DHHS. (2003, November 7). *National vital statistics reports. Deaths: Leading causes for 2001.* [Electronic version]. Retrieved October 25, 2004, from http://www.cdc.gov/nchs/data/nvsr/nvsr52/nvsr52_09.pdf

44. Centers for Disease Control and Prevention, DHHS. (2002). *Trends in diabetes, prevalence among American Indian and Alaska Native children, adolescents, and young adults, 1990-1998* [Electronic version]. Retrieved November 17, 2003, from http://www.cdc.gov/diabetes/pubs/factsheets/aian.htm

45. Centers for Disease Control and Prevention, DHHS. (n.d.). *Diabetes projects.* Retrieved September 7, 2004, from http://www.cdc.gov/diabetes/projects/cda2.htm

46. Office of Minority Health, CDC, DHHS. (n.d.). *Eliminate disparities in mental health* [Electronic version]. Retrieved September 28, 2004, from http://www.cdc.gov/omh/AMH/factsheets/mental.htm

47. Office of the Surgeon General, Public Health Service, DHHS. (2003). *Fact sheet 2003* [Electronic version]. Retrieved November 18, 2004, from http://www.surgeongeneral.gov/library/mentalhealth/cre/fact4.asp

48. U.S. Department of Health and Human Services. (2002). *American Indians/Alaska Natives and substance abuse* [Electronic version]. Retrieved August 31, 2004, from http://ncadi.samhsa.gov/govpubs/prevalert/v5/10.aspx

49. Clark, W. A. V. (2001). *Immigration and Hispanic middle class.* Retrieved October 13, 2004, from Center for Immigration Studies Web site: http://www.cis.org/articles/2001/hispanicmc/reexamining.html

50. U.S. Census Bureau. (2002). *The black population in the United States: March 2002* [Electronic version]. Retrieved on October 12, 2004 from http://www.census.gov/prod/2003pubs/p20-541.pdf

51. Federal Interagency Forum on Child and Family Statistics. (2003). *America's Children 2003: Key national indicators of well-being* [Electronic version]. Retrieved November 17, 2003, from http://www.childstats.gov/ac2003/pdf/health.pdf

52. National Institute of Child Health and Human Development, NIH, DHHS. (1999). *Health disparities: Bridging the gap* [Electronic version]. Retrieved November 18, 2003, from http://www.nichd.nih.gov/strategicplan/disparities/disparities.pdf

53. Indian Health Service, DHHS. (1999). *Regional differences in Indian health, 1998-99* [Electronic version]. Retrieved November 18, 2003 from http://www.ihs.gov/publicinfo/publications/trends98/RD_98b.pdf

54. U.S. Department of Health and Human Services. (2002). *Preventing infant mortality* [Electronic version]. Retrieved August 19, 2003, from http://www.hhs.gov/news/press/2002pres/infant.html

55. Centers for Disease Control and Prevention, DHHS. (2002). *Infant mortality rates and international rankings: Selected countries, selected years, 1960-98* [Electronic version]. Retrieved November 18, 2003, from http://www.cdc.gov/nchs/data/hus/tables/2003/03hus025.pdf

56. National Center for Health Statistics, CDC, DHHS. (2004). *National center for health statistics data on racial and ethnic disparities* [Electronic version]. Retrieved August 31, 2004, from http://www.cdc.gov/nchs/data/factsheets/racialandethnic.pdf

57. Centers for Disease Control and Prevention, DHHS. (1993). *Pregnancy complications and perinatal outcomes among women with diabetes—North Carolina, 1989–1990* [Electronic version]. Retrieved November 19, 2003, from http://www.cdc.gov/mmwr/preview/mmwrhtml/00022136.htm

58. Andrews, W. W., Hauth, J. C., & Goldenberg, R. L. (2000). Infection and preterm birth. *American Journal of Perinatology, 17*(7), 357–365.

59. Romero, R., Espinoza, J., Chaiworapongsa, T., & Kalache, K. (2002). Infection and prematurity and the role of preventive strategies. *Seminars in Neonatology, 7*(4), 259–274.

60. Jeffcoat, M. K., Gaurs, N. C., Reddy, M. S., Cliver, S. P., Goldenberg, R. L., & Hauth, J. C. (2001). Periodontal infection and preterm birth: Results of a prospective study. *Journal of the American Dental Association, 132*(7), 875–880.

