# Chapter 12

# Human Subjects Protections

# 12. HUMAN SUBJECTS PROTECTIONS

The National Children's Study is primarily observational in nature and will have both a low level of subject risk and a reasonable subject burden. However, the longitudinal nature of the research, the size and scope of the Study, and the diversity of the participants, make the human subjects protection issues significant. The NCS' commitment to collecting biologic, environmental, social, and behavioral measures and creating enduring data as well as biologic and environmental sample repositories with the potential for future studies not yet conceived, make the human subjects protections somewhat complex.

## 12.1 Study Population

The NCS will employ a national probability sample (see Chapter 6) with no exclusions based on gender, race, or ethnicity. Women, children, and men of all of the racial and ethnic groups and economic strata represented in the United States will be subjects. The rationale for this approach is to accrue and follow a population of children that captures the range and diversity of exposures and outcomes experienced by children in the United States.

Because a primary focus of the Study includes assessing the impact of exposures that occur early in pregnancy, three groups will be enrolled and followed: pregnant women of any age and their husbands/partners; adult women planning pregnancy; and adult women not planning pregnancy but with some likelihood of becoming pregnant. All births to mothers who meet the eligibility criteria will be included.

Women who are cognitively impaired or mentally ill are not eligible if they are not able to understand fully the Study's requirements and to grant informed consent. Only women with the capacity to consent will be enrolled.

At the time when a pregnant woman is enrolled in the Study, the biological father will also be invited to participate. If an enrolled woman does not want to identify or does not want the Study to contact the biological father, the Study will not contact the father. In these instances, the pregnant woman and her child would still be eligible for participation. The father does not need to live in the same home as the mother for initial inclusion in the Study, however, there are no plans to follow biological fathers or biological mothers who have no contact with the child.

Families that move will be followed to minimize the number of participants who are lost to follow-up. Because all births to mothers who meet the eligibility criteria are eligible for the Study, there will be children in the Study born to surrogate mothers, children who will be adopted, children who will be assigned to foster homes, and children whose mothers are on active duty in the military. In addition to children whose families move, foster children, adopted children, military children, and children whose parents divorce, may change households after birth. Because the children are the primary participants, they will be followed if they move or otherwise change households. The Study will use information collected from participants, as well as publicly available data, to track and locate families and children in the Study who change households.

### 12.1.1 Strategies/Procedures for Recruitment

Strategies for recruitment are outlined in detail in Chapter 6. The primary approach involves screening and recruitment from households located in neighborhoods targeted for inclusion in the Study

and through providers of prenatal care. A variety of materials and strategies, including, but not limited to, media outreach and distribution of brochures and newsletters, will be utilized to increase public awareness of the Study and aid with recruitment of Study subjects.

### 12.1.2 Special Classes of Research Participants

#### 12.1.2.1 Pregnant Women and Fetuses

The NCS will recruit and follow women prior to and during pregnancy. The NCS fulfills the requirements for research involving pregnant women and fetuses as described in section §45 CFR 46.204 of the Code of Federal Regulations, subpart B. The purpose of the NCS is to develop important biomedical and psychosocial knowledge about the impact of biologic, environmental, social, and behavioral exposures prior to and around the time of conception, during pregnancy, and as the child ages, on the future health and development of children. This information cannot be obtained by other means. Risks to the women and fetuses are not greater than minimal, and the research will in no way affect medical decisions about pregnancy management and outcome. Provisions in this section of the regulations also state that consent from the father of the fetus is not necessary when the research imposes only minimal risks to the fetus.

#### 12.1.2.2 Pregnant Adolescents

The NCS will enroll pregnant adolescents who are identified during the household screening or through sites of prenatal care, and who are otherwise eligible for participation in the Study (e.g., first trimester of pregnancy). Women younger than age 18 will not be eligible for inclusion in the preconception cohort. Laws regarding the legal status of pregnant adolescents vary by state. In some jurisdictions, pregnant adolescents are considered "emancipated" from their families and can be treated as adults for the purposes of obtaining informed consent for this research project. Additionally, in many jurisdictions pregnant adolescents may legally seek medical care for pregnancy without involving their parents. In these jurisdictions, Institutional Review Boards (IRBs) may permit pregnant teens to consent to participation in research in studies such as the NCS without parental involvement. Finally, even in jurisdictions where pregnant adolescents are not considered emancipated or able to consent for their medical treatment, IRBs may waive involvement of parents in the informed consent process under certain conditions [Section §45 CFR 46.408(c)]. Local centers, in consultation with their IRBs, will determine whether parental permission is required in addition to the consent of the pregnant adolescent under the age of majority.

#### 12.1.2.3 Children and Adolescents

Investigating the effects of environmental exposures and gene-environment interactions on the outcome of pregnancy and on the growth and development of children is the primary aim of the NCS. Thus, children from newborn to adulthood will be the subjects of this longitudinal Study. Each child's parent or guardian will be asked to grant permission for participation in the Study. It is the expectation that children, as young as toddlers and continuing through adolescence, will be informed about the Study and its goals in developmentally appropriate language, using creative methods such as newsletters, comic books, Web sites and DVDs. IRBs will receive all informational materials for review and approval prior to implementation. Issues related to consent and assent are described below.

### 12.1.2.4 Economically or Educationally Disadvantaged Individuals

It is anticipated that some of the participant families in the NCS will be economically or educationally disadvantaged. Section §45 CFR 46.111(b) of the federal regulations requires the IRB to assure additional safeguards are provided in a study when some or all of the subjects are likely to be vulnerable to coercion or undue influence because of economic or educational disadvantage. The NCS will design additional safeguards into the recruitment and retention activities for all participants to encourage informed participation of all eligible subjects. Each Study Center will be required to develop meaningful and enduring partnerships with the communities from which participants will be recruited. These activities along with the informed consent process described below will result in no coercion or undue influence on potential participants.

### 12.1.2.5 Foster Children and Wards of the State

Because of the subject matter of interest to the NCS and the probability-based sample design, it is important that every eligible child be enrolled and retained in the Study. Some children eligible for enrollment in the Study may be in foster care, may be wards of the state, or may transition into these arrangements at some time after enrollment in the Study. Permission for continued participation of the child in the Study will be sought from whatever administrative agency or institution is responsible for the care of the child and, in addition, from the foster parent. (See Section 12.6.6 for details on consent for participation of foster children and wards of the state).

## 12.2 Benefits

Although it is possible individuals may benefit from participation, the Study does not claim that participants will have the "prospect of direct benefit" from the Study. There are likely to be collateral benefits of participation, including information about individual examinations and tests performed during the course of the Study, health education, increased awareness of medical and social services available in the communities studied, and serendipitous findings of clinical relevance or of predictive value to participants and their families.

The potential for NCS to benefit society and children in general is extraordinary. The hypotheses being addressed and the data being amassed for future analyses are likely to impact the health and development of children for decades to come.

## 12.3 Potential Risks

Each of the procedures, measurements, and assessments in NCS is designed to fulfill the definition of "minimal risk" in the federal regulations [§45 CFR 46.102(i)] and to be reviewed by IRBs under §45 CFR 46.404 "Research not involving greater than minimal risk." Minimal risk as defined in the federal regulations means "that the probability and magnitude of harm or discomfort anticipated in the research are not greater, in and of themselves, than those ordinarily encountered in daily life or during the performance of routine physical or psychological examinations or tests." In addition, the NCS staff is committed to minimizing risks even when the risks are minimal. Well-trained and competent individuals who have experience with pregnant women and children of the appropriate age will perform each procedure that might include discomfort or pain, such as a blood stick. Settings in which tests will be performed or information will be obtained from women and children will be woman- or child-friendly and respectful of the participants' needs and privacy. Questionnaires will be structured to avoid creating

discomfort for the women or children; and participants will be reminded at each data collection encounter that their participation is voluntary, they have the right to withdraw from the Study at any time, and they may refuse to answer or may skip any question.

There are additional issues associated with the Study related to testing and storage of biologic specimens and environmental samples; reporting concerns regarding possible child abuse or neglect; possible breaches of confidentiality; and informing participants of Study findings (which potentially could result in psychological effects, such as anxiety, or could have a financial impact, such as costs for additional testing). Each of these has been considered by the Study, and plans are in place to protect the welfare of participants and families involved in the Study.

The NCS staff is cognizant that while research staff is in and around the homes of participants, they may observe or learn about environmental hazards or behaviors that place a child in imminent danger, and investigators may be legally required to report such observations or information to specific authorities in some jurisdictions. The NCS staff feels morally obligated to respond to protect the interests of children when they are found to be in serious imminent danger, even if there are no reporting laws. Thus, the informed consent process will inform participants that if a data collector observes a child is in imminent danger of serious harm or the subject of child abuse, the information will be reported to the proper authorities to obtain help for the child. Study procedure manuals and interviewer training will describe the process that will be invoked to report such observations to the principal investigator or his/her designee at each site. Primary data gatherers will be trained to note such dangers to participants and inform their supervisors immediately for evaluation as to the proper course of action. It will not be the sole responsibility of the data gatherers to report the observations to authorities; rather it will be the responsibility of the professional staff under the supervision of the principal investigator to assure reporting is performed in an appropriate and timely manner. Study Centers will each have knowledge of local resources including social service providers for referral purposes. Each Study Center will develop a local mechanism for this reporting and referral process.

Primary data gatherers will also be trained to respond to observations of adults in danger, such as domestic violence between adults or suicidal tendencies. The NCS staff has a moral responsibility to assist adults in dangerous situations, but these situations will be dealt with differently. The adult victims will be involved in the process, and no reports will be filed with any authorities without the involvement and approval of the adult victims, unless required by law. Names of social service referral agencies will be provided upon request to adult victims of domestic violence.

### 12.4 Adjunct Studies

It is anticipated that in addition to the core protocol for the NCS, there will be adjunct studies proposed and conducted by investigators associated with the NCS. Such studies will involve a subset of the NCS cohort, at one or more Study Centers, on all or a portion of the local participants or their data. To protect the quality and integrity of the NCS, adjunct studies will be reviewed and approved through a defined process involving formal review and approval (see Chapter 16 for details).

Since Study participants may be asked to participate in these adjunct studies, the Study consent process will include a statement that participants may be contacted for other studies connected with NCS as a result of their participation in NCS, but they are not obligated to participate in any of these adjunct studies. All adjunct studies that involve additional interaction with human subjects will require IRB review and additional informed consent.

## 12.5 Incentives and Compensation

Recruitment and retention for the NCS will be a significant challenge in light of the respondent burden and the long-term commitment required of participants. It is expected that reasonable incentives will be part of the strategy for recruitment and retention of participants.

Compensation for participation will include reimbursement for expenses incurred in research participation such as travel to and from the research centers, parking, etc., and reasonable payment for time spent in participation in the research (approximately $25 to $50 per visit or exam, depending on the amount of time and effort involved). Adult participants and older children will be compensated for time spent completing questionnaires, for providing biologic specimens, and for other Study activities.

Small "gifts of appreciation" for continued participation will be provided to participants periodically. These may include token items such as T-shirts, tote bags, toiletries, books, and CDs. Gifts will not have sufficient monetary value as to unduly affect the voluntariness of consent to participate or of continued participation in the Study.

## 12.6 Consent and Assent Processes

The informed consent process will begin when potential participants are first notified about the Study and will vary depending upon the ages and types of participants and the pregnancy status of women. The first step in the process will involve advance mailings of Study material to potential participants. These materials will include a letter describing the Study. The next step will be enumerating household members. Then, pregnancy screening will be performed with all eligible females. Pregnancy screening will involve a script and a computer-assisted self-administered interview and will only include what is needed to determine Study eligibility. The Study will ask IRBs to accept oral consent for this process, because the eligibility screening will only involve questions about criteria used to determine the eligibility status of potential participants and about age in order to determine which consent process to administer. If a participant is found to be eligible and is willing to participate, only then will the full informed consent process commence.

The informed consent plan for the Study takes into account the types of participants and is tailored to address specific issues pertaining to each type. Women will provide informed consent during pregnancy for themselves and their child. There will not be a new consent process specifically for the baby at the time of birth.

The types of participants providing informed consent, or in the case of young children, assent will include:

- Adult women at risk of becoming pregnant (preconception women)
- Pregnant women (adult and adolescent)
- Biological fathers
- Other caregivers
- Children (through the phases: young children, adolescents, young adults)

The consent plan recognizes there will be transitions for some participants between types, and these transitions will affect the consent process. For example, preconception women might become pregnant and will need to provide additional consent for their own full participation in the Study and for the participation of their children. The assent/consent process for children will also change as the children grow from young children, to adolescents, to the age of majority.

The informed consent materials anticipate low literacy, they are culturally sensitive, and they reflect the diversity of potential participants. As part of the informed consent process, there is a method, described below, to ascertain if the participant understands key elements of the Study and what is involved in participation.

All consent materials will be available in English and Spanish, and other translations will be available as needed. Interpreters will be available for additional languages. A copy of the informed consent document will be made available to the participants electronically and as a paper copy.

### 12.6.1 Electronic Audio/Video Consent Tool Pilot

A video approach to informed consent is being developed to address some of the challenges with the traditional method for obtaining informed consent, as well as to provide a means for assuring consistency in the informed consent procedures across multiple sites of implementation. The primary goal of the tools is to enhance prospective participants' understanding of the purpose of the Study and all of the essential elements of informed consent. The videos take into account the diversity of potential participants and the reality that some eligible participants may have low literacy. They also accommodate the hearing impaired through closed captioning. There are separate versions of the tool for each of the different types of participants (preconception [nonpregnant] women, pregnant women, and biological fathers). During the Study's pilot phase, a computer-based interactive video informed consent tool will be compared to traditional written informed consent. The two methods of obtaining informed consent will be compared both in terms of understanding of the Study requirements (content of the consent) and Study enrollment.

This audio-visual presentation will be shown on the data collector's laptop or tablet computer. Study staff will be present during the entire informed consent process to assist with the computer presentation and answer participants' questions. The presentation includes embedded questions that assess the participant's understanding of what they have seen and heard to help ensure they understand the key elements of the Study and what their participation will involve. If the participant does not answer a question correctly, the presentation provides additional information and chances until the participant selects the correct answer. In that way, participants will not be excluded if they fail to answer some of the questions correctly. To consent, they will be required to keep trying until they understand which answer is correct, and the presentation will explain why the answer is correct to reiterate the information. The participant's written signature will be obtained electronically at the end of the presentation. A written copy of the material described in the informed consent video will be left with each participant.

### 12.6.2 Women Age 18 and Older

The NCS will initially recruit women ages 18 and older prior to and during pregnancy. Potential participants will be told that they can share the consent materials and discuss participation with family, friends, and, if they choose, their physician before deciding whether to enroll. Local research staff will be available in person to answer any questions and clarify any aspects of the NCS.

### 12.6.3 Women Less Than 18 Years of Age

Women younger than 18 who are pregnant will be eligible for the pregnancy portions of the Study. Special procedures will be used for women younger than 18 to ensure that encouragement to participate will not be undue or interpreted as pressure. There will be age-related differences in monitoring women for pregnancy. The Study will not enroll those younger than 18 who are not pregnant, and these young women will not be asked whether they are planning to get pregnant.

The consent process for pregnant women under the age of majority will be consistent with the laws of the local jurisdiction. Generally, federal regulations permit pregnant women of any age to consent for minimal risk research for themselves and their children. If the pregnant young woman is between 15 and 18, she will be encouraged to consult with her family prior to providing informed consent for herself and her child. If the pregnant young woman is younger than 15, then the Study protocol will require the consent of her parent or legal guardian. The young women will be asked to enroll and to provide informed consent for themselves and for their children.

### 12.6.4 Assent of Children

Consistent with §45 CFR 46.408(a), it is the intention of the NCS to obtain assent for participation in the Study from children beginning at approximately age 7 if they are developmentally and cognitively able. Each child who is developmentally and cognitively able to assent to continued participation in the Study will be approached. The process for obtaining and documenting "child assent" will be presented to each participating IRB at least one year before the first subjects of the Study will become 7 years old. The description of this process will include the methods that will be used to determine if a child is developmentally and cognitively competent to be approached for assent.

All children enrolled in the Study will receive continual updates on the progress of the Study through developmentally appropriate newsletters, Web sites, and other communications. They will be encouraged to continue to participate in the Study, answer questionnaires, and attend scheduled follow-up visits.

An "adolescent assent" process will be developed to obtain the affirmative agreement of each teen to continue participation in the Study. This process will be initiated at approximately age 14. A description of this process and the methods to obtain and document assent from developmentally and cognitively capable teens will be provided to each participating IRB at least one year before any of the subjects turn 14. The description of this process will include the methods that will be used to determine if an individual adolescent is developmentally and cognitively competent to be approached for assent.

### 12.6.5 Consent of Adolescents (When Child Participants Reach Age of Majority)

As adolescent participants in the NCS reach the legal age of majority in each jurisdiction (generally age 18), a fully informed consent will be obtained from each participant for continued participation in the Study and for continued use of stored samples for analysis. A consent process for these adult subjects will be developed and submitted to the IRB at least one year before participants turn 18.

### 12.6.6 Foster Children

Foster children who are wards of the state are permitted to participate in research without any additional procedural safeguards when study risks are minimal (§45 CFR 46.409). Only when the research involves greater than minimal risk and no prospect of direct benefit is there a requirement for the IRB to provide additional procedural safeguards through the appointment of an advocate. Because the NCS is primarily an observational study with a minimal level of risk, no such procedural safeguards should be required. Because knowledge about the child's living environment is essential to the Study, in addition to obtaining consent from the agency responsible for the child, a foster parent will be approached to give permission for their participation and the child's continued participation in the Study. The foster parent will be fully informed about the purposes and procedures involved in the Study, and informed consent will be obtained for their participation (as caregiver), and for continued participation of the child.

## 12.7 Revealing Findings to Participants, Families, and Communities

Revealing some of the Study data findings to individual participants is seen as an ethical obligation but may also be an important recruitment and retention strategy. Revealing local aggregate findings to the communities is seen as an important strategy to maintain community engagement.

### 12.7.1 Revealing Individual Findings to Participants and Families

Some routine physical and laboratory test results will be revealed periodically as an incentive to participation. For example, results of routine physical measurements (e.g., height, weight, and blood pressure) and routine laboratory tests performed on biologic samples (e.g., hematocrit) will be provided to participants on a regular and recurring basis. These results will be presented in a context that allows the participant to compare their individual results with normative data when appropriate (e.g., growth curves, normal range of hematocrit for age).

Unless clinically relevant and actionable, NCS generally will not provide genetic information and other medical information to participants or family members. Much of the data collected in the NCS will be of uncertain relevance to the health or well-being of individual participants, and relevant for research purposes only. Participants will be informed of this during the consent process.

If clinically relevant and actionable medical information that may impact the health of the participants is found, they will be advised of that information. Participants may opt out of any measurement, test, biological specimen collection, or environmental sample collection. However, if a test, measurement, or collection is performed, and the results indicate a known health effect or risk to the participant that is clinically relevant and actionable, the Study is obligated to reveal the finding to the participant.

If clinically relevant and actionable genetic information is found in the future, participants will be informed that such information exists and may be obtained upon request. If participants request the information, NCS staff will explain to the participants the consequences of learning such information, and if the participants still desire the information, NCS staff will inform the participants in a sensitive and knowledgeable manner.

Results of environmental sample analysis will only be revealed to participants if there is a known and generally accepted risk relation between the exposure and a significant negative health outcome. This includes the following situations:

- There are state requirements to disclose (e.g., elevated blood lead or mercury concentration).
- Federal or state standards or guidelines exist.
- Appropriate risk assessment that has been conducted and published is applicable to the community in which the samples were collected (e.g., lead levels in dust or soil).

