Perry, S.W., Norman, J.P., Litzburg, A., & Gelbard, H.A. (2004). Antioxidants are required during the early critical period, but not later, for neuronal survival. *Journal of Neuroscience Research, 78*, 485-492.

Pickett, W., Dostaler, S., Janssen, I., Craig, W., Simpson, K., Shelley, D., & Boyce, W.F. (2006). Associations between risk behaviour and injury and the protective roles of social environments: an analysis of 7,235 Canadian school-aged children. *Injury Prevention, 12*, 87-92.

Pickett, W., Molcho, M., Simpson, K., Janssen, I., Kuntsche, E., Mazur, J., et al. (2005). Cross-national study of injury and social determinants in adolescents. *Injury Prevention, 11*, 213 - 218.

Pietrobelli, A., Malavolti, M., Fuiano, N., & Faith, M.S. (2007). The invisible fat. *Acta Paediatrica Supplement, 96*, 35-38.

Pineda-Zavaleta, A.P., Garcia-Vargas, G., Borja-Aburto, V.H., Acosta-Saavedra, L.C., Vera Aguilar, E., Gomez, A., et al. (2004). Nitric oxide and superoxide anion production in monocytes from children exposed to arsenic and lead in region Lagunera, Mexico. *Toxicololgy and Applied Pharmacology, 198*, 283-290.

Pinkerton, K.E., & Joad, J.P. (2006). Influence of air pollution on respiratory health during perinatal development. *Clinical & Experimental Pharmacology & Physiology, 33*(3), 269-272.

Platts-Mills, T., Vaughan, J., Squillace, S., Woodfolk, J., & Sporik, R. (2001). Sensitization, asthma, and a modified Th2 response in children exposed to cat allergen: A population-based cross-sectional study. *The Lancet, 357*, 752-756.

Pohl, H.G., Joyce, G.F., Wise, M., & Cilento, B.G., Jr. (2007). Pediatric urologic disorders. In M.S. Litwin, & C.S. Saigal (Eds.), *Urologic Diseases in America* (NIH Publication No. 07–5512; pp. 379-418). Washington, DC: U.S. Government Printing Office.

Pottenger, L., Domoradzki, J., Markham, D., Hansen, S., Cagen, S., & Waechter, J., Jr. (2000). The relative bioavailability and metabolism of bisphenol A in rats is dependent upon the route of administration. *Toxicological Sciences, 54*, 3-18.

Poulter, N.R., Chang, C.L., MacGregor, A.J., Snieder, H., & Spector, T.D. (1999). Association between birth weight and adult blood pressure in twins: Historical cohort study. *British Medical Journal, 319*, 1330-1333.

Price, L.P., Pattern, N.J., Plenge, R., Weinblatt, M.E., Shadick, N.A., & Reich, D. (2006). Principal components analysis corrects for stratification in genome-wide association studies. *Nature Genetics, 38*, 904-909.

Pritchard, J.K., & Rosenberg, N.A. (1999). Use of unlinked genetic markers to detect population stratification in association studies. *American Journal of Human Genetics, 65*, 220-228.

Radloff, L.S. (1977). The CES-D Scale: A self-report depression scale for research in the general population. *Applied Psychological Measurement, 1*(3), 385-401.

Raine, A., Brennan, P., & Mednick, S.A. (1997). Interaction between birth complications and early maternal rejection in predisposing individuals to adult violence: Specificity to serious, early-onest violence. *American Journal of Psychiatry, 154*, 1265-1271.

Rainen, L., Oelmueller, U., Jurgensen, S., Wyrich, R., Ballas, C., Schram, J., et al. (2002). Stabilization of mRNA expression in whole blood samples. *Clinical Chemistry, 48,* 1883-1890.

Rapoport, J.L., Addington, A.M., Frangou, S., & Psych, M.R. (2005). The neurodevelopmental model of schizophrenia: Update 2005. *Molecular Psychiatry, 10,* 434-449.

Rasmussen, S.A., Mulinare, J., Khoury, M.J., & Maloney, E.K. (1990). Evaluation of birth defect histories obtained through maternal interviews. *American Journal of Human Genetics, 46,* 478-485.

Reich, D. & Patterson, N. (2005). Will admixture mapping work to find disease genes? Philosophical transactions of the Royal Society of London. *Series B, Biological sciences, 360*, 1605-1607.

Research Triangle Institute. (2004). *SUDAAN Language Manual, Release 9.0. Research Triangle Park,* NC: Research Triangle Institute.

Rhee, K.E., Lumeng, J.C., Appugliese, D.P., Kaciroti, N., & Bradley, R.H. (2006). Parenting styles and overweight status in first grade. *Pediatrics, 117*(6), 2047-2054.

Rhodes, D.G., Moshfegh, A., Cleveland, L., Murayi, T., Baer, D., Sebastian, R., et al. (2004). Accuracy of 24-hour dietary recalls: Preliminary results from USDA AMPM Validation Study [abstract]. *The Federation of American Societies for Experimental Biology Journal, 18*(4), A111. Retrieved June 10, 2007, from http://www.ars.usda.gov/research/publications/publications.htm?SEQ_NO_115=160570.

Rice, D., & Barone, Jr., S. (2000). Critical periods of vulnerability for the developing nervous system: evidence from humans and animal models. *Environmental Health Perspectives, 108*(Suppl. 3), 511-533.

Ritchie, M.D., Hahn, L.W., & Moore, J.H. (2003). Power of multifactor dimensionality reduction for detecting gene-gene interactions in the presence of genotyping error, missing data, phenocopy, and genetic heterogeneity. *Genetic Epidemiology, 24,* 150-157.

Rivara, F., & Villaveces, A. (2001). *Longitudinal Studies of Injuries on Children.* Report commissioned by the National Children's Study from Harborview Injury Prevention and Research Center, University of Washington, Seattle, WA.

Rivara, F.P. (1999). Pediatric injury control in 1999: Where do we go from here? *Pediatrics, 103*, 883-888.

Robins, D., & DuMont-Mathieu, T. (2006). Early screening for autism spectrum disorders: update on the modified checklist for autism in toddlers and other measures. *Developmental and Behavioral Pediatrics, 27S,* 111-119.

Robins, D., Fein, D., Barton, M., & Green, J. (2001). The Modified Checklist for Autism in Toddlers: An initial study investigating the early detection of autism and pervasive developmental disorders. *Journal of Autism and Developmental Disorders, 31*, 131-144.

Robins, J.M. (1995a). An analytic method for randomized trials with informative censoring: Part I. *Lifetime Data Analysis, 1*, 241-254.

Robins, J.M. (1995b). An analytic method for randomized trials with informative censoring: Part II. *Lifetime Data Analysis, 1,* 417-434.

Rodenhiser, D., & Mann, M. (2006). Epigenetics and human disease: Translating basic biology into clinical applications. *Canadian Medical Association Journal, 174,* 341-348.

Rodier, P., & Hyman, S. (1998). Early environmental factors in autism. *Mental Retardation and Developmental Disabilities Research Reviews, 4*(2), 121-128.

Roemmich, J.N., Epstein, L.H., Raja, S., Yin, L. Robinson, J., & Winewicz, D. (2006). Association of access to parks and recreational facilities with the physical activity of young children [Electronic version]. *Preventive Medicine, 43*(6), 437-441.

Rogan, W.J., Gladen, B.C., Guo, Y.L., & Hsu, C.C. (1999). Sex ratio after exposure to dioxin-like compounds in Taiwan. *Lancet, 353*, 206-207.

Rogers, J.F., & Dunlop, A.L. (2006). Air pollution and very low birth weight infants: a target population. *Pediatrics, 118*, 156-164.

Romero, R., Espinoza, J., Chaiworapongsa, T., & Kalache, K. (2002). Infection and prematurity and the role of preventive strategies. *Seminars in Neonatology, 7*, 259-274.

Romitti, P.A., Burns, T.L., & Murray, J.C. (1997). Maternal interview reports of family history of birth defects: evaluation from a population-based case-control study of orofacial clefts. *American Journal of Medical Genetics, 72*, 422-429.

Rosenbaum, P., & Rubin, D. (1983). The central role of the propensity score in observational studies for causal effects. *Biometrika, 70*, 41-55.

Rosenbaum, P., & Rubin, D. (1984). Reducing bias in observational studies using subclassification on the propensity score. *Journal of the American Statistical Association, 79*, 516-524.

Rosenberg, B. (1973). Linear regression with randomly dispersed parameters. *Biometrika, 60*, 61-75.

Ross, C., & Dunning, A. (1997). Land Use Transportation Interaction: An examination of the 1995 NPTS Data. Atlanta, GA: Georgia Institute of Technology. Retrieved June 10, 2007, from http://npts.ornl.gov/npts/1995/Doc/ landuse3.pdf

Rothbart, M. (1981). Measurement of temperament in infancy. *Child Development, 52*, 569-578.

Rothbart, M., & Goldsmith, H.H. (1985). Three approaches to the study of infant temperament. *Developmental Review, 5*, 237-260.

Royall, R.M. (1970). On finite population sampling theory under certain linear regression models. *Biometrika, 57*, 377-387

Rubin, B.S., Murray, M.K., Damassa, D.A., King, J.C., & Soto, A.M. (2001). Perinatal exposure to low doses of bisphenol A affects body weight, patterns of estrous cyclicity, and plasma LH levels. *Environmental Health Perspectives, 109*(7), 675-680.

Rubin, D.B. (1976). Inference and missing data. *Biometrika, 63,* 581-590.

