

# Implementing the National Children's Study



- The Study Sample
  - Considerations
    - Six reviews, analyses, white papers
    - Panel of national experts
    - NCS Advisory Committee
  - A probability sample
    - Exposure-outcome relationships apply to all of our children
    - Assures the highest likelihood of not missing important exposures

# National Children's Study Locations

Vanguard locations: Study Centers awarded (bold)
Vanguard locations: Study Centers pending award (italic)




THE NATIONAL CHILDREN'S STUDY
HEALTH GROWTH ENVIRONMENT

November 2005

# Implementing the National Children's Study

- Centers to conduct the NCS important for:
  - Expertise and input
  - Capability and facilities
  - Support and ownership
- Center-based implementation of a national probability sample is challenging and unique, requiring:
  - Flexibility and adaptation to the scientific design
  - Creativity
  - Strong, effective coordination

# Sites vs. Centers

- Sites—geographic locations (counties) from which participants will be recruited
  - Selected by stratified probability sample of primary sampling units
  - 105 sites
- Centers—entities or institutions that will carry out study at the sites
  - Selected by a competitive process
  - Each will cover more than one site
  - 30-50 centers



# Today at the National Children's Study



- A very busy and very exciting place
- Transforming the Study Plan into the Study Protocol
- Establishing the infrastructure and machinery to carry out the Study
- Relating to interest in the study at all levels
  - Public and potential participants
  - Communities
  - Local and regional organizations
  - Advocacy groups
  - Scientific community & organizations
  - The Administration and Congress
  - International

# Interest and Responses to the National Children's Study

- Media Placements to Date
  - 138 print placements
  - 206 online placements
  - 184 television placements
  - 29 radio placements
  - **557 total media placements with a total estimated audience of 49,624,799**



# Interest and Responses to the National Children's Study



## Highlighted Media Outlets

- U.S. News and World Report (3 articles in the last 3 years)
- Associated Press (3 articles in last 2 years)
- Washington Post
- USA Weekend
- Los Angeles Times
- Journal of the American Medical Association
- CNN American Morning
- CNN Headline News
- Health Day
- Science
- Lancet
- Nature
- American Medical News
- Reuters
- United Press International
- Knight Ridder
- New York Daily News
- Newsday
- Philadelphia Inquirer
- Chicago Tribune

# Responses and Comments are Universally Positive and Supportive

Philadelphia Enquirer editorial, Sept. 30, 2005

"**Needed: Data, patience and funding**

...The picture that emerges should be invaluable in pinpointing the greatest threats to children's health and development, and for setting policy that best supports the nation's 73 million youngsters under 18. ...

The organizers of the study are launching it knowing the government has allocated only a small chunk of the overall cost. There is no way, of course, to guarantee funding 20 years in advance. Here's hoping the data gleaned will be so compelling that the study is fully supported to its end."

# Interest and responses to the National Children's Study

## Responses in Vanguard Communities

- "This study is an opportunity to assist this nation to answer vital health concerns." - Joseph DiMino, Director Montgomery County Health Department
- "Research into what causes autism, whether it is genetic or environmental - or a combination of both - will change lives." - Sarah Christensen, Salt Lake City, mother of autistic child
- "Maybe they [the National Children's Study] can come here and bring attention to the problems (lack of health insurance and dental care)." – Greg Bounds, Medical Center Director, Duplin County
- "This is a wonderful opportunity for the county to participate in a national public health study. It will provide crucial information nationally, and ...valuable insights on local health issues." – Thomas Hefty, Waukesha County Executive

# Interest and responses to the National Children's Study

## Some of the 49 organizations expressing support for the National Children's Study*

- Ambulatory Pediatric Association
- American Academy of Pediatrics
- American Association on Mental Retardation
- American Chemistry Council
- American College of Obstetricians & Gynecologists
- American Educational Research Association
- American Pediatric Society
- American Psychological Association
- American Society for Pediatric Nephrology
- Association of American Medical Colleges
- Association of Medical School Pediatric Chairs
- Association of University Centers on Disabilities (AUCD)
- Children's Environmental Health Network (CEHN)
- COSSA (Consortium of Social Science Associations)
- Easter Seals
- First Candle/SIDS Alliance
- Genetic Alliance
- Jeffrey Modell Foundation
- Learning Disabilities Association of America
- March of Dimes
- National Association of Pediatric Nurse Practitioners (NAPNAP)
- National Black Child Development Institute
- National Center for Learning Disabilities
- National Family Planning and Reproductive Health Association
- National Healthy Mothers, Healthy Babies Coalition
- Population Association of America
- Society for Maternal Fetal Medicine
- Society for Pediatric Research
- Society for Research in Child Development
- Society for the Study of Reproduction
- The Arc of the United States
- The Catholic Health Association of the United States
- United Cerebral Palsy
- United States Conference of Catholic Bishops

*Statements of support at: http://nationalchildrensstudy.gov/about/mission/supporters.cfm

# This National Children's Study Assembly Meeting

- Strategically placed at the intersections of:
  - Planning for the NCS
  - Establishing of the first Centers to begin the Study
  - Preparing for the remaining Centers to carry out the full Study
- Goals of meeting
  - Introduce the first Centers
  - Share scientific developments and progress
  - Address challenges in moving forward

# Challenges for the National Children's Study

- The President's Task Force on Environmental Health and Safety Risks to children, January 2000 – "BE BOLD"
- The national probability sample for Centers to implement is a bold challenge.
- Responses to this challenge were uncertain.
- How has the research community responded to this challenge?

