[ ] **Level 5: Public Trust - Moderate Risk (Requires Suitability Determination with NACIC, MBI or LBI).** Contractor employees assigned to a Level 5 position with no previous investigation and approval shall undergo a National Agency Check and Inquiry Investigation plus a Credit Check (NACIC), a Minimum Background Investigation (MBI), or a Limited Background Investigation (LBI).

[ ] **Level 1: Non Sensitive (Requires Suitability Determination with an NACI).** Contractor employees assigned to a Level 1 position are subject to a National Agency Check and Inquiry Investigation (NACI).

(2) The contractor shall submit a roster, by name, position and responsibility, of all staff (including subcontractor staff) working under the contract who will develop, have the ability to access, or host and/or maintain a Federal information system(s). The roster shall be submitted to the Project Officer, with a copy to the Contracting Officer, within 14 calendar days of the effective date of the contract. Any revisions to the roster as a result of staffing changes shall be submitted within 15 calendar days of the change. The Contracting Officer shall notify the contractor of the appropriate level of suitability investigations to be performed. An electronic template, "Roster of Employees Requiring Suitability Investigations," is available for contractor use at: http://ais.nci.nih.gov/forms/Suitability-roster.xls.

Upon receipt of the Government's notification of applicable Suitability Investigations required, the contractor shall complete and submit the required forms within 30 days of the notification. Additional submission instructions can be found at the "NCI Information Technology Security Policies, Background Investigation Process" website: http://ais.nci.nih.gov.

Contractor/subcontractor employees who have met investigative requirements within the past five years may only require an updated or upgraded investigation.

(3) Contractor/subcontractor employees shall comply with the HHS criteria for the assigned position sensitivity designations prior to performing any work under this contract. The following exceptions apply:

Levels 5 and 1: Contractor/subcontractor employees may begin work under the contract after he contractor has submitted the name, position and responsibility of the employee to the Project Officer, as described in paragraph c. (2) above.

Level 6: In special circumstances the Project Officer may request a waiver of the pre-appointment investigation. If the waiver is granted, the Project Officer will provide written authorization for the contractor/subcontractor employee to work under the contract.

d. Information Security Training

The contractor shall ensure that each contractor/subcontractor employee has completed the NIH Computer Security Awareness Training course at: http://irtsectraining.nih.gov/ prior to performing any contract work, and thereafter completing the NIH-specified fiscal year refresher course during the period of performance of the contract.

The contractor shall maintain a listing by name and title of each contractor/subcontractor employee working under this contract that has completed the NIH required training. Any additional security training completed by contractor/subcontractor staff shall be included on this listing. [The listing of completed training shall be included in the first technical progress report. (See Article C.2. Reporting Requirements.) Any revisions to this listing as a result of staffing changes shall be submitted with next required technical progress report.]

Contractor/subcontractor staff shall complete the following additional training prior to performing any work under this contract:

e. Rules of Behavior

The contractor/subcontractor employees shall comply with the NIH Information Technology General Rules of Behavior at: http://irm.cit.nih.gov/security/nihitrob.html.

f. Personnel Security Responsibilities

The contractor shall perform and document the actions identified in the "Employee Separation Checklist", attached and made a part of this contract, when a contractor/subcontractor employee terminates work under this contract. All documentation shall be made available to the Project Officer and/or Contracting Officer upon request.

g. Commitment to Protect Non-Public Departmental Information Systems and Data

(1) Contractor Agreement

The Contractor and its subcontractors performing under this SOW shall not release, publish, or disclose non-public Departmental information to unauthorized personnel, and shall protect such information in accordance with provisions of the following laws and any other pertinent laws and regulations governing the confidentiality of such information:

-18 U.S.C. 641 (Criminal Code: Public Money, Property or Records)
-18 U.S.C. 1905 (Criminal Code: Disclosure of Confidential Information)
-Public Law 96-511 (Paperwork Reduction Act)

(2) Contractor-Employee Non-Disclosure Agreements

Each contractor/subcontractor employee who may have access to non-public Department information under this contract shall complete the Commitment to Protect Non-Public Information - Contractor Agreement. A copy of each signed and witnessed Non-Disclosure agreement shall be submitted to the Project Officer prior to performing any work under the contract.

**ARTICLE H.15 . PUBLICATION AND PUBLICITY**

The contractor shall acknowledge the support of the National Institutes of Health whenever publicizing the work under this contract in any media by including an acknowledgment substantially as follows:

"This project has been funded in whole or in part with Federal funds from the National Institute of Child Health and Human Development, National Institutes of Health, Department of Health and Human Services, under Contract No. HHSN26720070XXXXC."

**ARTICLE H.16 . PRESS RELEASES**

a. Pursuant to Public Law(s) cited in paragraph b., below, the contractor shall clearly state, when issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money: (1) the percentage of the total costs of the program or project which will be financed with Federal money; (2) the dollar amount of Federal funds for the project or program; and (3) the percentage and dollar amount of the total costs of the project or program that will be financed by nongovernmental sources.

b. **Public Law and Section No.** **Fiscal Year** **Period Covered**

[Applicable information to be included at award]

**ARTICLE H.17 . REPORTING MATTERS INVOLVING FRAUD, WASTE AND ABUSE**

Anyone who becomes aware of the existence or apparent existence of fraud, waste and abuse in NIH funded programs is encouraged to report such matters to the HHS Inspector General's Office in writing or on the Inspector General's Hotline. The toll free number is **1-800-HHS-TIPS (1-800-447-8477).** All telephone calls will be handled confidentially. The e-mail address is **Htips@os.dhhs.gov** and the mailing address is:

Office of Inspector General
Department of Health and Human Services
TIPS HOTLINE
P.O. Box 23489
Washington, D.C. 20026

**ARTICLE H.18 . YEAR 2000 COMPLIANCE**

In accordance with FAR 39.106, Information Technology acquired under this contract must be Year 2000 compliant as set forth in the following clause(s):

1. Service Involving the Use of Information Technology

**YEAR 2000 COMPLIANCE--SERVICE INVOLVING THE USE OF INFORMATION TECHNOLOGY**

The Contractor agrees that each item of hardware, software, and firmware used under this contract shall be able to accurately process date data (including, but not limited to, calculating, comparing and sequencing) from, into and between the twentieth and twenty-first centuries and the Year 1999 and the Year 2000 and leap year calculations.

(End of Clause)

. Noncommercial Supply Items Warranty

**YEAR 2000 WARRANTY--NONCOMMERCIAL SUPPLY ITEMS**

The contractor warrants that each noncommercial item of hardware, software, and firmware delivered or developed under this contract and listed below shall be able to accurately process date data (including, but not limited to, calculating, comparing and sequencing) from, into and between the twentieth and twenty-first centuries and the Year 1999 and the Year 2000 and leap year calculations, when used in accordance with the item documentation provided by the contractor, provided that all listed or unlisted items (e.g., hardware, software and firmware) used in combination with such listed item properly exchange date data with it. If the contract requires that specific listed items must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed items as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be as defined in, and subject to, the terms and limitations of any general warranty provisions of this contract provided that notwithstanding any provision to the contrary in such warranty provision(s), or in the absence of any such warranty provision(s), the remedies available to the Government under this warranty shall include repair or replacement of any listed item whose noncompliance is discovered and made known to the contractor in writing within ninety (90) days after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract with respect to defects other than Year 2000 performance.

**YEAR 2000 COMPLIANT ITEMS**

________________________________________

________________________________________

________________________________________

(End of Clause)

3. Commercial Supply Products Warranty

**YEAR 2000 WARRANTY--COMMERCIAL SUPPLY ITEMS**

The contractor warrants that each hardware, software and firmware product delivered under this contract and listed below shall be able to accurately process date data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries and the Year 1999 and the Year 2000 and leap year calculations, when used in accordance with the product documentation provided by the contractor, provided that all listed or unlisted products (e.g., hardware, software, firmware) used in combination with such listed product properly exchange date data with it. If the contract requires that specific listed products must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed products as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be as defined in, and subject to, the terms and limitations of the contractor's standard commercial warranty or warranties contained in this contract, provided that notwithstanding any provision to the contrary in such commercial warranty or warranties, the remedies available to the Government under this warranty shall include repair or replacement of any listed product whose non-compliance is discovered and made known to the contractor in writing within ninety (90) days after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract with respect to defects other than Year 2000 performance.

**YEAR 2000 COMPLIANT ITEMS**

________________________________________
________________________________________
________________________________________

(End of Clause)

**ARTICLE H.19 . ANTI -LOBBYING**

a. Pursuant to Public Law(s) cited in paragraph c., below, contract funds shall only be used for normal and recognized executive-legislative relationships. Contract funds shall not be used, for publicity or propaganda purposes; or for the preparation, distribution, or use of any kit, pamphlet, booklet, publication, radio, television, or video presentation designed to support or defeat legislation pending before the Congress or any State legislature, except in presentation to the Congress or any State legislature itself.

b. Contract funds shall not be used to pay salary or expenses of the contractor or any agent acting for the contractor, related to any activity designed to influence legislation or appropriations pending before the Congress or any State legislature.

c. **Public Law and Section No.** **Fiscal Year** **Period Covered**

[Applicable information to be included at award]

**ARTICLE H.20 . OBTAINING AND DISSEMINATING BIOMEDICAL RESEARCH RESOURCES**

Unique research resources arising from NIH-funded research are to be shared with the scientific research community. NIH provides guidance, entitled, "Sharing Biomedical Research Resources: Principles and Guidelines for Recipients of NIH Research Grants and Contracts," (Federal Register Notice, December 23, 1999 [64 FR 72090]), concerning the appropriate terms for disseminating and acquiring these research resources. This guidance, found at : http://ott.od.nih.gov/NewPages/64FR72090.pdf. is intended to help contractors ensure that the conditions they impose and accept on the transfer of research tools will facilitate further biomedical research, consistent with the requirements of the Bayh-Dole Act and NIH funding policy.

*Note: For the purposes of this Article, the terms, "research tools," "research materials," and "research resources" are used interchangeably and have the same meaning.*

**ARTICLE H.21 . SHARING RESEARCH DATA**

[The data sharing plan submitted by the contractor is acceptable/The contractor's data sharing plan, dated _______ _______ is hereby incorporated by reference.] The contractor agrees to adhere to its plan and shall request prior approval of the Contracting Officer for any changes in its plan.

The NIH endorses the sharing of final research data to expedite the translation of research results into knowledge, products, and procedures to improve human health. This contract is expected to generate research data that must be shared with the public and other researchers. NIH's data sharing policy may be found at the following Web site:

http://grants.nih.gov/grants/guide/notice-files/NOT-OD-03-032.html

NIH recognizes that data sharing may be complicated or limited, in some cases, by institutional policies, local IRB rules, as well as local, state and Federal laws and regulations, including the Privacy Rule (see HHS-published documentation on the Privacy Rule at http://www.hhs.gov/ocr/). The rights and privacy of people who participate in NIH-funded research must be protected at all times; thus, data intended for broader use should be free of identifiers that would permit linkages to individual research participants and variables that could lead to deductive disclosure of the identity of individual subjects.

**ARTICLE H.22. ENERGY STAR REQUIREMENTS**

Executive Order 13123, "Greening the Government Through Efficient Energy Management" and FAR 23.203 require that when Federal Agencies acquire energy using products, they select, where life-cycle cost-effective, and available, ENERGY STAR® or other energy efficient products.

Unless the Contracting Officer determines otherwise, all energy-using products acquired under this contract must be either an ENERGY STAR® or other energy efficient product designated by the Department of Energy's Federal Energy Management Program (FEMP).

For more information about ENERGY STAR® see http://www.energystar.gov/ For more information about FEMP see http://www.eere.energy.gov/

**ARTICLE H.23. NIH POLICY ON ENHANCING PUBLIC ACCESS TO ARCHIVED PUBLICATIONS RESULTING FROM NIH-FUNDED RESEARCH**

The Policy requests that beginning May 2, 2005, NIH-funded investigators submit to the NIH National Library of Medicine's (NLM) PubMed Central (PMC) an electronic version of the author's final manuscript, upon acceptance for publication, resulting from research supported in whole or in part with direct costs from NIH. NIH defines the author's final manuscript as the final version accepted for journal publication, and includes all modifications from the publishing peer review process. The PMC archive will preserve permanently these manuscripts for use by the public, health care providers, educators, scientists, and NIH. The Policy directs electronic submissions to the NIH/NLM/PMC: http://www.pubmedcentral.nih.gov.

Additional information is available at http://grants.nih.gov/grants/guide/notice-files/NOT-OD-05-022.html.

**ARTICLE H.24. CONSTITUTION DAY**

Each educational institution that receives Federal funds for a fiscal year shall hold an educational program on the United States Constitution on September 17 of such year for the students serviced by the educational institution in accordance with Public Law 108-447.

# PART II - CONTRACT CLAUSES

## SECTION I - CONTRACT CLAUSES

THE FOLLOWING **ARTICLE I.1 GENERAL CLAUSE LISTING(S)** WILL BE APPLICABLE TO MOST CONTRACTS RESULTING FROM THIS RFP. HOWEVER, THE ORGANIZATIONAL STRUCTURE OF THE SUCCESSFUL OFFEROR(S) WILL DETERMINE THE SPECIFIC GENERAL CLAUSE LISTING TO BE CONTAINED IN THE CONTRACT(S) AWARDED FROM THIS RFP:

**General Clauses for a Cost-Reimbursement Research and Development Contract**
**General Clauses for a Cost-Reimbursement Contract with Educational Institutions**
**General Clauses for a Cost-Reimbursement Contract with Non-Profit Organizations Other Than Educational Institutions**

The complete listing of these clauses may be accessed at:
http://rcb.cancer.gov/rcb-internet/appl/general-clauses/clauses.jsp

### ARTICLE I.2. AUTHORIZED SUBSTITUTIONS OF CLAUSES

Any authorized substitutions and/or modifications other than the General Clauses which will be based on the type of contract/Contractor will be determined during negotiations.

It is expected that the following substitution(s) will be made part of the resultant contract:

**Alternate IV** (October 1997) of FAR Clause **52.215-21, Requirements For Cost Or Pricing Data Or Information Other Than Cost Or Pricing Data--Modifications** (October 1997) is added.

FAR Clause **52.216-7, Allowable Cost And Payment** (December 2002), is modified in paragraph (a) to delete the words "subpart 31.2 of the Federal Acquisition Regulation (FAR)" and substitute the words "45 CFR part 74, appendix E".

**Alternate II** (October 2001) of FAR Clause **52.219-9, Small Business Subcontracting Plan** (September 2006) is added.

FAR Clause **52.232-20, Limitation Of Cost** (April 1984), is deleted in its entirety and FAR Clause **52.232-22, Limitation Of Funds** (April 1984) is substituted therefor. ***[NOTE: When this contract is fully funded, FAR Clause 52.232-22, LIMITATION OF FUNDS will no longer apply and FAR Clause 52.232-20, LIMITATION OF COST will become applicable.]***

### ARTICLE I.3. ADDITIONAL CONTRACT CLAUSES

Additional clauses other than those listed below which are based on the type of contract/Contractor shall be determined during negotiations. Any contract awarded from this solicitation will contain the following:

This contract incorporates the following clauses by reference, (unless otherwise noted), with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

a. FEDERAL ACQUISITION REGULATION (FAR) (48 CFR CHAPTER 1) CLAUSES

(1) FAR Clause **52.204-9, Personal Identity Verification of Contractor Personnel** (November 2006).

(2) FAR Clause **52.216-15, Predetermined Indirect Cost Rates** (April 1998).

(3) FAR Clause **52.217-7, Option for Increased Quantity - Separately Priced Line Item** (March 1989).

"....The Contracting Officer may exercise the option by written notice to the Contractor within four years after the effective date of the contract ...."

(4) FAR Clause **52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns** (July 2005).

"(c) Waiver of evaluation preference.....

[ ] Offeror elects to waive the evaluation preference."

(5) FAR Clause **52.224-1, Privacy Act Notification** (April 1984).

(6) FAR Clause **52.224-2, Privacy Act** (April 1984).

(7) FAR Clause **52.227-14, Rights in Data - General, (ALT IV)** (June 1987).

(8) FAR Clause **52-227-16, Additional Data Requirements** (June 1987)

(9) FAR Clause **52.230-5, Cost Accounting Standards - Educational Institution** (April 1998).

(10) FAR Clause **52.230-6, Administration of Cost Accounting Standards** (April 2005).

(11) FAR Clause **52.243-2, Changes--Cost Reimbursement** (August 1987), **Alternate V** (April 1984).

b. DEPARTMENT OF HEALTH AND HUMAN SERCIVES ACQUISITION REGULATION (HHSAR) (45 CHAPTER 3) CLAUSES.

(1) HHSAR Clause **352.223-70,** Safety and Health (January 2001).

(2) HHSAR Clause **352.224-70** Confidentiality of Information (March 2005)

(3) HHSAR Clause **352.270-8, Protection of Human Subjects** (March 2005).

c. NATIONAL INSTITUTES OF HEALTH (NIH) RESEARCH CONTRACTING (RC) CLAUSES:

The following clauses are attached and made a part of this contract:

(1) **NIH (RC) -7, Procurement of Certain Equipment (April 1984).**

(2) **NIH (RC) - 11, Research Patient Care Costs** (4/1/84)

**ARTICLE I.4. ADDITIONAL FAR CONTRACT CLAUSES INCLUDED IN FULL TEXT**

Additional clauses other than those listed below which are based on the type of contract/Contractor shall be determined during negotiations. Any contract awarded from this solicitation will contain the following:

This contract incorporates the following clauses in full text.

FEDERAL ACQUISITION REGULATION (FAR)(48 CFR CHAPTER 1) CLAUSES:

a. FAR Clause **52.222-39, Notification Of Employee Rights Concerning Payment Of Union Dues Or Fees** (December 2004)

(a) Definition. As used in this clause--

*United States* means the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.

(b) Except as provided in paragraph (e) of this clause, during the term of this contract, the Contractor shall post a notice, in the form of a poster, informing employees of their rights concerning union membership and payment of union dues and fees, in conspicuous places in and about all its plants and offices, including all places where notices to employees are customarily posted. The notice shall include the following information (except that the information pertaining to National Labor Relations Board shall not be included in notices posted in the plants or offices of carriers subject to the Railway Labor Act, as amended (45 U.S.C. 151-188)).

Notice to Employees

Under Federal law, employees cannot be required to join a union or maintain membership in a union in order to retain their jobs. Under certain conditions, the law permits a union and an employer to enter into a union-security agreement requiring employees to pay uniform periodic dues and initiation fees. However, employees who are not union members can object to the use of their payments for certain purposes and can only be required to pay their share of union costs relating to collective bargaining, contract administration, and grievance adjustment.

If you do not want to pay that portion of dues or fees used to support activities not related to collective bargaining, contract administration, or grievance adjustment, you are entitled to an appropriate reduction in your payment. If you believe that you have been required to pay dues or fees used in part to support activities not related to collective bargaining, contract administration, or grievance adjustment, you may be entitled to a refund and to an appropriate reduction in future payments.

For further information concerning your rights, you may wish to contact the National Labor Relations Board (NLRB) either at one of its Regional offices or at the following address or toll free number:

National Labor Relations Board
Division of Information
1099 14th Street, N.W.
Washington, DC 20570
1-866-667-6572
1-866-316-6572 (TTY)

To locate the nearest NLRB office, see NLRB's website at http://www.nlrb.gov.

(c) The Contractor shall comply with all provisions of Executive Order 13201 of February 17, 2001, and related implementing regulations at 29 CFR part 470, and orders of the Secretary of Labor.

(d) In the event that the Contractor does not comply with any of the requirements set forth in paragraphs (b), (c), or (g), the Secretary may direct that this contract be cancelled, terminated, or suspended in whole or in part, and declare the Contractor ineligible for further Government contracts in accordance with procedures at 29 CFR part 470, Subpart B--Compliance Evaluations, Complaint Investigations and Enforcement Procedures. Such other sanctions or remedies may be imposed as are provided by 29 CFR part 470, which implements Executive Order 13201, or as are otherwise provided by law.

(e) The requirement to post the employee notice in paragraph (b) does not apply to--

(1) Contractors and subcontractors that employ fewer than 15 persons;

(2) Contractor establishments or construction work sites where no union has been formally recognized by the Contractor or certified as the exclusive bargaining representative of the Contractor's employees;

(3) Contractor establishments or construction work sites located in a jurisdiction named in the definition of the United States in which the law of that jurisdiction forbids enforcement of union-security agreements;

(4) Contractor facilities where upon the written request of the Contractor, the Department of Labor Deputy Assistant Secretary for Labor-Management Programs has waived the posting requirements with respect to any of the Contractor's facilities if the Deputy Assistant Secretary finds that the Contractor has demonstrated that--

(i) The facility is in all respects separate and distinct from activities of the Contractor related to the performance of a contract; and
(ii) Such a waiver will not interfere with or impede the effectuation of the Executive order; or

(5) Work outside the United States that does not involve the recruitment or employment of workers within the United States.

(f) The Department of Labor publishes the official employee notice in two variations; one for contractors covered by the Railway Labor Act and a second for all other contractors. The Contractor shall--

(1) Obtain the required employee notice poster from the Division of Interpretations and Standards, Office of Labor-Management Standards, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N-5605, Washington, DC 20210, or from any field office of the Department's Office of Labor-Management Standards or Office of Federal Contract Compliance Programs;

(2) Download a copy of the poster from the Office of Labor-Management Standards website at http://www.olms.dol.gov; or

(3) Reproduce and use exact duplicate copies of the Department of Labor's official poster.

