the primary sampling unit. In PSUs with large population, the sampling may be done in two steps to reduce the sampling workload. In general the sampled segments comprise city or suburban blocks or combinations of blocks and roughly correspond to neighborhoods. Each of these stages is further detailed below.

### 3.1 Selecting Study Locations

The process for selection of Study Locations was based on the need to achieve representative coverage of the United States with respect to geographic areas, metropolitan/non-metropolitan areas, and demography. In the first stage of sampling 105 Locations were selected. These locations correspond to counties or, in sparsely populated areas, groups of contiguous counties. In general each location also corresponds to what is termed a Primary Sampling Unit (PSU). Each Primary Sampling Unit is expected to contribute 1000 enrolled births over a four year period (live births to women who are enrolled in the Study). However, three of the selected counties had such large numbers of births that each county was assigned multiple PSUs. Thus, Los Angeles County was assigned four PSUs, Cook County IL (containing Chicago) was assigned two, and Harris County TX (containing Houston) was assigned two. Thus the total number of Primary Sampling Units is 110.

Due to logistic and cost considerations, data collection cannot begin simultaneously in all 105 Locations. It is anticipated that data collection will be implemented in waves, as described below. Data collections will begin in the Vanguard Locations in 2008. Contracts for Centers to conduct these data collections were awarded in 2005. The current solicitation is for Centers to conduct data collections in one or more of the remaining 98 Study Locations. It is expected that data collection will begin as outlined below:

Vanguard: Seven Vanguard Locations: Initiate household Screening July 1, 2008
Wave 1: approximately 30 Study Locations: Initiate household screening July 1, 2009
Wave 2: approximately 35 Study Locations: Initiate household screening July 1, 2010
Wave 3: approximately 35 Study Locations: Initiate household screening July 1, 2111

The first year of data collection in the Vanguard Locations is considered the pilot for the Study. The seven Vanguard Centers will serve as a platform to introduce and pilot test the methodologies and procedures that will be refined and implemented throughout the study. The national probability sample will be preserved to the degree possible following each wave of implementation, beginning with the combination of the Vanguard Locations and the Wave 1 Locations. While this enhances the scientific credibility of the staggered approach to enrollment, implementation of the Study in all 105 Locations is required both to accrue the needed sample to address the Study hypotheses and to have adequate precision in National estimates.

A map and list of Study Locations is included as attachments.

### 3.2 Selection of Segments within PSUs

In order to meet the analytic needs of the study, a total sample size of 1,000 enrolled live births is the target for each PSU. With an enrollment period of 4 years, a sample size of 250 enrolled live births per year in each PSU is needed. (The Vanguard Centers have an additional year of enrollment and thus have 1,250 targeted births.) Because each selected PSU has greater than 250 births expected per year, a sample of births within each PSU must be designed and selected. This leads to the second stage of selection for the NCS. The second stage of the NCS design consists of dividing the PSU into smaller geographic units called segments (or secondary sampling units) and then selecting a random sample of those segments for inclusion into the study.

To increase the operational efficiency, to reduce costs, and to provide for more useful representation of neighborhood-level characteristics, the segments within the PSUs are 'clusters' of households defined in terms of Census blocks. Census blocks are geographic areas used by the US Bureau of the Census (blocks are nested with block groups, block groups are nested within census tracts). An advantage of using census geography is that it facilitates linking data from other sources to the sampled segments.

The first step in sampling segments is to determine the target number of sampled segments for a PSU. For most PSUs, the targeted number of sampled segments will be between 10 and 15. In general, a smaller number of segments are targeted in more rural, less densely populated PSUs that cover large land areas; in more densely populated PSUs with larger numbers of births, the number of sampled segments may be larger. The Coordinating Center is responsible for setting the targeted number of segments for each PSU.

The next step is to determine the stratification scheme for the PSU (i.e. the way that segments will be grouped). Generally, the number of strata will equal the number of segments to be sampled (i.e. one segment is sampled per stratum). The Coordinating Center, using information provided by the Study Center such as expected number of births by block and major geographical or regional characteristics such as health regions, will determine the stratification scheme and implement it for each PSU. Within a stratum, the segments will be created by the Coordinating Center such that the number of expected births is as equal as possible in all segments included in that stratum. An equal probability sample of segments (generally one randomly selected segment per strata) will be selected by the Coordinating Center.

In order to use resources more efficiently, the sampling protocol for large PSUs (typically those expected to have over 500 segments in total) will include an intermediate step. In these large PSUs, geographic units (e.g., block groups or contiguous blocks that are considerably larger than an individual segment) will be formed within strata, and one geographic unit sampled within each stratum. Segment sampling then proceeds as described above, but all of the work is done only within the sampled geographic units. Segments within the sampled geographic unit will be approximately equal in size and one segment will be randomly selected within each geographic unit.

The Study Center plays an essential role in the segment formation. The initial segments will be created by the Coordinating Center, but the Study Center will be asked to review and comment on the segments prior to sampling of the segments by the NCS-CC. (In the large PSUs these will

be the segments formed within the sampled geographic units). The purpose of the Study Center review is to utilize their knowledge of the local area to make sure the segment boundaries are as consistent as possible with natural neighborhood boundaries and to ensure that the segments are approximately equal in expected number of births. For example, if blocks are combined to form a segment that is divided by a major highway or train tracks, then this segment may not be consistent with a natural neighborhood. The Study Center may consult plans for housing construction or other local sources to evaluate the expected growth or shrinkage in the number of births in the blocks. The Study Center should evaluate the proposed segments and report recommendations for revisions in the boundaries. The recommendations should be in a file (similar to the one the Coordinating Center provides with the initial segment definitions) that identifies individual blocks (or higher levels of Census geographies in more rural areas) that are in the revised segments. The Coordinating Center will review their suggestions and iterate with the Study Center to arrive at the final set of segments.

Once the Coordinating Center and the Study Center accept the segment definitions, the Coordinating Center will select the sample of segments and provide it to the Study Center.

**4. Community Engagement Activities**

Activities related to community engagement will continue throughout the Study. Once segments are selected (and to a limited extent prior to segment selection) Study Centers will conduct a number of activities to engage relevant local communities.

The NCS is committed to working with communities in an effort to improve the health of America's children. Although observational in nature, the study recognizes the need to involve both the national and local communities in planning and implementation. A strict community based participatory research approach is not possible for the NCS because the overall goals of the study were determined by the U.S. Congress in the Children's Health Act of 2000, and much of the planning for the study was completed prior to individual communities being selected nationwide as representative of U.S. births. However, principles of community-based research will be adhered to when feasible and appropriate. A partnership with each community should be formed to ensure mutual respect and the establishment of an ongoing relationship of reciprocity. A true collaboration between Study scientists and communities offers the hope of enhancing recruitment, retention, and participant satisfaction.

Ideally, Study Centers will be able to build upon prior networks and relationships with the local community. However, the unique sampling strategy, data collection intensity, and length of the NCS necessitate different approaches to working with communities than previous studies or projects. To build trust, enhance the credibility of the study and ensure community engagement on the local level, Study Centers will be expected to conduct a number of activities with and within Study communities beginning prior to initiation of enrollment and continuing throughout the Study.

Examples of ongoing activities include establishing a community advisory board, partnering with other organizations to host events or forums, incorporating community leaders into the Center

structure, and building referral networks between the Study and organizations. Steps for community engagement will vary depending on the characteristics and experiences of the communities and the Centers, and it is expected that the most effective approaches will vary. Once data collection begins, communities will be interested in learning about study findings. Aggregate findings will be shared with individual participants and communities through newsletters, publications, and other means. The community perspective can inform NCS researchers on ways to be sensitive to unique cultural and political issues and concerns within each community when communicating results. Because the NCS is a long-term research effort, attention to sustaining community relationships will be of high importance.

## 5. Recruitment

### 5.1 Recruitment Goals

The goal of recruitment is to obtain a response rate that is as high as possible while maintaining high standards for the protection of human subjects as volunteer respondents in the study. For the National Children's Study the targeted number of births is approximately 100,000 over a four year enrollment period, to meet the analytic needs of the study. As described above, to maintain the nationally representative sample, the goal is to recruit 1000 births in each of the PSUs, over a 4-year enrollment period.

A related goal is to have response rates high enough to reduce the potential for non-response bias. For the NCS, response rates are set for each study location as part of the process of determining the size and number of household segments that need to be sampled for the study. The minimum goal for combined response and coverage (the ability of the sampling design to adequately include all possible eligible persons) in each location will be between 65-75 percent. Study locations that traditionally have lower survey participation rates will have lower targets. For example in highly urban areas, response rates for surveys are often considerably lower than in other settings.

To assess the impact of non-response bias, studies will be undertaken to assess the difference between responders and non-responders. Lower response rates are acceptable only if it can be demonstrated that the non-respondents are missing at random or if a non-response assessment provides an adequate statistical procedure to adjust NCS estimates for non-response. This combination of conducting the study in a rigorous manner to obtain response rates that are as high as feasible, along with studying the characteristics of non-respondents, is consistent with new standards and guidelines developed and distributed by the Office of Management and Budget.

### 5.2 Listing and Enumeration

Building on the community engagement efforts and involvement of community members described above, a variety of strategies will be used to announce the NCS enrollment period. Examples include press releases, appearances on local television and radio shows, and other methods to increase community excitement and interest. Wherever possible, these activities will

involve joint participation of study staff and community members. Study Centers will work with the NCS-CC and Program Office to identify, plan and implement outreach activities that are most appropriate for their location.

The NCS-CC will provide the Study Center with a preliminary list of dwelling units within the selected Study Site segments. The NCS-CC will also send advance mailings to households in the targeted areas describing the Study and the upcoming screening activities. Following these activities, interviewers from the Study Centers will visit the selected neighborhoods/households. As the interviewer initially moves through the segment, they will confirm addresses on the preliminary listing and revise the list to add new addresses or indicate other corrections.

In addition to the listing activities outlined above, interviewers from the Study Centers will enumerate all persons living in the household, using Computer-Assisted Personal Interviewing (CAPI) techniques. An adult household reporter (age 18 or older) will be asked to answer questions about the number of household members, the number of males and females, their ages, race and ethnicity and their relationships to the household reporter. When possible the phone number will be obtained to facilitate future contacts with the household (e.g. pregnancy screener for households with a potentially eligible female or re-enumeration as described below). At the time of this enumeration, questions will also be asked about other dwelling units that may not be easily visible or obvious, and therefore may have been missed during the listing process.

Residents of many dwelling units will be recontacted over the four year study period as part of the standard study procedures (see Section 5.4.1 below). Dwelling units that will not be followed as part of the routine Study contacts, following the screening visit (e.g., no eligible women) will be re-contacted midway through the recruitment period to confirm that there have been no changes in the household composition. Much of the re-enumeration effort will be conducted remotely by the NCS-CC, however it is estimated that approximately 25% of the dwelling units listed on the original listing will require a visit by Study Center staff for re-enumeration. This effort has been included in the staffing estimates provided as an attachment.

### 5.3 Screening and Assessing Eligibility

If, through the enumeration process, a woman is identified who is potentially eligible for inclusion in the Study, interviewers will conduct a more detailed eligibility screening using a standard CAPI interview provided to Study Centers by the NCS-CC. Current pregnancy status and, for women who are not pregnant, the likelihood of becoming pregnant will be determined using a standardized set of questions. Based on those questions, women will be categorized as having a high, moderate, or low probability of pregnancy. To ensure privacy, these questions (known as the "Pregnancy Screener") will be administered in-person using Computer-Assisted Self Interviewing (CASI) techniques which allow the woman to enter her responses directly into the computer. An audio feature of this will be included to read the questions to the woman to avoid possible literacy issues. If a potentially eligible woman is not available at the time of household enumeration, the house will be revisited.

### 5.4 Enrollment in the Study

#### 5.4.1 Enrollment through Household Screening

At the time of screening, two groups are targeted for enrollment: women who are in their first trimester of pregnancy, and women at high probability of becoming pregnant – defined as those who are between the ages of 18-34 years, not pregnant, but are currently seeking pregnancy. Women meeting either of these criteria will be invited to participate in the Study and can be enrolled at the screening visit. If it's not feasible to complete enrollment (including informed consent) at the time of screening, a separate enrollment visit would be scheduled. Women who are otherwise eligible for the Study but are at moderate or low probability of pregnancy will not be enrolled at the screening visit. They will be provided with information about the study and informed that they will be contacted again in 3 months (moderate probability group) to 12 months (low probability group). They will also be encouraged to contact the Study should they become pregnant prior to the next screening call or if they have any other questions. Women who are in the second or third trimester of pregnancy at the time of the initial screening will also be left with information about the Study and will be re-contacted approximately 6 months after the due date for the current pregnancy. Informed consent will be obtained at the time of enrollment, prior to data collections as described in section 8 below.

#### 5.4.2 Recruitment through Prenatal Care and Other Mechanisms

The primary mechanism for recruiting women for the study is by contacting them in their household and encouraging them to participate in all phases of the study. However, some women will move into sampled segments after the segments have been screened (and prior to the re-contacts discussed above). Since all children born to women living in the sampled segments are eligible, other mechanisms are needed to identify and recruit these women.

A supplemental mechanism is to recruit eligible women (those living in the sampled segments) through providers of prenatal care, birthing centers, and hospitals. All of the requirements of those sampled in households must be satisfied by these women, so this is essentially another way of identifying and recruiting eligible women from sampled households. In addition to increasing the study's ability to cover the mobile population that otherwise would be missed, this supplemental recruitment strategy also provides another opportunity to encourage participation from women who previously chose not to participate in the study when contacted during the household screening. While this method is useful in reducing non-response and undercoverage, it does not provide full data from the pre-pregnancy and early pregnancy data collections and is thus viewed as a supplemental approach.

## 6. Data Collections

### 6.1 Overview

The data collection schedule for the NCS is multi-phased and has been designed to include a variety of data collection modalities at different points in time. A comprehensive schedule of in-

person visits in the home, in a clinical setting, by telephone, and through self-administered forms, and other contact methods has been carefully constructed so as to minimize respondent burden while enabling the measurement of key exposures and outcomes at critical points along the trajectory from pre-conception, through pregnancy, birth and the post-natal period. Although a framework of anticipated assessments is provided through age 21 years, details of the data collections are specified only through the 30 month contact, the last visit anticipated during the five year contract period covered in this procurement (see Table 1). It is expected that as science advances, new hypotheses will arise and some of the hypotheses, as currently stated, will no longer be relevant. Additionally, as technology advances new tools become available to measure key constructs. Thus, in developing the Study Protocol maximum flexibility has and will continue to be retained with respect to specifying measurements for the later years of the study. It is anticipated that visits and measurements will be specified a minimum of two years prior to anticipated data collection.

The schedule of face-to-face contacts and phone interviews from pregnancy through 30 months are outlined below:

| AGE OF CHILD | LOCATION OF VISIT |
| --- | --- |
| Preconception | Home, Phone |
| 1st trimester | Home |
| 2nd trimester | Phone |
| 2nd trimester | Study Ultrasound |
| 3rd trimester | Clinical Setting |
| Birth | Place of delivery |
| 3 months | Phone |
| 6 months | Home |
| 9 months | Phone |
| 12 months | Home |
| 18, 24, 30 months | Phone |

The data and information collected for the study can be categorized into six broad types, as follows:

- Questionnaire data
- Physical/medical examination data (e.g., blood pressure, sonograms, height, weight)
- Biologic specimens (e.g., blood, urine, hair, saliva)
- Environmental samples (e.g., dust, air, water, soil)
- Videos or still photographs
- Medical record abstraction

Study Centers must demonstrate the capacity and capabilities to conduct these types of data collections. Further details are provided in the text below and in Table 1. Projected staffing needs by contract year are provided as an attachment.

**6.2 Pre-conception Cohort**

A preconception cohort of women between the ages of 18-34 who are trying to become pregnant will be established at the time of household screening. Women who are determined to be at "high probability of pregnancy" will be invited to participate in the Study in the pre-conception cohort. The first data collection for this group will be in the home, prior to pregnancy and will include an interview with the enrolled woman, collection of biological specimens, collection of environmental samples, and a brief physical examination. Women will be provided with multiple pregnancy test kits and asked to notify study center staff as soon as they learn they are pregnant. To obtain urine samples around the time of conception for assessment of transient environmental exposures, women will be asked to obtain self collected urine samples as soon as they learn they are pregnant. The Study will provide pre-packaged mail-in kits for this purpose. Finally, women will be given dietary interviews and product use questionnaires to complete and return to the study center as well as pre-pregnancy diaries that they will use to record a number of exposures. All the above supplies will be provided by the NCS-CC to the Study Centers. Staff from the Study Centers will be responsible for the in-person data collections and for training participants on self-collected specimens and data forms.

A series of telephone contacts will occur beginning one month after the home visit to ascertain if the woman has become pregnant, and to update contact and environmental exposure information. These short follow-up interviews will be conducted by interviewers from the Study Centers. If after 4 months, there is no pregnancy, the woman will be moved to a lower probability of pregnancy group and re-contacted periodically by the NCS CC as described above.

**6.3 Pregnancy**

A home visit will be scheduled as early in pregnancy as is feasible to allow collection of exposure data during this critical period of early development. In addition to environmental samples taken from the home, the visit will also include collection of biospecimens, interview data and a brief physical examination. Women will be given instructions for completing several self-administered questionnaires which they will be asked to mail back after their visit. They will also be provided with a diary to record targeted exposures (e.g. fever) that might be subject to recall bias if ascertained only at planned contacts. Finally women will be provided with a medical visit log to document visits to clinical providers. Although one method to populate the medical visit log is for the woman to carry it with her to health care visits for recording of key aspects of the visit, e.g. date of visit and diagnosis, other methods to populate this log are also under consideration. It is expected that a team of two data collectors will be required for this first trimester home data collection.

