- Variations in an individual's ability to metabolize or detoxify environmental contaminants such as lead and pesticides may be reflected in biomarkers.
- Biomarkers may also reflect an individual's susceptibility to environmental exposure.

Three environmental exposure domains that the Study will assess are as follows.

- **Physical.** Characterization will include information on the individual, home, neighborhood, and city or region. Information gathered by questionnaires will include demographic information, region of the country, and likely exposure sources (for example, industrial versus agricultural).
- **Chemical.** Sampling will include persistent organic compounds, nonpersistent nonvolatile organic compounds, nonpersistent semivolatile organic compounds, nonpersistent volatile organic compounds, bioaccumulative inorganic chemicals, nonbioaccumulative inorganic chemicals, and criteria air pollutants.
- **Biological.** Sampling will include biomarkers of exposure, effects (such as markers of change, early effects, and disease), and susceptibility (genetic markers such as gene polymorphisms).

The uniqueness of the Study's data collection efforts is to test hypotheses by collecting target analytes and examining the associations between analytes and related health outcomes (for example, allergens and asthma). Environmental exposure studies have historically focused on a single contaminant, single medium, and single time period. The Study is interested in more complex investigations that include simultaneous multiple contaminants, multiple media, and multiple long-term time periods.

Because of temporal variations in exposures, longitudinal studies are imperative. Children's sensitivity and susceptibility to exposures will vary over time. During its repeated household visits and examinations of children over a 21-year period, the Study's environmental assessments will:

- Supply invaluable information on trends in exposure, temporal variabilities in exposure, and the associations between such variability and health outcomes
- Be invaluable in assessing health outcomes associated with environmental exposures to children
- Reveal some measures of exposure (for example, biomarkers) that may be transient.

The strengths and benefits of the Study's approach to exposure assessment can be summarized as follows.

- The Study's model of longitudinal assessments of exposure allows for better exposure estimates for epidemiology. Strengths of the model include the ability to assess secular trends in exposure, seasonal patterns in exposure, effects of weather, pollutant/contaminant source variability, short- and long-term effects of control strategies, and effects of new exposure sources and patterns.
- The "power" of the Study's design for longitudinal assessments of exposure includes proper selection of participants, maintenance of the cohort, and accounts for changes in sample size.
- The Study offers an incredible, and perhaps unique, potential to increase scientific knowledge of the relationships among sources, exposures, doses, and effects on health and developmental outcomes.

- The combination of questionnaire, environmental, and biological measures will provide a complete understanding of "true" exposure.
- The Study's longitudinal nature affords determination of the convolution of differential exposures and susceptibilities over life stages, which is essential in understanding effects of exposure.

Dr. Ryan concluded that the Study plan for assessment of environmental exposures is strong, combining aspects of direct measurement, biomarkers, and questionnaires. He reminded the planners of the challenge of exposure assessment continually from conception to adulthood and the need to frequently measure chemicals in the environment because of the transient nature of some chemicals.

### Exposure Uncertainty and Dose/Response Modeling

*Louise Ryan, Ph.D., Harvard School of Public Health*

The Study's concept of environmental exposure assessment involves the triad of (1) environmental (chemical, physical, psychosocial) measurements; (2) biological measurements; and (3) questionnaires, diaries, and observations. The Study cannot, however, measure everything on all subjects, at all times because of the complexity of measuring exposures as well as the high costs and subject burden. Good statistical methods can make optimal use of all available data to measure exposures as best as possible without undue costs and burden and without measuring everything on all subjects while maintaining sufficient analytical power.

Dr. Ryan has been working with Battelle to assist the Study to develop new methods to address this problem. She reported on this effort to date.

In terms of environmental epidemiology, there are two classical paradigms for approaching the complexity of exposure assessment:

- Small high-intensity studies with extremely good quality exposure measurements and very focused outcomes
- Studies with scaled-back exposure measurements, using a reliable yet practical exposure measurement and larger number of subjects to improve the power to detect dose-response relationships; a smaller, more intensive study of a subpopulation may be used to "validate" the chosen approach.

Two statistical frameworks can be used for environmental exposure assessments:

- "Gold standard" exposure measurements, which are often too expensive to measure in everyone, particularly in larger studies
- No gold standard, but multiple types of surrogates that can be used to inform about "true" exposure.

Logistic regression models can be used to estimate exposures by combining detailed information on a subsample with less detailed, slightly inaccurate information from an entire sample. For example, a full composite exposure assessment (the gold standard) of 3,000 children can be compared with a dietary assessment (the surrogate) of 100,000 children. A logistic regression analysis can be performed on the subsample of 3,000 children to correlate the gold standard to

the surrogate measure. This analysis can be formulated as a missing data problem using several approaches such as weighted estimate equations, pseudo-likelihood, and maximum likelihood. Maximum likelihood can regain much of the lost information if the poor exposure measurement (dietary assessment) has a decent correlation with the good measurement (the full assessment). The higher the correlation between the full assessment and the dietary assessment, the more information can be recaptured. Measuring a good surrogate exposure can be almost as accurate as directly measuring an exposure of interest.

Implications for analysis are as follows.

- When selection is nonrandom, naïve analysis of a subset can be biased (not just inefficient).
- As long as the chance of being selected depends on observed data, proper statistical analysis is (relatively) straightforward.

A software tool has been developed by Battelle that can determine optimal design strategy under a variety of settings.

- Assuming a maximum likelihood analysis approach, the tool can help pick the selection strategy that minimizes the variance of the estimated parameters of interest.
- There is a need to add appropriate constraints such as limits on number of subjects, total cost, and analytical power.
- The tool can distinguish costs of sampling from costs of assays.
- The user specifies types of outcomes, exposures, and surrogates.

In the conventional approach (gold standard-surrogate measure correlation), study investigators know how to analyze a subsample that has been chosen in a particular way. With the Battelle tool, the design approach can be reversed. For example, investigators may want to achieve a certain analytical power or may want to spend a certain amount of money on a study. How do the investigators decide what subsample to measure intensively and how the subsample should be measured? To determine the design strategy using the Battelle tool, investigators can specify the types of exposures to be measured, which one is considered the gold standard, the total cost for measuring exposures, as well as the individual costs for each measurement.

Complexity of complete exposure assessment precludes doing it on every subject in a study. Careful statistical analysis facilitates combining detailed exposure assessment on a subsample with a less accurate, but cheaper and practical assessment on the entire cohort, avoids bias associated with use of error-prone measure, and gains power.

Dr. Ryan concluded that many interesting directions for environmental exposure assessments and dose-response modeling remain to be explored, including modeling options, time-varying covariates, analytic approximations to speed computations, and analysis components. These creative mathematical approaches may be very useful to the Study.

## NCSAC Discussion and Recommendations/General Discussion

- *Social-behavioral measures for the Study protocol.* Noting that the Neurons to Neighborhoods study described social relationships as the fundamental mediators of environmental effects, Bernice A. Pescosolido, Ph.D., suggested that the social-behavioral

determinants outlined in Dr. Phillips' presentation be incorporated into the Study's protocol. Dr. Phillips commented that relatively inexpensive approaches can capture some aspects of children's social relationships. She recommended that instead of focusing on quality of childcare, the Study could focus on peer interactions within childcare settings. Using questionnaires, childcare providers can provide observational information on social relationships and peer interactions.

- *Radiation exposure measurements.* In response to a question from Jeffrey Long, Ph.D., about measuring radiation exposure, James J. Quackenboss, M.S., explained that environmental exposure measures were selected to address specific Study hypotheses. Because of its relatively low incidence in children, cancer is not a focus of a Study hypothesis. Therefore, ionizing radiation, as well as electric and magnetic fields, at present, are not planned to be measured. However, the Study may decide to measure radiation exposure in the future or link to other available databases that have these measures.

- *Multigenerational data for genetic analyses.* Dr. Scheidt noted that the Study will collect samples and genetic data from study participants, their parents, and, to the extent possible, their siblings. In contrast, the AGES Study initially included grandparents but later determined that association studies should preclude family members. Dr. Scheidt asked whether (1) the Study might benefit from this approach, with the difference being association versus gene discovery; (2) it is possible to examine both gene association and gene discovery; or (3) AGES should reconsider its strategy. Dr. Murray explained that the Study would enroll 100,000 children and include parents and siblings. Because AGES intends to enroll 500,000 people, greater numbers of relatives that are included would result in smaller numbers of individual case families. Dr. Long commented that the inclusion of family members does not detract from association studies. If the Study is interested in studying maternal effects on the fetus, then it should specifically include maternal grandparents.

- *Adaptability and flexibility of the Study's sampling design.* Alan M. Zaslavsky, Ph.D., said that the Study needs to manage the sample in a relative complicated manner but also be adaptive and responsive to preliminary results by adjusting the sampling design as necessary.

- *Hidden costs.* David J. Schonfeld, M.D., said there may be hidden costs if the Study includes measures of exposure for individual children that are not as precise or accurate as the gold standard measures. He explained that relatively inaccurate results reported to a participant's family may trigger a subsequent more accurate but more expensive measure. The Study would have to bear the costs of the initial less expensive, less precise measure as well as the subsequent more expensive, more precise measure. The costs of the original measure and the costs of the consequence should be incorporated into Study modeling.

- *Impact of Study results on policy development.* Helen DuPlessis, M.D., M.P.H., asked whether the Study will involve translational researchers and other professionals who will interpret Study results that have implications for program and policy development of different systems and sectors—medical, civic, environmental, public health—in an effort to support optimal health and development. Dr. Fleischman replied that the NCSAC has committed itself to being accessible and available to the Study as the Study generates

important information and important evidence about outcomes and larger health policy questions. The NCSAC is committed to helping to translate Study findings into program and policy recommendations as data become available in the future.

- *Study cost estimates.* Myron Genel, M.D., asked Dr. Scheidt about the Study's total cost estimate and annual cost estimates. Dr. Scheidt answered that in 2003 the Study's total cost was estimated to be about $2.7 billion over the 25 years of the Study. Modeling of the costs of the visits and recruitment show that the annual costs will be higher during the first 8–9 years of the Study. After this period, the annual costs are estimated to be about $90 million. Dr. Scheidt explained that the Study must now be fit into what is logistically, politically, and economically feasible.

- *Central Study oversight and monitoring.* Peggy M. Shepard asked how the Study will centrally monitor ethical issues such as adverse events, interventions, and confidentiality of genetic information. Dr. Fleischman said that there will be monitoring at multiple levels. Each Study site will have responsibility for such issues with oversight by institutional review boards. The National Children's Study will have standards for confidentiality of all information; a data and safety monitoring board will review adverse events; the NCSAC's Ethics Subcommittee will be available to assist the Study with policy development; and there will be policies and procedures promulgated by the Steering Committee. In addition, the Coordinating Center is contractually required to provide specific oversight of quality assessments in all aspects of the Study. A detailed quality assessment plan is currently being developed through a pilot project.

## Update on Protocol Development

*Ruth A. Brenner, M.D., M.P.H., Director, Study Protocol Development*

Dr. Brenner presented an update on the Study protocol and updates from the protocol development working teams.

**Overview of the Study Protocol.** Dr. Brenner reviewed the Study concepts, development of the protocol from 2000 to 2005, and the basic framework of the protocol. She described the approach for the Study's probability sample and the recruitment goals. The Vanguard Centers have a 5-year enrollment period, with a goal of 250 births per year and a total of 1,250 live births. The additional sites will recruit for 4 years with a goal of enrolling 1,000 live births per site. All Study sites are expected to enroll the same number of births per year (250). There will be wide variations in population density and number of births per year across the 105 Study sites. This variation is reflected across the Vanguard Center sites. As a result, some sites will enroll a larger proportion of the births, whereas other sites will enroll a smaller proportion. Variations in population density have implications for defining segment boundaries, use of stratification, and the number of segments that are selected at each Study site.

**Segment Selection.** The first step in defining the segments is to divide the Study sites into definable segments. The segments need not have the same number of births from one site to another. Within a site, the number of births per segment should be about equal. The segments will be geographically contiguous.

**Number of Segments.** The Program Office consulted outside experts to address issues related to clustering and multilevel modeling. These issues were discussed with the Sampling Working Team, which recommended between 10 and 20 segments per site (50–100 births per segment over the 4-year period). The Program Office received additional input from each of the Vanguard Centers. It was concluded that more segments provide better coverage and less clustering, with implications for cost and community involvement. The number of segments at the Vanguard Center sites range from 7 to 20. The steps for segment selection are to:

- Determine number of segments to be sampled in each site
- Determine stratification variables for segments for each site
- Define segments (Coordinating Center and Vanguard Centers)
- Evaluate definitions (Vanguard Centers)
- Select segments (Coordinating Center)
- Evaluate selection (Coordinating Center and Vanguard Centers).

**Stratification.** The levels of stratification are limited by number of sampled segments. If one segment is sampled per stratum within a Vanguard Center site, then the number of strata equals the number of sampled segments. Geography is the primary stratification variable for nearly all sites. Within the geographic units there may be room for one or two other classifications. For example, the Brookings, Yellow Medicine, Pipestone, and Lincoln counties (BYPL) Vanguard Center site has no strata and has 11 segments, 7 of which will be sampled. For the other sites, the number of strata defined by geography ranges from 10 to 20, which guarantees dispersion of segments across each Vanguard Center site. Other variables include income distribution, race, and ethnicity.

**Comparison of Vanguard Center Sites.** The Duplin County, NC, and Montgomery County, PA, sites will each select 10 segments. About 36 births are expected per segment. It is anticipated that Duplin County will have 800 births. The county's area is 819 square miles; 20 segments are defined for the county. The segments will be grouped into pairs, with one segment selected from each pair. It is anticipated that Montgomery County will have 9,400 births. The county's area is 482 square miles; 240 segments are defined. The segments are grouped into 10 strata, with one segment selected from each stratum.

**Timeline for Defining the Segments.** Three Vanguard Center sites (BYPL, Duplin County, and Montgomery County) have received materials related to segment definition. The remaining four sites will receive their materials by the end of June. Suggested adjustments in boundaries from the Vanguard Centers will be sent back to the Coordinating Center and the Sampling Working Team within about 2 months.

**Protocol Development Working Teams.** The teams formed after the award of contracts. Teams include primarily members from the Program Office, the Vanguard Centers, and the Coordinating Center as well as other experts. The teams are:

- Sampling
- Recruitment and Retention
- Neurocognitive and Social-Emotional Outcomes (suggested measures)
- Environmental Specimens (suggested measures)

- Biological Specimens (suggested measures)
- Physical Examinations (suggested measures)
- Questionnaire (suggested measures)
- Human Subjects
- IMS Development.

**Recommendations from the Working Teams.** The teams recommended measures based on the hypotheses and other previous work (for example, scientific literature and workshops). Criteria were established in each group. For questionnaires, the teams considered validity, reliability, and subject burden. For biological measures and samples, the teams considered reasonable volume, collection appropriate in the visit setting, and reasonable approaches to collect from a healthy population (no more than minimal risk). The Coordinating Center compiled the measures and recorded the clear rationales behind the selection of each measurement.

**Results from Recommendations.** The working teams developed an excellent, comprehensive set of measurements, which would allow the Study to fully address all of the proposed hypotheses. However, as expected, the recommended measurements were deemed to be too burdensome and too costly. In addition, the visits were deemed to be too long and the costs too high, particularly in the early years of the Study.

**Approach to Trimming the Protocol: Length of Visits.** The goal is to shorten the visit length to no more than 3–4 hours of data collections per face-to-face contact (consistent with Study Plan). The Program Office and protocol development working teams examined the time required for activities such as questionnaire, samples, specimens, and examination. The new approach assumes two data collectors per home visit, with increasing amounts of parallel data collection as participants become more familiar with the Study. Several approaches to trim questionnaires have been considered.

**Approach to Trimming the Protocol: Costs.** The goal is to limit the total costs to no more $2.7 billion total. Because of the particularly high costs in the Study's early years, analyses of biological and environmental samples will be deferred. The Program Office is considering awarding contracts for new Study Centers in a staggered fashion.

**Projected Timeline.** The projected Study timeline is:

| | |
|---|---|
| 2005–2007 | Start-up phase for Vanguard Centers |
| 2006 | Completion of the Study protocol |
| 2006–2007 | Requisite reviews and approvals (OMB, per review, institutional review boards) |
| 2006–007 | Post Requests for Proposals for additional Study Centers* |
| 2007 | Award additional Study Centers (contracts)* |
| 2008–2012 | Enroll participants and begin the full Study at Vanguard Centers* |
| 2007–2008 | Start-up phase for additional Study Centers* |
| 2009–2012 | Enroll participants and begin full Study at additional centers* |
| 2009 | First Study results become available (methods, pilots, preliminary)* |
| 2013–2033 | Hypothesis-specific data analysis; publish data; public-use data sets.* |

*Pending funding for fiscal year 2007

After Dr. Brenner's presentation, she responded to comments and questions that addressed the following topics:

- *Information on siblings.* The Study is currently focusing on the measurements for mother, father, and child participants. Measurements on siblings and grandparents may possibly be included, perhaps as a random subset, but these measurements are not currently being planned.

