## 3. Instrument Discussions

3.1 The group continued their discussion of attachment measures. Sarah Friedman proposed that the mother do the Attachment Q-Sort with guidance. She had corresponded with Doug Teti who sent her two references and confirmed that it could be done. Alison Clarke-Stewart asked who the mothers were in Teti's study. The publications showed that they were mainly white and middle-class. Gary and Carol mentioned the problems that they had with this approach during ECLS-B.

The discussion moved on to the Toddler Attachment Sort (TAS), consisting of 45-items, where the sort is done by an observer after a structured home visit. It had very good reliability and was used in ECLS-B. Sarah Knox asked about what happens if the child is having a bad day. Gary said that data in the aggregate moves towards the mean, so won't have much of an impact. They did agree that it was important to ask the mother if the child was having a normal day. Jonas Ellenberg said that getting the status of the child (e.g., child has a cold, is tired) from a home visit is important. Sarah Friedman said that we'll also need procedures in place for cases in which the mother will report that the child is having an atypical day. Gary said that it would be covered in training.

Next, the group began a discussion of the Attachment Q-Sort versus the TAS. Carol expressed concern that disorganized attachment is not included in the AQS. Sarah was concerned that the TAS has not been validated. Gary Resnick asked if it would be possible to have an extra person at the home visit to do the full AQS. Sarah Knox said that it was not out of the question. Other options, such as using a mobile van and setting up labs at Vanguard Centers were also discussed. Sarah Knox brought up the expensive nature of these propositions. Carol Andreassen said that the TAS is correlated with Bayley scores. Westat is trying to get permission to use the 2-year ECLS-B dataset before it is publicly released so that we can do psychometric analyses on the TAS (e.g., concurrent validity, predictive validity). It was agreed that Westat will write a justification and that NICHD would request for the data. Carol Andreassen will find out what needs to be done for NICHD to make the request.

The possibility of a pilot study, comparing the Attachment Q-Sort and TAS, was discussed. In particular, the group discussed doing a small pilot at 1 or 2 Vanguard Centers. People already trained in AQS could be trained on TAS. A sample of 50 or so was proposed and a research design that would allow us to be clear that similarity in findings based on AQS and TAS are not due to experimenter effects. Tentatively, the group agreed to move ahead with a recommendation to use the TAS-45 card sort procedure completed by the assessor following the home visit.

3.2 The group moved onto mother-child interactions. The Nursing Child Assessment Teaching Scale was used in ECLS-B at 9 months. The feeding scale was not used. It took about 5 minutes. The Mother picked a task from a list that the child couldn't do and taught the child. This was videotaped and scored on 73 items.

The Two Bags measure was done at 24-months. However, the data hasn't yet been released, so no analysis has been done. Sarah Friedman suggested that it might be better to use the three bags/ three boxes task used in the NICHD's Study of Early Child

Care and Youth Development since mother and child variables based on this procedure were validated. Gary Resnick said that he liked the Three Bags/Boxes measure used. The question was posed as to whether or not there would be money for the coding to be done centrally. Sarah Knox said that all cases won't be coded. They'll conduct case-control studies. She asked why coding couldn't be done live or if a short version could be coded. The discussion moved on to the exploration of the use of the HOME as a measure that would provide not only measures of the social environment but also measures of mother-child interaction. Gary said that it would be difficult to implement a full HOME procedure, but might work (for the mother aspect of the interaction) if the HOME Short Form was used. Sarah Friedman will contact Bob Bradley about this possibility. The group agreed to recommend using the Three Bags/Boxes measure at 6, 12, and 18 months.

4.3 The group discussed the possibility of measuring father-child interactions. While members were generally in favor, it did not seam feasible to do so within this study.

**IMMEDIATE ACTION ITEMS:**

1. Gary Resnick and Carol Andreassen will contact Brian Vaughan about the Attachment Q-Sort to determine whether the context of the structured activities of the home visit would yield information about attachment status that would be consistent with results obtained with the AQS during a typical (nonstructured) home visit.
2. Carol Andreassen will find out what NICHD needs to do to request use of the ECLS-B data from the Department of Education so that we can conduct analyses of the TAS. Westat will write the justification and request and NICHD will file it.
3. Sarah Friedman will talk to Bob Bradley about doing live coding with the HOME Short Form.
4. Sarah will coordinate a conference call with Alice Carter to talks about the ITSEA/BITSEA.

**PLAN FOR NEXT MEETING:**

Discuss measures of autism screening and diagnosis and sensory measures.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures The Summary Form will be used to describe the recommended measures and the rationale for their being recommended.

**January Neurodevelopmental Meetings Scheduled:**

1/11/06, 3 – 5 p.m.

1/18/06, 3 - 5 p.m.

1/23/06, 10:30 a.m. – 12:30 p.m.

## NCS Neurodevelopmental Meeting

## January 11, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

### ATTENDEES

**NICHD**
Sarah L. Friedman
Regina Shih

**Westat**
Carol Andreassen
Mary Dingwall
Gary Resnick

**Vanguard Centers**
Alison Clarke-Stewart (Orange County, CA)
Kim Dietrich (BYPL, SD)
Marsha Gerdes (Montgomery County, PA)
Lewis Leavitt (Waukesha County, WI)

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Update on Action items from 1/4/06 meeting.

1.2 Discuss presentation to the Steering Committee.

1.4 Discuss measures of autism screening.

**2. Report on Action Items from 1/4/06 Meeting**

2.1 Gary Resnick and Carol Andreassen will contact Brian Vaughan about the Attachment Q-Sort (AQS) to determine whether the context of the structured activities of the home visit would yield information about attachment status that would be consistent with results obtained with the AQS during a typical (non-structured) home visit (C.O.).

2.2 Carol Andreassen reported on the availability of the ECLS-B data so that analyses of the Toddler Attachment Sort (TAS) can be conducted. She said that the 9 month and 24 month data will be available to the public in April. March 26, 2006 is the official delivery date and she said it takes the NCES about a month to get the data up on the website. There will also be a CD available for restricted users. Carol said that the NCATS data is on the 9-month file. Attachment measure is on the 24 month file. Once available, concurrent and construct validity can be analyzed. Sarah Friedman expressed concern about whether or not the data will be available in April as expected. Carol assured her

that it would be. It was agreed that, based on the timeline, it was not necessary to obtain special permission to obtain the data.

2.3 Sarah Friedman spoke with Bob Bradley about doing live coding with the HOME Short Form during a structured home visit. He said that the HOME can be used, even in a structured environment. Carol Andreassen said that she would like to talk with him about the ECLS experience where it was not successful.

2.4 Sarah Friedman proposed of time of 10:30 – 1:00 on 1/18/06 to speak with Alice Carter about the ITSEA/BITSEA. Because that time was not suitable for some group members, it was agreed that Sarah would try to schedule a time either before or after the 1/23/06 ND group meeting. She'll report back to the group with a confirmation.

**3. Discussion Items**

3.1 The group discussed the February deadline for protocol. They expressed concern about whether or not this schedule is realistic. Sarah Friedman said that she would get a copy of the current schedule from the Program Office.

3.2 Alison Clarke-Stewart raised the question of when the pilot comparing the TAS-45 and the AQS should be done. After some discussion, it was decided that she should have it done as soon as possible. It was agreed that the pilot would compare the AQS with the TAS-45 in two settings: a structured setting, resembling the NCS context, and the more typical unstructured home visit used by attachment researchers. Alison agreed that she would send a description of research plan for the pilot study, along with the a priori hypotheses to Sue Spieker. She will ask her for benchmarks of acceptability.

3.3 Sarah Friedman asked if anyone had comments on the presentation to the Steering Committee. All comments had been sent in previously.

3.4 Next, the group moved onto a discussion of autism screeners. Regina Shih summarized different screening instruments, including the Modified Checklist for Autism in Toddlers (M-CHAT) and the Early Screening for Autistic Traits (ESAT). She said that while the M-CHAT is new, it looked very promising. Lewis Leavitt said that he thought the M-CHAT was a reasonable choice. Marsha Gerdes said that she had developed a non-British version and would send it to the group.

A discussion of the First Year Inventory FYI followed. Carol Andreassen expressed concern about the psychometrics and low alphas associated with the First Year Inventory (FYI). Marsha Gerdes expressed several concerns including: 1) sensitivity of parental reports to the behaviors that were asked about; 2) age of screening was too young (i.e., the child may not show the expected behaviors because the child might be developmentally delayed rather showing precursors of autism); 3) lack of normative data; and 4) continuum of scores versus pass-fail. Lewis Leavitt asked what we hope to accomplish. He said it was wise to think about using a measure that could be used at more than one age. The benefits of the M-CHAT are that it's short, capable of being translated into practical use (for example, by visiting nurses or early educators).

The group discussed the administration ages for the different measures. Gary Resnick asked if the FYI's value could be in picking up the spectrum. He asked if the FYI could

be done at 12 months and then the M-CHAT at 18 months. Lewis Leavitt expressed concerns about burden on the subject. Regina asked if the FYI overlapped with the Bayley on language. Carol said that it did not. She said that it might have some overlap with interaction and social domains.

Sarah Friedman noted that the age span is wider for the ESAT than for the M-CHAT. If the group wanted a longitudinal measure, it might be better to use the ESAT. Regina said that she was not impressed with the ESAT.

The group agreed to recommend the M-CHAT at 18 months.

The group agreed that diagnostic measures of autism should be discussed at the next meeting. Regina Shih will provide a summary of diagnostic measures prior to the meeting.

3.5 The group discussed a response to Barry Lester's request for an update on where data analyses for NNNS stand. It was agreed that Sarah Friedman would respond to him and suggest that he talk to the Steering Committee of MLS (on January 18) and see if members will let Westat use the data to analyze reliability and validity of the assessment for the age at which we plan to use the instrument (1 month) and for samples that are similar to those to be used in the NCS. If the Steering Committee agrees, then Westat will conduct the analyses. Sarah will also point out that, if the Steering Committee will not release the data, that it would be beneficial for the MLS data center to run these analyses.

3.6 Sarah Friedman said that she would write a letter to T. Berry Brazelton and Kevin Neugent informing them that the group was not recommending the NBAS for the NCS.

**IMMEDIATE ACTION ITEMS:**

1. Gary Resnick and Carol Andreassen will contact Brian Vaughan about the Attachment Q-Sort to determine whether the context of the structured activities of the home visit would yield information about attachment status that would be consistent with results obtained with the AQS during a typical (nonstructured) home visit.
2. Sarah Friedman will get a current schedule from the NCS Program Office.
3. Alison Clarke-Stewart will proceed with plans for a pilot study comparing the AQS and TAS-45. She will send a description of the protocol and a priori hypotheses to Sue Spieker. She will ask Sue Spieker for benchmarks of acceptability.
4. Marsha Gerdes will send the non-British version of the M-CHAT to the ND group.
5. Before the next meeting, Regina Shih will prepare and distribute a summary of autism diagnostic measures.
6. Sarah Friedman will prepare a response to Barry Lester regarding data analysis of the NNNS.

7. Sarah Friedman will write to T. Berry Brazelton and Kevin Neugent about the group's decision not to use the NBAS in the NCS.
8. Sarah Friedman will finalize a time for the group to discuss the ITSEA/BITSEA with Alice Carter.

**PLAN FOR NEXT MEETING:**

Discuss measures of autism diagnosis. (Please note: The plan has been changed. An agenda will be sent by WESTAT).

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures The Summary Form will be used to describe the recommended measures and the rationale for their being recommended.
2. The group will also discuss the ITSEA/BITSEA with Alice Carter and Margaret Briggs Gowan.

**January Neurodevelopmental Meetings Scheduled:**

1/20/06, 2 – 4 p.m. (NOTE NEW DATE AND TME)

1/23/06, 10:30 a.m. – 12:30 p.m.

# NCS Neurodevelopmental Meeting

## January 20, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

**ATTENDEES**

**NICHD**
Ruth Brenner
Sarah L. Friedman
Sarah Knox
Regina Shih

**Westat**
Gary Resnick

**Vanguard Centers**
Alison Clarke-Stewart (Orange County, CA)
Marsha Gerdes (Montgomery County, PA)
Lewis Leavitt (Waukesha County, WI)

**DISCUSSION SUMMARY**

**1. Goals of Meeting:**

1.1 Update on Action items from 1/11/06 meeting.

1.2 Discuss timeline and process.

1.4 Discuss autism assessment, place of data collection (home vs. lab), still face procedure, and psychosocial predictors of Neurodevelopmental outcomes.

**2. Report on Action Items from 1/11/06 Meeting**

2.1 Gary Resnick and C. Andreassen will contact Brian Vaughan about the Attachment Q-Sort (AQS) to determine whether the context of the structured activities of the home visit would yield information about attachment status that would be consistent with results obtained with the AQS during a typical (non-structured) home visit (in process).

2.2 Conference call with Alice Carter to talk about the ITSEA/BITSEA is scheduled for 1/23 at 11:30 a.m., as part of the next Neurodevelopmental group meeting. Dr. Carter sent the ITSEA/BITSEA forms and manual to Sarah Friedman.

**3. Timeline and Process**

3.1 Ruth Brenner indicated that all measures must be put together for submission to OMB by 4/1/06. However, when the measures are all put together, it is likely that there will be too much burden on the home visits and the Neurodevelopmental group will be asked to make recommendations for cutting measures and finding ways to save time while preserving the reliability and validity of the measures. Sarah Knox said that, in general, this will be an iterative process with the emphasis on finding creative solutions.

3.2 The group will be reviewing psychosocial measures. Gary Resnick pointed out that perhaps the group needs to be more judicious about selecting measures for different time periods.

**4. Autism Assessment**

4.1 Sarah Friedman asked that we form a subgroup to contact experts and get additional information about the criteria for deciding that an infant is autistic (one or repeated screens; use of diagnostic methods) and about the actual instruments that would be recommended to the Steering Committee. The group agreed this would be a good strategy. Lew Leavitt, Sarah Friedman and Regina Shih volunteered to work on this subgroup.

4.2 The discussion then turned to the identification of autism diagnosis experts. Sarah Friedman recommended two experts:

- Cathy Lord, who developed the ADOS and ADI and is currently working on a longitudinal study of two cohorts of children: those who are developmentally delayed autistic and those who are non-autistic. She is an expert in diagnostic instruments including observational measures for autism; and
- Sarah J. Spence, Assistant Professor for Psychiatric and Behavioral Sciences at UCLA. Regina said that Dr. Spence has done twin studies on autism, is more of a genetic epidemiologist, and also a pediatric neurologist.

Alison Clarke-Stewart suggested Pauline Filipeck, who according to Lew Leavitt, is heavily involved in national committees to evaluate and promote assessment of autism.

Regina Shih suggested Diana Robbins, author of the CHAT and M-CHAT. Sarah Knox suggested that it would be useful to have both Robbins and Lord in the same discussion about diagnostic measures.

Next, the group began to discuss autism screening measures. The issue identified by group members was that scores for screens on these tests may show many false positives and that the cost for positive screens would be prohibitive. Ruth Brenner suggested the use of multiple screens over a period of time, and that multiple positive screens would be required in order to conduct a diagnostic assessment. The Steering Committee raised the ethical issues associated with identifying positive screens for parents and how this could be potentially difficult.

Sarah Knox suggested setting the threshold higher for the screening measure, which uses quantitative measures, rather than a simple yes/no decision. However, Sarah Friedman pointed out that if you assign a higher threshold then you will get more false negatives; for this reason, multiple screens would be preferable. Gary Resnick pointed out that if you have multiple screens set too far apart, children will age into a positive diagnosis without needing the additional screening.

Sarah Knox suggested that providing exact quantitative (rather than dichotomous) scores from screening instruments could be useful for research purposes, so it still might be good to use the screener even if we do not use the information for diagnostic purposes. Gary Resnick said that scores from screening measures used for research generally are not as reliable and valid as scores from assessment measures.

Sarah Friedman advised that the group should bring all these issues in its discussions with the experts about autism screening and diagnosis.

