At the end of each day, you will complete the Global ratings for up to 4 caregivers. Indicate on the worksheet using Cg1, 2, 3, and 4, which caregivers you rated, and which day it is (1 or 2). For example, caregiver 1 for the globals, may be caregiver 1 (=A) from the behaviorals, or it may be another caregiver. We need to match up these data, and so need you to match actual individuals on this worksheet.

Finally, we need to know which caregivers completed the questionnaires and the interviews. Remember that all caregivers who do the interviews also complete the questionnaires (max of 2). Put their temporary ID on the questionnaires themselves and then replace this with the final ID once you are back in your lab. Also, indicate on the worksheet which caregivers were given the questionnaires.

Finally, before you leave the center on the last day, make sure that you have assigned a REL and ASSIGN code to each caregiver. This may require speaking to the caregiver, e.g. "Are you specifically assigned to the target child?" Without this informed, your site coordinator cannot assign a final ID.

Here is an example of a completed worksheet, using 1 observational cycle:

Observation Cycle #1

| Behaviorals | TempID | FinalID | Desc | REL | ASSIGN | QUALS? | GLOBALS? | INT/QUES? |
|---|---|---|---|---|---|---|---|---|
| Caregiver 1 | A | | short, red hair | 4 | 2 | Cg1 | Cg1-Day1 | yes |
| Caregiver 2 | B | | Curly black hair | 5 | 1 | Cg2 | Cg2-Day1 | yes |
| Caregiver 3 | C | | male, blond hair | 5 | 2 | Cg3 | | |
| Caregiver 4 | D | | long, red hair | 5 | 2 | | Cg3-Day1 | |

Observational Cycle #2

| Behaviorals | TempID | FinalID | Desc | REL | ASSIGN | QUALS? | GLOBALS? | INT/QUES? |
|---|---|---|---|---|---|---|---|---|
| Caregiver 1 | A | | short,red hair | 4 | 2 | Cg1 | | |
| Caregiver 2 | B | | Curly black hair | 5 | 1 | Cg2 | | |
| Caregiver 3 | E | | Dark black glasses | 5 | 2 | | Cg4-Day1 | |
| Caregiver 4 | D | | long, red hair | 5 | 2 | Cg4 | | |

We now know that the qualitative ratings for cycle 1 considered A, B, and C and that the qualitative ratings for cycle 2 considered A, B, and D. We know that at the end of Day 1, the global ratings were completed for A, B, D, and E (in that order). And we know that caregivers A and B were given the questionnaires to complete and the actual questionnaires should be marked with "A" and "B" before they were given to these two individuals.

After all the data are collected, the Site Coordinator will take this information, assign final IDs, and use the final IDs to complete all of the SCANTRON face sheets for the ORCE, interviews, and questionnaires. Also, put the final IDs and names on the confidential worksheet for assigning fnal IDs. DO NOT send the worksheet for assigning final IDs to the Data Center.

**10. When to use center vs. home instruments**

If an arrangement uses space that doubles as a residential home, then use the home assessment instruments and procedures. This will apply to most so-called group family day care homes, which often employ more than one caregiver and enroll 6-12 children, but operate in residential settings.

**11. Procedures at each visit**

At the first visit the emphasis will be on observation. Caregivers will <u>not</u> be interviewed at the first visit, because having information about the caregiver's background, training, etc. might bias observation of her behavior. Caregivers will be interviewed on Day 2 only, after all the required observations have been completed. You will need to be somewhat flexible, given special circumstances that will undoubtedly arise. A summary of the suggested order of the observation and interview procedures is as follows:

FOR CENTERS:

<u>First visit</u>

Introductions, instructions, getting settled

First 40 minute observation cycle: 30 minutes on Behavioral Scales and 10 minutes on Qualitative Scales

5 minute break (if necessary)

Second 40 minute observation cycle

5 minute break (if necessary)

Third 40 minute observation cycle (if desired and appropriate)

Profile observation

"Typical visit" questions

Questionnaires -- leave to pick up at second visit

Global rating scales for first visit

<u>Second visit</u>

Third or fourth 40 minute observation cycle (DO NOT COMPLETE ALL OBSERVATIONS ON DAY 1; at least one MUST be done on Day 2).

5-minute break (if necessary)

Fourth or fifth 40-minute observation cycle (if needed, desired)

5-minute break (if necessary)

Interview with up to 2 caregivers including:

- "Typical visit" questions
- Profile interview
- Background interview

Pick up questionnaires

Global rating scales for second visit

FOR HOMES:

<u>First visit</u>

Introductions, instructions, getting settled

First 40-minute observation cycle: 30 minutes on Behavioral Scales and 10 minutes on Qualitative Scales

5-minute break (if necessary)

Second 40-minute observation cycle

5-minute break (if necessary)

Third 40-minute observation cycle (if desired and appropriate)

Profile observation

"Typical visit" questions

Caregiver Questionnaires -- leave to pick up at second visit

Global rating scales for first visit

<u>Second visit</u>

Third or fourth 40-minute observation cycle (DO NOT COMPLETE ALL OBSERVATIONS ON DAY 1; at least one MUST be done on Day 2).

5-minute break (if necessary)

Fourth or fifth 40-minute observation cycle (if needed, desired)

5-minute break (if necessary)

Interview with up to 2 caregivers including:

"Typical visit" questions

Child Care HOME (completed)

Profile interview

Background interview

Pick up questionnaires

Global rating scales for second visit

**12. Minimum data collection required**

At least two visits and four observation cycles are required. A cycle is 30 minutes on the Behavioral Scales (15 of actual observing and 15 of recording) + 10 minutes on the Qualitative Scales. The minimum length of a cycle will be 20 minutes (the 20 minutes will be spent doing the Behavioral Scales and the ratings for the Qualitative Scales will be based on this time). If you interrupt an observation cycle because, for example, the child falls asleep, you must discard these data and start an entirely new cycle when the child awakes. For example, if after 15 minutes of behavioral coding, the family day care provider decides to take the children to the park, you must stop coding and start a NEW cycle once you get to the park. DO NOT COMPLETE ALL OF THE OBSERVATION CYCLES ON A SINGLE DAY. At least one of them must occur on Day 2.

**13. Feedback**

If the caregiver asks for feedback, assure him/her that he/she will be sent a copy of the results when the Study is completed and that, due to confidentiality, we cannot release any information about individual children, families, or child-care programs.

Only general information should be given to caregivers and should be specific to questions actually asked. Emphasis should be on our wish to capture the child's experience in the setting and not on any desire to evaluate the quality or adequacy of the center, home, or caregiver. Emphasis should be on the "exploratory" (vs. evaluative) nature of the data collection: We don't know how children's experiences contribute to their development unless and until we collect information about those experiences.

If the parent asks for information about the child-care setting, most times the person talking to the parents will not have any information about the child-care setting because a different observer will be making these visits. Parents who ask, however, should be encouraged to observe in their own daycare sites, to talk to their caregivers about their concerns, etc. They should also be told that decisions about day care arrangements are personal ones, and that what makes one parent comfortable will not necessarily make another parent happy; hence our advice is not as important as the parents' personal observations and values.

**14. Flexibility**

Child-care environments are rarely consistent or predictable. This requires flexibility on the part of the research assistants. It is important that -- within the constraints of the prescribed ORDER of observation/interview procedures -- you accommodate to the caregiver's (program's) needs and schedule, in addition to the child's schedule.

**15. Multiple Study children in same arrangement**

In the rare case that one Study child shares a child-care arrangement with another Study child, the following procedures should be followed. If more than 6 weeks have passed since you were last in this arrangement, repeat <u>all</u> data collection. If less than 6 weeks have passed, do the caregiver-child interaction observations (ORCE) and the short forms of the interview(s). The long forms of the interview(s), the Profile, and the child care HOME do not need to be completed <u>unless</u> there has been staff turnover in the target child's classroom arrangement. You also do not need to complete the Director Questionnaire within 6 weeks unless there has been staff turnover. You will need to ask the director if this has occurred.

**16. Taking leave**

Before you leave, thank and say goodbye to the caregivers and Director and reconfirm the next visit. At the first visit, pick up the Director's Questionnaire, if you haven't already. At the second visit, pick up the caregiver's questionnaires.

**B. General Interview Procedures for Caregivers**

This section describes the procedure for obtaining the interview data from the caregiver(s).

At the end of the second visit, you will interview the caregiver(s) -- maximum of 2 -- to obtain background information, such as their education and experience.

There are multiple versions of the interview to suit the full range of child-care arrangements that we are likely to observe:

1. Center Version (LONG FORM) -- Use for caregivers, including mothers, in center-based care who have not been interviewed before.

2. Center Version (SHORT FORM) -- Use for caregivers in center-based care who have been interviewed before, within 6 weeks.

3. Home Version (LONG FORM) -- Use for all home-based caregivers, including those in family day-care homes, nannies, grandmothers, etc., who have not been interviewed before. This form is also used in the situation where a mother brings her baby to work and someone looks after him/her (not in a work-site center), or when the mother cares for children in her own home.

