4 = Highly characteristic. <u>This rating should be given to children who display high levels of negative affect</u>. The child displays several instances of strong negative affect during the observation period and appears to be rarely contented.

**Activity level**

This scale assesses how motorically active the child is during the observation. The rating should take into account these aspects of motor activity: <u>speed</u> (moving fast, whether walking, crawling, or squirming); <u>frequency</u> (spending a lot of time in high energy activities); <u>intensity</u> (how energetic the activity); <u>involvement</u> (tendency to engage in high-energy games and gross motor activities over small motor activities); and a <u>negative reaction</u> to enforced nonactivity (reacting with restlessness).

1 = Not at all active. <u>This rating should be given to children who are noticeably low key, passive, inactive, lethargic</u>. The child typically stays in one place.

2 = Minimally active. <u>This rating should be given to children who are minimally active</u>. The child exhibits some activity.

3 = Moderately active. <u>This rating should be given to those children who are predominantly active</u>. Activity occurs frequently, and some or all movements are of high intensity.

4 = Highly active. <u>This rating should be given to children who are overwhelmingly active</u>. The child is constantly

moving some body part; something is moving at all times. The child prefers active games and activities to nonactive ones.

**Sociability**

This scale assesses the degree to which the child actively participates in his/her social world (adults or peers). Behaviors which can be considered to indicate sociability include vocalizing to, smiling at, waving to, sharing toys with, and touching partners. These behaviors may be initiated by the child, or be responses to others' signals or initiations.

Initiative and responsive behaviors must be construed to have a positive social interactive intent; a child who spends most of the time demanding to be held, although technically initiating, should not receive a high sociability score.

Ratings on this scale should be based on both quality and quantity of behaviors.

1 = Not at all characteristic. <u>This rating should be given to children who display almost no sociability</u>. There are no social initiations by the child or responsiveness to others' overtures. The child seems oblivious to the social environment.

2 = Minimally characteristic. <u>This rating should be given to children who display infrequent or weak sociability</u>. Social initiations or responses by the child occur, but they are infrequent or ambiguous. The child is usually engaged

in his/her own activity and seems to generally be uninterested in the caregiver and other children. Others must typically be persistent to gain the child's social interest, which tends to be brief and of low intensity (e.g., a look).

3 = Moderately characteristic. This rating should be given to children who are more sociable than not. The child initiates and/or responds, but the intensity and frequency of the child's behavior is less than a 4.

4 = Highly characteristic. This rating should be given to children who are very sociable. The child initiates and/or responds very frequently, using a variety of behaviors. There are multiple instances of the child directing clear, positive signals to other people and/or responding to others' initiations.

9 = No opportunity to observe. No occasions for child sociability were possible.

**Sustained attention**

This scale assesses children's sustained involvement with the world, including objects and people. The involved child focuses on the actions or interactions of others. The child's attention does not jump from one thing to another quickly. The child spends more than a minimal amount of time focusing on the object or person the child is in contact with. When focusing on an object or person the child really "focuses in." The

uninvolved child may appear apathetic, bored, distracted, distressed, or aimless.

The focus of this scale is primarily quantitative. Ratings are based primarily on the duration of interactions with objects and individuals, and the overall amount of time spent in these interactions.

1 = Not characteristic. This rating should be given to children who display almost no sustained attention. The child moves from one thing to another in a nonsystematic way, without seeming to focus on what the objects/persons have to offer.

2 = Minimally characteristic. This rating should be given to children who are minimally involved with objects/persons and sustain attention for only brief periods.

3 = Moderately characteristic. This rating should be given to the child who spends more than the minimal amount of time involved in interactions with persons or things, but could reasonably be expected to attend longer. The child is more involved than not, and sustains this involvement.

4 = Highly characteristic. This rating should be given to the child who is clearly involved, interested, and focused most of the time. When the child is playing with objects or persons, he/she is interested in playing with them and is engaged for extended periods of time.

**d. Post observations interview with caregiver(s)**

At the conclusion of each day of observation, the observer needs to ask one of the observed caregivers the "typical visit" questions in the post-observation interview. Although these interviews are enclosed in each observation packet, only complete one per day. First, record the ID number of the caregiver who is being interviewed. Then, sitting side-by-side with him/her, work through the questions. This should take about 3 minutes. Thus, at the end of the two days of observation, you will have 2 of these completed interviews.

GLOBAL SCALES

At the conclusion of each day of observation, complete the global scales. Although these scales are enclosed in each observation packet, only complete one per day.

Overall positive relationship between caregiver and child (love/attachment)

Caregiver is positive, affectionate to child -- to target child in particular, not just any child -- and child uses caregiver as source of comfort, someone with whom to share experiences.

There is a loving relationship between the two. "Love" is difficult to observe; it must be inferred on the basis of everything that occurs over the course of the observation, including mutual attentiveness, closeness of physical contact, tenderness, responsiveness, and care. The frequency of mutual positive regard, the caregiver's patience and sensitivity, and the intensity and tenderness with which all of these are

expressed are all involved. The relationship may be expressed in exuberant actions such as snuggling and cooing or gentle ones such as quiet reassurance or warm holding and whispering. It is not pride, as in showing off the child to others, or the habitual smile used as a defense against apathy; rather, it is an spontaneous expression of strong (mutual) attachment.

1 = no evidence of a special loving relationship; caregiver never singles out the target child for special attention or affection; child indicates no preference for caregiver

2 = hints that a positive relationship may be developing, some evidence of positive feeling, but minimal

3 = definitely is a relationship but it is not strongly or uniformly positive; it may be ambivalent

4 = clear evidence of a strong loving relationship between caregiver and child

9 = inadequate opportunity to observe/rate -- impossible to judge the nature of the relationship between the caregiver and child because they interacted so little (because of extenuating circumstances, not neglect)

Child-centeredness of care

1 = care is inadequate or barely adequate; what matters is the convenience of the staff. No adult is devoting her full attention to making the lives of the children better.

2 = care is adult centered: infants may receive adequate care, be responded to promptly, but this is largely in the service of adult goals. Care is never hostile, rejecting,

or inappropriate, but it is also not marked by any special gentleness, respect, appreciation, interest in particular children, etc.

3 = care is somewhat/sometimes child centered

4 = care is consistently child centered: when adults talk to each other it is about the children. Children are talked about with pride, wonder, appreciation, and concern. When adults care for children it is with the goal of maintaining or improving their comfort, contentment, interest, etc., rather than with making the adult's experience more interesting. There is marked gentleness in handling, marked pride and affection in tone of voice, marked concern with children's well-being, and clear, concerted efforts to provide children with nurturing, stimulating experiences.

Coder's overall impression of child care

This is an overall global rating of the child care observed, ranging from terrible to excellent. It should be based on the quality of the child's experience, the caregiving provided, and the general ambiance of the setting (including what is happening to other children during your observation).

Maladaptive Behavior Checklist

Code yes or no to each item indicating whether you saw any of the caregiver or child behaviors as described <u>at any time</u> during your visits.

How typical was the observation

The purpose of these scales is to try to ascertain whether the observation was markedly atypical. Use your best judgment to rate how ill at ease each caregiver was. Ask each caregiver how disruptive he/she thought your presence was and code her response here. (Do not show her the scale.) Finally, indicate your impressions of how much the target child tried to interact with you.

**F. Profile Observation Procedures**

Two instruments are being used to provide a comprehensive assessment of the quality of the child's child-care arrangement. The Assessment Profile for Early Childhood Programs (Abbott-Shim & Sibley, 1987) is used for all center-based arrangements; The Assessment Profile for Family Day Care (Sibley & Abbott-Shim, 1987) is used for all other arrangements, ranging from family day care homes to relative care (all settings that also serve as residences). There are a few items on this version of the Profile that will not be completed for arrangements in which the target child is the only child in care (i.e. item 12 for Safety and Health and all Individualizing items). If the caregiver has any of his/her own children at home at the same time, then code these items. These items are noted on the coding form. In addition, EXCLUDE the entire Profile when assessing child-care arrangements in which the child is cared for at the mothers workplace when this workplace is not a child-care center/home.

Note that this is a room-level assessment of quality. Thus, some items may not seem directly pertinent to a non-mobile infant. You need to rate these items considering the children who receive care with the target child. For example, it may not seem relevant that the handles of all pots on the stove be turned to the back of the stove. But it is important for creeping and standing infants - (which our target children will soon be). Think of these items as measures of the infant's child-care environment, not his/her direct caretaking.

**1. Overview of the instruments**

The Assessment Profile for Early Childhood Programs is an observational measure that provides a comprehensive, systematic assessment of center quality. The Profile is organized in a series of levels of increasing specificity. The first level is broad and include four program Components: Administration, Preschool, Infant, and School-Age. The 6-month assessment uses only the Infant Component. The next level is more specific and focuses on a number of Dimensions within each Component, e.g., Safety and Health. Each Dimension contains a set of Standards. Standards are general statements that represent values and expectations. Each Standards is supported with specific Criteria. Criteria are concrete, observable procedures, behaviors, and records that exemplify values and expectations.

