Across all the measuring points, SDS scores were significantly higher among the "irritable group" than among the 'non-irritable group' (Figure 1). The mean score (*SD*), *t*-value, and significance level of each measuring point were as follows: early pregnancy: "irritable group" = 42.58 (6.54)/"non-irritable group" = 40.08 (6.55), $t = 5.44$, $p < .01$; middle pregnancy: "irritable group" = 39.93 (6.03)/"non-irritable group" = 37.89 (5.78), $t = 4.97$, $p < .01$; late pregnancy: "irritable group" = 41.20 (5.71)/"non-irritable group" = 39.24 (6.22), $t = 4.58$, $p < .01$; 5 days after delivery: "irritable group" = 39.07 (6.58)/"non-irritable group" = 38.13 (6.74), $t = 2.00$, $p < .05$; 1 month after delivery: "irritable group" = 40.32 (7.54)/"non-irritable group" = 39.21 (7.55), $t = 2.01$, $p < .05$; 6 months after delivery: "irritable group" = 41.53 (7.44)/"non-irritable group" = 39.66 (7.52), $t = 3.51$, $p < .01$.

The Feelings toward Baby Scale scores were factor-analyzed (principal component analysis) with subsequent varimax rotation. The number of factors extracted was determined by Kaiser criteria (eigenvalue more than unity). This yielded three factors interpretable as "angel baby image," "vulnerable baby image," "detachment from the baby" (Table 2).

The "vulnerable baby image" scores were significantly higher among the "irritable group" than among the "non-irritable group" both in mid-pregnancy and 5 days after delivery (middle pregnancy: "irritable group" = 17.65 (4.52)/"non-irritable group" = 16.53 (4.77), $t = 3.58$, $p < .01$; 5 days after delivery: "irritable group" = 19.14 (4.72)/"non-irritable group" = 17.89 (5.35), $t = 3.55$, $p < .01$). On the other hand, the "angel baby image" and "detachment from the baby" scores did not differ significantly between the two groups, throughout the pregnancy and puerperium.

Table 1 shows the comparison between the two groups of anxiety about pregnancy or delivery and feelings of accepting the mother and mother-to-be role. The irritable group showed a higher level of anxiety about pregnancy or delivery, and stronger reluctance to become a mother in mid-pregnancy. Five days after delivery, the "irritable group" women were more likely to complain of tiredness and had less feeling of accepting the reality of "my baby."




**Figure 1.** Comparison of SDS score between irritable group and non-irritable group.

## DISCUSSION

Using a relatively large sample population, the present study found that premenstrual irritability was correlated with depression during pregnancy and the postpartum period. Pearlstein et al. (1990) reported that fertile women who were diagnosed as suffering from LLPDD according to DSM-III-R, were more likely to experience postpartum depression. While his assessment of postpartum depression was retrospective, our longitudinal study was prospective and discovered a similar relationship of premenstrual mood changes with the severity of depression throughout the perinatal period. This suggests that premenstrual mood change is an important risk factor for the occurrence of both prenatal and postpartum depression.

The relationship between premenstrual mood change and severity of depression during pregnancy and the postpartum period may be explained by a vulnerability to hormonal changes. During pregnancy and the postpartum period, women undergo much greater hormonal changes than in the premenstrual cycle-phase (Hamilton, Parry, & Blumenthal, 1988). It is possible that premenstrual negative mood changes and depressive mood during pregnancy and the postpartum period share a similar physiological background.

A second possible explanation is that there are several common psychosocial factors in menstruation and pregnancy or childbearing. Some previous studies have investigated female gender role conflict. Thus, Robert (1976) maintained that women suffering greater distress premenstrually both resented and did not accept the traditional female role. However, Spencer–Gardner et al. (1983) found no significant relationship between premenstrual tension and the female role. Our findings showed that those women experiencing premenstrual mood change exhibited more negative attitudes towards the pregnancy or delivery. Moreover, these premenstrual mood changers were more likely to feel that "their" baby was vulnerable than were non-mood changers. This may be consistent with the proposal that there is a relationship between premenstrual mood change and maternal role-taking. However, it was impossible in this study to clarify whether maternal consciousness may be affected by the mother's negative mood following hormonal changes, or if premenstrual negative mood changes may be exacerbated by negativity towards pregnancy and motherhood. More detailed study may be warranted to gain further insight into women's psychological development as a parent.

Another psychological factor correlating to premenstrual mood changes is that women who complained of premenstrual negative mood changes had a stronger level of anxiety than controls (Awaritefe, Awaritefe, Lib, Diejomach, & Ebie, 1980). The results of our study were consistent with this; premenstrual mood changers felt greater anxiety about pregnancy or childbearing. High trait anxiety may produce more negative cognition about the physical and psychological changes due to menstruation, pregnancy or childbearing.

From a number of studies of premenstrual mood or physical changes, measurements of entire premenstrual physical and mood changes have been proposed (e.g., Premenstrual Distress Questionnaire; Moos, 1968) and the diagnostic criteria for premenstrual change as a mental disorder were proposed in DSM-III-R (Spitzer et al., 1989), though DSM-IV (American Psychiatric Association, 1994) did not accept it as a diagnostic category. The premenstrual syndrome is a constellation of many symptoms such as anxiety, sadness, irritability, depression, and changes in sleep or appetite. The present study examined only premenstrual irritability, so our results should be interpreted with caution. However, the fact that premenstrual irritability exhibited clear correlations with depression during pregnancy and the postpartum period suggests that irritability may be an important index of the premenstrual syndromes.

Future studies may be needed to assess the entire premenstrual physical and mood changes, as well as the relationship between premenstrual syndromes and depression during pregnancy and the postpartum period.

## REFERENCES


AMERICAN PSYCHIATRIC ASSOCIATION. (1987). Diagnostic and statistical manual of mental disorders (3rd) revised. Washington DC.

AMERICAN PSYCHIATRIC ASSOCIATION. (1994). Diagnostic and statistical manual of mental disorders (4th ed.). Washington DC.

AWARITEFE, A.A., AWARITEFE, M., LIB, D., DIEJOMACH, F.M.E., & EBIE, J.C. (1980). Personality and menstruation. *Psychosomatic Medicine*, *42*, 237–251.

COPPEN, A. (1965). The prevalence of menstrual disorders in psychiatric patients. *British Journal of Psychiatry*, *111*, 155–167.

DEJONG, R., RUBINOW, D.R., ROY–BYRNE, P., HOBAN, M.C., GROVER, G.N., & POST, R.M. (1985). Premenstrual mood disorder and psychiatric illness. *American Journal of Psychiatry*, *142*, 1359–1361.

ENDICOTT, J., & HALBREICH, U. (1988). Clinical significance of premenstrual dysphoric changes. *Journal of Clinical Psychiatry*, *49*, 486–489.

ENDICOTT, J., NEE, J., COHEN, J., & HALBREICH, U. (1993). Premenstrual changes: Patterns and correlates of daily ratings. *Journal of Affective Disorders*, *10*, 127–135.

GRAZE, K.K., NEE, J., & ENDICOTT, J. (1990). Premenstrual depression predicts future major depressive disorder. *Acta Psychiatrica Scandinavica*, *81*, 201–205.

HAMILTON, J.A., PARRY, B.L., & BLUMENTHAL, J. (1988). The menstrual cycle in context. II: Human gonadal steroid hormone variability. *Journal of Clinical Psychiatry*, *49*, 480–483.

HANAZAWA, S. (1978). *Ninshin shussan ni yoru bosei kanjyo no suii* (*Temporary variation of maternal feeling throughout pregnancy and pueperium*). Paper presented at the 20th meeting of the Association for Japanese Educational Psychology (in Japanese).

KITAMURA, T., SHIMA, S., SUGAWARA, M., & TODA, M. (1993). Psychological and social correlates of the onset of affective disorders among pregnant women. *Psychological Medicine*, *23*, 967–975.

KITAMURA, T., SHIMA, S., SUGAWARA, M., & TODA, M.A. (1994). Temporal variation of validity of self-rating questionnaires: Repeated use of the General Health Questionnaire and Zung's Self-rating Depression Scale among women during antenatal and postnatal periods. *Acta Psychiatrica Scandinavica*, *90*, 446–450.

KITAMURA, T., SUGAWARA, M., SUGAWARA, K., TODA, M.A., & SHIMA, S. (1996). Psychosocial study of depression in early pregnancy. *British Journal of Psychiatry*, *168*, 732–738.

KUMAR, R., & ROBSON, K. (1994). A perspective study of emotional disorders in childbearing women. *British Journal of Psychiatry*, *144*, 35–48.

MOOS, R.H. (1968). The development of a menstrual distress questionnaire. *Psychosomatic Medicine*, *30*, 853–867.

PEARLSTEIN, T., FRANK, E., RIVERA–TOVAR, A., THOFT, J.S., & JACOB, E. (1990). Prevalence of axis I and II disorders in women with late luteal phase dysphoric disorders. *Journal of Affective Disorders*, *20*, 129–134.

RAMACHARAN, S., LOVE, E.J., FICK, G.H., & GOLDFIEN, A. (1992). The epidemiology of premenstrual symptoms on a population-based sample of 2650 urban women: Attributable risk factors. *Journal of Clinical Epidemiology*, *45*, 377–392.

ROBERT, M. (1976). Mood shifts and the menstrual cycle. *Journal of Psychosomatic Research*, *20*, 125–130.

SCHAGEN VAN LEEUWEN, J.H., TE VELDE, E.R., KOPPERSCHAAR, H.P.F., KOP, W.J., THIJSSEN, J.H.H., VAN REE, & HASPLES, A.A. (1993). Is premenstrual syndrome an endocrine disorder? *Journal of Psychosomatic Obstetrics and Gynaecology*, *14*, 91–109.

SHAINESS, N. (1961). A re-evaluation of some aspects of femininity through a study of menstruation: A preliminary report. *Comprehensive Psychiatry*, *2*, 20–26.

SPENCER–GARDNER, C., DENNERSTEIN, L., & BURROWS, G.D. (1983). Premenstrual tension and female role. *Journal of Psychosomatic Obstetrics and Gynaecology*, *2*, 27–34.

SPITZER, R.L., ENDICOTT, J., & ROBINS, R. (1978). Research diagnostic criteria: Rationale and reliability. *Archives of General Psychiatry, 35*, 773–782.

SPITZER, R.L., SEVERINO, S.K., WILLIAMS, J.B.W., & PARRY, B.L. (1989). Late luteal phase dysphoric disorder and DSM-III-R. *American Journal of Psychiatry, 146*, 892–897.

WETZEL, R.D., REICH, T., MCCLURE, J.N., & WALD, J.A. (1975). Premenstrual affective syndrome and affective disorder. *British Journal of Psychiatry, 127*, 119–121.

ZUNG, W.W.K. (1965). A self-rating depression scale. *Archives of General Psychiatry*, 63–70.

## Weaver, Gretchen (NIH/OD) [E]

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Wednesday, February 08, 2006 6:11 PM

**To:** List NEURO_MEASGRP-L

**Subject:** Highlights from today's meetin (2/8/06)

The minutes from today's meeting will be circulated before long but I wanted to sum things up for those who were not there and for myself.

The discussion was about measures of MATERNAL STRESS before and after the birth of the target child.

Measures that were on the table for consideration pertain to the following constructs:

Global stress (8 minutes)
Stress due to racial discrimination (4 minutes)
Financial stress (1.5 minutes)
Occupational stress (10 minutes)
Stress due to dyadic relations (8 minutes) (later it was decided that this measure did not belong in the stress package)
Stress due to division of labor in the household (3 minutes)
Parenting stress (post partum) (10 minutes)

We discussed the merits of using just the global measure versus also getting measures of stress that are specific to different aspects of life. There was a consensus that we should include both the global measure and the specific measures.

Then we grappled with the question of whether all the measures need to be administered as a packet repeatedly. If stress is context and time dependent then the measures need to be administered repeatedly as a package. Because it was felt that we cannot allocate a lot of time for the construct of stress there was one view that while global stress should be assessed repeatedly (prenatally, at 1, 6, and 18 months), specific stress assessments would be given at different times. Arguments were made pro and con. The pro argument was that all these constructs are very important and even having them assessed once or twice could allow answering important questions about gene environment interaction as well as other questions about effects of stress on maternal behavior. The con argument was that in statistical models that control for many factors, it is unlikely that a specific aspect of stress measured only once or twice will surface as a statistically significant predictor or mediator. Finally, we agreed that we would assess repeatedly at ALL time points the following constructs: 1. global stress; 2. stress due to racial discrimination and 3. Financial stress. We decided not to assess the other aspects of stress.

The measures of global stress, of stress due to racial discrimination and of financial stress were not evaluated by the group for their psychometric properties. I was going to ask WESTAT to send us the information so we can evaluate it when Sarah Knox called to say she was at a conference call with the Vanguard sites in which another measure of global stress was recommended. We will get the details on February 14. After that time, I hope our group will get the chance to study 1. the psychometric information of the different assessments of stress that are proposed and 2. the time each measure takes and to then render a final decision.

