**Table 11 (Continued)**

**TABLE OF SLPB2M06 BY SLPB4M06**
**SLPB2M06(SLEEP PROB, RICHMAN)**
**SLPB4M06(SLEEP PROB, NICHD)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB2M06 | SLPB4M06 | Total |
|---|---|---|---|
| SLPB2M06 | 870<br>68.02<br>99.66<br>68.61 | 3<br>0.23<br>0.34<br>27.27 | 873<br>68.26 |
| SLPB4M06 | 398<br>31.12<br>98.03<br>31.39 | 8<br>0.63<br>1.97<br>72.73 | 406<br>31.74 |
| Total | 1268<br>99.14 | 11<br>0.86 | 1279<br>100.00 |

Likelihood Ratio Chi-Square 1 7.834 0.005

**TABLE OF SLPB3M06 BY SLPB4M06**
**SLPB3M06(SLEEP PROB, LOZOFF)**
**SLPB4M06(SLEEP PROB, NICHD)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB3M06 | SLPB4M06 | Total |
|---|---|---|---|
| SLPB3M06 | 1098<br>85.85<br>100.00<br>86.59 | 0<br>0.00<br>0.00<br>0.00 | 1098<br>85.85 |
| SLPB4M06 | 170<br>13.29<br>93.92<br>13.41 | 11<br>0.86<br>6.08<br>100.00 | 181<br>14.15 |
| Total | 1268<br>99.14 | 11<br>0.86 | 1279<br>100.00 |

Likelihood Ratio Chi-Square 1 43.605 0.001

| TABLE 12 | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Night wakings in the last week |
| **Age** | 15 month |
| **Data Form** | F15A |
| **Variable Definition** | 0=no, 1=yes<br>WAKWKM15 = WAK15 |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 37 | 36 | 39 | 38 | 55 | 37 | 39 | 39 | 49 | 42 | 411 |
| 1 | 93 | 92 | 82 | 91 | 65 | 85 | 74 | 84 | 83 | 83 | 832 |
| Total | 130 | 128 | 121 | 129 | 120 | 122 | 113 | 123 | 132 | 125 | 1243 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 28.46 | 28.13 | 32.23 | 29.46 | 45.83 | 30.33 | 34.51 | 31.71 | 37.12 | 33.60 | 33.07 |
| 1 | 71.54 | 71.88 | 67.77 | 70.54 | 54.17 | 69.67 | 65.49 | 68.29 | 62.88 | 66.40 | 66.93 |
| Total | 10.46 | 10.30 | 9.73 | 10.38 | 9.65 | 9.81 | 9.09 | 9.90 | 10.62 | 10.06 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 13.552$, $p < .139$, DF = 9

## TABLE 13

| | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Frequency of night wakings in the last week |
| **Age** | 15 month |
| **Data Form** | F15A |
| **Variable Definition** | NTSWKM15 = WAKHMW15 (Missing = no wakings in night) |

Frequencies.

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | 37 | 36 | 39 | 38 | 55 | 37 | 39 | 39 | 49 | 42 | 411 |
| 1 | 25 | 26 | 21 | 21 | 15 | 31 | 21 | 16 | 28 | 19 | 223 |
| 2 | 26 | 26 | 18 | 21 | 18 | 20 | 22 | 18 | 15 | 25 | 209 |
| 3 | 13 | 11 | 15 | 23 | 12 | 13 | 15 | 15 | 6 | 7 | 130 |
| 4 | 8 | 7 | 4 | 4 | 1 | 5 | 6 | 2 | 4 | 8 | 49 |
| 5 | 2 | 4 | 6 | 7 | 2 | 1 | 1 | 5 | 3 | 6 | 37 |
| 6 | 2 | 5 | 1 | 2 | 5 | 2 | 2 | 6 | 5 | 4 | 34 |
| 7 | 17 | 13 | 17 | 13 | 12 | 13 | 7 | 22 | 22 | 14 | 150 |
| Total | 93 | 92 | 82 | 91 | 65 | 85 | 74 | 84 | 83 | 83 | 832 |

Percentages (conditional on site).

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 26.88 | 28.26 | 25.61 | 23.08 | 23.08 | 36.47 | 28.38 | 19.05 | 33.73 | 22.89 | 26.80 |
| 2 | 27.96 | 28.26 | 21.95 | 23.08 | 27.69 | 23.53 | 29.73 | 21.43 | 18.07 | 30.12 | 25.12 |
| 3 | 13.98 | 11.96 | 18.29 | 25.27 | 18.46 | 15.29 | 20.27 | 17.86 | 7.23 | 8.43 | 15.63 |
| 4 | 8.60 | 7.61 | 4.88 | 4.40 | 1.54 | 5.88 | 8.11 | 2.38 | 4.82 | 9.64 | 5.89 |
| 5 | 2.15 | 4.35 | 7.32 | 7.69 | 3.08 | 1.18 | 1.35 | 5.95 | 3.61 | 7.23 | 4.45 |
| 6 | 2.15 | 5.43 | 1.22 | 2.20 | 7.69 | 2.35 | 2.70 | 7.14 | 6.02 | 4.82 | 4.09 |
| 7 | 18.28 | 14.13 | 20.73 | 14.29 | 18.46 | 15.29 | 9.46 | 26.19 | 26.51 | 16.87 | 18.03 |
| Total | 11.18 | 11.06 | 9.86 | 10.94 | 7.81 | 10.22 | 8.89 | 10.10 | 9.98 | 9.98 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 70.675$, $p < .063$, DF = 54

## TABLE 14

| | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Average frequency of night wakings each night |
| **Age** | 15 month |
| **Data Form** | F15A |
| **Variable Definition** | NONTSM15 = WAKHMN15 |

Frequencies.

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | 37 | 36 | 39 | 38 | 55 | 37 | 39 | 39 | 49 | 42 | 411 |
| 1 | 66 | 66 | 57 | 56 | 43 | 58 | 51 | 55 | 47 | 56 | 555 |
| 2 | 19 | 20 | 20 | 27 | 16 | 18 | 11 | 15 | 26 | 18 | 190 |
| 3 | 5 | 2 | 2 | 4 | 5 | 8 | 10 | 11 | 9 | 6 | 62 |
| 4 | 2 | 2 | 1 | 2 | 0 | 1 | 1 | 2 | 1 | 2 | 14 |
| 5 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 4 |
| 6 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 5 |
| 7 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Total | 93 | 92 | 82 | 91 | 65 | 85 | 74 | 84 | 83 | 83 | 832 |

Percentages (conditional on site).

| VALUE | Site 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 70.97 | 71.74 | 69.51 | 61.54 | 66.15 | 68.24 | 68.92 | 65.48 | 56.63 | 67.47 | 66.71 |
| 2 | 20.43 | 21.74 | 24.39 | 29.67 | 24.62 | 21.18 | 14.86 | 17.86 | 31.33 | 21.69 | 22.84 |
| 3 | 5.38 | 2.17 | 2.44 | 4.40 | 7.69 | 9.41 | 13.51 | 13.10 | 10.84 | 7.23 | 7.45 |
| 4 | 2.15 | 2.17 | 1.22 | 2.20 | 0.00 | 1.18 | 1.35 | 2.38 | 1.20 | 2.41 | 1.68 |
| 5 | 1.08 | 0.00 | 1.22 | 0.00 | 1.54 | 0.00 | 1.35 | 0.00 | 0.00 | 0.00 | 0.48 |
| 6 | 0.00 | 2.17 | 1.22 | 0.00 | 0.00 | 0.00 | 0.00 | 1.19 | 0.00 | 1.20 | 0.60 |
| 7 | 0.00 | 0.00 | 0.00 | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.24 |
| Total | 11.18 | 11.06 | 9.86 | 10.94 | 7.81 | 10.22 | 8.89 | 10.10 | 9.98 | 9.98 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 57.837$, $p < .336$, $DF = 54$

**TABLE 15**

| | |
|---|---|
| **Pod** | Child Outcome Pod |

| | |
|---|---|
| **Construct** | Mother's perception of sleep as a problem |
| **Age** | 15 month |
| **Data Form** | F15A |
| **Variable Definition** | 1 = not much, 2 = somewhat, 3 = quite a bit<br>PROBPM15 = WAKPRB15 |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | 37 | 37 | 39 | 38 | 55 | 37 | 39 | 39 | 49 | 42 | 412 |
| 1 | 77 | 62 | 64 | 62 | 52 | 62 | 61 | 49 | 68 | 67 | 624 |
| 2 | 15 | 26 | 11 | 23 | 11 | 16 | 12 | 29 | 10 | 14 | 167 |
| 3 | 1 | 3 | 7 | 6 | 2 | 7 | 1 | 6 | 5 | 2 | 40 |
| Total | 93 | 91 | 82 | 91 | 65 | 85 | 74 | 84 | 83 | 83 | 831 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 82.80 | 68.13 | 78.05 | 68.13 | 80.00 | 72.94 | 82.43 | 58.33 | 81.93 | 80.72 | 75.09 |
| 2 | 16.13 | 28.57 | 13.41 | 25.27 | 16.92 | 18.82 | 16.22 | 34.52 | 12.05 | 16.87 | 20.10 |
| 3 | 1.08 | 3.30 | 8.54 | 6.59 | 3.08 | 8.24 | 1.35 | 7.14 | 6.02 | 2.41 | 4.81 |
| Total | 11.19 | 10.95 | 9.87 | 10.95 | 7.82 | 10.23 | 8.90 | 10.11 | 9.99 | 9.99 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 39.545$, $p < .002$, DF = 18

| TABLE 16 | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Average length of night wakings: Minutes |
| **Age** | 15 month |
| **Data Form** | F15A |
| **Variable Definition** | TIMUPM15 = WAKHL15 |

**SUMMARY STATISTICS**

| Site | N | Mean | Std. Dev. | Skewness | Kurtosis | Missing |
|---|---|---|---|---|---|---|
| **Sample** | 832 | 16.17 | 34.29 | 10.03 | 159.34 | 411 |
| **Ark - 0** | 93 | 16.59 | 27.08 | 3.82 | 17.58 | 37 |
| **Cal - 1** | 92 | 16.68 | 20.76 | 2.55 | 7.65 | 36 |
| **Kan - 2** | 82 | 9.80 | 11.42 | 2.69 | 8.59 | 39 |
| **NHmp - 3** | 91 | 19.08 | 30.17 | 3.00 | 10.54 | 38 |
| **Penn - 4** | 65 | 15.60 | 28.40 | 4.21 | 20.13 | 55 |
| **Temp - 5** | 85 | 23.69 | 75.50 | 7.46 | 61.72 | 37 |
| **Vir - 6** | 74 | 21.08 | 46.26 | 4.73 | 24.35 | 39 |
| **Wash - 7** | 84 | 12.32 | 15.14 | 1.85 | 2.91 | 39 |
| **WCar - 8** | 83 | 15.19 | 20.37 | 2.10 | 3.97 | 49 |
| **Wisc - 9** | 83 | 11.48 | 17.27 | 3.69 | 18.93 | 42 |

**ANOVA for SITE**

$F(9, 822) = 1.32 \quad p < .2234$

## Table 17

| | NTSWKM15 (freq/wk) | NONTSM15 (freq/nt) | TIMUPM15 (length) |
|---|---|---|---|
| **PROBPM15 (Mom's percep.)** | .29324<br>.0001<br>831 | .26259<br>.0001<br>831 | .12121<br>.0005<br>831 |

**TABLE 18**

| | |
|---|---|
| **Pod** | Child Outcome Pod |
| **Construct** | Sleep problem defined by Zuckerman et al (1987) |
| **Age** | 15 month |
| **Data Form** | F15A |
| **Variable Definition** | IF (NONTSM15 GE 3) OR (TIMUPM15 GE 60) OR (PROBPM15 EQ 3) THEN SLPB1M15 = 1; ELSE SLPB1M15 = 0; |

Frequencies. Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 114 | 112 | 110 | 108 | 109 | 102 | 94 | 103 | 111 | 113 | 1076 |
| 1 | 16 | 16 | 11 | 21 | 11 | 20 | 19 | 20 | 21 | 12 | 167 |
| Total | 130 | 128 | 121 | 129 | 120 | 122 | 113 | 123 | 132 | 125 | 1243 |

Percentages (conditional on site). Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 87.69 | 87.50 | 90.91 | 83.72 | 90.83 | 83.61 | 83.19 | 83.74 | 84.09 | 90.40 | 86.56 |
| 1 | 12.31 | 12.50 | 9.09 | 16.28 | 9.17 | 16.39 | 16.81 | 16.26 | 15.91 | 9.60 | 13.44 |
| Total | 10.46 | 10.30 | 9.73 | 10.38 | 9.65 | 9.81 | 9.09 | 9.90 | 10.62 | 10.06 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 10.452$, $p < .315$, DF = 9

| TABLE 19 | |
|---|---|
| **Pod** | **Child Outcome Pod** |
| **Construct** | **Sleep problem defined by Richman (1981)** |
| **Age** | **15 month** |
| **Data Form** | **F15A** |
| **Variable Definition** | **IF (NTSWKM15 GE 5) AND (( NONTSM15 GE 3) OR (TIMUPM15 GT 20)) THEN SLPB2M15 = 1; ELSE SLPB2M15 = 0;** |

**Frequencies.** Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 125 | 123 | 116 | 124 | 113 | 116 | 112 | 112 | 127 | 121 | 1189 |
| 1 | 5 | 5 | 5 | 5 | 7 | 6 | 1 | 11 | 5 | 4 | 54 |
| Total | 130 | 128 | 121 | 129 | 120 | 122 | 113 | 123 | 132 | 125 | 1243 |

**Percentages (conditional on site).** Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 96.15 | 96.09 | 95.87 | 96.12 | 94.17 | 95.08 | 99.12 | 91.06 | 96.21 | 96.80 | 95.66 |
| 1 | 3.85 | 3.91 | 4.13 | 3.88 | 5.83 | 4.92 | 0.88 | 8.94 | 3.79 | 3.20 | 4.34 |
| Total | 10.46 | 10.30 | 9.73 | 10.38 | 9.65 | 9.81 | 9.09 | 9.90 | 10.62 | 10.06 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 11.057$, $p < .272$, DF = 9

| TABLE 20 | |
|---|---|
| **Pod** | **Child Outcome Pod** |
| **Construct** | **Sleep problem defined by Lozoff et al (1985)** |
| **Age** | **15 month** |
| **Data Form** | **F15A** |
| **Variable Definition** | **IF (NTSWKM15 GT 3) AND (PROBPM15 GE 2) THEN SLPB3M15 = 1; ELSE SLPB3M15 = 0;** |

**Frequencies.** Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 123 | 114 | 111 | 113 | 111 | 110 | 107 | 101 | 120 | 117 | 1127 |
| 1 | 7 | 14 | 10 | 16 | 9 | 12 | 6 | 22 | 12 | 8 | 116 |
| Total | 130 | 128 | 121 | 129 | 120 | 122 | 113 | 123 | 132 | 125 | 1243 |

**Percentages (conditional on site).** Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 94.62 | 89.06 | 91.74 | 87.60 | 92.50 | 90.16 | 94.69 | 82.11 | 90.91 | 93.60 | 90.67 |
| 1 | 5.38 | 10.94 | 8.26 | 12.40 | 7.50 | 9.84 | 5.31 | 17.89 | 9.09 | 6.40 | 9.33 |
| Total | 10.46 | 10.30 | 9.73 | 10.38 | 9.65 | 9.81 | 9.09 | 9.90 | 10.62 | 10.06 | 100.0 |

Likelihood Ratio Chi-Square for site differences: $X^2 = 17.736$, $p < .038$, $DF = 9$

| TABLE 21 | |
|---|---|
| **Pod** | **Child Outcome Pod** |
| **Construct** | **Sleep problem defined by NICHD Study of Early Childcare** |
| **Age** | **15 month** |
| **Data Form** | **F15A** |
| **Variable Definition** | **IF (NTSWKM15 GT 3) AND (NONTSM15 GE 3) AND (TIMUPM15 GE 20) AND (PROBPM15 GE 2) THEN SLPB4M15 = 1; ELSE SLPB4M15 = 0;** |

**Frequencies.** Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 130 | 128 | 121 | 127 | 120 | 120 | 113 | 123 | 131 | 125 | 1238 |
| 1 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 1 | 0 | 5 |
| Total | 130 | 128 | 121 | 129 | 120 | 122 | 113 | 123 | 132 | 125 | 1243 |

**Percentages (conditional on site).** Site

| VALUE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 100.0 | 100.0 | 100.0 | 98.45 | 100.0 | 98.36 | 100.0 | 100.0 | 99.24 | 100.0 | 99.60 |
| 1 | 0.00 | 0.00 | 0.00 | 1.55 | 0.00 | 1.64 | 0.00 | 0.00 | 0.76 | 0.00 | 0.40 |
| Total | 10.46 | 10.30 | 9.73 | 10.38 | 9.65 | 9.81 | 9.09 | 9.90 | 10.62 | 10.06 | 100.0 |

**Likelihood Ratio Chi-Square for site differences:** $X^2 = 12.334$, $p < .195$, $DF = 9$

# Table 22

**TABLE OF SLPB1M15 BY SLPB2M15**
**SLPB1M15(SLEEP PROB, ZUCKERMAN)**
**SLPB2M15(SLEEP PROB, RICHMAN)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB1M15 | SLPB2M15 | Total |
|---|---|---|---|
| SLPB1M15 | 1061<br>85.36<br>98.61<br>89.23 | 15<br>1.21<br>1.39<br>27.78 | 1076<br>86.56 |
| SLPB2M15 | 128<br>10.30<br>76.65<br>10.77 | 39<br>3.14<br>23.35<br>72.22 | 167<br>13.44 |
| Total | 1189<br>95.66 | 54<br>4.34 | 1243<br>100.00 |

Likelihood Ratio Chi-Square 1 104.829 0.001

**TABLE OF SLPB1M15 BY SLPB3M15**
**SLPB1M15(SLEEP PROB, ZUCKERMAN)**
**SLPB3M15(SLEEP PROB, LOZOFF)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB1M15 | SLPB3M15 | Total |
|---|---|---|---|
| SLPB1M15 | 1006<br>80.93<br>93.49<br>89.26 | 70<br>5.63<br>6.51<br>60.34 | 1076<br>86.56 |
| SLPB3M15 | 121<br>9.73<br>72.46<br>10.74 | 46<br>3.70<br>27.54<br>39.66 | 167<br>13.44 |
| Total | 1127<br>90.67 | 116<br>9.33 | 1243<br>100.00 |

