INTERNATIONAL JOURNAL OF BEHAVIORAL DEVELOPMENT, 2005, 29 (6), 468–478 

McMichael et al., 1988; Terrisse, Roberts, Palacio-Quintin, & MacDonald, 1998). Conversely, the fact that questions have been raised about the indicators contained in HOME and that changes have been made in the set of indicators used in every continent says that there are real differences in cultural models at the level where Hui and Triandis (1985) argued they would be; at the level of particular forms (i.e., specific indicators) more than at the level of broad functions. However, this review of HOME studies also shows that differences in cultural models throughout the world do not lie only in diversity of form. There are differences in the degree to which certain functions are emphasized too. Providing the experiences children need for self-care and developing practical skills that can assist family functioning immediately is far more prevalent in Africa than in Europe. Ensuring that children will be ready to function effectively in the "white-collar" world of work is far more emphasized in affluent, technologically advanced societies.

The impact of culture on parenting is also revealed in decisions regarding whether to include and how to score particular items and in observed covariations and change among indicators. Most obvious, perhaps, is the decision to change scoring criteria concerning the use of physical punishment in societies where deference to adult authority is central. Findings regarding responsiveness highlight the latter issue. In North America and Europe, there is a greater tendency for communicative and tactile forms of responsiveness to co-occur than is the case in Africa or poor Caribbean countries. In the more survival-oriented societies, tactile responsiveness (which predominates) appears geared primarily to moving a child from a distressed state to a state of calm. In more well-resourced societies, the combination of tactile and verbal responsiveness appear geared to moving a child from a state of distress to a state of contentment (happiness). It is interesting, nonetheless, that the level of tactile responsiveness (holding) persists longer in some African societies than in the US, where it drops precipitously over the first few years of life (a cross-over pattern between tactile and verbal responsiveness was also recorded in Argentina and Spain). In more technologically advanced societies, the switch to verbal (more distant) forms seems aimed at producing independence (including self-regulatory competence). Likewise, there is early social pressure (scaffolding by direct teaching) of social cooperation (Mosier & Rogoff, 2003). The combination of verbal responsiveness and high general language stimulation appears aimed at more cognitive (as contrasted to behavioural) control/coping strategies.

Among the most consistent findings of the HOME literature is the relation between family socio-economic status and scores on the HOME (Bradley et al., 2001). In dozens of studies in this review, the relation between family SES and HOME scores emerged, with studies spanning all regions examined. Demographic characteristics such as parental education and family income were consistently associated with HOME scores. Thus, whatever cultural models may have contributed to variations in parenting, SES contributed above and beyond. Several findings are interesting in this regard. First, although SES accounted for variance in HOME scores in nearly every society examined, there were variations in HOME scores within SES groups every time the issue was examined—in almost every society where data were available. Second, SES was associated with HOME scores despite the average level of affluence present in countries. Third, the specific demographic and family configuration factors contributing most to HOME scores differed by society, indicating that cultural models and other contextual factors affect relations between SES and family practices. A good example was Bahrain. In this nation, birth order was more highly correlated with HOME than the other demographic factors examined. From the literature examined it appears that access to economic resources (particularly income and education) is a major contributor to what parents do regarding their children. Beyond that, the reasons for relations between SES and HOME are less clear. One mediator of this relation may be traditional versus modern views regarding child-rearing. In Europe, Africa, Asia, and the Caribbean, women with more modern views regarding child-rearing tended to be more responsive, less punitive, and more stimulating than women with more traditional views (Palacios et al., 1992; Zevalkink, 1997). Among Xhosa-speaking families of South Africa, SES was related to parental aspirations which led to support for academic performance (Heath, 1995). Likewise, among more educated Mayan women there was a movement away from privileging of very young children to a greater insistence on equality of privilege, even among the young (Mosier & Rogoff, 2003). In each of these instances there was evidence for evolving models of parenting, all of which were connected to advancing SES.

Although there was evidence that cultural models of parenting varied in terms of emphasis on stimulation of competence, family variations in the amount of stimulation afforded to children were associated with measures of competence in almost every society at every age. This is not surprising given the large Western literature showing relations between stimulation and child competence (Bradley & Caldwell, 1995; Kagan, 1984); but its consistency in societies espousing very different models of parenting and having dramatically different average access to resources testifies to its essentially universal value in competence development. Likewise, there was near-unanimous support of the salience of parental responsiveness for child well-being. The finding is not surprising but its applicability in societies where responsiveness may be difficult to enact and where it is not strongly advocated makes its salience for positive adjustment appear near-universal. By contrast, the findings pertaining to punishment are less certain, partly because there were fewer studies of harsh punishment and socioemotional development. In countries such as the US, harsh punishment is consistently related to poor adjustment (Gershoff, 2002), but the evidence in other countries is less compelling. A limitation of the HOME in this regard is its inability to distinguish between relatively modest uses of punishment and more severe uses. The matter is further complicated due to changes in scoring criteria in several countries where the use of physical punishment is normative. Had a more differentiated scale on the use of punishment been available, clearer patterns of relations with adjustment may have emerged.

A major limitation of this review is the relative paucity of HOME studies involving school-age children. There is reason to believe that cultural models may have even greater influence on parenting practice during the later stages of childhood, as variations in child personality, societal pressures, and economic opportunities lead to greater and greater diversification. A case in point is a study done during middle childhood in St Vincent. At this age, marked gender differences in patterns of relations emerged—patterns consistent with cultural attitudes toward gender.

This review has focused on cultural and socioeconomic

influences on the family environment using HOME as a vehicle for elucidating those influences. However, the relations observed should not be viewed as simple reflections of those influences. What may sometimes be interpreted as cultural variations in patterns of relations between parenting and child well-being could mask other environmental circumstances (e.g., exposure to trauma or toxic substances). The natural confounding of social and physical conditions appears better appreciated by scientists who study exposure to neurotoxins than social and behavioural scientists generally (Cory-Slechto et al., 2001; Vreugdenhil, Lanting, Mulder, Boersma, Weiglas-Kuperus, 2002). Ecological developmental theory suggests that more authoritative and penetrating understanding of how culture is implicated in parenting and child development will come as these other environmental influences are more fully incorporated in research designs and statistical analyses.

## References


Abreu-Lima, I.M. (n.d.). *Report on the study of the HOME Inventory (preschool form) in a Portuguese sample.* Unpublished manuscript.

Agiobu-Kemmer, I. (1984). Cognitive and affective aspects of infant development. In H. V. Curran (Ed), *Nigerian children; Developmental perspectives* (pp. 74–117). London: Routledge & Kegan Paul.

Aina, T. A., Agiobu-Kemmer, I., Etta, E. F., Zeitlin, M. F., & Setiloane, K. (1993). *Early child care and nutrition in Lagos State, Nigeria.* Boston, MA: Tufts University School of Nutrition & Policy for UNICEF.

Anme, T., & Takayama, T. (1989). *The study of evaluation of environmental stimulation for normal and handicapped children and health welfare system in Japan.* Unpublished manuscript. National Rehabilitation Center for the Disabled, Tokyo, Japan.

Bastos, A., Almeida-Filho, N., & Pinho, L. (1998). *Experilncia inicialo, eventos de vida e ajustamento em adolescentes de um bairro popular de Salvador: Um de follow up.* Unpublished manuscript.

Black, M. (April, 2003). *Use of HOME as a measure of maternal responsivity and environments in Bangladesh and India.* Presented at Assessing Home environments across diverse populations. Center for Human Growth and Development. Ann Arbor, MI.

Blevins-Knabe, B., & Austin, A. (April, 2000). *The HOME: Working for cultural validity in rural Paraguay.* Presented at the biennial meeting of the Society for Research in Child Development. Albuquerque, NM.

Bornstein, M. H. (1989). *Maternal responsiveness: Characteristics and consequences.* San Francisco: Jossey-Bass.

Bornstein, M. H. (1995). Form and function: Implications for studies of culture and human development. *Culture and Psychology, 1,* 123–137.

Bornstein, M. H., Hayes, O. M., & Azuma, H. (1998). A cross-national study of self-evaluations and attributions in parenting: Argentina, Belgium, France, Israel, Italy, Japan, and the United States. *Developmental Psychology, 34,* 662–676.

Bornstein, M. H., Tamis-LeMonda, C. S., & Pascual, L. (1996). Ideas about parenting in Argentina, France, and the United States. *International Journal of Behavioral Development, 19,* 347–367.

Bornstein, M. H., Tamis-LeMonda, C. S., Tal, J., Ludemann, P., Toda, S., Than, C. W., Pecheux, M., Azuma, H., & Vardi, D. (1992). Maternal responsiveness to infants in three societies: The United States, France, and Japan. *Child Development, 63,* 808–821.

Bradley, R. H. (1994). The HOME Inventory: Review and reflections. In H. Reese (Ed.), *Advances in child development and behavior* (pp. 241–288). San Diego, CA: Academic Press.

Bradley, R. H., & Caldwell, B. M. (1984). The HOME inventory and family demographics. *Developmental Psychology, 20,* 315–320.

Bradley, R. H., & Caldwell, B. M. (1995). Caregiving and the regulation of child growth and development: Describing proximal aspects of caregiving systems. *Developmental Review,* 15, 38–85.

Bradley, R. H., Caldwell, B. M., Rock, S. L., Barnard, K., Gray, C., Hammond, M., Mitchell, S., Siegel, L., Ramey, C., Gottfried, A., & Johnson, D. (1989). Home environment and cognitive development in the first 3 years of life: A collaborative study involving six sites and three ethnic groups in North America. *Developmental Psychology, 25,* 217–235.

Bradley, R. H., Corwyn, R. F., Caldwell, B. M., Whiteside-Mansell, L., Wasserman, G. A., & Mink, I. T. (2000). Measuring the home environments of children in early adolescence. *Journal of Research on Adolescence, 10,* 247–289.

Bradley, R. H., Corwyn, R. F., McAdoo, H. P., & Garcia Coll, C. (2001). The home environments of children in the United States. Part 1: Variations by age, ethnicity, and poverty status. *Child Development, 72,* 1844–1867.

Bradley, R. H., Mundfrom, D. J., Whiteside, L. Caldwell, B. M., Casey, P. H., Kirby, R. S., & Hansen, S. (1994). The demography of parenting: A re-examination of the association between HOME scores and income. *Nursing Research, 43,* 260–266.

Broberg, A. G., Wessels, H., Lamb, M. E., & Hwang, C. P. (1997). Effects of day care on the development of cognitive abilities in 8-year-olds: A longitudinal study. *Developmental Psychology, 33,* 62–69.

Bulnes, B., Cajdler, B., Edwards, M., & Lira, M. I. (1979). *Inventario para evaluar el embiente familiar: (HOME). Estudio exporatorio en una muestra de nivel socioeconomic bajo.* Unpublished manuscript, Santiago, Chile.

Burns, J. M., Baghurst, P. A., Sawyer, M. G., McMichael, A. J., & Tong, S. L. (1999). Lifetime low-level exposure to environmental lead and children's emotional and behavioral development at age 11–13 years. *American Journal of Epidemiology, 149,* 740–749.

Caldwell, B. M., & Bradley, R. H. (2003). *Home Observation for Measurement of the Environment: Administration manual.* Little Rock, AR: Authors.

Castillo-Duran, C., Peralies, C. G., Hertrampf, E. D., Marin, V. B., Rivera, F. A., & Icaza, G. (2001). Effect of zinc supplementation on development of Chilean infants. *Journal of Pediatrics, 138,* 229–235.

Centro de Estudios Sobre Nutricion Infantil. (1996). *Proyecto Tierra del Fuego.* Buenos Aires, Argentina: Fundacion Jorge Macri.

Chomitz, V. R. (1992). *Diet of Javanese preschool children: Relationship to household environmental factors and stature.* Unpublished doctoral dissertation. Tufts University.

Church, A. T., & Katigbak, M. S. (1991). Home environment, nutritional status, and maternal intelligence as determinants of intellectual development in rural Philippine preschool children. *Intelligence, 15,* 49–78.

Cory-Slechto, D. A., Crofton, K. M., Foran, J. A., Ross, J. F., Sheets, L. P., Weiss, B., & Mileson, B. (2001). Methods to identify and characterize developmental neurotoxicity for human health risk assessment. I: Behavioral effects. *Environmental Health Perspectives, 109* (suppl 1), 79–91.

Cravioto, J., & DeLicardie, E. (1972). Environmental correlates of severe clinical malnutrition in survivors from kwashiorkor or marasmus. In *Nutrition, the nervous system, and behavior: Proceedings of the seminar on malnutrition in early life and subsequent mental development. Scientific Publication No. 251* (pp. 73–94). Washington, DC: Pan American Health Organisation.

D'Andrade, R. (2001). A cognitivist's view of the units debate in cultural anthropology. *Cross-Cultural Research, 35,* 242–257.

Das, S., & Padhee, B. (1993). Level II abilities of socially disadvantaged children: Effects of home environment, caste and age. *Journal of Indian Psychology, 11,* 38–43.

De Munck, V. C. (2001, September). In the belly of the beast: Two incomplete theories of culture and why they dominate the social sciences (Part 2). *Cross-Cultural Psychology Bulletin, 35,* 5–17.

Drotar, D., Olness, K., Wiznitzer, M., Maruim, L., Guay, L., Hom, D., Svilar, G., Schatschneider, C., Fagan, J., Ndugwa, C., & Mayengo, R. K. (1999). Neurodevelopmental outcomes of Ugandan infants with HIV infection: An application of growth curve analysis. *Health Psychology, 18,* 114–121.

Duhan, K., & Punia, S. (1998). Home environment as predictor of language development. *Psycho-Lingua, 28,* 45–48.

Durbrow, E. H. (1999). Cultural processes in child competence: How rural Caribbean parents evaluate their children. In A. S. Masten (Ed.), *Cultural processes in child development. The Minnesota symposia on child psychology, Vol. 29* (pp. 97–122). Mahwah, NJ: Lawrence Erlbaum Associates Inc.

Durbrow, E. H., Jones, E., Bozoky, I., Jimerson, S., & Adams, E. (1996). *How well does the HOME Inventory predict Caribbean children's academic performance and behavior problems?* Paper presented at the biennial meeting of the International Society for the Study of Behavioral Development. Quebec City, Canada.

Durbrow, E. H., Pena, L, F., Masten, A., Sesma, A., & Williamson, I. (2001). Mothers' conceptions of child competence in contexts of poverty: The Phillipines, St. Vincent, and the United States. *International Journal of Behavioral Development, 25,* 438–443.

Ertem, I. O., Forwyth, B. W. C., Avn-Singer, A. J., Damour, L. K., & Cicchetti, D. V. (1997). Development of a supplement to the HOME scale for children living in impoverished urban environments. *Developmental and Behavioral Pediatrics, 18,* 322–328.

Eu, B., & O'Neill, M. J. (1983). Development of the preschool child: The validation of a psychomotor screen, and the influence of the home environment on psychomotor development. *Australia Paediatric Journal, 19,* 78–85.

European Child Care and Education (ECCE)-Study Group. (1997). *Final Report: European Child Care and Educational Study: Cross-national analyses of the quality and effects of early childhood programmes on children's development.* Freie Universität, Berlin, Germany.

Gaskins, S. (1995). How Mayan parental theories come into play. In S. Harkness & C. M. Super (Eds.), *Parents' cultural belief systems: Their origins and consequences.* New York: Guilford Press.

Gauvin, M. (2001). *The social context of cognitive development.* New York: Guilford Press.

Gershoff, E. T. (2002). Corporal punishment by parents and associated child behaviors and experiences: A meta-analytic and theoretical review. *Psychological Bulletin, 128,* 539–579.

Goldberg, S. (1977). Infant development and mother-infant interaction in urban Zambia. In P. Leiderman, A. Rosenfeld, & S. Tulkin (Eds.), *Culture and infancy, variations in the human experience* (pp. 211–243). New York: Academic Press.

Grantham-McGregor, S. M. (1991). Nutritional supplementation, psychosocial stimulation, and mental development in stunted children: The Jamaican study. *Lancet, 338,* 1–5.

Grantham-McGregor, S., Powell, C., Walker, S., Chang, S., & Fletcher, P. (1995). The long-term follow-up of severely malnourished children who participated in an intervention program. *Child Development, 65,* 428–439.

Grantham-McGregor, S. M., Lira, P. I. C., Ashworth, A., Morris, S. S., & Assuncao, A. M S. (1998). The development of low birthweight term infants and the effects of the environment in northeast Brazil. *Pediatrics, 132,* 661–666.

Hadeed, J., & Sylva, K. (1999). Center care and education in Bahrain: Does it benefit children's development? *Early Child Development and Care, 157,* 67–84.

Hamadani, J. D., Fuchs, G. J., Osendarp, S. J. M., Huda, S. N., & Grantham-McGregor, S. M. (2002). Zinc supplementation during pregnancy and effects on mental development and behaviour of infants: A follow-up study. *The Lancet, 360,* 290–294.

Hayes, J. (1997). Reliability and validity of the HOME preschool inventory in Jamaica. *Early Child Development and Care, 136,* 45–55.

Hayes, J., Lampart, R., Dreher, M., & Morgan, L. (1991). Five-year follow-up of rural Jamaican children whose mothers used marijuana during pregnancy. *West Indies Medical Journal, 40,* 120–123.

Heath, D. T. (1995). Parents' socialization of children. In B. Ingoldsby & S. Smith (Eds.), Families in multicultural perspective (pp. 161–186). New York: Guilford Press.

Holding, P. (2003). *Adaptation and use of the middle childhood HOME Inventory in Kilifi, Kenya.* Unpublished manuscript.

Huang, L., Su, L., Li, X., & Ni, M. (2001). The relationship between infant temperament and home environment. *Chinese Journal of Clinical Psychology, 9,* 184–186.

Hui, C. H., & Triandis, H. C. (1985). Measurement in cross-cultural psychology. *Journal of Cross-Cultural Psychology, 16,* 131–153.

Jacobson, J. L., Jacobson, S. W., Greenbaum, C., Schantz, S., Gornish, K., Ela, S., & Billings, R. L. (July, 1995). *Validity of the elementary version of the HOME Inventory in two cultures.* Presented at the biennial meeting of the International Society for the Study of Behavioral Development. Jyvaskyla, Finland.

Jang, Y. (2001). An analysis of the children's perceived competence and the related variables. *Journal of Korean Home Economics, 39,* 101–114.

Jimenez, J., & Palacios, J. (2003). When home is in jail: Child development in Spanish penitentiary units. *Infant and Child Development, 12,* 461–474.

Kagan, J. (1984). *The nature of the child.* New York: Basic Books.

Kalmar, M. (1996). The course of intellectual development in preterm and fullterm children: An 8-year longitudinal study. *International Journal of Behavioral Development, 19,* 491–516.

Kilbride, P. H., & Kilbride, J. E. (1983). Socialization for high positive affect between mother and infant among the Baganda of Uganda. *Ethos, 11,* 232–245.

Kitayama, S. (2002). Culture and basic psychological processes—toward a systems view of culture: Comment on Osserman et al., 2002. *Psychological Bulletin, 128,* 89–96.

Kurtz, B. E., Borkowski, J. G., & Deshmukh, K. (1987). Metamemory and learning in Mahrashtrian children: Influences from home and school. *Journal of Genetic Psychology, 149,* 363–376.

Lee, J., Super, C. M., & Harkness, S. (2003). Self-perception of competence in Korean children: Age, sex and home influences. *Asian Journal of Social Psychology, 6,* 133–147.

Levine, R. A. (1977). *Child rearing as cultural adaptation.* In P. Leiderman, S. Tulkin, & A. Rosenfeld (Eds.), Culture and infancy: Variations in the human experience (pp. 15–27). New York: Academic Press.

Lordelo, E., Fonseca, A., & Araujo, M. (2000). Responsividade do ambiente de desenvolvemento: Crencas e praticas como sistema cultural de criacao de filhos. *Psicologia: Reflexao e Critica, 13,* 1–10.

Lozoff, B., Andraca, I., Castillo, M., Smith, J., Walter, T., & Pino, P. (2003). Behavioral and developmental effects of preventing iron-deficiency anemia in healthy full-term infants. *Pediatrics, 112,* 846–854.

Lozoff, B., Jimenez, E., & Wolf, A. (1991). Long-term developmental outcome of infants with iron deficiency. *New England Journal of Medicine, 325,* 687–694.

Lozoff, B., Klein, N., Nelson, E., McClish, D., Manuel, M., & Chacon, M. (1998). Behavior of infants with iron-deficiency anemia. *Child Development, 69,* 24–36.

Lozoff, B., Park, A., Radan, A., & Wolf, A. (1995). Using the HOME Inventory with infants in Costa Rica. *International Journal of Behavioral Development, 18,* 277–295.

Marturano, E., Ferreira, M., & Bacarji, K. (2004). *Development of an evaluation scale of family environment of children at risk for school failure.* Unpublished manuscript, São Paulo, Brazil.

