Table 1
*Summary Definitions of the Major Codes of the Maternal Regulatory Scoring System*

| Dimension | Definition |
|---|---|
| Proximity | Caregiver's proximity to or physical distance from the infant: (a) nose to nose (76%), (b) looming (86%), or (c) average (94%) |
| Caregiving | Caregiver engages in a caretaking activity (75%), such as wiping the infant's face or readjusting the chair strap |
| Gaze | Caregiver (a) looks at the infant's face (98%), (b) looks at the same object the infant is looking at (90%), or (c) averts (89%; i.e., does not look at the infant or at the same object as the infant) |
| Vocalization | Caregiver vocalizes to the infant (96%); specific vocalizations include calling the infant's name (79%), directing attention to self (75%), and making mouth noises (84%) |
| Touch | Caregiver touches the infant; touches include strokes (93%), rhythmic movement of limbs (93%), kisses (91%), sucking on infant's fingers or toes (97%), pinches (100%), pokes or jabs (83%), tickles (91%), pulls (80%), and holding or containing the infant's limbs (e.g., holding both hands; 92%) |
| Elicits | Caregiver attempts to elicit the infant's attention by making noise (93%; i.e., clapping hands), waving (87%), repositioning self in infant's line of vision (85%), or blowing on infant (77%) |

*Note.* Mean percentage agreement rates for each code are presented in parentheses. The complete system is available from M. Katherine Weinberg.

maternal facial expressions on a 7-point scale: high positive (e.g., exaggerated play faces), moderate positive (e.g., smiles), low positive (e.g., facial expressions of interest), neutral (e.g., bland expressions with no animation), low negative (e.g., sober and serious expressions), moderate negative (e.g., frowns and sadness), and high negative (e.g., anger expressions, distress, and disgust). The scale was applied on a second-by-second basis rather than as an overall rating of the mothers' facial expressions for each episode. Thus, although this coding was more coarse than the facial affect coding done for the infants, it provided a detailed, second-by-second description of maternal facial affect and was appropriate for analyses of matching and synchrony.

Infant and maternal coding was done by several coders from the videotapes. In terms of infant coding, one coder scored the infants' direction of gaze, another coded vocalizations, a third coded gestures and distancing, and a fourth coded self-comforting and autonomic stress indicators. In addition, two coders who had been trained with Izard's (Izard & Dougherty, 1980) training tapes and manuals coded the infants' AFFEX facial expressions independently of IRSS codes. In terms of maternal coding, one coder scored the mothers' direction of gaze, another coded vocalizations, a third coded the mothers' proximity to the infant, and a fourth coded touch, caregiving, and eliciting behaviors. Two additional coders scored the mothers' facial expressions independently of the MRSS codes.

A digital time display was used to track time intervals. This produced an absolute frequency count of the behaviors and facial expressions and maintained their temporal sequence to within a 1-s interval. Each coder used the same onset time for starting the coding of each episode. Tapes were run at normal speed, although they were frequently stopped or run in slow motion to accurately determine the beginning and end of shifts in infant and maternal behavior or facial expressions.

*Reliability.* As a means of assessing interobserver reliability, 20% of the first play, still-face, and reunion play episodes (60 episodes) were selected randomly and recorded independently by different coders. Reliabilities for the IRSS, MRSS, AFFEX, and Maternal Mood Rating Scale codes were determined through both percentage agreement and kappa values. Percentage agreement involved the procedures established by Cohn and Tronick (1987). Percentage agreement was not defined, as it often is, as the overall proportion of time a code was scored during an episode; rather, it was defined more stringently as the proportion of time two coders scored the same code in the same 1-s interval using the following formula: agreements/(agreements + disagreements). Lack of agreement could occur because two coders coded different behaviors or facial expressions in the same second or because they chose the same code but disagreed as to the second in which it occurred. The number of times both coders agreed that a code did not occur was not considered in this calculation because of its likelihood of inflating the agreement.

Reliability was calculated for each IRSS code and for the AFFEX codes of joy, interest, sadness, anger, and uncodable–unscorable. The AFFEX-coded facial expressions of surprise, fear, disgust, distress, contempt, and positive and negative blends occurred 1% of the time or less. Because these codes were so infrequent, they were excluded from the analyses of variance (ANOVAs) evaluating differences in infant expressive behavior. However, these codes were needed for the time-series analysis evaluating synchrony in infant and maternal behavior. Mean percentage agreement rates for each IRSS and AFFEX code are presented in Table 2.

Reliability was calculated for each MRSS and Maternal Mood Rating Scale code. The negative Maternal Mood Rating Scale codes (i.e., low, moderate, and high negative), which accounted for slightly more than 1% of all facial expressions, were excluded from the analysis evaluating differences in maternal expressive behavior but not from the time-series analysis of synchrony. The low incidence of maternal negative affect was consistent with previous research indicating that mothers at low social, medical, and psychiatric risk rarely display negative expressions to young infants (Carter et al., 1990; Malatesta & Haviland, 1982; Robinson et al., 1993; Tronick & Cohn, 1989). Mean percentage agreement rates for the Maternal Mood Rating Scale codes of high positive, moderate positive, low positive, and neutral were 89%, 82%, 80%, and 78%, respectively. Mean percentage agreement rates for each MRSS code are presented in Table 1.

As a second measure of reliability, Cohen's kappas (Cohen, 1960; see also Cicchetti & Feinstein, 1990) were calculated for categories with mutually exclusive codes (i.e., AFFEX facial expressions, IRSS gaze, IRSS vocalizations, MRSS gaze, MRSS proximity, and Maternal Mood Rating Scale codes). Mean kappa values for AFFEX facial expressions, IRSS gaze, and IRSS vocalizations were .77, .82, and .76, respectively. These values are similar to those reported by other researchers (Toda & Fogel, 1993). Mean kappa values for MRSS gaze, MRSS proximity, and the Maternal Mood Rating Scale scores were .79, .85, and .78, respectively.

*Coder unawareness.* Maintaining coders' unawareness is difficult in a study on infant gender. Mothers refer to the infant by name and often dress the infant in a manner suggestive of the infant's gender. Although it is possible to ask mothers to dress their infant in gender-neutral clothing and to refrain from referring to the infant by name, Melson and Fogel (1982) noted that even with such precautions, it is virtually impossible to remain masked to infant gender. Furthermore, asking mothers to modify their normal routines with their infant may produce reactive effects in the mothers. Therefore, as a means of preventing distortion in the mothers' behavior and maintaining the coders' unawareness, mothers and coders were not told that one objective of the study was to evaluate gender issues but that the study was concerned with infant interactive and communicative behavior with mothers. Furthermore, as described earlier, coding was done by several independent coders. As noted by Melson and Fogel, the inde-

Table 2

*Proportion of Time Male and Female Infants Displayed AFFEX-Coded Facial Expressions and IRSS-Coded Behaviors During the Episodes of the Face-to-Face Still-Face Paradigm*

| | Play 1 | | Still face | | Reunion | | All episodes | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Facial expression or behavior | *M* | *SD* | *M* | *SD* | *M* | *SD* | *M* | *SD* | Gender $F(1, 79)$ | $r^2$ | Episode $F(2, 78)$ | Wilks's λ |
| Joy (89%) | | | | | | | | | | | | |
| Boys | .35 | .26 | .09 | .12 | .32 | .28 | .26 | .18 | 7.34** | .08 | | |
| Girls | .20 | .19 | .04 | .07 | .26 | .21 | .16 | .12 | | | | |
| Both | $.27_a$ | .24 | $.06_b$ | .10 | $.29_a$ | .25 | | | | | 48.41** | .45 |
| Interest (95%) | | | | | | | | | | | | |
| Boys | .55 | .26 | .64 | .27 | .45 | .27 | .55 | .22 | 9.93** | .11 | | |
| Girls | .67 | .20 | .76 | .22 | .61 | .22 | .68 | .17 | | | | |
| Both | $.61_a$ | .23 | $.71_b$ | .25 | $.53_c$ | .26 | | | | | 16.09** | .71 |
| Sadness (82%) | | | | | | | | | | | | |
| Boys | .01 | .01 | .05 | .12 | .04 | .07 | .03 | .06 | 0.39 | .00 | | |
| Girls | .01 | .01 | .04 | .11 | .02 | .05 | .02 | .04 | | | | |
| Both | $.01_a$ | .01 | $.05_b$ | .11 | $.03_b$ | .06 | | | | | 8.56** | .82 |
| Anger (89%) | | | | | | | | | | | | |
| Boys | .02 | .08 | .11 | .20 | .09 | .17 | .07 | .12 | 4.35* | .05 | | |
| Girls | .01 | .05 | .04 | .09 | .04 | .11 | .03 | .06 | | | | |
| Both | $.02_a$ | .07 | $.07_b$ | .15 | $.07_b$ | .14 | | | | | 7.80** | .83 |
| Looking at mother (87%) | | | | | | | | | | | | |
| Boys | .46 | .27 | .26 | .14 | .55 | .25 | .42 | .17 | 4.11* | .05 | | |
| Girls | .36 | .23 | .21 | .14 | .48 | .27 | .35 | .16 | | | | |
| Both | $.40_a$ | .25 | $.23_b$ | .14 | $.51_c$ | .26 | | | | | 43.47** | .47 |
| Looking at objects (96%) | | | | | | | | | | | | |
| Boys | .35 | .23 | .45 | .20 | .26 | .22 | .35 | .17 | 8.24** | .09 | | |
| Girls | .44 | .23 | .56 | .18 | .36 | .23 | .45 | .16 | | | | |
| Both | $.40_a$ | .24 | $.51_b$ | .20 | $.31_c$ | .23 | | | | | 23.99** | .62 |
| Scans (92%) | | | | | | | | | | | | |
| Boys | .20 | .12 | .29 | .15 | .19 | .15 | .23 | .12 | 1.56 | .02 | | |
| Girls | .20 | .12 | .23 | .12 | .17 | .13 | .20 | .09 | | | | |
| Both | $.20_a$ | .12 | $.26_b$ | .14 | $.18_a$ | .14 | | | | | 18.66** | .68 |
| Neutral–positive vocalizations (75%) | | | | | | | | | | | | |
| Boys | .11 | .16 | .07 | .08 | .20 | .21 | .13 | .12 | 9.72** | .10 | | |
| Girls | .04 | .05 | .04 | .04 | .11 | .11 | .06 | .05 | | | | |
| Both | $.07_a$ | .12 | $.05_a$ | .06 | $.15_b$ | .17 | | | | | 19.49** | .67 |
| Fussy vocalizations (81%) | | | | | | | | | | | | |
| Boys | .05 | .13 | .09 | .13 | .13 | .20 | .09 | .12 | 6.70** | .07 | | |
| Girls | .02 | .03 | .03 | .07 | .07 | .11 | .04 | .05 | | | | |
| Both | $.03_a$ | .09 | $.06_a$ | .11 | $.10_b$ | .16 | | | | | 6.99** | .85 |
| Crying (77%) | | | | | | | | | | | | |
| Boys | .00 | .01 | .02 | .09 | .09 | .24 | .04 | .10 | 3.54† | .04 | | |
| Girls | .00 | .00 | .01 | .05 | .02 | .09 | .01 | .04 | | | | |
| Both | $.00_a$ | .01 | $.02_a$ | .07 | $.05_b$ | .18 | | | | | 3.92* | .91 |
| Pick-me-up gestures (77%) | | | | | | | | | | | | |
| Boys | .02 | .06 | .06 | .08 | .05 | .12 | .04 | .07 | 5.73* | .06 | | |
| Girls | .00 | .01 | .02 | .06 | .02 | .07 | .01 | .04 | | | | |
| Both | $.01_a$ | .04 | $.04_b$ | .07 | $.04_b$ | .09 | | | | | 9.26** | .81 |
| Gesturing signals (77%) | | | | | | | | | | | | |
| Boys | .14 | .20 | .12 | .14 | .28 | .21 | .18 | .13 | 2.08 | .02 | | |
| Girls | .11 | .12 | .06 | .07 | .26 | .24 | .14 | .11 | | | | |
| Both | $.12_a$ | .16 | $.09_a$ | .11 | $.27_b$ | .23 | | | | | 24.74** | .62 |
| Self-comforting (98%) | | | | | | | | | | | | |
| Boys | .09 | .13 | .04 | .07 | .10 | .17 | .07 | .09 | 2.27 | .03 | | |
| Girls | .11 | .18 | .12 | .20 | .12 | .18 | .12 | .16 | | | | |
| Both | .10 | .16 | .08 | .16 | .11 | .18 | | | | | 1.56 | .96 |
| Distancing (91%) | | | | | | | | | | | | |
| Boys | .02 | .03 | .05 | .09 | .04 | .08 | .03 | .06 | 6.40* | .07 | | |
| Girls | .00 | .01 | .02 | .05 | .01 | .01 | .01 | .02 | | | | |
| Both | $.01_a$ | .03 | $.03_b$ | .07 | $.02_b$ | .05 | | | | | 4.65* | .89 |
| Distress indicators (80%) | | | | | | | | | | | | |
| Boys | .01 | .02 | .06 | .10 | .04 | .15 | .04 | .06 | 0.61 | .01 | | |
| Girls | .01 | .02 | .04 | .08 | .03 | .05 | .03 | .04 | | | | |
| Both | $.01_a$ | .02 | $.05_b$ | .09 | $.04_b$ | .11 | | | | | 8.55** | .82 |

*Note.* Means with different subscripts are significantly different from each other at $p < .05$. Mean percentage agreement rates for each code are presented in parentheses. The $r^2$ values represent the proportion of variance accounted for by gender and were calculated with formulas provided in Cohen (1988). Wilks's lambdas for the episode effect can be interpreted similar to a proportion of variance measure, although numbers closer to zero indicate a stronger effect. AFFEX = affect expressions by holistic judgments; IRSS = Infant Regulatory Scoring System.

† $p < .10$. * $p < .05$. ** $p < .01$.

pendent multiple-coder approach is unlikely to result in consistent bias. Furthermore, the frequent interrater reliability checks ensured that coders remained unbiased and reliable.

## Data Reduction and Analyses

### *Differences in Infant and Maternal Expressive Behavior*

*Infant expressivity.* To evaluate the hypothesis that boys would show greater difficulty than girls in maintaining affective regulation, particularly in the still-face and reunion play episodes, we conducted a 2 (gender) × 3 (episode) ANOVA with episodes as repeated measures. Significant episode effects were evaluated with post hoc tests in which the critical $p$ value for significance was adjusted with the Bonferroni correction to control for multiple tests. Effect size for the between-subjects variable (gender) was evaluated using an $r^2$ value calculated with Cohen's (1988) $d$ statistic. Effect size for the repeated measures variable (episode) was assessed with Wilks's lambda.

*Maternal expressivity.* To evaluate the hypothesis that mothers would use different and more frequent strategies designed to help boys as opposed to girls regulate their affective state, particularly in the reunion play episode, we conducted a 2 (gender) × 2 (episodes) repeated measures ANOVA. Because all mothers were instructed to behave in the same manner during the still-face episode, only the first play and reunion plays were included as repeated measures.

### *Differences in the Coordination of Mother–Infant Interactions*

To evaluate the hypothesis that there would be greater coordination in mother–son pairs than in mother–daughter pairs, we assessed three measures of coordination: (a) matching, the extent to which mothers and infants share joint states, such as looking at one another (social match) or sharing attention to objects (object match); (b) rate of change between matching and mismatching states (i.e., rate of change between moments when mother and infant are or are not in joint social or object matching states); and (c) synchrony, the extent to which mothers and infants change their behavior in temporal coordination with respect to the other. The matching and synchrony measures differ in that matching focuses on the content of the behaviors of mothers and infants and synchrony focuses on how mothers and infants change their affective states together over time, regardless of the content of their behavior. Thus, some dyads may seldom be in matching states but may have high synchrony scores because infant and mother tend to change in the same affective direction over the course of the interaction.

For comparability with Tronick and Cohn's (1989) data, the IRSS, AFFEX, MRSS, and the Maternal Mood Rating Scale scores were converted into monadic phases (Tronick, Als, & Brazelton, 1980). The primary difference between the monadic phases scoring system and those used in the present study is that the former does not code individual expressive modalities (e.g., voice, gaze, and face) separately but combines expressive information into distinct behavioral–affective configurations referred to as phases. Although the term *phase* may imply a sequence of distinct forms, there is no sequential component to the monadic phases scoring system.

Several a priori combination rules were used on the infant and maternal data to convert the data into monadic phases. For the infant, direction of gaze, AFFEX facial expressions, and vocalizations were combined to form nine phases (see Table 3). AFFEX codes that occurred infrequently were included in the creation of the phases because of their importance in generating an index for synchrony. Surprise and positive blends were combined with AFFEX joy, whereas fear, disgust, distress, contempt, and negative blends were combined with AFFEX anger. Expressions of shame–guilt–shyness and distress did not occur in this data set. The nine phases were play, vocalize–talk, social attend, object play, object attend, positive avert, avert, wary, and protest. One of these phases was assigned to each second of infant data.

For the mother, direction of gaze, affect, and elicits were combined to form 12 phases (see Table 4). The Maternal Mood Rating Scale scores of low, moderate, and high negative, although they occurred infrequently, were included in the creation of the phases because of their importance in generating an index for synchrony. The 12 phases were play, social play, object play, positive elicit, positive away, set–interest, object attend, monitor, wary, disengaged, negative elicit, and hostile. One of these phases was assigned to each second of maternal data.

*Matching.* The 9 infant and 12 maternal phases were reduced to five monadic phases following the a priori rules and procedures

Table 3
*Combination Rules for Construction of the Nine Infant Phases*

| AFFEX code | IRSS gaze code: Look at mom | IRSS gaze code: Look at object | IRSS gaze code: Look away |
|---|---|---|---|
| Joy | Play (7) | Object play (6) | Positive away (7) |
| Interest | Social attend (5) | Object attend (4) | Avert (2) |
| Sadness | Wary (3) | Avert (2) | Avert (2) |
| Anger | Protest (1)[a] | Protest (1)[a] | Protest (1)[a] |
| Obscure/noncodable | Social attend (5) | Object attend (4) | Avert (2) |

*Note.* Vocalize–talk (8) was composed of joy or interest AFFEX codes co-occurring with both looking at mother and neutral–positive vocalizations. The scale scores assigned to each infant phase are presented in parentheses. AFFEX = affect expressions by holistic judgments; IRSS = Infant Regulatory Scoring System.
[a] Protest (1) was also composed of the IRSS cry code co-occurring with any AFFEX facial expression or IRSS gaze code.

Table 4
*Combination Rules for Construction of the 12 Maternal Phases*

| | MRSS gaze code | | |
|---|---|---|---|
| Affect code | Social attend | Object attend | Avert |
| High positive | Social play (8) | Object play (7) | Positive away (8) |
| Moderate positive | Social play (8) | Object play (7) | Positive away (8) |
| Low positive | Set–interest (5) | Object attend (4) | Disengaged (2) |
| Neutral | Monitor (5) | Object attend (4) | Disengaged (2) |
| Low negative | Wary (3) | Object attend (4) | Disengaged (2) |
| Moderate negative | Hostile (1) | Hostile (1) | Hostile (1) |
| High negative | Hostile (1) | Hostile (1) | Hostile (1) |
| Unscorable | Set–interest (5) | Object attend (4) | Disengaged (2) |

*Note.* Positive elicits (6) was composed of the high, moderate, and low positive and neutral affect codes co-occurring with any MRSS elicit code. Negative elicits (1) was composed of the low, moderate, and high negative affect codes co-occurring with any MRSS elicit code. The scale scores assigned to each maternal phase are presented in parentheses. MRSS = Maternal Regulatory Scoring System.

used by Tronick and Cohn (1989). Following Tronick and Cohn, two types of matching states (social matches and object matches) were considered in the analyses. Social matches were defined as the proportion of time mothers and infants were in the monadic phases of social attend or social play in the same 1-s interval. Object matches were defined as the proportion of time mothers and infants were in the monadic phases of object attend or object play in the same 1-s interval. Avert–negative matches were not evaluated because mothers were in this phase only about 1% of the time. To account for differences in the base rate of social and object matches, we used the adjusted or relative percentage of social (or object) matches in the analyses. The adjusted value was calculated as the percentage of time in social (or object) match divided by the total time during which mothers or infants were in a social (or object) phase. The adjusted proportions were transformed using arcsine transformation and then analyzed in a 2 (sex) × 2 (episode) multivariate analysis of variance (MANOVA) with first play and reunion play as repeated measures.

*Rate of change.* The rate of change from matching to mismatching states is a measure of the rate of reparation in the mother–infant interaction. In this study, reparation referred to the ability of the mother–infant dyad to move from nonshared states to joint social or object states. The rate of change per second was arcsine transformed and analyzed in a 2 (sex) × 2 (episode) MANOVA with the first and reunion play episodes as repeated measures.

*Synchrony.* In preparation for the synchrony analyses, we scaled the infant and maternal phases from 1 to 8 using an affective–attentional dimension similar to that used by Tronick and Cohn (1989). For the infant, a score of 1 assigned to protest represented maximum negative involvement, and a score of 8 assigned to vocalize–talk represented maximum positive involvement. For the mother, a score of 1 assigned to hostile and negative elicits represented maximum negative involvement, and a score of 8 assigned to play, positive away, and social play represented maximum positive involvement. The particular scale scores assigned to infant and maternal phases are presented in parentheses in Tables 3 and 4. Technically, synchrony was defined as the proportion of shared variance at Lag 0, as indexed by the square of the cross-correlation between each mother's and infant's time series. Cross-correlations were calculated by means of the scaled scores and then transformed with Fisher's $z$ transformation before analysis. The cross-correlations were then analyzed in a 2 (sex) × 2 (episode) MANOVA with the first and reunion plays as repeated measures.