61. Brenner, R. A., Overpeck, M. D., Trumble, A. C., DerSimonian, R., & Berendes, H. (1999). Deaths attributable to injuries in infants, United States, 1983–1991. *Pediatrics, 103*(5), 968–974.

62. National Library of Medicine Medline Plus, NIH, DHHS. (n.d.). *Death among children and adolescents* [Electronic version]. Retrieved September 28, 2004, from http://www.nlm.nih.gov/medlineplus/ency/article/001915.htm

63. National Center for Injury Prevention and Control, CDC, DHHS. (1999). *Childhood injury fact sheet* [Electronic version]. Retrieved August 31, 2003, from http://www.cdc.gov/ncipc/osp/charts.htm

64. National Center for Injury Prevention and Control, CDC, DHHS. (2001). Overall all injury causes nonfatal injuries and rates per 100,000. Retrieved October 26, 2004 from Web-based injury statistics query and reporting system (WISQARS) database: http://www.cdc.gov/ncipc/wisqars/

65. National Center for Injury Prevention and Control, CDC, DHHS. (2004). *Traumatic brain injury—fact sheet* [Electronic version]. Retrieved September 28, 2004, from http://www.cdc.gov/Migrated_Content/Fact_Sheet/Freeform_Fact_Sheet_(General)/Traumatic_Brain_Injury_updated_May_2004.pdf

66. Mallonee, S., Istre, G. R., Rosenberg, M., Reddish-Douglas, M., Jordan, F., Silverstein, P., et al. (1996). Surveillance and prevention of residential-fire injuries. *New England Journal of Medicine, 335*(1), 27–31.

67. Schieber, R. A., Gilchrist, J., & Sleet, D. A. (2000). Legislative and regulatory strategies to reduce childhood unintentional injuries. *The Future of Children, 10*(1), 111–136.

68. National Center for Injury Prevention and Control, CDC, DHHS. (2003). *TBI Report to Congress on mild traumatic brain injury in the United States: Steps to prevent a serious public health problem* [Electronic version]. Retrieved August 19, 2004, from http://www.cdc.gov/doc.do/id/0900f3ec8006b2e5

69. Agency for Health Care Research and Quality, DHHS. (2002). *AHRQ Focus on research: Children with chronic illness and disabilities. (AHRQ Publication No. 02-M025.)* Retrieved August 19, 2004, from http://www.ahrq.gov/news/focus/chchild.htm

70. National Center for Environmental Health, CDC, DHHS. (1997). *Facts about asthma* [Electronic version]. Retrieved August 19, 2003, from http://www.cdc.gov/od/oc/media/fact/asthma.htm

71. Centers for Disease Control and Prevention, DHHS. (1998). *Surveillance for asthma – United States, 1960-95. Morbidity and Mortality Weekly Report Surveillance Summaries 1998.* [Electronic version]. Retrieved November 19, 2003, from http://www.cdc.gov/epo/mmwr/preview/mmwrhtml/00052262.htm

72. U.S. Environmental Protection Agency. (n.d.). *Asthma and Indoor Environments. Asthma frequent questions.* [Electronic version.] Retrieved September 28, 2004, from http://www.epa.gov/iaq/asthma/introduction.html# How%20Are%20Children%20Affected%20By%20Asthma

73. Office of the Surgeon General, Public Health Service. (2001). *Overweight and obesity: Health consequences fact sheet.* [Electronic version]. Retrieved November 19, 2003, from http:// www.surgeongeneral.gov/topics/obesity/calltoaction/factsheet03.pdf

74. Redd, S. C. (2002). Asthma in the United States: Burden and current theories. *Environmental Health Perspectives, 110*(Suppl. 4), S557–S560.

75. Mallia, P., & Johnston, S. L. (2002). Respiratory viruses: Do they protect from or induce asthma? *Allergy, 57*, 1118–1129.

76. Mannino, D. M., Homa, D. M., & Redd, S. C. (2002). Involuntary smoking and asthma severity in children: Data from the third national health and nutrition examination survey. *Chest, 122*(2), 409–415.

77. Romieu, I., Sienra-Monge, J. J., & Ramirez-Aguilar, M. (2004). Genetic polymorphism of GSTM1 and antioxidant supplementation influence lung function in relation to ozone exposure in asthmatic children in Mexico City. *Thorax, 59*(1), 8–10.