Environmental sample results provided to participants will be accompanied by an explanation and context for the result, basic information about the sources and risks of the chemical/agent, and guidance on where to find more information.

### 12.7.2 Revealing Aggregate Findings to Participants and Communities

The NCS is also committed to informing participants about aggregate data on a periodic basis as Study findings unfold. Because environmental findings may reveal local problems that could impact property values, etc., there may be potential risks to individuals, (participants and nonparticipants) and to the entire community, of revealing information found in the Study. Therefore, revealing information to communities must be done thoughtfully and with some level of preparation. The NCS will always inform individual participants living in a community of any personal findings of concern before informing communities of the findings.

To help keep participants engaged in the Study, all participants enrolled in the Study, adult and child, will receive periodic national updates on the progress of the Study through newsletters, Web sites, and other media. Web sites will be developed for the adults and for children and adolescents of various ages. This continual process will include updates on the progress of the Study, health information appropriate for all participants, some insights into how large studies such as NCS analyze findings to make inferences about how an exposure might be related to an outcome, and serially, information about the Study's findings.

Each site will also integrate a local process into this national process to reveal some of the aggregate findings to the local community, to maintain contact with participants, to give site-specific information to communities and participants, and to help maintain community engagement.

## 12.8 Biobanking and Environmental Sample Banking

Biologic specimens will be collected from women during the preconception period, during pregnancy, and after birth. Specimens will also be collected from biological fathers (during the pregnancy period) and from the child serially after birth. At the time of birth, collection of cord blood and placental material is planned. HIV testing is not currently planned for NCS.

The NCS plans to obtain biologic specimens from participants including blood, urine, saliva, breast milk, and small samples of hair. These specimens will be used to measure various physiologic parameters (e.g., hematocrit, iron stores) and environmental exposures (e.g., lead, chemicals), and to provide genetic information about each participant. Sample volumes will be kept minimal and all child

blood samples will be less than 5 milliliters per kilogram body weight. Specimens will be analyzed and/or stored in one or more repositories for future studies.

Periodically, the NCS will also collect environmental samples of air, dust, water, and soil from the homes of participants and other places where the child spends more than 30 hours per week. These samples will be analyzed to determine and measure environmental exposures and/or will be stored in one or more repositories for future studies.

Effects of environmental exposures on gene expression are among the most important interests of the NCS. Therefore, biologic specimens for DNA analysis will be obtained from participants. The NCS is cognizant that human genomic data are private, intimate, sensitive, and create special concerns about the potential for discrimination, stigmatization, and impact on future employment or insurance. The informed consent process will include reference to the reasons and importance of obtaining genetic information on each participant.

To protect the confidentiality of participants, only unique identification numbers without personal identifiers will be used for all biologic specimens collected and all information derived from those specimens. Data that can be used to link the specimens to personal identifiers and to other data obtained from individual subjects during this longitudinal study will be maintained separately, securely, and confidentially. To further protect participant confidentiality, the NCS will obtain a federal Certificate of Confidentiality through the National Institute of Child Health and Human Development from the U.S. Department of Health and Human Services. The Certificate of Confidentiality will protect the data from forced release through a court subpoena.

# PART III
# STUDY MANAGEMENT AND SUPPORT

Chapter 13. Information Management System (IMS)
Chapter 14. Adverse Event Reporting and Data Monitoring
Chapter 15. Quality Assurance and Quality Control (QA/QC)
Chapter 16. Sub-Studies, Outside Additions to the Core Protocol, and Adjunct Studies
Chapter 17. The Health Insurance Portability and Accountability Act

# Chapter 13

# Information Management System (IMS)

# PART III: STUDY MANAGEMENT AND SUPPORT

## 13. INFORMATION MANAGEMENT SYSTEM (IMS)

### 13.1 Introduction

The Information Management System (IMS) is integral to the National Children's Study. The IMS houses all NCS-related information and serves investigators and the public throughout the Study lifecycle. At the earliest stages of the Study (study design, recruitment, and enrollment of expectant mothers and the Study launch), the IMS records and tracks enrollment, personal information, and informed consent. Through pregnancy, birth, childhood, and adolescence, it supports the tracking of participants, collection of data, report of findings, and incentive management. As Study Centers and data collectors collect biological data and samples, physical measures, environmental data and samples, and questionnaire and assessment data, and as laboratories analyze those specimens, the IMS records, transforms, analyzes, reports on, and protects the information. The IMS also maintains information regarding the location and disposition of physical samples and the results of the sample analysis. To facilitate data gathering, the IMS assists in scheduling visits, including generation of visit reminders to participants and schedules of upcoming data activities for data collectors. Prior to going into the field, the data collectors upload all data needed to conduct interviews and assessments, including participant and schedule information.

Critical features of the IMS include its ability to collect, to store, and to report on the data during the Study as well as to store and report on the data after the Study is complete. To reduce the risks associated with data collection, storage, and reporting, data storage for the Study will be centralized in the IMS at the Coordinating Center. Data are gathered through multiple means (such as laptop-based survey instruments, Web-based interfaces, and measurement devices) and are electronically sent to or entered into the IMS. Backup and protection of all data are guaranteed by the centralized storage. The IMS supports centralized, uniform, high quality data collection and analysis activities for the Study. The IMS also supports uniform and consistent participant de-identification and strong controls over re-identification, as well as producing investigator-specific data sets.

Since critical Study activities are supported centrally, the IMS maintains continuous "24x7" Study operations. It incorporates state-of-the-art redundancy, fault tolerance, and disaster recovery mechanisms to ensure that operations can continue if hardware, software, or communications fail. The majority of IMS functionality is accessible to the Study Centers through an Internet browser over a secure network. Other functionality is accessible through disconnected data collection devices (e.g., laptop computers used by field data collectors).

Data collection in the home or at other field locations utilizes laptop computers and, occasionally, environmental sampling devices. This collected information is synchronized with the central database when the data collector is able to log into the Coordinating Center (either remotely or through a direct connection in a Study facility).

Clinical event data collection regarding such data as diagnoses, interventions, etc., which occur over time, constitute important outcomes and exposures to incorporate into the participant data base. Methodologies are being studied to facilitate obtaining these data during the Study from disparate sources such as primary care physicians, specialty consultants, hospitals, emergency rooms, and public health clinics.

## 13.2 Security and Privacy

Security and privacy are factored into every aspect of the IMS design. Security includes protection of sensitive data from corruption, theft, tampering, or unauthorized use, as well as protection from loss or corruption due to internal problems (e.g., a hardware or software failure) or external forces (e.g., a natural disaster). Privacy restricts access of sensitive information to only those individuals who are authorized to use or to view such data. De-identification of data—separating potentially identifying personal information from the actual participant data—is one aspect of privacy.

The IMS is hosted on a number of dedicated servers in a secure facility where physical access to the servers is restricted only to authorized personnel. The Study data are stored and managed in a secure network environment that is protected by continuously updated firewall, anti-virus, and anti-intrusion hardware and software. Systems are actively monitored to detect and block any attempt at intrusion or "hacking." Secure network connections are established between the Coordinating Center and external entities (e.g. Study Centers, labs, and repositories) to ensure data are not compromised during transmission. All data are encrypted during transmission and upon storage.

The IMS complies with various policies and regulations, such as the Health Insurance Portability and Accountability Act (HIPAA), to protect the privacy of the participants. Even Study staff, such as the Coordinating Center data managers and analysts, are not able to associate Study data with actual participant identities except under strictly defined conditions. To fulfill this mandate, the IMS employs a second layer of security specially designed to segregate participants' personal identifying data (PID) from the rest of the data. PID is stored in specially encrypted databases on servers that are physically separate from the main database servers. User IDs, passwords, and "digital certificates" allow access to PID only by authorized individuals and from authorized access points. The password/digital certificate system may also be augmented by a biometric identification technology such as thumbprint scanning to guarantee that any request for PID is genuine and coming from an authorized user.

## 13.3 Architecture/Framework

Since the Study will last more than 20 years, the IMS is designed with the ability to grow with the Study and to adapt with the evolution of technology. The IMS framework allows reusing existing applications and systems while accommodating future technology expansion. The framework accomplishes this by focusing on interoperability and component-based architecture.

Interoperability is defined as the ability of different types of computers, networks, operating systems, and applications to work together effectively to exchange information in a useful and meaningful manner. Interoperability requires not only the ability to transfer data, but a common understanding of what those data mean. The IMS supports interoperability with other systems (e.g., external databases with relevant data) by including multiple methods of transferring data between systems and by the use of industry standards to define not only the syntax but also the meaning of the data. Leveraging standards for integration enables the IMS to be flexible when future technology changes are implemented.

The IMS is a component-based architecture in which "components" (e.g. system building blocks) are responsible for specified functions. These components have well-defined interfaces. This approach supports later replacement of a component with newer or alternate versions that enhance functionality or incorporate new technology (in a "plug and play" manner). The result is a scalable IMS adaptable to the Study's long-term goals.

# Chapter 14

# Adverse Event Reporting and Data Monitoring

## 14. ADVERSE EVENT REPORTING AND DATA MONITORING

### 14.1 Monitoring Subjects and Criteria for Withdrawal from the Study

The National Children's Study is relatively noninvasive, and the research protocol has no interventions. The Study and all procedures are also of no more than minimal risk. Thus, there are no conditions envisioned, either due to Study procedures or unrelated to Study procedures, which would preclude continuation in the Study. The only situation in which we would discontinue follow-up with the family is if there is a pregnancy loss or an enrolled child dies, and the occurrence is beyond the enrollment period (such that it is beyond the point when subsequent pregnancies would be eligible for enrollment in the Study). If Study subjects develop a condition that renders them incapable of providing the continuing informed consent required of the Study, continuing consent will be sought from the legally appropriate party.

Any participant may withdraw from participation in the NCS at any time. Declining participation or withdrawing from the Study will in no way affect their relationship with the local research sites or associated medical institutions. In the event a participant withdraws from the Study or the Study is unable to locate a participant (lost to follow-up), data and samples obtained to that point will be maintained for use in future analyses unless the participant requests the samples be discarded and not used in any future analyses. Participants will also be allowed to stop participation in the Study for brief periods and then rejoin in the future. If a participant dies, all data will be maintained in the data sets for all subsequent analyses. Participants will be informed of these policies.

### 14.2 Data and Safety Monitoring Board

A Data and Safety Monitoring Board (DSMB) consisting of 5 to 10 individuals not associated with the NCS will be created to review data periodically. The DSMB will have expertise in biostatistics, epidemiology, environmental toxicology, pediatrics, genetics, psychology, social determinants of health, ethics, and other appropriate disciplines. The DSMB will report to the Study Director and review standard process data such as accrual rates and adverse events and possibly other appropriate aspects of study data as determined by the Study Director and the Steering Committee. The DSMB will alert the Steering Committee if data become available that might require participants to be informed about the finding. An Ethics Advisory Committee (Subcommittee of the Federal Advisory Committee to the Study) will be established to review relevant situations at the request of the NCS Study Director or the NCS Steering Committee.

### 14.3 Ethics Advisory Committee

During the course of the NCS, environmental findings may reveal information that could be relevant not only to participants but also to members of the community from which participants have been recruited. The Ethics Advisory Committee of the NCS will assist in considering which information is of this type and will be available to assist the regional sites, in partnership with their local community advisors, to develop a strategy for dissemination of this information in an appropriate manner.

# Chapter 15

# Quality Assurance and Quality Control (QA/QC)

# 15. QUALITY ASSURANCE AND QUALITY CONTROL (QA/QC)

## 15.1 General Approach

Because the National Children's Study is a multi-site, multi-year study involving the collection of complex data as well as physical/medical measures, environmental samples, and biological specimens, quality assurance and quality control (QA/QC) are vital to ensure the data, measures, samples, and specimens are collected correctly and consistently across all sites and throughout all years. All NCS partners have long-standing reputations for conducting high-quality scientific research. However, as with all large multi-center studies, standard QA/QC mechanisms and procedures must be developed and utilized to assure data quality, integrity, completeness, and comparability throughout the Study. To accomplish this, a Quality Management Plan (QMP) and a Coordinating Center QA/QC plan will be developed, applied, maintained, and updated as needed throughout the Study. The QA/QC plan will specify QA/QC procedures and policies that will apply to Coordinating Center operations and also QA/QC procedures and policies that the Study will require of the four types of collaborators: Study Centers, laboratories, clinical testing facilities, and central repositories.

An individual will be assigned by the NCS Program Office to serve as the NCS Program Office Quality Manager. This individual and, as the study grows, his or her staff, will provide independent high-level oversight of QA/QC activities conducted by the Coordinating Center, Study Centers, Information Management System (IMS) contractor, laboratories, clinical testing facilities, and repositories. Examples of the types of activities the Quality Manager will perform include conducting independent audits/assessments of the NCS components, reviewing audit reports, and making recommendations to the Study Director and Project Officers on corrective actions.

The major tool for Study and data management, and thus Study QA/QC, will be the IMS. The IMS will not only provide an array of QA/QC monitoring functions, it will also track the QA/QC activities. There are three aspects of QA/QC related to the IMS: (1) the IMS will capture all Study data allowing for Study oversight of data completeness and production; (2) the IMS will capture all Study QA/QC data allowing for Study oversight of data quality, integrity, and comparability; and (3) specific QA/QC checks will oversee the IMS.

## 15.2 QA/QC Activities for IMS

The IMS is the computerized heart of the Study. It must support the collection, management, and storage of the study data and manage highly complex study activities involving thousands of staff and participants across the country. The electronic edits built into the IMS will be the key to ensuring data quality, and the monitoring and tracking systems it includes will be critical to ensure proper Study management. Since the NCS will be underway for such a long period of time, it is critical that the IMS be able to accept upgrades and new technologies without going out of service. These challenges require constant attention to quality.

### 15.2.1 IMS System Quality

The IMS will not be able to ensure the quality of NCS data unless it is itself a quality system that performs reliably, accurately, and according to specification. System quality begins with the team that builds and integrates it. A fundamental component of the quality system for the IMS is a contractual requirement that the IMS contractor must maintain ISO 9001:2000 certification and demonstrate CMM

Level 3 compliance on an ongoing basis. During the planning phase, the IMS contractor developed a CMM plan which defined internal roles and responsibilities, record-keeping requirements, and other quality-affecting parameters. The CMM plan ensures the organization's software development processes include visibility, oversight, and checkpoints throughout the software development life cycle.

It is an axiom in software development that the earlier an error or problem is found, the easier and cheaper it is to correct. Thus, the IMS contractor will perform early reviews of requirements and design specifications, working closely with Program Office and Coordinating Center staff, who are the subject matter experts. This process ensures that when software is built (or purchased commercially) and integrated, it will meet requirements. Source code reviews during actual development will further ensure that errors are caught as early as possible.

A key step in ensuring system quality is testing. The IMS will be tested in four stages. In the first stage, the developers and integrators will test each hardware and software component to ensure it functions according to specifications, a process called "unit testing." In the second stage, and in a separate process, an independent test team will examine the IMS requirements documents and prepare a detailed test plan for each IMS system. After initial training by the development team, the independent test team will execute the test plan against each of the systems, identifying problems and placing them into a formal defect tracking system. Each problem will be prioritized and tracked to resolution, and the systems will be retested until they pass. The third stage of testing will be performed by Coordinating Center and Study Center staff who will test each of the IMS systems using real-world study scenarios to determine if the systems perform their functions properly. This process is known as "acceptance testing," and systems cannot be fielded until they pass. The final stage of testing is ongoing. Whenever a system is enhanced, upgraded, or a defect is found and corrected, not only must the new or changed elements be tested, but also a "regression test" must be performed by the independent test team to ensure the changes do not adversely affect other functionality.

Throughout the Study, the Coordinating Center will capture, track, and report IMS infrastructure outages as well as software defect reports, IMS help desk calls, and application error logs to compute an ongoing reliability factor that will be reported monthly and yearly. The IMS will include application event logs that will capture application failures along with reporting capability. In the unlikely event of a system outage, the Coordinating Center will document the outage with an incident report that describes the cause of the outage, the measures taken to resolve it, and the processes and procedures that can be implemented to prevent a similar future occurrence. Prior to implementation, the Coordinating Center will confirm the computation of the reliability statistics with the NCS Program Office.

### 15.2.2 IMS Data Quality

The IMS will be designed to maintain and ensure the quality of the NCS data throughout its life cycle from collection through analysis, storage and eventual archive. Quality, in this context, is defined in four broad dimensions. A data element must be:

- collected accurately;
- protected from tampering or inadvertent alteration or corruption;
- traceable and attributable to its original source; and
- associated with audit trails and decision logs that document all changes to it as well as the source and reasoning behind each change.

To support accurate data collection, the IMS will maintain calibration and test records for data collection devices and instruments, including questionnaire instruments. The IMS will also maintain records documenting data collectors' training and certification. To support data security, the IMS security features will include many technical and procedural checks and guards to protect data from tampering or corruption, including encryption, network firewalls, multi-factor authentication of users, and role-based access controls. To ensure that data are always traceable and attributable to source, each data element will carry associated metadata to document its history and context. IMS data management systems will use audit trails, include timestamps, and will identify the source as well as the nature of data changes. Decision logs will document the reasons behind any changes made to data post-collection as well as larger study-level decisions that may cause wholesale instrument or methodology changes.

The IMS will not only maintain data quality, it will provide the information needed to make improvements in data collection instruments, methods, and techniques. Edit reports produced by the IMS will document edit failures and their resolution. The IMS will use the edit failures to identify possible data collection or manipulation or metadata errors that will be used to compute an overall accuracy statistic for data collected by the IMS.

In addition to system reliability and accuracy statistics, reports and audits will be used to assess the quality of the IMS products at any given time in the project life cycle. Reporting on defects and change requests provides some useful quality indicators, such as team productivity and bottlenecks, evaluation of workload distribution, the need to insert more or less flexibility into processes, and overall schedule progress. Audits provide verification that processes are being followed and that traceability exists between coded software and requirements or change requests.

### 15.3 Training Data Collectors

Comprehensive training of Study Center data collection staff will be an important aspect of the QA/QC plan. Highly experienced Coordinating Center staff will develop and implement a carefully designed and thorough training program, including training manuals, training exercises, role-play scenarios, audio/visual tools, and certification procedures. The Coordinating Center staff will conduct initial training of Study Center staff using a "train-the-trainer" method to prepare the Study Center staff who will subsequently conduct the training and retraining for data collection at their site. The training sessions and materials will be structured around specific competency-based objectives using a variety of teaching strategies to maintain the active involvement of the trainees. The techniques used during the training will follow the fundamental concepts of effective adult learning theory and require extensive active participation of the trainees. A basic and important requirement of the training will be to give every member of the staff the tools he or she needs to gain respondent cooperation at every level of participation and to acquire the skills needed to combat nonresponse and promote continued response.

As part of the QA/QC plan, a training roster will be developed for each Study Center that will include the type of competency assessment or certification required for each Study Center staff person. Almost all of the training modules will require a competency assessment at the end of training before the trainee can begin data collection. For example, staff members who collect anthropometry data will be tested against the "gold standard" expert in a series of competency sessions at the end of training. Additionally some staff (e.g., phlebotomists and ultrasonographers) must have up-to-date certifications before they can begin data collection. The team responsible for the training will determine the competency criteria. As training and certifications are completed, the training roster will be updated to indicate the training and certifications received. The roster will be maintained through the IMS.