Rubin, D.B. (1978). Multiple imputations in sample surveys: A phenomenological Bayesian approach to nonresponse. *ASA Proceedings of the Section on Survey Research Methods*, 20-28.

Rubin, D.B. (1987). *Multiple imputation for nonresponse in surveys*. New York: Wiley.

Rubin, D.B. (2007). The design versus the analysis of observational studies for causal effects: parallels with the design of randomized studies. *Statistics in Medicine*, *26*, 20-36.

Ruiz, R.J., Fullerton, J., & Dudley, D.J. (2003). The interrelationship of maternal stress, endocrine factors and inflammation on gestational length. *Obstetrics and Gynecological Surveys*, *58*, 415-428.

Ruppert, D., Wand, M.P., & Carroll, R.J. (2003). *Semiparametric regression*. Cambridge, England: Cambridge University Press.

Rust, K.F., & Rao, J.N.K. (1996). Variance estimation for complex surveys using replication techniques. *Statistical Methods in Medical Research*, *5*, 283-310.

Rutter, M. (1989). Pathways from childhood to adult life. *Journal of Child Psychology and Psychiatry*, *30*, 23-51.

Rutter, M. (2005). Incidence of autism spectrum disorders: changes over time and their meaning. *Acta Paedictrica*, *94*, 2-15.

Rutter, M., & Quinton, D. (1977). Psychiatric disorders: Ecological factors and concepts of causation. In H. McGurk (Ed.), *Ecological factors in human development* (pp.173-187). Amsterdam, Holland: North-Holland.

Sabatti, C., Service, S., & Freimer, N. (2003). False discovery rate in linkage and association genome screens for complex disorders. *Genetics*, *164*, 829-833.

Saelens, B.E., Sallis, J.F., & Frank, L.D. (2003). Environmental correlates of walking and cycling: findings from the transportation, urban design, and planning literatures. *Annals of Behavioral Medicine*, *25*(2), 80-91.

Salam, M.T., Li, Y.F., Langholz, B., & Gilliland, F.D. (2004). Early-life environmental risk factors for asthma: Findings from the Children's Health Study. *Lancet*, *363*, 119-125.

Salkever, D.S. (1995). Updated estimates of earnings benefits from reduced exposure of children to environmental lead. *Environmental Research*, *70*,(1), 1-6.

Sallis, J.F. (2007, March). Angels in the details: Comment on The relationship between destination proximity, destination mix and physical activity behaviors. *Preventive Medicine*, electronic publication ahead of print.

Sallis, J.F., Bauman, A., & Pratt, M. (1998). Environmental and policy interventions to promote physical activity. *American Journal of Preventive Medicine*, *15*, 379-397.

Sallis, J.F., Frank, L.D., Saelens, B.E., & Kraft, M.K. (2004). Active transportation and physical activity: Opportunities for collaboration on transportation and public health research. *Transportation Research Part A*, 38, 249-268.

Sallis, J.F., Hovell, M.F., Hofstetter, C.R., Elder, J.P., Hackley, M., Caspersen, C.J., et al. (1990). Distance between homes and exercise facilities related to frequency of exercise among San Diego residents. *Public Health Reports, 105*, 179-185.

Sallis, J.F., Kraft, K., & Linton, L.S. (2002). How the Environment Shapes Physical Activity: A Transdisciplinary Research Agenda. *American Journal of Preventive Medicine*, *22*, 208.

Sallis, J.F., Prochaska, J.J., & Taylor, W.C. (2000). A review of correlates of physical activity of children and adolescents. *Medicine & Science in Sports & Exercise*, *32*, 963-975.

Sammel, M., Lin, X., & Ryan, L. (1999). Multivariate linear mixed models for multiple outcomes. *Statistics in Medicine, 18*, 2479-2492.

Sammel, M.D., & Ryan, L.M. (1996). Latent Variable Models with Fixed Effects. *Biometrics, 52,* 650-663.

Sammel, M.D., Ryan, L.M. & Legler, J.M. (1997). Latent variable models for mixed discrete and continuous outcomes. *Journal of the Royal Statistical Society, Series B: Methodological, 59,* 667-678.

Sampson, R.J., Raudenbush, S.W., & Earls, F. (1997). Neighborhoods and violent crime: A multilevel study of collective efficacy. *Science, 277*(5328), 918-924.

Sattler, J. (2001). *Assessment of children: Cognitive applications, (4th ed.).* Austin, TX: Pro-Ed.

Scahill, L., & Schwab-Stone, M. (2000). Epidemiology of ADHD in school-age children. *Child and Adolescent Psychiatry Clinics of North America, 9*, 541-555.

Schaefer, M.T., & Olson, D.H. (1981). Assessing Intimacy: The Pair Inventory. *Journal of Marital and Family Therapy, 7*(1), 640-653.

Schaefer, U.M., Songster, G., Xiang, A., Berkowitz, K., Buchanan, T.A., & Kjos, S.L. (1997). Congenital malformations in offspring of women with hyperglycemia first detected during pregnancy. *American Journal of Obstetrics and Gynecology, 177*(5), 1165-1171.

Scheidt, P.C. (1988). Behavioral research toward prevention of childhood injury: Report of a workshop sponsored by The National Institute of Child Health and Human Development, Sept 3-5, 1986. *Archives of Pediatrics & Adolescent Medicine, 142*, 612-617.

Scheidt, P.C., Harel, Y., Trumble, A.C., Jones, D.H., Overpeck, M.D., & Bijur, P.E. (1995). The epidemiology of nonfatal injuries among U.S. children and youth. *American Journal of Public Health, 85*, 932-938.

Scheike, T.H., & Juul, A. (2004). Maximum likelihood estimation for Cox's regression model under nested case-control sampling. *Biostatistics, 5,* 193-206.

Schober, S.E., Sinks, T.H., Jones, R.L., Bolger, M., McDowell, M., Osterloh, J., et al. (2003). Blood mercury levels in U.S. children and women of childbearing age, 1999-2000. *Journal of the American Medical Association, 289*, 1667-1674.

Schonfelder, G., Wittfoht, W., Hopp, H., Talsness, C.E., Paul, M., & Chahoud, I. (2002). Parent bisphenol A accumulation in the human maternal-fetal-placental unit. *Environmental Health Perspectives, 110*(11), A703-707.

Schulze, A., & Downward, J. (2001). Navigating gene expression using microarrays—A technology review. *Nature Cell Biology, 3,* E190-E195.

Schulze, M.B., Liu, S., Rimm, E.B., Manson, J.E., Willett, W.C., & Hu, F.B. (2004). Glycemic index, glycemic load, and dietary fiber intake and incidence of type 2 diabetes in younger and middle-aged women. *American Journal of Clinical Nutrition, 80*, 348-356.

Schwarzenberg, S.J. & Sinaiko, A.R. (2006). Obesity and inflammation in children. *Pediatric Respiratory Reviews, 7*, 239-46.

Scott, A. (2006). Population-based case control studies. *Survey Methodology, 32,* 123-132.

Scott, A.J., & Holt, D. (1982). The effect of two-stage sampling on ordinary least squares methods. *Journal of the American Statistical Association, 77,* 848-854.

Selevan, S.G., Rice, D.C., Hogan, K.A., Euling, S.Y., Pfahles-Hutchens, A., & Bethel, J. (2003). Blood lead concentration and delayed puberty in girls. *New England Journal of Medicine, 348*(16), 1527-1536.

Semiz, S., Ozgoren, E., & Sabir, N. (2007). Comparison of ultrasonographic and anthropometric methods to assess body fat in childhood obesity. *International Journal of Obesity, 31*, 53-58.

Serdula, M.K., Ivery, D., Coates, R.J., Freedman, D.S., Williamson, D.F., & Byers, T. (1993). Do obese children become obese adults? A review of the literature. *Preventive Medicine, 22*(2), 167-177.

Sha, N., Vannucci, M., Tadesse, M.G., Brown, P.H., Dragoni, I., Davies, N., et al. (2004). Bayesian variable selection in multinomial probit models to identify molecular signatures of disease stage. *Biometrics, 60,* 812-819.

Shaffer, D., Fisher, P., Lucas, C., Dulcan, M., & Schwab-Stone, M. (2000). NIMH Diagnostic Interview Schedule for Children Version IV (NIMH DISC-IV): Description, differences from previous versions, and reliability of some common diagnoses. *Journal of the American Academy of Child & Adolescent Psychiatry, 39*, 28-38.

Sharpe, P.B, Chan, A., Haan, E.A., & Hiller, J.E. (2005). Maternal diabetes and congenital anomalies in South Australia 1986-2000: a population-based cohort study. *Birth Defects Research Part A: Clinical Molecular Teratology, 73*, 605-611.

Shaw, D.S., Keenan, K., & Vondra, J.I. (1994). Developmental precursors of externalizing behavior: ages 1 to 3. *Developmental Psychology, 30*, 355-364.

Shaw, G.M., Iovannisci, D.M., Yang, W., Finnell, R.H., Carmichael, S.L., Cheng, S., et al. (2005). Endothelial nitric oxide synthase (NOS3) genetic variants, maternal smoking, vitamin use, and risk of human orofacial clefts [Electronic version]. *American Journal of Epidemiology, 162*, 1207-1214.

Shaw, G.M., Wasserman, C.R., Murray, J.C., & Lammer, E.J. (1998). Infant TGF-alpha genotype, orofacial clefts, and maternal periconceptional multivitamin use. *Cleft Palate Craniofacial Journal, 35*, 366-370.

Shaywitz, S. (1998). Dyslexia. *New England Journal of Medicine, 338*, 307-312.