# Vanguard Centers of the National Children's Study

## Vanguard Center for Duplin County, North Carolina:

University of North Carolina at Chapel Hill with Battelle Memorial Institute and Duke University

*Principal Investigator: Barbara Entwisle, PhD*

*Principal Investigator: David Savitz, PhD*

*University of North Carolina at Chapel Hill*

# Vanguard Centers of the National Children's Study

## Vanguard Center for Orange County, California:

University of California-Irvine with Children's Hospital of Orange County

*Principal Investigator: James Swanson, PhD, University of California-Irvine*



# Vanguard Centers of the National Children's Study



## Vanguard Center for Queens, New York:

Mount Sinai School of Medicine with Columbia University Mailman School of Public Health, New York City Department of Health and Mental Hygiene, University of Medicine and Dentistry of New Jersey, and Columbia University Department of Obstetrics and Gynecology

*Principal Investigator: Philip Landrigan, MD, MSc, Mt. Sinai School of Medicine*



# 10:00 – 10:30

## Break

# ATTEND POSTERS

# Vanguard Centers of the National Children's Study

**Vanguard Center for Montgomery County, Pennsylvania:**

Children's Hospital of Philadelphia and Drexel University

School of Public Health with University of Pennsylvania

*Principal Investigator: Donald F. Schwarz, MD, MPH, MBA, Children's Hospital of Philadelphia*

*Principal Investigator: Jennifer Culhane, PhD, MPH, Drexel University*




## Vanguard Center for Waukesha County, Wisconsin:

University of Wisconsin-Madison with Medical College of Wisconsin, National Opinion Research Center, Marquette University, UW Marine and Freshwater Biomedical Sciences Center/Institute for Environmental Health, and Children's Service Society of Wisconsin

*Principal Investigator: Maureen Durkin, PhD, DrPH, University of Wisconsin-Madison*

*Co-Principal Investigator: Chris Cronk, ScD, Medical College of Wisconsin*



# Vanguard Centers of the National Children's Study



## Vanguard Center for Salt Lake County, Utah:

University of Utah

*Principal Investigator: Edward B. Clark, MD, University of Utah*



# Vanguard Centers of the National Children's Study



**Vanguard Center for Brookings County, South Dakota and Lincoln/ Pipestone/Yellow Medicine Counties, Minnesota:**

South Dakota State University

*Principal Investigator: Bonny Specker, PhD, South Dakota State University*



# Coordinating Center of the National Children's Study



## Coordinating Center:

Westat with University of Pennsylvania, Harvard Medical School (Harvard Pilgrim Health Care), Daston Communications, The Helix Group, The Media Network, Syntaxis, Southwest Research Institute, Claritas, Inc., and Peters Consulting, Inc.

*Principal Investigator: Carla E. Maffeo, PhD, Westat*

# EXHIBIT 10

DHHS: 275- OMB -0115

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 12 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 2 | 12/17/04 | | |

6. ISSUED BY CODE

National Institutes of Health
NICHD Contracts Management Branch
6100 Building, Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510

7. ADMINISTERED BY *(If other than Item 5)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

(√)

9A. AMENDMENT OF SOLICITATION NO.
RFP NICHD-2004-07

9B. DATED *(SEE ITEM 11)*
12/22/2004

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, X is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (√) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO FAR 52.243-2. THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) and Contract ARTICLE B.4. |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor __ is not, _ is required to sign this document and return __________ copy to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This amendment includes the following information and attachments:

(1) Information concerning contractors and subcontractors who have participated in development of the National Children's Study (NCS or Study);
(2) Revised Vanguard Location in Minnesota;
(3) Corrections, and clarifications resulting from questions received;
(4) An attached complete transcript of the Pre-proposal Conference of 12/01/2004;
(5) Attached Power Point presentations of Overview and Vanguard Centers from the Pre-proposal Conference of 12/012004; and,
(6) Attached forms NIH(RC)-7 and NIH(RC)-11, which are referenced in Section J of the RFP, but are not currently available through a URL.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

16A. NAME AND TITLE OF CONTRACTING OFFICER
Virginia A. DeSeau, Contracting Officer
Contracts Management Branch, OAM, NICHD, NIH

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| BY ______________ *(Signature of person authorized to sign)* | | BY ______________ *(Signature of Contracting Officer)* | |

## INTRODUCTION

Thank you for your comments, questions and interest in the National Children's Study (NCS or Study). This modification to the Request for Proposals (RFP) for the Vanguard Centers focuses on responses that have a direct effect on the understanding of the requirements and which may impact the development of proposals. Many of the questions and clarifications resulted from the pre-proposal conference that was held on December 1, 2004 in Washington, DC. The full **transcript of that conference is attached to this modification and also found at** http://nationalchildrensstudy.gov/research/study_plan/index.cfm.