(g) The Contractor shall include the substance of this clause in every subcontract or purchase order that exceeds the simplified acquisition threshold, entered into in connection with this contract, unless exempted by the Department of Labor Deputy Assistant Secretary for Labor-Management Programs on account of special circumstances in the national interest under authority of 29 CFR 470.3(c). For indefinite quantity subcontracts, the Contractor shall include the substance of this clause if the value of orders in any calendar year of the subcontract is expected to exceed the simplified acquisition threshold. Pursuant to 29 CFR part 470, Subpart B--Compliance Evaluations, Complaint Investigations and Enforcement Procedures, the Secretary of Labor may direct the Contractor to take such action in the enforcement of these regulations, including the imposition of sanctions for noncompliance with respect to any such subcontract or purchase order. If the Contractor becomes involved in litigation with a subcontractor or vendor, or is threatened with such involvement, as a result of such direction, the Contractor may request the United States, through the Secretary of Labor, to enter into such litigation to protect the interests of the United States.

# PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

## SECTION J - LIST OF ATTACHMENTS

The following documents are incorporated into this RFP:

| Attachment No. | Title | Location |
|---|---|---|
| Attachment 1: | Packaging and Delivery of Proposal | See Attachment Section at the end of this RFP |
| Attachment 2: | Proposal Intent Response Sheet | See Attachment Section at the end of this RFP |
| Attachment 3: | Statement of Work | See Attachment Section at the end of this RFP |
| Attachment 4: | Overview of Study Design and Methods | See Attachment Section at the end of this RFP |
| Attachment 5: | Reporting Requirements and Deliverables | See Attachment Section at the end of this RFP |
| Attachment 6: | Additional Technical Proposal Instructions | See Attachment Section at the end of this RFP |
| Attachment 7: | Additional Business Proposal Instructions | See Attachment Section at the end of this RFP |
| Attachment 8: | Estimate of Effort | See Attachment Section at the end of this RFP |
| Attachment 9: | Study Map and List of Locations | See Attachment Section at the end of this RFP |
| Attachment 10: | Timeline of Activities | See Attachment Section at the end of this RFP |
| Attachment 11: | Pre-proposal Conference Information | See Attachment Section at the end of this RFP |
| Attachment 12: | Estimated Number of Study Visits Per Year | See Attachment Section at the end of this RFP |
| Attachment 13: | Definitions | See Attachment Section at the end of this RFP |
| Attachment 14: | Information Technology Systems Security - Prospective Offeror Non-Disclosure Agreement | http://rcb.cancer.gov/rcb-internet/forms/IT-security-nondisclosure.pdf |

**TECHNICAL PROPOSAL ATTACHMENTS:** (The following attachments must be completed, where applicable, and submitted with the Technical Proposal.)

| Attachment No. | Title | Location |
|---|---|---|
| Attachment 15: | Targeted/Planned Enrollment Table | http://rcb.cancer.gov/rcb-internet/forms/enroll-table.pdf |
| Attachment 16: | Annual Technical Progress Report Format for Each Study | http://rcb.cancer.gov/rcb-internet/forms/atpr.pdf |
| Attachment 17: | Technical Proposal Cost Summary | http://www.niaid.nih.gov/contract/forms.htm |
| Attachment 18: | Summary of Related Activities | http://www.niaid.nih.gov/contract/forms.htm |
| Attachment 19: | Government Notice for Handling Proposals | http://www.niaid.nih.gov/contract/forms/form7.pdf |
| Attachment 20: | Protection of Human Subjects Assurance Identification/IRB Certification/Declaration of Exemption, OMB Form No. 0990-0263 (formerly Optional Form 310 | http://rcb.cancer.gov/rcb-internet/forms/of310.pdf |

| | | |
|---|---|---|
| Attachment 21: | Project Objectives, NIH 1688-1 | http://rcb.cancer.gov/rcb-internet/forms/nih1688-1.pdf |

**BUSINESS PROPOSAL ATTACHMENTS:** (The following attachments must be completed, where applicable, and submitted with the Business Proposal.)

| Attachment No. | Title | Location |
|---|---|---|
| Attachment 22: | Proposal Summary and Data Record, NIH-2043 | http://www.niaid.nih.gov/contract/forms.htm |
| Attachment 23: | Small Business Subcontracting Plan | http://rcb.cancer.gov/rcb-internet/forms/SBA Plan Nov 2005.pdf |
| Attachment 24: | Breakdown of Proposed Estimated Costs (plus Fee) with Excel Spreadsheet | http://oamp.od.nih.gov/contracts/BUSCOST.HTM http://oamp.od.nih.gov/Division/DFAS/spshexcl.xls |
| Attachment 25: | Offeror's Points of Contact | http://www.niaid.nih.gov/contract/forms.htm |
| Attachment 26: | Certificate of Current Cost or Pricing Data | http://rcb.cancer.gov/rcb-internet/forms/cert-current-cost.pdf |
| Attachment 27: | Disclosure of Lobbying Activities, OMB Form SF-LLL | http://rcb.cancer.gov/rcb-internet/forms/sflllin.pdf |

**INFORMATIONAL ATTACHMENTS:** (The following Attachments and Reports will become part of any contract resulting from this RFP and will be required during contract performance.)

| Attachment No. | Title | Location |
|---|---|---|
| Attachment 28: | Invoice/Financing Request Instructions--Cost-Reimbursement, NIH(RC)-1 | http://rcb.cancer.gov/rcb-internet/forms/rc1.pdf |
| Attachment 29: | Privacy Act System of Records *System of Records No. 09/25/0200 is applicable to this RFP.* | http://oma.od.nih.gov/ms/privacy/pa-files/read02systems.htm |
| Attachment 30: | Procurement of Certain Equipment, NIH(RC)-7 | http://www.niaid.nih.gov/contract/forms/NIH-RC-7.pdf |
| Attachment 31: | Safety and Health HHSAR Clause 352.223-70 (January 2001) | http://www.niaid.nih.gov/contract/forms/form10.pdf |
| Attachment 32: | Research Patient Care Costs, NIH(RC)-11 | http://www.niaid.nih.gov/contract/forms/nih-rc-11.pdf |
| Attachment 33: | Inclusion Enrollment Report | http://rcb.cancer.gov/rcb-internet/forms/inclusion-enrollment.pdf |
| Attachment 34: | Commitment To Protect Non-Public Information Contractor Agreement | http://irm.cit.nih.gov/security/Nondisclosure.pdf |

| | | |
|---|---|---|
| Attachment 35: | Roster of Employees Requiring Suitability Investigations | http://ais.nci.nih.gov/forms/Suitability-roster.xls |
| Attachment 36: | Employee Separation Checklist | http://rcb.cancer.gov/rcb-internet/forms/Emp-sep-checklist.pdf |

# PART IV - REPRESENTATIONS AND INSTRUCTIONS

## SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

SECTION K can be accessed electronically from the INTERNET at the following address:

http://rcb.cancer.gov/rcb-internet/wkf/sectionk.pdf

If you are unable to access this document electronically, you may request a copy from the Contracting Officer identified on the cover page of this solicitation.

**IF YOU INTEND TO SUBMIT A PROPOSAL, YOU MUST COMPLETE SECTION K AND SUBMIT IT AS PART OF YOUR BUSINESS PROPOSAL.**

# SECTION L - INSTRUCTIONS, CONDITIONS AND NOTICES TO OFFERORS

## 1. GENERAL INFORMATION

a. **INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION** [FAR Provision 52.215-1 (January 2004)]

(a) *Definitions.* As used in this provision--

*Discussions* are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

"*In writing*", "*writing*", or "*written*" means any worded or numbered expression that can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"*Proposal modification*" is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

"*Proposal revision*" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"*Time,*" if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) *Amendments to solicitations.* If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) *Submission, modification, revision, and withdrawal of proposals.* (1) Unless other methods (*e.g.*, electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show--
(i) The solicitation number;
(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);
(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;
(iv) Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and
(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) *Submission, modification, revision, and withdrawal of proposals.* (i) Offerors are responsible for submitting proposals, and any modifications or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.
(ii) (A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(*1*) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

(*2*) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(*3*) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award. Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) *Offer expiration date*. Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) *Restriction on disclosure and use of data.* (1) The proposal submitted in response to this request may contain data (trade secrets; business data, e.g., commercial information, financial information, and cost and pricing data; and technical data) which the offeror, including its prospective subcontractor(s), does not want used or disclosed for any purpose other than for evaluation of the proposal. The use and disclosure of any data may be so restricted; provided, that the Government determines that the data is not required to be disclosed under the Freedom of Information Act, 5 U.S.C. 552, as amended, and the offeror marks the cover sheet of the proposal with the following legend, specifying the particular portions of the proposal which are to be restricted in accordance with the conditions of the legend. The Government's determination

to withhold or disclose a record will be based upon the particular circumstances involving the record in question and whether the record may be exempted from disclosure under the Freedom of Information Act. The legend reads:

> Unless disclosure is required by the Freedom of Information Act, 5 U.S.C. 552, as amended, (the Act) as determined by Freedom of Information (FOI) officials of the Department of Health and Human Services, data contained in the portions of this proposal which have been specifically identified by page number, paragraph, etc. by the offeror as containing restricted information shall not be used or disclosed except for evaluation purposes.
>
> The offeror acknowledges that the Department may not be able to withhold a record (data, document, etc.) nor deny access to a record requested pursuant to the Act and that the Department's FOI officials must make that determination. The offeror hereby agrees that the Government is not liable for disclosure if the Department has determined that disclosure is required by the Act.
>
> If a contract is awarded to the offeror as a result of, or in connection with, the submission of this proposal, the Government shall have right to use or disclose the data to the extent provided in the contract. Proposals not resulting in a contract remain subject to the Act.
>
> The offeror also agrees that the Government is not liable for disclosure or use of unmarked data and may use or disclose the data for any purpose, including the release of the information pursuant to requests under the Act. The data subject to this restriction are contained in pages (insert page numbers, paragraph designations, etc. or other identification).

(2) In addition, the offeror should mark each page of data it wishes to restrict with the following statement:

> "Use or disclosure of data contained on this page is subject to the restriction on the cover sheet of this proposal or quotation."

(3) Offerors are cautioned that proposals submitted with restrictive legends or statements differing in substance from the above legend may not be considered for award. The Government reserves the right to reject any proposal submitted with a nonconforming legend.

(f) *Contract award*. (1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(i) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.
(ii) The overall evaluated cost or price and technical rating of the successful and debriefed offeror and past performance information on the debriefed offeror.
(iii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection;
(iv) A summary of the rationale for award.
(v) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.
(vi) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of Provision)

**Alternate I** (October 1997). As prescribed in 15.209(a)(1), substitute the following paragraph (f)(4) for paragraph (f)(4) of the basic provision:

(f) (4) The Government intends to evaluate proposals and award a contract after conducting discussions with offerors whose proposals have been determined to be within the competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.

b. **"JUST IN TIME"**

This RFP contains special procedures for the submission of business management proposals. These special procedures are designed to reduce the administrative burden on offerors without compromising the information during the initial evaluation of proposals. Certain documents will not longer be required to be submitted with initial proposals, but will be requested at a later stage in the competitive process. Specifically, the travel policy,

he annual financial statement, the total compensation plan, the subcontracting plan, and certain types of cost/pricing information will only be required to be submitted from those offerors included in the competitive range, or the apparent successful offeror. The special procedures for submission of this documentation are set forth in detail below:

**Travel Policy**. The offeror's (and any proposed subcontractor's) written travel policy shall **not** be submitted with the initial business proposal. All offerors included in the competitive range will be required to submit a travel policy as a part of their final proposal revision.

**Annual Report**. The offeror's most recent annual report shall **not** be submitted with the initial business proposal. All offerors included in the competitive range will be required submit a copy of their most recent annual report as a part of their final proposal revision.

**Total Compensation Plan**. The offeror's total compensation plan shall **not** be submitted with the initial business proposal. All offerors included in the competitive range will be required submit a total compensation plan as a part of their final proposal revision.

**Subcontracting Plan**. The offeror's Small Business Subcontracting Plan shall **not** be submitted with the initial business proposal. Only the apparent successful offeror will be required to submit **an acceptable** subcontracting plan.

**Cost/Pricing Information**. The offeror's business proposal shall include the basic cost/pricing information specified in Section L.2.c.(1) of this RFP. In addition, the Government may require offerors included in the competitive range to submit additional information substantiating their proposed costs or prices. This additional cost/pricing information will be requested after establishment of the competitive range, and potentially includes payroll documentation, vendor quotes, invoice prices, and/or any other information deemed necessary by the contracting officer to evaluate the reasonableness of the price or to determine cost realism. [The information may also include submission and certification of cost or pricing data.]

c. **NAICS CODE AND SIZE STANDARD**

Note: The following information is to be used by the offeror in preparing its Representations and Certifications (See Section K of this RFP), specifically in completing the provision entitled, SMALL BUSINESS PROGRAM REPRESENTATION, FAR Clause 52.219-1.

(1) The North American Industry Classification System (NAICS) code for this acquisition is 541710 .

(2) The small business size standard is 500 employees or less.

**THIS REQUIREMENT IS NOT SET-ASIDE FOR SMALL BUSINESS. However, the Federal Acquisition Regulation (FAR) requires in EVERY solicitation, (except for foreign acquisitions) the inclusion of the North American Industry Classification (NAICS) Code and corresponding size standard which best describes the nature of the requirement in the solicitation.**

d. **TYPE OF CONTRACT AND NUMBER OF AWARDS**

It is anticipated that **up to 15 to 20** awards will be made from this solicitation and that the awards will be made on/about 09/27/2007.

It is anticipated that the awards from this solicitation will be multiple-year, cost reimbursement completion type, contracts with a period of performance of five-years, and that incremental funding will be used [see Section L.2.c. Business Proposal Instructions].

e. **PRE-PROPOSAL CONFERENCE**

**See Attachment 11 for additional information.**

f. **ESTIMATE OF EFFORT**

It is expected that a completion type contract will be awarded as a result of this RFP. To assist you in the preparation of your proposal, the Government has provided its estimate of the effort for this project in **Attachment Number 8** to this RFP entitled, "ESTIMATE OF EFFORT." This information is furnished for the offeror's information only and is not to be considered restrictive for proposal purposes.

g. **COMMITMENT OF PUBLIC FUNDS**

The Contracting Officer is the only individual who can legally commit the Government to the expenditure of public funds in connection with the proposed procurement. Any other commitment, either explicit or implied, is invalid.

h. **COMMUNICATIONS PRIOR TO CONTRACT AWARD**

Offerors shall direct all communications to the attention of the Contract Specialist or Contracting Officer cited on the face page of this RFP. Communications with other officials may compromise the competitiveness of this acquisition and result in cancellation of the requirement.

i. **RELEASE OF INFORMATION**

Contract selection and award information will be disclosed to offerors in accordance with regulations applicable to negotiated acquisition. Prompt written notice will be given to unsuccessful offerors as they are eliminated from the competition, and to all offerors following award.

j. **COMPARATIVE IMPORTANCE OF PROPOSALS**

You are advised that paramount consideration shall be given to the evaluation of technical proposals. All evaluation factors other than cost or price, when combined, are significantly more important than cost or price. The relative importance of the evaluation factors are specified in SECTION M of this solicitation. However, the Government reserves the right to make an award to the best advantage of the Government, cost and other factors considered.

k. **PREPARATION COSTS**

This RFP does not commit the Government to pay for the preparation and submission of a proposal.

l. **SERVICE OF PROTEST** (SEPTEMBER 2006) - FAR 52.233-2

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Contracting Officer
National Institute of Diabetes and Digestive and
Kidney Diseases (NIDDK)
Office of Acquisitions, NICHD Branch
Executive Building, Suite 7A-07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892- 7510 Contracting Officer

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of Provision)

m. **LATE PROPOSALS AND REVISIONS**, HHSAR 352.215-70

Notwithstanding the procedures contained in FAR 52.215-1(c)(3) of the provision of this solicitation entitled Instructions to Offerors-Competitive Acquisition, a proposal received after the date specified for receipt may be considered if it offers significant cost or technical advantages to the Government; and it was received before proposals were distributed for evaluation, or within five calendar days after the exact time specified for receipt, whichever is earlier.

(End of provision)

## 2. INSTRUCTIONS TO OFFERORS

### a. GENERAL INSTRUCTIONS

**INTRODUCTION**

The following instructions will establish the acceptable minimum requirements for the format and contents of proposals. Special attention is directed to the requirements for technical and business proposals to be submitted in accordance with these instructions.

**(1) Contract Type and General Clauses**

It is contemplated that a cost-reimbursement completion type contract will be awarded. (See General Information) Any resultant contract shall include the clauses applicable to the selected offeror's organization and type of contract awarded as required by Public Law, Executive Order, or acquisition regulations in effect at the time of execution of the proposed contract.

**(2) Authorized Official and Submission of Proposal**

The proposal must be signed by an official authorized to bind your organization and must stipulate that it is predicated upon all the terms and conditions of this RFP. Your proposal shall be submitted in the number of copies, to the addresses, and marked as indicated in the Attachment entitled, PACKAGING AND DELIVERY OF PROPOSAL, Part III, Section J hereof. Proposals will be typewritten, paginated, reproduced on letter size paper and will be legible in all required copies. To expedite the proposal evaluation, all documents required for responding to the RFP should be placed in the following order:

I. COVER PAGE

Include RFP title, number, name of organization, DUNS No., identification of the proposal part, and indicate whether the proposal is an original or a copy.

II. TECHNICAL PROPOSAL

It is recommended that the technical proposal consist of a cover page, a table of contents, and the information requested in the Technical Proposal Instructions and as specified in SECTION J, List of Attachments.

III. BUSINESS PROPOSAL

It is recommended that the business proposal consist of a cover page, a table of contents, and the information requested in the Business Proposal Instructions and as specified in SECTION J, List of Attachments.

**(3) Proposal Summary and Data Record (NIH-2043)**

The Offeror must complete the Form NIH-2043, attached, with particular attention to the length of time the proposal is firm and the designation of those personnel authorized to conduct negotiations. (See Section J, Attachment entitled, PROPOSAL SUMMARY AND DATA RECORD.)

**(4) Separation of Technical and Business Proposals**

The proposal must be prepared in two parts: a "Technical Proposal" and a "Business Proposal." Each of the parts shall be separate and complete in itself so that evaluation of one may be accomplished independently of, and concurrently with, evaluation of the other. The technical proposal must include direct cost and resources information, such as labor-hours and categories and applicable rates, materials, subcontracts, travel, etc., and associated costs so that the offeror's understanding of the project may be evaluated (See Attachment entitled, TECHNICAL PROPOSAL COST SUMMARY). However, the technical proposal should **not** include pricing data relating to individual salary information, indirect cost rates or amounts, fee amounts (if any), and total costs. The technical proposal should disclose your technical

approach in as much detail as possible, including, but not limited to, the requirements of the technical proposal instructions.

(5) **Alternate Proposals**

You may, at your discretion, submit alternate proposals, or proposals which deviate from the requirements; provided, that you also submit a proposal for performance of the work as specified in the statement of work. Such proposals may be considered if overall performance would be improved or not compromised and if they are in the best interests of the Government. Alternative proposals, or deviations from any requirements of this RFP, shall be clearly identified.

(6) **Evaluation of Proposals**

The Government will evaluate technical proposals in accordance with the criteria set forth in Part IV, Section M of this RFP.

(7) **Potential Award Without Discussions**

The Government reserves the right to award a contract without discussions if the Contracting Officer determines that the initial prices are fair and reasonable and that discussions are not necessary.

(8) **Use of the Metric System of Measurement**

It is the policy of the Department of Health and Human Services to support the Federal transition to the metric system and to use the metric system of measurement in all procurement, grants, and other business related activities unless such use is impracticable or is likely to cause significant inefficiencies.

The offeror is encouraged to prepare their proposal using either "Hard Metric," "Soft Metric," or "Dual Systems" of measurement. The following definitions are provided for your information:

**Hard Metric** - The replacement of a standard inch-pound size with an accepted metric size for a particular purpose. An example of size substitution might be: selling or packaging liquids by the liter instead of by the pint or quart (as for soft drinks), or instead of by the gallon (as for gasoline).

**Soft Metric** - The result of a mathematical conversion of inch-pound measurements to metric equivalents for a particular purpose. The physical characteristics are not changed.

**Dual Systems** - The use of both inch-pound and metric systems. For example, an item is designed, produced, and described in inch-pound values with soft metric values also shown for information or comparison purposes.

(9) **Standards for Privacy of Individually Identifiable Health Information**

The Department of Health and Human Services (DHHS) issued final modifications to the "Standards for Privacy of Individually Identifiable Health Information," the "Privacy Rule," on August 14, 2002. The Privacy Rule is a federal regulation under the Health Insurance Portability and Accountability Act (HIPAA) of 1996 that governs the protection of individually identifiable health information and is administered and enforced by the DHHS Office for Civil Rights (OCR). Those who must comply with the Privacy Rule (classified under the Rule as "covered entities" must do so by April 14, 2003 (with the exception of small health plans which have an extra year to comply.

Decisions about the applicability and implementation of the Privacy Rule reside with the contractor and his/her institution. The OCR Web site (http://www.hhs.gov/ocr/) provides information of the Privacy Rule, including a complete Regulation Text and a set of decision tools on "Am I a covered entity?" Information on the impact of the HIPAA Privacy Rule on NIH processes involving the review, award, and administration of grants, cooperative agreements and contracts can be found at http://grants1.nih.gov/grants/guide/notice-files/NOT-OD-03-025.html.

**(10) Privacy Act - Treatment of Proposal Information**

The Privacy Act of 1974 (P.L. 93-579) requires that a Federal agency advise each individual whom it asks to supply information, the authority which authorizes the solicitation, whether disclosure is voluntary or mandatory, the principal purpose or purposes for which the information is intended to be used, the uses outside the agency which may be made of the information, and the effects on the individual, if any, of not providing all or any part of the requested information.

The NIH is requesting the information called for in this RFP pursuant to the authority provided by Sec. 301(a)(7) of the Public Health Service Act, as amended, and P.L. 92-218, as amended.

Providing the information requested is entirely voluntary. The collection of this information is for the purpose of conducting an accurate, fair, and adequate review prior to a discussion as to whether to award a contract.

Failure to provide any or all of the requested information may result in a less than adequate review.

In addition, the Privacy Act of 1974 (P.L. 93-579, Section 7) requires that the following information be provided when individuals are requested to disclose their social security number.