It is important to obtain an early ultrasound to date the pregnancy and a significant proportion of pregnant women obtain an ultrasound during their first trimester of pregnancy as part of routine prenatal care. Thus, at the first visit during pregnancy, women will be asked if they have already had an ultrasound or if they are scheduled for an ultrasound. If the answer to either is 'yes' they will be asked to provide the name of the provider and the needed permissions (e.g. consent and HIPAA) for the Study Staff to obtain results of that ultrasound from the provider. The Study

Centers will be responsible for obtaining the ultrasound derived estimated gestational age and the associated measurements and/or images from the providers. Staff time for collection of these data has been incorporated into the staffing estimates provided as an attachment. For women who do not receive an early ultrasound as part of routine care, an ultrasound will be scheduled through the Study Center.

Women will be contacted by Study Center staff via telephone at approximately 16-17 weeks gestation for a short telephone interview and to schedule a second fetal ultrasound. The targeted date for this second ultrasound is 22-24 weeks of pregnancy. The fetal ultrasound, to be performed by an American College of Radiology certified ultrasound technician, will focus on obtaining accurate standardized measures of fetal growth. Standardized American Institute of Ultrasound in Medicine (AIUM) protocols will be used for linear and circumferential measures, such as bi-parietal diameter, femur length, and abdominal circumference. The use of NCS fetal ultrasounds for identification of birth defects remains under discussion. A series of views used in routine anatomic surveys may be stored digitally for later analysis. Regardless, strict protocols regarding appropriate follow-up of questionable or suspicious findings seen during any NCS ultrasound will be adhered to.

The second face-to-face data collection during pregnancy will occur in a clinical setting at 28-32 weeks (6-8 weeks following the 2nd trimester ultrasound). The clinical setting was chosen to facilitate collection of standardized information from a third fetal ultrasound as well as the collection of other biological specimens and physical assessments. In addition to these assessments, there will also be a brief interview for collection of exposure information best assessed through this mode and women will be given instructions for obtaining easily collected environmental samples from her home that will be mailed back to the study center. A telephone contact will again be made at about 36 weeks gestation to update delivery information (i.e., due date, hospital).

Biological fathers will also be invited to participate in the Study. During pregnancy, the primary data collection from fathers is at the time of the first trimester home visit. Targeted data collections include biological specimens, interview data and a brief physical examination as detailed in Table 1, attached at the end of this document. If an enrolled woman indicates that she does not want to reveal the biological father or she does not want the Study to contact the biological father, the Study will not contact the father. In these instances the pregnant woman (and her child) would still be eligible for participation in the Study. The father does not necessarily need to live in the same home as the mother for initial inclusion in the study; however, following birth, biological fathers or biological mothers, who have no contact with the child, will not be followed.

### 6.4 Delivery Visit

A number of data collections central to the Study occur at the place of birth around the time of delivery. These include a brief maternal interview; the collection of biological specimens (e.g. cord blood, placental tissue, and meconium); information about the delivery itself (e.g. drugs administered during the intrapartum period, fetal distress), and the hospital course of the infant,

as ascertained through abstraction of obstetric and neonatal hospital records, respectively; and a baseline neonatal physical assessment, including a brief examination and photographs. It is anticipated that these collections will require at least two visits to the place of delivery by Study Staff, one around the time of delivery and a second prior to discharge of the infant. Although the aim is to complete a physical assessment of the child before discharge from the hospital, it is recognized that this will not always be feasible. Thus, if time does not permit assessment in the hospital, a home visit will be made at approximately 1 month after birth.

### 6.5 Infancy

Following birth, alternating phone and in-person contacts are scheduled every three months through one year of age (3 month phone, 6 month in-home visit, 9 month phone, 1 year in-home visit). Following the 1 year home visit, there will be phone contacts at 18, 24 and 30 months. Information is collected using multiple modalities (e.g. CAPI, CASI, CATI interviews as well as self completed forms.) All phone and in-person contacts include interviews with the primary caregiver (preferentially the mother, if more than one person is identified). At the six month and 1 year home visits, both the primary caregiver and his/her partner will be interviewed. At both home visits, examination of the child's growth and development is planned, as are observations and video-recording of child-parent interactions. Environmental samples (e.g., indoor air, dust, drinking water) and household and neighborhood observational data also will be collected at the 6 month and 1 year visits.

At the 3 month phone call, for women currently breastfeeding, instructions will be provided for collecting and mailing a sample of breast milk, using kits provided by the NCS-CC. At the 6 month visit, urine and hair samples will be collected from the child, and kits for collection of salivary samples will be left for the mother and father to complete and return to the CC by mail. At the 1 year visit, blood, urine, and hair will be collected from the child, a saliva collection kit will be left for the child as will a kit for collection of breast milk, if still relevant.

### 6.6 Other data collection

#### 6.6.1 Change of residence

A certain percentage of women who are eligible will move during pregnancy and during the first year of the child's life. Pregnant women who move out of their original PSU to an area which is not a designated PSU will not be eligible for participation in the Study. If a move is made after the birth of the child, that child will be followed for all scheduled visits either by the nearest Study Center or by the CC and this has been included in current staffing estimates. Some moves by pregnant women and children into their own or other PSUs will trigger "re-visits" to collect environmental specimens. These re-visits have been calculated into the estimates of staff time which are provided as an attachment.

### 6.6.2 Community Data Collections

A protocol is currently being developed for community level measures of air and water pollutants, physical characteristics, and dietary factors. Equipment for community environmental measurements will be provided by the NCS-CC but the staffing to carry out the measures will be provided by the Study Centers. The staffing estimates provided in this solicitation include these tasks.

### 6.6.3 Child Care

Child care locations and schools are important determinants of a child's total environmental exposure to various agents because of the amount of time that children spend in those locations. Child care usage profiles will be collected through parental report at all in-person post-birth data collection points. Child care usage refers to whether the child is currently in one or more child care arrangements weekly, the type of child care, location where care is provided, number of hours weekly, and other characteristics. The staffing time for this task is included in the current estimates.

To allow the incorporation of more in-depth data regarding the child care contribution to children's overall health and development, a sub-study collecting data at out-of-home child care locations will be conducted of 20,000 children randomly selected at birth. Since this subsample has not yet been determined, the staffing costs for this portion of the protocol will be negotiated after the sample has been drawn.

## 7. Processing, storage and shipping of samples and specimens

The NCS will be collecting a wide variety of samples, both biological and environmental, using a number of collection devices. Biological samples will include blood, urine, hair, nails, saliva, meconium, breast milk, placental and cord tissue and cord blood, etc. Similarly, environmental samples will include filters from air samplers, dust wipes, soil samples, water samples, etc. The Study Center will receive the collected samples from the field sample collectors, do all necessary preliminary processing (see below) and then store the samples temporarily prior to shipping them to their destination, in most cases a central repository and in some cases a laboratory. Some sample types will be stored at room temperature while others will require refrigeration or low-temperature freezers (-80°C). The specific storage requirements for all sample types will be specified in the Manual of Operations (MOP).

Generally, it is the intent of the NCS to have all aliquotting of the primary samples done at the repository but for some sample types (to be specified in the MOP) aliquotting will need to occur at Study Centers. Also, for some sample types some preliminary processing must be done at the Study Centers to preserve the integrity of the sample for future analyses (e.g., acid quenching, centrifuging). One example: At the visit that occurs prior to conception, three 10 ml red top tubes will be collected from the mother and transported to the local processing center established by the Study Center. At the Study Center, one 10 ml red top tube will be centrifuged; serum will be aliquotted into a 5.0 ml cryovial and stored at 2-4°C. The second tube will be centrifuged; 1

ml will be aliquotted to a 2.0 ml cryovial and frozen and the remainder will be aliquotted to a 5.0 ml vial and refrigerated. The third red top (without glycerol) will be centrifuged; serum will be aliquotted into a 10 ml glass Wheaton vial and frozen. It is expected that refrigerated samples will be shipped weekly maintained at temperatures of 2°C to 4°C. Frozen samples will be shipped monthly on dry ice. The detailed collection, processing, storage and shipping requirements will be provided in the MOP. The NCS-CC will provide equipment and supplies and pre-paid shipping for all local processing and temporary storage of specimens, with the exception of dry ice, which the Study Center will provide.

The Study Centers will be responsible for using the NCS Information Management System (IMS) sample tracking features to ensure a proper chain of custody of each sample from the original collection to its submission to either the study repository or directly to a laboratory. The Study Centers will then ship the samples to the appropriate destinations in the manner specified in the MOP. When specimens are classified as potentially hazardous samples, the Centers shall adhere to all state and federal regulations for processing and shipping potentially hazardous samples.

## 8. Human Subjects

The NCS is primarily observational in nature and will have a low level of subject risk and reasonable subject burden. The number and diversity of the participants, as well as the plan to collect biologic, environmental, social and behavioral measures, and the creation of enduring data and biologic and environmental sample repositories with the potential for future studies not yet defined, all need to be taken under consideration as part of the human subjects review.

### 8.1 Institutional Review Board (IRB) Review

Each Study Center will be expected to be part of an institution that has an IRB with a Federal Wide Assurance for Human Subjects Research. At this time it is not anticipated that there will be a single central IRB for the Study. However, it is envisioned that some of the Study Center institutions will be able to serve as Regional IRBs. Each Study Center will be expected to either obtain human subjects review through their own institutional IRB or develop a cooperative agreement between their Center's IRB and another National Children's Study Center IRB. In a cooperative agreement, one IRB in a multi-center study agrees to rely on the review of another qualified IRB to avoid duplication of effort and facilitate the process of review as described in the federal regulations that govern human subjects research at 45CFR46.114. Individual Study Centers are also encouraged to develop cooperative agreements among local institutions, hospitals, and clinics within their study site(s) to decrease redundancy and facilitate the process of human subjects review. Similar types of cooperative agreements will also be important in regard to HIPAA consent procedures for obtaining medical information at the participating hospitals and doctors' offices in the region

### 8.2 Other Review Committees

Several different types of committees will review the study as it progresses to help oversee the study in terms of the protection of human subjects, adverse event reporting, and data monitoring. These committees include a Data and Safety Monitoring Committee, an Ethics Advisory Committee (a subcommittee of the Federally Chartered Advisory Committee to the study) and possibly other committees. The Data and Safety Monitoring Committee (DSMC) created by the NCS will be appointed by and report to the Director of the National Institute of Child Health and Human Development (NICHD).

### 8.3 Study Population

The NCS will employ a national probability sample. There are no exclusions based on gender, race or ethnicity. Women, children, and minorities, as well as men, and members of all of the racial and ethnic groups and economic strata represented in the United States will be eligible to participate in this study.

The NCS will recruit and follow women prior to and during pregnancy. Risks to the women and fetuses are not greater than minimal and the research will in no way affect medical decisions about pregnancy management and outcome. The NCS will enroll pregnant adolescents who are identified during the household screening or through sites of prenatal care and are otherwise eligible for participation in the study (e.g. 1st trimester of pregnancy). Women under 18 years of age will not be eligible for inclusion in the preconception cohort. Laws regarding the legal status of pregnant adolescents and their ability to provide informed consent for research vary by state. Study Centers will be expected to know and follow the laws in their respective states.

### 8.4 Benefits and Risks of Participation

Although it is possible that individual participants (women, men, and children) may benefit from participation, the Study does not claim that individual participants will have the "prospect of direct benefit" from the Study. There are likely to be collateral benefits of participation in the Study, including information about individual examinations and tests performed during the course of the Study, health education, increased awareness of medical and social services available in the communities studied, and serendipitous findings of clinical relevance or of predictive value to participants and their families. Each of the procedures, measurements, and assessments in the core NCS protocol is designed to fulfill the definition of "minimal risk" in the federal regulations [§45 CFR 46.102(i)] and to be reviewed by IRBs under §45 CFR 46.404 *"Research not involving greater than minimal risk."* In addition, NCS is committed to minimizing risks even when the risks are minimal.

**8.5 Incentives and Compensation**

Recruitment and retention for the NCS will be a significant challenge in light of the respondent burden and the long-term commitment required of participants. It is expected that reasonable incentives will be part of the strategy for recruitment and retention of participants.

Compensation for participation will include reimbursement for expenses incurred in research participation such as travel to and from the research centers, parking, etc., and reasonable payment for time spent in participation in the research (estimated at $50 per face to face visit or exam, depending on the amount of time and effort involved). Adult participants and older children will be compensated for time spent completing questionnaires, providing biologic specimens, and other study activities.

Small "gifts of appreciation" for continued participation will periodically be provided to participants. These may include token items such as T-shirts, tote bags, books, and CDs. Gifts will not have sufficient monetary value as to unduly affect the voluntariness of consent to participate, or of continued participation in the study. These gifts will be distributed to the Study Centers through the NCS-CC.

**8.6 Informed consent and HIPAA**

As described in previous sections of this document, when a participant is found to be eligible for enrollment in the study a full informed consent process will commence. The longitudinal nature of this Study, with a period of follow-up of more than 21 years, presents unique challenges for informed consent. The initial consent will include an overview of the entire study and details about data collections that will occur at the current visit. At each subsequent interaction the participant will be given information about what will happen at that visit and will be reminded that they may refuse to participate in any part of the Study (or skip any question).

An informed consent computer video presentation is under development and may be used as one component of the informed consent. Whether a computerized or standard process is used, Study staff will be present to administer the consent and answer any questions the participants may have.

The NCS will obtain medical information about participants from hospitals, offices of health professionals, and potentially other clinical sites. During the five year contract period, it is anticipated that, at a minimum, information obtained from medical records will include results of 1st trimester fetal ultrasounds and abstraction of obstetric and neonatal hospital records from the delivery admission. HIPAA compliant consent forms will be obtained from each participant in order to obtain this information.

**8.7 Confidentiality**

To assure confidentially of participant data the Study will employ rigorous methods including the use of unique identification numbers, a carefully designed computer Information Management System (IMS) that protects personal identifying information, research staff trained and educated on issues related to privacy and confidentiality, and a federal Certificate of Confidentiality sought from the NIH to protect all data from subpoena.

All Study Center staff and the CC staff must adhere to the security requirements implemented by NICHD. These include the following:

- Completion of the NIH Computer Security Awareness Training.
- Completion of a Human Subjects Protection Training.
- Signing a legally-binding Assurance of Confidentiality.

**9. Information Management System**

The NCS is establishing an Information Management System (IMS) to provide administrative, computational, reporting and telecommunications support for the Study. All Study Centers and associated locations, the NCS Program Office, the Coordinating Center, and participating laboratories and repositories will be connected through a secure network that will transmit encrypted data to assure adequate privacy and protect against unauthorized access. The IMS will meet all HHS and other privacy and security directives.

The proposed IMS consists of a number of integrated systems that will be used to support all NCS operational activities. Users of the IMS will include the Program Office, Coordinating Center, Study Centers and other stakeholders. IMS applications are categorized into three primary groups:

- Data Capture and Management Systems: These systems will include support for listing, sample management, data and specimen collection, shipping, forms/image receipt control and management, assignments and scheduling appointments, cash management, and correspondence.
- Support Systems: These systems provide support in managing and tracking ancillary support needs, including tracking and shipping of supplies and assets, management of documents, training and certification management, Institutional Review Board (IRB) materials and approval tracking, and management of the review process for requests for the use of NCS specimens, data, adjunct studies, or other related publications.
- Quality Control and Data Delivery Systems: These systems support the quality assurance reviews and general data management. Support includes monitoring reports (including Data Safety Monitoring Boards (DSMB), Coordinating Center, Program Office), tracking of data changes/issues, metadata maintenance, management of study protocol/analysis changes, management of survey weights, and full data cleaning/editing/coding support. Creation and management of data releases as limited use, public use, and internal analytic files are also included.

The Government will supply all the necessary hardware, software, and training required by the Study Centers and their associated locations in order to utilize the capabilities of the IMS. The Study Centers will provide the necessary space, electrical power, high speed connection to the Internet, and operate the equipment provided. IMS system maintenance will be provided by the Government. However, the Study Centers are expected to designate an IMS Coordinator who will act as a part-time point-of-contact with respect to IMS matters.

**10. Quality Control**

To achieve the goals of the NCS, it is essential that a strong Quality Assurance and Quality Control (QA/QC) program be implemented so that data collected from many Study Centers can be combined into a comparable national data set. In a study of the breadth, complexity and duration of the NCS strong adherence to the study protocol, study procedures, and QA/QC program is essential.

The QA/QC program begins with effective initial training and re-training of all study personnel at all Study Centers in the appropriate areas of the protocol and procedures. Each Study Center will be responsible for ensuring that all study personnel attend and successfully complete all required training. All Study Centers will keep the NCS-CC informed as new personnel are hired, and will arrange for the appropriate training to be done. The QA/QC program includes refresher training, on a periodic basis, to introduce new procedures or to sharpen data collection skills. Remedial training will be required for personnel who do not meet acceptable performance standards as identified by QA/QC measures.

Another key component of QA/QC program will be field audits performed by the NCS-CC of all recruitment/enrollment and data collection activities. On a schedule to be established in the Quality Management Plan (QMP), staff from the NCS-CC will accompany Study Center personnel as they do recruitment/enrollment and data collection visits at participants' homes and clinic sites. They will observe adherence to the study protocol and procedures, and will initiate corrective action as specified in the QMP. Examples of activities to be observed include: building rapport with subjects of interviews, the recruitment and consent process, appropriate collection of biospecimens and environmental samples, and appropriate processing of samples for shipment to the repository. Field audits of labs and repositories will involve the sending and tracking of "dummy" samples, and regular tracking of internal laboratory audits.

The Study IMS will serve as the central system for QA/QC activities. The IMS will perform many of the data QA/QC activities, and will generate QA/QC reports on the findings. The Study Centers will be responsible for verification and correction of data, as necessary, based on the findings of the IMS QA/QC procedures.