- *Home visits.* Allotting 4 hours for a home visit may not be realistic. Shorter, more frequent visits may be a better approach, which may improve retention rates. Various protocol developers and other experts have expressed differences in opinion about what constitutes reasonable burden for face-to-face session times (from 2 to 4 hours). The Study protocol is currently considering an average home visit time of 3 hours. Some of this time will be allocated to collecting environmental and biological samples. If home visits become longer than planned (for example, from 3 hours to 6 hours), the Study participants will find it necessary to take a day off of work to accommodate the visits. Bias may be introduced if participants are unable to take days off work and unable to participate in the home visits. Requiring the participants to take days off of work to remain in the Study would present both practical and ethical issues.

- *Number of data collectors.* The Study will devote two data collectors per home visit. The data collectors will conduct parallel activities during the visits, and these activities will increase as the participants become more familiar with data collection. Attempts will be made to keep the data collectors consistent from visit to visit, for as long as possible.

- *Feasibility of sampling approaches.* IMS and management of the data collectors will be challenged to handle a variety of protocols and follow varied routines as data are collected from home to home and across Study participants. Subsampling and tiered approaches to sampling will need to be carefully considered by the protocol development teams. The IMS needs to know what tests have been conducted prior to each visit, and decisions will need to be made about what measures can be collected at subsequent visits. Algorithms will need to be designed for analyses of missing data and samples.

- *Homogeneity of segments.* Because the Study is a national probability sample, densely populated urban areas—with varying degrees of socioeconomic status—were not specifically chosen. Populations within segments will not be homogeneous, and areas of poverty will be included within segments. The sampling is designed to have about the same number of births within each selected segment, although birth rates may vary from neighborhood to neighborhood within segments. Neighborhoods within segments will vary by average income and racial/ethnic composition. The sampling approach is designed to protect against overrepresentation or underrepresentation of any specific populations.

## Update on Recruitment, Retention, and Community Engagement

*Chris Cronk, Sc.D., Co-Principal Investigator, Waukesha Vanguard Center*

Dr. Cronk described her professional background and how she became involved with the Study's recruitment, retention, and community engagement activities. The purpose of her presentation was to introduce and summarize a draft document titled Recruitment, Retention and Community Engagement in the National Children's Study. The core of this document was drafted by a small group composed of members from the Program Office, the Coordinating Center, and the Vanguard Centers. From March 2006 through May 2006, the document was evaluated and revised by representatives from all Vanguard Centers.

**Purpose of the Document.** The purpose of the recruitment, retention, and community engagement document is to (1) present guiding principles and a framework for partnering with communities to support the study and (2) provide guidance that will help standardize activities across sites while allowing variation responsive to individual communities.

**Design.** Because of the Study's complexity and length, it will be essential to have community buy-in. In addition to participant data, the Study anticipates collecting data from day care centers and occupational venues as well. The Study Plan and the request for proposals (RFPs) for the Vanguard Centers and the Coordinating Center recognize the importance of community engagement.

**Diversity of Study Site Communities.** The Study sites were selected to be representative of the diversity of the overall U.S. population. This diversity is reflected in the composition of the Vanguard site communities, but the Vanguard sites are not a random sample of the U.S. population.

- The Vanguard sites are 65 percent White, 12 percent Asian, 10 percent other, 8 percent African American, 4 percent two or more ethnicities, 0.6 percent American Indian, and 0.3 percent Hawaiian/Pacific Islander as compared to the overall U.S. population that is 76 percent White, 12 percent African American, 5 percent other, 4 percent Asian, 2 percent two or more ethnicities, 0.8 percent American Indian, and .01 percent Hawaiian/Pacific Islander.
- The combined Vanguard sites are 22 percent Hispanic compared with 19 percent Hispanic for the overall U.S. population.
- Median annual household income of the Vanguard sites ranges from $30,000 to $63,000 compared with the median annual household income of $42,000 for the overall U.S. population.

**Community-Based Participatory Research.** Although the Study has not committed to a strict community-based participatory research (CBPR) approach, there are many CBPR principles that are applicable to the Study. Three of these key principles are to (1) recognize community as a unit of identity, (2) build on strengths and resources with the community, and (3) facilitate collaborative, equitable involvement of all partners in all phases of the research.

**Culture of Science and Scientists.** Scientific method and practices are to some extent at odds with the tradition of participatory research. Scientists generally assume that research findings are true (at least probabilistically) and empirically verifiable. Scientists generally view scientific endeavors as occurring apart from or above social context rather than as socially/culturally constructed. This often reduces the value scientists see in the unique perspectives offered by community members.

**Guiding Principles.** The guiding principles of the Recruitment, Retention and Community Engagement in the National Children's Study document include:

- Collaboration that builds reciprocal relationships between Study scientists and communities is essential in order to establish and maintain true partnerships for studying the health and well-being of children.
- Mutual understanding is needed from both the Study scientists and communities. Scientists need to understand the community needs and resources while the communities need to understand the importance of maintaining the scientific integrity of the study design and data.
- Integration of knowledge and action for the mutual benefit of all parties is achieved through long-term collaborative partnerships.

**Content of the Document.** Dr. Cronk summarized the content of the recruitment, retention, and community engagement document. For the purposes of the Study, the document defines recruitment; retention; community; Study site; sampling segments; national, state, and regional outreach and engagement; local community outreach and engagement; and community needs assessment. The document describes the key components of recruitment, retention, and community engagement. The document also describes the approaches and activities for prerecruitment, recruitment, and retention.

**Study Recruitment and Retention Activities.** Study recruitment and retention activities ideally occur at multiple levels, with specific objectives and roles that reflect supporter and partner involvement and input. The goal of this process is to foster mutually beneficial partnerships that cultivate a sense of personal ownership of the Study and cultivate a sense of pride in the very important contribution of partners and participants to the health of the nation's children. Although the Study and Study sites ensure that the protocol is implemented and that information is provided to partners on an ongoing basis, these important community partners provide invaluable advice and consultation on ways to successfully implement the Study and sustain broad support throughout its course.

**Closing Remarks.** Dr. Cronk explained that the recruitment, retention, and community engagement document is a work in progress. The Recruitment, Retention, and Community Outreach Working Group continues to work on the document's content.

After Dr. Cronk's presentation, she responded to comments and questions and addressed the following topics:

- *Addressing local interests in a national study.* Communities need to engage with the Study in order to be responsive to local interests and needs. Responding to these needs and interests may require adjunct studies. Yet, because the Study is a national research project, the protocol will be standardized across the Study sites. Mechanisms for national oversight for adding concerns and questions about local issues or conducting local adjunct studies have been developed. The Study will have a central review and supervision process for all adjunct and add-on studies.

- *Science versus community engagement.* A challenge for the Study is to implement its scientific activities while successfully engaging communities. The recruitment, retention, and

community engagement document describes the ideal approaches for such activities. The issues of integrating science and community engagement remain to be resolved but are slowly being addressed. The NCSAC is interested in continued involvement in learning about efforts to engage local communities and conduct adjunct studies.

- *Assessment versus intervention.* Another challenge for the Study is the fine line between intervention and observation. Study participation may change participants' behaviors; that is, observation has an effect on the observed (the Hawthorne effect) and subsequently could change the outcome. It is not known whether community engagement activities and providing Study results back to communities and participants exacerbates the Hawthorne effect.

- *Variations in community engagement.* Because of the potential for variations in the definition and interpretation of community engagement and participation across Study sites, the Recruitment, Retention, and Community Outreach Working Group includes representatives from all Vanguard Centers. The group's forthright discussions have focused on this issue. There is substantial buy-in from the Steering Committee on this issue. In addition, the processes and procedures for community engagement are stipulated in the government's contracts with the Vanguard Centers. To date, the Vanguard Centers have made great strides in developing uniform and comprehensive yet flexible approaches to recruitment, retention, and community engagement.

- *Engagement of other groups and entities.* The Program Office and Steering Committee are developing strategies to engage policy makers, legislators, the media, federal agencies, national organizations, health insurers, and colleges. The NCSAC and ICC will share in activities to engage other groups and entities.

- *Study flexibility.* Study researchers need to be open to change and flexibility in engaging communities, both at a personal level and at the level of the Study. To this end, the Vanguard Centers will need assistance in refining their communication skills in order to explain and communicate the limits of the Study's flexibility.

- *Community representation and variations in engagement approaches.* Because of stratification within segments and differences in segment sizes, the extent to which segments reflect distinct communities may vary. Approaches to community engagement need to be tailored to individual Study sites and to segments within Study sites. These approaches will be determined once the segments have been selected. The Coordinating Center and Vanguard Centers will interact to tailor the engagement approaches. The iterative processes of assessing community engagement will allow flexibility to approaches, accommodate changes in community composition, and maintain meaningful engagement over the life of the Study.

- *Partnership versus engagement.* The relationship between the Study and communities should be a "win-win" situation, and communities need to express what they want to "win" from the Study. This relationship is not a true partnership because communities do not share authority, responsibility, and legal representation in decision making. To avoiding misleading communities, the Study should use the term *engagement*, not *partnership.* Implying

community partnerships may lead to false expectations from community members. A more accurate description of *recruitment, retention, and community engagement* might be *enrollment, long-term participation, and community involvement.*

- *Ethical principles of anonymity.* Not all participants may want it known that they are involved in a research project. The Study should be careful to ensure the anonymity of participants, particularly in settings such as apartment buildings.

- *Community consultation.* Once community engagement strategies have been developed with input from key community members, they will be presented to communities for additional comment and feedback.

- *Evaluation of community engagement approaches.* Community engagement approaches will be documented and evaluated. The Study will report on the relative success and pitfalls of the various approaches.

- *Incentives.* The use of incentives for Study participation has been discussed but has not yet been determined.

- *Training of Study personnel.* Study scientists such as Principal Investigators will not be directly involved with Study participants. Community health workers will be most involved with the participants—going into homes, collecting samples, and completing questionnaires. Much of the Study's success will depend on the quality of community health worker training, as well as the health workers' ability to equitably inform researchers. Training may be necessary to teach and establish equitable relationships among health workers and researchers and improve communication among these Study personnel.

## NCSAC Recommendations

The NCSAC strongly supports community engagement that is consistent with the Study design and goals. It applauds the efforts of the Recruitment, Retention, and Community Outreach Working Group and supports continued efforts by the Vanguard Centers to engage communities. The NCSAC recommends that the Study make continued efforts to support Vanguard sites with technical support, training, and help to assist in community engagement activities. In addition, the NCSAC would be interested in receiving periodic updates on the Study's progress in community engagement and would be pleased to help through its Community Engagement Subcommittee.

## Report on Human Subjects Activities: Implications of Revealing Findings to Participants

*Dr. Fleischman*

Revealing findings is one aspect of community engagement and relates to keeping promises to participants and their communities.

**Revealing Findings.** The Study Plan states that "the Study is committed to revealing relevant and important information to participants and their families…to protect the health and well-being of the children who are participants…the Study will provide individual-level data…on environmental exposures, physical and psychological examination findings, and routine laboratory test results. Some data…will be of uncertain relevance to the health or well-being of individual participants. Such data will not be routinely reported to participants."

In addition:

- Scientifically valid and clinically relevant findings will be revealed to individual participants/families.
- Clinically "critical" findings will be revealed in a timely manner.
- Participants will be educated and helped to interpret findings.
- Scientifically valid aggregate findings will be revealed to participants and the general public through presentations, newsletters, Web sites, journal publications, and other media.
- Revealing site-specific findings will require sensitivity to community concerns.

During its September 20–21, 2005, meeting, the NCSAC agreed on the following statements:

- The Study should inform participants and families about all medically or clinically relevant individual findings regardless of whether there is an available intervention.
- The Study should have methods to identify in a timely manner clinically critical findings, with appropriate "red flags," and as best as possible, involve personal physicians and families in dealing with these clinically critical findings.
- When participants might wish to know clinically relevant but not clinically critical findings, the participants should be offered the findings.

During its January 24–25, 2006, meeting, the NCSAC agreed on the following statements:

- The Study has an obligation to share clinically relevant individual-level data with individual participants and families.
- There is also an obligation to share community-level data of importance with the broader community at each site.
- There may be potential risks to individuals and to the entire community of revealing information found in the Study.
- What constitutes "clinically relevant" and who decides what data are revealed is unclear at present.

On March 22, 2006, a group of consultants that included representatives from the Vanguard Center IRBs, Principal Investigators, IRB chairs, and liaisons met to discuss Study human subjects issues. The purpose of this meeting was to mitigate differences among local IRBs and to address any concerns early in the process.

The group generated the following points to consider:

- Revealing information has the potential to increase the level of risk to participants, even possibly increasing the risk of the Study above "minimal."
- Revealing information is a potential intervention.
- Informed consent must be clear on the intentions concerning revealing findings

**Revealing Findings to Individual Participants.** Based on the issues discussed during the March 22, 2006, consultation, Dr. Fleischman offered the following recommendations with regard to revealing findings to individual participants:

- Reveal results of individual clinical information including routine physical, psychological, and laboratory tests.
- Reveal clinically critical information in a timely manner.
- Reveal results of environmental exposure assessments when there is a known relationship between exposure and a significant negative health outcome or predisposition to disease.
- Do not provide genetic information or other information of uncertain clinical relevance to participants or families—except in the unusual circumstance that clinically relevant information may impact on the health and well-being of the Study participant in the future. Such information should be provided optionally after informing participants that the information is available.
- The Study should develop a process for serially examining the data being developed and determine which information is potentially clinically relevant and useful. Such information should be provided optionally to participants after informing participants that the information is available. As best possible, personal physicians should be involved in revealing such findings.
- The informed consent must include language that clearly describes the process of revealing findings to participants.

## NCSAC Recommendations

- *Revealing results.* The Study should reveal all medically or clinically relevant information to participants. This information should include physical, psychological, and laboratory tests that are routinely performed in clinical practice.
  - Information of uncertain relevance or utility should not be revealed.
  - Clinically critical information should be measured and revealed in a timely manner.
  - The Study should have a process to determine which information being collected is medically or clinically relevant and will be revealed to the participants.

- *Revealing results of environmental exposures.* The Study should inform participants of environmental exposures with known and accepted risk and discuss with participants the clinical relevance of such exposures.

- *Authority for known risks.* Since, in many circumstances, a definitive authority for known risk exposure has not been established, establishing such an authority will be the responsibility of the Study based on the best available evidence.

- *Genetic information.* The Study should not reveal genetic information, except in the unusual circumstance of information that is of "clinical relevance and utility" to participants and families.

- *Involvement of participant's clinician.* Discussion and interpretation of findings may benefit from involvement of the participant's clinician. Because participants may not want to be

informed of all findings, they should be given options about which findings will be revealed to them.

- *Principles, policies, and processes.* The Study should articulate its principles and policies about revealing findings to participants through the informed consent process. Rules and regulations such as the Federal Privacy Act and the Health Insurance Portability and Accountability Act should be considered. Policies regarding the identification of relevant information, how the information is released/made available, and how the relevance of the data are explained or interpreted should be established. One approach for revealing information would be transmitted information from the Study Centers to a participants' personal physician or health care provider, who would in turn reveal the findings to the participant and provide interpretation or explanations about the findings. Processes and policies for revealing findings to third parties such as other family members will need to be established.

- *Access to health care.* One of the possible benefits to Study participants is access to health care. Although health care will not be routinely provided to participants, Study sites will have relationships with health care providers so that referrals for medical or clinically appropriate care can be made. The Study sites' relationships for referral were stipulated in the RFPs.

## Day Two

### Welcome and Recap of Day One

*Dr. Fleischman*

Dr. Fleischman welcomed participants to the meeting's second day and reviewed the highlights of the first day and the agenda for the second day.

### School Exposure Assessment and Its Challenges

### Moderator's Introduction

*David J. Schonfeld, M.D., NCSAC Member, Cincinnati Children's Hospital Medical Center*

Dr. Schonfeld noted that the Program Office is finalizing details of the Study protocol to address the prepregnancy and pregnancy periods and the first 2 years of children's lives. The next phase in protocol development will include the assessment of exposures in childcare, daycare, and school environments. Children are exposed to a tremendous range and almost unlimited variety of environmental conditions in schools. Schools have far-reaching and profound impacts—potentially both positive and negative—on the health and development of America's children and youths. As children grow older, the content of school curricula becomes less important than the social influences of peers in school settings. Therefore, the issue is not whether the Study should assess school environmental exposures but what exposures will be assessed and how they will be assessed. The current challenge is how to optimize school-based exposure measurements within the framework of the Study.

## Optimizing Interactions in the Classroom: Experiences from Two National-Level Studies

*Robert C. Pianta, Ph.D., University of Virginia*

Dr. Pianta described the experiences of two large-scale, national-level observational studies of classrooms: (1) National Center for Early Development and Learning Multistate Prekindergarten (preK) Study (NCEDL) and (2) the NICHD Study of Early Child Care and Development (SECCYD). This presentation summarized what was learned from these two studies in terms of substantive results and considerations for logistics, planning, and data collection for the Study. Dr. Pianta discussed the study methods, decisions, and results as related to describing the classroom experiences of children in preK through 5th grade. The studies assessed how children's experiences related to structural features of classrooms and the ways in which these experiences mattered to children.