**5. Place of Data Collection (Home vs. Lab)**

5.1 Sarah Friedman asked that we nominate a subgroup to prepare scientific information about the scientific (not financial) pros and cons of assessing infant neurodevelopmental outcomes in the family context (home) rather than in a laboratory setting. She mentioned that we need to have our recommendations ready before the next Steering Committee meeting.

The group then discussed the advantages and disadvantages of assessing infant neurodevelopment in the home vs. lab/clinic setting. Apparently, concern was raised at the Steering Committee meeting regarding the decision to have ND assessments done in the home. The worry was based on the fact that the measures were validated based on data collected in the controlled environment of a lab setting and that the results may not be valid if the assessments were to be done in the home setting, especially if such home settings are chaotic. Someone mentioned that the Steering Committee didn't have concerns with the Bayley being done in the home, but rather members felt that the memory and cognition tests that required apparatus would not provide comparable data in settings that vary across children.

Gary Resnick talked about how the ECLS-B used exclusively home visits and that the psychometric analyses done thus far suggest the measures were successfully administered in the home.

The group discussed the Steering Committee suggestion to consider using a lab or clinic setting if the assessments couldn't be done in the home because the home did not include a quiet room or if the parents were not comfortable with researchers in the home.

The Steering Committee's suggestion to use Mobile Units as the place to conduct the ND assessments arose. Sarah Knox talked about the need to find out the real costs involved given that there will be 100 research locations with a need for approximately mobile 18 units per site. She said that early in NCS development, vans were considered for holding equipment, but that the idea was rejected due to cost. However, she pointed

out that the original estimates were for using vans in all data collections. Alison Clarke-Stewart suggested a scenario whereby most home visits would be done in the home and that only a few vans per location would be needed for those home visits that can't actually be done in the home. Sarah asked about the possibility of having the families come to the clinical center closest to their home. She was told this was a possibility in urban settings but not in rural settings or where there were no clinical centers close by. Ruth Brenner agreed and said a van might be effective for data collection in rural locations and places where there are no labs, and thus the number of vans per sight might vary.

Sarah Knox pointed out that the reasons for doing data collection in the home setting were at least partially driven by the need to collect environmental samples; otherwise it would require two visits: one in the lab and the other in the home. More importantly, the decision about where to conduct the data collections during the first 18 months has already been made and would, therefore, be difficult to change. Ruth Brenner, however, opened the door for making changes both in the timing of testing or the location of testing and encouraged the group to raise concerns and make suggestions, if scientifically indicated.

Alison Clarke-Stewart talked about the NICHD SECCYD, in which they arranged a "corral" either in the child care setting, for observing peer interaction and that it might be possible to consider a similar arrangement in the NCS, to structure the home environment better.

Ruth Brenner said they would like to cost out the idea of the vans, but generally would consider the clinic as the main backup if home visits couldn't be done.

Gary Resnick pointed out that the large sample allows scores on home based measures to show good overall reliability and should not show an influence of home based testing.

**6. Still Face Procedure**

6.1 Sarah Friedman placed this item back on the agenda because it wasn't clear whether the group had made a fully informed decision about whether or not to use this procedure to assess early infant social behavior. Prior to this meeting, Sarah Friedman circulated to the group publications (primarily by Ed Tronick and Jeff Cohn) about the still face procedure. She also circulated an e-mail from Ed Tronick responding to ethical concerns formerly raised by Sarah Knox. Sarah Knox summarized her concerns about the measure: it is a 4 minute test done at the age when the child is learning to trust the mother, and the mother is specifically instructed to look at the baby but not show any facial expressions. She felt this would be disturbing to the baby and is thus, possibly not ethical. Sarah Friedman pointed out that in the MLS study, only 2 minutes involved the mother presenting a still face to the baby, whereas there were 2 minutes before and 2 minutes after where mothers were instructed to play "normally" with their baby. The 2 minute segment after the still face is provided to allow babies and mothers to get back into their regular interaction patterns, thereby relieving the baby's distress. She also said that the procedure just adds a few minutes, is sensitive to environmental effects, and, since it picks up on indicators of autism, may even become a good autism screener.

Gary Resnick indicated that this was the same as what is typically done in the Strange Situation and if a child becomes overly anxious, the procedure is usually terminated early.

The age the still face procedure is generally done is from 1 to 6 months. Sarah Knox suggested that the mother ignore the child rather than looking at the child's face but not responding. The group felt this would change the measure too much. Lew Leavitt pointed out that while the value of this measure is high, the group needs to consider what they hope to accomplish, and that there are real constraints on budget, not to mention the burden already placed on respondents. Gary Resnick suggested doing the still face at 6 months and waiting until 12- and 18-months to conduct the parent-child interaction.

Sarah Friedman suggested that at 6 months we only need 10 minutes for the mother-child interaction (instead of 15 minutes), which will allow enough time to administer the still face procedure for 6 minutes, as per the MLS study. The group agreed with this plan. It was also agreed that we should ask Ed Tronick whether we need the first 2 minute segment if we are doing the NICHD SECCYD mother-child interaction first, and that this might save 2 minutes.

## 7. Psychosocial Predictors of Neurodevelopmental Outcomes

7.1 Observed Home Environment – Sarah Friedman reported that Bob Bradley was willing to work with the group on adapting the HOME to NCS' needs, after he learns the specifics of the planned home visit. The group will contact him to see what he proposes.

7.2 Sarah Knox provided some background on what has been done thus far with the psychosocial predictors. Measures in various key domains were selected by her in consultation with Sarah Friedman and summarized by Westat, but these were more like placeholders and she would like the group to revisit these decisions.

7.3 Ruth Brenner asked about the possibility of doing some of these measures by a mail-in questionnaire, rather than interview. She indicated that she was proposing this as something for the group to think about because the parent interview is already too long and we need to find creative solutions for using some of these measures. She also raised the notion of a telephone interview.

Marsha Gerdes said that a telephone interview is useful because it gives support for low literacy parents. Lew Leavitt reported that telephone interviews have been successful compared with a mail-in approach for isolated families. Sarah Knox talked about how some interviews can be done person-to-person, but with the respondent providing responses via computer, which provides anonymity and can translate easily into a telephone interview. Lew Leavitt pointed out the success of surveys that used touch-screens.

Sarah Friedman expressed her concern with mail-ins in that you don't know who the respondent is, especially there is concern that the mother will fill in the questionnaire sent to the father. Therefore, it's important to have contact with the parent.

7.4 Sarah Knox pointed out that the Vanguard Centers have not been brought into the discussion of psychosocial measures, but that they are asking for this information. On 1/30, the instrument background and summaries from the psychosocial measures will be put on the Portal. There will then be a conference call with the Vanguard Center representatives.

There was further discussion around finding a process for reviewing these measures within the group.

7.5 Sarah Knox discussed measures of maternal cognitive skills and the importance of finding good nonverbal measures, thereby taking language and literacy out of play.

7.6 Child Care Arrangements was discussed next. Alison Clarke-Stewart summarized the key measures based on the NICHD SECCYD. They included child care quality, hours, and provider educational background. However, there is a potential problem asking mothers to report on quality and it would be important to find a measure that could be compared to observed measures of quality. It may be possible to use mother-reported quality measures, guidelines for quality of care reported by mothers, education of caregiver, possible to acquire the data and see if the mother reported data correlates with quality. Ratios are probably better obtained from the caregiver than from the mother.

Sarah Friedman talked about a paper based on analyses of the NICHD SECCYD data showing a relationship between adult/child ratio in child care and provider education and children's developmental outcomes, mediated by observed provider positive caregiving (sensitive, cognitively stimulating, showing positive affect, not intrusive). This paper and others show that it is very reasonable to evaluate quality by getting information about adult/child ratio and provider education level. Other parameters are also group size.

Alison Clarke-Stewart suggested giving the mother a questionnaire to complete when she goes to child care. Alternatively, the care provider could complete a survey. She discussed research using a telephone interview with providers and found good results. Sarah Friedman pointed out the problem of which provider to ask to fill the questionnaire because a considerable number of children are in different arrangements every week on a regular basis. SECC collected data from the setting where the child spent the most time as the primary setting, but asked about other settings. Alison suggested that NCS should probably do the same thing.

Marsha Gerdes raised the issue of parental selection factors, that is, why a parent chooses a particular arrangement, and that the group should include some of those variables. Sarah Friedman said that the NICHD Child Care Research Network published a paper about the family selection factors. Family income was the most important one. Maternal attitudes about child rearing were less important. Sarah Friedman suggested that we measure indices of quality, including provider education, directly from the provider where the child spends most of his/her time.

Sarah Friedman said at the Steering Committee meeting she learned that there was interest in measuring environmental exposures in child care, such as air quality, etc. Sarah Knox said that early on the Steering Committee considered this but thought it

would be too costly. But, if the group can find less costly and burdensome measures, this would be a good thing to do.

Gary Resnick asked whether there was interest in a survey of providers. Sarah Knox indicated that the Steering Committee would be interested. Further discussion revolved around how this survey can be done. The group concluded it could best be done by telephone and that it would supplement a parent interview section on child care arrangements where hours, ratio, etc. could be obtained from the mother. Sarah Friedman suggested we give a reward or gift for the provider interview.

Marsha Gerdes said that she would like to see the specific questions from the SECC. Sarah Friedman offered to send those to everyone before the next meeting.

Alison Clarke-Stewart said that she would look for the telephone survey that asked providers questions that accessed quality of care.

**IMMEDIATE ACTION ITEMS:**

1. Still Face Procedure: Sarah Friedman will ask Ed Tronick whether we need the first 2 minute segment if we are doing the NICHD mother-child interaction first.
2. Sarah Friedman will talk to Carolyn Hamilton about a twice a week meeting schedule.
3. Sarah Friedman will distribute copies of the provider and parent child care arrangement questions from the NICHD SECCYD.
4. Alison Clarke-Stewart will look for the provider telephone survey asking about quality of care.
5. The group will contact Bob Bradley about adapting the HOME Inventory for the NCS.
6. Gary Resnick and Carol Andreassen will contact Brian Vaughan about the Attachment Q-Sort (AQS) to determine whether the context of the structured activities of the home visit would yield information about attachment status that would be consistent with results obtained with the AQS during a typical (non-structured) home visit (in process).
7. The conference call with Alice Carter to discuss the ITSEA/BITSEA is scheduled for 1/23/06 at 11:30 a.m.

**PLAN FOR NEXT MEETING:**

Psychosocial measures that the group still needs to discuss include: observed maternal sensitivity, detachment, intrusiveness, positive/negative regard for child, maternal cognitive skill, parental depression, parenting stress, social support, spousal relationship, division of labor in the home, domestic violence, parental beliefs and attitudes (parenting style) and child care arrangements.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures The Summary Form will be used to describe the recommended measures and the rationale for their being recommended.

**Neurodevelopmental Meetings Scheduled:**

1/27/06, 3:00 – 5:00

1/30/06, 2:00 – 4:00 NOTE NEW TIME

2/2/06, 3:00 – 5:00

2/6/06, 3:00 – 5:00

2/8/06, 1:00 – 3:00

2/13/06, 3:00 – 5:00

2/15/06, 1:00 – 3:00

THE NATIONAL CHILDREN'S STUDY
HEALTH GROWTH ENVIRONMENT



# NCS Neurodevelopmental Meeting

**January 23, 2006**

**DISCUSSION HIGHLIGHTS AND ACTION ITEMS**

**FINAL**

## ATTENDEES

| | |
|---|---|
| **NICHD**<br><br>Sarah L. Friedman<br>Sarah Knox<br>Regina Shih | **Westat**<br>Carol Andreassen<br>Jonas Ellenberg<br>Gary Resnick<br>Jean Wilson |
| **Vanguard Centers**<br>Alison Clarke-Stewart (Orange County, CA)<br>Marsha Gerdes (Montgomery County, PA)<br>Lewis Leavitt (Waukesha County, WI) | **Developers of ITSEA/BITSEA**<br>Alice Carter<br>Margaret Briggs-Gowan |

## DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 The goal of this meeting was to discuss the child care measure forms from the NICHD Study of Early Child Care (SECC), provided by Sarah Friedman.

1.2 The group also met with Dr. Alice Carter and Dr. Margaret Brigg-Owens, the developers of the ITSEA and BITSEA, via telephone, to discuss the psychometric properties of those instruments specific to the age group of interest, that is, children aged 12 months and 18 months.

**2. Review of measures:**

2.1 Review of child care measure. The process for this measure is to select those items that we want to measure in the NCS. After the items have been selected by the group, Gary Resnick and Carol Andreassen will develop a prototype of the Child Care Measure for the group to review at a meeting of the Neurodevelopmental group (the meeting to be determined based on when decisions were reached on the selection of items). This information will be asked of the center director in a telephone interview that the ND workgroup recommends adding to the NCS. For some information the mother may be a

good source and some of these questions about the day care center could be included in the Parent Interview.

On the Current Child Care Grid form, the following changes were agreed upon:

- The new option 3, under "Where," will be "center/nursery/preschool.
- Delete the "Reason Chosen" item.
- Parental discipline/authoritarian items that are asked of the mother should be asked of the daycare.
- Drop "Awake" question. Children are both awake and asleep at daycare.
- Drop "Times" item. NCS is interested in hours per day in child care.

Therefore, on the grid, the items to keep are "Who," "Where," Hours/week," "Gender of provider," "Number of other children," "Number of other adults," "Age started," e.g. all but "Reason Chosen" and "Times" items. NCS wants hours per day, and that is in the questionnaire separately. In addition, the number of other children and the number of adults should be "in the study child's class."

On the form titled "Director (or Mother) Telephone Interview for Centers We Cannot Visit," the following items should be deleted:

- A1 – A3
- A4—This question asks if the center is licensed. If the center is not licensed, the respondent for the center may feel threatened by this question. The team will develop a better way to ask for this information.
- A5
- B1 – B3
- B5
- C1 – C6
- C7—We do need questions that address staff turnover and staff quality. The team will develop questions which address this issue.

The following items will remain in the questionnaire, for now, although there was some disagreement on their utility for the NCS:

- A6
- B4
- B6-- Questions on languages spoken by care providers need to be added to this item.
- B7—This question will be re-worded and asked as a screener: The survey will ask if the center has children who have physical disabilities/chronic illnesses or those with chronic medical problems (the team will classify these children as having physical disabilities). If the response is yes, then the center will be asked, "Are you capable of handling these children successfully or do you need to refer them elsewhere for care?" The next question will ask about children with behavioral/emotional/learning disabilities. If there are children in the school with those disabilities, then the center will again be asked if the center is capable of handling these children or need to refer

them elsewhere for care. We want to know if the center has specific policies in place for handling children's special needs.

- B8--This question needs to be simplified to ask: "Typically, how many children are in the study child's classroom ages...<1year; 1year to 1 ½ years, etc."
- The team also discussed determining what aged children the study child is with most of the time s/he is in care vs. other points in the day (e.g. during times when school aged children would be in the center.)

2.2 Review of ITSEA/BITSEA. The team also discussed the ITSEA and the BITSEA with the developers of these measures, Alice Carter and Margaret Briggs-Gowan.

The ND Workgroup is recommending the BITSEA be used to measure social outcomes for children at 12 months and again at 18 months. Data from this measure would help to describe individual differences within both the normal and full distribution of outcomes. NCS needs a measure that is sensitive enough to detect individual differences in the effects of exposures and changes over time.

The validation of the psychometrics for this instrument was done by combining data together for children ages 12 to 18 months. There are approximately 300 children in this group; if the children are separated into groups by age by month, there will only be data for about 50 children in each age group. This is a function of the sample design: in year one, children aged 1 year and 2 years were selected for the study; in year two, the original one year olds became the two year olds for the sample. In addition, the sample was designed to include an equal number of boys and girls.

The authors will re-analyze the data by age in months. The correlations that were published between the ITTSEA and the BITSEA will most likely hold for narrower age ranges.