4. Home Version (SHORT FORM) -- Use for all home-based caregivers, including those in family day-care homes, nannies, grandmothers, etc., who have been interviewed before, within 6 weeks.

5. Home Version for Fathers -- Use for all arrangements in which the father is the provider.

With respect to group family day care homes, we will use the measures for home-based child care when the care occurs in space that is also used as a residential home. We will use the measures for center-based care when the care occurs in space that is not also used as a residential home (even if the building looks like a home). If there are two providers in the family day care home, collect all relevant data (observations, interviews, questionnaires) for both of them.

At the end of the second visit, you will do the caregiver interview(s). Caregiver interviews should be done after the observations, at the caregiver's convenience. You may suggest that the target child's nap time is a good time for the interview, but he/she may see things differently. EMPHASIZE that you need to complete the interview before you leave.

Reread the section on assigning caregiver ID's (see Section III.A.8, Assigning Child Care ID's, above) and be sure to match the ID's used during the observations with the ID's of the caregivers who are interviewed.

The interview is structured predominantly as a "guided" interview. Read the question to the caregiver (he/she will ideally be sitting where he/she can read along with you, e.g. side-by-side at a table) and record his/her answer. In some cases, there are several response choices. You should still record the answer(s), but in these cases, you do not need to read every response choice unless the caregiver wants you to. Rather, move the interview form in front of the caregiver and suggest

that he/she read the responses and then indicate his/her answer(s) for you to mark.

The best circumstance under which to administer the interview is one in which the caregiver is not simultaneously responsible for supervising children. In most cases, however, this will be impossible. Thus, you will need to become accustomed to frequent interruptions. You will want to sit beside the caregiver so that he/she can read along with you. You (and he/she) will undoubtedly be tempted to simply let the caregiver complete the interview as a questionnaire. Our experience from the Staffing Study tells us that this produces both incomplete and unreliable data. Although most of the interview items are very straightforward, a busy caregiver will always be tempted to read and answer items quickly and, perhaps, not as carefully as possible. You will also find that there will be more questions than you might anticipate, given the individual circumstances that frequently arise (e.g., "*I haven't had any training in the last 12 months, but I spent the previous year taking a college course in child development -- can't I count that?*").

There are quite a few SKIP patterns in the interviews. Be sure to have these patterns well memorized, along with the information in the manuals that accompany each interview form, so that the interview will go as smoothly as possible.

In administering the interview, please <u>listen</u> to what the caregiver says and remember it from one question to the next. If he/she has already (inadvertently) answered a question in

responding to an earlier one, when you come to the later question pose it in a confirmatory way ("And you said that..."), not as if you hadn't heard her the first time. Ditto if you see her doing something; don't act as if you didn't notice. Say "And I noticed... do you always/ do you usually" -- or whatever is appropriate. Use common sense, tact; be sensitive, intelligent. Also, please use language that is appropriate for the individual caregiver: if he/she considers herself a "babysitter," don't refer to her as a "caregiver" or "care provider"; if the father is not married to the child's mother don't refer to her as "your wife," and so on.

## C. Interview Administration

### 1. Director Questionnaire

Auspice/sponsorship

You may get a question from church-based centers. If they simply rent space from a church (church-housed), they are not church-sponsored. Sponsorship implies that the church (or other entity) effectively owns/runs or pays someone else to run (as is sometimes the case in corporate programs) the child-care center.

Services

Full-day care means at least 6 hours a day. Programs that are open for 6 hours a day, but only allow children to be enrolled for one of two 3-hour sessions are part-day programs. Night care means care that accommodates shift work, e.g., past 7 pm. Sick care means care beyond the usual adjustments that are made for mildly ill children. A good indicator is a separate room where sick children can be isolated with a caregiver assigned to this room.

Special-needs children

Does not include cognitively slow children, unless specifically determined (by teacher, director, or other) to be handicapped or learning disabled.

Total caregiving staff

The director should be counted only if he/she is involved in direct caregiving on a regular (as opposed to merely substituting) basis. The same rule holds for cooks, etc.

Staff titles

If the center uses different titles, use the following definitions and match staff to functional roles: Assistant teachers and aides: Provide care under the supervision of a more senior/experienced member of the staff. Teachers and teacher-directors: The lead staff person in a classroom, or in a cluster of classrooms. Sometimes called head or lead teachers. Teacher-directors combine administrative and caregiving responsibilities on a regular basis. Administrative Directors: Exclusively an administrative staff member, although may sometimes substitute in the classroom if short-staffed.

Staff turnover

If asked how to calculate, the director needs to think back to 12 months prior to the interview, consider the total number of pertinent staff who were employed by the center, and then indicate how many left.

## 2. Child Caregiver Interview

Own children

If the caregiver has a joint custody arrangement count the children involved as "own children."

Own child-care arrangements

Some children will have multiple, simultaneous arrangements over the course of a day or week. Let the caregiver circle all arrangements that are used for more than 10 hours a week.

Job title

Write verbatim what the caregiver tells you.

Other paid work

If the caregiver works during any of the time encompassed by the three categories (e.g., only in Oct.- Nov.), code this category (e.g., Sept.- May only).

Total experience

"In the field" includes activities, such as consulting, training, or working for a child-care resource and referral agency, that are directly tied to the early childhood and child-care fields, as well as direct caregiving.

Professional membership

Err in the direction of indicating "yes" if he/she names an organization that you are not familiar with.

Specialized training

Be fairly liberal with this.

Certification

If he/she is unaware of state certifications, then he/she does not have one. Not all states offer all of these certificates/credentials.

Where caregiver got training

a. High school (while caregiver was a student in high school)

b. Vocational school (child care training, nannying, teacher's aide)

c. College (courses or major in child development, early education)

d. Graduate school (courses in child development, early education)

e. Adult education (at community college, university, or high school; credit or noncredit; through extension)

f. Conference or workshop (one or more conferences)

g. In-service training (offered at preschool)

h. Correspondence or television course

i. Parent education classes

Current training

If he/she cannot remember hours, get a best guess.

Center-supported training

"The director lets me do it" is not considered "support."

Infant care training

Any transmission of information specific to infants may be counted.

Salary as percent of household income

Household income includes income of all members of household (e.g., parents, spouse, others). This should be pre-tax income.

Wages

If caregiver gives families a reduction for having more than one child in her care, just take the average per child as the amount he/she charges for child care. Record dollars and cents to avoid having to round.

Hours of care to target child

If his/her schedule varies day by day, get a weekly average and divide by the total number of days/week he/she provides child care to TC.

Individualized care

An individual assignment must be made as explicit policy.

Total adults who care for target child

Do not count the cook, administrative director, etc., if they do not regularly provide child care beyond their primary responsibilities as cook, administrator.

Licensing/registration of home caregiver

If the caregiver does not know what these terms mean, then he/she is NOT licensed or registered.

Interview with father as caregiver

Use whatever term seems most appropriate: wife/partner/target child's mother/Mary/Alice...

**D. Questionnaire Procedures**

Before giving the questionnaires to the caregiver(s), remember to complete the ID information for the caregiver and the BABY. Write in the BABY 's name on the instruction page.

The child-care visitor will leave the questionnaires with the caregiver(s) -- maximum of 2 -- at the end of the first visit. These will be collected and reviewed at the end of the second visit. If the caregivers do not have the questionnaires finished at the end of the second visit, offer to pick them up at a later date or leave a stamped/addressed envelope with the caregiver for him/her to mail the questionnaires to you. YOU WILL NEED TO FOLLOW-UP ON THIS TO ASSURE THAT YOU GET ALL THE QUESTIONNAIRES.

It is possible that some caregivers will not want to complete the questionnaires on their own. Our goal is to get the

best data possible, so in these cases, work through the questionnaires -- one by one -- with the caregiver.

We strongly recommend that, as part of introducing each questionnaire, you have the caregiver read and complete the first item for each form. This will assure that he/she knows how to use the SCANTRON forms and understands the response choices. This will of course, produce better data.

Introducing the questionnaires: A sample script:

*"Here are the questionnaires I told you about. Please fill them out the best that you can. There are some items that refer to CHILD and some items about child care and child reading in general."*

*"Three of the questionnaires ask you about (BABY) and I have filled in (his/her) name to remind you of this."* [GO OVER THE DROP-OFF\PICK-UP AND TEMPERAMENT QUESTIONNAIRES] *"The other questionnaires ask about your own feelings"* [GO OVER THE IDEAS ABOUT RAISING CHILDREN AND CAREGIVER STRESS QUESTIONNAIRES].