Observations are recorded for Criteria as either "yes" observed or "no" not observed. To obtain the most accurate information, three methods of data collection are used: observation (O) of classrooms, review of documentation (D), and report (R) based on conferences with directors and staff. Observation involves observing for physical characteristics and interactions. Documentation involves a review of a variety of records. Report involves conferences with program staff and teachers. On the data code sheet, the observer has 6 response choices: Yes - O, R, D and no - O, R, D. Only one should be recorded per item to indicate simultaneously whether the criteria is a yes or no and how this information was obtained.

The Assessment Profile for Family Day Care is the counterpart to the Assessment Profile for Early Childhood Programs, adapted to suit the circumstances of home-based care. As with the Program Profile, the Profile for Family Day Care is organized in a series of levels of increasing specificity. Each Dimension (e.g., Learning Environment) contains a set of Standards. Standards are general statements that represent values and expectations. For example: "The arrangement of physical space encourages the child's independent exploration". Each Standards is supported with specific Criteria. Criteria are concrete, observable procedures, behaviors, and records that exemplify the values and expectations. For example: "Toys for child use are accessible so that children can reach them." Observations are recorded using dichotomous yes/no ratings, and the three methods of data collection -- Observation, Documentation, and Report -- are used.

**2. Reduction of items**

Due to time constraints, it is necessary to reduce the items on the Profile for the NICHD Study of Early Child Care. An initial decision was made to use three of the five Dimensions from the Assessment Profile for Early Childhood Programs: Safety and Health, Learning Environment, and Individualizing. Based on data from 40 center-based infant classrooms, provided by Martha Abbott-Shim, on which complete Profile data had been collected, part-whole correlations were exampled for each of these three Dimensions to determine the items with the highest correlations

to the total scale score. Items with correlations of .40 or higher were retained and an alpha was run on the final, reduced Dimension. These were: Safety and Health = .70 (8 items), Learning Environment = .82 (10 items), and Individualizing = .85 (12 items). The Assessment Profile for Family Day Care was then reduced by cross-walking each item on the reduced version of the Program Profile to a comparable item (or set of items) on the Profile for Family Day Care. No data were available for checking the alphas on these reduced Dimensions. Thus, the reduced Profile for Family Day Care contains 27 items for the Safety and Health dimension, 8 items for the Learning Environment dimension, and 6 items for the Individualizing dimension.

ADDITION OF PHYSICAL ENVIRONMENT AND ADULT NEEDS SUBSCALES

Two dimensions of quality not included in the Profile were added. These are items regarding the physical environment (adapted from Wachs, 1986), and the Adults Needs subscale from the Early Childhood Environment Rating Scale (Harms & Clifford, 1980). The Adults Needs subscale was added to the center version of the Profile and not the home version.

### 3. Conducting the profile

Whenever possible, observation is the recommended information source. Ideally, to obtain an accurate representation of the activities and interactions, schedule observations to include a variety of events such as meals,

learning activities, outdoor play, naps, and if possible, arrivals and departures of the children.

Focus your observations on what the target child experiences in his/her classroom. Before ending observations, review all Criteria designated with an "O" for Methods, to be sure that a response has been recorded.

Documentation involves a review of a variety of records that support child care services. The primary purpose for reviewing documentation is to verify specific child care practices. For example, written procedures for emergencies verify that the Provider is prepared to handle emergency situations; a child care handbook verifies that policies have been established and are available in a form that supports communication with parents.

Observations and a review of documents provide concrete evidence of the Provider's practices and procedures. However, there are many activities and procedures that occur and support child care which are not readily observable or represented in tangible documents. Consequently, the Profile also includes criteria which involve the Provider's reports. These Criteria are designated with an "R" under Methods and will involve information the Provider will be able to share to clarify observations, documentation, and procedures.

When items have more than one method designated, observation is the preferred form of data collection. However, on occasion, it is not possible to observe a Criterion. For example, it may not be possible to observe outdoor play because of inclement weather. These instances should be the exception rather than the

rule and the information should be gathered through discussion with the Provider. In these instances, record your response under "R".

A yes/no column with O, R, and D response choices indicated is provided to record observations. All criteria are checked O, R, or D under "yes" if positively observed and O, R, or D under "no" if not observed, not observed to occur with consistency, or reported as "does not occur." A choice between "yes" and "no" is required for all Criteria. Some Criteria specify two conditions and both conditions are required to exist to score "Yes". This does not apply to items with "and/or" statements.

We recommend that the Profile be completed at the end of the first day's visit (3 hours of time in the arrangement), saving any items requiring documentation or reporting to be completed on day 2 during the staff interviews. In general, the child's classroom teacher -- in the case of centers -- will provide the best source for reported and documented data. On occasion, however, some data may need to be obtained from the center director. Do not change ratings made on Day 1 on Day 2, unless you see a violation of a Safety and Health item. In other words, if you have coded a "learning environment" item on day 1, and see something on day 2 that leads you to a different conclusion, do NOT change your code. It is only in cases of safety and health violations that you are allowed to change codes.

### 4. Entry into setting

Center: Start by asking the director for a tour of the facility so you can determine which rooms you will be coding. You will code rooms where care occurs for the target child, even if these rooms weren't designated previously. This is when you can ask whether caregivers are assigned to particular infants (item 4 in Individualizing).

Try to put the caregiver at ease by reassuring her you are interested in observing a **typical** day, and that you will try to be as unobtrusive as possible. Avoid eye contact with the caregiver and the children so as not to invite conversation or interactions, and try to keep your facial expression neutral. If the caregiver seems eager to talk, tell her there will be time during the interview to cover that particular issue, and make a note to talk about it later -- "I'm afraid I won't finish up in time; let's discuss that later during the interview" might be a helpful deterrent. Also, remember that the closer you are to the caregiver, the more likely it is that you will influence her behavior, so try to find a "vantage point" away from the caregiver from which to observe.

Family Day Care Setting: Find out what rooms the caregiver uses for care for the target child; again, you will be coding rooms where care occurs, even if these rooms are "off limits" according to the caregiver. The "Child Care Home" interview will be our "get acquainted" time. In resuming the role of observer, follow the pointers above about limiting eye contact, etc.; also, the use of headphones during the O.R.C.E. should further limit conversations with the caregiver. If there are children in the

setting who are old enough to ask questions of you, the best advice is simply to remain as uninteresting and unresponsive as possible, without being cold or rude. Children are usually satisfied with a response such as "We're here to watch you play," or "We're visiting today."

Interview Items: Try to ask in a nondirective way in order to get at what the caregiver does -- some examples follow.

Remember: save interview items for last (Day 2). When observing on the second visit, do not change items unless you observe a safety violation (Safety and Health subscale only).

### 5. Clarification of items

Definitions of the items are presented in the following order:

(1) Assessment Profile for Early Childhood Programs (Safety and Health, Learning Environment, Individualizing, Physical Environment, and Adult Needs.)

(2) Assessment Profile for Family Day Care (Safety and Health, Learning Environment, and Individualizing.)

#### a. Assessment profile for early childhood PROGRAMS

Safety & Health

For all Safety & health items, if one example of an *unsafe or unhealthy* practice is observed then record the item "NO." One violation is cause for coding "NO." Only one hazard need be present for the item for a "NO" code, unlike the "dominant mode" criterion on the other items. Take into account how mobile the children are, and rate the environment according to the children <u>using</u> it, even if our target child is nonmobile.

1. Hazards are any conditions that present potential danger or harm to a child. Code for hazards present, not for anticipated hazards (e.g., code heaters at moment of visit).

2. High chairs must have safety straps that wrap about the child's stomach and between the legs to prevent slipping off the high chair, under the tray, A tray is <u>not</u> sufficient to safely secure the child. Check that there is a strap for

waist <u>and</u> for between the child's legs -- and that these are used. If you don't see the high chairs in use during your visit but the chairs with straps <u>are</u> available, code "YES". If the chairs with straps are available but the straps aren't <u>used</u> while the children are in the chairs, code "NO".

3. Cribs are safe - Mattress fits snugly within crib; mattress is low in the crib with at least 22 inches (about an arm's length) from the top of the railing to the mattress; side rails are raised and secured; distance between crib slats is no greater than 2 3/8 inches (about the width of three fingers) apart; no hanging crib toys are with reach of infant; no large toys which may become steps are in the crib.

4. Written emergency procedures and an evacuation diagram should be posed for all pertinent hazards which should be determined by the local geography or region of the country. For example evacuation procedures for flooding may not be a presenting hazard but earthquakes may be. In this case earthquake evacuation procedures should be posted but flooding evaluation procedures are not. Evaluation procedures should include specific directions for relocating non-mobile infants. A simple diagram is not sufficient, a written procedure (such as should windows be opened or closed, take the roster, check specific areas of the classroom for infant, close the door, etc.) for relocating infants is posted. The diagram and the written procedures are intended for adult reference. Written procedures should

include a narrative description for adults, and should include what is to be done with <u>nonmobile</u> infants. These instructions and diagram should be <u>accessible</u>, preferably within the room, or at least "geographically sensible."

5. Each disposable, or paper towel, is used exclusively for one child or by one adult to prevent the spread of germs. Individual cloth towels are OK. If they are available but you don't get a chance to see them used, code "YES". If they are available but you see them being used improperly, code "NO".

6. Plastic, rubber and cloth toys <u>that are available for exchange</u> are washed daily to disinfect. Washing can be done with disinfectant solution, soap and water, or in a dishwasher. Equipment, such as highchairs, walkers, swings, etc. are also washed daily. Disinfectant solution (1/4 cup bleach to 1 gallon of water) or other medically approved disinfectants are used. If a bleach and water solution is used, this solution must be mixed daily.