At our meeting we also talked about assessing prospective mothers' anxiety and worries connected with pregnancy. One measure that was mentioned was developed by Spielberger. Apparently, at the conference call with the Vanguard sites another measure was proposed. Again, we would need to see information about the psychometric properties of all these measures to render our group's recommendation.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**

**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

## Weaver, Gretchen (NIH/OD) [E]

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Tuesday, February 07, 2006 10:44 AM

**To:** List NEURO_MEASGRP-L

**Subject:** Wechsler Abbreviated Scale of Intelligence (WASI)--recommeded by Fred Morrison instead of the Kaufman Brief Intelligence Test

**Hi, Let's consider Fred Morrison's recommendation that NCS use WASI as the test for measuring mothers' intelligence. See details about the WASI below. Carol, can you please tell us why it would be better to go with the Kaufman? Sarah.**

**Name of Instrument:**
Wechsler Abbreviated Scale of Intelligence (**WASI**)
**SECC Name:**
Wechsler Abbreviated Scale of Intelligence (**WASI**)
**Approved:**
No
**Lead Investigator:**
Morrison, Fred
**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| Fourth Grade | Lab | FLV07G4 | Task | Study Child |

**Description of Instrument**:
The Wechsler Abbreviated Scale of Intelligence (**WASI**) is a short and reliable estimate of general cognitive abilities for ages 6 through 89. It yields indexes of intelligence, verbal skills and nonverbal skills. The Subtests that were administered are: Vocabulary (ability to name objects and define words), Block Design (ability to copy abstract designs using blocks), Similarities (ability to describe similarities between two concepts), and Matrix Reasoning (nonverbal reasoning and visual organization skills). Each of the four subtests measures a different aspect of cognitive functioning including verbal knowledge, nonverbal and verbal reasoning, and visual information processing. From the four subtests, the Full Scale IQ, the Verbal IQ and the Performance IQ are computed. All four subtests comprise the Full Scale; Vocabulary and Similarities form the Verbal IQ and Block Design and Matrix Reasoning form the Performance IQ.
**Modifications**:
Because of the large age range of this test, there are parts of the test that were not used in this study.
**Rationale for Choosing**:
One of the main strengths of the **WASI** and why it was chosen for this study is because it is well-normed (given to a large number of people at each age level) and because it is well-standardized.
**Base Reference / Primary Citation**:
Wechsler Abbreviated Scale of Intelligence, 1999, the Psychological Corporation, Harcourt Brace & Company, San Antonio, TX.
**Sample**:
The **WASI** was standardized on a national sample of 2,245 children and adults, ages 6 through 89. As would be expected, more narrow age ranges were studied for children than for adults. With few exceptions, the standardization sample appears to be representative of the U.S. population based on sex, racial and ethnic group, socioeconomic status (education level), and geographic region.
**Reliability**:
**Validity**:
**Scoring**:
**WASI** Verbal IQ Score is the IQ equivalent of the sum of T-Scores from the Vocabulary and Similarities subtests. Scoring for the Vocabulary subtest is based on the number of correct responses until the discontinue criterion is met or the stop point is reached. (The discontinue point is after five consecutive scores of 0. The stop point for ages 9-11 is after Item 34.) The maximum raw score for the Vocabulary subtest is 64 points. Scoring for the Similarities subtest is based on the number of correct responses until the discontinue criterion is met or the stop point is reached. (The discontinue point is after four consecutive scores of 0. The stop point for ages 9-11 is after Item 24.) The maximum raw score for the Similarities subtest for ages 9-11 is 44. The raw scores are converted to T-Scores for each subtest, and the T-Scores are then summed and converted to the IQ score. Actual scores for

the **WASI** Verbal IQ range from 59 to 149, with higher values indicating a greater ability to name objects and define words as well as describe similarities between objects.
**WASI** Performance IQ Score is the IQ equivalent of the sum of T-Scores from the Block Design and Matrix Reasoning subtests. Scoring for the Block Design subtest is based on the correctness of the design and completion time. The maximum raw score for the Block Design subtest for all ages is 71 points. Scoring for the Matrix Reasoning subtest is based on the number of correct responses to 35 items. The maximum raw score for the Matrix Reasoning subtest for ages 9-11 is 32. The raw scores are converted to T-Scores for each subtest, and the T-Scores are then summed and converted to the IQ score. Actual scores of the **WASI** Performance IQ range from 66 to 105, with higher values indicating a greater ability to copy abstract designs using blocks and better skills in nonverbal reasoning and visual organization.

**WASI** Full Scale IQ Score is the IQ equivalent of the sum of T-Scores for all four subtests of the **WASI**: Vocabulary, Similarity, Block Design and Matrix Reasoning. The raw scores are converted to T-Scores for each subtest, and the T-Scores are then summed and converted to the IQ score. Actual scores range from 62 to 147, with higher values indicating a higher IQ and greater cognitive abilities

---

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Tuesday, February 07, 2006 10:30 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Fred Morrison on assessing literacy in the NCS

Please see my correspondence with Fred Morrison, an authority on reading and literacy. Sarah.

---

**From:** Morrison, Frederick [mailto:fjmorris@umich.edu]
**Sent:** Tuesday, February 07, 2006 10:23 AM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** RE: literacy measure--one more question.

You will. The IQ- reading correlation is only about .50 and there are lots of discrepancies that a study as big as this one should be sensitive to. Have yoy thought about the WASI for the IQ test. It is fast and we used it to great effect. Decoding signs seems a bit esoteric.

---

**From:** Friedman, Sarah (NIH/NICHD) [E] [mailto:friedmas@exchange.nih.gov]
**Sent:** Tuesday, February 07, 2006 10:15 AM
**To:** Morrison, Frederick
**Subject:** RE: literacy measure--one more question.

Thanks, Fred. Do you think we will get added value for WJ passage comprehension and Letter Word identification considering the fact that we are proposing to administer the Kaufman Brief Intelligence test to the same women? Someone recommended yesterday a measure of decoding signs. I thought this was interesting. There are apparently people out there who cannot decode signs. Thanks again. Sarah.

---

**From:** Morrison, Frederick [mailto:fjmorris@umich.edu]
**Sent:** Tuesday, February 07, 2006 8:56 AM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** literacy measure.

Sorry I missed your call. I checked around with different people and there does not seem to be an all-purpose literacy measure for mothers. The WJ passage comprehension was mentioned by a couple of people as reasonable. Perhaps coupled with the Letter-word decoding for really low readers you would get a reasonable picture of the mother's literacy profile. Hope this helps. Fred

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, February 06, 2006 6:40 PM
**To:** List NEURO_MEASGRP-L
**Subject:** 1. Plans for wednesday (psychosocial exposure). 2. Calling for a Friday meeting (autism). 3. What's on our plate.

The following are items on our agenda:

I. Psychosocial exposure measures:

I suggest that we do our outmost to finish working on the psychosocial exposure on Wednesday (2/8).

--Finalize child care (are we going to collect data from mothers and child care providers?)
--Maternal feelings towards infants. (Alison will guide us here)
--Parenting stress (Mother & Father?) (Sarah K)
--Maternal exhaustion (Sarah K.)
--Perceived stress (M & F?) (Sarah K.)
--Social support (M & F?) (Sarah K.)
--Spousal relations (M & F?) (Sarah K.)
--Division of labor (M & F?) (Sarah K.)
--Domestic violence (M & F?)

II. Autism:
I want to suggest another meeting on Friday to discuss autism. It would be best if we could have one hour to talk among ourselves (including Marshalyn H Yeargin-Allsopp, a colleague from CDC) and a second hour to include some outside experts. I don't think we will be ready if we delay talking about autism this week.

III. Developmental disabilities:
We are waiting from input from outside experts. All the Neurodevelopmental and social child assessments in our protocol should be sufficient to detect learning disabilities. The motor development assessment (Bayley) will detect motor developmental disabilities. But I am waiting to hear what else we need to include in the battery.

IV. Sensory Processing:
We are waiting to hear from outside experts. Friday, I wrote to Susan Rose and Holly Ruff about the assessment of visual acuity but have not heard from them yet. If I don't hear by tomorrow I will try to reach them by phone.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, February 06, 2006 8:56 AM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: National Children's Study question--A reply from Bruce Fuller

Some advice from Bruce Fuller. Sarah.

---

**From:** Bruce Fuller [mailto:b_fuller@berkeley.edu]
**Sent:** Monday, February 06, 2006 1:46 AM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Cc:** RESNICG1@WESTAT.com
**Subject:** RE: National Children's Study question

Sarah - Sorry for the delay. One might usefully think about this at two levels of analysis.

First, the child is situated in the home and non-formal child care arrangements. Your study has done a wonderful job of delineating constructs, devising new measures, delving into this social realm.

At this informal network level, there's also the notion that communities differ in their "collective efficacy" or the perception held by parents that the neighborhood is safe, adults look out for children, that children can move about in safety (Steve Raudenbush and Tony Earls have done the most on this). It's also linked to Jim Coleman's notion of social capital. We have all tried social support measures, asked of the mother, and these seem relevant. But we have much more work to do in understanding how parents view their neighborhoods, which actors are relevant?, are these supportive aspects of communities proximal enough to the child's development to make a difference. (the earlier work by Brooks-Gunn, Duncan and others didn't find big effects fm economic features of neighborhoods, after taking into account individual attributes of parents.. but this work wasn't theorized in any detailed way).

Second, there are more formal organizations in which children are situated. Yes, the school, child-care center/preschool, after-school program are pertinent.

Ideally, the new children's study could advance our knowledge of how organizational populations provide a non-random distribution of opportunities to enter such formal organizations. We and other researchers, for example, have spent the past decade studying the distribution of supply of centers/preschools. This allows us to estimate probabilities of entry to formal organizations, prior to assessing the impact of exposure. The NICHD + Duncan paper suggests that the punch from center/preschool is exposure -- and our work with ECLS-K suggests that earlier entry (at age 3) yields strong effects than later entry. But to dig into this further, we need accurate counts of organizations in the child's census tract or natural neighborhood.

Same holds true with after-school programs, health clinics, welfare offices perhaps. So, the study design needs to be keen on studying organizational populations (the way we sociologists try to do), as we situate children in multiple contexts or settings.

Hope this helps. It cries out for a thorough review paper!
Bruce

At 12:31 PM 1/24/2006 -0500, you wrote:

Bruce, Can you elaborate a bit about what you would consider supportive economic and social facets of childrens contexts beyond family, child care and school? What would we measure and who would be the informants? Thanks in advance. Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Bruce Fuller [mailto:b_fuller@berkeley.edu]
**Sent:** Tuesday, January 24, 2006 12:07 PM
**To:** Gary Resnick; Friedman, Sarah (NIH/NICHD) [E]
**Subject:** RE: National Children's Study question

Gary, Sarah -- PS... i thought Dick Clifford and others had convinced the planning group to look at SUPPORTIVE economic and social facets of children's contexts. Environmental hazards, sure. but can't NIH move toward looking at positive factors, not just 'risk factors'?

much of the child health field -- e.g., Neal Halfon's work at UCLA med school -- is moving in this direction.
B.

At 09:52 AM 1/24/2006 -0500, you wrote:

I think there is interest in the NCS in collecting neighborhood contexts and in particular focusing on environmental exposures, although I'm guessing your interest would be in a social indicators approach to the measurement of neighborhoods or communities. I think this is also in the plans but I don't know what is being done yet. There is some collection of social support data from parents but I'm not sure about a full-blown social network analysis. What did you have in mind?

-------------------------------------------
Professor, Education & Public Policy
University of California, Berkeley 94720
510-643-5362

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Thursday, February 02, 2006 6:29 PM

**To:** List NEURO_MEASGRP-L

**Subject:** 1. Monday's agenda (February 6 at 1:00 PM–8th floor) 2. Plans for Wednesday (2/8) and request for materials to be sent in advance.

For a brief minute at the end of today's meeting we thought we will not meet on Monday unless Sarah K can join us. Upon review of what we need to accomplish between now and February 15, I ask that we do meet on Monday.

The agenda for Monday's meeting will be as follows:

–Mother to infant bonding scale. Alison will talk to authors. She will find out how they grappled with the issue of social desirability.
–Alison will report about her conversation with Ellen Hock about a measure she has pertaining to the construct of mothers' feelings toward their infants.
–If possible, Alison will share with us her research design for assessing the validity of the TAS.
–We will go over Bruce Fuller et al.'s questions to mothers re child care quality.
–We will approve or ask for changes in the child care forms that Gary sent today (unless people respond to Gary by e-mail before then).
–Regina will propose measures of maternal literacy. (I will write to Fred Morrison for advice too).

Anything else I forgot?

On Wednesday we will start the meeting with a discussion of the following assessments:
–Parental Stress/maternal exhaustion
–Perceived Stress
–Social Support
–Spousal relationships
–Division of labor in the home
–Family process

Gary and Sarah K. Who will be providing us with the assessments we need to look at to get ready for the Wednesday meeting?

Sarah Friedman

**Sarah L. Friedman, Ph.D.**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Knox, Sarah (NIH/NICHD) [E]
**Sent:** Thursday, February 02, 2006 5:17 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Monday schedule

Dear All,

I don't know where my mind was. I can never meet on Monday afternoons because we have our planning meeting with senior Westat management on Mondays. The following meeting on Wednesday conflicts with the environmental meeting but I will prioritize the neurodevelopmental group, so I'll see you Wednesday, 2/8.