Likelihood Ratio Chi-Square 1 56.565 0.001

**Table 22 (Continued)**

**TABLE OF SLPB1M15 BY SLPB4M15**
**SLPB1M15(SLEEP PROB, ZUCKERMAN)**
**SLPB4M15(SLEEP PROB, NICHD)**

| Frequency / Percent / Row Pct / Col Pct | SLPB1M15 | SLPB4M15 | Total |
|---|---|---|---|
| SLPB1M15 | 1076<br>86.56<br>100.00<br>86.91 | 0<br>0.00<br>0.00<br>0.00 | 1076<br>86.56 |
| SLPB4M15 | 162<br>13.03<br>97.01<br>13.09 | 5<br>0.40<br>2.99<br>100.00 | 167<br>13.44 |
| Total | 1238<br>99.60 | 5<br>0.40 | 1243<br>100.00 |

Likelihood Ratio Chi-Square 1 20.204 0.001

**TABLE OF SLPB2M15 BY SLPB3M15**
**SLPB2M15(SLEEP PROB, RICHMAN)**
**SLPB3M15(SLEEP PROB, LOZOFF)**

| Frequency / Percent / Row Pct / Col Pct | SLPB2M15 | SLPB3M15 | Total |
|---|---|---|---|
| SLPB2M15 | 1107<br>89.06<br>93.10<br>98.23 | 82<br>6.60<br>6.90<br>70.69 | 1189<br>95.66 |
| SLPB3M15 | 20<br>1.61<br>37.04<br>1.77 | 34<br>2.74<br>62.96<br>29.31 | 54<br>4.34 |
| Total | 1127<br>90.67 | 116<br>9.33 | 1243<br>100.00 |

Likelihood Ratio Chi-Square 1 103.095 0.001

**Table 22 (Continued)**

**TABLE OF SLPB2M15 BY SLPB4M15**
**SLPB2M15(SLEEP PROB, RICHMAN)**
**SLPB4M15(SLEEP PROB, NICHD)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB2M15 | SLPB4M15 | Total |
|---|---|---|---|
| SLPB2M15 | 1187<br>95.49<br>99.83<br>95.88 | 2<br>0.16<br>0.17<br>40.00 | 1189<br>95.66 |
| SLPB4M15 | 51<br>4.10<br>94.44<br>4.12 | 3<br>0.24<br>5.56<br>60.00 | 54<br>4.34 |
| Total | 1238<br>99.60 | 5<br>0.40 | 1243<br>100.00 |

Likelihood Ratio Chi-Square 1 12.418 0.001

**TABLE OF SLPB3M15 BY SLPB4M15**
**SLPB3M15(SLEEP PROB, LOZOFF)**
**SLPB4M15(SLEEP PROB, NICHD)**

| Frequency<br>Percent<br>Row Pct<br>Col Pct | SLPB3M15 | SLPB4M15 | Total |
|---|---|---|---|
| SLPB3M15 | 1127<br>90.67<br>100.00<br>91.03 | 0<br>0.00<br>0.00<br>0.00 | 1127<br>90.67 |
| SLPB4M15 | 111<br>8.93<br>95.69<br>8.97 | 5<br>0.40<br>4.31<br>100.00 | 116<br>9.33 |
| Total | 1238<br>99.60 | 5<br>0.40 | 1243<br>100.00 |

Likelihood Ratio Chi-Square 1 23.915 0.001

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, January 30, 2006 1:42 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Agenda for our meetings between now and February 15

**From Gary (with some changes by Sarah F.)**

**NCS Neurodevelopmental Meetings**

**January 30, 2006-February 15, 2006**

**AGENDA**

1. **Review Action Items from Previous Meeting**

   a) Gary Resnick and Carol Andreassen to contact Brian Vaughan about the Attachment Q-Sort: in process

   b) Gary Resnick and Carol Andreassen will put together a "mock-up" of the Child Care Provider survey based on the decisions made by the ND workgroup.

   c) ITSEA/BITSEA IRT Analyses: need to get permissions for gaining access to standardization data. Jean Loden of Harcourt Assessment contacted Sarah at the request of Margaret Briggs-Owen about the agreement that needs to be signed. Gary Resnick, Carol Andreassen and others who are interested will work with Carter and Briggs-Owen on the IRT analyses.

2. **Discuss Psychosocial Exposures Constructs and Measures**

   a) Observed home Environment (HOME): Discuss Bradely's email to Sarah Friedman re: ceiling effects.

   b) Child Care Arrangements: Discuss additional questions sent by Gary Resnick and the possibility of assessing provider depression.

   c) Maternal feelings toward infant: Discuss Allison Clarke-Stewart's suggestions.

   d) Parental and child care providers' Beliefs and Attitudes (Parenting Style); revisit Modernity Scale

   e) Parental Depression

   f) Parenting Stress/Maternal Exhaustion

   g) Perceived Stress

   h) Social Support

   i) Spousal Relationship

   j) Division of Labor in the Home

   k) Domestic Violence

   l) Child Sleep

   m) Maternal Sleep

   n) Family Process

   o) Maternal Mental Health

3. **Autism Assessment:** Discuss work and activities of the subgroup of the ND workgroup to contact experts and get additional information about whether it makes sense to include an assessment (in addition to the

Autism Screener). Lew Leavitt, Sarah Friedman and Regina Shih volunteered to work on this subgroup. Regina agreed to coordinate this effort.

**4. Motor Development Measures**

**5. Sensory Development Measures**

**6. Plans for Next Meeting**

a) Summarize New Action Items

b) Review Workgroup Schedule and Timeline

c) Discuss next scheduled meetings

i) January 30 3:00-5:00 (time subject to change)

ii) February 2 3:00-5:00

iii) February 6 3:00-5:00 (time subject to change)

iv) February 8 1:00-3:00

v) February 13 3:00-5:00 (time subject to change)

vi) February 15 3:00-5:00 (time subject to change)

d) Discuss proposed changes in Monday meeting times: Carolyn Hamilton proposes that we move them up from 3:00 to 1:00, just as we did for the February 8 meeting. We can do the same for February 15. This would mean that the meetings on January 30, February 6, February 13, and February 15 would be moved up by two hours.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Sunday, January 29, 2006 10:30 PM

**To:** List NEURO_MEASGRP-L

**Subject:** Agenda items for our meeting on 1/30

Westat will send the formal agenda. However, in the meanwhile, I am sending the topics I would like us to try to cover. Unrealistic? Possibly. But it is good to set the bar high. Sarah.

Review our list of predictor measures:

i. Observed home Environment (mention Bob Bradley's e-mail regarding "ceiling")

ii. Observed maternal sensitivity, detachment, intrusiveness, positive/negative regard for child—DONE.

iii. Maternal feelings toward infant. DISCUSS Alison's proposal.

iv. Maternal Cognitive Skill—DONE.

v. Parental Depression—DISCUSS measures.

vi. Parenting Stress—DISCUSS measures.

vii. Social Support--DISCUSS measures

viii. Spousal Relationship—DISCUSS measures

ix. Division of Labor in the Home--???—Is this relevant for neurodevelopmental outcomes?

x. Domestic Violence--??? Aren't the parenting relations measures going to cover this?

xi. Parental Beliefs and Attitudes (Parenting Style)—DISCUSS measures. I would like to revisit the modernity scale.

xii. Child Care Arrangements—DISCUSS additional questions sent by Gary, child rearing attitudes, depression?

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, January 29, 2006 9:16 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Summaries of psychosocial measures. Some comments.
**Attachments:** SECCYD.Instruments considered for NCS.doc

Dear all,

This e-mail is in reference to the assessment documents that Mary Dingwall sent to us last Thursday.

Of the documents sent by Mary, it is clear that the one about the assessment of child care would need to be re-written in line with our group's extensive discussion and decisions.

Regarding the measure of Marshall & Barnett, I copied into the attached document the information from the Instrument Document of the NICHD Study of Early Child Care and Youth Development (SECCYD) because I think it would be helpful to WESTAT as it finalizes the NCS documentation. We call this instrument "Relationships with other people".

Regarding mother-partner relationships, I have copied into the attached document information about the measures used in the NICHD SECCYD. One instrument we used is Love and Relationships Part A: Personal Assessment of Intimacy in Relationships (PAIR). The second is Love and Relationships - Part B. I hope we will discuss the merits of these instruments in comparison to the measure of the same construct in the documents sent by Mary.

I sent as part of the attached the information about the parental modernity scale used successfully in the NICHD SECCYD when the children were 1 month of age.

Finally, I provided the instrument documentation for PSI from the SECCYD, thinking that some of the text could be useful for our NCS documentation.

Regarding the sleep measure: we have not before considered child sleep as one of our ND outcomes. However, I can see how this could be very appropriate and useful. Sleep gives us a window into the child's self regulation. In the NICHD SECCYD we found maternal reports of waking after sleep onset a very interesting measure that is very sensitive to individual differences in family background and in maternal characteristics.

Looking forward to talking to you tomorrow.

Sarah.

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, January 29, 2006 6:11 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: Psychosocial Measures Summary

Hello, Please see e-mail below and attached documents. I will appreciate your commenting on the documents. If

you can read before Monday's (1/30) meeting, that would be super. Thanks. Sarah.

---

**From:** Mary Dingwall [mailto:DINGWAM1@WESTAT.COM]
**Sent:** Thursday, January 26, 2006 2:42 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Psychosocial Measures Summary

Attached are draft summaries of proposed measures for some of the psychosocial domains that the Neurodevelopmental group will be discussing. These are part of a larger document (hence the section numbering) that Westat is preparing. These summaries represent preliminary thoughts on psychosocial measures. At this point, no selection has been finalized, although Project Office comments have been added where they have been received. These summaries should be helpful to you in preparing for our next meeting.

<<Social Support.doc>> <<Child Care.doc>> <<Child Sleep.doc>> <<Family Process.doc>> <<Maternal Exhaustion.doc>> <<Maternal Mental Health & Cognition.doc>> <<Maternal Sleep.doc>> <<Parenting.doc>> <<Perceived Stress.doc>>

Mary Dingwall
Senior Study Director
Westat
1650 Research Blvd.
Rockville, MD 20850

(301) 738-3583 - T
(301) 294-2829 - F

1. **Name of Instrument:**

   Relationships with Other People

2. **Assessment (age and location):**

   1, 6, 15, 24, & 36 mo. – Home

3. **DCC Form # and Revision Date:**

| | |
|---|---|
| 02F | 10/15/90 (1 mo.) |
| 06E | 03/28/91 (6 mo.) |
| 15F | 12/19/91 (15, 24 & 36 mo.) |

4. **Item Level Data Set** **Analytic Data Set/Variables**

| Item Level Data Set | Analytic Data Set/Variables | |
|---|---|---|
| F02F | FAM1 | |
| | SOCSPM01 | Social support at 1 mo. |
| F06E | FAM6 | |
| | SOCSPM06 | Social support at 6 mo. |
| F15F15 | FAM15 | |
| | SOCSPM15 | Social support at 15 mo. |
| F15F24 | FAM24 | |
| | SOCSPM24 | Social support at 24 mo. |
| F15F36 | FAM36 | |
| | SOCSPM36 | Social support - Mom 36 mo. |

5. **Description of Instrument:**

   This is an 11-item measure, for which the respondent rates their relationships over the past month. Each item is scored from 1) none of the time to 6) all of the time. The measure is self-administered. The items are based on Weiss's conceptualization of the functions of social relationships: sharing of concerns, intimacy, opportunity for nurturance, reassurance of worth and assistance/guidance [Weiss, R. (1974). The provisions of social relationships. In Z. Rubin (Ed.) Doing unto others. Englewood Cliffs, NJ: Prentice-Hall].

6. **Modifications:**

   NA

**7. Rationale for Choosing Instrument:**

We chose this measure because 1) it is short and easy to administer; 2) it measures general perceived availability of support, which is most the consistent support predictor of general adult functioning [Cohen & Wills. (1985). Stress, social support and the buffering hypothesis. Psychological Bulletin, 98, 310-357]; and 3) it has good psychometrics.

**8. Base Reference/Primary Citation:**

Marshall, N.L., & Barnett, R.C. (1993). Work-family strains and gains among two-earner couples. Journal of Community Psychology, 21, 64-78.

**9. Psychometric Information (sample, reliability, validity):**

a. Sample Characteristics

Sample A: N = 403 social workers and licensed practical nurses, 100% female, 15% Black, 85% White.

Sample B: N = 600, 50% female, 97% white

b. Reliability

Sample A: Cronbach's alpha is .91.

Sample B: Cronbach's alpha is .91. Test-retest correlation over 4 months is .68.

c. Validity

Sample A: Significantly correlated with depression ($r = -.38$, $p < .001$), anxiety ($r = -.23$, $p < .001$), physical health as measured by physical symptoms ($r = -.20$, $p < .001$).

**10. Scoring Information:**

Sum all non-missing items; then divide by the number of non-missing items. Theoretical range is from 1.0 to 6.0

1. **Name of Instrument:**

    Love and Relationships Part A: Personal Assessment of Intimacy in Relationships (PAIR)

2. **Assessment (age and location):**

    1, 6, 15, 24 & 36 mo. – Home

3. **DCC Form # and Revision Date:**

| | |
|---|---|
| 03I | 10/18/90 - 1 mo. (all mothers and fathers/partners at six sites only )<br>36 mo. (mothers only) |
| 08G | 04/08/91 - 6 mo. (all mothers and fathers/partners at six sites only) |
| 12F | 12/09/91 - 15, 24, mo. (all mothers and fathers/partners at six sites only)<br>36 mo. (fathers/partners at six sites only) |

(03J is Love and Relationships Part B)

4. **Item Level Data Set** **Analytic Data Set/Variables**

| Item Level Data Set | Analytic Data Set/Variables | |
|---|---|---|
| F03I F03J | <u>FAM1</u> | |
| | LRTOTM01 | Avg. of the love & relat. Subscales |
| F03I | <u>FAM1</u> | |
| | LRINTM01 | Love and relationships - intimacy. |
| HHS3I | <u>HHS</u> | |
| (fathers only) | FLRINH01 | love & relationships - intimacy |
| F03I36 | <u>FAM36</u> | |
| | LRINTM36 | Marital/Partner Rel |
| F08G | <u>HHS</u> | |
| | FLRINH06 | Love & relationship - father |
| | MLRINH06 | Love & relationship - mother |
| F12F15 | <u>HHS</u> | |
| | FLRINH15 | Love & relationship - father |
| | MLRINH15 | Love & relationship - mother |
| F12F24 | <u>HHS</u> | |
| | MLRINH24 | Love & relationship - mother |

| | | |
|---|---|---|
| | FLRINH24 | Love & relationship - father |
| F12F36 | <u>HHS</u> | |
| | FLRINH36 | Love & relationship - father |

5. **Description of Instrument:**

The PAIR is a 36 item instrument designed to assess the degree of intimacy that an individual perceives that he/she has with another. All levels of dyadic heterosexual relationships from friendship to marriage can be evaluated through this self-report inventory. The PAIR measures the expected versus the realized degree in five areas of intimacy: emotional intimacy, social intimacy, sexual intimacy, intellectual intimacy, and recreational intimacy. Spiritual and aesthetic intimacy were dropped because they were conceptual and empirically unclear.

6. **Modifications:**

The protocol will use only the six items which comprise the emotional intimacy scale.

7. **Rationale for Choosing Instrument:**

Emotional intimacy was considered to be important construct with regard to the amount of emotional support that the adults felt in their marriage. It was considered important to measure possible aspects of marriage as well as negative aspects such as conflict and ambivalence.

8. **Base Reference/Primary Citation:**

Schaefer, M.T. & Olson, D.H. (1981). Assessing Intimacy: The Pair Inventory. <u>Journal of Marital and Family Therapy, 7(1),</u> 640-653.

9. **Psychometric Information (sample, reliability, validity):**

In developing this measure, Schaefer and Olson began with seven apriori conceptual dimensions of intimacy. These include the five above, as well as the two which were later dropped. They solicited statements from family professionals, from graduate students in Family and Social Science, and from marriage and family therapists about the nature of intimacy in general, as well as statements about the seven areas in particular. In addition, discussions involving the nature of intimacy were elicited and taped from several different groups of lay person who had completed marital enrichment programs.

This process yielded 350 possible items for the PAIR. Marriage and family professionals then classified these items into the seven intimacy categories. A final 113 items were selected that were conceptually related, clear, and appropriate to the

categories. Eighty-five individuals (70 percent female, 30 percent males) served as the pilot sample. While the pilot sample was biased due to a disproportionate number of females, the final sample contained an equal number of males and females and was twice as large.

Four psychometric test construction criteria were used to select ten items for each scale. First, those items with the frequency split closest to 50% were chosen. Second, items had to correlate higher with their own a priori scale than with other scales. Third, items had to meet a factor loading criterion level of .20. Responses were factor analyzed using both varimax rotation and principal factor rotation. Both methods of rotation clearly delineated six major factors with nearly half the items having a factor loading of .50+. Fourth, each of the scales needed to have an equal number of items that were positively and negatively scored to control for an acquiescent response set.

Of the seven apriori dimensions, only one dimension (aesthetic intimacy) failed to meet the criterion, at this stage of development. Of the 113 items in the original factor pool, 60 were selected for the inventory with ten items representing each sub-dimension. At this point, the PAIR contained 75 items: 10 items for each of the 6 intimacy subscales and 15 items for a conventionality scale (adapted from Edmonds, 1967).

The PAIR was administered to 192 non-clinical couples prior to their beginning an enrichment weekend offered by a national enrichment program. This sample was fairly representative of the population of married individuals in both age and length of marriage. The sample ranged in age from 21 to 60-years-old (mean age = 35.3, SD = 8.6) The sample consisted of couples who had been married between one and 37 years (mean length of marriage = 11.8, SD = 8.6). Nine percent of the sample had been formerly married and 55% had more than a high school education.

As in phase one, both an item analysis and a factor analysis were conducted to test for adequacy of the items and the scales. Using the same four selection criteria as in phase one, six items were ultimately selected for each intimacy scale and the conventionality scale. The factor loading-s on each of these items exceeded .20.

Every PAIR subscale correlates significantly in the positive direction with Moos' cohesion and expressiveness scale. Both the Control and Conflict scales have significant negative correlations with the PAIR's Emotional, Intellectual, and Recreational scale. Eighteen out of 20 PAIR-scale-by-Moos' scale correlations proved to be significant for the authors' hypotheses that presumed positive and negative correlations.