Masud, S., Luster, T., & Youatt, J. (1994). Predictors of home environment and cognitive competence during early childhood in Pakistan. *Early Child Development and Care, 100,* 43–55.

McLoyd, V. C. (1998). Socioeconomic disadvantage and child development. *American Psychologist, 53,* 185–204.

McMichael, A., Baghurst, P., Wigg, H., Vimpani, G., Robertson, E., & Roberts, R. (1988). Port Pirie cohort study: Environmental exposure to lead and children's abilities at the age of four years. *The New England Journal of Medicine, 319,* 468–475.

Misra, G., & Tiwari, B. K. (1984). Environmental correlates of cognitive development. *Indian Journal of Applied Psychology, 24,* 41–52.

Mosier, C. E., & Rogoff, B. (2003). Privileged treatment of toddlers: Cultural aspects of individual choice and responsibility. *Developmental Psychology, 39,* 1047–1060.

Munroe, R. H., & Munroe, R. L. (1980). Infant experience and childhood affect among the Longoli: A longitudinal study. *Ethos, 8,* 295–315,

Nihira, K., Tomiyasu, Y., & Oshio, C. (1987). Homes of TMR children: Comparison between American and Japanese families. *American Journal of Mental Deficiency, 91,* 486–495.

Ninio, A. (1990). Early environmental experiences and school achievement in the second grade: An Israeli study. *International Journal of Behavioral Development, 13,* 1–22.

Nishimura, M., Imae, J., Tabuchi, N., Kanagawa, K., & Kawasaki, C. (1992). *The relationship between child development and children's home environment at one, eight and fourteen months of age in Japan.* Presented at First International Nursing Research Conference. Tokyo. October 2–4.

Nsamenang, A. B., & Lamb, M. E. (1995). The force of beliefs: How the parental values of the Nso of northwest Cameroon shape children's progress toward adult models. *Journal of Applied Developmental Psychology, 16,* 613–627.

Ogunnaike, O. A., & Houser, R. F. (2002). Yoruba toddlers' engagement in errands and cognitive performance on Yoruba Mental Subscale. *International Journal of Behavioral Development, 26,* 145–153.

Olsen, S. L., Kashiwagi, K., & Crystal, D. (2001). Concepts of adaptive and maladaptive child behavior. A comparison of U.S. and Japanese mothers of preschool-age children. *Journal of Cross-Cultural Psychology, 32,* 43–57.

Pachter, L. M., & Dworkin, P. W. (1997). Maternal expectations about normal child development in four cultural groups. *Archives of Pediatrics and Adolescent Medicine, 151,* 1144–1150.

Palacios, J., Gonzalez, M., & Moreno, C. (1992). Stimulating the child in the zone of proximal development: The role of parents' ideas. In I. Sigel, A. McGillicuddy-DeLisi, & J. Goodnow (Eds.), *Parental belief systems* (pp. 71–94). Hillsdale, NJ: Lawrence Erlbaum Associates Inc.

Palti, H., Otrakkul, A., Belmaker, E., Tamair, D., & Tepper, D. (1984). Children's home environments: Comparison of a group exposed to stimulation intervention program with controls. *Early Child Development & Care, 13,* 193–212.

Perez, P., & Moreno, C. (September, 2004). *Los versions preescolar 7 escolor de la escala HOME: un setudio longitudinal y un analisis de contenido.* Presented at Congreso Hispano-Portugues de Psicologa. Lisbon, Portugal.

Pinto, I. M. (September, 2004). *A escala HOME—Relacao com variaveis do contexto ecologico das familias e com resultados nas criancas de idade pre-escolar.* Presented at Congreso Hispano-Portugues de Psicologa. Lisbon, Portugal.

Reichel-Dolumatoff, G., & Reichel-Dolumatoff, A. (1961). *The people of Aritama.* London: Routledge & Kegan Paul.

Richman, A. L., LeVine, R. A., New, R. S., Howrigan, G. A., Welles-Nystrom, B., & Levine, S. E. (1988). *Maternal behavior to infants in five cultures.* In R. A. LeVine, P. M. Miller, & M. M. West (Eds.), *Parental behavior in diverse societies* (pp. 82–97). San Francisco: Jossey-Bass.

Richter, L. M., & Grieve, K. W. (1991). Home environment and cognitive development of black infants in impoverished South African families. *Infant Mental Health Journal, 12,* 88–102.

Richter, L. M., Grieve, K. W., & Austin, E. (1988). Scaffolding by Bantu mothers during object play with their infants. *Early Child Development and Care, 34,* 63–75.

Sagi, A., Jaffe, M., Tirosh, E., Findler, L., & Harel, J. (1988). Maternal risk status and outcome measures: A three-stage study in Israel. *Child Psychiatry and Human Development, 19,* 145–157.

Sahu, S., & Devi, B. (1982). *Role of home environment in psycholinguistic abilities and intelligence of advantaged and disadvantaged preschool children.* Unpublished manuscript.

Scheper-Hughes, N. (1992). *Death without weeping: The violence of everyday life in Brazil.* Berkeley, CA: University of California Press.

Sigman, M., Neumann, L., Carter, E., Cattle, D. J. D., Souza, S., & Biwbo, N. (1989). Home interactions and the development of Embu toddlers in Kenya. *Child Development, 59,* 1251–1261.

Terrisse, B., Roberts, D. S. L., Palacio-Quintin, E., & MacDonald, B. E. (1998). Effects of parenting practices and socioeconomic status on child development. *Swiss Journal of Psychology, 57,* 114–123.

Tippie, J. (2003). *Psychometrics and cultural modifications of HOME in Chile.* Paper presented at Assessing home environment for children from diverse backgrounds. Workshop: Center for human growth and development. University of Michigan, April 2–3.

Torralva, T., & Cugnasco, I. (1999). Estudios epidemiologicicos sobre desarrollo infantile. In A. O'Donnell & E. Carmuega (Eds.), *Hoy y manana, Salud y calidad de vida de la ninez Argentina.* Buenos Aires, Argentina: Centro de Estudios Sobre Nutricion Infantil.

Torralva, T., Esteban, C., O'Donnell, A., & Duran, P. (2000). *The HOME Inventory in Argentina.* Unpublished manuscript, Buenos Aires, Argentina.

Valsiner, J. (2000). *Culture and human development.* London: Sage.

Van Baar, A. (1991). *The development of infants of drug-dependent mothers.* Amsterdam: Swets & Zeitlinger.

Vedder, P., Eldering, L., & Bradley, R. H. (1995). The home environments of at risk children in the Netherlands. In J. J. Hox, B. F. van der Meulen, J. M. A. M. Janssens, J. J. F. ter Laak., & L. W. C. Tavecchio (Eds.), *Advances in family research.* Amsterdam: Thesis.

Vreugdenhil, H., Lanting, C. I., Mulder, P. G., Boersma, E. R., & Weisglas-Kuperus, N. (2002). Effects of prenatal PCB and dioxin background exposure on cognitive and motor abilities in Dutch children at school age. *The Journal of Pediatrics, 140,* 48–56.

Wachs, T. D., Bishry, Z., Sobhy, A., McCabe, G., Galal, O., & Shaheen, F. (1993). Relations of rearing environments to adaptive behavior of Egyptian toddlers. *Child Development, 64,* 586–604.

Wasserman, G., Graziano, J. H., Factor-Litak, P., Popovac, D., Morina, N., Musabegovic, A., Vrenezi, N., Capuni-Paracka, S., Levic, V., & Preteni-Redjepi, E. (1992). Independent effects of lead exposure and iron deficiency anemia on developmental outcome at age 2 years. *The Journal of Pediatrics, 121,* 695–703.

Whiting, B., & Edwards, C. (1988). *Children of different worlds: The formation of social behavior.* Cambridge, MA: Harvard University Press.

Williams, P., Piamjariyakul, U., Williams, A., Hornboonherm, P., Meena, P., Channukool, N., Singhala, K., Hosakalthas, M., Klunkamdee, K., Maha-siripun, T., Pusatum, P., Tuebpo, C., Pranprai, P., & Chamusri, S. (2003). Thai mothers and children and the home observation for measurement of the environment (home inventory): Pilot study. *International Journal of Nursing Studies, 40,* 249–258.

Zeitlin, M. F., Megawagni, R., Kramer, E. M., Coletta, N. D., Babatunde, E. D., & Carman, D. (1995). *Strengthening the family, Implications for international development.* Toyko, Japan: United Nations University Press.

Zevalkink, J. (1997). Attachment in Indonesia: The mother-child relationship in context. Unpublished dissertation: University of Nijmegen, The Netherlands.

Zevalkink, J., & Riksen-Walraven, M.R. (2001). Parenting in Indonesia: Inter- and intracultural differences in mothers' interactions with their young children. *International Journal of Behavioral Development, 25,* 167–175.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Friday, January 27, 2006 4:41 PM
**To:** List NEURO_MEASGRP-L
**Subject:** demographics for the MLS at age one month or thereabout?

Hello Rose and Vince,

I will much appreciate getting information about the demographics of the MLS participants during the children's early infancy. The web site for the study does not provide information about ethnicity, maternal education or income. Could you help me with this information?

Thanks,

Sarah.

Study Participants
In Phase I of the study, 19,079 pregnant mothers were recruited just before or after they gave birth. Of these, 16,988 (89%) met basic eligibility criteria and 11,811 (70%) of these agreed to participate in the study. Drug use was confirmed by mother interview and gas chromatography/mass spectroscopy for cocaine/opiate metabolites in the meconium of the infant. Based on this information, there were 1185 (10%) infants who were exposed to either cocaine or opiates during pregnancy. A total of 7442 (63%) of the infants were confirmed to have been exposed to neither cocaine nor opiates. There were 3184 (27%) infants whose exposure status was not confirmed. The use of alcohol, tobacco, marijuana by the mother occurred in all three of these groups.
Phase II of the study tracked the development of infants who had been exposed to illicit drugs, comparing the results to infants whose mothers had not used illicit drugs. A total of 1,388 subjects were recruited into this part of the study. Of these, 658 were infants exposed to either cocaine, opiates or both. There were 730 infants who had been exposed to neither. All of these infants were seen at 1 month of age. Their mothers or caretakers were encouraged to participate in visits at 4, 8, 10, 12, 18, 24, 30, and 36 months of age. During these visits, the children participated in a variety of assessments that noted both their medical and developmental outcomes over time. Mothers and caretakers were also asked questions about the infant and the environment.
Mother/child dyads have continued their involvement in the study through subsequent phases. Phase III covered visits of the child from the time he or she was 4 years, up until age 7. Phase IV, which is now underway, covers children between the ages of 8 and 11.

**Sarah L. Friedman, Ph.D.**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Thursday, January 26, 2006 11:29 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Re: Assessing child care quality using a telephone interview
**Attachments:** Holloway et al re child care quality through phone interview.pdf

I found it. See the attached article. Sarah.

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.COM]
**Sent:** Wednesday, January 25, 2006 1:16 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Assessing child care quality using a telephone interview

Here is the reference and abstract. I am in the process of obtaining the article, but if anyone has Early Childhood Research Quarterly, by all means make your own copy and/or send it around. As soon as I get the article I will also send to everyone.

**Assessing child-care quality with a telephone interview**

**Authors:** Holloway S.D.[1]; Kagan S.L.; Fuller B.; Tsou L.; Carroll J.

**Source:** Early Childhood Research Quarterly, Volume 16, Number 2, Summer 2001, pp. 165-189(25)

**Publisher:**Elsevier Science

**Abstract:**

As increasing numbers of children enter child-care environments that are subsidized by federal and state funds, the demand has risen from policy makers and activists for valid, cost-effective methods of assessing the quality of those environments. In this study we asked whether data on child-care quality obtained from a telephone interview with the provider can serve as an adequate proxy for data obtained from direct observation. Observations were conducted in 89 family child-care homes and 92 centers using the Family Day Care Rating Scale (FDCRS) and the Early Childhood Environmental Rating Scale (ECERS-R), respectively. The target providers and teachers were subsequently interviewed by telephone using a protocol developed by the authors. For the family child-care providers, the 25 item telephone interview explained 49% of the variance (adjusted $r^2$) in the total FDCRS score. Discriminant analyses revealed that the telephone interview was able to predict accurately 92% of the homes in terms of three FDCRS-derived categories of quality: "poor," "mediocre," or "developmentally appropriate." For the centers, the 22 item telephone interview accounted for 51% of the variance (adjusted $r^2$) in the total ECERS-R score. The telephone interview was able to predict the classification of 89% of the centers in terms of the ECERS-R derived categories of "poor," "mediocre," or "developmentally appropriate." Shorter forms of the telephone interviews (12

items for family child-care; 13 items for center-based care) also demonstrated adequate predictive capability. These findings suggest that the telephone interview can be a valid source of data concerning the global quality of a child-care environment.

Gary

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Wednesday, January 25, 2006 10:01 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: BITSEA Validity analyses

**Attachments:** BITSEA validity within age groupsv2.doc

BITSEA validity within age gro...

Let's talk about this very informative e-mail from Margaret Briggs-Gowan at our Friday's meeting. Sarah.

-----Original Message-----
From: Margaret J. Briggs-Gowan [mailto:Margaret.Briggs-Gowan@yale.edu]
Sent: Wednesday, January 25, 2006 8:15 PM
To: Friedman, Sarah (NIH/NICHD) [E]
Cc: Hamilton, Carolyn (NIH/NICHD) [C]; Shih, Regina (NIH/NICHD) [F]; RESNICG1@WESTAT.com; ANDREAC1@WESTAT.com; alice.carter
Subject: BITSEA Validity analyses

Dear Sarah,

Please find attached the quick analyses that I ran to provide additional

information about the BITSEA's validity when used with younger age children. Because there was also interest in how the ITSEA Dysregulation domain and subscales relate to measures of temperament, I have included correlations between these aspects of the ITSEA and the EASI (or CCTI) Emotionality scale. In addition, I have summarized the BITSEA validity in detecting autism results that we mentioned on the call. I hope that these are helpful to you.

I have tried to include the email addresses of people who seem to have been copied on previous emails from your group, but I certainly may have missed some people, so please forward on as you wish.

Regarding collaborating on IRT analyses using data from our birth cohort

sample, Alice and I have discussed this. We feel that it is important to be as helpful as possible to you so that you can make the best possible decision about the BITSEA, based on both empirical and practical considerations. Thus, we are very willing to share our data with you to

enable IRT analyses to inform your decision. If the findings merit publication, we would of course want to be involved, and we would like to talk about what that would look like a bit more.

Regarding the sensitivity and specificity of the BITSEA in detecting children with Autistic Disorder, I think it is probably quickest if I briefly paraphrase the results that we will be reporting in the national

standardization sample manual, due out this spring (Briggs-Gowan & Carter, 2005 with Psychological Corporation of Harcourt Assessment). The analyses involve two groups, 50 children diagnosed with Autistic Disorder (from Alice's STAART grant, using ADI and ADOS and clinical judgment) and 50 matched control children from the national standardization sample. The results show that a 15th percentile cutpoint on the BITSEA Competence Total Score (i.e., the lowest 15th percentile) based on age and sex had a sensitivity of 97% and specificity of 88%. If a more stringent cut is applied,, the 10th percentile, sensitivity is 94% and specificity is 94%. More details will be available

once the manual is in pre-print form, but I will need to get permission from PsychCorp.

Also, it may interest you to know that we have found that parent reports at 2 years of age on the BITSEA are predictive of psychiatric disorder in Kindergarten. We presented findings at the AACAP meetings in October that showed a significant increase in risk for disorder among children who were positive on the BITSEA Problem Total Score at 2 years of age, relative to children who were not. Controlling for child sex, minority status and poverty status there was a 2.4 fold increase (Briggs-Gowan & Carter, 2005). The citation for this is at the end of this email. We are actively working to write these findings up for submission to a journal, so more final results will be available soon.

On a related topic, we also used the CBCL/1.5-5 and can speak to the predictive validity of both the CBCL, and the BITSEA/ITSEA, if that is of interest to your group.

I think that is all for now!

With Regards,
Margaret

The citation for the presentation is: Briggs-Gowan MJ & Carter AS (October, 2005). Predictive Validity of the BITSEA Screener: Early Childhood to Kindergarten. Paper presented the 52st Annual Meetings of the American Academy of Child and Adolescent Psychiatry, Toronto.

At 08:16 AM 1/13/2006, Friedman, Sarah (NIH/NICHD) [E] wrote:
>Hello Alice and Margaret, Thanks for your flexibility. Carolyn
>Hamilton will give you information about how to join the conference
>call. Please join us at 11:30 AM. I am looking forward to our phone
>call. Sarah.
>
>
>Sarah L. Friedman, Ph.D.
>National Institute of Child Health and Human Development
>
>6100 Executive Boulevard
>Room 7B13H
>Rockville, MD 20852
>
>Phone: (301) 435-6946
>Fax: (301) 480-2400
>
>
>-----Original Message-----
>From: alice.carter [mailto:alice.carter@umb.edu]
>Sent: Thursday, January 12, 2006 10:58 PM
>To: Friedman, Sarah (NIH/NICHD) [E]; 'Margaret J. Briggs-Gowan'
>Subject: RE: Coordinating time to talk about the ITSEA and BITSEA
>
>I am available at either 10:30 or 11:30 on Monday the 23rd.
>
>Alice
>
>Alice S. Carter, Ph.D.
>Professor
>Department of Psychology
>University of Massachusetts Boston
>100 Morrissey Boulevard
>Boston, MA 02125
>
>Phone: 617-287-6375
>FAX: 617-287-6336

>
>-----Original Message-----
>From: Friedman, Sarah (NIH/NICHD) [E]
[mailto:friedmas@exchange.nih.gov]
>Sent: Thursday, January 12, 2006 4:19 PM
>To: alice.carter; Margaret J. Briggs-Gowan
>Cc: Friedman, Sarah (NIH/NICHD) [E]
>Subject: Coordinating time to talk about the ITSEA and BITSEA
>
>
>
>Hi Alice and Margaret,
>
>I am sorry but it turns out that some of my colleagues will not be
>available on January 18th. Can you join the conference call of the NCS
>neurodevelopmental workgroup on January 23? Our conferencec call is
>scheduled for between 10:30 AM and 12:30 PM (EST). You could join us
>either at 10:30 or at 11:30 (or some other time that is convinient to
>you within this time bracket).
>
>Please let me know if this would work.
>
>Thanks,
>
>Sarah
>
>Sarah L. Friedman, Ph.D.
>OEP, Office of the Director,
>National Institute of Child Health and Human Development
>
>Phone: (301) 435-6946
>Fax: (301) 480-2400
>E-mail: friedmas@exchange.nih.gov
>
>-----Original Message-----
>From: alice.carter [mailto:alice.carter@umb.edu]
>Sent: Friday, January 06, 2006 10:17 AM
>To: 'Margaret J. Briggs-Gowan'; Friedman, Sarah (NIH/NICHD) [E]
>Cc: Shih, Regina (NIH/NICHD) [F]; 'Carol Andreassen'; 'Gary Resnick';
>Friedman, Sarah (NIH/NICHD) [E]
>Subject: RE: Coordinating time to talk about the ITSEA and BITSEA
>
>I am also free between 10:30 and 1:00 on the 18th.
>
>Alice
>
>Alice S. Carter, Ph.D.
>Professor
>Department of Psychology
>University of Massachusetts Boston
>100 Morrissey Boulevard
>Boston, MA 02125
>
>Phone: 617-287-6375
>FAX: 617-287-6336
>
>-----Original Message-----
>From: Margaret J. Briggs-Gowan [mailto:Margaret.Briggs-Gowan@yale.edu]
>Sent: Friday, January 06, 2006 9:48 AM
>To: Friedman, Sarah (NIH/NICHD) [E]; alice.carter
>Cc: Shih, Regina (NIH/NICHD) [F]; Carol Andreassen; Gary Resnick;
>Friedman, Sarah (NIH/NICHD) [E]
>Subject: Re: Coordinating time to talk about the ITSEA and BITSEA
>
>Hello Sarah and Alice,
>I am free between 10:30 and 1 on the 18th and would love to talk.
>Sarah,

>did you receive the materials from Psychological Corporation that I had
>requested they send you?
>Regards,
>Margaret
>At 06:08 PM 1/5/2006, Friedman, Sarah (NIH/NICHD) [E] wrote:
> >Hello Alice and Margaret,
> >
> >I am back and would like to set up a time for a few of my colleagues,
>me
> >and you to talk about the ITSEA and BITSEA. I will probably not be
>able
> >to do this before the week of January 16. Would you be available to
>talk
> >on January 18th? My calendar is free between 10:30 AM and 1:00 PM
> >(EST). If you are available during that time bracket, I will find
out
>if
> >my colleagues are available too. We will then determine the specific
> >time. Please let me know.
> >
> >Thanks,
> >
> >Sarah.
> >
> >
> >----------
> >From: alice.carter [mailto:alice.carter@umb.edu]
> >Sent: Thursday, December 15, 2005 9:41 PM
> >To: Friedman, Sarah (NIH/NICHD) [E]
> >Cc: List NEURO_MEASGRP-L; 'Margaret J. Briggs-Gowan'
> >Subject: RE: Queries about ITSEA and BITSEA
> >
> >I would be delighted to talk with you the first week in January,
2006.
>It
> >is probably best if my colleague, Dr. Margaret Briggs-Gowan joins the
> >call. As you may know, we have recently entered an agreement with
the
> >Psychological Corporation/Harcourt Assessment to distribute the ITSEA
>and
> >BITSEA.
> >
> >
> >Alice Carter
> >
> >Alice S. Carter, Ph.D.
> >Professor
> >Department of Psychology
> >University of Massachusetts Boston
> >100 Morrissey Boulevard
> >Boston, MA 02125
> >
> >Phone: 617-287-6375
> >FAX: 617-287-6336
> >
> >----------
> >From: Friedman, Sarah (NIH/NICHD) [E]
>[mailto:friedmas@exchange.nih.gov]
> >Sent: Monday, December 12, 2005 1:05 PM
> >To: alice.carter@umb.edu
> >Cc: List NEURO_MEASGRP-L
> >Subject: Queries about ITSEA and BITSEA
> >
> >Dear Dr. Carter,
> >
> >Enclosed please find my letter with questions about the ITSEA and
> >BITSEA. I would appreciate an opportunity to talk with you during

the
> >first week of January 2006.
> >
> >Thanks in advance,
> >
> >Sarah.
> >
> >
> >Sarah L. Friedman, Ph.D.
> >OEP, Office of the Director,
> >National Institute of Child Health and Human Development
> >
> >Phone: (301) 435-6946
> >Fax: (301) 480-2400
> >E-mail: friedmas@exchange.nih.gov
> >
>
>Margaret Briggs-Gowan, Ph.D.
>Associate Research Scientist
>Epidemiology and Public Health
>Yale School of Medicine
>60 College Street
>New Haven, CT 06520
>
>W: 203/764-9176 or if unable to reach at that number, 203/764-9093
>
>Please be aware that email communication can be intercepted in
>transmission or misdirected. Please consider communicating any
>sensitive information by telephone, fax or mail. The information
>contained in this message may
be
>
>privileged and confidential. If you are NOT the intended recipient,
>please notify the sender immediately with a copy to
><mailto:hipaa.security@yale.edu>hipaa.security@yale.edu and destroy
this
>
>message.