## *Replication*

Tronick and Cohn (1989) only included data from a mother–infant play interaction in their report. This play interaction preceded the still face and was similar to the first play interaction in this study. To replicate Tronick and Cohn's findings and to evaluate what happens in a play interaction uninfluenced by the carryover effects from the still face, we further evaluated gender differences in the three measures of coordination with two-tailed $t$ tests using the first play interaction data only.

## *Stability of Infant Expressive Behavior and Measures of Coordination*

To assess the stability of infant expressive behavior as well as the stability of matching, rate of change, and synchrony, we calculated Pearson correlations between the episodes of the face-to-face still-face paradigm. The correlations were calculated separately by infant gender. Infant expressive behaviors that occurred 5% or less of the time in each episode were eliminated because low frequencies distort correlation coefficients (i.e., when there is no occurrence of a behavior, zeros distort the correlation). This resulted in the exclusion of sadness, crying, pick-me-up gestures, distancing, and autonomic stress indicators from the correlational analyses.

## *Relation Between Maternal Affect and Measures of Coordination and Infant Expressive Behavior*

Pearson correlations were also used to evaluate the relation between maternal affect (as assessed by the Maternal Mood Rating Scale) in the first play and infant expressive behavior during the still face and the reunion play. The relations between the measures of coordination in the first play (i.e., social and object matching,

rate of change, and synchrony) and infant expressive behavior during the still face and the reunion play were also evaluated.

## Results

### Episode Differences in Infant and Maternal Expressive Behavior and Measures of Coordination

*Infant expressivity.* Replicating earlier studies, the main effects of episode indicated that both male and female infants reacted with negative affect to the still face (see Table 2; see also Stack & Muir, 1992; Toda & Fogel, 1993; Weinberg & Tronick, 1996). Facial expressions of sadness and anger, scanning, pick-me-up gestures, distancing by twisting and turning in the seat, and autonomic stress indicators such as hiccuping were significantly more common during the still face than the first play episode for both male and female infants. Both sexes also displayed significantly fewer facial expressions of joy, looked less at the mother, showed more facial expressions of interest, and looked more at objects during the still face than during the first play.

The reunion episode was characterized, for both male and female infants, by a carryover of negative affect from the still face, an increase in fussiness and crying, and a rebound of positive mother-oriented behaviors (e.g., looks at mother, gestures, and neutral–positive vocalizations). These findings highlight the complexity of the affective and regulatory processes that take place during the reunion play and are consistent with previous work by Weinberg and Tronick (1996) and Kogan and Carter (1996).

*Maternal expressivity.* Mothers of both male and female infants were significantly more likely to keep an average distance from the baby, $F(1, 79) = 7.62$, $p < .01$, during the first play as opposed to the reunion play. Also, they were significantly more likely to try to elicit the baby's attention by calling his or her name, $F(1, 79) = 5.50$, $p < .05$; directing attention to themselves, $F(1, 79) = 3.95$, $p < .05$; or repositioning themselves in the infant's line of vision, $F(1, 97) = 13.46$, $p < .001$.

During the reunion play relative to the first play, mothers of both male and female infants were significantly more likely to display high positive affect, $F(1, 79) = 4.38$, $p < .05$; maintain a looming proximity to the infant, $F(1, 79) = 9.80$, $p < .01$; hold–contain the infant's limbs, $F(1, 79) = 5.43$, $p < .05$; blow on the infant, $F(1, 79) = 8.98$, $p < .01$; and kiss the infant, $F(1, 79) = 5.23$, $p < .05$. These findings suggest that mothers are more likely to try to elicit their infant's attention during the first play than the reunion play and that they are more likely to use a variety of arousing and soothing strategies during the reunion play when renegotiating the interaction after the still face. These findings also suggest that mothers and infants are in a heightened emotional state and motivated to resume their normal relationship.

*Matching, rate of change, and synchrony.* There were no main effects of episode for object matches or synchrony. However, mothers and infants were more likely to be in social matches during the reunion play than during the first play. Furthermore, the rate of change between matching and mismatching states was slower in the reunion play than in the first play. These findings suggest that mothers and infants maintained a higher level of mutual attention and had a more difficult time repairing interactive errors during the reunion play than during the first play. This may have been due to a carryover effect of negative affect from the still face as well as to the ambivalent nature of the infants' behavior during the reunion play, which alternated between positive and negative states. These findings further document the stressful and challenging nature of the reunion episode.

### Gender Differences in Infant and Maternal Expressive Behavior and Measures of Coordination

*Infant expressivity.* There were several significant main effects of gender but no significant Gender × Episode effects. Thus, gender differences were consistent across the contexts of the face-to-face still-face paradigm, including the still face, during which mothers were instructed not to interact with the infant.

The main effects of gender supported the hypothesis that boys would have more difficulty than girls in maintaining affective regulation and would show more negative affect during the face-to-face still-face paradigm (see Table 2). Boys were more likely than girls to display facial expressions of anger, to fuss, to want to be picked up, and to attempt to get away or distance themselves from the mother by arching their back and turning and twisting in the infant seat. Boys also tended to cry more than girls.

Although boys showed more negative expressive behavior than girls, they surprisingly displayed significantly more positive affect directed toward the mother as well. Boys were more likely than girls to display facial expressions of joy, to look at the mother, and to vocalize to the mother using neutral–positive vocalizations. Girls, on the other hand, were more likely than boys to look at and explore objects and to display facial expressions of interest.

*Maternal expressivity.* There were few significant gender-related differences in the mothers' behavior. There was a main effect of gender for the MRSS code of make noise, $F(1, 79) = 5.19$, $p < .05$. Mothers were more likely to elicit their son's than their daughter's attention by making noises with their hands (e.g., clapping their hands or snapping their fingers). There was also a significant Gender × Episode interaction effect for the Maternal Mood Rating Scale code of low positive affect, $F(1, 79) = 5.79$, $p < .05$. Post hoc tests indicated that mothers showed more low positive affect toward sons during the first play than during the reunion play. These differences offer little support for the hypothesis that mothers use different behaviors to help boys and girls maintain affective regulation.

*Matching.* Table 5 presents the adjusted proportion means and standard deviations (before the arcsine transformation, for ease of interpretation) of social and object matches for boys and girls in the first and reunion play episodes. For object matches, there was no significant Gender × Episode interaction. The analysis, however, revealed that mother–daughter dyads tended to be more likely than mother–son dyads to be in object matches. For social matches, there were no significant gender or interaction effects.

To replicate Tronick and Cohn's (1989) data, we also evaluated matching using only the first play data. Two-tailed $t$ tests revealed that mother–daughter dyads were significantly more likely than mother–son dyads to be in object matching states during the first play, $t(1, 78) = -1.99$, $p < .05$. In addition, there was a trend for mother–son dyads to be more likely than mother–daughter dyads to be in social matching states during the first play, $t(1, 75) = 1.84$, $p < .07$.

*Rate of change.* There was no significant Gender × Episode interaction effect for the rate of change per second between match-

Table 5
*Proportion of Time for Object Match, Social Match, Rate of Change per Second Between Matching and Mismatching States, and Synchrony by Gender and Episode*

| Coordination measure | Play 1 *M* | Play 1 *SD* | Reunion *M* | Reunion *SD* | Both episodes *M* | Both episodes *SD* | Gender $F(1, 79)$ | $r^2$ | Episode *F* | Wilks's λ |
|---|---|---|---|---|---|---|---|---|---|---|
| Object match (adjusted rate) | | | | | | | | | | |
| Mother–son | .08 | .14 | .08 | .13 | .08 | .10 | 3.02† | .04 | | |
| Mother–daughter | .13 | .14 | .10 | .12 | .12 | .10 | | | | |
| All dyads | .11 | .14 | .09 | .12 | | | | | 0.77[a] | .99 |
| Social match (adjusted rate) | | | | | | | | | | |
| Mother–son | .50 | .26 | .52 | .29 | .51 | .25 | 1.55 | .02 | | |
| Mother–daughter | .39 | .24 | .49 | .27 | .44 | .25 | | | | |
| All dyads | .44 | .26 | .50 | .28 | | | | | 4.91[a]* | .94 |
| Rate of change per second | | | | | | | | | | |
| Mother–son | .08 | .04 | .08 | .04 | .08 | .03 | 3.74† | .05 | | |
| Mother–daughter | .10 | .03 | .08 | .04 | .09 | .03 | | | | |
| All dyads | .09 | .04 | .08 | .04 | | | | | 4.30[b]* | .95 |
| Synchrony | | | | | | | | | | |
| Mother–son | .10 | .10 | .08 | .10 | .08 | .08 | 1.80 | .01 | | |
| Mother–daughter | .06 | .07 | .07 | .09 | .07 | .06 | | | | |
| All dyads | .08 | .08 | .07 | .10 | | | | | 0.23[c] | 1.00 |

*Note.* The $r^2$ values represent the proportion of variance accounted for by gender and were calculated with formulas provided in Cohen (1988). Wilks's lambdas for the episode effect can be interpreted similar to a proportion of variance measure, although numbers closer to zero indicate a stronger effect.
[a] $df = 1, 79$. [b] $df = 1, 78$. [c] $df = 1, 77$.
† $p < .10$. * $p < .05$.

ing and mismatching states. The rate of change, however, had a tendency to move more slowly from matching to mismatching states and back again for mother–son than for mother–daughter dyads (see Table 5 for the means and standard deviations before the arcsine transformation).

To replicate Tronick and Cohn's (1989) data, we also evaluated rate of change using only the first play data. A two-tailed *t*-test revealed that mother–daughter dyads moved significantly more quickly than mother–son dyads between matching and mismatching states during the first play, $t(1, 74) = -1.34, p < .02$. The rates of change between matching and mismatching states were .10 per second for mothers and daughters and .08 per second for mothers and sons. Thus, mother–son dyads took longer to repair moments when they were not in joint social and object states than mother–daughter dyads.

*Synchrony.* Table 5 presents the means and standard deviations before Fisher's *Z* transformation for ease of interpretation. Contrary to expectation, the analysis revealed no significant gender differences in synchrony when the first play and the reunion play data were combined. However, the synchrony measure was significant when only first play data were considered. Replicating Tronick and Cohn's (1989) finding, the analysis revealed that mother–son dyads had significantly higher synchrony scores than mother–daughter dyads during the first play, $t(1, 74) = 2.04, p < .05$.

### *Stability of Infant Expressive Behavior and Measures of Coordination*

*Infant expressivity.* It was expected that male and female infants would display a similar amount of stability across episodes but that the patterns of stable behaviors would be somewhat different. The correlational analyses (see Table 6) generally supported this prediction. Boys had 17 significant correlations, as compared with 14 for girls. This finding suggests that 6-month-old boys and girls have stable ways of interacting with a social partner both in normal face-to-face interactions and in challenging contexts such as the still face. Boys and girls showed stability in similar domains in some cases and differences in other domains. For example, the correlations between the first play and the still face indicated that both boys and girls showed stability in the expression of interest and scans (see Table 6 for details). However, girls also showed stability in the expression of joy, fussy vocalizations, and self-comforting, whereas boys showed stability in the expression of anger. Few expressive behaviors were stable across all three episodes, with the exception of scanning and self-comforting. Boys showed stability in scanning and girls in self-comforting across the three episodes, attesting to the robustness of these two expressive behaviors.

*Matching, rate of change, and synchrony.* Stability of matching, rate of change, and synchrony was assessed between the first and the reunion plays (see Table 6). Social matching showed a high degree of stability for both boys and girls. Boys, but not girls, also showed stability in the rate of change between matching and mismatching states and in synchrony. There was no stability in object matching for either the male or female infants.

### *Relation Between Maternal Affect and Measures of Coordination and Infant Expressive Behavior*

*Maternal affect and infant expressive behavior.* Analyses evaluated the relation between maternal affect, as assessed by the Maternal Mood Rating Scale scores, in the first play and the

Table 6
*Stability of Infant Expressive Behaviors and Measures of Coordination*

| Behavior or measure | First play to still face | | First play to reunion | | Still face to reunion | |
|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female |
| Expressive behavior | | | | | | |
| Joy | .23 | .44** | .61** | .41** | .53** | −.12 |
| Interest | .44** | .48** | .61** | .61** | .40* | .36* |
| Anger | .55** | .16 | .27 | −.06 | .30 | .63** |
| Look at mother | .12 | .05 | .63** | .58** | .39* | .05 |
| Look at object | .10 | .18 | .61** | .58** | .34* | .11 |
| Scans | .58** | .43** | .51** | .09 | .72** | .18 |
| Neutral–positive vocalizations | .25 | .08 | .74** | .28 | .27 | .12 |
| Fussy vocalizations | .26 | .49** | .22 | −.07 | .61** | .27 |
| Gesturing signals | −.13 | .27 | .58** | .38* | .01 | .18 |
| Self-comforting | .30 | .59** | .37* | .47** | .16 | .64** |
| Coordination measures | | | | | | |
| Social match | | | .61** | .53** | | |
| Object match | | | .17 | .17 | | |
| Rate of change | | | .44** | .18 | | |
| Synchrony | | | .35* | .21 | | |

* $p < .05$. ** $p < .01$.

infants' expressive behavior during the still face and the reunion play. Based on Carter et al.'s (1990) work, it was expected that positive maternal affect in the first play would be associated with negative expressive displays in the boys and with interest expressions and object exploration in the girls. This hypothesis was supported for the still face but not for the reunion play.

For boys, positive maternal affect during the first play was associated with an increase in fussiness ($r = .34$, $p < .05$) in the still face. For girls, positive maternal affect in the first play was associated with an increase in looking at objects ($r = .32$, $p < .05$) and a decrease in scanning ($r = -.37$, $p < .05$). These findings are similar to those reported by Carter et al. (1990), who found that male infants of positive mothers showed negative affect during the still face, whereas female infants of positive mothers tended to remain neutral during the still face. The pattern of correlations was different for the reunion play, during which the mothers and infants had to renegotiate the interaction after the still face. For boys, positive maternal affect in the first play was not significantly associated with infant behavior during the reunion play. For girls, positive maternal affect in the first play was correlated with a decrease in interest ($r = -.34$, $p < .05$) during the reunion play.

*Matching, rate of change, and synchrony and infant expressive behavior.* Analyses addressed the relations between matching, rate of change, and synchrony and infant expressive behavior. Two opposing hypotheses were proposed. The first hypothesis predicted that greater coordination in the first play would be associated with infant negative expressivity in the still face and reunion play. The alternative hypothesis predicted that greater coordination in the first play would be associated with greater ability on the infant's part to cope with the stresses of the still face and reunion play. Both hypotheses were supported.

Synchrony and rate of change appeared to operate differently for boys and girls depending on whether the infants were coping with the challenge of the still face or the reunion play. For boys, synchrony in the first play was associated with negative expressive displays such as fussiness ($r = .41$, $p < .01$) in the still face but with positive displays such as looking at the mother ($r = .33$, $p < .05$) and gestural signals ($r = .37$, $p < .05$) in the reunion play. Thus, higher mother–son synchrony in the first play was related to increased negativity in the still face and to a resumption of positive behaviors that elicited and maintained the interaction during the reunion play. Rate of change in the first play, however, did not predict male infants' behavior during the still face but was significantly associated with less joy ($r = -.38$, $p < .05$), fewer looks at the mother ($r = -.39$, $p < .05$), and more scanning ($r = .37$, $p < .05$) during the reunion play. This suggests that rate of change operates differently than synchrony for male infants. It is possible that higher rates of change during the first play reflect a dysregulated interaction requiring frequent repairs of mismatching states and that this is associated with increased infant negativity when the mother resumes interaction in the reunion play. For girls, synchrony did not significantly predict behavior during the still face but was associated with less scanning ($r = -.32$, $p < .05$) and self-comforting ($r = -.31$, $p < .05$) during the reunion play. Rate of change did not significantly predict behavior for girls in either the still face or the reunion play. These data suggest that, for girls, higher mother–daughter synchrony in the first play is associated with well-regulated reunion interactions, as reflected in less scanning and a decreased need to self-comfort.

The pattern of correlations for social matching indicated that, for both boys and girls, social matching in the first play was associated with positive expressive behaviors during the still face and the reunion play. For girls, social matching in the first play was correlated with neutral–positive vocalizations ($r = .33$, $p < .05$) during the still face. For both boys and girls, social matching in the first play was associated with increases in joy ($r = .59$, $p < .01$, for boys; $r = .41$, $p < .01$, for girls) and looking at the mother ($r = .62$, $p < .01$, for boys; $r = .54$, $p < .01$, for girls) and with decreases in looking at objects ($r = -.48$, $p < .01$, for boys; $r = -.53$, $p < .01$, for girls) and interest ($r = -.49$, $p < .01$, for boys;

$r = -.40$, $p < .01$, for girls) during the reunion play. In addition, for boys, social matching in the first play was related to an increase in neutral–positive vocalizations ($r = .37$, $p < .05$) and a decrease in self-comforting ($r = -.33$, $p < .05$) during the reunion play. Thus, higher rates of social matching during the first play were associated, for both boys and girls, with increases in behaviors that served to elicit or maintain interaction with the mother.

There were two significant correlations between object matching and the female infants' expressive behavior. For girls, object matching was positively correlated with looking at objects ($r = .38$, $p < .05$) in the still face and negatively correlated with looking at the mother ($r = -.37$, $p < .05$) in the reunion play. There were no significant correlations between object matching and the male infants' expressive behavior. Object matching therefore did not appear to be as good a predictor of male infant behavior as the other measures of coordination.

Thus, the expectation that more coordinated mother–infant first play interactions would be associated with more negative expressive displays during the still face and reunion play, particularly for boys, received some support. Higher mother–son synchrony and rate of change in the first play predicted more negative affect, less positive affect, and less social and object engagement in the subsequent episodes. The alternative hypothesis that greater coordination in the first play would be associated with greater capacity to cope with the stress of the still face and the reunion play also received support. For both boys and girls, social matching during the first play was associated with positive expressive behaviors that served to elicit or maintain interaction with the mother.

## Discussion

The data supported the hypothesis that boys have greater difficulty than girls in maintaining affective regulation. As expected, boys displayed more negative affect than girls during the face-to-face still-face paradigm. They were more likely than girls to show facial expressions of anger, to fuss, to gesture to be picked up, and to try to escape or get away by turning and twisting in the infant seat. In addition, boys tended to cry more than girls. These findings are consistent with the work of other researchers (Feldman et al., 1980; Korner, 1969; Moss, 1967; Osofsky & O'Connell, 1977; Phillips et al., 1978).

Boys were also more socially oriented than girls. They were more likely than girls to look at their mother, to display facial expressions of joy, and to vocalize using neutral or positive vocalizations. Girls, in comparison with boys, spent substantially more time exploring objects and displaying facial expressions of interest. This latter finding is consistent with Malatesta's work (Malatesta & Haviland, 1982), which found that girls show more facial expressions of interest than boys when interacting with their mothers.

Of course, variation and overlap occurred in the distributions of boys' and girls' behavior. For instance, some girls were more affectively negative than some boys, and some boys were more focused on objects than some girls. This overlap must be kept in mind when evaluating the findings.

The lack of significant Gender × Episode interaction effects indicated that the gender differences were consistent across the different contexts of the face-to-face still-face paradigm. Thus, the hypothesis that boys would display more negative expressive behavior than girls during the still face was supported. This finding is inconsistent with Mayes and Carter's (1990) and Stoller and Field's (1982) research indicating that girls react more negatively than boys to the still face. This inconsistency is difficult to explain but may be the result of methodologic differences. Both Mayes and Carter's and Stoller and Field's still-face procedure differed from that originally described by Tronick et al. (1978) and used in this study. In Stoller and Field's study, a 45-s still-face episode followed a 1-min separation from the mother. In Mayes and Carter's study, the still-face episode was preceded by a 2- to 3-min break during which mothers were allowed to hold and comfort their infants. Thus, Stoller and Field's and Mayes and Carter's projects and the current study varied greatly in the level of distress that the infants experienced before the still face. Moreover, the studies differed in terms of coding (particularly in the level of detail coded) and the ages at which the infants were assessed.

It was expected that mothers would use more frequent and different strategies designed to regulate boys' as opposed to girls' affective states. This hypothesis was not strongly supported. Mothers were more likely to elicit their sons' than their daughters' attention by making noises with their hands and were more likely to express low positive affect to their sons in the first play episode. These differences do not appear, in and of themselves, sufficient to account for the gender differences in the infants' behavior. The lack of a powerful maternal effect was also supported by the finding that infant gender differences were consistent across the three episodes of the face-to-face still-face paradigm, including the still face, during which all mothers acted in the same way.

The results supported the hypothesis of greater coordination in the interactions of mothers and sons as compared with mothers and daughters. Interestingly, significant gender differences in coordination were revealed only during the play preceding the still face. It is likely that the intervening stress of the still face attenuated gender differences when both the first and the reunion play data were considered in the analyses. The results replicated Tronick and Cohn's (1989) finding of greater synchrony between mothers and sons. This finding suggests that mothers and sons more carefully tracked each other's behavior and facial expressions than mothers and daughters. This greater coordination, which takes place at a subtle microtemporal level, may function to help boys maintain self-regulation. In addition, probably because of the larger sample size in this study than in Tronick and Cohn's project, we found gender differences in matching and the rate of change between matching and mismatching states that were not found in Tronick and Cohn's study. Thus, mother–son dyads tended to be in social matching states more frequently than mother–daughter dyads whereas mother–daughter dyads were more likely to be in object matching states. Furthermore, the rate at which mismatching states were repaired to matching states was slower for mother–son than mother–daughter dyads. It is possible that boys' greater negative emotional expressivity may make it harder for mother–son dyads than for mother–daughter dyads to move to and share joint social and object states.