78. Kalantar-Zadeh, K., Lee, G. H., & Block, G. (2004). Relationship between dietary antioxidants and childhood asthma: More epidemiological studies are needed. Medical *Hypotheses, 62*(2), 280–290.

79. Office of the Surgeon General, Public Health Service, DHHS. (n.d.). *The Surgeon General's call to action to prevent and decrease overweight and obesity* [Electronic version]. Retrieved August 31, 2004, from http:// surgeongeneral.gov/topics/obesity/calltoaction/fact_adolescents.htm

80. Centers for Disease Control and Prevention, DHHS. (2004). *Physical activity and good nutrition: Essential elements to prevent chronic disease and obesity 2004* [Electronic version]. Retrieved September 8, 2004, from http://www.cdc.gov/nccdphp/aag/pdf/aag_dnpa2004.pdf

81. Ogden, C. L., Flegal, K. M., Carroll, M. D., & Johnson, C. L. (2002). Prevalence and trends in overweight among U.S. children and adolescents, 1999-2000. *Journal of the American Medical Association, 288*(14), 1728–1732.

82. Sorof, J., & Daniels, S. (2002). Obesity hypertension in children: A problem of epidemic proportions. *Hypertension, 40*(4), 441–447.

83. Centers for Disease Control and Prevention, DHHS. (2002). *HHS launches new campaign to encourage physical activity and healthy behaviors for kids* [Electronic version]. Retrieved August 19, 2004, from http://www.cdc.gov/od/oc/media/pressrel/r020717.htm

84. Office of the Surgeon General, Public Health Service, DHHS. (n.d.). *The Surgeon General's call to action to prevent and decrease overweight and obesity* [Electronic version]. Retrieved August 31, 2004, from http:// surgeongeneral.gov/topics/obesity/calltoaction/fact_adolescents.htm

85. Sinha, R., Fisch, G., Teague, B., Tamborlane, W., Banyas, B., Allen, K., et al. (2003). Prevalence of impaired glucose tolerance among children and adolescents with marked obesity. *New England Journal of Medicine, 346*(11), 802–810.

86. Gillman, M. W., Rifas-Shiman, S., Berkey, C. S., Field, A. W., & Colditz, G. A. (2003). Maternal gestational diabetes, birth weight, and adolescent obesity. *Pediatrics, 111*(3), e221–e226.

87. Gillman, M., Rifas-Shiman, S., Camargo, C., Berkey, C., Frazier, A., Rockett, H., et al. (2001). Risk of overweight among adolescents who were breastfed as infants. *Journal of the American Medical Association, 285*(19), 2461–2467.

88. Centers for Disease Control and Prevention, DHHS. (1991). *Preventing lead poisoning in young children* [Electronic version]. Retrieved November 19, 2003, from http://wonder.cdc.gov/wonder/prevguid/p0000029/p0000029.asp#head007001000000000

89. Stein, J., Schettler, T., Wallinga, D., & Valenti, M. (2000). In harm's way: Toxic threats to child development. *Journal of Developmental and Behavioral Pediatrics, 23*(Suppl. 1), S13–S22.

90. Hill, R. H., Head, S. L., Baker, S., Gregg, M., Shealy, D. B., Bailey, S. L., et al. (1995). Pesticide residues in urine of adults living in the United States: Reference range concentrations. *Environmental Research, 71*(2), 99–108.

91. National Center for Environmental Research, EPA. (2001). *Research opportunities, Centers for Children's Environmental Health and Disease Prevention research* [Electronic version]. Retrieved October 13, 2004, from http://es.epa.gov/ncer/rfa/archive/grants/01/kidscenter01.html

92. Perera, F. P., Illman, S. M., Kinney, P. L., Whyatt, R. M., Kelvin, E. A., Shepard, P., et al. (2002). The challenge of preventing environmentally related disease in young children: Community-based research in NYC. *Environmental Health Perspectives, 110*(2), 197–204.

93. Matte, T. D. & Jacobs, D. E. (2000). Housing and health—current issues and implications for research and programs. *Journal of Urban Health, 77*(1), 7–25.

94. Belanger, K., Beckett, W., Triche, E., Bracken, M. B., Holford, T. , Ren, P., et al. (2003). Symptoms of wheeze and persistent cough in the first year of life: Associations with indoor allergens, air contaminants, and maternal history of asthma. *American Journal of Epidemiology, 158*(3), 195–202.