The QA/QC plan will include periodic staff retraining. Refresher training may be necessary to introduce new Study procedures and forms and to sharpen data collector skills. This will be done throughout the Study as a standardized means of delivering new information. The Study may identify a Study Center whose study staff members, when audited, are not passing standards or whose data do not correlate with standard examiners, and may decide to conduct refresher training at that Study Center. As the Study progresses, some attrition among Study Center staff is expected. This will make it necessary to train new staff. There may be a need for special training during the course of the Study, for example, to teach techniques for improving response rates among special populations (e.g., minorities, very young mothers, or single mothers), or to elicit feedback from interviewers on the effectiveness of outreach materials and the need for new items to target specific groups. Remedial training may be necessary when data collectors do not meet acceptable performance standards as identified using QC measures.

### 15.4 QA/QC for Data Collection Activities

QA/QC procedures will be developed and applied to all Study data collection and management activities including interviewing, taking physical and medical measurements, collecting and handling environmental samples and biological specimens, and processing the collected data. QA/QC procedures regarding maintenance and calibration will be developed and applied to the measurement equipment used in the Study. There will also be QA/QC procedures developed and applied to the environmental and clinical laboratories and testing facilities utilized.

All Study data will be carefully and thoroughly reviewed and edited for consistency and range checks. Inconsistencies, anomalies, and outliers will be identified, examined, and verified when necessary. For example, participant demographic characteristics will be checked against reported health conditions and medical events for logical consistencies, and blood pressure measurements will be checked for end-digit preferences. All data collectors will be directly observed, indirectly monitored, and evaluated for quality issues such as protocol adherence and inter-rater reliability measures.

Study staff will observe Study Center data collection staff to evaluate procedures and protocols during participant identification activities, while completing the interviews, while collecting specimens and samples, and while taking physical measurements, during the field pilot tests and dress rehearsals. After this initial period, Study staff will conduct at least one in-person audit in the field per data collector per year to monitor interviewing techniques and all other data collection activities. Data collectors will be observed while conducting the home visits as well as the clinic visits. Study staff will develop a standardized electronic form for use by auditors in evaluating performance during these observations.

The Study will assign senior staff, trainers, or trained designees to conduct the field audits. The field auditors will record the results of each audit item on the form and will use the completed forms as the basis for providing rapid feedback. Individual and/or group feedback may be provided. Completed observation forms will be kept for the duration of the Study and will be used to assist in identifying topics for review during refresher trainings.

The procedures described above will be applied to all data collection activities, but there will be additional QA/QC procedures developed and applied to each of the specific types of data collection activities. Sections 15.5 through 15.9 summarize these additional QA/QC procedures.

## 15.5 QA/QC for Interviewing

Re-interviews, or "verifications," will also be used to monitor interviewer work. The verification will confirm that the interview was conducted and verify a few selected responses. Verification QC will be conducted by telephone by Coordinating Center staff. Cases to be verified will be selected through the IMS as work is completed. All of an interviewer's work will be eligible for verification regardless of the final disposition. Typically, 10-15 percent of each interviewer's cases will be selected for verification. Only a certain number of highly objective questions will be selected for verification, both to reduce respondent burden and to protect against discrepancies due to legitimate response changes. Interviewers will be told their work will be verified but will not know the number of cases or the procedure for selecting cases. If at any time verification indicates the possibility of falsification, the Coordinating Center will begin a 100 percent verification immediately of the interviewers' work. The Coordinating Center will report verification rates and results through monthly progress reports.

Falsification will be further substantiated through the use of digital time stamp reports and tracking GPS coordinates. A systematic review of digitally entered time stamps for work done by each interviewer will be an important indicator of potential problems in the field. These time stamps will generate several reports that will be routinely reviewed by Study staff. Any unusual or suspicious pattern in the digital entry trail must be explained and will trigger a higher validation rate for the interviewer.

Study Center interviewers will be required to edit all work before finalizing the data collection case. After completing each case, the computer will display any outstanding data collection activities and exams which the Study Center staff would review and finalize. If the data are collected at a home or birth visit or some other facility, it will be further reviewed at the Study Centers before uploading to the IMS. If necessary, the interviewers will receive immediate feedback to rectify any problems. After this edit, the completed work will be uploaded to the IMS. There will be built-in editing procedures in the IMS that will support a further review of the data. For example, all text entries in the questionnaires, as well as other critical data items, will be reviewed. Whenever possible, the Study Center coordinator or an assistant will re-edit 10 percent of each interviewer's work.

## 15.6 QA/QC for Collecting and Handling Samples and Specimens

All procedures for the collection of environmental samples and biological specimens will have data collection forms specific to each specimen or sample to be collected. These forms will be developed to allow the monitoring of data quality across the Study. All procedures and corresponding forms will be evaluated regularly for effectiveness, and, if a modification is required, changes will be implemented seamlessly and the modification will be documented. On a periodic basis, all parties affected by the procedure and data collection forms will be solicited for any needed modification or update.

Observing or auditing the work of sample collectors will be done to evaluate procedures and protocols as described in Section 15.4. In addition, Study staff will observe sample labeling at the collection site and processing, storage, packaging, and shipment of biospecimens and environmental samples to ensure these activities are conducted according to Study procedures.

In addition to conducting visits to observe field procedures, the Study will establish a schedule for regular reviews of biospecimen and environmental sample data, problem logs, equipment logs, maintenance records, and calibration results for all field work. Review of biospecimen and environmental sample data can be considered an indirect observation, a variation on the method of direct observation that may be suitable for some collection tasks, either as a substitute for or supplement to the

field audits. During an indirect observation, field staff performance will be monitored after the activity is complete, for example, by review of data from completed collection forms and comparison of the collection data to the laboratory results of analyzed specimens. The resulting data can be used as a measure of the quality of data collection or specimen collection.

All Study Centers will be required to keep logs of reported problems with specimen and sample labeling, processing, transfer, and shipment. These logs will be maintained on the IMS, as would similar logs from the biorepositories and analytic laboratories. The Study will track these logs on the IMS to identify, investigate, and resolve these types of problems with the Study Centers, laboratories, and repositories and to make recommendations for modifying procedures as necessary.

All biospecimen and environmental sample measurement equipment used in the field will be required to have regularly scheduled maintenance and logs of the maintenance, operating status, and all calibration results. The written procedures will describe, in detail, calibration procedures for all biomedical and environmental measurement equipment. If a particular instrument is required to be calibrated prior to each use, the Study will specify these calibration tests as well. Study procedures will include instructions on how to handle situations where equipment does not meet the specified calibration criteria. Study Center staff will be trained to calibrate and maintain all instruments and equipment in accordance with the approved procedures, including equipment that may need to exceed manufacturer recommendations because of extensive use.

The results of equipment maintenance and calibration activities will be automatically tracked in the IMS. If missing logs, failed calibrations, drifting, or other problems are found, the Coordinating Center will contact the affected party to discuss and correct the problem. If needed, a site visit will be made to observe the questionable equipment and procedures.

The Coordinating Center will work with the NCS Program Office to develop procedures designed to address the need for resampling and duplicate or repeat collection of samples. These procedures could apply to collection of most biospecimens or environmental samples (e.g., more blood, urine, or breast milk, or another dust, air, or soil sample). The Study will identify quality control samples to be used, including specifications as to their content, number of samples to be obtained, possible sources, and assurance of the quality of the samples and specimens.

## 15.7 QA/QC for Environmental/Clinical Labs, Repositories, and Testing Facilities

The Study will require all laboratories to submit the standard operating procedures, which will be used for the NCS. These documents will be logged and evaluated to ensure the standard operating procedures are written in accordance with current guidelines and other regulatory requirements, as well as Study procedures. Revisions will be requested as needed. All current and past standard operating procedures will be submitted and maintained electronically in the IMS, which will be easily accessible and searchable by the NCS Program Office.

The Coordinating Center will work with the NCS Program Office to define and implement procedures for monitoring the performance of the laboratories, testing facilities, and repositories. The monitoring will continue throughout their performance. The performance monitoring will include implementing external QC through use of split duplicate and other QC samples and review of those results. Reports will be developed to ensure production standards are met; to identify inconsistencies and inaccuracies in specimen type or labeling; to identify results that fall outside of expected parameters; to identify any trends in analysis over time; and to review internal standardization and proficiency sample analysis conducted as part of accreditation or certification programs. On-site observation will be done to

verify that procedures adhere to the NCS procedures and to verify equipment calibration procedures and internal QC. The Study will institute a methodology for regularly receiving data from the laboratories (monthly or semimonthly) to ensure quality and production standards are maintained. The Coordinating Center will perform this task by verifying the laboratory QC data and production levels are within acceptable parameters set forth by the NCS Program Office. The Coordinating Center will provide the results of the verification process to the NCS Program Office on a monthly basis.

The Coordinating Center will generate data collection forms for all audits and data collection mechanisms. Based on the data elements collected, the Coordinating Center will generate reports for the NCS Program Office. The Coordinating Center will request the input from the NCS Program Office into what data elements would be needed for reports of varying types. Based on these requests, the Coordinating Center will ensure all data are collected in a timely manner and any discrepancies will be reconciled.

The Coordinating Center will submit the audit procedures for each type of facility to the NCS Program Office to approve prior to any site audit. The Coordinating Center will arrange for and oversee audits of all laboratories and repositories before samples are sent, and every six months thereafter. All laboratory audit inspectors will have initial training and refresher training for current guidelines and will maintain training levels throughout the Study.

The audit staff will conduct six-month on-site laboratory reviews. Prior to the audit visit, the Coordinating Center will work with the NCS Program Office to address any particular concerns for the specific site to be audited by developing a site-specific audit plan. During the audit visit, the audit staff will operate from the approved standard operating procedures as well as from the site-specific audit plan of all Study-related equipment calibration documentation, internal assay QC specimen or sample results, and environmental control logs. The audit team will verify all components of the Study-related procedures conducted at the site, including staff training, procedures, security, environmental monitoring. The team will document any deviations or violations uncovered, as well as the corrective actions the site implemented to rectify them. The team will also work with the sites to obtain copies of all necessary documents and maintain these documents as a tracking mechanism for site performance. The Coordinating Center will document all findings and report to the NCS Program Office within one month of the site visit.

The Study will develop and implement procedures to work with laboratories to improve performance on an as-needed basis. The Coordinating Center will submit the procedures to the NCS Program Office for approval prior to implementation. The Coordinating Center will draft a procedure that addresses distributing QC specimens or samples. The procedure will address methods for distribution from the source to the Coordinating Center, the Study Centers, and the central repository, including sample handling and storage, as appropriate. For stable samples and analytes, many QC specimens may be ordered and sent out at one time; however, for unstable samples, there may need to be a steady stream of QC samples shipped out to the various entities.

The IMS will also specify the frequency with which each Study Center will insert the QC specimens and samples into the sample stream. This will primarily be by affixing a bar-coded label to each QC specimen or sample as if it were an actual Study specimen or sample during collection of actual specimens or samples. No sample type identifying information will be provided to the laboratories, (e.g., for environmental samples), and the surface area or volumes will not be provided. This will help prevent the laboratory from knowing which specimens or samples are QC checks.

The Coordinating Center will ensure that all QC specimens and samples are tracked in the IMS regardless of the source of the material. Ideally, the sources would enter the specimen/sample

information directly into the IMS. The IMS will have a specimen and sample tracking system (STS) component to track the shipment, handling, and results for all specimens and samples. The STS should have a set of specimen/sample ID numbers for QC specimens and samples that look like actual sample numbers.

## 15.8 QA/QC for Physical Measures Data Collection

QA/QC measures will include periodically reviewing equipment logs, maintenance schedules, and calibration results. Study staff will conduct any duplicate data collection specified in the Study documents, will ensure that all data collection forms are completed accurately in the field, and that all data such as ultrasound images and digital photographs are collected, labeled, and transmitted in accordance with specified study procedures. Study staff will document data maintenance efforts in the form of log files, summary operating procedures, and logs of changes to data.

Additional on-site observation audits of testing may include duplicate or repeat tests. Duplicate data will be collected on participants as part of the data collection protocol when the data are recognized as difficult to obtain. For example, in a typical ultrasound exam, each of the images will be taken twice to have at least two measurements of each type. Blood pressure measurements will be measured three to five times following a specific resting period. All measurements will be captured to allow an average reading to be computed based on an algorithm determined by the data analyst.

Gold standard examinations may also be used to measure the agreement between a recognized expert and an examiner by conducting examinations on the same participant during a single examination session. This type of QA is particularly relevant to some of the clinical examinations such as anthropometric measurements. The number of gold standard examinations required to assess the level of agreement, as well as acceptable levels of agreement, will be specified. The IMS will have the capability to generate a report that displays a side-by-side comparison of results from the primary and gold standard examinations. The gold standard examiner would be able to print and use this report to provide immediate feedback to the primary examiner. There should also be a program in the IMS that Study Centers run to produce inter-rater reliability statistics. If statistically significant differences between the gold standard and the primary examiner are identified, these will be addressed through retraining.

Replicate examinations, in which a second examination is performed on a participant by the same examiner as the primary examination, may be used to measure intra-examiner reliability on some clinical exams. Although replicate exams provide a good measure of reliability, they are burdensome for the participant and time consuming for the Study Center. Replicate examinations require that the participant return to the examination center (or the examiner return to the home) at a later date for a second-day examination. Not all exam procedures will be slated for inclusion in the second-day examination, and only those components that require this level of QA will be included.

## 15.9 QA/QC Activities for Data Management

The general approach to QA/QC for data management will be to rely on the approved procedures for ongoing structure to the program. Each procedure will include steps to facilitate identification of issues as they arise, support tracing problems to the source, and determine whether changes to procedures and/or the IMS will mitigate such problems in the future. QA/QC steps will be an integral part of each procedure and will be reviewed on an established basis but no less than annually.

The Coordinating Center will work closely with the NCS Program Office to ensure that NCS data are handled, processed, and managed with the highest level of quality. For data coding, the Coordinating Center will ensure metadata entry and maintenance, data review, and other manual data preparation procedures are performed properly. The Coordinating Center will ensure staff are trained and certified prior to beginning work and data management processes are designed specifically to identify errors resulting from data collection instrumentation or data processing activities.

A random sample of coders and data entry staff work will be reviewed by a second, more senior data management staff member or supervisor. Should consistent issues be identified, the staff member will be given additional guidance and training. If this guidance and retraining is not effective, the staff member will be removed from the project.

Automated edit software included in the IMS will be employed to detect item value, range, and inter-item logical inconsistencies, and checks will be implemented against historical data collected for the case. Results and resolutions of these edits will be maintained in automated form in the IMS. Any updates to NCS IMS databases as a result of data review will be accompanied by an annotation that includes the reason for the change, prior value, date of change, and authorization for the change, if required. Data management procedures will be fully documented and the documentation maintained online, accessible to data management staff. A log of all exceptional data management events will be maintained automatically within the IMS to support historical data questions.

Digital images will be used in several aspects of data collection such as radiology, pathology, or photography. Management of the digital images will include procedures for obtaining, transmitting, and storing images at the Study Centers and ultimately in image libraries in the IMS overseen by the Coordinating Center. A QA/QC protocol for management of digital images will be developed.

Approval guidelines for digital imaging equipment used in the Study will be developed. Study-approved protocols for technical parameters and measurements, calibration procedures and certifications, routine QC testing, and maintenance checks will all be addressed. Study Centers will be encouraged to participate in QA programs and certification programs for diagnostic imaging used in health care settings and will be expected to provide evidence of certification.

Procedures that ensure the capture of acceptable images for use in the NCS and the monitoring of images will be developed. Image transmission QC procedures that monitor the flow of complete image sets within the Study Centers and after transfer to the libraries will be addressed. Confidentiality and accuracy procedures for de-identification and anonymization of digital images, as well as ensuring accuracy in cataloging images, will be detailed in the QA/QC protocol. Evidence of robust backup, archival, and disaster recovery procedures will be required. Image files will be expected to be made available and accessible on secure Web sites.

# Chapter 16

# Sub-Studies, Outside Additions to the Core Protocol, and Adjunct Studies

# 16. SUB-STUDIES, OUTSIDE ADDITIONS TO THE CORE PROTOCOL, AND ADJUNCT STUDIES

As the National Children's Study proceeds, it will serve as a platform on which to build additional scientific research. Aspects of the NCS will yield ideas for sub-studies within the core protocol planning process and opportunities for adjunct studies, as well.

## 16.1 Sub-Studies Within the Core Protocol

The core protocol was developed through the NCS Program Office protocol planning process and paid for with NCS funds. This core protocol is to be performed on the entire cohort. Additionally, there will be some "sub-studies" of the core protocol planned by the NCS protocol planning team but performed on just a portion of the cohort. Sub-studies are generally funded by NCS and planned and approved through the same process as the core protocol. The Study Centers will carry out a sub-study as an integral portion of the core protocol.

## 16.2 Outside Initiated and Funded Studies That Pertain to the Entire Cohort

Outside initiated and funded proposals for the entire cohort will be considered as proposed modifications of the core protocol, ultimately decided upon and incorporated into the protocol by the same process that is used for the core protocol planning. The review process for such proposals will be a combination of the adjunct study review process and the core protocol planning process, as appropriate for the specific proposal.

## 16.3 Adjunct Studies

An adjunct study is performed on a portion of the cohort at one or more Study Centers, on all or a portion of their Center participants and/or their biospecimens or environmental samples. Adjunct studies are derived from or initiated and planned outside the NCS Program Office protocol planning process (e.g., can be initiated by a Study Center, government agency, independent investigator, industry, etc.), and are funded by such mechanisms as government grants applied for by the initiator, public-private partnerships, etc. Adjunct studies are reviewed and approved through a defined process and are implemented with the concurrence of the specific involved Study Centers. Individual Centers have the option of not participating in any particular ("outside initiated") adjunct study. Adjunct studies, therefore, are considered optional for the Study Centers.

While adjunct studies are generally neither planned by the NCS protocol planning team nor funded by NCS, in very specific circumstances the NCS may require or authorize and fund specific adjunct studies (for a portion of the cohort) to be planned "outside" the regular protocol planning process yet paid for with NCS funds (e.g. specific studies at specific Study Centers). These are referred to as "Internal Adjunct Studies," to reflect their internal (NCS) direction and funding despite "external" (i.e., other than NCS protocol planning team) scientific development.

## 16.4 Review Process

Adjunct studies and other additions to the protocol will undergo a formal review to assure maintenance of the quality and integrity of the Study and to address scientific merit; scientific "fit" with the NCS; burden to the participant and the Study; risk and other human subjects' issues; etc. A brief preliminary application has been developed as well as an in-depth full application to assure attention to the quality of the proposal and also to facilitate the submission, review, and approval of such proposals. Both are electronic and allow for relevant sections of government grant applications to be "cut and pasted" into the form.

# Chapter 17

# The Health Insurance Portability and Accountability Act

## 17. THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT

Requirements for the release of identifiable health information by covered entities (e.g., certain health providers, health plans, and health clearinghouses) were set forth by the Health Insurance Portability and Accountability Act (HIPAA) of 1996, which became effective on April 14, 2003.

The Coordinating Center will work with the Study Centers to ensure that authorizations to release identifiable health information meet the HIPAA requirements. These authorizations must include a description of the information that will be used or disclosed; who may use or disclose the information; who may receive the information; the purpose of the use or disclosure; the expiration date (if there is no expiration date, it must be explicitly stated as such); notice that the authorization may be revoked; notice that the information may be disclosed to others not subject to the Privacy Rule (redisclosures may not be protected); notice that an individual may refuse to sign the authorization (if any treatment or payments are conditional upon the individual's signing the authorization, the individual must be informed of this); and the individual's signature and date.