Sheehan, T.J. (1998). Stress and low birth weight: a structural modeling approach using real life stressors. *Social Science and Medicine, 47,* 1503-1512.

Shih, M.C. & Whittemore, A.S. (2002). Tests for genetic association using family data. *Genetic Epidemiology, 22*, 128-145.

Shonk, S., & Cicchetti, D. (2001). Maltreatment, Competency Deficits, and Risk for Academic and Behavioral Maladjustment. *Developmental Psychology, 37*, 3-17.

Shonkoff, J.P., & Phillips, D.A., (Eds.). (2000). *Neurons to neighborhoods: The science of early childhood development. Board on children, youth, and families.* Washington, DC: National Research Council and Institute of Medicine, National Academy Press.

Sigurs, N., Gustafsson, P.M., Bjarnason, R., Lundberg, F., Schmidt, S., Sigurbergsson, F., et al. (2005). Severe respiratory syncytial virus bronchiolitis in infancy and asthma and allergy at age 13. *American Journal of Respiratory and Critical Care Medicine, 171,* 137-141.

Silva, M.J., Barr, D.B., Reidy, J.A., Malek, N.A., Hodge, C.C., Caudill, S.P., et al. (2004). Urinary levels of seven phthalate metabolites in the U.S. population from the National Health and Nutrition Examination Survey (NHANES) 1999-2000. *Environmental Health Perspectives, 112*, 331-338.

Silva, M.J., Slakman, A.R., Reidy, J.A., Preau, J.L., Jr., Herbert, A.R., Samandar, E., et al. (2004). Analysis of human urine for 15 phthalate metabolites using automated solid phase extraction. *Journal of Chromatography B, 805,* 161-167.

Silver, R.I. (2000). What is the etiology of hypospadias? A review of recent research. *Delaware Medical Journal, 72*(8), 343-347.

Silver, R.I., & Russell, D.W. (1999). 5-alpha-reductase type 2 mutations are present in some boys with isolated hypospadias. *Journal of Urology, 162,* 1142-45.

Simons, E., & Wood, R.A. (2004). Distribution and reproducibility of spirometric response to ozone by gender and age. *Pediatrics, 114,* 538.

Simpson, A., Soderstrom, L., Ahlstedt, S., Murray, C.S., Woodcock, A., & Custovic, A. (2005). IgE antibody quantification and the probability of wheeze in preschool children. *Journal of Allergy and Clinical Immunology, 116,* 744-749.

Sinha, R., Fisch, G., Teague, B., Tamborlane, W., Banyas, B., Allen, K., et al. (2002). Prevalence of impaired glucose tolerance among children and adolescents with marked obesity. *New England Journal of Medicine, 346*, 802-810.

Skakkebaek, N.E., Rajpert-De Meyts, E., & Main, K.M. (2001). Testicular dysgenesis syndrome: an increasingly common developmental disorder with environmental aspects. *Human Reproduction, 16,* 972-978.

Skinner, C.J. (1989). Domain means, regression and multivariate analysis. In C.J. Skinner, D. Holt, & T.M.F. Smith (Eds.), *Analysis of Complex Surveys* (pp.59-88), Chichester, England: Wiley.

Skinner, C.J., Holt, D., & Smith, T.M.F., (Eds.), (1989). *Analysis of complex surveys*. New York: John Wiley & Sons.

Slotkin, T.A. (1999). Developmental cholinotoxicants: nicotine and chlorpyrifos. *Environmental Health Perspectives, 107*, 71-80.

Snow, C.E. (1993). Families as social contexts for literacy development. *New Directions for Child Development, 61*, 11-24.

Sorlie, T., Perou, C.M., Tibshirani, R., Aas, T., Geisler, S., Johnsen, H., et al. (2001). Gene expression patterns of breast carcinomas distinguish tumor subclasses with clinical implications. *Proceedings of the National Academy of Sciences USA, 98*, 10869-10874.

Sorlie, T., Wang, Y., Xiao, C., Johnsen, H., Naume, B., Samaha, R.R., et al. (2006). Distinct molecular mechanisms underlying clinically relevant subtypes of breast cancer: gene expression analyses across three different platforms. *BMC Genomics, 7*, 127.

Spielman, R.S., & Ewen, W.J. (1996). The TDT and other family-based tests for linkage disequilibrium and association. *American Journal of Human Genetics, 59*, 983-989.

Sroufe, L.A. (1979). The coherence of individual development. *American Psychologist, 34*, 834-841.

Sroufe, L.A., & Waters, E. (1977). Attachment as an organizational construct. *Child Development, 48*, 1184-1199.

Stapp, J.P. (1957). Human tolerance to deceleration. *American Journal of Surgery, 93*, 734-740.

Steer, P. (2006). The epidemiology of preterm labour-why have advances not equated to reduced incidence? *British Journal of Gynecology, 113*(Suppl. 3), 1-3.

Stein, A.D., Kahn, H.S., Rundle, A., Zybert, P.A., van der Pal-de Bruin, K., & Lumey, L.H. (2007). Anthropometric measures in middle age after exposure to famine during gestation: evidence from the Dutch famine. *American Journal of Clinical Nutrition, 85*, 869-876.

Stein, R.T., & Martinez, F.D. (2004). Asthma phenotypes in childhood: Lessons from an epidemiological approach. *Pediatric Respiratory Reviews, 5*(2), 155-161.

Stevens-Simon, C., Thureen, P., Barrett, J., & Stamm, E. (2001). Skinfold caliper and ultrasound assessments of change in the distribution of subcutaneous fat during adolescent pregnancy. *International Journal of Obesity and Related Metabolic Disorders, 25*, 1340-1345.

Strauss, W.J., Lehman, J., Morara, M., & Ryan, L. (2003). *Development of exposure assessment study design for the national children's study: simulation of exposure and health outcome research sub-samples for guiding environmental sampling design options*. Technical Report submitted by Battelle to the U.S. Environmental Protection Agency, National Exposure Research Laboratory under Task 4 of Task Order 19 on Contract 68-99-011.

Sturm, R., Ringel, J., Bao, C., Stein, B., Kapur, K., Zhang, W., et al. (2000). National Estimates of Mental Health Utilization and Expenditures for Children in 1998, Working Paper No. 205. In National Advisory Mental Health Council's Workgroup on Child and Adolescent Mental Health Intervention Development and Deployment, (2001), *Blueprint for Change: Research on Child and Adolescent Mental Health* [NIH Publication No. 01-4985, p. 93]. Rockville, MD: National Institute of Mental Health.

Subar, A.F., Kipnis, V., Troiano, R.P., Midthune, D., Schoeller, D.A., Bingham, S., et al. (2003). Using intake biomarkers to evaluate the extent of dietary misreporting in a large sample of adults: The OPEN Study. *American Journal of Epidemiology, 158*, 1-13.

Suh, D., Davis, P., Hopkins, K., Fajman, N., & Mapstone, T. (2001). Nonaccidental pediatric head injury: diffusion-weighted imaging findings. *Neurosurgery, 49*, 309-320.

Suh, H.H., Bahadori, T., Vallarino, J., & Spengler, J.D. (2000). Criteria air pollutants and toxic air pollutants. *Environmental Health Perspectives, 108*, 625-633.

Sui, G., Zhou, S., Wang, J., Canto, M., Lee, E.E., Eshleman, J.R., et al. (2006). Mitochondrial DNA mutations in preneoplastic lesions of the gastrointestinal tract: A biomarker for the early detection of cancer. *Molecular Cancer, 5*, 73.

Sunyer, J. (2001). Urban air pollution and chronic obstructive pulmonary disease: A review. *European Respiratory Journal, 17*, 1024-1033.

Suomi, S.J. (2004). How gene-environment interactions shape biobehavioral development: lessons from studies with rhesus monkeys. *Research in Human Development, 1*, 205-222.

Swan, S.H., Main, K.M., Liu, F., Stewart, S.L., Kruse, R.L., Calafat, A.M., et al. (2005). Study for Future Families Research Team. *Environmental Health Perspectives, 113*(8), 1056-61.

Tadesse, M.G., Sha, N., & Vannucci, M. (2005). Bayesian variable selection in clustering high-dimensional data. *Journal of the American Statistical Association, 100*, 602-617.

Tai, Y.C., & Speed, T.P. (2006). A multivariate empirical Bayes statistic for replicated microarray time course data. *Annals of Statistics, 34*, 2387-2412.

Talsness, C.E., Shakibaei, M., Kuriyama, S.N., Grande, S.W., Sterner-Kock, A., Schnitker, P., et al. (2005). Ultrastructural changes observed in rat ovaries following in utero and lactational exposure to low doses of a polybrominated flame retardant. *Toxicology Letters, 157*(3), 189-202.

Tang, P., Ash, J., Bates, D., Overhage, M., & Sands, D. (2006). Personal Health Records: Definitions, Benefits, and Strategies for Overcoming Barriers to Adoption. *Journal of the American Medical Informatics Association, 13*, 121-126.

Taussig, L.M., Wright, A.L., Holberg, C.J., Halonen, M., Morgan, W.J., & Martinez, F.D. (2003). Tucson Children's Respiratory Study: 1980 to present. *Journal of Allergy & Clinical Immunology, 111*(4), 661-75; quiz 676.

Taylor, W., & Newacheck, P. (1992). Impact of childhood asthma on health. *Pediatrics, 9*, 657-662.

*The Challenges of Autism—Why the Increased Rates?* Hearings before the Committee on Government Reform, House of Representatives, 106th Cong., (2000, April 6) (testimony of Deborah G. Hirtz, M.D.).

The International HapMap Consortium. (2005). A haplotype map of the human genome. *Nature, 437*, 1299-1320.