Proposals submitted in response to this RFP will be reviewed by an ad hoc group of peers with expertise in areas relevant to the project and who have no associated conflicts of interest. It is anticipated that the review will take place in early spring, 2005; approximately two months following receipt of proposals. Following the reviews, a determination will be made of which proposals will be included in the Competitive Range and negotiations will ensue with those organizations. While there is no page limit, offerors are encouraged to present their technical approach and qualifications as succinctly as possible.

## CURRENT NCS CONTRACTORS

All potential offerors are herein informed of the NCS contractors and subcontractors who have been working on the development of the Study. **Information that has been developed by all of the following organizations has been made available through incorporation within or by attachment to the original RFPs, or on the NCS website** (e.g., communications/public relations information is on the NCS website).

- Booz Allen Hamilton (BAH) - NICHD has an Interagency Agreement with GovWorks, who contracts to BAH. BAH is the current Information Technology (IT) contractor for the NCS. BAH has been involved in the development of the NCS Information Management System (IMS). BAH is the current IT contractor who will interface with the NCS Coordinating Center (NCS-CC). The current BAH contract includes Options through December 2008. **BAH has recused themselves from competition as either a prime or subcontractor for the NCS-CC and Vanguard Center solicitations.**

- Battelle – participates in the NCS under two funding mechanisms: (1) NICHD has an Interagency Agreement with the DHHS Program Support Center, who contracts with Battelle to conduct scientific analyses and the development of white papers for the NCS; and (2) BAH subcontracts to Battelle to provide subject matter experts in the development of the Study-processes document, which was posted with the NCS-CC original RFP.

- Research Triangle Institute International (RTI) – also participated in the NCS under two separate funding mechanisms: (1) RTI is the current subcontractor to BAH, where they have served as subject matter experts in the development of the Study processes document, which was posted with the NCS-CC original RFP; and, (2) RTI has also conducted pilot studies for the NCS under a current contract with the Environmental Protection Agency (EPA). This contract has been used to support pilot studies for the NCS including white papers, preparations for original data collections and other technical efforts.

  NOTE - Battelle and RTI, under the BAH subcontracts, provided input concerning specific Study processes. Neither organization had access to the Government's reviewed, edited and approved accumulation of the entire set of Study processes until they were made public as an attachment to the RFP for the NCS-CC.

- Levine-Fricke (LFR) – is the current subcontractor to BAH for advice on the integration of environmental sample collection as it is related to the IMS. This aspect of the IMS is only in the initial developmental stages.

- Sanz – is the current subcontractor to BAH for electronic storage of information, which is not yet being fully utilized.

- Circle Solutions – is the current contractor to the NCS for the management of all logistics related to meetings, workshops, and conferences; for tracking and organizing committee activities; and, for preparation of all required scientific and non-scientific materials (e.g., meeting summary minutes, fact sheets, briefing books) relevant to the meetings, workshops and conferences.

- Ogilvy PR (as a subcontract to IQ Solutions) and IQ Solutions – provides public relations expertise and communications support for the NCS. They are responsible for the development of communications materials, are the materials clearinghouse, coordinate responses to media requests, and assist in communicating current Study information to stakeholder groups.

- Westat, Inc. – Through an Inter-agency Agreement with the National Center for Health Statistics, Centers for Disease Control and Prevention, Westat conducted a survey in 2002 of the literature and a systematic analysis to identify the major candidate sampling strategies for the core/main sample of the NCS. From all plausible strategies, three separate broad approaches were identified and systematically evaluated. Strategies were compared with regard to various factors including statistical power and projected cost. The report that resulted can be found at http://nationalchildrensstudy.gov/research/analytic_reports/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=8959

- Lewin Group – Lewin Group did very early work for the NCS. They produced two documents for NCS, one dealing with identifying candidate hypotheses for the NCS and the other a literature review. This work was done under an Inter-agency Agreement between NCS and the Centers for Disease Control and Prevention (CDC).

- NORC - NICHD has an Inter-agency Agreement with the Agency for Healthcare Quality and Research (AHRQ). AHRQ has a contract with Indiana University School of Medicine. Indiana University School of Medicine subcontracts with NORC to constitute the Practice Based Research Networks (PBRN) Resource Center, which exists for the purpose of providing technical assistance and oversight to PBRNs. Under the AHRQ contract (and IU subcontract with NORC), the Resource Center provided assistance, oversight and data analysis for the NCS PBRN Pilot Study

## MODIFICATIONS TO RFP NICHD-2004-07 (NCS Vanguard Centers)

THE FOLLOWING COMMENTS ARE CHANGES IN THE REQUIREMENTS OR CORRECTIONS TO THE CONTENT OF THE RFP.