Provision of the social security number is voluntary. Social security numbers are requested for the purpose of accurate and efficient identification, referral, review and management of NIH contracting programs. Authority for requesting this information is provided by Section 301 and Title IV of the PHS Act, as amended.

The information provided by you may be routinely disclosed for the following purposes:

- to the cognizant audit agency and the General Accounting Office for auditing.
- to the Department of Justice as required for litigation.
- to respond to congressional inquiries.
- to qualified experts, not within the definition of Department employees, for opinions as a part of the review process.

**(11) Selection of Offerors**

a) The acceptability of the technical portion of each research contract proposal will be evaluated by a technical review committee. The committee will evaluate each proposal in strict conformity with the evaluation criteria of the RFP, utilizing point scores and written critiques. The committee may suggest that the Contracting Officer request clarifying information from an offeror.

b) The business portion of each contract proposal will be subjected to a cost and price analysis, management analysis, etc.

c) If award will be made without conducting discussions, offerors may be given the opportunity to clarify certain aspects of their proposal (e.g., the relevance of an offeror's past performance information and adverse past performance information to which the offeror has not previously had an opportunity to respond) or to resolve minor or clerical errors.

d) If the Government intends to conduct discussions prior to awarding a contract-

(1) Communications will be held with offerors whose past performance information is the determining factor preventing them from being placed within the competitive range. Such communications shall address adverse past performance information to which an offeror has not had a prior opportunity to respond. Also, communications may be held with any other offerors whose exclusion from, or inclusion in, the competitive range is uncertain.

Such communications shall not be used to cure proposal deficiencies or omissions that alter the technical or cost elements of the proposal, and/or otherwise revise the proposal, but may be considered in rating proposals for the purpose of establishing the competitive range.

(2) The Contracting Officer will, in concert with program staff, decide which proposals are in the competitive range. The competitive range will be comprised of all of the most highly rated proposals. Oral or written discussions will be conducted with all offerors in the competitive range.

While it is NIDDK's policy to conduct discussions with all offerors in the competitive range, NIDDK reserves the right, in special circumstances, to limit the number of proposals included in the competitive range to the greatest number that will permit an efficient competition. All aspects of the proposals are subject to discussions, including cost, technical approach, past performance, and contractual terms and conditions. At the conclusion of discussions, each offeror still in the competitive range shall be given an opportunity to submit a written Final Proposal Revision (FPR) with the reservation of the right to conduct finalization of details with the selected source in accordance with HHSAR 315.370.

e) The process described in FAR 15.101-1 will be employed, which permits the Government to make tradeoffs among cost or price and non-cost factors and to consider award to other than the lowest price offeror or other than the highest technically rated offeror. This process will take into consideration the results of the technical evaluation, the past performance evaluation (if applicable) and the cost analysis.

f) The NIDDK reserves the right to make a single award, multiple awards, or no award at all to the RFP. In addition, the RFP may be amended or canceled as necessary to meet NCI requirements. Synopses of awards exceeding $25,000 will be published in FedBizOpps.

(12) **Institutional Responsibility Regarding Conflicting Interests of Investigators**

**EACH INSTITUTION MUST:**

(a) Maintain an appropriate written, enforced policy on conflict of interest that complies with 42 CFR Part 50 Subpart F and/or 45 CFR Part 94 as appropriate and inform each investigator of the Institution's policy, the Investigator's reporting responsibilities, and the applicable regulations. If the Institution carries out the NIH funded research through subgrantees, contractors or collaborators, the Institution must take reasonable steps to ensure that Investigators working for such entities comply with the regulations, either by requiring those investigators to comply with the Institution's policy or by requiring the entities to provide assurances to the Institution that will enable the Institution to comply with the regulations.

(b) Designate an Institutional official(s) to solicit and review financial disclosure statements from each Investigator who is planning to participate in NIH-funded research.

(c) Require that by the time an application/proposal is submitted to the NIH each investigator who is planning to participate in the NIH-funded research has submitted to the designated official(s) a listing of his/her known Significant Financial Interests (and those of his/her spouse and dependent children): (i) that would reasonably appear to be affected by the research for which the NIH funding is sought; and (ii) in entities whose financial interests would reasonably appear to be affected by the research. All financial disclosures must be updated during the period of the award, either on an annual basis or as new reportable Significant Financial Interests are obtained.

(d) Provide guidelines consistent with the regulations for the designated official(s) to identify conflicting interests and take such actions as necessary to ensure that such conflicting interests will be managed, reduced, or eliminated.

(e) Maintain records, identifiable to each award, of all financial disclosures and all actions taken by the institution with respect to each conflicting interest for: (1) in the case of grants, at least three years from the date of submission of the final expenditures report or, where applicable, from other dates specified in 45 CFR Part 74.53(b) and (2) in the case of contracts, 3 years after final payment or, where applicable, for the other time period specified in 48 CFR Part 4 Subpart 4.7, Contract Records Retention.

(f) Establish adequate enforcement mechanisms and provide for sanctions where appropriate.

(g) Certify, in each application/proposal for funding to which the regulations applies, that:

1) there is in effect at the Institution a written and enforced administrative process to identify and manage, reduce or eliminate conflicting interests with respect to all research projects for which funding is sought from the NIH;

2) prior to the Institution's expenditure of any funds under the award, the Institution will report to the awarding component the existence of a conflicting interest (but not the nature of the interest or other details) found by the Institution and assure that the interest has been managed, reduced or eliminated in accord with the regulations; and for any interest that the Institution identifies as conflicting subsequent to the expenditure of funds after award, the report will be made and the conflicting interest managed, reduced, or eliminated, at least on a temporary basis within sixty days of that identification;

3) the Institution agrees to make information available, upon request, to the awarding component regarding all conflicting interests identified by the Institution and how those interested have been managed, reduced, or eliminated to protect the research from bias; and

4) the Institution will otherwise comply with the regulations.

**Institutional Management of Conflicting Interests**

(a) The designated official(s) must: (1) review all financial disclosures; and (2) determine whether conflict of interest exists, and if so, determine what actions should be taken by the Institution to manage, reduce or eliminate such conflict of interest. **A conflict of interest exists when the designated official(s) reasonably determines that a Significant Financial Interest could directly and significantly affect the design, conduct, or reporting of the NIH-funded research.**

Examples of conditions or restrictions that might be imposed to manage actual or potential conflicts of interests include, but are not limited to:

(i) public disclosure of significant financial interests;
(ii) monitoring of research by independent reviewers;
(iii) modification of the research plan;
(iv) disqualification of the Investigator(s) from participation in all or a portion of the research funded by the awarding component;
(v) divestiture of significant financial interests; or
(vi) severance of relationships that create actual or potential conflicts of interests.

(b) An Institution may require the management of other conflicting financial interests in addition to those described in paragraph (a) of this section, as the Institution deems appropriate.

(13) **ROTC Access and Federal Military Recruiting on Campus**

Section 514 of the FY 1997 Appropriations Act prohibits NIH from providing contract funds to educational institutions that the Secretary of Defense determines have a policy or practice (regardless of when implemented ) that either prohibits, or in effect prevents (1) the maintaining, establishing, or operation of a unit of the Senior Reserve Officer Training Corps at the covered education entity; or (2) a student at the covered educational entity from enrolling in a unit of the Senior Reserve Officer Training Corps at another institution of higher education.

Further, contract funds may not be provided to educational institutions that have a policy or practice that prohibits or prevents (1) entry to campuses, or access to students (who are 17 years of age or older) on campuses, for purposes of Federal military recruiting; or (2) access by military recruiters for purposes of Federal military recruiting to information pertaining to students (who are 17 years of age or older) enrolled at the covered educational entity.

(14) **Past Performance Information**

a) Offerors shall submit the following information as part of their business proposal.

A list of the last 3 contracts completed during the past one year and the last 5 contracts awarded and currently being performed that are similar in nature to the solicitation work scope. Contracts listed may include those entered into by the Federal Government, agencies of state and local governments and commercial concerns. Offerors may also submit past performance information regarding predecessor companies, key personnel who have relevant experience or subcontractors that will perform major or critical aspects of the requirement when such information is relevant to the instant acquisition.
Include the following information for each contract or subcontract listed:

1. Name of Contracting Organization
2. Contract Number (for subcontracts, provide the prime contract number and the subcontract number)
3. Contract Type
4. Total Contract Value
5. Description of Requirement
6. Contracting Officer's Name and Telephone Number
7. Program Manager's Name and Telephone Number
8. Standard Industrial Code

The offeror may provide information on problems encountered on the identified contracts and the offeror's corrective actions.

b) The Government is not required to contact all references provided by the offeror. Also, references other than those identified by the offeror may be contacted by the Government to obtain additional information that will be used in the evaluation of the offeror's past performance.

(15) **Solicitation Provisions Incorporated by Reference, FAR 52.252-1 (February 1998)**

This Solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this address: http://www.acquisition.gov/far/index.html.

FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1):

a) Data Universal Numbering System (DUNS) Number, FAR Clause 52.204-6 (October 2003).
b) Facilities Capital Cost of Money, FAR Clause 52.215-16, (October 1997).
c) Order of Precedence-Uniform Contract Format, FAR Clause 52.215-8, (October 1997).

b. **TECHNICAL PROPOSAL INSTRUCTIONS - (SEE ALSO ATTACHMENT 6 - ADDITIONAL TECHNICAL PROPOSAL INSTRUCTIONS)**

A detailed work plan must be submitted indicating how each aspect of the statement of work is to be accomplished. Your technical approach should be in as much detail as you consider necessary to fully explain your proposed technical approach or method. The technical proposal should reflect a clear understanding of the nature of the work being undertaken. The technical proposal must include information on how the project is to be organized, staffed, and managed. Information should be provided which will demonstrate your understanding and management of important events or tasks.

(1) **Technical Discussions**

The technical discussion included in the technical proposal should respond to the items set forth below:

a) **Project Objectives, NIH-1688-1**

The offeror shall insert a completed NIH Form 1688-1, Project Objective, as provided in Section J, Attachments, behind the Title Page of each copy of the proposal, along with the "Government Notice for Handling Proposals." The NIH Form 1688-1 is to be completed as follows:

- For an **Institution of Higher Education:** The form <u>MUST</u> be completed in its entirety.
- For **OTHER** than an Institution of Higher Education: The starred items (Department, Service, Laboratory or Equivalent, and Major Subdivision) should be left blank.

The information required under the "Summary of Objectives" portion of the form MUST meet the requirements set forth in the section of the form entitled, **"<u>INSTRUCTIONS</u>:"**

b) **Statement of Work**

(1) Objectives

State the overall objectives and the specific accomplishments you hope to achieve. Indicate the rationale for your plan, and relation to comparable work in progress elsewhere. Review pertinent work already published which is relevant to this project and your proposed approach. This should support the scope of the project as you perceive it.

(2) Approach

Use as many subparagraphs, appropriately titled, as needed to clearly outline the general plan of work. Discuss phasing of research and, if appropriate, include experimental design and possible or probable outcome of approaches proposed.

(3) Methods

Describe in detail the methodologies you will use for the project, indicating your level of experience with each, areas of anticipated difficulties, and any unusual expenses you anticipate.

(4) Schedule

Provide a schedule for completion of the work and delivery of items specified in the statement of work. Performance or delivery schedules shall be indicated for phases or segments, as applicable, as well as for the overall program. Schedules shall be shown in terms of calendar months from the date of authorization to proceed or, where applicable, from the date of a stated event, as for example, receipt of a required approval by the Contracting Officer. Unless the request for proposal indicates that the stipulated schedules are mandatory, they shall be treated as desired or recommended schedules. In this event, proposals based upon the offeror's best alternative schedule, involving no overtime, extra shift or other premium, will be accepted for consideration.

c) **Personnel**

Describe the experience and qualifications of personnel who will be assigned for direct work on this program. Information is required which will show the composition of the task or work group, its general qualifications, and recent experience with similar equipment or programs. Special mention shall be made of direct technical supervisors and key technical personnel, and the approximate percentage of the total time each will be available for this program.

**OFFERORS SHOULD ASSURE THAT THE PRINCIPAL INVESTIGATOR, AND ALL OTHER PERSONNEL PROPOSED, SHALL NOT BE COMMITTED ON FEDERAL GRANTS AND CONTRACTS FOR MORE THAN A TOTAL OF 100% OF THEIR TIME. IF THE SITUATION ARISES WHERE IT IS DETERMINED THAT A PROPOSED EMPLOYEE IS COMMITTED FOR MORE THAN 100% OF HIS OR HER TIME, THE GOVERNMENT WILL REQUIRE ACTION ON THE PART OF THE OFFEROR TO CORRECT THE TIME COMMITMENT.**

(1) Principal Investigator/Project Director

List the name of the Principal Investigator/Project Director responsible for overall implementation of the contract and key contact for technical aspects of the project. Even though there may be co-investigators, identify the Principal Investigator/Project Director who will be responsible for the overall implementation of any awarded contract. Discuss the qualifications, experience, and accomplishments of the Principal Investigator/Project Director. State the estimated time to be spent on the project, his/her proposed duties, and the areas or phases for which he/she will be responsible.

(2) Other Investigators

List all other investigators/professional personnel who will be participating in the project. Discuss the qualifications, experience, and accomplishments. State the estimated time each will spend on the project, proposed duties on the project, and the areas or phases for which each will be responsible.

(3) Additional Personnel

List names, titles, and proposed duties of additional personnel, if any, who will be required for full-time employment, or on a subcontract or consultant basis. The technical areas, character, and extent of subcontract or consultant activity will be indicated and the anticipated sources will be specified and qualified. For all proposed personnel who are not currently members of the offeror's staff, a letter of commitment or other evidence of availability is required. A resume does not meet this requirement. Commitment letters for use of consultants and other personnel to be hired must include:

-The specific items or expertise they will provide.

-Their availability to the project and the amount of time anticipated.

-Willingness to act as a consultant.

-How rights to publications and patents will be handled.

(4) Resumes

Resumes of all key personnel are required. Each must indicate educational background, recent experience, specific or technical accomplishments, and a listing of relevant publications.

(2) **Technical Evaluation**

Proposals will be technically evaluated in accordance with the factors, weights, and order of relative importance as described in SECTION M - Evaluation Factors for Award of this solicitation.

(3) **Additional Technical Proposal Information**

a) Proposals which merely offer to conduct a program in accordance with the requirements of the Government's scope of work will not be eligible for award. The offeror must submit an explanation of the proposed technical approach in conjunction with the tasks to be performed in achieving the project objectives.

b) The technical evaluation is conducted in accordance with the weighted technical evaluation criteria by an initial review panel. This evaluation produces a numerical score (points) which is based upon the information contained in the offeror's proposal only.

(4) **Other Considerations**

Record and discuss specific factors not included elsewhere which support your proposal. Using specifically titled subparagraphs, items may include:

a) Any agreements and/or arrangements with subcontractor(s). Provide as much detail as necessary to explain how the statement of work will be accomplished within this working relationship.

b) Unique arrangements, equipment, etc., which none or very few organizations are likely to have which is advantageous for effective implementation of this project.

c) Equipment and unusual operating procedures established to protect personnel from hazards associated with this project.

d) Other factors you feel are important and support your proposed research.

e) Recommendations for changing reporting requirements if such changes would be more compatible with the offeror's proposed schedules.

**<u>IMPORTANT NOTE TO OFFERORS</u>: The following [10/11/12] paragraphs [(5) through (14)/(15)/(16)] shall be addressed in a SEPARATE SECTION of the Technical Proposal entitled, "HUMAN SUBJECTS."**

(5) **Human Subjects**

The following notice is applicable when contract performance is expected to involve risk to human subjects:

**Notice to Offerors of Requirements of 45 CFR Part 46, Protection of Human Subjects (MARCH 2005)**

(a) Copies of the Department of Health and Human Services (Department) regulations for the protection of human subjects, 45 CFR Part 46, are available from the Office for Human Research Protections (OHRP), Bethesda, Maryland 20892. The regulations provide a systematic means, based on established ethical principles, to safeguard the rights and welfare of individuals who participate as subjects in research activities supported or conducted by the Department.

(b) The regulations define a human subject as a living individual about whom an investigator (whether professional or student) conducting research obtains data through intervention or interaction with the individual, or identifiable private information. The regulations extend to the use of human organs, tissue, and body fluids from individually identifiable human subjects as well as to graphic, written, or recorded information derived from individually identifiable human subjects. The use of autopsy materials is governed by applicable State and local law and is not directly regulated by 45 CFR Part 46.

(c) Activities in which the only involvement of human subjects will be in one or more of the categories set forth in 45 CFR 46.101(b)(1-6) are exempt from coverage.

(d) Inappropriate designations of the noninvolvement of human subjects or of exempt categories of research in a project may result in delays in the review of a proposal. The

OpDiv will make a final determination of whether the proposed activities are covered by the regulations or are in an exempt category, based on the information provided in the proposal. In doubtful cases, prior consultation with OHRP, (telephone: 301-496-7005), is recommended.

(e) In accordance with 45 CFR Part 46, prospective Contractors being considered for award shall be required to file with OHRP an acceptable Assurance of Compliance with the regulations, specifying review procedures and assigning responsibilities for the protection of human subjects. The initial and continuing review of a research project by an institutional review board shall assure that the rights and welfare of the human subjects involved are adequately protected, that the risks to the subjects are reasonable in relation to the potential benefits, if any, to the subjects and the importance of the knowledge to be gained, and that informed consent will be obtained by methods that are adequate and appropriate. The contracting officer will direct the offeror/contractor to the OHRP IRB Registration and Assurance Filing website, found at http://www.hhs.gov/ohrp/ or to the physical address if the offeror/contractor cannot access the Internet. HHS regulations for the protection of human subjects may be found at:
http://www.access.gpo.gov/nara/cfr/waisidx_01/45cfr46_01.html

(f) It is recommended that OHRP be consulted for advice or guidance concerning either regulatory requirements or ethical issues pertaining to research involving human subjects.

(End of provision)

(6) **Instructions to Offerors Regarding Protection of Human Subjects**

Offerors must address the following human subjects protections issues if this contract will be for research involving human subjects (note: under each of the following points below, the offeror should indicate whether the information provided relates to the primary research site, or to a collaborating performance site(s), or to all sites:

(a) Risks to the subjects

Human Subjects Involvement and Characteristics:

- Describe the proposed involvement of human subjects in response to the solicitation.

- Describe the characteristics of the subject population, including their anticipated number, age range, and health status.

- Identify the criteria for inclusion or exclusion of any subpopulation. Explain the rationale for the involvement of special classes of subjects, such as fetuses, pregnant women, children, prisoners, institutionalized individuals, or others who are likely to be vulnerable populations.

Sources of Materials:

- Identify the sources of research material obtained from individually identifiable living human subjects in the form of specimens, records, or data. Indicate whether the material or data will be obtained specifically for research purposes or whether use will be made of existing specimens, records, or data.

Potential Risks:

- Describe the potential risks to subjects (physical, psychological, social, legal, or other) and assess their likelihood and seriousness to the subjects.

- Describe alternative treatments and procedures, including the risks and benefits of the alternative treatments and procedures, to participants in the proposed research, where appropriate.

(b) Adequacy of Protection Against Risks

Recruitment and Informed Consent:

- Describe plans for the recruitment of subjects and the procedures for obtaining informed consent. Include a description of the circumstances under which consent will be sought and obtained, who will seek it, the nature of the information to be provided to prospective subjects, and the method of documenting consent. The informed consent document for the contractor and any collaborating sites should be submitted only if requested elsewhere in the solicitation. Be aware that an IRB-approved informed consent document for the contractor and any participating collaborative sites must be provided to the Government prior to patient accrual or participant enrollment.

Protection Against Risk:

- Describe the procedures for protecting against or minimizing potential risks, including risks to confidentiality, and assess their likely effectiveness.

- Discuss provisions for ensuring necessary medical or professional intervention in the event of adverse effects to the subjects where appropriate.

- In studies that involve interventions, describe the provisions for data and safety monitoring of the research to ensure the safety of subjects.

(c) Potential Benefits of the Proposed Research to the Subjects and Others

- Discuss the potential benefits of the research to the subjects and others.

- Discuss why the risks to subjects are reasonable in relation to the anticipated benefits to subjects and others.

- Describe treatments and procedures that are alternatives to those provided to the participants by the proposed research, where appropriate.

(d) Importance of the Knowledge to be Gained

- Discuss the importance of the knowledge gained or to be gained as a result of the proposed research.

- Discuss why the risks to subjects are reasonable in relation to the importance of the knowledge that may reasonably be expected to result.

**Note:** If a test article (investigational new drug, device, or biologic) is involved, name the test article and state whether the 30-day interval between submission of offeror's certification to the Food and Drug Administration (FDA) and its response has elapsed or has been waived and/or whether the FDA has withheld or restricted use of the test article.

**Collaborating Site(s)**

When research involving human subjects will take place at collaborating site(s) or other performance site(s), the offeror must provide in this section of its proposal a list of the collaborating sites and their assurance numbers. Further, if you are awarded a contract, you must obtain in writing, and keep on file, an assurance from each site that the previous points have been adequately addressed at a level of attention that is at least as high as that documented at your organization. Site(s) added after an award is made must also adhere to the above requirements.

(7) **Required Education in the Protection of Human Research Participants**

NIH policy requires education on the protection of human subject participants for all investigators submitting NIH proposals for contracts for research involving human subjects. This policy announcement is found in the NIH Guide for Grants and Contracts Announcement dated June 5, 2000 at the following website: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html. Offerors should review the policy announcement prior to submission of their offers. The following is a summary of the Policy Announcement:

For any solicitation for research involving human subjects, the offeror shall provide in its technical proposal the following information: (1) a list of the names of the principal investigator and any other individuals proposed under the contract who are responsible for the design and/or conduct of the research; (2) the title of the education program completed (or to be completed prior to the award of the contract) for each named personnel; (3) a one sentence description of the program(s) listed in (2) above. This requirement extends to investigators and all individuals responsible for the design and/or conduct of the research who are working as subcontractors or consultants under the contract.