**Attachment 5 – Reporting Requirements and Deliverables**

Technical Reporting Requirements

1) Quarterly Progress Reports

This report shall include (but are not limited to) a summation of work performed during the reporting period, problems encountered (if any) and their resolution; impact of problems (if any) on ability to perform activities outlined in the Statement of Work. This section shall be structured in a way that facilitates reconciliation of technical work with submitted expenditures during the reporting period. It shall also include anticipated activities for the upcoming period. Particularly relevant for this section are anticipated new hires, initiation of new activities, and anticipated new agreements (e.g. new lease agreements, the need for additional consultants, etc.)

2) Annual Progress Reports

This report shall include (but is not limited to) a summary of the work completed in the prior year, in lieu of the quarterly report. (An annual report will not be required for the period when the Phase I Report, or the Final report is due) This report shall describe the work performed during the period and the work anticipated during the next interval, descriptions of any problems encountered, their resolution and their potential impact on the Statement of Work. The report will also include the Inclusion Enrollment Report (see below). The requirement for the Annual Report for Clinical Research Study Populations will be complete by the NCS-CC.

3) Phase I Report

This report shall include (but is not limited to) a summary of the work completed during Phase I (in lieu of the quarterly report). Include all items listed in the quarterly report. In addition, summarize contractor activities and accomplishments During Phase I . List problems and identified solutions enabling progression to the next Implementation Phase of the contract.

4) Final report

This report shall include (but is not limited to) a summation of the work performed, problems encountered, and results obtained for the entire contract period of performance. This report shall be in sufficient detail to describe comprehensively the results achieved. It should include final verification of summary tables (prepared by the NCS-CC) with eligibility, participation, attrition rates, and summary of data collections.

5) Summary of Salient Results

The Contractor will be required to prepare and submit, with the final report, a summary (not to exceed 200 words) of salient results achieved during the performance of the contract. This report will be required on or before the expiration date of the contract.

6) Annual Technical Progress Report for Clinical Research Study Populations

The Contractor shall submit information about the inclusion of women and members of minority groups and their subpopulations for each study being performed under this contract. The contractor shall submit this information in the format indicated in the attachment entitled, "Inclusion Enrollment Report," which is set forth in SECTION J of this contract. The contractor also shall use this format, modified to indicate that it is a final report, for reporting purposes in the final report.

The contractor shall submit the report in accordance with the DELIVERIES Article in SECTION F of this contract.

In addition, the NIH Policy and Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research, Amended, October, 2001 applies. If this contract is for Phase III clinical trials, see II.B of these guidelines. The Guidelines may be found at the following website:

http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm

Include a description of the plans to conduct analyses, as appropriate, by sex/gender and/or racial/ethnic groups in the clinical trial protocol as approved by the IRB, and provide a description of the progress in the conduct of these analyses, as appropriate, in the annual progress report and the final report. If the analysis reveals no subset differences, a brief statement to that effect, indicating the subsets analyzed, will suffice. The Government strongly encourages inclusion of the results of subset analysis in all publication submissions. In the final report, the contractor shall include all final analyses of the data on sex/gender and race/ethnicity.

For each Study Location the contractor shall:

| Description | Due Date/ Periodicity |
|---|---|
| *Phase I – Start Up (Months 1-21)* | |
| Submit historical counts of births to mothers residing in the Study Location as described in the SOW, in an electronic format (excel or other format subject to approval by the Project Officer) | End of Month 2 |
| Submit plan for Community Engagement and Community Needs Assessments | End of Month 2 |
| Submit summary of results of Community Needs assessment | Ongoing, as results become available |
| Submission of plan for evaluation of coverage of sample to include but not limited to plan for collection of birth and fetal death certificate data or other means of capturing data on all births within selected the Study Sites | End of Month 12 |
| Submission of Plan for Involvement of non-study hospitals | End of Month 6 |
| Submission of letters of agreement from non-study hospitals | End of Month 18 |
| Obtain and submit documentation of requisite IRB Approvals | Pilots – as needed Main Cohort: End of month 18 |
| Completion of items on the Vanguard Center Readiness Checklist. (The checklist will be provided by the NCS-CC) | End of Month 18 |
| Prepare field staffing plan for delivery to the CC. | End of Month 12 |
| Complete staffing for field work. | |
| Submission of all scientific papers and or abstracts resulting from the National Children's Study (These must be submitted according to Study Policies for clearance prior to submission to the conference or journal) | Ongoing |
| *Phase II – Implementation (Months 22-60)* | |
| Screen & recruit sufficient women to enroll 250 eligible live births per year per location with submission of supporting documentation as specified in the MOP | Ongoing |
| Submission, to the NCS-CC, Laboratories, or repository, of data and specimens collected as part of the NCS, as specified in the MOP | Ongoing |
| On going conduct of community assessments and activities with submission of summary reports as specified in the MOP | Ongoing |
| Submission of reports to the NCS-CC and the Project Officer in preparation for face-to-face steering committee meetings. | Biannual |
| Submission of continuing IRB approval | Annually |
| Submission of all scientific papers and or abstracts resulting from the National Children's Study (These must be submitted according to Study Policies for clearance prior to submission to the conference or journal) | Ongoing |

## Attachment 6 - ADDITIONAL TECHNICAL PROPOSAL INSTRUCTIONS

### 1) Preparation of Technical Proposals:

The technical proposal must address the BASE Requirement. As described in greater detail below the BASE Requirement addresses the offerors ability to serve as a Study Center and to conduct data collections in one Primary Location. For offerors proposing on the OPTION requirement described below, to collect data in more than one Primary Location, a separate technical proposal shall be submitted which will include shorter descriptions of plans and capabilities for each additional Secondary Location

**BASE REQUIREMENT**

All offerors must document how they will conduct all tasks set forth in the Statement of Work in **one** of the 98 Locations listed in Attachment 9. For the purpose of this solicitation, the location described in the BASE requirement will be referred to as the "Primary Location". The offeror may choose any location for which they are eligible (see Mandatory Evaluation Criteria), as their Primary Location. The technical proposal is limited to 25 pages. Attachments, including resumes, the data sharing plan, letters of commitment, human subject documentation, etc.,are limited to 75 pages and the entire technical proposal for the BASE Requirement is limited to 100 pages. Each proposal shall include a cover page and a table of contents which is NOT included in the page count. **PAGES IN EXCESS OF THIS LIMIT WILL BE REMOVED FROM THE PROPOSAL AND WILL NOT BE READ OR EVALUATED. PAGES THAT ARE 2-SIDED WILL COUNT AS 2 PAGES.** Type density and size must be no less than 11 points. There must be no more than 6 lines of text within a vertical inch. Margins must be set to 1 inch around. Paper size should not exceed 8 ½ x 11 inches.

**OPTION REQUIREMENT**

Offerors may submit proposals to perform the OPTION requirement set forth in the Statement of Work. Proposals to collect data in one or more Secondary Locations in addition to the Primary Location are considered Options. It is anticipated that in the full NCS, there will be between 30-50 Centers overseeing data collections in the 105 Study Locations. Thus, Centers are strongly encouraged to submit proposals for the OPTION requirement. Proposals for the OPTION Requirement shall be submitted with the BASE proposal. Each OPTION proposal shall be clearly identified and distinct from the BASE proposal and other OPTION proposals. Because proposals submitted to perform the BASE requirement will include the offeror's general capabilities to serve as a Study Center and to conduct the data collections in the Primary Location, the technical proposals to perform the OPTION requirements are to focus on those items that are specific to each OPTION Location, to be evaluated in accordance with the evaluation criteria set forth in SECTION M. Additionally, offerors shall describe how the additional Secondary Location(s) will fit within the Organizational Structure of the Study Center. Each OPTION proposal will be evaluated separately. Each OPTION technical proposal is limited to 15 pages. Attachments for each OPTION proposal, inclusive of resumes, the data sharing plan, letters of commitment, human subject documentation, etc., are limited to 35 pages and the entire technical proposal for each OPTION proposal is limited to 50 pages. Each proposal shall include a cover page and a table of contents which is NOT included in the page count. **PAGES IN EXCESS OF THIS LIMIT WILL BE REMOVED FROM THE PROPOSAL AND WILL NOT BE READ OR EVALUATED. PAGES THAT ARE 2-SIDED WILL COUNT AS 2 PAGES.** Type density and size must be no less than 11 points. There must be no more than 6

lines of text within a vertical inch. Margins must be set to 1 inch around. Paper size should not exceed 8 ½ x 11 inches.

**2) Review and Evaluation of Proposals**

To facilitate identification of potential conflicts, offerors must submit a list that includes the names of key personnel and other proposed investigators, as well as consultants, and subcontractor personnel for both the BASE and OPTION requirements. This information, along with the primary affiliation of each named person, shall be listed on the PROPOSAL INTENT RESPONSE SHEET – **Attachment # 2.** In order to be considered for award of an option, the offeror must receive a base award for the NCS Study Center and Primary location.

**3) Special Instructions for preparation of proposals for Cook, Harris and Los Angeles Counties:** As described in the Overview of Study Design and methods, Los Angeles County, CA; Cook County, IL, and Harris County, TX are single locations that each contain multiple PSUs. Los Angeles is one Location with 4 Primary Sampling Units. Cook County and Harris County each contain two Primary Sampling Units. With the first wave of implementation, it is expected that no more than one PSU will be funded in each of these Locations. Thus, offerors proposing to collect information in these counties should prepare the main section of the proposal according to the guidance above for the Base Requirement. As with other Locations, the requirement is to enroll a sufficient number of women to result in 1000 births over a four year enrollment period.

In addition, offerors submitting proposals for data collections in these counties **must** also describe their ability to expand in subsequent waves. Thus, offerors must submit an OPTION proposal (Harris, TX and Cook, IL) or proposals (Los Angeles, CA) that describes the Centers capacity and plan for enrollment of additional births in subsequent waves. This will occur through addition of new segments within the Location. The selection of segments and sampling approach and other procedures are the same as described for Locations with single PSUs (see the Overview of Study Design and Methods -Attachment 4). The option proposal from Offerors for Cook County and Harris County must describe plans and capacity to enroll a second cohort of a total of 1,000 live births to begin in year two. Proposals from Offerors from Los Angeles County must include two options; one for enrollment of a second cohort with a total of 2000 live births to begin in year two and a second for enrollment of 1000 live to begin in year three. Only one offeror will be awarded the Cook county Location; one the Los Angeles Location, and one the Harris Location. As with other Study Center Options, exercising of option(s) is subject to the availability of funding for year 2 and year 3 implementation.

**4) Community Advisory Boards**: Each Center shall establish a community advisory Board for each Location, as noted in the Statement of Work. The purpose of the Community Advisory Boards (CABs) is to assure community involvement in the Study planning and implementation. Its members will be stakeholders who act as liaisons to deliver relevant information about the Study to the community and on whom community members will rely to communicate their suggestions and concerns to the investigators. Examples of potential activities include (but are not limited to) comment on proposed segment boundaries, tailoring of public and individual level communications, advice on methods to enhance recruitment and retention, identification of community needs and concerns about the Study, and advice regarding methods for dissemination of results. The composition of Community Advisory Boards is expected to vary by Study location but will include approximately 15 – 20 individuals.

**5) Telephone Calls:** It is recognized that there are advantages of maintaining consistency of interviewers in a longitudinal study. However, it is also recognized that not all Centers will have the capacity to undertake this task. Thus, the responsibility for telephone interviews will be negotiated independently for each Center. Offerors interested in retaining this responsibility must demonstrate that they have the capacity and capabilities to function as a call center (as described in the Statement of Work) (**See Attachment # 3**).

**6) Estimate of Effort and Timeline Estimates – See Attachments 8 and 10 in Section J.**

7) **Sampling:** Offerors must enroll a sufficiently large population of women such that an average of 250 live births per year are enrolled in the Study from each Primary Sampling Unit. Enrollment shall be through a household sampling approach, as detailed in the attached Overview of Study Design and Methods. It is estimated that **at a national level** an average 9000 households need to be screened in each PSU. This figure may vary by Study Location. Anticipated variations from this should be addressed in the technical proposal. Screening of households will occur during the six months of the implementation phase.

**8) Collaboration:** The national probability sample and the center-based structure to carry out the Study were both chosen for important and compelling reasons essential to the goals and success of the Study that are given in the Statement of Work. However, this combination challenges potential centers to develop capabilities and expand relationships beyond the areas and activities that may have been most familiar and comfortable. Study Center offerors are urged to respond with flexibility and creativity. Offerors are encouraged to develop partnerships and other relationships that are complimentary in order to maximize their capability to successfully carry out the varied components of the Study such as community participation and engagement, environmental risk assessment, recruitment and retention of cultural sub-groups, rigorous developmental assessments, public health systems, etc.

**9) Translation Services**

The NCS-CC will be responsible for translation of all written Study materials, including but not limited to consent forms, questionnaires, and when appropriate, developmental assessments. It is anticipated that materials will be translated into multiple languages to cover the most common languages spoken in the targeted segments. Study Centers will be responsible for providing information about the languages spoken in the selected segments within their Location. Study Centers will also be involved in piloting and field testing of translated Study materials.

It will not be possible to provide written translations to cover every language spoken by participants enrolled in the Study. If a participant speaks a language for which there are no translated Study materials, Study Centers are expected to conduct all data collections through an interpreter. To the extent that it is feasible, interpreters should be identified and hired by the Study Centers as they are in the best position to hire appropriate Study personnel from within the targeted community, the population likely to be most familiar with local language and dialect.

**10) Computing/Network/Telecommunications Infrastructure**

All hardware, software, networking, and telecommunications interconnectivity for use at the NCS Study Centers and affiliated sites will be acquired and provided by the NCS-CC. The mix of required capabilities will be determined on an individual basis. The NCS-CC will provide a

secure private network for communications among Study Centers, affiliated sites, the Program Office, the NCS-CC, repositories, laboratories, etc.

Local Area Network (LAN) capability will be provided by the NCS-CC to support NCS-related activity, as necessary. This LAN will be for use only for NCS purposes, without connection to other systems already in use at the various NCS Locations. Exceptions may be made, if necessary, to support specialized equipment (i.e., biomedical or environmental sensors or machines). Equipment and software to be used on the NCS local network will be provided by the Government

The Study Center will provide a broadband connection to the public Internet at all locations requiring access to the NCS private network. All communications using the NCS private network will be encrypted and will maintain the principle of isolation of NCS systems from other Study Center capabilities.

**11) Information Technology (IT) Staffing**

Individual Centers should provide an Information Technology Coordinator (IT Coordinator) position as noted in the attached Estimate of Effort – Attachment 8 to coordinate technical issues related to the introduction, operations, and maintenance of all technology (IT-related, biomedical, etc.) employed for the NCS. The Technology Coordinator would be the first source of answers to simple support questions for Study Center staff. More complex support issues will be handled by an NCS-CC representative or, if necessary, through the establishment by the NCS-CC of support contracts with qualified technical support organizations. Hardware performance problems will, in general, be handled by swapping problem equipment for replacement units rather than any on-site repair activity. The Technology Coordinator position should be supported by any necessary administrative/policy review necessary for approval of plans and actions related to the use of such technology at the Study Centers and affiliated sites.

**12) Information Management System (IMS)**

The IMS to be provided by the NCS will assure standardization and quality of the data collected using NCS protocols. The processes incorporated in this software and its accompanying procedures will allow the Study Centers and affiliated sites to provide initial data correction and help specify the requirements for data cleaning of locally collected data. The majority of data cleaning will occur through the NCS-CC, i.e., after the Study Centers and affiliated sites have provided initial data handling services, the NCS-CC will provide subsequent processing and integration. The extent of the responsibilities of the Study Centers and affiliated sites and the NCS-CC, in this respect, will be decided by mutual consideration of operationally appropriate alternatives.

**13) Quality Assurance / Quality Control**

The Study Centers and affiliated sites will be involved in the review of data for the purposes of Quality Assurance, Quality Control (QA/QC). This functionality will be provided through the IMS to the Study Centers and affiliated sites. In addition, both standard reports and the ability to produce tailored reports for internal data review and other operational purposes will be incorporated in the IMS with input from the Study Centers.

While staff at the Study Centers will play an important role in the QA/QC program of the NCS, the NCS-CC has overall responsibility for the design and implementation of the Study-wide QA/QC program. Staff at the Study Centers will play a critical role in the successful implementation of this program. Study Center central staff must assure the day-to-day adherence of all data collectors to the procedures specified in the Study Protocol, Manual of Operations and the appropriate quality assurance project plans. They must facilitate site audits and interact with site staff as well as the NCS-CC to institute and maintain any corrective actions.

**Attachment 7 - ADDITIONAL BUSINESS PROPOSAL INSTRUCTIONS**

Offerors shall submit business proposals for the **BASE** requirement (study center budget and the primary location) separately from the business proposals for the **OPTION** requirements. It is anticipated that the base requirement will result in the award of a five-year incrementally funded contract.

Offerors are to submit the proposed costs for the BASE requirement and each OPTION as required in the RFP using the "Breakdown of Proposed Estimated Costs" – see Attachment 24 in Section J. Offerors are to assume a 3 percent increase to direct labor cost, annually to all years after the first year of costs proposed.

Base Requirement (Study Center and Primary Location)

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 5 Yr total |
|---|---|---|---|---|---|---|
| Study Center Budget | | | | | | |
| Primary Location | | | | | | |
| | Total | Total | Total | Total | Total | Total |

Option **Location X** – Assume option exercised at contract inception, Year 2, Year 3 and Year 4 – Prepare 4 separate budgets for each location assuming a 3% increase factor per contract year

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Location Budget | | | | | | |

Option**Location Y** – Assume option exercised at contract inception, Year 2, Year 3 and Year 4 – Prepare 4 separate budgets for each location assuming a 3% increase factor per contract year

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Location Budget | | | | | | |

Submit a proposal for as many separate options as you elect to perform. For example, Location X – (4 budgets with different start times), location Y, location Z, location A, etc.