**Characterization of the Two Studies.** Collectively, NCEDL and SECCYD observed 1,000–1,200 classrooms at 5 levels: preK, kindergarten, grade 1, grade 3, and grade 5. The aggregate data were compiled from a total of 5,000 classrooms, which makes this the largest set of systematic standardized classroom observations in U.S. schools. These two studies offer a national view on classrooms. To date, there have been no nationally representative studies of classroom environments, either using children as the sampling frame or classrooms as the sampling frame. The study sites were ethnically and economically diverse. The first grade observations were made in 700 schools in 300 school districts. The classroom was the unit being sampled, not individual children. There were 10 SECCYD sites in 9 states, and the preK study sites were in 6 states.

**Observational Issues.** Observations and large-scale applications in classrooms often require trade-offs and decisions. No system can address every concern. Key issues for large-scale work include:

- Multiple versus single occasions
- Length of the observational "window"
- Time of day/content of instruction
- Unit of analysis—global or micro (for example, time sample, event sample) or both?
- Classroom level or child level
- Training demands and reliability—increase with scale
- A system applicable across diverse settings (a key issue for the Study).

**Methodology.** The choices for observation systems include time of day, classroom-level versus child-level focus, and time-sampled codes (setting and activities, teacher behaviors, and child behaviors). When assessing classroom quality, observational codes can be selected because they predict children's social and academic skills. "Value added" effects control for family, parent, and child factors; prior functioning; and prospective and experimental designs. The methodology should offer confidence that indicators relate to what matters for children's development. Global scales are almost always better predictors than the quantity of exposure to a given type of instruction. CLASS was the global rating scale to analyze the aggregate data from the two studies.

**CLASS.** CLASS focuses on (1) how teachers and students interact, rather than on physical or structural attributes of schools and classrooms and (2) intentionality—what the teacher is doing to promote the positive emotional, social, and academic development of students in the classroom. Factor analysis of all CLASS scales indicate three broad constructs: emotional support, organization/management, and instructional support.

**Exposure to Activities and Practices.** The vast majority of interaction/activity is whole group or individual seatwork. There are few, if any, social or instructional interactions between teacher and individual child. Mostly activities involved literacy. There was exceptional variation from classroom to classroom. There is no "typical class."

**Allocation of Activities.** In grades 1–5, children spend high levels (30 percent) of their time in "business/routine" activities such as managing materials and routines. These grade levels spend high levels of their time focusing on "basic skills," with the levels increasing from grade 1 to grade 5. For these grade levels, the ratio of listening/sitting/watching to doing is 10:1.

**Summary and Correlates of Descriptive Results.** There was exceptional variability within and across grades, generally passive instructional environments. There was little to no association with teacher experience or training, teacher salary, or small associations (.10–.20). Larger classes were more structured; smaller classes were more social and had higher instructional quality. Family income/education was related to more positive ratings. The teacher's sense of self efficacy related to more positive ratings. Children needing access to stable high-quality instruction typically did not receive it. Schools operate more as moderators of risk than as promoters of general development.

**Lessons Learned.** The experiences with NCEDL and SECCYD have shown that:
- Large-scale observational assessments are feasible.
- Norms for classrooms are a reasonable goal.
- The largest cost-center is the "classroom visit."
- Dimensional rating systems that focus on interaction and classroom process yield better validity and can be standardized for training.
- Within and between days and across months, the variation of quality dimensions is not large.

**Considerations for the Study.** Dr. Pianta noted the following considerations for the Study's assessment of classroom settings:
- The Study's large scale is conditioned by the sampling frame (that is, multiple children in a given school or in a given classroom)
- A minimal observational window is two cycles of 20–30 minutes each.
- Videotaped data collection is possible.
- Cost-center is the visit. (To save costs, can multiple aspects of the setting be sampled by the same person?)
- The Study should consider selecting/observing a representative subsample.
- Web-based training and certification of coders can be a way to address the challenge of many, widely distributed observers.
- The Study should consider which grade(s) it wants to assess.

- The Study needs to determine the point of contact for consent (that is, the school district/school board, the school/principal, or the teacher).
- The cancellation rate for NCEDL and SECCYD was about 10 percent. Although individual children may not be present, the Study may still want to observe the classroom.
- The overall successful collection rate from classroom observations is lower than that for laboratory or home visits.
- About 25 percent of children switch schools during the course of the school year.
- The minimum lead time for planning and implementing a classroom observational study is about 6–8 months.

After Dr. Pianta's presentation, he responded to comments and questions that addressed the following topics:

- *Parental permission.* If an observational study focuses on an individual child, parental permission/consent is not required for all other children in a classroom.

- *Classroom access.* A two-pronged approach can be used to contact schools and gain access to a classroom. The first approach involves contacting a school district, describing the plan for classroom observation of individual children, informing the school district that there will be parental consent, and asking what is necessary to gain classroom access. The second approach involves contacting the child's teacher to set up the actual visit.

- *Responses to requests.* School district responses to requests for observational studies are varied but generally positive. Community engagement during the planning phase of an observational study will help to make the school districts aware of a study purpose and benefit. Community engagement generally leads to a higher response rate. Challenges to requests include different consent forms for every school district, teacher, and parent. By informing school districts that the child is the unit of interest, requests for observational studies that emphasize a focus on child development generally lead to positive responses.

- *Requests for study findings.* Dr. Pianta explained that there were no requests from parents, schools, or school districts for NCEDL findings. Had such requests been made, they would have been denied. Protection of information can be stipulated in study protocols.

- *Consent issues.* Because it is a national project of national interest, the Study could benefit from support and endorsement from the U.S. Department of Education. Informing school districts, principals, and teachers that a classroom observational study is endorsed and supported by the U.S. Department of Education would improve consent.

- *Public versus private schools.* The variations in activities in public versus private schools were similar. There were few differences in outcome measures for public and private schools.

- *Teacher reports versus observation.* Teacher reports of standardized measures of a child's social competence, problem behavior, and academic functioning show little concordance with observational results, with the exception of more global rating scales (for example, a child's self-reliance in the classroom). Aggression and misbehavior are low-frequency events

and have almost no association with teacher reports. Many of these behaviors occur outside the classroom, and teachers may underreport such behaviors if observed.

- *Teaching quality.* Observed teaching quality has little or no association with schools' indicators and markers of the quality of teaching.

- *Peer-group interactions.* Both NCEDL and SECCYD collected peer-interaction data. Peer interactions in schools are more successfully sampled in contexts in which they are most likely to occur, such as lunch rooms and playgrounds during recess. Sociometric data such as popularity and sociability are best collected in the classroom. Teacher-reported tools and tools for children reporting on each other are available to collect such data. Global rating scales are effective and valid in assessing observational data from lunch rooms.

## Research Challenges: Assessing Children's Environmental Exposures in Schools

*John L. Adgate, Ph.D., University of Minnesota School of Public Health*

Dr. Adgate briefly described his experience with probability sampling of children in school settings. He noted some issues of environmental assessment in schools such as study design and hazards, presented some relevant results and lessons learned from the Schools Health Initiative on Environment, Learning, and Disease Study (SHIELD), and discussed the challenges and potential solutions for assessing children's environmental exposures in schools.

**Study Design and Schools.** Exposure measurements in epidemiological studies generally include hierarchies of exposure information (for example, cost and ability to classify and estimate exposures, data collection approaches, and important toxicant exposure events). Hierarchical exposure assessments are basically a series of nested studies. The Study is a prospective study of a probability sample that is essentially numerous nested studies. SHIELD was a nested study of about 150 children. Sampling included blood, urine, indoor air, and personal air. The study had a variety of response rates for its measures. The key issues for school environment studies are (1) tracking children over time and space, response rates, and representation within all racial and ethnic groups; (2) finding subjects at the upper end of exposure distributions; and (3) determining the best allocation of measurement resources.

**Importance of School Studies.** Children spend 35 or more hours a week at school, and there are many potential exposures of interest. Conducting studies in schools helps identify, contact, recruit, rerecruit, and monitor children for additional studies. Working in schools develops partnerships with schools and communities that promote retention and overall study success. There is a perception that school exposures are important.

**Hazards for School Children.** Children can potentially be exposed to a variety of biological, physical, and chemical hazards in schools. Biological hazards include allergens, fungi, bioaerosols, and endotoxins. Physical hazards include accidents, which are the leading cause of death in children and adolescents. Each year, 4 million child/adolescent injuries occur in school settings. Chemical hazards include outdoor/indoor air pollutants and pesticides.

**SHIELD.** This study was a school-based probability sample from two diverse inner-city Minneapolis, MN, schools. There was little difference in environmental quality between the two schools. Multiple environmental stressors were measured inside and outside the subjects' bodies, with a big emphasis on biomarkers and personal dosimeters. The study had greater success at recruiting children from non-English-speaking (71 percent) than English-speaking (42 percent) families. The study had high retention rates once the subjects were enrolled.

**Research Challenges.** The challenges for assessing children's environmental exposures in schools include:

- Mobile population, especially low-income households, which have a higher frequency of moving
- Wide variety of languages
- Maintaining contact with study participants(via telephone/e-mail)
- General lack of trust for researchers
- Range of "unconventional" lifestyles and living arrangements
- Retention/representation.

**Improving Retention.** Working with schools can help retain study subjects. Studies can provide resources that schools can use. Trained, professional study staff should be involved with school staff. Child-friendly phlebotomists and school nurses are one of the key factors in retention. The study should be a trusted organization/consortium. Schools can help a study with tracking, which will help with retention.

**Process Issues.** The main process issues for schools are administration (for example, permission/insurance, IRBs, neighborhood/community involvement, Family Educational Rights and Privacy Act of 1974) and data collection (for example, timing, sample locations, amount of sample collected). Dr. Adgate suggested that the Study pick a limited number of schools/school districts within an area, based on defined criteria, to preserve the Study's main goals. Process issues for individuals include incentives, neighborhood/community involvement, and communicating and interpreting results.

**Final Thoughts.** The Study needs school involvement to meet its long-term retention and compliance goals. Schools are a nexus of subjects and communities. The biggest challenge will be deciding how and with which schools to work within the probability sample framework. This is a complex interaction of time, resource, logistical, and statistical power considerations.

After Dr. Adgate's presentation, he responded to comments and questions that addressed the following topics:

- *Differences in recruitment success.* SHIELD recruiters represented every racial and ethnic group represented in the two schools. Recruiters targeted individuals from their own racial/ethnic group, and schools were the platform for recruitment. Some of the recruiters were school language assistants and were highly respected at the schools and within their community. All recruiters were persistent, but some were less successful than others. Several community groups were contacted, but they expressed little interest in the study. A general lack of trust of researchers may have contributed to the differences in recruitment success, and the collection of blood and urine samples may have been deterrents. Dr. Adgate

explained that immigrant groups/communities tended to be more connected and socially cohesive than English-speaking groups/communities. Immigrant groups/communities perceived schools and school nurses as "trustworthy" and were willing to participate in a "school study." African Americans in the school district had the highest socioeconomic levels and had a low interest in study participation.

- *Venipuncture.* Local anesthetics for venipuncture were not used in SHIELD.

- *Public discovery of environmental samples.* Training for crisis preparedness often includes public discovery of positive environmental samples, which raises concerns about child health. Releasing environmental information—particularly about samples that exceed regulatory levels—may generate high levels of anxiety and may even lead to irrational actions such as school closures. Because there are very few regulatory standards for indoor exposures such as allergens and dust, positive samples in schools should not necessarily trigger concerns about health. There are regulatory standards for outdoor air quality, and positive samples of airborne pollutants from school playgrounds (for example, heavy metals) may trigger health concerns and actions such as school closure.

- *Home versus school samples.* SHIELD did not collect outdoor air samples at the schools. Indoor air samples were collected at the schools as well as the study participants' homes. Levels of airborne agents such as dust and allergens were generally higher in homes than in schools.

- *Smoking.* Smoking was not allowed in the study schools, and SHIELD did not assess second-hand smoke in the schools.

## NCSAC/General Discussion

The discussion included questions and comments about the following topics:

- *Schools' expectations of studies.* Dr. Pianta explained that the investigators framed the psychosocial studies as focusing on children's development as they progress through school and that schools play a significant role in developmental outcomes. This framing emphasized the common goals of the studies and the schools. Dr. Pianta said that in his studies he has observed tremendous variation in the quality of schools' physical environments. Many schools may exceed thresholds of communities' expectations of physical quality and environmental health and safety. Assessing the health and safety of school environments tends to trigger greater sensitivity and scrutiny of such studies. Dr. Pianta stated that schools would have different expectations for the two types of studies (psychosocial versus physical). Dr. Adgate said that one of the expectations of the Minneapolis schools was not to be "blindsided" by findings that may exceed environmental standards. The schools were informed of the findings on a regular basis.

- *Descriptive assessment of schools' heating, ventilation, and air conditioning (HVAC) systems.* Dr. Adgate said that the Minneapolis studies assessed HVAC and plumbing systems. Because of their age differences, there were differences in these systems at the two

schools; one was a "clean air school" with a newer, more efficient HVAC system. There appeared to be little difference between the plumbing systems.

- *Criticism of schools.* Dr. Scheidt asked whether any groups or individuals had contacted or pressured the studies in order to find some fault with the schools. Dr. Adgate replied that some adults in the schools complained of nonspecific problems, and they were concerned with causes of the problems and interested in identifying the sources of the problems. Dr. Pianta noted that results of psychosocial studies (for example, demonstrating that a teacher's classroom activities matter more than a teacher's academic credentials) may pressure schools about teacher training and expenditure of resources.

- *After-school programs.* Dr. Pianta said that he has conducted studies in before- and after-school childcare environments. There are standard protocols for observing and assessing children in out-of-school environments.

## Support for the National Children's Study

*Eileen Ouellette, M.D., J.D., President, American Academy of Pediatrics*

Dr. Ouellette thanked the NCSAC, the Program Office, and other Study personnel for the opportunity to discuss the Study and the commitment of the American Academy of Pediatrics (AAP) to the future of children's health research. Pediatric research is the foundation for the care and critical treatments that are often taken for granted, such as surfactants for infants in respiratory distress or placing babies on their back to reduce sudden death syndrome. The Framingham Heart Study and the Women's Health Initiative have provided valuable information about adult health outcomes. The Maternal-Infant Health Study was one of the first longitudinal studies of children's health. Its goal was to follow children from pregnancy to 7 years of age. It was abruptly terminated 40 years ago, a casualty of the Vietnam War. Although crude by present standards, and in spite of its truncation, the study provided important information in areas such as febrile seizures and the antecedents of cerebral palsy. Much important information, however, was lost when the Maternal-Infant Health Study was terminated.

The Study has the opportunity to add to the current knowledge of how to improve the health care of children and adolescents. The Study's findings will influence medical care and health care decisions for children for decades to come. For this reason, AAP strongly supports the Study. In a time of burgeoning health care costs and limited resources for health care research, including pediatric research, prevention is a cost-effective approach. Carefully conducted research has the potential to identify important and even life-saving interventions. The Study is unique because it will investigate multiple determinants of children's health, including biological, environmental, and sociological factors. In addition to measuring a broad variety of environmental exposures and establishing linkages with a large number of outcomes, gene-environment interaction and gene expression are very important elements of the Study. There has never been a longitudinal study of this scale in the United States that has simultaneously examined all of these factors and their relationships.

The determinants of many adult diseases begin during childhood. Findings from the Study will enhance the ability of primary care and subspecialist pediatricians to improve the health of adults

by improving the health of children. The Study represents a critical step forward toward preserving the health and well-being of the next generation. Although the Study is bold and ambitious, it must move forward. Despite its 25-year timeline, data will be generated with the first several years of the Study.

AAP strongly urges Congress to provide the necessary federal funding to continue the crucial work of the Study. Much time, effort, and money has been devoted to the planning and early implementation of the Study. AAP members have been instrumental in requesting funding for the Study's planning phase and are also actively participating in the Study's early implementation at the Vanguard Centers. AAP members will convey information about the Study's planning and early implementation to members of Congress in an effort to provide sufficient funding for subsequent years. The Study needs $69 billion in fiscal year 2007 to move forward to the implementation phase. The costs of the Study are dwarfed by the costs of treating the diseases and conditions that the Study expects to address. Six of the chronic diseases that the Study plans to examine—obesity, injury, asthma, diabetes, schizophrenia, and autism—cost the nation more than $600 billion each year. If the Study could reduce the incidence of these chronic conditions by only 1 percent, it would pay for itself several times over.

The potential benefits of the Study are clear to the pediatric community. AAP, with its 60,000 member pediatricians, is committed to fighting for ongoing and new funding for the Study. So far in 2006, AAP has organized two Congressional briefings to discuss the importance of the Study with key budget and appropriations staff members. AAP has been instrumental in facilitating 50 organizations to sign a letter to Congress requesting full funding for the Study. AAP has submitted written testimony on child health funding that specifically addresses the Study. AAP members have been engaged through the Academy's advocacy network and have e-mailed more than 150 members of Congress asking them to support full funding of the Study. AAP has issued a news release in response to the President's proposal to phase out the Study in fiscal year 2007. All major pediatric organizations and several national health organizations are working with AAP to support the Study. AAP will continue its efforts until it is certain that the Study will receive the sustained and robust federal support that it needs, not only in fiscal year 2007 but over the 25-year length of the Study.