The authors recommended the BITSEA over the ITSEA, due to the time constraints of the study. The BITSEA takes approximately 10 minutes to administer; the ITSEA takes longer. The BITSEA is a screener instrument, however the authors feel that it does detect enough variation in individual differences. Items from the ITSEA could be added to address specific NCS hypotheses, if needed.

Item Response Theory (IRT) analysis was discussed for the items on the BITSEA. Sarah Friedman asked if Westat could have access to the New Haven, CT BITSEA data, to analyze it for IRT purposes only. The authors will check and let Sarah Friedman know if they can release the dataset. However, since the BITSEA and ITSEA are being used by Psych Corp for a nationwide study they may not be willing to release the national data, but perhaps they may be able to release the New Haven data, for which the measure was normed. IRT analysis requires a certain sample size (250 or more per group, e.g. age). The New Haven data will provide data on 45 to 50 children per age month. The one issue with IRT analysis of this data is that some abilities show a curvilinear relationship—as a child gets older, the parent's perception of that child's behavior will change, based on expectations of what are normal behaviors at certain ages.

The results of the BITSEA for each child could also be used for analyses later. For example, if a study child exhibits a behavior when s/he is aged 20 years, case study analysis can be used to go back and look at the results of that child's BITSEA to see if some behavior was missed that would help explain the current behavior.

The developers of the BITSEA/ITSEA were asked about the possibility of using the measure for children as young as six months of age. Data on 6 month old children have not yet been collected and analyzed using the BITSEA, although some researchers have approached Alice Carter and Margaret Briggs-Gowan about doing so. The Dysregulation/Social Relatedness items from the ITSEA are the likely items to make up a 6 moth old version of the measure. There are 37 or 38 items in that scale.

For Autism research, the BITSEA cut points are highly sensitive and specific to Autism and thus the ND workgroup agreed might serve as a further measure or indicator of an early autism screen/diagnosis.

Gary Resnick and Carol Andreassen will send Alice Carter and Margaret Briggs-Gowan an email to further discuss the release of the BITSEA New Haven data to Westat. Westat has an established relationship with Psych Corp and may be able to also obtain the national dataset for the purposes of IRT analysis.

**IMMEDIATE ACTION ITEMS:**

1. When the child care items have all been discussed, Gary Resnick and Carol Andreassen will develop a prototype of the Child Care Measure for a meeting of the Neurodevelopmental group.
2. Gary Resnick and Carol Andreassen will send Alice Carter and Margaret Briggs-Gowan an email to further discuss the release of the BITSEA New Haven data to Westat. Westat has an established relationship with Psych Corp and may be able to also obtain the national dataset for the purposes of IRT analysis.
3. Sarah Friedman asked Gary Resnick about the criteria for selecting a subsample from the Maternal Lifestyles Study to ask the MLS contractor to conduct analyses of the NNNS, as per an email from Barry Lester. Gary will work on developing the selection criteria.

**PLAN FOR NEXT MEETING:**

1. The team will continue discussing the child care measure.
2. Gary Resnick will report on the subsample criteria for analyses of the NNNS in the Maternal Lifestyles Study.
3. The team will discuss recommended measures for the other domains/sub-domains. Copies of the following draft study summaries for the recommended measures are being distributed to the team members:

    - Childcare
    - Maternal Cognitive Functioning
    - Maternal Depression
    - Perceived Stress
    - Social Support
    - Father-Mother Relationships

- Division of Labor
- Domestic Violence
- Parenting

3. The team will meet twice per week.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures are made.

# NCS Neurodevelopmental Meeting

## January 30, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

### ATTENDEES

| | |
|---|---|
| **NICHD**<br><br>Sarah L. Friedman<br>Regina Shih<br><br>**Vanguard Centers**<br>Kim Dietrich (BYPL, SD) | **Westat**<br>Carol Andreassen<br>Mary Dingwall<br>Gary Resnick |

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Review Action Items from Previous Meeting.

1.2 Update on Autism Assessment subgroup.

1.3 Discuss Psychosocial Exposures Constructs and Measures.

**2. Report on Action Items from 1/27/06 Meeting**

**2.1** Gary Resnick and Carol Andreassen will contact Brian Vaughan about the Attachment Q-Sort (AQS) to determine whether the context of the structured activities of the home visit would yield information about attachment status that would be consistent with results obtained with the AQS during a typical (non-structured) home visit (carry over).

**2.2** Gary Resnick and Carol Andreassen will develop a prototype of the Child Care Provider Interview and distribute it to the group for comments.

**2.3** Dr. Margaret Briggs-Gowan, one of the developers of the ITSEA/BITSEA, wrote to Harcourt Assessments about releasing the National Standardization Sample data for the BITSEA. Sarah Friedman will determine whether Westat or NICHD submits the release request. The data will then be available for IRT analyses.

**3. Updates:**

**3.1 Autism Assessment Sub-group.** Regina Shih has contacted the autism sub-group and began making plans to meet. The sub-group consists of: Sarah Friedman, Kim Dietrich, Regina Shih, Lew Leavitt, Marsha Gerdes, and Gary Resnick. Sarah Friedman suggested that Dr. Marshalyn Yeargin-Allsopp, National Center on Birth Defects and Developmental Disabilities (CDC) should be included in the sub-group. Regina expressed some concern that her email did not get through to everyone as she has not had much of a response. She will resend the email and follow up with a telephone call.

**3.2 Email from Developer of the HOME.** Sarah Friedman addressed the group's concerns about a low ceiling on the HOME measure by sharing a reply from Bob Bradley, the co-developer of the HOME (along with Bettye Caldwell, now Professor Emeritus). He indicated that the problem of a low ceiling is not as acute as some might believe and he attached a 2004 article summarizing cross-cultural studies using the HOME. He also stressed the importance of proper training and offered to assist with the training for the NCS. Kim Dietrich asked whether this meant Bradley would train the trainers or the assessors. Sarah Friedman said that he would do whatever we need. Gary Resnick asked whether the group was going to recommend the short or the long version. Sarah Friedman suggested that the long version be used. Gary said that parts of it would now need to go into the mother questionnaire. Sarah said that her knowledge of the instrument (which was used in the NICHD SECCYD) is that it is a seemingly unstructured observation/interview instrument – more like a "friendly visitor" who makes observations and asks questions as part of a chat with the mother. In addition, the interviewer queries the mother, at the end of the visit, about items that were not observed or about which the interviewer did not get information indirectly through conversation. Carol Andreassen pointed out that we would need more standardization of field staff procedures than what may be done for an unstructured interview/observation, since the study will involve many different sites and a large sample of children.

**4. Review of Measures:**

**4.1 Child Care**

Gary Resnick presented selected items from the Head Start FACES Teacher questionnaire as potential additions to the child care provider interview. Some of the items may be useful in detecting differences in quality between child care settings. Sarah Friedman asked what questions would be a mistake not to include in the battery. Gary said that some are just different ways of asking about a construct that was already included in the Study of Early Child Care instrument. Sarah suggested that, when Gary and Carol put together the child care measure, they provide alternate questions for those that they think are important. The group will then review the items and finalize the items that should be included.

### 4.2 Division of Labor

Sarah Friedman questioned how this domain was related to Neurodevelopmental outcomes. She will ask Sarah Knox why it was included in the ND group work. Carol Andreassen asked if it was going to be included in the Fathers' questionnaire. Gary said that it would be in both Mother and Father questionnaires. He suggested that it could go back to the Measures group, but that Sarah Friedman needed Sarah Knox's approval for that move.

### 4.3 Domestic Violence

The group reviewed the Domestic Violence Summary Sheet, which recommended the Abuse Assessment Screen for T1 and T3 (pregnancy), and the Revised Conflict Tactics Scale (CTS2) combined with items from the Parent-Child Conflict Tactics Scales (CTSPC) at 6- and 18-months. Sarah Friedman said that this was not an area of expertise for her. She suggested the group look at the work of Mark Cummings. Gary Resnick reminded her that these were essentially the recommended measures from the white papers and that the deadline was rapidly approaching. She agreed that we should accept the recommendations. She added that all measures that predict psychosocial outcomes should be administered to both mothers and their partners either via telephone or face-to-face.

### 4.4 Sleep Measures

The group moved onto sleep measures. Kim Dietrich said that his asthma and behavior study is using one and was willing to send it to the group, however upon further discussion it would appear that this measure is too old for our sample (it starts at preschool-age). Sarah Friedman said that they used sleep measures in the NICHD Study of Early Child Care and Youth Development. She'll send the data reports to the group. Kim said that he has had some experience with the measure "Assessing Child and Maternal Sleep in the Early Years" (the recommended measure) and indicates that it has been well-validated. He'll send the information to the group. Sarah felt that the child sleep assessment used in the SECCYD (and scored according to three different systemds devised by Zuckerman, by Richman and by Lozoff) had many things that the proposed instrument did not, particularly waking after sleep onset. In a paper in progress, that particular variable was predicted by family variables and by mother sensitivity. Sarah will forward the sleep questions used in the NICHD SECCYD to Gary and Carol, who will revise the Child Sleep summary accordingly.

The group discussed maternal sleep. Sarah thought it might be useful to contact some sleep experts to determine what measures they would recommend. Gary again commented on the approaching deadline. Sarah asked if he was confident of the recommended measures. Gary said that he was. Sarah said that she'd like more information on the Brief Infant Sleep Questionnaire (BISQ) validation. Kim Dietrich said that he had an article by Sadeh on a validation study and would send it to the group. Gary said that he would review the questionnaires and suggested keeping one of the two recommended measures while replacing the other with the SECC instrument.

## 4.5 Depression

The group agreed that the CES-D is an appropriate measure starting at the 6 months assessment and that the Edinburgh would be used at 1 month and six month. By having the two measures at 6 months we will create a bridge between the two measures. If we need to prune the assessment battery, then the Edinbrugh will be assessed only at the 1 month assessment. The group also discussed the Profiled Mood States (PALMS). It takes about 20 minutes to complete, and therefore was removed from consideration. Kim Dietrich asked if the Edinburgh was available in Spanish. Carol Andreassen raised the issue of differential meaning of depression cross-culturally. It was suggested that the group investigate WHO resources on the topic.

**IMMEDIATE ACTION ITEMS:**

1. Gary Resnick and Carol Andreassen will contact Brian Vaughan.
2. Gary Resnick and Carol Andreassen will develop a prototype of the Child Care Provider Interview to be reviewed by the Neurodevelopmental group.
3. Regina Shih will resend the email to the autism assessment sub-group and follow up with a telephone call.
4. Sarah Friedman will talk to Sarah Knox about whether Division of Labor belongs with the ND group.
5. Kim Dietrich will send information he has on Assessing Child and Maternal Sleep in the Early Years" and the Sadeh article on the BISQ.
6. Sarah Friedman will send the data reports on the sleep measure used in the SECC.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures are made.

THE NATIONAL CHILDREN'S STUDY
HEALTH GROWTH ENVIRONMENT

National Children's Study (NCS) Questionnaire Design Meeting

# NCS Neurodevelopmental Meeting

## January 27, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

**ATTENDEES**

| | |
|---|---|
| **NICHD**<br><br>Sarah L. Friedman<br><br>**Vanguard Centers**<br>Alison Clarke-Stewart (Orange County, CA)<br>Marsha Gerdes (Montgomery County, PA)<br>Lewis Leavitt (Waukesha County, WI) | **Westat**<br>Carol Andreassen<br>Mary Dingwall<br>Jonas Ellenberg<br>Gary Resnick |

**DISCUSSION SUMMARY**

**1. Goals of Meeting:**

1.1 Gary Resnick will report on the subsample criteria for analyses of the NNNS in the Maternal Lifestyles Study (MLS).

1.2 Update on use of ITSEA/BITSEA data.

1.3 Complete the discussion of the child care measure forms from the NICHD Study of Early Child Care (SECC), provided by Sarah Friedman.

**2. Subsample Criteria:**

Gary Resnick summarized the memo that he and Carol Andreassen wrote regarding suggested subsampling of the MLS dataset for psychometric analyses of NNNS. The group thinks it is important to look at the psychometric properties of the NNNS in relation to the likely heterogeneous sample in NCS, which will include some drug/cocaine exposed infants but not in the proportions which are in the MLS. Therefore, it is necessary to derive a sub-set of the sample that will be more similar to the NCS, in order for the additional psychometric analyses to be more applicable.

Sarah Friedman pointed out the most of the data from the MLS are from minorities and that this was a limiting factor. The group discussed ways to handle this limitation. Gary

will revise the memo using minority estimates for prevalence. Sarah will send the revised memo to Rose Higgins.

**3. Update on ITSEA/BITSEA:**

Dr. Margaret Briggs-Gowan, one of the developers of the ITSEA/BITSEA, wrote to Psych Corp to inform them that she and Dr. Carter are sharing their own research data with the group so that we can conduct IRT analyses of the BITSEA items. She also encouraged Psych Corp to let the group use the National Standardization Sample data to ensure that we have a large enough sample.

Gary Resnick said that the group needs to know to whom Dr. Briggs-Cowan wrote the letter. He and Carol Andreassen will then follow up with that person at Psych Corp. Sarah Friedman said that she would forward the letter to the group.

**4. Review of Measures:**

**4.1 Child Care**

The group then continued their discussion from the last meeting on the child care assessment. The group went over the child care assessments from the NICHD SECCYD which were circulated by Sarah Friedman. Gary Resnick said that he'd like only one teacher report, as opposed to multiple teachers. He suggested that the questionnaire capture information about the lead teacher in a child's class. In a home setting, the focus should be on the person with whom the child spends the most time. Sarah Friedman and Alison Clarke Stewart agreed.

Sarah Friedman recommended using the Parental Modernity (PM) Scale of Child-rearing and Education Beliefs, since this measure was administered successfully to both mother and child care provider in the NICHD SECCYD. Gary agreed that it would be beneficial to use the same attitudes questionnaire for both the mother and the child care provider. He said the ECLS-B used the CRPR, which was also used in the NLSY. He said that he would send the group information about it (especially validation).

Alison Clarke-Stewart said that the "My Child Care" form from the NICHD SECCYD was of limited interest or use for the NCS study, which is not a child care study. Marsha Gerdes agreed.

The group moved onto "Director (or Mother) Telephone Interview for Centers We Cannot Visit (Form 36B)" from the NICHD Study of Early Child Care. Marsha Gerdes said that she did not think the cost items were useful.

Under Section C: Staff, the following decisions were made:

- Delete C5 – C7.
- C8 – Same as Alison's question. Sarah Friedman said that she didn't see the need to split between paid staff and volunteers. Gary Resnick said that, if you don't identify volunteers as different from staff, you cannot compare the data to NAEYC data. Lew Leavitt said that he didn't think we would gain much asking for a breakdown between the two categories of child care providers. Gary said we need to define what we want clearly. Sarah Friedman recommended leaving C8 as-is. Alison pointed out that C8 was not at one moment in time and she was concerned about over-counting. Alison Clarke Stewart and Sarah Friedman suggested revising the question so that it said "On a typical day, at any one time, how many paid and volunteer staff work in the study child's room?"

- Delete C9 – C10.
- Include C11.
- Include C12. Gary Resnick expressed concern about how broad the time ranges are. He suggested that they look at FACES to see what was used.
- Include Alison's version of C14. Gary Resnick questioned the clarity of the categories (e.g., is CDA included with an Associates Degree?).

Gary Resnick mentioned that membership in professional organizations always "pops up" with quality. Gary will get questionnaire items on this topic. He also asked if we wanted to ask about beliefs in developmentally appropriate practices. He said that it moderates between education and quality. Alison Clarke-Stewart thought that this was more applicable for pre-schoolers than infants. Sarah said that we don't want to make the measure too fine-grained. Gary suggested two separate questions: one on formal training and one on continuing education. Sarah Friedman said that we don't want to collect too much data given that we know what are the most important predictors of child care quality (i.e. child:adult ratio, teacher education and group size). She suggested that we include it for now and can pare it down later.