*"If you feel a question does not apply to yourself or to CHILD please fill in N/A (Not applicable) or make a short note. Do not leave any questions blank because we will think that you overlooked that item. Please do not write CHILD's name or your name on any of the forms. They are identified by ID number.*

*Please complete the questionnaires by yourself. We are interested in your own thoughts. Obviously, there are no right or wrong answers. Let me know if you have any trouble. I will answer any questions you may have at the end of my next visit. I*

*will need to take the forms with me at that time (remind her of the exact date).*

*Thanks again!"*

**E. Observation Procedures**

The Observational Ratings of the Caregiving Environment (ORCE) is an instrument that examines the characteristics of the child's experiences in child care settings in two different ways: by observing the frequency of caregiving behaviors and by rating the quality of caregivers' behavior.

The behavior (frequency) scales record the occurrence of key behaviors in the following areas: positive and negative affect, language-focused interaction, stimulation of development, behavior management, child's activity, and child's interaction with other children. The qualitative (rating) scales record the caregiver's and child's behavior in the following areas: caregiver's sensitivity, intrusiveness, detachment, stimulation, and affect, and child's mood, activity level, sociability, and attention. At the end of each day of observation, global rating scales are completed. In addition, at the end of the observation on each day, one caregiver (ideally, the one who spent the most time with the target child) is asked the post-observation interview questions.

The procedure during an observation cycle is the following:

--10 minutes of observation using the behavior scales (following a schedule of 30 seconds of "observe" time; 30 seconds of "record" time), indicating which caregiver(s)

were available and which interacted with the child during each observation interval.

--2 minutes of notetaking for qualitative ratings based on the 5 minutes of observe time during the preceding 10-minute observation period

--10 minutes of observation using the behavior scales

--2 minutes of notetaking for qualitative ratings based on the 5 minutes of observe time during the preceding 10-minute observation period

--10 minutes of observation using the behavior scales

--10 minutes of notetaking for qualitative ratings based on the 5 minutes of observe time during the preceding 10-minutes observation period and the current 10 minutes

-- coding the qualitative ratings

RECORDING TIMES

Several forms require you to know how to record time on a 24-hour clock. This eliminates the use of am and pm. The 24-hour clock starts at 1 second past midnight with 0001 and runs to midnight, which is 2400. Here are some examples:

9:00 am = 0900
12:00 noon = 1200
2:00 pm = 1400
8:00 pm = 2000
10:30 pm = 2230

Use the 24-hour clock on the ORCE to indicate start and stop times. The start and stop times for the 44-minute observation periods are recorded on the first and last page of the ORCE form. DO NOT RECORD TIME STARTED AND DURATION ON THE QUALITATIVE RATING FORM.

CONDUCTING THE ORCE

**1. Conducting the ORCE at a center**

**a. Before you start**

Based on your interview with the director, you will know who the child's caregivers are, and whether they are specifically assigned to the Target Child. Mark this down on the Child Care ID Worksheet and the ORCE form so that you can confirm this once in the room. Also, find out the child's departure time and nap time for the day so you can plan how many observation cycles you can do. You will need to keep updating the ID information through-out your observations - keep the ID worksheet with you at all times.

**b. Entering the room**

The director will usually introduce you to the caregiver once you enter the room, but if not, be sure to identify yourself. Continue with the following script:

*"As you know, I will be observing BABY this morning. I want to see what a typical morning is like for him/her. I want to see how he/she acts around the other people in the room and how he/she pays attention to the things in the room. I want to find out what kinds of experiences he/she usually has. For the observations to be accurate, it is important that everyone act as naturally as possible and just do what they would be doing if I weren't here. I know this is easier said than done, but try to do what you would normally do. The purpose of these observations is really just to find out how children spend their time in child care. I will be following BABY's activities, and I may, therefore, need to go in and out of the room. I'll try not to be disruptive. If you just ignore me, I hope that the children will too."*

*"Now I just need to make sure that I have everyone's names and positions straight." (Complete the information about caregivers at the top of the form.)*

*"Is (caregiver's name) (child's name)'s primary caregiver?*
*Is ______the lead/head teacher/caregiver for the group?*
*Who besides _______ and ______ has responsibility for (child)?*
*If there are any other adults present, who are they?"*

Make sure that you know the names of the caregivers whom you will be observing (up to a maximum of four). Try to keep your conversation with the adults and your interaction with the children to a minimum. Ask if there is a particular spot where you can sit or stand. Look for a place that is as "out of the way" as possible, and yet provides a good view of the classroom, so there will be as little need as possible to move to follow child or caregiver. Do not compliment the children or any aspect of the child-care arrangement. This will appear "judgmental" and may invite unnecessary questions.

Allow 10 minutes before you begin the observation. That will allow time for the room to resume its normal routine. It will give you and the children time to "settle in". At this time children may come over to you and try to get your attention by bringing a toy or by talking. Your job is to be as neutral as possible. This means not rebuffing the child, but not being overly encouraging. It is a fine line and not an easy task, but you will find your own way that is comfortable.

### c. Behavioral Scales

Observing the caregiving environment

You will be observing and recording the behavior of the target child and of any caregiver directed toward that child. Once you begin the observation period, focus on the target child. If the child leaves the room, follow her/him. If the group goes outside, accompany them. During this observation try (as impossible as it seems) not to let the target child know that she/he is being observed. This means looking at the group and avoiding eye contact with the child. As they occur, make mental note of behaviors that you know are on the checklist. Keep your attention on what is happening to the child during the "observe" period and on the scales during the "record" period. If you are afraid you will forget some behavior that occurs, you may record it during the observe period as long as you do not miss any other behaviors that occur while you are glancing down at the record form.

Completing the Behavior Scales

Use the "record" periods to check systematically through the list of behaviors from top to bottom to make sure you have noted everything that happened. You will have 30 seconds to record your observations for the preceding half-minute. Accuracy is critical. For most of the scales, either the behavior occurred (mark it), or it did not (leave it blank). Even if the behavior occurred more than once in the interval, mark it just once. For the caregiver's response to the child's negative affect, the

coding is slightly more complicated: you must first decide if there was an <u>opportunity</u> for the response to occur -- i.e., the child expressed negative affect -- and then whether the caregiver responded (check Y (yes)) or did not respond (check N (no)). Each behavior should be coded only once in any category. A category may be left blank if no relevant behaviors occurred during the 30-second observation interval.

### d. Qualitative Scales

<u>Observing the caregivers</u>

For the Qualitative Scales, focus explicitly on the dimensions of caregiver and child behavior tapped by these scales. Observe <u>all</u> the caregivers who interact with the target child. In using the Qualitative Scales, you will exercise your clinical sensitivity and judgment. You are interested in the overall quality of the caregiver's or child's behavior. Try to separate the events of one observation cycle from the events during previous cycles.

Each set of qualitative ratings is to be based on 44 minutes of observation. During the first 34 minutes, the observer completes the Behavior Scales and make notes for the qualitative ratings in the two 2-minute breaks. During the next 10 minutes, the observer should focus explictly and solely on the qualitative ratings. To help observers remain on task during this time, they should take longhand notes of caregiver or child behaviors as they relate to each scale. To help observers organize their

observations and recollections, notes should be organized by rating category.

Completing the Qualitative Scales

You are interested in rating the quality of the behavior or relationship of each individual caregiver with the target child. If a particular caregiver has not interacted with the target child enough during the observation cycle to allow you to make the required judgments, use the "not possible to observe/rate" category for that caregiver. Do not complete the scales for more than 3 caregivers during the cycle.

In the definitions of each scale, we have avoided applying absolute frequencies of occurrence for assigning ratings. On occasion, raters will not be able to observe for the full 44 minutes. Also, frequencies may be dependent on specific activities in the child care setting. Consequently, in assigning ratings, you should use a two-step process. The first step is to ask, Is this dimension "characteristic" or "not at all characteristic" of the person being rated? Once this decision is made, then determine if the dimension is "sort of" characteristic or "very much" the case.

Ratings for most of these scales should be based on both the quality and quantity of behavior. Thus, evaluations should be made taking into account the quality of the observed behaviors in relation to the proportion of the time they were observed.

Ratings of 1 and 4 should be reserved for those observations which could be considered either problematic or exceptionallly advantageous, depending on the specific scale.

### e. Post-observation interview with caregiver

At the end of the visit, interview one caregiver to determine whether your observations were "typical." If there is more than one caregiver, interview the one who interacted most with the child.

### f. Global ratings

At the end of each day's visit, complete the global ratings of overall quality of child care, etc. Base these ratings on your observations during the entire day's visit.

## 2. Conducting the ORCE at a home

The ORCE procedures will be the same in home settings (child's own home, sitter's home, family daycare). However, your experience may be different. Although the setting may seem more informal, it is important for you to remember your role of objective observer and try not to be drawn into the activities of the environment. In addition, there may be more opportunity for informal conversation. By emphasizing to the caregiver that you want him/her to act as naturally as possible and to pretend that you are not even there, you are letting the caregiver know that you need to focus your full attention on what is happening in the setting.

Basically, you will follow the same sequence as in the center except that there will usually not be multiple caregivers.