7. Diaper changing surface is not used for other purposes such as storing toys/materials, preparing food. This surface is not contiguous to food preparation and eating tables or highchairs. "Away from food prep area" means <u>noncontiguous</u> with food prep area. "Used exclusively for diapering" means just that; no storage on diapering surface for non-diapering supplies, not even temporarily.

8. Note that there must be written descriptions of all three items <u>plus</u> written program guidelines for how to deal

with them. You should ask to see these materials. They must be accessible to the teacher when he/she needs them -- ideally within the room -- the issue of proximity is important here. It is not necessary that this information be posted. Teachers must have ready access to this information, it may be in a classroom file. Program guidelines refers to the program policies and procedures which include instructions for when and how to provide treatment, or notification of parents or isolation, etc.

Symptoms of common illnesses: Colds - runny nose, congestion, fever (oral 100°F, rectal 100.5°F), warm to the touch, hills, rapid breathing, flushed face; Diarrhea - soft or liquid bowel movements twice or more a day, abnormal cramps; Chicken pox - mild fever, tired, headache, itchy rash that changes from red spots to blisters and forms scabs; Bronchiolitis - rapid shallow breathing, wheezing, fever, cough, loss of appetite; Measles - low fever, mild runny nose, swollen glands in the back of the neck and behind ears, raised spots, joint pain and swelling; Mumps - swelling of salivary gland located in front of the earlobes, fever, loss of appetite, painful swallowing and chewing; Diaper rash - red patches with tiny pimples on skin areas covered by the diaper; Colic - infant may act hungry but cry part way through feeding, draws legs up to body and clenches fists; Earache - pain in the ear, rubbing and tugging at ear, inability to sleep, ear discharge, runny nose, congestion, fever.

Symptoms of physical and sexual abuse: Physical abuse - bruises, burns, welts; anxiety and fear of failure to such an extreme that child will not participate in activities; extreme aggression, particularly with brushes, brooms, rulers, tree branches; ducking or wincing at sudden adults moves; Sexual abuse - extreme changes in behavior such as loss of appetite; nightmares, roaming the house at night and fear of the dark; torn and stained underwear; vaginal infections or discharge or venereal disease; vaginal or rectal bleeding, pain, itching, swollen genitals; mature interest or knowledge of sexual behavior, expressing affection in ways unusual for a child of that age; fear of a particular person or an intense response to being taken to or left alone in a particular place; extreme aggressive or disruptive behavior or withdrawal.

LEARNING ENVIRONMENT:

Here you will code according to the "dominant mode," and you will have to judge whether the dominant mode of the setting fulfills the item requirements.

1. Physical boundaries are barriers that separate the play space from other classroom areas (such as sleeping, feeding, diapering, etc.) Physical boundaries include walls, shelves, bolsters, etc. A physical boundary is something an infant cannot crawl through. A table would not suffice. Walls, shelves, bolsters, etc. would.

2. Containers can be plastic baskets or boxes and should be of a size from which the infant can manage to obtain a toy or replace a toy. Shelves and containers should be at a level that is reachable to the infant so as to encourage infant exploration. These indicate containers that the child has access to and can manage.

3. Designated floor space is provided for infant play and creeping and protected from routine traffic paths of adults and their street shoes. The area must be protected from traffic patterns <u>and</u> street shoes -- even other children's shoes. The keywords for this item are <u>nonmobile</u> and <u>creeping</u> infants.

4. Materials that encourage large muscle exploration are readily approachable for infants. There should be three different types (i.e. 3 balls of different sizes would represent 1 <u>type</u> of materials). "Types" means categories of toys, not, for example 3 sizes of balls.

5. Materials that encourage musical exploration are readily approachable for infants. There should be three different types (e.d. 3 different tapes cassettes would represent 1 type of material). Must be accessible without assistance from caregivers. Both a rattle and an overturned pan or pot qualify as musical instruments. Music being played (tapes, records) can count as a third music material even though it is not accessible to the child. A radio left playing constantly would not be a considered a musical material.

6. A special activity is a pre-planned activity that offers the infants a novel experience that would not occur on a routine basis. Special activities mean preplanned activity offering a novel experience. Use "R" (report) if you don't observe and to find out how often activities occur.

7. This system of toy rotation removes toys that infants have lost interest in and introduces additional toys that may have been stored or that are new. The emphasis of this item is the existence of a system or strategies to maintain infant interest. Sample queries: "How do you keep the children from getting bored?" "What do you do when the kids get bored?" "Do the kids get tired of the toys? How do you keep them interested?" "Do you have any system for keeping the kids interested in the toys?"

8. Just consider availability, not necessarily use. There does not need to be enough for all the children. A backpack counts.

9. Three items minimum.

10. Toys and materials are exploratory and portable items for infant use. These are items available for use outdoors. Must be five items. These items should be accessible/available during your visit. To not take the provider's word that he/she has the items, you need to see them. It is okay if he/she rotates the 5 items so that only 2 or 3 are out at a given time.

INDIVIDUALIZING:

Again, code for "dominant mode."

1. Cubbies and containers may be baskets, boxes, bins, tote/diaper bags, or shelf-like structures with individual compartments. Can count shelf and hook. Can count totes or diaper bags.

2. Self-explanatory.

3. If more than one infant uses a crib, they must be scheduled to be present at different times of the day/evening. Both infant names should appear on the crib along with the hours each infant will be in care. Crib must be labeled with name and schedule.

4. A teacher who is assigned as a primary caretaker assumes a major portion of the responsibility for the routine care and record keeping for a specific infant(s).

Other teachers may be engaged with the infant, but primary responsibility is designated. This is information that you might have learned from the director, or as you first enter the room ("Does each infant have someone assigned to them?") This "assignment" would include routine care and recording information about the infant (e.g., feedings, diaperings, naps, etc.) If the doctor says there are assigned caregivers, but the caregivers say there aren't, or you observe that there is no system of care, code "NO."

5. A chart or list refers to a standard form with specific places to record individual infant information and includes at least sleep schedules and nutritional needs. This should be a standard pre-printed form, not just sheets of paper or a notebook, unless it is obvious that the notebook is used everyday and contains the same information as would be on a standard form. The issue here is intentionality -- whether there is a formal system with prompts for recording information about the infants. It should be readily available and used consistently over time.

Items 11 and 12: All these items have to do with assessments, parent conferences, and documentation, and could be covered in the interview by asking "Tell me about your procedure for parent conferences. What kinds of things do you discuss with the parents?" Generally speaking, the file should be a working file that the teacher keeps in the classroom. The calendar of parent conferences should be a written document, and you should be able to see the record

of 2 past or 2 future assessments (item 11). Parent conferences are one-on-one, not in a group meeting, like the PTA. If item 6 is "NO," then items 7 and 12 are "NO" because they are dependent upon assessments being done.

6. A development checklist is a sequential listing of developmental skills.

7. An annual calendar is the teacher's document/record of two (2) past and/or projected dates for child assessments.

8. Self-explanatory, item examples provide elaboration. Look for a match between the child's level and the toys and experiences.

9. The focus of this item is on the procedure. Elements of this procedure might include who to contact, under what conditions, type of information to provide, format for follow-up, format for parent communication, etc. By procedure it is meant: a system of whom to contact, under what conditions, with what kind of parent follow-up, with what format - written or verbal. It is ok if the director seeks the referral, but ask the director what her system is. Again, the issue is intentionality: is there a system that everyone knows how to use (including the parents)?

10. Teachers within a specific classroom and/or developmental group of infants have a minimum of one (1) hour joint planning time on a weekly basis. Naptime does NOT count.

11. Self-explanatory.

12. Self-explanatory.

PHYSICAL ENVIRONMENT

These items are adapted from Wachs (1986).

1. Code "YES" if there is a place for a child to escape to. It should afford a reasonable amount of privacy, away from traffic and from major sources of noise. This does not necessarily mean that the child has his/her own room. A loft or pillow corner would count as a "YES." It also does not necessarily require a "permanent" place; a quiet space can be created as long as it meets the criteria outlined above.

2. Crowding refers to the number of children and adults per available floor space. We have deliberately not quantified this item. Use your own judgment about whether the spaces where care for the target child occurs are crowded, taking into account the child's freedom of movement.

3. Again, use your own judgment about whether the space is cluttered and disorganized. Consider the arrangement of toys, other materials, and furniture. Take the child's point of view and ask yourself if he/she experiences an environment in which toys and materials can reliably be found in the same place from day to day, rooms are consistently arranged, and there are not so many toys and materials as to be over stimulating/overwhelming.

ADULT NEEDS

1. An adult restroom and lounge are available, separate from children's activity areas. The lounge may be used, however, for children's activities on an occasional basis. The room contains adult furniture. Individual storage for teachers' belongings is available in the classroom or central storage is available in the lounge.

2. A professional library with current materials on a wide variety of subjects is readily available. Readily available means at the center (may be in the director's office) or in an adjoining building.

3. Regular staff meetings, which include staff development activities, are held. Regular means at least once a month. Off-site inservice training cannot substitute for staff meetings.

4. An adult group meeting area and conference space are available. Dual use must not interfere with meeting and conference scheduling, or the conference area is separate from the children's activities areas and other dual use.