Sarah

**Weaver, Gretchen (NIH/OD) [E]**

---

| | |
|---|---|
| **From:** | Friedman, Sarah (NIH/NICHD) [E] |
| **Sent:** | Tuesday, January 31, 2006 11:57 AM |
| **To:** | List NEURO_MEASGRP-L |
| **Subject:** | Psychometrics for CES-D and for NEO from the NICHD Study of Early Child Care and Youth Development |
| **Attachments:** | SECCYD.CES.D and NEO personality DATA REPORTS.pdf; orientation.ppt |

Gary,

Attached please find the psychometrics for both the CES-D and the NEO from the NICHD Study of Early Child Care and Youth Development. Slide 7 from the "orientation" set of slides gives you demographic information about the NICHD SECCYD sample.

Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.COM]
**Sent:** Tuesday, January 31, 2006 10:49 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Re: NEO Personality Inventory (NEO PI) and NEO Five-Factor Inventory (NEO-FFI)

I am keeping an open mind with respect to personality inventories or measures. I'm wondering what the Study of Early Child Care found in using the NEO. Some of the psychometric evidence below suggests it might be useful (the test-retest reliabilities are impressive for a personality inventory), but I am concerned about the standardization sample they used, which may not be representative of key population sub-groups in the NCS, including minority families, low-income families, parents with low English language proficiency, and teenage parents.

Gary

-----Original Message-----
**From:** Neurodevelopmental Outcome Measures GroupNCS [mailto:NEURO_MEASGRP-L@LIST.NIH.GOV]
**On Behalf Of** Knox, Sarah (NIH/NICHD) [E]
**Sent:** Tuesday, January 31, 2006 10:38 AM
**To:** NEURO_MEASGRP-L@LIST.NIH.GOV
**Subject:** Re: NEO Personality Inventory (NEO PI) and NEO Five-Factor Inventory (NEO-FFI)

I think everyone is on board with having data on the fathers. Having said that, I'm not sure that these traditional extraversion scales, such as the NEO really say a lot or are predictive of relevant endpoints. I've used the NEO in other studies but wasn't that impressed. But maybe the rest of you have different experience.

Sarah

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.COM]
**Sent:** Tuesday, January 31, 2006 10:10 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Re: NEO Personality Inventory (NEO PI) and NEO Five-Factor Inventory (NEO-FFI)

Thank you Sarah, and I am sure that everyone on the ND workgroup shares your conviction that partners/fathers should be targets of data collection. What we have to do is to convince the "powers that be" about the importance of these data and to ensure we have a plan for data collection that is feasible and methodologically rigorous.

Gary

-----Original Message-----
**From:** Neurodevelopmental Outcome Measures GroupNCS [mailto:NEURO_MEASGRP-L@LIST.NIH.GOV] **On Behalf Of** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, January 30, 2006 7:32 PM
**To:** NEURO_MEASGRP-L@LIST.NIH.GOV
**Subject:** NEO Personality Inventory (NEO PI) and NEO Five-Factor Inventory (NEO-FFI)

**Per our discussion of maternal mental health at the meeting today, I am sending information about the NEO personality Inventory. I will also mention my conviction, which I share with others on the ND workgroup that we need to collect information from the mothers' partners as well as from the mothers. Sarah.**

1. **Name of Instrument:**

   NEO Personality Inventory (NEO PI) and NEO Five-Factor Inventory (NEO-FFI)

2. **Assessment (age and location):**

   6 mo. – Home

3. **DCC Form # and Revision Date:**

   06K 03/28/91 (6 mo. mothers only)
   08F 04/08/91 (6 mo. fathers/partners only) (six sites only)

4. **Item Level Data Set** **Analytic Data Set/Variables**

| Item Level Data Set | Analytic Data Set/Variables | |
|---|---|---|
| F06K | FAM6 | |
| | NEURTM06 | Mat. neuroticism at 6 mo. |
| | EXTRVM06 | Mat. extraversion at 6 mo. |
| | AGREEM06 | Mat. agreeableness at 6 mo. |

| | | |
|---|---|---|
| F08F | HHS | |
| | NEURTH06 | Paternal personality - neuroticism |
| | EXTRVH06 | Paternal personality - extraversion |
| | AGREEH06 | Paternal personality - agreeableness |
| | TSSSFF06 | Paternal personality total score |

**5. Description of Instrument:**

This instrument, which includes three subscales, was used to assess parental personality and was based on the NEO Personality Inventory and the NEO Five-Factor Inventory. For the purpose of this study, only three of the five NEO personality factors were measured and only selected facets within these factors were assessed. The neuroticism and extraversion scales are taken from the NEO PI, whereas the agreeableness subscale was based on the NEO FFI.

The NEO PI measure makes use of a conceptual model that incorporates decades of factor analytic research on the structure of personality. The NEO PI scales were originally developed and refined by a combination of rational and factor analytic methods and have been the subject of intensive research conducted for 10 years of community-dwelling adults (Costa & McCrae, 1985). The NEO FFI (Costa & McCrae, 1989), which is based on the NEO PI, is a concise measure of the five major dimensions or domains of normal adult personality traits.

The neuroticism subscale assesses adjustment and emotional instability and identifies individuals prone to psychological distress, unrealistic ideas, extensive cravings or urges, and maladaptive coping responses. Persons scoring high on this scale can be characterized as worrying, nervous, emotional, insecure, inadequate and hypochondriacal, whereas a person scoring low can be described as calm, relaxed, unemotional, hardy, secure and self-satisfied. The full NEO PI neuroticism scale is comprised of 6 facets, only three of which are being used in the NICHD Study of Early Child Care: anxiety (tense, fearful, worried, apprehensive vs. calm, relaxed, stable and fearless), hostility (hot-tempered, angry, easily frustrated vs. amiable, even tempered, slow-to-take offense) and depression (hopeless, guilty, down hearted, blue vs. seldom sad, hopeful, feels worthwhile).

The extraversion subscale assesses the quantity and intensity of interpersonal interaction, activity level, need for stimulation, and capacity for joy. Persons scoring high on this subscale are characterized as sociable, active, talkative, person-oriented, optimistic, fun-loving and affectionate, whereas persons scoring low on this, scale are reserved, sober, unexuberant, aloof, task-oriented, retiring and quiet. Two of six facets of this subscales of the NEO PI are being used in the NICHD Study of Early Child Care: Warmth (outgoing, talkative, affectionate vs. cold, distant from others, formal) and Positive Emotions (cheerful, high-spirited, joyful vs. unenthusiastic, placid, serious).

The agreeableness subscale is from the NEO FFI (Costa & McCrae, 1989). In the NICHD Study of Early Child, agreeableness was measured by the 12 item agreeableness subscale of the NEO FFI (Costa & McCrae, 1989). The agreeableness subscale assesses six facets of interpersonal interaction, such as trust, modesty, compliance, altruism, straightforwardness, and tender-mindedness. Lower scores indicate hard-headedness and competitiveness whereas higher scores are indicative of

compassion and cooperation.

**6. Modifications:**

As noted immediately above, only three of the five factors were measured and only selected facets within these factors were assessed. Such selection was carried out because of limits of time to administer the entire inventory.

**7. Rationale for Choosing Instrument:**

Because parents are psychological agents before, during, and after the birth of their child, parental personality could affect the quality of care that parents provide their children both directly and indirectly. It was therefore considered important to have a measure of the parental personality early in the study child's life and, ideally, before day care was initiated. The NEO PI and NEO-FFI instruments were selected because of their outstanding psychometric properties. Select subscales (domains) and facets were chosen because that they were expected to impact family functioning and child care selection thereby influencing child development. The NEO-FFI scales show correlations of .75 to .89 with the NEO-PI factors, and internal consistency values range from .74 to .89.

**8. Base Reference/Primary Citation:**

Costa, P. & McCrae, R. (1985) The NEO Personality Inventory Manual. Odessa, Fl: Psychological Assessment Resources, Inc.

Costa, P. & McCrae, R. (1989). NEO Five-Factor Inventory (NEO-FFI). Odessa Fl: Psychological Assessment Resources.

**9. Psychometric Information (sample, reliability, validity):**

a. Sample Characteristics

The NEO Personality Inventory (NEO PI) was developed on the basis of research conducted on participants in the Veterans Administration's Normative Aging Study in Boston, which consisted of a pool of over 2,000 male volunteers (mostly white veterans). All but the lowest socioeconomic statuses were well represented. In general, these men could be considered broadly representative of normal adult males (Costa & McCrae, 1985). The instrument was also used on and further developed on the basis of research with some 400 men and 300 women participating in the Augmented Baltimore Longitudinal Study of Aging. Participants in this work were recruited by a "snowball" technique; the resulting sample consists largely of individuals working in or retired from professional, managerial, or scientific occupations and is considerably better educated than the population in general. Some evidence suggests that the volunteers do not differ appreciably from national samples in the distribution of personality dispositions (Costa & McCrae, 1985).

b. Reliability

Internal-consistency reliability (alpha) has been calculated on men (n = 360) and women (n = 290) ranging in age from .21-89. The respective alpha coefficients

for men and women, respectively, are .91/.93 for Neuroticism (.78/.82 anxiety; .76/.78 hostility; .75/.78 depression) and .89/.85 for Extraversion (.76/.69 warmth; .74/.71 positive emotions). When 31 of these men and women were retested after 6 months, test-retest reliability was .87 and .89, respectively, for Neuroticism and Extraversion, with the facets mentioned above ranging from (.71-.85) (Costa & McCrae, 1985). Based on data collected during the Baltimore Longitudinal Study of Aging, an internal-consistency reliability analysis (Cronbach's alpha) of the NEO FFI agreeableness domain resulted in an alpha of .69.

c. Validity

Evidence for the validity of the scales and subscales can be found in their discriminative correlation with other personality scales designed to measure these traits (e.g., Eysenck Personality Inventory; Guilford-Zimmerman Temperament Survey), convergent ratings between self-reports and spouse reports and between self reports and peer reports (Costa & McCrae,1985). Evidence of construct validity derives from longitudinal data indicating that whereas Neuroticism is inversely and significantly related to psychological well being 10 years into the future, the reverse is true of extraversion. Extensive details on these studies are to be found in the above-cited manuals.

**10. Scoring:**

Three subscales [N (neuroticism) E (extraversion) A (agreeableness)] were used in this study. The items in the self scale cycle of N, E and A items were in sets of three, so the first item is an N item, the second an E item and the third an A item. Thus, items 1, 4, 7… are N items; items 2, 5, 8… are E items; and items 3, 6, 9… are A items.

Items that get reverse scored when subscale scores are created by simply summing the items in each subscale are listed below:

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development

6100 Executive Boulevard, Room 7B 13H
Rockville, MD 20852
Phone: 301 435-6946
Fax: 301 480-2400
e-mail: friedmas@exchange.nih.gov

# MATERNAL DEPRESSION AND PERSONALITY

# PSYCHOMETRIC ANALYSIS

# ONE AND SIX MONTH CHILD CARE POD DATA

# CHILD CARE DATA REPORT - 26

**Compiled by:**

**Stephanie Little**
**Mark Appelbaum**
**Dee Ann Batten**
**Cyndea Wendell**

**Maternal Depression and Personality**
**One and Six Month Child Care Pod Data**

Standard psychometric analyses were performed on the mothers' My Feelings scale at one and six months and the mothers' Self Scale at six months. The My Feelings scale measures maternal depression and is taken directly from the Center for Epidemiological Studies Depression Scale (CES-D - a copy of which is provided in Appendix A.) The Self Scale is a personality measure whose items are taken from the NEO Personality Inventory. Three subscales from the NEO Personality Inventory make up the Self Scale - Neuroticism, Extraversion, and Agreeableness. These three subscales measure three aspects of maternal personality. (A copy of the Self Scale is provided in Appendix B). Total scores for each scale were also correlated as suggested by the Child Care Pod.

**Maternal Depression at One Month**

The one month My Feelings scale is based on mothers' responses to Form F02C. The item level data is maintained in data set F02C at the Quantitative Systems Laboratory of Vanderbilt University. There were 21 cases with internally missing data out of a total number of 1364 data records.

Responses to the My Feelings questionnaire were first re-scored to match the standard scoring for the CES-D reported in the literature. The items on the My Feelings scale originally ranged from 1-4, but the CES-D is usually scored from 0-3; thus, the scores were converted as follows: 1=0, 2=1, 3=2, and 4=3. Items 3, 11, 14, and 16 were reflected per the usual scoring convention for this instrument. Next, the mother's responses to the 20 items of the My Feelings scale were summed to create a total score for maternal depression (**MYFTO_01**). These scores can range from 0-60 with higher scores representing higher levels of depressive symptomatology. Scores of 16 or higher on this scale are considered to have clinical significance. Standard psychometric analyses for this maternal depression score at one month are reported in Table 1. The Cronbach alpha for the scale is quite high (.878). [The high level of internal consistency suggests that the proportional file method for missing data be used.] Of the 1343 cases with complete data for the My Feelings scale, 342 of the mothers had depression scores in the clinically significant range (≥16). The number and proportion of mothers with clinically significant depression scores at each site are presented in Table 2. The scale is somewhat positively skewed but can be used in analyses that assume normality.

**Maternal Depression at Six Months**

The My Feelings scale at six months is based on mothers' responses to Form F06C. The item level data is maintained in data set F06C at the Quantitative Systems Laboratory of Vanderbilt University. There were 13 cases with internally missing data out of a total number of 1278 data records.