Reliability testing consisted of a split-half method of analysis. Relatively strong Cronbach's Alpha Reliability Coefficients were achieved with the resulting six item scale. All of the six scales have coefficients of at least .70. Another important finding is that most of the subscales have a fairly normal distribution.

1. **Name of Instrument:**

    Love and Relationships - Part B

2. **Assessment (age and location):**

    1 mo. – Home

3. **DCC Form # and Revision Date:**

    03J 10/18/90

    (03I is Love and Relationships Part A)

4. **Item Level Data Set** **Analytic Data Set/Variables**

| | | |
|---|---|---|
| F03J, F03I | FAM1 | |
| | LRTOTM01 | Avg. of the love & relat. Subscales |
| F03J | FAM1 | |
| | LRAMBM01 | Love and relationships - ambivalence |
| | LRCONM01 | Love and relationships - conflict |
| | LRLOVM01 | Love and relationships – love |
| HHS3J | HHS | |
| (fathers only) | LRLOVH01 | love & relationships – love |
| | LRCONH01 | love & relationships – conflict |
| | LRAMBH01 | love & relationships - ambivolence |

5. **Description of Instrument:**

This 25-item questionnaire is comprised of four subscales that tap the interpersonal character of the marital (or close) relationship in terms of both the extent to which the partners experience CONFLICT and the extent to which they engage in behaviors to enrich, improve and thereby maintain (MAINTENANCE) the relationship. In addition, attitudes and beliefs about parties in the relationship are assessed, specifically feelings of LOVE and AMBIVALENCE. Questions such as "To what extent do you have a sense of "belonging' with your partner?" (love), "How often do you and your partner argue?" (conflict), and "How much do you tell your partner what you want or need from the relationship?" (maintenance) are answered on a 9-point scale that ranges from very little or not at all to very much or extremely.

6. **Modifications:**

NA

**7. Rationale for Choosing Instrument:**

**8. Base Reference/Primary Citation:**

Braiker, H. & Kelley, H. (1979) Conflict in the development of close relationships. In R. Burgess and T. Huston (Eds.), Social exchange and developing relationships. NY: Academic Press.

Belsky, J., Lang, M. & Rovine, M. (1985) Stability and change in marriage across the transition to parenthood: A second study. Journal of Marriage and the Family, 47, 855-865.

**9. Psychometric Information (sample, reliability, validity):**

This is not a measure that was formally standardized. Belsky, et al. (1985) used this instrument in a study of 67 white couples expecting and bearing a first born child in semi-rural, central Pennsylvania (and with an additional 100 such couples). The instrument was administered during the last trimester of pregnancy and again at 3 and 9 months postpartum (as well as at 36 months postpartum). Internal consistency calculated in terms of alpha ranged, across husbands and wives across these repeated measurements, from .61 to .90, with a mean of .76 for the four subscales. Test-retest reliability, in terms of cross-time stability coefficients over a period of approximately 12 months (last trimester of pregnancy to 9-mos. postpartum), ranged from .51 to .81 across the four subscales (all $p<.001$).

Evidence of the validity of the instrument comes from the Belsky et al. (1985) report documenting the instruments sensitivity to marital change across the transition to parenthood, a time when marriages have been widely reported to decline in quality (on average). In the Belsky et al. (1985) study husband and wife reports at the same time of measurement were positively and significantly correlated with one another across the four scales (ranging from .24 [$p<.05$] to .62 [$p<.001$]).

**1. Name of Instrument:**

Parental Modernity (PM) Scale of Child-rearing and Education Beliefs (*Ideas about Raising Children)*

**2. Assessment (age and location):**

1 mo. – Home
15, 24, and 36 mo. – Child Care

**3. DCC Form # and Revision Date:**

| | |
|---|---|
| 03H | 10/18/90 |
| 07O | 04/10/91 |
| 11K (Part of the Child Care Provider Packet) | 01/02/92 |

| **4. Item Level Data Set** | **Analytic Data Set/Variables** | |
|---|---|---|
| F03H | FAM1 | |
| | MCRABM01 | Mom att/beliefs, raising kids, tot. score |
| | PROG_M01 | Progressive ideas for raising kids |
| | TRAD_M01 | Traditional beliefs for raising kids |
| HHS3H | HHS | |
| (fathers only) | FCRABH01 | trad + (- prog) ideas for rais kids |
| F07O | CARGIV6 | |
| | CGBRCA06 | Caregiver Att/ Beliefs Raise Child, total |
| | CPROGA06 | Caregiver Progress beliefs Raise Child |
| | CTRADA06 | Caregiver Tradition beliefs Raise Child |
| F11K15 | CARGIV15 | |
| | CGBRCA15 | Caregiver bel bout raising young children |
| F11K24 | CARGIV24 | |
| | CGBRCA24 | Cgive bel raise yng cld |
| F11K36 | CARGIV36 | |
| | CGBRCA36 | Cgive att. and beliefs about raising child. |

**5. Description of Instrument:**

Mothers and fathers complete this thirty-item, Likert-type questionnaire during the

one-month home visit. The instrument was designed to measure traditional authoritarian and progressive democratic beliefs of parents. The scale yields a total score and two subscores, Progressive Beliefs (reflects attitudes favoring self-directed child behavior) and Traditional Beliefs (reflects attitudes that child behavior should follow adult directives).

**6. Modifications:**

NA

**7. Rationale for Choosing Instrument:**

Data from the Bermuda Day Care Study showed that parental attitudes were associated with child care quality. For this reason, this scale was included. It is predicted that parents with more progressive/democratic beliefs and less traditional/authoritarian beliefs will select higher quality child care programs for their children. Educational values should also be associated with SES.

**8. Base Reference/Primary Citation:**

Schaefer, E., & Edgarton, M. (1985). Parental and child correlates of parental modernity. In I. E. Sigel (Ed.), Parental belief systems: The psychological consequences for children (pp. 287-318). Hillsdale, NJ: Lawrence Erlbaum Associates, Inc.

**9. Psychometric Information (sample, reliability, validity):**

a. Sample Characteristics

Size for Standardization - 175 mothers randomly selected from 28 kindergarten classrooms in 8 rural, suburban, and urban schools; 56% White and 44% Black.

b. Reliability

1) Internal Consistency - Internal consistency (using Cronbach's alpha) and split-half (using Spearman -Brown correction) reliability's were obtained and varied from .88 to .94.
2) Test-Retest Reliability - Test-retest reliability was derived from correlation's of scores for Fall and Spring and was .84.

c. Validity

Cross-validation data suggested that parental modernity is substantially and positively correlated with child intelligence. Correlations of the modernity scale scores were significantly positive correlated with several Classroom Behavior Inventory (CBI)

academic scales, significantly negative correlated with CBI dependency and distractibility scales, and insignificant for several CBI social and emotional behaviors.
Form for Reporting on Instruments

---

1. **Name of Instrument:**

   Parenting Stress Index (PSI) *(Feelings about Parenting)*

2. **Assessment (age and location):**

   1 & 6 mo. – Home

3. **DCC Form # and Revision Date:**

| | |
|---|---|
| 03G | 10/18/90 (1 mo.) |
| 06H | 03/28/91 (6 mo.) |

4. **Item Level Data Set** **Analytic Data Set/Variables**

| Item Level Data Set | Analytic Data Set/Variables | |
|---|---|---|
| F03G | FAM1 | |
| | ABPSIM01 | ABIDIN Parenting Stress Index, 1 mo. |
| F06H | FAM6 | |
| | ABPSIM06 | ABIDIN Parenting Stress Index, 6 mo. |

5. **Description of Instrument:**

   Parents complete a 30-item, modified version of the 101-item PSI, at the one and six month home visit. The PSI is designed to identify parent-child systems that are under stress and at risk for development of dysfunctional parenting, behaviors or behavior problems in the child involved.

6. **Modifications:**

   Three of the subscales of the PSI were used: Attachment, Restrictions of Role, and Sense of Competence.

7. **Rationale for Choosing Instrument:**

   The Steering Committee was in agreement that parental stress and support might be an important moderator of child care effects. The PSI has good psychometric information and is appropriate for use with parents of infants.

8. **Base Reference/Primary Citation:**

   Abidin, R. R. (1983). Parenting Stress Index Manual. Charlottesville, VA: Pediatric

Psychology Press.

Other Citations:

Abidin, R. R. (1982). Parenting stress and the utilization of pediatric services. Children's Health Care, 11, 70-73.

**9. Psychometric Information (sample, reliability, validity):**

a. Sample Characteristics

*Size:* For standardization the size was n = 2,633 parents.

*Ethnicity:* 76% White; 11% Black; 10% Hispanic; 2% Asian; 1% Unknown

*Total Family Income*: 8% less than $10,000; 19% $10,000-$20,000; 27% 20,000 - $30,000; 26% $30,000-$40,000; 20% More than $40,000

*Marital Status of Mother:* 77% married; 4% separated; 1% widowed; 14% divorced; 4% never married

*Education Level of Mother*: 16% 8th grade or less; 34% 9th-12th grade; 23% vocational; 25% college graduate; 2% graduate school.

*Education Level of Father:* 31% 8th grade or less; 22% 9th-12th grade; 19% vocational; 24% college graduate; 4% graduate school

*Employment Status of Mother:* 40% not employed; 34% part-time employment; 26% full-time employment

*Employment Status of Father:* 6% not employed; 6% part-time employment; 88% full-time employment

b. Reliability

Internal reliability coefficients, alphas, were used to obtain reliability. Alphas for the 3 subscales of the Parental Characteristics domain of PSI were Attachment = .50-; Restrictions of Role = .79; and Sense of Competence = .73.

c. Validity

1) Concurrent Validity: Arena's 1989 study (n = 135 dyads) of maternal ratings of toddler temperament and reported parenting stress found that SES level (as measured by the Hollingshead scale) was related to scores on the Child Characteristics Domain

subscales. Specifically, low SES mothers tended to report higher levels of stress related to child characteristics. Two of these subscales included Attachment and Sense of Competence.

2) Discriminant Validity: Telleen, Herzog, and Kilbane (1986), whose sample consisted of 79 at-risk families and 56 other families classified as "not-at-risk", found that the total score, both domain scores, and 9 of the subscales, significantly differentiated between the two types of families. Specifically, two of these subscales were Sense of Competence and Attachment.

Webster-Stratton et al. (1988) found that the PSI discriminated between mothers and fathers in an examination of the different effects of life stress on mothers' and fathers' perception of children's behavior. Significant differences were found between mother and father on Parent-Characteristics Domain and 6 of the subscales. Specifically, three of these 6 subscales were Attachment, Restrictions of Role, and Sense of Competence.

3) Predictive Validity: McGaughy (1986) used the PSI in a longitudinal predictive study of children's adjustment at age five, n-85, from PSI data collected when the child was approximately 8 months. For females, three subscales of the PSI (employed at 8 months of age) predicted anxiety/withdrawal problems (as assessed at age 5 by the Child Behavior Problem Checklist). One of these subscales was Sense of Competence.

## 3.6 Social Support

**Rationale:**

Social support is defined as the perceived availability of others to provide encouragement and support during episodes of emotional distress. Social support is an important buffer for the effects of stress on disease and mental health, while social isolation increases effects of other stressors. Involvement in supportive and satisfying social networks plays an important protective role in parenting processes (Cochran & Niego, 1995).[1] As a buffer, social support helps to prevent the parent from being adversely affected by a stressful event and enables the parent to maintain satisfactory child rearing routines in difficult situations (Cochran & Niego, 1995). Even more than actual supportive transactions or availability of social support, it is the subjective experience of support that appears to predict well-being and optimal parenting (Procidano, 1992).[2] Exposure to psychosocial stressors during vulnerable periods of pregnancy and early childhood can interact with genotype to permanently alter gene expression causing adverse neurobehavioral outcomes (social isolation). Disparities in the prevalence and severity of asthma by race and socioeconomic status are explained, in part, by social environmental factors that influence exposure to environmental risk factors, psychosocial stress, effective management and other health-related behaviors.

**Hypotheses Involved:**

Domain of Exposure for hypothesis:

#10 Gene Environment Interactions and Behavior

Covariate for hypothesis:

#4 Disparities in Asthma and Physical Environment Risk Factors, Psychosocial Stress, and Health-Related Behaviors

**Recommended Measure:**

Relationships with Other People (Marshall & Barnett, 1993) is an 11-item measure, in which the respondent rates their relationships over the past month. Each item is scored from 1 (none of the time) to 6 (all of the time). The measure was validated as a self-administered instrument. The items are based on Weiss's conceptualization of the functions of social relationships: sharing of concerns, intimacy, opportunity for nurturance, reassurance of worth and assistance/guidance. The measure is short and easy to administer. It focuses on general perceived availability of support, which is considered to be the most the

---

[1] Cochran, M., & Niego, S. (1995). Parenting and social networks. In M. Bornstein (Ed.), *Handbook of parenting: Vol. 3. Applied and practical parenting* (pp. 393-418). Mahwah, NJ: Erlbaum.

[2] Procidano, M. E. (1992). The nature of perceived social support: Findings of meta-analytic studies. In C. D. Spielberger & J. N. Butcher (Eds.), *Advances in personality assessment* (Vol. 9, pp. 1-26). Hillsdale, NJ: Erlbaum.

consistent support predictor of general adult functioning (Cohen & Willis, 1985). The measure has been used in the NICHD Study of Early Child Care and has shown good psychometric properties (internal consistency = .91; test-retest reliability = .68).

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

6 months or 12 months, and 36 months

**Estimated Burden:**

Allocated per interview: 5-10 minutes
Estimated from Literature: 5-10 minutes
Estimated from Pilot Test: To come

**Other Options Considered:**

1. The Multidimensional Scale of Perceived Social Support (MSPSS; Zimet et al., 1988) is a 12-item self-report scale with three subscales measuring support from family, friends, and significant others, but a total score can be derived. The internal consistency reliability (Chronbach's alpha) for the total scale is .88 with a test-retest reliability of .85. The Multidimensional Scale of Perceived Social Support appeared in Korbin et al.'s survey as Section III Korbin, J., & Coulton, C. (1997). Understanding the neighborhood context for children and families: Combining epidemiological and ethnographic approaches. In J. Brooks-Gunn, G.J. Duncan, & J.L. Aber (Eds.), *Neighborhood poverty (Vol. II)*, (pp. 65-79). New York: Sage. and Coulton, C., Korbin, J., & Su, M. (1999). Neighborhoods and child maltreatment: A multi-level study. *Child Abuse & Neglect, 23*, 1019-1040.

2. Family Support Scale – Dunst, C.J., Jenkins, V., and Trivette, C.M. (1984). Family Support Scale: Reliability and validity. *Journal of Individual, Family and Community Wellness*, *1*, 45-52. . Used in Head Start Family and Child Experiences Survey (FACES).

3. Social Network Analysis: Wellman, B. (1981). Applying network analysis to the study of support. In B. Gottlieb (Ed.), *Social Networks and Social Support*. Vol. 4, Sage Studies in Community Mental Health. Beverly Hills: Sage Publications.

4. Inventory of Socially Supportive Behaviors (ISSB) in Barrera, M. (1981). Social support in the adjustment of pregnant adolescents: Assessment issues. In B. Gottlieb (Ed.), *Social Networks and Social Support.* Vol. 4, Sage Studies in Community Mental Health. Beverly Hills: Sage Publications.

5. Arizona Social Support Interview Schedule (ASSIS) Barrera, M. (1981). Social support in the adjustment of pregnant adolescents: Assessment issues. In B. Gottlieb (Ed.), *Social Networks and Social Support.* Vol. 4, Sage Studies in Community Mental Health. Beverly Hills: Sage Publications.

6. Social Relationship Scale (SRS); McFarlane, A. H., Neale, K. A., Norman, G. R., Roy, R. G., and Streiner, D. L. (1981). Methodological issues in developing a scale to measure social support. *Schizophrenia Bulletin*, 7, 90-100.

**Issues:**

Distinguish between measures of perceived support and measures of social networks, such as the density and size of parental networks. The link between social support and children's development is rarely considered a direct link. It is typically described as an indirect link with the parent's psychosocial functioning as a mediator.

Ask once, at 6 or 12 months because this construct is considered to be relatively stable. The upheavals of the prenatal and neonatal period are over--a time when friends and relatives are more likely to help out--and the family is returning to a more typical routine. Ask again at 36 month visit to view changes in perceived social support or social networks over time.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, January 29, 2006 6:11 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: Psychosocial Measures Summary
**Attachments:** Social Support.doc; Child Care.doc; Child Sleep.doc; Family Process.doc; Maternal Exhaustion.doc; Maternal Mental Health & Cognition.doc; Maternal Sleep.doc; Parenting.doc; Perceived Stress.doc

Hello, Please see e-mail below and attached documents. I will appreciate your commenting on the documents. If you can read before Monday's (1/30) meeting, that would be super. Thanks. Sarah.

---

**From:** Mary Dingwall [mailto:DINGWAM1@WESTAT.COM]
**Sent:** Thursday, January 26, 2006 2:42 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Psychosocial Measures Summary

Attached are draft summaries of proposed measures for some of the psychosocial domains that the Neurodevelopmental group will be discussing. These are part of a larger document (hence the section numbering) that Westat is preparing. These summaries represent preliminary thoughts on psychosocial measures. At this point, no selection has been finalized, although Project Office comments have been added where they have been received. These summaries should be helpful to you in preparing for our next meeting.

<<Social Support.doc>> <<Child Care.doc>> <<Child Sleep.doc>> <<Family Process.doc>> <<Maternal Exhaustion.doc>> <<Maternal Mental Health & Cognition.doc>> <<Maternal Sleep.doc>> <<Parenting.doc>> <<Perceived Stress.doc>>

Mary Dingwall
Senior Study Director
Westat
1650 Research Blvd.
Rockville, MD 20850

(301) 738-3583 - T
(301) 294-2829 - F

## 3.13 Child Care

**Rationale:**

Many children are receiving nonparental child care as early as three months of age by individuals other than the nuclear or extended family, and by the age of 4 most children are in some form of nonparental care. The quality of nonparental care has been shown to be associated with a wide range of outcomes for children. Among the key characteristics of quality of care that have been shown to be associated with children's outcomes are: amount of time in care, number of different care arrangements (serially and concurrently), ratio of adults to children in care, and cost of care.