Margaret Briggs-Gowan, Ph.D.
Associate Research Scientist
Epidemiology and Public Health
Yale School of Medicine
60 College Street
New Haven, CT 06520

W: 203/764-9176 or if unable to reach at that number, 203/764-9093

Please be aware that email communication can be intercepted in transmission or misdirected. Please consider communicating any sensitive information by telephone, fax or mail. The information contained in this message may be

privileged and confidential. If you are NOT the intended recipient, please notify the sender immediately with a copy to <mailto:hipaa.security@yale.edu>hipaa.security@yale.edu and destroy this

message.

**BITSEA-ITSEA Analyses**
**M. Briggs-Gowan & A. Carter**
**1/23/06**

## I. VALIDITY ANALYSES WITHIN YOUNGER AGE GROUPS

Table 1. Correlations between the BITSEA and Parent Report Validity Indices (from Birth Cohort Sample described in Carter et al., 2003 paper)

| | BITSEA | | | |
|---|---|---|---|---|
| | 11.5 to 15 months | | 16 to 19 months | |
| | Prob | Comp | Prob | Comp |
| N | 188 | 187 | 186 | 186 |
| MN (SD) | 10.5 (7.0) | 15.0 (3.4) | 9.6 (5.9) | 16.8 (2.6) |
| CBCL/1.5-5 Externalizing | - | - | .71*** | -.32** |
| CBCL/1.5-5 Internalizing | - | - | .60*** | -.28** |
| PSI Short Form Difficult Child | .49*** | -.20** | .44*** | -.26*** |
| PSI Short Form Parent-Child Dysfunctional Interaction | .26*** | -.23** | .16* | -.38*** |
| PSI Short Form Parent Distress | .35*** | -.11 | .15* | -.29*** |
| EASI – Sociability | -.27*** | .21** | -.22** | -.28*** |
| EASI – Soothability | -.37*** | .23** | -.30*** | .31*** |
| EASI – Emotionality | .54*** | -.24** | .47*** | -.16* |

Note. CBCL/1.5-5 used beginning at 18 months of age.
Note. Response weights adjusting for sampling and response probabilities were applied.
*p<.05, **p<.01, ***p<.001

Table 2. Correlations between the BITSEA and Vineland Socialization and Mullen Language (from a small subsample): Child age 11.5 months to 20 months (n=52)

| | ITSEA | |
|---|---|---|
| | Prob | Comp |
| **Data from a subsample:** | | |
| Vineland Socialization | -.03 | .23 |
| Mullen Receptive Language | .06 | .29* |
| Mullen Expressive Language | -.06 | .37** |

Note. Child age is partialled from correlations with competence.
*p<.05, **p<.01, ***p<.001

## II. VALIDITY ANALYSES WITHIN YOUNGER AGE GROUPS: CORRELATIONS BETWEEN BITSEA AND ITSEA

Table 2. Part-whole correlations between BITSEA and ITSEA Domains

| | BITSEA | | | |
|---|---|---|---|---|
| | 11.5 to 15 months | | 16 to 19 months | |
| | Prob | Comp | Prob | Comp |
| N | 188 | 187 | 186 | 186 |
| MN (SD) | 10.5 (7.0) | 15.0 (3.4) | 9.6 (5.9) | 16.8 (2.6) |
| ITSEA Internalizing | .50*** | -.00 | .58*** | -.06 |
| ITSEA Externalizing | .74*** | -.10 | .81*** | -.25*** |
| ITSEA Dysregulation | .77*** | -.08 | .77*** | -.18* |
| ITSEA Competence | .02 | .81*** | -.24** | .80*** |

Note. Response weights adjusting for sampling and response probabilities were applied.
*p<.05, **p<.01, ***p<.001

## III. ISSUE OF CORRELATIONS BETWEEN ITSEA DYSREGULATION AND PARENT REPORTED TEMPERAMENT MEASURES

Table 4. Correlations between ITSEA Dysregulation Domain and Subscales and EASI Emotionality Subscale

| | EASI (OR CCTI) EMOTIONALITY | |
|---|---|---|
| | 11.5-15 mos | 16 to 19 mos |
| ITSEA Dysregulation Domain | .53*** | .45*** |
| ITSEA Negative Emotionality Subscale | .62*** | .60*** |
| ITSEA Eating Subscale | .35*** | .33*** |
| ITSEA Sleep Subscale | .31*** | .12 |
| ITSEA Sensory Sensitivities Subscale | .31*** | .30*** |

Note. Response weights adjusting for sampling and response probabilities were applied.
*p<.05, **p<.01, ***p<.001

ELSEVIER

Early Childhood Research Quarterly 16 (2001) 165–189

Early Childhood Research Quarterly

# Assessing child-care quality with a telephone interview

Susan D. Holloway[a,*], Sharon L. Kagan[b], Bruce Fuller[a], Lynna Tsou[a], Jude Carroll[c]

[a]*School of Education, 4309 Tolman Hall, University of California, Berkeley, Berkeley CA 94720-1670, USA*
[b]*Teachers College, Columbia University, USA* [c]*Yale University, USA*

**Abstract**

As increasing numbers of children enter child-care environments that are subsidized by federal and state funds, the demand has risen from policy makers and activists for valid, cost-effective methods of assessing the quality of those environments. In this study we asked whether data on child-care quality obtained from a telephone interview with the provider can serve as an adequate proxy for data obtained from direct observation. Observations were conducted in 89 family child-care homes and 92 centers using the Family Day Care Rating Scale (FDCRS) and the Early Childhood Environmental Rating Scale (ECERS-R), respectively. The target providers and teachers were subsequently interviewed by telephone using a protocol developed by the authors. For the family child-care providers, the 25 item telephone interview explained 49% of the variance (adjusted $r^2$) in the total FDCRS score. Discriminant analyses revealed that the telephone interview was able to predict accurately 92% of the homes in terms of three FDCRS-derived categories of quality: "poor," "mediocre," or "developmentally appropriate." For the centers, the 22 item telephone interview accounted for 51% of the variance (adjusted $r^2$) in the total ECERS-R score. The telephone interview was able to predict the classification of 89% of the centers in terms of the ECERS-R derived categories of "poor," "mediocre," or "developmentally appropriate." Shorter forms of the telephone interviews (12 items for family child-care; 13 items for center-based care) also demonstrated adequate predictive capability. These findings suggest that the telephone interview can be a valid source of data concerning the global quality of a child-care environment. © 2001 Elsevier Science Inc. All rights reserved.

## 1. Introduction

Every day, as 13 million preschool-aged children saunter off to child care (Hofferth, 1996), their parents worry: Will the environment be safe? Will the child-care setting optimize

* Corresponding author. Tel.: +1-510-642-7978.
*E-mail address:* s_hollo@uclink4.berkeley.edu (S.D. Holloway).

0885-2006/01/$ – see front matter © 2001 Elsevier Science Inc. All rights reserved.
PII: S0885-2006(01)00094-1

my child's development? How long will this set-up last, and at what cost in terms of resources, time, and emotional investment? Parents are wise to ask these questions. The problem of low child-care quality is affecting growing numbers of American families as more and more women routinely engage in out-of-home employment (U.S. Bureau of the Census, 1997). As more children enter care, its quality may be eroding. Not only are there insufficient regulatory safeguards to preserve quality and protect children from harm, but the paucity of well-trained workers entering the field severely compromises quality (Center for the Future of Teaching and Learning, 2000; Helburn & Howes, 1996; Whitebook, Phillips, & Howes, 1993). With increasing numbers of governors and state legislators becoming seriously concerned about the early experiences of young children, additional investments in these services are being made (Government Accounting Office, 1999). But the question at hand is how much of these investments will be devoted to quality.

Compounding the quality problem is the press for accountability that is sweeping the field of education. Today, legislators want to know how well school-age and young children are doing, and whether the investments in schooling are producing gains in children's readiness for—and performance in—school. Such a press for accountability also creates a demand for new research. This performance-based research will need to focus on the nature and quality of care.

Researchers in the field of child care and early education bring to their work some long-held convictions and conventions. Such conventions pertain to the kind of instruments used, the process measures that seem most germane to assessing adult-child interactions, and the need for direct observations of children's behavior toward peers and adults. The most important quality variable has often been considered to be the nature of the interaction between adults and children, dynamic variables that can best—and some say only—be understood through direct observation in children's environments. Indeed, every major study of child-care quality to date has involved direct observation (e.g., Burchinal et al., 1996; Cost, Quality and Child Outcomes Study Team, 1995; Growing up in Poverty Project, 2000; Whitebook, Howes & Phillips, 1990).

Such direct observation may be optimal. It gives the observer a chance to experience many facets of a child-care environment, including noise levels, pace and tone. Through observation, one can take note of a teacher's subtle intonations of voice, or of children's visual cues of delight. Observation also enables the visual recording of an environment. How are materials arranged? How visible is children's work? How accessible are toys and materials for children, information for parents?

But observations of the child and environment are costly to conduct and can be intrusive to the flow of work at a center or family child-care home. Observations need to be conducted at specific times of the year when the setting is deemed to be functioning typically. Furthermore, we now know that many children experience multiple settings at any one time, and that others move in and out of settings over a short period. Given the high turnover rate of teachers in child-care centers, the quality of a child's experience in a single classroom may fluctuate along with staffing changes. Under these conditions, to capture a child's experience over a single year may require as many as five to ten assessments in several different locations. In short, observation, while ideal, is not simple for the observer and may not be cost effective for the research enterprise.

This situation, while difficult in child-care centers, is particularly acute in family child-care homes and homes of the child's "kith and kin," where information about quality is often least available. Typically, providers in informal settings are somewhat more reluctant to have observers in their homes when compared to center-based child-care providers; in fact, several major studies have report turn-down rates as high as 85% from among family child care and kin providers. Informal providers may feel a greater sense of intrusion during an observation than does the center-based staff member. Additionally, some unregulated providers are less familiar with scrutiny of their homes because they are exempt from licensure and have not had to go through routine inspections required of child-care centers (Gormley, 1999).

The challenges and costs associated with conducting detailed observations precipitated this study. The objective of our study is to discern whether accurate data on child-care quality could be obtained without direct observation. Is there a more efficient, cost-effective way to capture quality information without relying on visits to child-care centers and family child-care homes? How reliable and valid would telephone interview data be, if the questions were well-conceived, tactfully phrased, and focused on central elements of child-care quality? To that end, this validation study was conceptualized. It seeks to address the basic question: Can data on child-care quality obtained from a telephone interview serve as an adequate proxy for data obtained from direct observations in child-care settings?

## 2. Methods

### 2.1. Sample

A sample of 89 family child-care homes and 92 child-care centers was drawn from the San Francisco Bay Area and several communities in Connecticut. To ensure that institutions serving families from a range of socioeconomic backgrounds were sampled, census information was obtained on the median household income within the targeted communities. Half the sample was drawn from zip codes where the median household income was above the state average, and half was drawn from zip codes where the mean household income was below the state average. We contacted all licensed family child-care homes and child-care centers within these designated zip codes. For the centers, initial contact was with the center director, who was asked to give the names of teachers responsible for three or four year olds. We randomly selected one teacher to be the telephone interview respondent. Of 207 family child-care providers contacted, 94 (40%) were willing and able to participate. Out of 201 centers contacted, 92 (47%) agreed to participate.

The ethnic breakdown of the family child-care providers was 14% African American, 78% White, 3% Asian, and 5% Latino. The education level of the family child-care providers was quite varied; 1% had less than an high school degree, 20% had a high school degree or GED, 43% had completed some college, 26% were college graduates, and 10% had completed a master's degree. The providers had been in the child-care field for an average of 9.6 years (SD 7.5 years). Just under half (48%) belonged to a formal group or association of people who worked with young children. During the 12 months preceding the interview, 73% had completed some type of child-related training, or attended a conference.

Within the sample of child-care centers, 79% of the target teachers were white, 10% were African American, and 11% were Latinos. Thirty-one percent had a high school degree, 61% had some college, and 8% had a college degree. They had worked in the child-care field for an average of 9.33 years (SD 5.90).

Family child-care providers were observed by trained project staff for approximately 2 hours during the morning. At the end of the visit, the observer completed the Family Day Care Rating Scale (FDCRS) (Harms & Clifford, 1989). Within two weeks, a second staff member who was unaware of the FDCRS rating for that site conducted a telephone interview with the provider. For the centers, an observation was conducted in the focal teacher's classroom, and the Early Childhood Environment Rating Scale: Revised Edition (ECERS-R) (Harms, Clifford, & Cryer, 1998) was completed. Within two weeks, a telephone interview was conducted with the teacher by a staff member who was unaware of the ECERS-R rating of that site. The decision to conduct the observation prior to the telephone survey was based on the assumption that the observation would provide fewer cues to the provider than the telephone survey about the specific criteria of interest. Providers would therefore have little basis for adjusting their responses on the telephone survey to bring them in line with the researcher's perceived orientation. In contrast, if the providers were interviewed first, they would have a clear sense of what the researcher was interested in, and may have been motivated by social desirability to alter their behavior or the environment during the subsequent observation.

Prior to data collection, inter-observer agreement was obtained on the FDCRS and ECERS-R. Subsequent to being trained, observers conducted observations at several sites with the regional observation coordinator. Inter-observer reliability was calculated at one site between the coordinator and each observer. The minimum acceptable overall percent agreement for each pair of observers was 80%; percent agreement averaged across all pairs was 87% for the FDCRS and 88% for the ECERS. In addition to achieving reliability prior to data collection, continuous checks were made throughout the study.

### 2.2. Measures

#### 2.2.1. Family Day Care Rating Scale (FDCRS)

The FDCRS is a 32 item scale that covers six categories: space and furnishings, basic care, language and reasoning, learning activities, social development, and adult needs. Items are rated on a 7 point scale from 1 (inadequate) to 7 (excellent). Descriptions are provided for the odd-numbered points on the scale. When a home is observed to have all the characteristics listed in a lower description, but only part of those in the next highest description, the even-numbered point between the two descriptions is scored.

#### 2.2.2. Early Childhood Environmental Rating Scale (Revised edition) (ECERS-R)

The 43 item ECERS-R provides a global assessment of quality along seven dimensions: space and furnishings, personal care routines, language-reasoning, activities, interaction, program structure, parents and staff. Scoring is conducted in the same way as on the FDCRS.

*2.2.3. Rationale for using FDCRS and ECERS-R*

In conducting this research we used the FDCRS and the ECERS-R in two ways; first, these scales provided an assessment of quality for validating the telephone interviews. And second, they were used as the basis for developing the items on the telephone surveys. The decision to use them as criteria in this validity exercise stemmed largely from their widespread use and acceptance in the field.

The second decision, to base the telephone interviews on the FDCRS and ECERS-R, was also influenced by studies showing associations between these scales and various indicators of child development and learning and thereby clearly demonstrating their construct validity. Additionally, they are comprehensive, yet relatively short. As we will discuss below, the length of the telephone survey was a particular concern; we could not take the time to ask questions at the level of detail used in the longer scales such as the Assessment Profile for Childhood Programs (Abbott-Shim & Sibley, 1992). A third criterion was that the ECERS-R and FDCRS are classroom based. Our telephone survey was developed for providers, not administrators or parents, so all questions had to address characteristics of the classroom or the caregiver, as opposed to information available to other actors. We supplemented the classroom-oriented items in the ECERS-R and FDCRS with questions about the providers' background and level of commitment to developing their skills as a professional child-care provider (Galinsky et al., 1994).

*2.2.4. The Berkeley-Yale Telephone Interview for Family Child-Care Providers (BYTI-F)*

Like the FDCRS, the BYTI-F contains items in the categories of space and furnishings, basic care routines, language-reasoning experiences, learning activities, social interaction, and parent-staff relations and services. We also included a number of questions concerning amount of experience in the child-care field, education level, membership in a professional caregiver organization, and opportunities to attend child-care related training or conferences.

Design of the telephone interview was affected by a number of considerations. Given the limits of human memory, the items on a telephone interview cannot be as complex as those on a written survey, which can be perused at length prior to responding; therefore, it was not possible to design a single telephone interview item to correspond to each FDCRS item. A second factor influencing the design of the telephone interview was the length of time that a provider could reasonably be expected to spend talking on the telephone during the day. We attempted to design an interview protocol that could be comfortably administered in 30 minutes. In part, this was achieved by avoiding redundancy whenever possible. For example, unlike the FDCRS, the BYTI-F contains no items pertaining to the number, type, and organization of blocks because other items assess materials available for gross and fine motor activities.

A third consideration was constructing items most likely to elicit a candid, accurate answer regarding sensitive issues. In some cases we either selected the least controversial element of an original FDCRS item, or omitted it altogether. For example, one FDCRS item assesses many features pertaining to health, including cleanliness of the environment, quality of provider record keeping, procedures regarding suspected child abuse, relationships with medical staff for consultation, promotion of good health habits among children, and health status of the provider. We did not include this item in the telephone interview because it

seemed unlikely that providers would reveal failure to follow practices which are clearly socially desirable or which, in some cases, are required by state law or as a condition of being licensed.

Another way we attempted to reduce the effect of social desirability is by adhering to the format used in the ECERS-R and FDCRS in which the respondent can select from detailed alternative descriptions rather than indicating the extent to which their setting conformed with a certain policy or practice. So, for example, in the question about morning greetings, we ask the provider to indicate which of four scenarios best describes the morning routine in their own setting rather than asking them to indicate the extent to which they are able to greet each child and parent warmly every day (See Appendix A for examples of this and other items). Our assumption was that a provider in a setting with limited resources may be willing to recognize a "match" between her setting and one of the alternative scenarios, whereas she may feel less comfortable selecting a low or intermediate point on a unidimensional response scale that is clearly marked by a positive point at one end and a negative at the other. For most of the questions, there are two, three or four response options, depending on the nature of the question. Additionally, there are a few open-ended items (e.g., "how many years have you worked in the child-care field?"). After pilot testing, unclear items were reworded, and items with insufficient variance were dropped. When respondents were unable or unwilling to answer a question it was coded as missing; accordingly, the sample size varies in analyses described in this report.

#### *2.2.5. Berkeley-Yale Telephone Interview for Child-Care Centers (BYTI-C)*

The telephone interview was developed to provide a portrait of the quality of a child-care center classroom. It was modeled closely after the ECERS-R, covering the dimensions of space and furnishings, personal care routines, language-reasoning experiences, activities, interaction, and parent relations and services. Questions pertaining to caregiver background and professionalism were also included. The overall process for developing the telephone interview was similar to that followed in developing the family child-care telephone interview.