As expected, the data replicated previous research on the stressful nature of the still face (Carter et al., 1990; Toda & Fogel, 1993; Weinberg & Tronick, 1996). The data also supported Weinberg and Tronick's and Kogan and Carter's (1996) interpretation that the process of reparation and regulation is more complex in the reunion play than in the play preceding the still face. During the

reunion play, mothers and infants must renegotiate the interaction and cope with a carryover of negative affect from the still face. At the same time, there is a rebound of positive mother-oriented infant behaviors when the mother resumes normal behavior. These interactive challenges are illustrated in the coordination data. Mothers and infants were more likely to be in social matches during the reunion play, which is consistent with a rebound effect of positive mother-focused behavior. Furthermore, the rate of change between matching and mismatching states was slower during the reunion than the first play interaction, indicating that the infants and mothers took longer to repair interactive errors and to move into joint social and object states during the reunion episode. This finding makes sense in light of the ambivalent nature of the infants' behavior in the reunion episode, during which they alternated between negative and positive affective displays.

The MRM provides a framework for explaining the observed gender differences in infant expressivity and mother–infant coordination. Tronick (1980) hypothesized that infants have limited regulatory capacities and therefore require a caregiver's input to help them maintain affective regulation. Infants communicate their need for additional regulatory support through their affective displays (Weinberg & Tronick, 1994). The findings from this study suggest that male infants must make their needs explicit to the mother because of their more limited capacity for self-regulation. Thus, much of their expressive behavior (both positive and negative) is directed toward the mother and serves the function of communicating to the mother their needs and evaluation of the interaction. The data also suggest that mother–son dyads may need to work harder than mother–daughter dyads in keeping the interaction affectively well organized. Thus, it took longer for mother–son than mother–daughter dyads to move from matching to mismatching states and to repair the interaction. Furthermore, mothers and sons carefully monitored and synchronized each other's behavior, which may function to help boys maintain self-regulation.

The findings supported the hypothesis that positive maternal affect in the play preceding the still face would be associated with negative expressive displays for boys and with interest and object exploration for girls during the still face. Positive maternal affect in the first play was associated with an increase in fussiness in the still face for boys and with more looking at objects and less scanning for girls. These findings support an interpretation that maternal behavior in the play before the still face differentially mediates male and female infants' responses to the still face. From the perspective of the MRM, boys may be vulnerable to the abrupt withdrawal of positive maternal affect during the still face because of their greater difficulty in maintaining self-regulation. The more sensitive and positive the maternal support, the more likely boys may be to react negatively to its withdrawal and to use negative social cues in an effort to reengage the mother. On the other hand, girls, who are better able to self-regulate, may be less dysregulated by the still face than boys and therefore better able to maintain a focus on objects. Alternatively, girls may have redirected their gaze away from the still-faced mother to use objects as a means of self-regulation.

The hypothesis that mother–infant coordination in the first play would be associated with negative expressivity during the still face and reunion play was supported, but only for boys. Higher mother–son synchrony and rate of change in the first play predicted more negative affect, less positive affect, and less social and object engagement in the subsequent episodes. These findings are consistent with the explanation that, for boys, more coordination in the interaction may be associated with more disruption in the still face when maternal regulatory support is withdrawn. The alternative hypothesis that greater coordination in the first play would be associated with greater capacity to cope with the stress of the still face and the reunion play was also supported. For both boys and girls, social matching during the first play was associated with positive expressive behaviors that served to elicit or maintain interaction with the mother. This effect was not found for object matching.

These findings indicate that the measures of coordination may serve different functions in the mother–infant interaction and may have differential effects on the infant's socioemotional development. For instance, high levels of synchrony can be achieved when both the mother and baby consistently move together in positive or negative affective states or move back and forth from positive to negative states. In this study, negative maternal affect was extremely rare. However, Field, Healy, Goldstein, and Guthertz (1990) found that mothers with high levels of depressive symptomatology and their infants spent a substantial amount of time together in negative affective states. This is an example in which high levels of coordination occur in the negative affective domain and may actually be detrimental to the infant's development. On the other hand, social matching, as defined in this study, always involved mutual gaze and shared positive affect. Thus, social matching may serve a protective role that buffers the infant against stress, facilitates the infant's coping with stress, and increases the infant's sense of agency and effectance. These possibilities raise the issue of the developmental appropriateness of particular measures of coordination in mother–infant interactions. Further research on the role of coordination in the mother–infant relationship is needed.

The findings from this study support an interpretation that the capacity for self-regulation may be at the base of gender differences in infant emotional expressivity. Boys appeared to have a more limited capacity for self-regulation than girls and made their needs explicit to the mother by using a wider range of both positive and negative expressive displays. Girls, on the other hand, showed more interest and object exploration than boys and seemed less vulnerable to interactive stresses such as those created by the still face and the reunion play. These gender differences in emotional expressivity and self-regulation differentially affected the regulatory demands of mothers and sons and mothers and daughters. Thus, mothers and sons attempted to carefully synchronize their behavior but had more difficulty than mothers and daughters in moving to joint social and object states. These dyadic regulatory demands are likely to become attenuated or elaborated over time, shaping the mother–infant relationship and leading to different emotional and interactive experiences for boys and girls. For example, it is likely that these regulatory differences may become part of the process that leads to gender differences seen in children only 1 or 2 years older than the children in this study (see Golombok & Fivush, 1994). It remains unclear whether the gender differences in self-regulation and expressivity observed in this study are attributable to biological factors or socialization forces or, as is most likely, a combination of these factors. However, the findings indicate that the study of the emergence of gender differences must start very early in the infant's life and highlight the

importance of focusing on self and mutual regulatory affective processes in the mother–infant relationship.

## References

Beal, C. (1994). *Boys and girls.* New York: McGraw-Hill.

Beeghly, M., & Tronick, E. Z. (1994). Effects of prenatal exposure to cocaine in early infancy: Toxic effects on the process of mutual regulation. *Infant Mental Health Journal, 15,* 158–175.

Brazelton, T. B. (1984). *Neonatal Behavioral Assessment Scale.* London: Spastics International.

Brazelton, T. B., Koslowski, B., & Main, M. (1974). The origins of reciprocity: The early mother-infant interaction. In M. Lewis & L. A. Rosenblum (Eds.), *The effect of the infant on its caregiver* (pp. 49–76). New York: Wiley Interscience.

Brody, L. R., & Hall, J. A. (1993). Gender and emotion. In M. Lewis & J. M. Haviland (Eds.), *Handbook of emotions* (pp. 447–460). New York: Guilford Press.

Call, J. D. (1978). Differential vulnerability and coping in boys and girls at birth. In E. J. Anthony, C. Koupernik, C. Chiland, A. Freud, & M. Mahler (Eds.), *The child in his family: Vulnerable children* (Vol. 4, pp. 145–171). New York: Wiley.

Carter, A. S., Mayes, L. C., & Pajer, K. A. (1990). The role of dyadic affect in play and infant sex in predicting infant responses to the still-face situation. *Child Development, 61,* 764–773.

Chodorow, N. (1978). *The reproduction of mothering.* Berkeley: University of California Press.

Cicchetti, D., & Feinstein, A. (1990). High agreement but low kappa: I. The problems of two paradoxes. *Journal of Clinical Epidemiology, 43,* 543–549.

Cohen, J. (1960). A coefficient of agreement for nominal scales. *Educational and Psychological Measurement, 20,* 37–46.

Cohen, J. (1988). *Statistical power analysis for the behavioral sciences* (2nd ed.). Hillsdale, NJ: Erlbaum.

Cohn, J. F., & Tronick, E. Z. (1987). Mother-infant face-to-face interaction: The sequence of dyadic states at 3, 6, and 9 months. *Developmental Psychology, 23,* 68–77.

Easterbrooks, A., & Emde, R. N. (1983). *The Hedonic Tone Scales.* Unpublished manuscript, University of Colorado Health Sciences Center, Denver.

Feldman, J. F., Brody, N., & Miller, S. A. (1980). Sex differences in non-elicited neonatal behaviors. *Merrill-Palmer Quarterly, 26,* 63–73.

Field, T., Healy, B., Goldstein, S., & Guthertz, M. (1990). Behavior-state matching and synchrony in mother-infant interactions of nondepressed versus depressed dyads. *Developmental Psychology, 26,* 7–14.

Fogel, A., Nwokah, E., Dedo, J. Y., Messinger, D., Dickson, K. L., Matusov, E., & Holt, S. A. (1992). Social process theory of emotion: A dynamic systems approach. *Social Development, 1,* 122–142.

Goldberg, S., & Lewis, M. (1969). Play behavior in the year-old infant: Early sex differences. *Child Development, 40,* 21–31.

Golombok, S., & Fivush, S. (1994). *Gender development.* New York: Cambridge University Press.

Gusella, J. L., Muir, D., & Tronick, E. Z. (1988). The effect of manipulating maternal behavior during an interaction on three- and six-month-olds' affect and attention. *Child Development, 59,* 1111–1124.

Hittelman, J. H., & Dickes, R. (1979). Sex differences in neonatal eye contact time. *Merrill-Palmer Quarterly, 25,* 171–184.

Izard, C. E. (1977). *Human emotions.* New York: Plenum.

Izard, C. E., & Dougherty, L. (1980). *A system for identifying affect expressions by holistic judgments (AFFEX).* Newark: University of Delaware, Instructional Resources Center.

Izard, C. E., & Malatesta, C. Z. (1987). Perspectives on emotional development: I. Differential emotions theory of early emotional development. In J. D. Osofsky (Ed.), *Handbook of infant development* (2nd ed., pp. 494–554). New York: Wiley.

Kogan, N., & Carter, A. S. (1996). Mother-infant reengagement following the still-face: The role of maternal emotional availability in infant affect regulation. *Infant Behavior and Development, 19,* 359–370.

Korner, A. F. (1969). Neonatal startles, smiles, erections, and reflex sucks as related to state, sex, and individuality. *Child Development, 40,* 1039–1053.

Korner, A. F. (1974). The effect of the infant's state, level of arousal, sex, and ontogenetic stage on the caregiver. *Journal of Reproductive and Infant Psychology, 10,* 53–63.

Lewis, M. (1972). State as an infant-environment interaction: An analysis of mother-infant interaction as a function of sex. *Merrill-Palmer Quarterly, 18,* 95–121.

Maccoby, E. E., & Jacklin, C. (1974). *The psychology of sex differences.* Stanford, CA: Stanford University Press.

Malatesta, C. Z., & Haviland, J. (1982). Learning display rules: The socialization of emotion expression in infancy. *Child Development, 53,* 991–1003.

Mayes, L. C., & Carter, A. S. (1990). Emerging social regulatory capacities as seen in the still-face situation. *Child Development, 61,* 754–763.

Melson, G. F., & Fogel, A. (1982). Young children's interest in unfamiliar infants. *Child Development, 53,* 693–700.

Moss, H. A. (1967). Sex, age, and state as determinants of mother-infant interaction. *Merrill-Palmer Quarterly, 13,* 19–36.

Osofsky, J. D., & O'Connell, E. J. (1977). Patterning of newborn behavior in an urban population. *Child Development, 48,* 532–536.

Parke, R. D. (1981). *Fathers.* Cambridge, MA: Harvard University Press.

Parke, R. D., & Sawin, D. B. (1980). The father's role in infancy: A reevaluation. *Family Coordinator, 25,* 365–371.

Phillips, S., King, S., & DuBois, L. (1978). Spontaneous activities of female versus male infants. *Child Development, 49,* 590–597.

Power, T. G., & Parke, R. D. (1982). Play as a context for early learning: Lab and home analyses. In L. M. Laosa & I. E. Siegel (Eds.), *The family as a learning environment* (pp. 150–174). New York: Plenum.

Robinson, J., & Biringen, Z. (1995). Gender and emerging autonomy in development. *Psychoanalytic Inquiry, 15,* 60–74.

Robinson, J., Little, C., & Biringen, Z. (1993). Emotional communication in mother-toddler relationships: Evidence for early gender differentiation. *Merrill-Palmer Quarterly, 39,* 496–517.

Rubin, J. Z., Provenzano, F. J., & Luria, A. (1974). The eye of the beholder: Parents' views on sex of newborns. *American Journal of Orthopsychiatry, 44,* 512–519.

Stack, D., & Muir, D. W. (1992). Adult tactile stimulation during face-to-face interactions modulates five-month-olds' affect and attention. *Child Development, 63,* 1509–1525.

Stern, M., & Karaker, K. H. (1989). Sex stereotyping of infants: A review of gender labeling studies. *Sex Roles, 20,* 501–522.

Stoller, S., & Field, T. (1982). Alteration of mother and infant behavior and heart rate during a still-face perturbation of face-to-face interaction. In T. Field & A. Fogel (Eds.), *Emotion and early interaction* (pp. 57–82). Hillsdale, NJ: Erlbaum.

Toda, S., & Fogel, A. (1993). Infant response to the still-face situation at 3 and 6 months. *Developmental Psychology, 29,* 532–538.

Trevarthen, C. (1979). Communication and cooperation in early infancy: A description of primary intersubjectivity. In M. Bullowa (Ed.), *Before speech: The beginning of interpersonal communication* (pp. 321–347). Cambridge, England: Cambridge University Press.

Tronick, E. Z. (1980). On the primacy of social skills. In D. B. Sawin, L. O. Walker, & J. H. Penticuff (Eds.), *The exceptional infant* (pp. 144–158). New York: Brunner/Mazel.

Tronick, E. Z. (1989). Emotions and emotional communication in infants. *American Psychologist, 44,* 112–119.

Tronick, E. Z., Als, H., Adamson, L., Wise, S., & Brazelton, T. B. (1978). The infant's response to entrapment between contradictory messages in

face-to-face interaction. *Journal of the American Academy of Child Psychiatry, 17,* 1–13.

Tronick, E. Z., Als, H., & Brazelton, T. B. (1980). Monadic phases: A structural descriptive analysis of infant-mother face-to-face interaction. *Merrill-Palmer Quarterly, 26,* 3–13.

Tronick, E. Z., & Cohn, J. F. (1989). Infant-mother face-to-face interaction: Age and gender differences in coordination and the occurrence of miscoordination. *Child Development, 60,* 85–92.

Tronick, E. Z., & Gianino, A. F. (1986). Interactive mismatch and repair: Challenges to the coping infant. *Zero to Three, 6,* 1–6.

Tronick, E. Z., & Weinberg, M. K. (1990a). *The Infant Regulatory Scoring System (IRSS).* Unpublished manuscript, Children's Hospital and Harvard Medical School, Boston, MA.

Tronick, E. Z., & Weinberg, M. K. (1990b). *The Maternal Regulatory Scoring System (MRSS).* Unpublished manuscript, Children's Hospital and Harvard Medical School, Boston, MA.

Weinberg, M. K., & Tronick, E. (1994). Beyond the face: An empirical study of infant affective configurations of facial, vocal, gestural, and regulatory behaviors. *Child Development, 65,* 1503–1515.

Weinberg, M. K., & Tronick, E. Z. (1996). Infant affective reactions to the resumption of maternal interaction after the still-face. *Child Development, 67,* 905–914.

Weinberg, M. K., & Tronick, E. Z. (1997). Maternal depression and infant maladjustment: A failure of mutual regulation. In J. D. Noshpitz (Ed.), *The handbook of child and adolescent psychiatry: Vol. 1. Infancy and preschool: Development and syndromes* (pp. 177–191). New York: Wiley.

Received April 22, 1996
Revision received April 27, 1998
Accepted April 27, 1998 ■

**AMERICAN PSYCHOLOGICAL ASSOCIATION**
**SUBSCRIPTION CLAIMS INFORMATION**

**Today's Date:**____________________

We provide this form to assist members, institutions, and nonmember individuals with any subscription problems. With the appropriate information we can begin a resolution. If you use the services of an agent, please do NOT duplicate claims through them and directly to us. **PLEASE PRINT CLEARLY AND IN INK IF POSSIBLE.**

PRINT FULL NAME OR KEY NAME OF INSTITUTION

MEMBER OR CUSTOMER NUMBER (MAY BE FOUND ON ANY PAST ISSUE LABEL)

ADDRESS

DATE YOUR ORDER WAS MAILED (OR PHONED)

____PREPAID ____CHECK ____CHARGE
CHECK/CARD CLEARED DATE:________________

CITY STATE/COUNTRY ZIP

(If possible, send a copy, front and back, of your cancelled check to help us in our research of your claim.)

YOUR NAME AND PHONE NUMBER

ISSUES: ____ MISSING ____ DAMAGED

| TITLE | VOLUME OR YEAR | NUMBER OR MONTH |
|---|---|---|
| | | |
| | | |
| | | |

*Thank you. Once a claim is received and resolved, delivery of replacement issues routinely takes 4–6 weeks.*

(TO BE FILLED OUT BY APA STAFF)

**DATE RECEIVED:** ________________ **DATE OF ACTION:** ________________
**ACTION TAKEN:** ________________ **INV. NO. & DATE:** ________________
**STAFF NAME:** ________________ **LABEL NO. & DATE:** ________________

**Send this form to APA Subscription Claims, 750 First Street, NE, Washington, DC 20002-4242**

**PLEASE DO NOT REMOVE. A PHOTOCOPY MAY BE USED.**

# Three-Month-Old Infants' Reaction to Simulated Maternal Depression

Jeffrey F. Cohn; Edward Z. Tronick

*Child Development*, Vol. 54, No. 1 (Feb., 1983), 185-193.

Stable URL:
http://links.jstor.org/sici?sici=0009-3920%28198302%2954%3A1%3C185%3ATIRTSM%3E2.0.CO%3B2-U

*Child Development* is currently published by Society for Research in Child Development.

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/about/terms.html. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/journals/srcd.html.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

JSTOR is an independent not-for-profit organization dedicated to creating and preserving a digital archive of scholarly journals. For more information regarding JSTOR, please contact support@jstor.org.

http://www.jstor.org/
Mon Apr 25 14:23:49 2005

# Three-Month-Old Infants' Reaction to Simulated Maternal Depression

**Jeffrey F. Cohn and Edward Z. Tronick**
*University of Massachusetts*

COHN, JEFFREY F., and TRONICK, EDWARD Z. *Three-Month-Old Infants' Reaction to Simulated Maternal Depression.* CHILD DEVELOPMENT, 1983, **54**, 185–193. To investigate the nature of the young infant's social competence, the effect of depressed maternal expression during face-to-face interaction was examined using an experimental analogue of maternal depression. Subjects were 12 female and 12 male infants, ages 96–110 days, and their mothers. 2 counter-balanced experimental treatments consisted of 3 min of normal maternal interaction and 3 min of simulated depressed interaction. A control treatment consisted of 2 3-min epochs of normal maternal interaction. Interactions were videotaped and infant behavior described on a 5-sec time base that maintained order of occurrence. Infants in the depressed condition structured their behavior differently and were more negative than infants in the normal condition. Infants in the depressed condition produced higher proportions of protest, wary, and brief positive. Infants in the depressed condition cycled among protest, wary, and look away. Infants in the normal condition cycled among monitor, brief positive, and play. In addition, differences in negativity were likely to continue briefly after mothers switched from depressed to normal interaction. The data indicate that infants have a specific, appropriate, negative reaction to simulated depression in their mothers. These results question formulations based on alternate hypotheses and suggest that the infant has communicative intent in its interactions.

There is increasing evidence to suggest that during face-to-face interaction the frequency and duration of selected infant behaviors is clearly related to the quality of maternal expression (Brazelton, Koslowski, & Main 1974; Field 1980; Stern 1974, 1977; Tronick 1982). The most striking evidence for this relationship comes from studies in which maternal expression is experimentally manipulated. Carpenter, Tecce, Stechler, and Friedman (1970) were among the first to observe that infants aged 1–8 weeks would respond with increased proportions of both gaze aversion and negative affect in response to their mothers appearing motionless before them. Subsequently, several studies (Fogel, Diamond, Langhorst, & Demos 1982; Trevarthen 1977; Tronick, Als, Adamson, Wise, & Brazelton 1978; Ricks, Note 1) have found that infants aged 2 months and older also respond with increased proportions of gaze aversion and negative affect in response to their still-faced mother.

Although none of these still-face studies presented sequential analyses, each referred to modifications in the sequential ordering of infant behavior. Tronick et al. and also Ricks observed a pattern in which the infant would first become briefly positive and then avert its gaze and show distress. Tronick et al. interpreted this pattern as signifying the infant's capacity to modify its own behavior in response to that of the adult partner. The infant attempts to reinstate the normal interaction (Tronick 1982); unsuccessful, the infant becomes disengaged and negative in affect.

Few other manipulations of maternal expression have been reported. Dodd (1979) presented infants aged 10–16 weeks with nursery rhymes recorded in and out of synchrony with lip movements and found that the infants decreased the proportion of time spent gazing at the mother during the out-of-synchrony condition. In a less extreme manipulation, Field (1977) found that when mothers of 3½-month-old infants slowed their interactive behavior by imitating their infants' behavior, the result was increased infant gaze and positive affect. When mothers speeded up their behavior and became overly intrusive the consequence was increased infant gaze aversion and negative affect. Arco and McCluskey (1981) found a somewhat different relationship between what they refer to

This paper is based in part on a presentation given by the first author at the biennial meeting of the Society for Research in Child Development, Boston, April 1981. Requests for reprints should be sent to: Jeffrey F. Cohn, Psychology Department, University of Massachusetts, Amherst, Massachusetts 01003.

[*Child Development*, 1983, 54, 185–193. © 1983 by the Society for Research in Child Development, Inc. All rights reserved. 0009-3920/83/5401-0021$01.00]

as the temporal pacing of maternal expression and infant affect, but procedural differences between their study and that of Field make substantive differences difficult to resolve.