95. Schettler, T., Stein, J., Reich, F., Valenti, M., Wallinga, D. (2000). *In harm's way: Toxic threats to child development.* Retrieved August 30, 2004, from Greater Boston Physicians for Social Responsibility's Web site at http://psr.igc.org/

96. Schettler, T., Stein, J., Reich, F., Valenti, M., Wallinga, D. (2000). *In harm's way: Toxic threats to child development.* Retrieved August 30, 2004, from Greater Boston Physicians for Social Responsibility's Web site at http://psr.igc.org/

97. Office of Environmental Information, EPA. (2003). *Toxics Release Inventory (TRI), public data release (2810A)*. (EPA 260-S-03-001) [Electronic version]. Retrieved August 30, 2004, from http://www.epa.gov/tri/tridata/tri01

98. Wright, R. J., & Steinbach, S. F. (2001). Violence: An unrecognized environmental exposure that may contribute to greater asthma morbidity in high risk inner-city populations. *Environmental Health Perspectives, 109*(10), 1085–1089.

99. Crinnion, W. J. (2000). Environmental medicine, part one: The human burden of environmental toxins and their common health effects. *Alternative Medicine Review, 5*(1), 52–63.

100. Nelson, K. B. (2002). The epidemiology of cerebral palsy in term infants. *Mental Retardation and Developmental Disabilities Research Reviews, 8*(3), 146–150.

For additional copies of this publication, contact the NICHD Information Resources Center at:
Phone: 1-800-370-2943 (TTY: 1-888-320-6942)
Fax: (301) 984-1473
Mail: P.O. Box 3006, Rockville, MD 20847
Internet: http://www.nichd.nih.gov
E-mail: NICHDInformationResourceCenter@mail.nih.gov

To stay informed of the Study's progress, please contact the Program Office at NCS@mail.nih.gov or join the listserv at http://nationalchildrensstudy.gov



**The National Children's Study**
http://nationalchildrensstudy.gov
NCS@mail.nih.gov

NIH Publication No. 04-5414

# EXHIBIT 6





# NATIONAL CHILDREN'S STUDY RESEARCH PLAN

## Volume 1

June 20, 2007 – Version 1.1

# NATIONAL CHILDREN'S STUDY RESEARCH PLAN

Volume 1

June 20, 2007 – Version 1.1

# THE NATIONAL CHILDREN'S STUDY

## RESEARCH PLAN

## JUNE 20, 2007 – VERSION 1.1

## VOLUME 1

# TABLE OF CONTENTS

## VOLUME 1


| Chapter | | Page |
|---|---|---|
| | PRÉCIS | xv |
| | PART I: BACKGROUND AND SIGNIFICANCE | 1-1 |
| 1 | BACKGROUND | 1-1 |
| | 1.1 The Children's Health Act of 2000 | 1-2 |
| | 1.2 Rationale for the National Children's Study | 1-2 |
| | 1.2.1 The Public Health Burden of Childhood Chronic Conditions | 1-2 |
| | 1.2.1.1 Pregnancy Outcomes | 1-3 |
| | 1.2.1.2 Neurodevelopment and Behavior | 1-3 |
| | 1.2.1.3 Child Health and Development | 1-4 |
| | 1.2.1.4 Asthma | 1-5 |
| | 1.2.1.5 Obesity and Growth | 1-6 |
| | 1.2.1.6 Injury | 1-6 |
| | 1.2.1.7 Reproductive Development | 1-7 |
| | 1.2.2 Environmental Factors That May Influence Childhood Chronic Conditions | 1-8 |
| | 1.2.2.1 Chemical Exposures | 1-8 |
| | 1.2.2.2 Physical Exposure: The Built Environment | 1-10 |
| | 1.2.2.3 The Psychosocial Environment | 1-10 |
| | 1.2.2.4 Biological Factors | 1-11 |
| | 1.2.2.5 Genetic Factors | 1-13 |
| | 1.2.3 Conclusion | 1-14 |
| 2 | CONCEPTUAL DESIGN AND FRAMEWORK | 2-1 |
| | 2.1 Hypothesis Formulation and Study Design | 2-1 |
| | 2.2 Significance of the Longitudinal Database as a Platform for Future Studies | 2-3 |
| | 2.2.1 Development of Future Hypotheses | 2-3 |
| | 2.2.2 Health Disparities | 2-3 |
| | 2.2.3 Case-Control Studies | 2-4 |