These requirements for authorizations may be combined in a consent form or may be a separate document. A Privacy Board (or IRB serving as a Privacy Board) may authorize the release of identifiable health information if additional risks are not created for Study subjects.

# Chapter 18

# References

## 18. REFERENCES


Abela, D., Howe, A.M., Oakes, D.A., & Webster, W.S. (2005). Maternal antioxidant supplementation does not reduce the incidence of phenytoin-induced cleft lip and related malformations in rats. *Birth Defects Research Part B: Developmental and Reproductive Toxicology, 74,* 201-206.

Adair, L.S. (2001). Size at birth predicts age at menarche. *Pediatrics 107*(4), e59.

Agresti, A. (1984). *Analysis of ordinal categorical data*. New York: Wiley.

Agyeman, J. (2005). Where justice and sustainability meet. *Environment. 47*, 10-23.

Ahlgren, M., Melbye, M., Wohlfahrt, J., & Sorensen, T.I. (2004). Growth patterns and the risk of breast cancer in women. *New England Journal of Medicine, 351*, 1619-1626.

Akinbami, L. (2006). *The state of childhood asthma, United States, 1980-2005* (pp. 1-24). Advanced Data from vital and health statistics, no. 381. Hyattsville, MD: National Center for Health Statistics.

Albalak, R., McElroy, R.H., Noonan, G., Buchanan, S., Jones, R.L., Flanders, W.D., et al. (2003). Blood lead levels and risk factors for lead poisoning among children in a Mexican smelting community. *Archives of Environmental Health, 58*, 172-183.

Albers, C., & Grieve, A. (2007). Test Review: Bayley, N. (2006). Bayley Scales of Infant and Toddler Development, Third Edition. *Journal of Psychoeducational Assessment, 25*, 180-198.

Alexander, G., Himes, J., Kaufman, R., Mor, J., & Kogan, M. (1996). A United States national reference for fetal growth. *Obstetrics & Gynecology, 87*, 163-168.

Alexander, G.R., & Allen, M.C. (1996). Conceptualization of measurement, and use of gestational age–I. Clinical and public health practice. *Journal of Perinatology, 16*, 53-59.

American Academy of Allergy, Asthma, and Immunology [AAAAI]. (2005). *The Allergy Report.* Retrieved May 24, 2007, from http://www.theallergyreport.com/reportindex.html

American Lung Association Epidemiology and Statistics Unit, Research and Program Services. *Trends in asthma morbidity and mortality*. New York: American Lung Association, July 2006. Retrieved from http://www.lungusa.org.

American Psychiatric Association. (2000). *Diagnostic and Statistical Manual of Mental Disorders, DSM-IV* (4th ed.). Washington, DC: Author.

Ananth, C.V., Joseph, K.S., Demissie, K., & Vintzileos, A.M. (2005). *American Journal of Obstetrics & Gynecology, 193*, 1076-1082.

Anderson, J.L., Waller, D.K., Canfield, M.A., Shaw, G.M., Watkins, M.L., & Werler, M.M. (2005). Maternal obesity, gestational diabetes, and central nervous system birth defects. *Epidemiology, 16*, 87-92.

Anderson, L.M., Diwan, B.A., Fear, N.T., & Roman, E. (2000). Critical windows of exposure for children's health: Cancer in human epidemiological studies and neoplasms in experimental animal models. *Environmental Health Perspectives, 108*, 573-593.

Anderson, S.E., Dallal, G.E., & Must, A. (2003). Relative weight and race influence average age at menarche: Results from two national representative surveys of U.S. girls studied 25 years apart. *Pediatrics, 111*(4), 844-850.

Anderson, V.A., Catroppa, C., Haritou, F., Morse, S., Pentland, L., Rosenfeld, J., et al. (2001). Predictors of acute child and family outcome following traumatic brain injury in children. *Pediatric Neurosurgery, 34*, 138-48.

Anderson, V.A., Catroppa, C., Morse, S., Haritou, F., & Rosendfeld, J. (2000). Recovery of intellectual ability following traumatic brain injury in childhood: Impact of injury severity and age at injury. *Pediatric Neurosuergery, 32*, 282-290.

Andersson, R. & Menckel, E. (1995). On the prevention of accidents and injuries: A comparative analysis of conceptual frameworks. *Accident Analysis and Prevention, 27*, 757-768.

Anderton, D.L., Oakes, J.M., Fraser, M.R. & Anderson, A.B. (1994). Environmental equity: The demographics of dumping. *Demography, 31*, 229-248.

Andrade, A.J., Grande, S.W., Talsness, C.E., Grote, K., Golombiewski, A., Sterner-Kock, A., et al. (2006). A dose-response study following in utero and lactational exposure to di-(2-ethylhexyl) phthalate (DEHP): Effects on androgenic status, developmental landmarks and testicular histology in male offspring rats. *Toxicology, 225*, 64-74.

Andrews, W.W., Hauth, J.C., & Goldenberg, R.L. (2000). Infection and preterm birth. *American Journal of Perinatology, 17*, 357-365.

Andrieu, N., & Goldstein, A. (1998). Epidemiologic and genetic approaches in the study of gene-environment interaction: An overview of available methods. *Epidemiological Review, 20*, 137-147.

Aneshensel, C.S. & Sucoff, C.A. (1996). The neighborhood context of adolescent mental health. *Journal of Health and Social Behavior, 37*, 293-310.

Anway, M., & Skinner, M. (2006). Epigenetic transgenerational actions of endocrine disruptors. *Endocrinology, 147*(6), s43-s49.

Anway, M.D., Cupp, A.S., Uzumcu, M., & Skinner, M.K. (2005). Epigenetic transgenerational actions of endocrine disruptors and male fertility. *Science, 308*(5727), 1466-1469.

Arner, P. (1998). Not all fat is alike. *Lancet, 351,* 1301-1302.

Arshad, S.H., Kurukulaaratchy, R.J., Fenn, M., & Matthews, S. (2005). Early life risk factors for current wheeze, asthma, and bronchial hyperresponsiveness at 10 years of age. *Chest, 127*(2), 502-508.

Arvidsson, D., Slinde, F., & Hulthen, L. (2005). Physical activity questionnaire for adolescents validated against doubly labelled water. *European Journal of Clinical Nutrition, 59*, 376-383.

Ashby, J., Tinwell, H., Stevens, J., Pastoor, T., & Breckenridge, C.B. (2002). The effects of atrazine on the sexual maturation of female rats. *Regulatory Toxicology and Pharmacology, 35*(3), 468-473.

Azziz, R., Woods, K.S., Reyna, R., Key, T.J., Knochenhauer, E.S., & Yildiz, B.O. (2004). The prevalence and features of the polycystic ovary syndrome in an unselected population. *Journal of Clinical Endocrinology and Metabolism, 89*(6), 2745-2749.

Bagalkote, H., Pang, D., & Jones, P.B. (2001). Maternal influenza and schizophrenia in offspring. *International Journal of Mental Health, 39*, 3-21.

Baillargeon, R., Normand, C., Seguin, J., Zoccolillo, M., Japel, C., Perusse, D., et al. (2007). The evolution of problem and social competence behaviors during toddlerhood: A prospective population based cohort survey. *Infant Mental Health Journal, 28*, 12-38.

Baker, S.P., O'Neill, B., Ginsburg, M.J., & Guohua, Li. (1992). *The injury fact book* (2nd ed.). New York: Oxford University Press.

Ballard, J.L., Khoury, J.C., Wedig, K., Wang, L., Eilers-Walsman, B.L., & Lipp, R. (1991). New Ballard Score, expanded to include extremely premature infants. *The Journal of Pediatrics, 119*, 417-423.

Barker, D. (2005). The developmental origins of insulin resistance. *Hormone Research, 64*(Suppl. 3), 2-7.

Barker, D.J. (1995). Fetal origins of coronary heart disease. *British Medical Journal, 311*, 171-174.

Barker, D.J., Winter, P.D., Osmond, C., Margetts, B., & Simmonds, S.J. (1989). Weight in infancy and death from ischaemic heart disease. *Lancet, 2*, 577-580.

Barker, D.J.P. (1994). *Mothers, babies and disease in later life*. London: BMJ Publishing Group.

Barker, D.J.P., & Osmond, C. (1986). Infant mortality, childhood nutrition, and ischaemic heart disease in England and Wales. *Lancet, 1*(8589), 1077-1081.

Barker, D.J.P. (Ed.). (1992). *Fetal and infant origins of adult disease*. London: BMJ Publishing.

Barlow, N., Phillips, S., Wallace, D., Sar, M., Gaido, K., & Foster, P. (2003). Quantitative Changes in gene expression in fetal rat testes following exposure to di(n-butyl) phthalate. *Toxicological Sciences, 73*, 431-441.

Barnes, P.D., & Robson, C.D. (2000). CT findings in hyperacute non-accidental brain injury. *Pediatric Radiology, 30*, 74-81.

Baron, R.M., & Kenny, D.A. (1986). The moderator-mediator variable distinction in social psychological research: Conceptual, strategic, and statistical considerations. *Journal of Personality and Social Psychology, 51*, 1173-1182.

Barr, C., Newman, T., Lindell, S., Shannon, C., Champoux, M., Lesch, K.P., et al. (2004). Interaction between serotonin transporter gene variation and rearing condition in alcohol preference and consumption in female primates. *Archives of General Psychiatry, 61*, 1146-1152.

Bayley, N. (2006). *Bayley Scales of Infant and Toddler Development: Technical Manual.* San Antonio, TX: Harcourt Assessment (PsychCorp).

Beck, J.C., Beiswanger, C.M., John, E.M., Satariano, E., & West, D. (2001). Successful transformation of cryopreserved lymphocytes: A resource for epidemiological studies. *Cancer Epidemiology Biomarkers and Prevention, 10*, 551-554.

Bel, E.H. (2004). Clinical phenotypes of asthma. *Current Opinion in Pulmonary Medicine, 10*(1), 44-50.

Belsky, J., Spritz, B., & Crnic, K. (1996). Infant attachment security and affective-cognitive information processing at age 3. *Psychological Science, 7,* 111-114.

Belsky, J., Vandell, D., Burchinal, M., Clarke-Stewart, A., McCartney, K., & Owen, M. (2007). Are there long-term effects of early child care? *Child Development, 78,* 681-701.

Benjamini, Y., & Hochberg, Y. (1995). Controlling the false discovery rate: A practical and powerful approach to multiple testing. *Journal of the Royal Statistical Society, Series B: Methodological, 57*, 289-300.

Berger, R.P., & Kochanek, P.M. (2006). Urinary S100B concentrations are increased after brain injury in children: A preliminary study. *Pediatric Critical Care Medicine. 7*, 557-61.

Berger, R.P., Dulani, T., Adelson, P.D., Leventhal, J.M., Richichi, R., & Kocha, P.M. (2006). Identification of inflicted traumatic brain injury in well-appearing infants using serum and cerebrospinal markers: A possible screening tool. *Pediatrics, 117,* 325-332.

Berglund, M., Elinder, C.G., & Järup, L. (2001). *Human exposure assessment: An introduction.* Geneva, Switzerland: World Health Organization.

Bergman, R.N., Kim, S.P, Catalano, K.J., Hsu, I.R., Chiu, J.D., Kabir, M., et al. (2006). Why visceral fat is bad: mechanisms of the metabolic syndrome. *Obesity, 14*(Supp. 1), 16S-19S.

Berkowitz, G.S., Wetmur, J.G., Birman-Deyc, E., Obel, J., Lapinski, R.H., Godbold, J.J.H., et al. (2004). In utero pesticide exposure, maternal paraoxonase activity, and head circumference. *Environmental Health Perspectives*, *112*, 388-391.

Bernstein, I.M., & Catalano, P.M. (1991). Ultrasonographic estimation of fetal body composition for children of diabetic mothers. *Investigative Radiology, 26*, 722-726.

Bernstein, I.M., Goran, M.I., Amini, S.B., & Catalano, P.M. (1997). Differential growth of fetal tissues during the second half of pregnancy. *American Journal of Obstetrics and Gynecology, 176*, 28-32

Berrigan, D., & Troiano, R.P. (2002). The association between urban form and physical activity in U.S. adults. *American Journal of Preventive Medicine,* 22, 74-79.

Berrigan, D., Troiano, R.P., McNeel, T., Disogra, C., & Ballard-Barbash, R. (2006). Active transportation increases adherence to activity recommendations. *American Journal of Preventive Medicine,* 31, 210-216.

Bhargava, S., Sachdev, H., Fall, C., Osmond, C., Lakshmy, R., Barker, D., et al. (2004). Relation of serial changes in childhood body-mass index to impaired glucose tolerance in young adulthood. *New England Journal of Medicine, 350*, 865-875.

Bigbee, W.L., Day, R.D., Grant, S.G., Keohavong, P., Xi, L., Zhang, L., et al. (1999). Impact of maternal lifestyle factors on newborn HPRT mutant frequencies and molecular spectrum-initial results from the Prenatal Exposures and Preeclampsia Prevention (PEPP) Study. *Mutation Research, 431*, 279-289.

Bijur, P., Haslum, M., & Golding, J. (1996). Cognitive outcomes of multiple head injuries in children. *Developmental & Behavioral Pediatrics, 17*(3), 143-148.

Blanck, H.M., Marcus, M., Tolbert, P.E., Rubin, C., Henderson, A.K., Hertzberg, V.S., et al. (2000). Age at menarche and tanner stage in girls exposed in utero and postnatally to polybrominated biphenyl. *Epidemiology, 11*(6), 641-647.

Blau, D.M. (1999). The effects of child care characteristics on child development. *Journal of Human Resources, 34*, 786-822.

Bloom, B., & Dey, A.N. (2006). Summary health statistics for U.S. children: National Health Interview Survey, 2004. National Center for Health Statistics. *Vital Health Statistics, 10*(227).

Blount, B.C., Silva, M.J., Caudill, S.P., Needham, L.L., Pirkle, J.L., Sampson, E.J., et al. (2000). Levels of seven urinary phthalate metabolites in a human reference population. *Environmental Health Perspectives, 108*, 979-982.

Blum, R.E., Wei, E.K., Rockett, H.R., Langeliers, J.D., Leppert, J., Gardner, J.D., et al. (1993) Validation of a food frequency questionnaire in native American and caucasian children 1 to 5 years of age. *Maternal and Child Health Journal, 3*, 167-172.

Bock, R.D., Wainer, H., Petersen, A., Thissen, D., Murray, J., & Roche, A. (1973). A parameterization for individual human growth curves. *Human Biology, 45*, 63-80.

Bogyo, M., & Cravatt, B.F. (2007). Genomics and proteomics from genes to function: advances in applications of chemical and systems biology. *Current Opinion in Chemical Biology, 11*, 1-3.

Bollen, K. (1989). *Structural equation modeling with latent variables*. New York: Wiley.

Borkowski, J.G., Ramey, S.L., & Bristol-Power, M. (Eds.) (2002). *Parenting and the child's world: Influences on academic, intellectual, and social-emotional development*. Mahwah, NJ: Erlbaum.

Bourdon, K., Goodman, R., Rae, D., Simpson, G., & Koretz, D. (2005). The strengths and difficulties questionnaire: U.S. normative data and psychometric properties. *Journal of the American Academy of Child & Adolescent Psychiatry, 44*, 557-564.

Bove, F.J., & Knowles, R.B. (2000). Public Health Assessment. Brick Township Autism Investigation. CDC: Agency for Toxic Substances and Disease Registry Division of Health Assessment and Consultation. Retrieved from http://www.atsdr.cdc.gov/HAC/pha/brick/bti_toc.html

Boyle, C., Decouflé, P., & Yeargin-Allsopp, M. (1994). Prevalence and health impact of developmental disabilities in U.S. children. *Pediatrics, 93*, 399-403.

Bradley, R., Caldwell, B.M., Rock, L., Ramey, C.T., Barnard, K.E., Gray, C. et al. (1989). Home environment and cognitive development in the first 3 years of life: A collaborative study involving six sites and three ethnic groups in North America. *Developmental Psychology, 25*, 217-235.

Brandon, M., Baldi, P., & Wallace, D.C. (2006). Mitochondrial mutations in cancer. *Oncogene, 25*, 4647-4662.

Braun-Fahrländer, C., Riedler, J., Herz, U., Eder, W., Waser, M., Grize, L., et al. (2002). Environmental exposure to endotoxin and its relation to asthma in school-age children. *New England Journal of Medicine, 347,* 869-877.

Braun-Fahrländer, C., Vuille, J.C., Sennhauser, F.H., Neu, U., Künzle, T., Grize, L., et al. (1997). Respiratory health and long-term exposure to air pollutants in Swiss schoolchildren. *American Journal of Respiratory and Critical Care Medicine, 155,* 1042-1049.

Breiman, L., & Friedman, J. (1984). Tools for large data set analysis. In E.J. Wegman & J. Smith (Eds.), *Statistical Signal Processing* (pp.191-197). New York: Marcel Dekker Inc.

Breslow, N.E., & Clayton, D.G. (1993). Approximate inference in generalized linear mixed models, *Journal of the American Statistical Association, 1,* 9-25.

Breysse, P., Farr N., Galke, W., Lanphear, B., Morley, R., & Bergofsky, L. (2004). The relationship between housing and health: Children at risk. *Environmental Health Perspectives, 112,* 1583-1588.

Brick, J.M. & Kalton, G. (1996), Handling missing data in survey research. *Statistical Methods in Medical Research, 1,* 215-238.

Brick, J.M., Kalton, G., & Kim, J. (2004). Variance estimation with Hot Deck imputation using a model. *Survey Methodology, 1,* 57-66.

Briggs-Gowan, M., Carter, A., Irwin, J., Wachtel, K., & Cicchetti, D.V. (2004). The brief infant-toddler social and emotional assessment: Screening for social-emotional problems and delays in competence. *Journal of Pediatric Psychology, 29,* 143-155.

Briggs-Gowan, M., Carter, A., Skuban, E., & Horwitz, S. (2001). Prevalence of Social-Emotional and Behavioral Problems in a Community Sample of 1- and 2-Year-Old Children. *Journal of the American Academy of Child and Adolescent Psychiatry, 40,* 811-819.

Brody, G., Kim, S., Murry, V.M., & Brown, A. (2004). Protective longitudinal paths linking child competence to behavioral problems among African American siblings. *Child Development, 75,* 455-467.

Brownson, R.C., Chang, J.J., Eyler, A.A., Ainsworth, B.E., Kirtland, K.A., Saelens, B.E., et al. (2004). Measuring the environment for friendliness toward physical activity: A comparison of the reliability of 3 questionnaires. *American Journal of Public Health, 94*(3), 473-483.

Brulle, R.J., & Pellow, D.N. (2006). Environmental justice: Human health and environmental inequalities. *Annual Review of Public Health, 27,* 103-124.

Brunner, H.I., Taylor, J., Britto, M.T., Corcoran, M.S., Kramer, S.L., Melson, P.G., et al. (2006). Differences in disease outcomes between Medicaid and privately insured children: Possible health disparities in juvenile rheumatoid arthritis. *Arthritis & Rheumatism, 55,* 378-384.

Bryk, A.S., & S.W. Raudenbush. (1992). *Hierarchical linear model: Application and data analysis methods*. Newbury Park, CA: Sage.

Budtz-Jorgensen, E., Keiding, N., Grandjean, P., Weihe, P., & White, R.F. (2003). Consequences of exposure measurement error for confounder identification in environmental epidemiology. *Statistics in Medicine, 22*, 3089-3100.