The SEARCH Writing Group. (2004). SEARCH for Diabetes in Youth: a Multi-Center Study of the Prevalence, Incidence and Classification of Diabetes Mellitus in Youth. *Controlled Clinical Trials, 25*, 458-471.

Tholin, S., Rasmussen, F., Tynelius, P., & Karlsson, J. (2005). Genetic and environmental influences on eating behavior: The Swedish Young Male Twins Study. *American Journal of Clinical Nutrition, 81*, 564-569.

Thompson, M.E. (1988). Superpopulation models. In D.L. Banks, B. Campbell, & S. Kotz (Eds.), *Encyclopedia of Statistical Sciences* (Vol. 9, pp. 93-99). New York: Wiley.

Thompson, R.A. (1988). Emotion and self-regulation. In R. Dienstbier & R.A. Thompson (Eds.) *Socioemotional development: Nebraska symposium on motivation* (vol. 36, pp. 367-467). Lincoln, NE: University of Nebraska Press.

Thompson, R.A. (1999). Early attachment and later development. In J. Cassidy & P.R. Shaver (Eds.), *Handbook of attachment: Theory, research, and clinical applications* (pp. 265-286). New York: Guilford.

Thornton, T.N., Craft, C.A., Dahlberg, L.L., Lynch, B.S., & Baer, K. (2002). *Best practices of youth violence prevention, A sourcebook for community action (Rev.).* Atlanta: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control.

Thornton-Wells, T.A., Moore, J.H., & Haines, J.L. (2004). Genetics, statistics and human disease: analytical retooling for complexity. *Trends in Genetics, 20*, 640-647.

Towbin, J.A., Lowe, A.M., Colan, S.D., Sleeper, L.A., Orav, E.J., Clunie, S., et al. (2006). Incidence, causes, and outcomes of dilated cardiomyopathy in children. *Journal of the American Medical Association, 296*(15), 1867-1876.

Troxel, A.B., Ma, G., & Heitjan, D.F. (2004). An index of local sensitivity to nonignorability. *Statistica Sinica, 14*, 1221-1237.

U.S. Census Bureau. (2001). Out of Order 1999: Housing Profile. *American Housing Brief*, AHB/01-1.

U.S. Census Bureau. (2006). Current Housing Reports, Series H150/05, *American Housing Survey for the United States: 2005*. Washington, DC: U.S. Government Printing Office.

U.S. Department of Agriculture. (2003). Natural Resources Conservation Services. National Resources Inventory: Urbanization and Development of Rural Lands. Retrieved September, 10, 2003 from http://www.nrcs.usda.gov/technical/land/nri01/urban.pdf

U.S. Department of Agriculture/Environmental Protection Agency. Pesticide Database Program (PDP). http://www.ams.usda.gov/science/pdp

U.S. Department of Education, National Center for Education Statistics. (2000). Early Childhood Longitudinal Study, Birth Cohort (ECLS-B). Retrieved from http://nces.ed.gov/pubsearch/getpubcats.asp?sid=024

U.S. Department of Health and Human Services [DHHS]. (2000). Mental health: A report of the Surgeon General. *Professional Psychology: Research and Practice*, *31*(1), 5-13.

U.S. Department of Health and Human Services, Administration of Children, Youth, and Families. (2004). *Child Maltreatment 2002.* Washington, DC: U.S. Government Printing Office.

U.S. Environmental Protection Agency [EPA]. (2000), Dietary Exposure Assessment Module. In L.M. Barraj, B.J. Petersen, J.R. Tomerlin, & A.S. Daniel, Background Document for the Sessions: Dietary Exposure Evaluation Model (DEEM™) and DEEM™ Decompositing Procedure and Software. Presentation to FIFRA Scientific Advisory Panel (SAP), Arlington, Va. Retrieved from http:// www.epa.gov/scipoly/sap/meetings/2000/february/ final_sap_document_feb_1_2000.pdf

U.S. Environmental Protection Agency [EPA]. Dietary Exposure Potential Model (DEPM) [Computer software]. Retrieved from http://www.epa.gov/microbes/depm.htm

U.S. Food and Drug Administration, Center for Food Safety and Applied Nutrition. (2007). Total Diet Study. (TDS). Retrieved June 10, 2007, from http://www.cfsan.fda.gov/~comm/tds-toc.html

Valiente, C., Eisenberg, N., Smith, C., Reiser, M., Fabes, R., Losoya, S., et al. (2003). The relations of effortful control and reactive control to children's externalizing problems: A longitudinal assessment. *Journal of Personality, 71,* 1171-1196.

Van Gaal, L.F., Mertens, I.L., & De Block, C.E. (2006). Mechanisms linking obesity with cardiovascular disease. *Nature*, *444*, 875-80.

Varner, M.W., & Esplin, M.S. (2005). Current understanding of genetic factors in preterm birth. *BJOG: An International Journal of Obstetrics and Gynaecology, 112*(Suppl. 1), 28-31.

Venter, J.C., Adams, M., Myers, E., Li, P., Mural, R., Sutton, G., et al. (2001). The sequence of the human genome. *Science, 291*, 1304-1351.

Verbeke, G., Molenberghs, G., Thijs, H., Lesaffre, E., & Kenward, M. (2001). Sensitivity analysis for nonrandom dropout: A local influence approach. *Biometrics, 57*, 7-14.

Vercelli, D. (2006). Mechanisms of the hygiene hypothesis--molecular and otherwise. *Current Opinion in Immunology, 18*(6), 733-737.

Verdina, A. (2006). Carcinogen-modified DNA and specific humoral immunity toward carcinogen-DNA adducts. A review. *Annali Dell Istituto Superiore di Sanita, 42*, 189-194.

Verschueren, K., Marcoen, A., & Schoefs, V. (1996). The internal working model of the self, attachment, and competence in five-year-olds. *Child Development, 67*, 2493-2511.

Vihko, R.K., & Apter, D.L. (1986). The epidemiology and endocrinology of the menarche in relation to breast cancer. *Cancer Surveys, 5*(3), 561-571.

Viner, R. (2002). Splitting hairs. *Archives of Disease in Childhood, 86,* 8-10.

Vojta, P.J., Friedman, W., Marker, D., Clickner, R., Rogers, J., Viet, S.M., et al. (2002). First National Survey of Lead and Allergens in Housing: Survey Design and Methods for the Allergen and Endotoxin Components. *Environmental Health Perspectives, 110*(5), 527-532.

Vom Saal, F.S., & Hughes, C. (2005). An extensive new literature concerning low-dose effects of bisphenol A shows the need for a new risk assessment. *Environmental Health Perspectives, 113,* 926-933.

Von Hertzen, L.C. (2002). Maternal stress and T-cell differentiation of the developing immune system: possible implications for the development of asthma and atopy. *Journal of Allergy and Clinical Immunology, 109,* 923-928.

Vonesh, E.F., & Chinchilli, V.M. (1997). *Linear and nonlinear models for the analysis of repeated measurements.* New York: Marcel Dekker Inc.

Walker, E., Kestler, L., Bollini, A., & Hochman, K. (2004). Schizophrenia: Etiology and course. *Annual Review of Psychology, 55,* 401-430.

Wall, J.D., & Pritchard, J.K. (2005). Haplotype blocks and linkage disequilibrium in the human genome. *Nature Reviews, 4,* 587-597.

Wallace, D.C. (2005). A mitochondrial paradigm of metabolic and degenerative diseases, aging, and cancer: A dawn for evolutionary medicine. *Annual Review of Genetics, 39,* 359-407.

Wallace, D.C. (2007). Mitochondrial DNA. Presented at The National Children's Study Genetics Workshop, Washington, DC.

Wallesch, C., Curio, N., Kutz, S., Jost, S., Bartels, C., & Synowitz, H. (2001). Outcome after mild to moderate blunt head injury: effects of focal lesions and diffuse axonal injury. *Brain Injury, 15*(5), 401-412.

Wang, X., Zuckerman, B., Pearson, C., Kaufman, G., Chen, C., Wang, G., et al. (2002). Maternal cigarette smoking, metabolic gene polymorphism, and infant birth weight. *Journal of the American Medical Association, 287*(2), 195-202.

Wei, E., Hipwell, A., Pardini, D., Beyers, J.M., & Loeber, R., (2005). Block observations of neighborhood physical disorder are associated with neighborhood crime, firearm injuries and deaths, and teen births. *Journal of Epidemiology & Community Health, 59,* 904-908.

Weijers, R.N., & Bekedam, D.J. (2007). Relationship between gestational diabetes mellitus and type 2 diabetes: Evidence of mitochondrial dysfunction. *Clinical Chemistry, 53,* 377-383.

Weinberg, C., Wilcox, A., & Lie, R. (1998). A log-linear approach to case-parent triad data: assessing effects of disease genes that act directly or through maternal effects, and may be subject to parental imprinting. *American Journal of Human Genetics, 62,* 969-978.

Weiss, B. (2000). Vulnerability of children and the developing brain to neurotoxic hazards. *Environmental Health Perspectives, 108*(Suppl. 3), 375-381.

Weiss, B. (2002). Sexually dimorphic nonreproductive behaviors as indicators of endocrine disruption. *Environmental Health Perspectives, 110*(Suppl. 3), 387-391.

Welsh, J.A., Cogswell, M.E., Rogers, S., Rockett, H, Mei, Z., & Grummer-Strawn, L.M. (2005). Overweight among low-income preschool children associated with the consumption of sweet drinks: Missouri, 1999-2002. *Pediatrics, 115*, 223-229.