**Substantive Modification**

The Vanguard Location in Minnesota has been expanded to include four counties (instead of three counties). The counties now included in this location are:

Lincoln, Pipestone, and Yellow Medicine Counties in Minnesota; and Brookings County in South Dakota

It is anticipated that additional counties will be added in approximately eight of the other Study Locations listed in the RFP. These are locations where the total number of live births per year are low, making it difficult to meet recruitment objectives. The only Vanguard Location affected by this modification is the Lincoln, Pipestone, Yellow Medicine, Minnesota location, as noted above.

**Minor Corrections**

(1) Page 13 of the RFP, item #8 of Phase II in the Statement of Work: states: "During the implementation phase, the PI and Study Coordinator (or other designated staff) will participate in weekly conference calls and biannual face-to-face meetings." "Biannual" should read, "semi-annual," i.e., it is intended that there will be two face-to-face Steering Committee meetings per year.

(2) Page 52 of the RFP, Section IV.A.2 (Selection of Study Locations); Line 6: – the word "birthrate" should be replaced with "birth weight"

(3) Consistent with the exclusion criteria listed in the RFP, Section IV.C; the last sentence in Section VI-A.4 (page 73 – Justification for Exclusions) should read as follows: "Finally, women who are surgically sterile, or whose partners are surgically sterile, are excluded because they have an exceedingly low probability of pregnancy."

(4) On Page 68 of the RFP, the second sentence in the first paragraph of section IV.I (Community Focused Adjunct Studies), should be deleted and replaced with the following: "These studies can be performed on a portion of the entire cohort or at a limited number of Study Locations"

(5) On Page 68 of the RFP, the last sentence in the first paragraph of section IV.I (Community Focused Adjunct Studies), should be deleted and replaced with the following: "The process for evaluation and approval of adjunct study proposals is being developed."

## CLARIFICATIONS TO RFP NICHD-2004-07 (NCS Vanguard Centers)

THE FOLLOWING COMMENTS ARE **NOT** CHANGES IN THE REQUIREMENT. THEY ARE PROVIDED SOLELY TO CLARIFY AREAS IN WHICH WE RECEIVED A NUMBER OF QUESTIONS OR TO EMPHASIZE IMPORTANT CONSIDERATIONS IN THE DEVELOPMENT OF THE PROPOSALS.

(1) **Mandatory Qualification Criterion** –To repeat the mandatory criterion that is included in the RFP, offerors must be located in the same Census Region as the Vanguard Location for which they propose to serve as a Vanguard Center. The four Census Regions, as defined by the U.S. Census Bureau, are as follows:

**WEST** (AK, AZ, CA, CO, HI, ID, MT, NM, NV, OR, UT, WA, WY)
**MIDWEST** (IA, IL, IN, KS, MI, MN, MO, ND, NE, OH, SD, WI)
**SOUTH** (AL, AR, DC, DE, FL, GA, KY, LA, MD, MS, NC, OK, SC, TN, TX, VA, WV)
**NORTHEAST** (CT, MA, ME, NH, NJ, NY, PA, RI, VT)

To clarify, offerors who submit proposals to collect data in a Vanguard Location in the Western Region (for Vanguard locations of Orange County, CA and/or Salt Lake County, UT) must be located in the Western region. Offerors who submit proposals to recruit Study participants in a Vanguard Location located in the Midwest (Lincoln, Yellow Medicine, and Pipestone Counties, MN, and Brookings, SD; and/or Waukesha County, WI) must be located in the Mid-western region. Offerors who submit proposals to recruit Study participants in a Vanguard Location located in the Southern Region (Orange County, FL and/or Duplin County, NC) must be located in the Southern region. Offerors who submit proposals to recruit Study participants in a Vanguard Location located in the Northeastern Region (Queens County, NY; and/or Montgomery County, PA) must be located in the Northeast Region. Offerors do not need to be located in the same state as the Vanguard Location for which they submit the offer. For example, an offeror in the state of Washington could submit a proposal to collect data in Orange County, CA or Salt Lake County, UT, since Washington, California, and Utah are all located in the Western region. In contrast, an offeror in the state of Washington could not submit a proposal to collect data in Duplin County, NC since Washington and North Carolina are located in different regions. The attached map provides a visual presentation of the Vanguard

Locations in each of the four Re... Note – this is not the same map as was ... d to the original RFP; map shows only the Vanguard Centers, within the four Census Regions)

To further clarify, as noted on Page 139 of the RFP, an offeror's organization (hospital, academic center, or other entity) must be established in the same region as the Vanguard Location for which they are bidding. Offerors will meet this mandatory criterion if either the headquarters or an established subsidiary of that organization in located in the same Census Region as the Vanguard Location for which they are bidding. An organization will be considered "established" in a given location if it was located in that location prior to November 16, 2004, the date of release of this RFP.