Curricula that are readily available and meet the educational requirement include the NIH on-line tutorial, titled "Protection of Human Research Subjects: Computer-Based Training for Researchers," available at http://ohsr.od.nih.gov/cbt/. You may download the information at this site at no cost and modify it, if desired. The University of Rochester has made its training program available for individual investigators. Completion of this program will also satisfy the educational requirement. The University of Rochester manual can be obtained through Centerwatch, Inc. at
http://www.centerwatch.com/order/pubs_profs_protect.html.
In addition, the NCI sponsors an online training course at:
http://cme.cancer.gov/clinicaltrials/learning/humanparticipant-protections.asp.
If an institution already has developed educational programs on the protection of research participants, completion of these programs also will satisfy the educational requirement.

In addition, prior to the substitution of the principal investigator or any other individuals responsible for the design and/or conduct of the research under the contract, the contractor shall provide the contracting officer with the title of the education program and a one sentence description of the program that the replacement has completed.

(8) **Inclusion of Women and Minorities in Research Involving Human Subjects**

It is NIH policy that women and members of minority groups and their sub-populations must be included in all NIH-supported clinical research projects involving human subjects, unless a clear and compelling rationale and justification establishes to the satisfaction of the relevant Institute/Center Director that inclusion is inappropriate with respect to the health of the subjects or the purpose of the research. The Director, NIH, may determine that exclusion under other circumstances is acceptable, upon the recommendation of an Institute/Center Director, based on a compelling rationale and justification. Cost is not an acceptable reason for exclusion except when the study would duplicate data from other sources. Women of childbearing potential should not be routinely excluded from participation in clinical research. This policy results from the NIH Revitalization Act of 1993 (Section 492B of Public Law 103-43), ***and applies to research subjects of all ages***.

All investigators proposing research involving human subjects should read the UPDATED "NIH Policy and Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research, Amended October 2001," published in the NIH Guide for Grants and Contracts on October 9, 2001 at the following web site:

http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm

These guidelines contain a definition of **clinical research** adopted in June 2001, as: "(1) Patient-oriented research. Research conducted with human subjects (or on material of human origin such as tissues, specimens and cognitive phenomena) for which an investigator (or colleague) directly interacts with human subjects. Excluded from this definition are in vitro studies that utilize human tissues that cannot be linked to a living individual. Patient-oriented research includes (a) mechanisms of human disease, (b) therapeutic interventions, (c) clinical trials, and (d) development of new technologies; (2) Epidemiologic and behavioral

studies; and (3) Outcomes research and health services research," at: (http://www.nih.gov/news/crp/97report/execsum.htm).

**Information Required for ALL Clinical Research Proposals**

This solicitation contains a review criterion addressing the adequacy of: (1) the offeror's plans for inclusion of women and minorities in the research proposed; or (2) the offeror's justification(s) for exclusion of one or both groups from the research proposed.

Provide information on the composition of the proposed study population in terms of sex/gender and racial/ethnic groups and provide a rationale for selection of such subjects in response to the requirements of the solicitation. The description may include (but is not limited to) information on the population characteristics of the disease or condition being studied in the planned research, and/or described in the statement of work, national and local demography, knowledge of the racial/ethnic/cultural characteristics of the population, prior experience and collaborations in recruitment and retention of the populations and subpopulations to be studied, and the plans, arrangements and letters of commitment from relevant community groups and organizations for the planned research.

The proposal must include the following information:

- A description of the subject selection criteria
- The proposed dates of enrollment (beginning and end)
- A description of the proposed outreach programs for recruiting women and minorities as subjects
- A compelling rationale for proposed exclusion of any sex/gender or racial/ethnic group
- The proposed sample composition using the "Targeted/Planned Enrollment Table"(see Section J, Attachments)

***NOTE 1:*** *For all proposals, use the ethnic and racial categories and complete the "Targeted/Planned Enrollment Table in accordance with the Office of Management and Budget (OMB) Directive No. 15, which may be found at: http://www.whitehouse.gov/OMB/fedreg/ombdir15.html.*

**Standards for Collecting Data.** When you, as a contractor, are planning data collection items on race and ethnicity, you shall use, at a minimum, the categories identified in OMB Directive No. 15. The collection of greater detail is encouraged. However, you should design any additional, more detailed items so that they can be aggregated into these required categories. Self-reporting or self-identification using two separate questions is the preferred method for collecting data on race and ethnicity. When you collect race and ethnicity separately, you must collect ethnicity first. You shall offer respondents the option of selecting one or more racial designations. When you collect data on race and ethnicity separately, you shall also make provisions to report the number of respondents in each racial category who are Hispanic or Latino. When you present aggregate data, you shall provide the number of respondents who selected only one category, for each of the five racial categories. If you collapse data on multiple responses, you shall make available, at a minimum, the total number of respondents reporting "more than one race." Federal agencies shall not present data on detailed categories if doing so would compromise data quality or confidentiality standards.

In addition to the above requirements, solicitations for **NIH defined Phase III clinical trials*** require that: a) all proposals and/or protocols provide a description of plans to conduct analyses, as appropriate, to detect significant differences in intervention effect (see NIH Guide:

http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm, Definitions - Significant Difference).
*The definition of an **"NIH-Defined Phase III clinical trial"** can also be found at this website.)

by sex/gender, racial/ethnic groups, and relevant subpopulations, if applicable; and b) all contractors to report annually cumulative subject accrual, and progress in conducting analyses for sex/gender and race/ethnicity differences.

Offerors may obtain copies of the Updated Guidelines from the sources above or from the contact person listed in the solicitation.

Also, the proposal must include one of the following plans:

- Plans to conduct valid analysis to detect significant differences in intervention effect among sex/gender and/or racial/ethnic subgroups when prior studies strongly support these significant differences among subgroups, OR

- Plans to include and analyze sex/gender and/or racial/ethnic subgroups when prior studies strongly support no significant differences in intervention effect between subgroups, OR

- Plans to conduct valid analyses of the intervention effect in sex/gender and/or racial/ethnic subgroups (without requiring high statistical power for each subgroup) when the prior studies neither support nor negate significant differences in intervention effect between subgroups.

**Use the form entitled, "Targeted/Planned Enrollment Table," when preparing your response to the solicitation requirements for inclusion of women and minorities. (See Section J-List of Documents, Exhibits and Other Attachments of the RFP)**

Unless otherwise specified in this solicitation, the Government has determined that the work required by this solicitation does not involve a sex/gender specific study or a single or limited number of minority population groups. Therefore, the NIH believes that the inclusion of women and minority populations is appropriate for this project. (See Section M of this RFP for more information about evaluation factors for award.)

**Use the form entitled, "Inclusion Enrollment Report," for reporting in the resultant contract.**

(9) **Inclusion of Children in Research Involving Human Subjects**

It is NIH policy that children (defined below) must be included in all human subjects research, including, but not limited to, clinical trials, conducted under a contract funded by the NIH, unless there are *clear and compelling* reasons not to include them. (See examples of Justifications for Exclusion of Children below). For the purposes of this policy, contracts involving human subjects include categories that would otherwise be exempt from the DHHS Policy for Protection of Human Research Subjects (sections 101(b) and 401(b) of 45 CFR 46), such as surveys, evaluation of educational interventions, and studies of existing data or specimens that should include children as participants. This policy applies to both domestic and foreign research contracts.

For purposes of this policy, a child is defined as an individual under the age of 21 years.

All offerors proposing research involving human subjects should read the "NIH Policy and Guidelines on the Inclusion of Children as Participants in Research Involving Human Subjects" which was published in the NIH Guide for Grants and Contracts on March 6, 1998 and is available at the following URL address:

http://www.nih.gov/grants/guide/notice-files/not98-024.html

Offerors also may obtain copies from the contact person listed in the RFP.

Inclusion of children as participants in research must be in compliance with all applicable subparts of 45 CFR 46 as well as other pertinent laws and regulations whether or not such research is otherwise exempted from 45 CFR 46. Therefore, any proposals must include a description of plans for including children, unless the offeror presents clear and convincing justification for an exclusion. The "Human Subjects" section of your technical proposal should provide either a description of the plans to include children and a rationale for selecting or excluding a specific age range of child, or an explanation of the reason(s) for excluding children as participants in the research. This solicitation contains a review criterion addressing the adequacy of: (1) the plans for including children as appropriate for the scientific goals of the research; and/or (2) the justification of exclusion of children or exclusion of a specific age range of children.

When children are included, the plan also must include a description of: (1) the expertise of the investigative team for dealing with children at the ages included; (2) the appropriateness of the available facilities to accommodate the children; and, (3) the inclusion of a sufficient number of children to contribute to a meaningful analysis relative to the purpose/objective of the solicitation.

**Justifications for Exclusion of Children**

It is expected that children will be included in all research involving human subjects unless one or more of the following exclusionary circumstances can be fully justified:

- The objective of the solicitation is not relevant to children.
  - There are laws or regulations barring the inclusion of children in the research to be conducted under the solicitation.
  - The knowledge being sought in the research is already available for children or will be obtained from another ongoing study, and an additional study will be redundant. You should provide documentation of other studies justifying the exclusion.
    - A separate, age-specific study in children is warranted and preferable. Examples include:
    - The relative rarity of the condition in children, as compared with adults (in that extraordinary effort would be needed to include children); or
    - The number of children is limited because the majority are already accessed by a nationwide pediatric disease research network; or
    - Issues of study design preclude direct applicability of hypotheses and/or interventions to both adults and children (including different cognitive, developmental, or disease stages of different age-related metabolic processes); or
    - Insufficient data are available in adults to judge potential risk in children (in which case one of the research objectives could be to obtain sufficient adult data to make this judgment). While children usually should not be the initial group to be involved in research studies, in some instances, the nature and seriousness of the illness may warrant their participation earlier based on careful risk and benefit analysis; or
    - Study designs aimed at collecting additional data on pre-enrolled adult study subjects (e.g., longitudinal follow-up studies that did not include data on children);
    - Other special cases justified by the offeror and found acceptable to the review group and the Institute Director

**Definition of a Child**

For the purpose of this solicitation, a child is defined as an individual under the age of 21 years.
The definition of child described above will pertain to this solicitation (notwithstanding the FDA definition of a child as an individual from infancy to 16 years of age, and varying definitions employed by some states). Generally, State laws define what constitutes a "child," and such definitions dictate whether or not a person can legally consent to participate in a research study. However, State laws vary, and many do not address when a child can consent to participate in research. Federal Regulations (45 CFR 46, subpart D, Sec.401-409) address DHHS protections for children who participate in research, and rely on State definitions of "child" for consent purposes. Consequently, the children included in this policy (persons under the age of 21) may differ in the age at which their own consent is required and sufficient to participate in research under State law. For example, some states consider a person age 18 to be an adult and therefore one who can provide consent without parental permission.

(10) **Research Involving Prisoners as Subjects**

a. HHS Regulations at 45 CFR Part 46, Subpart C provide additional protections pertaining to biomedical and behavioral research involving prisoners or those individuals who, during the period of the contract become prisoners, as subjects. These regulations also set forth the duties of the Institutional Review Board (IRB) where prisoners are involved in the research. HHS-funded research involving prisoners as subjects may not proceed until the Office for Human Research Protections

(OHRP) issues approval, in writing, as required by 45 CFR 46.306(a)(2). In addition, OHRP Guidance on the Involvement of Prisoners in Research may be found at:
http://ohrp.osophs.dhhs.gov/humansubjects/guidance/prisoner.htm

b. HHS Waiver for Epidemiological Research Involving Prisoners as Subjects

On June 20, 2003 the Secretary of HHS waived the applicability of certain provisions of Subpart C of 45 CFR Part 46, (Additional DHHS Protections Pertaining to Biomedical and Behavioral Research Involving Prisoners as Subjects) to specific types of epidemiological research involving prisoners as subjects.

The applicability of 45 CFR 46.305(a)(1) and 46.306(a)(2) for certain epidemiological research conducted or funded by DHHS is waived when:

1. The sole purposes are:

   a) to describe the prevalence or incidence of a disease by identifying all cases, or
   b) to study potential risk factor associations for a disease, and

2. The Institution responsible for the conduct of the research certifies to the OHRP that the Institutional Review Board (IRB) approved the research and fulfilled its duties under 45 CFR 46.305(a)(2-7) and determined and documented that:

   a) the research presents no more than minimal risk, and
   b) no more than inconvenience to the prisoner-subjects, and
   c) prisoners are not a particular focus of the research.

For more information about this Waiver see http://www.hhs.gov/ohrp/special/prisoners/Prisoner.waiver 6-20-03.pdf

**(11) Research Involving Human Fetal Tissue**

Human Fetal Tissue means tissue or cells obtained from a dead human fetus, including human embryonic stem cells, human pluripotent stem cells and human embryonic germ cells.

The governing federal statute is the Public Health Service Act, 42 U.S.C. 289g-1 and 289g-2. Implementing regulations and guidance for conducting research on human fetal tissue may be found at 45 CFR 46, Subpart B and http://grants1.nih.gov/grants/guide/notice-files/not93-235.html and any subsequent revisions to this NIH Guide to Grants and Contracts ("Guide") Notice.

By signing the face page of the proposal, the offeror (authorized institutional official) certifies that researchers using human fetal tissue are in compliance with 42 USC 289g-2. This statute specifically prohibits any person from knowingly acquiring, receiving, or transferring any human fetal tissue for valuable consideration. "Valuable consideration" is a concept similar to profit, and does not include reasonable payment for costs associated with the collection processing, preservation, storage, quality control or transportation of these tissues.

Research involving the transplantation of human fetal tissue must be conducted in accordance with applicable Federal, State and local law.

**(12) Research Involving Recombinant DNA Molecules (including Human Gene Transfer Research)**

Recombinant DNA Molecules are either 1) molecules that are constructed outside of living cells by joining natural or synthetic DNA segments to DNA molecules that can replicate in a living cell, or 2) DNA molecules that result from the replication of those described in 1).

The NIH Guidelines for Research Involving Recombinant DNA Molecules (http://www4.od.nih.gov/oba/rac/guidelines/guidelines.html and the May 28, 2002 Notice, Compliance with the NIH Guidelines for Research Involving Recombinant DNA Molecules, at:

(http://grants1.nih.gov/grants/guide/notice-files/NOT-OD-02-052.html)
and any subsequent revisions to the Guide Notice) stipulates biosafety and containment measures for recombinant DNA research and delineates critical, ethical principles and key safety reporting requirements for human gene transfer research (See Appendix M of the NIH Guidelines). These guidelines apply to both basic and clinical research studies.

The Recombinant DNA Advisory Committee (RAC) is charged with the safety of manipulation of genetic material through the use of recombinant DNA techniques. Prior to beginning any clinical trials involving the transfer of recombinant DNA to humans, the trial must be registered with the RAC. If this contract involves new protocols that contain unique and//or novel issues, the RAC must discuss them in a public forum and then the Institutional Biosafety Committee (IBC), the Institutional Review Board (IRB), and the project officer and contracting officer must approve the protocol prior to the start of the research.

Failure to comply with these requirements may result in suspension, limitation, or termination of NIH funding for any work related to Recombinant DNA Research or a requirement for the contracting officer's prior approval of any or all Recombinant DNA projects under any contract awarded from this solicitation. This includes the requirements of the Standing Institutional Biosafety Committee (IBC) (See http://www4.od.nih.gov/oba/IBC/IBCindexpg.htm).

As specified in Appendix M-1-C-4 of the NIH Guidelines, any serious adverse event must be reported immediately to the IRB, the IBC, the Office for Human Research Protections (if applicable), and the NIH Office for Biotechnology Activities (OBA), followed by the filing of a written report with each office/group and copies to the project officer and contracting officer.
(http://www4.od.nih.gov/oba/rac/guidelines_02/Appendix_M.htm#_Toc7255836)

(13) **Human Embryonic Germ Cell (HEGC) Research**

1. Guidelines.

Research use of human embryonic germ cells derived from fetal tissue with Federal funds requires review of compliance with the NIH Guidelines for Research Using Human Pluripotent Stem Cells (http://stemcells.nih.gov/policy/guidelines.asp) (only the information regarding human embryonic germ cells is relevant). Embryonic germ cells are pluripotent stem cells derived from human embryos. See NIH Guide for Grants and Contracts Notice NOT-OD-02-049, requiring that offerors/contractors submit certain documents to the Human Pluripotent Stem Cell Review Group (HPSCRG), which will be reviewed in a public meeting. Research using human embryonic germ cells may not be performed prior to approval by the HPSCRG.

All offerors should read the "NIH Guidelines" (http://stemcells.nih.gov/policy/guidelines.asp) if they either: (1) propose to respond to the Statement of Work requirements by conducting research that uses human embryonic germ cells or, (2) are responding to a Statement of Work that requires the use of human embryonic germ cells.

Offerors may obtain copies of these Guidelines from the website above or from the contact person listed in this solicitation.

2. Procedure for Review by Human Pluripotent Stem Cell Review Group (HPSCRG)

The __________ (insert IC) has determined that human embryonic germ cells are required to be used for the conduct of this research. The offeror must submit an original and two copies of the documentation and assurances that address the areas covered the "Procedures for Submission of Compliance Documents to the Human Pluripotent Stem Cell Review Group (HPSCRG) for the Research Use of Human Embryonic Germ Cells" at:
(http://grants2.nih.gov/grants/guide/notice-files/NOT-OD-02-049.html)
as a separate attachment in its proposal. Prior to any award made under this solicitation, the documentation and assurances will be subject to review by the HPSCRG, which meets in a public meeting. No research involving the use of human embryonic germ cells may begin prior to HPSCRG approval.

Offerors are encouraged to review issues pertaining to informed consent processes described in Section II.B.2.b of the NIH Guidelines, at:
(http://stemcells.nih.gov/staticresources/news/newsArchives/fr25au00-136.asp).
Offerors should also review the March 19, 2002, DHHS Office of Human Research Protection's document titled, "Guidance for Investigators and Institutional Review Boards Regarding Research Involving Human Embryonic Stem Cells, Germ Cells, and Stem Cell-Derived Test Articles,"
(http://stemcells.nih.gov/StaticResources/news/newsArchives/stemcell.pdf)

**OR**

2. Procedure for Review by Human Pluripotent Stem Cell Review Group (HPSCRG)

If, in response to the solicitation, the offeror proposes to use human embryonic germ cells, it must submit, as a separate attachment to its proposal, an original and two copies of the documentation and assurances that address the areas covered in the "Procedures for Submission of Compliance Documents to the Human Pluripotent Stem Cell Review Group (HPSCRG) for the Research Use of Human Embryonic Germ Cells," at:
(http://grants2.nih.gov/grants/guide/notice-files/NOT-OD-02-049.html).
Prior to any award made under this solicitation, the documentation and assurances will be subject to review by the HPSCRG, which meets in a public meeting. No research involving the use of human embryonic germ cells may begin prior to HPSCRG approval.

Offerors are encouraged to review issues pertaining to informed consent processes described in Section II.B.2.b of the NIH Guidelines. Offerors should also review the March 19, 2002, DHHS Office of Human Research Protection's document titled "Guidance for Investigators and Institutional Review Boards Regarding Research Involving Human Embryonic Stem Cells, Germ Cells, and Stem Cell-Derived Test Articles," at
(http://stemcells.nih.gov/StaticResources/news/newsArchives/stemcell.pdf)

**OR**

2. Procedure for Review by Human Pluripotent Stem Cell Review Group (HPSCRG)

The __________(insert IC) has determined that human embryonic germ cells are required to be used for the conduct of this research. The offeror must confirm in its proposal that it plans to use human embryonic germ cells as a part of its research. If the offeror receives a contract award, the contractor may not perform any research using human embryonic germ cells until the Human Pluripotent Stem Cell Review Group (HPSCRG) has reviewed and approved the documentation furnished as prescribed in the "Procedures for Submission of Compliance Documents to the Human Pluripotent Stem Cell Review Group (HPSCRG) for the Research Use of Human Embryonic Germ Cells" (http://grants2.nih.gov/grants/guide/notice-files/NOT-OD-02-049.html) and the contracting officer has notified the contractor of the approval in writing.

Offerors are encouraged to review issues pertaining to informed consent processes described in Section II.B.2.b of the NIH Guidelines at:
(http://stemcells.nih.gov/staticresources/news/newsArchives/fr25au00-136.asp).
Offerors should also review the March 19, 2002, DHHS Office of Human Research Protection's document titled "Guidance for Investigators and Institutional Review Boards Regarding Research Involving Human Embryonic Stem Cells, Germ Cells, and Stem Cell-Derived Test Articles," at:
(http://stemcells.nih.gov/StaticResources/news/newsArchives/stemcell.pdf)

The resultant contract will be divided into discrete phases or option periods. During Option Period(s)/Phase(s)________ of the contract, the contractor shall submit the original and two copies of the required documentation and assurances that address the areas covered in "Procedures for Submission of Compliance Documents to the Human Pluripotent Stem Cell Review Group (HPSCRG) for the Research Use of Human Embryonic Germ Cells," at:
(http://grants2.nih.gov/grants/guide/notice-files/NOT-OD-02-049.html)
to the contracting officer. This documentation will be forwarded for review and approval to the HPSCRG.

If the HPSCRG disapproves the documentation presented by the contractor, the contracting officer may elect to either terminate the contract in accordance with the Termination for Convenience clause of the contract OR determine not to exercise subsequent option(s) as appropriate based the terms of the specific contract. Otherwise, when the HPSCRG approves the documentation, the contracting officer will notify the contractor in writing that research using the human embryonic germ cells may commence.

Research involving the use of human embryonic germ cells shall not be conducted under the contract until the HPSCRG review and approval have been obtained, and the contracting officer has provided written notice of such approval to the contractor.

**OR**

2. Procedure for Required Review by Human Pluripotent Stem Cell Review Group (HPSCRG)

If the offeror intends to fulfill the requirements of the Statement of Work by performing research using human embryonic germ cells, it must so state in its proposal.