**Uniform Assumptions and Information for Preparation of Business Proposals:**

1) **Incentives:** Participant incentives are an allowable expense for this project and should be specified and itemized in offeror's proposal. Offerors should assume an average of $50.00 for each face to face visit. See Section J – Attachment 12 – Estimated Number of Study Visits Per Year.

2) **Equipment:** The NCS Coordinating Center (NCS-CC) will purchase most equipment, (e.g., environmental sampling equipment such as air samplers, pumps, and vacuums) and equipment for storage and processing of biological specimens (e.g., hemoglobin/hematocrit benchtop analyzers,- 80 degree freezer, regular freezer, refrigerator, BSL 2 hood and centrifuge). The NCS-CC will also provide computers and software to insure compatibility with the NCS Information Management System.(IMS) and its use at Study Centers.

3) **Supplies:** The NCS-CC will purchase most of the supplies for all of the Study Centers and Locations, e.g., psycho-social testing materials; environmental sampling materials, vacutainers, syringes, pregnancy test kits, air samplers, shipping containers and other materials for collection of biospecimens, etc. The NCS-CC will also cover the costs of shipping. Study Centers will purchase dry ice when needed for shipping, costs for local mailings and local copying and printing. Thus, only this cost and miscellaneous office supplies should be included in budgets.

4) **Local advertising:** This community specific activity should be included in the budget for Study Centers. (Note costs for standardized printed materials, e.g. Study brochures will be covered by the NCS-CC.)

5) **Ultrasounds:** The costs of second and third fetal ultrasounds should be included in the costs of the Study Centers. The cost of the first fetal ultrasound should reflect the number of ultrasounds that are expected to be performed by the Study (rather than through routine care. See Overview of Study Design and Methods in Section J – Attachment 4).

6) **Meetings:** Assume five Steering Committee meetings in the first twenty-one months. Each meeting occurs over approximately one and a half days. Only the Principal Investigator from each Study Center is expected to attend meetings that occur during the first 21 months of the Study. During the Enrollment/Implementation Phase, assume two Study meetings per year attended by the PI and one other Staff member from each Study Center. For budgeting purposes, assume all meetings will be in Rockville, Maryland

**Please refer to the Estimated of Effort by Annual Contact Year -- Attachment # 8, for guidance in preparing your business proposal.**

**There are no page limits to the business proposal.**

**Attachment 8 - ESTIMATE of EFFORT BY ANNUAL CONTRACT YEAR**

| Labor Category | Percentage of Effort | | | | |
|---|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| **STUDY CENTER PROFESSIONAL STAFF** | | | | | |
| Center Principal Investigator | 20% | 20% | 20% | 20% | 20% |
| Other Center Investigative Staff | 50% | 50% | 50% | 50% | 50% |
| Center Administrative Support | 13% | 25% | 25% | 25% | 25% |
| | | | | | |
| **STUDY LOCATION PROFESSIONAL STAFF** | | | | | |
| Principal Investigator | 20% | 20% | 20% | 20% | 20% |
| Other Investigative Staff | 50% | 50% | 50% | 50% | 50% |
| Study Coordinator/Operational Manager [1] | 50% | 100% | 100% | 100% | 100% |
| Community Liaison [2] | 25% | 50% | 50% | 50% | 50% |
| IT Coordinator [3] | 15% | 30% | 30% | 30% | 30% |
| Administrator | 13% | 25% | 25% | 25% | 25% |
| | | | | | |
| **NON-OFFICE STAFF** | | | | | |
| Screeners/Listers [4] | 0% | 271% | 543% | 0% | 0% |
| Re-Screeners | 0% | 0% | 0% | 333% | 0% |
| Field Supervisors (screeners/listers) [5] | 0% | 19% | 39% | 0% | 0% |
| Field Supervisors (re-screeners) [5] | 0% | 0% | 0% | 24% | 0% |
| Field Supervisors (field visits) [5] | 0% | 0.6% | 29% | 50% | 50% |
| Hospital Negotiators [6] | 100% | 260% | 100% | 100% | 100% |
| Birth Visits (field staff) [7] | 0% | 0% | 50% | 76% | 66% |
| Home Visits (field staff) Level 1 [7] | 0% | 42% | 178% | 315% | 316% |
| Home Visits (field staff) Level 2 [8] | 0% | 42% | 178% | 315% | 316% |
| | | | | | |
| **CLINIC STAFF** | | | | | |
| Clinic Visits (clinic staff) | 0% | 0% | 100% | 100% | 100% |
| | | | | | |
| **FIELD OFFICE STAFF** | | | | | |
| Data Collection Manager [9] | 0% | 33% | 100% | 100% | 100% |
| Clerical Assistants [10] | 0% | 50% | 150% | 150% | 150% |
| Scheduler [11] | 0% | 33% | 100% | 100% | 100% |
| Asstistant Data Collection Manager [12] | 0% | 33% | 100% | 100% | 100% |
| Phone Interviewers [13] | 0% | 45% | 72% | 93% | 107% |

**Description of Labor Categories:**

1. **Study Coordinator/Operational Manager**: Oversees implementation of NCS activities, including all aspects of participant screening and enrollment; in-person, telephone and self-administered data collection; adherence to protocol; and quality control activities. Individual should be experienced with research design, coordination, and project management.

2. **Community Liaison:** Responsible for public relations, community outreach, and liaison with community members and organizations.

3. **IT Coordinator:** Person works with the NCS-CC and the NCS IT contractor to establish local IT capabilities, as needed, to support the NCS IMS. Serves as the main contact for hardware/software compatibility issues.

4. **Screener/Listers:** Responsible for on-the-ground listing of addresses in selected segments, and in-person household screening/enumeration to identify eligible women. These individuals should have prior data collection experience.

5. **Field Supervisors (screeners/listers, re-screeners, field visits):** These supervisors will manage the day-to-day activities of screening/listing staff and visit field staff. This will include coordinating scheduling of staff and visit times, reviewing and assigning cases, evaluating productivity and response rates, conducting quality control of completed work, and meeting with staff on a regular basis. Individual(s) should be experienced with field data collection and supervision of staff.

6. **Hospital Negotiators:** Work with all hospitals where study participants may give birth to establish communications and ensure that specific requirements for study approval are met (e.g., IRB approvals). Serve as liaison to the hospitals to provide information about NCS and negotiate the division of responsibilities between the Study Center and the hospital. For example, hospitals may be asked to contact the Study Center at the time the study participant is admitted for the birth visit. Approval must also be obtained for the study to obtain biological samples at the time of birth, according to the study protocol.

7. **Birth Visits/Home Visits/Clinic Visits (field staff – Level 1):** Responsible for collecting biological samples and performing physical measurements of women and newborns at the hospital (or other birthing location) prior to discharge, and during home and clinic visits. Initial processing of biological sample is required. May also be required to collect environmental samples and/or conduct in-person interviews. Training for all study procedures will be provided, but these individuals must have prior experience in the conduct of developmental and physical assessments and experience drawing blood.

8. **Home Visits (field staff - Level 2):** Responsible for interviewing study subjects in their homes and/or in study clinics. May also be required to collect environmental samples or conduct other data collection activities as required. Training for all study procedures will be provided, but these individuals should have prior data collection experience.

9. **Data Collection Manager**: Responsible for managing all field supervisors, clinic and field office staff, and overseeing and/or conducting all administrative and reporting procedures required for NCS. Must ensure that all staff are trained and certified to conduct assigned activities, and that all security requirements for field activities and the field office are met. Serve as liaison with the NCS-CC for supply/equipment ordering and coordination of site-specific activities being conducted centrally by the NCS-CC (e.g., mailings or phone calls). Responsible for managing the clinic schedule and cash to be used for participant incentives. Individual should be experienced

with office management and administrative activities. Should have familiarity with research design and computerized systems.

**10. Clerical Assistants**: Provide clerical support for study activities.

**11. Scheduler:** Individual will be available to receive telephone calls from field staff and study participants to schedule visit appointments. Scheduling will be done using the IMS. Individual should have experience with computer data entry and software applications.

**12. Asst. Data Collection Manager**: Provides assistance to data collection manager with all duties.

**13. Phone Interviewers**: Conduct telephone interviews with study participants according to study protocol.

# Attachment 9 – Study Map and List of Locations

Vanguard locations labeled




THE NATIONAL CHILDREN'S STUDY
HEALTH GROWTH ENVIRONMENT

# Attachment 9 – Study Map and List of Locations

THE NATIONAL CHILDREN'S STUDY

## Vanguard Locations (7 total)

**Orange County, CA**
**Lincoln, Pipestone, and Yellow Medicine Counties, MN and Brookings County, SD**
**Duplin County, NC**
**New York City (Queens), NY**
**Montgomery County, PA**
**Salt Lake County, UT**
**Waukesha County, WI**

## Study Locations (98 total)

Colbert County, AL
Benton County, AR
Apache County, AZ
Maricopa County, AZ
Pinal County, AZ
Humboldt County, CA
Kern County, CA
Los Angeles County, CA
Sacramento County, CA
San Bernardino County, CA
San Diego County, CA
San Mateo County, CA
Ventura County, CA
Denver, CO
Douglas County, CO
Litchfield County, CT
New Haven County, CT
New Castle County, DE
Baker County, FL
Hillsborough County, FL
Miami-Dade County, FL
Orange County, FL
Baldwin County, GA
DeKalb County, GA
Fayette County, GA
Honolulu County, HI
Polk County, IA
Bear Lake County, ID and Lincoln and Uinta Counties, WY
Cook County, IL
DuPage County, IL
Johnson, Union, and Williamson Counties, IL
Macoupin County, IL
Will County, IL
Marion County, IN
Saline County, KS
Jefferson County, KY
Jessamine County, KY
Beauregard and Vernon Parishes, LA
New Orleans, LA
Bristol County, MA
Worcester County, MA
Baltimore County, MD
Montgomery County, MD
Cumberland County, ME
Genesee County, MI
Grand Traverse County, MI
Lenawee County, MI
Macomb County, MI
Wayne County, MI
Becker, Clearwater, and Mahnomen Counties, MN
Ramsey County, MN
Stearns County, MN
Jefferson County, MO
St. Louis, MO
Coahoma County, MS
Hinds County, MS
Buncombe County, NC
Burke County, NC
Cumberland County, NC
Durham County, NC
Gaston County, NC
Rockingham County, NC
Stark County, ND
Burlington County, NJ
Middlesex County, NJ
Passaic County, NJ
Warren County, NJ
Valencia County, NM
Monroe County, NY
Nassau County, NY
New York City (Brooklyn), NY
New York City (Manhattan), NY
Cuyahoga County, OH
Lorain County, OH
Cleveland County, OK
Comanche County, OK
Marion County, OR
Philadelphia County, PA
Schuylkill County, PA
Westmoreland County, PA
Providence County, RI
Spartanburg County, SC
Bradley County, TN
Cumberland and Morgan Counties, TN
Davidson County, TN
Bexar County, TX
Childress, Collingsworth, Donley, and Hall Counties, TX
Dallas County, TX
Harris County, TX
Hidalgo County, TX
Lamar County, TX
Stephens and Young Counties, TX
Travis County, TX
Cache County, UT
Grant County, WA
King County, WA
Thurston County, WA
Marion County, WV

## ATTACHMENT 10 - Timeline of Activities

| Task Name | Start | Finish |
|---|---|---|
| **Key Operational Activities** | Fri 9/28/07 | Fri 6/28/13 |
| SC Contracts Awarded | Fri 9/28/07 | Fri 9/28/07 |
| Birth Hospital Engagement | Fri 9/28/07 | Tue 6/30/09 |
| Enlist Community Partners / Community Outreach | Fri 9/28/07 | Tue 6/30/09 |
| Segment Formation and Selection | Tue 1/1/08 | Fri 10/31/08 |
| IRB Approvals Obtained | Tue 3/31/09 | Tue 3/31/09 |
| Field Office and Clinic Space Negotiated | Fri 2/27/09 | Fri 2/27/09 |
| Data Collection Staff Hired | Thu 4/30/09 | Thu 4/30/09 |
| Staff Training | Mon 6/1/09 | Tue 6/30/09 |
| Listing, HH Enumeration Period | Wed 7/1/09 | Wed 6/30/10 |
| Begin Listing, Screening, Enrollment | Wed 7/1/09 | Wed 7/1/09 |
| Enrollment Period | Wed 7/1/09 | Fri 6/28/13 |
| Preconception and Early Pregnancy Visits Begin | Wed 7/1/09 | Wed 7/1/09 |
| Clinic Visits (T3) Begin | Thu 10/1/09 | Thu 10/1/09 |
| Birth Visits Begin | Fri 1/1/10 | Fri 1/1/10 |
| 6 month Visits Begin | Thu 7/1/10 | Thu 7/1/10 |
| 12 month Visits Begin | Mon 1/3/11 | Mon 1/3/11 |
| 18 month Calls Begin | Fri 7/1/11 | Fri 7/1/11 |
| 24 month Calls Begin | Mon 1/2/12 | Mon 1/2/12 |
| 30 month Calls Begin | Mon 7/2/12 | Mon 7/2/12 |
| End of 5-Year Contracts | Fri 9/28/12 | Fri 9/28/12 |



**Attachment 11 - PRE-PROPOSAL CONFERENCE INFORMATION**

**National Children's Study**

The Government is planning to conduct a **pre-proposal conference** to field any questions or clarifications that result following an initial review of the Request for Proposal (RFP). Interested parties are encouraged to submit written questions ahead of the conference date. ALL correspondence and conversations must be directed through the Contracting Officer; NO inquiries may be made to the Project Officer, nor other persons in the National Children's Study Program Office. The specifics for this pre-proposal conference are:

**PLACE:** Doubletree Rockville Hotel and Executive Meeting Center
1750 Rockville Pike
Rockville, MD 20852
Phone: 301-468-1100
http://www.rockvillehotel.com

**DATE & TIME:** March 7, 2007; 1:00 PM – 4:00 PM

**LIMITED TO:** Up to three representatives from each prospective offering organization.

There is no advance registration required for this conference and there are no sleeping rooms reserved at the hotel. You may also attend the conference via webcast. Please see details below.

**WRITTEN QUESTIONS:** May be submitted in advance by March 6, 2007 12:00 PM EST
**Must be marked with RFP No.:** RFP-NIH-NICHD-NCS-07-11
**Send by Email to:** ncspreprop@mail.nih.gov

**Questions will also be accepted at the conference and through the webcast.**

WEBCAST INSTRUCTIONS

As an alternative to attending the Pre-Proposal Conference for Study Centers for the National Children's Study in person at the Doubletree Rockville Hotel and Executive Meeting Center in Rockville, Maryland, interested parties can attend the meeting virtually. NICHD has made arrangements for virtual participants using the NIH Web Collaboration Adobe Connect virtual meeting. Participants attending the meeting virtually will see the slides and listen to the presenter remarks exactly like participants in the meeting room. There also will be a question and answer period, but all questions must be submitted in writing. Virtual participants will be able to submit their questions in the questions window of the virtual meeting. Participants at the hotel site will submit their questions on cards provided by onsite staff.

To attend virtually, you will need a telephone, Internet access (minimum 56kb/sec, DSL/Cable, or LAN), a computer (Windows or Apple operating system), and a browser with Flash Player version 6 or higher.

To determine if your computer is ready to attend the virtual meeting you can run a test at any time at: http://webmeeting.nih.gov/common/help/en/support/meeting_test.htm
You must pass the first three tests. Test 4, the Adobe Connect Add-In Test, is not required to be a virtual participant in this meeting.

On March 7, the Adobe Connect virtual meeting will be open from 10:00 AM – 12:00 PM EST for those interested in testing their connections to the Pre-Proposal Conference. If you encounter any technical problems, please call the NICHD Connect Help Line at (301) 402-1978 by 12:00 PM EST. The live meeting will begin at 1:00 PM EST.

To connect to the audio portion of the meeting, you will need to dial in on a conference call line. The conference call line will open at 12:45 PM EST.

To connect to the Web portion of the virtual meeting:

1. Type the URL http://webmeeting.nih.gov/rfp0711/ into your browser.
2. Type your first and last name and click **Enter Room.**
3. The virtual meeting will load into your browser.

To connect to the audio portion of the meeting:

1. Call the toll-free conference call line: (888) 577-8991 and enter Passcode: 3897753
2. Tell the operator you are attending the Pre-Proposal Conference for Study Centers for the National Children's Study.
3. Provide your name and organization.

**KEY CONTACT INFORMATION:**

**PRE-PROPOSAL CONFERENCE QUESTIONS:**

ncsprepropr@mail.nih.gov
Advance questions by March 6, 2007 12:00 PM EST

| | |
|---|---|
| **MEETING LOCATION LOGISTICS QUESTIONS:** | Doubletree Rockville Hotel and Executive Conference Center<br>Phone: 301-468-1100<br>http://www.rockvillehotel.com |
| **WEBCAST SUPPORT:** | NICHD Connect Help Line (301) 402-1978<br>March 7 between 10:00 AM – 12:00 PM EST |

**Attachment 12 - ESTIMATED NUMBER OF STUDY VISITS PER YEAR**

**ESTIMATED NUMBER OF STUDY VISITS PER YEAR**
**SC PARTICIPANT TELEPHONE CALLS (PREGNANCY AND POSTNATAL) AND PARTICIPANT VISITS PER PSU**

| PARTICIPANTS TO BE CALLED FROM SC PER PSU | Pregnancy | 3 mos | 9 mos | 18 mos | 24 mos | 30 mos | Total |
|---|---|---|---|---|---|---|---|
| Total Calls | 1555 | 521 | 421 | 260 | 143 | 14 | 2914 |
| Year 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Year 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Year 3 | 539 | 81 | 4 | 0 | 0 | 0 | 624 |
| Year 4 | 545 | 238 | 205 | 14 | 0 | 0 | 1002 |
| Year 5 | 471 | 202 | 212 | 246 | 143 | 14 | 1288 |

| PARTICIPANT VISITS PER PSU | Screeners* | [illegible] | T1 First | T1 Prior | T2-3 | Birth | 6 mo | 12 mo | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Total Visits | 12159 | 263 | 695 | 168 | 670 | 571 | 474 | 367 | 15367 |
| Year 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Year 2 | 2786 | 29 | 58 | 10 | 0 | 0 | 0 | 0 | 2883 |
| Year 3 | 5573 | 84 | 256 | 57 | 240 | 149 | 15 | 0 | 6374 |
| Year 4 | 3800 | 78 | 200 | 53 | 231 | 225 | 251 | 146 | 4984 |
| Year 5 | 0 | 72 | 181 | 48 | 199 | 197 | 208 | 221 | 1126 |

*The number of screeners conducted in FY 2008 and FY 2009 are initial screeners--a total of 8,359. The number of screeners conducted in FY 2010 (3,800) are re-screening in p

erson.