The Study is a major undertaking that is well worth the costs and efforts. Pediatricians of the future will be better able to care for children as a result of the Study's findings. Children in the United States and around the world will benefit from the Study, and ultimately adult health care will also benefit. Although there has been much progress in children's health over the last 75 years, many questions about how to promote children's health remain. AAP stands behind the Study as it endeavors to answer the many questions about children's health and fully realize its goals.

## NCSAC/General Discussion

The discussion included questions and comments about the following topics:

- *Contacting members of Congress.* During their meetings, NCSAC members are special government employees and are forbidden to lobby Congress on behalf of the Study. Outside of meetings, they are private citizens and can contact members of Congress. Contact

information is available from a variety of private sources. Dr. Ouellette commented that e-mailing is the most effective means of communicating with Congressional members.

- *Issues and concerns of AAP members.* Dr. Ouellette reported that one of the members' greatest concerns is that the scope of the Study is too broad and has the potential to reduce available funding for R01 grants. Dr. Scheidt explained that funds not spent on the Study will not be allocated to the funding pool for R01 grants. Funding for the Study and R01 grants is not competitive or mutually exclusive.

- *Dr. Alexander's presentation on children's environmental health.* Dr. Eaton reiterated her suggestion that Dr. Alexander be asked to present on children's environmental health to AAP's fall meeting. Dr. Ouellette promised to follow up with this suggestion, to the extent that she can.

- *Benefits to practitioners.* Fernando A. Guerra, M.D., M.P.H., commented that some practitioners may not understand the potential benefits that the Study offers. He said that practitioners need to know how pediatric research results can affect practice and improve health outcomes. Dr. Guerra asked what AAP is doing to inform practitioners about the benefits of pediatric research. Dr. Ouellette explained that AAP communicates information on the application of pediatric research findings to practice in several ways, such as its Web site, newsletter, and other publications.

- *Training of pediatricians.* Barbara Anne Nabrit-Stephens, M.D., M.B.A., suggested bridging the gap between research and practice by engaging pediatricians in training and making them aware of the Study. Dr. Ouellette replied that AAP has a very active residents' section with about 10,000 members. This section will meet for an entire day at the fall AAP meeting. It was suggested that Dr. Alexander address these AAP members during their meeting. Dr. Scheidt noted that the Study envisions various training programs at the Study Centers, and a grant for a training program at one of the Vanguard Centers has been awarded.

- *Informing other organizations.* Edna R. Ranck, Ed.D., commented that the early childhood field should be made aware of the Study, and she offered to provide the names and contact information of relevant early childhood groups and organizations.

## NCSAC Members

Alan R. Fleischman, M.D., NCSAC Chair, The New York Academy of Medicine
Marion J. Balsam, M.D., NCSAC Executive Secretary, NICHD, NIH, DHHS
*Linda Burton, Ph.D., Pennsylvania State University
John L. Butenhoff, Ph.D., C.I.H., D.A.B.T., 3M Company
Robert E. Chapin, Ph.D., Pfizer Inc.
*Frank Chervenak, M.D., Weil Medical College of Cornell University
Giselle Corbie-Smith, M.D., M.S., University of North Carolina, Chapel Hill (participated via telephone)
Janet Currie, Ph.D., Columbia University
*George Daston, Ph.D., Proctor and Gamble

Allen Dearry, Ph.D., ex officio member, NIEHS, NIH, DHHS
Nancy Neveloff Dubler, LL.B., Albert Einstein College of Medicine and Montefiore Medical Center
Helen DuPlessis, M.D., M.P.H., University of California, Los Angeles
Antoinette P. Eaton, M.D., Ohio State University
*William Farland, Ph.D., ex officio member, Office of Research and Development, EPA
Elena Gates, M.D., University of California, San Francisco
Myron Genel, M.D., Yale University
Fernando A. Guerra, M.D., M.P.H., San Antonio Metropolitan Health District
*James N. Jarvis, M.D., University of Oklahoma Health Sciences Center
Loretta F. Jones, M.A., Healthy African American Families
Liliana J. Lengua, Ph.D., University of Washington
*Bruce Levin, Ph.D., Columbia University
Jeffrey C. Long, Ph.D., University of Michigan
Edward McCabe, M.D., Ph.D., University of California, Los Angeles (participated via telephone)
Barbara Anne Nabrit-Stephens, M.D., M.B.A., Blue Cross Blue Shield of Florida
Bernice A. Pescosolido, Ph.D., Indiana University
Amelie G. Ramirez, Dr.P.H., Baylor College of Medicine
R. Gary Rozier, D.D.S., M.P.H., University of North Carolina, Chapel Hill
Cynda Hylton Rushton, D.N.Sc., R.N., F.A.A.N., Johns Hopkins University Medical Institutions
P. Barry Ryan, Ph.D., Emory University
David J. Schonfeld, M.D., Cincinnati Children's Hospital Medical Center
Peggy M. Shepard, West Harlem Environmental Action, Inc.
Robert F. Spengler, Sc.D., ex officio member, Office of Public Health Research, CDC, DHHS
Alan M. Zaslavsky, Ph.D., Harvard University

**Did not attend.*

## ICC Members in Attendance

Elizabeth H. Blackburn, B.S.N., Office of Children's Health Protection, EPA
Amy Branum, M.S.P.H., National Center for Health Statistics, CDC, DHHS
Woodie Kessel, M.D., M.P.H., Office of the Secretary, DHHS
Sarah Keim, M.S., NICHD, NIH, DHHS
James J. Quackenboss, M.S., Office of Research and Development, EPA
Peter C. Scheidt, M.D., M.P.H., NICHD, NIH, DHHS
Kenneth C. Schoendorf, M.D., M.P.H., CDC, DHHS

## Program Office Scientists in Attendance

Ruth A. Brenner, M.D., M.P.H., NICHD, NIH, DHHS
Richard Callan, M.P.H., NICHD, NIH, DHHS

## Participants and Observers

John L. Adgate, Ph.D., University of Minnesota School of Public Health

Duane F. Alexander, M.D., Director, NICHD, NIH, DHHS
Arthur M. Bennett, B.E.E., M.E.A., NICHD, NIH, DHHS
Allison Brewer, Ogilvy Public Relations Worldwide
Kay Campbell, Ogilvy Public Relations Worldwide
Kate S. Costella, M.S.W., NICHD, NIH, DHHS
Christine Cronk, Sc.D., Medical College of Wisconsin
Elizabeth A. Davis, NICHD, NIH, DHHS
Victoria Dergileva, Booz Allen Hamilton, Inc.
Chris Derienzo, Duke University and U.S. Public Health Service
Juanita Sims Doty, Ph.D., NICHD, NIH, DHHS
Paul J. Duska, NICHD, NIH, DHHS
Alexa Fraser, Ph.D., Westat
Andrew R. Gilbert, M.D., University of Pittsburgh School of Medicine
Doris B. Haire, American Foundation for Maternal and Child Health
Carolyn R. Hamilton, NICHD, NIH, DHHS
Julie R. Ingelfinger, M.D., Massachusetts General Hospital and Harvard Medical School
Charles E. Knott, M.P.A., Battelle Memorial Institute
Carla E. Maffeo, Ph.D., Westat
Clare C. Mitchell, American Psychological Association
Jeffrey C. Murray, M.D., University of Iowa
Jessica Norris, M.S., Booz Allen Hamilton, Inc.
Eileen M. Ouellette, M.D., J.D., F.A.A.P., American Academy of Pediatrics
Deborah A. Phillips, Ph.D., Georgetown University
Robert C. Pianta, Ph.D., University of Virginia
Pamela L. Pressley, M.S.W., Consortium of Social Science Associations
Edna R. Ranck, Ed.D., Westover Consultants, Inc.
Louise Ryan, Ph.D., Harvard School of Public Health
Jessica N. Sapienza, M.H.S., NICHD, NIH, DHHS
Regina A. Shih, Ph.D., NICHD, NIH, DHHS
Vincent Stine, Ph.D., American Association for Clinical Chemistry
Karen A. Studwell, J.D., American Psychological Association
James Swanson, Ph.D., University of California, Irvine
Ruth A. Thomson, M.P.H.. Westat
Uma Veeraswami, Booz Allen Hamilton, Inc.
Pathik D. Wadhwa, M.D., Ph.D., University of California, Irvine
Ann Walker-Jenkins, Association of Women's Health, Obstetric and Neonatal Nurses
Baoguang Wang, M.D., Dr.P.H., U.S. Food and Drug Administration, DHHS
Jean Marie Wilson, Westat
Grace Yang, M.P.A., National Opinion Research Center

*I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.*

07/31/06

Date

Alan R. Fleischman, M.D.
Chair
National Children's Study Federal Advisory Committee

## Comments on National Children's Study: Neurobehavioral and Psychosocial Protocol

Presentation to the NCS Federal Advisory Committee Meeting
May 31, 2006

Deborah Phillips, Ph.D.
Professor of Psychology
Georgetown University

## A National Resource

- Blends epidemiological, genetic, & developmental frameworks and methods
- Mechanisms as the central topic of investigation, thus direct capacity to inform policy and practice
- Equal weight given to biologically and environmentally-derived risks and protective factors: interactive, cumulative effects

Opportunity to address critical issues of developmental timing/unfolding of:

- Susceptibilities,
- Exposures,
- Intervening/moderating/mediating factors,
- Outcomes (clinical and subclinical, plus beating the odds)

***From Neurons to Neighborhoods: The Science of Early Childhood Development***



**Committee on Integrating the Science of Early Childhood Development**

**Board on Children, Youth, and Families**
**Institute of Medicine**
**National Research Council**

## Committee Members

- **Jack Shonkoff** (*Chair*), Brandeis University
- **Deborah Coates**, The City University of New York
- **Greg Duncan**, Northwestern University
- **Felton Earls**, Harvard Medical School
- **Robert Emde**, University of Colorado Health Sciences Center
- **Yolanda Garcia**, Santa Clara County Office of Education
- **Susan Gelman**, University of Michigan
- **Susan Goldin-Meadow**, University of Chicago
- **William Greenough**, University of Illinois at Champaign-Urbana
- **Ruth Gross**, Stanford University Medical School
- **Megan Gunnar**, University of Minnesota
- **Michael Guralnick**, University of Washington
- **Alicia Lieberman**, University of California at San Francisco
- **Betsy Lozoff**, University of Michigan
- **Ruth Massinga**, The Casey Family Program
- **Stephen Raudenbush**, University of Michigan
- **Ross Thompson**, University of Nebraska
- **Charles Nelson** (*liaison*), University of Minnesota

## Sponsors

U.S. Department of Health and Human Services (HHS)
- Administration for Children and Families (ACF)
- Administration on Children, Youth, and Families (ACYF)
- Office of the Assistant Secretary for Planning and Evaluation (ASPE)
- Centers for Disease Control and Prevention (CDC)
- Maternal and Child Health Bureau (MCHB), Health Resources and Services Administration (HRSA)
- National Institute of Child Health and Human Development (NICHD)
- National Institute of Mental Health (NIMH)
- National Institute of Nursing Research (NINR)
- Office of Public Health and Science (OPHS)
- Substance Abuse and Mental Health Services Administration (SAMHSA)

U.S. Department of Education (DoE)
- Office of Special Education Programs

The Commonwealth Fund
The Ewing Marion Kauffman Foundation
Heinz Endowments
The Irving B. Harris Foundation

## Conclusions

- What happens during the first months and years of life matters a lot, not because this period of development provides an indelible blueprint for adult well-being, but because it sets either a sturdy or fragile stage for what follows.
- NCS: Longitudinal design, thus growth modeling of trajectories
- NCS: Frequent early assessments (pregnancy, birth, 1 mo, 6 mo, 12 mo, 18 mo.)

## Conclusions

- "Zero to Three" begins too late and ends too soon
- NCS: Conception (pre-conception?) to age 21

## Conclusions

- The most important questions now concern how environments influence the expression of genes and how genetic make-up, combined with children's previous experiences, affects their on-going interactions with their environments.
- NCS: Equal, high fidelity attention to genetic and environmental influences
- NCS: N = 100,000 births

## Conclusions

- Parents and other regular caregivers in children's lives are "active ingredients" of environmental influence.
- Children's early development depends on the health and well-being of their parents
- NCS: Extensive measurement of home environment (physical, environmental, social), family influences, and parenting, including parent mental health and conditions of pregnancy

## Conclusions

- Abundant evidence from the behavioral and the neurobiological sciences has documented a wide range of environmental threats to the developing CNS

## We are deeply concerned about the well-being of...

- Children who suffer from extreme deprivation, inadequate nutrition, neurotoxic exposures, or other insults.
- Children who are born with auditory, visual, or motor impairments that interfere with the environment input that their brains receive.
- Children whose caregiving is seriously disrupted in their early years.
- NCS: Measuring each of these domains

## Conclusions

- The greatest dangers arise from the combined and cumulative effects of multiple hazards.
- NCS: Measurement, including simultaneous measurement, to get at "pile up", plus sample size

## Conclusions

- [Some of] what remains to be understood is:
  - The threshold levels below which adverse environmental effects do not occur,
  - How and why multiple [vulnerabilities/susceptibilities and] insults operate together to produce additive and sometimes multiplicative effects
  - [Differential effects at different "locations" along a developmental spectrum]

## Conclusions

- The growing racial, ethnic, linguistic, and cultural diversity of the early childhood population requires that all early childhood programs and medical services [and research projects] periodically reassess their appropriateness and effectiveness for the wide variety of families they are mandated to serve [study].
- NCS: High investment in community outreach and engagement.

## Research Recommendations

1. How experience is incorporated into the developing nervous system and how the boundaries are determined that differentiate deprivation from sufficiency and sufficiency from enrichment for different children who reared in a wide variety of environments.

## Research Recommendations

2. How biological processes, including neurochemical and neuroendocrine factors, interact with environmental influences to affect the development of complex behaviors, including self-regulatory capacities, prosocial or antisocial tendencies, planning and sustained attention, and adaptive responses to stress.

## Research Recommendations

3. The dynamics of gene-environment interactions that underlie the development of behavior and contribute to differential susceptibility to risk and capacity for resilience, including:
   - differential birth outcomes associated with exposure to prenatal hazards,
   - the emergence of adverse outcomes in some children but not others in response to stressful rearing conditions,
   - individual differences in susceptibility to diseases that manifest themselves across development.

## Research Recommendations

4. The mechanisms that underlie non-optimal birth outcomes and developmental disabilities and their implications for developing specific intervention strategies to modify developmental trajectories.

## Research Recommendations

5. Efforts to improve the available tools for measuring important, but generally neglected early developmental outcomes for use in both basic and evaluation research. Leading candidates:

- Multiple components of self-regulation
- Emotional development
- Capacity to make friends and engage with others as a contributing member of a group
- Language use (vs. static measures of vocabulary)
- Executive functions, such as attention and working memory

## Final Thoughts

- Remarkably careful and systematic selection of constructs and measures that are sensitive to effects of exposures, able to capture important individual differences in age (+ income and racial/ethnic) groups being assessed, practical to administer in context of NCS, and psychometrically valid both within and across developmental periods.
- Where to conduct assessments?
- Tiered approach to assessment – go deeper for subsamples of children

## Final Thoughts

- Critical importance of capturing peer environments, particularly social hierarchies, bully/victim dynamics, neglect/isolation – both diagnostic and predictive
- Substudy/subsample re: peer interactions in child care/pre-k and/or lab assessment?
- Perhaps especially for children at temperament extremes and/or with special needs
- Poor quality, unstable child care as additional "known exposure of high frequency"

## Final Thoughts

- Other embedded (adjunct) studies?
  - Siblings?
  - More detail re: kin and stepparent relationships?
  - Interventions?
  - Conducted by isolated sites vs. clusters?

## Final Thoughts

- Use of administrative/record data
  - Confirm educational histories of parents
  - Parent history of antisocial, high-risk behaviors (inc. crime).

## Final Thoughts

- You will have plenty of critics
- You will be told you are trying to do too much
- Funding will be a persistent struggle
- You will topple deeply-held convictions
- In the end, the study will raise as many questions as it will answer,
- These will be the next scientific frontier

# EXHIBIT 18

The CNA Corporation
*Research that works, for work that matters*

News Releases

**May 8, 2006**

**THE CNA CORPORATION HIRES DR. SARAH L. FRIEDMAN TO SERVE AS DIRECTOR OF APPALACHIAN REGIONAL EDUCATION LABORATORY**

For Immediate Release
Contact: Noel L. Gerson
703-855-1165
gersonn@cna.org

ALEXANDRIA, VIRGINIA—Robert Murray, president of The CNA Corporation (CNAC), has announced that Dr. Sarah L. Friedman has joined CNAC to serve as director of the Appalachian Regional Education Laboratory (AREL).

"Dr. Friedman is ideally suited for this task," Murray said. "She brings to the directorship exceptional skills as a manager of large, complex research enterprises and a career-long dedication to high quality research."