### 4.2 Observed Mother-Child Interaction

The group discussed their recommendations for the mother-child interaction. It was agreed that the 3 Bags (or Boxes) procedure would be done for 10 minutes at 6 months as well as the Still Face Procedure. Three boxes would also be done for 15 minutes at 12 and 18 months.

The group then revisited adapting the HOME to NCS' needs. Alison Clarke-Stewart said that she thought there would be enough of a warm-up and transition times that the environment wouldn't be that different from a more unstructured setting. Gary Resnick said that he thought the biggest problem is the racial/social class bias. Lew Leavitt said that the HOME has a low ceiling. Sarah Friedman asked if there was another measure that could supplement it. Lew suggested that it could be supplemented with other related indices (e.g., SES). Sarah Friedman suggested that she contact Bob Bradley about the low ceiling and Alsion Clarke Stewart agreed.

### 4.3 Maternal Cognitive Skills

Carol Andreassen said that the proposed measure was the Kauffman Brief Intelligence Test (K-BIT) and that the proposed administration was at 18 months (as opposed to T3). The group discussed whether or not the K-BIT was available in Spanish. Gary and Carol will find out if there are Spanish norms. There was extensive discussion about the importance of having a non verbal assessment of intelligence. The K-BIT includes two subscales: one subscale assesses expressive vocabulary and comprehension of the definitions of words (which corresponds to "Verbal IQ"); the second subscale assesses matrix reasoning (which corresponds to "Performance IQ") The advantage of the K-Bit is that the matrix reasoning items provide a non-verbal assessment of intelligence that, furthermore, does not require a motor response from the examinee (that is, the examinee can verbalize the correct answer or can point to it).

**IMMEDIATE ACTION ITEMS:**

1. Gary Resnick and Carol Andreassen will develop a prototype of the Child Care Measure for a meeting of the Neurodevelopmental group.
2. Sarah Friedman will contact Psych Corp about obtaining the BITSEA national dataset for the purposes of IRT analysis.
3. Gary Resnick and Carol Andreassen will revise the criteria for selecting a subsample from the Maternal Lifestyles Study to conduct analyses of the NNNS. The revision will include using minority estimates for prevalence.
4. Gary Resnick will send the group questions about teachers' memberships in professional organizations.
5. Sarah Friedman will contact Bob Bradley about the low ceiling for the HOME.
6. Gary Resnick and Carol Andreassen will find out whether or not the K-BIT is available in Spanish and whether there are Spanish norms.

**PLAN FOR NEXT MEETING:**

1. The team will discuss recommended measures for the other domains/sub-domains.

   - Maternal Depression
   - Perceived Stress
   - Social Support
   - Father-Mother Relationships
   - Division of Labor
   - Domestic Violence
   - Parenting

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures are made.

National Children's Study (NCS) Questionnaire Design Meeting

## NCS Neurodevelopmental Meeting

**February 2, 2006**

**DISCUSSION HIGHLIGHTS AND ACTION ITEMS**

**FINAL**

### ATTENDEES

| NICHD | Westat |
|---|---|
| Miriam Balsam<br>Sarah L. Friedman<br>Sarah Knox<br>Regina Shih<br><br>**Vanguard Centers**<br>Alison Clarke-Stewart (Orange County, CA) | Carol Andreassen<br>Mary Dingwall<br>Jonas Ellenberg<br>Gary Resnick |

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Review Action Items from Previous Meeting.

1.2 Discuss Psychosocial Exposures Constructs and Measures.

1.3 Discuss Motor Development Measures

1.4 Discuss Sensory Development Measures

**2. Report on Action Items from 1/30/06 Meeting**

**2.1** Gary Resnick and Carol Andreassen spoke with Brian Vaughan about the Attachment Q-Sort (AQS) to determine whether the context of the structured activities of the home visit would yield information about attachment status that would be consistent with results obtained with the AQS during a typical (non-structured) home visit. Vaughan felt that the AQS couldn't be done in the very structured home visit which is being planned for the NCS. He said that in order to measure secure base behavior, the child needs to be able to roam about to obtain enough of a sample of "secure base" behaviors. He recommended a representational measure of mothers. There's a new measure developed by Harriet Waters. But, it was felt that this wouldn't work well in a large-scale

study especially because it was not validated yet and there is no scientific literature about it.

Gary Resnick asked if it would be possible to have another home visit. Sarah Knox said that probably wasn't an option. Sarah Friedman said that if, instead of home visit, we would have a clinic or van visit, we could do Strange Situation. Alison Clarke-Stewart suggested that she still do the validation study. Sarah Knox pointed out that a third interviewer is a possibility to consider.

The group then discussed the plan for Alison's pilot study. The AQS would be done in an unstructured environment and the TAS would be done in a structured setting. Both would be done on the same set of children, but on different days. Results would then be compared. Sarah Knox stressed that, due to the "red tape," she would prefer that the pilot not be conducted under the NCS logo.

The group discussed the importance of knowing beforehand, how the AQS and TAS are correlated. Carol Andreassen will ask Kirkland, the developer of the TAS, to provide correlations. It was also suggested that, for at least some of the sample, the setting and the measure should be counter-balanced, so you can see how the TAS correlates with the AQS in both types of settings.

**2.2** Gary Resnick and Carol Andreassen developed a prototype of the Child Care Provider Interview and distributed it to the group for comments. The group should email their comments to Gary. Gary will also talk to Bruce Fuller about the telephone based measure of quality that Bruce and Susan Holloway developed. One measure is designed for home-based settings while another is geared for center-based settings. Gary will share the Fuller interview measures with the group.

Sarah Knox will investigate whether we need to submit new measures to OMB if we make changes after the submission. Carol Andreassen said that, at a minimum, we will need to provide a rationale for the change.

**2.3** Dr. Margaret Briggs-Gowan, one of the developers of the ITSEA/BITSEA, wrote to Harcourt Assessments about releasing the National Standardization Sample data for the BITSEA. The Agreement would be between Hartcourt Assessment and NICHD.

**3. Psychosocial Exposures Constructs and Measures:**

**3.1 Maternal Feelings Toward Infant.** Alison Clarke-Stewart sent the group an email on 1/29/06 raising the issue of assessing the mother's feelings toward the infant. She provided several references and the new Mother-to-Infant Bonding Scale, a simple 8-item self-administered measure. The group discussed the pros and cons of the idea.

Sarah Knox was concerned that the mother would not admit feeling aggressive toward her child. She asked if there was a lie scale with the dependent measures. It was suggested that a preamble could be added: "People sometimes have these feelings about their child."

Gary Resnick pointed out that the items appear to correlate strongly with depression. He asked what additional information was being gained. Sarah Friedman said that it depends upon the research questions. Sarah Knox said that a measure of bonding would be useful to capture information for "failure to thrive" babies. Sarah Friedman said that this measure would not be a substitute for attachment, it would just provide a small nuance. She would still want to include the AQS or TAS in the OMB submission. Sarah Knox expressed concern about the length of the home visit. Sarah Friedman asked it would be possible to prolong the home visit. She felt that if the visit would be longer (an additional 45-60 minutes) than we would have time to implement a H.O.M.E. assessment in the way that it is usually being collected (friendly chat between mother and visitor) and that during that H.O.M.E. procedure the data collector could get a lot of information that would allow him or her to do the AQS. Sarah felt that families would actually welcome ending the visit in a friendly way and would not mind the extra time. Sarah also Sarah Knox thought that was too long. Gary Resnick suggested that we weigh each psychosocial measure by importance to determine what could be shortened or dropped. Sarah Knox said that we may be able to do that after 2/15.

Alison Clarke-Stewart said that she would contact the author of the mother's attachment to baby about the social desirability aspect. Gary Resnick asked about Ellen Hockk's measure, the Maternal Separation Anxiety scale. Alison will also follow up with her.

**3.2 Parental Beliefs and Attitudes (Parenting Style).** The group discussed the Modernity Scale versus the Child Rearing Practices Report (CRPR). Sarah Friedman said that she could not recall any problems with the Modernity Scale, which was used in NICHD's Study of Early Child Care (SECC). Gary Resnick distributed the CRPR summary that he had done. Sarah Knox talked about the importance of authoritarian versus authoritative parenting style. Alison Clarke-Stewart pointed out that there were only three authoritative items on the CRPR items listed in the final 11-item measure listed in the handout. Gary Resnick pointed out that there were more items in the longer version a few pages earlier.

The Modernity Scale was presented in SECC as "How do you think you would..." so that it could be used with parents of infants. Sarah Knox said that she thought it was important to ask these questions to fathers as well as mothers. Sarah Friedman asked why the Modernity Scale was not the recommended measure. Gary said that he was not against it. He did mention that the measure was ideal for the SECC because it's for white, middle class households. Sarah Friedman said that the SECC sample, matched the U.S. at the time, with the exception of having more highly educated mothers, and thus confirmed that the SECC had a diverse sample.

The CRPR measures both authoritative and authoritarian patterns. Sarah Knox said there was no reference to responsiveness. Gary and Sarah Friedman said that would be covered by the mother-child interaction (Three Bags) and HOME measures.

Sarah Friedman said that the Modernity Scale and CRPR are essentially the same, the difference is the psychometrics. Gary suggested that they ask experts about which is more appropriate. Alison Clarke-Stewart thought there were conceptual differences. She said that she didn't like the 11-item CRPR, but thought they could select items with a correlation greater than .50. This would create a 29-item scale. Gary said they could keep the 3 "adherence to rules" items (listed in the 11-item version but referenced as having come from the Canadian longitudinal study) and include them as a separate subscale in the analyses. Sarah Friedman said that they could be presented as "attitudes, in general." Gary agreed that they could be handled similarly to the modernity preamble. Gary will summarize this recommendation.

### 3.3 Parental Depression

The group agreed that the CES-D and Edinburgh Postnatal Depression Scales were appropriate recommendations.

Further discussion of psychosocial exposures was tabled until the next meeting.

### 3.4 Motor Development and Sensory Development Measures

Because staff of the NCS Project Office has done extensive work summarizing recommendations from the white papers and working groups regarding these topics, it was agreed that Regina and Marion Balsam should review these spreadsheets together before an extensive discussion is held.

The group discussed when proper hearing and vision tests should be done. Sarah Friedman said that the NNNS will capture some of this at 1 month. It includes items like response decrement to light, to a rattle and to a bell. Also she remembered that there is a visual acuity test using cards with stripes of different width (later it was found that this is the Teller test). As for sensory development, the white papers discussed tiered screening. Sarah Friedman said that it needs to be done before 6 months, which is when the perception studies begin. Gary Resnick said that it would be useful to gather sensory data late as well as early. Sarah Friedman expressed concern that because families in lower socioeconomic classes may not go to the doctor, that the mother wouldn't be able to answer questions. Carol Andreassen will send the items used in ECLS-B that are relevant to this discussion. Marion Balsam said that it would be useful to look at what's routinely done at birth and well-child visits as well as to look at what can be done during a home visit.

## 4. Other Topics:

Regina Shih raised the issue of looking at the parents' literacy levels. Sarah Knox said that she didn't think adding another measure would be worth it. Regina said that she thought in 20 years, we'd regret not investigating this. Sarah Friedman said that some of it would be picked up in the HOME measure. Gary Resnick agreed with Regina that literacy was important and explains 20 – 30% of the variance over and above education. Sarah Friedman asked the group to present some measures of literacy and said she will check with Fred Morrison to see what he recommends.

**IMMEDIATE ACTION ITEMS:**

1. Sarah Knox will investigate whether or not new measures need to be submitted to OMB if they are replacing measures covering the same concepts.
2. Gary Resnick will send the Fuller Measures to the group.
3. Carol Andreassen will contact Kirkland to provide correlations about the AQS and TAS.
4. Gary Resnick will summarize the new recommendation for parenting style.
5. Alison Clarke-Stewart will contact Taylor about social desirability issues surrounding the Mother-to-Infant Bonding Scale. She will also contact Ellen Hock about her measure.
6. Regina Shih will send Marion Balsam her spreadsheet of motor and sensory development measures.
7. Sarah Friedman will contact Fred Morrison about possible literacy tests that could be administered to the mothers.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures are made.

## NCS Neurodevelopmental Meeting

## February 6, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

### ATTENDEES

| | |
|---|---|
| **NICHD**<br><br>Sarah L. Friedman<br>Sarah Knox<br>Regina Shih<br><br>**Vanguard Centers**<br>Alison Clarke-Stewart (Orange County, CA)<br>Kim Dietrich (BYPL, SD)<br>Marsha Gerdes (Montgomery County, PA) | **Westat**<br>Mary Dingwall<br>Gary Resnick |

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Review Action Items from Previous Meeting.

1.2 Discuss Psychosocial Exposures Constructs and Measures.

**2. Report on Action Items from 2/2/06 Meeting**

**2.1** Alison Clarke-Stewart sent emails to Ellen Hock and Alex Taylor (authors of Infant Bonding Measures) but she hasn't heard back from either of them yet. She said that she looked at what was done with mother's feelings towards their infant in the Study of Early Child Care (SECC). Mother's feelings toward infant appears to have been negatively correlated with maternal sensitivity.

**2.2** Sarah Friedman wrote to Fred Morrison for advice on measures of maternal literacy. She asked for recommendations on a short literacy instrument that has been validated.

Gary Resnick mentioned that the K-FAST is a measure of functional literacy that focuses on everyday symbols and signs. It is fast and easy to administer. Sarah Friedman said it was probably not what Regina Shih was thinking of when she recommended that the NCS include an assessment of maternal literacy as a way to further differentiate the

sources of prediction from maternal education to child outcome. Regina was not familiar with it and said that she would look at it.

Alison Clarke-Stewart sent the Woodcock-Johnson Letter/Word Identification Scales. It has scoring rules for people from different countries and is available in Spanish. The downside is that it is highly correlated with cognitive ability, which leads to the question of "what would we be gaining?" Carol Andreassen pointed out that the verbal subtest of the K-BIT is mainly vocabulary. Marsha Gerdes said that it doesn't "feel" like literacy. Perhaps a reading comprehension test would be more appropriate. Gary said that could be difficult to score. Sarah Friedman said that we should wait to hear from Fred Morrison, but that it would be interesting to include the K-FAST. (However, Fred Morrison later said that this measure picks up an esoteric aspect of literacy).

**2.3** Regina Shih provided an update on the work and activities of the Autism Assessment subgroup. She said that Carolyn Hamilton is scheduling a conference call for the subgroup.

**2.4** Sarah Friedman got on the Harcourt Press website and provided information on the types of analyses we're interested in conducting on the ITSEA/BITSEA data.

**3. Psychosocial Exposures Constructs and Measures:**

**3.1** **Maternal Feelings Toward Infant.** Alison Clarke-Stewart reported that she is still waiting to hear from the authors on this measure.

**3.2** **Research Design for Validating TAS in Home Visit Research Setting**. Alison Clarke-Stewart said that she has not yet had an opportunity to do this.

**3.3** **Child Care Quality**

**Bruce Fuller's questionnaires.** The group discussed Bruce Fuller's questionnaires assessing child care quality. Alison Clarke-Stewart noted that it would be useful to provide the questions to the providers ahead of time. She also asked if Fuller had done anything new since this questionnaire. Gary Resnick said that he had not. Sarah Friedman said that the group wants to be able to assess quality of care -- that perhaps we need to keep all of the questions. Alison suggested that we could expect to get perhaps 30 minutes of a provider's time. It may be necessary to keep the measure to that time.

Sarah Friedman suggested that we keep the items the group had already selected and then add high load items from Fuller's short form. Gary Resnick reminded her that that's not what has been done for other measures. Sarah asked if the group should discard what has been done and take up Fuller's. Gary asked if we should recommend the 13-item short form. He offered to call Fuller and identify the items.

**Child care provider survey mock-up**. Gary Resnick pointed out that the questionnaire is for both the Mother and the provider. If the provider doesn't want to complete the questionnaire, then the mother will be asked to.