**3. Observer's Interaction with caregivers**

Whether at a home or a center, the observer should make all effort to put the caregiver(s) at ease (smiling, accepting a coffee and a chat at the end of the observation, etc.). You are a person, not a video camera (despite the fact that your observation record should be a accurate as a camera's). You have feelings, reactions, good sense and judgment that should not be left behind at the door. You should make your role as observer clear to the caregiver; you are there to watch, not to intervene (or babysit). We suggest that you state explicitly that "I am not allowed to be left alone with the children." The caregiver should behave as he/she would if you were not present. Thus, in arrangements with only one provider, the provider may need to leave some children unsupervised for brief moments (e.g., bathroom breaks) and you will momentarily be left alone with the children. On the other hand, if the caregiver asks you to watch the children while he/she makes a hone call in a different room, you must refuse <u>politely</u> and are not allowed (for liability reasons) to be left alone with the children <u>even if</u> he/she would ordinarily make such calls. Clearly, if a child is in a different room from the caregiver and is in imminent danger, you cannot stand by and watch it happen. You must find ways of ensuring that your presence, including your nonintervention, is not affecting what is going on in the room (e.g., older children

hitting you or each other because you are so unresponsive). It may help put caregivers at ease if you say something about the unusual role of an observer who is basically not allowed to act naturally herself ("my behavior may seem a little weird, but it's my job").

**4. Guidelines for specific scales**

**a. General suggestions**

If it is helpful for keeping track of which column you are observing/recording in, you might circle the number at the top of the column when you start the minute.

PEOPLE PRESENT

Available adults:

Code any adult who is in the same room as the child or, particularly in home settings, within earshot of the child, even if not in the same room. He/she is not necessarily paying attention to child; he/she may be involved with his/her own activities or with other children. Code this at the beginning and at the end of the observation cycle.

Caregivers #1, #2, #3, #4 -- Identify the caregivers by ID number. If it is useful, also indicate a mnemonic for each caregiver you will be observing ("red dress," "stripes," etc.). Caregiver #1 is the target child's primary caregiver or the lead teacher if a primary caregiver is not assigned. For the purposes of the ORCE, a caregiver is defined as anyone who provides regular (at least 10 or more hours per week) care to the target child, or, in the case of group care, in the target child's room. The caregiver may or may not be specifically assigned to the target child. In group care this includes "floaters" who are regular caregivers in the program but divide their time across multiple rooms as long as they typically spend at least 12 hours

a week in the target child's room. Some programs will explicitly define caregivers as floaters others will not. This doesn't matter for our purposes. "Caregiver" also includes "student" teachers, parent volunteers, etc., who may or may not be paid, who spend at least 10 hours per week, at regular times, in the target child's classroom. "Caregiver" excludes any adult who does not spend at least 10 hours a week, at regular times, in the target child's classroom, such as a center director who periodically passes through the classroom, a parent in a parent co-op who volunteers for less than 10 hours a week, a music teacher (who will undoubtedly spend less than 10 hours a week in the target child's room), etc. These non-caregivers are "other adults" - see below.

Other Adults -- This is the place to identify any people in the room who are not regular caregivers. Write a 1-4 word description of the "other adult", i.e. "parent of other child". Examples would be parents, volunteers, teenagers, friends of the caregiver who have dropped in for a visit. This includes parents/students/volunteers that work in the classroom less than 12 hours a week. We want to include "other" adults because these people may interact with the child. We want to record their interactions but to distinguish them from the caregivers'.

Available other children:

Code the number of children who are in the same room as the child. If there are no other children code 00. They may not be paying attention to the child; they may be involved with their

own activities, but they are, at least, awake and visible to the child. Code this at the beginning and at the end of the observation cycle.

| | |
|---|---|
| YOUNGER INFANTS: | number of children present who are under 12 months of age. |
| OLDER INFANTS: | number of children present who are 12-18 months of age. |
| TODDLERS: | number of children present who are 1 1/2 to 3 years old. (18-36 months) |
| PRESCHOOLERS: | number of children present who are 3 to 5 years old. (36-72 months). |
| KINDERGARTNERS: | number of children who are 5 years old. |
| SCHOOLAGERS: | number of children present who are 6 or more years of age (>72 months). |

Asleep children:

Record the number of children for whom the caregiver(s) is responsible who are not "available," but sleeping. Although these children are not available partners for the child, they may affect the caregiver's availability.

**b. Behavioral scales**

**POSITIVE AND NEGATIVE AFFECT**

Responds to negative affect -- Caregiver/adult responds to the child's negative affect. Negative affect includes fussing, fretting, crying, screaming. It must be clearly negative and audible, not just a frown or whimper. It may be prolonged. It should demand a response. The response may be verbal (e.g., "Oh, Sandy, why are you crying?") or nonverbal (e.g., picks up and comforts). The adult does not necessarily meet the child's needs with her response, but she is at least sensitive to them. When the child expresses negative affect, the caregiver does not have to be within sight or even in the same room for her response (or lack of it) to be coded. If the child expresses negative affect, code Y = the caregiver responded or N = the caregiver did not respond. If the caregiver ignores some expression(s) of negative affect but responds to at least one expression of negative affect during the 30-second observation interval, code Y.

Shared positive affect -- The caregiver and child express positive affect toward each other within the same observation interval. They laugh or giggle together, smile at each other, the child makes positive cooing sounds while face-to-face with a smiling caregiver. The two do not have to be in direct physical contact or proximity but they do have to be involved with each other. The interaction does not have to be one-to-one; it may involve more than one child or more than one adult.

Positive physical contact -- The caregiver and child have positive physical contact. The caregiver holds or touches the child -- warmly and comfortingly, or affectionately, or playfully. Positive physical contact includes the caregiver's holding the child on her lap, but it is not simply picking the child up to move him/her somewhere. It may occur in the context of caretaking, but it is not routine caretaking alone. It must be active (not just passive contact as in snuggli or backpack). It must be intentional (not simply touching the child's arm in passing or patting the child's behind repeatly and absentmindedly while doing something else). Examples are kissing, rubbing, stroking, tickling, rocking, swinging, clapping, patting, holding close, hugging, cuddling, rubbing noses. If the caregiver's behavior has already been coded as responds to negative affect or shared positive affect within the 30-second interval, it would not be coded on this scale. It might be coded in the subsequent 30-second interval if it continued and the child's negative or positive affect did not.

**LANGUAGE FOCUSED INTERACTION**

All language coded in the ORCE is language by the caregiver/adult directed toward the target child or the group of children the target child is in. Each utterance is coded in terms of the language-focused scales only once in a

given observation interval. The order in which the language scales are listed is the order of priority for coding (i.e., if the utterance is a response to the child's vocalization it is coded on this scale even if it is also in the form of a question; if it is a question, this takes coding precedence over "other talk.") An utterance may be coded in a nonlanguage-focussed category as well as in the language-focused category (specifically, if it is a response to the child's negative affect, stimulation of the child's cognitive or social development, a restriction of the child's activities, or a negative utterance to the child).

Responds to child's vocalization -- Caregiver/adult listens to child's vocalizations and then responds vocally. This does not include responding when the infant frets, fusses, cries, sighs, grunts, or laughs. These are not vocalizations but expressions of negative and positive affect and so responses to them would be coded in those categories. The child's vocalizations are words or babbling sounds. Examples: 6 months: when child imitates the caregiver or another person ("ba", "duh"...), the caregiver continues interaction, usually by imitating (Ba, ba...pa, pa"). 15 months: The child vocalizes "Ah, ah" (points) and the adult says "Doggie. That's a doggie." Child says "Uppy" and caregiver responds "Shall I pick you up?" 24 months: The child says "Me go." and the adult says "you want to go out?" 36 months: In response to "All the

blockses is breaked", the adult says "Are all the blocks broken?" If the child articulates specific words, the caregiver uses the same words in a grammatically correct sentence and/or demonstrates pronunciation; makes deliberate attempts to promote language development; expands, extends child's utterances.

Reads aloud to child -- Caregiver/adult reads from book, magazine, paper, or any other written material to the child or to the group that the child is part of. This can be reading single sentences or a complete story, but it is definitely reading, not just pointing at pictures in a book (which might be stimulates cognitive development). The child may or may not be listening and learning; the point is only that the caregiver is reading. Examples: reading a story at circle time, reading as child falls asleep, reading poster on wall to child.

Asks question -- Caregiver/adult asks child a question. Any question that has not already been coded as responds to vocalization, regardless of content, should be coded. The question may be directed to the child alone or as part of a group. Examples: 6 months: "Are you going to give me a smile?" "Are you hungry now?" "Are you excited to see daddy?" "Do you want me to tickle your tummy?" 15 months: "Who is that? Is that your daddy?" "Where is your nose?" 24

months: "What do you have?" 36 months: "What you were doing outside?" "Do you want a turn on the swing?"

Other talk to child -- Caregiver/adult directs an utterance to the child either individually or as part of a group. Code only if the caregiver's talk has not already been coded into one of the previous language-focussed interaction categories. With a nonverbal child, the utterance may be baby talk, but it should contain words, not just noises (remember -- this is language focussed caregiver behavior). A single sentence will do. Examples: "Let's go outside"; "The bottle's empty - no more"; "Let's put your bib on." Singing also would be other talk. If the observer cannot hear what is being said clearly, code it as "other talk."