5. Parent/staff information is exchanged at regular intervals through, for example, parent conferences, newsletters, bulletin boards. Regular means on an on-going basis (bulletin board) or at least monthly (newsletter).

6. Parents are made aware of the approach practiced at the facility through, for example, information sheets, parent meetings, etc.). Parents may have input into planning and evaluation of the program.

7. Parents are welcomed to be a part of the program through, for example, eating lunch with the child, sharing a family custom with the child's class. Parents may be involved in decision making roles along with staff. Code "YES" if parents are given the opportunity to be part of the program, even if they do not take advantage of it.

**b. Assessment profile for family day care**

Safety and Health

Again, one hazard constitutes a "NO" item.

1. Items which are hazardous to children are not within reach of children. Dangerous items cannot be obtained without extraordinary means (such as pulling a chair and climbing). This item pertains to the kitchen, bathroom or diapering area, and all other areas of the home which the children are observed to use. "Out of children's reach" means reasonably secured based on children's ages and abilities to get to hazards. If child must go to extraordinary means to reach dangerous items then that are considered secure. This is one item when it is appropriate just to ask "Where do you keep cleaning supplies and sharps?" Ask her to show you where they are stored (observe).

2. Electrical appliances (such as toaster, record player, radio, etc.) cannot be obtained without extraordinary means (such as pulling a chair and climbing). Electrical cords are not visible or taped, tacked to prevent pulling or tripping. This item pertains to the kitchen and all other areas of the home which the children are observed to use. Cords can be taped, tacked, or out of sight.

3. Handles should be turned all the way toward back of stove.

4. Cleaning agents (such as ammonia, detergents, bleach, etc.) are not within reach of children. These items are in

locked cabinet or cannot be obtained without extraordinary means (such as pulling a chair and climbing). Child-proof safety latches are considered to be "locks." These agents are not stored on counter tops where food is prepared or in cabinets where food is stored - not in any proximity to food.

5. High chairs must have safety straps that wrap about the child's stomach and between the legs to prevent slipping off the high chair, under the tray. A tray is not sufficient to safety secure the child. (See center version.)

6. Cribs are safe--mattress fits snugly within crib; mattress is low in the crib with at least 22 inches from the top of the railing to the mattress; side rails are raised and secured; distance between crib slats is no greater than 2 3/8 inches apart; no hanging crib toys are within reach of infant; no large toys which may become steps are in the crib. (See center version.) Putting a 6-month old asleep on a full-size bed is not safe; nor are preschool-size mats.

7. Pathway is a passageway in which children and adults walk or crawl as they go from one place to another within or between rooms. Toys in use are not necessarily considered hazardous.

8. Heaters and fans are protected if they are located high out of the child's reach or have a screen or barrier that prevents the child's reach. Baseboard heaters are not safe if left unprotected.

9. Inaccessible electrical outlets are located too high for the child to reach without extraordinary means or are located behind furniture too heavy for a child to move.

10 and 11. Good repair refers to free of potential safety hazards for the child.

12. Written emergency procedures <u>and</u> an evacuation diagram should be posted for all pertinent hazards which should be determined by the local geography or region of the country. For example evacuation procedures for flooding may not be a presenting hazard but earthquakes may be. In this case earthquake evacuation procedures should be posted but flooding evacuation procedures are not. Evacuation procedures should include specific directions for relocating non-mobile infants. A simple diagram is not sufficient, a written procedure (such as: should windows be opened or closed, take parent phone numbers, check specific areas of the hope for children, etc.) for relocating infant is posted. The diagram and the written procedures are intended for adult reference. Should include <u>diagram</u> and written instructions for adult use. The plan should include instructions for what to do with nonmobile infants. Ask about the amount of time it takes to evacuate.

13. If children use both upstairs and downstairs, the stairs should have gates at <u>both</u> ends. Bare wooden stairs <u>are not</u> non-skid. If gates are there but not used, code "NO."

14. Each disposable, or paper towel, is used exclusively for one child or for one adult to prevent the spread of germs. If cloth towels are used they are used exclusively by one child. (See center version.) When only one child is in care, make sure that linens are not shared with any adults.

15. Must ask (report): "Tell me about how you handle the diapers?" "You must go through a lot of diapers! How do you keep up with them?" If cloth diapers and a diaper service are used (and picked up once a week, for example), the container should be cleaned out daily and the days' diapers stored elsewhere (basement?) until picked up.

16. A disinfectant solution of 1/4 cup bleach to 1 gallon of water or other medically approved disinfectant is used. If diapering surface is visibly soiled it must be wiped clean first and then disinfected. The use of protective tissue to cover the diapering surface is insufficient. Surface should still be disinfected unless tissue has a nonporous, plastic backing. Must be disinfectant such as quarter cup bleach to gallon of water mixed daily <u>or</u> a hospital-approved disinfectant -- <u>not</u> Lysol, soap & water, or baby wipes. Paper or waxed paper covering diapering surface <u>not</u> sufficient <u>unless</u> hospital-type plastic-backed covering. Ask "What is the solution you're using to disinfect the diaper area?" if you cannot identify it.

17. Persisting odors are odors that linger more than 15 minutes. Lingering means odors linger/persist more than 15 minutes.

18. Plastic, rubber and cloth toys that are available for exchange are washed daily to disinfect. Washing can be done with disinfectant solution soap and water or in a dishwasher. Equipment, such as highchairs, walkers, swings, etc. are also washed daily. Disinfectant solution (1/4 cup bleach to 1 gallon of water) or other medically approved disinfectants are used. If a bleach and water solution is used, this solution must be mixed daily. This item applies even when there is only one child in care for purposes of disease prevention.

19. It is not necessary that this information be posed. Provider must have ready access to this information, it may be in a file. Instructions refers to policies and procedures for when and how to provide treatment, or notification of parents, or isolation, etc. A first aid manual plus information on illnesses is okay.

20. "S"-shaped hooks pinched into "8" are ok. If children play regularly in a park (caregiver has no yard), code the park. Can get report on park, but code as "R".

21. Sturdy equipment is firmly built, no evidence of bending or loose joints. Firmly anchored equipment is stable in the ground and does not lift up with use.

22. Adult gardening equipment and tools are secured in locked shed or garage or stored. These items are not within

the child's reach and cannot be obtained without extraordinary means.

23. Play area fence must be a minimum of 4 feet high.

24. Self-explanatory.

25. The emphasis of this item is that a child cannot lock a bathroom door. If the door handle lock is covered with a child-proof cover to prevent locking, score this item "YES." But if the door can be locked, even though a key is within reach, score this item "NO."

26. Soap and water is necessary, baby wipes do not adequate cleanse and may NOT substitute for soap and water. This includes hand washing after blowing a child's nose. Score "NO" for even one missed opportunity.

27. This training must be current within the past two (2) years. Ask to see document; if it's not available, take her word for it. Must be infant CPR.

LEARNING ENVIRONMENT

Code per "dominant mode."

1. Accessible refers to the child's ability to physically reach the toys and allowed to access, or use the toys; has permission to select without adult assistance. Must be accessible and allowed to use freely. Do NOT count toys that the children bring from home.

2. Containers can be plastic baskets or boxes and should be of a size from which the infant can manage to obtain a toy or replace a toy. Shelves and contains should be at a

level that is reachable to the infant so as to encourage infant exploration.

3. Materials that encourage musical exploration are readily approachable for infants. There should be three different types (i.e., 3 different tape cassettes would represent 1 type of material). (See center version.)

4. Materials that encourage large muscle exploration are readily approachable for infants. There should be three different types (i.e., 3 balls of different sizes would represent 1 type of material). An infant swing counts.

5. A special activity is a pre-planned activity that offers the infants a novel experience that would not occur on a routine basis. (See center version.)

6. This system of toy rotation removes toys that infants have lost interest in and introduces additional toys that may have been stored or that are new. The emphasis of this item is the existence of a system or strategies to maintain infant interest. (See center version.)

7. Must observe in use, i.e., mere availability of item is not sufficient -- must <u>see</u> use of infant swing or infant carrier outdoors. An infant seat does NOT count.

8. Variety refers to three (3) types of toys and materials for outdoor use. Toys and materials are exploratory and portable items for infant use.

INDIVIDUALIZING

Code per "dominant mode"

1. Cubbies and containers may be baskets, boxes, bins, tote/diaper bags, or shelf-like structures with individual compartments.

2. Self-explanatory.

Items 3 & 4: Looking for a <u>system</u> rather than a pre-printed form, although that would be ideal. It must by a systematic way of documenting allergies and special needs such as medications that is <u>used consistently over time</u>. A notebook with dated pages and recorded information will suffice.

3. Forms include child's name, date, description of special need or allergy, and desired care.

4. A chart, or form, includes child's name, date, description of child's behavior or needs. Variation refers to change in the child's routine behavior or needs with regard to sleeping, eating, toileting, end of day pick-up, etc.

5. Not a group presentation, but one-on-one with separate parent(s).

6. Not necessarily a form, but must be posted.

REFERENCES

Abbott-Shim, M., & Sibley, A. (1987). <u>Assessment Profile for Early Childhood Programs</u>. Atlanta, GA: Quality Assist.