The items from the My Feelings scale at six months were re-scored as above to match the usual scoring of the CES-D. The appropriate items were reflected as for the one month data. Next, the mother's responses to the 20 re-scored items of the My Feelings scale were

summed to created a total score for maternal depression (**MYFTO_06**). Standard psychometric analyses for this maternal depression score at six months are reported in Table 3. The Cronbach alpha for the scale is quite high (.892). [The high level of internal consistency suggests that the proportional file method for missing data be used.] Of the 1265 cases with complete data for the My Feelings scale at six months, 218 mothers had depression scores in the clinically significant range (>16). The number and proportion of mothers with clinically significant depression scores at each site are presented in Table 4. The scale is somewhat positively skewed but can be used in analyses that assume normality.

**Maternal Depression at One and Six Months**

The total scores for maternal depression at one and six months (**MYFTO_01** and **MYFOTO_06**, respectively) were significantly correlated (r = .514).

A principal axes factor analysis (communalities equal 1) utilizing the 1,343 cases with no missing data was performed on the twenty items which comprise the My Feelings Scale at one month. A single dominant factor, which accounts for 32.9% of the total systems variance, was defined. The factor loadings on this single factor confirms the unit weighting approach with items 3, 11, 14, and 16 reflected. An identical principal axes factor analysis utilizing the 1265 cases with no missing data at 6 months produced very nearly identical results. Again a single factor was identified (this time accounting for 35.3% of total systems variance) and the unit weighting approach, with proper reflection of items 3, 11, 14, and 16 was confirmed.

**Self Scale at Six Months**

The three subscales of the Self Scale are composed from mother's responses to Form F06K. The item level data is maintained in data set F06K at the Quantitative Systems Laboratory of Vanderbilt University. There were 15 cases with internally missing data out of a total number of 1273 data records; only 13 cases had missing data for the Neuroticism subscale.

Neuroticism. The Neuroticism subscale (**NEUR_06**) was created by summing items 1, 4, 7, 10, 13, 16, 19, 22, 25, 28, 31, and 34 from the Self Scale. Items 1, 10, 19 and 28 were reflected as requested before being included in the sum. Standard psychometric analyses for the Neuroticism subscale at six months are reported in Table 5. Cronbach's alpha was quite high for this scale (.835) and the distribution of items was near normal.

Extraversion. The Extraversion subscale (**EXTR_06**) was created by summing items 2, 5, 8, 11, 14, 17, 20, 23, 26, 29, 32, and 35 from the Self Scale. Items 8, 17, 26, and 35 were reflected as requested before being included in the sum. Standard psychometric analyses for the Extraversion subscale at six months are reported in Table 6. Cronbach's alpha was high for this scale (.750) and the distribution of items was near normal.

Agreeableness. The Agreeableness subscale (**AGRE_06**) was created by summing items 3, 6, 9, 12, 15, 18, 21, 24, 27, 30, 33, and 36 from the Self Scale. Items 6, 9, 15, 18, 24,

27, 33, and 36 were reflected as requested before being included in the sum. Standard psychometric analyses for the Agreeableness subscale at six months are reported in Table 7. Cronbach's alpha was high for this scale (.740) and the distribution of items was near normal.

[The requested inter-item correlation matrices for the Neuroticism, Extraversion, and Agreeableness subscales are reported in Appendix C.]

Inter-scale Correlations: Neuroticism, Extraversion and Agreeableness. The inter-scale correlations for the three subscales of the Self Scale are reported in Table 8. All of the inter-scale correlations were significant at the .0001 level in the expected direction. The Neuroticism subscale was significantly negatively correlated with both the Extraversion (r = -.355) and Agreeableness (r = -.425) subscales. The Extraversion and Agreeableness subscales were significantly positively correlated (r = .308).

A principal axes factor analysis (communalities equal 1) was performed on the thirty-six items which comprise the Self Scale at 6 months. Three dominant factors, which constitute 33.7% of the total system variance, were identified. These three factors were then rotated according to the Varimax criterion producing the factor pattern matrix given in Table 9. The right hand columns of this table contain the actual loadings obtained from the 1258 cases absent any missing data. Those loadings in parenthesis are the empirical weights of items which were nominally members of the factor but which did not reach the arbitrary .40 criterion for inclusion; loadings followed by an * indicate items which were not nominally part of the factor but which had loadings greater than .40. In general, the factor structure suggested by the empirical data of the study closely match those which are traditionally reported for this scale. This close correspondence suggests that we do not modify the sub-scales of the Self Scale for use in the Day Care study.

**Correlations between Maternal Depression at One and Six Months and Maternal Personality at Six Months.**

Correlations between the My Feelings measure of maternal depression at one and six months (**MYFTO_01** and **MYFTO_06**, respectively) and the Neuroticism, Extraversion and Agreeableness subscales (**NEUR_06, EXTR_06,** and **AGRE_06**, respectively) of the Self Scale personality measure are reported in Table 10. All correlations were significant at the .0001 level and in the expected direction. Maternal depression at one month was positively correlated with maternal neuroticism at six months (r = .498) and negatively correlated with maternal extraversion (r = -.228) and agreeableness (r = -.275) at six months. Maternal depression at six months was also positively correlated with maternal neuroticism at six months (r = .628) and negatively correlated with maternal extraversion (r = -.261) and agreeableness (r = -.329) at six months.

CCDR-26

**TABLE 1**

| | |
|---|---|
| **Pod** | FAMILY |
| **Construct** | MATERNAL DEPRESSION |
| **Age** | ONE MONTH |
| **Data Form** | F02C |
| **Variable Definition** | MYFTO_01 = MYF01_01 + MYF01_02 + MYF01_03 + ... + MYF01_20<br>Variables 3, 11, 14, and 16 were reflected. |

**CRONBACH'S ALPHA**

| | |
|---|---|
| **No. of Variables** | 20 |
| **Raw** | .878 |
| **Standardized** | .885 |

**SUMMARY STATISTICS**

| Site | N | Mean* | Std. Dev. | Skewness | Kurtosis | Missing |
|---|---|---|---|---|---|---|
| **Sample** | 1343 | 11.33 | 9.01 | 1.27 | 1.68 | 21 |
| **Ark - 0** | 146 | 12.79 | 9.39 | 0.95 | 0.19 | 4 |
| **Cal - 1** | 131 | 9.46 | 7.26 | 1.11 | 0.88 | 1 |
| **Kan - 2** | 131 | 12.59 | 10.24 | 1.27 | 1.43 | 2 |
| **NHmp - 3** | 136 | 10.06 | 9.48 | 1.82 | 3.82 | 4 |
| **Penn - 4** | 122 | 11.95 | 9.25 | 0.87 | 0.28 | 1 |
| **Temp - 5** | 134 | 10.62 | 8.18 | 1.25 | 2.01 | 2 |
| **Vir - 6** | 135 | 10.93 | 8.74 | 1.29 | 1.43 | 1 |
| **Wash - 7** | 137 | 11.85 | 8.96 | 1.24 | 1.70 | 2 |
| **WCar - 8** | 140 | 12.21 | 9.23 | 1.28 | 2.19 | 4 |
| **Wisc - 9** | 131 | 10.69 | 8.63 | 1.41 | 2.52 | 0 |

**ANOVA for SITE**

$F(9, 1333) = 2.11 \quad p < .0257$

*None of the means are significantly different at the .05 level by Tukey HSD.

**TABLE 2**
**Frequency, Proportion of Mothers by Site with Clinically Significant Depression Scores on the My Feeling Scale at One Month.**

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Frequency** | 46 | 23 | 43 | 27 | 39 | 30 | 29 | 34 | 41 | 30 | 342 |
| **Percent** | 3.37 | 1.69 | 3.15 | 1.98 | 2.86 | 2.20 | 2.13 | 2.49 | 3.01 | 2.2 | 25.1 |
| **Col Pct** | 30.7 | 17.42 | 32.33 | 19.29 | 31.71 | 22.06 | 21.32 | 24.46 | 28.47 | 22.90 | |

NOTE: Likelihood Ratio Chi-Square = 18.698, df = 9, $p < .028$

CCDR-26

## TABLE 3

| | |
|---|---|
| **Pod** | FAMILY |
| **Construct** | MATERNAL DEPRESSION |
| **Age** | SIX MONTHS |
| **Data Form** | F06C |
| **Variable Definition** | MYFTO_06 = MYF06_01 + MYF06_02 + MYF06_03 + ... + MYF06_20 Variables 3, 11, 14, and 16 were reflected. |

## CRONBACH'S ALPHA

| | |
|---|---|
| **No. of Variables** | 20 |
| **Raw** | .892 |
| **Standardized** | .898 |

## SUMMARY STATISTICS

| Site | N | Mean | Std. Dev. | Skewness | Kurtosis | Missing |
|---|---|---|---|---|---|---|
| **Sample** | 1265 | 8.93 | 8.34 | 1.73 | 3.69 | 13 |
| **Ark - 0** | 130 | 10.08 | 8.80 | 1.50 | 2.38 | 2 |
| **Cal - 1** | 128 | 7.12 | 6.31 | 1.71 | 3.65 | 0 |
| **Kan - 2** | 128 | 8.70 | 7.51 | 1.46 | 2.24 | 0 |
| **NHamp - 3** | 129 | 8.60 | 9.53 | 1.99 | 3.97 | 3 |
| **Penn - 4** | 119 | 9.66 | 9.58 | 1.30 | 1.29 | 0 |
| **Temp - 5** | 125 | 8.31 | 7.45 | 2.10 | 8.02 | 1 |
| **Vir - 6** | 121 | 8.21 | 7.58 | 1.18 | 0.65 | 1 |
| **Wash - 7** | 123 | 10.15 | 8.81 | 1.74 | 3.87 | 2 |
| **WCar - 8** | 135 | 9.99 | 9.16 | 1.87 | 4.73 | 4 |
| **Wisc - 9** | 127 | 8.46 | 7.74 | 1.93 | 4.51 | 0 |

## ANOVA for SITE

$F(9, 1255) = 1.85$ $p < .0550$

11/25/93

**TABLE 4**
**Frequency and Proportion of Mothers by Site with Clinically Significant Depressions Scores on the My Feeling scales at 6 Months**

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Frequency** | 29 | 15 | 21 | 21 | 26 | 16 | 24 | 23 | 26 | 17 | 218 |
| **Percent** | 2.27 | 1.17 | 1.64 | 1.64 | 2.03 | 1.25 | 1.88 | 1.80 | 2.03 | 1.33 | 17.06 |
| **Col Pct** | 21.97 | 11.72 | 16.41 | 15.91 | 21.85 | 12.70 | 19.67 | 18.40 | 18.71 | 13.39 | |

NOTE: Likelihood Ratio Chi-Square = 11.004, df = 9, $p < .275$

## TABLE 5

| | |
|---|---|
| **Pod** | FAMILY |
| **Construct** | MATERNAL PERSONALITY (SELF SCALE) - NEUROTICISM |
| **Age** | SIX MONTHS |
| **Data Form** | F06K |
| **Variable Definition** | NEUR_06 = SLF06_01(r) + SLF06_04 + SLF06_07 + SLF06_10(r) + SLF06_13 + SLF06_16 + SLF06_19(r) + SLF06_22 + SLF06_25+ SLF06_28(r) + SLF06_31 + SLF06_34 |

### CRONBACH'S ALPHA

| | |
|---|---|
| **No. of Variables** | 12 |
| **Raw** | .835 |
| **Standardized** | .839 |

### SUMMARY STATISTICS

| Site | N | Mean* | Std. Dev. | Skewness | Kurtosis | Missing |
|---|---|---|---|---|---|---|
| **Sample** | 1261 | 29.77 | 7.16 | 0.49 | 0.42 | 12 |
| **Ark - 0** | 129 | 31.14[a] | 6.89 | 0.32 | 0.55 | 3 |
| **Cal - 1** | 126 | 27.75[a,b,c] | 6.52 | 0.45 | 0.40 | 2 |
| **Kan - 2** | 128 | 30.49 | 6.79 | 0.73 | -0.10 | 0 |
| **NHmp - 3** | 132 | 29.02 | 7.78 | 0.60 | 0.87 | 0 |
| **Penn - 4** | 115 | 29.24 | 7.72 | 0.72 | 0.73 | 0 |
| **Temp - 5** | 126 | 28.83 | 6.56 | 0.14 | -0.45 | 0 |
| **Vir - 6** | 118 | 29.22 | 6.95 | 0.45 | 0.42 | 3 |
| **Wash - 7** | 123 | 30.80[b] | 7.34 | 0.45 | 0.63 | 2 |
| **WCar - 8** | 137 | 30.96[c] | 7.24 | 0.50 | 0.52 | 2 |
| **Wisc - 9** | 127 | 30.04 | 7.19 | 0.52 | 0.32 | 0 |

### ANOVA for SITE

$F(9, 1251) = 3.09 \quad p < .0011$

*Means with the same letter are significantly different at the .05 level by Tukey HSD.