**Hypotheses Involved:**

Domain of Exposure for hypotheses:

#13 Family Influences on Child Health and Development
#15 Impact of Neighborhood and Communities on Child Health
#16 Impact of Media Exposure on Child Health and Development
#17 Social Institutions and Child Health and Development

**Recommended Measure:**

The Early Childhood Longitudinal Study-Birth Cohort (ECLS-B), National Center for Education Statistics (NCES). Early Childhood Longitudinal Study-Birth Cohort. Retrieved January 24, 2006 from National Center for Education Statistics, Early Childhood Longitudinal Study, Birth cohort Web site: http://nces.ed.gov/ecls/Birth.asp. Many large scale studies have obtained this type of information, including NICHD's Study of Early Child Care, ECLS-B, Cost Outcomes Study of Child Care, the National Child Care Survey of 1990, and the Early Childhood Program Participation of the National Household Educational Survey. The items included in all these national studies are similar, but ECLS-B may have the easiest format.

The ECLS-B collected information about substitute child care from the Primary Care Giver at the 9 month and at the 2 year data collections. Children ranged in age from as young as 6 months to as old as 28 months during these data collections. For each type of care, information was obtained on the amount of time spent in each type of care arrangement, number of different care arrangements, quality of arrangement, including language spoken by the care provider, child-staff ratio, and cost of care. The ECLS-B child care items are fairly constant across the data collection and would need no modifications for the early data collection of the NCS. In addition, the location of care should be obtained.

Since the ECLS-B is an ongoing longitudinal survey, results are not yet available about these items. The same or very similar items have been used successfully in

several large scale studies, as mentioned above and in several surveys done at the state level (e.g., Florida).

Since the child care items in the ECLS-B have been used for children as young as 6 months and as old as 28 months of age, it is recommended that the ECLS-B questionnaires be used in the 6 month, 12 month, and 18 month visits.

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be CATI)

**Longitudinal Characteristics:**

6 months, 12 months, and 18 months

**Estimated Burden:**

Allocated per interview: 10 minutes
Estimated from Literature: N/A
Estimated from Pilot Test: To come

**Other Options Considered:**

1. The types of information obtained across studies are fairly similar; however the formats can be different. The ECLS-B format may be the easiest to implement in the large scale, field-based context of the NCS.

2. Additional questions can be obtained, or modified from other longitudinal studies, such as the NICHD Study of Early Child Care.

**Issues:**

This section can be long if the child is in multiple arrangements. In such cases, ideally, the same set of questions would be asked for all care arrangements. If necessary to reduce burden, questions about substitute care could be asked only about the arrangement in which the child spends the most (awake) time.

The trigger of 30 hours per week in an environment is being used elsewhere in the study and could be used as a trigger here, too.

### 3.5.3 Child Sleep

**Rationale:**

Insufficient sleep, daytime sleepiness and sleep-disordered breathing during infancy and childhood can negatively impact developmental and behavioral outcomes and general health of children, and may even have long-lasting if not permanent effects. For children, relative lack of sleep has been linked to injuries, especially at home, and especially among boys. Vigilance deficits and traffic injuries involving children, both as pedestrians and as bicyclists may be related to sleep deficits. Inattention and hyperactivity may be linked to increased daytime sleepiness and sleep-disordered breathing, including snoring. Insufficient sleep in the developing child may be associated with obesity and endocrine morbidity, including the metabolic syndrome, and insulin resistance. Infant's sleeping behavior and associated problems may be related to chronic sleep deprivation in mother and postnatal depression.

**Hypotheses Involved:**

Domains of Exposure for hypotheses:

#10 Gene Environment Interactions and Behavior
#12 Behavioral Exposures and Adolescent-Onset Physical Aggression

Covariate for hypotheses during pregnancy:

#1 Non-Persistent Pesticides and Poor Neurobehavioral and Cognitive Skills
#4 Disparities in Asthma and Physical Environmental Risk Factors, Psychosocial Stress, and health-Related Behaviors
#5 Chemical Environmental Agents and the Endocrine System and Age at Puberty
#6 Genetics, Environmental Exposures and Type I Diabetes
#11 Behavioral Exposures, Genetics, and Early Onset Physical Aggression
#20 Breastfeeding Associated with Lower Rates of Obesity and Lower risk of Insulin Resistance
#21 Fiber, Whole Grains, High Glycemic Index and Obesity, Insulin
#25 Prenatal Infection and Neurodevelopmental Disabilities
#27 Repeated Head Trauma and Neurocognitive Development
#29 Obesity and Insulin Resistance from Impaired Maternal Glucose Metabolism
#30 Obesity and Insulin Resistance from Intrauterine Growth Restriction

**Recommended Measure:**

Assessing Child and Maternal Sleep in the Early Years. Carl E. Hunt, MD, Director, National Center on Sleep Disorders Research (NCSDR), NHLBI, Dec. 2003. Domains covered for mother and child include: sleep amount, daytime sleep, night waking, snoring and apnea and daytime sleepiness. Composite

inventory of 13 questions (covering both mother and child) chosen from validated questionnaires, and covering ages birth through 5 years.

Brief Infant Sleep Questionnaire (BISQ; Sadeh, 2004). Items from the BISQ will be used to ask about the following domains not covered by the NHLBI: 1) settling time (latency to falling asleep for the night); 2) method of falling asleep; 3) location of sleep; and 4) preferred body position. It was reported to have good reliability and validity (Sadeh, 2004).

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

1 month, 6 months, 12 months and 18 months.

**Estimated Burden:**

Allocated per interview: 3 minutes
Estimated from Literature: N/A
Estimated from Pilot Test: To come

**Other Options Considered:**

None.

**Issues:**

No references found for measuring sleep apnea specifically in infants, beyond that of NHLBI.

NHLBI measure is derived and adapted from the three widely used and validated indices listed above (numbers 1-3). Not validated specifically in this form.

## 3.7 Family Process

### 3.7.1 Father-Mother Relationships

**Rationale:**

Quality of the marital or partner relationship has been shown to have an impact on parenting stress and competence, and to interact with parental mental health and domestic violence, and has both direct and indirect effects on children's social and cognitive development and their attachment relationships with their primary caregivers. A significant body of literature demonstrates the interrelations between marital relationships and parent-child relationships (Cox, Paley, & Harter, 2001;[1] NICHD Early Child Care Research Network, 2004[2]). Evidence suggests that children whose parents have supportive marital relationships are more likely to have secure attachment relationships with their mothers (Sagi et al., 2002) and to be more socially competent and less likely to show behavior problems than children whose parents have less supportive martial relationships (Cox et al., 2001).

**Hypotheses Involved:**

Domain of Exposure for hypotheses:

#10 Gene Environment Interactions and Behavior
#11 Behavioral Exposures, Genetics, and Early Onset Aggression
#13 Family Influences on Child Health and Development

**Recommended Measure:**

Dyadic Adjustment Scale (Spanier, G. B. (1988). *Dyadic adjustment scale manual.* North Tonawanda, NY: Multi-Health Systems.)

The DAS, consists of 32 items and is a comprehensive list of potential events that can occur in a couple's relationship. Respondents indicate the degree to which each event describes their couple adjustment during the past months using a Likert-type scale with 2-, 5-, 6-, and 7-point response formats. Standard scoring of the DAS yields a global distress score referred to as total marital adjustment, as well as scores for four subscales: Consensus (13 items), Satisfaction (10 items), Cohesion (5 items), and Affectional Expression (4 items). The items for the DAS were those out of an initial pool of 100 that (a) were normally distributed; (b) discriminated between married and divorced spouses; and (c) correlated highly with one of the above four factors. Internal consistency scores and test-retest correlations for the DAS were reported to be adequate to high:

[1] Cox, M. J., Paley, B., & Harter, K. (2001). Interparental conflict and parent-child relationships. In J. Grych & F. Fincham (Eds.), *Child development and interparental conflict* (pp. 249–272). Cambridge, UK: Cambridge University Press.

[2] NICHD Early Child Care Research Network (2004). Fathers' and Mothers' Parenting Behavior and Beliefs as Predictors of Children's Social Adjustment in the Transition to School. *Journal of Family Psychology, 18,* 628-638.

Affectional Expression (Internal consistency .70; test-retest correlation .75); Cohesion (.83; .77); consensus (.91; .85); Satisfaction (.87; .81).

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

T1 (First and Prior), T2, T3, 1 month and 12 months

**Estimated Burden:**

Allocated per interview: 8 minutes
Estimated from Literature: 5-10 minutes
Estimated from Pilot Test: To come

**Other Options Considered:**

1. Index of Marital Satisfaction (IMS) Hudson, W. W. (1982). *The Clinical Measurement Package: A Field Manual*. Tallahassee, FL: WALMYR Publishing Co. The IMS is designed to measure the severity of problems in a dyadic relationship. Scores range from 0 to 100 where higher scores indicate more severe problems in the relationship. Has shown good reliability and stability.

2. Emotional Intimacy subscale of the Personal Assessment of Intimacy in Relationships, Schaefer, M. T., & Olson, D. H. (1981). Assessing intimacy: The PAIR Inventory. *Journal of Marital and Family Therapy, 7,* 640-653. . This is a 6-item scale used in the NICHD study of early child care. Showed high internal reliability (Cronbach's α =.86), low levels of skewness and kurtosis, and a fairly normal distribution.

**Issues:**

Because marital relationships are known to be unstable around pregnancy and in the first months and years post-partum, we are suggesting multiple points of data collection.

Reconsider periodicity, and possibly reducing the number of times it is administered.

Re-administer to new partners in families over time but otherwise use with same marital relationship only two to three times before 18 months.

## 3.7.2 Division of Labor

**Rationale:**

Sociodemographic shifts over recent decades have led to more women, including mothers of young children, into the workforce. This places increased stress on the division of labor within the household, which, in turn increases maternal stress that can have negative influences on children's socioemotional and cognitive outcomes. The amount of home and child care responsibilities that a parent has during pregnancy may also impact her stress level, leading to an increased risk for asthma.

**Hypotheses Involved:**

Domain of Exposure for hypotheses:

#10 Gene Environment Interactions and Behavior
#11 Behavioral Exposures, Genetics, and Early Onset Aggression
#12 Behavioral Exposures and Adolescent-Onset Physical Aggression
#13 Family Influences on Child Health and Development
#14 Impact of Maternal Stress During Pregnancy and Risk of Asthma

Covariate for hypotheses:

#16 Impact of Media Exposure on Child Health and Development
#17 Social Institutions and Child Health and Development
#20 Breastfeeding Associated with Lower Rates of Obesity and Lower Risk of Insulin Resistance

**Recommended Measure:**

My Time Spent as a Parent (National Institute of Child Health and Human Development. *NICHD Study of Early Child Care and Youth Development, My Time Spent as a Parent*. Retrieved January 24, 2006. Web site: http://secc.rti.org/home.cfm) is a 30-item measure comprised of two parts: Part 1 (16 items) focuses on the division of child care responsibilities within the family and Part 2 (14 items) focuses on division of household activities such as who pays the monthly bills and who does the grocery shopping. NICHD reports a Cronbach alpha of .86 and .76 for Part I and Part 2, respectively. Respondents are asked to rate the extent of their responsibility for the child and for home responsibilities from *1 = "Partner's job"* to *5 = "My job."* The items in this measure are simple and focus on the general duties involved with child care and home duties. The items are short and easily understood.

Some of the items from this measure are: "reading to the child," "feeding the study child," "making child-care arrangement (scheduling day care or sitters)," "doing laundry," "providing income for family," and "taking care of car maintenance (wash/wax, take in for repairs)." The NICHD Study of Early Child

Care is a study of a nationally representative sample of approximately 3,690 children. This measure was used at the 6, 15, 24, and 36 month data collections.

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

6 month, 12 months, and 18 months

**Estimated Burden:**

Allocated per interview: 8 minutes
Estimated from Literature: 8 minutes
Estimated from Pilot Test: To come

**Other Options Considered:**

1. Numerous other large scale nationally representative studies have also included sets of questions that address household division of labor, such as the Survey of Income and Program Participation (SIPP) *SIPP Design and Survey Content, 2001 Panel, Wave 1 Questionnaires*. Retrieved November 17, 2005 from U.S. Census Bureau, Survey of Income and Program Participation Web site: http://www.sipp.census.gov/sipp/, Panel Study of Income Dynamics (PSID) Retrieved January 24, 2006 from University of Michigan, Institute for Social Research, Panel Study of Income Dynamics. Web site:http://psidonline.isr.umich.edu/, National Survey of Families and Households (NSFH) University of Wisconsin-Madison (2005, June 15). *National Survey of Families and Households*. Retrieved January 24, 2006 from Social Science Computing Cooperative Web site: http://www.ssc.wisc.edu/nsfh/home.htm. The division of labor items in these surveys were reviewed and deemed to be short and inadequate. For example, the NSFH items on division of labor focused on how much time spouses/partners spent on home responsibilities as opposed to both home and child care responsibilities.

**Issues:**

The time required for this instrument is 8 minutes, but if necessary to reduce burden, Part 1 alone can be administered.

Few questions focused on the development of the child, including motor development (playing with the child, helping the child crawl or walk).

Homes where a single parent lives with an alternate caregiver with whom they are not intimate or romantically involved, would require criteria for determining if these items are appropriate for that family's context and individual items could require modification.

## 3.7.3 Domestic Violence

**Rationale:**

Domestic violence including spousal and/or child abuse creates a stressful and negative environment for early development which has implications for child morbidity, as well as widespread effects on children's health, personality, and social and cognitive development in later years. Domestic violence also has precursors in parents' own family histories and may be affected by drug/alcohol use and neighborhood/community factors. However, researchers have found the incidence of domestic violence, including child abuse, is higher than previously estimated because of lack of reporting to child protection agencies. These various familial conflicts (partner violence and parent-child conflicts) in addition to placing pregnant mothers in danger also have detrimental effects on children's outcomes and may account for unique variance in children's adjustment.

**Hypotheses Involved:**

Domain of Exposure for hypotheses:

#11 Behavioral Exposures, Genetics, and Early Onset Aggression
#12 Behavioral Exposures and Adolescent-Onset Physical Aggression
#13 Family Influences on Child Health and Development

**Recommended Measure:**

*Pregnancy*

The Abuse Assessment Screen (AAS), Soeken, K. McFarlane, J., Parker, B, and Lominak, M.C. (1998). The Abuse Assessment Screen: A clinical instrument to measure frequency, severity, and perpetrators of abuse against women. In J. Campbell (Ed.), *Empowering survivors of abuse: The health care system, battered women, and their children* (pp. 195-203). Newbury Park, CA: Sage, developed by the Nursing Research Consortium on Violence and Abuse, is the recommended measure for assessing violence during pregnancy. This 5-question screener assesses recent and remote emotional and physical abuse, as well as abuse during pregnancy (on a body map, pregnant mothers are asked to mark the area where they have been physically assaulted). Content validity of this instrument was established with a panel of 12 ethnically diverse nurse researchers who worked in the area of abuse of women. The specificity and sensitivity of the AAS was determined in conjunction with the Conflict Tactics Scale-Revised (CTS2) and found to be more specific than sensitive, particularly with severe events. The congruence levels between CTS2 and AAS are as follows: 1) Sensitivity to minor events = 31.9% and severe events = 61.4% and 2) Specificity for minor events = 99.0% and severe events = 97.8%. Content validity was established with the Index of Spouse Abuse (ISA), the Danger Assessment Scales (DAS), and the Severity of Violence Against Women Scales (SVAWS). Test re-test reliability for the AAS was 100% for one sample. The

AAS was found to detect a higher rate of violence than in domestic violence, recent abuse, battering in pregnancy, and sexual abuse. When the AAS was used as a timing of abuse, it was found that women who reported being abused both before and during pregnancy reported more severe abuse ($p < .002$). This instrument has been used for ethnically and socioeconomically diverse samples, which is important for the NCS study. It has been used in a multi-site study in addition to large scale hospital experimental studies.

<u>*Post-Natal*</u>

*Adult Relationships*

The Revised Conflict Tactics Scales (CTS2) Straus, M., Hamby, S. L., Boney-McCoy, S., and Sugarman, D. B. (1996). The revised Conflict Tactics Scales (CTS2): Development and preliminary psychometric data. *Journal of Family Issues*. *17*, 3, May. 283-316; is a 39-item scale developed in 1996 to study conflicts in partner relationships, and has additional items to enhance content validity and reliability, revised wording to increase clarity and specificity, better differentiation between minor and severe levels of each scale, new scales to measure sexual coercion and physical injury, and a new format to simplify administration and reduce response set bias. Response categories range from *0 (never)* to 7*(happened but not in the past year)* and for each of the behaviors with the referent time period of the past 12 months.[3] The 39 items comprise the five major scales of Negotiation ($\alpha = .86$), Psychological Aggression ($\alpha = .79$), Physical Assault ($\alpha = .86$), Sexual Coercion ($\alpha = .87$), and Injury ($\alpha = .95$). Reliability of the revised scale ranges from .79 to .95. Factor analysis has indicated the three major factors of Negotiation, Psychological Aggression, and Physical Assault. There is evidence of construct validity. First, as expected, the psychological aggression and physical assault scale were more correlated with sexual coercion for men than for women. Additional construct validity of this revised measure was found for the relationship between verbal aggression and physical assault. There was also a negative relationship found between low social integration and physical assault. That is, individuals who are less integrated into the mores and norms of a society are more likely to engage in more physical assault, which was confirmed with the CTS2. CTS2 was also utilized to show that increased marital conflict effected children's attachment, increased parent-child conflict and child maladjustment.

Since, the CTS2 was based on the theory and framework of the CTS,[4] there is evidence supporting its use in national surveys, with families from diverse social backgrounds with various types of family structure, and language minorities,

---

[3] There may be less than 12 months between scale administration, especially between the AAS at T3 and the CTS2 at 6 months. The CTS2 can be asked as, "Since your last interview…"

[4] The Conflict Tactics Scale (CTS) is among the most widely used instruments in family violence and child maltreatment research with acceptable reliability and strong construct validity (Straus, M. (1979). Measuring intrafamily conflict and violence: The Conflict Tactics (CT) Scales. *Journal of Marriage and the Family*, *41*, 75-88. and Straus, M. & Gelles, R. (Eds.) (1990). *Physical violence in American families: Risk factors and adaptations to violence in 8,145 families*. New Brunswick: Transaction Publishers.). The original has been used for intimate partner violence (IPV) and modified for parent-child relationships. There is now a revised version of the CTS to address these two types of conflicts. The CTS has been used in several longitudinal surveys, including the 1975 and 1985 National Family Violence Survey, the Healthy Families San Diego Study, and the National Survey of Child and Adolescent Well-being.

specifically Spanish speakers. The CTS2 requires a 6th grade reading level, making it more user-friendly than CTS. The test re-test reliability found for the original CTS was .42 (physical assault scale) to .80 within three weeks of administration, an acceptable level, particularly when asking individuals questions of this sensitive nature. The .42 found for the physical assault scale may be due to the lower occurrence of this behavior compared to reasoning and verbal aggression.