## 3. Findings

### *3.1. Family child-care data*

To explore the structural properties of the FDCRS and the BYTI-F, principal components analyses were conducted. Initial analysis of the FDCRS yielded a solution with 10 components having an eigenvalue greater than 1. The first component had an eigenvalue of 9.9 and explained 28.2% of the variance. The second component had an eigenvalue of 3.15 and explained 9.0% of the variance. The remaining components were substantially less powerful. Subsequent to varimax rotation, the first two factors each demonstrated conceptual coherence. A composite was created from items loading at or above 0.5 on the first component; these pertained largely to the establishment of a formalized approach to care, including the arrangement of space, abundance and adequacy of materials in various curriculum areas,

| FDCRS Composite 1: Space and materials | FDCRS Composite 2: Routines and interactions |
|---|---|
| Indoor space arrangement | Furnishings for routine care and learning |
| Materials for active physical play | Routines for arriving and leaving |
| Space to be alone (infants and toddlers) | Routines involving meals and snacks |
| Space to be alone (preschool) | Informal use of language (infants and toddlers) |
| Arrangements concerning naps | Informal use of language (preschool) |
| Safety | Helping children understand language (infants and toddlers) |
| Helping children understand language (preschool) | Use of television |
| Helping children learn language | Supervision of indoor and outdoor play |
| Helping children reason | Tone |
| Materials for hand-eye coordination | Discipline |
| Materials for art | |
| Materials for music and movement | |
| Materials for dramatic play | |
| Abundance and adequacy of blocks | |
| Schedule of daily activities | |
| Materials for cultural awareness | |

Fig. 1. Composites formed from FDCRS items.

observance of safety measures, and guidance by a daily schedule. Items loading at or above 0.5 on the second composite pertained to interactions between provider and children, including the nature of morning greetings, informal use of language, supervision of play, classroom tone, and discipline strategies. The items in each component are listed in Fig. 1.

To obtain a preliminary indication of the correspondence between the FDCRS and the telephone interview, correlations were computed between individual telephone interview items and the FDCRS total score as well as the two FDCRS subscales; these are presented in Table 1. There were a number of significant correlations; in general, the telephone interview items were more highly correlated to the materials composite than to the interaction composite. In most cases, the telephone interview items were as highly associated with the FDCRS total score as with one or both of the composite scores, so the total score was utilized in building regression models.

Table 1
Relationship of BYTI-F items to FDCRS total score and composites

| Family child-care quality indicator | Possible range | Mean (SD) | FDCRS Total | FDCRS Materials | FDCRS Interaction |
|---|---|---|---|---|---|
| *Space and Furnishings* | | | | | |
| Furnishings for routine care & learning | 1–4 | 3.45 (.87) | .19 | .16 | .09 |
| Furnishings for relaxation and comfort | 1–4 | 3.10 (.66) | .40*** | .47*** | .22* |
| Child related display | 1–4 | 2.69 (.95) | .36*** | .35*** | .22* |
| Presence of activity corners | 1–2 | 1.49 (.50) | .40*** | .47*** | .15 |
| Presence of fragile objects | 1–2 | 1.67 (.47) | .12 | .12 | .01 |
| Satisfaction with indoor space | 1–3 | 2.53 (.62) | .18 | .22* | .15 |
| Materials for active physical play | 1–4 | 3.47 (.74) | .36*** | .37*** | .26* |
| *Personal Care Routines* | | | | | |
| Interaction during arrival/departure | 1–4 | 3.72 (.54) | .22* | .07 | .26* |
| Interaction during meals | 1–4 | 3.07 (1.01) | .15 | .06 | .17 |
| Availability of alternative to nap | 1–2 | 1.72 (.45) | .04 | −.02 | .12 |
| *Language-Reasoning Experiences* | | | | | |
| Informal use of language | 1–4 | 3.63 (.61) | .26* | .18 | .19 |
| Language related materials | 1–4 | 3.35 (.60) | .26* | .26* | .17 |
| Minutes read to per day | 1–4 | 23.35 (14.03) | .29** | .37*** | .20 |
| Questions asked during reading | 1–4 | 3.07 (.91) | .11 | .04 | .07 |
| *Activities* | | | | | |
| Hand-eye coordination materials | 1–4 | 3.22(.72) | .28** | .26* | .14 |
| Art activities & materials | 1–4 | 3.07 (.72) | .37*** | .44*** | .17 |
| Music & movement materials/activities | 1–4 | 3.31 (.67) | .08 | .18 | −.11 |
| Sand & water play indoors/outdoors | 1–8 | 5.71 (1.36) | .14 | .07 | .04 |
| Dramatic play materials | 1–4 | 3.06 (1.03) | .48*** | .47*** | .36*** |
| Frequent access to computer | 1–4 | 1.89 (1.26) | .13 | .14 | −.01 |
| Frequent access to TV or videos | 1–4 | 3.31 (1.08) | −.22* | −.21* | −.25* |
| Interaction during TV/video time | 1–4 | 3.10 (.92) | .05 | .00 | .01 |
| Low frequency whole group activities | 1–4 | 2.71 (.99) | .17 | .07 | .28** |
| Low frequency of worksheets | 1–4 | 2.97 (1.20) | .22* | .17 | .30** |
| Presence of daily schedule | 1–2 | 1.78 (.41) | .12 | .16 | .03 |
| *Parents and Staff* | | | | | |
| Regularly scheduled conferences | 1–2 | 1.22 (.42) | .44** | .44*** | .32** |
| Parent visitation policy | 1–3 | 2.81 (.40) | .13 | .10 | .15 |
| Hold similar values as parents | 1–4 | 3.63 (.59) | .05 | .04 | .02 |
| Balancing personal & caregiving | 1-3 | 2.71 (.46) | .26* | .10 | .24* |
| Provide transportation | 1–3 | 1.78 (.77) | −.02 | −.07 | .02 |

*Note.* $n = 86–89$.
*** $p < .001$.
** $p < .01$.
* $p < .05$.

Correlations were also obtained to examine the association of the provider background and professionalism indicators to the FDCRS total score and composite scores (see Table 2). Higher FDCRS ratings were associated with larger groups and with more highly educated caregivers. The provider's amount of experience, membership in a professional organization, and opportunities for in-service training were not associated with the FDCRS rating.

Principal components analysis of the telephone interview for family child-care providers also produced an initial solution with 10 components with an eigenvalue greater than 1. The

Table 2
Relationship of provider background and professionalism indicators to FDCRS total score and composites

| Family child-care quality indicator | Possible range | Mean (SD) | FDCRS | | |
|---|---|---|---|---|---|
| | | | Total | Materials | Interaction |
| Group size | n/a | 6.49 (6.07) | .24* | .24* | .18 |
| Caregiver education | 1–6 | 3.84 (1.33) | .32** | .33** | .19 |
| Caregiver experience | n/a | 9.56 (7.50) | −.06 | .01 | −.17 |
| Training opportunities this year | 1–4 | 2.84 (1.08) | .01 | −.07 | .06 |
| Member professional organization | 1–2 | 1.48 (.50) | .09 | .07 | −.02 |

*Note.* $n = 86-89$.
*** $p < .001$.
** $p < .01$.
* $p < .05$.

eigenvalue of the first component was 5.38, and explained 17.9% of the variance. The second component had an eigenvalue 2.57, and explained 8.6% of the variance. Few items loaded heavily on the third and subsequent components. Rotations of the first two components did not greatly increase the conceptual clarity of either one. Hence, the items loading at or above 0.5 on either component was combined into a single scale comprising 20 items. These items pertained to both furnishings and materials as well as several that captured elements of interaction, including morning greeting routines and various types of linguistic interactions.

#### *3.1.1. Multivariate estimations*

A hierarchical regression model was constructed using the FDCRS total score as the dependent variable. The following provider background and professionalism items were entered in the first block: group size, caregiver education, caregiver experience, caregiver in-service training over the past year, and caregiver membership in a professional organization. Caregiver education was coded as 1) some high school, 2) high school diploma or GED, 3) some college, 4) AA degree, 5) BA degree, 6) graduate training. Caregiver experience was coded as number of years in the field. In-service training was obtained from the caregiver's rating on a four-point scale of the number of hours spent in-service training in the previous 12 months: 1) less than 5 hours, 2) 5 to 10 hours, 3) 11 to 20 hours, and 4) more than 20 hours. Membership in a formal group or organization was a dichotomous variable (yes, no).[1]

After entering the block of demographic and background characteristics, the 20 "process oriented" telephone interview items retained from the principal component analyses were entered. We added these "process oriented" variables after the first block because we wanted to determine whether these items—which are more time consuming to obtain and possibly more susceptible to social desirability bias—contributed significantly to the variance explained by the more straightforward caregiver characteristics. The items were entered in a block rather than stepwise because there were no strong theoretical reasons for assuming a particular order of entry; additionally, we adopted this more conservative procedure because the presence of some multicollinearity among the items would contribute to instability in a stepwise model.

Table 3
Hierarchical regression of FDCRS total score on BYTI-F items

| | Block 1 | Block 2 | Full Model |
|---|---|---|---|
| Block 1: | | | |
| Group Size | .21* | | .13 |
| Education | .30** | | −.08 |
| Experience | −.01 | | −.10 |
| Training past year | −.03 | | −.10 |
| Member professional org. | .06 | | −.16 |
| Block 2: | | | |
| Child related display | | .12 | .12 |
| Presence of activity "corners" | | .24* | .26* |
| Presence of fragile objects | | −.10 | −.09 |
| Satisfaction with indoor space | | .01 | .04 |
| Materials for active physical play | | .13 | .13 |
| Interaction during arrival/departure | | .01 | .02 |
| Interaction during meals | | .15 | .07 |
| Informal use of language | | −.02 | .03 |
| Language related materials | | −.05 | −.12 |
| Minutes read to per day | | .04 | .10 |
| Questions asked during reading | | −.13 | −.07 |
| Hand-eye coordination materials | | −.07 | .04 |
| Art activities & materials | | .15* | .11 |
| Sand & water play indoors and outdoors | | .04 | .01 |
| Dramatic play materials | | .32** | .32** |
| Frequent access to TV or videos | | .07 | −.11 |
| Interaction during TV/video time | | −.08 | .07 |
| Low frequency of worksheets | | .31** | .36** |
| Regularly scheduled conferences | | .28** | .30* |
| Balancing personal & caregiving | | .16 | .20* |
| $r^2$ | .15 | .62 | .66 |
| Adjusted $r^2$ | .08 | .48 | .49 |
| $r^2$ change (after adding process variables) | | | .52*** |

*Note.* $n = 75$.
*** $p < .001$.
** $p < .01$.
* $p < .05$.
† $p < .10$.

Addition of the telephone items greatly improved the predictive power of the model. The $r^2$ for the initial model was 0.15 (adjusted $r^2 = 0.08$); when the process-oriented items were added, the $r^2$ for the full model rose to 0.66 (adjusted $r^2 = 0.49$), a highly significant change ($r^2$ change = 0.52 ($p < .001$). The findings are presented in Table 3.

Examination of the regression coefficients suggests that a number of items did not contribute significantly to the model; this may be due to multicollinearity among the process indicators. To determine whether similar predictive power could be obtained from a shorter version of the interview, a second regression was run with a subset of the process items that demonstrated a strong association with the FDCRS in the theoretically predicted direction. A multivariate model was again constructed using a two-step procedure. The block of demographic and professionalism variables was entered first, followed by 7 process-oriented

Table 4
Hierarchical regression of FDCRS total score on selected BYTI-F items

| | Block 1 | Block 2 | Full Model |
|---|---|---|---|
| Block 1: | | | |
| Group Size | .21* | | .11 |
| Education | .30** | | −.04 |
| Experience | −.01 | | −.09 |
| Training past year | −.03 | | −.04 |
| Member professional organization | .06 | | −.14† |
| Block 2: | | | |
| Presence of activity "corners" | | .26** | .28** |
| Materials for active physical play | | .19* | .18* |
| Art activities & materials | | .07 | .02 |
| Dramatic play materials | | .34*** | .34*** |
| Low frequency of worksheets | | .27*** | .28** |
| Regularly scheduled conferences | | .23** | .28** |
| Balancing personal & caregiving | | .11 | .13 |
| $r^2$ | .16 | .53 | .58 |
| Adjusted $r^2$ | .11 | .49 | .51 |
| $r^2$ change (after adding process variables) | | | .42*** |

*Note.* $n = 85$.
*** $p < .001$.
** $p < .01$.
* $p < .05$.
† $p < .10$.

items. As reported in Table 4, with the addition of the process-oriented items, the $r^2$ rose from 0.16 to 0.58, a significant change of 0.42 ($p < .001$). The adjusted $r^2$ for the full model was 0.51. Significant predictors were all process oriented, including presence of distinct activity corners, materials for active physical play, materials for dramatic play, regularly scheduled conferences, and low frequency of worksheets.

To evaluate the internal consistency of the FDCRS and BYTI-F composites, coefficient alpha was calculated; findings were as follows: total FDCRS (0.90), FDCRS materials composite (0.89), FDCRS interaction composite (0.86), BYTI-F 25 item form (0.78), and 12 item form (0.62).

### *3.1.2. Discriminant analyses*

In addition to reporting the total score on the ECERS and FDCRS, some researchers derive a trichotomous score from the averaged total of all the items on those scales. Centers receiving an average total less that 3 are considered of "poor quality," those receiving between 3 and 5 are considered of "mediocre quality," and those receiving a score higher than 5 are considered to be "developmentally appropriate," (e.g., Cost, Quality & Child Outcomes Study Team, 1995). We ran a series of discriminant analyses to determine how accurately the telephone interview (long and short forms) could predict the trichotomous score on the FDCRS. In one sense, the trichomization of a continuous score can result in less precise measurement, particularly for scores that are on or near the cut-off points between two categories. However, the value of this approach is that it permits an examination of

Predictions using long form of BYTI-F (n=64):

| | | Predicted Group Membership | | |
|---|---|---|---|---|
| | | Poor | Mediocre | Appropriate |
| | Poor | 4 | 1 | 0 |
| Original FDCRS grouping | Mediocre | 2 | 41 | 1 |
| | Appropriate | 0 | 1 | 13 |

Predictions using short form of BYTI-F (n=77):

| | | Predicted Group Membership | | |
|---|---|---|---|---|
| | | Poor | Mediocre | Appropriate |
| | Poor | 4 | 2 | 0 |
| Original FDCRS grouping | Mediocre | 2 | 49 | 4 |
| | Appropriate | 0 | 4 | 12 |

Fig. 2. Prediction of Classifications Derived from Trichotomized FDCRS score.

whether the telephone survey consistently over- or underestimated the quality of a site, relative to the ECERS-R or FDCRS.

In the first three-group analysis, two discriminant functions were derived from the long form of the BYTI-F. Prior probabilities were assigned based on the sample proportion of cases in each group formed by the FDCRS score. The results indicated that 92.2% of the cases could be correctly classified into one of the 3 groups (poor, mediocre, or developmentally appropriate) based upon the BYTI-F long form items (see Fig. 2). No particular pattern of systematic over- or underprediction was evident among the incorrectly classified cases. The analysis was repeated using the BYTI-F short form, resulting in the correct classification of 84.4% of the cases. Again, there was little evidence of systematic over- or underprediction. Two homes that were rated as "poor" by the FDCRS were misclassified as "mediocre" by the BYTI-F, and 4 homes that were rated as "developmentally appropriate" were

misclassified as "mediocre." Among the 6 misclassified homes that were rated as "mediocre" with the FDCRS, 2 were classified as "poor" by the BYTI-F and 4 were classified as "developmentally appropriate."

### 3.2. Child-care centers

A principal components analysis conducted on the ECERS-R yielded a solution with 12 components with an eigenvalue greater than 1. The first component had an eigenvalue of 10.74 and explained 25.57% of the variance. Subsequent components were substantially less powerful. Twenty one of the 42 ECERS-R items (the item pertaining to children with disabilities was dropped because it pertained to only 10 sites) loaded above 0.5 on the first component. The two, three, and four component solutions were examined, with and without varimax rotation. It was difficult to discern any substantive commonality among the items loading at a high level on a particular component. Therefore, a single composite was created by adding together the items that loaded above 0.5 on the first component. This core group of items represented the variables pertaining to space, materials, and interactions. Left out were items pertaining to furnishings, those related to diverse practices like health, safety and toileting, as well as those pertaining to parents and staff. The items in this core composite are listed in Fig. 3.

The correlations among individual telephone interview items, the composite, and the ECERS-R total score are presented in Table 5. Correlations were also obtained to assess the relation of the demographic and professionalism indicators to the ECERS-R total score and composite scores. As Table 6 indicates, sites that received a higher rating on the ECERS-R had smaller classes, employed caregivers who were more educated and who were more likely to be members of a professional organization, provided more training resources and opportunities, and had a continuing education requirement for staff with less than an associate's degree.

Principal components analysis of the BYTI-C produced an initial solution with 11 components with an eigenvalue greater than 1. The eigenvalue of the first component was 4.90, and explained 15.3% of the variance. The second component had an eigenvalue of 2.94, and explained 9.2% of the variance; the third component had an eigenvalue of 2.61 and explained 8.2% of the variance. Few items loaded heavily on the third and subsequent components. Rotation of the components did not greatly increase their conceptual clarity. Hence, the 11 items loading above 0.5 on the two components were combined into a single composite, plus 4 items that did not load at this level but that were highly correlated in the theoretically expected direction with the total ECERS-R score. The final subset of 15 items pertained to furnishings and materials, communication and interaction, and availability of different types of learning activities.

#### 3.2.1. Multivariate estimations

To determine the predictive validity of the BYTI-C, a hierarchical regression model was constructed. The first block of variables consisted of the following variables: group size, caregiver education, caregiver experience, caregiver in-service training over the past year, and caregiver membership in a professional organization, extent to which the center provides

Room arrangement

Space for privacy

Space for gross motor

Meals/snacks

Safety practices

Books/pictures

Encouraging children to communicate

Using language to develop reasoning skills

Informal use of language

Fine motor

Art

Music/movement

Blocks

Sand/water

Nature/science

Supervision of gross motor activities

General supervision of children

Discipline

Staff-child interactions

Interactions among children

Free play

Fig. 3. Composite formed from ECERS-R items.

Table 5
Correlations of BYTI-C items with ECERS-R composite and total score

| Center quality indicator | Possible Range | Mean (SD) | ECERS-R Total score | ECERS-R Composite |
|---|---|---|---|---|
| *Space and Furnishings* | | | | |
| Indoor space | 1–4 | 3.40 (.79) | .39*** | .34**** |
| Gross motor equipment | 1–4 | 3.14 (.79) | .20 | .11 |
| *Personal Care Routines* | | | | |
| Teacher's role in arrival | 1–4 | 3.69 (.57) | −.04 | −.01 |
| Scheduling of meals | 1–4 | 3.29 (.68) | .14 | .14 |
| Provider interaction during meals | 1–4 | 3.37 (.85) | .24* | .29** |
| *Language-Reasoning Experiences* | | | | |
| Amount books & language materials | 1–4 | 3.50 (.74) | .25* | .18 |
| Times per week read to children | — | 11.07 (5.19) | −.09 | −.07 |
| Ask questions when read | 1–4 | 3.42 (.64) | −.11 | −.03 |
| Encouraging children to communicate | 1–4 | 3.50 (.52) | .29** | .22* |
| Informal use of language | 1–4 | 3.51 (.64) | .05 | .07 |
| *Activities* | | | | |
| Fine motor materials | 1–4 | 3.38 (.73) | .33** | .27** |
| Labeling of fine motor materials | 1–4 | 1.70 (.46) | .07 | .08 |
| Art materials | 1–4 | 3.58 (.73) | .30** | .25* |
| Sand and water indoors and outdoors | 1–2 | 1.83 (.23) | .37*** | .37*** |
| Dramatic play materials | 1–4 | 3.24 (.74) | .31** | .28** |
| Presence of computer | 1–2 | 1.43 (.50) | .14 | .13 |
| Presence of TV | 1–2 | 1.49 (.50) | −.22* | .25* |
| Presence of VCR | 1–2 | 1.61 (.49) | −.25* | −.24* |
| Access to computer | 1–4 | 2.02 (1.32) | .10 | .11 |
| Access to TV/videos | 1–4 | 2.00 (1.19) | −.18 | −.12 |
| Promoting acceptance of diversity | 1–4 | 3.18 (.80) | .17 | .13 |
| Supervision of gross motor | 1–4 | 3.36 (.72) | .34** | .27** |
| Low frequency of worksheets | 1–4 | 3.47 (.89) | .36*** | .35*** |
| Less time in whole group | 1–4 | 3.16 (.85) | .31** | .29** |
| *Interactions* | | | | |
| Staff time for interactions | 1–3 | 2.58 (.54) | .17 | .14 |
| Interactions among children | 1–3 | 2.63 (.55) | .07 | .03 |
| *Parents and Staff* | | | | |
| Number scheduled conferences | — | 2.21 (1.22) | .29** | .26** |
| Parent decision making role | 1–2 | 1.42 (.50) | .16 | .12 |
| Speak same language as child | 1–2 | 1.20 (.40) | .01 | .02 |
| Hold similar values as parents | 1–4 | 3.29 (.91) | .14 | .06 |
| Provide lunch for children | 1–2 | 1.39 (.49) | −.19 | −.26** |
| Provide breakfast for children | 1–2 | 1.42 (.50) | −.20 | −.25* |

*Note.* $n = 88–92$.
*** $p < .001$.
** $p < .01$.
* $p < .05$.

resources for in-service training and whether or not staff with less than an associate's degree are required to pursue further education. Caregiver education was coded as 1) some high school, 2) high school diploma or GED, 3) some college, 4) AA degree, 5) BA degree, 6) graduate training. Caregiver experience was number of years in the field. In-service training was obtained from the caregiver's rating on a four point scale of the number of hours spent

Table 6
Correlations of provider background and professionalism indicators with ECERS-R composite and total score

| Center quality indicator | Possible Range | Mean (SD) | ECERS-R Total score | ECERS-R Composite |
|---|---|---|---|---|
| Group size | — | 17.34 (7.56) | −.24* | −.24* |
| Caregiver education | 1–6 | 3.28 (1.00) | .32** | .34*** |
| Caregiver experience (years) | — | 9.32 (5.90) | .15 | .16 |
| Caregiver training opportunities this year | 1–4 | 2.83 (.97) | .37*** | .32** |
| Member of professional organization | 1–2 | 1.50 (.50) | .24* | .23* |
| Center provides training resources | 1–4 | 3.26 (.85) | .31** | .27** |
| Ed requirement for staff with less than AA | 1–2 | 1.43 (.50) | .32** | .26** |

*Note.* $n = 88–92$.
*** $p < .001$.
** $p < .01$.
* $p < .05$.

in in-service training in the previous 12 months: 1) less than 5 hours, 2) 5 to 10 hours, 3) 11 to 20 hours, and 4) more than 20 hours. Membership in a formal group or organization was a dichotomous variable (yes, no). Extent to which the center provides training resources was rated by the teacher on a 4-point scale. The requirement regarding further education for staff lacking an AA was a dichotomous variable (yes, no).