To date, no study has used appropriate sequential techniques to describe the contingency structure of infant behavior in response to either the still face or any other manipulation of maternal expression. Moreover, there are few studies (e.g., Kaye & Fogel 1980) that have adequately described the contingency structure of infant behavior in response to normal maternal expression. The relationship between the quality of maternal expression and the sequential ordering of infant behavior, therefore, is not well understood. In addition, there is developmental and clinical reason to consider infant response to distortions of maternal behavior that an infant might experience outside of the laboratory. In the present study, appropriate sequential techniques are used in order to investigate infant response to normal and to simulated depressed maternal expression.

Mothers of 24 3-month-old infants were instructed to interact with depressed and/or normal maternal expression during face-to-face exchanges. During depressed interactions, maternal speech was slowed, maternal facial expression was reduced, and body movement and touch contact with the infant were limited. This manipulation was not intended as a true analogue of clinical maternal depression. It was, however, intended to inform future clinical investigations. A number of sources (Brazelton et al. 1974; Stern 1977; Tronick, Ricks, & Cohn 1982; Weissman & Paykel 1974) suggest that infant social development is strongly related to the quality of the caregiver's affect.

## Method

### *Subjects*

Subjects were 12 female and 12 male infants and their mothers. Infants ranged in age from 96 to 110 days (mean age, 103 days). Fifteen infants were firstborn and 9 infants were laterborn. The average educational level of mothers was 3 years of college (standard deviation = 2.4 years). Each mother was her infant's primary caretaker. Ten additional subjects participated in at least some of the experimental procedure, but their data were not included in the analyses on one of four a priori grounds: equipment failure during filming (5 infants); mother in violation of procedure (inclusion of toy in play sequence, 1 infant); infant found to be physically ill or facially deformed (2 infants); and infant cried when first placed in infant seat (2 infants). Appropriate-aged infants were identified from published birth announcements and their mothers were contacted by telephone.

### *Setting and Materials*

The laboratory was equipped with an infant seat mounted on a table, facing adjustable stool for the mother, two videocameras, and a microphone. One camera was focused on the mother and one on the infant. Both pictures were transmitted through a digital timer and split-screen generator into a videorecorder.

### *Procedure*

Infants, by sex, were assigned randomly to one of three treatment orders. Treatment orders consisted of two contiguous 3-min epochs of mother-infant interaction. Two experimental treatments were counterbalanced for order of presentation; they each consisted of one epoch during which mothers were instructed to interact with normal expression and one epoch during which they were instructed to interact with simulated depressed expression. A control treatment called for mothers to interact with normal expression for both 3-min epochs. Mothers were instructed to change (or continue) mode of expression on signal at the end of the first 3 min. They were also told that should their infant begin to cry, the procedure would be interrupted after 25 sec of hard, steady crying.

Mothers were told that their infants would be assigned to one of the three treatment orders. Orders and conditions (normal and depressed) were described verbally in an informal, semistandardized format. Mothers were asked to imagine how they felt on days when they felt tired or depressed and felt unable to play effectively with their infant. They were instructed to direct gaze toward their infant; speak in a flat uninteresting monotone; keep their faces relatively expressionless; and minimize body movement and touch contact with their infant. In addition to the verbal instructions, the mothers observed a videotape demonstration of the style of behavior requested. Specific assignments were made after the infant was placed in the infant seat and the procedure was ready to begin.

As a manipulation check, maternal behavior as a function of experimental instructions was examined using Ricks's (Note 1) modification of Ainsworth, Bell, and Stayton's (1974) sensitivity/insensitivity scales. Ricks's instrument includes three dimensions, each on a

seven-point scale: elaboration, undercontrol, and overcontrol. Maternal behavior during the first 3-min epoch was rated on the dimensions of elaboration and of undercontrol. Elaboration scales the extent to which mothers appropriately respond to infant bids for attention. Undercontrol (cf. Stern 1977) reflects hesitancy and withdrawal during the interaction.

*Behavior Codes and Scoring System*

The coding system was comprised of five mutually exclusive states: look away, protest, wary, monitor, and positive. Positive was subdivided into brief positive and play. Look away, wary, and monitor included two to three substates each. Table 1 contains infant states and substates with descriptors. States and descriptors were developed from the Monadic Phases system of Tronick and associates (Als, Tronick, & Brazelton 1979; Tronick, Als, & Brazelton 1980).

Each 3-min epoch was divided into 36 5-sec intervals. The method of scoring provided for the recording of modified frequencies such that the original ordering of codes was preserved.

*Reliability*

Interobserver reliability was defined as the number of agreements divided by the number of agreements plus disagreements. Coders began working with experimental data only after training to 80% agreement on pilot tapes and tapes from related studies of mother-infant interactions. Reliability was checked continuously and was consistently above 80% for each of the five codes and above 90% for the distinction between brief positive and play.

## Results

*Manipulation Check*

Maternal behavior was significantly more undercontrolling, $t_{(23)} = 7.75$, $p < .001$, in the depressed condition. The mean rating in the depressed condition was 6.5. The mean rating in the normal condition was 2.875. Maternal behavior was also characterized by significantly less elaboration, $t_{(23)} = -4.19$, $p < .001$. The mean rating in the depressed condition was 2.25. The mean rating in the normal condition was 5.06.

*Condition Effects in the Proportion of Infant Time Spent in Affect States*

Condition effects were tested by comparing depressed and normal conditions of the first 36 5-sec intervals. There was a significant main effect of condition for wary, $F(1,20) = 17.27$, $p < .001$; protest, $F(1,20) = 9.75$, $p < .01$; and brief positive, $F(1,20) = 7.18$, $p < .025$. Cell means were 15.25 versus 3.38 for wary, 11.88 versus 3.00 for protest, and 3.25 versus 1.38 for brief positive.

Additionally, the variability of play was substantially greater in the normal condition. Scores ranged from 0 to 32 intervals of play (mean = 11.00) versus 0–6 (mean = 2.13) in the depressed condition. This difference in variability was significant beyond the .001 level,

TABLE 1

INFANT STATES

| State | Description |
|---|---|
| 1. Protest | Negative facial expressions of cry face or grimace along with crying, fussing, or arching back or writhing movements; gaze may be toward mother or away |
| 2-1. Wary | Gaze is toward mother; facial expression is serious-sober, with eyebrows somewhat narrowed; head may be positioned down or part-side |
| 2-2. Glance away | From wary infant makes brief glance to look away; duration is less than 1.25 sec; return may be to either wary or monitor |
| 2-3. Flash | Infant remains in wary; eyebrows are briefly raised and then lowered; duration of a single flash is less than 2.5 sec |
| 3-1. Look away | Gaze is away from mother; facial expression is slightly negative to bright |
| 3-2. Sweep | Face is to the side (level, down, or up) and then makes a continuous sweep toward mother and on to complete other side without clearly glancing at mother |
| 3-3. Glance toward | Brief glance from look away toward mother and then away; duration less than 1.25 sec |
| 4-1. Monitor | Gaze is toward mother; head position is level or up and en face; eyebrows and cheeks may be slightly raised; absence of smile |
| 4-2. Glance away | From monitor, brief glance to look away; duration is less than 1.25 sec; gaze return may be to either monitor or wary |
| 4-3. Flash | Infant remains in monitor; eyebrows are briefly raised and then lowered; duration of a single flash is less than 1.25 sec |
| 5-1. Brief positive | Facial expression brightens but duration is brief (less than 3.0 sec) and appears attenuated; gaze is toward mother |
| 5-2. Play | Facial expression is bright with smile or play face; must begin with gaze toward mother |

$F_{(max)}(2,7) = 27.02$. The difference in means between conditions approached significance, $F(1,20) = 4.07$, $p = .06$.

There was one significant sex of subject effect. Girls had higher rates of brief positive than did boys, $F(1,20) = 6.26$, $p < .025$. There was no sex × condition interaction for brief positive or for any other affect states.

*Condition Carry-Over*

To test for the presence of condition carry-over, infants' reaction to the first 60 sec of the epoch 2 normal condition was examined. This provided a comparison of those infants whose preceding experience had been one of depressed maternal expression with those whose preceding experience had been one of normal maternal expression. The data for one subject whose extreme upset necessitated cessation of the depressed condition were excluded from the analysis.

Infants who had previously experienced depressed maternal expression were significantly more likely to respond to subsequent normal maternal expression with protest or wary, $t_{(18)} = 2.18$, $p < .05$. In the first 60 sec (12 intervals) of the normal condition following depressed the average number of intervals of protest or wary was 7.28. The corresponding figure was 2.38. There was also continued presence of heterogeneity of variance for play, $F_{(max)}(2,7) = 5.37$, $p < .05$. The range of play in the experimental group (normal after depressed) was 0–5; in the control group it was 0–10. In addition, no experimental condition infants entered monitor, whereas the range of monitor in the control group was 0–6 ($M = 2$, SD $= 2.67$).

*Sequential structure of infant behavior within each condition.*—In order to determine the transition rules in effect within each condition, a lag analysis of contingency was performed on the lag 1 group transition matrix of epoch 1 depressed and normal conditions. Following Sackett (1979), criterion behaviors with frequencies greater than 25 and for which the expected probability was greater than .1 were tested with the normal approximation to the binomial. Otherwise exact binomial probabilities were calculated. Criterion behaviors were said to have an excitatory function for a particular transition when the conditional probability of that transition was greater than the expected probability and said to have an inhibitory function when the conditional probability was less than the expected probability.

In the depressed condition, the conditional probabilities among the three predominant states of protest, wary, and look away are of zero order. There are no significant differences between the conditional and expected probabilities. The infant cycling among protest, wary, and look away is poorly organized: it is a function of the high baseline probabilities of each of these states (see fig. 1*A*).

The one well-organized transition in the depressed condition is that from brief positive to look away. Brief positive had an excitatory function for look away, $z = 3.14$, $p < .005$. The conditional probability of look away/brief positive was .690. The expected probability was .389 (table 2). Brief positive also had an inhibitory function for two states, protest and wary, $z = -2.09$ and $-2.0$, respectively, $p < .05$. The conditional probability of protest/brief positive was .077, whereas the expected probability was .255. The conditional probability of wary/brief positive was .115. The expected probability of wary was .293. No other significant lag 1 contingencies were detected in the depressed condition.

In the normal condition there was significant cycling among play, brief positive, and monitor (table 3 and fig. 1*B*). This cycling is evident from the lag 1 conditional probabilities and from the longer sequences of these behaviors that were observed. The most likely transition from monitor was to play, $z = 3.63$, $p < .0005$. The conditional probability of play/monitor was .432; the expected probability was .196. The conditional probability of brief positive/monitor was .270 versus an expected probability of brief positive of .141, $z = 2.26$, $p < .025$. Brief positive, in turn, had an excitatory function for monitor. The conditional probability of monitor/brief positive was .393; the expected probability was .228, $z = 2.09$, $p < .05$. From play, the most likely contingency was to monitor, $z = 2.17$, $p < .05$. The conditional probability of monitor/play was .378, the expected probability .228.

The absorbing characteristics of this possitive cycle are, in fact, underestimated by reference to the lag 1, or first-order, conditional probabilities alone. Combining the subcategories of brief positive and play, one would expect the four-step sequence, monitor-positive-monitor-positive-monitor, to have a probability of .07 given the lag 1 conditional probabilities. The conditional probability of positive-monitor-positive-monitor/monitor, however, is a

much larger .31, $p < .001$. When normal condition infants first enter monitor, they are highly likely to begin positive cycling.

One implication of this cycling is that these states inhibit transitions to negative states. The data support this implication.

Monitor, brief positive, and play also inhibited transitions to wary and protest. The conditional probability of protest/monitor was zero versus an expected probability of .161, $z = -2.68$, $p < .01$. Brief positive inhibited transitions to protest. The conditional probability of protest/brief positive was zero versus an expected probability of .123, $z = -1.98$, $p < .05$.

Look away in the normal condition had an excitatory function for two negative codes, wary and protest. The conditional probability of wary/look away was .304 versus an expected probability of .201, $z = 2.15$, $p < .05$. The conditional probability of protest/look away was .217 versus an expected probability of .132, $z = 2.07$, $p < .05$. Look away also had an inhibitory function for play. The conditional probability of play/look away was .116 versus an expected probability of .245, $z = -2.48$, $p < .025$.

Wary had an inhibitory function for monitor. The conditional probability of monitor/wary was .031; the expected probability was




Fig. 1.—State transition diagrams for the depressed and normal conditions. The relative proportion of infant time spent in each state is indicated by size of the circle representing that state. The thickness of the arrows represents the relative size of the conditional probabilities of event sequence transitions. Striped arrows indicate those transitions for which conditional and unconditional probabilities do not significantly differ, $p < .05$. Only the highest conditional probabilities from each state are shown. The numbers next to the arrows indicate the exact size of conditional probabilities.

TABLE 2

Lag 1 Conditional Probabilities and Summary Statistics for the Depressed Condition

| | Look Away | Protest | Wary | Monitor |
|---|---|---|---|---|
| $p_{L1}$ ...... | .690 | .077 | .115 | .115 |
| $p_e$ ....... | .389 | .255 | .293 | .064 |
| $SD_{p_e}$ ..... | .096 | .085 | .089 | .048 |
| $Z$ ....... | 3.14** | −2.09* | −2.00* | 1.06 |

Note.—Criterion is brief positive. $p_{L1}$ is the conditional probability at lag 1, $p_e$ is the expected (unconditional) probability at lag 1, $SD_{p_e}$ is the standard deviation of expected probability.

* $p < .05$.

** $p < .005$.

.189, $z = -2.29$, $p < .025$. If one combines brief positive and play, wary has an excitatory function for a transition to positive. The conditional probability of brief positive or play/wary was .531 versus an expected probability of .325, $z = 2.48$, $p < .025$.

## Discussion

Infant behavior differed markedly depending on the quality of maternal affect. This difference was evident in both the proportion of time spent in affect states and in the sequencing of transitions among states. Depressed condition infants spent a full half of their time in protest or wary and had higher frequencies of brief positive. By contrast, normal condition infants were only rarely in protest or wary and seldom made brief positive displays. The variability of play was also far less in the normal condition.

Equally important is the finding that the sequencing of infant affect states is clearly related to the quality of maternal expression. During periods of engagement normal condition infants are most likely to cycle in a well-organized way among the three states of brief positive, monitor, and play. This positive cycling occurs within a larger on-off cycle of engagement-disengagement similar to that described by Brazelton et al. (1974) and Kaye and Fogel (1980). About 40% of the transi-

TABLE 3

Lag 1 Conditional Probabilities and Summary Statistics for the Normal Condition

| Criterion and Probabilities | Protest | Wary | Monitor | Brief | Play | |
|---|---|---|---|---|---|---|
| Look away: | | | | | | |
| $p_{L1}$ | .217 | .304 | .174 | .188 | .116 | |
| $p_e$ | .132 | .201 | .245 | .176 | .245 | |
| $SD_{p_e}$ | .041 | .048 | .052 | .046 | .052 | |
| $Z$ | 2.07* | 2.15* | −1.37 | .261 | −2.48** | |
| | **Look Away** | **Protest** | **Monitor** | **Brief** | **Play** | **Positive** |
| Wary: | | | | | | |
| $p_{L1}$ | .406 | .031 | .031 | .219 | .313 | .532 |
| $p_e$ | .383 | .102 | .189 | .136 | .189 | .325 |
| $SD_{p_e}$ | .086 | .054 | .069 | .061 | .069 | .083 |
| $Z$ | .27 | −1.31 | −2.29* | 1.36 | 1.80 | 2.49** |
| | **Look Away** | **Protest** | **Wary** | **Brief** | **Play** | |
| Monitor: | | | | | | |
| $p_{L1}$ | .297 | 0 | 0 | .270 | .432 | |
| $p_e$ | .396 | .106 | .161 | .141 | .196 | |
| $SD_{p_e}$ | .080 | .051 | .060 | .057 | .065 | |
| $Z$ | −1.23 | −2.08* | −2.68*** | 2.26** | 3.63**** | |
| | **Look Away** | **Protest** | **Wary** | **Monitor** | | |
| Brief positive: | | | | | | |
| $p_{L1}$ | .536 | 0 | .071 | .393 | | |
| $p_e$ | .461 | .123 | .187 | .228 | | |
| $SD_{p_e}$ | .094 | .062 | .074 | .079 | | |
| $Z$ | .780 | −1.98* | −1.57 | 2.09* | | |
| | **Look Away** | **Protest** | **Wary** | **Monitor** | | |
| Play: | | | | | | |
| $p_{L1}$ | .378 | .108 | .135 | .378 | | |
| $p_e$ | .462 | .123 | .187 | .228 | | |
| $SD_{p_e}$ | .082 | .054 | .064 | .069 | | |
| $Z$ | 1.02 | −.28 | −.81 | 2.17 | | |

Note.—$p_{L1}$ is the conditional probability at lag 1, $p_e$ is the expected (unconditional) probability at lag 1, $SD_{p_e}$ is the standard deviation of expected probability.

* $p < .05$.

** $p < .025$.

*** $p < .01$.

**** $p < .0005$.

tions from play and about half the transitions from brief positive lead to look away and a state of disengagement. From look away the infant then returns to the positive cycle. When normal condition infants occasionally become negative they then return to a positive state through transitions either to positive or through look away.

Depressed condition infants cycle in a poorly organized way among wary, protest, and look away as indicated by the absence of significant excitatory contingencies among these states. In addition, they also show what appears to be a difference in eliciting pattern. Whereas in the normal condition infants briefly become positive (brief positive) and then go to monitor, in the depressed condition, when infant affect is positive briefly, infants next avert gaze (look away) and enter the negative cycle. Although there are few longer, unattenuated positive displays (play), when they do occur they almost always effect a transition to the negative cycle. This negativity is then likely to carry over into subsequent interactions.

Various authors have attempted to interpret infant affect responses in terms of discrepancy based hypotheses (e.g., Arco & McCluskey 1981; Carpenter et al. 1970; Hebb 1946; Kagan 1974; Stern 1974). As a test or illustration of discrepancy based hypotheses of affect, the present study shares serious limitations with much of this literature (for a critical review of discrepancy studies of affect, see McCall & McGhee [1977]). McCall and McGhee state, "Stimulus sets have not been as precisely defined, discrepancy is often used as an explanatory concept when only one level of discrepancy is sampled, familiarization is frequently naturalistic and not under experimental control, and procedures for separating the effects of discrepancy from the particular stimulus event are typically absent." Moreover, as McCall said of this study, "The discrepancy hypothesis has not been developed fully enough to apply to this context with the specificity these authors have demanded and attributed to it" (McCall, Note 2). Nevertheless, it is from just such studies that consensual support for discrepancy based hypotheses of affect has emerged. It therefore seems appropriate to consider the present data from this perspective, particularly inasmuch as they speak to the sequencing of affective responses.

Stern (1974) has hypothesized that a mother who understimulates her infant is presenting it with a minimal level of discrepancy. If simulated depression is experienced as understimulation and hence as a minimally discrepant event, one would expect the infant to respond with an increased proportion of looking away together with neutral affect. If the manipulation instead represents moderate discrepancy, one would expect somewhat higher proportions of negative affect and possibly of looking away followed by positive affect once the infant resolves the discrepancy. Without ascribing developmentally advanced capacities such as hypothesis activation (Kagan 1974), it is difficult to consider simulated depression as occasioning extreme levels of discrepancy in 3-month-old infants. But if indeed it does, one would expect very high proportions of negative affect and of looking away that would either be sustained or would be followed by positive affect (if the discrepancy is resolved) or would be followed by looking away together with neutral affect (if the infant stops trying). Only if the infant resolves the discrepancy, as indexed by sustained positive affect, would a carry-over effect necessarily be expected. In the case where discrepancy is resolved, it is conceivable that depressed maternal expression would then be the new standard against which normal maternal expression in the following condition would be compared.

These data do not conform to any of these discrepancy based expectations. Although protest may be masking the true proportion of infant gaze aversion (look away), the proportion of look away is not significantly different between conditions. More important, for the depressed condition, discrepancy based hypotheses are unable to account for the higher proportions of brief positive or for the significant transitions from brief positive to look away or for the alternating patterns of negative and positive affect that were observed. Additionally, the finding that the effect of the depressed condition carried over into the next period of normal interaction runs directly counter to discrepancy based hypotheses in which affect is said to be a function of current discrepancy–subjective uncertainty parameters. Contradiction of discrepancy predictions is particularly striking given that, post hoc, the model has been considered nearly irrefutable (Hinde 1974). These data would, therefore, strongly caution against the application of discrepancy based hypotheses of affect to the affect responses of infants in a quasi-naturalistic or nonlaboratory situation.

The results of this study do support the hypothesis that infants are able to participate in the regulation of dyadic behavior by 3 months of age. They modify their affect in response to their partners' affective change; they markedly alter the organization of their behavior; and these changes carry over into their subsequent interactions.

They further suggest that the infant is able to detect the affective quality of the mother's displays and appropriately modify his or her own affective displays in response to them. These capabilities, while highlighted in a manipulated situation such as the one reported here, are, more importantly, responsible for the infant's performance in normal interactions. Indeed, they suggest that the infant possesses complexes of affect and behavior guided by the meaning of the stimulus event in its context. Such meanings would include object or person (Brazelton et al. 1974), differences among people (Dixon, Yogman, Tronick, Adamson, Als, & Brazelton 1981; Parke 1979) and even style of interaction (Field 1980; Tronick et al. 1982). We cannot help but speculate than an infant's social development would be jeopardized were he continually confronted with depressed or distorted maternal behavior. In this investigation, 3 brief minutes of depressed maternal affect resulted in a pattern of negative cycling and distress that persisted well into the next period of normal interaction. These findings, together with those of Massie (1978), Seligman (1975), and Stern (1971), would suggest that infants would adapt to chronic distortions of maternal behavior with a pattern of adaptation reflecting both the quality and the chronicity of that experience—and that the experience is one of ineffectance and, indeed, helplessness. We expect that the resulting adaptation and sense of helplessness would continue even into new situations in which no distortion was experienced.