**TABLE OF CONTENTS (continued)**


| Chapter | | | | Page |
|---|---|---|---|---|
| 3 | PRELIMINARY STUDIES | | | 3-1 |
| | 3.1 | Review of Existing Longitudinal Studies and Databases | | 3-1 |
| | 3.2 | NCS Planning and Methods-Development Studies | | 3-2 |
| 4 | AIMS AND HYPOTHESES | | | 4-1 |
| | 4.1 | Specific Study Aims | | 4-1 |
| | 4.2 | Core Hypotheses | | 4-1 |
| | PART II: STUDY DESIGN AND METHODS | | | 5-1 |
| 5 | CHALLENGES AND APPROACHES | | | 5-1 |
| | 5.1 | Design Challenges and Approaches | | 5-1 |
| | 5.2 | Measurement Challenges and Approaches | | 5-1 |
| | 5.3 | Processes for Continuing Protocol Development | | 5-1 |
| 6 | STUDY DESIGN | | | 6-1 |
| | 6.1 | Overview of Study Population | | 6-1 |
| | 6.2 | Inclusion and Exclusion Criteria | | 6-1 |
| | 6.3 | Sampling Strategy | | 6-2 |
| | | 6.3.1 | Selecting Study Locations | 6-2 |
| | | 6.3.2 | Sampling within Locations (PSUs) | 6-3 |
| | | 6.3.3 | Segment Sampling | 6-3 |
| | | 6.3.4 | Listing and Enrollment | 6-5 |
| | | 6.3.5 | Rollout of PSUs | 6-5 |
| | | 6.3.6 | Subsamples | 6-5 |
| | 6.4 | Participant Recruitment | | 6-6 |
| | | 6.4.1 | Recruitment Goals | 6-6 |
| | | 6.4.2 | Enumeration of Households | 6-6 |
| | | 6.4.3 | Recruitment through Prenatal Care and Other Mechanisms | 6-7 |
| | 6.5 | Community Outreach and Engagement | | 6-7 |
| | 6.6 | Data Collection Schedule | | 6-9 |

**TABLE OF CONTENTS (continued)**


| Chapter | | | | Page |
|---|---|---|---|---|
| | | 6.6.1 | Prior to Pregnancy | 6-9 |
| | | 6.6.2 | Pregnancy | 6-10 |
| | | | 6.6.2.1 Pregnant Women | 6-10 |
| | | | 6.6.2.2 Early Dating Ultrasound | 6-11 |
| | | | 6.6.2.3 Biological Fathers | 6-11 |
| | | 6.6.3 | Following Pregnancy | 6-12 |
| | 6.7 | Overview of Data Collection for Participant Contacts through 24 Months | | 6-13 |
| 7 | SELECTION OF OUTCOME AND EXPOSURE MEASURES | | | 7-1 |
| | 7.1 | Exposures, Outcomes, Mediators, and Confounders | | 7-1 |
| | 7.2 | Overview of Measures | | 7-1 |
| | | 7.2.1 | Organization of Rationale for Measures Chapters and Appendices | 7-2 |
| | | 7.2.2 | Overview of Measures Related to Specific Hypotheses | 7-2 |
| 8 | RATIONALE FOR OUTCOME MEASURES | | | 8-1 |
| | 8.1 | Pregnancy Outcomes | | 8-1 |
| | | 8.1.1 | Definition | 8-1 |
| | | 8.1.2 | Assessment of Gestational Age and Fetal Growth | 8-1 |
| | | 8.1.3 | Assessment of Congenital Anomalies | 8-3 |
| | | 8.1.4 | Assessment of Other Pregnancy Outcomes | 8-4 |
| | | 8.1.5 | Assessment of Related Factors | 8-5 |
| | 8.2 | Neurodevelopment and Behavior | | 8-5 |
| | | 8.2.1 | Definition | 8-5 |
| | | 8.2.2 | Assessment of Developmental and Mental Health Problems and Disorders | 8-5 |
| | | 8.2.3 | Assessment of Related Factors | 8-8 |
| | 8.3 | Child Health and Development | | 8-8 |
| | | 8.3.1 | Definition | 8-8 |
| | | 8.3.2 | Assessment of Developmental Trajectories | 8-8 |
| | | 8.3.3 | Assessment of Related Factors | 8-11 |