Bukowski, R., Smith, G.C., Malone, F.D., Ball, R.H., Nyberg, D.A., Comstock, C.H., et al. (2007). Fetal growth in early pregnancy and risk of delivering low birth weight infant: prospective cohort study. *British Medical Journal, 334*, 836.

Bullard, R.D. (1983). Solid waste sites and the black Houston community. *Sociological Inquiry, 53*, 273-288.

Bullard, R.D. (1990). Ecological inequities and the new South: Black communities under siege. *Journal of Ethnic Studies, 17*, 101-115.

Bullard, R.D., & Wright, B.H. (1993). Environmental justice for all: Community perspectives on health and research needs. *Toxicology and Industrial Health, 9*, 821-841.

Burri, P.H. (1997). Postnatal development and growth. In R.G. Crystal, J.B. West, E.R. Weibel, & P.J. Barnes, (Eds.), *The Lung: Scientific Foundations* (Vol. 1, pp. 1013-1026). Philadelphia: Lippincott-Raven Publishers.

Busse, W., & Lemanske, R. (2001). Asthma. *New England Journal of Medicine, 344*, 350-362.

Cain, V.S., & Kington, R.S. (2003). Investigating the role of racial/ethnic bias on health outcomes. *American Journal of Public Health, 93*, 191-192.

Callinan, P.A., & Feinberg, A.P. (2006). The emerging science of epigenomics. *Human Molecular Genetics, 15*(Special 1), R95-R101.

Cannon, M., Jones, P., Susser, E., van Os, J., & Murray, R. (Eds.). (2002). *The Epidemiology of Schizophrenia*. Cambridge, England: Cambridge University Press.

Cantu, R.C. (1998). Second-impact syndrome. *Clinics in Sports Medicine, 17*, 37-44.

Carbone, P., Giordano, F., Nori, F., Mantovani, A., Taruscio, D., Lauria, L., et al. (2007). The possible role of endocrine disrupting chemicals in the aetiology of cryptorchidism and hypospadias: A population-based case-control study in rural Sicily. *International Journal of Andrology, 30*(1), 3-13.

Cardon, L.R., & Palmer, L.J. (2003). Population stratification and spurious allelic association. *Lancet, 361*, 598-604

Carrizales, L., Razo, I., Tellez-Hernandez, J.I., Torres-Nerio, R., Torres, A., Batres, L.E., et al. (2006). Exposure to arsenic and lead of children living near a copper-smelter in San Luis Potosi, Mexico. Importance of soil contamination for exposure of children. *Environmental Research, 101*, 1-10.

Carroll, R., & Stefanski, L. (1990). Approximate quasi-likelihood estimation in models with surrogate predictors. *Journal of the American Statistical Association, 85*, 652-663.

Carroll, R.J., Knickerbocker, R.K., & Wang, C.Y. (1995). Dimension reduction in semiparametric measurement error models. *Annals of Statistics, 23*, 161-181.

Case, A., & Paxson, C. (2006). Children's health and social mobility. *The Future of Children, 6*, 151-173.

Caspi, A., McClay, J., Moffitt, T.E., Mill, J., Martin, J., Craig, I.W., et al. (2002). Role of genotype in the cycle of violence in maltreated children. *Science, 297*(5582), 851-854.

Castro-Rodriguez, J.A., Holberg, C.J., Wright, A.L., & Martinez, F. (2000). A clinical index to define risk of asthma in young children with recurrent wheezing. *American Journal of Respiratory and Critical Care Medicine, 162,* 1403-1406.

Caughy, M.O., DiPietro, J.A., & Strobino, D.M. (1994). Day-care participation as a protective factor in the cognitive development of low-income children. *Child Development, 65*(2, Special), 457-471.

Ceccatelli, R., Faass, O., Schlumpf, M., & Lichtensteiger, W. (2006). Gene expression and estrogen sensitivity in rat uterus after developmental exposure to the polybrominated diphenylether PBDE 99 and PCB. *Toxicology, 220*(2-3), 104-116.

Centers for Disease Control and Prevention [CDC], National Center for Health Statistics. (2003). *Health, United States, 2003*. Retrieved May 10, 2007 from http://www.cdc.gov/nchs/data/hus/hus03.pdf

Centers for Disease Control and Prevention [CDC], National Center for Health Statistics (2007). National Health and Nutrition Examination Survey Data. Hyattsville, MD: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. Retrieved from http://www.cdc.gov/nchs/nhanes.htm.

Centers for Disease Control and Prevention [CDC], National Center for Injury Prevention and Control (2007). Web-based Injury Statistics Query and Reporting System (WISQARS) [online]. Retrieved from http://www.cdc.gov/ncipc/wisqars.

Centers for Disease Control and Prevention [CDC]. (1998). Trends in Infant Mortality Attributable to Birth Defects—United States, 1980-1995. *Morbidity & Mortality Weekly Report, 47*(37), 773-778. Retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml /00054921.htm.

Centers for Disease Control and Prevention [CDC]. (2003). Second National Report on Human Exposure to Environmental Chemicals. Atlanta, GA: Centers for Disease Control and Prevention; National Center for Environmental Health; Division of Laboratory Sciences. Retrieved from http://www.cdc.gov/exposurereport

Centers for Disease Control and Prevention [CDC]. (2005). Third national report on human exposure to environmental chemicals. Retrieved August 19, 2005, from http://www.cdc.gov/exposurereport/

Cesario, S.K., & Hughes, L.A. (2007). Precocious puberty: a comprehensive review of literature. *Journal of Obstetric, Gynecological, and Neonatal Nursing, 36,* 263-274.

Chabrol, B., Decarie, J.C., & Fortin, G. (1999). The role of cranial MRI in identifying patients suffering from child abuse and presenting with unexplained neurological findings. *Child Abuse & Neglect, 23*, 217-228.

Chai, V., Vassilakos, A., Lee, Y., Wright, J.A., & Young, A.H. (2005). Optimization of the PAXgene blood RNA extraction system for gene expression analysis of clinical samples. *Journal of Clinical Laboratory Analysis, 19*, 182-188.

Chambers, R.L., & Skinner, C.J. (2003). *Analysis of Survey Data*. Chichester, UK: Wiley.

Champoux, M., Bennett, A., Shannon, C., Higley, J.D., Lesch, K.P., & Suomi, S.J. (2002). Serotonin transporter gene polymorphism, differential early rearing, and behavior in rhesus monkey neonates. *Molecular Psychiatry, 7*, 1058-1063.

Chan, C.B., Ryan, D.A.J., & Tudor-Locke, C. (2006). Relationship between objective measures of physical activity and weather: A longitudinal study. *International Journal of Behavioral Nutrition & Physical Activity, 3*, 21.

Chang, H.S., Anway, M.D., Rekow, S.S., & Skinner, M.K. (2006). Transgenerational epigenetic imprinting of the male germline by endocrine disruptor exposure during gonadal sex determination. *Endocrinology, 147*(12), 5524-5541.

Chase-Lansdale, P.L., Cherlin, A.J., & Kiernan, K.E. (1995). The long-term effects of parental divorce on the mental health of young adults: A developmental perspective. *Child Development, 66*, 1614-34.

Chatterjee, N., Kalaylioglu, Z., Moslehi, R., Peters, U., & Wacholder, S. (2006). Powerful multilocus tests of genetic association in the presence of gene-gene and gene-environment interactions. *American Journal of Human Genetics, 79*, 1002-1016.

Chauhan, A., & Chauhan, V. (2006). Oxidative stress in autism. *Pathophysiology, 13*, 171-181.

Chen, E., Fisher, E.B., Bacharier, L.B., & Strunk, R,C. (2003). Socioeconomic status, stress, and immune markers in adolescents with asthma. *Psychosomatic Medicine, 65*, 984-992.

Chen, E., Martin, A.D., & Matthews, K.A. (2006). Understanding health disparities: The role of race and socioeconomic status in children's health. *American Journal of Public Health, 96*, 702-708.

Chen, K. & Li, H. (2005). Semiparametric estimation of the haplotype effects based on case-cohort and nested case-control studies. In preparation.

Cherlin, A.J., Chase-Lansdale, P.L., & McRae, C. (1998). Effects of parental divorce on mental health through the life course. *American Sociological Review, 63*, 239-249.

Cicchetti, D., & Rogosch, F. (1996). Equifinality and multifinality in developmental psychopathology. *Development and Psychopathology, 8*, 597-600.

Cicchetti, D., Rogosch, F., & Toth, S. (2000). The efficacy of toddler-parent psychotherapy for fostering cognitive development in offspring of depressed mothers. *Journal of Abnormal Child Psychology, 28*, 135-148.

Cochran, W. (1977). *Sampling Techniques* (3rd ed.). New York: Wiley.

Coleman, J. (1988). Social Capital in the creation of human capital. *American Journal of Sociology, 94*, S95-S120.

Committee on Injury and Poison Prevention (1996). Efforts to Reduce the Toll of Injuries in Childhood Require Expanded Research. *Pediatrics, 97*, 765-768.

Cook, R.D., & Weisberg, S. (1982). *Residuals and influence in regression*. New York: Chapman and Hall.

Cook, S., Weitzman, M., Auinger, P., Nguyen, M., & Dietz, W.H. (2003). Prevalence of a metabolic syndrome phenotype in adolescents. *Archives of Pediatric Adolescent Medicine, 157*(8), 821-827.

Cooper D.M., Nemet, D., & Galassetti, P. (2004). Exercise, stress, and inflammation in the growing child: From the bench to the playground. *Current Opinions in Pediatrics, 16*, 286-292.

Cooper, R.L., Goldman, J.G., & Tyrey, L. (1998). The hypothalamus and pituitary as targets for reproductive toxicants. In K. Korach (Ed.), *Reproductive and Developmental Toxicology*, (pp. 195-210). New York: Marcel Dekker, Inc.

Copas, J.B., & Li, H.G., (1997). Inference for non-random samples. *Journal of the Royal Statistical Society. Series B (Methodological), 59,* 55-95.

Correa, A., Cragan, J.D., Kucik, M.E., Alverson, C.J., Gilboa, S.M., et al. (2007). Metropolitan Atlanta congenital defects program 40th anniversary edition surveillance report. *Birth Defects Research Part A, 79,* 72-83.

Coulton, C., Korbin, J., & Su, M. (1996). Measuring neighborhood context for young children in an urban area. *American Journal of Community Psychology, 24*, 5-32.

Council on Children With Disabilities, Section on Developmental Behavioral Pediatrics, Bright Futures Steering Committee and Medical Home Initiatives for Children With Special Needs Project Advisory Committee. (2006). Identifying Infants and Young Children With Developmental Disorders in the Medical Home: An Algorithm for Developmental Surveillance and Screening. *Pediatrics, 118*, 405-420.

Craig, C.L., Marshall, A.L., Sjostrom, M., Bauman, A.E., Booth, M.L., Ainsworth, B.E., et al. (2003). International physical activity questionnaire: 12-country reliability and validity. *Medicine and Science in Sports and Exercise, 35*, 1381-1395.

Crain, E.F. (2000). Environmental Threats to Children's Health: A Challenge for Pediatrics: 2000 Ambulatory Pediatric Association (APA) Presidential Address. *Pediatrics, 106*(4, Suppl.), 871-875.

Cummings, E.M., & Davies, P.T. (1994). *Children and marital conflict: The impact of family dispute and resolution*. New York: Guilford.

Cummings, F.P., Rivara, F., Thompson, R., & Reid, R. (2005). Ability of parents to recall the injuries of their young children. *Injury Prevention, 11,* 43-47.

Currie, C., Roberts, C., Morgan, A., Smith, R., Settertobulte, W., Samdal, O., et al. (Eds.). (2004). Young people's health in context: International report from the HBSC 2001/02 survey. *WHO Policy Series: Health policy for children and adolescents, 4.*

Curtis, W.J., & Cicchetti, D. (2003). Moving research on resilience into the 21st century: Theoretical and methodological considerations in examining the biological contributors to resilience. *Development & Psychopathology, 15*, 773-810.

Cutrona, C., & Troutman, B. (1986). Social support, infant temperament, and parenting self-efficacy: A mediational model of postpartum depression. *Child Development, 57,* 1507-1518.

D'Agostino, R. (1998). Tutorial in biostatistics propensity score methods for bias reduction in the comparison of a treatment to a non-randomized control group. *Statistics in Medicine, 17*, 2265-2281.

Dabelea, D., & Pettitt, D.J. (2001). Intrauterine diabetic environment confers risks for type 2 diabetes mellitus and obesity in the offspring, in addition to genetic susceptibility. *Journal of Pediatric Endocrinology and Metabolism, 14*(8), 1085-1091.

Daniels, J., Longnecker, M., Klebanoff, M., Gray, K., Brock, J., Zhou, H., et al. (2003). Prenatal exposure to low-level polychlorinated biphenyls in relation to mental and motor development at 8 months. *American Journal of Epidemiology, 157*, 495-492.

Daniels, J.L., Olshan, A.F., Teschke, K., Hertz-Picciotto, I., Savitz, D.A., Blatt, J., et al. (2001). Residential pesticide exposure and neuroblastoma. *Epidemiology, 12*, 20-27.

David, R.J. (1980). The quality and completeness of birthweight and gestational age data in computerized birth files. *American Journal of Public Health, 70*, 964-973.

Davidson, P.W., Myers, G.J., Shamlaye, C., Cox, C., & Wilding, G.E. (2004). Prenatal exposure to methyl mercury and child development: influence of social factors. *Neurotoxicology and Teratology, 26*, 553-559.

Davison, K.K., & Lawson, C.T. (2006). Do attributes in the physical environment influence children's physical activity? A review of the literature. *International Journal of Behavioral Nutrition & Physical Activity, 3*, 19.

Debey, S., Schoenbeck, U., Hellmich, M., Gathof, B.S., Pillai, R., Zander, T., et al. (2004). Comparison of different isolation techniques prior gene expression profiling of blood derived cells: impact on physiological responses, on overall expression and the role of different cell types. *Pharmacogenomics Journal, 4*, 193-207.

Debray, F.G., Lambert, M., Chevalier, I., Robitaille, Y., Decarie, J.-C., Shoubridge, E.A., Robinson, B.H., & Mitchell, G.A. (2007). Long-term outcome and clinical spectrum of 73 pediatric patients with mitochondrial diseases. *Pediatrics, 119*, 722-733.

Den Hond, E. & Schoeters, G. (2006). Endocrine disrupters and human puberty. *International Journal of Andrology, 20*(1), 264-271.

Den Hond, E., Roels, H.A., Hoppenbrouwers, K., Nawrot, T., Thijs, L., Vandermeulen, C., et al. (2002). Sexual maturation in relation to polychlorinated aromatic hydrocarbons: Sharpe and Skakkebaek's hypothesis revisited. *Environmental Health Perspectives, 110*(8), 771-776.

Devereux, G., Turner, S.W., Craig, L.C.A., McNeill, G., Martindale, S., Harbour, P.J., et al. (2006). Low maternal vitamin E intake during pregnancy is associated with asthma in 5-year-old children. *American Journal of Respiratory & Critical Care Medicine, 174*(5), 499-507.

Devesa, S.S., Blot, W.J., Stone, B.J., Miller, B.A., Tarone, R.E., & Fraumeni, J.F. (1995). Recent cancer trends in the US. *Journal of the Naional Cancer Institute, 87*, 175-182.

Diaz-Sanchez, D., Garcia, M.P., Wang, M., Jyrala, M., & Saxon, A. (1999). Nasal challenge with diesel exhaust particles can induce sensitization to a neoallergen in the human mucosa. *Journal of Allergy & Clinical Immunology, 104*(6), 1183-1188.

Diaz-Sanchez, D., Rumold, R., & Gong, H., Jr. (2006). Challenge with environmental tobacco smoke exacerbates allergic airway disease in human beings. *Journal of Allergy and Clinical Immunology, 118*, 441-446.

Diggle, P.J., Heagerty, P., Liang, K.Y., & Zeger, S.L. (2002). *Analysis of longitudinal data.* New York: Oxford University Press.

Diggle, P.J., Liang, K.Y., & Zeger, S.L. (1994). *Analysis of longitudinal data.* New York: Oxford University Press.

Dimmick, J.E., & Kalousek, D.K. (Eds.) (1992). *Developmental pathology of the embryo and fetus.* Philadelphia: J.B. Lippincott.

Donnelly, J.G. (2001). Folic acid. *Critical Reviews in Clinical Laboratory Sciences, 38*, 183-223.

Dötsch, J., Dittrich, U., Rascher, W., & Kiess, W. (1997). Macht Fernsehen beziehung zwischen adipositas bei kindern und jugendlichen und konsum alter und neuer. *Medien. der kinderarzt, 28*, 1351-1356.

Douwes, J., van Strien, R., Doekes, G., Smit, J., Kerkhof, M., Gerritsen, J., et al. (2006). Does early indoor microbial exposure reduce the risk of asthma? The Prevention and Incidence of Asthma and Mite Allergy birth cohort study. *Journal of Allergy and Clinical Immunology, 117*(5), 1067-1073.

Duff, G.W. (2006). Evidence for genetic variation as a factor in maintaining health. *American Journal of Clinical Nutrition, 83*, 431S-435S.

Duncan, B.B., & Ines Schmidt, M. (2006). The epidemiology of low-grade chronic systemic inflammation and type 2 diabetes. *Diabetes Technology and Therapeutics, 8*, 7-17.

Effros, R.M., & Nagaraj, H. (2007). Asthma: New developments concerning immune mechanisms, diagnosis and treatment. *Current Opinion in Pulmonary Medicine, 13*, 37-43.

Egger, H.L., & Angold, A. (2004). The preschool age psychiatric assessment (PAPA): A structured parent interview for diagnosing psychiatric disorders in preschool children. In R. Del Carmen Wiggins & A. Carter (Eds.), *Handbook of infant, toddler, and preschool mental health assessment* (pp. 223-243). New York: Oxford University Press.

Elenkov, I.J. (2004). Glucocorticoids and the Th1/Th2 balance. *Annals of the New York Academy of Sciences, 1024*, 138-146.

Environmental Protection Agency [EPA]. (1998). *Environmental Health Threats to Children* [EPA Publication No. 175-F-96-001]. Washington, DC: Author.

Environmental Protection Agency [EPA]. (1998a). *Chemicals-in-commerce information system.* Chemical Update System Database.

Environmental Protection Agency [EPA]. (1998b). *Chemical hazard data availability study: what do we really know about the safety of high production volume chemicals?* Washington, DC: Environmental Protection Agency, Office of Pollution Prevention and Toxic Substances.

Environmental Protection Agency [EPA]. (2001). *Office of Pesticide Programs: Principles for performing aggregate exposure and risk assessments.* Washington, D.C.: Author.

Environmental Protection Agency [EPA]. (2003). *Framework for Cumulative Risk Assessment.* Washington, D.C.: Author.

Ericson, W.A. (1969). Subjective bayesian models in sampling finite populations. *Journal of the Royal Statistical Society. Series B (Methodological), 31*, 195-233.

Eriksson, P., Fischer, C., & Fredriksson, A. (2006). Polybrominated diphenyl ethers, a group of brominated flame retardants, can interact with polychlorinated biphenyls in enhancing developmental neurobehavioral defects. *Toxicological Science, 94*(2), 302-309.

Eskenazi, B., Bradman, A., & Castorina, R. (1999). Exposures of children to organophosphate pesticides and their potential adverse health effects. *Environmental Health Perspectives, 107*(Suppl. 3), 409-419.

Eskenazi, B., Warner, M., Bonsignore, L., Olive, D., Samuels, S., & Vercellini, P. (2001). Validation study of nonsurgical diagnosis of endometriosis. *Fertility and Sterility, 76*, 929-935.