Wentzel, K., & Asher, S. (1995). The academic lives of neglected, rejected, popular, and controversial children. *Child Development, 66*, 754-763.

Wessels, D., Barr, D.V.C, & Mendola, P. (2003). Use of biomarkers to indicate exposure of children to organophosphate pesticides: implications for a longitudinal stud of children's environmental health. *Environmental Health Perspectives, 111*, 1939-194.

West, J., Denton, K., & Germino-Hausken, E. (2000). *America's Kindergartners: Findings From the Early Childhood Longitudinal Study, Kindergarten Class of 1998-99: Fall 1998*. Washington, DC: National Center for Education Statistics.

Westat (2002). *WesVar 4.2 User's Guide.* Rockville, MD: Westat.

Whitney, A.R., Diehn, M., Popper, S.J., Alizadeh, A.A., Boldrick, J.C., Relman, D.A., et al. (2003). Individuality and variation in gene expression patterns in human blood. *Proceedings of the National Academy of Sciences USA, 100*, 1896-1901.

Wilcox, A.J., Weinberg, C.R., & Lie, R.T. (1998). Distinguishing the effects of maternal and offspring genes through studies of "case-parent triads." *American Journal of Epidemiology, 148*, 893-901.

Williams, D.R., Neighbors, H.W., & Jackson, J.S. (2003). Racial/ethnic discrimination and health: Findings from community studies. *American Journal of Public Health, 93*, 200-208.

Wilson, V., Lambright, C., Furr, J., Ostby, J., Wood, C., Held, G., et al. (2004). Phthalate ester-induced gubernacular lesions are associated with reduced insl3 gene expression in the fetal rat testis. *Toxicology Letters, 146*, 207-215.

Windham, G.C., Bottomley, C., Birner, C., & Fenster, L. (2004). Age at Menarche in Relation to Maternal Use of Tobacco, Alcohol, Coffee, and Tea During Pregnancy. *American Journal of Epidemiology, 159*(9), 862-871.

Winsley, R.J., Fulford, J., MacLeod, K.M., Ramos-Ibanez, N., Williams, C.A., & Armstrong, N. (2005). Prediction of visceral adipose tissue using air displacement plethysmography in children. *Obesity Research, 13*, 2048-2051.

Withlow, B.J., Chatzipapas, I.K., Lazanakis, M.L., Kadir, R.A., & Economides, D.L. (1999). The value of ultrasonography in early pregnancy for the detection of fetal abnormalities in an unselected population. *British Journal of Obstetrics and Gynaecology, 106*, 929-936.

Wolf, C.J., Ostby, J.S., & Gray, L.E., Jr. (1999). Gestational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) severely alters reproductive function of female hamster offspring. *Toxicological Science*, *51*(2), 259-264.

Wright, C.M., Sherriff, A., Ward, S.C., McColl, J.H., Reilly, J.J., & Ness, A.R. (2007, March 14). Development of bioelectrical impedance-derived indices of fat and fat-free mass for assessment of nutritional status in childhood. *European Journal of Clinical Nutrition,* electronic publication ahead of print.

Wu, T., Buck, G.M., & Mendola, P. (2003). Blood lead levels and sexual maturation in U.S. girls: The Third National Health and Nutrition Examination Study, 1988-94. *Environmental Health Perspectives, 111*(5), 737-741.

Yakes, F.M., & Van, H.B. (1997). Mitochondrial DNA damage is more extensive and persists longer than nuclear DNA damage in human cells following oxidative stress. *Proceedings of the National Academy of Sciences USA, 94*, 514-519.

Yang, Q., & Khoury, M. (1997). Evolving methods in genetic epidemiology III. Gene-environment interaction in epidemiologic research. *Epidemiological Review, 19*, 33-43.

Yeager, M., Orr, N., Hayes, R.B., Jacobs, K.B., Kraft, P., Wacholder, S., et al. (2007). Genome-wide association study of prostate cancer identifies a second risk locus at 8q24. *Nature Genetics, 39*, 645-649.

Yeargin-Allsopp, M., Murphy, C.C., Cordero, J.F., Decoufle, P., & Hollowel, J.G. (1997). Reported biomedical causes and associated medical conditions for mental retardation among 10-year-old children, metropolitan Atlanta, 1985 to 1987. *Developmental Medicine and Child Neurology, 39*, 142-149.

Yeargin-Allsopp, M., Rice, C., Karapurkar, T., Doernberg, N., Boyle, C., & Murphy, C. (2003). Prevalence of autism in a U.S. metropolitan area. *Journal of the American Medical Association, 289*(1), 49-55.

Yolken, R.H., & Torrey, E.F. (1995). Viruses, schizophrenia, and bipolar disorder. *Clinical Microbiology Review, 8*, 131-145

Zartarian, V., Bahadori, T., & McKone, T. (2005). Adoption of an official ISEA glossary. *Journal of Exposure Analysis and Environmental Epidemiology, 15*, 1-5.

Zaslow, M.J., Weinfield, N.S., Gallagher, M., Hair, E., Ogawa, J., Egeland, B., et al. (2006). Longitudinal prediction of child outcomes from differing measures of parenting in a low-income sample. *Developmental Psychology, 42*, 27-37.

Zeanah, C., Boris, N., & Scheeringa, M. (1997). Psychopathology in infancy. *Journal of Child Psychology and Psychiatry, 38*, 81-99.

Zeger, S.L., & Liang, K.Y. (1986). Longitudinal data analysis for discrete and continuous outcomes, *Biometrics, 42*, 121-130.

Zhang, J., & Bowes, W. (1995). Birth-weight-for-gestational-age patterns by race, sex, and parity in the United States population. *Obstetrics & Gynecology, 86*, 200-208.

Zondervan, K.T., & Cardon, L.R. (2004). The complex interplay among factors that influence allelic association. *Nature Reviews, 5*, 89-100.

# Chapter 19

# Revisions, Errata and Addenda

# 19. REVISIONS, ERRATA AND ADDENDA

This chapter documents revisions, changes, and additions to The National Children's Study Research Plan and Appendices, Volumes 1 and 2.

## 19.1 Revisions From Original to Version 1.1

The following revisions and additions were made to Volume 1 effective on June 20, 2007:

- Revised title of Chapter 6
- Deleted bullet point four on page 6-10, subsection "Summary of preconception visits for women with a high probability of pregnancy," Chapter 6
- Revised Table of Contents to reflect title change to Chapter 6 and addition of Chapter 19
- Added "Version 1.1" to title and changed date to "June 20, 2007"

# EXHIBIT 7



about the Study

THE NATIONAL CHILDI

about the Study | Study centers | the research | how to get involved | adjunct studies | events | news | contact us |

mission/purpose funding Study locations organization Study sponsors Study supporters Study contributors search

## What is the National Children's Study?

The National Children's Study will examine the effects of environmental influences on the health and development of more than 100,000 children across the United States, following them from before birth until age 21. The goal of the study is to improve the health and well-being of children.

The study defines "environment" broadly and will take a number of issues into account, including:

- Natural and man-made environment factors
- Biological and chemical factors
- Physical surroundings
- Social factors
- Behavioral influences and outcomes
- Genetics
- Cultural and family influences and differences
- Geographic locations

Researchers will analyze how these elements interact with each other and what helpful and/or harmful effects they might have on children's health. By studying children through their different phases of growth and development, researchers will be better able to understand the role of these factors on health and disease. Findings from the study will be made available as soon as possible as the research progresses.

The study will also allow scientists to find the differences that exist between groups of people, in terms of their health, health care access, disease occurrence, and other issues, so that these differences or disparities can be addressed.

The National Children's Study will be one of the richest information resources available for answering questions related to children's health and development and will form the basis of child health guidance, interventions, and policy for generations to come. It is anticipated that the preliminary results from the first years of the study will be available in 2009-2010.

**Children's Health Act of 2000**

Page updated - 09/22/06

Disclaimer | Accessibility | Home

USA.gov Government Made Easy

# EXHIBIT 8



news

THE NATIONAL CHILDI



January 2008

**Give Us Your Feedback**

**Provide suggestions on National Children's Study topics and child health issues you'd like covered. Please contact NCS@mail.nih.gov.**

## Upcoming Event

**National Children's Study Federal Advisory Committee Meeting**
April 22-23, 2008
Marriott Bethesda North Hotel and Conference Center, Bethesda, MD

## National Children's Study in the News

The National Children's Study continues to garner a great deal of media attention. A selection of the coverage is noted below, or you can read the full media list online.

*AAP News* -
January 2008
"Legislative update: SCHIP"

*Nature.com* -
December 24, 2007
"Budget Blow to US Science; Physics Takes a Hit Despite Earlier Promises"

*ScienceNow* -
December 18, 2007
"A Budget Too Small"

*Flushing Times Ledger* -
December 6, 2007
"CB 11 Briefed on Boro Role in Nationwide Health Survey"

**IN THIS ISSUE:**

**Feature**
- How the National Children's Study Works: Federal Collaboration

**New Study Center Announcements**
- Reaching Local and Multicultural Communities through Media

**Principal Investigator Profile**
- Maureen Durkin, Ph.D., Dr.P.H.

**Good to Know**
- New Pediatric Guidelines Released for Autism Detection, Evaluation, and Management

## Feature

### How the National Children's Study Works: Federal Collaboration

The National Children's Study lead agency partners--the National Institute of Child Health and Human Development (NICHD), the Centers for Disease Control and Prevention (CDC), the Environmental Protection Agency (EPA), and the National Institute of Environmental Health Sciences (NIEHS)--are no strangers to collaboration. Whether providing laboratory support or serving on advisory boards, each agency has contributed in some way to other federal child health research. "But the National Children's Study is so large in size and scope that it represents an opportunity and need for an unprecedented level of planning and interagency collaboration," said Sheila Newton, M.S., Ph.D., Director, Office of Policy, Planning, and Evaluation, NIEHS.