**(2) Sampling**

In the first stage of sampling, 96 Study Locations were selected. The statisticians at the National Center for Health Statistics (NCHS) drew this sample. These Locations correspond to a single county or a group of adjacent counties. From this group of 96 Study Locations, 8 locations were selected as potential Vanguard Locations. Within the Vanguard Locations, smaller areas (segments) may be selected as the targeted areas for recruitment of Study participants in the 2nd stage of sampling. Questions received regarding the sampling plan pertained primarily to this second stage of sampling.

As noted in the RFP (page 53 Section IV.A.4), during the initial phase of the NCS, the NCS-Coordinating Center (NCS-CC) will work with investigators from the Vanguard Centers to define the segments within the Vanguard Locations. While there is interest in defining segments based on functional neighborhoods or communities rather than strictly by the more traditional use of census boundaries (e.g. blocks, block groups, tracts), the feasibility, limitations, and benefits of this approach will be addressed in initial work with the NCS-CC and investigators from Vanguard Centers. Final decisions regarding how segments will be defined will be made at that time. Once segments are defined, statisticians from the NCS-CC will do the actual selection of segments to be targeted for enrollment of Study participants. Selection of segments will be made on a probability basis. All defined segments will be grouped into strata based on a number of factors, e.g. number of births per year, racial and ethnic composition, and percent of births that are of low birth weight. Segments will be selected with a known probability and in a manner that will ensure adequate representation of subgroups to allow meaningful inferences. The sample will also be integrated at a national level so that the national design is kept intact. Thus, the exact segments within a given Vanguard Location that will be targeted for participant recruitment are not known at this time.

In some segments, all households will be targeted. In other segments, clusters of households will be selected, on a probability basis. All women of childbearing age in targeted households will be approached for recruitment in the Study. Women will be eligible for recruitment through other mechanisms only if they reside in a household that was selected in the original probability sample. Enrollment through another mechanism (e.g. prenatal care) might be particularly relevant for women who are not planning to become pregnant at the time of the initial screening and thus choose, at that time, not to participate in the Study. Should this same woman later plan a pregnancy or become pregnant during the enrollment period and present to the Study prior to the end of the first trimester, her prenatal care provider might provide a means for enrollment into the Study.

The NCS is committed to a National Probability Sample and all possible efforts will be made to implement it effectively. Only if this is not feasible at multiple sites, will revision of the sampling approach be considered. With respect to the sampling approach outlined in the Study Plan, it is stated on Page 52 of the RFP that, "If experience at the Vanguard Centers indicates that it is not feasible to conduct this Study using this sampling approach (such as unacceptably high non-response on key measures) the sampling strategy will be revised prior to the addition of new Centers." Prior to revision of the sampling strategy, all available effort and methods will be utilized to support the national probability approach to sample

selection, including, but not li ..., support from the NCS-CC for the sa... recruitment, enrollment, and retention of Study subjects in those Locations where local efforts have not been effective.

**(3) Recruitment Goals**

The aim of the National Children's Study is to recruit a sufficient number of women to ensure that a total of 100,000 live births are enrolled in the full Study. For Study Centers that are NOT Vanguard Centers, the goal is to enroll a total of 1,000 live births in each Primary Sampling Unit (PSU), over approximately four years. For each Vanguard Center, which will begin recruitment one year earlier than the other Study Centers, the goal is to enroll a total of 1,250 live births over a five-year period.

It is anticipated that most women will be enrolled through the household screening approach outlined in the Study Plan. Screening of households will not begin until 15 months after award of the Vanguard Center contracts. All selected households will be screened over a maximum of a one-year period. The number of households that will need to be screened and the number of women that will need to be recruited to meet the enrollment goals outlined above will vary by location, depending on local fertility, recruitment, and retention rates. Women enrolled through household screening will be followed for up to five years to identify pregnancies. It is anticipated that all infants that result from pregnancies that occur within 5 years of the initiation of screening of households, will be included in the study. Thus, if the first household screening begins on January 1, 2007, women enrolled through household screening would be followed for pregnancy status through December 31, 2011 and all identified pregnancies to these women would be potentially eligible for inclusion in the study. It is understood that, depending on when the household is screened, women would have varying periods of follow-up, ranging from 4-5 years.

**(4) Adjunct Studies**

Adjunct studies build on the core protocol, but add to it by addressing aspects that cannot be addressed with the core Study measurements, which will be collected from the entire Study cohort. Adjunct studies can be performed on all or a subset of the subjects that are enrolled at a center or a group of centers. Ideally an adjunct study would effectively utilize and add to the core measurements so that the structure that is established through the National Children's Study is utilized. Importantly, adjunct studies could be funded through the NCS or preferably through other mechanisms, such as research grants or public private partnerships.