If the offeror's proposal includes research using human embryonic germ cells and it receives a contract award, the contractor may not perform any research using these human embryonic germ cells until the Human Pluripotent Stem Cell Review Group (HPSCRG) has reviewed and approved the documentation furnished as prescribed in "Procedures for Submission of Compliance Documents to the Human Pluripotent Stem Cell Review Group (HPSCRG) for the Research Use of Human Embryonic Germ Cells" (http://grants2.nih.gov/grants/guide/notice-files/NOT-OD-02-049.html) and the contracting officer has notified the contractor of the approval in writing.

The resultant contract will be divided into discrete phases or option period(s). During Option Period(s)/Phase(s)________ of the contract, the contractor shall submit the original and two copies of the required documentation and assurances that address the areas covered in "Procedures for Submission of Compliance Documents to the Human Pluripotent Stem Cell Review Group (HPSCRG) for the Research Use of Human Embryonic Germ Cells," at:
(http://grants2.nih.gov/grants/guide/notice-files/NOT-OD-02-049.html)
to the contracting officer. This documentation will be forwarded for review and approval to the HPSCRG.

If the HPSCRG disapproves the documentation presented by the contractor, the Contracting Officer may elect to either terminate the contract in accordance with the Termination for Convenience clause of the contract OR determine not to exercise subsequent option(s) as appropriate based the terms of the specific contract. Otherwise, when the HPSCRG approves the documentation, the contracting officer will notify the contractor in writing that research using the human embryonic germ cells may commence.

Research involving the use of human embryonic germ cells shall not be conducted under the contract until the HPSCRG review and approval have been obtained, and the contracting officer has provided written notice of such approval to the contractor.

(14) **Human Embryonic Stem Cell (HESC) Research**

On August 9, 2001, the President announced the criteria that must be met for Federal funds to be used for research on existing human embryonic stem cell lines. These criteria were subsequently published by the NIH at: http://grants1.nih.gov/grants/guide/notice-files/NOT-OD-02-005.html. The following eligibility criteria must be met:

1. The derivation process (which commences with the removal of the inner cell mass from the blastocyst) must have already been initiated prior to August 9, 2001;
2. Prior to August 9, 2001, the embryo from which the stem cell line was derived no longer had the possibility of development as a human being;
3. The stem cells must have been derived from an embryo that was created for reproductive purposes;
4. The embryo was no longer needed for these purposes;

5. Informed consent must have been obtained for the donation of the embryo;
6. No financial inducements were provided for the donation of the embryo.

To facilitate research using human embryonic stem cells, the NIH has established a Human Embryonic Stem Cell Registry ("the NIH Registry") that lists the human embryonic stem cells that meet the eligibility criteria. This registry is available at: http://stemcells.nih.gov/registry/.

Research involving the derivation of new stem cells from human embryos or the use of human embryonic stem cells that are not listed on the NIH Human Embryonic Stem Cell Registry may not be conducted with Federal funding.

If a particular human embryonic stem cell line has not been required by the Statement of Work, an offeror proposing research involving human embryonic stem cells must cite a human embryonic stem cell line that is listed in the NIH Registry in its proposal.

(15) **Data and Safety Monitoring in Clinical Trials**

All offerors are directed to the full text of the NIH Policies regarding Data and Safety Monitoring and Reporting of Adverse Events that are found in the NIH Guide for Grants and Contracts Announcements at the following web sites:

http://grants.nih.gov/grants/guide/notice-files/not98-084.html
http://grants.nih.gov/grants/guide/notice-files/not99-107.html
http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-038.html

All offerors receiving an award under this solicitation must comply with the NIH Policy cited in these NIH Announcements and any other data and safety monitoring requirements found elsewhere in this solicitation.

The following is a brief summary of the Data and Safety Monitoring and Adverse Event Reporting Requirements:

Data and Safety Monitoring is required for every clinical trial. Monitoring must be performed on a regular basis and the conclusions of the monitoring reported to the Project Officer.

The type of data and safety monitoring required will vary based on the type of clinical trial and the potential risks, complexity and nature of the trial. A plan for data and safety monitoring is required for all clinical trials. A general description of a monitoring plan establishes the overall framework for data and safety monitoring. It should describe the entity that will be responsible for the monitoring, and the policies and procedures for adverse event reporting. Phase III clinical trials generally require the establishment of a Data Safety Monitoring Board (DSMB). The establishment of a DSMB is optional for Phase I and Phase II clinical trials.

The DSMB/Plan is established at the time the protocol is developed and must be approved by both the Institutional Review Board (IRB) and the Government and in place before the trial begins. If the protocol will be developed under the contract awarded from this solicitation, a general description of the data and safety monitoring plan must be submitted as part of the proposal and will be reviewed by the scientific review group (Technical Evaluation Panel, (TEP)) convened to evaluate the proposal. If the protocol is developed and is included as part of the submitted proposal, a complete and specific data and safety monitoring plan must be submitted as part of the proposal.

Monitoring Plans, at a minimum, must include the prompt reporting of adverse events to the IRB, the NIH Office of Biotechnology Activities (OBA), and the Food and Drug Administration (FDA). Also, in the plan you should describe the frequency of reporting of the conclusions of the monitoring activities. The overall elements of each plan may vary depending on the size and complexity of the trial. The NIH Policy for Data and Safety Monitoring at http://grants.nih.gov/grants/guide/notice-files/not98-084.html describes examples of monitoring activities to be considered.

The frequency of monitoring will depend upon potential risks, complexity, and the nature of the trial;

therefore a number of options for monitoring trials are available. These can include, but are not limited to, monitoring by a:

- Principal Investigator (required)
- Independent individual /Safety Officer
- Designated medical monitor
- Internal Committee or Board with explicit guidelines
- Data and Safety Monitoring Board (DSMB - required for multisite trials)
- Institutional Review Board (IRB - required)

For multi-site Phase I and Phase II trials, a central reporting entity that will be responsible for preparing timely summary reports of adverse events for distribution among sites and IRBs should be considered.

Organizations with a large number of clinical trials may develop standard monitoring plans for Phase I and Phase II trials. In this case, such organizations may include the IRB-approved monitoring plan as part of the proposal submission.

(16) **Obtaining and Disseminating Biomedical Research Resources**

As a public sponsor of biomedical research, the National Institutes of Health (NIH) has a dual interest in accelerating scientific discovery and facilitating product development. Intellectual property restrictions can stifle the broad dissemination of new discoveries and limit future avenues of research and product development. At the same time, reasonable restrictions on the dissemination of research tools are sometimes necessary to protect legitimate proprietary interests and to preserve incentives for commercial development. To assist NIH contractors achieve an appropriate balance, the NIH has provided guidance in the form of a two-part document, consisting of Principles setting forth the fundamental concepts and Guidelines that provide specific information to patent and license professionals and sponsored research administrators for implementation.

The purpose of these Principles and Guidelines is to assist NIH funding recipients in determining: 1) Reasonable terms and conditions for making NIH-funded research resources available to scientists in other institutions in the public and private sectors (disseminating research tools); and 2) Restrictions to accept as a condition of receiving access to research tools for use in NIH-funded research (acquiring research tools). The intent is to help recipients ensure that the conditions they impose and accept on the transfer of research tools will facilitate further biomedical research, consistent with the requirements of the Bayh-Dole Act and NIH funding policy.

This policy, entitled, "Sharing Biomedical Research Resources: Principles and Guidelines for Recipients of NIH Research Grants and Contracts," (Federal Register Notice, December 23, 1999 [64 FR 72090] will be included in any contract awarded from this solicitation. It can be found at the following website: http://ott.od.nih.gov/NewPages/64FR72090.pdf.

(a) **Sharing Research Data**

*[Note: This policy applies to **all** NIH contracts, regardless of dollar value, that are expected to generate research data.]*

The NIH endorses the sharing of final research data to expedite the translation of research results into knowledge, products, and procedures to improve human health. This contract is expected to generate research data. Therefore, the offeror must submit a plan in its technical proposal for data sharing or state why data sharing is not possible. If data sharing is limited, the offeror should explain such limitations in its data sharing plan. NIH's data sharing policy may be found at the following Web site:

http://grants.nih.gov/grants/guide/notice-files/NOT-OD-03-032.html

[If the resultant contract is part of a collaborative program involving multiple sites, the data sharing will be governed by a dissemination plan to be developed jointly following award. Offerors must include in their proposals a statement of willingness to work collaboratively after award with the other

funded sites to prepare a joint dissemination plan. Coordinating Center proposals should describe methods to coordinate the dissemination planning and implementation. The Coordinating Center must include a budget and justification for any additional costs of this collaborative effort.]

(17) **Information Security** is applicable to this solicitation and the following information is provided to assist in proposal preparation.

**IMPORTANT NOTE TO OFFERORS: The following information shall be addressed in a separate section of the Technical Proposal entitled, "INFORMATION SECURITY."**

The Federal Information Security Management Act of 2002 (P.L. 107-347) (FISMA) requires each agency to develop, document, and implement an agency-wide information security program to safeguard information and information systems that support the operations and assets of the agency, including those provided or managed by another agency, contractor (including subcontractor), or other source. The National Institute of Standards and Technology (NIST) has issued a number of publications that provide guidance in the establishment of minimum security controls for management, operational and technical safeguards needed to protect the confidentiality, integrity and availability of a Federal information system and its information.

The Statement of Work (SOW) requires the successful offeror to (1) develop, (2) have the ability to access, or (3) host and/or maintain a Federal information system(s). Pursuant to Federal and HHS Information Security Program Policies the following requirements apply to this solicitation:

Federal Information Security Management Act of 2002 (FISMA), Title III, E-Government Act of 2002, Pub. L. No. 107-347 (Dec. 17, 2002); http://csrc.nist.gov/policies/FISMA-final.pdf

(a) Information Type

[ ] **Administrative, Management and Support Information:**

[ X ] **Mission Based Information:**

(b) Security Categories and Levels

| | | | | |
|---|---|---|---|---|
| Confidentiality | Level: | [ ] Low | [x ] Moderate | [ ] High |
| Integrity | Level: | [ ] Low | [x ] Moderate | [ ] High |
| Availability | Level: | [x ] Low | [ ] Moderate | [ ] High |
| **Overall** | **Level:** | **[ ] Low** | **[x ] Moderate** | **[ ] High** |

(c) Position Sensitivity Designations

Prior to award, the Government will determine the position sensitivity designation for each contractor (including subcontractor) employee that the successful offeror proposes for work under the contract. For proposal preparation purposes, the following designations apply:

[ ] **Level 6: Public Trust - High Risk (Requires Suitability Determination with a BI).** Contractor employees assigned to a Level 6 position are subject to a Background Investigation (BI).

[ ] **Level 5: Public Trust - Moderate Risk (Requires Suitability Determination with NACIC, MBI or LBI).** Contractor employees assigned to a Level 5 position with no previous investigation and approval shall undergo a National Agency Check and Inquiry Investigation plus a Credit Check (NACIC), a Minimum Background Investigation (MBI), or a Limited Background Investigation (LBI).

[ ] **Level 1: Non Sensitive (Requires Suitability Determination with an NACI).** Contractor employees assigned to a Level 1 position are subject to a National Agency Check and Inquiry

Investigation (NACI).

Upon award, the contractor will be required to submit a roster of all staff (including subcontractor staff) working under the contract who will develop, have the ability to access, or host and/or maintain a federal information system(s). The Government will determine and notify the Contractor of the appropriate level of suitability investigation required for each staff member. An electronic template, "Roster of Employees Requiring Suitability Investigations," is available for contractor use at: http://ais.nci.nih.gov/forms/Suitability-roster.xls

Upon receipt of the Government's notification of applicable Suitability Investigations required, the contractor shall complete and submit the required forms within 30 days of the notification. Additional submission instructions can be found at the "NCI Information Technology Security Policies, Background Investigation Process" website: http://ais.nci.nih.gov.

Contractor/subcontractor employees who have met investigative requirements within the past five years may only require an updated or upgraded investigation.

(d) Information Security Training

HHS policy requires contractors/subcontractors receive security training commensurate with their responsibilities for performing work under the terms and conditions of their contractual agreements.

The successful offeror will be responsible for assuring that each contractor/subcontractor employee has completed the NIH Computer Security Awareness Training course at: [insert link for course] prior to performing any contract work, and thereafter completing the NIH-specified fiscal year refresher course during the period of performance of the contract. The successful offeror shall maintain a listing of all individuals who have completed this training and shall submit this listing to the Project Officer. Additional security training requirements commensurate with the position may be required as defined in NIST Special Publication 800-16, Information Technology Security Training Requirements (http://csrc.nist.gov/publications/nistpubs/800-16/800-16.pdf). This document provides information about information security training that may be useful to potential offerors.

(e) Offeror's Official Responsible for Information Security

The offeror shall include in the "Information Security" part of its Technical Proposal the name and title of its official who will be responsible for all information security requirements should the offeror be selected for an award.

(i) References

(1) Federal Information Security Management Act of 2002 (FISMA), Title III, E-Government Act of 2002, Pub. L. No. 107-347 (Dec. 17, 2002); http://csrc.nist.gov/policies/FISMA-final.pdf
(2) DHHS Personnel Security/Suitability Handbook: http://www.hhs.gov/ohr/manual/pssh.pdf
(3) NIH Computer Security Awareness Training Course: http://irtsectraining.nih.gov/

The following NIST publications may be found at the following site: http://csrc.nist.gov/publications/ *[Note: The search tool on the left side of this page provides easy access to the documents.]*

(4) NIST Special Publication 800-16, Information Technology Security Training Requirements; and Appendix A-D
(5) NIST SP 800-18, Guide for Developing Security Plans for Information Technology Systems
(6) NIST SP 800-26, Revision 1, Computer Security
(7) NIST SP 800-53, Revision 1, Recommended Security Controls for Federal Information Systems
(8) NIST SP 800-60, Guide for Mapping Types of Information and Information Systems to Security Categories, Volume I; and
Volume II, Appendices to Guide For Mapping Types of Information and Information Systems To Security Categories, Appendix C, and Appendix D
(9) NIST SP 800-64, Security Considerations in the Information System Development Life Cycle
(10) FIPS PUB 199, Standards for Security Categorization of Federal Information and Information Systems

(11) FIPS PUB 200, Minimum Security Requirements for Federal Information and Information Systems

c. **BUSINESS PROPOSAL INSTRUCTIONS - (SEE ALSO ATTACHMENT 7 - ADDITIONAL BUSINESS PROPOSAL INSTRUCTIONS).**

(1) **Basic Cost/Price Information**

The business proposal must contain sufficient information to allow the Government to perform a basic analysis of the proposed cost or price of the work. This information shall include the amounts of the basic elements of the proposed cost or price. These elements will include, as applicable, direct labor, fringe benefits, travel, materials, subcontracts, purchased parts, shipping, indirect costs and rate, fee, and profit.

(2) **Information Other than Cost or Pricing Data**

a) The information submitted shall consist of data to permit the Contracting Officer and authorized representatives to determine price reasonableness or cost realism, e.g., information to support an analysis of material costs (when sufficient information on labor and overhead rates is already available), or information on prices and quantities at which the offeror has previously sold the same or similar items.

Any information submitted must support the price proposed. Include sufficient detail or cross references to clearly establish the relationship of the information provided to the price proposed. Support any information provided by explanations or supporting rational as needed to permit the Contracting Officer and authorized representative to evaluate the documentation.

[Unless otherwise stated in this solicitation, the information may be submitted in the offeror's own format.]

b) The information submitted shall be at the level of detail described below.

1. **Direct Labor**

Provide a time-phased (e.g., monthly, quarterly, etc.) breakdown of labor hours, rates, and cost by appropriate category. Key personnel will be separately estimated as above and identified. Give the basis for the estimates in each case.

2. **Materials**

Provide a consolidated price summary of individual material quantities included in the various tasks, orders, or contract line items being proposed and the basis for pricing (vendor quotes, invoice prices, etc.).

3. **Subcontracted Items**

Include parts, components, assemblies, and services that are to be produced or performed by others in accordance with offeror's design, specifications, or direction and that are applicable only to the prime contract. For each subcontract over $650,000, the support should provide a listing by source, item, quantity, price, type of subcontract, degree of competition, and basis for establishing source and reasonableness of price, as well as the results of review and evaluation of subcontract proposals when required by FAR 15.404-3.

4. **Raw Materials**

Consists of material in a form or state that requires further processing. Provide priced quantities of items required for the proposal.

5. **Purchased Parts**

Includes material items not covered above. Provide priced quantities of items required for the proposal.

6. **Fringe Benefits**

Show fringe benefits as a separate line item. Include the rate(s) and/or method of calculating fringe benefits. Provide a copy of your fringe benefit rate or institutional guidelines.

7. **Indirect Costs**

Indicate how offeror has computed and applied offeror's indirect costs, including cost breakdowns, and provide a basis for evaluating the reasonableness of proposed rates. Indicate the rates used and provide an appropriate explanation. Where a rate agreement exists, provide a copy.

8. **Special Equipment**

If direct charge, list any equipment proposed including description, price, quantity, total price, purchase or lease, and the basis for pricing.

9. **Travel**

Provide the cost of travel including destination, duration, purpose, per diem, transportation, and the basis for pricing.

10. **Other Costs**

List all other costs not otherwise included in the categories described above (e.g., computer services, consultant services) and provide basis for pricing.

(3) **Requirements for Cost or Pricing Data or Information Other than Cost and Pricing Data**
[FAR Clause 52.215-20 (October 1997)]

(a) Exceptions from cost or pricing data.

(1) In lieu of submitting cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Commercial item exception. For a commercial item exception, the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include–

(A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or

describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the offeror is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The offeror shall prepare and submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of provision)

Alternate I (October 1997). As prescribed in 15.408(l), substitute the following paragraph (b)(1) for paragraph (b)(1) of the basic provision:

(b)(1) The offeror shall submit cost or pricing data and supporting attachments in the following format:

The format specified in paragraph L.2.c.(4) Cost and Pricing Data, subparagraph 3. Formats for Submission of Line Item Summaries shall be used for the submission cost information. Submission of all other cost or pricing data shall be in accordance with Table 15-2 in FAR 15.408.

(4) **Salary Rate Limitation in Fiscal Year 2007**

Offerors are advised that pursuant to P.L. **, no NIH Fiscal Year 2006 (October 1, 2006 - September 30, 2007) funds may be used to pay the direct annual salary of an individual through any contract awarded as a result of this solicitation at a rate in excess of the Executive Schedule, Level I* (direct salary is exclusive of Overhead, Fringe Benefits and General and Administrative expenses, also referred to as "indirect cost" or "facilities and administrative (F&A) costs"). Direct salary has the same meaning as the term "institutional base salary." An individual's direct salary (or institutional base salary) is the annual compensation that the contractor pays for an individual's appointment whether that individual's time is spent on research, teaching, patient care or other activities. Direct salary (or institutional base salary) excludes any income that an individual may be permitted to earn outside of duties to the contractor.

This does not preclude the offeror from absorbing that portion of an employee's annual salary (plus the dollar amount for fringe benefits and associated indirect costs) that exceeds a rate of the Executive Schedule, Level I*. The salary rate limitation set by P.L. ** applies only to Fiscal Year 2007 funds, however,

salary rate ceilings for subsequent years may be included in future DHHS appropriation acts. Multi-year contracts awarded pursuant to this solicitation may be subject to unilateral modifications by the Government if an individual's annual salary exceeds any salary rate ceiling established in future appropriations acts. The Executive Schedule, Level I* annual salary rate limit also applies to individuals proposed under subcontracts, however it does not apply to consultants. P.L. ** states in pertinent part:

> "None of the funds appropriated in this Act for the National Institutes of Health, the Agency for Healthcare Research and Quality, and the Substance Abuse, and Mental Health Services Administration shall be used to pay the salary of an individual through a grant or other extramural mechanism at a rate in excess of Executive Level I*."

**LINK TO EXECUTIVE SCHEDULE SALARIES:** http://www.opm.gov/oca/06tables/indexSES.asp

***Note to Offerors:*** *The current Fiscal Year Executive Level I Salary Rate should be adhered to in the preparation of your proposal. All costs associated with any resultant contract award shall be in compliance with the current Fiscal Year 2007 Executive Level I Salary rates.*

***Pending Passage of Legislation.*

(5) **Small Business Subcontracting Plan**

If the proposed contract exceeds a total estimated cost of $550,000 for the entire period of performance, the offeror shall be required to submit an acceptable subcontracting plan in accordance with the terms of the clause entitled "Small Business Subcontracting Plan," FAR Clause No. 52.219-9, incorporated herein by reference in the Solicitation, See SECTION J - LIST OF ATTACHMENTS, BUSINESS PROPOSAL ATTACHMENTS of this RFP for an example of such a plan.

a) THIS PROVISION DOES NOT APPLY TO SMALL BUSINESS CONCERNS.

b) The term "subcontract" means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime contractor or subcontractor calling for supplies or services required for the performance of the original contract or subcontract. This includes, but is not limited to, agreements/purchase orders for supplies and services such as equipment purchase, copying services, and travel services.

c) The offeror understands that:

(1) No contract will be awarded unless and until an acceptable plan is negotiated with the Contracting Officer which plan will be incorporated into the contract, as a material part thereof.

(2) An acceptable plan must, in the determination of the Contracting Officer, provide the maximum practicable opportunity for Small Businesses, Small Disadvantaged Businesses, Women-Owned Small businesses, HUBZone Small Businesses, Veteran-Owned Small Businesses, and Service Disabled Veteran-Owned Small Businesses to participate in the performance of the contract.

(3) If a subcontracting plan acceptable to the Contracting Officer is not negotiated within the time limits prescribed by the contracting activity and such failure arises out of causes within the control and with the fault or negligence of the offeror, the offeror shall be ineligible for an award. The Contracting Officer shall notify the Contractor in writing of the reasons for determining a subcontracting plan unacceptable early enough in the negotiation process to allow the Contractor to modify the plan within the time limits prescribed.