**Attachment 13 - DEFINITIONS**

Draft Study Plan-document prepared by the NCS Program Office in 2005 that outlines the general study design of the NCS.

Information Management System (IMS) - an integrated system of hardware, software, and connectivity that provides administrative, computational and telecommunications support for the program. The IMS securely connects all Study Centers and associated locations, the NCS Program Office, the Coordinating Center, and participating laboratories and repositories to support all NCS operational activities and protect the privacy and integrity of the data collected by the Study.

Interagency Coordinating Committee (ICC) – The committee of staff and scientists from the Federal Agencies that have led and supported the development and planning of the National Children's Study since 2000. The ICC is responsible for strategic decision making and assuring that the Study addresses the missions of the respective Federal Agencies.

Manual of Operating Procedures (MOP)-document prepared by the NCS-CC in collaboration with investigators from the Vanguard/Study Centers and the NCS-PO, that details all procedures to be used throughout the conduct of the Study. In addition to detailing what is collected in greater depth than the Study Protocol, it also details the multiple aspects of how specimens and information are gathered and submitted for processing and storage.

National Children's Study Federal Advisory Committee (NCSAC) – The federally chartered advisory committee operating under the Federal Advisory Committee Act (FACA). The NCSAC provides advice to the NICHD Director and the Director of the NCS on scientific and policy matters regarding the NCS.

Primary Sampling Units (PSUs)- In a multi-stage probability sample these are the individual components into which the target population is divided for the first sampling stage. In the NCS, the PSUs roughly correspond to US counties.

Segments- In a multi-stage probability sample, PSUs are divided into smaller geographic areas called secondary sampling units or segments. In the NCS, the boundaries for these segments will correspond to "neighborhoods or communities" and will be defined by the NCS-CC with input from the individual Study Centers (see below).

Steering Committee - The Steering Committee for the NCS will be the committee responsible for making recommendations to the NCS Study Director regarding Study design and data collections. The Project Officer(s) (PO(s)) must approve all recommendations, plans, or modifications prior to implementation. The Steering Committee will include the PO(s) and other members of the NCS Program Office, as well as members from the NCS- CC, the NCS Interagency Coordinating Committee (ICC), representatives from each of the Vanguard, and Study Centers, Community

Representatives and possibly representatives from other entities, such as contractors in charge of Information Technology (IT) or other specific aspects of the Study. The composition and organization of the Steering Committee may change over the life of the project.

Study Centers- In the full NCS, the Study Centers are the organizations that are responsible for participant recruitment and data collection within a given Study Location.

Study Protocol-document to be developed in coordination with the NCS Steering Committee that specifies data collection for the NCS. The Study Protocol contains more detailed information than does the Draft Study Plan about specific aspects of Study design (e.g. sampling) and data collections.

Study Locations- In the full NCS, the counties (or in sparsely populated areas, groups of contiguous counties) that were selected as the primary sampling units as a result of the first stage of sampling are referred to as Study Locations.

Study Sites- In the full NCS, the segments selected as a result of the second stage of sampling, within an already selected Study Location are referred to as the Study Sites. These Study Sites correspond roughly to neighborhoods, and will be the areas from which Study participants are recruited as well as the areas in which most of the community level data collections take place.

Vanguard Locations- Seven Locations have been identified to serve as the initial Study Locations for the NCS. These are referred to as the Vanguard Locations. Six of the Vanguard Locations correspond to a single county, one Vanguard Location includes four adjacent counties.

Vanguard Sites- the selected segments (second stage of sampling) within a given Vanguard Location. These will be the initial places where Study participant recruitment and data collection will occur.

Vanguard Centers – the organizations responsible for Study participant recruitment and data collection for the Vanguard Sites.

# EXHIBIT 12



news

THE NATIONAL CHILDI

about the Study | Study centers | the research | how to get involved | adjunct studies | events | news | contact us |
e-updates | in the news |
search

**SPECIAL EDITION**

# NATIONAL CHILDREN'S STUDY RELEASES STUDY PLAN AND LOCATIONS

**November 16, 2004**

The National Children's Study enters the implementation phase today with the release of a Study Plan, outlining objectives, methodologies, and measures related to the first years of the 21-year Study; the announcement of the locations across the United States where the Study will be conducted; and the posting of requests for proposals for institutions to manage initial Study sites and for a coordinating center.

The Study, led by the U.S. Department of Health and Human Services—through the National Institutes of Health and the Centers for Disease Control and Prevention—and by the U.S. Environmental Protection Agency (EPA), has designated 96 locations across the United States where it will recruit and enroll eligible participants, and track them over 21 years. Together the children from these 96 locations will represent the face of all of America's children.

"We are now beginning the National Children's Study, the most ambitious attempt ever undertaken to understand the role that the environment plays in children's health," said Duane Alexander, MD, director of the National Institute of Child Health and Human Development. "We look to the National Children's Study to provide important information that will safeguard the health of our children and the adults they will become."

The ability to examine multiple exposures and link them in cause-effect relationships with multiple outcomes is the defining characteristic of the National Children's Study. The Study will examine many aspects of children's lives, from family genetics; to the constructed world of neighborhoods and schools; to chemical exposures



**Study Plan**

Enrollment will include three distinct groups: pregnant women and their partners, couples planning pregnancy, and women of child-bearing age but not planning a pregnancy. The National Children's Study will be the first large longitudinal study of children to capture exposures from pre-pregnancy and early pregnancy and to examine outcomes of exposures in the context of a child's genetic makeup.

Families who are enrolled in the Study will participate in a minimum of 15 in-person visits with local Study research teams starting in the first trimester of pregnancy or earlier through 21 years of age. Seven of these visits will be in the participants' homes and eight will be in clinical settings, including the infants' place of delivery. Data will also be remotely collected via telephone, computer, or mail-in questionnaires every three months through the age of five and annually thereafter. Biological samples from the mother and child, as well as air, water, dirt, and dust from the child's environment, will be collected over the course of the Study.

**Study Locations**

Study locations roughly correspond to U.S. counties or clusters of counties. The locations were selected through a rigorous national probability selection method that ensures that children across the nation are fairly represented in the Study. Eight of these have been designated as potential locations for the first stage of implementation, referred to as Vanguard locations. Based on the availability of funding,

linked to the atmosphere, food, or water supplies; to the social and behavioral environment in which the children grow and develop.

"From the water we drink and the air we breathe to the foods we eat, it is important to know how environmental factors impact the health of our children. Only a study of this size and scope holds the promise of shaping the care of children for the next century," said Paul Gilman, PhD, assistant administrator, Research and Development, EPA.



The Study Plan is an outline of the sampling methodology, participation requirements, and type and scope of data collection for the first few years of the Study. Although the Study is hypothesis-driven, no single hypothesis fulfills the goals of the study. There are a number of hypotheses described in the Study Plan that are designed to address several priority health outcome themes: outcomes of pregnancy, child growth and development, injury, asthma, and psychological and emotional health.

"The American Academy of Pediatrics (AAP) and its member pediatricians believe the National Children's Study will yield valuable information," said AAP President Carol Berkowitz, MD, FAAP. "It will ultimately enable us to learn much more about, and further improve, the care we give to our patients."

Successful implementation in each of the 96 Study locations will depend on the input and support of entire communities. The Study will seek the collaboration of researchers, governmental and health officials, social service agencies, schools, churches, and community organizations. Local efforts in each community will emphasize community partnerships and collaboration, from planning, to recruitment, to retaining participation throughout the length of the Study.

three to eight vanguard locations will be launched in 2005, chosen through a competitive process. To learn more about how the locations were selected, see "The National Children's Study: Representing America's Children" on the Study's Web site.

By design, the selected locations are geographically dispersed and demographically varied. By including families from varied backgrounds and family structures, the Study can better investigate issues of vital interest to all communities. Variables for location selection included number of births, demographics, and number of babies born at a low birth weight.

"We believe that the National Children's Study will help us improve the quality of care we give to all of the nation's children. While the National Hispanic Medical Association (NHMA) is particularly concerned about the diseases impacting Latino children, such as diabetes, the Study will help us all better understand how to prevent, diagnose, and treat diseases in all children," said Elena Rios, MD, MSPH, president and chief executive officer, NHMA.

**Vanguard Sites and Coordinating Center**

The complete Study plan and the request for proposals for institutions to manage potential Vanguard locations can be viewed at http://www.nationalchildrensstudy.gov/research/study_plan/vanguard_sites.cfm

The request for proposals for the coordinating center can be viewed at http://www.nationalchildrensstudy.gov/research/study_plan/coordinating_center.cfm

Comments or questions? Click here.
Visit our Web site at
http://nationalchildrensstudy.gov

The National Children's Study is led by a consortium of federal agency partners:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health
Centers for Disease Control and Prevention
U.S. ENVIRONMENTAL PROTECTION AGENCY

Case 1:08-cv-00249-MBH Document 13-15 Filed 04/17/2008 Page 42 of 75

Page updated - 10/14/05



about the Study

THE NATIONAL CHILDR



## The National Children's Study: Representing America's Children

The National Children's Study will be the largest long-term study of children's health and development ever to be conducted in the United States. By tracking the health and development of 100,000 children from before birth to the age of 21, the Study will provide researchers, public health officials, health care providers, educators, and others who work with children with a resource of data from which to develop prevention strategies, health and safety guidelines, educational approaches, and possibly new treatments and cures for health conditions.

The Study has designated 105 locations across the United States where it will seek to recruit and enroll eligible families for participation. Together the children from these 105 locations will represent the face of all of America's children. What is learned from their health and environments will impact the well being of children for years to come.

These locations roughly correspond to U.S. counties or groups of adjoining counties. They were selected using a probability-based method that helps to ensure that children across the nation are fairly represented in the Study.

By design, the selected locations are geographically distributed and demographically varied. By including families from varied backgrounds and family structures, the Study can better investigate issues of vital interest to many communities. Variables for location selection included the number of births in the county, demographics, and number of babies born at a low birth weight.

### Study Locations

- Of the 105 sites selected, 79 are metropolitan counties and 26 are in rural, non-metropolitan areas as designated by the U.S. Census Bureau. The 79 metropolitan sites include some of the most populous counties in the United States, as well as smaller urban and suburban areas.
- While women will be the initial participants in the Study, 100,000 newborn children across the country will be enrolled in the Study. Each site will have a goal of enrolling at least 250 newborns each year for five years. For some sites, this number of newborns will represent a greater percentage of the total births in the community and will therefore involve a larger number of area communities than in others. For this reason, some counties have been clustered to represent one Study site.

### Vanguard Centers and Study Centers

- Seven locations were selected as Vanguard locations and are managed by Vanguard Centers, which were awarded in September 2005. This group includes rural, suburban, and urban environments.
- All of the centers established after the Vanguard Centers are referred to as Study Centers.
- The NICHD awarded 22 new Study Centers in September 2007. These centers manage Study operations in 26 of the 105 previously designated Study locations. This group includes centers in 20 states. The Study Centers are in both urban and rural areas. Fifteen locations are in the Eastern part of the country, and 11 are in the West.

- Study planners will work to develop a focused plan for recruitment with the research institutions selected. The majority of participants will join through door-to-door, Census-type screening. Others will join through physicians' offices, health clinics, and hospitals.
- The success of the Study in each location will require the collaboration of researchers with governmental officials, healthcare workers, social service agencies, and community groups such as leaders of schools and churches, retailers, and others. For instance, the research institution conducting the Study in a particular location may establish an advisory board or other means of interacting with community representatives to consider ways to ensure a successful effort tailored to local interests.

**Methodology**

The sampling strategy was selected based on the input from a national panel of experts in sampling, study design, and epidemiology, and reviewed by working groups and the National Children's Study Advisory Committee. A national probability method was chosen to select the locations to help ensure representation of the entire nation while preserving the local community dimensions of health and the environment.

**More Information**

A map displaying the Study locations and a list of locations is available at http://www.nationalchildrensstudy.gov/about/locations/.

More information about the Study locations is available in the full Research Plan at http://www.nationalchildrensstudy.gov/research/research_plan/.

Page updated - 10/04/07

# EXHIBIT 13



news

THE NATIONAL CHILDI

about the Study | Study centers | the research | how to get involved | adjunct studies | events | news | contact us |
e-updates | in the news

search

# SPECIAL EDITION SAMPLING STRATEGY ANNOUNCED

Dear Friends of the National Children's Study,



As we have reported in previous E-Updates, the National Children's Study has been engaged in an in-depth discussion about the sampling process to be used to recruit participants into the Study. We would like to thank many of you for the time and thought you have put into considering the critically important yet difficult question of what is the optimal sampling design for the Study. We greatly value your contributions on this matter.

The sampling strategy to be used is selected based on consideration of a wide range of options and viewpoints including a series of commissioned technical papers prepared by Westat and the Battelle Memorial Institute; findings of a Workshop panel of national experts in sampling, study design, and epidemiology; comments provided by several National Children's Study Working Groups; and recommendations from the National Children's Study Advisory Committee (NCSAC), various partner agencies, members of the Study Assembly, and the public. The multidisciplinary nature of the Study necessitates that our approach not come from one single tradition or discipline. This is a bold study that requires a bold study design.



We, members of the Interagency Coordinating Committee and Dr. Duane Alexander, director, National Institute of Child Health and Human Development, National Institutes of Health (NIH), met last week after the most recent NCSAC meeting and discussed all of the seriously considered options. We believe the decision we have made relies on the best of the range of options and takes the National Children's Study in the best direction to meet its goals.

The approach to select locations and participants for the National Children's Study will employ a national probability sample. The sample will be a multistage design with clusters designed to enhance both efficiency and the ability to measure chemical, physical, and social characteristics of communities as well as of Study participants. The collection of measurements from Study participants (children and their families) will require participation of regional centers.

Producing the sample, recruiting the participants, and following the cohort will require extensive interface between a central coordinating center and the regional centers. We plan to implement the sampling and enrollment incrementally and in a manner designed to evaluate the challenges and potential strengths of integrating these major components and to be able to adjust the ultimate sampling approach to achieve the strongest overall design of the Study. We will attempt to answer as many of the unanswered questions related to the Study design as possible through pilot studies and the initial Study centers.

Again, we greatly appreciate your support of this endeavor.

Duane Alexander, M.D., director
*National Institute of Child Health and Human Development, National Institutes of Health (NIH)*

Interagency Coordinating Committee
National Children's Study

Members of the Interagency Coordinating Committee, National Children's Study:

Amy Branum, M.S.P.H.
*National Center for Health Statistics, Centers for Disease Control and Prevention (CDC)*

Adolfo Correa, M.D., Ph.D.
*National Center for Environmental Health, National Center on Birth Defects and Developmental Disabilities, CDC*

Sarah Keim, M.A.
*National Institute of Child Health and Human Development, NIH*

Woodie Kessel, M.D., M.P.H.
*Office of the Secretary, U.S. Department of Health and Human Services*

Carole A. Kimmel, Ph.D.
*National Center for Environmental Assessment, Environmental Protection Agency (EPA)*

Mark Klebanoff, M.D., M.P.H.
*National Institute of Child Health and Human Development, NIH*

Pauline Mendola, Ph.D.
*National Health and Environmental Effects Research Laboratory, EPA*

Sheila A. Newton, M.S., Ph.D.
*National Institute of Environmental Health Sciences, NIH*

James J. Quackenboss, M.S.
*National Exposure Research Laboratory, EPA*

Peter C. Scheidt, M.D., M.P.H.
*National Institute of Child Health and Human Development, NIH*

Kenneth Schoendorf, M.D., M.P.H.
*National Center for Health Statistics, CDC*

Sherry G. Selevan, Ph.D.
*National Center for Environmental Assessment, EPA*

Marshalyn Yeargin-Allsopp, M.D.
*National Center for Environmental Health, CDC*

Comments or questions? Click here.
Visit our Web site at http://nationalchildrensstudy.gov

The National Children's Study is led by a
consortium of federal agency partners:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health
Centers for Disease Control and Prevention
U.S. ENVIRONMENTAL PROTECTION AGENCY

# EXHIBIT 14

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| | ) | No. 08-249C |
| Plaintiff, | ) | |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**Declaration Under Penalty of Perjury of Peter C. Scheidt, M.D., M.P.H.**

I, Peter C. Scheidt, M.D., M.P.H., hereby declare and state under penalty of perjury as follows:

1) I am a Medical Officer employed at the National Institute of Child Health and Human Development, within the National Institutes of Health component of the United States Department of Health and Human Services and serve as the Director of the National Children's Study. I have served in this role since 2000.

2) On or about Monday, March 17, 2008, I reviewed and concurred with the factual discussions regarding the National Children's Study and the role Dr. Sarah Friedman played in the development of the neurodevelopmental protocol that were incorporated into the March 18, 2008, Memorandum signed by Edgar M. Swindell, including but not limited to:

a) statements regarding the basis for the selection of Dr. Friedman as the leader of the neurodevelopmental protocol team;

b) statements regarding the significance of exhaustive and careful scientific analysis by experts in a given field in the development of scientific protocols for a study as large and complex as the National Children's Study;

c) discussions regarding the role of the Study Center Principal Investigators and the need of Program Officials, including myself, to be able to fully interact with each of them over the more than 20 years of the study on matter relating to budget, planning, design, management, and other matters of a controversial or sensitive nature; and

d) discussions of the importance of the protocols designed for the early phase of the participant-childrens' lives given the need and plan to analyze data both in relation to each phase of childhood, but also longitudinally in relation to data collected in later phases of childhood.