The goal of the laboratory—which serves Virginia, West Virginia, Kentucky, and Tennessee—is to assess the educational needs of the region's state and local education agencies, school districts, and schools; to perform analyses of relevant existing data so as to fill information gaps pertaining to educational needs; and to implement rigorous educational research to meet some of those needs. The lab is one of a network of ten such labs working to identify, research, develop, tailor, and disseminate findings that will support continuous improvement in student outcomes and contribute to closing achievement gaps between advantaged and disadvantaged students.

"The regional labs have been a valuable resource for technical assistance to the educational leadership and to teachers in their regions," Friedman said. "Inspired by the No Child Left Behind Act and its call for evidence-based practices, the labs have broadened their mission. In the next five years they will conduct short-term analyses of educational policies and practices and high quality, rigorous research pertaining to teaching and learning in schools. It's a very important mission that I'm proud to implement."

As AREL director, Dr. Friedman will have overall responsibility for its operations and for ensuring the quality of the lab's work. Prior to joining CNAC, she was employed by the National Institute of Child Health and Human Development (NICHD), one of the National Institutes of Health, where she was special assistant to the director, Center for Research for Mothers and Children; and special assistant to the director, Office of Extramural Policy, Office of the Director. From 1987 through March 2006, she was the scientific manager and one of the primary architects and investigators for the NICHD Study of Early Child Care and Youth Development, an internationally renowned research project.

Dr. Friedman, the first NICHD behavioral scientist to be awarded the prestigious National Institutes of Health Merit Award and the American Psychological Association (APA) Meritorious Research Service Commendation, is a Fellow of the American Psychological Society, the American Association of Applied and Preventive Psychology, the American Psychological Association, and the Society for General Psychology. She serves on the editorial boards of the *Journal of Applied Developmental Psychology* and the *Journal of Behavioral and Developmental Pediatrics* and has previously served on the editorial boards of *Child Development and Developmental Psychology*.

Dr. Friedman holds an M.A. in educational psychology from Cornell University and a Ph.D. in experimental and developmental psychology from The George Washington University.

*The CNA Corporation is a non-profit institution that operates on the principle of conducting honest, accurate, actionable research and analysis to inform the important work of public sector leaders. For more than 60 years we have helped bring creative solutions to a vast array of complex public interest challenges. For more information, visit* ***www.cna.org***

4825 Mark Center Drive, Alexandria, VA 22311 | 703.824.2000 | © 2008 The CNA Corporation, All Rights Reserved

# EXHIBIT 19

The CNA Corporation
*Research that works, for work that matters*



# REL Appalachia Staff and Organization

REL Appalachia is led by **Dr. Sarah L. Friedman** (Director) and is supported by a team of **experienced educators, researchers, and practitioners** who work at The CNA Corporation. The project also receives support from **partners**, who are nationally recognized educational research and technical assistance organizations that are located throughout the four-state region. Lastly, the **REL Appalachia Governing Board** includes a group of leading scholars, researchers, and education leaders to provide administrative and programmatic oversight for the lab.

**Organization Chart**




**Dr. Sarah L. Friedman**

Dr. Sarah L. Friedman, the Director of the Regional Educational Laboratory (REL) Appalachia at The CNA Corporation (CNAC) joined CNAC in April 2006. Prior to joining CNAC, she was employed by the Federal Government, working at the National Institute of Mental Health as a research scientist, the National Institute of Education as a science administrator, and the National Institute of Child Health and Human Development as a science administrator and a scientist. In collaboration with others, she has authored more than 100 scientific papers (including some chapters) and edited 8 books. The topics of her scholarly and scientific work included (a) the effects of preterm birth on cognitive, educational and social development of children; (b) the interface of brain, cognition and education; (c) the development of cognitive skills; (d) longitudinal follow-up research strategies; (e) environmental influences on psychological development; and (f) child care and children's psychological and health development.

Dr. Sarah L. Friedman is a Fellow of the American Psychological Society, American Psychological Association, the American Association of Applied and Preventive Psychology and the Society of General Psychology. She is a recipient of two Merit awards at the National Institute of Child Health and Human Development for her leadership role in a large long-term longitudinal study known as the NICHD Study of Early Child Care and Youth Development. She is also the recipient of a 2003 American psychological Association (APA) Meritorious Research Service Commendations. She is a past member of the Editorial Board of Child Development and Developmental Psychology and a current member of the Editorial Board of The Journal of Applied Developmental Psychology and the Journal of Behavioral and Developmental Pediatrics. Dr. Sarah L. Friedman has an M.A. in Educational Psychology from Cornell University and a Ph.D. in Developmental and Experimental Psychology from the George Washington University.

**Linda Cavalluzzo**

Dr. Cavalluzzo has designed and executed a range of research studies and evaluations in K-12 and post-secondary education. As lead researcher of a five-site study of high-school—college collaborations (including middle college high schools and college-based dual enrollment programs), she designed and helped execute a mixed-methods evaluation of program effectiveness that included multivariate statistical analyses of several dimensions of student outcomes as well as document analysis, interviews and focus groups for a full-range of stakeholder groups within each district (including top-level college, district and program administrators, program faculty, guidance counselors, parents and students), and classroom observations. A summary of the project is forthcoming in *Community College Journal of Research and Practice*.

Dr. Cavalluzzo's work over the past few years has laid the intellectual foundation for research on several important issues facing educators in the Appalachian region. She developed a framework for considering the implication for costs, access, and program growth of alternative funding methods and governance structures of virtual schools—that is, schools or programs that offer online courses to supplement curriculum in, or as an alternative to, traditional schools. Her paper *Cost, Financing and the Provision of Online Education* was recently published as part of a volume entitled, Virtual Schools: Planning for Success. She also led a panel in the July 2004 NCLB eLearning Leadership Summit on the implementation of virtual school programs.

Dr. Cavalluzzo completed studies that examined the costs associated with the statewide virtual school programs in Kentucky and West Virginia. Based on this work and subsequent analysis of models being developed and implemented in several other states, she prepared several papers and policy briefs and participated on panels and in meetings throughout the region, and in at least four national gatherings, that focused on the cost and effectiveness of online and distance education. She met with top officials in Virginia and advised them on selecting approaches to ensure that online educational services addressed the State's critical educational needs. Because of her knowledge and reputation, Dr. Cavalluzzo continues to provide technical assistance to state and local educational officials in the region and throughout the nation.

Dr. Cavalluzzo headed the facilitation team supporting the Advisory Committee for the Southeast Region. In this role, she served as the principal technical advisor to the committee chair, facilitated routine online and face-to-face discussions, and assumed responsibility for editing and completing the final report to the Secretary of Education in March 2005.

Dr. Cavalluzzo has also led a pair of research studies on the quality of the teacher workforce. In the first study funded by the National Science Foundation, she created a longitudinal file linking 11 years of teacher records to estimate a model of the association between such factors as pay and school and teacher characteristics, and teacher retention. In the second study, she developed the first large-scale statistical study of the link between National Board Certification of teachers and student achievement in high school mathematics. She used sophisticated multivariate techniques, including individual and school fixed effects models in an analysis of over 100,000 student records. Her work with multiple years of individual student data, linked to specific subject-area teachers for 9th and 10th graders, offers estimates of effect sizes as measured by gains on the state end-

of-grade exams in mathematics, for an array of indicators of teacher quality, including experience, state certification in mathematics, primary job assignment, competitiveness of undergraduate school, and National Board Certification status. Dr. Cavalluzzo has published her research in leading peer-reviewed journals such as *The Review of Economics and Statistics* and in edited volumes.

As Co-PI of a NSF-sponsored study of the impact of systemic reform in three medium-sized urban school districts, Dr. Cavalluzzo conducted interviews, focus groups, and classroom observations to help determine the extent to which components of systemic reform were implemented in each district. In addition, she designed and implemented a survey of mathematics and science teachers to evaluate their perceptions of change because of the reforms.

As a site observer for the Tennessee EdTech Launch evaluation run by the Center for Research in Education Policy at the University of Memphis, Dr. Cavalluzzo collected data and observed technology use in numerous classrooms, including over 60 in rural Tennessee.

**J. Corbin Fauntleroy**

Dr. Fauntleroy specializes in the design and use of information technology to help organizations accomplish their goals and missions. She has extensive experience working with federal, state, and local government agencies. As Director of Regional Dissemination, her skills are crucial for the successful dissemination of information from REL Appalachia. Previously, Dr. Fauntleroy was the Technology Coordinator for the Regional Advisory Committees (RACs) for educational needs and technology assistance. For this project, she designed, developed, and implemented a technology infrastructure that allowed the RACs to work in a collaborative online environment. Dr. Fauntleroy was the Director of Information Dissemination for CNAC's Appalachian Technology in Education Consortia (ATEC). She identified ways to extend technical assistance and ATEC products across the region. Dr. Fauntleroy has extensive experience developing and producing technical assistance materials to support information dissemination requirements, and has managed numerous information dissemination activities (including website design, on-going website maintenance, and publication production).

**Michael Hanson**

Since 2006, Dr. Hansen has been serving as CNAC's Field Scientist with the Kentucky Department of Education. His primary responsibilities include providing impartial assessments of external reviews of KDE programs and initiatives, empirical evaluation of the effectiveness of existing initiatives, and technical assistance with the design and implementation of new initiatives.

Dr. Hansen joined the CNAC staff in 1999 and became one of the leading experts on military compensation. The primary focus of his analyses has been improving the flexibility of compensation in order to effectively address both current and anticipated manning challenges. His most recent work addresses the efficacy of financial incentives for recruiting and retention, and the provision of incentives for Reservists that volunteer to serve in Iraq. Dr. Hansen frequently presents results of ongoing and completed research to senior leadership in the Department of the Navy and the Department of Defense, including the Chief of Naval Operations, the Chief of Naval Personnel, and the Under Secretary of Defense for Personnel and Readiness. He currently serves as scientific analyst to the Director, Military Personnel Plans and Policy Division.

Before coming to CNAC, he worked for Boston College as a dedicated research assistant performing program evaluations of welfare dynamics and job instability and as a teaching fellow providing instruction in the principles of microeconomics and macroeconomics. Dr. Hansen also has experience in such issues as employment stability and earnings variation, as well as private/public sector wage differentials. Dr. Hansen is the winner of the first Donald & Helene White Prize for the Outstanding Dissertation in the Field of Social Sciences at Boston College.

**Louis Jacobson**

Dr. Louis S. Jacobson is a senior labor economist with extensive experience in designing, managing, and executing large-scale evaluations of social programs including the National Job Training Partnership Act and the National Assessment of Vocational Education. As a six-year member of the executive board of the Montgomery County Maryland Workforce Investment Board, Dr. Jacobson had worked with state and local officials to establish a comprehensive performance measurement system for One-Stop services, and conducted a comprehensive review of youth services. He has gained a national reputation for studies of the

cost of worker dislocation and the effectiveness of Unemployment Insurance (UI), Job Service, and Trade Adjustment Assistance programs to offset those costs. He also has studied the incidence of and returns to community college training for dislocated workers, as well as the ability of Pell Grants to support training for dislocated and disadvantaged adults. Dr. Jacobson has used experimental and non-experimental techniques to develop accurate performance measures for the Employment Service and to analyze the effect of UI payroll taxes on firm behavior.

**Arthur Sheekey**

Dr. Sheekey serves as the principal investigator for determining the research and technical assistance needs for the REL Appalachia project. He served as the director of the Regional Advisory Committee project for CNAC that included 10 regional advisory committees appointed by the U. S. Secretary of Education. He oversaw the entire project, and he co-authored the Overview and Synthesis Report.

At CNAC, Dr. Sheekey also served as the Director of the Appalachian Technology in Education Consortium (ATEC), a project that provided technical assistance to the states within the Appalachian region. For ATEC, he assumed responsibility for the overall management of the project, coordination, and monitoring of the work of regional partners, the preparation and review of documents and reports, supervision of individuals responsible for the maintenance of the project's website, and routine communication with state and local education officials in the region.

Prior to coming to CNAC, Dr. Sheekey served as the Project Director for Learning Technologies Initiative, Council of Chief State School Officers. In this position he was responsible for the coordination of federal and state educational technology initiatives, planning and organization of national educational conferences, the preparation of periodic reports, presentations at national conferences, and for briefing state commissioners of education on matters relating to technology.

Dr. Sheekey also served in several positions as a policy analyst and education specialist in the U.S. Department of Education, the Federal Communications Commission, and Office of Management and Budget.

4825 Mark Center Drive, Alexandria, VA 22311 | 703.824.2000 | © 2008 The CNA Corporation, All Rights Reserved

# EXHIBIT 20

THE NATIONAL CHILDREN'S STUDY
HEALTH GROWTH ENVIRONMENT

National Children's Study (NCS) Questionnaire Design Meeting

# NCS Neurodevelopmental Meeting

## OCTOBER 26, 2005

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

### ATTENDEES

**NICHD**
Ruth Brenner
Sarah Friedman
Sarah Knox
Regina Shih

**Westat**
Julianne Byrne
Mary Dingwall
Jonas Ellenberg
Alexa Fraser
Gary Resnick

### DISCUSSION SUMMARY

**1. Goals of Meeting and Neurodevelopmental Team Members:**

1.1 The goal of this meeting was to kick off the neurodevelopmental work. Regina provided an overview of the domains and associated assessments being considered through Age 3 (see below).

1.2 Development Team - The Neurodevelopmental Team will be lead by Sarah Friedman. Members will include Regina Shih, Gary Resnick, Carol Andreasson, Jonas Ellenberg and either Mary Dingwall or Alexa Fraser. Ruth Brenner and Sarah Knox will attend meetings as their schedules permit.

1.3 Documentation – Concern was expressed about how to document key decisions on measures to use and when to use them. Sarah Knox said that while there is no time to prepare a historical document at this time, care will be taken to document decisions from this point forward. That is one of the functions minutes will serve.

**2. Discussion of Neurocognitive Outcome Assessment Sheet:**

2.1 There was a discussion about how firm the ages for data collection are throughout the study. Ruth Brenner said that this was a topic that would be discussed and finalized at the November Steering Committee meeting.

2.2 There was a discussion about making sure each of the domains of interest was captured. Sarah Friedman and Gary Resnick raised the issue of redundancies in measures that are highly correlated. Ruth suggested that, if we know there are strong correlations, we make a conscious decision whether to include both domains or not. Gary said that we need to keep in mind that the focus is on normal populations and individual differences which will be smaller than those in a clinical setting.

2.3 Gary also expressed concern that we not shortchange the neurodevelopmental outcomes by over focusing on the exposures questionnaires. Sarah Knox said that once we finalize what it is that we want to measure, we can prioritize and ensure that administrations times are adequate.

2.4 The team discussed what additional experts would be needed and how to involve the VC's in development of outcome measurements. Each VC proposal contains a plan. It is important for the VC's to "buy in" to the outcome measures that are used. This will be accomplished by sending an email to each P.I. discussing the areas we'll be covering. That email would also say that we Westat may contact staff from a VC to ask for specific targeted expertise. Sarah Friedman and Gary Resnick will serve as the points of contact with the VC's.

2.5 Whether or not the motor and sensory measures would be done as part of the neurodevelopmental assessment or as part of the physical examinations was discussed. The team thought that growth should be covered by physical examinations but that fine and gross motor skills would fall under the neurodevelopmental area. The two teams will need to coordinate to ensure that all areas are covered. Regina will attend the Physical Examination meetings as well as the Neurodevelopmental meetings.

2.6 Gary Resnick suggested that the PLS:4 be added to the Neurocognitive Outcome Assessment Spreadsheet.

**ACTION ITEMS:**

1. The PLS:4 will be added to the Neurocognitive Outcome Assessment Spreadsheet. The sheet will then be sent to Westat. (RS)
2. Westat will review the spreadsheet by the 11/2 Neurodevelopmental meeting. (GR, CA)
3. For the 11/2 meeting, Westat will:
   - Evaluate the proposed Mullen Scales of Early Learning. We will compare what it offers relative to the Bayley III. (GR, CA);
   - Compare the MacArthur-Bates CDI language measure with the most recent version of the PLS. (GR, CA); and
   - Obtain additional information on the NNNS.

   If possible, Westat will send audiovisual or reading materials to the team in advance of the meeting.
4. Contact Vanguard Centers for outcome measures included in their proposals along with any thoughts on the topic they've had since then (RB)
5. Obtain the list of investigators at the Vanguard sites who have expertise relevant to the mission of the team. Let them know that they might be contacted for advice/input. (RB)
6. Send an email to the Vanguard Center PIs indicating that they may be contacted by members of the workgroup for their expertise or the expertise of their staff. (RB)

**Neurodevelopmental Meetings Planned:**

11/2/05, 3:00 – 5:00 p.m.

# NCS Neurodevelopmental Meeting

## November 2, 2005

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

### ATTENDEES

**NICHD**
Sarah Friedman
Regina Shih

**Westat**
Carol Andreassen
Mary Dingwall
Jonas Ellenberg
Alexa Fraser
Gary Resnick

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 The goal of this meeting was to review the Mullen Early Learning Scales, Bayley-III, Preschool Language Scales fourth Edition (PLS-4), MacArthur CDI, Neonatal Intensive Care Unit Network Neurobehavior Scale (NNNS), and Executive Functioning, Memory and Focused Attention Measures.