Marsha Gerdes suggested that the director be targeted as the respondent. Sarah Friedman said that they had rules in the SECC. She will look them up and forward them to the group. Gary said that they had rules in ECLS-B as well. He will also distribute them.

Sarah Friedman noted that some of the items seemed out of order. Marsha Gerdes said that it should start with general questions about the Center. She said that Question A6 should be moved to follow FACES27.

Gary said that he thought it was very important that we talk to the provider rather than the mother. If we couldn't do so, the data should be made missing. Sarah Friedman said that she disagreed. She thought the mother would know about the child care setting. Gary was concerned that the references within the center would be unclear to the mother.

**IMMEDIATE ACTION ITEMS:**

1. Alison Clarke-Stewart will prepare a research design for validating TAS in Home Visit Research Setting. She will distribute it to the group for comment.
2. Gary Resnick will call Bruce Fuller to ask his assistance in identifying items from the short form, for inclusion on child care quality questionnaire.
3. Gary Resnick and Sarah Friedman will distribute rules used in ECLS-B and SECC for identifying the appropriate respondent for the child care questionnaire.
4. Gary Resnick will summarize the new recommendation for parenting style.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures are made.

# NCS Neurodevelopmental Meeting

**February 8, 2006**

**DISCUSSION HIGHLIGHTS AND ACTION ITEMS**

**FINAL**

## ATTENDEES

| NICHD | Westat |
|---|---|
| Sarah L. Friedman<br>Sarah Knox<br>Regina Shih<br><br>**Vanguard Centers**<br>Alison Clarke-Stewart (Orange County, CA)<br>Marsha Gerdes (Montgomery County, PA) | Carol Andreassen<br>Mary Dingwall<br>Gary Resnick |

## DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Review Action Items from Previous Meeting.

1.2 Discuss Psychosocial Exposures Constructs and Measures.

**2. Report on Action Items from 2/6/06 Meeting**

**2.1** Ellen Hock (one of the authors of Infant Bonding Measures) is sending Alison Clarke-Stewart the measure.

**3. Psychosocial Exposures Constructs and Measures:**

**3.1** **Maternal Stress.** The discussion began with Sarah Knox providing an overview of her earlier recommendations regarding stress. She highlighted the importance of having a measure of global stress both before and after a child is born as well as a measure that captures prenatal life events. She said that the global measure predicts difficult behavior in infants between 3 – 8 months of age.

Gary Resnick said that he was still trying to sort out what is included in the stress domain. Sarah Knox said that a life events measure would capture objective events

(e.g., death of a spouse), as well as how the person responded and how they coped. Gary pointed out that stress may be defined as a combination of a stressful life event or stressor plus the individual's perception of the event and their coping strategy. Thus, we should try to capture both stressful life events as well as the individual's perception and coping, as per the ABCX model. Sarah Knox said that the global stress measure is strongly related to physiological measures of stress as well as physiological effects on the individual (mother) which we know is related to her parenting behavior. Thus, we have a good notion that a global measure of stress should be related to children's outcomes, but this hypothesis has not yet been validated. Alison Clarke-Stewart asked what we would gain with the knowledge about a respondent's global perception of stress

Marsha Gerdes said that she thought the link between racial discrimination and perceived stress would be interesting and important to capture because so little is known about these effects on parenting behavior, maternal mental health and child outcomes.

Sarah Friedman polled the group on whether there was support for keeping the stress domain. The group agreed unanimously that it should be kept. The following constructs were under consideration for inclusion:

- Global stress
- Stress due to racial discrimination
- Financial stress
- Occupational stress
- Measures of Dyadic Adjustment
- Measures of the household division of labor
- Parenting stress

Sarah Knox brought up the physical relationship to stress. She said that there was one vital exhaustion item for measuring stress that is used frequently in Europe: "I feel exhausted all of the time." She said that it is the single best predictor of cardiac events. An "American" version of that is "How do you view your overall well-being?" Respondents rate their response on a 5-point scale. She also mentioned including an optimism scale because it indicates the person's approach to dealing with stress.

Sarah Knox also discussed the importance of measuring the expectant mother's anxiety over having a baby, and to include such a measure at the prenatal data collection periods. The group discussed various possibilities for tapping concerns during pregnancy as well as overall levels of anxiety (which are known to affect hormone levels during fetal development) and felt that a broader measure of state anxiety would be preferable. The Speilberger State Anxiety Scale, consisting of 13 items, was suggested, but the group needed more information about this measure.

Sarah Friedman asked whether or not the group thought a life events measure should be included. Sarah Knox said that someone could be traumatized by an event and that it would be useful to be able to pull that out. Marsha Gerdes pointed out that, by including occupational, racial, and financial stress, we're already capturing the "big ones."

The group then went through Sarah Knox's spreadsheet with timings for each of the measures. There was consensus that we should include the global measure of stress at all data collection periods but there was not agreement on the specific measures of stress. Gary Resnick pointed out that some of the proposed stress measures are not in

fact measures of stress, such as the Dyadic Adjustment Scale, and that other measures, such as occupational stress, would be biased against low-income populations and workers in low-paying or dead-end jobs. He also argued that many of these measures of perceived stress are highly correlated with other, more objective measures of a family's living situation and thus would contribute little additional explained variation.

The next topic discussed was whether all of the measures needed to be administered as a package repeatedly. If stress is context and time dependent then the measures need to be administered repeatedly as a package. Because it was felt that we cannot allocate a lot of time for the construct of stress, there was one view that, while global stress should be assessed repeatedly (prenatally and at 1, 6, 12 and 18 months), specific stress assessments would be given at different times. Arguments were made pro and con. The pro argument was that all these constructs are very important and even having them assessed once or twice could allow answering important questions about gene environment interaction as well as other questions about effects of stress on maternal behavior. The con argument was that in statistical models that control for many factors, it is unlikely that a specific aspect of stress measured only once or twice will surface as a statistically significant predictor or mediator.

The group's recommendation is that the following constructs be assessed repeatedly at all time points: global stress, stress due to racial discrimination, and, if there is sufficient time, financial stress. The group decided not to assess the other aspects of stress.

The group briefly discussed whether or not the father instrument should include a measure of global stress. The group discussed having a self-report or short interview with the resident father or father-figure at each visit. Sarah Friedman said that she thought a telephone interview with the father would be useful at each age.

Sarah Knox discussed the need for creative solutions when considering measures of fathers can be done in the NCS. For example, we should think about including a 3rd person at the home visit, using alternate measure, or validated sub-scales of measures in an attempt to reduce respondent burden. She suggested that Gary Resnick, in his write-up on fathers, propose different approaches to data collection as well as choice of measures.

**IMMEDIATE ACTION ITEMS:**

1. Obtain information about the Speilberger State Anxiety Scale.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures are made.

# NCS Neurodevelopmental Meeting

## February 13, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

## ATTENDEES

| | |
|---|---|
| **NICHD**<br><br>Sarah L. Friedman<br>Regina Shih<br><br>**Vanguard Centers**<br>Alison Clarke-Stewart (Orange County, CA)<br>Marsha Gerdes (Montgomery County, PA)<br>Lewis Leavitt (Waukesha County, WI) | **Westat**<br>Carol Andreassen<br>Mary Dingwall<br>Gary Resnick |

## DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Select a measure of mother attachment to child.

1.2 Complete discussion of assessing child care.

1.3 Discuss maternal IQ and literacy measures.

1.4 Report on autism sub-group.

1.5 Discuss visual acuity.

**2. Discussion**

2.1 **Mother attachment to child.** Alison Clarke-Stewart presented the Parental Investment in Child (PIC) measure. She suggested using it at later visits (12 months). She said that it is more predictive of parent-child attachment, parent sensitivity and parent-child interaction than previously suggested measures of maternal attachment to baby and it can provide information that would complement the parent-child direct observations because the taped observations are based on a very short time sample (15 minutes) and because we don't know when the observational tapes will be coded. She will send an article to the group about the measure and will ask Bob Bradley about actual items and the subscales.

The measure also has a father form. Overall, the PIC contains 24 items, including separation anxiety questions, and 18 items without this subscale. Other scales produced by the measure include *Acceptance* of the *Parental Role*, *Parental Delight in Child* and *Parental Knowledge and Sensitivity*. However, Alison Clarke-Stewart suggests using a single total score since the subscales are highly correlated.

Gary Resnick asked if it is a proxy measure of attachment. Alison said that it's a measure of the parent's social-emotional investment in child but that it also picks up the notion of attachment from the parent's view of the relationship, that is, the parent's side of the attachment system. Sarah Friedman said that it's complimentary to the 3-bags observation. Alison said that it provides an attitudinal context for observed behavior measured by the 3-bags interaction.

Gary asked if Bradley can provide correlations to other constructs we're measuring (e.g., parenting, child rearing practices). Alison said that she would find out. She mentioned that it is predictive of parental sensitivity as well as social support, martial relationship, maternal separation anxiety, parenting stress and quality of caregiving. She will ask Bob Bradley for the published articles describing these findings.

Sarah Friedman indicated that she was convinced that this was a worthwhile measure. She said that it's likely to be a direct predictor of child outcomes as well as a mediator or moderator of the parent-child attachment relationship.

Marsha Gerdes asked at what age it was used in the Study of Early Child Care (SECC). Alison said that it was done at 15 months. She said that the test-retest reliability was moderate to high. Gary asked how the subscales related. Alison said that she used a single score, but imagined that they're well correlated. She recommended that we only administer the measure at one data collection point, either 12- or 18-months.

The group agreed to recommend this measure, possibly at 12-months since the parent interview may be shorter at this time period

**2.2 Child Care Assessment.** Gary Resnick said that he would re-do the order of the questionnaire. He has also sent questions to Bruce Fuller about what items are included in the Short Form and has received copies of the short form versions. He will add these short forms into the instrument.

Gary raised the question as to whether we want two different instruments for homes versus center-based care. Alison Clarke-Stewart said we had to have some way of getting a measure of quality out of the two types of care. Sarah Friedman noted that in the SECC they used separate forms for family child care home and for center-based care settings.

Gary asked for feedback on the instances where he provided an alternative to the listed question.

- FACES42 was selected over C14
- Q43 – Delete
- Q44 – Keep
- Q45 – Keep

- Q48, Q52, Q53 – Keep

There was extensive discussion of the new questions that were added regarding how child care settings deal with children with special needs. Alison Clarke-Stewart pointed out that the current wording contains multiple choices or scenarios in the same question stem. The group discussed changes to these questions to remove the multiple choices. Alison emailed Gary possible revisions for B7b and B7d and the group as a whole then discussed these questions.

One issue was how to best determine whether or not any child was asked to leave the child care facility. The suggestion "Over the past year, have you ever had to ask any child not to return to the school?" was made. Sarah Friedman asked how this ties into the bigger NCS research questions (which focus on the effects on the environment on neurodevelopmental outcomes). Gary Resnick thought it would be possible to ask a more general question about how they handle special needs children and that the response choices might come from the ECERS-R. Alison Clarke-Stewart suggested that he look at the Fuller questionnaires to see if there are any suggestions for the response categories having to do with how special needs children are handled at the child care setting. Gary pointed out that determining whether or not a school is prepared to have an Individualized Education Plan (IEP) is probably the biggest predictor of quality for special needs children. Gary offered to rework the question stems and response choices.

**2.3** **Maternal IQ.** The group discussed the Wechsler Abbreviated Scale of Intelligence (WASI) and the Kaufman Brief Intelligence Test (K-BIT2). Fred Morrison recommended the WASI because he said the psychometric properties were better than the K-BIT but Carol Andreassen said that overall the psychometrics for the two measures were about the same. They chose the K-BIT for the ECLS-B because its administration was easier than the WASI. She said that the WASI has 4 subtests, one of which is a block design and very difficult to train on. She also said that the vocabulary subtest is difficult to score. Carol reported that the K-BIT has 2 vocabulary scales. They are very simple to administer and score. She also pointed out that there was no manipulation of materials (whereas the WASI requires use of some materials), which makes it much easier for people with disabilities.

Marsha Gerdes asked how we wanted to capture verbal ability. The K-BIT focuses on word knowledge while the WASI focuses on expressive vocabulary. The WASI may give a better score for mother's expressiveness vocabulary which may be important in terms of home stimulation, but Gary Resnick pointed out that expressive and receptive vocabulary are highly correlated.

Carol said that the K-BIT2 requires about 15 – 20 minutes to administer; the WASI requires 20 – 30 minutes.

Alison Clarke-Stewart said that she thought the group should select the measure that's easiest to train on. She said that it was important to keep in mind that the interviewers might not have any previous familiarity with testing.

Regina Shih said that Kim Dietrich recommends the WASI, that he says it has better psychometrics. Carol Andreassen responded that it was derived from and compared to the other Wechsler tests (WISC and WAIS), which explained by the psychometrics would appear to be slightly better, but there were strengths and weaknesses in both tests in terms of reliability and validity.

Alison Clarke-Stewart said that the question should be "Is the K-BIT good enough and accepted within the literature?" Gary Resnick pointed out that the measure should also be considered along with the literacy measure as the two will be correlated. He said that the training burden should also be an important consideration.

Alison suggested looking at the correlation between the WASI and the K-BIT and offered a rule of thumb; if there were high correlations between the two tests then we should recommend the test that is easier to administer. Perusing the manuals, Carol reported that the correlations between the K-Bit and the other Weschler IQ tests was .60 for verbal IQ, .52 for performance IQ, and .75 for full IQ score. Correlations between the WASI and the other Weschler IQ test scores were slightly higher, as they should be since the WASI was derived from the Weschler test. The key is to find evidence for both concurrent and construct validity for both the WASI and K-BIT, and in particular to identify the correlation between these measures. Gary said that he and Carol will look for other evidence and report back on 2/15. Alison also volunteered to check with her colleagues for information on the two.

In order to get a feel for what the group was thinking, Sarah Friedman took a poll. Marsha Gerdes, Regina Shih and Sarah Friedman voted for the WASI. Lew Leavitt, Alison Clarke-Stewart, Gary Resnick, and Carol Andreassen voted for the K-BIT2. Kim Dietrich was not available and thus his vote (and those of other workgroup members not on the call) was not counted.

2.4 **Maternal Literacy.** Sarah Friedman had contacted Fred Morrison about the need for a literacy measure if we were using an IQ test. He thought that using an IQ test as a substitute for maternal literacy was not a good idea. Literacy is a marker for better education and environment including social class and family demographic factors whereas IQ is closer to being an indicator of native ability.

The group discussed whether to use the Woodcock-Johnson Letter-Word Identification subtest of the Achievement Test Battery or the Passage Comprehension subtest. Marsha Gerdes said that it would be nice to have something on comprehension. She asked if it would be possible to administer both. Gary said that both measures take about 5 – 10 minutes to administer, depending upon how far respondents go on each.

Gary Resnick will look at the test manual and provide the group with a summary of the two scales before the 2/15 meeting.

2.5 **Report from Autism sub-group.** The autism sub-group has concluded that autism screening before 18 months of age is too early. They are recommending that the M-CHAT be administered as a screener at 18 months. No diagnostic assessment is being recommended. They discussed the ethical issues surrounding a high screen. It was decided that information about children with a positive screen on the M-CHAT would be passed to the clinical side of each site for referral to services, and that the research team should not be involved.

2.6 **Visual Acuity.** Lew Leavitt suggested a photographic screen measure – the MTI Vision Screener. He will send some information about it to Sarah Friedman.

Sarah Friedman said that she will contact Susan Rose about how best to measure visual acuity. Rose directed her to the Teller Visual Acuity Cards.

Regina Shih will send summaries to the group on both of these assessments.