**STIMULATION**

Stimulates cognitive development -- Caregiver/adult stimulates child's cognitive or sensorimotor development -- teaches, encourages a skill; gives child instruction of some sort. Tries to give the child a new idea or experience. The stimulation must be directed toward the target child. The child may in a group of children who are receiving a "lesson," but if the child is not really part of the group that the adult is teaching -- he is sitting to one side attending to something else, for example -- this would not

be counted. It should be clear that the child is paying attention to the caregiver's stimulation attempt and potentially learning something. There should not, however, be any judgement of the age appropiateness of the stimulation. The interaction may be playful and enjoyable (e.g., singing the ABCs), but it must involve teaching, education, instruction, stimulation, not just soothing or simple play (like rough and tumble). Simply handing the child a toy does not suffice, even if the caregiver says "Look at this." Giving a fussy child something to keep it quiet also does not count.

For young infants, stimulation would most likely be a motor skill like walking, climbing, rolling over; for older infants and toddlers, a cognitive skill like counting, letters, colors. Examples: 6 months: holding infant up so feet touch floor and making feet "walk"; encourging infant to roll over, to hold his own bottle; showing the infant a picture book and labelling the pictures; 15 months: teaching infant to drink from cup; teaching infant how to pick up a small object, how to put a bead in a bottle; 24 and 36 months: showing child how a toy, puzzle, mobile "works"; doing hand over hand on child's scissors; reciting ABCs.

<u>Stimulates social development</u> -- Caregiver/adult stimulates the child's social or moral development. She provides an

opportunity to interact socially with another child. For example, at 6 months: putting child so he/she can see and touch another child; at 15 months: rolling a ball between them; at 24 and 36 months: helping them take turns on a slide, suggesting that they pull each other in a wagon, telling one child to look at what another child is doing. She teaches how to play a social game with her (e.g., patty cake or peek-a-boo) or with other children. She encourages children to share, cooperate, take turns, with her or with each other. She forbids child to hit another child, take his toys away, etc. She teaches social skills, rules. Example: 15 months: "Be careful you might know baby over." "I really like the way you shared your ball with Jimmy!" 24 and 36 months: clearing own cup and plate after eating, saying thank you. She explains reasons for rules/expected behavior -- for example, tells the child (the target child or another child who is interacting with or getting in the way of the target child) why it is that he/she must do something.

**BEHAVIOR MANAGEMENT**

Facilitates child's behavior -- Caregiver/adult helps, assists, or entertains child in some way. Caregiver may be responding to the child's need, bid, or signal (vocal or gestural), or initiating the action on her own. The child may be in a predicament, unoccupied, playing alone, or

interacting with the caregiver. Examples: at 6 months: changing the child's position or adjusting 6-month-old so he can reach toy or roll unimpeded; picking up child who gestures "up"; handing child a toy to play with; playing with the child with a toy (not teaching him); tossing the child a ball or shaking a rattle in front of him; putting the spoon and food into the child's mouth if he is clearly indicating that he wants to be fed; taking away a picture frame the child is putting in his mouth and giving him a teether. At 15 months: helping child put on shoes, slide down a slide, moving chair out so child can sit down, retrieving a fallen toy; removing child from high step, from climbing up on a wobbly bookcase; removing another child who is threatening to hurt the child, At 24 or 36 months, helping child reach a toy from a high shelf; responding to child's effort to do something ("Do you need some help? Here let me do that."); giving the child a suggestion about an activity: "Why don't you ...." or offering a choice: "Would you like to play with the blocks?" "Would you like to play with the blocks or the cars?" "How about playing with the.......?" Behavior on this scale should not be double coded with stimulation or restriction.

<u>Restricts child's activities</u> Caregiver restricts child's activities, either verbally or physically . <u>Verbally,</u> caregiver prohibits the child's action, whether the action is appropriate or not. Examples: says "No!" "Keep the

crayons on the table." "Take that out of your mouth." "Turn the shirt right side out." "Stop fighting". Prohibits things child wants to do. Examples: says "No, you can't paint now." "Come back here, you are not going out." (The caregiver may or may not offer an explanation or justification along with the prohibition.) Physically, caregiver restricts child's actions with a physical barrier to block the child's movement, taking away a toy the child is playing with, or removing the child from an activity he is enjoying. The caregiver may be restricting a child physically by holding him, but it is not coded in this scale if it is not against the child's will. If the child is happily sitting on the caregiver's lap, this would not be restricting. If the child is not trying to escape or do something else (wriggling, fussing, reaching, etc.), then it is not restricting. This is a negative category. It would not be coded in the context of play unless the child clearly didn't want to play. Code in each minute the activity is restricted. This should be coded according to the caregiver's action rather than the child's reaction. It must be clear that the child's activity/ wishes/ desires or potential activity/ wishes/ desires are being thwarted, but it is not necessary that the child respond to the restriction negatively (although if he does, it is even easier to see that it is a restriction). Some children respond to restriction negatively; others ignore the restriction and turn to other activities. For both, their

activities have been physically restricted. What would not be physical restriction would be a babygate at the other end of a room that the child never gets to, physically holding the child in a hug that the child is enjoying, or taking away a toy that the child is obviously through playing with.

Restricts in physical container -- The child's mobility or activity is restricted by being in a physical container. This is coded whether the restriction is seen as appropriate or not, pleasant or not. The experience can be a positive one for the child; the child may be playing in the container. Containers include: highchair, swing, sassy seat, crib, playpen, backpack, infant seat, walker, etc.

Speaks negatively to child -- Caregiver/adult says something negative to child: finds fault, threatens, speaks with hostility; snaps, insults, scolds, criticizes, yells. Either the caregiver's words or her intonation is negative. Examples: "Another dirty diaper??? I just changed you!" (said harshly) "Stop dragging that blanket all over the house right now!" "Did you hit Mary? Shame on you!" "Stop that right now. Wait till your mother gets here!" This category goes beyond a simple "no" (restricts activity); it must be a criticism or a derrogatory statement. (Do not double code with restricts activity unless there was a physical component to the restriction.)

Uses negative physical actions -- Caregiver/adult touches the child in a negative way (hitting, shaking, slapping, smacking, yanking, pinching, pushing, kicking, etc.) or puts in a physically aversive situation in order to punish or control the child (e.g., out in the cold).

**CHILD'S ACTIVITY**

The activity scales are mutually exclusive; a single activity cannot be double coded on more than one of these scales. If an activity seems to fit more than one scale (e.g., the child is engaged in solitary activity interspersed with brief intervals of watching), code it at the highest level (i.e., in the order of priority in which the scales appear on the form, which, for this example, would be solitary). There will always be at least one activity code checked for each 30-second observation interval. There can be more than one for each interval if more than one activity occurred for more than 5 seconds. The child must be involved in the activity for at least 5 continuous seconds for it to be coded.

Physical care -- Child is given physical caretaking by caregiver/adult. These activities are those necessary to take care of the child's physical needs. Examples: dressing, diapering, washing, going to bathroom, feeding,

burping, bouncing to relieve gas, rocking child to sleep, putting on a sweater. Physical care does not include giving the child a pacifier or a wipe of the nose that lasts less than 5 seconds.

Other activity with adult -- The child is involved with an adult in an activity other than physical caretaking. The child and caregiver may be alone and the interaction one-to-one or the child may be part of a group of children (and adults) interacting. The caregiver may or may not be attending to the target child exclusively, but she must at least be involved with him/her (eye contact, physical contact, verbal contact), and the interaction must last at least 5 seconds continuously -- just a passing nod or word or just visual supervision from a distance is not sufficient to receive this code.

Activity with child(ren) only -- The child is playing with or close to other children. The caregiver may or may not be supervising the children but she is not participating. The children may be playing in parallel, interactively, or cooperatively. Examples: child crawls to chair where another child is sitting then crawls over to another child; child plays with blocks while another child plays with blocks nearby; children push each other in walkers; child sitting at same table as another looking at books.

Solitary activity -- The child is playing or exploring alone, with or without toys, without the involvement of an adult or other children. The child is clearly involved and interested in the activity; he is not just passing time (unoccupied). Examples: gross motor activity (running, jumping, climbing, swinging, bouncing in jolly jumper, climbing on jungle gym, riding trike, etc.); exploring, manipulating objects, playing with toys, exploring play space; feeding himself without adult supervision or participation; looking at book in corner while other children are outside; playing with blocks while other children are napping; fingerpainting while other children are some distance away.

Watching/unoccupied/transition -- The child is awake, but is not engaged in any observable activity; he may be waiting for the next activity to start (before eating, before going out to play, before being picked up, etc.), or he may be watching other people (adults or children) but not interacting with them. The other people are ignoring the child; they may be across the room or close up, but they are clearly not interacting with the child. (It may be the observer who is being watched by the child.) The child is not doing anything else at the same time (using or exploring a toy, interacting with anyone, being held). He/she may be holding a toy in his hands or mouth, but he is not exploring

it. He/she may be aimlessly wandering around the room, but not running or jumping in fun.