Harms, T., & Clifford, R.M. (1980). <u>The Early Childhood Environment Rating Scale.</u> New York: Teachers College, Columbia University.

Sibley, A., & Abbott-Shim, M. (1987). Assessment Profile for Family Day Care. Atlanta, GA: Quality Assist.

Wachs, T.D. (1986). Models of physical environment action: Implications for the study of play materials and parent-child interaction. In A.E. Gottfried & C.C. Brown (Eds.), Play interactions: The Contribution of play materials and parent involvement to child development. Lexington, MA: Lexington.

**G. HOME Observation Procedures**

See Chapter 10, Sections 2 and 3. In general, the HOME should be completed over the course of the 2-day visit. Rather than sitting down at the outset and asking all of the questions, you should ask them as the visit progresses. This gives you the flexibility to raise an issue at an opportune moment. Towards the end of the second visit, go over your CC-HOME form to make sure all items are scored. As with the PROFILE, once an item is scored it is best to consider it final. Otherwise you will spend much of your time coding and recoding and you have other data collection to complete. This also implies that you should not complete an item until you are confident that you have sufficient information on which to base your judgment.

## IV. TROUBLE SHOOTING

Here are some of the problems we have anticipated with suggested actions.

-<u>The child is absent</u>:

Try to find out why the child is not present. If the child is sick, call the parent to find out when the child will be back so that you can reschedule your observation within the 2 week window.

-The child goes to the bathroom (older children):

Stop the watch. Once the child returns to the room, begin the observation again.

-The children go for a walk, to the store, etc.:

Go with the flow.

-A crisis arises during your visit and the caregiver asks you to babysit:

You are not a babysitter and cannot be responsible for looking after the children in her care during her absence. He/she should make whatever arrangement he/she would have if you were not there. (However, when a conflict between scientific and ethical principles arises, be ethical, be humane, use common sense and good judgment, call your PI or PC.)

-A child is in danger and the caregiver is busy elsewhere:

Do not let an accident happen while you stand by. Alert the caregiver or intervene.

-The child lies down for nap or goes to sleep:

--during the first observation cycle on Day 1: If you have at least 20 minutes of the 30 minutes of Behavioral observation, do the Qualitatives based on that 20 minutes, then do the Profile observation. Ask the caregiver if the child is likely to awaken in the next hour or so. If this is likely, you may want to wait to do another observation

cycle; if you do not want to wait, give the caregiver(s) the questionnaires, schedule a second visit and leave. You will have to do 3 observation cycles on Day 2.

--<u>during the second observation cycle on Day 1:</u> If you have at least 20 minutes of the 30 minutes of Behavioral observation, do the Qualitatives based on that 20 minutes, then do the Profile observation. Give the caregiver(s) the questionnaires, schedule a second visit and leave. You should do 3 observation cycles on Day 2 so that you can discard this short one, but if 3 cycles on Day 2 are not possible, this cycle will be used.

--<u>during the third observation cycle on Day 1:</u> This was your insurance cycle. If you have at least 20 minutes of the 30 minutes of Behavioral observation, do the Qualitatives based on that 20 minutes, then do the Profile observation. Give the caregiver(s) the questionnaires, schedule a second visit and leave. You will need to do 2 cycles on Day 2.

--<u>during the first observation cycle on Day 2:</u> If you have at least 20 minutes of the 30 minutes of Behavioral observation, do the Qualitatives based on that 20 minutes. Ask the caregiver if the child is likely to awaken in the next half hour. If this is likely and you only did 2 observation cycles on Day 1, you may want to wait to do another observation cycle; otherwise, you will need to

schedule a <u>third</u> visit. Do not do the interviews until you have (at least) 4 observation cycles complete.

--<u>during the second observation cycle on Day 2:</u> If you have at least 20 minutes of the 30 minutes of Behavioral observation, do the Qualitatives based on that 20 minutes. Then proceed with the interviews.

<u>-The child becomes aware that you are observing her/him</u>:
Stop the tape and turn your attention to another part of the room. After 2 minutes resume your observation. AVOID EYE CONTACT. LOOK AWAY, AT YOUR PAPERS, THE WALL, ANOTHER CHILD, OR THE CAREGIVER.

<u>-The target child or another child persists in interacting with you</u>:
Attend to the child briefly by telling her/him that you have to work. You can begin writing or redirect your attention elsewhere. If you were sitting, try standing up to do the observation. If you were located in the midst of the children's activity, try moving to another position.

<u>-The primary caregiver is absent</u>:
It is a good idea to call the director or caregiver just before you leave to go to the observation to make sure all the principal actors are present and accounted for, and that there is not an unforseen plague or other calamity giving you a reason to

postpone the visit. Find out from the director how long the primary caregiver has been away and reschedule your visit. If this occurs a number of times and/or if the child's 2 week window is almost up, observe the child without the primary caregiver. Note this on the ORCE.

-The caregiver leaves or goes on break in middle of observation: go on observing. When the observation is complete, if the caregiver is just on break, you can do the interview during or after the break; if the caregiver has left the premises you can do the interview over the phone. (It will be important to know the schedule of the primary caregiver, especially when he/she usually leaves, before you schedule your visit, so as to avoid these situations.)

-The caregiver refuses to participate in the study: First, try to ascertain why the caregiver has concerns. If possible, try to answer the questions that he/she has. Explain the importance of her/his contribution. However, if the caregiver still refuses there is not much else you can do.

-The caregiver attempts to engage you in conversation during the observation: Let her/him know that you do want to talk, but that you have to time the observation. Tell her that you will have an opportunity to talk at the end of the observation (in about x minutes, or on your next visit).

-The mother shows up while you are observing:

Stop the observation and wait till she has gone to start it again. Perhaps you could do the Profile observation in the meantime.

-The caregiver asks you what you are observing:

Only general information should be given to caregivers and should be specific to questions actually asked. Emphasis should be on our wish to capture the child's experience in the setting and not on any desire to evaluate the quality or adequacy of the center, home, or caregiver. Emphasis should be on the "exploratory" (vs. evaluative) nature of the data collection: We don't know how children's experiences contribute to their development unless and until we collect information about those experiences.

-The parent asks for information about the child care setting:

Most times the person talking to the parents will not have any information about the child care setting because a different observer will be making these visits. Parents who ask, however, should be encouraged to observe in their own daycare sites, to talk to their caregivers about their concerns, etc. They should also be told that decisions about day care arrangements are personal ones, and that what makes one parent comfortable will not necessarily make another parent happy; hence our advice is not as important as the parents' personal observations and values. You could also say that the caregiver has signed a consent form assuring her that the information you collect will be confidential.

-The care you are observing is suboptimal:

It is our responsibility to report any clear cases of abuse or neglect (see Manual for 1-month visit for details). If care is not truly abusive or neglectful, however, although it may be chaotic, inattentive, noisy, or bleak, it is not appropriate for the observer to intervene or to report the inadequacy of the care to the parent. To do so would jeopardize our opportunity to gather data on less than ideal day care. Potentially life-threatening or injurious, but not abusive, practices (e.g., open fire, open stairway, open window, small toy parts available to children, etc.) should be brought to the attention of the caregiver(s)/director and to your PC and PI. If not remedied it may be appropriate to bring it to the attention of the parents.

-The caregiver asks for information about child care, the child, child abuse, etc.:

Tell the caregiver you need to check with the PI/PC, and then together you can come up with some reasonable and specific answer. It has been suggested that we put together a packet of resources for caregivers, but I think we should just have such a packet on the PC's desk and draw from it selectively and only as requested/required.

# VI. APPENDICES

## A. Recruitment Letter for Child-care providers

Dear

As you may already know, (child's name) is taking part in an exciting and important study -- the National Institute of Child Health and Development Study of Early Child Care. He/she has been in the study since he/she was born.

The study aims to learn how the different people, places and events in the lives of young children affect their development. Enclosed is a brief description of the study that tells you more about it.

Because child care provided by adults other than parents is such an important part of children's early experiences these days, we would like to see (child's name) in his/her child care setting. We would like to come and see (child's name) when he/she is with you. His/her parent(s) have given their permission.

We know you are busy, but we would not disrupt your routine and we would try to work around your schedule. You would not need to do anything special because we were there. We want to see what (child's name) is usually like when he/she is with you. One of our staff would just watch (child's name) doing whatever he/she typically does and ask you some questions about his/her activities and about your background and experiences. Some of these questions can be answered during the visit; others would be answered on a form that he/she would leave for you to fill out.

Your participation in the study will provide valuable information which will help all of us learn more about young children's development.

In appreciation of your help we will pay you $40.

We will be calling you to tell you more and to answer any questions that you may have about the study. If you want to call us in the meantime, the number is.....

**B. Confirmation Letter to Home Care Provider**

Dear

Thank you for agreeing to participate in the National Institute of Child Health and Development Study of Early Child Care. It is very important for us to be able to observe (TARGET CHILD) while in your care. Your willingness to let us visit will help us understand how both family care and child care can affect children's development.

As we discussed on the phone, we have scheduled the first of our two visits on __________________________ from ______ to ________ (approximately). The second visit will be on _____________ from ___________ to _________ (approximately).

With this letter, we have enclosed a brief description of the study and our visits [FOR SITES THAT NEED TO SEND CONSENT FORM IN ADVANCE: and a copy of the consent form (we will bring an extra when we come)]. When we come for the visit, we will ask you to sign a consent form, assuring you of the confidentiality of our observations.