## TABLE 6

| | |
|---|---|
| Pod | FAMILY |
| Construct | MATERNAL PERSONALITY (SELF SCALE) - EXTRAVERSION |
| Age | SIX MONTHS |
| Data Form | F06K |
| Variable Definition | EXTR_06 = SLF06_02 + SLF06_05 + SLF06_08(r) + SLF06_11 + SLF06_14 + SLF06_17(r) + SLF06_20 + SLF06_23 + SLF06_26(r) + SLF06_29 + SLF06_32 + SLF06_35(r) |

### CRONBACH'S ALPHA

| | |
|---|---|
| No. of Variables | 12 |
| Raw | .750 |
| Standardized | .764 |

### SUMMARY STATISTICS

| Site | N | Mean | Std. Dev. | Skewness | Kurtosis | Missing |
|---|---|---|---|---|---|---|
| Sample | 1258 | 42.53 | 5.81 | -0.12 | 0.05 | 15 |
| Ark - 0 | 130 | 42.78 | 5.60 | 0.17 | 0.93 | 2 |
| Cal - 1 | 127 | 43.27 | 5.67 | -0.17 | 0.18 | 1 |
| Kan - 2 | 127 | 42.65 | 5.89 | -0.14 | -0.36 | 1 |
| NHmp - 3 | 130 | 42.27 | 6.66 | -0.26 | 0.23 | 2 |
| Penn - 4 | 115 | 42.87 | 5.19 | -0.12 | 0.03 | 0 |
| Temp - 5 | 126 | 41.77 | 6.26 | 0.03 | -0.30 | 0 |
| Vir - 6 | 120 | 42.14 | 5.91 | -0.11 | 0.05 | 1 |
| Wash - 7 | 124 | 42.02 | 5.59 | -0.01 | -0.52 | 1 |
| WCar - 8 | 133 | 42.63 | 5.54 | 0.09 | 0.01 | 6 |
| Wisc - 9 | 126 | 42.86 | 5.67 | -0.42 | 0.24 | 1 |

### ANOVA for SITE

$F(9, 1248) = 0.79 \quad p < .6293$

**TABLE 7**

| | |
|---|---|
| **Pod** | FAMILY |
| **Construct** | MATERNAL PERSONALITY (SELF SCALE) - AGREEABLENESS |
| **Age** | SIX MONTHS |
| **Data Form** | F06K |
| **Variable Definition** | AGRE_06 = SLF06_03 + SLF06_06(r) + SLF06_09(r) + SLF06_12 + SLF06_15(r) + SLF06_18(r) + SLF06_21 + SLF06_24(r) + SLF06_27(r) + SLF06_30 + SLF06_33(r) + SLF06_36(r) |

**CRONBACH'S ALPHA**

| | |
|---|---|
| **No. of Variables** | 12 |
| **Raw** | .740 |
| **Standardized** | .751 |

**SUMMARY STATISTICS**

| Site | N | Mean | Std. Dev. | Skewness | Kurtosis | Missing |
|---|---|---|---|---|---|---|
| Sample | 1258 | 46.32 | 5.29 | -0.22 | 0.14 | 15 |
| Ark - 0 | 129 | 45.05 | 5.23 | -0.39 | 0.39 | 3 |
| Cal - 1 | 127 | 47.17 | 4.73 | -0.41 | 0.33 | 1 |
| Kan - 2 | 127 | 45.76 | 5.36 | -0.40 | 0.49 | 1 |
| NHmp - 3 | 130 | 46.35 | 5.30 | -0.22 | 0.66 | 2 |
| Penn - 4 | 115 | 46.31 | 6.17 | -0.44 | -0.28 | 0 |
| Temp - 5 | 126 | 46.33 | 5.06 | -0.08 | 0.24 | 0 |
| Vir - 6 | 118 | 46.31 | 4.99 | -0.33 | 0.37 | 3 |
| Wash - 7 | 121 | 47.24 | 5.30 | -0.15 | -0.22 | 4 |
| WCar - 8 | 138 | 46.34 | 5.11 | 0.16 | 0.09 | 1 |
| Wisc - 9 | 127 | 46.35 | 5.47 | 0.15 | -0.49 | 0 |

**ANOVA for SITE**

$F(9, 1248) = 1.76 \quad p < .0712$

| TABLE 8<br>Inter-Scale Correlations - Neuroticism, Extraversion and Agreeableness* | | | |
|---|---|---|---|
| Self Scale Subscales | Self Scale Subscales | | |
| | Neuroticism | Extraversion | Agreeableness |
| Neuroticism | — | | |
| Extraversion | -.355 | — | |
| Agreeableness | -.425 | .308 | — |

*All correlations significant at the .0001 level.

CCDR-26

| TABLE 9 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Empirical Weight | | | | | Nominal Loading | | |
| I | II | III | Item # | Content | A | B | C |
| -.37 | | | 1 | Not Worrier | -1 | | |
| | .56 | | 2 | Like people around | | 1 | |
| | | -.52 | 3 | Try to be courteous | | | 1 |
| .63 | | | 4 | Feel inferior | 1 | | |
| | .58 | | 5 | Laugh easily | | 1 | |
| .46* | | .41 | 6 | Argumentative | | | -1 |
| .63 | | | 7 | Going to pieces | 1 | | |
| | (-.28) | | 8 | Not light-hearted | | -1 | |
| | | .62 | 9 | Selfish/egotistical | | | -1 |
| -.55 | | | 10 | Rarely lonely/blue | -1 | | |
| | .59 | | 11 | Enjoy talking to people | | 1 | |
| | | -.42 | 12 | Cooperative | | | 1 |
| .64 | | | 13 | Tense/jittery | 1 | | |
| | .61 | | 14 | Like action | | 1 | |
| | | .40 | 15 | Cynical/skeptical | | | -1 |
| .70 | | | 16 | Worthless | 1 | | |
| | (-.31) | | 17 | Prefer do things alone | | -1 | |
| | | .37 | 18 | People take advantage | | | -1 |
| -.48 | | | 19 | Rarely fearful/anxious | -1 | | |
| | .51 | | 20 | Energetic | | 1 | |
| | | (-.27) | 21 | People like me | | | 1 |
| .56 | | | 22 | Often angry | 1 | | |
| | .66 | | 23 | Cheerful | | 1 | |
| | | .62 | 24 | Cold/calculating | | | -1 |
| .68 | | | 25 | Easily discouraged | 1 | | |
| | (-.36) | | 26 | Not optimistic | | -1 | |
| | | .49 | 27 | Hard-headed | | | -1 |
| -.60 | | | 28 | Seldom sad | -1 | | |
| | .49 | | 29 | Fast-paced | | 1 | |
| -.58* | | -.49 | 30 | Thoughtful/considerate | | | 1 |
| -.58 | | | 31 | Helpless | 1 | | |
| | .62 | | 32 | Active | | 1 | |

| TABLE 9 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Empirical Weight | | | | | Nominal Loading | | |
| I | II | III | Item # | Content | A | B | C |
| | | .54 | 33 | Outspoken | | | -1 |
| .51 | | | 34 | Ashamed | 1 | | |
| | (-.25) | | 35 | Not leader | | -1 | |
| | | .52 | 36 | Manipulative | | | -1 |

*Not nominally part of factor, but loads ≥ |.40|.

**TABLE 10**
**Correlations between Maternal Depression at One and Six Months and Maternal Personality at Six Months***

| Maternal Depression - My Feelings Scale (CES-D) | Self Scale Subscales | | |
|---|---|---|---|
| | Neuroticism | Extraversion | Agreeableness |
| MYFTO 01 | .498 | -.228 | -.275 |
| MYFTO 06 | .628 | -.261 | -.329 |

*ALL CORRELATIONS SIGNIFICANT AT THE .0001 LEVEL.

# NICHD Study of Early Child Care and Youth Development

# ORIENTATION TO THE STUDY

# Purpose of the Study

To examine how variations in early child care and other contexts of children's development are related to developmental outcomes.

# The Study "Team"

- Principal Investigators:  meet 5 times / year
- Site Coordinators:  meet 2 times / year
- Data Collectors:  meet for central training
- Health & Physical Development Assessors
- Most Important: the Study Families

# NICHD Early Child Care Research Network

| | |
|---|---|
| **Virginia Allhusen** | University of California: Irvine |
| **Mark Appelbaum** | University of California: San Diego |
| **Jay Belsky** | Birkbeck College, University of London |
| **Cathryn L. Booth** | University of Washington |
| **Robert Bradley** | University of Arkansas at Little Rock |
| **Celia Brownell** | University of Pittsburgh |
| **Peg Burchinal** | University of North Carolina at Chapel Hill |
| **Bettye Caldwell** | University of Arkansas at Little Rock |
| **Susan Campbell** | University of Pittsburgh |
| **Alison Clarke-Stewart** | University of California: Irvine |
| **Martha Cox** | University of North Carolina at Chapel Hill |
| **Sarah L. Friedman** | NICHD |
| **Willard Hartup** | University of Minnesota |
| **Ty Hartwell** | Research Triangle Institute |
| **Kathryn Hirsh-Pasek** | Temple University |
| **Aletha Huston** | University of Texas-Austin |

| | |
|---|---|
| **Lyz Jaeger** | St. Joseph's University |
| **Deborah Johnson** | Michigan State University |
| **Jean Kelly** | University of Washington |
| **Bonnie Knoke** | Research Triangle Institute |
| **Nancy Marshall** | Wellesley College |
| **Kathleen McCartney** | Harvard University |
| **Fred Morrison** | Loyola University Chicago |
| **Phil Nader** | University of California: San Diego |
| **Marion O'Brien** | University of Kansas |
| **Margaret Owen** | University of Texas-Dallas |
| **Ross Parke** | University of California: Riverside |
| **Chris Payne** | University of North Carolina at Greensboro |
| **Deborah Phillips** | Georgetown University |
| **Robert Pianta** | University of Virginia |
| **Suzanne Randolph** | University of Maryland, College Park |
| **Wendy Robeson** | Wellesley College |
| **Susan Spieker** | University of Washington |
| **Deborah Vandell** | University of Wisconsin-Madison |
| **Marsha Weinraub** | Temple University |

# 10 Data Collection Sites

- Arkansas
- California
- Kansas
- Massachusetts
- Pittsburgh, PA
- Philadelphia, PA
- Virginia
- Washington
- North Carolina
- Wisconsin



# Description of Sample

- 1,364 children enrolled at birth
- 1,103 children enrolled at Phase III
- Normative, longitudinal sample
- Families are diverse in:
  - geographic region
  - economic background
  - race / ethnicity
  - child care arrangements

# Demographic Characteristics of the Whole Sample

| | At 1 Month | At 36 Months | At 54 Months |
|---|---|---|---|
| **Number of Families** | N=1364 | N=1161 | N=1100 |
| **Income-to-Needs** | N=1274 | N=1151 | N=998 |
| 0-1(poverty) | 24.3% | 16.9% | 9% |
| >1-1.8 (near poverty) | 15.2% | 13.0% | 14% |
| >1.8 (nonpoor) | 60.4% | 70.1% | 77% |
| **Maternal Education** | N=1363 | N=1161 | N=1100 |
| No HS Degree | 10.2% | 8.9% | 8.6% |
| HS Degree or GED | 21.1% | 20.6% | 20.2% |
| Some College | 33.4% | 32.8% | 32.8% |
| College Degree | 20.8% | 22.0% | 22.7% |
| Post-Graduate Education | 14.5% | 15.7% | 15.6% |
| **Child Ethnicity** | N=1364 | N=1161 | N=1100 |
| White, Non-Hispanic | 76.4% | 78.6% | 78% |
| Black, Non-Hispanic | 12.7% | 11.2% | 11.5% |
| Hispanic | 6.1% | 5.9% | 5.7% |
| Other | 4.8% | .4% | 4.8% |

*Continued*

# Demographic Characteristics of the Whole Sample (continued)

| | At 1 Month | At 36 Months | At 54 Months |
|---|---|---|---|
| **Child Gender** | N=1364 | N=1161 | N=1100 |
| Male | 51.7% | 51.4% | 50.5% |
| Female | 48.3% | 48.6% | 49.5% |
| **Two-Parent Family** | N=1364 | N=1159 | N=1084 |
| Yes | 76.5% | 77.6% | 83% |
| No | 23.5% | 22.4% | 17% |
| **Hours/Week in Care** | | N=1161 | N=1128 |
| 0 – 9 | | 31.4% | 18.1% |
| 10 – 19 | | 9.2% | 13.2% |
| 20 – 29 | | 10.7% | 12.3% |
| 30 + | | 48.7% | 56.3% |
| **Type of Care** | | N=1161 | N=1136 |
| Child Care Center | | 29.6% | 54% |
| Child Care Home | | 20.2% | 11% |
| Relative/In-Home Care | | 28.5% | 25% |
| Mother | | 21.7% | 11% |

# Overview of the Study

- Phase I: Birth through 3 years
- Phase II: 54 months through Grade 1
- Phase III: Grade 2 through Grade 6

# Relations of interest at any given age and over time



# Data Collection Schedule (Phase I)

## Phase I

- **Major assessments at 1, 6, 15, 24, and 36 months.**
- **Intervening phone contacts with mother every 3 months.**

| | Child Age (in months) | | | | |
|---|---|---|---|---|---|
| Assessment Setting | 1 | 6 | 15 | 24 | 36 |
| **Home** | ● | ● | ● | ● | ● |
| **Child Care** | | ● | ● | ● | ● |
| **Laboratory** | | | ● | ● | ● |
| **Phone** | ● | ● | ● | ● | ● |

# Data Collection Schedule (Phase II)

## Phase II

- Major assessments at 54 months and first grade.
- Questionnaires in kindergarten.
- Intervening phone contacts with mother every 4 months.

| | Child Age (in months) | Grade | |
|---|---|---|---|
| Assessment Setting | 54 | K | 1 |
| **Home** | ● | | ● |
| **Laboratory** | ● | | ● |
| **Phone** | ● | ● | ● |
| **Mailed Questionnaire** | | ● | |
| **Child Care / School** | ● | | ● |