*Parent-Child Relationships*

The Parent-Child Conflict Tactics Scales (CTSPC), Straus, M.A., Hamby, S.L., Finkelhor, D., Moore, D.W., and Runyan, D. (1998). Identification of child maltreatment with the Parent-Child Conflict Tactics Scales: Development and psychometric data for a national sample of American parents. *Child Abuse and Neglect, 22*(4), 249-270, is a revision of the CTS to improve the age-appropriateness, add items to increase content validity, and differentiate between severeness of aggression by parents of the original CTS. This 39-item (22 items if one does not include the 14 supplemental questions) is based on the conceptual and methodological framework of the CTS. Unlike the CTS, the CTSPC includes a Neglect scale and supplemental questions on corporal punishment, and sexual abuse. This revised scale was validated with a nationally representative sample of parents. Internal consistence for the scales were similar to the original (Nonviolent Discipline ($\alpha$ = .70), Psychological Aggression ($\alpha$ = .60), and Physical Assault ($\alpha$ = .55)), but the newly devised subscale, Neglect, was rather low ($\alpha$ = .22). The developers add that the low internal consistency may be due to the rarity of specific events, such as neglect and physical assault. Therefore, it is recommended that that the core scales be used for this study.

Discriminant validity was supported through demographic correlates (i.e. age of parent, age of child, minority race/ethnic group, gender of parent). Relationship with the CTSPC has been found with parent-child attachment and children's externalizing behaviors. The intercorrelation among the CTSPC scales range from .04 - .56, with relationships in the expected direction. CTSPC has also been found to relate to children's depressive and anxiety symptoms, as measured with the Childhood Depression Inventory (CDI) and Revised Children's Manifest Anxiety Scale (RCMAS). It is recommended that this measure be used at the 6, 12, and 36 month interval to gather concurrent and predictive effects of intimate partner conflicts on parent-child conflicts.

**How Interview Component Will Be Conducted:**

AAS: ACASI

CTS2 and CTSPC scales: ACASI

**Longitudinal Characteristics:**

AAS: T1 (First and Prior) and T3

CTS2 and CTSPC: 6 months, 18 months, and 36 months

**Estimated Burden:**

AAS:

Allocated per interview: 1 minute
Estimated from Literature: 1 minute
Estimated from Pilot Test: To come

CTS2 and CTSPC

Allocated per interview: 6-8 minutes
Estimated from Literature: 10-15 minutes, unless only core scales are used
Estimated from Pilot Test: To come

**Other Options Considered:**

1. Victimization and Criminal Justice Questions from the Family and Child Experiences Survey (9 items). D'Elio, M. A., O'Brian, R. W., and Younoszai, T. (June, 2002). Head Start families and the challenges they encounter. Paper presented at Head Start's 6th National Research Conference in Washington, DC, June 26-29, 2002. Available on-line: http://www.acf.hhs.gov/programs/opre/hs/faces/pres_papers/challenges/chlng_title.html

2. Family Stress Checklist (10 items). Prenatal screening for child abuse and neglect. Murphy, S., Orkow, B., and Nicola, R. M. (1985). Prenatal prediction of child abuse and neglect: A prospective study. *Child Abuse and Neglect*. 9, 225-235.

3. Marshall, L. (1992). Development of the severity of violence against women scales. *Journal f Family Violence,* 7, 103-121.

**Issues:**

Authors report that the AAS takes less than 1 minute to complete.

The AAS is a screener tool, but can incorporate the AAS items focused on physical assault during pregnancy into the CTS for the pre-natal data collections.

The lower correlation found between the AAS and CTS2 may be due to wording of the AAS items, with mothers less likely to report minor events compared to severe events with the AAS. (updated version adds: pushed and shoved to the list to elicit mother's memories of all events both minor and severe)

The original CTS has well-established psychometrics compared to its revised counterparts.

Both the CTS2 and the CTSPC have limited discriminant validity, but they have construct validity supporting its use in assessing intimate partner violence and child maltreatment.

One can use the core scales of the CTS2 and CTSPC rather than the entire instrument which will reduce the burden on respondents. If only the core scales are used, the CTS2 and CTSPC (jointly) take approximately 6-8 minutes. The core scales include the Negotiation, Psychological Aggression, and Physical Assault scales for the CTS2 and the Nonviolence Discipline, Psychological Aggression, and Physical Assault scales for the CTSPC.

Using the measures at 6-month intervals may be problematic due to respondents remembering items leading to social desirability. Therefore, it is recommended that the items be administered 12 months apart.

### 3.5.4 Maternal Exhaustion

**Rationale:**

Physical exhaustion after the birth of a child is common. It is an important stressor and a component of post-partum depression. Maternal depression has been linked to cognitive development of young children. Here, maternal exhaustion is independent of depression and may be due to altered circadian rhythms due to frequent night feedings, or to coping with a very active child.

**Hypotheses Involved:**

Covariate for hypothesis, in anticipation that hypotheses requiring this data will emerge:

#10 Gene-Environment Interactions and Behavior
#11 Behavioral Exposures, Genetics and Early Onset Physical Aggression
#14 Impact of Maternal Stress During Pregnancy and Risk of Asthma

**Recommended Measure:**

New scale, as follows:

In the past week, have you been tired...
- Not at all
- Some of the time
- Most of the time
- All of the time

In the past week, have you been exhausted...
- Not at all
- Some of the time
- Most of the time
- All of the time

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

1 month, 6 months, and 12 months

**Estimated Burden:**

Allocated per interview: 1 minute
Estimated from Literature: N/A
Estimated from Pilot Test: To come

**Other Options Considered:**

1. "Childcare attitudes and feelings towards the child" which has 9 subscales related to *pleasure with infant, depressed mood, physical exhaustion, frustration/anger, anxious over parenting, punitive tendencies, rejection, rigidity*, and *distressing childhood memories*. EMKK, Engler A, 1986. Antecedents of perceived behavior problems in infancy. In: Temperament discussed (eds. GA Kohnstamm), Swets-Zeitlinger, Lissé, Netherlands. Referenced in: Papousek M and von Hofacker N. Persistent crying in early infancy: a non-trivial condition of risk for the developing mother-infant relationship. Child: Care, health and Development 24(5):395-424, 1998.

2. SF-36 Vitality subscale. Widely used – Medical Outcomes Study (MOS), and Medical Expenditure Panel Survey (MEPS). Original available at www.rand.org/health/surveys/sf36item/question.html

**Issues:**

In the SF-36, does the vitality subscale equate to the inverse of "maternal exhaustion?"

As a new scale, the recommended measure should be included in a pilot test.

## 3.11 Maternal Mental Health and Cognition

### 3.11.1 Mother's Depression

**Rationale:**

It is well documented that maternal depression poses a serious risk to child development. Children of depressed mothers are at increased risk for a range of socioemotional and behavioral problems, including attachment insecurity, emotion dysregulation, and poor cognitive development (Cicchetti, Rogosch, & Toth, 1998;[1] Marchand & Hock, 1998[2]). Maternal depression during a child's infancy is associated with increases in infants' negative emotions and less play and exploratory behavior; some studies have even demonstrated neurobiological dysfunction in these infants as well (Cohn, Matias, Tronick, Connell, & Lyons-Ruth, 1986;[3] Field, 1998[4]). As they grow older, children whose mothers were depressed during the infancy period continue to display atypical development. Maternal depression in infancy was found to predict child behavior problems, both internalizing and externalizing, in the early school years (Essex, Klein, Miech, & Smider, 2001;[5] Lyons-Ruth, Easterbrooks, & Cibelli, 1997[6]), and children of depressed mothers are at elevated risk for developing psychopathology in both childhood and adulthood (Sinclair & Murray, 1998[7]).

**Hypotheses Involved:**

Domain of Exposure for hypotheses:

#10 Gene Environment Interactions and Behavior
#11 Behavioral Exposures, Genetics, and Early Onset Aggression
#12 Behavioral Exposures and Adolescent-Onset Physical Aggression
#13 Family Influences on Child Health and Development,

**Recommended Measures:**

Center for Epidemiological Studies Depression Scale (CES-D) Radloff, L.S. (1977). The CES-D scale: A self-report depression scale for research in the

---

[1] Cicchetti, D., Rogosch, F. A., & Toth, S. L. (1998). Maternal depressive disorder and contextual risk: Contributions to the development of attachment insecurity and behavior problems in toddlerhood. *Development and Psychopathology, 10,* 283-300.

[2] Marchand, J. F., & Hock, E. (1998). The relation of problem behaviors in preschool to depressive symptoms in mothers and fathers. *The Journal of Genetic Psychology, 159,* 353-366.

[3] Cohn, J., Matias, R, Tronick, E. Z., Connell, D., & Lyons-Ruth, K. (1986). Face-to-face interactions of depressed mothers and their infants. *New Directions for Child Development, 34,* 31-45.

[4] Field, T. (1998). Maternal depression effects on infants and early intervention. *Preventive Medicine, 27,* 200-203.

[5] Essex, M., Klein, M., Miech, R., & Smider, N. (2001). Timing of initial exposure to maternal major depression and children's mental health symptoms in kindergarten. *British Journal of Psychiatry, 179,* 151-156.

[6] Lyons-Ruth, K., Easterbrooks, M. A., & Cibelli, C. (1997). Infant attachment strategies, infant mental lag, and maternal depressive symptoms: Predictors of internalizing and externalizing behavior problems at age 7. *Developmental Psychology, 33,* 681-692.

[7] Sinclair, D., & Murray, L. (1998). Effects of postnatal depression on children's adjustment in school. *British Journal of Psychiatry, 172,* 58-63.

general population. *Applied Psychological Measurement, 1*, 385-401. The CES-D is a self-report scale intended to measure symptoms of depression in non-clinical populations. Respondents rate the frequency during the past week of 20 symptoms. Response categories are "rarely or none of the time (less than 1 day)", "some or a little of the time (1-2 days)", "occasionally or a moderate amount of time (3-4 days) 11, and "most or all of the time (5-7 days). Eleven scales range from 0 to 60, with a score of 16 suggesting potential referral for further assessment. The CES-D is one of the most widely used and validated measures of depressive symptomatology for non-clinical samples. It has been used in a number of national studies including the NICHD child care study and ECLS-B.[8] Internal consistency was reported to be high at .85 in the general population and .90 in a clinical sample. Test-retest correlations were reported to be adequate ranging between .51 to .59 (Radloff, 1977). The mean CES-D score for psychiatric inpatients was much higher than those for samples of nonclinical adults. In addition, 70 percent of the patients were above the cutoff score of 16, whereas only 21 percent of the nonclinical sample scored above 16. Correlations between the CES-D and other measures of depressive symptoms are reported as high by Radloff (1977), Roberts and Vernon (1983), and Orme, Reis, and Herz (1986). The CES-D is proposed to be administered at pregnancy and at 6 and 18 months.

Edinburgh Postnatal Depression Scale (EPDS) Cox, J., & Holde, J., (2003). *A guide to the Edinburgh Postnatal Depression Scale*. London: Gaskell. This is a 10-item scale designed to be administered within 8 weeks postpartum. The EPDS is a quick screener designed for administration by a primary health care professional to detect mothers suffering from depression. It is proposed to be used at the 1 month and 6 month home visits. The dual administration of CES-D and EPDS at 6 months would provide an analytic bridge between the 2 measures for continuity. The EPDS is reported to have excellent psychometric properties. For detailed psychometric information see:
http://www.rcpsych.ac.uk/publications/gaskell/samplechaps/81_1.pdf .

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

CES-D: T1 (First and Prior), T2, T3, 18 months

EPDS: 1 month

CES-D and EPDS: 6 months

**Estimated Burden:**

Allocated per interview: 4 minutes

---

[8] National Center for Education Statistics (NCES). Early Childhood Longitudinal Study-Birth Cohort. Retrieved January 24, 2006 from National Center for Education Statistics, Early Childhood Longitudinal Study, Birth cohort Web site: http://nces.ed.gov/ecls/Birth.asp.

Estimated from Literature: N/A
Estimated from Pilot Test: To come

**Other Measures Considered:**

1. Composite International Diagnostic Interview (CIDI; World Health Organization. (1997). *Composite International Diagnostic Interview* (Version 2.1). Geneva, Switzerland). The CIDI is a fully standardized interview based on the definitions and criteria of the tenth revision of the International Classification of Diseases (ICD-10) and the fourth edition of the *Diagnostic and Statistical Manual of Mental Disorders* (*DSM-IV*). The CIDI is cumbersome and time consuming to administer (about 1 hour) and complicated to score. A short form exists but is still much longer than the CES-D.

2. Beck Depression Inventory (BDI-- Beck, A.T., Ward, C.H., Mendelson, M., Mock, J.E., & Erbaugh, J. (1961). An inventory for measuring depression. *Archives of General Psychiatry, 4,* 561-571. and Beck, A. T., Steer, R. A., & Brown, G. K. (1996). *BDI II Manual*. San Antonio, TX: The Psychological Corporation.). A widely used 21-item self-report measure indicating presence/absence and severity of depressive feelings and behavior. The measure has received more psychometric analysis and empirical validation than any other self-reported depression measure.

3. Hamilton Depression Rating Scale (HAM-D; Hamilton, M. (1960). A rating scale for depression. *Journal of Neurology, Neurosurgery and Psychiatry, 23,* 56-62. ). A widely used and well-documented measure of severity of depression. The Ham-D has many different versions. The original version contains 17 items. The HAM-D has at least 20 different published versions, including long forms and short forms. A meta-analysis of the original 17-item version showed that it has adequate internal reliability, but many scale items are poor contributors to the measurement of depression severity. Other items have poor interrater and retest reliability. In addition, although the HAM-D was standardized as a measure of depression, it includes six items that address anxious symptoms (e.g., somatic and psychic anxiety, hypochondriasis, paranoia, and obsessive–compulsive anxiety).Response options on some items are poorly formatted. Convergent validity and discriminant validity are adequate.

**Issues:**

At present there is no plan to administer it beyond 6 months. However, it is suggested that it be administered again at 18 months (CES-D) because it is one year later and there could be stressful life events that may intervene to affect the mother's mental health at this time period. Further, depression at 18 months could be treated as both an outcome from earlier environmental exposures, a mediator of the effects of contemporaneous exposures on children's development (as well as having a direct effect on children's attachment), and a predictor of later children's development and exposures.

The BDI and the CES-D are both widely used, short, and hold good psychometric properties. The CES-D is recommended because of its recent use in national studies and the NICHD child care study.

## 3.11.2 Maternal Cognitive Functioning

**Rationale:**

Parental cognitive functioning has been shown to strongly influence young children's developmental status, as well as a host of other functions, including language, reasoning, literacy, socioemotional functioning, school readiness and adjustment to and achievement in school, etc. It is thought that this construct may account for unique variance in a child's development above and beyond other parental characteristics.

**Hypotheses Involved:**

Domain of Exposure for hypotheses:

#10 Gene Environment Interactions and Behavior
#11 Behavioral Exposures, Genetics, and Early Onset Aggression
#13 Family Influences on Child Health and Development

Covariate for hypotheses:

#1 Non-Persistent Pesticides and Poor Neurobehavioral and Cognitive Skills
#9 Impact of Neighborhood Environment on Risk of Obesity and Insulin Resistance
#12 Behavioral Exposures and Adolescent-Onset Physical Aggression
#16 Impact of Media Exposure on Child Health and Development
#17 Social Institutions and Child Health and Development

**Recommended Measure:**

Kaufman Brief Intelligence Test (K-BIT), K-BIT: Kaufman, A. S., & Kaufman, N. L. (1990). Kaufman Brief Intelligence Test (K-BIT). Circle Pines, MN: American Guidance Service, is a brief measure of nonverbal and verbal intelligence that takes approximately 15-30 minutes to complete (longer for older people). The K-BIT consists of two subtests: (a) Vocabulary, which assesses word knowledge and verbal concept formation and, (b) Matrices, which assesses nonverbal skills and ability to solve new problems and analogies. Start points are based on age. The K-BIT yields scores similar to other intelligence tests (mean of 100 and standard deviation of 15).

The K-BIT was normed on a standardized sample of 2,022 children and adults ranging in age from 4-90 based on the 1990 US Census population. The reliability is as follows: internal consistency = .93; split-half reliability = .92 (Vocabulary) and .87 (Matrices); test re-test reliability for composite score with an average of 21 days was .94; and intercorrelations among the subscales ranged

from .38 to .75. There is strong evidence of construct validity with evidence of relationship between K-BIT scores and education level. As hypothesized, K-BIT scores were correlated with other intelligence scores, including the Stanford-Binet, Weschler Intelligence Scale for Children-Revised (WISC-R), Weschler Adult Intelligence Scale-Revised (WAIS-R), and the Kaufman Assessment Battery for Children (K-ABC).[9] Across various studies, the correlations between the K-BIT subtests and the WAIS-R subtests range from .52 to 88; between the K-BIT subtests and WISC-R subtests range from .29 to .83; and between the K-BIT subtests and WISC-III subtests range from .35 to .87.

The K-BIT was used in the National Survey of Child and Adolescent Well-Being (NSCAW).

We recommend that the K-BIT be administered at the 18-month data collection because the hormonal fluctuations due to pregnancy would have subsided and cognition would be presumed to be more stable by then.

**How Interview Component Will Be Conducted:**

CAPI

**Longitudinal Characteristics:**

18 months

**Estimated Burden:**

Allocated per interview: 15-- 30 minutes, with more time for older individuals
Estimated from Literature: 15 – 30 minutes with more time for older individuals
Estimated from Pilot Test: To come

**Other Options Considered:**

1. K-FAST, Kaufman, A and Kaufman, N. (1994). *Kaufman Functional Academic Skills Test*. Circle Pines. MN: American Guidance Service.

2. PPVT, Dunn, L. M., & Dunn, L. M. (1981). *Peabody Picture Vocabulary Test-Revised*. Circle Pines, MN: American Guidance Service.

3. WAIS subscales, Wechsler, D. (1981). *Wechsler Adult Intelligence Scale-Revised*. San Diego, CA: Harcourt Brace Jovanovich

4. Leiter, Roid, G.H. and Miller, L.J. (1997). *Leiter International Performance Scale- Revised*. Woo Dale, IL: Stoelting, Co.

---

[9] Canivez, G. L., Neitzel, R., and Martin, B.E. (2005). Construct validity of the Kaufman Brief Intelligence Test, Wechsler Intelligence Scales for Children-Third Edition, and Adjustment Scales for Children and Adolescents. *Journal of Psychoeducational Assessment, 23*, 15-34.