After entering the demographic and background characteristics, the 15 process-oriented items were entered. The first block of variables constituted a moderately powerful set of predictors, with an $r^2$ of 0.39 (adjusted $r^2 = 0.34$). Addition of the process-oriented items improved the predictive power of the model significantly. The $r^2$ of the full model was 0.63 (adjusted $r^2 = 0.51$). The $r^2$ change of 0.24 was significant ($p < .01$). The findings are presented in Table 7.[2]

A second regression was run with a subset of 6 telephone interview items that demonstrated a strong association to the ECERS-R in the theoretically predicted direction. A model was again constructed using a two-step procedure. As Table 8 indicates, the first block of structural variables was entered, followed by the process-oriented BYTI-C items, which added significantly to the model ($r^2$ change $= 0.22, p < .001$). The adjusted $r^2$ for the full model was 0.53. Significant predictors included small class size, provider experience, in-service training requirements, absence of videos, less time in a whole group, less time using worksheets for teaching ABCs and numbers, and availability of sand and water play.

To evaluate the internal consistency of the composites, coefficient alpha was calculated. The values were as follows: total ECERS-R (0.97), ECERS-R composite (0.90), BYTI-C 22 item form (0.75), BYTI-C 13 item form (0.55).

### *3.2.2. Discriminant analyses*

When discriminant analyses were conducted to predict the trichotomized ECERS-R score using the BYTI-C long form, 89.4% of the cases were correctly classified (see Fig. 4). The telephone interview seemed to be underestimating the quality of some centers, relative to the ECERS-R. Among the 9 misclassified centers, 7 were classified as lower in quality by the BYTI-C than by the ECERS-R. This pattern was more pronounced among the higher quality

Table 7
Hierarchical regression of ECERS-R total score on BYTI-C items

| | Block 1 Std Beta | Block 2 Std Beta | Full Model Std Beta |
|---|---|---|---|
| *Block 1:* | | | |
| Group Size | −.34*** | | −.29** |
| Education | .11 | | −.03 |
| Experience | .17† | | .16† |
| Training past year | .13 | | .01 |
| Member professional organization | .07 | | −.01 |
| Center provides training resources | .27** | | .10 |
| Ed required for staff with less than AA | .33*** | | .35*** |
| *Block 2:* | | | |
| Indoor space | | .08 | .11 |
| Amount books & language materials | | −.09 | −.12 |
| Presence of TV | | .06 | −.04 |
| Presence of videos | | −.22 | −.15 |
| Less time in whole group | | .17† | .21* |
| Low frequency of worksheets | | .16 | .21* |
| Encouraging children to communicate | | .04 | .01 |
| Fine motor materials | | .14 | .13 |
| Art materials | | .03 | .05 |
| Sand and water indoors and outdoors | | .19† | .15 |
| Dramatic play materials | | .12 | .04 |
| Supervision of gross motor | | .16 | .10 |
| Staff time for interactions | | .12 | .06 |
| Interactions among children | | −.06 | −.08 |
| Number scheduled conferences | | .19* | .08 |
| $r^2$ | .39 | .46 | .63 |
| Adjusted $r^2$ | .34 | .34 | .51 |
| $r^2$ change (after adding process variables) | | | .24* |

*Note.* $n = 84$.
$p < .001$.
** $p < .01$.
* $p < .05$.
† $p < .10$.

centers. Among the 16 centers rated as "developmentally appropriate" using the ECERS-R, 6 were classified as "mediocre" using the BYTI-C. When the short version of the BYTI-C was used to predict the trichotomous ECERS-R score, 79.1% of the centers were correctly classified. Again, there was a tendency for the BYTI-C to underestimate center quality relative to the ECERS-R. Half of the 18 centers rated as "developmentally appropriate" by the ECERS-R were rated as "mediocre" using the BYTI-C.

## 4. Discussion

The results of this study suggest that it is possible to obtain a reasonable assessment of the quality of a child-care setting using a telephone interview. For family child-care homes, a 25 item assessment of the environment explained 49% of the variance in FDCRS score. The

Table 8
Hierarchical regression of ECERS-R total score on selected BYTI-C items

| | Block 1 | Block 2 Std Beta | Full Model Std Beta | Std Beta |
|---|---|---|---|---|
| *Block* 1: | | | | |
| Group Size | | −.35*** | | −.29*** |
| Education | | .09 | | −.04 |
| Experience | | .17 | | .23** |
| Training past year | | .13 | | −.05 |
| Member professional organization | | .07 | | −.04 |
| Center provides training resources | | .28** | | .16 |
| Ed required for staff with less than AA | | .33*** | | .37*** |
| *Block 2*: | | | | |
| Presence of videos | | | −.16† | −.18* |
| Less time in whole group | | | .14 | .20* |
| Low frequency of worksheets | | | .24** | .27** |
| Fine motor materials | | | .20* | .13 |
| Sand and water indoors and outdoors | | | .23* | .20* |
| Number scheduled conferences | | | .20* | .10 |
| $r^2$ | | .39 | .38 | .60 |
| Adjusted $r^2$ | | .33 | .33 | .53 |
| $r^2$ change (after adding process variables) | | | .22*** | |

*Note.* $n = 85$.
*** $p < .001$.
** $p < .01$.
* $p < .05$.
† $p < .10$.

items with the highest predictive power included presence of activity corners; materials for active physical play and dramatic play; low frequency of worksheets; and regularly scheduled conferences. For center care, a 22 item interview accounted for a total of 51% of the variance in the ECERS-R. The strongest variables included small group size, staff education requirements, absence of videos, less time in a whole group, less time using worksheets for learning ABCs and practicing numbers, material for enhancing fine motor skills, availability of sand and water play, and number of parent conferences.

### 4.1. Properties of the instruments

The high internal reliability of the ECERS and FDCRS is well known; typically, coefficient alpha is in the 0.90 to 0.98 range for these scales. The factor structure of the scales has also been explored. Factor analysis of the scale rarely breaks along the lines of the a priori subscales. Some studies find two factors, one pertaining to the "teaching aspect" and the other to "providing opportunities" (e.g., Whitebook et al., 1993); others find evidence of only one primary factor (Scarr, Eisenberg, & Deater-Deckard, 1994). Scarr et al. (1994) suggest that the high intercorrelation among ECERS items makes it possible to assess program quality using any 12 randomly selected items. This high degree of interconnection may stem from a variety of factors. Sites with greater resources are able to hire more highly educated

Predictions using long form of BYTI-C (n=85):

| | | Predicted Group Membership | | |
|---|---|---|---|---|
| | | Poor | Mediocre | Appropriate |
| | Poor | 8 | 0 | 0 |
| Original ECERS-R grouping | Mediocre | 1 | 58 | 2 |
| | Appropriate | 0 | 6 | 10 |

Predictions using short form of BYTI-C (n=86):

| | | Predicted Group Membership | | |
|---|---|---|---|---|
| | | Poor | Mediocre | Appropriate |
| | Poor | 5 | 3 | 0 |
| Original ECERS-R grouping | Mediocre | 4 | 55 | 3 |
| | Appropriate | 0 | 8 | 8 |

Fig. 4. Prediction of Classifications Derived from Trichotomized ECERS-R score.

teachers, purchase more materials, and provide more staff training. Also, since staff control the various aspects of the program, it is not surprising to find consistency across the elements of what is conventionally recognized as a good program. In addition to these substantive factors, measurement issues may also be at play. Single items on the ECERS-R frequently reflect more than one conceptually distinct area. For example, scoring the meals and snacks item of the ECERS-R requires assessment of the nutritional value of the food, the nature of social interactions during meal time, the scheduling of meals, the sanitary conditions in the food preparation area, procedures for hand washing, availability of child-sized utensils, sensitivity to dietary restrictions of families, and routines for incorporating children into food serving and clean up.

Principal components analyses conducted in the present study suggest that items on the ECERS-R load on a single factor with high internal reliability. While analysis of the FDCRS also revealed a relatively large primary component, forced rotation of the first two factors did

result in a reasonably clean structure, with the first factor pertaining more to space and materials, and the second pertaining to routines and interactions.

### *4.2. Association between the observational measures and the telephone interview measures*

#### *4.2.1. Family child-care*

Several of the demographic and professionalism indicators were significantly correlated with the FDCRS; larger group size was associated with a higher score on the FDCRS, as was level of provider education. Collectively, the demographic and professionalism measures did not have a strong relationship to the FDCRS total score, accounting for only 8% of the variance. The positive correlation between group size and FDCRS score may be due to the tendency of more professionally oriented providers to take on a larger number of children, in contrast to those who may see their caregiving as a casual or temporary arrangement. This hypothesis is supported by the fact that women who cared for more children reported more hours of in-service training during the previous year ($r = 0.22$, $p < .05$). Other studies report similar findings; for example, Galinsky et al. (1994) report a correlation of 0.34 ($p < .01$) between group size and score on the FDCRS.

Previous studies have not clearly pointed to the connection between characteristics of the provider and family child-care quality. Kontos (1994) reported finding no significant associations between FDCRS scores and caregiver age, education, experience, or specialized training (although she did find higher FDCRS scores in the homes of women who care for more part-time rather than full-time children, and those caring for their own children). In contrast, Galinsky et al. (1994) found, as did we, that provider's education was associated with FDCRS score. Additionally, they found effects for in-service training, which we did not; in their study, providers who participated in in-service training were more likely to be rated as sensitive and less detached, and received higher scores on the FDCRS. They also found negative associations between years of experience and harshness and detachment.

The addition of the process variables resulted in a large increase in the variance explained by the multivariate model. Analysis of the variables that were particularly powerful predictors suggests that two underlying dynamics may be operating. Some of the variables serve to distinguish a play-oriented, child-directed approach from an academically-oriented, teacher-directed approach. High FDCRS scores were found in homes with lots of materials for art and drama. Conversely, homes where children frequently spent time on work sheets were less likely to receive a high score on the FDCRS. A second dimension may distinguish providers who are more professionally oriented from those taking a more informal approach. High FDCRS scores were found in homes where the environment had been arranged into distinct activity areas, where conferences were routinely scheduled with parents, and where providers reported achieving a satisfactory system for discharging both family and caregiving responsibilities.

When the "best" items were used to model the FDCRS total score, the model was just as effective as the more complete version. The items that were the most successful predictors may be those which are easier for providers to understand and respond to. It is probably clearer to understand, for example, which materials pertain to dramatic play than to know

which are related to hand-eye coordination. Multicollinearity among the items may explain why there is not much gain from including more than 6 or 7 items in the model. However, the items are far from perfectly intercorrelated; restricting the interview to a mere handful of items is a risky strategy if a provider happens to have little in the way of dramatic play, for example, but has elaborated materials in other domains. The longer form had better internal reliability (alpha = 0.78) and was somewhat more accurate in predicting the classification of centers according to the trichotomized version of the ECERS-R.

#### 4.2.2. Center care

In this data set, group size was negatively correlated with ECERS-R total score. It remained a powerful variable even after all the process measures were entered into the equation. In previous studies, the effects of having a larger group size have varied, with positive relations to ECERS reported by Dunn (1993) and no relation reported by Scarr et al. (1994). We found no association between the ECERS-R total score and caregiver experience; this was also the case in Dunn's (1993) study, in which neither training nor education was associated with ECERS scores (see also Stipek et al., 1992). We obtained higher ratings of quality in classrooms where teachers were more highly educated. Scarr and her colleagues (1994) also found moderate associations between ECERS and both teacher training and education level. In the Cost, Quality, Outcomes study, process quality was higher in classrooms where teachers had more education, a moderate amount of experience, and higher wages (Phillipsen et al., 1997).

One possible weakness of this study is that certain structural measures pertaining to the centers that have emerged in other studies as powerful predictors of global quality were not included in our measure, including for-profit status, teachers' wages, turnover, and director training (Phillipsen et al., 1997; Scarr, 1994). However, we felt that obtaining an accurate assessment of any of these variables would involve interviewing the center directors. Instead, we opted to ask teachers about the adequacy of resources for purchasing professional materials, attending workshops, conferences and the like. We also asked whether the center required staff with less than an associate's degree to continue their formal education. These two items proved to be powerful, with the latter being the strongest predictor of ECERS-R total score in the full model. These variables—like the variables pertaining to for-profit status and teacher salaries—reflect the financial stability of the institutions as well as the ways in which available funds are utilized. They are particularly valuable because they can apparently be answered with little difficulty by teachers.

The addition of process variables from the BYTI-C substantially improved the model predicting ECERS-R total scores. The best single item predictors pertained to avoidance of whole group activities, avoidance of worksheets for teaching ABCs and numbers, and the availability of sand and water play both indoors and outdoors. For center-based care, the shorter form of the BYTI-C, consisting of only 13 items, was just as efficient as the longer form in accounting for the variance in the ECERS-R. The longer form was somewhat better at predicting group membership in the trichotomized version of the ECERS-R and was more internally consistent (alpha = 0.75).

The decision to use the long or short form of the telephone interview—and whether to use the continuous total score or a trichotomized score—ultimately hinges on the goals of the

user. For research purposes, particularly when the association of child-care quality to child outcomes is being assessed, it seems highly desirable to use the longer form, and to compute the continuous total score. For some practical uses, a less refined measurement approach may be acceptable. A resource and referral agency, for example, may wish to use the short form to screen out the least acceptable sites without attempting to index the quality of those in the mediocre to good range. They may therefore want to develop local criteria for dichotomizing or trichotomizing the continuous scores, as such designations are in any case based upon professional judgment rather than research criteria.

In conclusion, this study suggests that a telephone interview of providers can be an efficacious way to obtain a global sense of the quality of a particular setting. The savings in time and money are substantial, particularly for studies which seek to follow many children over a period of years, as they move in and out of multiple sites. To become a reliable observer using the ECERS-R or the FDCRS takes well-educated observers weeks of training. A great deal of time may be needed to get to and from the sites, as well as time for conducting the observation. Field trips, illnesses, and nap time are well-known perils to the observer bent on completing on-site observations. The telephone interview, on the other hand, is much more convenient and cost effective.

The telephone interview, which is totally reliant on caregiver report, is susceptible to certain biases. The provider may conceal information that puts her (or her institution) in an unflattering light. Questions concerning sensitive information that can be ascertained from observation, such as provisions for safety, were not included in the telephone survey because they seemed unlikely to elicit a candid response. Also, it can be argued that caregivers may differ from trained university observers in their ability to judge the adequacy and quality of materials, or the nature of interactions. These potential sources of error may have decreased the amount of variance in observed quality accounted for by the telephone interviews. On the other hand, our data suggest that teachers can be acceptable informants. Similarly, parental report—previously deemed untrustworthy—has proved to provide a reasonably accurate portrait of children's behavior (e.g., Emlen, 2001; Fagan & Fantuzzo, 1999; Fantuzzo, Mendez & Tighe, 1998). As researchers develop more precisely worded, focused instruments, it seems likely that both parents and teachers will be more often used as sources of reliable data.

To truly understand the dynamics of a child-care site takes an extraordinary amount of painstaking observation and analysis, and clearly a telephone interview can never come close to providing the insights that would result from a thorough case study of an institution. The field of early childhood education can only benefit from having available a wider array of instruments for assessing child-care environments. The utility of any particular method will ultimately depend on the goals of the researchers and on the resources available to a given project.

## Notes

1. Because caregiver experience is sometimes related in a nonlinear fashion to measures of quality, the square of number years experience was also entered as a predictor. It was

not significantly related to the FDCRS total score, nor did it substantially change the coefficients of the BYTI-F items when they were entered along with it. Also, when caregiver-child ratio was used in place of group size, the regression coefficients were quite similar.

2. The contribution of the square of number years experience was also entered as a predictor. It was not significantly related to ECERS-R total score. Ratio of children to caregivers was also entered; group size proved to be a more powerful predictor.

## Acknowledgments

This paper stems from the Growing Up in Poverty Project based at the University of California, Berkeley, Teachers College, and Yale University. Work on this paper was funded by the David and Lucile Packard Foundation, and we warmly thank our program officer, Marie Young, for her support. We gratefully acknowledge the assistance of Shannon Borch, Kristen Cool, Carolyn Daoust, Ginel DuPrey, Suzannah Eldridge, Christiane Gauthier, Lisa Smith Horan, Steve Lee, Denise Rao Monoghan, Elsa Jones Nance, Jean Rustici, Marie Schumacher, and Denise Villanueva in collecting the data. We also extend our thanks to the center directors, teachers and family child-care providers for their willingness to participate in this study.

## Appendix A. Sample items from BYTI-F and BYTI-C

*Sample items from BYTI-F*

1. We're interested in how things go when children arrive in the morning. Which of the following is most like your child-care setting?
   a. You are often too busy to greet children individually.
   b. Most of the children and parents will be greeted as they arrive. With so many families coming and going, however, some children may arrive without being greeted.
   c. You greet each child and parent upon arrival.
   d. You have a conversation with each child and parent upon arrival. You also use this time to talk informally with the parents or to help a child become involved in an activity.
2. When it comes to art activities and materials, which best describes your setting?
   a. There are no art materials available for use by children.
   b. There are some materials, including drawing, at least twice a week.
   c. There are crayons and paper, or other drawing materials, available daily. Art materials needing supervision are planned at least 3 times a week, such as cutting and pasting, or painting.
   d. There are at least 2 different activities offered daily. Activities include at least one 3-dimensional material per week, such as clay or carpentry.

*Sample items from BYTI-C*

1. When it comes to the amount that children are supervised as they play with gross motor equipment such as tricycles, which best describes your classroom?
   a. There is not always enough staff to watch children as they play with gross motor equipment.
   b. The children are supervised by staff to avoid accidents. Otherwise, children are encouraged to play on their own.
   c. Children using gross motor equipment are given help when they ask for it.
   d. Staff talk with children as they play, asking them to talk about what they are doing. Staff provide additional resources and guide children in their play.
2. How often do the children in your class use work sheets to learn a skill? By this we mean exercises to learn their ABCs or practice numbers, not drawing or art.
   a. Every day
   b. A few times a week
   c. A few times a month
   d. A few times a year or never

## References

Abbott-Shim, M., & Sibley, A. (1992). *Research version of the assessment profile for childhood programs.* Atlanta GA: Quality Assist, Inc.

Burchinal, M. R., Robers, J. E., Nabors, L. A., & Bryant, D. M. (1996). Quality of center care and infant cognitive and language development. *Child Development, 67,* 606–620.

Center for the Future of Teaching and Learning (2000). Teacher quality. In E. Burr, G. C. Hayward, B. Fuller, & M. W. Kirst (Eds.), *Crucial issues in California education 2000: are the reform pieces fitting together?* (pp. 95–111). Berkeley CA: Policy Analysis for California Education (PACE).