## Reference Notes


1. Ricks, M. Predicting one-year competence from earlier infant behavior: a methodological inquiry. Unpublished manuscript, University of Massachusetts, 1981.
2. McCall, R. B. Personal communication, 1981.


## References


Ainsworth, M. D. S.; Bell, S.; & Stayton, D. Infant-mother attachment and social development: "social action" as a product of reciprocal responsiveness to signals. In M. P. M. Richards (Ed.), *The integration of a child into a social world.* Cambridge: Cambridge University Press, 1974.

Als, H.; Tronick, E.; & Brazelton, T. B. Analysis of face-to-face interaction in infant-adult dyads. In M. E. Lamb, S. J. Suomi, & G. R. Stephenson (Eds.), *Social interaction analysis: methodological issues.* Madison: University of Wisconsin Press, 1979.

Arco, C. M. B., & McCluskey, K. A. "A change of pace": an investigation of the salience of maternal temporal style in mother-infant play. *Child Development*, 1981, **52**, 941–949.

Brazelton, T. B.; Koslowski, B.; & Maine, M. The origin of reciprocity: the early mother-infant interaction. In M. Lewis & L. Rosenblum (Eds.), *The effect of the infant on its caregiver.* New York: Wiley, 1974.

Carpenter, G. C.; Tecce, J. J.; Stechler, G.; & Friedman, S. Differential visual behavior to human and humanoid faces in early infancy. *Merrill-Palmer Quarterly of Behavior and Development*, 1970, **16**, 91–108.

Dixon, S. D.; Yogman, M.; Tronick, E.; Adamson, L.; Als, H.; & Brazelton, T. B. Early infant social interaction with parents and strangers. *Journal of the American Academy of Child Psychiatry*, 1981, **20**, 32–52.

Dodd, B. D. Lip reading in infants: attention to speech presented in- and out-of synchrony. *Cognitive Psychology*, 1979, **11**, 478–484.

Field, T. M. Effects of early separation, interactive deficits, and experimental manipulations on infant-mother face-to-face interaction. *Child Development*, 1977, **48**, 763–771.

Field, T. M. Interaction of high-risk infants: quantitative and qualitative differences. In D. B. Swain, R. C. Hawkins, L. O. Walker, & J. H. Penticuff (Eds.), *Exceptional infant: psychosocial risks in infant-environment transactions.* New York: Brunner/Mazel, 1980.

Fogel, A.; Diamond, G. R.; Langhorst, B. H.; & Demos, V. Affective and cognitive aspects of the two-month-old's participation in face-to-face interaction with its mother. In E. Tronick (Ed.), *Social interchange in infancy: affect, cognition, and communication.* Baltimore: University Park Press, 1982.

Hebb, D. O. On the nature of fear. *Psychological Review*, 1946, **53**, 259–275.

Hinde, R. *Biological bases of human social behavior.* New York: McGraw-Hill, 1974.

Kagan, J. Discrepancy, temperament, and infant distress. In M. L. Lewis & L. A. Rosenblum (Eds.), *Origins of fear.* New York: Wiley, 1974.

Kaye, K., & Fogel, A. The temporal structure of face-to-face communication between mothers

and infants. *Developmental Psychology*, 1980, **16**(5), 454–464.

McCall, R. B., & McGhee, P. E. The discrepancy hypothesis of attention and affect in infants. In I. C. Uzgiris & F. Weizmann (Eds.), *The structuring of experience*. New York: Plenum, 1977.

Massie, H. M. The early natural history of childhood psychosis. *Journal of American Academy of Child Psychiatry*, 1978, **17**, 29–45.

Parke, R. Perspectives on father-infant interaction. In J. Osofsky (Ed.), *Handbook on infant development*. New York: Wiley, 1979.

Sackett, G. P. The lag sequential analysis of contingency and cyclicity in behavioral interaction research. In J. Osofsky (Ed.), *Handbook on infant development*. New York: Wiley, 1979.

Seligman, M. E. P. *Helplessness: on depression, development and death*. San Francisco: W. H. Freeman, 1975.

Stern, D. A micro-analysis of mother-infant interaction: behavior regulating social contact between a mother and her 3½-month-old twins. *Journal of the American Academy of Child Psychiatry*, 1971, **10**, 501–517.

Stern, D. Mother and infant at play: the dyadic interaction involving facial, vocal, and gaze behaviors. In M. Lewis & L. A. Rosenblum (Eds.), *The effect of the infant on its caregiver*. New York: Wiley, 1974.

Stern, D. *The first relationship: infant and mother*. Cambridge, Mass.: Harvard University Press, 1977.

Trevarthen, C. Descriptive analyses of infant communicative behavior. In H. R. Schaffer (Ed.), *Studies in mother-infant interaction*. New York: Academic Press, 1977.

Tronick, E. (Ed.). *Social interchange in infancy: affect, cognition, and communication*. Baltimore: University Park Press, 1982.

Tronick, E.; Als, H.; Adamson, L.; Wise, S.; & Brazelton, T. B. The infant's response to entrapment between contradictory messages in face-to-face interaction. *Journal of American Academy of Child Psychiatry*, 1978, **17**, 1–13.

Tronick, E.; Als, H.; & Brazelton, T. B. Monadic phases: a structural descriptive analysis of infant-mother face-to-face interaction. *Merrill-Palmer Quarterly of Behavior and Development*, 1980, **26**, 3–24.

Tronick, E. Z.; Ricks, M.; & Cohn, J. F. Maternal and infant affective exchange: patterns of adaptation. In T. Field & A. Fogel (Eds.), *Emotion and interaction: normal and high risk infants*. Hillsdale, N.J.: Erlbaum, 1982.

Weissman, M. M., & Paykel, E. S. *The depressed woman: a study of social relationships*. Chicago: University of Chicago Press, 1974.

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Wednesday, January 11, 2006 5:46 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: 4th from Ed Tronick
**Attachments:** Three-Month-old infants' reaction to simulated maternal depression.pdf

---

**From:** Tronick, Ed [mailto:Ed.Tronick@childrens.harvard.edu]
**Sent:** Wednesday, January 11, 2006 3:26 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** 4th

EZ Tronick
Child Development Unit
Childrens Hospital Boston
1295 Boylston St., Suite 320
Boston, MA 02115

Voice 617 355 4617
Fax 617 730 0074

**Weaver, Gretchen (NIH/OD) [E]**

| | |
|---|---|
| **From:** | Friedman, Sarah (NIH/NICHD) [E] |
| **Sent:** | Wednesday, January 11, 2006 5:44 PM |
| **To:** | List NEURO_MEASGRP-L |
| **Subject:** | FW: 2nd from Ed Tronick |
| **Attachments:** | Emotions and emotional communication in infants 1989.pdf |

---

**From:** Tronick, Ed [mailto:Ed.Tronick@childrens.harvard.edu]
**Sent:** Wednesday, January 11, 2006 3:24 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** 2nd

EZ Tronick
Child Development Unit
Childrens Hospital Boston
1295 Boylston St., Suite 320
Boston, MA 02115

Voice 617 355 4617
Fax 617 730 0074

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Wednesday, January 11, 2006 5:46 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: 5th from Ed Tronick
**Attachments:** DEP Making Up is Hard To Do.pdf

---

**From:** Tronick, Ed [mailto:Ed.Tronick@childrens.harvard.edu]
**Sent:** Wednesday, January 11, 2006 3:26 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** 5th

EZ Tronick
Child Development Unit
Childrens Hospital Boston
1295 Boylston St., Suite 320
Boston, MA 02115

Voice 617 355 4617
Fax 617 730 0074

**Infant-Mother Face-to-Face Interaction: Age and Gender Differences in Coordination and the Occurrence of Miscoordination**

Edward Z. Tronick; Jeffery F. Cohn

*Child Development*, Vol. 60, No. 1 (Feb., 1989), 85-92.

Stable URL:
http://links.jstor.org/sici?sici=0009-3920%28198902%2960%3A1%3C85%3AIFIAAG%3E2.0.CO%3B2-S

*Child Development* is currently published by Society for Research in Child Development.

---

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/about/terms.html. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/journals/srcd.html.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

---

JSTOR is an independent not-for-profit organization dedicated to creating and preserving a digital archive of scholarly journals. For more information regarding JSTOR, please contact support@jstor.org.

http://www.jstor.org/
Tue Apr 26 12:34:47 2005

# Infant-Mother Face-to-Face Interaction: Age and Gender Differences in Coordination and the Occurrence of Miscoordination

**Edward Z. Tronick**
*University of Massachusetts, Amherst*

**Jeffery F. Cohn**
*University of Pittsburgh*

TRONICK, EDWARD Z., and COHN, JEFFERY F. *Infant-Mother Face-to-Face Interaction: Age and Gender Differences in Coordination and the Occurrence of Miscoordination.* CHILD DEVELOPMENT, 1989, **60**, 85–92. To evaluate the extent to which infants and mothers are able to coordinate their behavior, the interactions of 54 mother-infant pairs—18 each at 3, 6, and 9 months of age—were videotaped. Coordination was evaluated with 2 measures: (1) matching—the extent to which mother and infant engage in the same behavior at the same time; and (2) synchrony—the extent to which mother and infant change their behavior with respect to one another. Mother-infant pairs increase their degree of coordination with infant age, but the proportion of time they are coordinated is small. Mother-son pairs spend more time in coordinated states than mother-daughter pairs. The results suggest that interactions be characterized in terms of their movement from coordinated to miscoordinated states rather than only in terms of their degree of coordination. The gender differences are discussed in terms of their importance for the developmental differences in females and males.

A feature of infant-caretaker face-to-face exchanges is the degree to which the pair is able to coordinate their behavior. Such coordination is thought to be critical for the establishment of a successful relationship and mutual understanding between the infant and the caregiver as well as the infant's learning and elaboration of social skills and conventional forms of communication and culture (Brazelton, Koslowski, & Main, 1974; Schaffer, Collis, & Parson, 1977; Stern, 1985; Trevarthan, 1977; Tronick, 1980; Tronick, Brazelton, & Als, 1978). Many terms—interactive synchrony, co-occurrence, attunement, matching, reciprocity, and coherence—have been used to describe this coordination. Each term is an attempt to describe the characteristic structure of the interaction and in particular a quality of the interaction that indicates that it is "going well." Each term varies in the precision of its definition, what it sees as being coordinated (e.g., behaviors, clusters of behaviors, the temporal or directional characteristics of behaviors), and the extent to which it is a theoretical construct (e.g., reciprocity) or a more quantitative variable (e.g., co-occurrence). Because of these differences in definition we defined two terms, matching and synchrony, as indices of coordination (see below).

There have been several studies of the degree to which infant and caretaker are able to achieve this coordination. These studies have looked at the coordination of different interactive characteristics: the coordination of movements, and movements with speech (Condon & Sander, 1974; Dowd & Tronick, 1986), gaze patterns (Peery & Stern, 1976; Stern, 1971), clusters of behaviors (Bakeman & Brown, 1977; Cohn & Tronick, 1987; Fafouti-Milenkovic & Uzgiris, 1979; Fogel, 1977; Kaye & Fogel, 1980; Uzgiris, Benson, & Vasek, 1983), levels of engagement (Beebe & Gerstman, 1980; Lester, Hoffman, & Brazelton, 1985; Tronick, Als, & Brazelton, 1985), and the additive qualities of behaviors to produce the coordinated state of reciprocity (Brazelton et al., 1974). Depending on the definition employed, which often is related to the

Preparation of this manuscript was supported in part by grants from the National Science Foundation (BNS 85-06987), the National Institute of Mental Health (1R030 MH 39706-01A1), and the Ultra-Pampers-Plus Infant-Parent Communication Scholars Award. We wish to acknowledge the important contributions of E. Krafchuck, M. Ricks, and S. Winn to the collection of these data. Reprint requests can be sent to the first author at the Department of Psychology, University of Massachusetts, Amherst, MA 01003.

[*Child Development*, 1989, **60**, 85–92. © 1989 by the Society for Research in Child Development, Inc. All rights reserved. 0009-3920/89/6001-0009$01.00]

time unit analyzed and the method of analysis, coordination is found to occur 30%–40% of the time (Fogel, 1977, 1982; Pawlby, 1977; Tronick, Als, & Brazelton, 1980; Uzgiris et al., 1983), as little as 12% (Lester et al., 1985), and sometimes not at all (Dowd & Tronick, 1986; Gottman & Ringland, 1981).

The differences in results are in part related to whether the researcher analyzed unselected or selected portions of an interaction. Selecting interactions according to some criteria (e.g., absence of negative affect) typically results in a greater proportion of the interaction being characterized as coordinated. Selected or not, the variability among pairs is generally considerable (Cohn & Tronick, 1987; Lester et al., 1985; Tronick et al., 1980; Uzgiris et al., 1983). Developmentally evidence exists that coordination increases with age (Pawlby, 1977; Uzgiris et al., 1983). Little evidence exists for sex differences, although some theoretical perspectives predict differences between mother-son and mother-daughter pairs (Chodorow, 1978).

The present study is an analysis of the normative course of coordination during the first year of life. For purposes of this study coordination was defined and analyzed in two ways: (1) as behavioral matching, that is, the degree to which infant and mother are in the same behavioral state at the same time (Tronick et al., 1980; Uzgiris et al., 1983); and (2) as synchrony, that is, how consistently the pair are able to move together over time regardless of the content of their behavior (Beebe, Jaffe, Feldstein, Mays, & Alson, 1985; Lester et al., 1985). These measures differ in that matching focuses on the content of the behaviors of mother and infant at one point in time (i.e., the achievement of a joint state) and can be assessed using standard statistical techniques such as analysis of variance for evaluating the proportion of time match states are achieved. The second focuses on how mother and infant change with respect to one another and can be analyzed using time-series techniques (Beebe, 1982; Beebe et al., 1985; Cohn & Tronick, in press; Gottman, 1977; Lester et al., 1985; Tronick et al., 1977).

From recent work we know that at 3, 6, and 9 months both mother and infant are responsible for the coordination observed (Cohn & Tronick, in press). Neither the behavioral matching nor the synchrony measures used here evaluates who is responsible for the degree of coordination observed. But that issue is different from the issues of concern here, which are the extent to which mother and infant are able to coordinate their behaviors and if there are differences in relation to age and sex. It was expected that the degree of coordination as assessed with each of these measures would increase with age and that there would be no significant sex differences.

To evaluate these issues, the face-to-face interactions of mothers and infants at 3, 6, and 9 months of age were videotaped and coded with the Monadic Phase scoring system (Tronick et al., 1980). This coding scheme segments the interaction into units of combinations of expressive behaviors for mother and infant (i.e., monadic phases). The phases allow for the determination of the degree to which mother and infant are matching the content of their interactive behaviors and the extent to which they are able to synchronize their behaviors when the phases are arranged along a univariate scale of affective/attentional involvement (Lester et al., 1985).

## Method

### *Subjects*

The sample consisted of three different groups of infant-mother pairs, 18 each at 3 ($M = 98.4$ days, SD = 3.8), 6 ($M = 186.3$ days, SD = 3.2), and 9 months ($M = 280.6$ days, SD = 3.9). Age groups were balanced for gender of the infant. Infants were all full-term caucasians and from intact homes.

Study participants were recruited through birth announcements published in local newspapers in the Amherst/Northampton, Massachusetts, area. Potential participants were telephoned and told of our Infant Studies Program at the University of Massachusetts. Mothers who expressed interest in participating in the current study were scheduled to bring their infants to a taping session at a time when they judged that their infant would be alert.

Eighty-one mother-infant dyads were tested to produce the final sample of 54 mother-infant pairs. Eight infants who had sustained substantial medical complications were excluded, as their experiences might have biased the data in unknown ways. Three additional mother-infant pairs (one 3-month- and two 9-month-olds) were not included because of technical problems. An additional 9-month-old infant was excluded because the mother used an object during the taped episodes. Fifteen infants (four 3-, six 6-, and five 9-month-olds) were excluded because of fussing, operationally defined as crying for more than a minute prior to or during the taping session.

*Setting and Equipment*

The laboratory consisted of a video studio with an adjoining room. The studio was equipped with an infant seat mounted on a table, an adjustable stool for the mother to face the infant, two videocameras, and a microphone. One camera was focused on the mother and the other on the infant. Both pictures were transmitted through a digital timer and splitscreen generator into a video-recorder. Digital timer, split-screen generator, and video-recorder were located in the adjoining room (See Als, Tronick, & Brazelton, 1979, and Tronick et al., 1980, for details).

*Procedure*

Mothers were greeted by an experimenter and escorted to the laboratory. Mothers were encouraged to make themselves and their infants comfortable in the adjoining room. Informed, written consent for her own and her infant's participation was obtained from the mother. Mothers were then interviewed and asked about the infant's perinatal status, general health, and other demographic information about the family.

Mother and infant were then escorted to the video studio and the infant was situated in the infant chair. The experimental procedure was explained to the mother. It consisted of three episodes: 2 min of normal interaction, followed by 2 min during which mothers either interacted normally or maintained a still-face, followed by a final 2 min of normal interaction. Mothers were simply instructed "to play with your baby." At the end of the session mothers were allowed to view the videotape of their interaction. Only the data for the first period of normal interaction are included in this report.

*Coding.*—Videotapes were coded by teams of two coders using the Monadic Phases Manual (Als et al., 1979; Tronick et al., 1980). Monadic phases for mother and infant are: Protest (infant only), Avert, Pick-me-up gesture, Positive Away, Object Attend and Object Play, Social Attend, Social Play, and Talk (See Als et al., 1979, and Tronick et al., 1980, for details).

Monadic phases were coded with the tape running at normal speed. Whenever a change in phase was observed, the tape was reversed and replayed at normal or slow speed to determine the change point. Times, read from a digital display on the videotape, were rounded to the nearest .25 sec (i.e., phases were coded to the nearest .25 sec). To assess interobserver agreement, videotapes of 12 mothers and five babies were recoded by a second team of coders. Agreement, defined as both sets of coders observing the same phase within .5 sec of the other, ranged from .81 to .97 for mothers' monadic phases and .90 to 1.0 for babies' phases (kappas = .60 and .72, respectively).

*Data reduction.*—We differentiated two types of matches: (1) Social Match—the proportion of time of the total interaction that the infant and mother were in Social Attend or Social Play at the same time; and (2) Object Match—the proportion of total time of the interaction that the infant and mother were in Object Attend or Object Play at the same time. We made this distinction because mutual engagement with objects as well as one's social partner both appear to be coordinated states, especially given the infant's interest in objects at this age (Kaye, 1982; Malatesta & Izard, 1984; Trevarthan, 1977). The definitions of these matching states are relatively global when compared to definitions used by others (e.g., Beebe et al., 1985; Brazelton et al., 1974). This feature increases the likelihood of finding matches. Matches involving Avert were not analyzed since the mothers were in Avert less than 1% of the time.

Synchrony, a term with many meanings, was defined as the proportion of shared variance at lag 0 as indexed by the square of the cross-correlation between each mother's and infant's time series. To generate this index of synchrony, the monadic phases were scaled along an affective/attentional dimension. A score of 1 assigned to "protest" represented maximum negative involvement; a score of 9, assigned to "talk" within the Social Play phase, maximum positive involvement (See Als et al., 1979, and Tronick et al., 1980, for details). For comparability with previous work, which used a similar scaling of attentional/affective involvement but a 1-sec scoring interval (Als et al., 1979; Lester et al., 1985; Tronick et al., 1977), we averaged scaled scores within 1-sec blocks. The cross-correlations were then computed using these scaled scores and used as the test statistic for synchrony. The relation of infant and mother behaviors at lags other than 0 were not computed because our focus was on the ability of infant and mother to coordinate their behavior at the same time and not at some temporal delay.

These definitions and our analyses utilize data from the entire interaction and not just portions that met some selection criteria. We thought that this was appropriate so as not to generate a supposed characterization of the interaction that in fact only represented a selected portion of the interaction.

TABLE 1

MEAN PERCENTAGE OF MOTHERS' AND INFANTS' TIME IN EACH MONADIC PHASE

| | Avert | Obj Att | Obj Play*** | Soc Att*** | Soc Play* |
|---|---|---|---|---|---|
| Mother: | | | | | |
| 3 months | .7 | 19.9 | $1.4_a$ | $35.4_a$ | $42.6_a$ |
| 6 months | .2 | 23.1 | $7.9_b$ | $26.6_{ab}$ | $42.2_a$ |
| 9 months | .3 | 15.1 | $8.2_b$ | $19.2_b$ | $57.2_b$ |
| | Avert* | Obj Att*** | Obj Play | Soc Att | Soc Play*** |
| Infant: | | | | | |
| 3 months | $36.4_a$ | $21.0_a$ | 1.9 | 25.3 | $15.5_a$ |
| 6 months | $21.5_b$ | $40.8_b$ | 1.5 | 23.0 | $13.2_a$ |
| 9 months | $26.3_{ab}$ | $24.6_a$ | 3.5 | 20.4 | $25.1_b$ |

NOTE.—Abbreviations: obj = object; att = attend; soc = social. Column means with dissimilar subscripts differ significantly, $p < .05$, Newman-Keuls, following the finding of a significant age effect for that behavior using a univariate analysis of variance as indicated by the asterisks.

* $p$ ($df$ = 2,51) < .10.