**TABLE OF CONTENTS (continued)**


| Chapter | | | Page |
|---|---|---|---|
| | 8.4 | Asthma | 8-11 |
| | | 8.4.1 Definition | 8-11 |
| | | 8.4.2 Assessment of Asthma | 8-11 |
| | | 8.4.3 Assessment of Related Factors | 8-14 |
| | 8.5 | Obesity, Body Composition, and Growth | 8-14 |
| | | 8.5.1 Definition | 8-14 |
| | | 8.5.2 Assessment of Overweight and Obesity | 8-15 |
| | | 8.5.3 Assessment of Related Factors | 8-16 |
| | 8.6 | Injury | 8-17 |
| | | 8.6.1 Definition | 8-17 |
| | | 8.6.2 Assessment of Injury | 8-17 |
| | | 8.6.3 Assessment of Related Factors | 8-18 |
| | 8.7 | Reproductive Development | 8-18 |
| | | 8.7.1 Definition | 8-18 |
| | | 8.7.2 Assessment of Reproductive Development | 8-19 |
| | | 8.7.3 Assessment of Related Factors | 8-20 |
| 9 | RATIONALE FOR EXPOSURE MEASURES | | 9-1 |
| | 9.1 | Demographics/Culture | 9-2 |
| | 9.2 | Chemical Exposure Measures | 9-3 |
| | | 9.2.2 Non-persistent Organic Compounds | 9-6 |
| | | 9.2.3 Inorganic Chemicals | 9-7 |
| | | 9.2.4 Criteria Air Pollutants | 9-8 |
| | 9.3 | Physical Exposure Measures | 9-9 |
| | | 9.3.1 Housing Characteristics and Condition | 9-9 |
| | | 9.3.2 Neighborhood Characteristics | 9-10 |
| | 9.4 | Psychosocial Exposure Measures | 9-12 |
| | | 9.4.1 Family Process/Environment | 9-13 |
| | | 9.4.2 Psychosocial Stress and Social Support | 9-15 |
| | | 9.4.3 Neighborhood and Community | 9-16 |
| | | 9.4.4 Child Care/Schools | 9-17 |

**TABLE OF CONTENTS (continued)**

| Chapter | | | | Page |
|---|---|---|---|---|
| | 9.5 | Biological Exposure Measures | | 9-17 |
| | | 9.5.1 | Allergens | 9-18 |
| | | 9.5.2 | Infections and Inflammatory Mediators | 9-19 |
| | | 9.5.3 | Maternal Glucose and Glucose Metabolism | 9-20 |
| | | 9.5.4 | Endocrine Markers | 9-21 |
| | | 9.5.5 | Parental Medical History | 9-21 |
| | | 9.5.6 | Health Behaviors and Status | 9-22 |
| | | 9.5.7 | Other Health-related Behaviors and Status | 9-24 |
| | 9.6 | Genetic Measures | | 9-25 |
| | | 9.6.1 | Genomic DNA | 9-25 |
| | | 9.6.2 | DNA Modifications | 9-26 |
| | | 9.6.3 | Epigenetics and Epigenomics | 9-26 |
| | | 9.6.4 | Mitochondrial DNA | 9-27 |
| | | 9.6.5 | RNA | 9-27 |
| | | 9.6.6 | Cell Lines | 9-28 |
| 10 | STATISTICAL ANALYSIS PLAN | | | 10-1 |
| | 10.1 | Introduction | | 10-1 |
| | | 10.1.1 | Study Design | 10-1 |
| | | 10.1.2 | Objectives | 10-1 |
| | | 10.1.3 | Overview of the Chapter | 10-1 |
| | 10.2 | Sample Size and Power | | 10-2 |
| | | 10.2.1 | Overall Sample Size and Key Subgroups | 10-2 |
| | | 10.2.2 | Impact of Complex Sample Design | 10-2 |
| | | 10.2.3 | Power for Subgroups/Primary Objectives | 10-2 |
| | 10.3 | Statistical Inference | | 10-5 |
| | | 10.3.1 | Design-Based vs. Model-Based Inference | 10-5 |
| | | | 10.3.1.1 Design-Based (Randomization) Inference | 10-6 |
| | | | 10.3.1.2 Model-Based Inference | 10-6 |
| | | 10.3.2 | Confounding and Mediating Variables | 10-7 |