Esposito, K., Nappo, F., Marfella, R., Giugliano, G., Giugliano, F., Ciotola, M., et al. (2002). Inflammatory cytokine concentrations are acutely increased by hyperglycemia in humans: Role of oxidative stress. *Circulation, 106*, 2067-2072.

Evenson, K.R., Birnbaum, A.S., Bedimo-Rung, A.L., Sallis, J.F., Voorhees, C.C., Ring, K., and Elder, J.P. (2006). Girls' perception of physical environmental factors and transportation: reliability and association with physical activity and active transport to school. *International Journal of Behavioral Nutrition and Physical Activity, 3*, 28.

Ewing, R., Brownson, R.C., & Berrigan, D. (2006). Relationship between urban sprawl and weight of United States youth. *American Journal of Preventive Medicine, 31*, 464-474.

Ewing, R., Schmid, T., Killingsworth, R., Zlot, A., & Raudenbush, S. (2003). Relationship between urban sprawl and physical activity, obesity, and morbidity. *American Journal of Health Promotion, 18*, 47-57.

Exec. Order No. 13045, 62 C.F.R., 19885, (1997), reprinted as amended in 13229, 66 C.F.R. 51812, (2001).

Fagot-Campagna, A., Saaddine, J., Flegal, K., & Beckles, G. (2001). Diabetes, impaired fasting glucose, and elevated HbA1c in U.S. adolescents: The Third National Health and Nutrition Examination Survey. *Diabetes Care, 24*, 834-837.

Farrell, T., Neale, L., & Cundy, T. (2002). Congenital anomalies in the offspring of women with type 1, type 2 and gestational diabetes. *Diabetic Medicine, 19*(4), 322-326.

Fenson, L., Pethick, S., Renda, C., Cox, J.L., Dale, P.S., & Reznick, J.S. (2000). Short-form versions of the MacArthur Communicative Development Inventories. *Applied Psycholinguistics, 21,* 95-115.

Fenton, S.E., Hamm, J.T., Birnbaum, L.S., & Youngblood, G.L. (2002). Persistent abnormalities in the rat mammary gland following gestational and lactational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD). *Toxicological Science, 67*(1), 63-74.

Fernando, R.L., Nettleton, D., Southey, B.R., Dekkers, J.C., Rothschild, M.F., & Soller, M. (2004). Controlling the proportion of false positives in multiple dependent tests. *Genetics, 166,* 611-619.

Field, T. (1995). Infants of depressed mothers. *Infant Behavior & Development, 18*, 1-13.

Finkelstein, E.A., Corso, P.S., & Miller, T.R. (2006). *Incidence and Economic Burden of Injuries in the United States*. New York: Oxford University Press.

Finkelstein, J.N., & Johnston, C.J. (2004). Enhanced sensitivity of the postnatal lung to environmental insults and oxidant stress. *Pediatrics, 113*(4, Suppl.), 1092-1096.

Fisher, J.S. (2004). Environmental anti-androgens and male reproductive health: focus on phthalates and testicular dysgenesis syndrome. *Reproduction, 127*, 305-315.

Fiske, D. (1987). Construct invalidity comes from method effects. *Educational and Psychological Measurement, 47*, 258-307.

Fitzmaurice, G.M., Laird, N.M., & Ware, J.H. (2004). *Applied longitudinal analysis*. New York: Wiley.

Flato, S., Hemminki, K., Thunberg, E., & Georgellis, A. (1996). DNA adduct formation in the human nasal mucosa as a biomarker of exposure to environmental mutagens and carcinogens. *Environmental Health Perspectives, 104*(Suppl. 3), 471-473.

Flegal, K.M., & Troiano, R.P. (2000). Changes in the distribution of body mass index of adults and children in the U.S.population. *International Journal of Obesity, 24,* 807-818.

Fliss, M.S., Usadel, H., Caballero, O.L., Wu, L., Buta, M.R., Eleff, S.M., et al. (2000). Facile detection of mitochondrial DNA mutations in tumors and bodily fluids. *Science, 287,* 2017-2019.

Foley, D.L., Eaves, L.J., Wormley, B., Sliberg, J.L., Maes, H.H., Kuhn, J., et al. (2004). Childhood adversity, monoamine oxidase A genotype, and risk for conduct disorder. *Archives of General Psychiatry, 61*, 738-744.

Frank, L., & Pio, G. (1995). Impacts of mixed use and density on utilization of three modes of travel: Single-occupant vehicle, transit, and walking. *Transportation Research Record, 1466*, 44-52.

Frank, L., Andressen, M., & Schmid, T. (2004). Obesity relationships with community design, physical activity, and time spent in cars. *American Journal of Preventive Medicine*, *27*, 87-96.

Frank, L., Engelke, P., & Schmid, T. (2003). *Health and community design: The impact of the built environment on physical activity.* Washington, DC: Island Press.

Freedman, D.S., Khan, L.K., Dietz, W.H., Srinivasan, S.R., & Berenson, G.S. (2001). Relationship of childhood obesity to coronary heart disease risk factors in adulthood: The Bogalusa Heart Study. *Pediatrics, 108*(3), 712-718.

Freedman, D.S., Serdula, M.K., Srinivasan, S.R., & Berenson, G.S. (1999). Relation of circumferences and skinfold thicknesses to lipid and insulin concentrations in children and adolescents: The Bogalusa Heart Study. *American Journal of Clinical Nutrition, 69*, 308-317.

Friedlander, S.L., Jackson, D.J., Gangnon, R.E., Evans, M.D., Li, Z., Roberg, K.A., et al. (2005). Viral infections, cytokine dysregulation and the origins of childhood asthma and allergic diseases. *Pediatric Infectious Disease Journal, 24*(11, Suppl.), S170-S176, discussion S174-S175.

Friedman, J.H. & Popescu, B.E. (2004). *Gradient directed regularization for linear regression and classification.* Stanford University, Department of Statistics. Technical report.

Friedman, J.H. (1991). Multivariate adaptive regression splines (with discussion). *Annals of Statistics. 19,* 1-141.

Friedman, M.S., Powell, K.E., Hutwagner, L., Graham, L.M., & Teague, W.G. (2001). Impact of changes in transportation and Commuting behaviors during the 1996 Summer Olympic Games in Atlanta on Air Quality and Childhood Asthma. *Journal of the American Medical Association, 285,* 897-905.

Frost, G., & Dornhorst, A. (2005). Glycemic Index. In B. Caballero, L. Allen, & A. Prentice (Eds.), *Encyclopedia of nutrition.* Amsterdam: Academic Press.

Frumkin, H. (2002). Urban sprawl and public health. *Public Health Reports, 117,* 201-217.

Fuku, N., Park, K.S., Yamada, Y., Nishigaki, Y., Cho, Y.M., Matsuo, H., et al. (2007). Mitochondrial haplogroup N9a confers resistance against type 2 diabetes in Asians. *American Journal of Human Genetics, 80,* 407-415.

Fuller-Thomson, E., Hulchanski, J.D., & Hwang S. (2000). The housing/health relationship: What do we know? *Reviews of Environmental Health, 1*(1-2), 109-133.

Galvez, M.P., Frieden, T.R., & Landrigan, P.J. (2003). Obesity in the 21st century. *Environmental Health Perspectives, 111,* A684-685.

Garcia Vargas, G.G., Rubio Andrade, M., Del Razo, L.M., Borja Aburto, V., Vera Aguilar, E., & Cebrain, M.E. (2001). Lead exposure in children living in a smelter community in region Lagunera, Mexico. *Journal of Toxicology and Environmental Health Part A, 62*, 417-429.

Garcia-Closas, M., & Lubin, J.H. (1999). Power and sample size calculations in case-control studies of gene-environment interactions: Comments on different approaches. *American Journal of Epidemiology, 149*, 689-92.

Garcia-Garcia, M.L., Calvo, C., Casa, I., Bracamonte, T., Rellan, A. Gozalo, F., et al. (2007). Human metapneumovirus bronchiolitis in infancy is an important risk factor for asthma at age 5. *Pediatric Pumonology, 42,* 458-464.

Gartstein, M., & Rothbart, M. (2003). Studying infant temperament via the Revised Infant Behavior Questionnaire. *Infant Behavior and Development, 256*, 64-86.

Gauderman, W.J., Avol, E., Gilliland, F., Vora, H., Thomas, D., Berhane, K., et al. (2004). The effect of air pollution on lung development from 10 to 18 years of age. *New England Journal of Medicine, 351*(11), 1057-1067.

Gelfand, A.E., & Smith, A.F.M. (1990). Sampling-based approaches to calculating marginal densities. *Journal of the American Statistical Association, 85*, 398-409.

Gennaro, S. & Hennessy, M.D. (2003). Psychological and physiological stress: Impact on preterm birth. *Journal of Obstetric, Gynecologic, & Neonatal Nursing, 32*, 668-675.

George, E.I., & McCulloch, R.E. (1993). Variable selection in linear regression. *Journal of the American Statistical Association, 83,* 1023-1036.

Gergen, P.J., Mortimer, K.M., Eggleston, P.A, Rosenstreich, D., Mitchell, H., Ownby, D., et al. (1999). Results of the National Cooperative Inner-City Asthma Study (NCICAS) environmental intervention to reduce cockroach allergen exposure in inner-city homes. *Journal of Allergy and Clinical Immunology, 103,* 501-506.

Geys, H., Molenberghs, G., & Ryan. L. (1999). Pseudolikelihood Modeling of Multivariate Outcomes in Developmental Toxicology. *Journal of the American Statistical Association, 94,* 734-745.

Gibbs, J.R., & Singleton, A. (2006). Application of genome-wide single nucleotide polymorphism typing: simple association and beyond. *PLoS Genetics, 2*, e150.

Gillberg, C., & Wing L. (1999). Autism: Not an extremely rare disorder. *Acta Psychiatrica Scandinavica, 99*, 399-406.

Gillman, M.W., Rifas-Shiman, S.L., Camargo, C.A., Jr., Berkey, C.S., Frazier, A.L., Rockett, H.R., et al. (2001). Risk of overweight among adolescents who were breastfed as infants. *Journal of the American Medical Association, 285*(19), 2461-2467.

Gilman, M. (Ongoing). Project VIVA. Boston: Harvard School of Public Health. Retrieved from http://www.hsph.harvard.edu/merg/t32/faculty/viva.htm

Gilmore, J.H., Jarskog, L.F., Vadlamudi, S., & Lauder, J.M. (2004). Prenatal infection and risk of schizophrenia: IL-beta, IL-6, TNF-alpha inhibit cortical neuron dendrite development. *Neuropsychopharmacology*, *29*, 1221-1229.

Goepfert, A.R., Jeffcoat, M.K., Andrews, W.W., Faye-Petersen, O., Cliver, S.P., Goldenberg, R.L., et al. (2004). Periodontal disease and upper genital tract inflammation in early spontaneous preterm birth. *Obstetrics and Gynecology, 104*, 777-783.

Gold, D.R. (2000). Environmental tobacco smoke, indoor allergens, and childhood asthma. *Environmental Health Perspectives, 108*, 643-651.

Golding, J. (2004). The Avon Longitudinal Study of Parents and Children (ALSPAC)-study design and collaborative opportunities. *European Journal of Endocrinology, 151*, U119-U123.

Goldstein, H. (1995). *Multilevel statistical models*. London: Edward Arnold.

Gonzalez-Cossio, T., Peterson, K.E., Sanin, L.H., Fishbein, E., Palazuelos, E., Aro, A., et al. (1997). Decrease in birth weight in relation to maternal bone-lead burden. *Pediatrics, 100*, 856-862.

Goodman, R. (1997). The strengths and difficulties questionnaire: A research note. *Journal of Child Psychology and Psychiatry, 5*, 581-586.

Gordon, D., Finch, S.J., Nothnagel, M., & Ott J. (2002). Power and sample size calculations for case-control genetic association tests when errors are present: Applications to single nucleotide polymorphisms. *Human Heredity, 54*, 22-33.

Graf, W.D., Marin-Garcia, J., Gao, H.G., Pizzo, S., Naviaux, R.K., Markusic, D., et al. (2000). Autism associated with the mitochondrial DNA G8363A transfer RNA(Lys) mutation. *Journal of Child Neurology, 15*, 357-361.

Gray, L.E., Jr., Ostby, J., Cooper, R.L., & Kelce, W.R. (1999). The estrogenic and antiandrogenic pesticide methoxychlor alters the reproductive tract and behavior without affecting pituitary size or LH and prolactin secretion in male rats. *Toxicology and Industrial Health, 15*(1-2), 37-47.

Gropman, A.L. (2004). The neurological presentations of childhood and adult mitochondrial disease: established syndromes and phenotypic variations. *Mitochondrion, 4*, 503-520.

Gropman, A., Chen, T.J., Perng, C.L., Krasnewich, D., Chernoff, E., Tifft, C., et al. (2004). Variable clinical manifestation of homoplasmic G14459A mitochondrial DNA mutation. *American Journal of Medical Genetics A, 124*, 377-382.

Grosse, S.D., Matte, T.D., Schwartz, J., & Jackson, R.J. (2002). Economic gains resulting from the reduction in children's exposure to lead in the United States [Electronic version]. *Environmental Health Perspectives, 110*, 563-569.

Guerin, A., Nisenbaum, R., & Ray J.G. (2007). Use of Maternal Glycosylated Hemoglobin Concentration to Estimate the Risk of Congenital Anomalies in the Offspring of Women with Pre-Pregnancy Diabetes Mellitus. *Diabetes Care,* electronic publication ahead of print.

Gui, J. & Li, H. (2005). Threshold Gradient Descent Method for Censored Data Regression with Applications in Pharmacogenomics. *Pacific Symposium on Biocomputing, 10*, 272-283.

Gunnell, D., Whitley, E., Upton, M.N., McConnachie, A., Smith, G.D., & Watt, G.C. (2003). Associations of height, leg length, and lung function with cardiovascular risk factors in the Midspan Family Study. *Journal of Epidemiology and Community Health, 57*, 141-146.

Guo, X., Huilin, Q., Verfaillie, C.M., & Pan, W. (2003). Statistical significance analysis of longitudinal gene expression data. *Bioinformatics, 19,* 1628-1635.

Gutbrod, T., Wolke, D., Soehne, B., Ohrt, B., & Rigel, K. (2000). Effects of gestation and birth weight on the growth and development of very low birthweight small for gestational age infants: a matched group comparison. *Archives of Disease in Childhood Fetal and Neonatal Edition, 82*, F208-F214.

Haddon, W. (1964). *Accident research: Methods and approaches*. New York: Harper & Row.

Haddon, W. (1970). Why the issue is loss reduction rather than only crash prevention. *Maryland State Medical Journal, 19*, 55-60.

Hadlock, F.P., Shah, Y.P., Kanon, D.J., & Lindsay, J.V. (1992). Fetal crown-rump length: Reevaluation of relation to menstrual age (5-18 weeks) with high-resolution real-time US. *Radiology, 182*, 501-505.

Hafner, H., Maurer, K., Loffler, W., & Riecher-Rossler, A. (1993). The influence of age and sex on the onset and early course of schizophrenia. *British Journal of Psychiatry, 162*, 80-86.

Hagberg, H., & Mallard, C. (2005). Effect of inflammation on central nervous system development and vulnerability. *Current Opinion in Neurology, 18*, 117-123.

Haggerty, R. (1975). *Child health and the community*. New York: John Wiley & Sons.

Haji, S.A., Ulusoy, R.E., Patel, D.A., Srinivasan, S.R., Chen, W., Delafontaine, P., et al. (2006). Predictors of left ventricular dilatation in young adults (from the Bogalusa Heart Study). *American Journal of Cardiology, 98*, 1234-1237.

Hales, C.N., Barker, D.J.P., Clark, P.M.S., Cox, L.J., Fall, C., Osmond, C., et al. (1991). Fetal and infant growth and impaired glucose tolerance at age 64. *British Medical Journal, 303*, 1019-1022.

Handy, S. (1996). Understanding the link between urban form and nonwork travel behavior. *Journal of Planning Education and Research, 15*(3), 183-198.

Handy, S.L., Boarnet, M.G., Ewing, R., & Killinsworth, R.E. (2002). How the built environment affects phucial activity: Views from urban planning. *American Journal of Preventive Medicine, 23*(2, Suppl.), 64-73.

Hansen, M.H., Hurwitz, W.N., & Madow, W.G. (1953a). *Sample survey methods and theory. Volume 1: Methods and applications*. New York: Wiley.

Hansen, M.H., Hurwitz, W.N., & Madow, W.G. (1953b). *Sample survey methods and theory. Volume 2: Theory.* New York: Wiley.

Hanson, M., & Gluckman, P. (2005). Developmental processes and the induction of cardiovascular function: conceptual aspects. *The Journal of Physiology, 565*, 27-34.

Harel, Y., Overpeck, M.D., Jones, D.H., Scheidt, P.C., Bijur, P.E., Trumble, A.C., et al. (1994). The effects of recall on estimating annual nonfatal injury rates for children and adolescents. *American Journal of Public Health, 84*, 599-605.

Hartville, E.W., Hatch, M.C., & Zhang, J. (2005). Perceived life stress and bacterial vaginosis. *Journal of Women's Health, 14*, 626-633.

Harvard University, Channing Laboratory. (n.d.). Harvard Service Food Frequency Questionnaire. Retrieved June 10, 2007, from http://regepi.bwh.harvard.edu/health/KIDS/files/4.%20 Harvard%20Service%20Food%20Frequency%20Questionnaire/1.%20HSFFQ%20Introduction%2 0and%20Pricing/Introduction.pdf

Hawley, C.A., Ward, A., Magnay, A., & Long, J. (2002). Children's brain injury: A postal follow-up of 525 children from one health region in the UK. *Brain Injury, 16*, 969-85.

Hayes, R.B., Smith, C.O., Huang, W.Y., Read, Y., & Kopp, W.C. (2002). Whole blood cryopreservation in epidemiological studies. *Cancer Epidemiology Biomarkers & Prevention, 11*, 1496-1498.

Hedley, A.A., Ogden, C.L., Johnson, C.L., Carroll, M.D., Curtin, L.R., & Flegal, K.M. (2004). Prevalence of overweight and obesity among U.S. children, adolescents, and adults, 1999-2002. *Journal of the American Medical Association, 291*(23), 2847-2850.

Heidema, A.G., Boer, J.M., Nagelkerke, N., Mariman, E.C., van der A., D.L., & Feskens, E.J. (2006). The challenge for genetic epidemiologists: how to analyze large numbers of SNPs in relation to complex diseases. *BMC Genetics, 21*, 7-23.

Henrihsen, T.B., Wilcox, A.J., Hedegaard, M., & Jorgen Secher, N. (1995). Bias in studies of preterm and postterm delivery due to ultrasound assessment of gestational age. *Epidemiology, 6*, 533-537.

Herman-Giddens, M.E. (2006). Recent data on pubertal milestones in U.S. children: The secular trend toward earlier development. *International Journal of Andrology, 29*(1), 241-246; discussion 286-290.

Herman-Giddens, M.E., Slora, E.J., Wasserman, R.C., Bourdony, C.J., Bhapkar, M.V., Koch, G.G., et al. (1997). Secondary sexual characteristics and menses in young girls seen in office practice: A study from the PROS network. *Pediatrics, 99*(4), 505-512.

Herrera, C., Ochoa, H., Franco, G., Yanez, L., & Diaz-Barriga, F. (2006). Environmental pathways of exposure to DDT for children living in a malarious area of Chiapas, Mexico. *Environmental Research, 99*, 158-163.