Featured: ICC members Kenneth Schoendorf, M.D., M.P.H., Scientist, and Amy Branum, M.S.P.H., Health Statistician, of the National Center for Health Statistics, CDC

***Interagency Coordinating Committee Leadership***
The Interagency Coordinating Committee (ICC) represents the Study's

*AAP News* -
December 2007
"National Children's Study Adds 22 Sites"

*Allentown Morning Call* -
December 2, 2007
"National Health Study of Children Advances"

*Journal of the American Medical Association* -
November 28, 2007
"Children's Study Grows"

*Milwaukee Journal Sentinel* -
November 25, 2007
"Child Health Study Stirs Compensation Question"

*Chicago Tribune* -
November 20, 2007
"100,000 Kids to Be Tracked"

*ScienceNow Daily News* -
November 13, 2007
"President Nixes Bill Funding NIH"

*Salt Lake Tribune* - November 11, 2007
"Mercury, Lead Tests for Babies Explored - State Pilot Study Identifies Newborns Who Have Risky Levels of the Metals"

*States News Service* -
November 8, 2007
"Congresswoman Doris Matsui Announces Passage of Funding Bill for Domestic Priorities"

*News-Medical.net* - November 6, 2007
"UMC Takes Part in Largest Ever Study of Child and Human Health"

**News Related to New Study Center Announcement: National Coverage**

**Print**

*The New York Times Magazine* - October 21, 2007
"Criminal Elements," an article on the Clean Air Act that mentions the study

main response to this need for collaboration. The ICC is the oversight body, which monitors all aspects of the Study--ranging from ways to gather participant data to how best to protect participant privacy. Its twelve representatives assure that at a high level, the mission and goals of the National Children's Study are maintained over time and that they reflect the scientific priorities of the Study's four lead agencies.

Interagency collaboration has guided the Study since its beginning. In 1997, the Task Force on Environmental Health Risks and Safety Risks to Children was established by Executive Order to further federal collaboration toward child health protection.

The Developmental Disorders Working Group of the Task Force--comprised of representatives from the NICHD, EPA, CDC, NIEHS, and other agencies--proposed a longitudinal cohort study that could fill the current research gaps concerning the relationship between the environment and child health. The Task Force accepted this proposal and the National Children's Study was conceived. By the time the Children's Health Act of 2000 authorized "a consortium of representatives from appropriate federal agencies" to lead a study of this nature, the Study's decision-making body was nearly in place. When NICHD established the Study's formal organizational structure, these agencies began meeting in an official capacity, as the ICC.

"The ICC represents a new paradigm, a new way of working together," said Marshalyn Yeargin-Allsopp, M.D., Medical Epidemiologist and Branch Chief, Developmental Disabilities Branch, Division of Birth Defects and Developmental Disabilities, CDC, and ICC member. "Sometimes the power rests with just one agency. In the case of the National Children's Study, the contributions of all the lead agencies are seen as equally important. The spirit of collaboration is definitely there."

Liz Blackburn, R.N., B.S.N., who chairs the ICC, points out that the Committee's differing viewpoints make the science better. "We have had to make some challenging decisions about the direction of the Study," said Ms. Blackburn, Coordinator of Community Affairs and Outreach at EPA's Office of Children's Health Protection and Environmental Education. "For example, to decide what types of information to collect and what is reasonable to ask of participants, without causing undue burden."

"To make these decisions, we give everyone a chance to weigh in. If there are differences of opinion, it is usually due to our varied scientific disciplines--we have pediatricians, epidemiologists, exposure and public health scientists, and policy and community outreach experts. Sometimes we need expert counsel from others to help us make the most informed decision," said Ms. Blackburn.

Each agency brings a unique perspective to the Study. With its mission rooted in child health and well being, the NICHD leads the other agencies with oversight from NICHD Director Duane Alexander, M.D. The CDC lends large-scale data collection, state-of-the-art laboratories, and community networks, while EPA brings its experience in the assessment of environmental health exposures and connections at the local level through its regional presence. NIEHS has extensive expertise examining the environmental underpinnings of human disease and how very early exposure to environmental agents can translate into disease and dysfunction later in life.

"The lead agencies bring visibility, intellectual capital, and community networks to the Study, which one agency alone could not provide," said Yvonne Maddox, Ph.D., Deputy Director of the NICHD.

*Cox News Service* -
October 5, 2007
"Huge Study of Children's Health Opening 22 New Centers"

*United Press International* -
October 5, 2007
"National Children's Study Adds 22 Centers"

*Associated Press* -
October 4-5, 2007
Articles about the Study ran on Maryland, Michigan, Mississippi, Missouri, New Mexico, North Carolina, Rhode Island and Texas AP wires

*Bloomberg* - October 4, 2007
"Childhood Health Study in U.S. Expanded; Goal Is 100,000 Kids"

*HealthDay* - October 4, 2007
"Largest Study of U.S. Children Readies for Launch"

*Reuters* - October 4, 2007
"Study of U.S. Child Health Takes Big Step Forward"

**Radio**

Segments about the new Study Center announcement aired on the following national radio networks:

*American Urban Radio Network* - October 5, 2007

*Black Radio Network* - October 5, 2007

*Hispanic Radio Network* -
October 5, 2007

*CNN Radio* - October 4, 2007

*CNN en Espanol* -
October 4, 2007

**News Related to New Study Center Announcement: Local Coverage**

Where radio and television stations are listed, segments appeared about a new study

Members of the ICC recently engaged their respective agencies in a review of the Research Plan--a detailed document that describes the need for the Study and how it will be carried out--and is currently deciding how to address major Study components such as adjunct studies and the timeline for reporting Study findings. ICC oversight helps ensure that data generated by the National Children's Study is relevant to government agencies who issue policies related to child health and development.

***Additional Federal Agency Input***
In addition to the ICC, the Federal Consortium also provides guidance to the Study. This forum, which includes representatives from multiple federal agencies, meets as needed and at the discretion of the ICC and Program Office, as part of the comprehensive Study review process. The Federal Consortium will continue to inform federal agencies about the Study's progress and to seek their input, especially as findings from the Study emerge which may impact the activities of federal agencies such as the Indian Health Service and its child health policies and programs, among other agencies.

Investigators from various sectors, including government, will also be encouraged to submit proposals to use National Children's Study data for the conduct of adjunct studies. "The Study will yield rich datasets that provide an opportunity for interagency collaboration beyond the parameters of the National Children's Study. With these data, researchers can conduct adjunct studies that will answer all sorts of questions we haven't even considered," said Dr. Maddox.

By evaluating how environmental exposures before birth and in childhood impact both child and adult health, the National Children's Study will seek answers about the root causes of many health conditions--such as obesity, asthma, and autism--which various federal agencies aim to redress. Input from these agencies and collaboration from the Study lead agencies will help ensure the best research, hopefully leading to better policies and health programs for all U.S. children.

back to top

---

**New Study Center Announcements: Reaching Local and Multicultural Communities through Media**

On October 4, the National Children's Study Program Office teamed with new Study Center staff to help announce the funding of 22 new centers in 26 Study locations. By reaching out to their local media, new Study Centers garnered media attention across the country, including major media outlets in Boston, Chicago, Detroit, St. Louis, Los Angeles, as well as smaller outlets in Texas, Minnesota and other states. Engaging newspapers, television, and radio about the Study will help generate public awareness, a critical step in preparing for recruitment. To reach additional African-American communities, Study leaders conducted 13 radio interviews at the national and local levels. Hispanic audiences were also targeted through outreach to small and large publications like Hoy, CNN en Espanol, and La Prensa (MN), resulting in a total of 79 stories overall.

back to top

---

**Principal Investigator Profile**

center announcement.

**Baltimore County, MD**

*Washington Post* -
October 15, 2007
"Contracts Awarded"

*Baltimore Sun* -
October 4, 2007
"Hopkins Part of Children's Health Study; Federally Funded Research Will Look at How Environmental Factors Affect Health"

*WBOC-TV* - October 5, 2007

*WUSA-TV* - October 4, 2007

**Bexar County, TX**

*San Antonio Express-News* -
October 4, 2007
"UTHSC's $33.7 Million Grant Will Bring National Children's Study to San Antonio"

*KENS-TV* - October 4, 2007

*WOAI-TV* - October 4, 2007

**Cache County, UT**

*Salt Lake Tribune* -
October 4, 2007
"Cache Valley to Join in National Children's Study"

*KSTU-TV* - October 5, 2007

*KSL-TV* - October 4, 2007

**Cook County, IL**

*Chicago Sun-Times* -
October 5, 2007
"Charting the Wonder Years"

*Daily Northwestern* -
October 4, 2007
"Northwestern U. to Participate in Landmark Study of Child Development"

**DeKalb County and Fayette County, GA**

*Atlanta Journal-Constitution* -
October 5, 2007

**Maureen Durkin, Ph.D., Dr.P.H.**



Dr. Maureen Durkin, Ph.D., Dr.P.H., Epidemiologist and Associate Professor of Population Health Sciences and Pediatrics at the University of Wisconsin-Madison, has spent most of her career developing methods for and investigating the epidemiology of childhood neurological disorders and injuries. She has also directed international studies of the prevalence and causes of neurodevelopmental disabilities in low income countries.