In the Study Plan two types of adjunct studies are mentioned, community-focused and center-focused studies (See Page 68 of the RFP). For this procurement, offerors are asked to submit a plan for conduct of one adjunct study that could be funded through the NCS. However, award of a contract for an organization to serve as a Vanguard Center does not constitute approval of the adjunct study. The process for evaluating the scientific merit as well as the funding of adjunct study proposals will be developed at a later date.

As part of the current proposal, offerors may submit a brief plan for the conduct of a single adjunct study. This plan should be included as a separate technical proposal in an attachment to the complete proposal. There is no strict format for items that must be included in the technical proposal for an adjunct study. It is suggested that the plan contain concise statements regarding the goal and specific hypothesis and/or objectives of the proposed adjunct study, the scientific rationale for the adjunct study, a description of how the adjunct study makes use of the content and structure of the NCS, description of data collections that are in addition to those that are part of the core data collection, sample size considerations, and expected scientific contribution of the adjunct study. Although there is no strict page limit for attachments, it is suggested that this information should be presented in a focused, concise document that is no more than 5-10 pages in length.

Adjunct studies funded through the NCS are expected to be focused studies, limited in size and scope. Although funding mechanisms for these studies will be determined at a later date, the proposed budget for those adjunct studies that may be funded through the NCS is expected to be less than 5% of the offeror's

total proposed budget. A separat[...]t should be prepared for the adjunct s[...]d included as a separate attachment with the business proposal).

**(5) Training**

Training of the personnel associated with the NCS is a shared responsibility of the NCS-CC and the Vanguard/Study Centers. The NCS-CC will guide and conduct the initial trainings and will develop and implement a train-the-trainer program. In this program, staff from the local Vanguard/Study Center will be trained by the NCS-CC to become trainers of additional staff at the Local Center. Local trainers from the Vanguard Centers will have lead responsibility for providing on-going training to existing or new staff at their respective Center. Local Staff will also be responsible for training participants for various aspects of data collection (e.g. self-collected biospecimens, completion of forms, participant collected environmental samples, etc.).

**(6) Collaboration**

The national probability sample and the center-based structure to carry out the Study were both chosen for important and compelling reasons essential to the goals and success of the Study that are given in the scope of work. However, this combination challenges potential centers to develop capabilities and expand relationships beyond the areas and activities that have been most familiar and comfortable. Vanguard Center offerors are urged to respond with flexibility and creativity. Offerors are encouraged to develop partnerships and other relationships that are complimentary in order to maximize their capability to successfully carry out the varied components of the Study from community engagement to complex genomic research. Collaboration is strongly encouraged among institutions and other entities with varied and complimentary areas of expertise, such as community participation and engagement, environmental risk assessment, recruitment and retention of cultural sub-groups, rigorous developmental assessments, public health systems, etc.

**(7) Preparation of budgets**

A number of inquiries were received about inclusion of specific items in the budget, e.g. funds for honoraria to local IRBs or additional anticipated travel needs. Offerors are advised that in a contract proposal it is left to the discretion of the offeror what to include in the budget and the budget justification, which demonstrates an understanding of the requirements. All efforts have been made in the "Notes to Offerors" in the original RFP to provide specific amounts for areas that are not well enough defined in the Statement of Work or Study Plan for independent development of budget estimations. Recall that cost is an evaluation criterion and is used to assist in the determination of the realism of the offer and the competitive range.

**(8) Future Procurements for additional Study Centers:**

The subject solicitation is for the establishment of the initial Vanguard Centers to conduct the Study in a limited number of designated Vanguard Locations. It is anticipated that separate solicitations will be released in the future for additional Study Centers to expand the Study to Locations that are not included in the Vanguard stage. The number of Centers in subsequent stages of the Study is dependent on funds, quality of proposals received, and other factors at the time of solicitation. A number of questions were received regarding potential future participation in the Study as a Study Center that would collect data at one of the Study Locations that is not a designated Vanguard Location. Because the procurement for these additional Study Centers has not yet been developed, specific guidelines for preparation of proposals are not yet available. However, potential offerors can anticipate that requirements will be similar to this RFP.

**(9) Development of the Study Protocol**

The purpose of the Study Plan is to provide an outline of the study design and the number, type and frequency of contacts with participants and types of data collections to be conducted. It is provided as a guide for offerors to refer to as they develop their proposals. More detailed measurements and procedures

will be specified at a later date, a[illegible]udy Protocol and Manual of Operating [illegible]lures are developed. A number of exposure and outcome measurements were mentioned in the Study Plan as examples of the types of data to be collected. Importantly, if a given exposure or outcome is not specifically mentioned in the Study Plan, this does NOT indicate that it will not be collected in the Study.