(4) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(5) It is the offeror's responsibility to develop a satisfactory subcontracting plan with respect to Small Business Concerns, Small Disadvantaged Business Concerns, Women-Owned Small Business Concerns, HUBZone Small Business Concerns, Veteran-Owned Small Business Concerns, and Service Disabled Veteran-Owned Small Business Concerns that each such aspect of the offeror's plan will be judged independent of the other.

(6) The offeror will submit, as required by the Contracting Officer, subcontracting reports in accordance with the instructions thereon, and as further directed by the Contracting Officer. Subcontractors will also submit these reports to the Government's Contracting Officer or as otherwise directed, with a copy to the prime Contractor's designated small and disadvantaged business liaison.

d) Each plan must contain the following:

(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Business Concerns as subcontractors.

(2) A statement of total dollars planned to be subcontracted. A statement of total dollars to be subcontracted to each of the following type of small business concerns: Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses.

(3) A description of the principal types of supplies and services to be subcontracted with an identification of which supplies and services are expected to be subcontracted to Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and/or Service Disabled Veteran-Owned Small Business Concerns.

(4) A description of the method used to develop the subcontracting goals.

(5) A description of the method used to identify potential sources for solicitation purposes.

(6) A statement as to whether or not indirect costs were included in establishing subcontracting goals. If they were, a description of the method used to determine the proportionate share of indirect costs to be incurred with Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses.

(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program and a description of his/her duties.

(8) A description of the efforts the offeror will make to assure that Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses have an equitable chance to compete for subcontracts.

(9) Assurances that the offeror will include in all subcontracts the contract clause "Utilization of Small Business Concerns." Assure that all subcontractors, other than small businesses, in excess of $550,000 adopt a plan similar to the plan agreed upon by the offeror.

(10) Assurances that the offeror (and any required subcontractors) will cooperate in studies or surveys as required and submit required reports (SF 294 and SF 295) to the Government.

(11) List the types of records the offeror will maintain to demonstrate procedures that have been adopted to comply with the requirement and goals in the plan, including establishing source lists. Also, the offeror shall describe its efforts to locate Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses and award subcontracts to them.

For additional information about each of the above elements required to be contained the subcontracting plan, see FAR Clause 52.219-9, Small Business Subcontracting Plan, and the Sample Subcontracting Plan which is provided as an attachment to this RFP in SECTION J.

HHS expects each procuring activity to establish minimum subcontracting goals for all procurements. The anticipated minimum goals for this RFP are as follows:

23% for Small Business; 5% for Small Disadvantaged Business; 5% for Women-Owned Small Business; 3% for HUBZone Small Business; and 3% for Veteran-Owned Small Business and Service-Disabled Veteran-Owned Small Business.

(6) **HUBZone Small Business Concerns**

Small Business offerors located in underutilized business zones, called "HUBZones," will be evaluated in accordance with FAR Clause 52.219-4, NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS, which is incorporated by reference in ARTICLE I.3. of this solicitation. Qualified HUBZone firms are identified in the Small Business Administration website at http://www.sba.gov/hubzone.

(7) **Extent of Small Disadvantaged Business Participation**

In accordance with FAR Subpart 15.304(c)(4), the extent of participation of Small Disadvantaged Business (SDB) concerns in performance of the contract in the authorized NAICS Subsectors shall be evaluated in unrestricted competitive acquisitions expected to exceed $550,000 ($1,000,000 for construction) subject to certain limitations (see FAR 19.1202-1 and 19.1202-2(b). The dollar amounts cited above include any option years/option quantities that may be included in this solicitation. The definition of a "small disadvantaged business" is cited in FAR 19.001.

The factor entitled "Extent of Small Disadvantaged Business Participation" as set forth under the Evaluation Criteria in Section M shall be used for evaluation purposes.

The Department of Commerce determines, on an annual basis, by Subsectors, as contained in the North American Industry Classification System (NAICS) code, and region, if any, the authorized SDB procurement mechanisms and applicable factors (percentages). TheNAICS codes can be found at:
http://www.sba.gov/size

The Department of Commerce website for the annual determination for NAICS codes* is:
http://www.arnet.gov/References/sdbadjustments.htm.

**Note: Public Law 103-355 which authorized the SDB Price Evaluation Adjustment (PEA) and associated percentages/factors expired on December 9, 2004, therefore, the percentages shown at this website are no longer applicable.*

Offerors shall include with their offers, SDB targets, expressed as dollars and percentages of total contract value, in each of the applicable, authorized NAICS Subsector(s). The applicable authorized NAICS Subsector(s) for this project is (are) identified elsewhere in this RFP. A total target for SDB participation by the prime contractor, that includes any joint ventures and team members, shall be provided as well as a total target for SDB participation by subcontractors. In addition, offerors must provide information that describes their plans for meeting the targets set forth in their proposal. **This information shall be provided in one clearly marked section of the Business Proposal, which shall describe the extent of participation of SDB concerns in the performance of the contract.**

If the evaluation factor in this solicitation includes an SDB evaluation factor or subfactor that considers the extent to which SDB concerns are specifically identified, the SDB concerns considered in the evaluation shall be listed in any resultant contract. Offerors should note that addressing the extent of small disadvantaged business participation **is not in any way intended to be a substitute** for submission of the subcontracting plan, if it is required by this solicitation. An example of the type of information that might be given (in addition to the narrative describing the plan for meeting the targets) follows:

EXAMPLE

Targets for SDB Participation - NAICS Subsector 223

| | **SDB Percentage of Total Contract Value** | **SDB Dollars** |
|---|---|---|
| Total Contract Value-<br>$1,000,000 | 25% | $250,000 |
| SDB Participation by Prime | 10% | $100,000 |
| (Includes joint venture partners and team arrangements)* | | |
| SDB Participation by subcontractors | 15% | $150,000 |

*Note: FAR Subpart 9.6 defines "Contractor team arrangements" to include two or more companies forming a partnership or joint venture to act as a potential prime contractor, or a potential prime contractor who agrees with one or more companies to have them act as its subcontractors on a specific contract or acquisition program. For purposes of evaluation of the SDB participation factor, FAR 19.1202-4 requires that SDB joint ventures and teaming arrangements at the prime level be presented separately from SDB participation by subcontractors.

(8) **Qualifications of the Offeror**

You are requested to submit a summary of your "General Experience, Organizational Experience Related to this RFP, Performance History and Pertinent Contracts."

a) **General Experience**

*General experience* is defined as general background, experience and qualifications of the offeror. A discussion of proposed facilities which can be devoted to the project may be appropriate.

b) **Organizational Experience Related to the RFP**

*Organizational experience* is defined as the accomplishment of work, either past or on-going, which is comparable or related to the effort required by this RFP. This includes overall offeror or corporate experience, **but not** the experience and/or past performance of individuals who are proposed as personnel involved with the Statement of Work in this RFP.

c) **Performance History**

*Performance history* is defined as meeting contract objectives within delivery and cost schedules on efforts, either past or on-going, which is comparable or related to the effort required by this RFP.

d) **Pertinent Contracts**

*Pertinent contracts* is defined as a listing of each related contract completed within the last three years or currently in process. The listing should include: 1) the contract number; 2) contracting agency; 3) contract dollar value; 4) dates contract began and ended (or ends); 5) description of contract work; 6) explanation of relevance of work to this RFP; 7) actual delivery and cost performance versus delivery and cost agreed to in the contract(s). For award fee contracts, separately state in dollars the base fee and award fee available and the award fee actually received. The same type of organizational experience and past performance data should be submitted.

e) **Pertinent Grants**

List grants supported by the Government that involved similar or related work to that called for in this RFP. Include the grant number, involved agency, names of the grant specialist and the Science Administrator, identification of the work, and when performed.

You are cautioned that omission or an inadequate or inaccurate response to this very important RFP requirement could have a negative effect on the overall selection process. Experience and past performance are factors which are relevant to the ability of the offerors to perform and are considered in the source selection process.

(9) **Other Administrative Data**

a) **Property**

(1) It is DHHS policy that Contractors will provide all equipment and facilities necessary for performance of contracts. Exception may be granted to furnish Government-owned property, or to authorize purchase with contract funds, only when approved by the Contracting Officer. If the offeror is proposing that the Government provide any equipment, other than that specified under Government Furnished Property in the RFP, the proposal must include comprehensive justification which includes:

(a) An explanation that the item is for a special use essential to the direct performance of the contract and the item will be used exclusively for the purpose. Office equipment such as desks, office machines, etc., will not be provided under a contract except under very exceptional circumstances.

(b) No practical or economical alternative exists (e.g., rental, capital investment) that can be used to perform the work.

(2) The offeror shall identify Government-owned property in its possession and/or Contractor titled property acquired from Federal funds, which it proposes to use in the performance of the prospective contract.

(3) The management and control of any Government property shall be in accordance with DHHS Publication (OS) 686 entitled, "Contractor's Guide for Control of Government Property (1990)," a copy of which will be provided upon request.

c) **Submission of Electronic Funds Transfer Information with Offer, FAR Clause 52.232-38,** (May 1999)

The offeror shall provide, with its offer, the following information that is required to make payment by electronic funds transfer (EFT) under any contract that results from this solicitation. This submission satisfies the requirement to provide EFT information under paragraphs (b)(1) and (j) of the clause at 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration.

(1) The solicitation number (or other procurement identification number).
(2) The offeror's name and remittance address, as stated in the offer.
(3) The signature (manual or electronic, as appropriate), title, and telephone number of the offeror's official authorized to provide this information.
(4) The name, address, and 9-digit Routing Transit Number of the offeror's financial agent.
(5) The offeror's account number and the type of account (checking, savings, or lockbox).
(6) If applicable, the Fedwire Transfer System telegraphic abbreviation of the offeror's financial agent.
(7) If applicable, the offeror shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number of the correspondent financial institution receiving the wire transfer payment if the offeror's financial agent is not directly on-line to the Fedwire and, therefore, not the receiver of the wire transfer payment.

d) **Financial Capacity**

The offeror shall indicate if it has the necessary financial capacity, working capital, and other resources to perform the contract without assistance from any outside source. If not, indicate the amount required and the anticipated source.

e) **Incremental Funding**

An incrementally funded cost-reimbursement contract is a contract in which the total work effort is to be performed over a multiple year period and funds are allotted, as they become available, to cover discernible phases or increments of performance. The incremental funding technique allows for contracts to be awarded for periods in excess of one year even though the total estimated amount of funds expected to be obligated for the contract are not available at the time of the contract award. If this requirement is specified elsewhere in this RFP, the offeror shall submit a cost proposal for each year. In addition, the following provisions are applicable:

PLEASE NOTE THAT AT THIS TIME, SUFFICIENT FUNDS ARE NOT PRESENTLY AVAILABLE TO COVER THE TOTAL COST OF THE COMPLETE MULTIPLE YEAR PROJECT DESCRIBED IN THIS SOLICITATION. HHSAR 352.232-75 applies as stated below.

**HHSAR 352.232-75, Incremental Funding (January 2001)**

(a) It is the Government's intention to negotiate and award a contract using the incremental funding concepts described in the clause entitled Limitation of Funds. Under the clause, which will be included in the resultant contract, initial funds will be obligated under the contract to cover the first year of performance. Additional funds are intended to be allotted to the contract by contract modification, up to and including the full estimated cost of the contract, to accomplish the entire project. While it is the Government's intention to progressively fund this contract over the entire period of performance up to and including the full estimated cost, the Government will not be obligated to reimburse the Contractor for costs incurred in excess of the periodic allotments, nor will the Contractor be obligated to perform in excess of the amount allotted.

(b) The Limitation of Funds clause to be included in the resultant contract shall supersede the Limitation of Cost clause found in the General Provisions.

(End of provision)

f) **Facilities Capital Cost of Money**, FAR 52.215-16, (June 2003)

(This is applicable if you are a commercial organization.)

(a) Facilities capital cost of money will be an allowable cost under the contemplated contract, if the criteria for allowability in FAR 31.205-10(b) are met. One of the allowability criteria requires the prospective Contractor to propose facilities capital cost of money in its offer.

(b) If the prospective Contractor does not propose this cost, the resulting contract will include the clause Waiver of Facilities Capital Cost of Money.

(End of Provision)

If the offeror elects to claim this cost, the offeror shall specifically identify or propose it in the cost proposal for the contract by checking the appropriate box below.

**[ ]** The prospective Contractor has specifically identified or proposed facilities capital cost of money in its cost proposal and elects to claim this cost as an allowable cost under the contract. Submit Form CASB-CMF (see FAR 31.205-10).

[ ] The prospective Contractor has not specifically identified or proposed facilities capital cost of money in its proposal and elects not to claim it as an allowable cost under the contract.

(10) **Subcontractors**

If subcontractors are proposed, please include a commitment letter from the subcontractor detailing:

a) Willingness to perform as a subcontractor for specific duties (list duties).

b) What priority the work will be given and how it will relate to other work.

c) The amount of time and facilities available to this project.

d) Information on their cognizant field audit offices.

e) How rights to publications and patents are to be handled.

f) A complete cost proposal in the same format as the offeror's cost proposal.

Note: Organizations that plan to enter into a subcontract with an educational concern under a contract awarded under this RFP should refer to the following Web Site for a listing of clauses that are required to be incorporated in Research & Development (R&D) subcontracts with educational institutions:
http://ocm.od.nih.gov/contracts/rfps/FDP/FDPclausecover.htm

(11) **Proposer's Annual Financial Report**

All offerors included in the competitive range will be required to submit a copy of the organization's most recent annual financial report.

(12) **Representations and Certifications - SECTION K**

One copy of SECTION K (which includes FAR Clause 52.204-8 Annual Representations and Certifications) shall be completed and be signed by an official authorized to bind your organization. Additionally, a completed copy of SECTION K shall be submitted from any proposed subcontractor. SECTION K can be found at: http://rcb.cancer.gov/rcb-internet/wkf/sectionk.pdf

(13) **Travel Costs/Travel Policy**

a) **Travel Costs - Commercial**

Costs for lodging, meals, and incidental expenses incurred by Contractor personnel shall be considered to be reasonable and allowable to the extent they do not exceed on a daily basis the per diem rates set forth in the Federal Travel Regulations, General Services Administration (GSA). Therefore, if travel costs are applicable and proposed by offerors, please be advised that they shall be calculated using the per diem rate schedule as established by GSA. Reimbursement of travel costs under any contract awarded from this RFP shall be in accordance with FAR 31.205-46.

b) **Travel Policy**

All offerors included within the competitive range will be required to submit one copy of their written travel policy. A written travel policy for any proposed subcontractors shall also be submitted at that time. If an offeror (or any proposed subcontractor) does not have a written travel policy, the offeror shall so state.

# SECTION M - EVALUATION FACTORS FOR AWARD

## a. GENERAL

Selection of an offeror for contract award shall be based on an evaluation of proposals against four factors. The factors in order of importance are: Technical, Cost, Past Performance and Small Disadvantaged Business (SDB) participation. Although technical factors are of paramount consideration in the award of the contract, past performance, cost/price and SDB participation are also important to the overall contract award decision. All evaluation factors other than cost or price, when combined, are significantly more important than cost or price. The trade-off process described in FAR 15.101-1 may be employed. This process permits tradeoffs among cost/price and non-cost factors and allows the Government to consider award to other than the lowest priced or highest technically rated offeror. In any case, the Government reserves the right to make an award to that offeror whose proposal provides the best overall value to the Government.

The evaluation will be based on the demonstrated capabilities of the prospective Contractors in relation to the needs of the project as set forth in the RFP. The merits of each proposal shall be evaluated carefully. Each proposal must document the feasibility of successful implementation of the requirements of the RFP. Offerors must submit information sufficient to evaluate their proposals based on the detailed criteria listed below under "Technical Evaluation Criteria." **Based on the recommendation of the National Children's Study Advisory Committee, efforts will be taken to achieve a sample for the National Children's study that is reflective of all births in the United States with each wave of implementation. Because of the need to achieve and maintain this representative sampling, the Government reserves the right to make awards and to select Study Centers and locations for data collection in a sample of Counties that, taken as a whole, fulfill this technical criterion even if this means not funding more technically meritorious proposals. The Government reserves the right to make an award(s) to Offeror(s) whose proposal provides the best overall value to the Government.**

**PROPOSALS SUBMITTED IN RESPONSE TO THE RFP WILL BE EVALUATED BASED ON THE FACTORS LISTED IN THE TECHNICAL EVALUATION CRITERIA. NOTE THAT THERE ARE SEPARATE TECHNICAL EVALUATION CRITERIA FOR THE BASE PROPOSAL AND FOR THE PROPOSED OPTIONS. [SEE ADDITIONAL TECHNICAL AND BUSINESS PROPOSAL INSTRUCTIONS (ATTACHMENTS 6 AND 7) FOR A DESCRIPTION OF THE BASE PROPOSAL AND THE PROPOSED OPTIONS]**

## b. HUMAN SUBJECT EVALUATION

This research project involves human subjects. NIH Policy requires:

### (a) Protection of Human Subjects from Research Risks

The offeror's proposal must address the involvement of human subjects and protections from research risk relating to their participation in the proposed research plan, or provide sufficient information on the research subjects to allow a determination by NCI that a designated exemption is appropriate.

If you claim that this research should be considered exempt from coverage by the Federal Regulations at 45 CFR 46, the proposal should address why you believe it is exempt, and under which exemption it applies.

The reviewers will evaluate the proposal with regard to four issues: Risks to Human Subjects, Adequacy of Protection Against Risks, Potential Benefits of the Proposed Research to the Subjects and Others, and Importance of the Knowledge to be Gained. See Section L for a complete discussion of what is required to be addressed for each of these issues. Based on the response to this criterion, this section of the proposal may be rated "unacceptable" (i.e., concerns are identified as to the protections described against risk to human subjects or no discussion is found regarding protections against risk to human subjects) or "acceptable." If the reviewers find that this portion of the proposal is "unacceptable" they will provide a narrative supporting their finding.

If the Government includes your proposal in the competitive range (for competitive proposals), or if the Government holds discussions with the selected source (for sole source acquisitions), you will be afforded the opportunity to address the concerns raised by the reviewers. You will be able to further discuss and/or clarify your position until submission of your Final Proposal Revision (FPR). Once discussions are closed

with the submission of your FPR, if your proposed plan for the protection of human subjects from research risks is still found to be unacceptable, then your proposal may not be considered further for award.

(b) **Women and Minorities**

Women and members of minority groups and their subpopulations must be included in the study population of research involving human subjects, unless a clear and compelling rationale and justification are provided indicating that inclusion is inappropriate with respect to the health of the subjects or the purpose of the research. In addition, for NIH-Defined Phase III clinical trials, all proposals and/or protocols must provide a description of plans to conduct analyses, as appropriate, to detect significant differences in intervention effect (see NIH Guide http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm, Definitions - Significant Difference) by sex/gender, racial/ethnic groups, and relevant subpopulations, if applicable, unless the Government has specified that this solicitation involves a sex/gender specific study or a single or limited number of minority population groups. The proposal also must include one of the following plans:

- Plans to conduct valid analysis to detect significant differences in intervention effect among sex/gender and/or racial/ethnic subgroups when prior studies strongly support these significant differences among subgroups, OR

- Plans to include and analyze sex/gender and/or racial/ethnic subgroups when prior studies strongly support no significant differences in intervention effect between subgroups (representation of sex/gender and/or racial/ethnic groups as subject selection criterion is not required; however, inclusion and analyses are encouraged), OR

- Plans to conduct valid analyses of the intervention effect in sex/gender and/or racial/ethnic subgroups (without requiring high statistical power for each subgroup) when the prior studies neither support nor negate significant differences in intervention effect between subgroups.

Also, the proposal must address the proposed outreach programs for recruiting women and minorities as participants.

Reviewers will consider the areas covered here and in Section L of the solicitation in narrative form in their evaluation. Some of the issues they will evaluate include:

- whether the plan proposed includes minorities and both genders in adequate representation
- how the offeror addresses the inclusion of women and members of minority groups and their subpopulations in the development of a proposal that is appropriate to the scientific objectives of the solicitation
- the description of the proposed study populations in terms of sex/gender and racial/ethnic groups and the rationale for selection of such subjects
- if exclusion is proposed, that the rationale is appropriate with respect to the health of the subjects and/or to the purpose of the research.
- In addition, for gender exclusion, the reviewers will examine the rationale to determine if it is because:

    - the purpose of the research constrains the offeror's selection of study participants by gender (e.g., uniquely valuable stored specimens or existing datasets are single gender; very small numbers of subjects are involved; or
    - overriding factors dictate selection of subjects); or
    - gender representation of specimens or existing datasets cannot be accurately determined, <u>and</u> this does not compromise the scientific objectives of the research.

- For minority group exclusion, the reviewers will examine the rationale to determine if those minority groups are excluded because:

    - inclusion of those groups would be inappropriate with respect to their health,;or
    - inclusion of those groups would be inappropriate with respect to the purpose of the research.

- For NIH-defined Phase III clinical trials, reviewers will also consider whether there is an adequate

description of plans to conduct analyses to detect significant differences of clinical or public health importance in intervention effect(s) by sex/gender and/or racial ethnic subgroups when the intervention effect(s) is expected in the primary analyses, or if there is an adequate description of plans to conduct valid analyses of the intervention effect in subgroups when the intervention effect(s) is not expected in the primary analyses.

If you determine that inclusion of women and minority populations is not feasible, you must submit a detailed rationale and justification for exclusion of one or both groups from the study population with the technical proposal. The Government will review the rationale to determine if it is appropriate with respect to the health of the subjects and/or the purpose of the research

Based on the evaluation of the response to this criterion, this section of the proposal may be rated "unacceptable" (i.e., no discussion can be found regarding the proposed gender/minority inclusion plans, or concerns are identified as to the gender or minority representation, or the proposal does not adequately address limited representation of one gender or minority; or the plan is not in accordance with NIH policy guidelines) or "acceptable." See Section L of the solicitation for the requirements of women/minorities inclusion. If the reviewers find that this portion of the proposal is "unacceptable" they will provide a narrative supporting their finding.