3) As of this date, I still concur with the discussions regarding the National Children's Study and Dr. Friedman's role in the development of the neurodevelopmental protocol.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct this 14 day of April, 2008.

Peter C. Scheidt, M.D., M.P.H.
Director, National Children's Study
National Institute of Child Health and
Human Development
U.S. Department of Health and Human Services

# EXHIBIT 15

Federal Register / Vol. 72, No. 144 / Friday, July 27, 2007 / Notices 41339

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### National Institutes of Health

### National Institute of Biomedical Imaging and Bioengineering; Notice of Meeting

Pursuant to section 10(d) of the Federal Advisory Committee Act, as amended (5 U.S.C. Appendix 2), notice is hereby given of a meeting of the National Advisory Council for Biomedical Imaging and Bioengineering.

The meeting will be open to the public as indicated below, with attendance limited to space available. Individuals who plan to attend and need special assistance, such as sign language interpretation or other reasonable accommodations, should notify the Contact Person listed below in advance of the meeting.

The meeting will be closed to the public in accordance with the provisions set forth in sections 552b(c)(4) and 552b(c)(6), Title 5 U.S.C., as amended. The grant applications and the discussions could disclose confidential trade secrets or commercial property such as patentable material, and personal information concerning individuals associated with the grant applications, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

*Name of Committee:* National Advisory Council for Biomedical Imaging and Bioengineering.

*Date:* September 17, 2007.

*Open:* 8:30 a.m. to 1:15 p.m.

*Agenda:* Report from the Institute Director, other Institute staff and presentations of working group reports.

*Place:* Bethesda Marriott Suites, 6711 Democracy Boulevard, Bethesda, MD 20817.

*Closed:* 1:15 p.m. to 4 p.m.

*Agenda:*To review and evaluate grant applications.

*Place:* Bethesda Marriott Suites, 6711 Democracy Boulevard, Bethesda, MD 20817.

*Contact Person:* Anthony Demsey, PhD, Director, National Institute of Biomedical Imaging and Bioengineering, 6701 Democracy Blvd., Room 241, Bethesda, MD 20892.

Any interested person may file written comments with the committee by forwarding the statement to the Contact Person listed on this notice. The statement should include the name, address, telephone number and when applicable, the business or professional affiliation of the interested person.

Information is also available on the Institute's/Center's home page: *http://www.nibib1.nih.gov/about/NACBIB/NACBIB.htm*, where an agenda and any additional information for the meeting will be posted when available.

Dated: July 19, 2007.

**Jennifer Spaeth,**

*Director, Office of Federal Advisory COmmittee Policy.*

[FR Doc. 07–3669 Filed 7–26–07; 8:45 am]

BILLING CODE 4140–01–M

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### National Institutes of Health

### National Institute of Neurological Disorders and Stroke; Notice of Closed Meeting

Pursuant to section 10(d) of the Federal Advisory Committee Act, as amended (5 U.S.C. Appendix 2), notice is hereby given of the following meeting.

The meeting will be closed to the public in accordance with the provisions set forth in sections 552b(c)(4) and 552b(c)(6), Title 5 U.S.C., as amended. The grant applications and the discussions could disclose confidential trade secrets or commercial property such as patentable material, and personal information concerning individuals associated with the grant applications, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

*Name of Committee:* National Institute of Neurological Disorders and Stroke Special Emphasis Panel, Migraine: Neural Mechanisms and Risk Factors for Progression.

*Date:* August 1, 2007.

*Time:* 11 a.m. to 3 p.m.

*Agenda:* To review and evaluate grant applications.

*Place:* National Institutes of Health, Neuroscience Center, 6001 Executive Boulevard, Rockville, MD 20852, (Telephone Conference Call).

*Contact Person:* Richard D. Crosland, PhD, Scientific Review Administrator, Scientific Review Branch, Division of Extramural Research, NINDS/NIH/DHHS/Neuroscience Center, 6001 Executive Blvd., Suite 3208, MSC 9529, Bethesda, MD 20892–9529, 301–594–0635, *rc218u@nih.gov.*

This notice is being published less than 15 days prior to the meeting due to the timing limitations imposed by the review and funding cycle.

(Catalogue of Federal Domestic Assistance Program Nos. 93.853, Clinical Research Related to Neurological Disorders; 93.854, Biological Basis Research in the Neurosciences, National Institutes of Health, HHS)

Dated: July 19, 2007.

**Jennifer Spaeth,**

*Director, Office of Federal Advisory Committee Policy.*

[FR Doc. 07–3670 Filed 7–26–07; 8:45 am]

BILLING CODE 4140–01–M

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### National Institutes of Health

### National Institute on Aging; Notice of Closed Meeting

Pursuant to section 10(d) of the Federal Advisory Committee Act, as amended (5 U.S.C. Appendix 2), notice is hereby given of the following meeting.

The meeting will be closed to the public in accordance with the provisions set forth in sections 552b(c)(4) and 552b(c)(6), Title 5 U.S.C., as amended. The grant applications and the discussions could disclose confidential trade secrets or commercial property such as patentable material, and personal information concerning individuals associated with the grant applications, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

*Name of Committee:* National Institute on Aging Special Emphasis Panel, Biochemical Risk Markers.

*Date:* July 31, 2007.

*Time:* 1 p.m. to 2 p.m.

*Agenda:* To review and evaluate grant applications.

*Place:* National Institute on Aging, Gateway Building, 7201 Wisconsin Avenue, 2C212, Bethesda, MD 20892, (Telephone Conference Call).

*Contact Person:* William Cruce, PhD, Health Scientist Administrator, Scientific Review Office. National Institute on Aging, National Institutes of Health, Room 2C212, 7201 Wisconsin Avenue, Bethesda, MD 20814, 301–401–7704, *crucew@nia.nih.gov.*

This notice is being published less than 15 days prior to the meeting due to the timing limitations imposed by the review and funding cycle.

(Catalogue of Federal Domestic Assistance Program Nos. 93.866, Aging Research, National Institutes of Health, HHS)

Dated: July 19, 2007.

**Jennifer Spaeth,**

*Director, Office of Federal Advisory Committee Policy.*

[FR Doc. 07–3671 Filed 7–26–07; 8:45 am]

BILLING CODE 4140–01–M

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### National Institutes of Health

### National Institute for Child Health and Human Development; National Children's Study 2007 Research Plan

**ACTION:** Notice; opportunity for review and comment.

**SUMMARY:** Attached is the proposed Research Plan for the National

Children's Study (NCS). The purpose of this notice is to inform scientific reviewers, professional colleagues, contributors, and all who are interested in this ground-breaking initiative, of the opportunity for review and comment. The Research Plan describes the Study's background, design, measures, and the rationale for their selections in sufficient detail so that readers can understand the basis of the Study and how it will be carried out. This plan was developed with input from scientists and other professionals across the country and from multiple federal agencies, especially the National Institute of Child Health and Human Development (NICHD) and the National Institute of Environmental Health Sciences (NIEHS) at the National Institutes of Health (NIH), the Centers for Disease Control and Prevention, and the U.S. Environmental Protection Agency (EPA). We welcome constructive comments and proposals for how the National Children's Study might address the pressing health concerns of our nation's children even more effectively. Procedures for commenting and communicating about the Research Plan are found on the NCS Web site at: *http://www.nationalchildrensstudy.gov/research/research_plan/index.cfm.*

**DATES:** Submit responses to the National Children's Study (see below) on or before September 25, 2007.

**FOR FURTHER INFORMATION CONTACT:** The National Children's Study, NICHD, NIH, 6100 Executive Blvd., Room 5C01, Bethesda, MD 20892. Telephone: 301–594–9147, Fax: 301–480–1222, e-mail: *ncsinfo@mail.nih.gov,* Internet at: *http://www.nationalchildrensstudy.gov.*

**SUPPLEMENTARY INFORMATION:** The National Children's Study is a long-term study of child health conducted in the United States. By following 100,000 children from before birth to age 21, Study researchers hope to better understand how children's genes and their environments interact to affect their health and development. In the Study, "environment" includes factors such as: Air, water, and house dust; what children eat; how they are cared for; the safety of their neighborhoods; and how often they see a doctor.

The goal of the National Children's Study is to provide information that will ultimately lead to improvements in the health, development, and well-being of children. The primary aim of the Study is to investigate the separate and combined effects of environmental exposures (chemical, biological, physical, psychosocial) as well as gene-environment interactions on pregnancy outcomes, child health and development, and precursors of adult disease.

The Study will examine important health issues, including: birth defects and pregnancy-related problems, injuries, asthma, obesity and diabetes, and behavior, learning, and mental health disorders. By establishing links between children's environments and their health, and charting their development through infancy, childhood, and early adulthood, the Study hopes to determine the root causes of many childhood and adult diseases. Findings from the Study will benefit all Americans by providing researchers, health care providers, and public health officials with information from which to develop prevention strategies, health and safety guidelines, and possibly new treatments and cures for disease.

The Study will employ a national probability sampling approach to select locations for conduct of the study. The sampling design utilizes a multistage clustered approach. In the first stage, 105 locations (generally corresponding to single counties) were randomly selected from all U.S. counties. Seven of the locations will serve as the Vanguard Locations and will participate in the pilot phase of the Study. Because the focus of the study includes assessment of the impact of exposures that occur early in pregnancy, both pregnant women and their partners, and women of childbearing age, comprise the initial target population for enrollment in each of the Study Locations. At the time of enrollment, participants will be asked to provide written informed consent for participation in the study. Three distinct groups will be enrolled and followed: Pregnant women and their partners, couples planning pregnancy, and women not currently planning pregnancy but with some probability of becoming pregnant during the four year enrollment timeframe.

The National Children's Study is in a unique position to answer many questions regarding the effects of environmental exposures on the long-term health of children. The focus on exposures prior to and early in pregnancy is a unique feature of this study, as is the breadth of planned exposure and outcome measurements. As technology continues to evolve, stored data specimens (biologic and environmental) will provide a valuable resource to answer important questions for future generations.

The prospective longitudinal design of the study will permit an in-depth examination of the effects of environmental exposures as they unfold over the course of development. This will include an unprecedented, process-oriented understanding of how exposures at particular points in development lead to both immediate and long-term consequences for children, and what circumstances, characteristics, or genetic predispositions mediate or moderate the relation between exposure and outcome. The size and representative nature of the sample will permit both valid inferences about the U.S. population as a whole, and exploration of subgroup-specific patterns of adaptation and maladapation.

Additionally, the data collected for the Study will provide a platform for future research. Data, biological samples, and environmental samples will be available for future studies as science evolves and new questions arise. The Study will serve as an exceptional resource both for science and for society.

**Duane Alexander,**

*Director, National Institutes of Child Health and Human Development, National Institutes of Health.*

[FR Doc. E7–14514 Filed 7–26–07; 8:45 am]

BILLING CODE 4140–01–P

## DEPARTMENT OF HOMELAND SECURITY

### U.S. Customs and Border Protection

### Agency Information Collection Activities; Transportation Entry and Manifest of Goods Subject to CBP Inspection and Permit

**AGENCY:** U.S. Customs and Border Protection, Department of Homeland Security.

**ACTION:** Proposed collection; comments requested.

**SUMMARY:** U.S. Customs and Border Protection (CBP) of the Department of Homeland Security has submitted the following information collection request to the Office of Management and Budget (OMB) for review and approval in accordance with the Paperwork Reduction Act: Transportation Entry and Manifest of Goods Subject to CBP Inspection and Permit. This is a proposed extension of an information collection that was previously approved. CBP is proposing that this information collection be extended with a change to the burden hours. This document is published to obtain comments from the public and affected agencies. This proposed information collection was previously published in the **Federal Register** (72 FR 15893) on

# EXHIBIT 16

FEDERAL REGISTER

Vol. 72, No. 222

Notices

DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS)

National Institutes of Health (NIH)

**National Institute of Child Health and Human Development; Proposed Collection; Comment Request; Pilot Study for the National Children's Study**

*72 FR 65049*

**DATE:** Monday, November 19, 2007

**SUMMARY:** In compliance with the requirement of section 3506(c)(2)(A) of the Paperwork Reduction Act of 1995, for opportunity for public comment on proposed data collection projects, the National Institute of Child Health and Human Development (NICHD), the National Institutes of Health (NIH) will publish periodic summaries of proposed projects to be submitted to the Office of Management and Budget (OMB) for review and approval.

*Proposed Collection: Title:* Pilot Study for the National Children's Study, *Type of Information Collection Request:* NEW, *Affected entities:* Households and individuals. *Types of respondents:* People potentially affected by this action are pregnant women, women age 18-49 years of age, their husbands or partners, and their children who live in selected areas within the seven (7) National Children's Study Vanguard sites enumerated below. A small number of health care professionals, community leaders, and child care personnel are also potential respondents. *Frequency of Response:* On occasion. See burden table for estimated number of annual responses for each respondent. *Need and use of information collection:* The purpose of this Study is to pilot test protocols, policies, and procedures for the National Children's Study (NCS) with the goal of improving the efficiency of study procedures and enhancing the subsequent implementation of the NCS. The NCS is a long-term cohort study of environmental influences on child health and development authorized under the Children's Health Act of 2000. The Act specifies a broad definition of environment, including biologic, chemical, physical, and psycho-social factors and authorizes NICHD to plan, develop, and implement a prospective cohort study, from birth to adulthood, to evaluate the effects of those exposures on child health and human development. This data collection will test procedures for population-based sampling and recruitment of pregnant women and women of child-bearing age, test study logistics, and estimates of subject burden, and evaluate data collection strategies including interviews and acquisition of biologic and environmental samples. In addition, participants will also be asked to provide qualitative and quantitative input on their feelings regarding participation in this Study, to enhance the lessons that can be learned and applied to improve the efficiency of the full NCS. Further details pertaining to the NCS background and planning, including the NCS Research Plan, can be found at: *http://nationalchildrensstudy.gov.* This Pilot Study will be carried out in the seven NCS "Vanguard" locations previously selected as the initial study sites. These sites are Orange County, CA; Duplin County, NC; Queens County, NY; Montgomery County, PA; Salt Lake County, UT; Waukesha County, WI; and the aggregate of Lincoln, Pipestone, and Yellow Medicine Counties, MN and Brookings County, SD. This data collection is intended to begin with household enumeration and enrollment of women, proceed through pregnancy and birth, and continue with follow-up of children for up to 21 years. This application is for the first three years of data collection, which includes data collection through the visits at which some of the children will be 24 months old. Details of data collections beyond this period

will be addressed at the time of renewal or in future applications. Women who are pregnant will be eligible for participation if, at the time of household enumeration and screening, they are within the first trimester of pregnancy. Women who are not pregnant will be eligible if, at the time of household enumeration and screening, they are 18-49 years of age, are neither surgically nor medically sterile, and can participate in the consent process. A subset of age-eligible women with a high likelihood of pregnancy (*e.g.,* planning to become pregnant) will be enrolled to enable assessment of peri-conceptional [*65050] exposures, should they become pregnant. The remainder of the study population will comprise women enrolled early in pregnancy. The seven centers combined will follow approximately 1000 infants born to women enrolled in the first year of this Pilot Study. Infants born to women enrolled in this Pilot Study but born after the eligibility period for the Pilot will be eligible for enrollment in the full NCS. The schedule of participant contacts for this data collection includes home visits, clinic visits, and phone contacts, and is described in the NCS Research Plan: *http://nationalchildrensstudy.gov.* Home visits before and during pregnancy will include collection of interview data, environmental specimens such as air and dust samples, maternal and paternal biospecimens such as blood and hair samples, and a brief physical examination including anthropometric measures and blood pressure. During pregnancy, women will receive up to three fetal ultrasounds to assess fetal growth. At birth, cord blood and placental samples will be collected and the infant will receive a brief developmental assessment. During infancy, home visits will include collection of interview data, environmental specimens, biospecimens from the infant and parents, a brief physical examination of the infant, and assessment of infant development and parental-infant interactions. *Burden statement:* The public burden for this Study will vary depending on the eligibility and pregnancy status of potential participants at the time of household screening. Women who are not pregnant at the time of screening will have varying burden depending on their likelihood of pregnancy and, should they become pregnant, the time to pregnancy. The burden for women enrolled during pregnancy will depend on when during pregnancy they are identified and enrolled in the Study. The table provides an annualized average burden per person for each stage of the Pilot Study over the three year period of the Study.

Estimated Average Annual Burden for Pilot Study for National Children's Study, Based on Three Year Totals

| Types of respondents (estimated hourly rate) | Estimated number of respondents | Estimated number of responses per respondent | Average burden hours per response | Estimated total annual burden hours |
|---|---|---|---|---|
| Household activities ($ 12/hr): | | | | |
| Household enumeration | 76,911 | 0.33 | 0.08 | 2,051 |
| Eligibility screening | 45,316 | 0.33 | 0.08 | 1,208 |
| Preconception activities ($ 12/hr): | | | | |
| High probability women | 4,117 | 1.33 | 1.15 | 6,285 |
| Moderate prob, | 5,500 | 1 | 0.08 | 458 |

Estimated Average Annual Burden for Pilot Study for National Children's Study, Based on Three Year Totals

| Types of respondents (estimated hourly rate) | Estimated number of respondents | Estimated number of responses per respondent | Average burden hours per response | Estimated total annual burden hours |
|---|---|---|---|---|
| women | | | | |
| Low probability women | 3,578 | 0.33 | 0.08 | 95 |
| Pregnancy activities--women ($ 12/hr) | 954 | 7 | 0.62 | 4,134 |
| Birth activities-- mothers & children ($ 12/hr) | 912 | 2 | 0.38 | 684 |
| Postnatal activities-- mothers & children ($ 12/hr) | 893 | 4 | 0.81 | 2,887 |
| Fathers ($ 12/hr) | 954 | 2 | 0.72 | 1,370 |
| Health care providers ($ 90/hr) | 500 | 0.33 | 0.05 | 8 |
| Community leaders ($ 75/hr) | 500 | 0.33 | 0.05 | 8 |
| Child care providers ($ 25/hr) | 364 | 0.33 | 1.00 | 121 |
| Total | * 79,229 | | | 19,209 |

* Total number of respondents is less than the sum of the column since the mothers will be identified in the household enumeration and screening.