1.2 Update on Action Items from 10/26/05 Minutes. All Action Items had been completed with the exception of contacting the Vanguard Centers. Regina said that she would talk to Ruth Brenner about this subject and report back to the team.

**2. Review of Neurocognitive Outcome Assessments:**

2.1 Gary Resnick provided a review of the Mullen Scales of Early Learning. He provided an overview of the advantages and disadvantages of the assessment. The Mullen has the advantages of a broad age range and the ability to produce scale scores for different developmental domains. Also, while the Mullen is good for distinguishing children with a diagnosis of autism from those with no such diagnosis, it may not be sensitive enough to reliably identify individual differences within the range of normal development. Specifically, there may not be enough items across the range of ability levels at any given age to pick up small differences. Additionally, the standardization for the Mullen uses old norms from two different time periods (one of which was the 1988 Census) and there are insufficient studies of reliability and validity.

2.2 Carol Andreassen did a review of the Bayley Scales of Infant and Toddler Development, Third Edition (Bayley-III). She summarized the differences between the Bayley-II and Bayley-III and walked through the different types of scores available. She stressed the advantage that the Bayley-III is IRT-based. Sarah Friedman expressed her concern that

the Bayley-III is so redesigned that it is essentially new, and that she is worried about introducing into the NCS a test about which there is no scientific literature apart from what the test publisher reports. Carol said that the Bayley-III was comparable to the WISC and explained that it was now more efficient in its administration. Gary explained that since IRT analyses were used, it gives confidence about how items discriminate differences and the full range of abilities in children. He also said that the Bayley-III now provides a number of subscales covering a range of developmental domains, including cognitive ability, language, and motor skills as well as parent or clinician ratings of the child's adaptive and social skills.

Next, there was a discussion about administration time for the Bayley-III and how a test administrator would become certified for such a long study. Sarah again raised her concerns about the newness of the test. Regina said that, in addition to the newness, length was also a concern. Gary suggested that Sarah and Regina review the Technical Manual, especially the psychometric properties, before ruling out the Bayley-III. A review of the Technical Manual will allow them to identify the strengths and weaknesses of Bayley-III and to identify areas where there are gaps that can be filled in with other assessments, if necessary. Gary suggested that the group should try to reach a unanimous decision before they move forward with it to the larger group and that we need to make sure we are clear on the justification for using it (and how it fits into the goals of the study).

2.3 There was a discussion about the process by which decisions are arrived at by the team, and whether the team is a final reviewer of measures recommended from the workshops and other groups or whether the team can come up with other measures not recommended by others, that is, whether they can "reinvent the wheel." Sarah said that the NICHD program staff had received advice from the scientific community. They came up with a list of measures. Now, we should evaluate this list but that if we find other measures not on the list we are free to consider them. Nevertheless, the final decision resides in Government but it was not clear whether decisions made by Dr. Friedman in this group are then reviewed elsewhere (either by the larger Steering Committee or other agency representatives). She said that she would get NICHD input on the following:

1. What is the role of the neurodevelopmental group in the process of reaching decisions about the assessments to be used in the study?
2. Who is the final decision maker on the neurodevelopmental measures?

2.4 Jonas stressed that we need to ensure that decisions are well-documented. Domain decisions, including the rationale, should be summarized when final choices are made.

Regina said that she will provide the rationale from white papers about why some measures were carried forward and others were not.

2.5 Next, Gary provided a review of the NNNS. While it is much more systematic and standardized than the Brazelton scale, from which it was derived, it does not appear to have strong psychometric properties, although much of this information also appears to be missing from the articles published in Pediatrics. Sarah said that she will get in touch with Barry Lester to get more information about it. The team came to the tentative conclusion that it may not be appropriate for our study since it is specifically a test for the neurological integrity of children at very high risk in terms of exposure to hard drugs and

thus will not identify differences in normal development. Regina said she will look into other measures, including a possible short form of the NBAS (Brazelton) as well as the APID (Assessment for Premature Infant Development)

**IMMEDIATE ACTION ITEMS:**

1. Regina will talk with Ruth about procedures for contacting the Vanguard Centers. (RS)
2. Carol Andreassen will send the Bayley-III handouts she distributed at the meeting to Jonas Ellenberg. (CA)
3. Send Sarah and Regina the Bayley-III Technical Manual (GR/CA). Sarah and Regina will review it before the 11/9 meeting. (SF, RS)
4. Provide a list of all the measures that were proposed by the various experts/groups and provide rationale as to why those that weren't carried forward were dropped. This information will be included in the historical record of decisions made for the study. (RS)
5. Find out about NBAS, Short Term Revised, and APIB. (RS)
6. Carry forward review of PLS-4, MacArthur-Bates CDI, and further discussion of the pros and cons of the Bayley-III to the next meeting. The team will also start to talk about assessment of executive functions.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including their rationale, will be summarized and documented as final decisions are made.

**November Neurodevelopmental Meetings Scheduled:**

11/9/05, 3 – 5 p.m.

11/15/05, 11 a.m. – 1 p.m.

11/22/05, 11 a.m. – 1 p.m.

11/30/05, 3 – 5 p.m.

THE NATIONAL CHILDREN'S STUDY

National Children's Study (NCS) Questionnaire Design Meeting

# NCS Neurodevelopmental Meeting

## NOVEMBER 9, 2005

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

**ATTENDEES**

| NICHD | Westat |
|---|---|
| Sarah Friedman | Carol Andreassen |
| Regina Shih | Gary Resnick |

**DISCUSSION SUMMARY**

**1. Deadlines and Decision Dates**

January 17, 2006 is protocol deadline.

The neurodevelopment working group has 3 more meetings in November and 3 in December.

**1.2 Decision Dates**

By 11/15, decide on measures for executive function, memory, attention, general ability, and language and at what data collection. This includes a decision about whether to include the full Bayley-III at 12 months and 18 months, or to develop a shortened Bayley for those ages.

By 11//22: Decide about psychiatric and socioemotional measures.

By 12/12: Target date for having a good idea of what will be in the protocol because Sara Friedman will be out of the country from 12/14 through the end of the year.

**2. Review of Neurocognitive Outcome Assessments**

2.1 After consultation with Ruth, the decision-making procedures about instruments to be used and the issue of where the decision-making resides were reviewed by Regina. If it was deemed that the review board did not have sufficient expertise in a particular, well-defined area, it was suggested that we would need to bring external experts into the decision-making process. It was emphasized that the Review Board would probably take into consideration the amount of time a measure took, the scope of the measure, and the feasibility of the measure for administration in the context of the NCS when reviewing the instruments. Therefore, when preparing the justifications, it would be important to highlight why a measure was important, how comprehensive the measurement was, whether it is an in-depth measure and whether it measures processes that are likely to be perturbed by environmental exposures and, if so, why a

measure would be sensitive to exposures. Furthermore, it was suggested that we would need to introduce the outcome measures in terms of their critical role in the study. It would be important to highlight the fact that the effects of the many exposures would not be detected if we don't include sensitive assessments of children's development. Making this point is important because the study is very comprehensive and assessment time is limited. Consequently, there would be a competition for time on the protocol and assessments would need to be very well justified.

2.2 Discussion of including the Bayley-III continued with consideration given to development of a shortened form. The procedures involved in producing a short form were discussed. The question arose about whether the relatively small amount of time saved justified the rather large amount of work involved to produce a short Bayley. Since the time saving would seem to be about 15 minutes, and since the staff from the VC centers could be presumed to have greater expertise in assessment and in interpreting infants' and toddlers' behaviors, it was decided that the up-front work to develop a short Bayley would not result in sufficient savings in time or efficiency. However, a short Bayley is still a viable option. Final decision on whether to go with a short Bayley will come at the next meeting. Another option is just to administer the Bayley-III cognitive, language and motor scales, and omit the (Greenspan) social-emotional questions and the Adaptive Behavior Scale questions, which are answered by the primary caregiver.

Review Board hypothetical concerns about the Bayley-III in conjunction with other measures were discussed. In particular, there were concerns that Review Board members would conclude that since the Bayley-III is a global measure, there will not be need for any supplementary measures, such as executive functioning, etc. It was argued that since the Bayley is less predictive in early infancy, the focus would be on the precursor information processing (IP) skills of memory, attention, executive functioning. It was also pointed out that during the first year, it would be desirable to include assessments sensitive to precursors and exposures during that age range and that later in development it would be necessary obtain more global measures that, in turn, predict preschool skills and adaptability. Therefore, the earlier data collections should focus on obtaining measures of early cognitive processing skills and then obtain the Bayley-III at 12- and 18-months, when it is more reliable anyway.

The possibility of obtaining assessments of cognitive processes at 6- and 12-months was discussed, for example measures of information processing, attention, memory, representational competence etc. The advantage of doing this is that these measures in the early months have been shown to predict Bayley performance at 2- and 3-years. . This plan of assessing cognitive process first followed in later time periods with measuring global cognitive status would obtain information about the causal chain between early information processing and subsequent outcomes in the preschool years, and, therefore may predict adaptability to school.

2.3 The importance of assessing language was discussed, as the early IP measures do not assess language, per se. One alternative was to use the Bayley language subscale to measure children's language, or could use the (MacArthur) Communication Development Inventory (CDI), a parent report measure that has been used in other large scale studies. However, it was noted that parents can over-estimate and can under-estimate children's language use, particularly across SES groupings. Sarah Friedman is

researching the issue of over/underestimation with the CDI in the SECC by mother's education and by ethnicity.

2.4 The neonatal assessment, the NNNS, was discussed, as well as its nearest competitor the NBAS-Revised. Reservations about the psychometric properties of the NNNS were discussed. Alternatives explored included the APIB, the NAPI, and the NBAS, and NBAS-Revised. The neonatal assessment would be done at 1-month of age, in the home. It was stressed that including the NNNS would need a good justification for using it, that it is a measure used widely, that it is easier and more objective to score than the NBAS. However, the published psychometrics are weak, which is a serious consideration. The question was raised of whether NCS could work with the developers of the NNNS and shorten it for use in the NCS. Or whether the full estimated half-hour should be used for the full NNNS. Sarah Friedman will correspond with Barry Lester and perhaps T. Berry Brazelton and Ed Tronick about the psychometrics of the NNNS and how it compares with both the NBAS and NBAS-Revised.

2.5 Next, the PLS-4 and Bayley-III language scales were compared with the conclusion being that they are different. Each does its job well, but they each accomplish different objectives.

**ACTION ITEMS:**

1) Sarah Friedman will consult with Barry Lester (and perhaps also Ed Tronick and T. Berry Brazelton) about the NNNS, as well as about the NBAS-Revised (a shorter, more objective version of the NBAS, that is used n research).
2) Sarah Friedman and Regina Shih will review the Bayley-III technical manual to examine the psychometrics of the Bayley-III, as well as review the administration manual.
3) Gary Resnick will contact Susan Rose at Einstein Medical College in NY to see if the measures of executive functioning, attention, memory can be feasible for the NCS, or made feasible.
4) Carol Andreassen will send Sarah Friedman either an electronic file, or a link to the website of an introductory text on IRT Analysis, and a copy of the 9-month psychometric report of the ECLS-B for further information about the procedures involved in developing a short form of the Bayley-II for the ECLS-B.

# NCS Neurodevelopmental Meeting

## November 15, 2005

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

### ATTENDEES

**NICHD**
Ruth Brenner
Sarah Friedman
Sarah Knox
Regina Shih

**Westat**
Mary Dingwall
Jonas Ellenberg
Gary Resnick

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 The goal of this meeting was to resume the discussion of the Bayley-III, Neonatal Intensive Care Unit Network Neurobehavior Scale (NNNS), and NBAS-R and begin a review of the MacArthur CDI, and Executive Functioning, Memory and Focused Attention Measures.

1.2 Update on Action Items from 11/9/05 Minutes. All Action Items had been completed with the exception of Regina Shih reviewing the Bayley-III technical manual (which she had received that morning).

**2. Review of Neurocognitive Outcome Assessments:**

2.1 Final recommendations were made regarding many of the neurocognitive measures, as follows:

**a)** At 1 month, the NNNS measure of neurobehavioral organization in the infant will be administered. In some cases, the NNNS will be given in the hospital or clinic shortly after birth whereas in other cases it will be given within one month following birth

Sarah talked with Barry Lester and he will be happy to work with us to provide psychometrics regarding the NNNS. The information on the web site of the Brazelton Institute indicates that the NBAS-R is not ready to be used in our type of study. However, Sarah contacted Dr. Kevin Nugent who directs the institute and he expressed interest in talking with us about the NBAS-R.

**b)** At 12 and 18 months, the Bayley-III (full version) would be administered to assess language, cognitive and motor function, but the Bayley-III would not be administered at 6 months

i) The rationale for not doing the Bayley at 6-months is that it is not highly predictive of later cognitive development, and in fact the tasks measuring infant

executive functioning/information processing skills are expected to be more sensitive to environmental insults and possibly do a better job of predicting to later cognitive development than does the Bayley.

We have also discussed the notion of developing a short-form of the Bayley-III using norms from the test publisher, and recommend using the full version, because the saving in administration time does not justify the costs of developing and testing a short form and because the Bayley-III might be best used in its entirety in order to provide normative data in our large sample.

**c)** At 6 months, measures of infant cognitive information processing and executive function would be administered, including:

i) Focused attention (Ruff)
ii) Visual recognition Memory (Rose)
iii) Representational Competence using cross-modal transfer task (Rose)
iv) Still to be discussed is the addition at 6 months of the A-not B executive functioning task assessing the coordination of working memory and inhibition
v) The cognitive information processing skills tasks require a special piece of equipment (a small viewing "booth" with a "stage" that moves in and out of the booth). Gary talked with Susan Rose, an expert in this field who is at Albert Einstein Medical College in New York City and she confirmed that it is possible to make modifications for a more portable testing unit and in such a way that only one piece of apparatus could be used for all of the proposed tasks. She invited members of the workgroup to visit her lab.

We have not yet made a recommendation regarding the scoring of these tasks, that is, whether to use live scoring of infant gaze, which requires an additional home visitor or videotape recording that would be scored at the home office.

**d)** At 12, and 18 months we would administer the MacArthur-Bates Communication Development Inventory (CDI) Short Form that provides information about children's comprehension and production through 18 months. We would also administer from the long version of the CDI a parent report of the child's early and late gestures, which are representational skills that are sensitive to the early detection of autism. Although initial analyses of the norming sample of the CDI and some studies have shown a bias against low-income samples (mothers tend to underestimate their infant's production of words), information we received from Larry Fenson, the first author of the instrument and analyses from the NICHD Study of Early Child Care together indicate that items through 20 months of age are not at all biased in assessing comprehension and production. The NICHD SECCYD data shows that even at 24 months it is only two subscales of production that pick up group differences due to maternal education. We have rejected the Mullen as a measure of general cognitive ability, based on the fact that it known to discriminate between children with developmental problems and controls but is not known to pick up variations within the normal range. Consequently we feared that it will not be sensitive to minor environmental insults. Workgroup Schedule: The following changes to the workgroup schedule and milestones for this group's work have been made, as follows:

Nov. 22: Discuss temperament, socio-emotional development, psychopathology and parent-child interaction (including attachment) measures

Nov. 30: Make recommendations regarding temperament and socio-emotional development and psychopathology measures, continue discussing attachment and parent-child interaction measures
Dec. 7: Make final decisions about attachment and parent-child interaction measures
Dec. 12: Discuss motor and sensory function assessments, make final decisions on all measures, review all final recommendations
Dec. 13-31: Discuss selected exposure domains, including home environment and possibly parenting

**IMMEDIATE ACTION ITEMS:**

1. Regina will send the group information she has on the Rothbart and other temperament measures.
2. Regina will send the group information the ITSEA and BITSEA and the Strengths and Difficulties Questionnaire (SDQ).
3. Sarah Friedman will send the group information on the MacArthur CDI as well as information on executive functioning measures focusing on the A-not-B task.
4. Sarah Friedman will talk with Dr. Lester and make arrangements for getting the psychometric information we need in order to justify the use of this document to the committees that will check on our recommendations.
5. Study CDI most recent manual (in press) for the adequacy of the items measuring gesture.

**PLAN FOR NEXT MEETING:**

1. Discuss temperament and social-emotional development measures and possibly autism screening instruments if there is time.
2. We need to consolidate measures from the second and third pages of the spreadsheet since there is a lot of overlap and redundancy (e.g., measures of socio-emotional development that are cited in both pages will be discussed together).

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final decisions are reached.

**November/December Neurodevelopmental Meetings Scheduled:**

11/22/05, 11 a.m. - 1 p.m.

11/30/05, 3 - 5 p.m.

12/07/05, 3 - 5 p.m.

12/12/05, 3 - 5 p.m.

12/21/05, 3 - 5 p.m.

# NCS Neurodevelopmental Meeting

**November 22, 2005**

**DISCUSSION HIGHLIGHTS AND ACTION ITEMS**

**FINAL**

**ATTENDEES**

| **NICHD** | **Westat** |
|---|---|
| Sarah Friedman | Carol Andreassen |
| Regina Shih | Mary Dingwall |
| | Jonas Ellenberg |

**DISCUSSION SUMMARY**

**1. Goals of Meeting:**

1.1 The goal of this meeting was to continue the discussion of Executive Functioning, Memory, and Focused Attention Measures and to review Infant Temperament, Social Emotional Development measures.