**IMMEDIATE ACTION ITEMS:**

1. Alison Clarke-Stewart will send an article to the group about the Parental Investment in Child (PIC) measure. She will also contact Bob Bradley about actual items as well as see if he can provide correlations to other constructs the group is measuring.
2. Gary Resnick will make final edits to the Child Care Assessment measures.
3. Gary Resnick and Carol Andreassen will look for additional information on the WASI and K-BIT2. Alison Clarke-Stewart will also research these.
4. Gary Resnick will summarize and distribute to the group the Woodcock-Johnson Letter-Word Identification and Passage Comprehension sub-tests.
5. Lew Leavitt will send information on the MTI Vision Screener to Sarah Friedman.
6. Regina Shih will summarize and distribute to the group the MTI Vision Screener and the Teller Visual Acuity Cards.

**LONG-TERM ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented as final recommendations for selected measures are made.

# NCS Neurodevelopmental Meeting

## February 15, 2006

## DISCUSSION HIGHLIGHTS AND ACTION ITEMS

## FINAL

### ATTENDEES

| NICHD | Westat |
|---|---|
| Marion Balsam<br>Sarah L. Friedman<br>Regina Shih<br><br>**Vanguard Centers**<br>Lewis Leavitt (Waukesha County, WI) | Carol Andreassen<br>Mary Dingwall<br>Jonas Ellenberg<br>Gary Resnick |

### DISCUSSION SUMMARY

**1. Goals of Meeting:**

1.1 Select a measure of mother attachment to child.

1.2 Complete discussion of assessing child care.

1.3 Discuss maternal IQ and literacy measures.

1.4 Report on autism sub-group.

1.5 Discuss visual acuity.

**2. Discussion**

2.1 **Motor Function Assessment.** Lewis Leavitt began the discussion on motor assessment. He referenced the tests he included in his 2/15/06 email and indicated that many of those listed are from small studies.

**Prechtl's Generalized Movement Scale.** This test is used to assess the nature of newborns' movement. Lew suggested that, while it is best for newborns, it could probably be done at the one month visit. He said that, while it looks at more subtle differences than the Bayley, it does require substantial training.

Sarah Friedman asked how the Prechtl compared to the NNNS. Lew said that it is a generalized movement scale – it looks at the symmetry and quality of movement for all

four limbs, and he also pointed out that the NNNS integrates many items from the Prechtl. Sarah suggested that a video could be made of the NNNS administration to capture generalized movement. Lew agreed that, with as little as 10 minutes of observation, it could be done. Sarah mentioned that when she was doing work with preemies, she felt you didn't get the same quality of detail with a video. Lew said that had not been an issue in the literature. Lew also said that the scoring is qualitative rather than quantitative and that there are no norms published.

Gary Resnick pointed out that one month is not necessarily the age where we most need information on quality of movement. He suggested focusing on a later period, such as 12 months. Sarah said that she thought one month might be interesting for later analyses and that, at the very least, we could collect the videotape data without too much difficulty and then conduct scoring later. When asked about the training burden, Lew said that there is a substantial amount of training needed to be reliable on the scoring. In general, the ND workgroup appeared to be in favor of videotaping the infants' movement at one month data collection period with the goal of making the data available for scoring at a later time.

**Alberta Infant Motor Scales.** Lew Leavitt said that this measure is not normed over the entire childhood (it's meant for the first 1 ½ years). It has been used on larger populations. With the exception of a few items, it uses observational scoring and requires about 20 minutes.

Sarah Friedman asked if Lew was proposing this instead of the Bayley. Gary Resnick asked how it correlated with the Bayley. Lew said that the correlation was extremely high although some items are different from the Bayley. Gary suggested that we probably don't need it if the correlations are high.

**Test of Gross Motor Development**. The age range for this test is 2 years – 10 years. It is a functional assessment, that is, skills used in play and life in general. It has norms, has been used a lot in developmental research and takes approximately 20 minutes to administer. Lew Leavitt said that it's not that different from the Bayley but that it focuses on assessing everyday life skills of children.

Sarah Friedman pointed to the fact that the age range for this test is beyond 18 months. However, we're authorized to make recommendations for the period between the 1st and 18th months of life . Gary Resnick asked how it correlates with the NBAS and the Vineland. Lew did not have precise information at hand but thinks that there are positive correlations with the NBAS, although not as strong as those between the Bayley and the Alberta, and that it correlates with the Vineland but at lower levels.

Jonas Ellenberg pointed out that when we were investigating cognitive development we chose measures that were correlated. He asked if it was necessary to do so with motor development. Lew Leavitt said that motor skills can drop and then come back (e.g., balance). Therefore, a continuum of measures is not as important. Gary Resnick said that tests using Item Response Theory are ideal because these analyses provide information on how the measure correlates across ages or ability levels. He said that bridging items can be used across different assessments of the same domains.

Gary also pointed out that assessments at three time points is required if we wish to conduct growth curve analyses and for that reason it would be important to ensure that the measures are administered at three time points. Jonas asked if those points are currently where they need to be. Gary said that they were. Lew said that the

assessment periods that we have avoid times where there are abrupt transitions in motor development and therefore these are good time points to assess motor development.

Sarah Friedman asked what the motor decision was. Lew said that the Test of Gross Motor Development, Beery-Buktenica Developmental Test of Visual Integration, and the Bruininks-Oseretsky Test of Motor Proficiency are also not appropriate for children under 18 months of age and thus we should not consider them. He also said that the argument for using the Alberta Infant Motor Scales was weak due to the high correlation with the Bayley. He suggested that the group consider the Prechtl if we're interested in environmental predictors of the quality of movement in early development.

Regina Shih said that we also need to address the White Paper recommendations. The Ages and Stages questionnaire identifies what the mother thinks about the child's movements. It consists of open-ended questions for parents regarding body movements. Lew Leavitt said that it could provide consistency between the mother and father's perceptions and the observations. Gary Resnick said that he thought it was biased by parent education and social class. Lew agreed that different subsets of people have different perceptions of what's appropriate. Sarah Friedman said that she thought this measure was unnecessary because the same information will be obtained more reliably from direct assessment of the infant/toddler, rather than relying on parent report.

**Ballard.** Lew Leavitt moved onto the Ballard, which is an assessment of maturity at birth. It is used as an estimate of gestational age at birth. He said that it is simple and quick, but he doesn't think it adds much. Gary Resnick said that it sounds like everything would be covered by the NNNS and Lew agreed.

**Peabody Developmental Motor Scales.** Lew Leavitt said that he would choose the Alberta over the Peabody. It measures motor development in the first year of life.

Regina Shih asked what we were going to do with children that show Cerebral Palsy. Gary Resnick said that there was the broader question of separating the clinical area from the area of measurement within the normal range. Sarah Friedman said that we would identify those children and get information to the clinical team who will provide information to the mother.

**Recommendation for Motor Assessment**: The group reached consensus on the motor assessment and agreed to recommend the NNNS at 1 month, including a videotape that can be used to assess the infant using Prechtl's Generalized Movement Scale; Bayley III, Psychomotor Development Scale will be used at 6 months, at 12 and 18 months.

**2.2 Sensory Function Assessment.** The group turned their attention to recommendations for sensory function assessment.

**Teller Visual Acuity Cards.** Lewis Leavitt said that the Teller Acuity Cards, used to assess visual acuity, is a very reliable and well-used test of visual acuity and would highly recommend our using it. He also thought that a photographic vision screen would be useful for older children (post-18 months). The Teller Acuity Cards are proposed for the 6-month visit. The test consists of a set of cards with lines and patterns, and assess the child's sensitivity to contrasts.

Gary Resnick mentioned that one of the Steering Committee recommendations was to do the Rose measure on the computer. The camera could be trained on the infant's gaze, and would pick up whether the child is looking left or right. Sarah reminded others that at the SC it became apparent that the person raising this possibility thought that the infant was tested in a situation like the CANTAB, where stimuli are presented on the computer screen and the child needs to respond by hitting the spacebar or specific keys. In other words, the recommendation was not relevant to our case. Carol Andreassen pointed out that that wasn't feasible because tablets, rather than laptops, were being used. Gary suggested that the Teller could be a control variable for Rose because if the child's visual acuity is lacking then he/she will do poorly on the Rose, but not because of memory or visual recognition problems. The group agreed that we should investigate the Teller Acuity Cards more closely.

**Hearing**. Marion Balsam asked whether the Neurodevelopmental group or the Physical Development group was responsible for making hearing assessment recommendations. Sarah Friedman said that Ruth Brenner was looking into this.

Measuring auditory evoked potential requires two technicians and that electrodes be placed on the child. Sarah Friedman said that she did not think this was realistic for the NCS where assessments are to be carried out in the family home setting.

Beryl Carew is investigating state requirements for screening of newborn hearing.

Marion Balsam said that Tympanometry is not a test of hearing.

The group discussed whether the "X's" on the spreadsheet containing the workshop or white paper recommendations were an indication that an assessment should be done at each marked visit or that one visit should be picked among those where the "X's" are located. Sarah Friedman will follow up with the group that made the recommendations to determine the correct interpretation.

Sarah Friedman expressed concern about relying on hospitals for hearing and vision screening. She said that in hospitals the equipment is not always calibrated properly which could lead to inaccurate readings. Carol Andreassen said that the Vanguard Centers will have better equipment than most hospitals. Sarah agreed and said that we'll just need to make sure that the equipment is calibrated and the staff is trained.

Sarah Friedman said that she thought it would be useful to set up a subgroup for sensory function. Regina Shih will contact the VCs and ask them for 2 recommendations for vision experts and 2 for auditory. Sarah Friedman suggested that Davida Teller, the developer of the Teller Acuity Cards, be included among the list of experts. In the interim, the group will recommend that 10 minutes be allocated for vision assessment and 10 minutes for auditory assessment at 6, 12, and 18 months.

2.3 **Other Measures Discussed.** The group summarized their recommendations for **Maternal Cognition**. The Kauffman Brief Intelligence Test (K-BIT2) is the measure being recommended.

**Maternal Literacy**. The group is recommending that the Woodcock-Johnson III Letter-Word Identification be administered at the 6 month visit and that the Woodcock-Johnson III Passage Comprehension be administered at the 12-month visit.

**Social Support**. Gary Resnick said that Sarah Knox is interested in social network size, perceived support from the people in the network, and the different types of support they offer. He and Carol are reviewing the short form of Sarason's Social Support Questionnaire. It consists of nine items. Respondents are asked to list first names, what areas that person provides support in, provide an objective rating of support. Depending upon the number of people in the network, this could be quite time-consuming.

The Dunst Scales were also mentioned. These were used in early Head Start studies. However, they might take longer to administer than Saranson's short questionnaire. Gary said that he would like to present this option to Sarah Knox off-line. Sarah Friedman said that was fine. She asked how long it would take to administer. Gary said about 10 minutes. Regina Shih and Sarah Friedman requested that he send the measure to them at the same time he sends it to Sarah Knox.

**Speech Development**. Regina Shih said that speech development came up in the autism subgroup meeting. Sarah Friedman said that it is covered with the CDI.

**Disability**. Sarah Friedman talked to Peter Vietze who said that our protocol was sufficient for detecting developmental disabilities. He pointed out that a positive autism screen was sufficient in many states for getting services. Gary indicated that he did not yet contact Rune Simeonsson and wondered if we really needed to do this based on what Peter Vietze said. Sarah Friedman agreed and thus it was decided that we did not need to talk to Dr. Simeonsson at this time.

### 2.4 Other Topics

**Plan for Summary Sheets.** Sarah Friedman had indicated previously that she would like the group to have an opportunity to review the summary sheets that document the recommendations for each measure before they are sent outside of the group. Gary and Carol will send electronic drafts to NICHD and Jonas Ellenberg. NICHD will send hardcopies to Alison Clarke-Stewart, Kim Dietrich, Marsha Gerdes, and Lew Leavitt.

**Liaison with Physical Development Group**. Marion Balsam will serve as a liaison with the Physical Development Group. She'll report on hearing/visual screening plans. She will bring up the following items:

- Just because legislation is in place, it doesn't mean that screening is being done
- The Brainstem evoked responses (BAERs) needs to be conducted while the baby is asleep. Is that also true of auditory emissions?

Regina Shih mentioned that she thinks that the domain should be referred to as Sensory Functioning because olfactory and gustatory assessments were also mentioned in the workshops and/or white papers.

**Optimism Scale.** Gary Resnick said that Jim Swanson (CA VG) sent an optimism scale. Gary felt that we had enough measures, so unless there was strong evidence otherwise, he suggested that it not be included. Sarah Friedman thought it should be pursued. Therefore, it will be included in the Mother's Recommendations for now.

**IMMEDIATE ACTION ITEMS:**

1. Domain decisions, including the rationale, will be summarized and documented.

# EXHIBIT 21

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Thursday, February 16, 2006 8:09 AM

**To:** List NEURO_MEASGRP-L

**Subject:** Much to be proud of

Our Neurodevelopmental (ND) workgroup started meeting on October 26, 2005. We were asked to recommend ND measures for the assessment of infants between birth and 18 months of age. Because the NCS Program Office was so pleased with us, we were later asked to assume further responsibilities. These included making recommendations for the social predictors of ND outcomes, for assessment of developmental disabilities, for assessment of motor function and sensory function. The deadline for meeting these multiple goals was February 15. Still later, we were told that another group was taking care of the assessment of auditory screening.

I am glad to tell you that we met the deadline for

- Neurdevelopmental outcomes
- Social Predictors
- Developmental Disabilities
- Motor Function
- Visual sensory function (except we are not sure we need to assess at each time point or only once)

Yesterday we leamed that we we will need to come up with recommendation for an assessment for auditory function and will do so very soon.

Thanks to all.

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Thursday, February 16, 2006 11:34 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Reply to your e-mail about the proposed assessment of temperment in the NCS

Hello Jim,

Thank you for your e-mail to Sarah Knox and Alexa Fraser which they have shared with me and with Gary Resnick. I would certainly love to see the short form of Mary Rothbart's temperament scales. I will also be interested in any psychometric information about reliability and validity that you have pertaining to the shortened instrument. Please send me the information and I will send it to members of the Neurodevelopmental group.

The Neurodevelopmental workgroup (ND) has carefully considered the timing and content of the assessment of temperament, taking into account the time constraints of the NCS protocol. We decided to assess three central temperament constructs that were not to be evaluated by other aspects of the ND proposed protocol: Activity level; Positive anticipation and Fearfulness. We proposed that these three constructs would be assessed when the children are 6, 12 and 18 months.

Yesterday was the deadline for our submitting the ND workgroup recommendations. The assessments that our group recommended are in the process of being documented and when finalized will be sent to the Steering Committee for feedback. At that time, members of the Vanguard Centers would be invited to provide their comments and suggestion. All suggestions will be collated and considered centrally at the same time.

Thank you for bringing our proposed protocol to the attention of Mary Rothbart, Sam Putnam and Judy Auerbach.

Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Thursday, February 16, 2006 11:18 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: Data about the stll face from the MLS
**Attachments:** COC Coke FF Devel Psych 6 05.pdf

Lew, Here is a submitted paper about the still face procedure in a large sample. Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

---

# Cocaine Exposure Is Associated with Subtle Compromises of Infants' and Mothers' Social Emotional Behavior and Dyadic Features of their Interaction in the Face-to-Face Still-Face Paradigm

E.Z.Tronick,[1] D.S.Messinger[2], M.K.Weinberg,[1] B.M.Lester,[3] L. LaGasse,[3] R. Seifer,[4] C. Bauer,[2] S. Shankaran,[5] H. Bada,[6] L. L. Wright,[7] V. L. Smeriglio,[8] K. Poole,[9] J.Liu[3]

Accepted, *Developmental Psychology, 2005*

*6 05*

[1]Harvard University Medical School and Child Development Unit, Children's Hospital, Boston, MA
[2]University of Miami, Coral Gables/Miami, FL
[3]Brown University School of Medicine and Bradley Hospital, Providence, RI
[4]Brown University School of Medicine, Women and Infant's Hospital and Bradley Hospital, Providence, RI
[5]Wayne State University School of Medicine, Detroit, MI
[6]University of Tennessee at Memphis, School of Medicine, Memphis, TN
[7]National Institute of Child Health and Human Development (NICHD), Bethesda, Maryland.
[8]National Institute on Drug Abuse, Bethesda, MD
[9]Research Triangle Institute, Research Triangle Park, NC

Abstract

As has been found for other areas of functioning, prenatal cocaine and opiate exposure are thought to subtly compromise social and emotional development. To investigate this issue, a large sample of 236 cocaine-exposed and 459 unexposed infants as well as 49 opiate-exposed infants were observed with their mothers in the Face-to-Face Still-Face Paradigm (FFSF). Infant and maternal behaviors were micro-analytically coded and individual and dyadic characteristics of the interactions were evaluated. No opiate exposure effects were detected. However, mothers of cocaine-exposed infants showed more negative engagement than mothers of unexposed infants, particularly in the more stressful Reunion episode following the Still-Face. The cocaine-exposed dyads also showed higher overall levels of mismatched engagement states than non-exposed dyads including more negative engagement when the infants were in states of neutral engagement. Infants exposed to heavier levels of cocaine showed more passive/withdrawn negative engagement and were more likely to engage in negative affective matching with their mothers than other infants. Consistent with the literature, effect sizes were small. Nevertheless, cocaine exposure in general and heavy cocaine exposure in particular were associated with subtle patterns of negative affective interchanges, which may have a cumulative impact on exposed infants' later development and the quality of their relationship with their mothers.