Watching TV -- TV is on and the child is looking at it. Do not code if TV is simply on throughout the visit . Code only in those intervals that the child is observed to watch it and is not involved with other children or adults at the time.

**CHILD'S INTERACTION WITH OTHER CHILDREN**

"Other children" are children under 13 years. Code behavior in this category by judging what actions are directed to the target child rather than on how he/she reacts to the overtures of the other children. Code by judging what the target child is doing rather than on how the other children react to his/her actions and overtures. The target child must be aware of the other child's behavior; accidental bumps, kicks should not be coded.

Positive/neutral interaction -- The child gives or receives overtures from other children -- e.g., smiling, offering toys, playing interactively or cooperatively, playing with the same object, offering an object (even if it is not accepted). This is not a measure of high level, truly

interactive engagements between children; any rudimentary attempts at interaction will do.

Negative interaction -- The child gives or receives unfriendly overtures from other children -- e.g., hitting, taking away toy that child wanted or was playing with, fighting.

There are no pages 91-95.

CAREGIVER RATINGS

**Sensitivity/responsiveness to distress**

This scale focuses on how the caregiver responds to the child's cries, frets, or other expressions of negative affect. It is judged in the following three ways:

1) Proportion of distress signals responded to. The caregiver consistently responds to all distress signals.

2) Latency of response. The caregiver responds promptly. Mild fussiness does not require the caregiver to respond as quickly as does the child's acute distress.

3) Appropriateness of response. Appropriateness of the adult's behavior can generally be inferred by its effectiveness in soothing the child. However, the completeness of the response should also be taken into account. For example, a caregiver who responds distally (e.g., voice from the other side of the room) should not be judged as sensitive as a caregiver who approaches and/or picks up the child. Caregivers who do not acknowledge distress, even if the infant self-soothes quickly, should be judged as less sensitive than those who do acknowledge the distress, however short lived. Caregiving responses to infant distress generally involve speaking to the child, approaching the child, changing position, offering toys, patting, picking up, holding closely (especially in a ventral/ventral position), and rocking. Any of these or other behaviors can be considered appropriate if they appear to have the effect of soothing the child. If the caregiver's first response to the distressed infant does not soothe the child, the episode should be judged as insensitive/unresponsive (even if the response was immediate) unless the caregiver proceeds to offer a "fuller" response (i.e., more proximal soothing behaviors).

Ratings on this scale are composed of both qualitative and quantitative dimensions. The proportion of signals responded to and the latency of response time should be evaluated in relation to the quality of the response. For example, if a caregiver

responds slowly and infrequently to the child during the 40 minutes of observation, but his/her responses are appropriate and sensitive, he/she should not receive a rating of 4 but instead would receive a rating of 2 or 3. A caregiver might also receive a 2 or 3 for 40 minutes of immediate and inappropriate responses. A rating of 1 should be given for those caregivers who are so unresponsive or delayed in their responding, and/or who respond so inappropriately that it could be considered problematic. A rating of 4 should be given to those caregivers who exhibit immediate and exceptionally sensitive and appropriate responses.

If a caregiver other than the focal caregiver responds to the child's distress, it is not expected that the focal caregiver respond. These instances of distress should not be considered in evaluating sensitivity to distress.

1 = Not at all characteristic. This rating should be given to caregivers who are so insensitive and unresponsive that it is worrisome. When the child cries or frets, the caregiver responds not at all, or very slowly or inappropriately. If there is a response, it is only after the child becomes very demanding, and the response is so delayed that it cannot be construed as contingent upon the child's behavior. A caregiver who typically appears oblivious or punitive to the child's distress would receive this score.

2 = Minimally characteristic. This rating should be given to caregivers who display infrequent or weak sensitivity/responsivity. The caregiver responds slowly to

child distress signals, and appears more unresponsive than responsive. The responses tend to be minimal or perfunctory. For example, the caregiver may talk to or briefly pat a crying child, but he/she does not pick up the child. The caregiver would not typically bring the child to a ventral/ventral position. He/she seems minimally interested in providing genuine comfort.

3 = Moderately characteristic. <u>This rating should be given to caregivers who are predominantly sensitive/responsive</u>. The caregiver typically responds promptly to child distress, demands, and signals, but there is some time in which clear child signals do not receive a response or in which the response is somewhat delayed. Some of the caregiver's responses are mixed, i.e., some half-hearted or perfunctory, but the majority are full responses where the observer feels like "that was a good episode".

4 = Highly characteristic. <u>This rating should be given to caregivers who are exceptionally sensitive and responsive to distress</u>. The caregiver responds quickly and appropriately to the child's distress. If the child is upset, the caregiver takes time to soothe and calm the child. There may be proportionally few instances of ignoring and/or minimally responding to the distress, but overall most responses are prompt, appropriate, and effective.

9 = No opportunity to observe. <u>No instances of child distress are observed</u>.

**Sensitivity/responsiveness to nondistress (adapted from Fish, 1990)**

This scale focuses on how the caregiver observes and responds to the child's social gestures, expressions, and signals. The key defining characteristic of sensitive interaction is that it is child centered. The sensitive caregiver is tuned to the child and manifests awareness of the child's needs, moods, interests, and capabilities, and allows this awareness to guide his/her interaction.

If the child initiates social gestures and expressions (looking at the caregiver, reaching toward the caregiver, waving, clapping hands, handing objects), or makes demands, desires, or requests known (stretching arms to be picked up, reaching for toys the caregiver is holding), the sensitive caregiver responds appropriately.

If the child is uninterested, the sensitive caregiver takes time to reengage the child in a manner that demonstrates sensitivity to the child's mood. When the child is bored or frustrated, the caregiver offers toys or other distractions. When the child is interested and involved with toys, the sensitive caregiver allows him/her to independently explore them. During play, the sensitive caregiver provides one toy or game at a time and bases continuation on the child's response. How and what they play is geared to whether or not the child seems to be enjoying the activity. The caregiver does not persist with an activity or toy which the child is obviously not enjoying.

During feeding, the caregiver follows the child's signals (open mouth, reaching, etc.) as to when the child wishes more food.

A sensitive caregiver provides stimulation that is situationally appropriate. He/she provides the child with contingent vocal stimulation and acknowledges the child's interest, efforts, affect, and accomplishments.

Sensitive caregivers can spend some time watching the child, but the difference between them and the detached caregiver is that the sensitive caregiver seems to be actively taking an interest in the child's activities, as evidenced by comments and embellishments when the child loses interest. It is at these times--when the child loses interest or is distracted--that the difference between the sensitive caregiver and the detached, understimulating caregiver is most easily seen; the detached caregiver does not respond, responds in a listless manner, or responds with developmentally inappropriate comments and behavior. The insensitive caregiver could also be overstimulating/intrusive and might continue in his/her attempts to engage the child even when the child is providing clues that he/she is seeking to end the interaction.

A sensitive interaction is well timed and paced to the child's responses, a function of its child-centered nature. Such an interaction appears to be "in sync." The caregiver paces games or toy presentation to keep the child engaged and interested, but also allows him/her to disengage in order to calm down and reorganize his/her behavior. Sensitivity involves judging what is a pleasurable level of arousal for the child and

helping the child to regulate arousal and affect. When the child loses interest, the sensitive caregiver switches to a new tactic or toy and observes the child's reaction, or stops interacting entirely. In this way the sensitive caregiver can be distinguished from both an intrusive and a detached caregiver.

Markers of sensitivity include (a) acknowledging the child's affect; (b) contingent vocalizations by the caregiver; (c) facilitating the manipulation of an object or child movement; (d) appropriate attention focusing; (e) evidence of good timing paced to the child's interest and arousal level; (f) slowing the pace when the child appears overstimulated or tired (e.g., demonstrates gaze aversion, fussiness); (g) picking up on the child's interest in toys or games; (h) shared positive affect; (i) encouragement of the child's efforts; (j) providing an appropriate level of stimulation when needed; (k) sitting on floor or low seat, at the child's level, to interact; and (l) removing from crib within a few minutes after awakening, and putting to bed when obviously tired.

Thus, the sensitive caregiver demonstrates the ability to adapt interactions to the child's mood and level of development. The caregiver neither over- nor underestimates. The caregiver knows when it is time to increase or reduce the amount of stimulation the child is experiencing. For example, the caregiver discontinues an activity that is beyond the child's capacity for response or introduces a new activity when the child appears bored.

Ratings on this scale should be based on both quality and quantity of caregiver behavior.

1 = Not at all characteristic. This rating should be given to caregivers who are so insensitive and unresponsive that it is worrisome. There are almost no signs of caregiver sensitivity. Thus, the caregiver is either predominantly intrusive or detached. The caregiver rarely responds appropriately to the child's cues, and does not manifest an awareness of the child's needs. Interactions are characteristically ill timed or inappropriate.