Once the visits are completed we will make you a gift of $40, in appreciation of your time, and, if you are interested, we will send you a report of the findings when the study is completed.

I will call you the day before the first visit to confirm the visit. Please call us if you have any questions before then (phone number).

Yours sincerely
Staff Member
Project Coordinator
Project Director

### C. Confirmation Letter to Center Director

Dear

Thank you for agreeing to participate in the National Institute of Child Health and Development Study of Early Child Care. It is very important for us to be able to observe (TARGET CHILD) while in your care. Your willingness to let us visit will help us understand how both family care and child care can affect children's development.

As we discussed on the phone, we have scheduled the first of our two visits on __________________________ from ______ to ________ (approximately). The second visit will be on _____________ from ___________ to _________ (approximately). Please talk to the caregivers who take care of (TARGET CHILD) before we come to visit. This is very important.

With this letter, we have enclosed (1) a brief description of the study and our visits (for you to post if you wish) and (2) a questionnaire that we would like you to fill out [FOR SITES THAT NEED TO SEND CONSENT FORM IN ADVANCE: and (3) a copy of the consent form (we will bring an extra when we come)]. When we come for the visit, before we begin our observation, we will ask you and the staff who participate to sign a consent form, assuring you of the confidentiality of our observations.

Once the visits are completed we will make a gift of $40 to the center, in appreciation of your time, and, if you are interested, we will send you a report of the findings when the study is completed.

I will call you the day before the first visit to ask you some questions about your program. This will save time during the actual visit. Please call us if you have any questions before then (phone number).

Yours sincerely
Staff Member
Project Coordinator
Project Director

**D. Description of Study**

Children born today will be growing up in a world different from that of their parents. How will growing up in the 1990's affect children's development? To answer this most important question for American's future, the National Institute of Child Health and Human Development has funded the Study of Early Child Care.

The Study of Early Child Care is being conducted at ten different sites in the United States. The main aim of the study is to learn about the variety of people, places, and events that children experience in their early years and the many pathways that lead to healthy development. Aspects of development that are being studied include social relationships, language, intellectual abilities, and health.

Families become involved in the study on a voluntary basis soon after the infant's birth. Several times during the three years that the families are involved in the study, the children and their parents are observed and interviewed. Parents are asked to describe their views about child rearing, their feelings about working and parenting, and their perceptions of the child's personality and behavior. Because child care outside the family is also an extremely important setting in which children grow and change, caregivers are asked to participate as well.

## E. Visits to Child Care Settings

Each child in the study is visited in his or her care setting on two different days, when he or she is 6, 15, 24, and 36 months of age.

At the first visit, a staff member observes the child for about 3 hours. He/she tries not to interfere with the usual routine in the child's room. At the end of the visit, he/she leaves a questionnaire for the child's caregiver(s) to fill out before the second visit. These questionnaires contain questions about the child and about the caregiver's views on child care.

At the second visit, the staff member again observes the child for about 3 hours. Then, he/she talks to the caregiver(s) briefly about the child's activities and about the caregiver's education and experience. This takes no more than 20 minutes of the caregiver's time, and the staff member works around her schedule.

Because we want to see what usually happens when children are in child care, we try to make our visits interfere with the caregiver's routine as little as possible.

The results of this study will not only guide policy makers, but will also be of more immediate use to parents and child-care providers as they engage in the rewarding, but challenging, responsibility of rearing young children.

**F. Consent Form**

Children born today will be growing up in a world different from that of their parents. How will growing up in the 1990's affect children's development? To answer this most important question for America's future, the National Institute of Child Health and Human Development has funded the Study of Early Child Care.

The University of California - Irvine, is one of 10 sites across the country conducting this study. The purpose of the study is to learn about the variety of people, places, and events that children experience in their early years and how these relate to their development. Children are observed periodically from the time they are one month old until they are 3 years old. Their parents are interviewed about the children's experiences at home and in other settings.

You are caring for one of the children, (name), who is participating in the study. We wish to watch the child while he or she is with you. The child's parent(s) have consented to this visit.

We will try not to interfere too much with your routine. A staff member will come to watch the child for about two hours, on two different days. You do not need to do anything differently for the visits. We want to see what <u>usually</u> happens when the child is with you. After the staff member has finished watching the child, he/she will talk to you about the child's activities and your experiences in looking after children. He/she will ask you some questions about your education and goals. Some of these

interviews may be taperecorded. The staff member will also have you fill out a form asking about the infant and about your experiences and your views on childrearing.

Our visit with you will help everyone understand how both care at home and in child care can lead to healthy development.

At the end of our two visits you will be paid $40 in appreciation for your time.

Your identity will, of course, be kept completely confidential. All of the data we collect will be given a code number and will not be identified by name. Access to the data will be restricted to people who work on the project. We will not be sharing the observations made in your center or home with [the child's] parents. The information we obtain will not be used for any purpose other than research.

You may withdraw your consent for the observation and you may refuse to answer any questions at any time without penalty. [We do not expect that it will ever happen, but we are required by law to report any incidents of serious abuse or neglect that we observe. THIS STATEMENT MAY NOT BE REQUIRED AT ALL SITES -- CHECK]

Signing this form indicates that the study described above has been explained to you, and that you voluntarily consent to participate. It also indicates that you have had an opportunity to ask questions and understand that future questions you may have about the research or about your rights as a participant in the study will be answered by one of the investigators.

______________________________

Director/Care provider

______________________________

Teacher/caregiver

______________________________

Teacher/caregiver

______________________________

Research staff member

______________________________

Date

### G. Materials Required for Child Care Assessments

Administrative manual for child care assessment

Face sheet for child care information collected from mother preceding visit

Recruitment and confirmation letters

Consent form for care provider(s)

Return envelopes for questionnaires

Director phone interview

Director questionnaire

ORCE

PROFILE observation forms (home and center versions)

HOME (for in-home arrangements)

Caregiver interviews (father, home, and center versions [long and short forms])

Caregiver questionnaires: Drop off/pick up
Modernity
Caregiver stress
Temperament

Mother child care assessment questionnaire

Child Care ID Worksheet

## H. Observation Schedule Face Sheet

**OBSERVATION SCHEDULE FACE SHEET**

Centers only:

Director telephone Interview: Date/time ________________

Interviewer ________________________________________

For all types of care: (CHILD MUST BE ENROLLED AT LEAST 2 WEEKS)

| FIRST VISIT | SECOND VISIT |
|---|---|
| Date/time ____________________ | Date/time ____________________ |
| RA Name ____________________ | RA Name ____________________ |

DATA COMPLETION

ORCE packets (4) ____________

Profile ____________

HOME (not centers) ____________

Director interview

(centers only) ____________

Caregiver interviews ____________

(max of 3) ____________

____________

Questionnaires:

(1) Temperament __________

(2) Drop-off __________

(3) Pick-up __________

(4) Child-rearing __________

(5) Caregiver stress __________

COMMENTS:

## I. Child Care ID Worksheet

Child Care ID Worksheet

Observation Cycle # _____

| Behaviorals | Temporary ID* | Final ID Description** | REL | ASSIGN | QUALS?*** | GLOBALS? | INT/QUES? |
|---|---|---|---|---|---|---|---|
| Caregiver 1 | | | | | | | |
| Caregiver 2 | | | | | | | |
| Caregiver 3 | | | | | | | |
| Caregiver 4 | | | | | | | |

Observation Cycle # ____

| Behaviorals | Temporary ID* | Final ID Description** | REL | ASSIGN | QUALS?*** | GLOBALS? | INT/QUES? |
|---|---|---|---|---|---|---|---|
| Caregiver 1 | | | | | | | |
| Caregiver 2 | | | | | | | |
| Caregiver 3 | | | | | | | |
| Caregiver 4 | | | | | | | |

Observation Cycle # ____

| Behaviorals | Temporary ID* | Final ID Description** | REL | ASSIGN | QUALS?*** | GLOBALS? | INT/QUES? |
|---|---|---|---|---|---|---|---|
| Caregiver 1 | | | | | | | |
| Caregiver 2 | | | | | | | |
| Caregiver 3 | | | | | | | |
| Caregiver 4 | | | | | | | |

Observation Cycle # ____

| Behaviorals | Temporary ID* | Final ID Description** | REL | ASSIGN | QUALS?*** | GLOBALS? | INT/QUES? |
|---|---|---|---|---|---|---|---|
| Caregiver 1 | | | | | | | |
| Caregiver 2 | | | | | | | |
| Caregiver 3 | | | | | | | |
| Caregiver 4 | | | | | | | |

Observation Cycle # ____

| Behaviorals | Temporary ID* | Final ID Description** | REL | ASSIGN | QUALS?*** | GLOBALS? | INT/QUES? |
|---|---|---|---|---|---|---|---|
| Caregiver 1 | | | | | | | |
| Caregiver 2 | | | | | | | |
| Caregiver 3 | | | | | | | |
| Caregiver 4 | | | | | | | |

*Use A,B,C,D, etc.

**Use first name, appearance, etc. to assure you will keep this person consistently identified across observation cycles and days.

***Indicate whether the person is Caregiver 1, 2, or 3 for the Qualitative ratings conducted after each Behavioral rating cycle. If not considered in Qualitative ratings, leave blank.