# Data Collection Schedule (Phase III)

## Phase III

- Major assessments at third and fifth grades.
- Lab Visit and School Visit at 4th and 6th grade.
- Intervening phone contacts every 6-12 months.
- HPDA at 9 1/2, 10 1/2, 11 1/2, and 12 1/2 years old.

| Assessment Setting | 2 | Grade 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Home | | ● | | ● | |
| Laboratory | | ● | ● | ● | ● |
| Phone | ● | ● | ● | ● | ● |
| Mailed Questionnaire | ● | ● | ● | ● | ● |
| School | | ● | | ● | |
| Health Clinic | | ● | ● | ● | ● |

# Constructs Measured

## Environment

**HOME/FAMILY CONTEXT**
Demographics
Quality of Home Life
Parent Characteristics
Parent-Child Behavior

**ALTERNATE CARE CONTEXT**
Group Size; Adult-Child Ratio
Caregiver Characteristics
Quantity
Stability
Quality

**SCHOOL CONTEXT**
Class Size; Teacher Education
School Curriculum
Classroom Quality
Child's Experiences

# Constructs Measured (cont.)

## Developmental Outcomes

**SOCIO-EMOTIONAL**
Quality of Relationships
Adjustment
Self Concept and Identity

**COGNITIVE**
Global Intellectual Functioning
Knowledge and Achievement
Cognitive Processes
Language Development

**HEALTH**
Growth (Height & Weight)
Health Status
Ear Infections
Respiratory Infections
Gastrointestinal Illnesses
Chronic Illnesses
Injury
Sleep
Physical Activity
Pubertal Status

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Monday, January 30, 2006 7:32 PM

**To:** List NEURO_MEASGRP-L

**Subject:** NEO Personality Inventory (NEO PI) and NEO Five-Factor Inventory (NEO-FFI)

**Per our discussion of maternal mental health at the meeting today, I am sending information about the NEO personality Inventory. I will also mention my conviction, which I share with others on the ND workgroup that we need to collect information from the mothers' partners as well as from the mothers. Sarah.**

1. **Name of Instrument:**

   NEO Personality Inventory (NEO PI) and NEO Five-Factor Inventory (NEO-FFI)

2. **Assessment (age and location):**

   6 mo. – Home

3. **DCC Form # and Revision Date:**

   06K 03/28/91 (6 mo. mothers only)
   08F 04/08/91 (6 mo. fathers/partners only) (six sites only)

4. **Item Level Data Set** **Analytic Data Set/Variables**

| Item Level Data Set | Analytic Data Set/Variables | |
|---|---|---|
| F06K | <u>FAM6</u> | |
| | NEURTM06 | Mat. neuroticism at 6 mo. |
| | EXTRVM06 | Mat. extraversion at 6 mo. |
| | AGREEM06 | Mat. agreeableness at 6 mo. |
| F08F | <u>HHS</u> | |
| | NEURTH06 | Paternal personality - neuroticism |
| | EXTRVH06 | Paternal personality - extraversion |
| | AGREEH06 | Paternal personality - agreeableness |
| | TSSSFF06 | Paternal personality total score |

5. **Description of Instrument:**

This instrument, which includes three subscales, was used to assess parental personality and was based on the NEO Personality Inventory and the NEO Five-Factor Inventory. For the purpose of this study, only three of the five NEO personality factors were measured and only selected facets within these factors were assessed. The neuroticism and extraversion scales are taken from the NEO PI, whereas the agreeableness subscale was based on the NEO FFI.

The NEO PI measure makes use of a conceptual model that incorporates decades of factor analytic research on the structure of personality. The NEO PI scales were originally developed and refined by a combination of rational and factor analytic methods and have been the subject of

intensive research conducted for 10 years of community-dwelling adults (Costa & McCrae, 1985). The NEO FFI (Costa & McCrae, 1989), which is based on the NEO PI, is a concise measure of the five major dimensions or domains of normal adult personality traits.

The neuroticism subscale assesses adjustment and emotional instability and identifies individuals prone to psychological distress, unrealistic ideas, extensive cravings or urges, and maladaptive coping responses. Persons scoring high on this scale can be characterized as worrying, nervous, emotional, insecure, inadequate and hypochondriacal, whereas a person scoring low can be described as calm, relaxed, unemotional, hardy, secure and self-satisfied. The full NEO PI neuroticism scale is comprised of 6 facets, only three of which are being used in the NICHD Study of Early Child Care: anxiety (tense, fearful, worried, apprehensive vs. calm, relaxed, stable and fearless), hostility (hot-tempered, angry, easily frustrated vs. amiable, even tempered, slow-to-take offense) and depression (hopeless, guilty, down hearted, blue vs. seldom sad, hopeful, feels worthwhile).

The extraversion subscale assesses the quantity and intensity of interpersonal interaction, activity level, need for stimulation, and capacity for joy. Persons scoring high on this subscale are characterized as sociable, active, talkative, person-oriented, optimistic, fun-loving and affectionate, whereas persons scoring low on this, scale are reserved, sober, unexuberant, aloof, task-oriented, retiring and quiet. Two of six facets of this subscales of the NEO PI are being used in the NICHD Study of Early Child Care: Warmth (outgoing, talkative, affectionate vs. cold, distant from others, formal) and Positive Emotions (cheerful, high-spirited, joyful vs. unenthusiastic, placid, serious).

The agreeableness subscale is from the NEO FFI (Costa & McCrae, 1989). In the NICHD Study of Early Child, agreeableness was measured by the 12 item agreeableness subscale of the NEO FFI (Costa & McCrae, 1989). The agreeableness subscale assesses six facets of interpersonal interaction, such as trust, modesty, compliance, altruism, straightforwardness, and tender-mindedness. Lower scores indicate hard-headedness and competitiveness whereas higher scores are indicative of compassion and cooperation.

**6. Modifications:**

As noted immediately above, only three of the five factors were measured and only selected facets within these factors were assessed. Such selection was carried out because of limits of time to administer the entire inventory.

**7. Rationale for Choosing Instrument:**

Because parents are psychological agents before, during, and after the birth of their child, parental personality could affect the quality of care that parents provide their children both directly and indirectly. It was therefore considered important to have a measure of the parental personality early in the study child's life and, ideally, before day care was initiated. The NEO PI and NEO-FFI instruments were selected because of their outstanding psychometric properties. Select subscales (domains) and facets were chosen because that they were expected to impact family functioning and child care selection thereby influencing child development. The NEO-FFI scales show correlations of .75 to .89 with the NEO-PI factors, and internal consistency values range from .74 to .89.

**8. Base Reference/Primary Citation:**

Costa, P. & McCrae, R. (1985) The NEO Personality Inventory Manual. Odessa, Fl: Psychological Assessment Resources, Inc.

Costa, P. & McCrae, R. (1989). NEO Five-Factor Inventory (NEO-FFI). Odessa Fl: Psychological Assessment Resources.

**9. Psychometric Information (sample, reliability, validity):**

a. Sample Characteristics

The NEO Personality Inventory (NEO PI) was developed on the basis of research conducted on participants in the Veterans Administration's Normative Aging Study in Boston, which consisted of a pool of over 2,000 male volunteers (mostly white veterans). All but the lowest socioeconomic statuses were well represented. In general, these men could be considered broadly representative of normal adult males (Costa & McCrae, 1985). The instrument was also used on and further developed on the basis of research with some 400 men and 300 women participating in the Augmented Baltimore Longitudinal Study of Aging. Participants in this work were recruited by a "snowball" technique; the resulting sample consists largely of individuals working in or retired from professional, managerial, or scientific occupations and is considerably better educated than the population in general. Some evidence suggests that the volunteers do not differ appreciably from national samples in the distribution of personality dispositions (Costa & McCrae, 1985).

b. Reliability

Internal-consistency reliability (alpha) has been calculated on men (n = 360) and women (n = 290) ranging in age from .21-89. The respective alpha coefficients for men and women, respectively, are .91/.93 for Neuroticism (.78/.82 anxiety; .76/.78 hostility; .75/.78 depression) and .89/.85 for Extraversion (.76/.69 warmth; .74/.71 positive emotions). When 31 of these men and women were retested after 6 months, test-retest reliability was .87 and .89, respectively, for Neuroticism and Extraversion, with the facets mentioned above ranging from (.71-.85) (Costa & McCrae, 1985). Based on data collected during the Baltimore Longitudinal Study of Aging, an internal-consistency reliability analysis (Cronbach's alpha) of the NEO FFI agreeableness domain resulted in an alpha of .69.

c. Validity

Evidence for the validity of the scales and subscales can be found in their discriminative correlation with other personality scales designed to measure these traits (e.g., Eysenck Personality Inventory; Guilford-Zimmerman Temperament Survey), convergent ratings between self-reports and spouse reports and between self reports and peer reports (Costa & McCrae,1985). Evidence of construct validity derives from longitudinal data indicating that whereas Neuroticism is inversely and significantly related to psychological well being 10 years into the future, the reverse is true of extraversion. Extensive details on these studies are to be found in the above-cited manuals.

**10. Scoring:**

Three subscales [N (neuroticism) E (extraversion) A (agreeableness)] were used in this study. The items in the self scale cycle of N, E and A items were in sets of three, so the first item is an N item, the second an E item and the third an A item. Thus, items 1, 4, 7… are N items; items 2, 5, 8… are E items; and items 3, 6, 9… are A items.

Items that get reverse scored when subscale scores are created by simply summing the items

in each subscale are listed below:

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development

6100 Executive Boulevard, Room 7B 13H
Rockville, MD 20852
Phone: 301 435-6946
Fax: 301 480-2400
e-mail: friedmas@exchange.nih.gov

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, January 30, 2006 3:33 PM
**To:** List NEURO_MEASGRP-L
**Attachments:** Sleep CCDR 66.pdf; Sleep CCDR 108.pdf

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development

6100 Executive Boulevard, Room 7B 13H
Rockville, MD 20852
Phone: 301 435-6946
Fax: 301 480-2400
e-mail: friedmas@exchange.nih.gov

**Quantitative Systems Laboratory** *Peabody College*
*Vanderbilt University*
*Nashville, Tennessee 37203*

# SLEEP MEASURES

# SIX AND FIFTEEN MONTHS

Child Care Data Report - 66

Compiled by:

Dan Newman
Laurie Grimes
Dee Ann Batten
Mark Appelbaum
Cyndea Wendell

(This report refers to Request # B0611014.)

*NICHD Study of Early Child Care*

**Sleep Measures**
**Six and Fifteen Months - Child Outcome Pod**

This report contains analyses of child's sleep problem at 6 and 15 months as requested by the Child Outcome Pod. The information for this report was taken exclusively from Form F06A (6-Month Home Interview Section 2) for the 6 month data, and from Form F15A (Home Interview Booklet 1 - 15 months) for the 15 month data. These data are housed in the Quantitative Systems Laboratory, Vanderbilt University, in files F06A and F15A15, respectively.

Most of the tables contain information from manifest variables as reported in the data set. There are 1,279 mothers who reported some information about the target child's sleep problems at 6 months; 1,243 mothers reported sleep problem information at 15 months. Of these reports, 901 contained reports of sleep problems at 6 months (900 with complete data) and 832 at 15 months. Composite variables for sleep problems were conceptualized four different ways for this report, three based on configurations found in the literature and a fourth model operationalized by the Pod. A series of Chi-square analyses were calculated within each time period for each pair of composite sleep variables to determine the relationship between the various sleep problem measures.

A list of variables (with previous name in parentheses if renamed) and constructs included in this report follows as does a table-by-table summary of the analyses.

<u>Variables</u>

| | |
|---|---|
| WAKWKM06/WAKWKM15 (WAK06/WAK15) | Night wakings in the last week |
| NTSWKM06/NTSWKM15 (WAKHMW06/WAKHMW15) | Frequency of night wakings in the last week |
| NONTSM06/NONTSM15 (WAKHMN06/WAKHMN15) | Average frequency of night wakings each night |
| PROBPM06/PROBPM15 (WAKPRB06/WAKPRB15) | Mother's perception of sleep as a problem |
| TIMUPM06/TIMUPM15 (WAKHL06/WAKHL15) | Average length of night wakings |
| SLPB1M06/SLPB1M15 | Sleep problem - Zuckerman et al (1987) |
| SLPB2M06/SLPB2M15 | Sleep problem - Richman (1981) |
| SLPB3M06/SLPB3M15 | Sleep problem - Lozoff et al (1985) |
| SLPB4M06/SLPB4M15 | Sleep problem - NICHD Study of Early Childcare |

## <u>CONSTRUCTS - 6 MONTH VARIABLES (TABLES 1 - 11)</u>

### <u>Night wakings in the last week - WAKWKM06 (Table 1)</u>

Mothers were asked to respond 'yes' or 'no' to the question, "In the last week, has BABY wakened you at night?". At 6 months, 70% (900) of mothers responded 'yes' to the question. There were no site differences.

### <u>Frequency of night wakings in the last week - NTSWKM06 (Table 2)</u>

Of mothers who reported night wakings, 40% reported being awakened 1 or 2 nights in response to the question, "On how many nights in the last week?" The largest single category, reported by 35% of mothers, was being awakened 7 nights, or every night of the week.