5. Woodcock-Johnson subscales, Woodcock, R.W. and Mather, N. (1989, 1990). The *Woodcock-Johnson Psycho-Educational Battery-Revised.* Itasca, IL: Riverside Publishing.

**Issues:**

Whether to focus on the general assessment of intelligence or focus on literacy per se. K-FAST and PPVT would be more focused on literacy.

K-BIT scores, on average, are slightly higher than the WAIS-R, but they are still comparable.

K-BIT is a screener produces less information than is usually gathered from other standardized intelligence tests. However, administration of a complete assessment such as the WAIS, would require at least 60 minutes.

## 3.5.2 Maternal Sleep

**Rationale:**

Sleepiness increases during pregnancy, and may be associated with pre-eclampsia. Sleep-disordered breathing (snoring or sleep apnea) also increases in frequency during pregnancy and may be associated with gestational hypertension, pre-eclampsia, and small-for-gestational-age births. Excessive daytime somnolence during pregnancy may predispose to sleep apnea during pregnancy. Sleep deprivation during pregnancy may be associated with caesarian deliveries, and is also related to maternal depression, which in turn, may be related to cognitive and developmental issues in children. Maternal sleep deprivation and excessive daytime somnolence may increase the risk for injury and harmful behaviors both to infant and mother.

**Hypotheses Involved:**

Covariate for hypotheses during pregnancy:

#10 Impact of Maternal Stress During Pregnancy and Risk of Asthma
#23 Increased Risk of Preterm Birth from Intrauterine Exposure to Mediators of Inflammation

Covariate for hypotheses in anticipation that hypotheses requiring this data will emerge related to Mother-Child interactions.

**Recommended Measure:**

Assessing Child and Maternal Sleep in the Early Years. Carl E. Hunt, MD, Director, National Center on Sleep Disorders Research (NCSDR), NHLBI, Dec. 2003. Domains covered for mother and child include: sleep amount, daytime sleep, night waking, snoring and apnea and daytime sleepiness. Composite inventory of 13 questions (covering both mother and child) chosen from validated questionnaires, and covering ages birth through 5 years.

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

T1 (First and Prior), T3, 1 month and 6 months.

**Estimated Burden:**

Allocated per interview: 3 minutes
Estimated from Literature: N/A
Estimated from Pilot Test: To come

**Other Options Considered:**

1. Sleepiness: Epworth sleepiness scale ESS. 8-item scale assessing chance of dozing in different situations, i.e., sitting and reading, driving and stopped at a light. Johns MW. *Sleep* 1991; 14 (6):540-5.

2. Multivariable sleep apnea risk index. Validated and reliable. Maislin G, et al. *Sleep* 1995 18(3): 158-66.

3. Pittsburgh Sleep Quality Index, a widely used and validated 21-point scale. Buysse DJ, Reynolds CF III, Monk TH, Berman SR, Kupfer DJ. The Pittsburgh Sleep Quality Index: a new instrument for psychiatric practice and research. Psychiatr Res 1989, 28:193-213.

4. Project VIVA! has two questions on sleep – number of hours, and getting enough sleep. While faster to administer, these are not as comprehensive as the NHLBI measure.

**Issues:**

NHLBI measure is derived and adapted from the three widely used and validated indices listed above (numbers 1-3). Not validated specifically in this form.

## 3.12 Parenting

**Rationale:**

Authoritative parents have been shown to have children who are more likely to be securely attached and to have good social and cognitive outcomes, compared with parents who are overly hostile and rigid (authoritarian) or overly permissive (laissez-faire). Parenting style has been shown to be an important parental characteristic that can enhance or hinder a child's cognitive and social competence.

**Hypotheses Involved:**

Domain of Exposure for hypotheses:

#10 Gene Environment Interactions and Behavior
#11 Behavioral Exposures, Genetics, and Early Onset Aggression
#12 Behavioral Exposures and Adolescent-Onset Physical Aggression
#13 Family Influences on Child Health and Development

Covariate for hypothesis:

#16 Impact of Media Exposure on Child Health and Development

**Recommended Measure:**

Child Rearing Practices Report (CRPR), developed by Block (Block, J. (1965), The child-rearing practices report, Berkley: Institute of Human Development. University of California, Berkley. This instrument was usually administered in a Q-sort format where parents are asked to group 91 cards based on rating ranging from *1= most undescriptive for me* to *7 = most descriptive for me*. However, this time-consuming format was modified into a questionnaire with response anchors ranging from *1 = not at all descriptive of me* to *6 = highly descriptive of me*, which did not changed the reliability and factor structure of the instrument. The CRPR covers four general domains: (1) how positive and negative emotions are expressed, handled, and regulated; (2) how parental authority is conveyed, and the specific forms of discipline that are used; (3) the parent's ideals and goals with respect to the child's accomplishments and aspirations; and (4) the parent's values concerning the child's development of autonomy, independence, and self-identity. However when factor analyzed was performed on the 91 items, over 30 factors were found with the remainder of the factors having low to moderate reliability. Subsequent analyses, including confirmatory factor analysis found 40 items that factored into two main constructs of Restrictiveness (authoritarian pattern) and Nurturance (authoritative pattern) and they have been found to be stable and valid across various samples and settings.

The Restrictive and Nurturance subscale of the CRPR is the proposed measure to assess parenting style: (i) Restrictive (Authoritarian Pattern) assesses frequent use of physical punishment, verbal reprimands, prohibitions, discouragement of

child's emotional expression, emphasis on fear of external consequences of transgression, and strict supervision of the child; and (ii) Nurturance (Authoritative Pattern) assesses parents' emphasis on inductive methods, reasoning with the child, appreciation of the child's accomplishments, fostering the child's individuality, and encouraging open communication between parents and the child. These two subscales of the CRPR, of which 29 of the 40 items have internal consistencies over .40 are being recommended for this construct. The internal consistencies found across several samples have ranged from .61 to .84 for these two subscales.

The use of individual subscales has been found to be stable, reliable and predictive. For instance, parenting style differences have been noted for popular and rejected children, problem behaviors, intelligence, and social competence with some of these findings in cross-cultural research.

The use of this instrument in a longitudinal survey is unknown. It has been used extensively worldwide in cross cultural research.

**How Interview Component Will Be Conducted:**

CAPI

**Longitudinal Characteristics:**

T3, 6 months, 12 months, 18 months, and 36 months

**Respondent(s) and Estimated Burden:**

Allocated per interview: 10 minutes
Estimated from Literature: N/A
Estimated from Pilot Test: To come

**Other Options Considered:**

1. Parenting Items from Early Head Start National Evaluation, Parenting Style (Form 20): Greenberger, E., & Goldberg, W. A. (1989). Work, parenting, and the socialization of children. *Developmental Psychology, 25*, 22-35.

2. National Longitudinal Survey of Children and Youth. Chao, R. and Wilms, J. D. (2002). The effects of parenting practices on children's outcomes. In Wilms, J. D. (Ed.), Vulnerable Children: Findings from Canada's National Longitudinal Survey of Children and Youth. Pp. 149-165.

3. Parenting Modernity Scale from NICHD Study of Early Child Care Schaefer, E., & Edgerton, M. (1985). Parental and child correlates of parental modernity. In I. E. Sigel (Ed.), *Parental belief systems: The psychological consequences for children.* Hillsdale, NJ: Lawrence Erlbaum Associates, Inc.

**Issues:**

Some items are more appropriate referencing slightly older children.

Some of the items are very abstract with some parents possibly endorsing them because it sounds good.

There is no estimated time reported in the literature, but may take approximately 10 minutes for the Primary Caregiver (mother or significant adult). The use of 29 of the 40 items that have internal consistencies above .40 further reduces respondents' burden.

Though this instrument has been used for children 16 months and older, it is important to assess parents' child rearing practices before and after their child's birth due to changes in child temperament style and emotional regulations. Therefore, it is recommended that parents' child rearing practices be assessed in the third trimester, as well as in the 6, 12, 18, and later, the 36 month data collection periods.

### 3.5.1 Perceived Stress

**Rationale:**

Parental stress is an important indicator of parenting behavior and attitudes and has been found to be related to the quality of the parent-child relationship in infancy and beyond, and to children's social skills. Parents with high levels of stress have been found to be less sensitive to their infants, and higher levels of children's attachment insecurity were found in dyads with more stressed parents. Parental stress also influences parent disciplinary practices (e.g., commands to the child, inadvertent or unwitting reinforcement of aversive child behavior, and coercive interchanges) that directly promote and escalate aggressive and oppositional child behavior (Patterson, Reid, & Dishion, 1992; Sanders, Dadds, & Bor, 1989). More specifically, stress appears to increase parent irritability and attention to deviant behavior and the likelihood that parents initiate or maintain aversive interchanges with their children or counterattack in response to child aggression (Patterson, 1988; Patterson & Forgatch, 1990; Wahler & Dumas, 1989).

**Hypotheses Involved:**

Domains of Exposure for hypotheses:

#10 Gene Environment Interactions and Behavior
#11 Behavioral Exposures, Genetics, and Early Onset Aggression
#13 Family Influences on Child Health and Development
#14 Maternal Stress During Pregnancy and Increased Risk of Asthma

**Recommended Measure:**

Parenting Stress Index – Short Form (PSI/SF): Abidin, 1995. Abidin, R. R. (1995). *Parenting Stress Index* (3rd ed.). Odessa, FL: Psychological assessment Resources.

The PSI Short Form[1] (PSI/SF; Abidin, 1990; 1995)[2] is a direct derivative of the PSI full-length test, using 36 of the original items. The items were written at a 5th-grade reading level and the scale is suitable for parents of children from infancy to early adolescence. The PSI/SF yields a Total Stress score from three scales: parental distress, parent-child dysfunctional interaction, and difficult child. The measure has been widely used in the last 10 years and has yielded significant associations with parent characteristics, home environments and backgrounds, and children's social development in a variety of US and international populations (Abidin, 1990; 1995). Test-retest reliability for the total score has been found to be .96 over a 1-3-month interval and .65 over 1 year (Abidin, 1990).

---

[1] See Other Options Considered 1 for a description of the standard PSI.

[2] Abidin, R. (1990). *Parenting Stress Index test manual.* Charlottesville, VA: Pediatric Psychology Press.

**How Interview Component Will Be Conducted:**

CAPI, (alternatively could be self-administered)

**Longitudinal Characteristics:**

6 months and 18 months.

**Estimated Burden:**

Allocated per interview: Less than 10 minutes
Estimated from Literature: Less than 10 minutes
Estimated from Pilot Test: To come

**Other Options Considered:**

1. Parenting Stress Index – Standard Form (Abidin, 1986), Abidin, R. R. (1986). *Parenting Stress Index* (2nd ed.). Charlottesville, VA: Pediatric Psychology Press. The standard PSI (Abidin, 1986) is a 120-item parent self-report questionnaire developed to assess three potential stress sources for the parent: (1) child's characteristics (6 subscales with a total of 47 items); (2) mother's characteristics (7 subscales, 54 items); and (3) life events and situational stress (an optional 19-item scale). A substantial body of published research links PSI scores to observed parent and child behaviors and to child's attachment style and social skills.

2. The Parental Stress Scale (Berry, & Jones, 1995), Berry, J. O., & Jones, W. H. (1995). The Parental Stress Scale: Initial psychometric evidence. *Journal of Social and Personal Relationships, 12*, 463-472.

3. Perceived Stress Scale (PSS; Cohen et al., 1983), Cohen, S., Kamarck, T., Mermelstein, R. (1983). A global measure of perceived stress. *Journal of Health and Social Behavior*, *24*, 385-396.

**Issues:**

This domain somewhat overlaps with more direct indicators of children's socioemotional development, such as parenting behavior and attitudes (warmth, control, etc.) as well as with parental mood and mental health. It was also found to overlap with socioeconomic status.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, January 29, 2006 11:08 AM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: low celiling of the HOME?--A reply from Bob Bradley

**Attachments:** IJBD Cross-Cultural.pdf



IJBD
ss-Cultural.pdf (110

Please see Bob Bradley's reply to a concern mentioned in our last meeting.
Sarah.

-----Original Message-----
From: rhbradley@ualr.edu [mailto:rhbradley@ualr.edu]
Sent: Saturday, January 28, 2006 9:03 PM
To: Friedman, Sarah (NIH/NICHD) [E]
Subject: Re: low celiling

Sarah,
To some degree it is true that th HOME has a low ceiling in that families tend to get scores toward the high end of the possible range. That is because HOME is designed to discriminate mostly between those homes where there is insufficient support for development and homes that are ok, rather than between homes that are ok and homes that are highly supportive. (By the way there are a number of medical screening measures that have the same properties). But the problem of ceiling is not as acute as some might believe. Consider the following. In our own study, which is hardly a low SES sample -- maybe even a bit biased in the other direction -- we get lots of variability and quite good predictability as regards many different child outcomes.
This could not happen if low ceiling was a serious problem. In an extraordinary number of countries throughout the world (from first world to third world) the HOME predicts to outcomes. If low ceiling was a serious problem, it would not work. Of course, one could find a generally upper-middle class sample and one might see some fall-off in prediction, but even there, low scores are telling. In the NCS, with its effort to have a highly representative sample, with perhaps even some focus on areas where children may be exposed to greater than normal levels of particular teratogens, it is quite unlikely that the HOME will not show considerable variability and good predictability. It has worked in numerous national survey studies withn the US and elsewhere. To insure that the study gets full advantage of the HOME's capacities to reflect differences in environmental quality, training is key. Accordingly, I would recommend that I do the training. I know the places where assessors tend to err in judgment and technique.
Unfortunately, those errors are almost always in the direction of increasing the problem of low ceiling. For this kind of study, I think its worth having me do the training. I ain't that expensive.

All this said, Sarah, I am happy to discuss issues and alternatives for the staff putting together the study.
There are options.

Below are a couple of references you may find helpful.

Bradley, R.H. (1994). The HOME Inventory: Review and reflections. In H. Reese (Ed.), Advances in child development and behavior (pp. 241-288). San Diego, CA: Academic Press.

Bradley, R.H., Corwyn, R., & Whiteside-Mansell, L. (1996). Life at home: Same time, different places, An examination of the HOME Inventory in different cultures. Early Education & Parenting, 5, 251-269.

I want to strongly stress, again, that low ceiling will almost certainly not be a problem

for the NCS - especially of assessors are properly trained. There is simply too much evidence (including from our own study) that the measure discriminates and predicts.

I've attached the latest cross-cultural review for your use.

Best,
Bob

----- Original Message -----
From: "Friedman, Sarah (NIH/NICHD) [E]" <friedmas@exchange.nih.gov>
Date: Friday, January 27, 2006 3:24 pm
Subject: low celiling
To: Bradley <rhbradley@ualr.edu>

> Dear Bob,
>
>
>
> I am looking for information that would counter the statement
> accordingto which the HOME has a low ceiling. Can you direct me to
> anypublications with data relevant to that statement?
>
>
>
> Thanks,
>
>
>
> Sarah.
>
>
>
> Sarah L. Friedman, Ph.D.
> Project Scientist and Scientific Coordinator, NICHD Study of Early
> Child Care and Youth Development OEP, Office of the Director, National
> Institute of Child Health and Human Development
>
> Phone: (301) 435-6946
> Fax: (301) 480-2400
> E-mail: friedmas@exchange.nih.gov
>
>
>
>

Robert H. Bradley
Center for Applied Studies in Education
University of Arkansas at Little Rock
2801 S. University Ave.
Little Rock, AR 72204
Phone: 501-569-8177
Fax: 501-569-8503

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Friday, January 27, 2006 4:45 PM
**To:** List NEURO_MEASGRP-L
**Subject:** From Margaret Briggs Gowan to the Psychological Corporation

-----Original Message-----
From: Margaret J. Briggs-Gowan [mailto:Margaret.Briggs-Gowan@yale.edu]
Sent: Thursday, January 26, 2006 6:31 AM
To: jean_Loden@harcourt.com
Cc: sandra_princeembury@harcourt.com; alice Carter; Friedman, Sarah (NIH/NICHD) [E]
Subject: National Children's Study

Dear Jean,

As you know, Sarah Friedman, Ph.D. from NICHD has contacted us about the

possibility of using the BITSEA in the National Children's Study. (You can find information about the study by going to <http://nationalchildrensstudy.gov/> http://nationalchildrensstudy.gov/
) Thank you for sending her the Research Version of the BITSEA and ITSEA.

To inform their decision about whether or not to use the BITSEA, they would like to conduct IRT (Item Response Theory) analyses on the BITSEA items. Alice and I have agreed to share our own research data (from our

NIMH studies) with them, because we would like to help them as much as possible. To ensure that they have a large enough sample, they would like to request to use the National Standardization Sample data that Psychological Corporation has collected. We know that this is not our decision, but wish to express our interest in supporting this request and collaborating with them on this. Can you advise me about how best to proceed?

With Regards,
Margaret

Margaret Briggs-Gowan, Ph.D.
Associate Research Scientist
Epidemiology and Public Health
Yale School of Medicine
60 College Street
New Haven, CT 06520

W: 203/764-9176 or if unable to reach at that number, 203/764-9093

Please be aware that email communication can be intercepted in transmission or misdirected. Please consider communicating any sensitive information by telephone, fax or mail. The information contained in this message may be

privileged and confidential. If you are NOT the intended recipient, please notify the sender immediately with a copy to <mailto:hipaa.security@yale.edu>hipaa.security@yale.edu and destroy this

message.

International Journal of Behavioral Development
2005, 29 (6), 468–478
http://www.tandf.co.uk/journals/pp/01650254.html
Psychology Press
Taylor & Francis Group
© 2005 The International Society for the Study of Behavioural Development
DOI: 10.1080/01650250500146925

# Caring for children around the world: A view from HOME

Robert H. Bradley and Robert F. Corwyn
University of Arkansas at Little Rock, AR, USA

This review examines cultural and socioeconomic variations in parenting as represented by the original and adapted versions of the HOME Inventory. There was specific focus on three aspects of the family environment where cultural models of parenting and access to resources are thought to be operative and for which there is evidence of impact on child well-being: parental responsiveness, discipline practices, and exposure to stimulating materials and experiences. Findings revealed meaningful impacts of culture and SES in all three areas. Not only did mean differences emerge across countries but different alliances between indicators, presumably representing the same parenting construct, also emerged. The review also revealed a tendency for researchers to modify the HOME consistent with local beliefs and practices concerning what children need, what families need, and the role of parents in fostering particular aspects of development. Despite differences in cultural models of parenting around the world, the studies showed rather consistent relations between exposure to stimulation and parental responsiveness and children's adaptive functioning. Associations with physical punishment were somewhat less clear.