Cost, Quality, and Child Outcomes Study Team (1995). *Cost, quality, and child outcomes in child care centers: technical report.* Denver CO: Department of Economics, Center for Research in Economic and Social Policy, University of Colorado, Denver.

Dunn, L. (1993). Proximal and distal features of day care quality and children's development. *Early Childhood Research Quarterly, 8,* 167–192.

Emlen, A. (2001). Data reported on website: www.teleport.com/~emlenart.

Fagan, J., & Fantuzzo, J. W. (1999). Multirater congruence on the social skills rating system: mother, father, and teacher assessments of urban Head Start children's social competencies. *Early Childhood Research Quarterly, 14,* 229–242.

Fantuzzo, J., Mendez, J., & Tighe, E. (1998). Parental assessment of peer play: development and validation of the parent version of the Penn Interactive Peer Play Scale. *Early Childhood Research Quarterly, 13,* 659–676.

Galinsky, E., Howes, C., Kontos, S., & Shinn, M. (1994). *The study of children in family child care and relative care.* New York: Families and Work Institute.

Gormley Jr., W. (1999). Regulating child care quality. *The Annals of the American Academy of Political and Social Science, 563,* 116–129.

Government Accounting Office (1999). *Low-income childhood care.* GAO/HEHS-00–11. Washington, DC.

Growing up in Poverty Project (2000). *Remember the children: mothers balance work and child care under welfare reform.* Berkeley CA: University of California.

Harms, T., & Clifford, R. M. (1989). *Family child-care rating scale.* New York: Teachers College Press.

Harms, T., Clifford, R. M., & Cryer, D. (1998). *Early Childhood Environment Rating Scale: revised edition.* New York: Teachers College Press.

Helburn, S. W., & Howes, C. (1996). Child care cost and quality. *The Future of Children, 6* (2), 62–82.

Hofferth, S. (1996). Child care in the United States today. *The Future of Children, 6* (2), 41–61.

Kontos, S. (1994). The ecology of family child-care. *Early Childhood Research Quarterly, 9,* 87–110.

Phillipsen, L. C., Burchinal, M. R., Howes, C., & Cryer, D. (1997). The prediction of process quality from structural features of child care. *Early Childhood Research Quarterly, 12,* 281–303.

Scarr, S., Eisenberg, M., & Deater-Deckard, K. (1994). Measurement of quality in child care centers. *Early Childhood Research Quarterly, 9,* 131–151.

Stipek, D., Daniels, D., Galluzzo, D., & Milburn, S. (1992). Characterizing early childhood education programs for poor and middle-class children. *Early Childhood Research Quarterly, 7,* 1–19.

US Bureau of the Census (1997). *Statistical abstract of the United States.* Washington, DC: Government Printing Office.

Whitebook, M., Howes, C., & Phillips, D. (1990). *Who cares? Child care teachers and the quality of care in America.* Final report of the National Child Care Staffing Study. Oakland CA: Child Care Employee Project.

Whitebook, M., Philips, D., & Howes, C. (1993). *National Child Care Staffing Study revisited: four years in the life of center-based child care.* Oakland CA: Child Care Employee Project.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Wednesday, January 25, 2006 3:16 PM
**To:** List NEURO_MEASGRP-L
**Subject:** From Margaret Briggs-Gowan: IMHJ Special Issue 7_20_05 - emailed.doc

**Attachments:** IMHJ Special Issue 7_20_05 - emailed.doc

IMHJ Special Issue
7_20_05 - e...

-----Original Message-----
From: Margaret J. Briggs-Gowan [mailto:Margaret.Briggs-Gowan@yale.edu]
Sent: Monday, January 23, 2006 2:25 PM
To: Friedman, Sarah (NIH/NICHD) [E]
Cc: alice Carter
Subject: IMHJ Special Issue 7_20_05 - emailed.doc

Dear Sarah,
It was a pleasure to speak with your group today. After we spoke I realized that we have a manuscript that has been submitted for publication which shows the performance of the ITSEA and BITSEA in an early intervention sample. I have attached it here, in case these findings are of interest to your group.
With regards,
Margaret

Margaret Briggs-Gowan, Ph.D.
Associate Research Scientist
Epidemiology and Public Health
Yale School of Medicine
60 College Street
New Haven, CT 06520

W: 203/764-9176 or if unable to reach at that number, 203/764-9093

Please be aware that email communication can be intercepted in transmission or misdirected. Please consider communicating any sensitive information by telephone, fax or mail. The information contained in this message may be

privileged and confidential. If you are NOT the intended recipient, please notify the sender immediately with a copy to <mailto:hipaa.security@yale.edu>hipaa.security@yale.edu and destroy this

message.

# Applying the Infant-Toddler Social & Emotional Assessment (ITSEA) and Brief-ITSEA in Early Intervention

Briggs-Gowan, Margaret J.

Carter, Alice S.

THIS MANUSCRIPT HAS BEEN SUBMITTED TO THE INFANT MENTAL HEALTH JOURNAL.

PROTECTED UNDER COPYRIGHT LAW: PLEASE DO NOT QUOTE OR COPY WITHOUT PERMISSION OF THE FIRST AUTHOR.

Dr. Briggs-Gowan is at the Department of Epidemiology and Public Health, Yale University, New Haven, CT; Dr. Carter is with the Psychology Department, University of Massachusetts, Boston, MA.

This research was supported by NIMH grant R01 MH55278.

Please send correspondence to Dr. Briggs-Gowan, P.O. Box 208034, Yale University, New Haven, CT, 06520. Email: Margaret.Briggs-Gowan@yale.edu

## Abstract

**Objective:** To examine the internal consistency and validity of the Infant-Toddler Social and Emotional Assessment (ITSEA) and Brief-ITSEA (BITSEA) parent-report questionnaires in an early intervention sample.

**Method:** A sociodemographically diverse sample of 192 parents of 11- to 36-month-old children referred to early intervention programs completed surveys containing the ITSEA, BITSEA and Child Behavior Checklist (CBCL). Parents were interviewed with the Vineland Adaptive Behavior Scales. Evaluators blind to children's status on the ITSEA and BITSEA rated child behavior during developmental assessments. Finally, a subsample of 71 children was administered the Mullen Scales of Early Learning.

**Results:** Findings support the internal consistency of the ITSEA and BITSEA, with the majority of Cronbach's alphas above .70. Supporting validity, ITSEA and BITSEA problem scores correlated significantly with CBCL Internalizing and Externalizing scores (*rs* = .28 to .78), as well as with observational ratings of problem behaviors on constructs paralleling the ITSEA domains (*rs* =.21 to .45). In contrast, ITSEA Competence and BITSEA Competence demonstrated moderate negative associations with CBCL scores (*rs* = -.39 to -.43). Finally, ITSEA Competence and BITSEA Competence correlated significantly with developmental level on the Mullen, Vineland Socialization, and observational ratings of competence (*rs* = .25 to .43). Emphasizing the importance of addressing social-emotional issues in early intervention settings, 58.6% of children had high social-emotional/behavioral problems and/or low competence on the ITSEA; 39.8% had high ITSEA Problems and 38.5% had low ITSEA Competence.

**Conclusions:** Results indicate the need to assess social-emotional adjustment in early intervention settings and support the use of the ITSEA and BITSEA for this purpose.


**Key words:** infant, toddler, social-emotional, problems, competencies, early intervention

Applying the Infant-Toddler Social & Emotional Assessment (ITSEA) and Brief-ITSEA in Early Intervention

In the last two decades, there has been a marked increase in the recognition that mental health problems are present in early childhood and warrant intervention (Zeanah, 2000). Notably, the Individuals with Disabilities Education Act ( NICHCY, 1997) mandates early intervention services for children from birth to three years of age who have developmental delays or are considered to be at-risk for developmental delays. In addition to increasing awareness of the presence of social-emotional/behavioral problems in young children, are new methods for the assessment of these problems in young children (Del Carmen & Carter, 2004) and a growing recognition of the importance of employing comprehensive multi-domain assessments (e.g., Carter, Briggs-Gowan & Davis, 2004). Comprehensive assessment is essential for identifying all areas in which intervention is warranted, as well as for documenting the efficacy of intervention. Knowledge of a child's overall social-emotional adjustment can have important implications for treatment planning and approach. Addressing social-emotional and behavior problems and delays in the acquisition of competence may improve the early intervention provider's ability to meet a child's needs in other domains of functioning. For example, oppositional and socially withdrawn children may be less amenable to intervention (Carter & Briggs-Gowan, 2005). In addition, by assessing competencies, it may be possible to identify strengths that can be capitalized on during the treatment process (Carter et al., 2004). However, there is substantial variability across state early intervention systems in the assessment tools employed, needs identified, and services delivered (Hebbeller & Mallik, 2005). Consequently, infants and toddlers receiving early intervention services may have social-emotional/behavioral problems or delays in the acquisition of social competencies that are either not identified or not addressed therapeutically (Horwitz, Gary, Briggs-Gowan, & Carter, 2003; Hebbeller & Mallik, 2005).

Until relatively recently, progress in identifying and treating early social-emotional problems was impeded by a lack of measures of social-emotional adjustment in infants and

toddlers. In the past decade or so, several measures of social-emotional adjustment have been developed and may be incorporated into assessment protocols used by early intervention systems. Measures may function differently, however, when used with children with developmental delays than when used with children without delays. Social-emotional/behavioral problems may manifest differently in children with developmental delays than in typically developing children. For example, Irwin, Carter, and Briggs-Gowan (2002) found that toddlers with expressive language delays evidenced greater depression/withdrawal, lower social relatedness and lower imitation/play and compliance than mental age matched controls. Thus, it is important that tools demonstrate acceptable reliability and validity, not only when used in normative populations, but also when used with children enrolled in early intervention systems. In this paper, the reliability and validity of two related tools, the Infant-Toddler Social and Emotional Assessment (ITSEA, Carter, Briggs-Gowan, Jones & Little, 2003; Carter & Briggs-Gowan, 2005) and the Brief-ITSEA (BITSEA, Briggs-Gowan, Carter, Irwin, Wachtel & Cicchetti, 2004; Carter & Briggs-Gowan, 2005), are examined in a diverse sample of children from early intervention settings.

The ITSEA and the BITSEA were developed as developmentally sensitive tools to measure social-emotional and behavioral problems in children ages 12-to- 36 months (Briggs-Gowan & Carter, 1998; Carter et al., 2003; Carter & Briggs-Gowan, 2005). The ITSEA is designed as a comprehensive, multi-domain, adult-report assessment of social-emotional/behavioral problems and competencies. It is comprised of 169 items that fall along three broad problem domains (Internalizing, Externalizing, and Dysregulation) and a Competence domain. Multiple subscales are included within both the problem competence domains, which are intended to provide insight into a child's functioning within specific areas of functioning. In addition, there are three item clusters, Maladaptive, Atypical, and Social Relatedness, which are comprised of relatively rare, but clinically significant problem behaviors. In contrast to the comprehensive ITSEA, the BITSEA is designed as a brief, time-efficient screening tool and comprises 42 problem and competence items from the ITSEA. The BITSEA

is intended as a first-stage screen for identifying children who, according to parental reports, exhibit elevated levels of problem behaviors or low levels of competence, and may benefit from additional follow-up assessment to determine whether clinically significant difficulties are present.

Two types of problem behaviors are included in the ITSEA and BITSEA (Carter & Briggs-Gowan, 2005). The first type comprises those behaviors that occur as part of typical development, such as aggression, fear, or sadness. These behaviors can be problematic when they are exhibited very frequently or with great intensity, or on the contrary, when the frequency or intensity of the behavior is much less than would be expected. The second type of problem behavior is comprised of behaviors that are never developmentally appropriate, such as those seen in children with autism (e.g., hand flapping or odd hand movements).

In addition to social-emotional and behavior problems of frequency, intensity, and deviance, children may be at risk because of developmental delays in the social-emotional domain (Briggs-Gowan & Carter, 1998; Carter et al., 2003; Carter & Briggs-Gowan, 2005). An understanding of a child's social-emotional competencies is crucial because children who lack mental-age appropriate social-emotional skills may have greater difficulty meeting new developmental demands (Cicchetti, 1993), and may also be at elevated risk for social-emotional problems (Cicchetti & Cohen, 1995; Denham & Holt, 1993; Denham, McKinley, Couchoud, & Holt, 1990; Hay, Stimson, Castle & Davies, 1995). For these reasons, the ITSEA and BITSEA also were designed to measure children's competence and allow the identification of children with delays in acquiring social-emotional competencies or abilities. In the ITSEA and BITSEA, "social-emotional competence" refers to behaviors that reflect the achievement of mental-age appropriate milestones in social-emotional development. Thus, competencies include a range of abilities that have been identified in young children, such as sustained attention, compliance, empathy, mastery motivation, and prosocial peer interactions (Eckerman, Davis, & Didow, 1989; Eisenberg & Mussen, 1989; Radke-Yarrow & Zahn-Waxler, 1984; Ruff, Lawson, Parrinello, & Weissberg, 1990; Saarni, 1988; Zahn-Waxler, Radke-Yarrow, Wagner, & Chapman, 1992).

Several sources informed the development of the ITSEA and BITSEA, including developmental and psychopathology literature reviews, evaluations of measures available for older children, and diagnostic systems available for both older and younger children, including the Diagnostic and Statistical Manual–IV (American Psychiatric Association, 1994) and the Diagnostic Classification System for 0–3 (DC: 0-3, Zero to Three, National Center for Infant, Toddlers, and Families, 1994). These comprehensive reviews of literature and theory for younger and older children were undertaken in order to ensure that the measures would include behaviors that might indicate early psychopathology or be markers for later psychopathology. On the basis of these reviews, the following three problem domains were identified for inclusion: *Internalizing; Externalizing*; and *Dysregulation* (Briggs-Gowan & Carter, 1998; Carter et al., 2003; Carter & Briggs-Gowan, 2005). The inclusion of the *Internalizing* and *Externalizing* domains was founded in Achenbach's (1966) extensive work with older children and on a growing consensus that problems in these domains are present in early childhood. The *Internalizing* domain is intended to capture symptoms of anxiety and depression, as well as more temperamentally based difficulties with inhibition to novelty. The *Externalizing* domain is designed to address behaviors that may be early manifestations of disruptive behavior disorders and thus includes overactivity, aggression, and defiance. The *Dysregulation* domain was developed to provide coverage of symptoms addressing eating and sleeping problems, negative emotionality, and sensory activities, providing coverage of symptoms included in the criteria for Regulatory Disorders in the DC:0-3, such as Sleep and Feeding Disorders and regulatory disorders involving problems in mood regulation.

The reliability and validity of the ITSEA, and more recently the BITSEA, have been examined in several prior studies (Briggs-Gowan & Carter, 1998; Briggs-Gowan, et al., 2004; Carter et al., 2003; Carter & Briggs-Gowan, 2005; Carter, Little, Briggs-Gowan, & Kogan, 1999). The first study conducted in developing the ITSEA was a small non-referred sample of children from a sociodemographically diverse pediatric sample (Briggs-Gowan & Carter, 1998). In this sample, the ITSEA demonstrated acceptable internal consistency and test-retest reliability,

as well as validity when compared with results on parent report measures of parenting stress and problem behaviors. In a second study, which focused on a sample of 12-month-olds, mothers' reports on the ITSEA were significantly associated with several observed indices of social-emotional functioning, such as attachment security, mastery motivation, and emotion regulation (Carter et al., 1999). Finally, the most recent and comprehensive of these studies (Carter, Briggs-Gowan, Jones & Little, 2003) demonstrated that the ITSEA has acceptable factor structure, test-retest reliability, inter-rater reliability, and validity when used in a representative, sociodemographically diverse birth cohort sample of approximately twelve-hundred children residing in urban and suburban areas (for specifics on reliability and validity, please see Measures section). It was in this birth cohort sample that the BITSEA screener was first developed (Briggs-Gowan et al., 2004). Similar to the ITSEA findings, results indicated that the BITSEA has appropriate reliability and validity (see Measures section).

Although these past studies provided consistent support for the reliability and validity of the ITSEA and BITSEA, they did not address the appropriateness of these measures when employed with children who have been referred for early intervention services. Given that the ITSEA and BITSEA were explicitly designed for use in early intervention settings, it is essential to examine whether they are appropriate for use with children who have been referred to the early intervention system for developmental assessment. The aims of this study are to examine whether, when used in early intervention, these tools: (1) are acceptable to parents; (2) have acceptable factor structure; and (3) have acceptable validity. A final aim is to examine the rates of social-emotional/behavioral problems and delays in competence in a sample of children referred for early intervention services. Acquisition of evidence confirming that these tools are psychometrically sound will support their use in early intervention settings, and provide tools that may be integrated into screening and assessment protocols in early intervention programs.

# Method

*Participants*

Subjects in this study were parents of 11- to 36-month-old children who had been referred for evaluation to one of several State early intervention programs, which provide evaluation and intervention services to an urban and suburban region of a Northeastern State. Children referred to early intervention were eligible for the study, provided that they did not have known global cognitive delays and their parent was able to complete the ITSEA in English. A total of 312 subjects were invited into the study. Of these, 236 participated (75.6%). After participation, 37 participants were excluded; one due to global cognitive delays, four due to sibling participation in the sample, and 32 due to the presence of autism spectrum disorders. Finally, seven subjects were excluded because the child was older than 36 months of age at the time of participation.

The final sample comprised 49 girls (25.52%) and 143 boys (74.5%). Sixty-eight children (35.4%) were 11- to 23-month-olds and 124 (64.5%) 24- to 36-month-olds. The mean child age was 26.1 months (*SD* = 6.1). In all, 38.0% were first born, 9.4% were middle children, and 52.6% were the youngest. Most respondents were mothers (84.9%) and most were married (74.5%). The mean age of mothers was 32.9 years (*SD* = 8.7), while that of fathers was 35.5 years (*SD* = 7.4). The sample was ethnically heterogeneous, with 56.3% Caucasian, 21.9% African American, 16.15% Hispanic, 5.72% Other Minority. In all, 43.1% of mothers had a high school diploma or less, while 37.1% of fathers had a high school diploma or less. Annual household income ranged from $2,940 to $274,000 (*MN* = $46,430, *MD* =$31,350); approximately 12% had incomes below $10,000. The highest income quartile was above $63,000 and the lowest was below $16,000. In all, 27.7% of families were poor, 23.9% of families were borderline poor, and 48.4% were non-poor.

Results on the Vineland Adaptive Behavior Scales Composite indicate that the mean standard score in this sample was 83.8 (*SD* = 11.6). Scores ranged from 54.0 to 118.0 and only 13 children had standard scores of 100 or higher. In addition, 114 (62.3%) of children had productive vocabulary scores in the lowest 10th percentile on the MCDI.

*Procedure*

Early intervention providers introduced the study to families and, with parental permission, provided contact information to the research staff. Research staff then formally invited families to participate in the study, via telephone and mail. When telephone contact was not possible, families were contacted in person, by research staff who visited their homes. Parents who declined participation were not contacted further. Participation involved completing a parent survey booklet and an interview about the child's adaptive behavior (the Vineland Adaptive Behavior Scales). The interview was conducted either in-person or by telephone. Early intervention providers completed rating forms summarizing the child's problems and competencies, based on their own observations of the child and independent of parental ratings of child behavior. For a subsample of children ($n$ = 71), in-person visits were conducted that involved developmental assessments of the child. Informed consent procedures were followed with all families. All procedures were approved by the institutional human subjects review board.

*Measures*

*ITSEA*. The ITSEA questions are rated on the following scale: (0) Not true/rarely; (1) Somewhat true/sometimes; and (2) Very true/often. A *No opportunity* code allows parents to indicate that they have not had the opportunity to observe certain behaviors (e.g., peer interactions). The ITSEA is written at about a 6th grade reading level (Flesch, 1974). Completion requires approximately 30 minutes. To minimize response set biases, problem and competence items are interwoven throughout the ITSEA. As reported by Carter and her colleagues (Carter et al., 2003; Carter & Briggs-Gowan, 2005), the ITSEA subscales and

domains have established acceptable internal consistency (Cronbach's alphas from .59 to .90, *MN*=.75) as well as test-retest reliability (*Intraclass Correlation Coefficients (ICCs)* = .69 to .90) and mother-father agreement (*ICCs* = .43 to .79). The ITSEA problem domains and subscales have been shown to have low to moderate correlations with parental reports of social-emotional/behavioral problems on the CBCL, as well as with independent observational ratings of problem behaviors. The ITSEA Competence domain and subscales have been shown to increase with child age and to correlate with children's language level, adaptive functioning, and observed social-emotional competence. For the four broad domains, *T* scores, developed in the birth cohort sample, are available (Carter & Briggs-Gowan, 2005). *T* scores >= 63 are interpreted as *of concern,* indicating the presence of problems that warrant additional clinical follow-up and may be of clinical concern. At the subscale level, cutpoints have been established that indicate scores that are in the top 10% of problems or lowest 10% of competence scores in the birth cohort. *T* scores and cutpoints are set within 6 month age bands by child sex.