** $p$ ($df$ = 2,51) < .05.

*** $p$ ($df$ = 2,51) < .01.

## Results

*Coordination in individual dyads.*—Mothers and babies could match each others' behavior or change together over time (synchrony) purely by chance. If this were the case, analyses of matching or synchrony would be of little interest. To rule out this possibility, we conducted two sets of analyses. The first was a $\chi^2$ test of independence to evaluate the null hypothesis that the distributions of mothers' and babies' monadic phases were independent. The second was to compute cross-correlation functions from the time series of each mother-infant pair. A finding of no statistically significant cross-correlations is sufficient to rule out synchrony between infant and mother (i.e., that the covariance between each mother's and baby's series was due to chance) (see Cohn & Tronick, in press, for details). Both sets of tests were performed separately for each mother-infant pair.

The joint distributions of mothers' and infants' monadic phases were not independent. For 52 of the 54 dyads, the $\chi^2$ tests ($df$ = 6) were highly significant ($p < .01$). Similarly, all pairs had significant cross-correlations ($p < .05$). The results of these two analyses indicate that coordination is found in almost all of the individual dyads examined, that it is a dyad-by-dyad phenomenon and not simply the product of group analyses of the data.

*Percentage of time in monadic phases.*—The percentage of time that mothers and infants spent in each monadic phase was analyzed with univariate analyses of variance with age and sex of infant as the between-groups factors. Because percentages typically have skewed distributions, we used an arcsine transformation prior to these and all other analyses of percentage data. We were unable to use multivariate analyses of variance because of the absolute degree of association among the mothers' and infants' monadic phases. The results, therefore, are interpretable in terms of patterns of relations among measures rather than as independent tests.

Table 1 shows the means for the percentage of time that mothers and infants spent in each monadic phase. The percentages are pooled across sex of infant since there were no differences due to this factor. Mothers showed an increase in Object Play, a decrease in Social Attend, and a trend ($p < .10$) toward an increase in Social Play from 3 to 9 months. These findings suggest that the mothers become more affectively positive and more willing to focus on objects as their infants develop. The infants show a decrease in averting. They have a peak interest in objects at 6 months, but at 9 months, this returns to the 3-month level. There is a growth in social play. These findings suggest that infants maintain their interest in social play over this time period and that a focus on objects does not come to dominate the interaction, as some have suggested (Kaye, 1982; Trevarthan, 1977).

*Percentage of matches.*—To analyze the percentage of object compared to social matches for age and gender effects it was necessary to adjust for differences in the base rates of object and social phases. The adjusted, or relative, percentage of object matches was computed as the percentage of

TABLE 2

MEANS AND (Standard Deviations) FOR ADJUSTED PERCENTAGES OF OBJECT AND SOCIAL MATCHES BY INFANTS' AGE AND SEX

| | Object Match | Social Match |
|---|---|---|
| Mother-daughter dyads: | | |
| 3 months | 6 (9) | 24 (18) |
| 6 months | 11 (11) | 14 (9) |
| 9 months | 14 (13) | 27 (13) |
| Mother-son dyads: | | |
| 3 months | 7 (7) | 24 (19) |
| 6 months | 19 (14) | 28 (13) |
| 9 months | 20 (20) | 36 (19) |

NOTE.—$F$ ratios are: age: 3.64 ($df$ = 2,48), $p < .05$, $3 < 6 = 9$; sex: 5.98 ($df$ = 1,48), $p < .025$, mother-daughter < mother-son; type of match: 20.17 ($df$ = 1,48), $p < .001$; interactions: N.S.

time in object match divided by the total time that mother or baby were in an object phase, and the adjusted percentage of social match as the total time in social match divided by the total time that mother or baby were in a social phase. These adjusted percentages were analyzed with an analysis of variance for correlated measures, with age and sex of infant as the between-groups factors.

The mean percentage of time in match states varied with infants' sex and age (Table 2). Matching was less at 3 months than at 6 and 9 months. Mother-son dyads were more likely than mother-daughter dyads to be in matching states. Social matches were more frequent than object matches.

*Synchrony.*—Synchrony scores were analyzed with a univariate analysis of variance with age and sex of infant as the between-groups factors. The scores were transformed with Fisher's $z$ transformation prior to analysis.

There was no age-related change in synchrony. The percentages of shared variance were similar at 3, 6, and 9 months (Table 3). However, we found a significant age × sex interaction. Mother-son dyads had higher synchrony scores than mother-daughter dyads at 6 and 9 months, $F(1,48) = 3.24$, $p < .05$.

TABLE 3

MEAN SYNCHRONY SCORES FOR MOTHER-DAUGHTER AND MOTHER-SON DYADS AT 3, 6, AND 9 MONTHS

| | SYNCHRONY SCORE | | | |
|---|---|---|---|---|
| | Mother-Daughter | | Mother-Son | |
| INFANTS' AGE | Mean | SD | Mean | SD |
| 3 months | .20 | .19 | .11 | .17 |
| 6 months | .09 | .09 | .23 | .10 |
| 9 months | .11 | .09 | .22 | .10 |

NOTE.—$F$ ratio for age × sex interaction is 3.24 ($df$ = 1,48), $p < .05$.

*Rates of change between matching and nonmatching states.*—To describe the movement of the interactions between coordinated and miscoordinated states, we evaluated the rate of change between the two states. Table 4 presents the rate of change between matching and mismatching states. The rate of change between matching and mismatching ranged from .20 to .32 per second. There were no age and no gender-of-dyad differences. The rate measure indicates that the interaction moves from matching to nonmatching states on a frequent basis.

TABLE 4

RATE OF CHANGE PER 1 SEC BETWEEN MATCHED AND MISMATCHED STATES

| | MOTHER-DAUGHTER | | | MOTHER-SON | | |
|---|---|---|---|---|---|---|
| | 3 | 6 | 9 | 3 | 6 | 9 |
| Rate of change per 1 sec | .24 | .24 | .24 | .20 | .32 | .24 |

## Discussion

The matching of particular social-affective behaviors and of the temporal flow of these behaviors are features of infant-mother face-to-face interaction. These features can serve to establish mutuality or intersubjectivity between mother and infant (Beebe & Gerstman, 1980; Brazelton et al., 1974; Lester et al., 1985; Tronick et al., 1980; Uzgiris et al., 1983). As expected, the ability of a mother-infant pair to coordinate their behavior increases with age. This probably reflects the increase in the infant's interactive skill and the interactive experience infant and mother have had together (Pawlby, 1977; Uzgiris et al., 1983). But, as opposed to typical earlier interpretations of similar results, we also must recognize that even in low-risk pairs matching/synchrony is less common than periods of mismatching and dissynchrony. More than 70% of the time of these interactions was spent in mismatched/dissynchronous states.

The rate-of-change data between matched and mismatched states demonstrate that the interaction frequently moves from coordinated states to less coordinated states. This movement has been noted before, but little attention has been paid to it. Brazelton et al. (1974) and Tronick, Als, and Adamson (1979) described periods of disengagement. Stern and Gibbon (1978) noted that periods of engagement came in bursts, implying that they were surrounded by periods of disengagement. Tronick et al. (1980) described periods of mismatching, and Cohn and Tronick (1988) and Kaye and Fogel (1980) have noted that periods of coordination are stochastic in their distribution. Yet in each of these studies the focus and emphasis were on the ability of the infant and mother to be in coordinated states. We would now suggest that a characterization of the interaction that emphasizes the movement of the interaction from coordinated to miscoordinated states and back again as one that is more accurate than one emphasizing matching/synchrony as the typical and critical feature of the interaction. This is a process-oriented characterization in which miscoordinated states and the transitions between them and coordinated states would be as critical to the quality of the interaction as is the coordinated state and its maintenance.

We (Gianino & Tronick, 1987; Tronick, 1980; Tronick, Cohn, & Shea, 1985; Tronick & Gianino, 1986b) have referred to the miscoordinated state as an interactive error and the transition from a miscoordinated state to a coordinated state as a process of repair. The reparatory process has been demonstrated in a number of studies. Infants attempt to repair experimentally induced interactive errors (Cohn & Tronick, 1983; Fogel, Diamond, Langhorst, & Demos, 1983; Tronick, Als, Adamson, Wise, & Brazelton, 1978). Tronick and Gianino (1986a) reported that during normal face-to-face interactions at 6 months of age about one-third of the interactive errors are repaired in the next step of the interaction. Cohn and Tronick (1983) found specific repair sequences at 3, 6, and 9 months and that infants, as well as their mothers, were responsible for the structure of the interaction (Cohn & Tronick, in press). In this study, the repair rate ranges from about once every 3 sec to once every 5 sec. Reparations are typical features of the interaction.

What might be the developmental function of miscoordination and repair? Given the developmental changes in the infant and the interaction, it is likely that reparations serve different functions at different ages. We have suggested that for younger infants the reparation of interactive errors may induce the development of interactive skills (Spitz, 1965; Stern, 1977; Tronick, 1982) and the learning of the rules of interaction (Cohn & Tronick, 1983). Later in development, Tronick, Ricks, and Cohn (1982) have argued that the extent to which the infant is able to successfully repair interactive errors produces a sense of effectance, whereas an inability to successfully resolve them induces a feeling of helplessness. Tronick and Gianino (1986a) demonstrated that infants who experienced more repairs during normal interaction were more likely to elicit their mothers during experimentally manipulated perturbated interactions. In the older infant, Stechler and Kaplan (1980), following Winnicott (1975), argue that reparation may function to help in the formation of an early sense of self as the infant experiences discrepancies between his behavior and goals and his partner's behavior and goals (see also Tronick, 1980). These formulations and the data presented here suggest that more research focused on interactive errors and their repair would be extremely useful.

A significant gender difference was found in the degree of matching/synchrony. Mothers and their sons were more likely to be in matching states than were mothers and their daughters. Haviland (1977) found that mothers tend to ignore their sons' expressions of pain but respond with a knitted brow to their daughters' expressions of pain. Moreover, when sons expressed anger it was reciprocated by a knitted-brow expression by the

mother, whereas daughters' angry expression was responded to with an angry expression. These findings are suggestive of a different form of emotional attunement between mothers and their daughters compared to mothers and their sons (Stern, 1985). Such a difference would be expected to have important consequences for the emotional responsiveness and the formation of the self in females and males. For example, sons may develop a greater sense of their own effectance. These results tend to contradict the hypothesis by Chodorow (1978) of greater maternal empathy with daughters than with sons.

Lastly, these data and suggested conceptualization serve as a cautionary note to those concerned with the assessment of early interactive disorders and possible pathologies. Normal interaction is not always well coordinated, and it is differentially coordinated between mothers and sons and mothers and daughters. A lack of coordination is common and expected. It is normal, indeed. Assessments that focus on coordination or similar optimality characteristics are likely to see interactive failure or pathology when neither is present. An alternative formulation is that assessment should focus on the interactants' capacities to repair interactive errors and to move smoothly from miscoordinated states into coordinated states (Tronick & Gianino, 1986b). In such an interaction, both partners have the opportunity to experience reparation and to further elaborate their interactive and coping skills as well as gain a sense of effectance. To observe coordination in a dyad is phenomenally impressive, and to discover it was critical to our initial theorizing, but now we also need to look at and examine miscoordination and its reparation as a significant factor affecting the infant's development.

## References


Als, H., Tronick, E., & Brazelton, T. B. (1979). Analysis of face-to-face interaction in infant-adult dyads. In M. E. Lamb, S. J. Suomi, & G. R. Stephenson (Eds.), *Social interaction analysis: Methodological issues* (pp. 33–76). Madison: University of Wisconsin.

Bakeman, R., & Brown, J. V. (1977). Behavioral dialogues: An approach to the assessment of mother-infant interaction. *Child Development*, **48**, 195–203.

Beebe, B. (1982). Micro-timing in mother-infant communication. In M. Key (Ed.), *Nonverbal communication today: Current research* (pp. 169–195). New York: Mouton.

Beebe, B., & Gerstman, L. J. (1980). The "packaging" of maternal stimulation in relation to infant facial-visual engagement: A case study at four months. *Merrill-Palmer Quarterly*, **4**, 321–339.

Beebe, B., Jaffe, J., Feldstein, S., Mays, K., & Alson, D. (1985). Matching of timing: The application of an adult dialogue model to mother-infant vocal and kinesic interactions. In T. Field (Ed.), *Infant social perception* (pp. 217–249). Norwood, NJ: Ablex.

Brazelton, T. B., Koslowski, B., & Main, M. (1974). The origins of reciprocity: The early mother-infant interaction. In M. Lewis & L. Rosenblum (Eds.), *The effect of the infant on its caregiver* (pp. 49–77). New York: Wiley-Interscience.

Chodorow, N. (1978). *The reproduction of mothering*. Berkeley: University of California Press.

Cohn, J., & Tronick, E. Z. (1983). Three-month-old infants' reaction to simulated maternal depression. *Child Development*, **54**, 185–194.

Cohn, J., & Tronick, E. Z. (1987). Mother-infant face-to-face interaction: The sequence of dyadic states at 3, 6, and 9 months. *Developmental Psychology*, **23**, 1, 68–77.

Cohn, J., & Tronick, E. Z. (in press). Mother-infant face-to-face interaction: Influence is bidirectional and unrelated to periodic cycles in either partner's behavior. *Developmental Psychology*.

Condon, W. S., & Sander, L. W. (1974). Synchrony demonstrated between movements of the neonate and adult speech. *Child Development*, **45**, 456–462.

Dowd, J., & Tronick, E. Z. (1986). Temporal coordination of arm movements in early infancy: Do infants move in synchrony with adult speech? *Child Development*, **57**, 762–776.

Fafouti-Milenkovic, M., & Uzgiris, I. C. (1979). The mother-infant communication system. In *New directions for child development* (Vol. **4**, pp. 41–56). San Francisco: Jossey-Bass.

Fogel, A. (1977). Temporal organization in mother-infant, face-to-face interaction. In H. R. Schaffer (Ed.), *Studies in mother-infant interaction* (pp. 119–151). London: Academic Press.

Fogel, A. (1982). Early adult-infant interaction: Expectable sequences of behavior. *Pediatric Psychology*, **7**, 1–22.

Fogel, A., Diamond, G. R., Langhorst, B. H., & Demos, V. (1983). Affective and cognitive aspects of the 2-month-old's participation in face-to-face interaction with the mother. In E. Z. Tronick (Ed.), *Social interchange in infancy: Affect, cognition, and communication* (pp. 37–57). Baltimore: University Park Press.

Gianino, A., & Tronick, E. Z. (1987). The mutual regulation model: The infant's self and interactive regulation and coping and defensive capacities. In T. Field, P. McCabe, & N. Schnei-

derman (Eds.), *Stress and coping* (pp. 47–68). Hillsdale, NJ: Erlbaum.

Gottman, J. M. (1977). Detecting cyclicity in social interaction. *Psychological Bulletin*, **86**, 338–348.

Gottman, J. M., & Ringland, J. T. (1981). The analysis of dominance and bidirectionality in social development. *Child Development*, **52**, 393–412.

Haviland, J. (1977). Sex-related pragmatics in infants. *Journal of Communication*, **27**, 80–84.

Kaye, K. (1982). *The mental and social life of babies*. Chicago: University of Chicago Press.

Kaye, K., & Fogel, A. (1980). The temporal structure of face-to-face communication between mothers and their infants. *Developmental Psychology*, **16**, 454–464.

Lester, B., Hoffman, J., & Brazelton, T. B. (1985). The rhythmic structure of mother-infant interaction in term and preterm infants. *Child Development*, **56**, 15–27.

Malatesta, C. Z., & Izard, C. (1984). The ontogenesis of human social signals: From biological imperative to symbol utilization. In N. A. Fox & R. J. Davidson (Eds.), *The psychobiology of affective development* (pp. 161–206). Hillsdale, NJ: Erlbaum.

Pawlby, S. J. (1977). Imitative interaction. In H. R. Schaffer (Ed.), *Studies in mother-infant interaction* (pp. 203–224). New York: Academic Press.

Peery, J. C., & Stern, D. (1976). Gaze duration frequency distributions during mother-infant interaction. *Journal of Genetic Psychology*, **129**, 45–55.

Schaffer, H. R., Collis, G. M., & Parson, G. (1977). Vocal interchange and visual regard in verbal and pre-verbal children. In H. R. Schaffer (Ed.), *Studies in mother-infant interaction* (pp. 291–325). London: Academic Press.

Spitz, R. (1965). *The first year of life*. New York: International University Press.

Stechler, G., & Kaplan, S. (1980). The development of the self: A psychoanalytic perspective. *Psychoanalytic Study of the Child*, **35**, 85–105.

Stern, D. (1971). A micro-analysis of mother-infant interaction: Behavior regulating social contact between a mother and her 3½ month old twins. *Journal of the American Academy of Child Psychiatry*, **10**, 501–517.

Stern, D. (1977). *The first relationship*. Cambridge, MA: Harvard University Press.

Stern, D. (1985). *The interpersonal world of the infant*. New York: Basic.

Stern, D., & Gibbon, J. (1978). Temporal expectancies of social behaviors in mother-infant play. In E. Thoman (Ed.), *Origins of the infant's social responsiveness* (pp. 409–429). New York: Erlbaum.

Trevarthan, C. (1977). Descriptive analyses of infant communicative behavior. In H. R. Schaffer (Ed.), *Studies in mother-infant interaction* (pp. 227–270). London: Academic Press.

Tronick, E. Z. (1980). On the primacy of social skills. In D. B. Sawin, L. O. Walker, & J. H. Penticuff (Eds.), *The exceptional infant: Vol. 4. Psychosocial risks in infant-environmental transactions* (pp. 144–158). New York: Brunner/Mazel.

Tronick, E. Z. (Ed.). (1982). *Social interchange in infancy: Affect, cognition, and communication*. Baltimore: University Park Press.

Tronick, E. Z., Als, H., & Adamson, L. (1979). The structure of early face-to-face communicative interactions. In M. Bullowa (Ed.), *Before speech: The beginning of interpersonal communication* (pp. 349–372). Cambridge: Cambridge University.

Tronick, E. Z., Als, J., Adamson, L., Wise, S., & Brazelton, T. B. (1978). The infant's response to entrapment between contradictory messages in face-to-face interaction. *Journal of American Academy of Child Psychiatry*, **17**, 1–13.

Tronick, E. Z., Als, H., & Brazelton, T. B. (1977). Mutuality in mother-infant interaction. *Journal of Communication*, **27**, 74–79.

Tronick, E. Z., Als, H., & Brazelton, T. B. (1980). Monadic phases: A structural descriptive analysis of infant-mother face-to-face interaction. *Merrill-Palmer Quarterly*, **26**, 3–24.

Tronick, E. Z., Brazelton, T. B., & Als, H. (1978). The structure of face-to-face interaction and its developmental functions. *Sign Language Studies*, **18**, 1–16.

Tronick, E. Z., Cohn, J., & Shea, E. (1985). The transfer of affect between mothers and infants. In T. B. Brazelton & M. Yogman (Eds.), *Affective development in infancy* (pp. 11–25). Norwood, NJ: Ablex.

Tronick, E. Z., & Gianino, A. (1986a). Interactive mismatch and repair: Challenges to the coping infant. *Zero to Three: Bulletin of the National Center for Clinical Infant Programs*, **5**, 1–6.

Tronick, E. Z., & Gianino, A. (1986b). The transmission of maternal disturbance to the infant. In E. Z. Tronick & T. Field (Eds.), *Maternal depression and infant disturbance* (Vol. **34**, pp. 31–47). San Francisco: Jossey-Bass.

Tronick, E. Z., Ricks, M., & Cohn, J. (1982). Maternal and infant affective exchanges: Patterns of adaptation. In T. Field & A. Fogel (Eds.), *Emotion and interaction: Normal and high risk infants* (pp. 83–100). Hillsdale, NJ: Erlbaum.

Uzgiris, I. C., Benson, J. B., & Vasek, M. E. (April, 1983). *Matching behavior in mother-infant interaction*. Paper presented at the meetings of the Society for Research in Child Development, Detroit.

Winnicott, D. W. (1975). *Through paediatrics to psycho-analysis*. New York: Basic.

**Weaver, Gretchen (NIH/OD) [E]**

---

| | |
|---|---|
| **From:** | Friedman, Sarah (NIH/NICHD) [E] |
| **Sent:** | Wednesday, January 11, 2006 5:47 PM |
| **To:** | List NEURO_MEASGRP-L |
| **Subject:** | FW: 6th From Ed Tronick |
| **Attachments:** | FFSF Infant-mother face-to-face interaction_Age and gender differences in coordination and the occurrence of miscoordination_Child Development_1989.pdf |

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Tronick, Ed [mailto:Ed.Tronick@childrens.harvard.edu]
**Sent:** Wednesday, January 11, 2006 3:27 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** 6th

EZ Tronick
Child Development Unit
Childrens Hospital Boston
1295 Boylston St., Suite 320
Boston, MA 02115

Voice 617 355 4617
Fax 617 730 0074

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Wednesday, January 11, 2006 5:44 PM
**To:** List NEURO_MEASGRP-L
**Subject:** From Ed Tronick
**Attachments:** FF COKE snt JAN 04.pdf

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Tronick, Ed [mailto:Ed.Tronick@childrens.harvard.edu]
**Sent:** Wednesday, January 11, 2006 3:25 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** 3rd

EZ Tronick
Child Development Unit
Childrens Hospital Boston
1295 Boylston St., Suite 320
Boston, MA 02115

Voice 617 355 4617
Fax 617 730 0074

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Wednesday, January 11, 2006 5:41 PM

**To:** List NEURO_MEASGRP-L

**Subject:** FW: Still Face Procedure

Dear all,

In one of our previous meetings we discussed the still face procedure and one of us had ethical concerns about using it. I asked Ed Tronick if such concerns were raised by others too and how he would respond to such concerns. I also asked him to send me articles that would provide us information about the psychometrics associated with the measure.