Hinckley, A.F., Bachand, A.M., & Reif, J.S. (2005). Late pregnancy exposures to disinfection-byproducts related to birth outcomes. *Environmental Health Perspectives, 113*(12), 1808-1813.

Hobel, C.J. (2004). Stress and preterm birth. *Clinical Obstetrics & Gynecology, 47*, 856-80.

Hofferth, S.L., Brayfield, A., Deich, S., & Holcomb, P. (1991). *National Child Care Survey, 1990, Report 91-5*. Washington, DC: Urban Institute Press.

Hofferth, S.L., Shauman, K.A., Henke, R.R., & West, J. (1998). *Characteristics of children's early care and education programs: Data from the 1995 National Household Education Survey, Report No. 98-128*. Washington, DC: U.S. Department of Education, National Center for Education Statistics.

Hoffjan, S., Nicolae, D., & Ober, C. (2003). Association studies for asthma and atopic diseases: A comprehensive review of the literature. *Respiratory Research, 4*(4), 14.

Holder, Y., Peden, M., Krug, E., Lund, J., Gururaj, G., & Kobusingye, O., (Eds). (2001). *Injury surveillance guidelines*. Geneva: World Health Organization.

Holt, D., & Smith, T.M.F. (1979). Post Stratification. *Journal of the Royal Statistical Society. Series A (General), 142*, 33-46.

Holt, P.G., & Sly, P.D. (2002). Interactions between respiratory tract infections and atopy in the aetiology of asthma. *European Respiratory Journal, 19*, 538-545.

Holt, P.G., Macaubas, C., Stumbles, P.A., & Sly, P.D. (1999). The role of allergy in the development of asthma. *Nature, 402*(6760, Suppl.), B12-B17.

Hong, F., & Li, H. (2006). Functional hierarchical models for identifying genes with different time-course expression profiles. *Biometrics, 62*, 534-544.

Horning, M., & Lipkin, W.I. (2001). Infectious and immune factors in the pathogenesis of neurodevelopmental disorders: Epidemiology, hypotheses, and animal models. *Mental Retardation & Developmental Disabilities Research Reviews, 7,* 200-210.

Horowitz, C.R., Colson, K.A., Hebert, P.L. & Lancaster, K. (2004). Barriers to buying healthy foods for people with diabetes: evidence of environmental disparities. *American Journal of Public Health, 94,* 1549-1554.

Hosmer, D.W., & Lemeshow, S. (1989). *Applied logistic regression.* New York: Wiley.

Howdeshell, K.L., Hotchkiss, A.K., Thayer, K.A., Vandenbergh, J.G., & vom Saal, F.S. (1999). Exposure to bisphenol A advances puberty. *Nature, 401*(6755), 763-764.

Huang, J., Lin, A., Narasimhan, B., Quertermous, T., Hsiung, C.A., Ho, L.T., et al. (2004). Tree-structured supervised learning and the genetics of hypertension. *Proceeding of the National Academy of Sciences, 101,* 10529-10534.

Hubal, E.A.C., Sheldon, L.S., Burke, J.M., McCurdy, T.R., Berry, M.R., Rigas, M.L., et al. (2000). Children's exposure assessment: A review of factors influencing children's exposure, and the data available to characterize and assess that exposure. *Environmental Health Perspectives, 108*(6), 475-486.

Humpel, N., Owen, A., & Leslie, E. (2002). Environmental factors associated with adults' participation in physical activity: A review. *American Journal of Preventive Medicine, 22*(3), 188-199.

Hunsley, J., Best, M., Lefebvre, M., & Vito, D. (2001). The seven item short form of the dyadic adjustment scale: Further evidence for the construct validity. *The American Journal of Family Therapy, 29*(4), 325-335.

Huston Presley, L., Wong, W.W., Roman, N.M., Amini, S.B., & Catalano, P.M. (2000). Anthropometric estimation of maternal body composition in late gestation. *Obstetrics and Gynecology, 96*, 33-37.

Hwang, S.J., Beaty, T.H., Panny, S.R., Street, N.A., Joseph, J.M., Gordon, S., et al. (1995). Association study of transforming growth factor alpha (TGFα) Taq1 polymorphism and oral clefts: Indication of gene-environment interaction in a population-based sample of infants with birth defects. *American Journal of Epidemiology, 141*, 629-636.

Innes, K., Byers, T., Marshall, J., Barón, A., Orleans, M., & Hamman, R., (2003). Association of a woman's own birth weight with her subsequent risk for pregnancy-induced hypertension. *American Journal of Epidemiology, 158*, 861-870.

International Human Genome Sequencing Consortium. (2001). Initial sequencing and analysis of the human genome. *Nature, 409*, 860-921.

International Programme on Chemical Safety [IPCS]. (2006). *Environmental Health Criteria 237: Principles for evaluating health risks in children associated with exposure to chemicals*. Geneva: World Health Organization.

Iowa Department of Human Services, Division of Health & Disability Services Access Work Group. (2003). MH/DD Commission—Access Workgroup Meeting Summary. Retrieved June 10, 2007, from http://www.dhs.state.ia.us/dhs2005/mhdd/docs/ReportFebruary2003.doc

Jackson, R.J. (2003). The impact of the built environment on health: an emerging field. *American Journal of Public Health, 93*, 1382-1384.

Jacobs, D.E. (2006). A qualitative review of housing hazard assessment protocols in the United States. *Environmental Research, 102*, 13-21.

Jahnke, G.D., Choksi, N.Y., Moore, J., & Shelby, M. (2004). Thyroid toxicants: Assessing reproductive health effects. *Environmental Health Perspectives, 112*, 363-368.

Jakupciak, J.P., Wang, W., Markowitz, M.E., Ally, D., Coble, M., Srivastava, S., et al. (2005). Mitochondrial DNA as a cancer biomarker. *Journal of Molecular Diagnostics, 7*, 258-267.

Jameson, P., Gelfand, D., & Kulscar, E. (1997). Mother-toddler interaction patterns associated with maternal depression. *Development and Psychopathology, 9*, 537-550.

Jarvis, J.N. (2006). Gene expression arrays in juvenile rheumatoid arthritis: Will the blind men finally see the elephant? *Current Problems in Pediatric and Adolescent Health Care, 36*, 91-96.

Jarvis, J.N., Dozmorov, I., Jiang, K., Chen, Y., Frank, M.B., Cadwell, C., et al. (2004). Gene expression arrays reveal a rapid return to normal homeostasis in immunologically-challenged trophoblast-like JAR cells. *Journal of Reproductive Immunology, 61*, 99-113.

Jenkins, D.J., Kendall, C.W., Augustin, L.S., Franceschi, S., Hamidi, M., Marchie, A., et al. (2002). Glycemic index: overview of implications in health and disease. *American Journal of Clinical Nutrition, 76*(1), 266S-73S.

Joffe, M., & Rosenbaum P. (1999). Propensity scores. *American Journal of Epidemiology, 150*, 327-333.

Johnson, G.C., Esposito, L., Barratt, B.J., Smith, A.N., Heward, J., Di Genova, G., et al. (2001). Haplotype tagging for the identification of common disease genes. *Nature Genetics, 29*, 233-237.

Jones, K.L., Smith, D.W, Ulleland, C.N., & Streissguth, A.P. (1973). Pattern of malformation in offspring of chronic alcoholic mothers. *Lancet, 1*, 1267-1271.

Jöreskog, G.K., & Sörbom, D. (1996). *LISREL 8 User's reference guide*. Mooresville, IN: Scientific Software.

Judkins, D., Morganstein, D., Zador, P., Piesse, A., Barrett, B., & Mukhopadhyay, P. (2006). Variable selection and raking in propensity scoring. *Statistics in Medicine, 26*, 1022-1033.

Juhn, Y.J., Sauver, J.S., Katusic, S., Vargas, D., Weaver, A., & Yunginger, J. (2005). The influence of neighborhood environment on the incidence of childhood asthma: A multilevel approach. *Social Science & Medicine, 60*(11), 2453-2464.

Kalton, G. (1979). Ultimate Cluster Sampling. *Journal of the Royal Statistical Society. Series A (General), 142*, 210-222.

Kalton, G. (2002). Models in the practice of survey sampling (revisited). *Journal of Official Statistics, 18,* 129-154.

Kalton, G., & Kasprzyk, D. (1986). The treatment of missing survey data. *Survey Methodology, 12,* 1-16.

Kaplowitz, P.B., Slora, E.J., Wasserman, R.C., Pedlow, S.E., & Herman-Giddens, M.E. (2001). Earlier onset of puberty in girls: Relation to increased body mass index and race. *Pediatrics, 108*(2), 347-353.

Kattan, M., Stearns, S.C., Crain, E.F., Stout, J.W., Gergen, P.J., Evans, R. 3rd, et al. (2005). Cost-effectiveness of a home-based environmental intervention for inner-city children with asthma. *Journal of Allergy and Clinical Immunology, 116*, 1058-1063.

Kaufman, A.S., & Kaufman, N.L. (2004). *Kaufman Brief Intelligence Test, Second Edition* (KBIT-2). Circle Pines, MN: AGS Publishing.

Keenan, K., & Shaw, D.S. (1994). The development of aggression in toddlers: A study of low-income families. *Journal of Abnormal Child Psychology, 22*, 53-77.

Keith, T. (2007). Human genome-wide association studies: Achieving sufficient power to detect disease genes with the Quebec founder population. *Genetics, 27,* 1-15.

Kelada, S.N., Eaton, D.L., Wang, S.S., Rothman, N.R., & Khoury, M.J. (2003). The role of genetic polymorphisms in environmental health. *Environmental Health Perspectives*, *111*, 1055-1064.

Kelsoe, J.R. (2004). Genomics and the Human Genome Project: implications for psychiatry. *International Review of Psychiatry, 16*, 294-300.

Kimmel, C.A., Collman, G.W., Fields, N., & Eskenazi, B. (2005). Lessons learned fro the National Children's Study from the National Institute of Environmental Health Sciences/U.S. Environmental Protection Agency Centers for Children's Environmental Health and Disease Research. *Environmental Health Perspectives, 113*, 1414-1418.

King, M.E., Mannino, D.M., & Holguin, F. (2004). Risk factors for asthma incidence. A review of recent prospective evidence. *Panminerva Medica, 46*(2), 97-110.

Kirsh, S.J., & Cassidy, J. (1997). Preschoolers' attention to and memory for attachment-relevant information. *Child Development, 68*, 1143-1153.

Kish, L. (1965). *Survey sampling*. New York: Wiley.

Kish, L. (1995). Methods for design effects. *Journal of Official Statistics, 11,* 55-77.

Kiyohara, C., & Yoshimasu, K. (2007). Genetic polymorphisms in the nucleotide excision repair pathway and lung cancer risk: A meta-analysis. *International Journal of Medical Sciences, 4,* 59-71.

Kleeberger, C.A., Lyles, R.H., Margolick, J.B., Rinaldo, C.R., Phair, J.P., & Giorgi, J.V. (1999). Viability and recovery of peripheral blood mononuclear cells cryopreserved for up to 12 years in a multicenter study. *Clinical and Diagnostic Laboratory Immunology, 6,* 14-19.

Kochanska, G. (1995). Children's temperament, mothers discipline, and security of attachment: multiple pathways to emerging internalization. *Child Development, 66,* 597-615.

Kochanska, G. (1997). Multiple pathways to conscience for children with different temperaments: From toddlerhood to age 5. *Developmental Psychology, 33*, 228-240.

Kofman, O., Berger, A., Massarwa, A., Friedman, A., & Jaffar, A.A. (2006). Motor inhibition and learning impairments in school-aged children following exposure to organophosphate pesticides in infancy. *Pediatric Research, 60*(1), 88-92.

Korn, E., & Graubard, B. (1999). *Analysis of health surveys*. New York: Wiley.

Kramer, M., Platt, R., Wen, S., Joseph, K.S., Allen, A., Abrahamowicz, M., et al. (2001). A new and improved population-based Canadian reference for birth weight for gestational age. *Pediatrics, 108*, e35.

Krieger, J., & Higgins, D.L. (2002). Housing and Health: Time again for public health action. *American Journal of Public Heath, 92*, 758-768.

Krstevska-Konstantinova, M., Charlier, C., Craen, M., Du, C.M., Heinrich, C., de Beaufort, C., et al. (2001). Sexual precocity after immigration from developing countries to Belgium: evidence of previous exposure to organochlorine pesticides. *Human Reproduction, 16*(5), 1020-1026.

Kuczynski, L., & Kochanska, G. (1990). Development of children's noncompliance strategies from toddlerhood to age 5. *Developmental Psychology, 26*, 398-408.

Kujoth, G.C., Bradshaw, P.C., Haroon, S., & Prolla, T.A. (2007). The role of mitochondrial DNA mutations in mammalian aging. *PLoS Genetics, 3*, e24.

Kuriyama, S.N., Talsness, C.E., Grote, K., & Chahoud, I. (2005). Developmental exposure to low-dose PBDE-99: Effects on male fertility and neurobehavior in rat offspring. *Environmental Health Perspectives, 1132*(2), 149-154.

Kyrklund-Blomberg, N.B., Granath, F., & Cnattingius, S. (2005). Maternal smoking and causes of very preterm birth. *Acta Obstet Gynecol Scand., 84(6)*, 572-577.

Laaksonen, D., Lakka, H.M., Niskanen, L., Kaplan, G., Salonen, J., & Lakka, T. (2002). Metabolic syndrome and development of diabetes mellitus: application and validation of recently suggested definitions of the metabolic syndrome in a prospective cohort study. American Journal of *Epidemiology, 156*, 1070-1077.

Laird, N.M. & Lange, C. (2006). Family-based designs in the age of large-scale gene-association studies. *National Review of Genetics, 7*, 385-394.

Laird, P.W. (2005). Cancer epigenetics. *Human Molecular Genetics, 14*, R65-R76.

Lammer, E.J., Shaw, G.M., Iovannisci, D.M., & Finnell, R.H. (2005). Maternal smoking, genetic variation of glutathione s-transferases, and risk for orofacial clefts. *Epidemiology, 16*, 698-701.

Lampe, J.W., Stepaniants, S.B., Mao, M., Radich, J.P., Dai, H., Linsley, P.S., et al. (2004). Signatures of environmental exposures using peripheral leukocyte gene expression: tobacco smoke. *Cancer Epidemiology Biomarkers & Prevention, 13*, 445-453.

Landrigan, P., Garg, A., & Droller, D.B. (2003). Assessing the effects of endocrine disruptors in the National Children's Study. *Environmental Health Perspectives, 111*(13), 1678-1682.

Landrigan, P.J., Kimmel, C.A., Correa, A., & Eskenazi, B. (2004). Children's health and the environmnent: public health issues and challenges for risk assessment. *Environmental Health Perspectives*, *112*, 257-265.

Landrigan, P.J., Schechter, C.B., Lipton, J.M., Fahs, M.C., & Schwartz, J. (2002). Environmental pollutants and disease in American children: estimates of morbidity, mortality, and costs for lead poisoning, asthma, cancer, and developmental disabilities. *Environmental Health Perspectives 110*(7), 721-728.

Lanphear, B.P., Vorhees, C.V., & Bellinger, D.C. (2005). Protecting children from environmental toxins. *Public Library of Science Medicine, 2,* 203-208.

Lau, S., Illi, S., Platts-Mills, T.A., Riposo, D., Nickel, R., Gruber, C., et al. (2005). Longitudinal study on the relationship between cat allergen and endotoxin exposure, sensitization, cat-specific IgG and development of asthma in childhood—Report of the German Multicentre Allergy Study (MAS 90). *Allergy, 60*(6), 766-773.

LaVange, L.M., Stearns, S.C., Lafata, J.E., Koch, G.G., & Shah, B.V. (1996). Innovative strategies using SUDAAN for analysis of health surveys with complex samples. *Statistical Methods in Medical Research, 5,* 311-329.

Lavigne, J.V., Arend, R., Rosenbaum, D., Binn, H.J., Christoffel, K.K., & Gibbons, R.D. (1998). Psychiatric disorders with onset in the preschool years, I: stability of diagnoses. *Journal of the American Academy of Child and Adolescent Psychiatry, 37*, 1246-1254.

Lee, P.A. (2005). Fertility after cryptorchidism: Epidemiology and other outcome studies. *Urology, 66*(2), 427-431.

Lee, P.A., Guo, S.S., & Kulin, H.E. (2001). Age of puberty: Data from the United States of America. *APMIS, 109*(2), 81-88.

Lee, W.J., Cantor, K.P., Berzofsky, J.A., Zahm, S.H., & Blair, A. (2004). Non-Hodgkin's lymphoma among asthmatics exposed to pesticides. *International Journal of Cancer, 111*, 298-302.

Leng, X., & Muller, H.G. (2006). Classification using functional data analysis for temporal gene expression data. *Bioinformatics, 22,* 68-76.

Lester, B., & Tronick, E.Z. (2005). *Neonatal Intensive Care Unit Network Neurobehavioral Scale (NNNS) Manual.* Baltimore, MD: Brookes Publishing.

Lester, B.M., Tronick, E.Z., LaGasse, L.L., Seifer, R., Bauer, C., Shankaran, S., et al. (2002). The Maternal Lifestyle Study (MLS): Effects of substance exposure during pregnancy on neurodevelopmental outcome in 1-month old infants. *Pediatrics, 110*, 1182-1192.

Leventhal, T., & Brooks-Gunn, J. (2000). The neighborhoods they live in: The effects of neighborhood residence on child and adolescent outcomes. *Psychological Bulletin, 126*(2), 309-337.

Lewin Group (2000). Revised literature review and report. Submitted to Department of Health and Human Services, Assistant Secretary for Planning and Evaluation.

Li, J., & Burmeister, M. (2005). Genetical genomics: Combining genetics with gene expression analysis. *Human Molecular Genetics, 14,* R163-R169.

Li, R., & Grummer-Strawn, L. (2002). Racial and ethnic disparities in breastfeeding among United States infants: Third National Health and Nutrition Examination Survey, 1988-1994. *Birth, 29,* 251-257.

Liang, K.Y., & Zeger, S.L. (1986). Longitudinal data analysis using generalized linear models. *Biometrika, 73,* 13-22

Lidsky, T.I., & Schneider, J.S. (2003). Lead neurotoxicity in children: Basic mechanisms and clinical correlates. *Brain, 126*, 5-19.

Lilienthal, H., Hack, A., Roth-Harer, A., Grande, S.W., & Talsness, C.E. (2006). Effects of developmental exposure to 2,2',4,4',5-pentabromodiphenyl ether (PBDE-99) on sex steroids, sexual development, and sexually dimorphic behavior in rats. *Environmental Health Perspectives, 114*(2), 194-201.

Lin, D.Y. (2004). Haplotype-based association analysis in cohort studies of unrelated individuals. *Genetic Epidemiology, 26,* 255-264.

Lindsey, J.K., & Lambert, P. (1998). On the appropriateness of marginal models for repeated measurements in clinical trials. *Statistics in Medicine, 17,* 447-469.

Linet, M.S., Ries, L.A., Smith, M.A., Tarone, R.E., & Devesa, S.S. (1999). Cancer surveillance series: recent trends in childhood cancer incidence and mortality in the United States. *Journal of the National Cancer Institute, 91*(12), 1051-1058.

Lioy, P.J. (1999). ISEA, The Wesolowski Award Lecture, 1998, Exposure analysis: Reflections on its growth and aspirations for its future. *Journal of Exposure Analysis and Environmental Epidemiology, 9*, 273-281.