As a member of the Centers for Disease Control and Prevention's Autism and Developmental Disabilities Monitoring Network, Dr. Durkin is working to help develop U.S. population-based estimates of the prevalence of Autism Spectrum Disorder (ASD), cerebral palsy, and related disorders.

"In recent years, we have seen an increase in the number of children identified as having autism in the state of Wisconsin, nationally, and even globally," said Dr. Durkin. "This has led to concerns about whether we are facing an epidemic. Everything we've seen in the descriptive epidemiological research suggests that environmental exposures, genetics, and gene-environment interactions are contributing factors."

In September 2005, Dr. Durkin became Principal Investigator of the National Children's Study Vanguard Center for Waukesha County, Wisconsin, along with Co-Principal Investigator Chris Cronk, Ph.D., from the Medical College of Wisconsin. "With the National Children's Study, we will be able to study how gene and environmental factors interact over time to influence the development of these neurological disorders and other conditions," said Dr. Durkin.

Environmental factors include the make-up of a child's physical environment, such as exposures in soil and water. In Waukesha County, Dr. Durkin and her team will examine how rapidly changing land use patterns have impacted the environments where children live and grow.

"Waukesha is largely rural but is becoming more developed, with many of the dairy farms and other agricultural areas of the county rapidly converting into suburbs. What was a corn field yesterday is a subdivision tomorrow," she said. "These changes are happening extremely fast." No one currently knows whether there are any long-term health effects from exposure to the residual agricultural chemicals in the soil.

The Waukesha Study team will also look at health effects related to drinking water supplies. Most of the county gets its drinking water from groundwater sources containing relatively high levels of radium that leach from bedrock in the area. The groundwater is also contaminated from the use of agricultural chemicals, such as pesticides and fertilizers. Other parts of the county obtain water from nearby Lake Michigan. By comparing these two sections of the county, the National Children's Study will investigate the impact of ground and surface water contaminants on health outcomes.

In addition to studying factors in the physical environment, Study

"22 Centers Opening in Georgia for Children's Health Study"

*Atlanta Metro News* - October 5, 2007

*WUVG-TV* - October 5, 2007

**Hinds County, MS**

*Jackson Clarion Ledger* - October 4, 2007
"UMC to Participate in National Study on Children's Health"

*Mississippi Radio Network* - October 5, 2007

*WOAD-FM* - October 5, 2007

*WJTV-TV* - October 4, 2007

**Honolulu County, HI**

*Honolulu Advertiser* - October 4, 2007
"Hawaii Involved in Largest-Ever U.S. Child Health Study"

*KHLU-TV* - October 4, 2007

*KITV-TV* - October 4, 2007

**King County, WA**

*Seattle Post Intelligencer* - October 4, 2007
"UW to Embark on Ambitious Birth-to-Adulthood Health Study"

*NWCN-TV* - October 5, 2007
Los Angeles County, CA

*Orange County Register* - October 4, 2007
"UCI Awarded $25.9 Million for Children's Study"

*KMEX-TV* - October 5, 2007
Macoupin County, IL and St. Louis, MO

*St. Louis Post-Dispatch* - October 4, 2007
"SLU Gets $26 Million to Study Children's Health"

*KFTK-FM* - October 5, 2007

researchers will examine the population of Waukesha County to make county- and state-wide comparisons as well as comparisons with other Study locations. Waukesha County differs from most other Study locations--and from much of the country--in its relative affluence. Nearly 96 percent of children in Waukesha County have health insurance, compared to 88 percent nationally. Most children in the county also enjoy the benefits of early prenatal care. For example, in 93 percent of births in 2006, women had received prenatal care during their first trimester. This percentage is higher than any other county in Wisconsin and among the highest in the nation. Mothers in Waukesha County tend to be older and more highly educated at the time of delivery than the national average, with 23 percent of births in the county to women aged 35 or over, and 54 percent of mothers having a bachelor's degree or higher. The Waukesha County site provides the opportunity to examine what differences these factors make to perinatal and other outcomes when compared with other Study locations.

The Waukesha County Vanguard Center is a collaboration between the University of Wisconsin-Madison, the Medical College of Wisconsin, the National Opinion Research Center, and Marquette University.

"The Study is an unprecedented opportunity to investigate the impact of prenatal environmental factors on human reproduction and children's health and development," said Dr. Durkin. "We are extremely excited to be part of this effort."

back to top

---

## Good to Know

**New Pediatric Guidelines Released for Autism Detection, Evaluation, and Management**

The American Academy of Pediatrics (AAP) recently published new surveillance and screening recommendations to help pediatricians recognize Autism Spectrum Disorders (ASDs) earlier and initiate interventions that could help improve the lives of children affected by ASDs and their families. The guidelines were developed in response to new research showing that ASDs sometimes can be diagnosed with reasonable reliability as early as 18 months of age.

Language delays--usually around 18 months of age--typically prompt parents to consult with their child's pediatrician. However, if detected, a series of other subtle signs could also lead to an earlier ASD diagnosis. These include:

- not turning when the parent says the baby's name
- a lack of back and forth babbling between the infant and parent
- a lack of joyful expressions
- a lack of appropriate eye contact
- decreased or absent gestures (waving, pointing)[1]

Surveillance--The AAP recommends developmental surveillance at every well-child visit. This is an opportunity to identify "red flags" for ASDs.

Screening--The AAP recommends ASD screening of all children at 18 and 24 months of age, regardless of whether parents have expressed any concerns. However, an immediate evaluation is warranted if one or more of

the following "red flags," are identified:

- no babbling or pointing or other gestures by 12 months of age
- no two-word spontaneous responses by 24 months
- loss of language or social skills at any age[2]

The AAP strongly recommends beginning intervention as soon as an ASD diagnosis is suspected, instead of waiting until a diagnosis is confirmed. The family should be referred for early intervention/preschool special education services (depending on the age of the child) at the same time that a referral is made for a more comprehensive diagnostic evaluation.[3] The AAP describes how the most effective interventions for children with ASDs are programs which serve to facilitate development, encourage socialization, reduce maladaptive behaviors, and support and educate families.[4]

In addition, the AAP encourages pediatricians to become familiar with the various complementary and alternative medicine (CAM) therapies that parents often initiate; to ask families about current and past CAM use; and to provide balanced information and guidance about treatment options, while identifying potential risks or harmful effects. Researchers note that although some CAM treatments--such as the casein/gluten-free diet--are popular, there is very little scientific evidence to support or refute them.[5] Greater research is needed to fully assess their efficacy.

With respect to size, scope, and longitudinal design, the National Children's Study will provide researchers with an opportunity to evaluate the interaction of environmental and genetic influences on children with ASDs. Data from the National Children's Study may ultimately assist the scientific and medical communities in understanding more about ASDs. Such findings will help assess the effectiveness of the AAP guidelines and other ASD screening, diagnostic, and treatment recommendations that have been issued by organizations, such as the American Academy of Neurology and Child Neurology Society, the American Association of Childhood and Adolescent Psychiatry, and the Autism Society of America, among others. The National Children's Study data may also help inform the development of other guidelines relevant to the diagnosis, treatment, and management of ASDs.

back to top

[1] Johnson, C.P., Myers, S.M., The Council on Children with Disabilities. (November 5, 2007). Identification and evaluation of children with autism spectrum disorders. *Pediatrics*, 120(5): 1183-1215.

[2] Ibid.

[3] Ibid

[4] Myers, S.M., Johnson, C.P., The Council on Children with Disabilities. (November 5, 2007). Management of children with autism spectrum disorders. *Pediatrics*, 120 (5):1162-1182.

[5] Ibid

back to top

E-mail us if you have questions or comments
Visit our Web site at http://nationalchildrensstudy.gov/

*WFLD-TV* - October 4, 2007

*KMOV-TV* - October 4, 2007

*KSDK-TV* - October 4, 2007

**Marion County, WV and Westmoreland County, PA**

*Pittsburgh Post-Gazette* - October 5, 2007
"Pitt to Study Health Effects of Genetics, Environment"
*WBOY-TV* - October 12, 2007

**Nassau County, NY**

*Times-Ledger* - October 11, 2007
"CB 9 Wants Zoning to Limit Lawn Paving" *WOR-AM* - October 5, 2007

*WABC-TV* - October 4, 2007

**New Haven County, CT**

*Yale Daily News* - October 8, 2007
"Yale Gets Grant for Child Health Research"

**Providence County, RI**

*Brown Daily Herald* - October 5, 2007
"Brown Lands $14.1m NIH Award" *WJAR-TV* - October 4, 2007

*WLNE-TV* - October 4, 2007

**Ramsey County, MN**

*Minneapolis Star Tribune* - October 4, 2007
"U Chosen for National Children's Study; For this Study, U Scientists Are Really Planning Ahead" *Minneapolis Metro News* - October 4, 2007

*WCCO-AM* - October 4, 2007

*KMSP-TV* - October 6, 2007

**Rockingham County, NC**

*Greensboro News Record* - October 4, 2007
"Rockingham to Be Part of

National Health Study" *WRAL-TV* - October 5, 2007

*WUVC- TV* - October 5, 2007

**Sacramento County, CA**

*Sacramento Bee* - October 5, 2007
"Area's Kids in Major Study; County Children, Mothers to Be Enlisted for Nationwide Look at Environmental Effects on Health"

*KFBK-AM* - October 5, 2007

*KUVS-TV* - October 5, 2007

*KCRA-TV* - October 4, 2007

**San Diego County, CA**

*San Diego Union-Tribune* - October 5, 2007
"Major Child-Health Study Planned; Long-Term Research Will Need 1,000 Area Families"