It is anticipated that the NCS program staff will prepare the first draft of the Study Protocol with input from the reports from the Advisory Committee, Working Groups, Workshops, and participating federal scientists. The Protocol will be modified and refined with input from the Steering Committee and then will undergo peer review. The Protocol will be revised based on comments received through the peer review process, reviews by Institutional Review Boards (IRBs), review by the Office of Management and Budget (OMB) and reviews by other relevant review panels. The final version of the Study Protocol will then be made available to the public.

**(10) Hypotheses**

Hypotheses are necessary for guiding and framing the Study. A list of some of the hypotheses that have been considered and used in planning the Study can be found at http://nationalchildrensstudy.gov/research/hypotheses . It is recognized that as science and the Study evolve, the list of hypotheses will change. In this dynamic process, it is expected that some hypotheses will become outdated, and other hypotheses will emerge that had not been considered before. The data gathered will provide opportunities for answering a great many questions and hypotheses for decades to come. Data and samples will be collected and stored in ways to optimize this potential.

During the comment period a number of suggestions were submitted regarding inclusion of specific outcome or exposure measurements, or addition of new hypotheses to examine specific exposure-outcome relationships. Examples of suggestions received include the following: a broader conceptualization of the effects of exclusive breastfeeding; cumulative effects of exposure to low-dose ionizing radiation; the development, course, and effects of chronic pain; the relationship between chlorination disinfection by-products in drinking water and congenital malformations, effects of exposure to noise on children's cognition, learning, and language development; inclusion of exposure to pharmaceuticals and vaccinations as exposure measures and, specifically the relationship between vaccination and autism. Many of these hypotheses could be addressed with the data collections that are currently envisioned as core elements of the NCS. Others would require addition of new data elements. Final decisions on specific data collections will be made in the future as the Study Protocol is developed.

**(11) Other comments**

A question was asked about collection of environmental samples from temporary living environments (e.g. camps, extended stays with family, etc.). As noted in the RFP, it is anticipated that environmental samples will be collected from locations in which a child spends at least 30 hours a week. Criteria for duration of stay in a given environment have not yet been decided. **For the preparation of proposals, assume that a child must be in a given living arrangement for at least 3 months to trigger collection of environmental samples.**

We appreciate the comments and suggestions. All suggestions will be considered as we move forward with development of the Study Protocol. We continue to accept, and welcome, additional comments and suggestions.

**CONTRACT CLARIFICATIONS FOR RFP NICHD-2004-07:**

THE FOLLOWING QUESTIONS WERE ADDRESSED IN THE MODIFICATION TO THE NCS COORDINATING CENTER RFP AND MAY ALSO BE APPLICABLE TO THE VANGUARD CENTERS:

**Question 1:** Will the Coordinating Center contractor be responsible for **administering user accounts, roles, and access levels across the entire environment** (Coordinating Center staff, Vanguard/Study Center staff, IT contractor staff, NICHD staff, and possible external users)?

**Answer 1:** Yes

**Question 2:** Does NICHD envision the **configurations to be installed in the Vanguard/Study Centers** will be independent of the Vanguard/Study Center facilities existing network or will this equipment be required to operate on both the NCS and local networks?

**Answer 2:** Independent, and NCS only

**Question 3:** Will the Coordinating Center be **responsible for listing the segments**? If so, how many segments should the Coordinating Center be prepared to budget and sample?

**Answer 3:** Yes. Use the 8 Vanguard Study Locations and the target enrollment of 1250 live births for each Vanguard Location (over five years) to derive an estimated # of segments that would need to be listed and then develop manpower estimates for listing activities on that basis. The resulting segment lists will be provided in an electronic format importable to the NCS IMS.

**Question 4:** Are the **questionnaires and forms** to be used in the Study provided to the Study Centers?

**Answer 4:** The questionnaires and forms will be developed through collaborations between the NCS Coordinating Center (NCS-CC) and the Study Centers (via the Steering Committee). The NCS-CC will be responsible for the management of the forms and will provide them to the Study Centers.

**Question 5:** Can the same **key staff** named on the Coordinating Center and Study Center bids?

**Answer 5:** Yes, but no individual should be proposed for greater than 100% effort in their combined responsibilities, as will be reflected in the form linked as Item #7 on Page 125 of the RFP, "Summary of Current and Proposed Activities."

**Question 6:** Has the Government precluded **members of the working groups or other non-government advisors** from being available as consultants to the Coordinating Center?

**Answer 6:** No.

**Question 7:** Can someone participate on a team in a minor **consultative role and be on the FAC**?

**Answer 7:** Yes

**Question 8:** The **website <u>http://www3.od.nih.gov/</u>** that is listed for several attachments in Section J does not allow public access. Can the information be provided on FedBizOpps or some other means?

**Answer 8:** The NIH Form 2706 -Financial Report - and NIH(RC)-1 – Invoice Request… - can be found at:
http://rcb.cancer.gov/rcb-internet/forms/forms.htm
The NIH(RC)-7 – Procurement of Certain Equipment and the NIH(RC)-11 – Research Patient Care Costs are now attached to this Modification to the RFP.