If the Government includes your proposal in the competitive range (for competitive proposals), or if the Government holds discussions with the selected source (for sole source acquisitions), you will be afforded the opportunity to address the concerns raised by the reviewers. You will be able to further discuss and/or clarify your position until submission of your Final Proposal Revision (FPR). Once discussions are closed with the submission of your FPR, if your proposed plan for the inclusion/exclusion of women and minorities is still found to be unacceptable, then your proposal may not be considered further for award.

(c) **Children**

Children (i.e. individuals under the age of 21) must be included in all human subject research unless there are clear and compelling reasons not to include them.

Your proposal must include a description of plans for including children. If you plan to exclude children from the required research, your proposal must present an acceptable justification for the exclusion. If you determine that exclusion of a specific age range of child is appropriate, your proposal must also address the rationale for such exclusion. Also, the plan must include a description of the expertise of the investigative team for dealing with children at the ages included, of the appropriateness of the available facilities to accommodate the children, and the inclusion of a sufficient number of children to contribute to a meaningful analysis relative to the purpose/objective of the solicitation. Also, see Section L of the solicitation for further specific requirements on inclusion of children.

Based on the reviewers' evaluation of the offeror's response, this section of the proposal may be rated "unacceptable" (i.e., no discussion can be found regarding the proposed inclusion plans for children; or concerns are identified as to the offeror's response regarding the inclusion of children; or the plan is not in accordance wit h NIH policy guidelines) or "acceptable." If the reviewers find that this portion of the proposal is "unacceptable" they will provide a narrative supporting their finding.

If the Government includes your proposal in the competitive range (for competitive proposals), or if the Government holds discussions with the selected source (for sole source acquisitions), you will be afforded the opportunity to address the concems raised by the reviewers. You will be able to further discuss and/or clarify your position until submission of your Final Proposal Revision (FPR). Once discussions are closed with the submission of your FPR, if your proposed plan for the inclusion of children is still found to be unacceptable, then your proposal may not be considered further for award.

If the information provided in your proposal about the inclusion of children is rated "unacceptable" and the Government includes your proposal in the competitive range (for competitive proposals), or if the Government holds discussions with the selected source (for sole source acquisitions), you will be afforded the opportunity to further discuss, clarify or modify your plan during discussions and in your Final Proposal Revision (FPR). If your plan for inclusion of children is still considered "unacceptable" by the Government after discussions, your proposal may not be considered further for award.

(d) **Data and Safety Monitoring**

The offeror's proposal must include a general description of the Data and Safety Monitoring Plan for all clinical trials. The principles of data and safety monitoring require that all biomedical and behavioral clinical trails be monitored to ensure the safe and effective conduct of human subjects research, and to recommend conclusion of the trial when significant benefits or risks are identified or if it is unlikely that the trial can be concluded successfully. Risks associated with participation in research must be minimized to the extent practical and the method and degree of monitoring should be commensurate with risk. Additionally, all plans must include procedures for adverse event reporting. Finally, generally, for Phase III clinical trials, the establishment of a Data and Safety Monitoring Board (DSMB) is required, whereas for Phase I and II clinical trials, the establishment of a DSMB is optional. The reviewers will rely on the Statement of Work and Section L in the solicitation, as well as any further technical evaluation criteria in this Section M, as applicable, for the solicitation's specific requirements for data and safety monitoring.

As a part of the evaluation for proposals, the reviewers will consider the acceptability of the proposed data and safety monitoring plan with respect to the potential risks to human participants, complexity of study design, and methods for data analysis. Based on the evaluation of the response to this criterion, this section of the proposal may be rated "unacceptable" (i.e., concerns are identified as to the adequacy of the monitoring plan or no discussion can be found regarding the proposed monitoring plans) or "acceptable." If the reviewers find that this portion of the proposal is "unacceptable" they will provide a narrative supporting their finding.

If the Government includes your proposal in the competitive range (for competitive proposals), or if the Government holds discussions with the selected source (for sole source acquisitions), you will be afforded the opportunity to address the concerns raised by the reviewers. You will be able to further discuss and/or clarify your position until submission of your Final Proposal Revision (FPR). Once discussions are closed with the submission of your FPR, if your proposed plan for data and safety monitoring is still found to be unacceptable, then your proposal may not be considered further for award.

c. **MANDATORY QUALIFICATION CRITERIA**

**Listed below are mandatory qualification criteria. The offeror shall include all information which documents and/or supports the qualification criteria in one clearly marked section of its proposal. The offeror shall provide an index within its proposal which directs the reviewer(s) to the specific area(s) of the proposal that address a particular mandatory qualification.**

**The qualification criteria establishes conditions that <u>must</u> be met at the time of receipt of Initial Proposals by the Contracting Officer in order for your proposal to be considered further for award. IF A PROPOSAL DOES NOT MEET THE MANDATORY CRITERIA IT WILL NOT BE REVIEWED FURTHER.**

**Mandatory Criterion #1.** Offerors shall prepare proposals for BASE and OPTION requirements to serve as a Study Center to conduct data collections at one or more than one of the remaining 98 pre-specified Study Locations (SEE ATTACHMENT # 9, "Map and List of Study Locations"). Study Locations (generally corresponding to a single county or group of contiguous counties) where a proposing Study Center offers to conduct the study must be located either: a) in the state where the proposing Study Center is located; or b) in a state that is contiguous with the state of the proposing Study Center; or c) in a state not contiguous but not separated from the border of the state of the proposing Study center by more than 100 miles (Examples: Maine and Massachusetts; Kansas and Texas; New York and Ohio). Location of the Study Center is considered to be that of the location of the primary institution in the proposal.

**Rationale for the Mandatory Criterion #1** - The nature of the Study Design requires that Study Centers be knowledgeable about and have relationships with the communities in which data collections will occur, therefore, relationships with the community will be critical for successful implementation of the Study. Offerors who are geographically closer to the Location where data collections will occur are thus required.

**THE FOLLOWING MANDATORY CRITERION APPLIES ONLY TO OFFERORS SUBMITTING PROPOSALS FOR DATA COLLECTIONS IN LOS ANGELES COUNTY, CA; HARRIS COUNTY, TX; AND COOK COUNTY; IL**

**Mandatory Criterion #2** -Each of the above counties contains multiple PSUs (**see Attachment 4, Overview of Study Design and Methods**). Offerors submitting a BASE Proposal for data collection in these counties must also submit an OPTION proposal (Harris, TX and Cook, IL) or proposals (Los Angeles, CA) that describes the Centers capacity and plan for enrollment of additional births in subsequent waves. (See Additional Technical Proposal Instructions).

**Rationale for Mandatory Criterion #2** -. No more than one offeror will be awarded a contract for conduct of data collection in the Cook county Location; no more than one the Los Angeles Location, and no more than one the Harris Location.

d. **EVALUATION EXCLUSIVE OF OPTIONS**

In accordance with FAR Clause 52.217-3, Evaluation Exclusive of Options, as prescribed in 17.208(a) and in accordance with Evaluation Exclusive of Options (APR1984), the Government will evaluate offers for award purposes by including only the price for the basic requirement; i.e., options will not be included in the evaluation for award purposes.

e. **EVALUATION OF DATA SHARING PLAN**

The offeror's plan for the sharing of final research data shall be assessed for appropriateness and adequacy. If your proposal does not include a plan or if the plan in your proposal is considered "unacceptable," and the Government includes your proposal in the competitive range (for competitive proposals), or if the Government holds discussions with the selected source (for sole source acquisitions), you will be afforded the opportunity to further discuss, clarify or modify your data sharing plan during discussions and in your Final Proposal Revision (FPR). If your data sharing plan is still considered "unacceptable" by the Government after discussions, your proposal may not be considered further for award.

f. **TECHNICAL EVALUATION CRITERIA FOR THE BASE PROPOSAL** **(Total Points 0 - 100)**

**Evaluation of Base Proposal (Study Center and Primary Location)**

Proposals will be judged solely on the written material provided by the offeror. See additional technical proposal instructions for page limits (**ATTACHMENT 6**). Pages that exceed the page limit requirements will be removed and not be sent for review. BASE Proposals will be evaluated for technical merit, exclusive of the Option proposals, in accordance with the criteria below. Only, those offerors selected for award for an NCS Study Center and the primary location (BASE proposal) will be eligible for award of one or more OPTIONSs for Additional Study Locations.

The evaluation criteria are used by the technical evaluation committee when reviewing the technical proposals. The criteria below are listed in the order of relative importance with weights assigned for evaluation purposes.

(1) Understanding Project Requirements **(Points: 0 - 40)**

Offerors will demonstrate a clear understanding of the complexity and unique context of the NCS, the purpose of the research; the realities of data collection and data management, and problems that may impede the research and possible solutions. The Offeror will provide a sound plan for:

a. Defining characteristics of neighborhoods within the Study Location and the Study Center's role in the second stage of sampling
b. Engagement of local communities and establishment of a community advisory board.
c. Engagement and collaboration with birth hospitals and other relevant clinical sites within the Study Location
d. Enrollment of participants using the household sampling approach described in the attached Overview of Study

Design and Methods.

e. Collection of local data to be used to gage representativeness of the enrolled births

f. Scheduling visits, tracking participants, collection of data, as outlined in the Overview of Study Design and Methods. The proposal should demonstrate a clear understanding and capabilities for the conduct of interviews, examinations, and developmental assessments; collection of observational data, biological specimens, and environmental samples. These collections occur in a variety of settings, e.g. homes, clinical settings, neighborhoods, school/daycares and other relevant locations. The proposal should focus only on those data collections that occur during the subject contracting period. Offerors should specifically mention plans for collection of measurements that require special scheduling of clinical time (e.g. fetal ultrasounds) and collection of specimens that must be obtained at the time of delivery (e.g. placental tissue and cord blood).

g. Understanding of the problems that may be faced in a study with this level of complexity and creativity in suggesting methods for dealing with these problems

h. Understanding the complexities of a multi-site study and the nature of requisite collaborative relationships among its' various entities, e.g., Study Centers the NCS-CC, and the NICHD.

2. Organizational Qualifications and Experience **(Points: 0 - 30)**

Evidence of prior successful research experience in the conduct and coordination of epidemiologic studies, particularly longitudinal birth cohort studies that begin prior to or early in pregnancy. Such evidence includes the offeror's experience with: 1) identifying, recruiting and retaining pregnant women and/or women at risk of pregnancy; 2) collecting longitudinal data including interview data, clinical exams and developmental assessments, biologic specimens and environmental samples; 3) working within a multi-site framework; 4) complying with an established Study protocol; and, 5) accessing and working with target populations within communities in the Study Location.

3. Personnel Qualifications and Experience **(Points: 0 - 20)**

The Offerors will allocate sufficient professional and other staff effort to accomplish the Study as outlined in the Statement of Work. The proposed Study personnel must have relevant expertise and experience, including an ability to coordinate, manage and conduct all aspects of data collection. The relevant qualifications, capabilities and experience of the investigators and research staff must be documented appropriately. (A full Curriculum Vitae should be included for the proposed principal investigator and operational manager. Biographical sketch should be provided for all other named Study staff.) Key personnel must have practical expertise and experience in the collection of population-based data and the conduct of epidemiologic studies, preferably longitudinal, multi-center cohort studies. Position descriptions must be provided for personnel not yet designated for the Study.

4. Facilities **(Points: 0 - 10)**

Offerors must demonstrate that adequate facilities and equipment will be employed for data collection and other aspects of the Study. Examples include medical equipment not provided by the Study, e.g. ultrasound equipment, adequate space for Study staff, space for storage of collected data and specimens, etc.

g. - **TECHNICAL EVALUATION CRITERIA FOR PROPOSED OPTIONS** **(Total Points 0 - 100)**

Proposals will be judged solely on the written material provided by the offeror. See additional technical proposal instructions for page limits (**ATTACHMENT 6**). Pages that exceed the page limit requirements will be removed and not be sent for review. OPTION Proposals will be evaluated for technical merit in accordance with the criteria below. Only those offerors selected for award for an NCS Study Center and the primary location (BASE proposal) will be eligible for award of one or more OPTIONS for Additional Study Locations.

The evaluation criteria are used by the technical evaluation committee when reviewing the technical proposals. The criteria below are listed in the order of relative importance with weights assigned for evaluation purposes. Each additional Location is considered an OPTION. To be considered for award of an OPTION for one or more Additional Study Locations, the offeror will have to have been selected for the BASE award for the NCS Study Center and primary location. **THE MANDATORY EVALUATION CRITERIA APPLY TO BOTH THE PRIMARY AND OPTION LOCATIONS.** The evaluation for award of options will use the same evaluation process as set forth in the first two paragraphs of **Section M - General** above. OPTION proposals will also be evaluated as technically acceptable or technically unacceptable. While all offerors must propose on the NCS Study Center requirement and one primary location, offerors are not required to propose on OPTIONS for additional study locations. OPTIONS will be evaluated for technical merit separately from the BASE proposal in accordance with the criteria below. Each proposed additional study location must be included in a separate OPTION proposal, i.e., OPTION 1 - Study Location - X. OPTION 2 - Study Location Y, etc. (See Additional Technical Proposal Requirements).

The evaluation criteria that will be used by the Special Emphasis Panel to evaluate the technical proposals for each Additional Location OPTION Proposal are listed below.

1) Understanding of the Study Location and Plan for Engagement of relevant communities **(0 - 40 Points)**
- Demonstrates an understanding of the Study Location
- Demonstrates a clear plan for engagement and collaboration with relevant communities within the Study Location
- Prior experience accessing and working with target populations within communities in the Study Location OR a plan to collaborate with organizations that have this experience

2) Organizational Capacity **(0 - 30 Points)**
- Demonstrates the organizational capacity to serve as the Study Center for the proposed Location.
- Demonstrates a clear plan for an organization structure that builds on the existing structure of the Study Center

3) Plan for Implementation **(0 - 30 Points)**
- Shows an understanding of potential operational and logistical challenges unique to the Study Location

In accordance with FAR Clause 52.217-3, Evaluation Exclusive of Options, as prescribed in 17.208(a) and in accordance with Evaluation Exclusive of Options (APR1984), the Government will evaluate offers for award purposes by including only the price for the basic requirement; i.e., options will not be included in the evaluation for award purposes.

**h. PAST PERFORMANCE FACTOR**

An evaluation of offeror's past performance information will be conducted subsequent to the technical evaluation. However, this evaluation will not be conducted on any offeror whose proposal would not be selected for award based on the results of the evaluation of factors other than past performance.

The evaluation will be based on information obtained from references provided by the offeror, other relevant past performance information obtained from other sources known to the Government, and any information supplied by the

offeror concerning problems encountered on the identified contracts and corrective action taken.

The Government will assess the relative risks associated with each offeror. Performance risks are those associated with an offeror's likelihood of success in performing the acquisition requirements as indicated by that offeror's record of past performance.

The assessment of performance risk is not intended to be the product of a mechanical or mathematical analysis of an offeror's performance on a list of contracts but rather the product of subjective judgment by the Government after it considers all available and relevant information.

When assessing performance risks, the Government will focus on the past performance of the offeror as it relates to all acquisition requirements, such as the offeror's record of performing according to specifications, including standards of good workmanship; the offeror's record of controlling and forecasting costs; the offeror's adherence to contract schedules, including the administrative aspects of performance; the offeror's reputation for reasonable and cooperative behavior and commitment to customer satisfaction; and generally, the offeror's business-like concern for the interest of the customer.

The Government will consider the currency and relevance of the information, source of the information, context of the data, and general trends in the offeror's performance.

The lack of a relevant performance record may result in an unknown performance risk assessment, which will neither be used to the advantage nor disadvantage of the offeror.

i. **EXTENT OF SMALL DISADVANTAGED BUSINESS PARTICIPATION**

**SDB participation will not be scored**, but the Government's conclusions about overall commitment and realism of the offeror's SDB Participation targets will be used in determining the relative merits of the offeror's proposal and in selecting the offeror whose proposal is considered to offer the best value to the Government.

The extent of the offeror's Small Disadvantaged Business Participation Targets will be evaluated before determination of the competitive range. Evaluation of SDB participation will be assessed based on consideration of the information presented in the offeror's proposal. The Government is seeking to determine whether the offeror has demonstrated a commitment to use SDB concerns for the work that it intends to perform.

Offers will be evaluated on the following sub-factors:

(a) Extent to which SDB concerns are specifically identified
(b) Extent of commitment to use SDB concerns
(c) Complexity and variety of the work SDB concerns are to perform
(d) Realism of the proposal
(e) Past performance of offerors in complying with subcontracting plan goals for SDB concerns and monetary targets for SDB participation
(f) Extent of participation of SDB concerns in terms of the value of the total acquisition.

# SOLICITATION ATTACHMENTS INCLUDED WITH THE RFP

The following pages include Attachments applicable to this RFP as specified in SECTION J - List of Attachments

**ATTACHMENT 1**

## PACKAGING AND DELIVERY OF THE PROPOSAL

Your proposal shall be organized as specified in Section L.2., "Instructions to Offerors" - General Instructions. Shipment and marking shall be as indicated below.

EXTERNAL PACKAGE MARKING: In addition to the address cited below, mark each package as follows:

**"RFP NO. NIH-NICHD-NCS-07-11**

**"TO BE OPENED BY AUTHORIZED GOVERNMENT PERSONNEL ONLY"**

**NUMBER OF COPIES:**

**Technical Proposal: ORIGINAL * AND 25 COPIES**

**Business Proposal: ORIGINAL * AND 7 COPIES**

If hand-delivered or delivery service

**E. Osinski/F. Ettehadieh, Contracting Officer**
**National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)**
**Office of Acquisitions, NICHD Branch**
**Executive Building, Suite 7A07**
**6100 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**

If using U.S. Postal Service

**E. Osinski/F. Ettehadieh, Contracting Officer**
**National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)**
**Office of Acquisitions, NICHD Branch**
**Executive Building, Suite 7A07**
**6100 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**

*THE ORIGINALS MUST BE READILY ACCESSIBLE FOR DATE STAMPING PURPOSES.

NOTE: Please be aware that the U.S. Postal Service's "Express Mail" **DOES NOT** deliver to the Rockville, Maryland address **AND** delivery to the Bethesda, Maryland address will result in a delayed delivery to our office in Rockville, MD (up to 3 - 5 days). If a proposal is not received at the place, date, and time specified herein, it will be considered a "late proposal."

# PROPOSAL INTENT RESPONSE SHEET

## RFP NO.: NIH-NICHD-NCS-07-11

## TITLE: National Children's Study

Please review the attached Request for Proposal. Furnish the information requested below and return this page by **March 21, 2007.** Your expression of intent is not binding but will greatly assist us in planning for proposal evaluation.

[ ] DO INTEND TO SUBMIT A PROPOSAL

[ ] DO NOT INTEND TO SUBMIT A PROPOSAL FOR THE FOLLOWING REASONS:

Company/Institution Name (print): ________________________________
Address (print): ______________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

Project Director's Name (print): ________________________________
Title (print): __________________________________________________
Signature/Date: ________________________________________
Telephone Number and E-mail Address (print clearly):
______________________________________________________

IN ORDER TO FACILITATE THE EFFICIENT ORGANIZATION OF THE SCIENTIFIC PEER REVIEW OF PROPOSALS PLEASE PROVIDE THE INFORMATION REQUESTED IN THE ATTACHED TABLES FOR THE BASE AND OPTION REQUIREMENTS.

RETURN TO:

Attention: Fred Ettehadieh, Contracting Officer

National Institute of Diabetes and Digestive and Kidney Diseases, NIDDK
Office of Acquisitions, NICHD Contracts Management Branch
Executive Building, Suite 7A07
6100 EXECUTIVE BLVD, MSC 7510
BETHESDA MD 20892-7510

FAX: 301-402-3676
Email: fe19w@nih.gov

**Attachment 2**

## Attachment 3 – STATEMENT OF WORK

### I. Background

The National Institute of Child Health and Human Development (NICHD) serves as the lead agency for the National Children's Study (NCS or Study), a longitudinal cohort study that will examine the effects of environmental influences on the health and development of approximately 100,000 children. Environment is broadly defined to include biological, physical, chemical, and social/cultural influences on children's health and development. Priority outcomes include obesity, diabetes, and physical development; injuries; asthma; pregnancy-related outcomes; child development and mental health. Children will be followed from before birth until the age of 21 years. The goal of the Study is to provide information that will ultimately lead to improvements in the health, development, and well being of children. Additional background about the Study is available on the Study's Website (www.nationalchildrensstudy.gov ).

Upon the advice of a panel of National Experts in study design and sampling and the National Children's Study Federal Advisory Committee (NCSAC) a national probability sample of all U.S. births was chosen as the design that best fulfills the goals of the Study. In 2004, the first stage of sampling was completed with the selection of 105 Locations across the United States. These locations correspond to counties or, in sparsely populated areas, groups of contiguous counties and will be the places from which participants will be enrolled. (Further detail is provided in the attached Overview of Study Design and Methods.) It is anticipated that data collection in these 105 geographic areas will be conducted by 30-50 Study Centers, under 30-50 separate contracts, depending on funds, quality of proposals received, and other factors at the time of solicitations. In the full NCS, each Study Center will be expected to oversee data collection in approximately 1-3 Study Locations. Contracts were awarded for collection of data at the first seven "Vanguard Locations" in 2005. Offerors responding to this solicitation must demonstrate the ability to conduct the Study in one or more of the 98 remaining Study Locations. (See study locations at http://www.nationalchildrensstudy.gov/about/locations/ as well as Attachment). It is expected that approximately 15 to 20 contracts will be awarded as a result of this solicitation for the collection of data in up to 30 Locations. It is anticipated that Future solicitations will be released for additional Study Centers, depending on the availability of funds.

Below is a description of the technical requirements of this contract. Offerors may submit proposals to collect data in one Location (referred to as the Primary Location) or in the Primary Location and additional Locations (options). The technical requirement described below applies to both Primary and Additional Locations. **(See Additional Technical Proposal Instructions – Attachment # 6).**

### II. Technical Requirements

Independently and not as an agent of the Government, the Contractor shall furnish all the necessary services, qualified personnel, materials, equipment [see Attachment 7 – Additional Business Proposal Instructions for specific guidance on purchase of equipment] and facilities, not otherwise provided by the Government (directly or through the NCS-CC) under the terms of this Contract to perform the work set forth below.