The estimated annualized cost to respondents is $ 234,488 based on the differential hourly rate estimates in the above table. There are no Capital Costs to report. There are no Operating or Maintenance Costs to report.

*Request for Comments:* Written comments and/or suggestions from the public and affected agencies are invited on one or more of the following points: (1) Whether the proposed collection of information is necessary for the proper performance of the function of the agency, including whether the information will have practical utility; (2) The accuracy of the agency's estimate of the burden of the proposed collection of information, including the validity of the methodology and assumptions used; (3) Ways to enhance the quality, utility, and clarity of the information to be collected; and (4) Ways to minimize the burden of the collection of information on those who are to respond, including the use of appropriate automated, electronic, mechanical, or other technological collection techniques or other forms of information technology.

**FOR FURTHER INFORMATION CONTACT:** To request more information on the proposed project or to obtain a copy of the data collection plans and instruments, contact Kenneth C. Schoendorf, MD, MPH, National Institute of Child Health and Human Development, Building 6100, 5C01, 6100 Executive Blvd, Bethesda, Maryland, 20892, or call non-toll free number (301) 594-9147, or e-mail your request, including your address to *ncsinfo@mail.nih.gov.*

*Comments Due Date:* Comments regarding this information collection are best assured of having their full effect if received within 60-days of the date of this publication.

Dated: November 6, 2007.

**Paul Johnson,**

*NICHD Project Clearance Liaison, National Institutes of Health.*

[FR Doc. E7-22597 Filed 11-16-07; 8:45 am]

BILLING CODE 4140-01-P

# EXHIBIT 17

# National Children's Study
# Federal Advisory Committee Meeting

**May 31–June 1, 2006**
**Marriott Bethesda North Hotel and Conference Center**
**Bethesda, MD**

## Agenda

### Wednesday, May 31

| | |
|---|---|
| 7:30 a.m.–8:30 a.m. | **Registration** |
| 8:30 a.m.–9:00 a.m. | **Welcome and Introductions**<br>*Alan R. Fleischman, MD*<br>*Chair*<br>*National Children's Study Federal Advisory Committee (NCSAC)* |
| 9:00 a.m.–9:30 a.m. | **Welcome and Update of the National Children's Study**<br>*Peter C. Scheidt, MD, MPH*<br>*Director*<br>*National Children's Study* |
| 9:30 a.m.–10:00 a.m. | **Children's Environmental Health: Today's Pediatric Frontier**<br>*Duane F. Alexander, MD*<br>*Director*<br>*National Institute of Child Health and Human Development, NIH* |
| 10:00 a.m.–10:15 a.m. | **Break** |
| 10:15 a.m.–12:30 p.m. | **Panel Discussion: The National Children's Study—**<br>**Big Science to Cross the Environmental Health Frontier**<br><br>▪ ***Gene-Environment Interactions***<br>*Jeffrey C. Murray, MD*<br>*Professor of Pediatrics*<br>*Department of Pediatrics and Biological Sciences*<br>*University of Iowa, Children's Hospital of Iowa*<br><br>▪ ***Social-Behavioral Determinants***<br>*Deborah A. Phillips, PhD*<br>*Professor and Chair of Psychology*<br>*Department of Psychology*<br>*Georgetown University*<br>*Co-Director*<br>*Georgetown University Center for Research on Children in the U.S.*<br><br>▪ ***Environmental Exposure Measurement***<br>*P. Barry Ryan, PhD*<br>*Professor of Chemistry*<br>*Department of Chemistry*<br>*Emory University Rollins School of Public Health*<br><br>*Louise Ryan, PhD*<br>*Professor of Biostatistics*<br>*Department of Biostatistics*<br>*Harvard School of Public Health*<br><br>**NCSAC Discussion and Recommendations**<br><br>**General Discussion*** |



*The public is invited to ask questions and give brief comments during the General Discussion periods.

## Wednesday, May 31 (continued)

| | |
|---|---|
| 12:30 p.m.–2:00 p.m. | **Lunch on Your Own**<br>*(Closed administrative session for new NCSAC members)* |
| 2:00 p.m.–2:45 p.m. | **Update on Protocol Development**<br>*Ruth A. Brenner, MD, MPH*<br>*Director, Protocol Development*<br>*National Children's Study*<br><br>**General Discussion*** |
| 2:45 p.m.–3:45 p.m. | **Update on Recruitment and Retention**<br>*Chris Cronk, ScD*<br>*Co-Principal Investigator*<br>*National Children's Study, Waukesha Vanguard Center*<br>*Associate Professor*<br>*Department of Pediatrics*<br>*Medical College of Wisconsin*<br><br>**General Discussion*** |
| 3:45 p.m.–4:00 p.m. | **Break** |
| 4:00 p.m.–5:00 p.m. | **Report on Human Subjects Activities: Implications of Revealing Findings to Participants**<br>*Alan R. Fleischman, MD*<br><br>**NCSAC Discussion and Recommendations**<br><br>**General Discussion*** |
| 5:00 p.m. | **Adjourn for the Day** |



*The public is invited to ask questions and give brief comments during the General Discussion periods.

## Thursday, June 1

| | |
|---|---|
| 8:00 a.m.–9:00 a.m. | **Registration** |
| 9:00 a.m.–9:15 a.m. | **Welcome and Recap of Day One**<br>*Alan R. Fleischman, MD* |
| 9:15 a.m.–10:45 a.m. | **School Exposure Assessment and Its Challenges**<br><br>**Moderator:**<br>*David J. Schonfeld, MD, NCSAC Member*<br>*Professor of Pediatrics*<br>*Director, Division of Developmental Disabilities*<br>*Cincinnati Children's Hospital Medical Center*<br><br>**Psychosocial School Environment**<br>*Robert C. Pianta, PhD*<br>*Professor of Education*<br>*Department of Education*<br>*University of Virginia*<br><br>**Chemical, Biological, and Physical School Environment**<br>*John L. Adgate, PhD*<br>*Associate Professor*<br>*Department of Environmental Health Sciences*<br>*University of Minnesota School of Public Health*<br><br>**NCSAC Discussion and Recommendations**<br><br>**General Discussion*** |
| 10:45 a.m.–11:00 a.m. | **Break** |
| 11:00 a.m.–12:00 p.m. | **Support for the National Children's Study**<br>*Eileen Ouellette, MD, JD, FAAP*<br>*President*<br>*American Academy of Pediatrics*<br><br>**NCSAC Discussion and Recommendations**<br><br>**General Discussion*** |
| 12:00 p.m. | **Adjourn** |



*The public is invited to ask questions and give brief comments during the General Discussion periods.

**National Children's Study**
**Federal Advisory Committee 14th Meeting**
**May 31–June 1, 2006**
**Marriott Bethesda North Hotel and Conference Center**
**Bethesda, MD**

This meeting was held in conjunction with the National Children's Study, which is led by a consortium of federal agency partners: the U.S. Department of Health and Human Services (DHHS) (including the National Institute of Child Health and Human Development [NICHD] and the National Institute of Environmental Health Sciences [NIEHS], two parts of the National Institutes of Health, and the Centers for Disease Control and Prevention [CDC]), and the U.S. Environmental Protection Agency (EPA).

## Day One

### Welcome and Introductions

*Alan R. Fleischman, M.D., National Children's Study Advisory Committee Chair, Senior Advisor, New York Academy of Medicine*

Dr. Fleischman welcomed the National Children's Study Federal Advisory Committee (NCSAC) members and other participants to the 14th meeting of the NCSAC. He noted that the Study is at a critical juncture in its planning and early implementation phase.

Dr. Fleischman thanked Marion J. Balsam, M.D., NCSAC Executive Secretary, and Jessica Sapienza, M.H.S., NCSAC Committee Liaison Officer, for their work organizing the meeting.

**Federal Advisory Committees.** Dr. Fleischman noted the following:

- The federal government may obtain advice on long-range planning and development of programs from groups of outside experts through the formation of advisory committees.
- The Federal Advisory Committee Act (Public Law 92-463; passed on October 6, 1972) creates standard and uniform procedures governing the operation of all advisory committees.
- The function of the NCSAC, as with all federal advisory committees, is to advise—to think carefully and deeply about issues and to make recommendations and give advice.
- NCSAC meetings are generally open to the public, with specific limited exceptions.
- NCSAC advice goes to the Study Director, Peter C. Scheidt, M.D., M.P.H.; to Duane Alexander, M.D., Director, NICHD; and to the Study's Interagency Coordinating Committee (ICC).

### Welcome and Update of the National Children's Study

*Peter C. Scheidt, M.D., M.P.H., National Children's Study Director, NICHD, NIH, DHHS*

Dr. Scheidt welcomed NCSAC members. He noted that much has happened regarding the Study since the last NCSAC meeting in January 2006, including the release of the President's budget, response to the 2007 federal budget, scientific developments, community representation and engagement activities, conferences and presentations, and planning for future activities.

**Funding.** The Study's funding status as of May 2006 is as follows:

- For fiscal years 2000–2006, about $50 million was allocated from existing budgets of NICHD, EPA, CDC, and NIEHS. These funds have been used for:
  - Infrastructure development—Study Plan, information management system (IMS), Coordinating Center, and seven Vanguard Centers
  - Scientific development—30 workshops, 20 scientific reviews, 16 pilot studies; Study hypotheses; exposure and outcome measures; protocol development (in progress)
- In fiscal year 2007
  - $69 million is needed to implement the Study on the current timeline
- For fiscal years 2008–2034—an average of about $100 million per year for 25 years is needed to conduct the full Study.

**The President's Budget.** The 2007 federal budget specifies that "No funds are included in the President's budget request for FY 2007. The Study planning activities that are ongoing under contract in 2006 will be brought to close by the end of the fiscal year. There are no plans for NIH to continue to pursue the full scale study in FY 2007."

**Congressional Report Language.** The fiscal year 2006 House Appropriations Committee Report (H.Rpt. 109-143) stated that the Committee:

- Remains interested in NICHD efforts to launch the Study
- Is pleased with NICHD efforts to launch the Study
- Urges the Study to include an adequate sample of children to enable examination of the health and development outcomes of children conceived with the assistance of reproductive health technologies
- Further urges NICHD to coordinate the involvement of the Department and lead federal partners such that the Study is ready for the field by no later than 2007.

**Media Response.** The President's 2007 budget mandates for the Study generated many media responses. From February 6, 2006, to the present, there were 50 original placements and 150 total placements. The estimated total audience for these placements is 73,430,259 (about 9.6 million print coverage and about 63 million online coverage). Concerns about the importance of the Study and the impact of the 2007 budget were highlighted in a variety of national media outlets.

In the May 6, 2006, issue of the *Los Angeles Times*, Robert W. Hahn, executive director of the AEI-Brookings Joint Center for Regulatory Studies and an economist at the American Enterprise Institute, discussed the cost-benefit relationships of medical research. He noted that:

- Benefits of medical research—whether funded by government or industry—have been long established
- Benefits of Framingham Heart Study are estimated at more than $400 billion annually
- Using conservative estimates of the effects of the Study on 10 adverse health outcomes, an independent government-funded analysis determined that the return for each dollar invested could be as much as $30 by 2030.

**Scientific Developments.** Recent scientific developments include efforts to transform the Study plan into the protocol—the document that specifies the data collection. Protocol development has been a major focus of Program Office activity. This development began with Working Group reports, workshops, and scientific reviews. Working teams have since been integrating outcomes and recommendations of these activities into a full protocol. There will be opportunity for interim comment by the NCSAC and other national experts, including endorsement, support, advice, and suggestions.

**Community Representation on Steering Committee.** On January 25, 2006, the NCSAC recommended that the Steering Committee include community representatives. The ICC endorsed this recommendation and proposed two representatives, one with a community perspective and the other with a participant perspective. On March 11, 2006, the Steering Committee agreed with this concept and discussed various approaches. The recruitment and retention working team nominated a slate of candidates for interim membership, pending a plan for permanent representation. The Study Director will appoint two interim members representing the community for the July 2006 Steering Committee meeting.

**Presentations and Events.** The Study was involved with the following 2006 events:

- National Center for Environmental Health/Agency for Toxic Substances and Disease Registry Director's Science Seminar (February 1)
- National Academy of Sciences Workshop on Toxicogenomics and Early-Life Exposures (February 8)
- Coordinating Council on Juvenile Justice and Delinquency Prevention briefing (March 3)
- U.S. Senate Staff briefing (March 21)
- National Hispanic Medical Association briefing (March 22)
- U.S. House of Representatives briefing (April 11)
- Indian Health Service Research Conference (April 26)
- Pediatric Academic Societies (PAS) briefing (May 1)
- Workshop on Prospects and Limitations of Very Large Cohort Studies (Abbaye des Vaulx de Cernay, France, May 17).

**PAS Briefing.** Part of the presentation to the Pediatric Academic Societies on May 1 focused on concerns about how the Study fits into the greater research enterprise, above and beyond meeting the primary aims of the Study. The following issues were addressed during this presentation:

- Platforms for adjunct studies
- Training for clinical and epidemiological research
- Consortia for combined research
- Public use and secondary data analysis
- Expansion of investigator-initiated research (R01).

**Investigator-Initiated Research.** The Study is complementary, not competitive, with investigator-initiated research (R01s):

- Funds for planning and initiation of the Study come from sources that are not available for R01s (contracts line and other agencies).
- The Study seeks to expand pediatric research enterprise and does not assume a "zero sum game."

- Small investigator-initiated projects cannot study issues that require large samples, multiple measures, and long-term follow-up.
- R01 opportunities would increase with projects leveraged on the Study as adjunct studies, which would result in a net increase in investigator-initiated research—not a decrease.

**Future Study Activities.** The Study's future activities include:

- Completion of the protocol
- Procurements (pending fiscal year 2007 funding)
  - Awards for additional Study Centers
  - Award for the Repository
- Implementation of the North Carolina pilot study, BEfirstNC (pending Office of Management and Budget [OMB] approval)
- 2006 presentations
  - North American Congress of Epidemiology—Panel June 23
  - Teratology Society Meeting—Panel June 26
  - American Association of Clinical Chemists—July 26
  - International Conference on Child Cohort Studies—September 12
- Possible operation under an expected continuing resolution for the 2007 DHHS budget
- Termination of Study activities without funding legislation.

After Dr. Scheidt's presentation, he responded to comments and questions that addressed the following topics:

- *Relationships among various NIH studies.* Dr. Scheidt described the histories and relationships among the National Children's Study, the AGES Study, and the Genetic Association Information Network (GAIN). About 3 years ago, Frances Collins, M.D., Ph.D., Director of the National Human Genome Research Institute; Alan Guttmacher, M.D., Deputy Director of the National Human Genome Research Institute; and Duane Alexander, M.D., Director of the National Institute of Child Health and Human Development (NICHD), discussed the possibility of a large adult study to capitalize on the sequencing of the human genome. This proposed study could be built on the sample of parents and children from the National Children's Study. The study was not funded, but a large (500,000 subjects with evenly distributed ages) adult study (AGES) was subsequently proposed. AGES cannot meet the objectives of the National Children's Study because it does not include pregnant women and early exposure factors, and has a small percentage of subjects in the 0-to-10-years age range. GAIN is a series of three epidemiological genetic studies, which are separate case control studies investigating genetic factors in relation to specific targeted diseases. AGES focuses less on environment and more on genetics; environmental measures are not specified. GAIN does not have a specific relationship with AGES, and the studies are not mutually exclusive. All of these studies could be viewed as complementary.

- *Public use data sets.* The Study will establish public use data sets for each phase of the Study as quickly as possible. NIH regulations require that such data sets be established with specified timeframes. Although the Study will collect extensive data on demographic and geographic factors, there are many existing data sets that can be used and merged with the Study's data sets. These data sets provide an excellent opportunity for more intensive, more

detailed R01 studies that can be leveraged with the Study. Mechanisms and procedures for submitting proposals for adjunct studies have been established.

- *Issue of funding.* In the event of a continuing resolution, the rules of the previous year apply. Under a continuing resolution, the Study will continue current activities, planning, and work until a fiscal year 2007 budget is approved.

### Children's Environmental Health: Today's Pediatric Frontier

*Duane F. Alexander, M.D., Director, NICHD, NIH, DHHS*

In this presentation, which was originally given at the March 23, 2006, biweekly meeting of NIH's Institute Directors and NIH Director's senior staff, Dr. Alexander discussed the important issues of children's environmental health and the future of America's children. Environmental health is among the most critical issues for children in American today.

**Evolving Frontiers.** Over the past several centuries, the concepts of physical and geographic frontiers have shaped American culture and tradition. Exploration of frontiers have fostered a spirit of independence, self-reliance, and physical and mental toughness—now known as the American character. The concepts of frontiers have evolved beyond the physical and geographic, and have come to be applied to science and medicine.

**Pediatric Frontiers.** Many of yesterday's pediatric frontiers have been conquered. Some are still being explored, and the quest to conquer these older frontiers continues. Previous frontiers included infection, nutrition, surgery, endocrine disorders, and low birth weight. Today's primary pediatric frontier is environmental health. This frontier focuses on issues such as known agents (chemicals, viruses, radiation, drugs administered during pregnancy), suspected agents (chemical products, pesticides, food additives, violence, stress, built environments), and suspected conditions (cardiovascular disease, birth defects, learning disabilities, autism, asthma, obesity, cancer).