1.2 Update on Action Items from 11/15/05 Minutes. All Action Items had been completed.

**2. Report about the NBAS-R**

**3. Instrument Discussions**

3.1 Sarah Friedman talked about the importance of utilizing a standard format for presenting instrument recommendations. She reviewed categories used for instrument documentation for the NICHD Study of Early Child care and Youth Development: name of instrument; assessment (age and location); form # and revision date; data set information (not yet relevant for the NCS study); description of the instrument; modification; rationale for choosing instrument; base reference/primary citation; and psychometric information. She would also like a contact person's information included for each measure. Mary Dingwall indicated that we had created a template for the exposure measures that she will forward to the group for comment.

3.2 Sarah Friedman said that a conference call was scheduled for Friday (11/25) with Barry Lester to discuss NNNS analyses that the group would like to have but that she will not be able to attend it due to travel plans. It was agreed that the group would find out from him what subgroups were in the sample Maternal Lifestyle Study (MLS) and what the

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05.DOC

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05

**Deleted:** 12/2/2005

subgroup sample sizes were. We would like reliability and validity data for the different subgroups.

3.3 Next, the group discussed the psychometrics for the CDI. There are 40 items related to gestures. However, the psychometric data that Sarah has reviewed combines vocabulary and gesture items, making it impossible to know what are the reliability and validity data for the gesture items. The group would like to see psychometrics for gestures alone. Carol Andreassen suggested that Sarah see if Larry Fenson is willing to share his standardization data and manual. From that, we could do IRT analysis and see if any items could be dropped.

3.4 A-Not B Executive Functioning Task. Carol Andreassen provided an article summarizing studies with A-Not B tasks. She also presented a matrix summarizing A-not B items in the Bayley-III. There does not appear to be one standardized procedure for administering A-not B. Sarah Friedman expressed her concern about this. Carol said that researchers have come up with consistent findings, but the procedure just has not been used in an applied setting that required standardization. She suggested that the group define what they wanted it for and then they could choose the best method. Since it is intented as a cognitive measure that would be used to look at working memory, Diamond's paradigm appropriate. The question is, can it be implemented in a large scale study? Carol said that it might be worthwhile to discuss this with Adele Diamond.

There was also a brief discussion about the Uzgiris-Hunt Test of Object Permanence. Carol thought it might be something worth investigating. She said that she would have more information for the next meeting.

3.5 Regina mentioned the Brief P, an assessment of executive function, suitable for ages 2 – 5 years. It is a parent or teacher report, with 63 items and 5 scales. It takes approximately 10 – 15 minutes to administer and the psychometrics looked good. The group agreed that it should be included as an option to consider when we are making recommendations for the next contract period.

3.6 The discussion moved onto Infant Temperament. Carol said that a staff member at Westat had done observational studies of temperament at 6, 12, 18, and 24 months while he was a postdoctoral fellow working with Jude Cassidy at the University of Maryland. He will prepare a summary for our 11/30 meeting. Items that the group would like to see explored in the discussion included the number of subjects and the rationale for the method.

Carol distributed a summary of different measures of temperament. She said that fussiness seems to work best for temperament, in general. Sarah Friedman said that they didn't see difficult temperament coming through as an important predictor in the analysis of the NICHD SECCYD data.

The group reviewed the summary of the different measures. It was agreed that the Goldsmith TBAQ was out of consideration due to the fact that it is designed for 18 – 24 month olds. NCS will conduct temperament assessments at 6, 12, and 18 months.

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05.DOC

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05

**Deleted:** 12/2/2005

The merits of the Bates and the Rothbart measures were discussed. The Bates is designed for 4 – 6 month olds with another version for 13 – 17 month olds. The Rothbart includes more than the Bates and has a strong factor analysis and internal consistency.

The EITQ was compared with the Rothbart IBQ. It seems that they cover most of the same constructs. Sarah Friedman said that, based on NICHD experiences, she couldn't recommend the EITQ. She said that they switched to the Rothbart CBQ at 54 months. The IBQ-R has 191 items. Carol said that, if Rothbart was willing to share data, we could shorten the measure, if necessary.

The group decided to contact Bates and Rothbart and determine if they have any evidence that their instrument is sensitive to exposures. Carol said that she and Gary Resnick would contact the authors to discuss that issue as well as ask for construct validity data from them. Regina said that she would send Carol contact information for Rothbart. Carol and Gary will also talk to Buss about the Colorado Child Temperament Inventory (CCTI).

There was a brief discussion of cry diaries. The group felt that this type of information would be picked up in the temperament measures and there was no need for a cry diary.

**IMMEDIATE ACTION ITEMS:**

1. Mary will send the measures template being used for the exposure measures to Regina and Sarah.
2. By 11/23, Gary will send an email to Sarah Friedman if he has any specific requests or questions for their 11/25 conversation with Barry Lester.
3. Sarah will talk to Larry Fenson to see if he can provide psychometrics for gestures. She'll also see if he is willing to share his standardization data with the group.
4. Carol Andreassen will review the Uzgiris-Hunt Test of Object Permanence for the next meeting.
5. Carol Andreassen will contact Adele Diamond about whether her A-not B protocol would be suitable for a large scale study.
6. For the 11/30 meeting, Westat will provide a summary of observational temperament studies done by a staff researcher while working with Jude Cassidy at Univ of MD.
7. Carol Andreassen and Gary Resnick will contact Bates and Rothbart to determine if they have any evidence that their measures are sensitive to exposures. They will also request construct validity data for both.
8. Regina Shih will send Carol Andreassen the contact information for Rothbart.
9. Gary Resnick will look up the Kagan and Snidman article (if he has not already done so).
10. Study CDI most recent manual (in press) for the adequacy of the items measuring gesture.

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05.DOC

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05

**Deleted:** 12/2/2005

**PLAN FOR NEXT MEETING:**

1. Finalize temperament measures.
2. Discuss social-emotional development measures and possibly autism screening instruments if there is time.
3. We need to consolidate measures from the second and third pages of the spreadsheet since there is a lot of overlap and redundancy (e.g., measures of socio-emotional development that are cited in both pages will be discussed together).

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final decisions are reached.

**November/December Neurodevelopmental Meetings Scheduled:**

11/30/05, 3 - 5 p.m.

12/07/05, 3 - 5 p.m.

12/12/05, 3 - 5 p.m.

12/21/05, 3 - 5 p.m.

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05.DOC

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_11-22-05

**Deleted:** 12/2/2005

THE NATIONAL CHILDREN'S STUDY



# NCS Neurodevelopmental Meeting

**December 6, 2005**

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

**FINAL**

**ATTENDEES**

**NICHD**
Ruth Brenner
Sarah Friedman
Sarah Knox
Regina Shih

**Westat**
Carol Andreassen
Mary Dingwall
Gary Resnick

**DISCUSSION SUMMARY**

**1. Goals of Meeting:**

1.1 The goal of this meeting was to finalize decisions regarding Executive Functioning, Memory, and Focused Attention Measures and Temperament measures.

1.2 Update on Action Items from 11/22/05 Minutes.

**2. Report on Action Items from 11/22/05 Minutes**

2.1 Sarah Friedman talked with Barry Lester. He said that he would provide his NNNS standardization data, if we were interested.

2.2 Sarah Friedman also corresponded with Larry Fenson about psychometrics for gestures subscale on the CDI. He sent her the most up to date manual for the CDI. That manual suggested that there is some validity information available for gestures. However, the reliability data was combined for Words and Gestures and Sarah only later, through further correspondence learned that the authors of the manual used the term Words and Gestures to refer to the subscale known as Actions and Gestures. Without such knowledge, Sarah felt that there wasn't adequate reliability data in the manual. Larry wrote that if we were to use 40 items for gestures instead of sixty some, then there would need to be a mini study for using the vocabulary short form and the truncated list of gesture items. Gary Resnick said that he was comfortable proceeding with the vocabulary short/gestures long. Sarah Friedman said she'd like to see the psychometrics for gestures and will write to Larry. The group decided to recommend using the short version of the CDI plus the gesture items from the long version of the CDI, with the understanding that they could change their minds if the information they get from Larry Fenson did not support the recommendation.

Delet NEUR MEET 05FIN.

Delet

2.3 Carol Andreassen contacted Mary Rothbart. She did not have any evidence indicating that their measure was sensitive to exposures, but this was also the case for other measures of temperament and not specific to Mary Rothbart's measure.

2.4 Gary Resnick will look up the Kagan and Snidman article (C.O.).

2.5 The group will study the most recent manual of the CDI language measure (in press) for the psychometrics pertaining to gestures (C.O.).

## 3. Candidates for Neurodevelopmental Group and Steering Committee Presentation

3.1 Ruth Brenner provided a spreadsheet with nominees from the Vanguard Centers to be included in the Neurodevelopmental Group. Westat indicated that we had bios for some, but not all of the nominees. Regina Shih said that she would do web searches on those for individuals for whom we do not have a bio.

The group will make a decision on which members of the Vanguard sites to include in the Neurodevelopmental Group at the 12/7/05 meeting.

3.2 Ruth also mentioned that the Neurodevelopmental Group will do a presentation at the January Steering Committee meeting. She anticipated that Sarah Friedman would do the presentation and that Westat would assist in preparing the presentation.

## 4. Instrument Summary Form

4.1 In the previous meeting the group decided that they needed to use the same criteria to evaluate all assessments and that it would be good to have a form that would guide the evaluation of all the assessments under consideration. Sarah Friedman sent by e-mail the form used in the NICHD Study of Early Child Care and Youth Development. Alexa suggested that the group consider the form used by the Measures and Questionnaire Design Group. For this meeting Gary Resnick prepared a form adapted from other forms for the ND workgroup to summarize recommended measures. Over e-mail there was a discussion as to whether the form would be filled in details for every measure under consideration or only for ones to be submitted for the next level of review of the proposed assessments. Gary Resnick was in favor of filling in the form only for assessments that the group wanted to include in the protocol. Sarah Friedman agreed but suggested that the form will be used to guide our discussion of all assessments. The ND group agreed and Gary's form was adopted for the purpose of summarizing the recommended measures.

## 5. Instrument Discussions

5.1 The group decided to set up a conference call with Adele Diamond on 12/13/05 from 5:00 – 6:00 EST to discuss the A-not-B task.

5.2 Carol Andreassen reviewed the Uzgiris-Hunt Test of Object Permanence. She said that it is out of print and had poor psychometrics. Therefore, this measure has been removed from consideration.

Delet NEUR MEET 05FIN

Delet

5.3 Gary Resnick asked if we wanted an observational measure of temperament, despite our greater interest in parental report measures for this construct. Sarah Knox discussed potential ethical and logistic issues with Still Face task, despite its broad use and recommendation by Ed Tronick. Sarah Friedman said that she could talk to Ed Tronick about these issues if we were strongly considering the measure. Gary Resnick mentioned that it would require a video with two cameras and pointed out the other areas where it would be more essential to use video (e.g., the cognitive and information processing/executive functioning measures and the mother-child interaction measures). Sarah Friedman said that taping mother child interaction was more important and the group agreed that the Still Face should be removed from consideration.

5.4 A-Not B Executive Functioning Task. Carol Andreassen provided an article summarizing studies with A-Not B tasks. She also presented a matrix summarizing A-not B items in the Bayley-III. In an email exchange with Adele Diamond, one of the developers of this measure, Carol reported that Diamond, in her email, said that 6 months was too young for the A-not-B task to be an effective assessment measure. Carol also pointed out that there does not appear to be one standardized procedure for administering A-not B. Sarah Friedman expressed her concern about this. Carol said that researchers have come up with consistent findings, but the procedure has not been used in multi-site research settings that required standardization in administration and scoring. Carol suggested that at 12 months the Bayley items may be an adequate substitute for the A-not-B task, although these may not be scored in a way that yields sufficient variation, as does the A-not-B task. She suggested that the group define what they wanted from this measure and then they could choose the best method. Since it is intended as a cognitive measure that would be used to look at working memory, Diamond's paradigm seemed appropriate. The question is, can it be implemented in a large scale study? Carol said that it might be worthwhile to discuss this issue with Adele Diamond and the group agreed that a conference call with Dr. Diamond should be arranged.

5.5 Gary Resnick said we could get a measure of focused attention, memory, and representational competence with Susan Rose's assessments. However, the group would need to work with Rose on developing a single apparatus that could be used in the home with one assessor. Rose suggested that group members visit her lab at Albert Einstein Medical College and the group agreed that a visit would be in order once the measure recommendations have been approved.

Gary Resnick reported that live coding could be done by recording the amount of time the baby looks at each stimulus. Rose uses two examiners; Sarah Friedman thinks it can be done by one person. Sarah Knox wondered whether this could be built into IMS. Filming should be done periodically for Quality Assurance/Quality Control. Gary said that quality assurance will need to be done for the Bayley as well. The group needs to be sure that interrater reliability can be collected. Sarah Knox said that between-site drift will be an issue.

Gary Resnick said that Rose may need to be paid for development of the measure. Sarah Knox said that she would be willing to pay a consulting fee, but not for development.

Delet NEUR MEET 05FIN

Delet

5.6 The group moved onto a discussion of temperament. Carol Andreassen sent Mary Rothbart a brief summary of exposures that NCS was interested in. Carol provided a summary of Rothbart's response in a handout. The group reviewed both the Infant Behavior Questionnaire Revised (IBQ-R) for children 12 months and under and the Early Childhood Behavior Questionnaire (ECBQ) for children 18 months and older. A study conducted by Rothbart showed strong correlations between the measures at the two age groups, covering the entire infant/toddler range, as well as correlations of subscales within higher order factors (both within age groups and across age groups) as follows: Surgency (defined by Activity Level, High-intensity Pleasure, and Positive Anticipation, among other age-specific scales), Negative Affectivity (composed of Frustration, Sadness, Discomfort, and Fear), and Attentional Capacity or Effortful Control (Attentional Focus and Low-intensity Pleasure).

The group discussed the conceptual benefits of including items related to each of the higher order factors but also identified items and scales that might be difficult for parents to answer accurately. Further, it was clear there were too many items to include the entire scale, and thus the group recommended choosing specific subscales that were known conceptually to be related to temperament across many studies. The following subscales were recommended: Activity Level, Positive Anticipation, Fearfulness, and Attention, yielding a total of approximately 56 items.

**IMMEDIATE ACTION ITEMS:**

1. The group needs to determine what types of analyses they would like to conduct using the standardization data for the CDI.
2. Gary Resnick will look up the Kagan and Snidman article.
3. The group will study the CDI most recent manual (in press) for the adequacy of the items measuring gesture.
4. Regina Shih will prepare bios for those Vanguard Center nominees who did not provide one.

**PLAN FOR NEXT MEETING:**

1. Determine which of the Vanguard Center nominees will be invited to join the Neurodevelopmental Group.
2. Discuss the following social-emotional development measures: ITSEA/BITSEA, Strengths and Difficulties Questionnaire, and Ages and Stages Social-Emotional Development (ASQ:SE) Questionnaire.

Delet NEUR MEET 05FIN

Delet

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final decisions are reached.
2. More information is needed about the ND workgroup's presentation to the Steering Committee in January.

**December Neurodevelopmental Meetings Scheduled:**

12/7/05, 3 - 5 p.m.

12/8/05, 1 - 3 p.m.

12/9/05, 3:30 – 5 p.m.

12/12/05, 3 - 5 p.m.

12/13/05, 3:30 – 5 p.m.

Delet
NEUR
MEET
05FIN.
Delet

**NCS Neurodevelopmental Meeting**

**December 7, 2005**

**DISCUSSION HIGHLIGHTS AND ACTION ITEMS**

**FINAL**

**ATTENDEES**

**NICHD**
Sarah L. Friedman
Sarah Knox
Regina Shih

**Westat**
Carol Andreassen
Mary Dingwall
Gary Resnick

**DISCUSSION SUMMARY**

1. **Goals of Meeting:**

1.1 Finalize decision on Vanguard Center Invitees.

12. Update on Action items from 12/6/05 meeting.

1.3 Consider and finalize decisions on Temperament measures.

2. **Vanguard Center Invitees**

2.1 The group recommended inviting Alison Clarke-Stewart (Orange County, CA), Kim Dietrich (Brookings, Yellow Medicine, Pipestone, Lincoln – South Dakota State University), Marsha Gerdes (Montgomery County, PA), and Lewis Leavitt (Waukesha County, WI) to join the Neurodevelopmental Group. Gary Resnick will draft a letter of invitation to the invitees for Sarah Friedman's review. The new members will also receive a summary of the group's work to date including a matrix of domains with recommended measures as well as those considered but rejected, and domains where measures have not yet been recommended.

2.2 The new group members will be invited to attend meetings beginning on 12/12/05.

3. **Report on Action Items from 12/06/05 Meeting**

3.1 Based on earlier discussions in which psychometric data on the Gestures subscale did not appear available, Sarah F. corresponded with Larry Fenson about sharing his standardization data for further analyses. Fenson indicated that he is willing to share his standardization data for the MacArthur CDI. But, upon further discussion and reading, the group determined that the analyses we need have already been done and that we

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_12-07-05 FINAL.DOC

**Deleted:** 1/3/2006

don't need additional information to make a decision. Sarah Friedman will let Larry Fenson know that we do not need to run analyses of his data.