Cocaine Exposure Is Associated with Subtle Compromises of Infants' and Mothers' Social Emotional Behavior and Dyadic Features of their Interaction in the Face-to-Face Still-Face Paradigm

In contrast to initial attribution of powerful disruptive effects of cocaine exposure on infant and child development, the effects of in utero cocaine exposure are now thought to have more subtle compromising effects on infant attention, arousal, and affect (see Lester & Tronick, 1994 for a review). At the neurophysiologic level these compromises are believed to be the consequence of the effects of cocaine on the aminergic transduction systems of the central nervous system (Kosofsky, 1998; Mayes, 1994; Mirochnick & Meyer, 1991; Needlman & Zuckerman, 1993; Volpe, 1992). It is now also recognized that searching for *a singular effect* or *the* location of effect is misdirected and possibly fundamentally flawed (see Beeghly & Tronick,1994 for a review). As argued by Lester (Lester, LaGasse, & Seifer, 1998), cocaine is better thought of as an index variable for the effects of cocaine per se as well as of a large number of other co-morbid factors. More exactly, while it is likely that cocaine has specific effects independent of other factors and that there must be an attempt to describe and quantify its specific effects, it is also the case that an understanding of the behavioral phenotypic effects of cocaine (and opiates) requires a complex systemic regulatory developmental model (Sameroff & Fiese, 2000).

As hypothesized by a number of investigators, one possible consequence of the neurophysiologic effects of cocaine exposure is a subtle disruption of the regulatory organization of social interactions between the infant and mother. Even though subtle, such disruptions may have cumulative long-term effects on the quality of social and cognitive development of infants and young children (Lemelin, Tarabulsy, & Provost, 2002; Beeghly & Tronick, 1994). The

disturbance is also likely to be exacerbated by both the drug-using mother's reduced capacity to function as an adequate social partner and the exposed infant's attentional, arousal and affective compromise (Fogel, 1993; Tronick, Als, & Brazelton, 1980; Lester & Tronick, 1994). Thus, we would expect that the disruptive effects of cocaine are likely to be found not only in the social-emotional behaviors of both the infant and the mother looked at on their own, but also in the dyadic characteristics of the interaction (Tronick, 1989).

Previous studies have shown that during social interaction with children over one year of age, mothers who used cocaine were less sensitive and responsive to their children than non-using mothers (Beckwith et al., 1994; Espinosa, Beckwith, Howard, Tyler, & Swanson, 2001; Swanson, 2000; Ukeje, Bendersky, & Lewis, 2001). Similar findings have been reported for cocaine using mothers of young infants. In a report from the Maternal Lifestyle Study cohort, the sample used in this study, mothers of cocaine-exposed one-month-olds were less flexible and engaged during a feeding interaction than mothers of non-exposed infants (LaGasse et al., 2003). Mayes et al. (1997) also found that mothers of cocaine-exposed three- and six-month-olds were less attentive and more interrupting with their infants during face-to-face interaction and that the dyadic organization of play was negatively affected by cocaine exposure. Relatedly, Bendersky and Lewis (1998) found that a higher proportion of heavily cocaine-exposed four-month-old infants than non-exposed infants did not smile during a face-to-face interaction and showed negative expressions during interaction after a period of maternal non-responsivity similar to the Still-Face. By contrast, Mayes et al. (1997) did not find a relation between cocaine exposure and infant behavior during a face-to-face interaction.

Evaluating the effects of cocaine per se on humans is not straightforward. Cocaine exposure is not only a risk in-and-of-itself, but it is also a marker for polydrug exposure

including maternal use of opiates and other associated co-morbidities. Prenatal opiate exposure is linked to decreases in neuronal density and branching (Malanga & Kosofsky, 1999). Perinatal sequelae of opiate exposure include low birth weight, newborn withdrawal, and early difficulties with neurobehavioral organization (Bada et al., 2002; Eyler & Behnke, 1999). Some evidence suggests that opiate exposure is associated with deficits in early social interactions. For example, LaGasse et al. (2003) found that opiate exposed infants and their mothers were more aroused and had more difficulties in feeding than non-exposed infants and their mothers. During interactions with older infants, opiate using mothers have been found to be less sensitive and responsive than other mothers (Bernstein & Hans, 1994; Hans, Bernstein, & Henson, 1999). However, it remains to be determined whether difficulties in the social interaction of opiate-exposed infants and their mothers relate to neurobehavioral difficulties of the infants, communicative difficulties of their mothers, the dyadic organization of the interaction, or some combination of these factors. Importantly, similar questions remain about the impact of nicotine, marijuana, and alcohol for infant-caregiver interaction (Brown, Bakeman, Coles, Sexson, & Demi, 1998; Das Eiden & Leonard, 1996; O'Connor, Sigman, & Kasari, 1992; Tronick, Frank, Cabral, Mirochnick, & Zuckerman, 1996). Thus, while this study will only examine the effects of cocaine and opiates, the findings may help elucidate the broader issues related to the effects of drugs on infant and maternal behavior and the dyadic qualities of their interaction.

Other issues also make it difficult to investigate the effects of cocaine as well as opiate exposure on human social interaction. Methodological problems including small samples of drug exposed and comparison infants (Bendersky & Lewis, 1998; Hans et al., 1999; Mayes et al., 1997) and insufficient control of confounding variables (see for example, Rodning, Beckwith, & Howard, 1989) compromise many studies. More generally, large sample size studies have

seldom been carried out but even for those that have been the level of measurement has been coarse and they have not included observational data.

The primary goal of this study was to investigate differences in infant and maternal interactive behavior and mutual regulation in a large sample of infants exposed to cocaine in utero compared to a group of infants not exposed to cocaine. A secondary goal was to investigate these effects in infants exposed to opiates in utero compared to non-opiate-exposed infants. In an attempt to overcome some of the limitations of other studies, a large sample of infants were studied in an observational paradigm, Tronick's Face-to-Face Still-Face paradigm (FFSF) (Tronick et al, 1978), as part of the multi-site Maternal Lifestyle Study (MLS) (Bada et al., 2002; Bauer et al., 2002; Lester et al., 2002). While recognizing that an extremely large number and variety of variables may act as covariates given the risk and demographic status of the sample, covariates often associated with the caregiving environment of drug using mothers such as socioeconomic status, birth weight, and prenatal exposure to alcohol, marijuana, and tobacco, as well as child placement and maternal depression were examined.

The FFSF paradigm was chosen as the observational context because of its standardized form and the strength of its findings (see Adamson & Frick, 2003 for a review). During the FFSF, infants engage in face-to-face interaction with their caretaker and also have to cope with a stressful perturbed interaction during which the caregiver becomes poker-faced and vocally and gesturally unresponsive. In normal samples, the contrast between the normal interaction and the disruptive effect of the Still-Face has been replicated in numerous studies. Studies utilizing the paradigm have revealed differences in the behavior of infants and mothers as well as in the dyadic qualities of interactions between depressed and/or anxious mothers and their infants; male and female infants and their mothers; and prematurely born infants and their mothers, as well as

other high and low risk groups (Adamson & Frick, 2003; Tronick, 1989). The effectiveness of the FFSF paradigm in revealing these differences is often attributed to the contrast between the stressful and non-stressful episode and the age-appropriate nature of the stress of the still-face (i.e., the breaking of the interactive connection between the infant and the mother). Dependent measures from the FFSF describe infant and maternal interactive behavior as well as the dyadic characteristics of their interactions.

Three hypotheses about the social-emotional functioning of the infant, the mother, and the mother-infant dyad were evaluated. It was expected that: 1] cocaine or opiate-exposed compared to unexposed infants would evidence more negative affect; 2] cocaine or opiate-exposed mothers compared to unexposed mothers would be more negative and less sensitive; and 3] the dyadic qualities of the interaction (e.g., affective matching) would be compromised among exposed dyads compared to unexposed dyads. As with the documented effects of cocaine and opiate exposure on other domains of infant and maternal functioning, these effects on the regulatory organization of the interaction were expected to be subtle though consistent but only in part attributable to cocaine or opiate exposure.

## Methods

### Recruitment

The study was carried out at the four MLS sites, which are part of the NICHD Neonatal Research Network (Brown University, University of Miami, Wayne State University, and the University of Tennessee at Memphis). The study was approved by the institutional review board at each site. Maternal exclusion criteria included: age <18 years; psychosis or history of psychiatric institutionalization; or language barriers that prevented informed consent. Infant exclusion criteria included: multiple gestation; birth weight <501 grams; gestational age >42

weeks; infant unlikely to survive in the judgment of the attending physician; or being born outside one of the four hospitals in which recruitment occurred.

Meconium samples were collected in the nursery and shipped to a central laboratory (ElSohly Laboratories, Inc., Oxford, MS) for analysis of metabolites of illicit drugs (Lester et al., 2001). The assay consisted of an Enzyme Multiplied Immunoassay Technique (EMIT) screen for cocaine, opiates, THC, amphetamines, and PCP followed by confirmatory testing of positive screens using gas chromatography/mass spectroscopy (GC/MS). Also a history of maternal alcohol, marijuana, and nicotine use during the pregnancy was recorded during a hospital interview with the mother. These were considered background variables in both the exposed and unexposed groups (Lester et al., 2001).

The study definition of "exposure" was either maternal admission of cocaine or opiate use during this pregnancy based on the hospital interview, or positive GC/MS confirmation of cocaine or opiate metabolites. "Unexposed" was defined as denial of cocaine or opiate use during this pregnancy and a negative EMIT screen for cocaine and opiate metabolites. A list of possible comparison infants from the "unexposed" group within each center that matched an exposed group infant on race, sex and gestational age was sent by the data center to each study site. Recruitment of all exposed infants was attempted but was not always possible. Thus, it was possible for either an exposed or comparison infant to be in the study without a match. This procedure resulted in two groups for the larger MLS study that were for the most part matched on race, sex, and gestational age (see Bauer et al., 2002 & Lester et al., 2002 for details). The follow-up phase of the study began at the one-month visit.

Of the 1,388-mother/infant dyads (658 in the exposed group and 730 in the comparison group) who attended the one-month visit, 1,127 attended the four-month visit. Of these, 1,020

were videotaped in the FFSF and 812 had at least 60 seconds of data for each FFSF episode, the criterion for inclusion. Cocaine (P = .970) and opiate (P = .531) exposure did not differentiate the 812 infants with at least 60 seconds of data per FFSF episode from the 208 infants who did not have at least 60 seconds of data per episode. Of the 812 dyads, data from the Maternal Interview of Substance Use (MISU) on drug use during the pregnancy, administered to the infant's biological mother at the one-month visit, was available for 739 dyads. Because our focus was the impact of prenatal drug exposure on the mother-infant dyad, 35 non-maternal familial caregivers and 11 non-related caregivers were excluded leaving a sample of 695 biological mothers and their infants. In this final sample, there were 299 dyads seen at the Detroit site, 101 seen at the Providence site, 147 seen at the Memphis site, and 148 seen at the Miami site.

Infants with complete data (i.e., 60 seconds in each episode of the FFSF paradigm, 1-month MISU, and 4-month interaction with mother, n=695) and infants without complete data (n=693) did not differ significantly by gender, race, gestational age, birth weight, birth length, or head circumference. Caregivers with complete data, however, were more likely than caregivers with incomplete data to have private medical insurance (15.3% vs. 8.4.5%, P=.001), to have finished high school (64.9% vs. 56.3%, P= .005), and to currently be married or to have been married (25.9% vs. 19.0%., P= .014). Those with complete data were less likely to have used cocaine (34.0% vs. 52.5% P=.001), marijuana (18.0% vs. 28.7%, P<.001), tobacco (47.2% vs. 60.6%, P=.001), or alcohol (56.0% vs. 62.9%, P=.008) during the pregnancy.

In the final sample (n=695), 236 were cocaine-exposed infants and 459 infants were not exposed to cocaine. There were 49 opiate-exposed infants and 646 infants not exposed to opiates. There were 17 infants who were exposed to both cocaine and opiates. Based on previous studies from the MLS project (LaGasse et al., 2003; Lester et al., 2002), these infants were included in

analyses of both the effects of cocaine exposure and the analyses of the effects of opiate exposure.

Laboratory Setting and Procedures

Mothers brought their infant to the follow-up clinics when the infant was 4 months old (age corrected for prematurity for infants below 37 weeks gestation, Ballard et al., 1991) and administered the Beck Depression Inventory (Beck, Ward, Mendelson, Mock, & Erbaugh, 1961). The video rooms in each site were identical and equipped with an infant seat mounted on a table, an adjustable swivel stool for the mother, two cameras (one focused on the infant, the other on the mother), a microphone, and an intercom via which mothers were given procedural instructions (Tronick et al., 1978; Weinberg & Tronick, 1994). The signals from the two cameras were transmitted through a digital timer and split-screen generator into a video recorder to produce a single image with a simultaneous frontal view of the adult's face, hands, and torso and the infant's entire body.

Mothers and infants were videotaped in Tronick's FFSF paradigm (Tronick et al., 1978) standardized across research sites. The paradigm included a 2-minute face-to-face normal interaction in which the mother was instructed to play with the infant, followed by a 2-minute episode in which the mother was instructed to keep a Still-Face (i.e., to look at the infant but not to smile, talk, or touch the infant), and a second 2-minute normal reunion interaction in which the mother was instructed to play with the infant. Episodes 1 and 3 were separated from the Still-Face by a 15 second interval during which the mother turned her back and then turned toward the infant to begin the next episode. Site differences in the total length of the three episodes were small and ranged from 359 to 369 seconds with a mean of 367 seconds.

Coding of Data

The infants' and mothers' behavior was coded using the Infant and Caregiver Engagement Phases (ICEP) (Weinberg & Tronick, 1998). The ICEP system includes a set of mutually exclusive infant and mother phases of interactive engagement and several additional regulatory codes. The infant and caregiver behavioral interactive phases are configurations of facial expressions, direction of gaze, and vocalizations. For the infant the engagement codes are: passive/withdrawn; protest; object/environment; social monitor; and social positive engagement. For the caregiver the engagement codes are: hostile/intrusive; withdrawn; social monitor with no vocalizing; social monitor with positive vocalizing; and social positive engagement. Additional codes for the infant are: oral self-comforting/mouthing; self-clasping; distancing/turning away; and autonomic stress indicators (e.g., hiccups, spitting up). Additional codes for the mothers are: rough touches and violations of the Still-Face instructions (i.e., touching or talking to the baby).

Infant and mother ICEP engagement phases were coded in two separate viewings of the videotape. A third viewing of the tape was devoted to coding infant regulatory actions – self-comforting/mouthing, hand clasping, distancing/turning away from mother, and autonomic stress indicators – as well as mother intrusions (rough touch) and Still-Face procedural violations.