2 = Minimally characteristic. This rating should be given to caregivers who display infrequent or weak sensitivity/ responsivity. While the caregiver is sometimes sensitive, the balance is clearly in the direction of insensitivity. The caregiver may give some delayed perfunctory responses to cues.

3 = Moderately characteristic. This rating should be given to caregivers who are predominantly sensitive/responsive. The caregiver demonstrates sensitivity in most interactions but may neglect to give a fuller response.

4 = Highly characteristic. This rating should be given to caregivers who are exceptionally sensitive and responsive to nondistress. Instances of insensitivity are rare and never striking. Interactions are characteristically well timed and appropriate.

**Intrusiveness (adapted from Fish, 1990)**

Intrusive, insensitive interaction is definitely adult centered rather than child centered. Prototypically, intrusive caregivers impose their agenda on the child despite signals that a different activity, level, or pace of interaction is needed. High arousal, vigorous physical interaction, or a rapid pace are not, by themselves, indicative of intrusive overstimulation--if the child responds positively with sustained interest and is not engaging in defensive behaviors. It is when the child averts his/her gaze, turns away, or expresses negative affect and the caregiver continues or escalates her/his activity that intrusive behavior is evident. Intrusiveness is also apparent when the caregiver does not allow the child a "turn" or an opportunity to respond at his/her pace. Some intrusive caregivers persist in demonstrating toys to the child long after his/her interest has been gained and he/she obviously wants to manipulate the toy him/herself. These caregivers appear unable to relinquish control of the interaction in order to facilitate the child's exploration or regulation of the activity. Another controlling, intrusive behavior is displayed by caregivers who overwhelm the child with a rapid succession of toys or approaches, not allowing him/her time to react to one before another occurs. Extreme intrusiveness can be seen as overcontrol to a point where the child's autonomy is at stake. It should be kept in mind that a caregiver can become involved in play with the child without being highly intrusive.

Intrusiveness can also be displayed during routine care. During spoon feeding, a nonintrusive caregiver will wait for the

child to open his/her mouth for food, whereas an intrusive caregiver will persist in trying to stick the spoon into the child's mouth, even as the child tries to turn away. An intrusive caregiver will tend to use any opening of the mouth to give the child another bite of food, even when the open mouth clearly has a social interactive intent (e.g., open-mouth smile, vocalization). A rapid pace of feeding is not in itself a sign of intrusiveness if the pace appears to match the child's desired focus on food.

Specific behaviors characterizing intrusive interactions include (a) failing to modulate behavior that the child turns from, defends against, or expresses negative affect to; (b) offering a continuous barrage of stimulation, food, or toys; (c) not allowing the child to influence the pace or focus of play, interaction, or feeding; (d) taking away objects or food while the child still appears interested; (e) not allowing the child to handle toys he/she reaches for; (f) insisting that the child do something (play, eat, interact) in which he/she is not interested; and (g) not allowing the child to make choices.

Caregiver actions which are clearly in the child's best interests, such as removing a child from danger, administering medicine, or putting an obviously tired child to bed, are not included in considerations of intrusiveness.

Ratings of intrusiveness must evaluate it from the perspective of the child.

1 = Not at all characteristic. This rating should be given to caregivers who display almost no signs of intrusive behavior.

2 = Minimally characteristic. This rating should be given to caregivers who display minimal intrusiveness. There is some evidence of intrusiveness, but it is not typical. The caregiver may initiate interactions with and offer suggestions to the child which occasionally are not welcomed. The caregiver sometimes continues his/her activity after the child engages in defensive behavior, but does not escalate the activity.

3 = Moderately characteristic. This rating should be given to caregivers who are regularly intrusive. Caregiver intrusiveness occurs with moderate frequency.

4 = Highly characteristic. This rating should be given to caregivers who are so intrusive that it is worrisome. The caregiver is consistently and typically intrusive. Most of the observation period is marked by the caregiver completely controlling the interaction, allowing the child little self-direction in his/her activities. The caregiver allows the child little autonomy, and essentially negates the child's experience.

**Detachment/disengagement (adapted from Fish, 1990 and Arnett)**

The detached caregiver appears emotionally uninvolved or disengaged, and unaware of the child's needs for appropriate interaction to facilitate involvement with objects or people.

This caregiver does not react contingently to the child's vocalizations or actions, and does not provide the "scaffolding" needed for the child to explore objects. Detached caregivers "miss" the child's looks to them or reaches for a toy, and their timing is out of synchrony with the child's affect and responses (although not the overwhelming barrage of stimulation that intrusive caregivers present). Simply allowing the child to play by him/herself is not necessarily a sure sign of detachment; this can be appropriate at times, such as when the child is playing happily or contentedly and the caregiver checks in with the child visually. The detached caregiver is passive, and lacks the emotional involvement that characterizes a sensitive caregiver. He/she appears uninterested in the child.

A caregiver receiving a high rating for detachment is considered to be insensitive. A low rating for detachment can signal either sensitivity or intrusiveness.

Detachment can be marked by (a) putting the child so he/she faces away from the caregiver, without attempts to visually "check in"; (b) presenting toys without first engaging the child or showing him/her how to manipulate them; (c) rarely making eye contact or rarely talking to the child; (d) not responding to the child's vocalizations, smiles, or reaches for toys; (e) an unawareness of the child's capabilities and appropriate activities; (f) positioning the child so that he/she cannot reach or manipulate a toy; (g) cleaning the child, rocking, diapering, or feeding in a mechanical, detached, distant way without social interaction; (h) ignoring the interesting things the child does;

(i) letting the child play unsupervised without checking in; and (j) continually calling the child "baby" instead of using his/her name. While an intrusive caregiver might persist in sticking a spoon into a child's mouth even if the child turns away, the detached caregiver does not respond to the child's bids to be fed (e.g., the child opens his/her mouth for the spoon and the caregiver neglects to then feed the child). Some detached caregivers place an overemphasis on the physical setting and other adults (e.g., visiting with other caregivers, filling out forms, straightening the room) instead of attending to the child.

This scale contains both qualitative and quantitative components. A caregiver who interacts consistently with the child but does so in a perfunctory or indifferent manner with little or no emotional involvement would be rated high on detachment.

1 = Not at all characteristic. <u>This rating should be given to caregivers who display almost no signs of detachment or underinvolvement</u>. When interacting with the child, the caregiver is clearly emotionally involved. These caregivers can be sensitive or intrusive.

2 = Minimally characteristic. <u>This rating should be given to caregivers who display minimal detachment</u>. While the caregiver is sometimes noninvolved, he/she is clearly more involved than not.

3 = Moderately characteristic. <u>This rating should be given to caregivers who are predominantly detached</u>. The caregiver

is relatively more noninvolved than involved, but the detachment is not so prevalent that it is problematic.

4 = Highly characteristic. This rating should be given to caregivers who are so detached that it is worrisome. The child lies or sits without caregiver attention almost all of the time, even when the caregiver is within a suitable distance for interacting. In the minimal instances of involvement, the caregiver's behaviors are simple, mechanical, stereotyped, repetitive, and perfunctory. The caregiver is clearly not emotionally involved with the child, and appears to be "just going through the motions."

**Stimulation of development**

This scale measures the degree to which the caregiver tries to foster the child's development. A stimulating caregiver may take advantage of even simple activities (like feeding and diapering) to stimulate development, and will consistently engage in a variety of activities that can facilitate learning. The caregiver will make deliberate attempts to encourage the child's development, achievement, and learning.

Behaviors characterizing stimulation include (a) attempting to focus the child on an object or task; (b) focusing the child's attention on the perceptual qualities (sounds, colors, movement, etc.) of objects; (c) verbally responding to or expanding on the child's verbalizations or vocalizations; and (d) encouraging the child to actively participate in activities. However, caregivers who simply focus or encourage a child should not be given the highest scores. Higher scores should be reserved for those

caregivers who (a) describe or label toys or objects, or demonstrate how they work; (b) stimulate the child's verbalizations or vocalizations and expand on them; (c) read or recite to the child; (d) encourage and reinforce the child's attempts at mastery, or challenge the child to try something new; (e) present activities in an organized sequence of steps; (f) teach the child or give him/her an opportunity to experiment with materials that illustrate or teach concepts; (g) ask questions that require problem solving; (h) label and interpret the child's experiences, (e.g. "You think that's funny"); and so on.

Activities involving strictly physical stimulation such as rough and tumble play, bouncing, and tickling are not considered as stimulating development per se, but it is possible for a caregiver to provide stimulation in these contexts if the caregiver expands on these experiences with verbal labels. This scale does not measure those activities that are only social (smiling) or caretaking (soothing), but stimulation can occur in these contexts as well.