**J. Worksheet for Assigning Final Child Care IDs**

Use this sheet to record final ID's and match them with actual programs and providers. This must never be sent to the Data Center and should be kept in a locked file at all times, for completion and reference only by the PIs and Site Coordintors.

In the case of center-based programs, record the name and ID of the director, and then record the names and IDs of all providers observed in this center. For all other arrangements, only names or providers will be recorded. Be sure to list each provider by Child ID. This is the only way we will know when multiple providers were seen in a single arrangement.

When the same provider/center is used by more than one study child, USE THE SAME FINAL ID NUMBERS.

| Child ID | Name of Director | Name of Provider(s) | Temporary ID | Final ID |
|---|---|---|---|---|
| E.G.: | | | | |
| 32001 | Susan Smith | | A | 8720001 |
| 32001 | | Mary Brown | B | 8420002 |
| 32001 | | Cathy Morris | C | 8510003 |
| 32001 | | Steve Reynolds | D | 8520004 |
| 32002 | | Mike Sterling | A | 8130005 |

**K. Training and Reliability for Live Ratings**

Becoming reliable on the qualitative and behavioral ratings, and on the Profile and the Child Care HOME, requires that observers (a) be extremely knowledgeable of the coding manuals, (b) apply this knowledge to the task of watching children and caregivers, and of rating environmental quality, and (c) use the same metric in their assignment of ratings as that used at the other nine sites.

The task of creating reliable raters across 10 sites as part of a longitudinal study is formidable. The successful implementation of the qualitative and behavioral scales is dependent upon observers in all the sites using the same "cut" points when they make their ratings. Similarly, it is crucial that observers code the Profile and Child Care HOME comparably.

But, there are many difficulties. Not all observers will be attending the training in Virginia (March, 1991). A method of training the people who do not come to Virginia had to be found. Another difficulty is that consistency in ratings must be maintained over a 10-month period. Observer and site drift must be minimized. Also, because new observers may be joining sites as the study progresses, a way had to be found to insure that these new observers are trained in precisely the same way as previous observers. A final difficulty in this 10-site collaboration is that child care quality may vary systematically across sites, resulting in a different internalized metric at different sites.

For each of these reasons, we adopted a strategy of using comprehensive training films with accompanying text that can be used and studied at each site for the qualitative and behavioral ratings. These training films are to be used at the Virginia training for the 6-month child care observations. In addition, a copy of the complete training materials (videotapes and accompanying text) will reside at each site and at the Data Center. The Profile and Child Care HOME measures cannot be captured on video, and require somewhat different training and reliability procedures, as described below.

### 1. Preparation of Training Tapes for the Behavioral and Qualitative Ratings

An important component of training is for coders to experience the full range of child care settings and experiences. Therefore, videotapes of infants in day care centers, family day homes, nanny care, father care, and grandmother care were collected. Infants were videotaped during feedings, diapering, play periods, and when they were left unsupervised. Infants were also taped in child care situations that varied widely in quality. Diversity in terms of the infants' and caregivers' ethnicity, race, social class, and geographic region was important. From this video library composed of over 80 hours of tape representing nine sites in the network, training films for the qualitative and behavioral ratings were created. These films were created in order to expose coders to the greatest diversity in child care experiences within a reasonable period of time.

The assignment of qualitative ratings was first made at the Wisconsin site. Deborah Vandell worked with her staff (Anne Stright, Mark Bailey, Sheri Hembree, Kim Pierce, Randy Glysch, Sook-Ryong Kim, Nina Postanogova, Julie Potrykus, Fay Maas) to assign ratings and write justification for those ratings. These tapes and coding decisions were then reviewed by Jay Belsky, Margaret Owen (aided by Beth Bontempo and Beverly Mulvihill), Kathleen McCartney, (aided by Nancy Keefe and Fran Chickering) and Martha Cox, who were in general agreement with the ratings. Based on their feedback, some minor modifications in justifications and ratings were made, resulting in these NICHD Child Care Training Materials.

The assignment of behavioral ratings was made at the New Hampshire/Wellesley site. Kathleen McCartney and Nancy Keefe developed and then independently coded the same videotapes that were created at the University of Wisconsin by Deborah Vandell and her research team.

### 2. Training Procedures for the Qualitative and Behavioral Ratings

Two members of each research team from the ten sites will be trained in the complete child care assessment procedures March 9-15 in Charlottesville, Virginia. Deborah Phillips organized this training with the assistance of her research team -- Kate Berry, Mary Van Verne, Sarah Erwin, Rhonda Zehr, Gabe Kuperminc, and Preston Britner -- as well as with substantial preparatory work from Deborah Vandell and Kathleen McCartney, and their research teams. Annette Sibly, co-author of the Profile, attending to provide training on this measure, and Judith Brisby attended to provide training on the Child Care HOME.

Training on both the behavioral and qualitative ratings goes through a series of tapes designed to prepare observers incrementally for their task.

#### a. Qualitative Ratings

Training on the qualitative ratings goes through a progression of steps designed to prepare observers incrementally for their task.

Step 1 - Prior to beginning formal training in Virginia or at their home site, coders are expected to be extremely knowledgeable of the coding manual. They should be able to define and know the four tpoints of each qualitative scale. They should also be able to supply illustrative examples of each concept. Trainees should be able to pass a written test demonstrating their knowledge of all qualitative items.

Step 2 - The next step of training is to illustrate via multiple tapes snippets taken from diverse child care settings what is meant by each item on the scale. To this end, for the qualitative rating scale, there is a ONE-HOUR VIDEOTAPE illustrating both the positive and negative end of each scale. For example, this tape shows several instances of what we mean by caregiver sensitivity to distress, as well as, several instances of caregiver insensitivity. Multiple exemplars of caregiver positive and negative regard, stimulation of development, and each of the other scales are also provided. Written text describing each snippet and coding decisions relevant to the snippet are to be provided during training.

Step 3 - The third step of the qualitative training consist of learning the cut points for the sacles (2-hour training module). This session has trainees view ten 10 minute videotaped segments selected to expose trainees to a wide variety of child care settings. All of the trainees can view a video segment simultaneously, but they are instructed not to make comments to each other. They are to make written notes as they view the segment. After viewing each segment, trainees independently rate the segment using the qualitative rating scales. Their rating for each scale is noted. Immediate feedback as to the accuracy of the segment ratings, in comparison to the master ratings, is then given. Part of this feedback consists of presenting and reviewing written justifications for each scale, i.e., why we assigned the rating that we did. When the feedback from one segment is completed, trainees then move on to the next 10-minute

segment and go through the same process. Because these segments are supposed to familiarize the trainees with decision rules and cut points, high reliability may not be achieved on the scales, particularly in the first of the tapes being reviewed.

Step 4 - During this two-hour session trainees learn to observe longer segments of behavior (four 15-minute segments). Once again, observers will be asked to view a single segment, independently make their judgements, and then receive feedback as to the coding decisions and justifications of the master coders.

Step 5 - The next four hours of training (divided into two 2-hour sessions) enable the trainees to practice making ratings over 40-minute periods, the actual duration of their observations in the field. For this part of the training, trainees will complete the behavioral ratings for 30 minutes. They will observe for one minute and then record their observations during the next minute. During the "record" periods, notes relevant for the qualitative ratings will be made At the conclusion of the 30 minutes allotted to the behavioral scales (15 one-minute observation periods and 15 one-minute record periods), trainees will spend ten minutes focussing exclusively on the qualitative ratings, taking notes on behaviors relevant to each scale. Qualitative ratings will then be assigned at the end of the 40-minute segment based on 15 minutes of observation during the behaviorals and the 10 minutes at the end of the period. Once again, verbal and written feedback in the form of the master coding decisions will be provided for each segment rior to moving to the next segment.

Step 6 - The next part of the training occurs after observers return to their home sites. Trainees should re-play each training tape to practice completing the behavioral and qualitative scales.

During practice, trainees assessments should be done independently, with trainees comparing their ratings and scores with the master ratings only after they made their own independent judgements.

Trainees should then carefully study the written justifications and explanations provided for each training tape.

Trainees should then practice doing "live" behavioral and qualitative ratings at their home site using a variety (types and qualities) of child care settings. Ideally pairs of observers will make observations that they can compare at the end of 40 minute periods.

A minimum of one visit per week should be completed during this practice period. Questions regardint these scales or coding decisions should be directed to Kathleen McCartney (behavioral scales) or Deborah Vandell (Qualitative scales).

**b. Behavioral Ratings**

Step 1 - Before the training, designated trainees from each site will have memorized coding rules and definitions. Reid (1982) has found that 10-20 percent of potential observers have had to be dismissed because they fail to master category definitions. Each site director is responsible for assuring that his or her trainees have memorized the manual prior to the March

training. Trainees should be prepared to pass a written test demonstrating their knowledge of the code when they come to Virginia.

Step 2 - The next step of training is to illustrate via multiple taped snippets taken from diverse child care settings what is meant by each item on the scale. To this end, for the behavioral rating scale, there is a ONE-HOUR VIDEOTAPE illustrating both the positive and negative end of each scale. This session will provide exemplars of each behavior.