**Average frequency of night wakings each night - NONTSM06 (Table 3)**

Mothers were asked, "How many times each night did BABY generally wake up?" Over half of mothers (59%) reported being awakened 1 time during the night and about 13% reported being awakened more than 2 times a night on average.

**Mother's perception of sleep as a problem - PROBPM06 (Table 4)**

Mothers were also asked, "How much of a problem has BABY's awakening been for you; 1 (not much), 2 (somewhat), and 3 (quite a bit)?" Most mothers (72%) responded that the night wakings were 'not much' of a problem. Less than 5% rated the night wakings as 'quite a bit' of a problem.

**Average length of night wakings - TIMUPM06 (Table 5)**

Mothers were also asked to report the number of minutes in response to the question, "On average, for about how long would you say BABY was up each time BABY awakened?" For the overall sample of mothers reporting night wakings at 6 months, a mean of 23 minutes was reported. There was wide variability in responses reflected in the standard deviation of 30.74. Responses ranged from 0 (reported by 5 mothers) to 300 minutes (reported by 1 mother). There were no significant site differences.

**Correlational matrix (Table 6)**

The variable NTSWKM06 (frequency per week), NONTSM06 (frequency per night), and TIMUPM06 (average length of waking) were correlated with PROBPM06 (mother's perception of problem). Each of the three pairings is significantly correlated but at very low levels (all less than .3).

**Sleep problem defined by Zuckerman (1987) - SLPB1M06 (Table 7)**

According to Zuckerman et al. (1987), a child has a sleep problem if the child wakes 3 or more times per night (NONTSM06 GE 3), or the child is awake for an hour or more on average (TIMUPM06 GE 60), or the mother reports "severe" disruption (PROBPM06 = 3). Using this operationalization of sleep problems, 83% of respondents at 6 months do not have children with a sleep problem. The 17% with a sleep problem compares well with the Zuckerman et al. prediction that 18% of children would have a sleep problem at 8 months of age. The Chi-Square test for site differences was significant at the .05 level, with percentage with a sleep problem ranging from 10% (Kansas) to 26% (New Hampshire).

**Sleep problem defined by Richman (1981) - SLPB2M06 (Table 8)**

According to Richman (1981), a child is considered to have a sleep problem if the child wakes 5 or more nights per week (NTSWKM06 GE 5), and the child wakes 3 or more times per night (NONTSM06 GE 3), or the child is awake for more than 20 minutes (TIMUPM06 GT 20). Using this operationalization of sleep problems, almost 11% of respondents have children with sleep problems at 6 months. These results are consistent with the 6-10% figure at 1-2 years reported by Richman. No significant site differences were found using the Chi-Square test.

**Sleep problem defined by Lozoff et al. (1985) - SLPB3M06 (Table 9)**

According to Lozoff et al. (1985), a child has a sleep problem if the child wakes more than 3 nights per week (NTSWKM06 GT 3), and the mother reports disruption (PROBPM06 GE 2). Using this operationalization of sleep problems, 14% of mothers reportedly have children with sleep problems at 6 months. These results are lower than the 30% figure at 6 months to 4 years reported by Lozoff. No significant site differences were found using the Chi-Square test.

**Sleep problem defined by the NICHD Study of Early Child Care - SLPB4M06 (Table 10)**

According to the Child Outcome Pod of the NICHD Study of Early Child Care, a suggested definition for sleep problems includes the child waking more than 3 nights per week (NTSWKM06 GT 3), and the child waking 3 or more times per night (NONTSM06 GE 3), and the child being awake for 20 minutes or more (TIMUPM06 GE 20), and the mother reports sleep disruption (PROBPM06 GE 2). Using this definition, 1% of respondents have children with sleep problems at 6 months. No significant site differences were found using the Chi-Square test.

**Intercorrelations between sleep measures (Table 11)**

Chi-squares were computed for each unique pair of the 4 sleep measures. All measures were significantly different from the others, indicating each measure is reflecting different facets of sleep difficulties.

## 15 MONTH VARIABLES (TABLES 12 - 22)

### Night wakings in the last week - WAKWKM15 (Table 12)

Mothers were asked to respond 'yes' or 'no' to the question, "In the last week, has BABY wakened you at night?" At 15 months 67% (832) responded 'yes'. There were no significant site differences.

### Frequency of night wakings in the last week - NTSWKM15 (Table 13)

Of mothers who reported night wakings, 52% reported being awakened 1 or 2 nights in response to the question, "On how many nights in the last week?". About 16% reported being awakened 3 nights and 18% reported being awakened 7 nights during the week.

### Average frequency of night wakings each night - NONTSM15 (Table 14)

Mothers were also asked, "How many times each night did BABY generally wake up?", to which 67% reported 1 time and only 10% reported being awakened more than 2 times on average at night.

### Mother's perception of sleep as a problem - PROBPM15 (Table 15)

Mothers were then asked, "How much of a problem has BABY's awakening been for you; 1 (not much), 2 (somewhat), and 3 (quite a bit)?" Most mothers (75%) responded that the night wakings were 'not much' of a problem and less than 5% rated the night wakings as 'quite a bit' of a problem. Significant differences were found, with category 1 responses ranging from 58% (Washington) to 83% (Arkansas), category 2 responses ranging from 12% (Western Carolina) to 35% (Washington), and category 3 responses ranging from 1% (Arkansas) to 9% (Kansas).

### Average length of night wakings - TIMUPM15 (Table 16)

Mothers were asked to respond to the question, "On average, for about how long would you say BABY was up each time BABY awakened?" For the overall sample of mothers reporting night wakings at 15 months, a mean of 16 minutes of awake time was reported, with high variability reflected in the standard deviation of 34.39. Raw scores ranged from 0 (reported by 6 respondents) to 660 (reported by 1 mother), with means ranging from 10 minutes (Kansas) to 24 minutes (Temple). There were no significant site differences found.

**Correlational matrix (Table 17)**

The variables NTSWKM15 (frequency per week), NONTSM15 (frequency per night), and TIMUPM15 (average length of waking) were correlated with PROBPM15 (perception of problem). Each of the three pairings is significantly correlated but at relatively low levels (all less than .3).

**Sleep problem defined by Zuckerman (1987) - SLPB1M15 (Table18)**

According to Zuckerman et al. (1987), a child has a sleep problem if the child wakes three or more times per night (NONTSM15 GE 3), or the child is awake for an hour or more on average (TIMUPM15 GE 60), or the mother reports severe disruption (PROBPM15 = 3). Using this operationalization of sleep problems, 13% of mothers do have children with a sleep problem at 15 months. The results are lower, as expected with older children, than the 18% figure reported by Zuckerman for 6-month-old children. No significant site differences were found using the Chi-Square test.

**Sleep problem defined by Richman (1981) - SLPB2M15 (Table 19)**

According to Richman (1981), a child is considered to have a sleep problem if the child wakes 5 or more nights per week (NTSWKM15 GE 5), and the child wakes 3 or more times per night (NONTSM15 GE 3), or the child is awake for more than 20 minutes (TIMUPM15 GT 20). Using this operationalization of sleep problems, 4% of respondents have problems at 15 months. These results are lower than the 6-10% figure predicted by Richman for 1-2 year olds. No significant site differences were found using the Chi-Square test.

**Sleep problem defined by Lozoff et al. (1985) - SLPB3M15 (Table 20)**

According to Lozoff et al. (1985), a child has a sleep problem if the child wakes more than 3 nights per week (NTSWKM15 GT 3), and the mother reports disruption (PROBPM15 GE 2). Using this operationalization of sleep problems, 9% of mothers reportedly have children with a sleep problem at 15 months. These results are lower than the Lozoff et al. prediction that 30% of children 6 months to 4 years have a sleep problem lasting 1 month or more. Significant site differences were found using the Chi-Square test, with percentage reporting sleep problems ranging from 5% (Arkansas and Virginia sites) to 18% (Washington).

**Sleep problem defined by the NICHD Study of Early Child Care - SLPB4M15 (Table 21)**

According to the Child Outcome Pod of the NICHD Study of Early Child Care, sleep problem is defined as the child waking more than 3 nights per week (NTSWKM15 GT 3), and the child waking 3 or more times per night (NONTSM15 GE 3), and the child being awake for 20 minutes or more (TIMUPM15 GE 20), and the mother reports sleep disruption (PROBPM15 GE 2). Using this definition, .5% of respondents have children with sleep problems at 15 months. No significant site differences were found using the Chi-Square test.

**<u>Intercorrelations between sleep measures (Table 22)</u>**

Chi-squares were computed for each unique pair of the 4 sleep problem measures. All measures were significantly different from the others, indicating each measure is reflecting different facets of sleep difficulties.

| TABLE 1 | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Night wakings in the last week |
| **Age** | 6 month |
| **Data Form** | F06A |
| **Variable Definition** | 0=no, 1 = yes<br>WAKWKM06 = WAK06 |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | 1 | 1 |
| 0 | 37 | 30 | 46 | 29 | 40 | 40 | 39 | 37 | 43 | 37 | 378 |
| 1 | 95 | 98 | 82 | 103 | 80 | 86 | 83 | 88 | 96 | 89 | 900 |
| Total | 132 | 128 | 128 | 132 | 120 | 126 | 122 | 125 | 139 | 126 | 1278 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 28.03 | 23.44 | 35.94 | 21.97 | 33.33 | 31.75 | 31.97 | 29.60 | 30.94 | 29.37 | 29.58 |
| 1 | 71.97 | 76.56 | 64.06 | 78.03 | 66.67 | 68.25 | 68.03 | 70.40 | 69.06 | 70.63 | 70.42 |
| Total | 10.33 | 10.02 | 10.02 | 10.33 | 9.39 | 9.86 | 9.55 | 9.78 | 10.88 | 9.86 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 10.388$, $p < .320$, $DF = 9$

**TABLE 2**

| | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Frequency of night wakings in the last week |
| **Age** | 6 month |
| **Data Form** | F06A |
| **Variable Definition** | NTSWKM06 = WAKHMW06 (Missing = no wakings in night) |

Frequencies.

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | 38 | 30 | 46 | 29 | 40 | 40 | 39 | 37 | 43 | 37 | 379 |
| 1 | 15 | 22 | 17 | 25 | 17 | 15 | 11 | 14 | 14 | 23 | 173 |
| 2 | 22 | 10 | 17 | 20 | 22 | 17 | 27 | 17 | 20 | 20 | 192 |
| 3 | 6 | 7 | 7 | 14 | 3 | 7 | 7 | 8 | 8 | 9 | 76 |
| 4 | 10 | 4 | 5 | 5 | 9 | 3 | 3 | 8 | 4 | 2 | 53 |
| 5 | 5 | 7 | 3 | 5 | 5 | 9 | 5 | 5 | 3 | 4 | 51 |
| 6 | 3 | 3 | 6 | 5 | 4 | 2 | 6 | 7 | 3 | 3 | 42 |
| 7 | 33 | 45 | 27 | 29 | 20 | 33 | 24 | 29 | 44 | 29 | 313 |
| Total | 94 | 98 | 82 | 103 | 80 | 86 | 83 | 88 | 96 | 90 | 900 |

Percentages (conditional on site).

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15.96 | 22.45 | 20.73 | 24.27 | 21.25 | 17.44 | 13.25 | 15.91 | 14.58 | 25.56 | 19.22 |
| 2 | 23.40 | 10.20 | 20.73 | 19.42 | 27.50 | 19.77 | 32.53 | 19.32 | 20.83 | 22.22 | 21.33 |
| 3 | 6.38 | 7.14 | 8.54 | 13.59 | 3.75 | 8.14 | 8.43 | 9.09 | 8.33 | 10.00 | 8.44 |
| 4 | 10.64 | 4.08 | 6.10 | 4.85 | 11.25 | 3.49 | 3.61 | 9.09 | 4.17 | 2.22 | 5.89 |
| 5 | 5.32 | 7.14 | 3.66 | 4.85 | 6.25 | 10.47 | 6.02 | 5.68 | 3.13 | 4.44 | 5.67 |
| 6 | 3.19 | 3.06 | 7.32 | 4.85 | 5.00 | 2.33 | 7.23 | 7.95 | 3.13 | 3.33 | 4.67 |
| 7 | 35.11 | 45.92 | 32.93 | 28.16 | 25.00 | 38.37 | 28.92 | 32.95 | 45.83 | 32.22 | 34.78 |
| Total | 10.44 | 10.89 | 9.11 | 11.44 | 8.89 | 9.56 | 9.22 | 9.78 | 10.67 | 10.00 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 64.899$, $p < .147$, DF = 54

| |
|---|
| |

| TABLE 3 | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Average frequency of night wakings each night |
| **Age** | 6 month |
| **Data Form** | F06A |
| **Variable Definition** | NONTSM06 = WAKHMN06 |

Frequencies.

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | 37 | 30 | 46 | 30 | 40 | 40 | 39 | 37 | 43 | 37 | 379 |
| 1 | 54 | 60 | 54 | 63 | 41 | 52 | 51 | 51 | 53 | 51 | 530 |
| 2 | 28 | 25 | 22 | 26 | 29 | 26 | 22 | 24 | 25 | 25 | 252 |
| 3 | 7 | 9 | 2 | 6 | 9 | 3 | 8 | 9 | 16 | 10 | 79 |
| 4 | 3 | 2 | 3 | 3 | 1 | 4 | 1 | 4 | 2 | 3 | 26 |
| 5 | 1 | 1 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 7 |
| 6 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| 7 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Total | 95 | 98 | 82 | 102 | 80 | 86 | 83 | 88 | 96 | 90 | 900 |

Percentages (conditional on site).