Culture is a complex system composed of many loosely interlocked, sometimes causally connected elements, including parenting beliefs and practices (D'Andrade, 2001). In any society, what parents do and how it relates to child well-being is very much determined by an intricate interplay between these forces and prevailing environmental conditions (economic, political, etc.). Culture helps determine both how parents interpret the needs of children and how they react to those needs. Kitayama (2002) argued that it is difficult to penetrate the distinctive features of a culture, for there is a dynamism in how such features are fully instantiated in daily routines, interpersonal rituals, styles of conversation, and relations with social institutions that make up behavioural environments. It is easier to map routines and practices than to fully appreciate how they operate within individuals, families, or communities (De Munck, 2001). Part of the dynamism as regards how culture is implicated in parenting derives from the fact that societal goals represent a fluid blend of what is thought possible and what is deemed desirable. Accordingly, parenting practices in two societies can look remarkably similar when children are infants, only to diverge during middle childhood and adolescence. Likewise, parenting behaviours that align in one society to affect children's development (for good or ill) may not be aligned in a second society (as will be seen throughout this review). These differences may reflect cultural values; also they may reflect other aspects of family ecology. In that regard, it is important to remember that little things may mean a lot. It can be instructive to examine how often parents do certain things and how their patterns of behaviour function in relation to children's outcomes. By so doing, researchers may derive insights into how culture is implicated in parenting and child development.

In this review, we examine data from one measure of parenting that has been used throughout the world, the HOME Inventory, in an effort to elucidate societal differences in parenting behaviour and child well-being. HOME does not provide coverage of all potentially important aspects of parenting, but it does contain a wide variety of indicators of key aspects of children's experience in their home place, including dimensions that Whiting and Edwards (1988) contend are important for distinguishing between cultures and for which there is evidence of impact on child adaptive functioning: (1) warmth and responsiveness, (2) discipline/control, and (3) stimulation/teaching. That said, HOME data from some regions of the world are more complete than data from others. Thus, findings from HOME can speak with greater or lesser authority about culture and parenting depending on the amount of data available.

## Description of the HOME Inventory

The HOME Inventory is one of the most widely used measures of the family environment (Caldwell & Bradley, 2003). It assesses the quality and quantity of support and stimulation provided for children at home. As well it captures aspects of family organisation, routines, and family involvement with extended family and use of community resources that affect children. It requires a home visit lasting about 1 hour; a visit that minimally includes the target child and the child's primary caregiver but that may include other members of the household as well. To score items on the Inventory entails both direct observation of parenting behaviour and semistructured interview with family members.

Correspondence should be sent to Robert H. Bradley, Center for Applied Studies in Education, University of Arkansas at Little Rock, 2801 S. University Ave, Little Rock, AR 72204, USA; email: rhbradley@ualr.edu

There are four versions of the Inventory, based on the age of the child. The Infant-Toddler version contains six scales: (1) responsiveness, (2) acceptance (lack of punitiveness), (3) organization, (4) play/learning materials, (5) involvement (stimulation of development), and (6) variety of experience. The Early Childhood version contains eight scales: (1) learning materials, (2) language stimulation, (3) physical environment, (4) responsiveness, (5) academic stimulation, (6) modelling (of socially desirable behaviour), (7) variety of stimulation, and (8) acceptance. The Middle Childhood version contains seven scales: (1) responsiveness, (2) encouragement of maturity, (3) acceptance, (4) learning materials, (5) variety of enrichment, (6) family companionship, and (7) physical environment. The Early Adolescent version contains seven scales, but there is too little research on that version to make it useful for this review. Representative items from the first three versions that would be included under the three areas being reviewed are found in Table 1.

## Warmth and responsiveness

Culture, geography, and general circumstances of daily life affect the organization and expression of emotions (Kilbride & Kilbride, 1983; Whiting & Edwards, 1988). Societies can be distinguished in terms of their attention to children's emotional needs. These differences begin when children are infants. Kung infants from Namibia spend many hours a day in direct contact, as do Longoli children in Kenya (Munroe & Munroe, 1980). This contrasts to American infants, where holding decreases rapidly from the first few weeks of life through age 2. For Americans, tactile contact gives way to other forms of communication (visual, acoustic, object-based) (Bradley, Corwyn, McAdoo, & Garcia Coll, 2001; Valsiner, 2000). In most societies, tactile responsiveness gives way to other forms of responsiveness. HOME data obtained from Argentine families showed that 70% of children were hugged or kissed by their mothers during the home visit when HOME was used. This figure shrunk to 40% by age 2 and to 25% by age 5. By contrast, speaking to the child rose from 50% at age 6 months to 70% at age 2 and 80% at age 5 (Centro de Estudios sobre Nutricion Infantil, 1996). A similar pattern emerged in Spain: 71% of children were hugged in infancy, 63% in early childhood; 69% were spoken to in infancy, 89% in early childhood (Perez & Moreno, 2004). In societies where preschool age children are predominantly in the company of siblings and peers rather than parents, parental responsiveness in any form drops substantially as children reach 3 or 4 years of age.

Though body contact is a near-universal form of responsiveness, other forms of contact are not. Belief in the "evil eye" remains strong in some societies. Where it does, cultural models tend not to include face-to-face engagement as a form of responsiveness (Kilbride & Kilbride, 1983). In Portugal, there is not as much emphasis on ministering to child emotional needs as in the US. Portuguese caregivers did not hold, verbally respond to, caress, or praise children as much as US caregivers (Abreu-Lima, n.d.). When Richman and colleagues (1988) compared the Gunsi from Kenya to mothers from Boston, they found that Gunsi mothers rarely talked to their infants or even looked at them. This pattern reflects broader cultural conventions concerning conversational interactions. Even so, Gunsi mothers held the infants more than Boston mothers. The researchers concluded that "Gunsi mothers seek to quiet and soothe their babies, whereas the American mothers pursue a style in which verbal interactions and stimulation of the infant play an important part" (p. 616–617). Aina and colleagues (Aina, Agiobu-Kemmer, Etta, Zeitlin, & Setiloane, 1993), in their study of the Yoruba in Nigeria, found that parents were not particularly responsive in a verbal manner. In the course of an hour visit using the HOME, 44% of mothers never spoke to the child, only 26% spoke three times or more, and 88% never responded to the infant's verbalizations. The Yoruba believe that children should be deferential. This follows a general belief that with seniority comes privilege. Unlike adults in many Western countries, Yoruba adults do not view children's comments as

**Table 1**
*Items[a] from HOME that illustrate warmth/responsiveness, harshness/discipline, and stimulation/teaching*

| |
|---|
| *Warmth/Responsiveness* |
| Parent caresses, kisses, or cuddles child during visit |
| Parent holds child close at least 10 to 15 minutes per day |
| Parent praises child's qualities twice during visit |
| Parent spontaneously vocalizes to child at least twice during visit |
| When speaking of or to the child, parent's voice conveys positive feelings |
| Parent encourages child to contribute to the conversation |
| During visit parent answers child's questions verbally |
| Parent shows some positive emotional response to praise of child by visitor |
| *Harshness/Discipline* |
| Parent has not lost temper with child more than once during previous week |
| Parent reports no more than one instance of physical punishment during the past week |
| Parent does not express overt annoyance or hostility toward child during the visit |
| Parent does not interfere with or restrict child more than three times during visit |
| Parent neither slaps nor spanks child during visit |
| Child can express negative feelings toward parent without harsh reprisal |
| *Stimulation/Teaching* |
| Child has toys that teach colours, size, and shapes |
| Child has toys or games requiring fine movements |
| Child has at least 10 children's books |
| Child has toy or real musical instrument |
| Parent talks to child while doing housework |
| Parent structures child's play periods |
| Parent provides toys that challenge child to develop new skills |
| Parent reads to child at least three times a week |
| Family member has taken child to museum during past year |
| Child is encouraged to learn alphabet |
| Child is encouraged to learn numbers |
| Parent teaches child simple manners |
| Child has been taken on an outing by a family member at least every other week |
| Family provides lessons or organizational memberships to support child's talents |
| Family encourages child to develop and sustain hobbies |
| Family member has taken child, or arranged for the child, to take a trip of at least 50 miles |
| Parent helps child achieve motor skills |

[a] Table does not include all items but simply some illustrative ones from the Infant-Toddler, Early Childhood, and Middle Childhood versions of HOME.

having much potential usefulness (i.e., they're not worth paying attention to). They feel that children should heed their elders, whose experience leads to knowledge and wisdom. This does not mean that Yoruba parents are totally unresponsive. Aina and colleagues observed that 84% of mothers conveyed their positive feelings about the child using tone of voice, 45% spontaneously praised the child, and 52% caressed or kissed the child during the home visit. These HOME findings from Uganda comport with findings from other studies done in Africa. Among the Langoli in Kenya, holding young children and quick responses to distress are prevalent. Kilbride and Kilbride (1983) found that Baganda mothers display positive affect toward children but do it in the form of stroking, looking at the child and putting the child in a face-to-face position rather than in the form of hugs and kisses like American mothers. The Kilbrides contend that labelling African mothers as nonresponsive results from the failure of social scientists to appreciate how the relationship between form and function in child-rearing practice is determined by broader cultural values (Bornstein, 1995). In the case of the Baganda, the expression of affection toward children takes a form that fits with the Bagada's overall demarcation of what is acceptable for public versus private expressions of emotion. In Macedonia, where poverty is prevalent and there is less focus on parental responsiveness than on survival and building key interpersonal skills, adjustments to scoring were made to HOME indicators of responsiveness and indicators related to fostering social competence were added.

Studies done in Latin America and the Caribbean using HOME provide a mixed picture as regards the amount of responsiveness shown to young children. Responsiveness scores for children in Paraguay, Argentina, and St Vincent's were lower than US norms (Blevins-Knabe & Austin, 2000; Centro de Estudios Sobre Nutricion Infantil, 1996; Durbrow, Jones, Bozoky, Jimerson, & Adams, 1996); but scores in Costa Rica and Chile were not much lower (Bulnes, Cajdler, Edwards, & Lira, 1979; Castillo-Durin et al., 2001; Lozoff et al., 2003; Lozoff, Park, Radan, & Wolf, 1995; Tippie, 2003). Performance on certain indicators of responsiveness appear particularly revealing regarding cultural differences. Although mean scores in several Latin American countries were not greatly different from US and European samples, it was less common for parents to express overt affection for children or to be verbally responsive while the home visitor was present. This may represent the cultural value of showing deference towards other adults in social situations rather than lack of warmth for the child. In St Vincent, concerns regarding the way responsiveness was measured by HOME were sufficient for small adjustments to be made to the scale (i.e., the parental praising of children was not considered as central to the construct). This form of spontaneous praise, used to display affection and build self-esteem during middle childhood, appears to be of a different sort to the kind of deliberate praise used to reinforce desired behaviour in the Cameroon (Nsamenang & Lamb, 1995). In St Vincent, there is not a strong focus on independence and self-enhancement.

Most studies of African families have concerned infants or preschool-age children. However, Holding (2003) used the Middle Childhood HOME for families in Kilifi, Kenya. She found that parents did not tend to encourage children to contribute to the adult conversations that took place during the interview (consistent with the idea that children should be deferent). Neither was it common for mothers of school-age children to use terms of endearment for their children—as is often the case for mothers in Western countries. On the other hand, there was a full range of response to the other indicators of responsiveness, including the likelihood that parents would respond positively to the visitors praising of their children and that the parents would answer the children's questions during the home visit.

Precisely what complex of parenting behaviours constitutes responsiveness and whether the construct varies by society has been subject to debate (Munroe & Munroe, 1980). Whether tactile contact, positive affectivity, and short latency in responding to distress are required in all societies is open to question. Adaptations made to HOME for the Yoruba by Aina and colleagues lend further credence to the idea that to understand parenting requires the appreciation of how complex behavioural patterns may be organized and expressed differently in different cultures (Bornstein et al., 1992). In the case of the Yoruba, a judgment was made that two responsiveness items from HOME had limited relevance (Allowing children to engage in messy play, and Showing a positive response to praising the child). In the same vein, Kurtz, Borkowski, and Deshmukh (1987) modified the HOME Inventory for use in Nagpur, India. Items pertaining to spontaneous conversation with the child were deleted. India is steeped in tradition and children are expected to respect their elders; it is considered irreverent to speak without permission, particularly when nonfamily visitors are present. Because of Indian tradition, a child who spontaneously talks during a conversation of elders is often not encouraged.

Levine (1977) argued that low levels of affective involvement evolved as an adaptation to high infant mortality. Cultures have devised quite different ways of emotionally coping with infant death: from crying rituals and social support for crying over lost children to distancing practices (Scheper-Hughes, 1992). In circumstances of austerity, parents are often less affectionate and responsive. To better capture responsiveness in El Salvador, Lordelo, Fonseca, and Araujo (2000) added several indicators. They found a positive relation between SES and maternal responsiveness. So did studies done in Tierra del Fuego (Centro de Estudios Sobre Nutricion Infantil, 1996) and St Vincent (Durbrow et al., 1996).

In circumstances of danger and scarcity, parents become more discriminating in the care of children (Durbrow, 1999). In Caribbean societies mothers tend to be less indulgent by the time children are 3 years; children are assigned household chores, sent on errands, and become caregivers for siblings as they grow older. Parents are sensitive to ways that children are troublesome. In St Vincent and Dominica, most descriptors parents used for children were negative; and very few parents admitted praising children during the past week (a HOME item representing responsiveness).

Parental responsiveness is considered important for adaptive social functioning and, to a lesser degree, for achievement (Bornstein, 1989). Findings from around the world support this assertion, but findings are mixed (Sigman et al., 1989; Wachs et al., 1993). Nihira, Tomiyasu, and Oshio (1987) found that responsiveness from HOME was related to social adjustment for Japanese but not American children. Indicators of affection showed the most divergent relations. Bastos, Almeida-Filho, and Pinho (1998) found that responsiveness was related to Brazilian children's mental health problems. Durbrow and colleagues (1996) found it was related to conduct problems in St Vincent and Zeitlin et al. (1995)

found a relation between maternal affection and a composite measure of child well-being among the Yoruba. Hayes (1997) found it was related to general cognitive scores and motor skills in Jamaica; and Torralva and Cugnasco (1999) found it was related to Bayley MDI at 24 months and to WPPSI scores at 60 months among children in Argentina. Aina et al. (1993) also found a low positive correlation between responsiveness and Bayley MDI (around .20). However, Lozoff and colleagues (1995) did not find associations with IQ in Costa Rica; and Drotar and colleagues (1999) found little relation between a composite derived from the Responsiveness, Parental Involvement, and Organisation scales and Bayley MDI scores among Ugandan families.

In overview, there was substantial variability in the frequency with which particular HOME indicators of warmth and responsiveness were observed around the world. The differences appear to reflect differences in cultural belief systems and general socioeconomic conditions. Especially revealing were differences in response to particular indicators (e.g., praising children, overt demonstrations of affection in the presence of other adults, verbal exchanges with the child) and decisions to either drop or add indicators to better capture how responsiveness is enacted in different countries. Relatedly, intercorrelations among indicators of responsiveness contained in HOME varied by culture, suggesting that cultural models of the construct (i.e., what constitutes responsiveness) varies. Despite these differences, responsiveness was consistently associated with measures of socioemotional development—less consistently with motor and cognitive functioning.

## Discipline/harsh punishment

Studies done in Africa using HOME provide a clear demonstration of how culture, combined with SES, can influence parenting behaviour. Notable is the tendency to use physical punishment to control children. Aina et al. (1993) observed that less than 10% of mothers slapped or spanked children during the HOME visit but over 80% said they spanked children several times a week. Because high rates of spanking are common in sub-Saharan Africa, Aina recommended modifying the HOME Acceptance scale, allowing the use of moderate levels of spanking. Drotar et al. (1999) were sufficiently concerned about the punishment items that they decided against using that scale in Uganda. In adapting the Middle Childhood HOME in Kenya, Holding (2003) also modified scoring criteria to allow greater use of punishment. Consistent with the view that children should respect elders, Holding modified the item, "Child can get upset with parent without harsh punishment" to allow an intermediate level of punishment. It is interesting to note that Yoruba mothers did not display other forms of nonacceptance at rates higher than those typically observed in Western countries (e.g., scolding, expressing annoyance). In the case of one indicator (Parent does not interfere or restrict child more than three times), their rates were lower than in America (1% versus 20%) (Bradley et al., 2001). In Bahrain, where great value is placed on parental authority, scores on the Acceptance scale were substantially lower than US norms (Hadeed & Sylva, 1999). In many African societies parental authority is especially important, so parents feel inclined to physically punish children for not behaving. The Nso of the Cameroon believe that children learn from adversity and need discipline to learn "lessons" about how to act. Because the Yoruba place little value on developing independence but high value on respect for authority, they commonly use physical punishment for indiscretions. However, such culturally prescribed forms of sternness do not appear to be accompanied by indifference to children's needs or disrespect for children per se.

Many Latin American and Caribbean societies value respect for elders (Durbrow, 1999; Reichel-Dolumatoff & Reichel-Dolumatoff, 1961). In such societies parents commonly use approaches to control children that are regarded as negative in more technologically advanced Western societies. Displays of annoyance toward children are so common in St Vincent and Dominica that Durbrow and colleagues (1996) modified the Middle Childhood HOME to allow parents to lose their tempers more often before losing credit on items that involve expressions of anger. That said, scores on the Acceptance scales from HOME were not uniformly lower in Latin America than in the US and Europe (Blevins-Knabe & Austin, 2000; Bulnes et al., 1979; Durbrow et al., 1996; Lozoff et al., 1995; Tippie, 2003; Torralva, Esteban, O'Donnell, & Duran, 2000). In Chile, for example, most parents reported using physical punishment and reprimands routinely, yet their overall scores on Acceptance were not much lower than US scores (Bulnes et al., 1979). As a general rule, Latin American parents were not observed to hit their children more frequently than US and European parents during the visit when HOME was administered. Neither were they observed to be more intrusive. Moreover, studies of Mayan families show that different cultural models pertaining to child control obtain in Latin America (Mosier & Rogoff, 2003). Mayans believe that children gradually learn responsible social behaviour and that they learn it best if allowed choices early and if positively reinforced for volunteered desirable behaviour. In the Mayan cultural model there is acceptance of children's limited capacity to understand the needs of others or to understand the likely consequences of their actions. In a comparison of Mayan and American mothers on the HOME, none of the Mayan mothers reported punishing their toddlers for misbehaviour, whereas about half the mothers from Salt Lake City, Utah did.