*BITSEA*. The BITSEA comprises 42 items that are drawn from the longer ITSEA (Briggs-Gowan et al., 2004; Carter & Briggs-Gowan, 2005). The BITSEA comprises a 31-item Problem Scale and an 11-item Competence Score. The BITSEA has moderately acceptable internal consistency (*Cronbach's* $\alpha$= .79 for Problems and .65 for Competence), and very good test-retest reliability (*ICC* = .87 and .85) and inter-rater agreement between parents (*ICC* = .68 and .61, respectively). Similar to the findings for the ITSEA, BITSEA Problems and Competence scales have demonstrated validity relative to parental reports of problems on other measures, as well as in relation to independent ratings of child problems and competencies. BITSEA screening cutpoints are designed to broadly capture children with potential problems that merit additional follow-up and/or assessment. The Problem cutpoint is designed to identify children with scores at or above the 75% percentile in the normative birth cohort. The Competence cutpoint is designed to identify children with scores in the lowest 10th to 15th percentile relative to the birth cohort. These cutpoints have demonstrated very good sensitivity

and specificity relative to other measures of child problems, such as the CBCL (Briggs-Gowan et al., 2004).

*Acceptability of the ITSEA*. To assess parents' experience of the ITSEA, parents indicated which of a list of mood states they had experienced while answering the ITSEA (e.g., interested, calm, happy, pleased with their child, bored, tired, anxious, etc.). Parents also were asked to indicate whether they would consider recommending the ITSEA to a friend and ease of question comprehension (on a 5-point scale from "very easy" to "very hard").

*Child Behavior Checklist for 1.5-5* (Achenbach and Rescorla, 2000). The CBCL 1.5-5 is comprised of 113 items and consists of Internalizing, Externalizing and Total Problem domains. This measure has demonstrated very good 8-day test-retest reliability ($r$ = .68 to .92, mean $r$ = .84), cross-informant agreement (mean mother-father $r$ = .61, mean parent-child care $r$ = .65), and success in discriminating between referred and non-referred children. The CBCL/1.5-5 was completed by parents of children who were 18 months or older. Cutpoint scores, reflecting $T$ scores at or above 63 in the published norm sample, were employed in categorical analyses.

*Parenting Stress Index Short Form (PSI/SF,* Abidin, 1990). The 12-item Difficult Child (DC) domain of the PSI/SF taps whether a child is easy versus difficult to manage and has been linked to behavior problems in 2-year-olds. It has shown high internal consistency ($\alpha$ = 0.85) and good test-retest reliability ($r$ = 0.78).

*Vineland Adaptive Behavior Scales for Children -Expanded Form* (Sparrow et al., 1984). The Vineland measures personal and social sufficiency across four domains, including Communication, Daily Living Skills, Socialization, and Motor Skills. This semi-structured interview was normed in a carefully selected national standardization sample, and has excellent levels of internal reliability for each domain (*ICC* > .95). The Vineland Socialization, Communication Domains, and Daily Living Skills were included to evaluate the validity of ITSEA and BITSEA Competencies. Standard Scores, which have a mean of 100 and standard deviation of 15, were calculated using published norms. $T$ scores below 78 are 1.5 standard deviations below the mean.

*The Infant Mullen Scales of Early Learning* ([Infant MSEL] Mullen, 1989) is a comprehensive scale of early mental and motor ability for children. It has a strong theoretical base in neurodevelopment and intrasensory and intersensory learning and assesses both visual and language abilities at both receptive and expressive levels. The Infant MSEL is divided into the following five scales: Gross Motor Base; Visual Receptive Organization; Visual Expressive Organization; Language Receptive Organization; and Language Expressive Organization. The MSEL also provides a Composite Score that is based on the four mental scales. The MSEL was standardized on a nationally representative sample and psychometric properties are adequate. *T*-scores, which have a mean of 50 and standard deviation of 10, were calculated using norms available from the publisher.

*MacArthur Communicative Development Inventory Short Form* (MCDI-SF) (Dale, Reznick, & Thal, 1998; Fenson, Pethick, Renda, Cox, Dale & Reznick, 2000). This parent-report vocabulary checklist was developed from the longer MCDI, which has shown excellent reliability and good validity relative to standardized assessments (Fenson et al., 1993). Three age-based levels of the MCDI-SF were used (12-17 months, 18-29 months, >30 months). The two younger levels have correlated highly with the full MCDI ($r$ =.97, .98) and have excellent reliability ($\underline{r}$ = .97-.99) (Fenson et al., 2000). The oldest level has correlated moderately ($r$ = .63) with standardized language assessments (Dale et al., 2000). Scores below the 10th percentile by age and sex reflect delayed productive vocabulary.

*Evaluator Ratings of Child Problems and Competencies*. The rating system employed was reported in detail by Carter and colleagues (2003). Evaluators rated the presence of problem behaviors on a 4-point scale from 0-No Problem to 3-Definite Problem. Nine competencies were rated along a 7-point scale, from 1= Definite Problem to 7 = Definite Competence. Ratings were averaged within the Externalizing, Internalizing, Dysregulation, and Competence areas. The Externalizing score was computed as the mean of ratings on the following behavior problem descriptions: Overactivity; Peer Aggression; Aggression/Defiance and Behavior Problems. The Internalizing score was based on ratings of Depression/Social Withdrawal, Inhibition/Extreme

Shyness, and Anxiety/Fears. Dysregulation was comprised of ratings of Negative Emotionality, Unusual Sensory Sensitivities, and Eating. The Competence score was the mean of ratings on Compliance, Attention Skills, Persistence/Enjoyment of Challenging Activities, Imitation/Pretend Play, Prosocial Peer Interactions, Empathy, and Awareness of Others' Emotions. Inter-rater reliability in 40 children referred for early intervention over a period of approximately 5 weeks ($MN$ = 35.7 days, $SD$ = 48.5 days) was good ($r$ = .56 for Internalizing to .72 for Dysregulation, Mean $r$ = .66).

*Analytic Plan*

The internal consistency (or "internal reliability") of a scale reflects how well items cluster together in measuring a latent construct. Cronbach's alpha was examined in the overall sample, using Confirmatory Factor Analysis, which provides a method for testing *a priori* hypotheses about the content of scales. Confirmatory Factor Analysis requires five subjects per item in a scale, thus, power constraints prevent examination of factor structure within individual age or sex groupings ()(Marsh, Hau, & Balla, 1997; Marsh & Hau, 1999). A Cronbach's alpha (Cronbach, 1951) of .70 or higher is considered to reflect acceptable internal consistency (Nunnally, 1978). Alphas of .60 to .69 are "marginally acceptable." Item factor loadings of .30 or greater are considered acceptable. Analyses were conducted using the reliability component of SAS.

To test the validity of the ITSEA and BITSEA, several approaches were employed. First, correlations between domains and scales of the ITSEA and BITSEA were examined, to test whether the domains were relatively independent of one another, which would support the validity of the factor structure. Second, associations between ITSEA domains and scales and other measures of problems and competencies, such as the CBCL/1.5-5, independent ratings of problems and competencies, and results of developmental assessments, were examined. Specifically, the CBCL and evaluator ratings of problem behaviors are both included as measures of emotional/behavioral problems. The Vineland Adaptive Behavior Scales Socialization domain is included as a measure of social skills, with the expectation that children

with greater social skills will have higher scores on the ITSEA and BITSEA Competence measures. Another means of validating the ITSEA and BITSEA Competence constructs is through associations with evaluator ratings of observed child competence. In addition, child temperament is included as a validating construct, with the expectation that children with more difficult temperaments, measured with the PSI Difficult Child, will tend to have greater problems on the ITSEA and BITSEA.

Finally, rates of problems will be examined. The cutpoints employed to define presence of "problems" follow guidelines recommended by the authors of the CBCL and ITSEA (i.e., *T* scores of 63 or higher), as described in the Measures section. Delay on the Vineland was defined as 1.5 standard deviations below the mean, in order to mirror eligibility criteria often employed in early intervention settings, namely, delay or deviance at 1.5 standard deviations below the mean in two or more areas.

## Results

In most analyses, a significance level of .01 was used to minimize the likelihood of chance findings. Analyses were conducted in SAS Version 9.1(SAS Institute Inc., 2003).

### *Acceptability*

The majority of parents (84.3%) found the ITSEA questions *easy* or *very easy* to understand. Very few (0.5%) felt the questions were *hard* or *very hard* to understand. Nearly all parents (96.9%) reported one or more positive mood(s) while answering the ITSEA. The most commonly reported positive moods were *Interested* (81.8%), *Calm* (60.9%) and *Proud* (57.3%). Approximately one-third of the parents (33.9%) endorsed one or more negative mood. The three most commonly endorsed negative moods were *Worried about this child* (15.6%), *Tired* (10.9%), and *Anxious* (8.9%). Notably, most parents (69.1%) indicated they would recommend the ITSEA to a friend, 24.1% "might" recommend it, and relatively few (6.8%) would not recommend the ITSEA.

*Factor Structure*

Examination of the internal consistency of the ITSEA subscales revealed that all of the overall domains had high internal consistency and the majority of the subscales had good or very good internal consistency (Table 1). The internal consistency of the Inhibition to Novelty, Sensory Sensitivities, and Imitation/Play subscales was in the marginal range.

Examination of item factor loadings revealed that most factor loadings were acceptable. However, some loadings were below .30. In some cases, these lower loadings appeared to be related to the fact that the items were of relatively infrequent occurrence (occurring in less than 5% of the sample). In the Internalizing domain, most items had acceptable factor loadings on their respective subscale (*rs* = .31 to .63). However, lower loadings were observed for three Depression/Withdrawal items (*rs* = .21 to .27), three General Anxiety items (*rs* = .24 to .29), and one Separation Distress item (*r* = .24). Some of these low loadings are likely due to the fact that the items were endorsed infrequently (e.g., *Feels bad about him/herself* and *Seems to have no energy*). However, the General Anxiety items with low loadings were not rare in occurrence. In the Externalizing Domain, all but one item had acceptable factor loadings (*rs* = .35 to .69). This item, *Hurts animals on purpose* (*r* = .21), was relatively rare in occurrence, which may account for its low loading. In the Dysregulation Domain, most items had acceptable loadings on their respective subscales (*rs* = .30 to .71). However, one Sleep Problems item had a low loading: *Wants to sleep in someone else's room or bed* was lower (*r* = .29). In addition, several Sensory Sensitivities had low loadings: *Is bothered by loud noises* (*r* = .28), *Dislikes some foods because of how they feel* (*r* = .28), and *Is bothered by being in motion* (*r* = .16).

The Competence domain evidenced generally very good internal consistency for both the subscales and the overall domain. All factor loadings in all subscales were acceptable (*rs* = .33 to .63).

The Maladaptive, Atypical and Social Relatedness item clusters are not expected to have high internal consistency, because they are comprised of problem behaviors that are both rare in occurrence and often not expected to co-occur with one another. This expectation was supported ($\alpha$ = .61, .39, and .64, respectively).

BITSEA Problems and BITSEA Competence had acceptable internal consistency. The majority of items had acceptable factor loadings on their respective scale. In addition, the mean of the factor loadings of all items on each of the two scales was acceptable. Eight problem items and two competence items had loadings below .30; several of these items were low base rate (e.g., *Does not make eye contact* and *Gags or chokes on food.*).

*Validity*

The pattern of correlations between the ITSEA Domains and BITSEA Scales provided support for their validity, by showing relative independence of most domains and scales (Table 2). The ITSEA Internalizing, Externalizing and Dysregulation Domains evidenced low to moderate correlations with one another, and non-significant or low negative correlations with the Competence domain. Similarly, there was a low negative correlation between BITSEA Problems and BITSEA Competence.

In addition, correlations with other measures consistently supported the validity of the ITSEA and BITSEA (Table 3). ITSEA and BITSEA Problems correlated significantly with measures of child emotional/behavioral problems. ITSEA and BITSEA Competence were significantly associated with measures of social skills, developmental level, and child age. The ITSEA Internalizing, Externalizing and Dysregulation domains and BITSEA Problems all correlated significantly with CBCL/1.5-5 Internalizing, Externalizing and Total Problem scores, with correlations ranging from .28 to .78. Notably, the pattern of findings suggested some

specificity in the constructs measured by the ITSEA, with there was a significantly stronger correlation between ITSEA Externalizing and CBCL Externalizing than between ITSEA Internalizing and CBCL Externalizing ($r = .78$ versus $r = .28$, $z = 6.84$, $p < .01$). The ITSEA Internalizing, Externalizing and Dysregulation Domains and BITSEA Problems also correlated significantly with the PSI Difficult Child scale ($r = .35$ to $.63$).

The ITSEA Problem domains also demonstrated low to moderate correlations with independent observational ratings. Moreover, the pattern of correlations further supported the validity and independence of the ITSEA problem domains. In nearly every comparison, a given ITSEA domain correlated significantly more strongly with the parallel construct of the Evaluator Ratings, than with other constructs of the Evaluator Ratings. For example, the ITSEA Externalizing Domain was significantly more strongly associated with Evaluator Ratings of Externalizing Problems than with Evaluator Ratings of Internalizing Problems or Dysregulation ($r = .39$ versus .09 and .22, $z = 1.50$ to 2.85, $p < .05$). This pattern held for all correlations between ITSEA Problems and Evaluator Ratings of Problems ($z = 1.65$ to 2.85, $p < .05$), except for the correlation between ITSEA Internalizing and Evaluator Ratings of Internalizing and Dysregulation, which were comparable to one another.

The results further supported the validity of both ITSEA Competence and BITSEA Competence. Both competence variables correlated significantly with Evaluator Ratings of Competence ($r = .25$ and .30, respectively). In addition, parent-reported ITSEA Competence and BITSEA Competence correlated moderately with children's abilities on the Vineland Socialization, Communication, and Daily Living Skills Domains ($r = .41$ and .49). And finally, in the subgroup of children who were assessed with the Mullen Scales of Early Learning, ITSEA and BITSEA Competence correlated significantly with children's overall developmental level ($r = .38$ and .36, respectively).

*Rates of social-emotional adjustment problems*

In the sample overall, 58.6% of children had high ITSEA Problems (39.8%) and/or low ITSEA Competence (38.5%) (Table 4). When rates on the CBCL were examined, only 15.5% of children had high scores on any CBCL domain. Notably, 100% of children who had high scores on the CBCL also were identified by the ITSEA. Within the 148 children with complete data on both the Vineland and ITSEA, 62 (41.9%) were identified as having low Vineland Socialization and/or low Vineland Adaptive Behavior. When results on the Vineland and ITSEA were examined jointly, 35 children (23.6%) were identified as having problems on both the Vineland and the ITSEA, 26 (17.6%) were identified as having delays in Vineland Socializiation/Adaptive Behavior only, and 47 (31.8%) were identified as having high ITSEA Problems and/or low ITSEA Competence only. Overall, 73.0% of children had low scores on the Vineland and/or high problems or low competence on the ITSEA.

## Discussion

This study provided an important opportunity to examine the psychometric properties of the ITSEA and BITSEA, in an early intervention sample. Establishing the extent to which these measures are appropriate for use in early intervention settings is important, as both measures may be adopted by early intervention providers or other professionals who are working with young children with developmental delays to screen for or describe social-emotional problems and delays in the acquisition of competence. Consistent with the results obtained in a diverse birth cohort sample (Carter et al., 2003; Briggs-Gowan et al., 2004), the findings obtained in the early intervention sample supported the acceptability, reliability and validity of the ITSEA and BITSEA.

Of clear relevance to the appropriateness of these tools for early intervention settings, the questions in the ITSEA (and hence the BITSEA) appear to be very acceptable to parents in this early intervention sample. The majority of parents (84%) reported that the questions were "easy" or "very easy" to understand, and only a small minority (0.5%) found the questions

"hard" or "very hard" to understand. Further supporting the acceptability of the measures, 97% of parents reported one or more positive mood while answering the questions. One-third of parents endorsed one or more negative mood. However, given that the most commonly reported negative feelings were "worried about my child," "tired" and "anxious" these negative feelings also may be related to having a child in early intervention. And finally, the majority of parents indicated that they "might" or "would" recommend the ITSEA to a friend. Thus, the questions in the ITSEA appear to be well received by parents.

The results supported the factor structure of both the ITSEA and BITSEA. First and foremost, as in the birth cohort sample, all of the ITSEA domains and most of the subscales had acceptable internal consistency and most factor loadings were in the acceptable range. In addition, also consistent with prior work, the BITSEA Problem and Competence scales had acceptable internal consistency. Some of the BITSEA items did have low loadings, but the finding is expected, because both the problem and competence scales include a comprehensive array of behaviors that are not expected to co-occur with one another consistently (Briggs-Gowan et al., 2004).

Although the results for the ITSEA are very consistent with prior work, one finding merits discussion. Specifically, Sensory Sensitivities had marginal internal consistency and three items with low loadings. This mirrors results from the birth cohort sample, and indicates that the items do not consistently cluster together. This finding may arise because Sensory Sensitivities addresses several different senses (e.g., motion, sound, light, touch and taste), yet children may evidence disruptions in some, but not all, areas. Thus, when interpreting results, examining responses to individual questions may help to identify the presence of specific sensitivities, even when the overall subscale score is not especially elevated.

The results consistently supported the validity of the ITSEA and BITSEA. The pattern of correlations between the ITSEA domains indicates that although the Internalizing, Externalizing and Dysregulation Domains correlate with one another, the associations are generally moderate and support the independence of the domains. Moreover, it is apparent that Problems and

Competencies are distinct constructs, as non-significant or low negative correlations are consistently observed. This pattern held for the BITSEA as well, with a low negative correlation between the problem and competence scales.

Validity was further supported by strong same-domain correlations between the ITSEA and BITSEA Problem domains and parent-report of problems on the CBCL, and modest same-domain correlations with independent observational ratings. Further, evidence of moderate correlations between ITSEA and BITSEA Competence and children's adaptive behavior on the Vineland and overall developmental level on the Mullen supports their validity in measuring social-emotional competencies that increase with development and with the acquisition of communication and socialization skills. These findings suggest that ITSEA and BITSEA Competence, while associated with communication and socialization skills, as well as with developmental level, also measure aspects of development that are different from those measured by these other tools.

Examination of the rates of problems in the domain of social-emotional functioning in this sample strongly supported the need for comprehensive assessment in early intervention. Nearly 60% of children had high problems and/or low competence according to parent reports on the ITSEA. This is in contrast to 31% with high problems and/or low competence that was observed in the birth cohort sample that was gathered at the same time and in the same region as this early intervention sample. Further, among children with both Vineland and ITSEA data, 73% were identified as having low scores on Vineland Socialization/Adaptive Behavior, high ITSEA social-emotional/behavioral problems, and/or low ITSEA competence. Overall, 40% were identified by the Vineland, leaving the ITSEA to uniquely identify 33% of the children as having social-emotional problems. Results also indicated that a relatively small percentage of children (15%) were identified by the CBCL and that all of those children were also detected by the ITSEA. These findings suggest that a large percentage of children in early intervention settings may exhibit high levels of social-emotional/behavioral problems or delays in social-emotional competence that should be addressed in treatment planning and approach. It also

suggests that many parents may be struggling to cope with their children's emotional and behavioral problems, as well as their developmental delays. Addressing the burden and strain that parents are experiencing may enable them to engage more effectively in their children's treatment.

The availability of developmentally appropriate measures for examining early emerging social-emotional and behavior problems and competencies among children who are evidencing developmental delays in cognition, language, and motor functioning hopefully will promote research that will ultimately improve early intervention efforts. Comprehensive and longitudinal assessments of the social-emotional functioning of children with different types of developmental delays may provide important insights into the etiology, course, and response to treatment of social-emotional/behavioral problems and delays in competence. Such insights are likely to have important implications for efforts to intervene effectively with children with cognitive, language and/or motor delays, as well as with children with problems in social-emotional functioning.

*Limitations*

This study relied upon a convenience sample of children from early intervention settings. Replication of this study with a representative sample of children in early intervention would be beneficial to ensure that findings from this study are robust. In addition, although the age and sex distribution of children in this study appears similar to the children referred for early intervention in general, replication in a sample that included a greater number of 1-year-olds and girls would strengthen results. Finally, although the ITSEA and BITSEA demonstrated good validity relative to multi-method approaches, the findings cannot address the clinical validity of the ITSEA and BITSEA. Thus, additional work is needed to determine the extent to which children identified by the statistical cut-offs recommended for the ITSEA and BITSEA exhibit clinically significant problems, emotional disturbance, or delays in the acquisition of social-emotional competence.