Below, please see Ed's reply. I will also forward to you the articles he sent me. I hope we can discuss this measure again before we finalize our assessment protocol.

Sarah.

---

**From:** Tronick, Ed [mailto:Ed.Tronick@childrens.harvard.edu]
**Sent:** Wednesday, January 11, 2006 3:33 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** Still Face Procedure

Sarah:

Thanks for the update. The question of the stress of the SF does come up especially during talks to more general audiences. They feel concerned that infant is being stressed. My answer includes that almost all the mothers we have run find the episode interesting and many find it fascinating because of the complexity of the infant's reaction and the sense that the infant knows them. Parents also often point to the times that they were unable to respond to their infants such as when they are driving or on the phone. Also in our home study observations we see instances when the mother is present but distracted or doing something else and the infant is making bids for her attention. In our laboratory research we have consistently found that in the reunion episode infants get as positive as they were during the first play prior to the SF, and that measures of vagal tone resume pre-SF levels, and we know that cortisol changes are very small in response to the SF. Further, from a theoretical point of view (at least mine) it is not the periods of synchrony that make for trust but the effectiveness of the reparations of the inherent misses and messiness of interactions. Reparations convey how the infant can trust both the mother and the two of them together. I must add that the use of stress, as is the case in the strange situation and problem solving and frustration tasks, is often done because it reveals individual differences in the capacity to cope with stress.

I am attaching a couple of papers on the SF and the reference to the Adamson and Frick article (my copy is a bad scanned copy). I think the paradigm is now becoming somewhat standard and there is a rapidly growing body of literature on it. There are several studies demonstrating its predictability to attachment, gender differences and its relation to conditions such as maternal depression. However, if there is still an objection to it I would suggest as an alternative that there be an evaluation of the face-to-face interaction of the infant with the

primary caretaker. It too is revealing of the quality of the infant-caretaker relationship on dimensions such as matching and synchrony. Obviously the Face-to-face Still-Face paradigm incorporates both. Also, we have demonstrated our ability to code large numbers of the interaction in the MLS studies in an efficient and effective fashion.

I hope that this answers some of your questions. I think it is critical to assess the quality of coping and social-emotional behavior and interactions as foundational qualities of development.

And, I still think you should apply. You certainly are an academic.

Ed

PS
Sorry for the plethora of emails. Sending more than one article kept coming back.

References

Adamson L, Frick J. The Still-Face: A history of a shared experimental paradigm. *Infancy.* 2003;4(4):451-473.

Rosenblum KL, Muzik M. Mothers' representations of their infants and infant still face response: Individual differences from 7- to 15-months. *International Conference on Infant Studies.* 2004.

Haley DW, Stansbury K. Infant Stress and Parent Responsiveness: Regulation of Physiology and Behavior During Still-Face and Reunion. *Child Development.* 2003;74(5):1534-1546.

Weinberg MK, Tronick EZ. Infant and Caregiver Engagement Phases (ICEP) scoring system. Boston, MA: Child Development Unit, Children's Hospital and Harvard Medical School; 1999.

Tronick EZ, Weinberg MK, Beeghly M, Olson KL. Short-term stability and change in infant, maternal, and mutual regulatory behavior during the Face-to-Face Still-Face paradigm. *Presented at the biennial meetings of the International Conference on Infant Studies, Chicago, IL.* 2003.

Weinberg MK, Tronick EZ. Infant affective reactions to the resumption of maternal interaction after the still-face. *Child Development.* 1996;67:905-914.

Weinberg MK, Tronick EZ, Cohn JF, Olson KL. Gender differences in emotional expressivity and self-regulation during early infancy. *Developmental Psychology.* 1999;35:175-188.

Kogan N, Carter AS. Mother-infant reengagement following the still-face: The role of maternal emotional availability in infant affect regulation. *Infant Behavior and Development.* 1996;19:359-370.

Tronick EZ. Emotions and emotional communication in infants. *American Psychologist.* 1989;44(2):112-119. Moore GA, Calkins SD. Infants' vagal regulation in the still-face paradigm is related to dyadic coordination of mother-infant interaction. *Developmental Psychology.* 2004;40(6):1068-1080. Moore GA,

Cohn JF, Campbell SB. Infant Affective Responses to Mother's Still Face at 6 Months Differentially Predict Externalizing and Internalizing Behaviors at 18 Months. *Developmental Psychology.* 2001;37(5):706-714.

Tronick EZ, Gianino A. Interactive mismatch and repair: Challenges to the coping infant. *Zero to Three: Bulletin of the National Center for Clinical Infant Programs.* 1986;6(2):1.
Cohn JF, Tronick EZ. Mother-infant face-to-face interaction: The sequence of dyadic states at 3, 6, and 9 months. *Developmental Psychology.* 1987;23:68-77.

Cohn JF, Tronick E. Mother-infant face-to-face interaction: Influence is bidirectional and unrelated to periodic cycles in either partner's behavior. *Development Psychology.* 1988;24:386-392.

Tronick EZ, Cohn JF. Infant-mother face-to-face interaction: Age and gender differences in coordination and the occurrence of miscoordination. *Child Development.* 1989;60:85-92.

Weinberg MK, Olson KL, Beeghly M, Tronick EZ. Effects of maternal depression and panic disorder on mother-infant interactive behavior in the Face-to-Face Still-Face paradigm. *Infant Mental Health Journal.* in press.

Tronick EZ, Weinberg MK. The Infant Regulatory Scoring System (IRSS). Child Development Unit, Children's Hospital, Boston, MA; 1990.

Braungart-Reiker JM, Garwood MM, Powers BP, Notaro PC. Infant affect and affect regulation during the still-face paradigm with mothers and fathers: The role of infant characteristics and parental sensitivity. *Developmental Psychology.* 1998;34:1428-1437.

EZ Tronick
Child Development Unit
Childrens Hospital Boston
1295 Boylston St., Suite 320
Boston, MA 02115

Voice 617 355 4617
Fax 617 730 0074

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Tuesday, January 10, 2006 10:08 AM

**To:** List NEURO_MEASGRP-L

**Subject:** Correspondence with Kathy Hhirsh-Pasek regarding: Seeking your advice regarding the infant CDI instrument compared to PLS-4

Marsha,

Here is my correspondence with Kathy Hirsh Pasek (who I know you know) about CDI vs. PLS-4

I hope this helps.

Sarah.

---

**From:** Kathy Hirsh-Pasek [mailto:khirshpa@temple.edu]
**Sent:** Wednesday, November 02, 2005 1:08 PM
**To:** Friedman, Sarah (NIH/NICHD)
**Subject:** Re: Seeking your advice regarding the infant CDI instrument compared to PLS-4

Sarah -- This is indeed a tough question. Most of the research in language acquisition does rely on the maternal report measurement of the CDI for infants and young toddlers. The distribution in our sample was a little odd in a couple of ways. First, if I recall (and I did not look it up just now) we were within the normal range but a little low compared to the original norms for the CDI. WE also had the issue of non-normal distribution. My sense is that the original norming for the CDI was a problem as it was mostly well-off kids.

Having said that, the test has now been used more broadly and a recent article in Child Development by Heidi Feldman gives the test even more credence (she was one of the original outspoken critics). The test is also used internationally as one for infants and repeatedly, maternal report is considered the most reliable way to get language and communication data from children who are very young. So, is it great?? Probably not. Is it the best we have?? Probably yes and it is widely respected and easy to administer. It also correlates well with later language growth and has been shown to forecast language problems (see Feldman's article).

I would use the test instead of the PLS for infants and would then probably switch to the PLS. The only problem with the PLS is that it goes only up til about 5 or 6 years and then you have to switch language tests again. This is a continuous problem in our field. I should also add that while language people use the CDI a lot, people like Peg continue to have problems with the test so you might want to bend her ear as well. kathy

On Nov 2, 2005, at 11:01 AM, Friedman, Sarah ((NIH/NICHD)) wrote:

Kathy, I am reviewing our MacArthur CDI CCDRs and I see that for the 15 months data we find no maternal education or race effects on comprehension or production. Our means are right where they should be compared to the manual of the CDI but the language production data is not normally distributed. Would you recommend using the CDI infant version in the National Children's Study? We are also considering the PLS-4. I read a report that says that administration to infants is very difficult. It is sometimes hard to know if the infant responded or not and it is hard understanding the child's articulation. Sarah.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, January 09, 2006 1:51 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: NNNS

See correspondence with Barry Lester regarding the NNNS. Let's talk about how to proceed. Let's do so in our next meeting. Sarah.

-----Original Message-----
From: Barry Lester [mailto:Barry_Lester@brown.edu]
Sent: Monday, January 09, 2006 12:10 PM
To: Friedman, Sarah (NIH/NICHD) [E]
Subject: RE: NNNS

Hi Sara,
Nice to hear from you. Last I remember, your group was going to

tell us about the demographic characteristics that we could apply to MLS to generate a subsample that could be used for further psychometric analysis.
For the analysis step if WESTAT does the analysis I would have to bring this up before the MLS Steering Committee because they have a rule that MLS data does not leave the Data Centers (one at RTI, one at Brown). We do have a Steering Committee meeting on January 18th, so if you could let me know the scope of the analysis (in general terms) I will bring it up and see what the Committee thinks about us doing the work or sending the data to

WESTSTAT. How does that sound?

At 08:51 AM 1/9/2006, you wrote:
>Barry,
>
>The neurodevelopmental workgroup will be recommending the use of the
>NNNS to the Steering Committee. This is tentative, pending
>psychometrics that support our recommendation. Do you wish to do the
>additional analyses, or do you want WESTAT to run those? There will be
>no NCS funding for you to do the additional analyses, so you may prefer
>to have WESTAT do those with your guidance.
>
>Please let me know how you wish to proceed.
>
>Thanks,
>
>Sarah.
>
>Sarah L. Friedman, Ph.D.
>National Institute of Child Health and Human Development
>
>6100 Executive Boulevard
>Room 7B13H
>Rockville, MD 20852
>
>Phone: (301) 435-6946
>Fax: (301) 480-2400
>
>-----Original Message-----
>From: Barry Lester [mailto:Barry_Lester@brown.edu]
>Sent: Monday, January 09, 2006 8:46 AM
>To: Friedman, Sarah (NIH/NICHD) [E]
>Cc: Ed Tronick
>Subject: NNNS
>

>Hi Sara,
> Just checking in to see where we are with using the NNNS in
the
>National
>Children's Study. We had talked about doing some additional analysis
>with the MLS sample. Happy New Year!

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]

**Sent:** Tuesday, December 13, 2005 5:58 PM

**To:** . List NEURO_MEASGRP-L

**Subject:** update

Dear all,

First, I want to let you know that Sarah Knox asked that our group will work on parenting measures after we are done with preparing our recommendations for the outcome measures.

Today we discussed the measurement of attachment. You will get the full minutes before long. But I wanted to tell you that we discussed using the Q sort. Apparently in the ECLS- B a reduced number of Q sort items were used (n=45? instead of 90 items) and the data that the observers used for doing the sort was the home visit in which the children were administered the Bayley, a mother child interaction and other measures. In other words, the same staff member that was administering all the other procedures was also doing the sort. The ECLS-B research protocol is very different than the protocol on which the scientific literature is based and also different from the protocol used in the NICHD Study of Early Child Care and Youth Development. This means that when we fill our Instrument Document form we will not have published information pertaining to many critical categories especially pertaining to scientific track record, validity and reliability.

Since Kim Dietrich told us that social outcomes are now known to be sensitive to environmental exposures, we will need to do more work and come up with suggestions to present to the Steering Committee. Some ideas that were put on the table are as follows:

1. Have an additional home visit devoted to the assessment of attachment.
2. Send another home observer to the visit and have that observer devote all their attention to collecting mental notes and written notes that would allow him or her to do the Q –Sort.
3. Use the ECLS-B data to validate the procedure used in that study. Especially look at the extent to which the relation between maternal sensitivity and attachment are similar to what was found in studies of attachment Q Sort and to other predictors of attachment security.
4. Consult with experts in the area of attachment Q Sort (Brain Vaughn's name was mentioned most frequently but we also mention Everett Waters).

Kim, Can you please suggest some references about the relations between environmental exposures and attachment or mother-offspring interaction?

We have also discussed the importance of adding two domains to our Table of developmental outcomes:

1. Adaptive behavior which focuses on child ability to take care of herself/himself or the child's independence from a clinical point of view.
2. Self regulation. This domain includes some constructs that are measured under other domains. For example, child state regulation in the neonatal period, child sleep, attention. But we want to add the self regulation that is assessed by measures of self control in a forbidden toy type situation and in delay of gratification (see work of Grazyna Kochanska).

We also talked about assessing child compliance as part of mother-child interaction (clean up task).

In our first meeting in January we will need to go over all the action items that have accumulated over our recent very frequent meeting and make sure that we leave no lose ends.

It is a pleasure working with you,

Have a happy holiday season.

Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Tuesday, December 13, 2005 8:03 AM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: CAP

**Attachments:** SD-Final-Submitted.doc

SD-Final-Submitted.doc (232 KB...

-----Original Message-----
From: Alison Clarke-Stewart [mailto:acstewar@uci.edu]
Sent: Tuesday, December 13, 2005 12:44 AM
To: Friedman, Sarah (NIH/NICHD) [E]
Subject: CAP

Hi
Attached is a paper describing the CAP (California Attachment Procedure)... Further analyses of the UCI NICHD SECC sample (a different sample from the one in this paper) indicate that security of attachment measured in the CAP (at 18 months) was more closely related to maternal sensitivity and children's competence than security measured in the Strange Situation (at 15 months) and even a bit more strongly than security measured with the AQS (at 24 months).
I am sending this as a suggestion that if we plan to have observers evaluate children's attachment it is important to include stimuli (or at least a stimulus) that provokes attachment behavior...such as (in this case) a mechanical robot.

Alison

# CHAPTER 22

# OPERATIONS MANUAL: 24-MONTH HOME VISIT

## TABLE OF CONTENTS

I. OVERVIEW OF THIS MANUAL . . . . . . . . . . . . . . . . 1

II. GENERAL CONSIDERATIONS FOR THE TWENTY FOUR MONTH HOME VISIT . . . . . . . . . . . . . . . . . . . . . . . . 2

A. Your Role as a Visitor . . . . . . . . . . . . . . 2

B. About Twenty Four-month-olds . . . . . . . . . . . 3

C. When the Mother Reveals Personal Problems . . . . 5

D. When the Visitor Observes Family Difficulties . . 6

E. The Key to a Successful Visit . . . . . . . . . . 7

F. Sharing Personal Information . . . . . . . . . . . 8

G. Expressing Appreciation . . . . . . . . . . . . . 8

III. THE VISITOR . . . . . . . . . . . . . . . . . . . . . 9

IV. CONDUCTING THE TWENTY FOUR MONTH HOME VISIT . . . . . . 9

A. Window for Data Collection . . . . . . . . . . . . 9

B. Equipment Needed for Visit . . . . . . . . . . . . 10

C. Pre-Visit Preparation . . . . . . . . . . . . . . 12

D. Rescheduling . . . . . . . . . . . . . . . . . . . 16

E. Arrival . . . . . . . . . . . . . . . . . . . . . 18

F. Exiting . . . . . . . . . . . . . . . . . . . . . 27

G. Departure . . . . . . . . . . . . . . . . . . . . 37

V. POST-VISIT ACTIVITIES . . . . . . . . . . . . . . . . . 37

A. Doing the Q-Sort . . . . . . . . . . . . . . . . . 37

B. Documentation of the Visit . . . . . . . . . . . . 38

C. Posting the Data . . . . . . . . . . . . . . . . . 39

D. Maintaining Rapport . . . . . . . . . . . . . . . 39

VI. ENCOUNTERING UNUSUAL CIRCUMSTANCES . . . . . . . . . . . 40

VII. SAFETY GUIDELINES . . . . . . . . . . . . . . . . . . . 43

A. Things to consider in evaluating the safety of an area. . . . . . . . . . . . . . . . . . . . . . . . 44

B. How to Increase Your Safety . . . . . . . . . . . 45

C. Dealing with Unusual Circumstances From a Safety Perspective . . . . . . . . . . . . . . . . . . . . 46

VIII. OVERVIEW OF TRAINING . . . . . . . . . . . . . . . 48

Acknowledgements: This manual was prepared by Martha Cox and Chris Payne with the assistance of Brian Vaughn, consultant to the Steering Committee for the 24 month Attachment Q-Set. Parts of the manual are based on earlier home manuals for the 1, 6, and 15 month home visits. These were prepared by many people. Marsha Weinraub served as chair for the 1 and 15 month home visits, and wrote the original manual upon which later manuals (and major parts of this manual) were based. Cathy Booth served as chair for the 6 month home visit. Marsha Weinraub and Susan Spieker read drafts of this manual, and their feedback was used for revisions.

# CHAPTER 22

# OPERATIONS MANUAL: 24-MONTH HOME VISIT

## I. OVERVIEW OF THIS MANUAL

This manual provides specific information necessary for conducting the 24-month home visit. The main purpose of the 24-month home visit is to observe the mother and child going about their normal activities in the home for at least 2 hours in order to complete the Attachment Q-Set (Waters & Deane, 1985). At the 24 month home visit, the MacArthur Language Inventory and questionnaire packet also will be left with the mother and collected at the lab visit.

This manual is organized in such a way as to give general information about the visit in the first two sections, more specific information about setting up and managing the course of the visit in the third and fourth sections, instructions for activities to be completed after the visit to the home in the fifth section, instructions for unusual circumstances in the sixth section, safety guidelines for making home visits in the seventh section, and information on training for the visit, as well as specific information on completing the Q-Sort, in the eighth section.

## II. GENERAL CONSIDERATIONS FOR THE TWENTY FOUR MONTH HOME VISIT

### A. Your Role as a Visitor

As a home visitor, your main objective is to obtain accurate, reliable information in the most pleasant way possible. Home visitors must balance their professional role and objectives with their role of being a friendly, respectful guest in someone's home. Many unexpected things arise in the home that require flexibility on the part of the visitor. Your flexibility conveys your respect for the person and the way she does things in her home. Your flexibility and openness, however, should in no way compromise your professional agenda. The tone of the home visit is that of a friendly, relaxed yet professional visit. It will be your job as the home visitor to make the mother comfortable about having you observe in the home.

There are several ways that you can prepare yourself for this role. First, become totally familiar with the protocol. This familiarity will make you comfortable enough to be flexible and also will help keep your professional agenda in mind as you accommodate to the unique circumstances facing you. A critical part of understanding the protocol involves having a good understanding of attachment theory and the concepts behind the development of the attachment Q-Set. The training program is devised to accomplish this goal. The training program begins with readings. These are absolutely essential background readings for the observer. In general, your absolute commitment to becoming a skilled observer using this protocol is required.

Second, become familiar with twenty four-month-olds and the kinds of issues mothers are concerned with at this time. Third, you can dress the part: wear casual, yet professional clothes. Fourth, continually examine for yourself any situations that arise which prevent you from feeling totally comfortable with your role. Discuss these with your PI or site coordinator and see if there is a better way to deal with such situations in the future.

During the visit, in the event that mothers or other household members ask for more detail about the study or about what questions we are trying to answer, try to rephrase the information in the consent form or consult the information at the end of the Two-Week Telephone Interview. If people press for more information than you have, or if they ask for information which may prejudice the mother about the purpose of the study, tell the person that you are not sure what the answer is at this time, and that you'd like to check with the Director of the Project and get back to her. Never say "I don't think I'm supposed to tell you that," or "I'm not sure if I can tell you that." Families have the right to be fully informed. If you can't answer all of their questions, let them know that you will promptly get back to them with an answer.

**B. About Twenty Four-month-olds**

It is important for the Visitors to be comfortable with 24 month-olds and knowledgeable about their ways. Reading about

twenty four-month-olds is a good idea. Site Directors often can recommend good reading material; there are several developmental textbooks that do an excellent job. Here we present a few crucial points, especially for those Visitors less familiar with children of this age.

First, as soon as you see the child, notice and comment on something positive about this child to the mother. Not saying anything is sometimes taken as a slight; saying something honestly nice is easy to do about even the most difficult of children. Be careful not to overdo it or to say anything judgmental that could be taken as negative -- even an innocent comment can stay on the mother's mind for a long time.

Do not speak to the child immediately. Wait for the child to warm up to you. When you feel this happening, you may want to greet the child in a gentle and kindly way. For the most part, you are going to be an uninvolved observer while the mother and child go about their normal routine. However, you will respond to the child's overtures and if the child has not approached you by the end of the visit, you will initiate an interaction. Note that in later sections, there are specific instructions for the way that the observer should or should not engage the child. Visitors may find it helpful to find 24-month-olds that they can spend time around in order to become more familiar with children this age.

If you feel that you may be contagious with any illness, be sure to reschedule or find a substitute. Even if you think that

you are not contagious, mothers will not appreciate your coughing and sneezing around her home.

### C. When the Mother Reveals Personal Problems

Occasionally, in a mother's eagerness to talk, she makes an implied or direct appeal for help with her own personal problems. The Visitor should be careful about feeling that she must handle these problems or solve them for the mother. The Visitor might say something like "I can understand your being upset (or concerned) about that. When we finish with the things we have to do, maybe we can talk about it more."

Each site has developed its own resource list to meet the needs of their families on a case-by-case basis. We will not routinely give mothers any information concerning resources. This may constitute an intervention. For example, if the list contained information about "Fun Things to Do With Your Kids," we may be subtly encouraging mothers to behave in certain ways with their children. If the mother requests this information, however, we do have a responsibility to be reasonably trained to provide information about available resources.