Lioy, P.J., Freeman, N.C., & Millette, J.R. (2002). Dust: A metric for use in residential and building exposure assessment and source characterization. *Environmental Health Perspectives, 110,* 969-983.

Litonjua, A.A., Rifas-Shiman, S.L., Ly, N.P., Tantisira, K.G., Rich-Edwards, J.W., Camargo, Jr., C.A., et al. (2006). Maternal oxidant intake in pregnancy and wheezing illnesses in children at 2 y of age. *American Journal of Clinical Nutrition, 84*(4), 903-911.

Little, R., & Rubin, D. (2002). *Statistical analysis with missing data.* New York: Wiley.

Little, R.J. (2004). To model or not to model? Competing modes of inference for finite population sampling. *Journal of the American Statistical Association, 99,* 546-556.

Lobel, M. (1994). Conceptualizations, measurement, and effects of prenatal maternal stress on birth outcomes. *Journal of Behavioral Medicine, 17*, 225-272.

Loeken, M.R. (2006). Advances in understanding the molecular causes of diabetes-induced birth defects. *Journal of the Society for Gynecological Investigation, 13,* 2-10.

Longnecker, M.P., Bellinger, D.C., Crews, D., Eskenazi, B., Silbergeld, E.K., Woodruff, T.J., et al. (2003). An approach to assessment of endocrine disruption in the National Children's Study. *Environmental Health Perspectives, 111*(13), 1691-1697.

Lopez, R. (2004). Urban sprawl and risk for being overweight or obese. *American Journal of Public Health, 94*(9), 1574-1579.

Ludwig, D.S. (2002). The glycemic index: Physiologic mechanisms relating to obesity, diabetes, and cardiovascular disease. *Journal of the American Medical Association, 287*, 2414-2423.

Lyons-Ruth, K., Wolfe, R., Lyubchik, A., & Steingard, R. (2002). Depressive symptoms in parents of children under age 3: Sociodemographic predictors, current correlates, and associated parenting behaviors. In N. Halfon, K. McLearn, & M. Schuster (Eds.), *Child rearing in America: Challenges facing parents with young children* (pp. 217-259). New York: Cambridge University Press.

Ma, G., Troxel, A., & Heitjan, D. (2005). An index of local sensitivity to nonignorable drop-out in longitudinal modeling. *Statistics in Medicine, 24,* 2129-2150

Macaubas, C., Prescott, S.L., Venaille, T.J., Holt, B.J., Smallacombe, T.B., Sly, P.D., et al. (2000). Primary sensitization to inhalant allergens. *Pediatric Allergy & Immunology, 11*(Suppl. 13), 9-11.

Maher Rasmussen, K. (2001). The "fetal origins" hypothesis: Challenges and opportunities for maternal and child nutrition. *Annual Review of Nutrition, 21*, 73-95.

Malone, D.C., Lawson, K.A., & Smith, D.H. (2000). Asthma: An analysis of high-cost patients. *Pharmacy Practice Management Quarterly, 20*(1), 12-20.

Mannino, D.M., Homa, D.M., Akinbami, L.J., Moorman, J.E., Gwynn, C., & Redd, S.C. (2002). Surveillance for asthma—United States, 1980-1999. *Morbidity & Mortality Weekly Report, 51*(Surveillance summaries 1), 1-13.

Mannino, D.M., Homa, D.M., Pertowski, C.A., Ashizawa, A., Nixon, L.L., Johnson, C.A., et al. (1998). Surveillance of Asthma—United States, 1960-1995. *Morbidity & Mortality Weekly Report, 47*, (Surveillance Summaries 1), 471-428

Mannino, D.M., Homa, D.M., Pertowski, C.A., Ashizawa, A., Nixon, L.L., Johnson, C.A., et al. (1998). Surveillance for Asthma—United States, 1960-1995. *Morbidity & Mortality Weekly Report, 47*(Surveillance summaries 1), 1-28.

Manolio, T.A., Bailey-Wilson, J.E., & Collins, F.S. (2006). Opinion: Genes, environment and the value of prospective cohort studies. *Nature Reviews Genetics, 7*, 812-820.

Marcelino, L.A., & Thilly, W.G. (1999). Mitochondrial mutagenesis in human cells and tissues. *Mutation Research, 434,* 177-203.

Mares, M.L. (1996). *Positive effects of television on social behavior: A meta-analysis.* (Annenberg Public Policy Center Report Series, No. 3). Philadelphia: Annenberg Public Policy Center.

Marker, D., Fraser, A., & Viet, S.M. (2001). *First National Environmental Health Survey of Child Care Centers, Draft Final Report—Design and Methodology.* Prepared for Office of Healthy Homes and Lead Hazard Control, U.S. Department of Housing and Urban Development, Washington, DC.

Marshall, W.A., & Tanner, J.M. (1969). Variations in pattern of pubertal changes in girls. *Archives of Disease in Childhood, 44,* 291-303.

Marshall, W.A., & Tanner, J.M. (1970). Variations in the pattern of pubertal changes in boys. *Archives of Disease in Childhood, 45,* 13-23.

Marteau, J.B., Mohr, S., Pfister, M., & Visvikis-Siest, S. (2005). Collection and storage of human blood cells for mRNA expression profiling: A 15-month stability study. *Clinical Chemistry, 51,* 1250-1252.

Martinez, F.D. (2000). Context dependency of markers of disease. *American Journal of Respiratory & Critical Care Medicine, 162*(2, Pt. 2), S56-S57.

Martinez, F.D., & Helms, P.J. (1998). Types of asthma and wheezing. *European Respiratory Journal, 27*(Suppl.), 3-8.

Marubini, E., & Valsecchi, M.G. (1995). *Analysing survival data from clinical trials and observational studies*. New York: Wiley.

Masayesva, B.G., Mambo, E., Taylor, R.J., Goloubeva, O.G., Zhou, S., Cohen, Y., et al. (2006). Mitochondrial DNA content increase in response to cigarette smoking. *Cancer Epidemiology Biomarkers and Prevention, 15,* 19-24.

Matte, T.D., & Jacobs, D.E. (2000). Housing and Health-Current issues and implications for research and programs. *Journal of Urban Health, 77,* 7-25.

Mattson, S., & Riley, E. (1998). A review of the neurobehavioral deficits in children with fetal alcohol syndrome or prenatal exposure to alcohol. *Alcoholism: Clinical and Experimental Research, 22,* 297-294.

McCarthy, P.J. (1966). Replication: An approach to the analysis of data from complex surveys. *Vital and Health Statistics. Series 2, Data Evaluation and Methods Research, 14*, 1-38.

McCormack, G.R., Giles-Corti, B., & Bulsara, M. (2007). The relationship between destination proximity, destination mix and physical activity behaviors. *Preventive Medicine*, electronic publication ahead of print.

McCullagh, P., & Nelder, J.A. (1989). *Generalized linear models*. New York: Chapman and Hall.

McDaniel, M., Paxson, C., & Waldfogel, J. (2006). Racial disparities in childhood asthma in the United States: Evidence from the National Health Interview Survey, 1997 to 2003. *Pediatrics, 117*(5), e868-e877.

McDonald, T.A. (2005). Polybrominated diphenylether levels among United States residents: Daily intake and risk of harm to the developing brain and reproductive organs. *Integrated Environmental Assessment and Management, 1*(4), 343-354.

McGinn, A.P., Evenson, K.R., Herring, A.H., Huston, S.L., & Rodriguez, D.A. (2007). Exploring associations between physical activity and perceived and objective measures of the built environment. *Journal of Urban Health, 84*(2), 162-184.

McGrew, K.S., & Woodcock, R.W. (2001). *Technical manual: Woodcock-Johnson III.* Itasca, IL: Riverside Publishing.

Meyer, U., Nyffeler, M., Engler, A., Urwyler, A., Schedlowski, M., Knuesel, I., et al. (2006). The time of prenatal immune challenge determines the specificity of inflammation-mediated brain and behavioral pathology. *Journal of Neuroscience, 26*(18), 4752-5762.

Midthune, D., Subar, A., Thompson, F., Potischman, N., Schatzkin, A., Troiano, R.P., et al. (2006, April 27-29). *Re-OPEN: Comparing effect of measurement error in 4-day food records, FFQ and 24-hour recalls using biomarkers of protein and energy.* Paper presented at the 6th International Conference on Dietary Assessment Methods, in Copenhagen, Denmark.

Misra, D.P., O'Campo, P., & Strobino, D. (2001). Testing a sociomedical model for preterm delivery. *Pediatric and Perinatal Epidemiology, 15,* 110-122.

Mitchell, L. (1997). Differentiating between fetal and maternal genotypic effects, using the transmission test for linkage disequilibrium. *American Journal of Human Genetics, 60,* 1006-1007.

Mogensen, M., Sahlin, K., Fernstrom, M., Glintborg, D., Vind, B.F., Beck-Nielsen, H., et al. (2007). Mitochondrial respiration is decreased in skeletal muscle of patients with type 2 diabetes [Electronic version]. *Diabetes, 56*(6), 1592-1599.

Mohr, S., Leikauf, G.D., Keith, G., & Rihn, B.H. (2002). Microarrays as cancer keys: An array of possibilities. *Journal of Clinical Oncology, 20,* 3165-3175.

Molcho, M., Harel, Y., Pickett, W., Scheidt, P.C., Mazur, J., & Overpeck, M.D. (2006). The epidemiology of non fatal injuries among 11, 13 and 15 year old youth in 11 Countries: findings from the 1998 WHO-HBSC cross national survey. *International Journal of Injury Control and Safety Promotion, 13,* 205-211.

Moloughney, B. (2004). *Housing and population health–The state of current research.* Paper presented to the Ontario Non-Profit Housing Association, Toronto, Ontario, Canada.

Moore, J.H. (2003). The ubiquitous nature of epistasis in determining susceptibility to common human diseases. *Human Heredity, 56,* 73-82.

Morgan, M.K., Sheldon, L.S., Croghan, C.W., Jones, P.A., Robertson, G.L., Chuang, J.C., et al. (2005). Exposures of preschool children to chlorpyrifos and its degradation product 3,5,6-trichloro-2-pyridinol in their everyday environments. *Journal of Exposure Analysis & Environmental Epidemiology, 15,* 297-309.

Morin, I., Morin, L., Zhang, X., Platt, R., Blondel, B., Bréart, G., et al. (2005). Determinants and consequences of discrepancies in menstrual and ultrasonographic gestational age estimates. *BJOG: An International Journal of Obstetrics and Gynaecology, 112,* 145-152.

Morland, K., Wing, S., & Diez Roux, A. (2002a). The contextual effect of the local food environment on residents' diets: The atherosclerosis risk in communities study. *American Journal of Public Health, 92*, 1761-1767.

Morland, K., Wing, S., Diez Roux, A., & Poole, C. (2002). Neighborhood characteristics associated with the location of food stores and food service places. *American Journal of Preventive Medicine, 22*, 23-29.

Mulligan, G.M., Brimhall, D., & West, J. (2005). *Child care and early education arrangements of infants, toddlers, and preschoolers: 2001* (NCES Publication No. 2006-039). Washington, DC: U.S. Government Printing Office.

Murray, C.S., Simpson, B., Kerry, G., Woodcock. A, & Custovic, A. (2006). Dietary intake in sensitized children with recurrent wheeze and healthy controls: A nested case-control study. *Allergy, 61*, 438-442.

Muthén, B., & Muthén, L. (2004). *MPLUS* (Version 3.1) [Computer software]. Los Angeles: Author.

National Academy of Sciences, Committee on Developmental Toxicology. (2000). *Scientific frontiers in developmental toxicology and risk assessment*. Washington, DC: National Academies Press.

National Academy of Sciences, Institute of Medicine, Division of Health Promotion and Disease Prevention. (2000). *Clearing the air: Asthma and indoor air exposures*. Washington, DC: National Academies Press.

National Children's Study Workshop. (2004, September 8). Collection and Use of Genetic Information.

National Institute of Child Health and Human Development [NICHD] Early Child Care Research Network. (2002). Early child care and children's development prior to school entry: Results from the NICHD Study of Early Child Care. *American Educational Research Journal, 39*, 133-164.

National Institute of Child Health and Human Development [NICHD], Early Child Care Research Network. (2003). Social functioning in first grade: Associations with earlier home and child care predictors and with current classroom experiences. *Child Development, 74*, 1639-1662.

National Institutes of Health [NIH]. (2004). *National Heart, Lung and Blood Institute Chartbook*. Washington, DC: U.S. Department of Health and Human Services.

National Research Council [NRC]. (1991). *Human Exposure Assessment for Airborne Pollutants: Advances and Opportunities*. Washington, DC: National Academies Press.

National Research Council [NRC]. (1993). *Pesticides in the Diets of Infants and Children*. Washington, DC: National Academy Press.

National Research Council, Food & Nutrition Board. (1986). *Nutrient Adequacy: Assessment Using Food Consumption Surveys*. Washington, DC: National Academy Press.

Naviaux, R.K. (2000). Mitochondrial DNA disorders. *European Journal of Pediatrics, 159*(Suppl.), S219-S226.

Needham, L.L., Ozkaynuk, H., Whyatt, R.M., Barr, D.B., Wang, R.Y., Naeher, L., et al. (2005). Exposure assessment in the National Children's Study: Introduction. *Environmental Health Perspectives, 113*, 1076-1082.

Nelson, K.B., & Willoughby, R.E. (2002). Overview: Infection during pregnancy and neurological outcome in the child. *Mental Retardation and Developmental Disabilities Research Reviews, 8*(1), 1-2.

Nepomnaschy, P.A., Welch, K.B., McConnell, D.S., Low, B.S., Strassmann, B.I., & England, B.G. (2006). Cortisol levels and very early pregnancy loss. *Proceedings of the National Academy of Sciences, 103*(10), 3938-3942.

Newacheck, P.W., & Halfon, N. (2000). Prevalence, impact, and trends in childhood disability due to asthma. *Archives of Pediatric and Adolescent Medicine, 154*(3), 287-293.

Newman, T., Syagailo, Y., Barr, C., Wendland, J., Champoux, M., Graessle, M., et al. (2005). Monoamine Oxidase A Gene Promoter Variation and Rearing Experience Influences Aggressive Behavior in Rhesus Monkeys. *Biological Psychiatry, 57*, 167-172.

Newschaffer, C.J., Falb, M.D., & Gurney, J.G. (2005). National autism prevalence trends from United States special education data. *Pediatrics, 115*, 277-282.

Nielsen, C.T., Skakkebaek, N.E., Richardson, D.W., Darling, J.A., Hunter, W.M., Jorgensen, M., et al. (1986). Onset of the release of spermatozoa (spermarche) in boys in relation to age, testicular growth, pubic hair, and height. *Journal of Clinical Endocrinology and Metabolism, 62*, 532-535.

Nielsen, G.L., Norgard, B., Puho, E., Rothman, K.J., Sorensen, H.T., & Czeizel, A.E. (2005). Risk of specific congenital abnormalities in offspring of women with diabetes. *Diabetic Medicine, 22*, 693-696.

Ober, C., & Hoffjan, S. (2006). Asthma genetics 2006: The long and winding road to gene discovery. *Genes and Immunity, 7*(2), 95-100.

Ogden, C.L., Carroll, M.D., Curtin, L.R., McDowell, M.A., Tabak, C.J., & Flegal K.M. (2006). Prevalence of overweight and obesity in the United States, 1999-2004. *Journal of the American Medical Association, 295*, 1549-1555.

Ogden, C.L., Flegal, K.M., Carroll, M.D., & Johnson, C.L. (2002). Prevalence and trends in overweight among US children and adolescents, 1999-2000. *Journal of the American Medical Association, 288*(14), 1728-1732.

Ogden, C.L., Fryer, C.D., Carroll, M.D., & Flegal, K.M. (2004). Mean body weight, height, and body mass index, United States 1960-2002. *Advance Data, 347*, 1-17. Retrieved from http://www.cdc.gov/nchs/data/ad/ad347.pdf

Olson, C.T., Blank, J.A., & Menton, R.G. (1998). Neuromuscular effects of low level exposures to Sarin, pyridostigmine, DEET, and chlorpyrifos. *Drug and Chemical Toxicology, 21*(Suppl. 1), 149-169.

Orio, F., Jr., Palomba, S., Cascella, T., Savastano, S., Lombardi, G., & Colao, A. (2007). Cardiovascular complications of obesity in adolescents. *Journal of Endocrinological Investigation, 30*, 70-80.

Orwin R., Cadell, C., Chu, A., Kalton, G., Maklan, D., Morin, C., et al. (June 2006). *Evaluation of the National Youth Anti-Drug Media Campaign.* Report prepared for the National Institute on Drug Abuse (Contract No. N01DA-8-5063), Washington DC: Westat.

Õzkaynak, H., Whyatt, R.M., Needham, L.L., Akland, G., & Quackenboss, J. (2005). Exposure Assessment Implications for the Design and Implementation of the National Children's Study. *Environmental Health Perspectives, 113,* 1108-1115.

Pahl, A. & Brune, K. (2002). Stabilization of gene expression profiles in blood after phlebotomy. *Clinical Chemistry, 48,* 2251-2253.

Pallasaho, P., Ronmark, E., Haahtela, T., Sovijarvi, A.R., & Lundback, B. (2006). Degree and clinical relevance of sensitization to common allergens among adults: A population study in Helsinki, Finland. *Clinical & Experimental Allergy, 36*(4), 503-509.

Palta, M., & Lin, C.Y. (1999). Latent variables, measurement error and methods for analysing longitudinal binary and ordinal data. *Statistics in Medicine, 18*, 385-396.

Pandya, R.J., Solomon, G., Kinner, A., & Balmes, J.R. (2002). Diesel exhaust and asthma: Hypotheses and molecular mechanisms of action. *Environmental Health Perspectives, 110*(Supp. 1), 103-112.

Pararas, M.V., Skevaki, C.L., & Kafetzis, D.A. (2006). Preterm birth due to maternal infection: Causative pathogens and modes of prevention. *European Journal of Clinical Microbiology and Infectious Diseases, 25,* 562-569.

Park, J.S., Park, C.W., Lockwood, C.J., & Norwitz, E.R. (2005). Role of cytokines in preterm labor and birth. *Minerva Ginecologic, 57*, 349-366.

Parsons, T.J., Power, C., Logan, S., & Summerbell, C.D. (1999). Childhood predictors of adult obesity: A systematic review. *International Journal of Obesity and Related Metabolic Disorders, 23*(Suppl. 8), S1-107.

Patterson, G., DeGarmo, D., & Knutson, N. (2000). Hyperactive and antisocial behaviors: Comorbid or two points in the same process? *Development and Psychopathology, 12*, 91-106.

Paulozzi, L.J. (1999). International trends in rates of hypospadias and cryptorchidism. *Environmental Health Perspectives, 107*, 297-302.

Paulozzi, L.J., Erickson, J.D., & Jackson, R.J. (1997). Hypospadias trends in two U.S. surveillance systems. *Pediatrics*, *100*(5), 831-834.

Pawlak, D.B., Kushner J.A., & Ludwig, D.S. (2004). Effects of dietary glycaemic index on adiposity, glucose homeostasis, and plasma lipids in animals. *Lancet, 364*, 778-785.

Peisner-Feinberg, E.S., Burchinal, M.R., Clifford, R.M., Culkin, M.L., Howes, C., Kagan, S.L., et al. (2001). The relation of preschool child-care quality to children's cognitive and social developmental trajectories through second grade. *Child Development, 72*(5), 1534-1553.

Penta, J.S., Johnson, F.M., Wachsman, J.T., & Copeland, W.C. (2001). Mitochondrial DNA in human malignancy. *Mutation Research, 488*, 119-133.