*XETV-TV* - October 5, 2007

**Schuylkill County, PA and New Castle County, DE**

*Philadelphia Inquirer* - October 8, 2007
"Children's Health Topic of Big Study"

*The News Journal* - October 4, 2007
"NC Co. selected for National Children's Study"

*KYW-AM* - October 5, 2007

*Radio PA Network* - October 5, 2007

*WPVI-TV* - October 5, 2007

**Valencia County, NM**

*Albuquerque Tribune* - October 6, 2007
"Valencia County Kids in National Study"

*KBIM-TV* - October 5, 2007

The National Children's Study is led by a consortium of federal agency partners:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health
Centers for Disease Control and Prevention
U.S. ENVIRONMENTAL PROTECTION AGENCY

*KOB-TV* - October 4, 2007

**Wayne County, MI**

*Detroit Free Press* -
October 4, 2007
"National Study on Child Health to Include Wayne County Babies"

*WDET-FM* - October 5, 2007

*WJR-AM* - October 5, 2007

*WJBK-TV* - October 5, 2007

**Worcester County, MA**

*Boston Globe* -
October 4, 2007
"UMass Participating in Long-Term Study of Child Health"

*Worcester Telegram & Gazette* - October 4, 2007
"UMass Medical Taking Close Look at Children's Health"

**Coverage Prior to New Study Center Announcement**

*Wisconsin Radio Network* -
September 24, 2007
"Waukesha Co. Part of National Children's Health Study"

*Milwaukee Journal Sentinel* -
September 9, 2007
"National Child Health Study Narrows Focus: 7 Aspects Set for Research; Waukesha-Area Families to be Recruited in '08"

*Nature* - August 31, 2007
"Allegations of Bias Cloud Conflicting Reports on Bisphenol A's Effects - The Chemical's Links to Reproductive Problems are Hotly Disputed"

*Associated Press (SD)* -
August 12, 2007
"SDSU to Help Kick Off Children's Study"

---

Page updated - 02/08/08

Disclaimer | Accessibility | Home

# EXHIBIT 9



**Peter Scheidt, MD, MPH**
**National Institute of Child Health and Human Development, NIH**
**Department of Health and Human Services**

THE NATIONAL CHILDREN'S STUDY



# PL 106-310: Children's Health Act of 2000



- (a) PURPOSE - … to authorize NICHD to conduct a national longitudinal study of environmental influences (including physical, chemical, biological, and psychosocial) on children's health and development.

- (b) IN GENERAL - The Director of NICHD shall establish a consortium of representatives from appropriate Federal agencies (including the CDC and EPA) to:
  - (1) plan, develop, and implement a prospective cohort study, from birth to adulthood, to evaluate the effects of both chronic and intermittent exposures on child health and human development; and
  - (2) investigate basic mechanisms of developmental disorders and environmental factors, both risk and protective, that influence health and developmental processes…

- (e) AUTHORIZATION OF APPROPRIATIONS - There are authorized to be appropriated to carry out this section $18,000,000 for fiscal year 2001, and such sums as may be necessary for each the fiscal years 2002 through 2005.

# NCS Lead Federal Agencies

- Health and Human Services (HHS)
  - National Institutes of Health (NIH)
    - National Institute of Child Health and Human Development (NICHD)
    - National Institute of Environmental Health Sciences (NIEHS)
  - Centers for Disease Control and Prevention
- U.S. Environmental Protection Agency



# Study Concepts



- Aims
  - Identify potential environmental effects: harmful, harmless, helpful
  - For important conditions and diseases of children, identify potential preventable causes
  - National resource for future studies
- Exposure begins with pregnancy and before
- Has power to study high-priority conditions (n~100,000)
- Gene-environment interaction
- Hypothesis driven
- National resource for future studies

# Planning the National Children's Study

- Federally Chartered Advisory Committee
- Twenty-two Working Groups
- Workshops*
  - Completed - 28
- Pilot studies*
  - Completed – 10
  - In progress - 12
- Scientific reviews & white papers*
  - Completed – 12
  - In progress - 4
- More than 2,500 individuals contributed to the scientific development thus far and there is much more to do.

* http://www.nationalchildrensstudy.gov/



# THE NATIONAL CHILDREN'S STUDY

HEALTH GROWTH ENVIRONMENT

## WHAT IS THE NATIONAL CHILDREN'S STUDY?

The National Children's Study w[illegible] examine the effects of environmen[illegible] influences on the health and development of more than 100,00[illegible] children across the United States, following them from before birth [illegible] age 21. The goal of the study is t[illegible] improve the health and well-being [illegible] children.

For more information click here.

about the Study | the research | how to get involved | events | news | contact us

Join Study Assembly/Receive E-Mail Updates



## Study News and Related Events

- NEW! National Children's Study Assembly Meeting, November 29-30, 2005
- NEW! National Children's Study Fall Update September 2005

search

Enter Search Text Here GO



the research

THE NATIONAL CHILDREN'S STUDY
HEALTH GROWTH ENVIRONMENT

about the Study | the research | how to get involved | events | news | contact us

Study plan | methods development & pilot studies | workshop reports | reviews & analytic reports | contributors to the Study | hypotheses | search | GO

**Reviews and Analytic Reports**

To inform and develop methods for the Study, various literature reviews, analyses, and "white papers" have been produced. They are continually being added to this section of the Web site.

Environmental Health Perspectives 2005 Mini-Monographs

- Lessons Learned from the NIEHS/EPA Centers for Children's Environmental Health and Disease Prevention Research for the National Children's Study
- Principles and Practices of Neurodevelopmental Assessment in Children: Lessons Learned from the Centers for Children's Environmental Health and Disease Prevention Research
- Lessons Learned for the Study of Childhood Asthma from the Centers for Children's Environmental Health and Disease Prevention Research
- Methodologic and Logistic Issues in Conducting Longitudinal Birth Cohort Studies: Lessons Learned from the Centers for Children's Environmental Health and Disease Prevention Research
- Lessons Learned for the Assessment of Children's Pesticide Exposure: Critical Sampling and Analytical Issues for Future Studies
- Air Pollution Exposure Assessment for Epidemiologic Studies of Pregnant Women and Children: Lessons Learned from the Centers for Children's Environmental Health and Disease Prevention Research
- Community-Based Participatory Research: Lessons Learned from the Centers for Children's Environmental Health and Disease Prevention Research

Assessing Social-Emotional Development in Children From a Longitudinal Perspective for the National Children's Study

Assessing Social-Emotional Development in Children From a Longitudinal Perspective for the National Children's Study: Compendium of Measures

Final White Paper with Executive Summary: Measurement and Analysis of Exposures to Environmental Pollutants and Biological Agents during the National Children's Study, 11/19/04

Final Report, Use of 1) Sensors and 2) Radio Frequency ID (RFID) for the National Children's Study, 08/25/04



ehp Environmental Health PERSPECTIVES

About EHP | Publications | News By Topic | Authors | Subscribe | Press | International | Email Alerts

*Environmental Health Perspectives* (*EHP*) is a monthly journal of peer-reviewed research and news on the impact of the environment on human health. *EHP* is pı the National Institute of Environmental Health Sciences and its content is free online. Print issues are available by paid subscription

Current Issue | EHP-In-Press



Volume 113, Number 11
November 2005

*EHP*-In-Press

Past Issues

Children's Health

Environmental Medicine

Toxicogenomics

Mini-Monographs

Inside *EHP*

Important Notice

NIEHS considers phasing out institute sponsorship of *EHP*.

Click here to learn more.

Abstract | Full | PDF | Citation in PubMed

*Environmental Health Perspectives* Volume 113, Number 10, October 2005

Mini-Monograph

# Lessons Learned for the National Children's Study from the National Institute of Environmental Health Sciences/U.S. Environmental Protection Agency Centers for Children's Environmental Health and Disease Prevention Research

**Carole A. Kimmel,[1] Gwen W. Collman,[2] Nigel Fields,[3] and Brenda Eskenazi[4]**

[1]National Children's Study Interagency Coordinating Committee, National Center for Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Washington, DC, USA; [2]Division of Extramural Research and Training, National Institute of Environmental Health Sciences, National Institutes of Health, Department of Health and Human Services, Research Triangle Park, North Carolina, USA; [3]National Center for Environmental Research, Office of Research and Development, U.S. Environmental Protection Agency, Washington, DC, USA; [4]Center for Children's Environmental Health Research, School of Public Health, University of California, Berkeley, California, USA

**Abstract**
This mini-monograph was developed to highlight the experiences of the National Institute of Environmental Health Sciences (NIEHS)/U.S. Environmental Protection Agency (EPA) Centers for Children's Environmental Health and Disease Prevention Research, focusing particularly on several areas of interest for the National Children's Study. These include general methodologic issues for conducting longitudinal birth cohort studies and community-based participatory research and for measuring air pollution exposures, pesticide exposures, asthma, and neurobehavioral toxicity. Rather than a detailed description of the studies in each of the centers, this series of articles is intended to provide information on the practicalities of conducting such intensive studies and the lessons learned. This explication of lessons learned provides an outstanding opportunity for the planners of the National Children's Study to draw on past experiences that provide information on what has and has not worked when studying diverse multiracial and multiethnic groups of children with unique urban and rural exposures. The Children's Centers have addressed and overcome many hurdles in their efforts to understand the link between environmental exposures and health outcomes as well as interactions between exposures and a variety of social and cultural factors. Some of the major lessons learned include the critical importance of long-term studies for assessing the full range of developmental consequences of environmental exposures, recognition of the unique challenges presented at different life stages for both outcome and exposure measurement, and the importance of ethical issues