**Question 9:** The RFP references **NAICS code** of 541990, All Other Professional, Scientific, and Technical Services. The Census definition for this classification excludes "management, scientific, and technical consulting services; scientific research and development services…"

**Answer 9:** The correct NAICS code is 541710. The size standard for 541710 is 500 employees.

**Question 10:** This request for **labor costs** conflicts with the norm for separate technical and business proposals and with the instructions on p.111, L.46(b) which states "type and quantity of direct labor" … "salary and wages, and total costs will not be included in the Technical Proposal." Please clarify this discrepancy.

**Answer 10:** In the Technical Proposal, labor should be included as general categories or types, e.g., professional, technical – scientific, technical – IT, administrative, etc., with salaries and wages shown additively per category/type.
In the Business Proposal, personnel must be individually identified with associated, documented salaries and wages (recent personnel records); and include individual roles with justifications pertaining to this project.

**Question 11:** Will a list of organizations with **representatives attending [the pre-proposal conferences]** be made available?

**Answer 11:** Yes – it is attached at the end of the transcript

**Question 12:** When will the **transcripts** [from the pre-proposal conferences] be posted on the website?

**Answer 12:** The transcript for the Vanguard Centers and Overview are attached to this modification to the RFP and all transcripts are already posted at http://nationalchildrensstudy.gov/research/study_plan/index.cfm

**Question 13:** What is the **relationship between the Chartered Federal Advisory Committee, and the Steering Committee** mentioned in the RFP that includes the PIs from Vanguard Centers, staff from the NCS Program Office and Interagency Coordinating Committee, and select staff from the NCS Coordinating Center and IMS Contractors?

**Answer 13:** The relationship between the NCS-CC and the IMS contractor is spelled out in the table in the SOW [of the NCS-CC RFP -Page 48, Part 3.1]. The advisory committee is strictly advisory, providing advice on ethical issues and providing a forum to address issues from a variety of other sources in the scientific community and assure thoughtful consideration of all suggestions, e.g., engaging communities, big-picture interpretations and wisdom from experts in the fields. The Interagency Coordinating Committee's role is to review and, where necessary, approve decisions in the interests of the funding Agencies. Once the Study is underway, the core for deliberations and consideration of scientific issues will be the Steering Committee.

**Question 14:** What, if any **role has the US Census Bureau** played in the planning for NCS, and what, if any role will the Census Bureau play in carrying out NCS data collection?

**Answer 14:** See the transcript of the NCS-CC pre-proposal conference for the detailed answer.

PROCUREMENT OF CERTAIN EQUIPMENT

Notwithstanding any other clause in this contract, the contractor will not be reimbursed for the purchase, lease, or rental of any item of equipment listed in the following Federal Supply Groups, regardless of the dollar value, without the prior written approval of the contracting officer.

67 - Photographic Equipment
69 - Training Aids and Devices
70 - General Purpose ADP Equipment, Software, Supplies and Support (Excluding 7045-ADP Supplies and Support Equipment.)
71 - Furniture
72 - Household and Commercial Furnishings and Appliances
74 - Office Machines and Visible Record Equipment
77 - Musical Instruments, Phonographs, and Hometype Radios
78 - Recreational and Athletic Equipment

When equipment in these Federal Supply Groups is requested by the contractor and determined essential by the contracting officer, the Government will endeavor to fulfill the requirement with equipment available from its excess personal property sources, provided the request is made under a cost-reimbursement contract. Extensions or renewals of approved existing leases or rentals for equipment in these Federal Supply Groups are excluded from the provisions of this article.

NIH(RC)-7
OMB Bulletin 81-16
4/1/84

RESEARCH PATIENT CARE COSTS

(a)Research patient care costs are the costs of routine and ancillary services provided to patients participating in research programs described in this contract.

(b)Patient care costs shall be computed in a manner consistent with the principles and procedures used by the Medicare Program for determining the part of Medicare reimbursement based on reasonable costs. The Diagnostic Related Group (DRG) prospective reimbursement method used to determine the remaining portion of Medicare reimbursement shall not be used to determine patient care costs. Patient care rates or amounts shall be established by the Secretary of HHS or his duly authorized representative.

(c)Prior to submitting an invoice for patient care costs under this contract, the contractor must make every reasonable effort to obtain third party payment, where third party payors (including Government agencies) are authorized or are under a legal obligation to pay all or a portion of the charges incurred under this contract for patient care.

(d)The contractor must maintain adequate procedures to identity those research patients participating in this contract who are eligible for third party reimbursement.

(e)Only those charges not recoverable from third party payors or patients and which are consistent with the terms and conditions of the contract are chargeable to this contract.

NIH(RC)-11
4/1/84

# National Children's Study Vanguard Locations




Dec 23, 2004

THE NATIONAL CHILDREN'S STUDY
HEALTH GROWTH ENVIRONMENT