**[See Attachment 13 - Definitions for a list of terms used in the following statement]**

**A. Phase I – Start Up (21 Months)**

1) **Protocol Development:** Study Centers will work collaboratively with the NCS Project Officer(s), the NCS-CC, and other participating Study Centers to finalize those aspects of the Study Protocol and Procedural Manual that require modification to meet local needs. Study Centers will also make other preparations for fielding the study as described below and will collaborate on development of the common protocol for future data collections that have not yet been specified. All Plans that are developed must be reviewed and approved by the Project Officer(s) prior to implementation.

2) **Sampling:** Study Centers will work with the NCS-CC in defining boundaries for segments within their respective locations. Once defined, the NCS-CC will do the actual selection of segments. The Study Centers will be responsible for activities such as: (a) identifying important geographic or regional characteristics such as health regions that should be considered by the NCS-CC in the definition of strata or segment boundaries; (b) providing the NCS-CC historical counts of all births to mothers residing in the Study Location (inclusive of births to county residents for whom the place of delivery is outside of the county) by census block. Within two months of award, the Study Centers will provide total birth counts by census block for the most recent five years available. The format will be electronic (e.g. an Excel file or other format subject to approval by the PO(s); (c) providing indicators of major changes in block-level births that are occurring or expected to occur. The typical indicator of change is a count of new housing units or lots along with the expected number of dwelling units in the lot; and, (d) reviewing Segment boundaries and boundaries for geographic units which will be prepared by the NCS-CC and sent to the Study Centers for review. When indicated, Study Centers will suggest alternative segment boundaries to ensure the segments are of the appropriate size in terms of numbers of births and that the boundaries are consistent with important neighborhood characteristics. Details on how these activities will be utilized in sampling segments and households are given in the attached Overview of Study Design and Methods document.

3) **Plan for evaluation of coverage of Sample**: Study Centers shall develop a plan for the collection of birth and fetal death certificate data or other means of capturing basic data on all births and fetal deaths within Study Sites, including, at a minimum, the residence of the mother at the time of delivery; the date of birth, gender, race, ethnicity, and outcome (live birth, fetal death, infant death) of the newborn. This information will be used to gauge the success of recruitment with respect to coverage of the targeted population in the Study Site(s).

4) **Plan for community participation and engagement**: Each Study Center shall develop and begin implementation of a plan to support recruitment and retention efforts for the Study. The specific activities will be planned in collaboration with the NCS-CC and NCS-PO and may include, but are not limited to, meetings with community groups and leaders and local media releases.

5) **Establishment of Community Advisory Board**: Each Center shall establish a Community Advisory Board which shall meet on a regular basis with Study Center staff. **(See Additional Technical Proposal Instructions – Attachment # 6).**

6) **Engagement of Communities and Conduct of Community Needs Assessments.** Each Center shall conduct community assessments including but not limited to suggestions from the community for implementation of the study Protocol and considerations to enhance recruitment, retention and overall participation in the Study. The methods of community assessment will be developed with

input and coordination from the NCS-CC and agreed upon by the Study Center and the Project Officer. The methods could include, but are not limited to, focus groups, town meetings, or surveys.

7) **Engagement of Hospitals:** Each Study Center shall gain the cooperation of hospitals that serve as the primary delivery sites for the target population as well as other clinical sites that will be involved in the Study (e.g. prenatal care providers involved with recruitment of participants) or serve as sites of data collection. Note that these hospitals and clinical sites may be located outside of the Study Location.

8) **Plan for specimen and sample collection:** Where appropriate, Study Centers shall develop a plan for the collection of specimens or data that rely on persons other than Study staff. Examples might include collection of placental tissue or cord blood at community hospitals or birthing centers or collection of information or environmental specimens from daycare centers, schools, pediatrician offices, urgent care centers, local hospitals, etc. Study Centers shall also prepare a plan for temporary storage of samples at relevant locations (e.g. birthing hospitals).

9) **Plan for fetal ultrasounds**: Each Study Location will need to have capability to conduct fetal ultrasounds, to be performed by an American College of Radiology certified ultrasound technician. These may either be at a Study Location such as a clinic or arranged by contract with local venders.

10) **Methods development:** Study Centers shall work collaboratively with the Program Staff, the NCS-CC, and other participating Study Centers in the development of the Study Protocol, data forms, Study procedures, the NCS Manual of Operating Procedures (MOP), and other documents, as needed.

**11) IRB and other reviews and approvals**: Study Centers shall obtain required Institution specific approvals [e.g., Institutional Review Board (IRB) approval] and assist the NCS-CC with preparation of materials for other project-wide approvals, as needed.

12) **Training**: Training of personnel associated with the NCS is a shared responsibility of the NCS-CC and the Study Center Staff. The NCS-CC will guide and conduct the initial trainings and will develop and implement a train-the-trainer program. In this program, staff from the Study Centers Staff must participate in training sessions provided by the NCS-CC to become trainers of additional staff at the Study Center. Trainers from the Study Centers will have responsibility for providing on-going in-person training to existing or new staff at their respective Center. This will be supplemented by web-based or other remote trainings by the NCS-CC. Study Center staff will also provide training to Study participants in relevant areas of self-collected data/specimens, including, but not limited to, completion of daily diaries and other self-reported data, use of data collection instruments or procedures (pregnancy tests) and use/reporting of self-collected environmental samples/readings.

13) **Staffing**: Study Centers shall hire research staff with appropriate qualifications to address all aspects of the NCS. This includes, but is not limited to, a Principal Investigator, Study Coordinator/ Operational Manager (or named staff with comparable responsibilities), field staff, field supervisors, and other staff with appropriate training to accomplish interviews; collection of biologic and environmental specimens; collection of household samples; conduct of physical examinations; and child developmental assessments (e.g. developmental, physical, cognitive, and behavioral assessments), etc. **(See Estimate of Effort by Annual Contract Year - Attachment # 8).**

14) **Materials**: Study Centers shall provide necessary space, equipment and supplies to enroll Study subjects, perform Study tests and examinations; and, to collect and appropriately process and store data, biospecimens and environmental samples prior to shipping, as needed, to the NCS-CC, central repository(ies), and laboratory(ies). **(See Additional Business Proposal Instructions – Attachment # 7).**

**15) Meetings with the Project Officers(s), Coordinating Center and Participation on the Steering Committee**:

a. The Study Center key personnel will meet via phone conference with the Project Officer(s) and staff from the NCS-CC at regular intervals to be scheduled after contract award to review progress and anticipated or existing problems.

b. Each Study Center will be represented on the Study's Steering Committee, collaborating with investigators from the NICHD, the NCS-CC, the Interagency Coordinating Committee (ICC), and PIs from other Study Centers. It is anticipated that there will be face to face Steering committee meetings every four months during the start-up phase. The first meeting is anticipated within a month of contract.

**16) Pilot studies**: As necessary Study Centers shall conduct pilot tests of sampling approaches, data collection instruments and methods, and data handling procedures, in anticipation of implementation of the full Study Protocol. The need for a pilot study can be identified by the Program Office or a Study Center; however, pilot studies identified by Study Center's require Project Officer approval prior to implementation.

17) **Information management system (IMS):** In cooperation with the NCS-CC and possibly separate Information Technology contractors, Study Centers shall participate in testing of the Information Management System as a System user.

18) **Reporting Requirements and Deliverables :** Report progress according to technical reporting requirements and submit deliverables according to schedule of deliverables (See Attachment 5)

19) **Confidentiality:** Study Centers shall ensure privacy of Study participants and confidentiality of all data.

20) **HIPAA:** Study Centers shall comply with all IRB, OMB, and Health Insurance Portability and Accountability Act (HIPAA) requirements.

**B. Phase II –Enrollment/ Implementation/Reporting** (39 Months)

1) **Community Engagement:** During the enrollment period, each Study Center will continue to conduct activities to increase awareness of the Study among residents in the targeted community, according to the plan developed in Phase I of the Study.

2) **Recruitment and Enrollment**: Each Study Center will enroll sufficient women to ensure an average of 250 live births per year over the four-year recruitment period in each primary sampling unit (PSU). Study Sites (roughly equivalent to neighborhoods, within the Primary Sampling Units), will be the areas from which study subjects are recruited. **(See Overview of Study Design and Methods -- Attachment # 4).**

a. Primary recruitment: The primary method for identification and recruitment of Study

participants is through screening of households in the target community. Under this approach, the NCS-CC will provide the Study Center with a preliminary list of households within the selected Study Sites. The NCS-CC will also send advance mailings to households in the targeted areas describing the Study and the upcoming screening activities. Following these activities, interviewers from the Study Centers will visit the selected neighborhoods. As the interviewer initially moves through the segment, they will make corrections to the preliminary listing. In addition they will attempt to enumerate all people in the household and to complete a brief screening questionnaire to identify potentially eligible participants. Procedures for the listing, enumeration and screening will be specified in the Study Protocol and further detailed in the operational manual, including algorithm for timing and number of attempts for screenings. Additionally, as outlined in the Overview of the Study Design, it is expected that in addition to the initial household screening, there will be a more limited re-screening of targeted households approximately midway through the recruitment period to "refresh" the sample. The <u>minimal</u> targeted overall response rate (combination of successful screening and initial enrollment of eligible women) is 65%. It is estimated that, on average, approximately 9,000 households will need to be screened per location to meet the Study's Recruitment goals.

b. Recruitment and enrollment through other methodologies: In addition to enrollment through the household screening approach, a number of supplementary approaches will be utilized to ensure that the final sample is representative of births in the target Study Site.

i. Prenatal Care Providers: Each Study Center will enroll otherwise eligible Study participants through prenatal care providers and delivery hospitals that serve the target population, providing a mechanism for women who are missed through household sampling to be represented in the Study. This might include non-responders to the initial screening who later present for prenatal care or, women who have moved to the segment after screening occurred there.

ii. Community Enrollment: Each Study Center will provide a mechanism for women in the targeted geographic area to volunteer to be a participant in the Study if they live in the sampled segments, meet other eligibility criteria and contact Study staff during the period of enrollment.

3) **Tracking and Follow-up:** At the time of enrollment, information needed to track Study participants will be gathered by the staff from the Study Centers and transmitted to the NCS-CC for inclusion in a secure portion of the NCS IMS. Tracking information will be stored separate from Study Data. Staff from Study Centers will be responsible for the conduct of all in-person visits, including those related to tracking Study subjects. This may include visits to the home of participants, relatives of participants and other named contacts, or other neighborhood/community resources. The NCS-CC will perform computerized searches, directory assistance, post office change of address and other searches related to tracking of Study participants. If a Study participant leaves the Study Location of one Study Center, the NCS-CC will facilitate either their enrollment at the Study Center that is closest to their new residence or assume the responsibility of data collection for that participant, and continue tracking that participant.

4) **Data Collection** – Once enrolled in the Study, mothers, fathers, and children will be followed according to the schedule outlined in the attached Overview of Study Design and Methods. Data Collections are detailed in the Overview of Study Design and Methods (Attachment 4) and include, but are not limited to interview data, observations and examinations, collection of biospecimens, and collection of environmental samples. Specific responsibilities of the Study

Centers with respect to data collection include:

a. Scheduling Home and Clinic Visits:

The schedule of data collections for participants at the Study Centers is determined by the NCS protocol, and for any given participant a schedule of visits is maintained in the IMS. The IMS will provide each Study Center with a listing of upcoming visits that need to be scheduled. It will be the responsibility of the Study Center to schedule their field staff time for all Study-related visits that require face-to-face contact, e.g. visits in the home, daycare, school, or clinical setting and ensuring that all scheduled visits are entered in the IMS. Schedulers from the Study Center also will be responsible for scheduling those telephone interviews that will be conducted by staff from the Study Center (see 4.b.ii below).

b. Data collection:

i. In-person Data Collections: All Study-related data collections that take place in the home, in the community, or in a clinical or specific Study setting will be the responsibility of staff from the Study Centers. This includes, but is not limited to, face-to-face interviews, observations, tests, and examinations; collection of biospecimens; and collection of environmental samples.

ii. Telephone interviews: Telephone interviews will be a joint responsibility of the Study Centers and the NCS-CC. The responsibility for telephone interviews will be negotiated independently for each Center. **(See Additional Technical Proposal Instructions – Attachment # 6).** A specific schedule of phone interviews is provided in the attached Overview of Study Design and Methods. Those Centers conducting phone interviews must have 1) a dedicated area for the conduct of phone calls within the study center to both ensure confidentiality and minimal distractions 2) sufficient staffing to complete the requisite number of phone interviews, staff must have Assurance of Confidentiality training and must be available both during normal working hours and evening and weekend hours 3) separate telephone lines must be available to accommodate incoming as well as out-going calls 4) Auto-dialers, cell phones, or voice-over internet protocol (voice-over IP) services may not be used for telephone interviewing 5) As a quality control measure, study centers must provide capabilities for supervisor monitoring of 10% of each telephone interviewer's work.

iii. Self administered forms: Several of the data collections require completion of a self administered form. Most of the forms will be left with participants at the preceding in-person contact. Those that need to be mailed to participants will be mailed directly from the NCS-CC. All forms will include return mailing materials with the return mailing address of the Study Center. Study Centers will be required to optically scan self administered forms for electronic submission to the NCS-CC. Study Centers will be responsible for resolving issues that require call-backs to study participants (e.g. internal inconsistencies, etc.).

iv. Self collected biospecimens: Study Centers will not be responsible for receiving or processing of self collected biospecimens or environmental samples that are mailed by the participant. The mailing materials provided with these specimen collection kits will be addressed to the appropriate processing center (i.e. central repository or laboratory).

v. Collection of data from local records or local databases: Collection of data from existing records that are maintained in the community or from state or local health departments will be the responsibility of the Study Centers. This may include, but is not limited to, collection of data from birth certificates and delivery records, other medical and dental records, daycare centers and school records.

vi. Collection of Community level physical, social and environmental data. Following a protocol provided by the NCS-CC, staff from Study Centers will periodically collect community level measures. This may include, but is not limited to, collection of environmental samples (e.g. air and water), community food samples e.g. from grocery stores, collections related to social factors (e.g. social cohesion) or observations of physical factors (e.g. local traffic patterns).

5) **Submission of Study data and specimens:** It is anticipated that the Study will utilize a web-based information management system (IMS) maintained by the NCS-CC for collection, tracking and submission of data. The IMS will track and report all required data collections. The Study Centers will be responsible for submitting all collected data, the output of electronically scanned data forms and specimens collected and /or processed according to specifications outlined in the Overview of Study Design and Methods (Attachment 4) and later specified in greater detail in the Study Protocol and the MOP. This includes, but is not limited to, submission of data to the NCS-CC and mailing of specimens to a central repository(ies) and laboratory(ies) and other specified processing centers.

6) **Quality Control:** Ensure compliance with ongoing quality control procedures described in the Overview of Study Design and Methods and to be specified more in detail in the NCS MOP.

7) **Training:** Training of personnel associated with the NCS is a shared responsibility of the NCS-CC and the Study Center Staff. The NCS-CC will guide and conduct the initial trainings and will develop and implement a train-the-trainer program. In this program, staff from the Study Centers Staff must participate in training sessions provided by the NCS-CC to become trainers of additional staff at the Study Center. Trainers from the Study Centers will have responsibility for providing on-going in-person training to existing or new staff at their respective Center. This will be supplemented by web-based or other remote trainings by the NCS-CC. Study Center staff will also provide training to Study participants in relevant areas of self-collected data/specimens, including, but not limited to, completion of daily diaries and other self-reported data, use of data collection instruments or procedures (pregnancy tests) and use/reporting of self-collected environmental samples/readings.

8) **Meetings with the Project Officers(s), Coordinating Center and Participation on the Steering Committee**:

a) The Study Center key personnel will meet via phone conference with the Project Officer(s) and staff from the NCS-CC at regular intervals to be scheduled after contract award to review progress and anticipated or existing problems.
b) Each Study Center will be represented on the Study's Steering Committee, collaborating with investigators from the NICHD, the NCS-CC, the Interagency Coordinating Committee (ICC), and PIs from other Study Centers. It is anticipated that there will be two face to face Steering committee meetings per year during the implementation phase.

9) **Pilot Studies:** Study Centers will conduct ongoing pilot tests of data collection instruments and methods, as needed, before implementation of new collection or reporting efforts in the full Study. The need for a pilot study can be identified by the Program Office or a Study Center. Pilot

studies identified by Study Center's require Project Officer approval prior to implementation.

10) **Human Subjects:** Study Centers will comply with all human subjects provisions of the Study Protocol and all Federally required provisions, including, but not limited to, obtaining required annual IRB approval(s) at the local site(s) and provision of their summary/approval in a timely fashion for NIH-IRB approvals.

11) **Reviews and approvals**: Study Centers will comply with all IRB, OMB and HIPAA requirements.

12) **Reporting and Analysis** Study Centers will:

a) Ensure that all data are processed using the Study's Quality Control procedures and forwarded to the NCS-CC, through the IMS or any other designated format, in a timely manner.

b) Ensure that all biological and environmental specimens have been forwarded to the NCS-CC, repository(ies) or appropriate laboratories, or processing centers as specified in the NCS-MOP.

c) Prepare and submit required reports to the Project Officer as specified in the Reporting Requirements of this contract.

d) Participate as investigators in analyses, presentations, and publications that utilize data collected in the NCS.

13) **Reporting Requirements and Deliverables :** Report progress according to technical reporting requirements and submit deliverables according to schedule of deliverables (**See Reporting Requirements and Deliverables – Attachment # 5).**

## ATTACHMENT 4 - OVERVIEW OF STUDY DESIGN AND METHODS

The purpose of this document is to provide further detail regarding the data collection activities of the Study Centers to facilitate preparation of proposals. Additional information about the background and rationale for the study as well as the guiding hypotheses can be found at: WWW.NATIONALCHILDRENSSTUDY.GOV.

Note that the activities of the Study Centers will be supplemented and supported by activities of the NCS Coordinating Center (NCS-CC). The NCS-CC is involved in the finalization of procedures, protocols and Manual of Operations (MOP) for the activities described in section 6 below. Additionally the NCS-CC and the NCS Information Management System (IMS) Contractor are responsible for development of the IMS.

The IMS will be designed so that each data collector has a laptop (provided by the NCS-CC) with specific instructions to guide data collection and data entry. It will include an automated system for administering all interview and observational components of the study. Computer-Assisted Personal Interviewing (CAPI) and/or Computer-Assisted Self-Interviewing (CASI) will be used for most instruments and questionnaires associated with data collections. (See section 9 of this document for more detail). The IMS system will include many additional components (e.g. a scheduling module, supply inventory, and training modules) and will be highly flexible to meet the needs of individual Centers as well as the Study as a whole. The IMS will connect all Study Centers to the NCS-CC to enable electronic communications on all aspects of data collection.

### 1. Overview of Study Population

The NCS is a longitudinal study that will enroll and follow a nationally representative sample of approximately 100,000 children born in the U.S. In the first stage of sampling, 105 locations (generally corresponding to single counties) were randomly selected from all U.S. counties. These will be the locations from which study participants will be recruited.

As part of the NCS study protocol, information will be collected on children from birth through 20 years of age. To enable assessments of exposures and risk factors during critical periods of embryonic and fetal development, data collection will begin during pregnancy or for a subset of women, prior to pregnancy. Resulting children will be followed until 21 years of age. For the subset of women enrolled prior to pregnancy, the intensity of pre-pregnancy contacts will vary according to her probability of becoming pregnant. All data collections will be conducted in accordance with a standardized study protocol. It is recognized that not all pregnancies will result in a live birth; the study protocol addresses human subject concerns and issues related to adverse pregnancy outcomes.

Thus, for the NCS the children/births are sampled through their mothers. Because not all pregnancies are planned, not all mothers will have pre-conception information collected. The

study target is to enroll 25% of pregnancies prior to conception and to identify and enroll a cumulative total of 90% of pregnancies before the end of the first trimester of the pregnancy. For most study locations, births will be enrolled over a four year enrollment period with a target of 250 births per study location per year (exceptions include Los Angeles, Cook and Harris County, which require a larger number of births to maintain the national probability sampling design as detailed below) As described below, there are 105 Study locations in the national design. Most study locations correspond to single counties but some locations comprise multiple counties.

**2. Inclusion and Exclusion Criteria**

The Study design calls for women to be recruited into the study primarily through a household sampling approach. Women are eligible for the study if they meet the following criteria:

**Inclusion:**
1) Reside in a sampled household, and
2) At the time of household screening are either in the first trimester of pregnancy or between the ages of 18-44.

**Exclusions:**
1) Women who are infertile, or
2) Women who indicate that they will not be living in a selected segment by the anticipated date of delivery, or
3) Women who are cognitively impaired or mentally ill are not eligible if they are not able to fully understand the requirements of the Study and grant informed consent.

If a woman enrolled in the study gives birth during the four year enrollment period, the newborn child is included in the study, provided that the mother still resides in a household that is part of the study sample, at the time of the delivery. All births to mothers who meet the eligibility criteria are eligible, including children born to surrogate mothers, those expected to be adopted or assigned to foster homes, and births to women who are on active duty in the military.

**3. Sampling Strategy**

A number of options for study and sampling designs were considered for the NCS. While it is recognized that there are advantages and disadvantages to each of the candidate approaches, after careful consideration, and upon the advice of a panel of National Experts in study design and sampling and the National Children's Study Federal Advisory Committee (NCSAC) a national probability sample of all U.S. births was chosen as the design that best fulfills the goals of the Study. The sample design for the NCS is a multistage probability sample of births in the United States, where women and subsequent births are identified from a sample of households. The design includes two main stages of sampling.

The first stage of sampling was the selection of primary sampling units (PSUs), which generally correspond to single counties or groups of contiguous counties (in areas that are less densely populated). The second stage is the selection of smaller geographic areas (segments) from within