**Importance of Studying Children.** Children have increased vulnerability to environmental exposures. There are critical windows of vulnerability during development (fetal to adult). Children have immature mechanisms for detoxification and protection. Children's differences in metabolism and behavior may yield higher exposure in the same environments.

**Differences Among Infants, Children, and Adults.** Children are different from adults and are different at different developmental stages. Physiological and behavioral factors increase exposure in children. Some of these factors are surface area : body mass ratio, respiratory ventilation rate, drinking water intake, and rate of lead absorption.

**The New Frontier of Children's Environmental Health.** There are many childhood disorders without a known cause. There is a wide variety of association claims but little evidence of actual causality. Many links between environmental exposures and health and developmental outcomes have been postulated, but few of these links have been proven. The lack of proof stems from insufficient numbers of subjects in children's studies, studies that start too late in childhood, follow-up periods that are generally too short (often only once), and investigations that focus on

single agents, single exposures, and single outcomes. However, this is not how nature and the environment operate.

**Crossing the New Frontier.** Crossing each previous scientific and medical frontier required its own unique approach (for example, infection—sanitation, vaccines; surgery—techniques and skills; low birth weight—substitute life-support system). Crossing the new frontier of children's environmental health also requires a unique approach. In many ways, crossing the pediatric frontier will be harder than crossing earlier frontiers. Pediatric studies should:

- Begin before birth
- Be organized planned studies
- Be hypothesis driven
- Use large populations
- Use multiple simultaneous measures of multiple exposures and outcomes
- Relate to genetic constitution
- Include long-term follow-up.

**Intrauterine Environment.** Conditions in the intrauterine environment affect the fetus and postnatal health and developmental outcomes. Determining mechanistically what happens to the fetus to permanently alter its physiology and metabolism is key to understanding these effects.

- Birth weight is an integral part of all developmental events that occur during gestation, including nutrient supply, vascular sufficiency, infection, and stress (both fetal and maternal). Lower birth weight is associated with a higher incidence of adult cardiovascular disease, with a pronounced gender effect.
- Babies born from diabetic pregnancies show increased mortality at both ends of the birth weight spectrum. There is an increasing prevalence of obese women and women with gestational diabetes mellitus delivering babies. There is a transgenerational transmission of obesity, insulin resistance, and gestational diabetes mellitus.
- Studies of sheep fetuses have shown that intrauterine stress from mercury exposure causes increased pulmonary arterial pressure or higher volume overload, which alters the cardiac maturation program. This alteration during fetal life imparts vulnerability for later onset of cardiac disease.
- Rat studies have shown that stress during pregnancy increases maternal glucocorticoid levels, which results in long-term consequences for the fetus, such as hypertension. Prenatal stress exposure affects offspring's later responses to stress, including increased corticosterone levels and greater numbers of hippocampal corticosteroid receptors.
- Other adverse effects of maternal stress during pregnancy are unknown. Maternal stress may affect birth weight and premature delivery. Maternal stress effects on the fetus may not manifest until childhood or adulthood. The mechanisms of these effects need to be determined.
- Many long-term effects of hyperglycemia have been hypothesized, including obesity and diabetes. The most clear-cut effects are birth defects and malformations. Studies have shown that improving glycemic control early in diabetic pregnancy lowers the risk of congenital malformations.

**Prenatal and Postnatal Environments.** A variety of prenatal and postnatal environmental exposures may be associated with several adverse health and developmental outcomes including

neurodevelopmental and learning disabilities, autism and autism spectral disorders, childhood cancers, asthma, and obesity.

- Neurodevelopmental and learning disabilities affect 8 percent to 17 percent of children ages 3–17 in the United States. The etiology is unknown for more than 75 percent of these disorders. Many environmental associations have been postulated and studied (for example, lead, PCBs, and dioxins). Exposures may occur prenatally, during infancy (breast milk), and during childhood.
- Autism and autism spectrum disorders are two of the most common serious neurodevelopmental disorders. There is a great public health concern because of the substantial increase in reported cases. The reasons for increased prevalence are unclear. Although the heritability of autism is well established, chromosomal aberrations or genetic mechanism remain elusive. Environmental (nongenetic) factors are assumed to play important role in their etiology.
- Childhood cancers are a great public concern and high priority. The relative rarity of these cancers makes them difficult to study (242 per 100,000 for ages 0–14 years), and there are multiple types and subtypes. Clustering and a lack of heritability suggest an environmental role. Case control studies for etiological factors are problematic because exposure measures are limited and often biased, and because controls are difficult to obtain. Understanding the causal factors for cancers such as leukemia will require a large longitudinal cohort(s) with multiple exposures measured prospectively.
- Asthma is the most common chronic disease of childhood. Its prevalence has doubled in the past 20 years. Today, 1 million American children younger than 18 years of age have asthma. Pediatric asthma costs $14 billion annually. Asthma has a clear relationship to air pollution. Genetics are important but cannot explain the rapid increase in asthma's prevalence. Environmental changes—alone or in combination with genes at certain times—may likely be responsible. Asthma research needs include good measurement of (1) endotoxin load in subjects and identification of endotoxin sources and (2) sensitization of subjects to house dust mite and identification of house dust mite sources before age of 2 years when relevant immune system changes occur.
- Obesity is a significant and increasing problem in United States, with major implications for quality of health and lifespan. Obesity is associated with diabetes, cardiovascular disease, metabolic syndrome, mental health disorders, school performance, and lower earning potential. Overweight tracks from childhood through adolescence and into adulthood obesity. In the 1960s, approximately 4 percent of children were overweight. From 1999 to 2002 more than 15 percent of children were overweight. Obesity is higher among African- and Mexican-American children. The factors contributing to obesity illustrate the complexity of this multifactorial condition. An ostensibly obvious cause is energy intake exceeding energy expenditure. Potential societal contributions include diet, physical inactivity, potential biological contributions, and genetic contributions. Elucidation of obesity etiologies is important to enable appropriate interventions, which requires (1) assessment of maternal anthropometric and metabolic status during pregnancy, (2) accurate dietary and nutritional assessments over time, and (3) measures of family behavior as well as child behavior.

**Facing the New Frontier.** Crossing each geographic or medical frontier has required its own unique approach. The new frontier of children's environmental health requires its own unique approach that includes organized planned studies with large populations. These pediatric studies

should begin before birth, investigate multiple simultaneous measures of multiple exposures and outcomes, relate exposures and outcomes to genetic constitution, and have long-term follow-up. The rewards for crossing the new frontier of children's environmental health will be great.

After Dr. Alexander's presentation, comments and questions addressed the following topics:

- *Study support.* NIH Director Elias A. Zerhouni, M.D., was an early supporter of the Study. He has expressed his support of the Study to the Domestic Policy Council, OMB, and the White House. He has argued for funding of the Study and continues to support the basic scientific purpose of the Study, even without funding in the 2007 federal budget. Before the House Appropriations Committee, Dr. Zerhouni testified that the decision to terminate the Study was strictly budgetary. There were concerns about both the Study's immediate costs and the long-term costs. By comparison, the cost of AGES is four times greater than the Study's cost, and the timeframe for AGES is shorter than the Study's timeframe. The Human Genome Project cost about $3 billion over a 12-year period. The Women's Health Initiative cost is a little less than $1 billion over a 10-year period.

- *Future presentation.* Antoinette P. Eaton, M.D., suggested that Dr. Alexander be asked to present his ideas about children's environmental health at the fall meeting of the American Academy of Pediatrics (AAP).

## Panel Discussion: The National Children's Study—Big Science to Cross the Environmental Health Frontier

Dr. Fleischman, Advisory Committee Chair, introduced the panel by explaining that these national leaders in important scientific areas were asked to review documents prepared by the National Children's Study Program Office staff describing the strategies, goals, and methodologies that have been used in protocol development. (The documents were distributed to Committee members prior to the meeting). He requested that these consultants provide candid assessment of the strengths and weaknesses of the Study plans and provide recommendations to the Study.

### Gene-Environment Interactions

*Jeffrey C. Murray, M.D., University of Iowa, Children's Hospital of Iowa*

Genetics (1) can inform investigators on what the environmental risks are to children's health, (2) can identify the specificity of those environmental risks, (3) can identify high-risk population groups, and (4) allows the targeting of environmental components in the most powerful way possible to improve and maintain children's health.

The study of simple Mendelian traits can identify single genes for traits that are inherited as dominant or recessive. Single-gene Mendelian disorders can provide good models for more complex disorders such as diabetes, hypertension, obesity, and asthma, which are unlikely to be caused by an abnormality in a single gene or by a single environmental factor. Identification of rare single-gene abnormalities causing particular clinical phenotypes such as hemoglobinopathies, sickle cell disease, and cystic fibrosis can be used to inform about the more

complex abnormalities. Confounders of simple Mendelian traits include expression, penetrance, epigenetics, mosaicism, new mutations, stochastic effects, and the environment.

The previous paradigm that a gene makes a protein—one gene, one enzyme—is no longer held true. The classical "gene" structure is now inoperative, with the exact definition of gene being constantly revised. Concepts of the postmodern gene include:

- Extended length (much longer than previously conceived)
- Regulatory elements separated by hundreds of thousands or even millions of base pairs
- Regulatory elements partitioned across chromosomes
- Posttranslational modifications (such as the addition of sugar moieties to proteins).

The Study's use of global gene expression as an important method of assaying risks in child health may be confounded by new developments. For example, understanding the expression of a particular gene in a particular tissue is dependent on how the gene is defined. Geneticists once estimated 100,000 human genes but have since revised the number to about 23,000. New discoveries that small ribonucleic acid (RNA) elements may function as "genes" may lead to further revisions of gene estimates. Other new confounders include:

- Mitochondrial deoxyribonucleic acid (DNA), including somatic changes in mitochondria
- RNA issues
- MicroRNAs
- Extensive transcription of DNA into RNA
- Transfer across generations of more than just DNA sequences
- Statistical analysis (the need for critical analytical tools to mine enormous amounts of data).

As the cost of sequencing the human genome continues to decrease, the Study could, conceivably, explicitly define the DNA component of the genome for every participant. Genotyping would no longer rely on single nucleotide polymorphisms (SNPs) and may be able to reliably determine all of a person's genetic variation. As the costs for determining SNPs continues to drop, the Study could determine a comprehensive genomewide association on all Study participants in the near future. Association approaches can identify common variants that affect large segments of a population when those common variants are responsible for disease. However, association approaches cannot identify those cases in which individual mutations arise in particular families predisposing them to disease.

Although there may be distinct genotypes for a particular enzyme, enzymatic activity within genotypes may vary broadly. Therefore, the Study needs to consider how narrowly or discretely it will define genotypes given the reality of pharmacogenetics and pharmaceutical responses that occur across a continuum.

New approaches to investigating heterogeneity in complex traits compare genetic load with environmental effects. As genetic load decreases and environmental effect increases, multifactorial components play a greater role in disease expression. The challenge for the Study is to determine the individual effects of multifactorial components (that is, "to investigate the separate and combined effects of environmental exposures…as well as gene-environment interactions on pregnancy outcomes, child health and development, and precursors of adult disease").

The Study plan is strong because it can:

- Stay open to evolving technologies as the understanding of the "gene" changes
- Measure the environment and the gene-environment interaction
- Provide high level bioinformatics and analytic capability
- Quickly provide public data sets to encourage a wide range of hypotheses testing and yet preserve subject anonymity.

From a genetics perspective, the Study has several strengths:

- Large number of subjects for investigating common diseases
- Strong case/control approach
- Strong ties to extensive environmental data
- Long-term storage of biologic samples allows for application of newly developed/unanticipated technologies and assays for as-yet unconsidered genetic components.

Concerns from a genetics perspective:

- Challenges of tissue sampling and storage (live versus inactive tissue; timing, location, processing, and storage)
- Tissue sources and the need for surrogate tissue sources
- Measures of gene effects as continuous variables
- Limited emphasis on family studies that limits the potential to measure complex traits.

Dr. Murray concluded that the Study plan is strong from the perspective of genetics and recommended that the Study consider collecting genetic information from siblings, parents and grandparents (particularly on the mother's side) to enhance the power of the Study to identify complex traits.

### Social-Behavioral Determinants: Comments on Study's Neurobehavioral and Psychosocial Protocol

*Deborah A. Phillips, Ph.D., Georgetown University*

The Study has the potential to leave both an intellectual and practical legacy. It will be a national and international resource because it:

- Blends epidemiological, genetic, and developmental frameworks and methods
- Focuses on mechanisms as the central topic of investigation and has the direct capacity to inform policy and practice
- Gives equal weight to biologically and environmentally derived risks and protective factors, including interactive and cumulative effects, whether offsetting or exacerbating in nature
- Joins similar data sets developed, or still being developed, in other countries.

The Study will identify the modifiable influences that shift development trajectories, either positively or negatively, and will also identify the most vulnerable children, which is critical for targeting appropriate and effective resources. Fairly blunt indicators such as poverty and developmental delays are currently used to target resources. The Study's prospective, longitudinal design provides an opportunity to address critical issues of developmental timing;

unfolding of susceptibilities; exposures; intervening, moderating, and mediating factors; and positive and negative outcomes (clinical and subclinical, as well as "beating the odds").

The Study's protocol addresses almost all of the research recommendations from the Institute of Medicine's study From Neurons to Neighborhoods: The Science of Early Childhood Development, which concluded the following:

- What happens during the first months and years of life matters a lot, not because this period of development provides an indelible blueprint for adult well-being, but because it sets either a sturdy or fragile stage for what follows.
- "Zero to three" begins too late and ends too soon.
- The most important questions concern how environments influence the expression of genes and how genetic makeup, combined with children's previous experiences, affects their ongoing interactions with their environments.
- Parents and other regular caregivers in children's lives are "active ingredients" of environmental influence, and children's early development depends on the health and well-being of their parents.
- Abundant evidence from the behavioral and the neurobiological sciences has documented a wide range of environmental threats to the developing central nervous system.
- The greatest dangers arise from the combined and cumulative effects of multiple hazards.
- The growing racial, ethnic, linguistic, and cultural diversity of the early childhood population requires that all early childhood programs and medical services (and research projects) periodically reassess their appropriateness and effectiveness for the wide variety of families they are mandated to serve (study).

The Study has the potential to address the Neurons to Neighborhoods study's recommendations for future studies by examining:

- How experience is incorporated into the developing nervous system and how the boundaries are determined that differentiate deprivation from sufficiency and sufficiency from enrichment for different children who are reared in a wide variety of environments
- How biological processes, including neurochemical and neuroendocrine factors, interact with environmental influences to affect the development of complex behaviors, including self-regulatory capacities, prosocial or antisocial tendencies, planning and sustained attention, adaptive responses to stress, and working memory
- The dynamics of gene-environment interactions that underlie the development of behavior and contribute to differential susceptibility to risk and capacity for resilience, including (1) differential birth outcomes associated with exposure to prenatal hazards, (2) emergence of adverse outcomes in some children but not others in response to stressful rearing conditions, and (3) individual differences in susceptibility to diseases that manifest across development
- The mechanisms that underlie nonoptimal birth outcomes and developmental disabilities and their implications for developing specific intervention strategies to modify developmental trajectories
- The available tools for measuring important but generally neglected early developmental outcomes for use in both basic and evaluation research in an effort to improve these tools.

The strengths of the Study's neurobehavioral and psychosocial protocol include:

- Remarkably careful and systematic selection of constructs and measures that are sensitive to effects of exposures; able to capture important individual differences in age, income, racial, and ethnic groups being assessed; practical to administer in the context of the Study; and psychometrically valid both within and across developmental periods
- Tiered approach to assessment, with more detailed assessments of certain subsamples such as peer interactions in childcare/prekindergarten or children at temperament extremes and/or with special needs.

The Study needs to consider greater emphasis on addressing several critical elements:
- Capturing peer environments, particularly social hierarchies, bully/victim dynamics, neglect/isolation—which can predict both diagnostic and predictive outcomes
- Substudies of peer interactions in childcare, prekindergarten, or laboratory settings, including children at temperament extremes and/or with special needs
- Poor quality childcare as an additional "known exposure of high frequency"
- The possibility of embedded (adjunct) studies of siblings, kin, and stepparent relationships, interventions, and those conducted by isolated sites versus clusters
- Use of administrative/record data to confirm educational histories of parents and parent history of antisocial and/or high-risk behaviors (including mental health and crime).

Dr Phillips concluded that the Study design is strong from the perspective of psychological and social determinants of health outcomes as well as the interaction between genetic factors and psychosocial ones. She recommended additional measures of group and peer interactional factors on outcome.

### Utility of the Study's Environmental Exposure Assessment

*P. Barry Ryan, Ph.D., NCSAC Member, Emory University Rollins School of Public Health*

The Study results will lead to a greater understanding of how children experience environmental exposures and how those experiences change during a child's development into adulthood. The many dimensions of a child's environmental exposures include broad levels such as community to narrower levels such as household and the individual. The Study's exposure analyses will improve the state of science in assessing relationships by characterizing the sources of pollution/contaminants, assessing levels of exposure, measuring individual doses of exposure, and determining health effects and outcomes.

The general approach to exposure assessment is through the triad of (1) environmental (chemical, physical, psychosocial) measurements; (2) biological measurements; and (3) questionnaires, diaries, and observations.
- Questionnaires can provide data such as type of residence, pesticide use in the residence, and presence of lead paint in the residence but cannot provide data on all exposures.
- Measurements of chemicals/pollutants in air, water, soil, or food can characterize environmental conditions that might be associated with exposures.
- Questionnaires and environmental conditions provide only indirect measures of exposure.
- Biomarkers such as lead in blood or pesticide metabolites in urine can provide direct evidence of exposures and are generally considered the gold standard for assessing exposures, but they do not indicate the potential health effects of environmental exposures.