3.2 The group decided that we no longer need the Kagan and Snidman article because we are already discussing the temperament constructs they discuss in the article; inhibition and activity level. The workgroup is interested in how these constructs are measured by subscales of the Rothbart, rather than using the approach detailed in the Kagan and Snidman article.

3.3 The group has the most recent CDI manual and will study it for the adequacy of the items measuring gesture (C.O).

**4. Instrument Discussions**

4.1 The group revisited the Rothbart ICQ-R. The decision was to recommend the Rothbart IBQ-R based on its continuity for later ages (there is an early childhood measure as well as a middle childhood measure). However, due to the size of the entire measure, the group recommends using three subscales: activity level, fearfulness, and positive anticipation. These subscales comprise approximately 45 out of the full 190 items of the measure and were selected because they identify the constructs of temperament that appear most stable over time and that are measured by most of instruments under consideration.

**IMMEDIATE ACTION ITEMS:**

1. Sarah Friedman will contact Larry Fenson and let him know that we do not need the standardization data for the CDI.
2. The group will study the CDI most recent manual (in press) for the adequacy of the items measuring gesture.

**PLAN FOR NEXT MEETING:**

1. Discuss the following social-emotional development measures: ITSEA/BITSEA, Strengths and Difficulties Questionnaire, and Ages and Stages Social-Emotional Development (ASQ:SE) Questionnaire.
2. Discuss the measures of attachment if possible, including the ECLS-B version of the Attachment Q-Sort as well as the original Attachment Q-Sort.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for measures are reached. The Summary Form will be used to describe the recommended measures and the rationale for their being recommended.

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_12-07-05 FINAL.DOC

**Deleted:** 1/3/2006

2. More information is needed about the scope of the ND workgroup's presentation to the Steering Committee in January.

**December Neurodevelopmental Meetings Scheduled:**

12/8/05, 1 - 3 p.m.

12/9/05, 3:30 – 5 p.m.

12/12/05, 3 - 5 p.m.

12/13/05, 3:30 – 5 p.m.

**Deleted:** NCS-CC NEURODEVELOPMENTAL MEETING_SUMMARY_12-07-05 FINAL.DOC

**Deleted:** 1/3/2006

**NCS Neurodevelopmental Meeting**

**December 8, 2005**

**DISCUSSION HIGHLIGHTS AND ACTION ITEMS**

**FINAL**

**ATTENDEES**

**NICHD**
Sarah L. Friedman
Sarah Knox
Regina Shih

**Westat**
Carol Andreassen
Mary Dingwall
Jonas Ellenberg
Gary Resnick

**DISCUSSION SUMMARY**

**1. Goal of Meeting:**

1.1 Discuss social-emotional development measures.

**2. Instrument Discussions**

2.1 Regina Shih presented a summary of The Infant-Toddler Social & Emotional Assessment – Revised (ITSEA) and The Brief Infant-Toddler Social & Emotional Assessment (BITSEA). The group discussed whether or not the BITSEA was a screener or a shortened version of the ITSEA. They determined that the BITSEA was developed using Principal Components analyses to mirror the larger ITSEA measure (hence, it was highly correlated with the ITSEA) but that in the course of doing some of the validation work, it appears the BITSEA also serves as a useful screener for behavior problems. Carol Andreassen mentioned that some items may be difficult for the parent to answer. Sarah Friedman raised the issue of whether or not the group should include those items that are covered by other measures. For example, if we ask about play in the Rothbart IBQ, do we need to ask about it again? Gary asked the group to focus on the purpose – is it to cover social emotional competence or to identify children with problems? He said that he would prefer that time for measuring social-emotional competence be directed more towards the parent-child interaction measures since these are behavioral and rely on more objective observation methods. However, he was also not against including a brief measure for parents to complete, to supplement the observational measures. He also expressed concern that some items seem "too old" for 12-month olds. Regina pointed out that Alice Carter says some domains appear valid in 6-month olds. Sarah Friedman expressed her preference for obtaining social emotional information using both observational methods and maternal reports. The advantage of observational methods is in providing objective data, the disadvantage is that the data

base is limited to the time of observation. Maternal reports are subjective but based on the experience of the mother with her child over a long period of time in different settings.

The group then discussed the ITSEA and its standardization sample. Gary was bothered by the lack of age group splits in the analyses; that is, that reliability information was not broken down by age group. It was agreed that Carol Andreassen would draft a letter to Alice Carter and ask for information on the psychometrics by age. The letter will also ask Dr. Carter to recommend specific items which may be more likely to pick up individual differences if time does not permit full administration. The letter will also ask which items Carter would recommend for a 6-month administration. Sarah Friedman will revise the letter and send on NICHD letterhead.

2.3 Toddler Behavior Screening Inventory (TBSI) – Regina recommended that this measure be rejected due to the requirement for a professional administrator. It also has low test-retest reliability.

2.4 Devereux Early Childhood Assessment – It has been developed for 2 – 5 year olds, so it doesn't fit NCS needs at this time (measures for 18 months and under). However, Gary Resnick noted that he liked the domains. He pointed out that the ND group has nothing on self-control yet and that he thinks that's important. It is covered in a very limited way in the ITSEA.

2.5 The group decided to tentatively adopt the BITSEA, pending further information from Dr. Carter.

2.6 SDQ – Regina provided a brief summary of the SDQ. It has parent-rated versions for children ages 3 – 17. The measure is not appropriate for the current measurement periods of NCS, due to its age range.

2.7 Bayley Social Emotional Scale – Its age range is 6 – 42 months. The first 8 items can be used to develop a sensory processing scale. Carol Andreassen will provide a summary.

**IMMEDIATE ACTION ITEMS:**

1. Carol Andreassen will draft a letter for Sarah F's signature to Alice Carter and request psychometrics by age for the ITSEA/BITSEA. The letter will also ask for her recommendations on the best items for picking up individual differences and the items she recommends using at 6 months.
2. Carol Andreassen will report on the Bayley Social Emotional Scale.
3. The group will study the CDI most recent manual (in press) for the adequacy of the items measuring gesture.
4. Gary Resnick will send his recommendations on the Father Measures to Sarah Friedman.

**PLAN FOR 12/12 MEETING:**

1. Discuss measures of self-control as well as adaptive behavior, as complements to the BITSEA.
2. Discuss attachment measures.
3. If there is time, discuss measures screening for autism as well as autism diagnostic tools.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final decisions are reached.
2. Prepare for the ND workgroup's presentation to the Steering Committee in January. A meeting to discuss content is scheduled for 12/9/05.

**December Neurodevelopmental Meetings Scheduled:**

12/9/05, 3:30 – 5 p.m.

12/12/05, 3 - 5 p.m.

12/13/05, 3:30 – 5 p.m.

# NCS Neurodevelopmental Meeting

## December 9, 2005

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

**ATTENDEES**

**NICHD**
Sarah L. Friedman

**Westat**
Carol Andreassen
Mary Dingwall
Jonas Ellenberg
Gary Resnick

**DISCUSSION SUMMARY**

**1. Goal of Meeting:**

1.1 Prepare for the Neurodevelopmental Group's presentation at the January Steering Committee Meeting.

**2. Neurodevelopmental Group's Presentation Plans**

2.1 The group decided that based on today's discussion, Gary Resnick would prepare a Power Point slide presentation for Sarah Friedman's review. He will incorporate her comments and then distribute it to the group for review.

2.2 Slide suggestions were as follows:

- Overview
- General Charge or Objective
  - Develop outcome measures sensitive to exposures, individual differences
  - List of outcome measures (broadly defined)
- Brief synopsis of process
  - Took recommendations as a starting point
  - Evaluated those recommendations and selected a measure or chose a new one

- Criteria for measures selection (psychometric properties, environmental effects, toxic effects, possibility for longitudinal assessment, version in multiple languages, length of administration)
- Time/burden
- Slide will be organized by domains
    - Recommended measure
    - Others measures considered
        - Formatting suggestions included bolding the recommended measure, putting the other measures considered in a non-bolded, slightly smaller font. Information should be in the same place across slides so that the eye is trained on where to look. Sarah offered to share the slide show of assessment measures from the NICHD Study of Early Child Care and Youth Development that show the constructs, the measures and the timing of assessment.
- Issues
- To-do List
- Timeline

2.3 Next, the group discussed time concerns surrounding organizing slides by domain. An alternative approach, if necessary, would be to bundle domains and include only recommended measures.

**IMMEDIATE ACTION ITEMS:**

1. Gary Resnick and Carol Andreassen will prepare a draft of the Power Point presentation and send it to Sarah Friedman for review. Sarah's comments will be incorporated and the next draft will go out for group review.
2. Sarah Friedman will send a slide presentation of the assessments in the NICHD Study of Early Child Care and Youth Development. This presentation would serve as a guide or blueprint for the NCS presentation.

# NCS Neurodevelopmental Meeting

## December 12, 2005

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

### ATTENDEES

**NICHD**
Sarah L. Friedman
Sarah Knox
Regina Shih

**Westat**
Carol Andreassen
Mary Dingwall
Jonas Ellenberg
Gary Resnick

**Vanguard Centers**
Alison Clarke-Stewart (Orange County, CA)
Kim Dietrich (BYPL, SD)
Marsha Gerdes (Montgomery County, PA)
Lewis Leavitt (Waukesha County, WI)

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Provide overview to new members.

1.2 Update on Action items from 12/8/05 meeting.

1.3 Complete discussion of social-emotional development measures.

1.4 Discuss measures of attachment and parent-child interactions.

**2. Welcome and Overview**

2.1 The meeting began with introductions and a welcome to the four new group members: Alison Clarke-Stewart (Orange County, CA), Kim Dietrich (BYPL, SD), Marsha Gerdes (Montgomery County, PA), and Lewis Leavitt (Waukesha County, WI).

2.2 At the request of Sarah Friedman, Ruth Brenner provided a historical overview of the process leading to the work of the Neurodevelopmental workgroup. She discussed the contributions of those who wrote white papers and others who were convened to proposed measures. Their recommendations led NICHD staff to start laying out the protocol for Neurodevelopmental assessments. Following the selection of the data center and the vanguard centers, small working teams had been established that consisted first of NICHD staff and data center staff and later included experts from the vanguard centers. Ruth Brenner provided a timeline for the work of the

Neurodevelopmental workgroup: measures recommendations (mid to late January) and OMB submission (late Spring).

She pointed out that the recommended measures will be scrutinized by the Steering Committee before they are sent as part of the OMB Clearance Package. Changes to the proposed assessments can be made later (assuming an equivalent burden to research participants). She suggested that if an individual had thoughts on a recommendation that they talk to Sarah Friedman or Gary Resnick off-line. She concluded the overview with a brief mention of the criteria used to make recommendations, including psychometric properties, validation, and longitudinal applicability.

**3. Report on Action Items from 12/08/05 Meeting**

3.1 Gary and Carol drafted a letter welcoming the representatives from the Vanguard Centers to the Neurodevelopmental Group. The letter was revised and sent by Sarah L. Friedman and Gary Resnick.

3.2 Gary and Carol adapted existing tables to create a summary of progress to date on the measures for the purpose of bringing the new members up to date.

3.3 The group had a separate meeting on 12/9/05 to discuss the presentation of the Neurodevelopmental Group's recommendations to the Steering Committee at the January meeting.

3.2 Carol and Gary composed a letter to Alice Carter and Sarah revised and sent the letter. The letter asked for more details about the psychometric properties of the ITSEA/BITSEA.

**4. Instrument Discussions**

4.1 Carol Andreassen reported on the Greenspan Social-Emotional Growth Charts, which are now a subscale of the Bayley-III. She said that she was not finding much psychometric data. It does provide a composite score on social-emotional development, which is better than the Bayley-II which used only behavioral ratings. Marsha Gerdes said that the Greenspan was not standardized, as far as she knew. Carol said that there were descriptive statistics for specific populations, but it wasn't what we were looking for.

4.2 The Infant Toddler Symptom Checklist (ITSC) suffers from the same problems as the Greenspan. Reviews indicate that there has been a good first attempt at face validity but that other data are not available on its psychometric properties. Carol suggested that analyses could be done using the ECLS-B 9-month data. Sarah Friedman asked if we could get permission to see the 24-month data, although it is unreleased. Carol Andreassen will draft a letter to Gail Mulligan asking if we could use the data to assess the psychometric properties of the ITSC. She will detail which variables we are interested in having. Sarah Friedman will send the letter. Sarah asked if there were alternatives to the proposed measures. Gary Resnick suggested observations. Sarah expressed her agreement with this suggestion, however, she said that we need procedures that will take no less than 15 minutes of interaction. In addition, we should also include parent's reports since these are based on extended experience that parents have with their children.

The group reviewed the psychometrics for the ITSC 18-month field test and concluded that the psychometrics were not strong. After reviewing individual items, which were very similar to temperament items, the group concluded that the measure was redundant and also weak from a measurement perspective.

4.3 The group discussed the Bayley Adaptive Behavior Scale. In general, the group liked the items and felt that there should an additional domain of "Adaptive Behavior" that measures young children's "everyday life skills" such as self-help skills. After some discussion, the group decided to add this domain and to tentatively recommend some of the subscales from the measure, but further investigation on sample size and psychometrics was needed. Carol and Gary will look at the Adaptive Behavior Assessment System (ABAS) data, as this is a downsizing of the ABAS

4.4 The discussion moved onto measures of attachment, specifically the original Attachment Q-Sort (AQS) and the attachment card sort task used in ECLS-B. There were some concerns that the Attachment Q-Sort may not be suitable for administration in the home because observations will not pick up sufficient samples of mother-child interaction to allow the Q-Sort to be completed by an observer. Sarah Friedman suggested that we use the adapted procedure used in the NICHD Study of Early Child Care and Youth Development. With guidance from Dr. Brian Vaughn, the home visit included semi structured situations that provided information required for completing an accurate Q sort. Kim Dietrich highlighted the fact that in the case of the NCS study as planned at this time, the home visit is used for testing the child and does not allow for observations that are necessary to measure the child's attachment to the mother. This led to the question as to whether the AQS could be used as part of a separate home visit, so that observations are based on naturalistic behavior in the home plus semi structured mother child interactions rather than on the typical NCS home visit with child assessments and mothers who are focused on filling questionnaires.

Next, the group discussed the Ainsworth Strange Situation measure. Concerns were raised about the feasibility of home administration and it was removed from consideration.

The ECLS-B version of the attachment card sort task was discussed next. Carol Andreassen provided a handout summarizing the Toddler Attachment Sort (TAS) – 45 items that were used in ECLS-B. The observer completes a sort after approximately 1 ½ - 2 hours of observation, using a laptop application. Concerns were raised about whether observations based on "assessment behavior" during the home visit will adequately represent the nature of the attachment relationship, and that perhaps the card sort task should best be used in a separate home visit and by a different assessor/interviewer. No recommendations were made at this point and discussion was tabled until the next meeting.

**IMMEDIATE ACTION ITEMS:**

1. Sarah Friedman will send a letter to Alice Carter requesting psychometrics by age for the ITSEA/BITSEA. She will also ask for her recommendations on the best items for picking up individual differences and the items she recommends using at 6 months.
2. Gary Resnick and Carol Andreassen will review the ABAS data.

**PLAN FOR NEXT MEETING:**

1. Discuss the measures of attachment, including the ECLS-B version of the Attachment Q-Sort as well as the original Attachment Q-Sort.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for measures are reached. The Summary Form will be used to describe the recommended measures and the rationale for their being recommended.
2. Prepare for the ND group's presentation to the Steering Committee in January.

**January Neurodevelopmental Meetings Scheduled:**

1/4/06, 3 - 5 p.m.

1/11/06, 3 – 5 p.m.

1/18/06, 3 - 5 p.m.

1/23/06, 10:30 a.m. – 12:30 p.m.

# NCS Neurodevelopmental Meeting

## January 4, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

### ATTENDEES

**NICHD**
Sarah L. Friedman
Sarah Knox
Regina Shih

**Westat**
Carol Andreassen
Mary Dingwall
Jonas Ellenberg
Gary Resnick

**Vanguard Centers**
Alison Clarke-Stewart (Orange County, CA)
Kim Dietrich (BYPL, SD)
Marsha Gerdes (Montgomery County, PA)

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Update on Action items from 12/13/05 meeting.

1.2 Finalize recommendations for the measure of Attachment.

1.4 Discuss measures of mother-child (and possibly father-child) interaction.

1.5 Discuss measures of autism screening and diagnosis and sensory measures

**2. Report on Action Items from 12/13/05 Meeting**

2.1 Gary reported on the status of the presentation for the January Steering Committee meeting. He and Carol prepared a draft that was reviewed and revised by Sarah Friedman. Sarah distributed to the revised slides to the rest of the group earlier in the day. The group's comments will be reviewed and incorporated, as appropriate, into the final version. The presentation is scheduled for 1/12/06.

2.2 Sarah sent a letter to Alice Carter regarding the BITSEA. The group needs to set up a time for a conference call with her. Sarah will write to Alice to coordinate the time for a conference call.