Coding was done from videotapes by coders masked to the exposure status of the infants. A software interface (ACCT, Oller, Yale, & Delgado, 1997) used to control the VCR desk allowed coders to indicate when a particular behavior occurred. The time code corresponding to that frame was automatically entered into a data file on the AACT system. Tapes were played at normal speed during coding although they were frequently stopped or run in slow motion to accurately determine the beginning and end of shifts in infant and maternal behavior.

Reliability of ICEP coding

Approximately three quarters of coding was conducted at a central site and one quarter of coding was conducted at a second data collection site. All coders were trained by an author of the coding system and all coding was supervised by a Ph.D. psychologist. All coders were trained to reliability with a gold standard sample of ten tapes. Reliability denoted agreement ≥ 80% and Cohen's Kappa (Cohen, 1960; see also Cicchetti & Feinstein, 1990), which corrects for chance agreement ≥.70. Ongoing reliability was then assessed on a random 15% of sessions and included regular cross-checks between the two coding sites. Percent agreement (%) and Kappa (K) were high for the duration measures: infant engagement (85%, K=.74), mother engagement (84%, K=.76), maternal still-face violations (99%, K=.73), infant self-comforting/mouthing (96%, K=.74), and infant hand clasping (97%, K=.72). Intra-class correlations were high for measures of frequency: distancing (.88), autonomic stress indicators (.90), and rough touches (.89). Intra-class correlations are a ratio of subject variance to all other variance including differences between coders. The high intra-class correlations indicate that coders concurred that certain participants had high levels of a behavior and other participants had low levels of a behavior.

Data reduction and dependent measures

Dependent measures for the infant, mother, and dyad were:

1. The proportion of time the infant or mother was in each ICEP phase calculated by dividing the total time each code occurred by the total length of the episode.

2. The proportion of matches or mismatches between mother and infant behavior defined based on previous work (Tronick and Cohn 1989; Weinberg et al. 1999). Prior to the matching analyses, ICEP phases were combined to form three engagement states: Negative, Neutral, and

Positive. For the infant, negative engagement consisted of the passive/withdrawn and protest phases; neutral engagement consisted of object/environment and social monitor; and, positive engagement consisted of the social positive engagement phase. For the mother, negative engagement consisted of the hostile/intrusive and passive/withdrawn phases; neutral engagement consisted of the social monitor without vocalizing phase; and, positive engagement consisted of the social monitor with positive vocalizing and social positive engagement phases. Matching was defined as the extent to which mothers and infants shared joint negative, neutral, or positive states at the same moment in time (see Table 4). Mismatching was defined as any non-shared dyadic state in which the mother and infant were not in the same engagement state (e.g., infant neutral and mother negative) (see Table 4).

3. Infant oral self-comforting and self-clasping calculated as the proportion of time of their occurrence in an episode. Infant distancing from the mother, infant autonomic stress indicators, and mother rough touches were calculated as frequencies per minute.

Covariates

Given the risk and demographic status of the sample and the known relations among these and the interaction variables, a set of covariates were utilized to control for their effects. Covariates included the Index of Social Position Score from the Hollingshead scale (SES), infant birth weight, geographic site, and alcohol, marijuana, and tobacco use. In addition, involvement with Child Protective Services (CPS) and maternal depression scores on the BDI were evaluated as potential mediator or moderator variables.

The pattern of drug use reported in the MISU was used to generate polydrug covariates for alcohol, marijuana, and tobacco by averaging reported use across the three trimesters of pregnancy. Using cutoffs, use of different substances was reduced to three categories (heavy,

some and no use) based on published thresholds for medical, neurobehavioral outcome and previous work on patterns of use (LaGasse et al., 2003; Lester et al., 2002). For cocaine, heavy cocaine use was defined as at least three days per week during the first trimester. Any other cocaine use was considered some use. For alcohol, heavy use was ≥ .5 of absolute alcohol per day (one standard drink). For marijuana, heavy use was defined as ≥ .5 joints per day. For tobacco, heavy use was defined as ≥ 10 cigarettes per day. Involvement with Child Protective Services (CPS) was defined as family contact with CPS in reference to the study child either at the one-month visit or in the period between the one month and four month visit.

Statistical analysis

The ICEP data were tested with four sets of analyses. These analyses employed type III sum of squares and an alpha level of .05. Effect sizes are presented as partial eta squared ($\eta_p 2$) which, like $R^2$, indicates variance explained. Using Cohen's (1988) criteria for *variance explained*, .01 is a small effect size, .06 a medium effect size, and .14 a large effect size. Analyses of infant behavior involved all three episodes of the FFSF as repeated-measures, while analysis of maternal and dyadic behaviors involved only the Play and Reunion episodes as repeated-measures. Interactions between exposure and FFSF episode were only reported in the context of significant exposure effects.

Analysis 1 was a 2 x 2 ANOVA simultaneously examining cocaine and opiate exposure effects. Analysis 2 was an ANCOVA examining the identical cocaine and opiate effects controlling for the covariate set. Cocaine by opiate interaction effects were examined in both these analyses but were removed from the analysis if they were not significant.

Analysis 3 was a one-way ANOVA examining the effects of heavy, some, and no cocaine use. For this analysis, participants (n=92) were excluded if there was evidence of opiate use

during the pregnancy or if a subject classified as a cocaine user on the basis of perinatal measures denied cocaine use during the one-month interview. Thus, the sample for the third and fourth analyses consisted of 603 subjects. Analysis 4 was a one-way ANCOVA contrasting the same three quantity of cocaine use groups while controlling for the covariate set. In analyses 3 and 4, simple contrasts were only used to follow-up significant overall group differences. Significant covariate effects are reported for both analyses 2 and 4.

CPS involvement was confined to cocaine and/or opiate exposed dyads in all but two cases, suggesting CPS involvement was a marker for salient exposure effects. For this reason, CPS involvement was screened as a mediator of cocaine and opiate exposure effects. Within the cocaine exposure group, CPS involvement showed univariate associations with only one outcome (see below).

We expected higher depressive symptomatology scores among exposed mothers and evaluated the potential for BDI scores (Beck, Ward, Mendelson, Mock, & Erbaugh, 1961) to mediate or moderate exposure effects. Although high in both groups, there were no differences between the BDI scores of cocaine exposed (M=9.85, SD=9.17) and non-exposed (M=8.90,SD=8.63) mothers ($F$=1.78, $p$=.183). Thus, although BDI scores were high in both groups, the BDI did not fulfill criteria as a mediator or moderator variable.

## Results

Neonatal, maternal, and exposure characteristics

Neonatal characteristics of the infants are presented in Table 1. Infants prenatally exposed to cocaine had lower birth weights than infants not exposed to cocaine (P = .049). There were no statistically significant differences between the cocaine-exposed and non-exposed groups on gestational age, length, head circumference, or sex. There were no statistically

significant differences between the opiate-exposed and non-exposed groups on gestational age, birth weight, length, head circumference, or sex.

Demographic information on mothers is presented in Table 2. Mothers who had used cocaine were more likely to be older, less likely to be married, more likely to have used Medicaid, and more likely to have fewer years of education than mothers who had not used cocaine. Mothers who had used opiates were more likely to be White and more likely to be older than mothers who had not used opiates. CPS involvement was significantly associated with both cocaine exposure and opiate exposure.

[Tables 2 and 3 about here]

Information on tobacco, alcohol, and marijuana use is presented in Table 3. Infants exposed to cocaine were significantly more likely to be exposed to tobacco, alcohol, and marijuana than infants not exposed to cocaine. Infants exposed to opiates were significantly more likely to be exposed to tobacco than infants not exposed to opiates, but did not differ on alcohol or marijuana exposure.

[Table 3 about here]

<u>Overall Mother and Infant Response to the FFSF Paradigm</u>

A manipulation check indicated that, as instructed, mothers primarily engaged in impassive social monitoring of their infants during the Still-Face (.942 ± .005). The proportion of time mothers violated the instructions for the Still-Face (e.g. by smiling at, touching, or talking to the infant) was low and did not differ between cocaine-exposed (.017 ± .011) and non-exposed (.026 ± .009) dyads (P = .316) or between opiate (.032 ± .005) and non-opiate exposed (.011 ± .018) dyads (P = .248).

A protocol check indicated that, in general, infant Protest, Object engagement, and self-regulatory behaviors (with the exception of autonomic stress indicators) increased from the Play to the Still-Face episode while Social Monitor and Social Positive engagement decreased (see Table 4). The Reunion episode was characterized by an increase in protest compared to the first Play episode, but there was also a rebound in social positive engagement after the Still-Face though not to the level found in the first Play episode. These findings, including the rebound of positive engagement, closely mimic previous findings (Weinberg & Tronick, 1996).

Maternal behavior and dyadic engagement were examined in the Play and Reunion episodes, but not during the experimenter-elicited Still-Face. There were changes in mothers' behavior between these two episodes (see Table 4). Mothers showed an increase in Negative engagement and Social Monitor with No Vocalizing from the Play episode preceding the Still-Face to the Reunion episode following the Still-Face. Mothers also showed more Social Positive engagement in the Play compared to the Reunion episode.

There were changes in matching between the Play and Reunion episodes (see Table 4). Positive dyadic matches decreased from the Play to the Reunion episodes. Mismatched states involving either infant or mother negative engagement increased between the Play and Reunion episodes while mismatched states characterized by mother positive-infant neutral decreased. The overall total of matched states decreased from the Play to the Reunion episode so that the overall total of mismatched states increased.

Table 4 about here

Interactive Behavior of Cocaine-Exposed Infants and Mothers

Infants. There were interactive behavioral differences between the cocaine-exposed and the not exposed infants (see Table 5). After covariate adjustment, cocaine-exposed infants

showed a lower mean proportion of Object Engagement and a higher proportion of Social Monitoring than infants not exposed to cocaine. After covariate control, cocaine exposed infants exhibited fewer autonomic stress indicators than non-exposed infants (see Table 5).

Mothers. There were significant differences in the interactive behavior of cocaine using and non-using mothers (see Table 5). An interaction effect indicated that mothers of cocaine exposed infants showed especially high proportions of Negative Engagement during the Reunion compared to the initial Play episode ($P = .026$, $\eta_p 2 = .007$). Mothers of cocaine-exposed infants also showed generally higher proportions of Negative Engagement across the FFSF than mothers of non-exposed infants, although this effect was not significant after covariate adjustment. There were no significant cocaine exposure differences in mother Rough Touch.

[Table 5 about here]

Dyadic Characteristics. There were differences in the dyadic features of the interaction between cocaine-exposed and non-exposed dyads (see Table 5). Mismatches in which infants were Neutral and mothers Negative were higher among cocaine-exposed dyads than among non-exposed dyads, an effect that remained significant after covariate adjustment. After covariate adjustment, cocaine-exposed dyads also showed a higher proportion of total mismatches than non-exposed dyads.

Interactive Behavior of Opiate Exposed Infants and Mothers.

There were no significant main effects of opiate exposure on infant, mother or dyadic behaviors as evaluated with the ICEP. The only outcome that involved a cocaine by opiate exposure interaction effect was Infant Distancing ($P=.047$, $\eta_p^2=.006$). Follow-up analyses did not, however, reveal significant cocaine exposure effects in either the opiate-exposed or non-opiate-exposed groups.

[Table 6 about here]

Interactive Differences Among the Heavy, Some and No cocaine exposure groups on Infant, Maternal and Dyadic measures.

Overall differences among the three level of exposure groups (see Table 6) are presented in terms of follow-up contrasts between pairs of groups. There were significant interactions between exposure level and FFSF episode in levels of infant Passive/Withdrawn engagement after ($P$=.013, $\eta_p^2$=.015) covariate adjustment indicating increased proportions among heavily exposed infants in the reunion episode. There were also main effects for Passive/Withdrawn engagement. Infants with heavy levels of cocaine exposure compared to infants with no exposure showed significantly more Passive/Withdrawn engagement after covariate adjustment.[1]

Mothers with some cocaine exposure engaged in less Social Monitoring without Vocalizing than mothers in the no use group, After covariate adjustment. An interaction effect indicated that dyads with heavy cocaine exposure levels had higher levels of Negative Matching in the Reunion episode compared to other dyads that remained significant after covariate adjustment ($P$=.021, $\eta_p^2$=.013). Dyads with heavy exposure showed higher rates of Negative Matching than dyads with no exposure, after covariate adjustment. Dyads with some cocaine exposure engaged in more Positive Matching than dyads with no exposure, after covariate adjustment.

Covariate Effects Infant, Maternal and Dyadic measures

[1] When CPS involvement was added to the covariate model to predict Infant Distancing, CPS involvement became significant and cocaine exposure remained non-significant. However, CPS involvement occurred with only two dyads in the non-exposed group suggesting caution in the interpretation of this effect.

Regardless of group membership, the following covariate effects emerged in analyses of the presence and absence of cocaine and opiate exposure, analyses of degree of cocaine exposure, and univariate analyses of the association between the covariate and the outcome. Higher SES was associated with lower levels of mother Social Monitoring Without Vocalizing. Higher birth weight was associated with greater levels of infant Object Engagement. Higher levels of maternal alcohol use were associated with higher levels of infant autonomic stress indicators. Site differences were prevalent, occurring in all analyses except those involving infant social positive engagement, mother social positive engagement, dyadic positive matching, and infant autonomic responses. Site differences are common in multi-site studies (Vohr et al., 2004) including the MLS (Lester et al., 2002). These differences were not analyzed because they reflect demographic particularities specific to different geographic regions, which were not captured by other covariates.

## Discussion

Prenatal cocaine is thought to have a subtle but potentially telling impact on social and emotional development (Eyler & Behnke, 1999; LaGasse, Lester, & Seifer, 1999; Malanga III & Kosofsky, 1998). Using a large multi-site sample, the current study found evidence of differences in the social-emotional behavior of cocaine-exposed infants and mothers and in their dyadic interchanges. The data indicated that exposed infants engaged in more social monitoring of their mothers and less engagement with objects than non-exposed infants. Infants exposed to cocaine also showed higher rates of autonomic stress indicators (such as hiccupping and spitting up) than non-exposed infants. Mothers of cocaine-exposed infants showed heightened levels of negative engagement particularly while infants were in neutral states. Mothers and infants in the cocaine-exposed group also spent a higher proportion of time in mismatched engagement states

than mothers and infants in the non-exposed group. As expected from previous work (Lester, LaGasse, & Seifer, 1998; Lester et al., 2002), these effects were subtle and effect sizes were small.

Infants with heavy levels of cocaine exposure showed heightened passive/withdrawn engagement and distancing. Mothers of infants with heavy cocaine exposure spent more time engaged in social monitoring without vocalizations and less time engaged in social monitoring accompanied by positive vocalizations than other mothers. Infants and mothers in the heavy cocaine exposure group matched each other's negative engagement states for more time and spent more time in mismatched states in which the infant was negative and the mother neutral than other infants and mothers regardless of exposure. Furthermore, heavy exposed pairs matched each other's positive engagement states for a smaller proportion of time.

Findings of negative engagement in cocaine-exposed infants and mothers dovetail with the results of previous investigations, which had only shown either infant or mother effects. (Bendersky and Lewis (1998); (LaGasse et al., 2003; Mayes et al., 1997; Beeghly et al, 2003;) () The current study and that of Bendersky and Lewis (1998) also converge in showing that negative engagement was most evident when the dyad was attempting to cope with age-appropriate stressors such as the Still-Face or the Reunion episode that follows it. High negative affect during the Reunion of the FFSF paradigm, especially evident among heavily cocaine-exposed infants, has also been reported in studies of depressed dyads (Weinberg, Olson, Beeghly, & Tronick, in press).

Distortions of infants' engagement with people are likely to compromise social, emotional and even cognitive development (Brazelton, Koslowski, & Main, 1974; Hans, 1989; Lemelin et al., 2002; Lester & Tronick, 1994; Sameroff & Fiese, 2000; Tronick & Weinberg,