The focus of this scale is on the amount and quality of activities that may ultimately enhance perceptual, cognitive, linguistic, and physical development. The caretaker's attempts may be less than perfect from a developmental psychologist's point of view, but they reflect the caregiver's belief that he/she is teaching the child. Simply placing objects in front of a child or handing him/her toys is not to be considered stimulating. Stimulation must involve effortful interaction with the child in the contexts described above.

All qualitative judgments must be considered in relation to the quantity of stimulation provided by the caregiver: How many of the available opportunities for stimulation were taken advantage of? A rating of 1 should be given to those caregivers who provide so little stimulation that it could be considered problematic for development. If a caregiver spends a very brief portion of the total 40 minutes in high-quality interactions with a child and provides that child with no stimulation for the remainder of the time, he/she would receive a rating of 2. A caregiver might also receive a 2 for 40 continuous minutes of minimal stimulation. A rating of 4 should be given to those caregivers who work at providing exceptionally advantageous stimulation.

1 = Not at all characteristic. This rating should be given to caregivers who provide so little stimulation that it is worrisome. The caregiver makes almost no attempts to teach the child anything or provide any stimulation. He/she may provide routine care but does not use it as an opportunity for learning. The caregiver may ignore the child's activities or interact perfunctorily, providing no stimulation.

2 = Minimally characteristic. This rating should be given to caregivers who provide infrequent or weak stimulation. The caregiver's conscious and purposeful attempts to engage the child in development-fostering experiences are limited. He/she may label or demonstrate materials, but does so perfunctorily and with minimal elaboration.

3 = Moderately characteristic. This rating should be given to caregivers who provide adequate stimulation but could reasonably be expected to provide more and higher-quality stimulation. The caregiver does make some effort to provide stimulation, but does not consistently take advantage of opportunities to do so. Stimulation is not the main agenda. The caregiver may find some new ways to engage the child with toys, for example, but these ways are limited in number. Actions are likely to be simply repeated rather than thoughtfully varied. Caregivers who provide a rich linguistic environment but do not demonstrate the potential of toys or objects would receive this rating.

4 = Very characteristic. This rating should be given to the caregiver who is consistently stimulating and takes advantage of many activities as opportunities for stimulation. The caregiver provides frequent stimulation through "lessons," explanations, activities, or toys. Teaching or fostering development is a primary intent of the caregiver's frequent interactions with the child. The caregiver thoughtfully varies and elaborates on these activities, providing numerous opportunities which are exceptionally advantageous to the child. He/she provides rich stimulation in terms of language, and embellishment of the potential of the physical world.

**Positive regard for the child**

This scale rates the caregiver's positive feelings toward the child, expressed during interaction with him/her. Positive feelings are shown by (a) speaking in a warm tone of voice; (b) hugging or other expressions of physical affection; (c) an expressive face; (d) smiling; (e) laughing with the child; (f) enthusiasm about the child; (g) praising the child; and (h) general enjoyment of the child. Positive regard is evident when the caregiver listens, watches attentively, looks into the child's face when talking to him/her, has affectionate physical contact, and is playful.

Ratings on this scale are based on both quality and quantity of positive regard.

1 = Not at all characteristic. <u>This rating should be given to caregivers who display so little positive regard that it is worrisome</u>. This rating can also be used for positive expressions (laughing, smiling) that appear to be inappropriate to the situation or an inaccurate reflection of the caregiver's feelings. The caregiver may be expressionless or flat, or negative.

2 = Minimally characteristic. <u>This rating should be given to caregivers who display infrequent or weak signals of positive regard</u>. The intensity and frequency of behavioral indicators are both low.

3 = Moderately characteristic. <u>This rating should be given to caregivers who predominantly display positive regard</u>. More frequent and intense positive affect is shown than in

the 2 rating, but the caregiver is not as consistently positive as those scored as a 4.

4 = Very characteristic. This rating should be given to caregivers who are exceptionally positive, in terms of facial and vocal expressiveness, and behavior. Affect is positive and spontaneous. The caregiver shows a range of expressions and behaviors which are all clearly positive. He/she clearly "delights" in the child.

**Negative regard for the child**

This scale rates the caregiver's negative regard for the child. Both frequency and intensity of negative affect toward the child are considered. Some markers of negative regard include (a) disapproval; (b) tense body; (c) negative voice when correcting; (d) abruptness; (e) tense facial muscles and strained expression; (f) harshness; (g) threatening the child or punishing without explanation; and (h) roughness in wiping the child's face, changing his/her diapers, or burping.

Ratings on this scale are composed of both qualitative and quantitative evaluations. The amount and intensity of negative affect exhibited is evaluated in relation to the duration of the observation period.

1 = Not at all characteristic. This rating should be given to caregivers who do not display negative regard for the child either in words or in expressions. No evidence of anger, distrust, frustration, impatience, disgust, general dislike, or other indicators of negative regard is observed

in the caregiver's face or voice. The caregiver may be expressionless or flat, or positive.

2 = Minimally characteristic. This rating should be given to caregivers who display minimal negative regard. There is some evidence of low-intensity negative regard.

3 = Moderately characteristic. This rating should be given to caregivers who predominantly display negative regard. Persistent evidence of low-intensity negative regard or some evidence of more-intense negative regard is observed.

4 = Highly characteristic. This rating should be given to caregivers who are so negative that it is worrisome. Feelings of negative regard are expressed strongly, or persistent moderate levels of negative regard are expressed. The overriding affect influencing the caregiver-child interactions is negative.

**Flatness of affect**

This scale measures how animated the caregiver is. Flat affect may reflect boredom, depression, fatigue, or distraction. Flatness is exhibited by blank, impassive facial expression, and flat tone in vocal expression. It is marked by a lack of animation. If the caregiver is watching the child with interest (eyes "bright"), it is a sign that the caregiver's affect is not flat. This scale assesses the caregiver's overall demeanor, not just animation with the target child.

1 = Not at all characteristic. This rating should be given to caregivers who exhibit almost no flatness. There is

consistent animation in the caregiver's demeanor and behavior.

2 = Minimally characteristic. <u>This rating should be given to caregivers who exhibit some flatness</u>. The caregiver is usually animated, but there is some time when facial expression is blank and impassive.

3 = Moderately characteristic. <u>This rating should be given to caregivers who are predominantly flat</u>. Some periods of animation alternate with more clear periods of flatness than observed for a score of 2. Flat affect predominates.

4 = Highly characteristic. <u>This rating should be given to caregivers who are so flat that it is worrisome</u>. There is consistent absence of animation.

CHILD RATINGS

**Positive mood**

This scale assesses the extent to which the child is satisfied, content, and pleased with the situation overall. Measures of child positive affect include smiles, laughter, and positive tone of voice, as well as enthusiasm expressed with arms, legs, and body tone. Lack of positive affect may be manifested by a neutrality or negative mood.

Ratings on this scale should be based on quality and quantity of behavior. Attempt to balance both the intensity of the child's positive affect and the relative amount of time positive behavior is shown. A rating of 1 should be given to those children who exhibit almost no positive affect. If a child

spends a very brief portion of the total 40 minutes exhibiting high positive affect and also displays negative affect, he/she would receive a rating of 2. A child might also receive a 2 for 40 continuous minutes of weak positive affect (i.e., contentment). A rating of 3 is given if the child is regularly pleasant, with some strong positive affect. A rating of 4 should be given to those children who regularly display high-intensity positive affect.

1 = Not at all characteristic. This rating should be given to children who display almost no signs of positive mood. The child's mood is either negative or no affect is displayed.

2 = Minimally characteristic. This rating should be given to children who display infrequent or weak positive affect. The child may show fleeting instances of strong positive affect paired with instances of negative affect, or the child may be characteristically pleasant, content, or satisfied throughout the observation period, without exhibiting any strong indicators of positive mood.

3 = Moderately characteristic. This rating should be given to children who predominantly display positive affect. The child exhibits several instances of strong positive affect (expresses enthusiasm, playfulness, smiling and laughter) and is frequently pleasant.

4 = Highly characteristic. This rating should be given to children who are exceptionally positive, in terms of physical and vocal expressiveness. The child displays

multiple instances of strong positive affect and is characteristically "pleasant" for most of the remainder of the observation period. The child should truly "radiate" or "sparkle." For this rating, a child can have no episodes of strong distress.

**Negative mood**

This scale assesses the extent to which the child cries, fusses, frowns, tenses body while crying, or otherwise expresses his/her discontentment. Lack of negative affect may be manifested as either strong positive affect or contentment.

Ratings on this scale should be based on both qualitative and quantitative assessments.

1 = Not at all characteristic. <u>This rating should be given to children who display no negative affect</u>. There are no signs of strong (intense crying, body stiffening) or weak (fussing) negative affect from the child during the observation period.

2 = Minimally characteristic. <u>This rating should be given to children who display infrequent or weak negative affect</u>. The child displays fleeting instances of mild negative affect, but negative affect is more absent than present.

3 = Moderately characteristic. <u>This rating should be given to children who display stronger negative affect</u>. The child displays one or two instances of strong negative affect or is moderately discontented ("fussy") throughout most of the observation period.