Step 3 - The third step of the training for the behavioral code consists of learning to identify relevant behaviors, (2 hour training module). This session has trainees view the same 10-minute videotaped segments used for the qualitative ratings. In this case, however, trainees will observe for one minute. The tape will be stopped and they will be allowed one minute to mark independently all relevant categories. Immediate feedback on a frame-by-frame basis will be given. After several tapes are scored in this way, trainees will watch and score entire 10-minute segments using the behavioral ratings. Agreement with the master coders will be determined after the whole segment is scored.

Step 4 - During this two hour session trainees learn to observe longer segments of behavior (four 15-minute segments). Once again, observers will be asked to view a single segment, independently make their judgements, and then receive feedback to the coding decisions and justifications of the master coders.

Step 5 - The next four hours of training (divided into two 2 hour sessions) enable the trainees to practice making over 40-minute periods, the actual duration of their observation in the field. For this part of the training, trainees will complete the behavioral ratings for 30 minutes. They they will observe and make notes for the qualitative ratings for 10 minutes. Qualitative ratings will then be made on a full 40-minute segment. Once again, verbal and written feedback in the form of the master coding decisions will be provided for each segment prior to moving to the next segment.

Step 6 - The next part of the training occurs after observers return to their home site. They are expected to review all of the training tapes and documentation. Then they are to practice doing "live" observations at their home site using a variety of child care settings.

**3. Training Procedures for the Child Care HOME**

Judity Brisby, from the Arkansas site will conduct the training on the Child Care HOME. Three videotaped HOME interviews will be observed. The first tape will be used to define all items. The second and third tapes will be coded independently by each trainee and then compared to a criterion code from the Arkansas site. Finally, role playing will be used to provide practice on phrasing questions to obtain the necessary data.

**4. Training Procedures for the Profile**

Because the Profile is designed to capture the quality of the child's child care environment -- comprehensively defined -- videotapes do not lend themselves as the best method of training. Alternatively, Annette Sibley -- coauthor of the Profile with Martha will use a combination of direct instruction in the methods, definitions, and coding entailed in this assessment and role playing. In addition, one observer from each site will visit two infant child care programs, over two days, as a member of a pair, to practice coding the Profile in a live situation. These pairs of coders will compare notes and any questions that arise will be discussed as a group with two Ras from Virginia (Sarah Erwin and Rhonda Zehr) who have become reliable Profile coders (trained to reliability by A. Sibley). No inter-observer reliabilities will be obtained on this measures during the training.

**5. Some Words About Getting Used to Being an Observer**

There's no question: being an observer is a unique and often frustrating experience. At first, you feel frustrated because there are so many things happening and you have to figure out how to categorize and code them in a limited amount of time. But even after you have the coding system down pat, there will be frustrations because events will occur that you feel the coding system is not adequately capturing. Resign yourself to this fact. You are an imperfect recorder and the observation system is incomplete. We hope, though, that aggregated across different observation cycles, on different days, and with different

children, the records you make will lead to a meaningful "big picture".

Another frustration is feeling that what you are observing is not representative of what usually goes on in the setting. It's an atypical day, or your behavior is influencing the caregiver's or the child's behavior. Again, resign yourself to this limitation of doing in-person observations. There undoubtedly are differences because of your presence. But if you are unobtrusive, inconspicuous, and unthreatening, it is possible for caregivers to relax and children to ignore you and go about their normal routines. Caregivers will probably try to be on their "best behavior" (children won't care), but even if they are, their "best behavior" will be revealing of their typical behavior and will discriminate among individuals. As Frederick Wiseman (documentary film maker extraordinaire) pointed out, when people know they are being filmed (or observed), they tend to behave in the ways they know best and feel most comfortable with, not in ways that are novel and unfamiliar. Atypical events and "bad days" will be hidden in the aggregation of data across cycles, days, and children.

You may also feel frustrated because you are doing the same thing over and over again (the same coding every minute; the same set of cycles and procedures). Avoid this frustration -- a kind of burnout -- by taking an interest in the overall events occurring in the setting, not just focussing on the minute-to-minute coding. Think about the "big picture" of day care quality. Look for unusual occurrences. Take an interest in

individual children and caregivers. If you feel you are simply on automatic pilot, discuss this with your project coordinator. You may need a break or some more variety in your work.

Finally, you may feel frustrated because your role as an observer precludes normal interaction with the caregiver or the children during the observation. As an observer, you may look but not touch. At times, this may feel strange, strained, uncomfortable. You may feel that you are acting weird. This is something you'll have to get used to. Try to distance yourself from the ongoing events as if you are watching a movie -- just make sure it's a really interesting movie.

### 6. Becoming reliable with the ORCE, Profile, and Child Care HOME

#### a. Memorization of the Coding Manual

By the March training, the designated coder(s) from each site will have memorized the coding rules, definitions, and examples verbatim. Each site director is responsible for assuring that her coder(s) has memorized the manual prior to the March training.

#### b. Establishing Reliability between Two Trainers

A member from the UNH/Wellesley team and a member from the University of Virginia team will meet in Charlottesville in February to establish inter-rater reliability as trainers on the ORCE. They will code together in child care settings until they

have established high reliability for 30 one-minute observations periods. Similarly, Annette Sibley and two members from the University of Virginia team will meet in Charlottesville to establish inter-rater reliability as trainers on the Profile. Judith Brisby is a very experienced HOME interviewer and, as such, as a reliable coder.

**c. After the training: Inter-observer and criterion reliability**

It will be a major task of the child care teams to attain reliable observations and ratings prior to the first official child care visit. We are allowing 3 months for this purpose. For the ORCE, training tapes for the snippets, 10 minute segments, 15 minute, and 40 minute segments and their accompanying text should be carefully reviewed and studied. For the Profile and Child Care HOME, the manual should be carefully reviewed and studied. Training tapes for the CC Home should be coded and compared to a criterion code that will be sent to each site. A minimum of one child care visit per week should be conducted. During this time, any questions regarding the qualitative ratings should be directed to Deborah Vandell. Questions regarding the behavioral scales should be directed to Kathleen McCartney (Nancy Keefe). Questions regarding the Profile and HOME should be directed to Deborah Phillips. Any remaining questions on any topic should be directed to Deborah Phillips.

Inter-observer reliability will then be assessed. During the week of June 10, five 40-minute ORCE videotapes must be independently coded by observers at each site. Five videotapes for the Child Care HOME must also be independently coded. Upon completion of their assessment, trainees will send their rating sheets to the Data Center where inter-observer reliability will be ascertained. The Data Center will compare individual observer's ratings for each scale against those for master coded tapes. The criterion tapes for the qualitative scales are to be scored by Deborah Vandell and her staff at the Wisconsin site (Anne Stright and Mark Bailey) with confirmation checks by Margaret Owen (Aided by Beverly Mulvihill and Beth Bontempo) and Jay Belsky. Criterion tapes for the behavioral scales are to be scored by Kathleen McCartney (UNH) and Alison Clarke-Stewart (U.C. Irvine). Criterion tapes for the CC Home are to be scored by Bettye Caldwell and Robert Bradley.

If a trainee fails to reach criterion on either the qualitative or behavioral scales, or the CC HOME the principal investigator and site coordinator for that site will be informed. Feedback as to problem areas will be provided. The trainee then has one additional week to study and prepare for a second reliability test consisting of four forty minute segments and/or 4 CC HOME tapes. If this second test fails to reach criterion, this trainee will not be allowed to make qualitative or behavioral ratings, and/or CC HOME ratings.

For the Profile and Global Ratings, two observers will be required to visit 2 centers and 4 home child care settings during

the week of June 3. They must score the Profile and Globals independently and send their rating sheets to the Data Center. For these measures, only inter-observer, intra-site reliability will be assessed. A second reliability check will be required if any pair of observers at a particular site fail to code reliably on the first check. If this second test fails to reach criterion, this trainee will not be allowed to conduct Profile or Global assessments.

In addition to establishing inter-observer reliability prior to beginning the six month assessments, additional periodic reliability checks will be made in order to insure that observer or site drift has not occurred. The format and procedures for the subsequent reliability assessments will parallel those of the June tests. Dates for the subsequent tests are August 12, 1991, November 11, 1991, January 20, 1992.

If additional personnel join a site's 6 month child care assessment team, then those observers are expected to follow the same training and reliability procedures as the existing staff. Prior to conducting a child care assessment, the new personnel must complete the reliability assessment, completed code sheets must be sent to the Data Center for evaluation, and the person must be certified by the Data Center as a reliable observer.

**d. Preventing Drift and Assuring Inter-site Reliability**

After each site trains to criterion and the data collection begins, it is suggested that two observers do the observations

and complete the Profile and Child Care HOME in every 10th child care visit, regardless of the type of care.

Assessments of inter-site reliability will be coordinated through the University of Virginia. Two methods will be used for this purpose. First, to prevent drift on the ORCE and the CC HOME, each coder will be sent a test tape after every 15 child care visits and reliabilities will be assessed. Second, to prevent drift on the Profile, an "expert" will visit each site during the middle of the data collection period and will provide a complete reliability check on this measure for a minimum of two children (we have planned a week per site). These data will be analyzed at the Data Center.

#### e. Training New Coders

New coders should be trained for the qualitative and behavioral ratings, and the Child Care HOME, using the same training tapes and procedures as those used in Virginia. This will help to prevent observer drift. For the Profile, a previously trained RA will be responsible for training and obtaining reliability with any new coders.