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 56.84 | 61.22 | 65.85 | 61.76 | 51.25 | 60.47 | 61.45 | 57.95 | 55.21 | 56.67 | 58.89 |
| 2 | 29.47 | 25.51 | 26.83 | 25.49 | 36.25 | 30.23 | 26.51 | 27.27 | 26.04 | 27.78 | 28.00 |
| 3 | 7.37 | 9.18 | 2.44 | 5.88 | 11.25 | 3.49 | 9.64 | 10.23 | 16.67 | 11.11 | 8.78 |
| 4 | 3.16 | 2.04 | 3.66 | 2.94 | 1.25 | 4.65 | 1.20 | 4.55 | 2.08 | 3.33 | 2.89 |
| 5 | 1.05 | 1.02 | 1.22 | 1.96 | 0.00 | 1.16 | 1.20 | 0.00 | 0.00 | 0.00 | 0.78 |
| 6 | 0.00 | 0.00 | 0.00 | 0.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.11 | 0.22 |
| 7 | 2.11 | 1.02 | 0.00 | 0.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.44 |
| Total | 10.56 | 10.89 | 9.11 | 11.33 | 8.89 | 9.56 | 9.22 | 9.78 | 10.67 | 10.00 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 49.10$, $p < .663$, $DF = 54$

**TABLE 4**

| | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Mother's perception of sleep as a problem |
| **Age** | 6 month |
| **Data Form** | F06A |
| **Variable Definition** | 1 = not much, 2 = somewhat, 3 = quite a bit<br>PROBPM06 = WAKPRB06 |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | 37 | 30 | 46 | 29 | 40 | 40 | 39 | 37 | 43 | 37 | 378 |
| 1 | 77 | 68 | 62 | 69 | 64 | 58 | 60 | 57 | 70 | 67 | 652 |
| 2 | 14 | 25 | 19 | 30 | 15 | 21 | 22 | 24 | 19 | 21 | 210 |
| 3 | 4 | 5 | 1 | 4 | 1 | 7 | 1 | 7 | 7 | 2 | 39 |
| Total | 95 | 98 | 82 | 103 | 80 | 86 | 83 | 88 | 96 | 90 | 901 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 81.05 | 69.39 | 75.61 | 66.99 | 80.00 | 67.44 | 72.29 | 64.77 | 72.92 | 74.44 | 72.36 |
| 2 | 14.74 | 25.51 | 23.17 | 29.13 | 18.75 | 24.42 | 26.51 | 27.27 | 19.79 | 23.33 | 23.31 |
| 3 | 4.21 | 5.10 | 1.22 | 3.88 | 1.25 | 8.14 | 1.20 | 7.95 | 7.29 | 2.22 | 4.33 |
| Total | 10.54 | 10.88 | 9.10 | 11.43 | 8.88 | 9.54 | 9.21 | 9.77 | 10.65 | 9.99 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 25.58$, $p < .110$, DF = 18

**TABLE 5**

| | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Average length of night wakings: Minutes |
| **Age** | 6 month |
| **Data Form** | F06A |
| **Variable Definition** | TIMUPM06 = WAKHL06 |

**SUMMARY STATISTICS**

| Site | N | Mean | Std. Dev. | Skewness | Kurtosis | Missing |
|---|---|---|---|---|---|---|
| **Sample** | 901 | 22.79 | 30.74 | 3.82 | 20.05 | 378 |
| **Ark - 0** | 95 | 27.42 | 35.96 | 3.25 | 13.62 | 37 |
| **Cal - 1** | 98 | 16.45 | 17.77 | 2.84 | 11.82 | 30 |
| **Kan - 2** | 82 | 21.94 | 25.48 | 3.13 | 11.56 | 46 |
| **NHmp - 3** | 103 | 28.65 | 33.45 | 2.88 | 11.41 | 29 |
| **Penn - 4** | 80 | 24.43 | 36.27 | 3.28 | 12.44 | 40 |
| **Temp - 5** | 86 | 20.06 | 19.49 | 2.20 | 7.34 | 40 |
| **Vir - 6** | 83 | 21.95 | 22.48 | 2.66 | 8.37 | 39 |
| **Wash - 7** | 88 | 22.02 | 29.80 | 3.09 | 11.22 | 37 |
| **WCar - 8** | 96 | 27.59 | 47.71 | 3.77 | 15.92 | 43 |
| **Wisc - 9** | 90 | 16.40 | 22.26 | 3.53 | 14.09 | 37 |

**ANOVA for SITE**

$F(9, 891) = 1.95 \quad p < .0421$

## Table 6

| | NTSWKM06 (freq/wk) | NONTSM06 (freq/nt) | TIMUPM06 (length) |
|---|---|---|---|
| **PROBPM06 (Mom's percep.)** | .27775<br>.0001<br>900 | .26101<br>.0001<br>900 | .18562<br>.0001<br>901 |

| TABLE 7 | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Sleep problem defined by Zuckerman et al (1987) |
| **Age** | 6 month |
| **Data Form** | F06A |
| **Variable Definition** | IF (NONTSM06 GE 3) OR (TIMUPM06 GE 60) OR (PROBPM06 EQ 3) THEN SLPB1M06 = 1; ELSE SLPB1M06 = 0; |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 109 | 105 | 115 | 98 | 100 | 108 | 107 | 100 | 109 | 108 | 1059 |
| 1 | 23 | 23 | 13 | 34 | 20 | 18 | 15 | 25 | 30 | 19 | 220 |
| Total | 132 | 128 | 128 | 132 | 120 | 126 | 122 | 125 | 139 | 127 | 1279 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 82.58 | 82.03 | 89.84 | 74.24 | 83.33 | 85.71 | 87.70 | 80.00 | 78.42 | 85.04 | 82.80 |
| 1 | 17.42 | 17.97 | 10.16 | 25.76 | 16.67 | 14.29 | 12.30 | 20.00 | 21.58 | 14.96 | 17.20 |
| Total | 10.32 | 10.01 | 10.01 | 10.32 | 9.38 | 9.85 | 9.54 | 9.77 | 10.87 | 9.93 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 17.160$, $p < .046$, $DF = 9$

| TABLE 8 | |
|---|---|
| Pod | Child Outcome Pod |
| Construct | Sleep problem defined by Richman (1981) |
| Age | 6 month |
| Data Form | F06A |
| Variable Definition | IF (NTSWKM06 GE 5) AND ((NONTSM06 GE 3) OR (TIMUPM06 GT 20)) THEN SLPB2M06 = 1; ELSE SLPB2M06 = 0; |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 120 | 111 | 115 | 114 | 111 | 113 | 112 | 115 | 115 | 115 | 1141 |
| 1 | 12 | 17 | 13 | 18 | 9 | 13 | 10 | 10 | 24 | 12 | 138 |
| Total | 132 | 128 | 128 | 132 | 120 | 126 | 122 | 125 | 139 | 127 | 1279 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 90.91 | 86.72 | 89.84 | 86.36 | 92.50 | 89.68 | 91.80 | 92.00 | 82.73 | 90.55 | 89.21 |
| 1 | 9.09 | 13.28 | 10.16 | 13.64 | 7.50 | 10.32 | 8.20 | 8.00 | 17.27 | 9.45 | 10.79 |
| Total | 10.32 | 10.01 | 10.01 | 10.32 | 9.38 | 9.85 | 9.54 | 9.77 | 10.87 | 9.93 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 11.302$, $p < .256$, DF = 9

| TABLE 9 | |
|---|---|
| **Pod** | **Child Outcome Pod** |
| **Construct** | **Sleep problem defined by Lozoff et al (1985)** |
| **Age** | **6 month** |
| **Data Form** | **F06A** |
| **Variable Definition** | **IF (NTSWKM06 GT 3) AND (PROBPM06 GE 2) THEN SLPB3M06 = 1; ELSE SLPB3M06 = 0;** |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 119 | 104 | 114 | 107 | 107 | 105 | 106 | 104 | 119 | 113 | 1098 |
| 1 | 13 | 24 | 14 | 25 | 13 | 21 | 16 | 21 | 20 | 14 | 181 |
| Total | 132 | 128 | 128 | 132 | 120 | 126 | 122 | 125 | 139 | 127 | 1279 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 90.15 | 81.25 | 89.06 | 81.06 | 89.17 | 83.33 | 86.89 | 83.20 | 85.61 | 88.98 | 85.85 |
| 1 | 9.85 | 18.75 | 10.94 | 18.94 | 10.83 | 16.67 | 13.11 | 16.80 | 14.39 | 11.02 | 14.15 |
| Total | 10.32 | 10.01 | 10.01 | 10.32 | 9.38 | 9.85 | 9.54 | 9.77 | 10.87 | 9.93 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 11.420$, $p < .248$, DF = 9

| TABLE 10 | |
|---|---|
| Pod | Child Outcome Pod |
| Construct | Sleep problem defined by NICHD Study of Early Childcare |
| Age | 6 month |
| Data Form | F06A |
| Variable Definition | IF (NTSWKM06 GT 3) AND (NONTSM06 GE 3) AND (TIMUPM06 GE 20) AND (PROBPM06 GE 2) THEN SLPB4M06 = 1; ELSE SLPB4M06 = 0; |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 130 | 127 | 127 | 130 | 120 | 126 | 121 | 124 | 136 | 127 | 1268 |
| 1 | 2 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 3 | 0 | 11 |
| Total | 132 | 128 | 128 | 132 | 120 | 126 | 122 | 125 | 139 | 127 | 1279 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 98.48 | 99.22 | 99.22 | 98.48 | 100.0 | 100.0 | 99.18 | 99.20 | 97.84 | 100.0 | 99.14 |
| 1 | 1.52 | 0.78 | 0.78 | 1.52 | 0.00 | 0.00 | 0.82 | 0.80 | 2.16 | 0.00 | 0.86 |
| Total | 10.32 | 10.01 | 10.01 | 10.32 | 9.38 | 9.85 | 9.54 | 9.77 | 10.87 | 9.93 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 9.489$, $p < .393$, $DF = 9$

# Table 11

**TABLE OF SLPB1M06 BY SLPB2M06**
**SLPB1M06(SLEEP PROB, ZUCKERMAN)**
**SLPB2M06(SLEEP PROB, RICHMAN)**

| Frequency / Percent / Row Pct / Col Pct | SLPB1M06 | SLPB2M06 | Total |
|---|---|---|---|
| SLPB1M06 | 753 | 306 | 1059 |
| | 58.87 | 23.92 | 82.80 |
| | 71.10 | 28.90 | |
| | 86.25 | 75.37 | |
| SLPB2M06 | 120 | 100 | 220 |
| | 9.38 | 7.82 | 17.20 |
| | 54.55 | 45.45 | |
| | 13.75 | 24.63 | |
| Total | 873 | 406 | 1279 |
| | 68.26 | 31.74 | 100.00 |

Likelihood Ratio Chi-Square 1 22.021 0.001

**TABLE OF SLPB1M06 BY SLPB3M06**
**SLPB1M06(SLEEP PROB, ZUCKERMAN)**
**SLPB3M06(SLEEP PROB, LOZOFF)**

| Frequency / Percent / Row Pct / Col Pct | SLPB1M06 | SLPB3M06 | Total |
|---|---|---|---|
| SLPB1M06 | 959 | 100 | 1059 |
| | 74.98 | 7.82 | 82.80 |
| | 90.56 | 9.44 | |
| | 87.34 | 55.25 | |
| SLPB3M06 | 139 | 81 | 220 |
| | 10.87 | 6.33 | 17.20 |
| | 63.18 | 36.82 | |
| | 12.66 | 44.75 | |
| Total | 1098 | 181 | 1279 |
| | 85.85 | 14.15 | 100.00 |

Likelihood Ratio Chi-Square 1 91.177 0.001

**Table 11 (Continued)**

**TABLE OF SLPB1M06 BY SLPB4M06**
**SLPB1M06(SLEEP PROB, ZUCKERMAN)**
**SLPB4M06(SLEEP PROB, NICHD)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB1M06 | SLPB4M06 | Total |
|---|---|---|---|
| SLPB1M06 | 1059<br>82.80<br>100.00<br>83.52 | 0<br>0.00<br>0.00<br>0.00 | 1059<br>82.80 |
| SLPB4M06 | 209<br>16.34<br>95.00<br>16.48 | 11<br>0.86<br>5.00<br>100.00 | 220<br>17.20 |
| Total | 1268<br>99.14 | 11<br>0.86 | 1279<br>100.00 |

Likelihood Ratio Chi-Square 1 39.189 0.001

**TABLE OF SLPB2M06 BY SLPB3M06**
**SLPB2M06(SLEEP PROB, RICHMAN)**
**SLPB3M06(SLEEP PROB, LOZOFF)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB2M06 | SLPB3M06 | Total |
|---|---|---|---|
| SLPB2M06 | 857<br>67.01<br>98.17<br>78.05 | 16<br>1.25<br>1.83<br>8.84 | 873<br>68.26 |
| SLPB3M06 | 241<br>18.84<br>59.36<br>21.95 | 165<br>12.90<br>40.64<br>91.16 | 406<br>31.74 |
| Total | 1098<br>85.85 | 181<br>14.15 | 1279<br>100.00 |

Likelihood Ratio Chi-Square 1 334.707 0.001