Another area where culture is implicated in parents' use of physical discipline is the degree of tolerance parents afford children in expressing negative emotions toward adults. Respectful behaviour is a cornerstone of childhood socialization in Indonesia. Only 42% of Javanese children could express negative feelings without harsh reprisal, compared to 86% of US and 87% of Spanish children. Of US children, 81% could hit the parent without harsh reprisal; 53% of Spanish, but only 35% of Javanese children could do this (Zevalkink, 1997).

In technologically advanced societies, where personal choice and independence are valued, harsh discipline is used less often than in less industrialized societies. An example of the latter is Macedonia. Punishment was sufficiently common in Macedonia that adjustments were made to scoring criteria and there is stronger emphasis on cooperation and compliance with adult directives. Scores on the HOME Acceptance scale (avoidance of punishment) tend to be high in Canada, the US, Australia, Japan, and most European countries. A good example is Spain, where less than 20% of mothers expressed annoyance with their children during the HOME visit and only about 50% reported spanking their children (Perez & Moreno, 2004). There were exceptions. For example, use of physical punishment was more frequent in one study done in Portugal (Abreu-

Lima, n.d.). The fact that harsh punishment was used less often in technologically advanced societies does not mean that parents do not value compliance. Nihira et al. (1987) argued that, whereas Japanese mothers emphasize affective means to gain child compliance, American mothers tend to rely more on authority, rewards, and punishment.

Although there is controversy regarding the use of punishment, the preponderance of evidence indicates that repeated harsh punishment is inimical to child well-being (Gershoff, 2002). In North America and Europe, scores on the HOME Acceptance scale were often associated with behaviour problems (Bradley et al., 2000, 2001; Perez & Moreno, 2004). However, concerns have been raised that punishment may not have the same impact in collectivist societies; so it was somewhat surprising when Durbrow and colleagues (1996) found that punishment items from HOME were related to Caribbean children's conduct problems during middle childhood. Although theory supports a link between harsh punishment and achievement as well, the paths appear more complex, and thus, perhaps, less consistent across cultures (McLoyd, 1998). In the US, associations began to emerge during the preschool years with the emergence of self-regulatory competence (Bradley et al., 2001). Torralva and colleagues (2000) found that acceptance was also related to IQ at age 5 for Argentine children but not to Bayley scores during infancy. Hayes (1996) found acceptance related to cognitive performance for Jamaican preschoolers. Lozoff and colleagues (1995) also found acceptance related to IQ at age 3 for Costa Rican children.

In overview, there is wide variation in the extent to which physical punishment is used to control children's behaviour and the situations where physical punishment is deemed appropriate. Where respect for elders is highly valued, physical punishment is more common; however, its use is not necessarily accompanied by efforts to demean children or by lack of other forms of care. In effect, the degree to which spanking is related to other forms of nonacceptance varies by country. Despite cultural differences in the patterns of punishment, its use appears to be generally associated with negative child outcomes.

## Stimulation/Teaching

During the last half of the 20th century, the emphasis on stimulation for children beginning early in life has escalated in technologically advanced societies. The practice fits with societal goals pertaining to higher-order skills and independence. Accordingly, scores on HOME scales, such as Learning Materials, Academic Stimulation, Variety of Stimulation, and Parental Involvement, tend to be high in Europe, Australia, North America, Israel, and Japan. Even so, there are differences in how much parents stimulate children across and within these countries. Findings from the European Child Care and Education Study (ECCE) showed that Spanish mothers were more direct in their encouragement of academic performance than Austrian and German mothers. French and Italian parents tended to perceive child development as depending less on what parents do (see Bornstein et al., 1998 for review). Evidence also suggests that French mothers, compared to American and Argentine mothers, are less likely to emphasize objects and events in the environment as a way to stimulate children (Bornstein et al., 1996). So, there is emphasis on stimulation and instruction in most developed countries; but that emphasis is realized in somewhat different ways depending on cultural beliefs and the availability of nonfamilial resources and the physical affordances of home and community. Consider as an illustration a comparison of US and Israeli schoolchildren by Jacobson et al. (1995): 95% of US parents encouraged children to read versus 74% of Israeli parents; 81% of US parents helped children develop motor skills versus 41% of Israeli parents (in Israel it is more often peers); and 59% of US parents included children in their recreational activities versus 20% of Israeli parents. Even with these differences, the overall emphasis on stimulating achievement was essentially equal in the two countries.

As a general proposition, cultural models of parenting in Arab countries do not place as much emphasis on stimulation of school achievement as is the case for Western democracies and Asian countries such as Taiwan, South Korea, and Japan. When the Early Childhood HOME was used in Bahrain, a very broad range of scores emerged (Hadeed & Sylva, 1999). The mean score was about $^1/_3$ *SD* lower in Bahrain than in the US. Scores on the Physical Environment and Variety of Stimulation scales were notably lower. Some of the difference may reflect the fact that houses in Bahrain tend to be small, but there is also less tendency to take children to enriching out-of-home experiences.

In Latin America, parents tend not to put high emphasis on stimulation and teaching of academic skills, especially early in life, partly because they believe that children attain developmental milestones at a slower pace (Pachter & Dworkin, 1997). Durbrow, Pena, Masten, Sesma, and Williamson (2001) found that mothers from St Vincent placed less emphasis on academic competence than Americans. Gaskins (1995) found that Mayan parents believe development is internally generated. Lesser emphasis on stimulation, coupled with generally lower affluence, often meant that scores on HOME scales such as Play Materials, Learning Materials, Academic Stimulation, and Variety of Experiences were lower in Latin America (Blevins-Knabe & Austin, 2000; Bulnes et al., 1979; Durbrow et al., 1996; Tippie, 2003). Partly in response to cultural practice and partly in response to the generally poor living conditions present in Latin America, researchers sometimes relaxed scoring criteria or eliminated items from HOME (Durbrow et al., 1996). That said, scores on scales representing stimulation were not uniformly lower than in North America (Centro de Estudios Sobre Nutricion Infantil, 1996; Lozoff et al., 1995). Hayes (1997) observed that pass rates on learning stimulation items for Jamaican families were similar to those in the US except for two items. Data from Argentina and Chile offer useful illustrations of how opportunities for stimulation in Latin America tend to diverge from the opportunities available in the US and Europe. In Chile, only about a quarter of parents told children the name of something during the interview and only about a quarter were credited with consciously encouraging development (Bulnes et al., 1979). In Argentina, only 10% of mothers read to their children at least three times a week during the first year of life—30% at 24 months. Relatively few families bought a daily newspaper (22%) or subscribed to magazines (9%). Only about a quarter of the households had at least 10 books and only 10% of infants had three or more books (43% at age 2). Only about a third of mothers attempted to teach the name of something during the home visit when HOME was administered, increasing to 41% at age 2 (Centro de Estudios Sobre

INTERNATIONAL JOURNAL OF BEHAVIORAL DEVELOPMENT, 2005, 29 (6), 468–478 

Nutricion Infantil, 1996). As seen in US samples, children are more likely to have toys that build specific kinds of skills as they move from infancy to middle childhood (Bradley et al., 2001).

One of the most common adjustments made to HOME in less affluent countries was to reduce the number of books and learning materials required to obtain credit for certain items (Aina et al., 1993; Drotar et al., 1999; Grantham-McGregor et al., 1995; Holding, 2003; Lozoff et al., 1995; Richter & Grieve, 1991; Zeitlin et al., 1995). Aina and colleagues (1993) changed cut-points for some HOME items (requiring 2 rather than 10 books) and included a focus on nonmanufactured objects (*Note:* the same decision about changing cut-points for books was made for the UNICEF child indicators project). Very few Yoruba households have manufactured toys, the most common being a plastic doll (about 20%). Only 14% had as many as two children's books. By contrast, the researchers found more evidence for homemade toys (playing with empty tins was especially common—about 50%).

It is important to separate what parents do to directly provide stimulation and the amount of materials available for stimulation. The latter often reflects economic well-being. According to Nsamenang and Lamb (1995), cultures vary in the extent to which parents try to organize children's learning. Goldberg (1977) found that mothers from Zambia were not highly concerned with stimulating cognitive and language development. Agiobu-Kemmer (1984) found that Nigerian mothers had to be told to play object games with children in order to stimulate them. Responses to HOME items among the Yoruba are particularly revealing as regards the tendency of African women to teach language and cognitive skills. Yoruba mothers did not spend much time engaging children in play: Only about 11% engaged in technical play with toys and only 27% engaged in socio-technical play with toys (an adapted item from HOME) (Aina et al., 1993). Nearly half reported never talking to children while doing housework and only about a third structured children's play during the home visit. Although 69% stated that they tried to teach the ABC, only 25% actually pointed to letters or pictures when given a book for their children during the visit. Thirty-eight per cent of children were not allowed to touch the book during the visit. This does not mean that African parents are incompetent when it comes to teaching children or helping them play with objects—just that they typically do not spend much time teaching competencies favoured in technologically advanced societies. Among the Nso of Northwest Cameroon, much of the responsibility for learning (mostly nontechnical learning) falls on the children themselves.

In much of Africa, rather than preparing children for independent careers and technical jobs, adults teach children practical skills, especially self-care skills and skills that can be helpful to the family (Whiting & Edwards, 1988). Among the Yoruba almost every child is taught to run errands and make purchases. Most are taught to wash their own hands and face and to handle certain household duties (Aina et al., 1993). This is part of the larger effort at responsibility training in African communities (Munroe & Munroe, 1980; Ogunnaike & Houser, 2002). In some societies, parents spend time directly teaching such practical skills; in others, children are expected to learn by observing. Children from Thailand generally have few learning materials and limited exposure to parental teaching of literacy skills (Williams et al., 2003). Only 11% of Thai parents read to their children at least three times per week (vs 71% US parents). The authors suggest that the reasons for low scores on these items might be because Thai mothers are introverted, and have low income and little formal education; thus, they place limited value on academic achievement.

There is abundant evidence that exposure to a rich array of objects and stimulating experiences is associated with higher intellectual and academic attainment in the US (Bradley, 1994). For the most part, studies done throughout the world using HOME revealed similar associations (Broberg, Wessels, Lamb, & Hwang, 1997; Eu & O'Neill, 1983; Jacobson et al., 1995; Kalmar, 1996; Nihira et al., 1987; Ninio, 1990; Nishimura, Imae, Tabuchi, Kanagawa, & Kawasaki, 1992; Palti, Otrakkul, Belmaker, Tamair, & Tepper, 1984; Van Baar, 1991; Wasserman et al., 1992). In some studies, the observed relations held even with extensive demographic, family context, and health controls. The magnitude of association varied across studies; and there is some evidence to suggest that the association is strongest in early childhood (after infancy and before early adolescence, when schools and peers appear to have increasing impact). Relations with cognitive and academic outcomes appear most consistent across societies; relations with social and behavioural outcomes somewhat less so. Nihira et al. (1987) found, for example, that HOME learning stimulation correlated similarly to competence in Japan and the US. However, learning stimulation and academic stimulation were not related to social adjustment among Japanese children, suggesting that different family processes may be more instrumental for social adjustment in Japan. Anme and Takayama (1989) revised HOME based upon differences in cultural expectations for child-rearing. She argued that Japanese caregivers want the child to develop sensitivity to the way other people think whereas American caregivers want to foster independence; and she found that Japanese parents were more likely to structure children's play. To the Japanese version of HOME she added items that pertained to nonverbal communication.

Despite high rates of poverty and generally low levels of education in Latin America, Africa, and much of Asia, most studies examining HOME stimulation and child well-being have found robust relations between the two (Aina et al., 1993; Bastos et al, 1998; Black, 2003; Chomitz, 1992; Church & Katigbak, 1991; Cravioto & DeLicardie, 1972; Drotar et al., 1999; Duhan & Punia, 1998; Durbrow et al., 1997; Grantham-McGregor, 1991; Grantham-McGregor, Powell, Walker, Chang, & Fletcher, 1995; Grantham-McGregor, Lira, Ashworth, Morris, & Assuncao, 1998; Hamadani, Fuchs, Osendarp, Huda, & Grantham-McGregor, 2002; Hayes, 1997; Hayes, Lampart, Dreher, & Morgan, 1991; Jang, 2001; Lee, Super, & Harkness, 2003; Lozoff et al., 1995, 1998; Lozoff, Jimenez, & Wolf, 1991; Marturano, Ferreira, & Bacarji, 2004; Masud, Luster, & Youatt, 1994; Misra & Tiwari, 1984; Richter & Grieve, 1991; Sahu & Devi, 1982; Torralva & Cugnasco, 1999; Zeitlin et al., 1995). In some instances associations were lower than most in the US, for example in Bahrain (Hadeed & Sylva, 1999). That said, it is not altogether clear how best to interpret these findings. They could reflect weaknesses in HOME as a measure of the home environment in Bahrain or weaknesses in outcome measures. Moreover, in Africa especially, researchers frequently modified HOME items that reflect access to objects and enriching experiences. For families in Kenya, Holding (2003) dropped items dealing with hobbies, involvement in social/community organizations,

attending theatres, and taking trips by plane or train in favour of travel by bus and attendance at local wedding and cultural celebrations. The cultural implications of these changes in favour of readily available resources are not yet known in that the association between the new items and child outcome measures has not yet been examined. Lower correlations in poorer countries may also reflect poorer health (due to inadequate nutrition and health care and greater exposure to toxins), greater disruptions to family life, or larger amounts of time spent outside the home with siblings and peers. That said, a study of Bantu mothers showed that infants became progressively more competent in engaging objects when mothers adjusted their behaviours according to the infant's increasing competence (Richter, Grieve, & Austin, 1988). Also, there is at least limited evidence that engaging in activities such as running errands improves cognitive skills (Ogannuaike & Houser, 2002).

In sum, there is considerable disparity in how much children from different countries are exposed to stimulating materials and parental efforts to teach particular skills. The former at least partly reflects income disparities but the latter seems more often to reflect cultural values as regards the competencies children need and the parent's role in promoting them. Despite differences in exposure, variability of exposure within countries was generally associated with child competence, and less so social adjustment.

## Socioeconomic status

In the US, HOME scores consistently reflect family socioeconomic status (Bradley & Caldwell, 1984; Bradley et al., 2001). Studies done in the US show particularly strong relations between family SES and items that index material possessions, enriching experiences, and the physical environment. Associations are also frequently observed with responsiveness and the use of punitive approaches to discipline. For the most part, the same patterns emerged throughout the world. They emerged in Europe and Israel, where there are generally high standards of living (Abreu-Lima, n.d.; Broberg et al., 1997; Jacobson et al., 1995; Palacios, Gonzalez, & Moreno, 1992; Palti et al., 1984; Pinto, 2004; Vedder, Eldering, & Bradley, 1995), as well as in regions where standards of living tend not to be high (Aina et al., 1993; Blevins-Knabe & Austin, 2000; Das & Padhee, 1993; Durbrow et al., 1996; Kurtz et al., 1987; Masud et al., 1994; Richter & Grieve, 1991; Sahu & Devi, 1982; Tippie, 2003; Torralva & Cugnasco, 1999; Zeitlin et al., 1995). A good example of the latter is the Nso from Africa. Among better educated and economically advantaged Nso, there was a tendency to use praise and rewards instead of totally relying upon physical punishment to indoctrinate behaviour. In effect, where there is greater economic and educational opportunity, there is a less traditional approach to child management. However, the link between SES and harsh punishment did not always follow the same pattern as typically emerges in North America (Sahu & Devi, 1982).

Differences in parental attitudes about child-rearing may mediate relations between SES and HOME scores. Palacios et al. (1992) found that parents with "modern" beliefs generally had higher levels of education than parents with "traditional" beliefs. Zevalkink and Riksen-Walraven (2001) noted that Sudanese-Indonesian mothers shared similar permissive attitudes toward punishment with Surinam-Dutch and Dutch families with similar SES but different cultural backgrounds. Yet, they differed markedly from Japanese mothers with similar cultural backgrounds but profoundly different socioeconomic status. The authors suggested that SES has a greater impact on disciplinary practices than culture. Zevalkink's (1997) study of 76 Sundanese families reported that lower SES parents' beliefs and attitudes about child development differed, with higher SES parents subscribing to a "social climbing" attitude toward child-rearing. She described the former as traditional and the latter as modern attitudes about child development. The two groups differed markedly on HOME scores during infancy and early childhood. Studies of the Yoruba have shown that the tendency to display affection publicly increases and the use of physical punishment decreases as mothers adopt more modern child-rearing values (Zeitlin et al., 1995). Likewise, Olsen, Kashiwagi, and Crystal (2001) found that Japanese parents with higher educational levels were more Westernised in their child-rearing beliefs.

Findings by Zeitlin and colleagues (1995) bring to mind a general difficulty in understanding the contribution of culture to parenting: Namely, how to determine whether parenting practices reflect differences in cultural settings or differences in SES. For example, mothers belonging to the Gusii group in Kenya showed responsiveness to infants using holding and touching, whereas American mothers showed responsiveness using verbal and social interaction (Whiting & Edwards, 1988). Because these two groups vary by both cultural setting and SES, and because both of these are known to affect modes of responsiveness, it is hard to determine which may be more instrumental in producing the differences in patterns observed.

## Conclusions

Parenting is influenced by culture, but any notion that parenting is highly constricted by cultural models is partially betrayed by substantial variation observed within and across families from the same culture. Because North America is where HOME was developed and where the indicators of productive parenting presumably contained in HOME seem best matched to prevailing cultural models, for this review it served much like the reference group. Even so, issues about the applicability of HOME to specific cultural groups in North America have emerged as well (e.g., Hmong immigrants, French speaking residents of Quebec, and Native Americans). As well, there is a published set of supplementary indicators designed for use with the urban poor in the US (Ertem, Forwyth, Avn-Singer, Damour, & Cicchetti, 1997). Studies have compared factor structures for Hispanics, African Americans, and European Americans (Bradley et al., 1994, 2001). Comparisons have also been made among cultural groups within the US as regards associations with child well-being (Bradley et al., 1989). In that respect, the story that is told within North America about culture and parenting using HOME is effectively the same as the story that is told outside the US in regions around the globe.

The fact that HOME has been selected for use in quite disparate societies suggests that cultural models of parenting around the world contain some of the same principles regarding what children need from parents and what parents need to do to prepare children for effective membership in society (Huang, Su, Li, & Ni, 2001; Jimenez & Palacios, 2003;