*Conclusions*

The results supported the acceptability, reliability, and validity of the ITSEA and BITSEA for measuring social-emotional/behavioral problems in early intervention settings. Perhaps even more importantly, the results document substantial problems in social-emotional adjustment in an early intervention sample. Unidentified social-emotional/behavioral problems may impede therapeutic progress and place children at-risk for persistent and more entrenched social-emotional and behavior problems. These findings highlight the importance of identifying and treating social-emotional/behavioral problems and delays in competence in children receiving early intervention services.

References

Abidin, R. R. (1990). *Parenting stress index short form.* Charlottesville, VA: Author.

Achenbach, T.M. (1966). The classification of children's psychiatric symptoms: A factor-analytic study. *Psychological Monograph: General and Applied, 80* (7), 1-37.

Achenbach, T.M., & Rescorla, L.A. (2000). *Manual for the ASEBA Preschool Forms and Profiles*. Burlington,VT: University of Vermont, Research Center for Children, Youth and Families.

American Psychiatric Association. (1994). *Diagnostic and statistical manual of mental disorders* (4th ed.). Washington, DC: Author.

Briggs-Gowan, M. J. & Carter, A. S. (1998). Preliminary acceptability and psychometrics of the Infant-Toddler Social and Emotional Assessment (ITSEA): A new adult-report questionnaire. *Infant Mental Health, 19*, 422-455.

Briggs-Gowan, M. J., Carter, A. S., Irwin, J., Wachtel, K., & Cicchetti, D. (2004). The Brief Infant-Toddler Social and Emotional Assessment: Screening for social-emotional problems and delays in competence. *Journal of Pediatric Psychology, 29*, 143-155.

Carter, A. S. & Briggs-Gowan, M. J. (2005). *Manual for the Infant-Toddler Social & Emotional Assessment (ITSEA) and Brief-ITSEA (BITSEA)*. San Antonio, Texas: Psychological Corporation, Harcourt Press.

Carter, A. S., Briggs-Gowan, M. J., & Davis, N. O. (2004). Assessment of young children's social-emotional development and psychopathology: Recent advances and recommendations for practice. *Journal of Child Psychology, Psychiatry and Allied Discipline, 45*, 109-134.

Carter, A. S., Little, C., Briggs-Gowan, M. J. & Kogan, N. (1999). The Infant-Toddler Social-Emotional Assessment (ITSEA): Comparing parent ratings to laboratory observations of

task mastery, emotion regulation, coping behaviors, and attachment status. *Infant Mental Health, 20(4)*, 375-392.

Carter, A. S., Briggs-Gowan, M. J., Jones, S. M., Little, T. D. (2003). The Infant-Toddler Social and Emotional Assessment (ITSEA): Factor structure, reliability, and validity. *Journal of Abnormal Child Psychology, 31*, 495-514.

Cicchetti, D. (1993). Developmental psychology: Reactions, reflections, and projections. *Developmental Review,* 13, 471-502.

Cicchetti, D., & Cohen, D.J. (1995). Perspectives on developmental psychopathology. In D. Cicchetti D.J. Cohen (Eds.), *Developmental psychopathology: Vol. 1. Theory and methods.* (pp. 3-20). New York: John Wiley & Sons, Inc.

Cronbach, L. J. (1951). Coefficient alpha and the internal structure of tests. Psychmetrika, 16, 297-334.

Dale, P., Reznick, J., & Thal, D. (1998). A parent report measure of language development for three-year-olds. Poster presented at the International Congress for Infant Studies, Atlanta, GA.

DelCarmen-Wiggins, R., & Carter, A. S. (Eds.). (2004). *Handbook of infant, toddler, and preschool mental health assessment.* New York: Oxford University Press.

Denham, S. A., & Holt, R. (1993). Preschoolers' likeability as cause or consequence of their social behavior. *Developmental Psychology, 29,* 271-275.

Denham, S. A., McKinley, M., Couchoud, E. A., & Holt, R. (1990). Emotional and behavioral predictors of preschool peer ratings. *Child Development, 61,* 1145-1152.

Eckerman, C. O., Davis, C. C., & Didow, S. M. (1989). Toddlers' emerging ways of achieving social coordinations with a peer. *Child Development, 60,* 440-453.

Eisenberg, N., & Mussen, P.H. (1989). *The roots of prosocial behavior in children.* New York: Cambridge University Press.

Fenson, L., Dale, P., Reznick, J., Thal, D., Bates, E., Hartung, J., et al. (1993). *The MacArthur Communicative Development Inventories: User's guide and Technical Manual.* San Diego: Singular Publishing Group.

Fenson, L., Pethick, S., Renda, C., Cox, J., Dale, P., Reznick, J. (2000). Short-form versions of the MacArthur Communicative Development Inventories. *Applied Psycholinguistics*, *21*, 95-115.

Flesch, R. (1974). *The art of readable writing with the Flesch readability formula.* New York: Harper & Row.

Hay, D. F., Castle, J., Stimson, C. A., & Davies, L. (1995). The social construction of character in toddlerhood. In M. Killen & D. Hart (Eds.), *Morality in everyday life: Developmental perspectives.* (pp. 23-51). New York: Cambridge University Press.

Hebbeler, K. & Mallik, S. (2005, April). *The relationship between expenditures for services, child and family characteristics, and 36- month outcomes.* Paper presented at the Society for Research in Child Development Biennial Meeting, Atlanta, GA.

Horwitz, S. M., Gary, L. A., Briggs-Gowan, M. J., Carter, A. S. (2003). Do needs drive services or do services drive needs? *Pediatrics, 112*, 1373-8.

Irwin, J. R., Carter, A. S., & Briggs-Gowan, M. J. (2002). The social-emotional development of "late-talking" toddlers. *Journal of the American Academy of Child & Adolescent Psychiatry, 41*, 1324-1332.

Marsh, H., Hau, K. T., Balla, J. (1997). *Is more ever too much: The number of indicators per factor in confirmatory factor analysis.* Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, IL.

Marsh, H., Hau, K. T. (1999). Confirmatory factor analysis: Strategies for small sample sizes. In R. H. Hoyle (Ed.), *Statistical strategies for small sample research* (pp. 251-284). Thousand Oaks , CA : Sage.

Mullen, E.M. (1995). *Mullen Scales of Early Learning* (AGS ed.). Circle Pines, MN: American Guidance Service.

National Dissemination Center for Children with Disabilities (NICHCY). (1997). *Individuals with Disabilities Education Act Amendments,* (Publication No. 105-17).

Nunnally, J. C. (1978). *Psychometric Theory.* New York: McGraw Hill Publishing Co.

Radke-Yarrow, M., & Zahn-Waxler, C. (1984). Roots, motives, and patterns and children's prosocial behavior. In E. Staub, D. Bar-Tal, J. Karylowski, & J. Reykowski (Eds.), *The development and maintenance of prosocial behavior: International perspectives on positive morality* (pp. 81-99). New York: Plenum.

Ruff, H. A., Lawson, K. R., Parrinello, R., & Weissberg, R. (1990). Long-term stability of individual differences in sustaine attention in the early years. *Child Development, 61,* 60-75.

Saarni, C. (1988). Emotional competence: How emotions and relationships become integrated. In R. A. Thompson (Ed.), *Nebraska Symposium on Motivation: Socioemotional Development: Vol. 36. Current theory and research in motivation* (pp. 115-182). Lincoln, NE: University of Nebraska Press.

SAS Institute Inc. (2003). Getting Started Guide for SAS (Version 9.1) [Computer software]. Cary, NC: SAS Institute Inc.

Sparrow, S.S., Balla, D.A., & Cicchetti, D. (1984). *Vineland Adaptive Behavior Scales: Expanded form manual.* Circle Pines, MN: American Guidance Service, Inc.

Zahn-Waxler, C., Radke-Yarrow, M., Wagner, E., & Chapman, M. (1992). Development of concern for others. *Developmental Psychology, 28*, 126-136.

Zeanah, C.H. (Ed.). (2000). *Handbook of Infant Mental Health* (2nd ed.). New York: Guildford Press.

Zero to Three, National Center for Infant, Toddlers, and Families. (1994). *Diagnostic classification: 0-3. Diagnostic classification of mental health and developmental disorders of infancy and early childhood.* Washington, DC: Author.

Table 1.

*Internal Consistency and Factor Loadings of the ITSEA Scales (N = 192)*

| | # Items | Cronbach's Alpha | Loadings Mean | (Std Dev.) |
|---|---|---|---|---|
| **Internalizing Domain** | **30** | **.82** | **.33** | **(.11)** |
| Depression/Withdrawal | 9 | .70 | .37 | (.11) |
| General Anxiety | 10 | .70 | .36 | (.09) |
| Inhibition to Novelty | 5 | .68 | .44 | (.08) |
| Separation Distress | 6 | .71 | .45 | (.15) |
| **Externalizing Domain** | **24** | **.90** | **.49** | **(.09)** |
| Activity/Impulsivity | 6 | .75 | .49 | (.07) |
| Aggression/Defiance | 12 | .82 | .48 | (.11) |
| Aggression with Peers | 6 | .79 | .54 | (.09) |
| **Dysregulation Domain** | **34** | **.87** | **.38** | **(.12)** |
| Eating Problems | 9 | .82 | .52 | (.09) |
| Sleep Problems | 5 | .71 | .47 | (.15) |
| Negative Emotionality | 13 | .87 | .55 | (.14) |
| Sensory Sensitivities | 7 | .62 | .33 | (.11) |
| **Competence Domain** | **37** | **.92** | **.47** | **(.07)** |
| Attention | 5 | .73 | .49 | (.09) |
| Compliance | 8 | .78 | .48 | (.09) |
| Empathy | 7 | .81 | .55 | (.05) |
| Imitation/Play | 6 | .68 | .41 | (.06) |
| Mastery Motivation | 6 | .73 | .46 | (.09) |
| Prosocial Peer Relations | 5 | .70 | .46 | (.09) |
| **BITSEA Problems** | **30** | **.84** | **.36** | **(.10)** |
| **BITSEA Competence** | **11** | **.70** | **.35** | **(.11** |

Table 2.
*Correlations between ITSEA Domains, Item Clusters and BITSEA Scores*

| | | | ITSEA Domains and Item Clusters | | | | | | BITSEA | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MN (SD) | Ext | Dys | Mal | Atyp | Soc Rel | Comp | Prob. | Comp. |
| ITSEA Intern | 191 | 0.58 (0.26) | .43*** | .57*** | .35*** | .25** | .03 | -.08 | .66*** | -.04 |
| ITSEA Extern | 191 | 0.58 (0.36) | | .54*** | .41*** | .20* | -.15# | -.22* | .76*** | -.20* |
| ITSEA Dysreg | 191 | 0.55 (0.28) | | | .42*** | .21* | -.09 | -.17# | .81*** | -.14 |
| ITSEA Mal | 191 | 0.14 (0.16) | | | | .34*** | -.11 | -.04 | .58*** | -.10 |
| ITSEA Atypical | 190 | 0.37 (0.26) | | | | | - .29*** | -.25** | .35*** | -.34*** |
| ITSEA Social Relate. | 191 | 1.61 (0.27) | | | | | | .50*** | -.10 | .61*** |
| ITSEA Competence | 192 | 1.17 (0.34) | | | | | | | -.22* | .89*** |
| BITSEA Problems | 190 | 12.5 (7.8) | | | | | | | | -.19* |
| BITSEA Competence | 191 | 15.1 (3.7) | | | | | | | | - |

#p<.05, *p<.01, **p<.001, ***p<.0001

Table 3.
*Validity of ITSEA Domains and BITSEA Scales*

| | | | ITSEA Domains | | | | BITSEA Scales | |
|---|---|---|---|---|---|---|---|---|
| **Measure** | **N** | **MN (SD)** | **INT** | **EXT** | **DYS** | **COMP** | **PROB** | **COMP** |
| CBCL/1.5-5 Internalizing | 164 | 8.1 (6.6) | .52**** | .46**** | .50**** | -.39**** | .63**** | -.41**** |
| CBCL/1.5-5 Externalizing | 167 | 12.0 (8.1) | .28*** | .78**** | .49**** | -.42**** | .68**** | -.41**** |
| CBCL/1.5-5 Total Score | 168 | 30.9 (19.5) | .44**** | .72**** | .58**** | -.42**** | .75**** | -.43**** |
| PSI – Difficult Child | 191 | 25.3 (10.1) | .35**** | .56**** | .58**** | -.30**** | .63**** | -.29**** |
| Evaluator Ratings Intern. | 162 | 0.22 (0.44) | .25** | .09 | .19* | -.12 | .21** | -.14 |
| Evaluator Ratings Extern. | 160 | 0.67 (0.84) | .07 | .39**** | .18* | -.14 | .32**** | -.14 |
| Evaluator Ratings Dysreg. | 112 | 0.39 (0.59) | .14 | .22 | .45**** | -.16 | .37**** | -.14 |
| Evaluator Ratings Comp. | 144 | 0.15 (1.14) | -.15 | -.38**** | -.23** | .25** | -.38**** | .30*** |
| Mullen Composite | 71 | 85.0 (18.3) | .01 | -.31** | -.01 | .38** | -.20 | .36** |
| Vineland Comm. (Raw) | 148 | 72.9 (31.9) | -.12 | -.04 | -.09 | .41*** | -.12 | .41*** |
| Vineland Social. (Raw) | 148 | 66.5 (17.1) | -.12 | -.04 | -.09 | .41**** | -.11 | .43**** |
| Vineland Daily Living (Raw) | 148 | 64.0 (24.7) | -.05 | .05 | -.13 | .49**** | -.13 | .48**** |

Note. Child age was covaried from validity correlations whenever both variables also correlated with child age, thus testing the association between the two variables controlling for child age.

*p<.05, **p<.01, ***p<.001, ****p<.0001

Table 4.

*Rates of social-emotional/behavioral problems and low competence*

| | N | Problems Identified N (%) |
|---|---|---|
| Vineland | | |
| Socialization Domain | 148 | 54 (36.5%) |
| Adaptive Behavior Composite | 148 | 45 (30.4%) |
| Socialization and/or Adaptive Behavior | 148 | 46 (41.9%) |
| CBCL/1.5-5 | | |
| Internalizing | 164 | 15 (9.2%) |
| Externalizing | 167 | 17 (10.2%) |
| Total Score | 168 | 16 (9.5%) |
| Any Domain | 168 | 26 (15.5%) |
| ITSEA | | |
| Internalizing | 191 | 42 (22.0%) |
| Externalizing | 191 | 40 (20.9%) |
| Dysregulation | 191 | 33 (17.3%) |
| Any Problem Domain | 191 | 73 (39.8%) |
| Competence | 192 | 74 (38.5%) |
| Any Problem and/or Competence | 191 | 112 (58.6%) |
| BITSEA | | |
| Problems | 190 | 83 (43.7%) |
| Competence | 191 | 74 (38.7%) |
| Problem and/or Competence | 190 | 117 (61.6%) |

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, January 23, 2006 1:38 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Three articles. They reinforce the recommendations for the parameters of child care that are most predictive of behavioral outcomes.
**Attachments:** SECCYD.Child Outcomes when child care center classes meet recommended standards.doc; SECCYD.Child care structure.Process.Outcomes.doc; SECCYD.AP effect size 10-11-05.doc

1. NICHD Early Child Care Research Network. (1999). Child outcomes when child care center classes meet recommended standards for quality. *American Journal of Public Health, 89,* 1072-1077.
2. NICHD Early Child Care Research Network. (2002). Child-care Structure → Process → Outcome: Direct and indirect effects of child-care quality on young children's development. *Psychological Science, 13,* 199-206.
3. NICHD Early Child Care Research Network. (in press). Child Care Effect Sizes for the NICHD Study of Early Child Care and Youth Development. *American Psychologist.*

In addition to the paper sent by Alison, the above three are very relevant to our discussion about child care. For the first paper see tables 2 and 3. For the second paper, see the figures. They tell it all. Finally, the paper in press (due in March; please do not quote) shows the effects of the central parameters of child care that are worth collecting information about (quality, type and hours). Again, a look at the tables is very informative.

Sarah.

# Child Outcomes When Child-Care Center Classes Meet Recommended Standards for Quality

## Abstract

*Objectives.* Recommended standards for regulable features of child-care centers have been published in a 1992 joint report issued by the American Academy of Pediatrics and the American Public Health Association.

*Methods.* Data from the NICHD Study of Early Child Care were used to examine the association between meeting recommended standards for child-staff ratios, group sizes, caregiver training, and caregiver education and children's development at 24 and 36 months.

*Results.* There were five major findings: (1) most classes observed did not meet all four recommended standards (compliance ranged from 10% at 6 months to 34% at 36 months), (2) linear associations were found between number of standards met and child outcomes and this was more the case at 36 months than 24 months, (3) there was no evidence of threshold effects, (4) children in classes that met more standards had better scores on school readiness and language comprehension as well as fewer behavior problems at 36 months, and (5) child outcomes were predicted by child-staff ratio at 24 months and caregiver training and education at 36 months.

Child Outcomes When Child-Care Center Classes Meet Recommended Standards for Quality

NICHD Early Child Care Research Network

This report focuses on a single basic question: Do children perform better, in terms of their cognition, language, and social competence, when they receive child care that meets professional standards for quality? Although all fifty states regulate child-care centers, there is considerable variability in the stringency of regulated standards. For example, mandated child-staff ratios for infants range from 3:1 to 12:1 and for 3-year-olds range from 7:1 to 17:1.[1] In those states that regulate group size, standards for infants permit from 6 to 20 infants in a group. Standards for caregiver training range from a college degree to no formal training at all. At least one study has found that none of the 50 states currently meets a variety of standards for infant and toddler care with respect to group composition (child-staff ratio and group size) and caregiver training (general education and specialized training).[2]

Evidence that standards might be important for children's well-being and development is found in previous research.[3,4,5,6,7,8] Lower child-staff ratios, smaller group sizes, and higher levels of caregiver education and training have each been found to be associated with higher scores on measures of children's development. Stronger effects are typically found when these features are analyzed jointly. For example, children's adjustment in kindergarten was significantly related to a composite measure consisting of child-staff ratio, group size, caregiver training, and physical space.[9]

A number of professional organizations have provided child care recommendations in an effort to set national standards to safeguard the well-being of children. The American Public Health Association and the American Academy of Pediatrics joined forces in 1992 to formulate a comprehensive set of standards, resulting in the publication of a comprehensive and detailed manual for child care workers. The view of health reflected in the standards is broader than a biomedical model.[10] From its systems theory perspective, child care is seen as an environment that provides opportunities for sensitive caregiving, nutrition, safety, and learning. Data are needed with which to evaluate the effectiveness of these standards with respect to children's development.

The NICHD Study of Early Child Care provides an opportunity to examine the consequences for children when centers meet recommended standards in child care. This longitudinal investigation, begun in 1991, is an ecological study of children enrolled in the study at birth, independent of parents' plans for child care. A cohort of

1,364 children from diverse social and ethnic backgrounds was identified in nine states and assessed at multiple ages in multiple settings, including home and child care. Mirroring national statistics, most of the families in the study used some form of nonmaternal care, beginning in the first year of the infant's life. Approximately 80% of the infants in the study experienced some regular nonmaternal child care during their first year.[11] The percentages of children enrolled in child-care centers -- the focus of this report -- were: 12% at 6 months, 17% at 15 months, 25% at 24 months, and 38% at 36 months. We predicted that children enrolled in child-care center classes that met more professionally recommended standards would perform better on measures of cognition, language, and social competence than children enrolled in classes that met fewer of these standards.

Method

Participants

Families participating in the study were recruited through hospital visits to mothers shortly after the birth of a child in 1991. Families lived in or near Little Rock, AR; Irvine, CA; Lawrence, KS; Boston, MA; Philadelphia, PA; Pittsburgh, PA; Charlottesville, VA; Morganton, NC; Seattle, WA; and Madison, WI. There were 3 phases of enrollment. First, of the 8,986 families who gave birth during the sampling period, 5,416 (60%) met the eligibility requirements (mother healthy, over 18, conversant in English; child healthy, singleton, and not being adopted; family not planning to move, in neighborhood not extremely unsafe, living within one hour of research site (university), and not participating in another study); 130 mothers refused to be interviewed in the hospital (1%); 308 refused to be contacted again (3%). Second, 3,015 (56% of eligible families) were invited to participate in the study. Mothers from the eligible pool were called using a conditional random sampling plan that ensured the recruited families reflected economic, educational, and ethnic diversity. Third, of the 3,015 families called, 1,526 (51%) agreed to participate. Families could not participate for a number of reasons (60 babies were in the hospital for 7 or more days, 91 families were planning to move, 512 families could not be contacted, 641 families refused, and 185 families had other reasons). Of the 1,526 families who agreed to participate, 1,364 (89%) completed the one-month visit. Of the 1,364 families who began the study, 1,216 (89%) continued through 36 months. For the present report only those children who were enrolled in child-care centers (and for whom we also had relevant family and child outcome data) were included (ns = 97 at 6 months, 118 at 15 months, 163 at 24 months, and 250 at 36 months).

Measures