Researchers at each site should be relatively familiar with the services that are available to parents in their area. If a situation arises in which a mother requests information or some type of referral, the researcher may say something like, "I can see that you would like help. I am not (trained) (in a position) to help you, but perhaps you would like me to talk with Dr.---,

our Director, and he/she will know of someone that could be of help to you." Immediately after the visit is completed, document the mother's concerns and requests on the 24 month home Report Form and discuss the situation with your Study Coordinator and/or Principal Investigator. Get back to the mother as promptly as possible with the appropriate information. If it seems appropriate to have your PI or SC speak with the mother, the Visitor should ask if the mother would like the Director to call.

Each site should keep a record of the kind of information distributed to a particular parent and what impact, if any, this had on the family's life, if known. (This can also be recorded on the 24 month home Report Form.)

### D. When the Visitor Observes Family Difficulties

A more serious and difficult problem arises when something is revealed at the home visit that suggests that the child (or mother) is in "jeopardy". (See Principle 9 of the SRCD Ethical Standards for Research with Children.) For example, you may suspect some form of child abuse. Prior to conducting any home visits, the Visitor should become familiar with indicators of child abuse and the laws governing reporting this to the authorities in your state. You should immediately report to your PI any instance of abuse or suspicions of abuse. A list of indicators and definitions of child abuse, prepared by the Wisconsin site, is included in Appendix A of Chapter 6.

**E. The Key to a Successful Visit**

As much as possible, the 24-Month Home Visit should be pleasant and satisfying for the families. In this regard, it is helpful for you to see this as a friendly visit. The Visitor must be as relaxed as possible and try to help the mother feel relaxed as well. On first entering the home, spend a few minutes just chatting. "How have you been?" may be reasonable to ask, or you may discuss any other topic of common interest (the weather). Making positive comments about the house, children, pets are all things that make people feel more relaxed and positive toward you. In other words, be a polite, friendly visitor to the home, showing you are interested in the family as people as well as in the information that they can provide. At the same time, in this visit you must convey to the mother that we need to have her and the child go about their normal routine to allow us to observe a "natural slice" of the child's life. It will be easier for the mother to do this, however, if you have made her feel more relaxed about your presence when you first enter the home. It is important to the success of these visits that you are able to make the mother feel relaxed and comfortable about these observations. Sometimes recognizing that it is awkward helps such as saying something like, "I know its hard to have someone in your home observing, but this is the only way we can see what (child) is like at home so just try to relax and ignore the fact that I'm here and go about your normal activities."

### F. Sharing Personal Information

In your conversation with the mother, you must avoid sharing personal information. By sharing such information, you may inadvertently establish certain response biases in the mother as she assesses what your values may be. The reliability and validity of the data depend upon the Visitor being able to establish an interpersonally neutral atmosphere. Making evaluative statements after the mother answers a particular question, making evaluative comments on behaviors observed in either mother or toddler or sharing personal information with her are major ways that a Visitor can introduce bias into the data collected. The Visitor is better advised to ask the mother what she thinks than to express the Visitor's own opinion.

### G. Expressing Appreciation

Be sure to emphasize at some point during the visit the importance of the mother's contribution to the research, how worthwhile and important the research is, and how much the mother's time is appreciated. This is often a good thing to do as you are leaving, if it hasn't come up before. Say something like, "We really appreciate your time. This research is important to understanding how early experiences affect how children develop, so we appreciate that you are willing to help us with this."

## III. THE VISITOR

One visitor will collect data for the visit, except for the visits designed to establish within site reliability. Two visitors will go on those visits. Six of these reliability visits should be done between each pair of observers. These site visits should be spread over the data collection period. The visitor for any given family should be different from the research assistant who observed the same child in child care at 6, 15, or 24 months or the same child in the lab at 15 or 24 months. Preferably, the visitor will be someone who is familiar to the family and who visited the family in the home at 1, 6, or 15 months. If, for some reason, the 24-month home visit cannot be completed in one visit, the same visitor should conduct the follow-up visit.

## IV. CONDUCTING THE TWENTY FOUR MONTH HOME VISIT

### A. Window for Data Collection

The 24-month home visit will be scheduled and occur between 24 months and 0 days and the day prior to 26 months 0 days. For example if the child's birthday is August 15, the scheduling window will be August 15 to October 14. Every effort should be made to complete data collection within this window.

If, however, the visit must be canceled for some reason or cannot be completed and must be rescheduled, you may reschedule at a later date, up to but not including the child's 29-month

birthday. Data collected on or after the child's 26-month birthday should be flagged as collected during the "exception period" by completing and sending an "Exception Period Data Collection Form" along with the data to the DCC.

Although it is preferable for the home visit to precede the child care and lab visits, this may not always be possible. If the lab visit comes first, be sure to have the lab team give the mother the MacArthur Language Inventory and questionnaire packet to be collected at the home visit. If you are collecting the Language Inventory and questionnaires at the home visit, remind the mother to complete it when you make your call confirming the appointment. (See detailed guidelines for administering questionnaires in Chapter 23.6)

**B. Equipment Needed for Visit**

You may want to carry all the forms and materials in a canvas tote, arranged in order. You will want to bring additional copies of the forms, in case anything happens to this set. Be sure to take the mother's full name and address and phone number, in case you need to contact her on your way. This information should be recorded on the face sheet of the visit form before leaving for the visit.

You will need the following:

1. Map
2. Directions
3. Writing Board

4. Several #2 Pencils
5. Paper for notes
6. The Multi-purpose cover sheet
7. The Observation Report Form
8. The Post Home Visit Interviews with Mother; Form 15Q and Form 24P
9. The Attachment Behavior Q-Set
10. The Attachment Q-Set Item List and Note Form
11. The Attachment Q-Set Recording Form
12. Items for Staged Situations (Snacks, Books)
13. An envelope to put completed data in
14. Subject payment and a receipt book for subject payments or forms to sign for obtaining payment (method of payment to be determined by sites)
15. Postcards to notify lab as address changes occur
16. Directions for the mother to get to the laboratory and maps, if necessary, or information about how to arrange transportation to the lab
17. Information for the mother about parking at the lab
18. A card for the mother with the date of her lab visit and the telephone number of the lab
19. The questionnaire packet is prepared by the 23 month phone caller
20. A stamped envelope in case the mother needs to mail in the MacArthur Language Inventory and questionnaires (when the lab visit went first and mother hasn't completed the MacArthur and/or questionnaires)

21. Audiotape recorder for reliability taping (voice activated) *See addendum

22. Audiotape and batteries *See addendum

23. Operations Manual

A checklist for protocol materials has been included on the face sheet of the home visit form.

### C. Pre-Visit Preparation

A 23-month phone call (between 22 and 24 months) will have been conducted to gather child care data and schedule the 24-month home and lab visits. In scheduling the home visit, we will ask the mother for a time that the child is rested. We also will ask the mother for a time when there have been no unusual separations (overnight) between mother and child in the week prior to the visit. We also will tell the mother that we need a time when just the mother and child and younger siblings (if any) are home.

We are only observing for 2 - 3 hours and what we saw in the many pilot visits that we did was that when others were present, the child's interactions were so distributed that it was difficult to do the sort for CHILD AND MOTHER. A 2-year-old can play happily with an older sib for 2 hours in a bedroom and never need to check in with Mom because there is security derived from the presence of the older sib. If you are observing and Dad walks in after being gone all day, his presence is new and novel and very likely the child will spend time around him. Again,

because you need to sort with regard to MOM AND CHILD, you are out of luck. So there is the practical issue of whether you will actually be able to get the information required if others are present.

On the other side are households in which the Mother simply cannot require that others be out of the house. Even with incentives (passes to movies etc.), it may not be possible for some families to have only mother and child (and younger child) present. Here are the decision rules for scheduling:

1. We should try very hard to schedule a NATURALLY OCCURRING TIME when mother and child (and younger child) are the only ones home. The RA making the call should try to ascertain if that ever happens, when it happens, and schedule then. She should explain to the mother that because we are focusing IN THIS PARTICULAR PART on mother and child, we need to see just mother and child as much as possible. If your site is willing, to help such a "naturally occurring event occur", it is fine to offer incentives for an adult besides the mother (father, grandmother, other adult) to take other children out to movies or to a special event.

2. If it is impossible to have everyone else out of the house, the RA should determine if there is a time when the presence or involvement of others would be minimized (in terms of numbers of others present being at a minimum, in terms of other important caregivers not being present--i.e., Dad or another adult relative who provides major care --, and in terms of times

when others could be relatively uninvolved with the child--i.e., Dad is asleep or Grandmother is doing the laundry). In this case the RA should recognize that she might have to stay a bit longer to get the information (or come back a second day) and the 3 set-up procedures may be necessary.

3. If it is impossible to have anything but a situation where many people are present in a small household, I think that the RA should do the observation, the RA probably would need to stay longer or come back a second day, and RA probably would need to do the 3 set-up procedures.

The RA would record their confidence level for each particular sort, as well as the extent to which the situation was optimal for doing the observation. We can use these ratings (particularly the confidence rating) to look at whether findings are different when we include those sorts for which RAs had little confidence and situations were not optimal.

So, we can see the families if the only time possible is with other family members present. However, we want the RAs to try to find a time when others are not present. Please try your hardest to schedule when just mother and child and a younger child are present.

Another reason for trying to schedule all families when just mother and child are present is that we may find ourselves more likely to schedule children of employed moms when others are present. If we start observing the children of employed moms with a lot of other family members present, while we observe the

children of unemployed moms with just the mother present, we have big problems.

So to summarize, what we are trying to do is observe just mother and child (and younger sib, if any). If we cannot do that, we have ways to record who was present, how confident the RA was about the sort, and how optimal the situation was. We can then analyze the data with and without the cases in which others were present, the confidence is low, and the situation was not optimal to see if we get different results. We should monitor at each site whether we have a bias in the way that employed versus unemployed mother families are being observed. So please keep track of that at your site as you schedule families.

One to two days before the scheduled visit the mother should be re-contacted to verify the time and date of the visit and that this is still a rested time for child (i.e., naps have not changed) and that there have been no major separations in the last week. During this confirmation call, remind the mother that you will bring a snack and check with her about child's food preferences. If the mother does not have a phone, she should be re-contacted in whatever manner has been previously arranged so that she receives a reminder within two days of the visit. If visits are scheduled more than two weeks in advance, mothers may have difficulty remembering their appointments with us. Sites may want to send the mothers reminder postcards 7 days prior to her scheduled visit.

Before going to the home there are at least two things to do to prepare for the visit. First, the Visitor should check a map to make sure that the directions received from the mother are correct. Checking the map will also help the Visitor plan the time she needs to find the mother's home and to anticipate delays. Second, the Visitor should check that all necessary supplies, materials and equipment are packed and ready to go.

**D. Rescheduling**

Despite attempting to schedule the visit when the child is awake, it is possible that the child will be asleep when you arrive. If that is the case and the mother expects the child to sleep for a long time, you will need to reschedule the visit. If the mother anticipates that the child will be up shortly, ask her if she would like you to come back in a short time or if you should stay. If the child falls asleep soon after you arrive, you will need to reschedule the visit (preferably within a weeks time) and you will base your Q-Sort on both visits. If the child falls asleep or there is a problematic interruption, if you have been there for nearly two hours and you feel you have sufficient information such that your observations were made over a long enough period of time to feel confident about them (i.e. they do not distort the reality of the parent-child interactive behavior and non-interactive behavior), you will not need to reschedule.

Although the conditions needed for the visit should have been discussed with the mother when the appointment was made,

occasionally you will arrive and find that conditions exist which make the visit impossible to do or unrepresentative of the child's home environment; for example, unexpected company has dropped in or many family members are there and are staying. In general, if you feel the situation does not deviate too much (for example, one family member is there but out of sight) and if the mother is still willing to do the visit, go ahead and do the observation. Short interruptions (phone calls, deliveries) need not be a cause to reschedule unless the child appears disturbed by them, or the mother states that the visit represents very atypical circumstances for the child. If other children are present in the house and they are not usually there, it will be difficult for the observer to get a sense of what is typical. The visit should not be completed under these circumstances, but rescheduled. However, if the other children are siblings and are not involved (outside playing etc), use your judgement about whether the observation should proceed. The general rule is that if the situation is no longer representative of the child's normal home environment or you won't be able to observe enough of the items because the child's interaction is distributed among too many people, reschedule the visit.

If the child is truly ill, you must always reschedule.

At the end of the 2-3 hour visit, if you feel that you do not have sufficient information to complete the sort, you must come back for a second visit. Base the sort on both visits. This will happen occasionally. In this case try to come back

within a week. Make sure you have good notes and you also can do a preliminary sort and take notes about that. These will aid your memory for a final sort. Even if the second visit is delayed, good notes will allow you to use information from both visits.

**E. Arrival**

1. Establishing initial rapport

Upon arrival at the mother's home, offer a friendly greeting, ask how everything is going, etc. For example, "Hello Mrs. SURNAME, I'm VISITOR's NAME from the Early Child Care Study at YOUR SITE. It's nice to see you again (if previously seen). I appreciate your letting us come out and visit with you today. How has everything been going for you and CHILD?..."

You may want to say something nice to the mother about the child, but don't talk directly to the child just yet. Let the child approach you.

2. Giving an overview of the visit

After introductions, convey something like the following script to give mother an overview of the visit:

"As (give the 23 mo. phone caller's name) told you, in this visit we will be trying to get some information about the child's experiences and activities. We would like to observe the child as you go about your normal activities around the house. Because we would like to see as natural a slice of the child's home life as possible, we would like you to do whatever you would normally

do at this time. I may ask you about things from time to time, but in general please just ignore me and go about your normal activities. We would like for you and the child to be here during the full 2 hours. We prefer that others not be here except when they are just coming and going quickly because it is hard to see what (CHILD) is like with you if others are here for him/her to interact with. During the first half of the visit I will generally just observe you and CHILD although I may ask some questions. During the second half, I will probably ask you about some things I may not have seen during my visit. We have several experiences that we like all families to have so I've brought a snack and a book for later." If there are interruptions, like deliveries or phone calls, these are considered part of the normal day of the child, and the mother should not feel that she cannot proceed as she normally would.

- If it has been impossible not to have others there (father or other adults who live there or older siblings), make sure that the mother knows that we need her to remain in the household for the observation period. Also make sure that she knows that it is fine for siblings and the father to come and go as they normally would.

3. As the observation proceeds

As you begin the observation, in the unlikely event that the child and mother are in different rooms and are having no contact and this goes on for 15 - 20 minutes, you can go in the room with the mother and talk to her. That will usually serve to draw the

child to that room, especially if he was staying in the room with you to "observe" you, the novel stranger. If the child does not come into the room where the two adults are (and there is no one else home), that is interesting information.

It is important that the observer and the child have some contact at some point. However, it should be at the child's initiation. At the end of the 2 hours, if the child has not initiated with you, then offer the child a toy or a cookie. As it is appropriate to elicit the "new adult" or visitor items, you can interact with the child. You will get a sense of this in training.

At the end of the 2 hours, you will ask the mother if this is what would have happened in general if we had not been there. However, as things arise during the visit, you can also ask the mother that question about specific things.

As the observation proceeds, you will ask the mother about behaviors you haven't seen and about how typical the behaviors are that you have seen. You will use a more open approach to soliciting information rather than a structured interview approach. This approach will be a major focus in your training to do this visit. In soliciting this information, it will be important that you are sensitive to the intent of the Q-set items and skilled at putting mothers at ease. The more "clinical" approach to seeking information from the mothers will yield better information. If you simply repeat the item content to the mothers, you are more likely to get a blank stare or glib, quick,

socially desirable responses. It is best to initiate the probes with explicitly observed child behaviors. So, for example, if the child appears wary early in the visit and then warms up, you would ask the mother how typical that is, does it happen more with males or females, then what happens when the child is frightened, does he or she want to be held in those circumstances. When you can't use observed circumstances (for example when you need to sort the child's response to mother's reprimands and the mother never reprimands the child), describe for the mother a "representative" vignette of mother-child interaction and ask how the child might respond in that circumstance (for example, when the child is going to touch something breakable or dangerous and you reprimand her, what does she do?).

Exactly how and when questions are put to the mother will depend somewhat on the observer and what is "observed" in the course of the 2-hour home visit. Although some interaction with the mother is necessary and inevitable at the outset of the observation, you will want to make it clear that your visit is intended to gather information about the child from direct observation of the child's behavior. Nevertheless, the mother should be informed that many of the items which must be considered by the observer occur only rarely and will be more often be observed by the mother. Consequently, you will spend some time talking with the mother about relevant content that you were not able to observe (for example, item 26 refers to the

child's typical response when left at home with a baby-sitter, father, or grand-parent, which should not be observed by you). Generally, it is easiest to cover this content in a conversation about the child, rather than as a question-answer format at the end of the observation period. However, if you find it easier to use a standard format in which you simply refer to the items as questions, you may do so (e.g., "How does X behave when you leave him/her at home with a baby-sitter or father? Does she/he cry? etc.). By convention, not as much credit is given to items obtained solely by maternal report (they are usually not sorted in the most characteristic or least characteristic piles). However, the information will be useful in distinguishing between items placed in the middle piles (somewhat characteristic versus somewhat uncharacteristic, for example). More information is given about this in later sections.

The following interaction tasks will be used at some point in the two hour observations, if needed. Because the observation period is so brief, many behaviors aren't observed. The mother can be asked about these, but these interaction tasks may help elicit these behaviors so that they can be directly observed. Each of the three of these tasks would entail interaction between mother and child. They might be massed (done as a group) or distributed across the observation period, as meets the individual needs and desires of the families and observers.

The interaction tasks should not be initiated until the observers have been in the home for at least an hour. (The

exception is that we may offer snack early if the mother indicates that she is preparing the child something to eat.) This will give time to see much of what happens when the child meets new people and how she or he uses the mother as a base of exploration and support. The observer may find that these interactions occur naturally and don't need to be staged. Conversely, the observer may find that little interaction has occurred between mother and child and that the tasks are needed.

The three interaction tasks are conceived as giving more and more control to the mother in the direction of the interaction and for this reason you may desire to order them according to the mother's increasing role. Alternatively, you could leave the order up to the mothers themselves.

One interactive vignette entails the mother and child playing their favorite physical interaction game. The best game to use is hide and seek. Some children may be unwilling to let the mother go out of sight and that is useful information. Others may be willing to hide themselves, but not have the mother hide and others may be comfortable letting the mother hide. Playing chase is another option, but almost all children will enjoy that game and you may not obtain as differentiating information. The RA could introduce this vignette with the following script: "Many children this age enjoy playing hide and seek. Has CHILD ever done this before? Could you try hiding and having him/her find you?"

If in the course of observation the child separates from mother (goes in another room), you may not need hide and seek, but it is still good to ask the mother if they have ever played hide and seek and if the child likes to play it.

Another interactive vignette is the reading of a book to the child by the mother. A short book would be ideal for attracting the interest of the children. The RA could introduce this vignette with the following script: "We have brought a book for you to share with your child. If you would like to sit down together, you can share this with CHILD. It has lots of interesting things that the children enjoy. You do not have to read it, but can talk about it together." In previous research with children at this age, "read a book" has been an excellent task for eliciting individual differences in maternal interaction styles and these in turn are associated with variable child behavior. If you know the mother can not read, we will have a book without words that can be used.

The other interactive vignette is "snack." The observer should bring drinks (apple juice) and cookies or crackers (a box of animal crackers works well) or other foodstuffs the child is known to prefer. Obviously, the mother must be contacted for food preferences in advance and an understanding that a snack will be brought should be reached prior to the visit (in confirmation call for 24 month home visit). Tell the mother that we wish to bring snacks ourselves so that it is standard from family to family. If the mother says, no, I will be giving

him/her a snack and prefer you not, encourage the mother to let us bring the snack. If she still says no don't bring anything. If you do bring a snack, it is preferable that the drink container be too large for a single serving. That is, the child will not be expected to drink directly from the container or, excepting a very motorically precocious 24-month-old, be able to pour on her or his own. Two 12 oz. bottles of apple juice (like what is being used at the 15 month lab visit) should be sufficient for this. Observers could provide napkins, cups (to imply that the drink needs pouring), and the consumables. This will give ample opportunity to observe compliance with directions, probably some prohibitions, positive affect, etc. Again, snack episodes have proven quite useful in previous research in terms of revealing substantial differences among mothers and children's behaviors. The script to introduce this vignette is as follows: "We have brought a snack for you today. Is this a good time for CHILD to have a snack? There is enough for both of you. We've brought cups so that CHILD can pour the juice."

The total amount of time taken by these vignettes will be determined in part by the willingness of the subjects to "perform" in front of you. It is the observer's task to make the mother feel at ease about this. Each of the vignettes is complex enough to take 5 - 8 minutes. A total of 15 - 20 minutes is more than enough to extract the item-relevant information you are seeking. Certainly, these vignettes should take no more than

23-25 minutes from the total observation period. 25 minutes is really too much. On the other hand, you may not see all you need in less than 15 minutes. There is a great deal of redundancy built into the three vignettes.

That is, in each there will be opportunities to assess cooperation, compliance, affect, etc. Responses to physical contact with the mother will be possible in the game and story episodes. Responses to directives will be most likely observed during snack etc. It appears that the "play a game" vignette will be the most variable in terms of the return on investment of time.

As the observation period proceeds, you will need to take good notes concerning the relevant behaviors that you observe and the information you get from the mother (more information on note-taking is provided later). Keep note of the behaviors that you don't observe so that you can ask the mother about them. At the end of the observation period, you should have observed or asked about all 90 of the Q-Set items.

In some rare cases, you may find that at the end of the 2-3 hour visit, you do not feel confident that you have enough information to do the Q-Sort or that the Q-Sort is not valid (this may occur when the mother indicates the child's behavior was very atypical and should be rare). You may not have enough information because there were many interruptions, the child went to sleep, there were others present, or just because it was an unusual and difficult visit for a number of reasons. You may