**the child ceases play or gets upset by the mother's leaving?** The issue is whether the child follows along and con- tinues his play in the area the mother has moved to. The issue is not whether the child gets upset by the mother's leaving. There are other items that cover that aspect. So if the child doesn't follow and continues playing, then it goes to the low end. That's what it means. **What if the child gets upset momentarily and then follows the mother to another room and continues his play?** Most likely, this is what happens. You would rate an item that says child gets upset when mother leaves the room as characteristic, and this particular item, #90, based on whether the child moved or not. And you will also count the upset part with a different item. **What if the child follows the mother but doesn't continue his previous play in the new location?** Well, I guess if a child keeps playing, that's fine. I mean, he contin- ues playing, he didn't continue playing the same thing, but he continued playing in a different place. If he doesn't continue playing and he follows mother, then I don't know, I wouldn't tend to put this item very high, but I wouldn't go to the low end because the child did follow the mother. So it would wind up probably a little toward the characteristic side but not much.

From: Chris Payne

RE: Addendum update 2-19-93, Q-Sort bubbles

CC: Data Center, Martha Cox, Sarah Friedman

This note was mistakenly deleted from the Q-Sort Addendum you recently received. Sorry. Please pass this information on to all of your home team members.

On the Q-Sort scantron scoring form there are two bubbles (O and A) to be marked for every item number. You should mark one or both of these for all 90 items. Mark "O" for those items which you rated based on your observation. If an item is sorted low or to the middle you may not have "observed" it, but you are indeed sorting it based on your observation (there was an opportunity for it to occur). Mark an "A" for those items sorted from mother report alone. Mark both "O" and "A" for items which you observe but also ask the mother for clarification and additional information.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, December 12, 2005 5:43 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Attachment Behavior Q set as conducted in the NICHD SECCYD at age 24 months
**Attachments:** NICHD SECCYD 24 months home visit.pdf

Dear all, I am attaching information relevant to our discussion of the attachment Q sort. The information comes from the NICHD Study of Early Child Care and Youth Development. Below is a description of the procedure in the study's Instrument Document. Attached is the operation manual for the home visit in which the data was collected. As you will see from the Instrument Document the NICHD SECCYD investigators worked with Brian Vaughn in developing a home visit that would provide us (I say "us" because Alison and I are also part of the NICHD SEECYD study) with information relevant to the sorting of the attachment items. We feared that without the semi structured situations that were introduced in the second hour of the visit, the observers would not have enough opportunities to see behaviors that inform the Q sort. Sarah.

1. **Name of Instrument:**

   Attachment Behavior Q-set

2. **Assessment (age and location):**

   24 mo. – Home

3. **DCC Form # and Revision Date:**

   24N 08/19/92

4. **Item Level Data Set** **Analytic Data Set/Variables**

| | | |
|---|---|---|
| F24N24 | <u>COUT24</u> | |
| | LIVSCO24 | Corr btw intvw sort & secure crit, Q-sort |

5. **Description of Instrument:**

   The Attachment Q-Set consists of 90 cards that observers sort into fixed piles from "most descriptive" to "least descriptive" of the child. The cards are sorted based on a predefined distribution (in our case 4-6-10-15-20-15-10-6-4). Each card describes a behavioral characteristic of children from 18-24 months. The items are sorted to provide a summary of a child's attachment behavior as observed during a 2 hour home visit. Items most characteristic of the child are placed at one end of the distribution (piles 9,8,and 7). Items most uncharacteristic of the child are placed at the opposite end (piles 1, 2, and 3). Items that were not observed in the visit or are neither characteristic nor uncharacteristic of the child are placed in the center piles. An item's placement in the sort determines its score. The most characteristic items receive scores of nine, the items most unlike the child receive the scores of one. The final sort conforms to a symmetrical, unimodal distribution with a specified number of items in each pile.

In the NICHD Study of Early Child Care, one observer (except for reliability visits in which two observers will go) visited the home and observed the normal, everyday routine at a time when just the mother and the child (and a younger child, if any) are present. The trained observer made notes of child's behavior that was naturally occurring or in response to semi-structured situations introduced by the observer. These were a small book with surprise windows, a snack, and a hide-and-seek game. These semi-structured activities were introduced during the last hour of observation. Immediately after the observer returned from the home visit, the Q-sort was performed based on memory and notes taken during the visit. The resulting profile was correlated with the profile of a prototypically secure child, as determined by experts in the field, and the correlation of the subject's Q-security score. Criterion sorts for security and dependency were provided by Everett Waters. These criterion sorts result from the averaged sorts of 6-10 experts who have been asked to provide a description of the "hypothetically most secure child" and the "hypothetically most dependent child". The procedure yields attachment construct scores for security, dependency, sociability as well as a social desirability score for control purposes.

6. **Modifications:**

A one day 2-hour visit was used rather than the more customary longer, multiple day visit used by the Q-Sort originators.

7. **Rationale for Choosing Instrument:**

Waters and Deane (1985) list several advantages of Q-sorts:

"...observers can be kept unaware of the constructs that will be scored from the data they provide; that observers are not required to have detailed knowledge of norms for each item, as they are for conventional rating methods; that response biases are reduced by sorting items into a fixed distribution; that the significance of a behavior is clearly distinguished from the frequency with which it occurs; that each item is explicitly scored in the context of a well-defined set of other items; and that data from different samples can be compared directly because sample norms do not enter into the scoring. In addition, description of subjects in terms of an array of scores on items with highly specific content affords a wide range of analytic possibilities that are not available when rating procedures are employed to summarize a wide range of information in a single score." (Waters & Deane, 1985, p. 53)

Q-sort methodology holds considerable promise for assessing attachment relationships from an ethological/control systems perspective. " The Attachment Q-set and the data analytic procedures available for use with Q-sort data seem well suited to the task of examining relationships among affect, cognition, and behavior in the attachment domain" (Bretherton & Waters, 1985, p.61).

8. **Base Reference/Primary Citation:**

Waters, E. & Deane, K. (1985). Defining and assessing individual differences in attachment relationships: Q-methodology and the organization of behavior in infancy and early childhood. In I. Bretherton & E. Waters (Eds.), Growing points of attachment theory and research (pp.41-65). Chicago: Monographs for the Society for Research in Child Development.

9. **Psychometric Information (sample, reliability, validity):**

A recent meta-analysis by van Ijzendoorn et al. (in press) supports the validity of the

Attachment Q-Sort Q-security score. Q-security shows modest convergent validity with the Strange Situation, is predicted from observations of maternal sensitivity, and predicts child social competence.

Research assistants blind to prior attachment classification received extensive training in attachment theory, watched a videotaped tutorial on the Q-set by Dr. Brian Vaughn, and reviewed two training videotapes showing an observation and the scoring and justification for that observation completed by Dr. German Posada, prior to live training with Dr. Vaughn. Each site received three days of on-site training from Dr. Vaughn involving three to four home visits. Finally, research assistants were tested on 5 videotaped observations scored by Drs. Posada and Gao. The Posada/Goa consensus score was the "gold standard" for this test. Their reliability agreement across the 5 test tapes, before conferencing to consensus, was .77, with a security score difference of .04. Research assistants were certified to collect data if the median correlation of their Q-security scores with the gold standard Q-security scores was .55, and no correlation was below .40. Across the data collection period within-site reliability was assessed. Across all research assistants at all sites this correlation was .73 with a security score difference of .06.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, December 12, 2005 2:06 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Mesures of parent-child interaction that need to be considered by our ND worksgroup
**Attachments:** Psychiatric Assessment through Age 3.xls

Hello all, Since we are going to talk today about assessments of parent-child interaction, I am sending the table that includes all the recommended Parent-Child interaction that we have received from the NCS central office.

Sarah

**Sarah L. Friedman, Ph.D.**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, December 12, 2005 1:05 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Queries about ITSEA and BITSEA
**Attachments:** NCS.Letter to Alice Carter.December 12. 2005.doc

Dear Dr. Carter,

Enclosed please find my letter with questions about the ITSEA and BITSEA. I would appreciate an opportunity to talk with you during the first week of January 2006.

Thanks in advance,

Sarah.

**Sarah L. Friedman, Ph.D.**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**



# Cognitive & Achievement Assessments

NICHD Study of Early Child Care and Youth Development

Advanced Training Institute
June 2005
Presented by Sarah L. Friedman, Ph.D.

1

## Overview

- Cognition and achievement:The overall scheme
- Cognition and achievement: The constructs
- Assessment points
- Measures and variables
- Kinds of questions we can ask
- Examples from the study
- Building models and choosing predictors
- Conclusions

2

## The overall scheme: Development over time and in context




3

## The Constructs: Cognitive & Achievement

- **Global Intellectual functioning**
  - Sensory perceptual acuities & discriminations
  - Memory
  - Learning
  - Problem solving
  - Verbal communications
  - Generalizations
  - Classifications

4

## Constructs (cont.)

- **Knowledge and achievement**
  - Knowledge of colors
  - Letter identification
  - Number/counting
  - Comparisons
  - Knowledge of shape
  - Reading
  - Math problem solving
  - Academic skills

5

## Constructs (cont.): Adding cognitive process

- **Cognitive Processes**
  - **Play Complexity**
    - Undifferentiated exploration
    - Functional play
    - Transitional Play
    - Simple pretend
    - Elaborated pretend

6

## Constructs (cont.)

- **Attention**
  - Sustained attention
  - Impulsivity
- **Memory**
  - Short term
  - Long term
- **Planning**
  - Planning efficiency

7

## Constructs (cont.)

- **Language**
  - Comprehension
  - Production
  - Listening
  - Fluency
  - Narrative and language complexity

8

## What makes us different is that…

We have a large sampling of cognitive and achievement constructs over time AND we include *process* not just *product* measures of cognition

9

# Phase I

Cognitive & Achievement Variables: A closer look

10

## Global Functioning & Achievement

| | Measure | 15 m | 24 m | 36 m | Data Type | Variable Names |
|---|---|---|---|---|---|---|
| ***Global Intellectual Functioning*** | | | | | | |
| | Bayley MDI | C | C | | Test | Mental Development Index |
| ***Knowledge & Achievement*** | | | | | | |
| | Bracken Test of Basic Concepts | | | C | Test | School Readiness |

11

## Cognitive Processes

| Measure | 6 m | 15 m | 24 m | 36 m | Data Type | Variable Names |
|---|---|---|---|---|---|---|
| *Solitary Play* | | C | C | C | Observation | Play Complexity |
| *Solitary Play* | | C | C | C | Observation | Attention (time on task) |
| *CBCL* | | | M, Cg | | Questionnaire | Attention |
| *ORCE* | C | C | C | C | Observation | Attention (engagement with objects) |

12

## Language Development

| Measure | 15 m | 24 m | 36 m | Data Type | Variable Names |
|---|---|---|---|---|---|
| *MacArthur Communicative Development Inventory* | M | M | | Question | Verbal Comprehension & production |
| *Reynell Developmental Language Scales* | | | C | Test | Verbal Comprehension & production |

13

## Phase II & III

Cognitive Variables: A closer look

14

## Knowledge & Achievement

| Measure | 54 m | K | 1st G | 2nd G | 3rd G | 4th G | 5th G | 6th G | Data Type | Construct |
|---|---|---|---|---|---|---|---|---|---|---|
| *Woodcock-Johnson-R (WJ-R) Test*<br>*22*<br>*23*<br>*24*<br>*25* | <br><br>C<br><br><br>C | | <br><br>C<br><br><br>C | | <br><br>C<br>C<br>C<br>C | | <br><br>C<br>C<br>C<br>C | | Test | Reading skills & Math Problem Solving |
| *(WJ-R) Test 31* | | | C | | C | | | | | Phonic and structural analysis skills |
| *Academic Skills* | | | | | | | | | Question | Knowledge & Math |
| *Child Evaluation* | | | | | | | | | Question | School Performance |

15

## Cognitive Processes

| Measure | 54 m | K | 1st G | 2nd G | 3rd G | 4th G | 5th G | 6th G | Data Type | Construct |
|---|---|---|---|---|---|---|---|---|---|---|
| *(WJ-R) Test 2<br>4* | C<br>C | | C<br>C | | C | | | | Test | Short-term memory; auditory processing |
| *(WJ-R) Test 1* | | | C | | C | | | | Test | Long-term Memory |
| *(WJ-R) Test 6* | C | | C | | C | | C | | Test | Vocabulary |
| *(WJ-R) Test 21* | | | | | C | | C | | Test | Verbal Analogies |

16

## Cognitive Processes (cont.)

| Measures | 54 m | K | 1st G | 2nd G | 3rd G | 4th G | 5th G | 6th G | Data Type | Construct |
|---|---|---|---|---|---|---|---|---|---|---|
| *Stroop Task* | C | | | | | | | | Test | Impulsivity |
| *Continuous Performance Task (CPT)* | C | | C | | | C | | | Test | Sustained attention & impulsivity |
| *Child Behavior Checklist (CBCL)* | M<br>F<br>Cg | M<br>T | M<br>F<br>T<br>Cg | T | M<br>F<br>T<br>Cg | M<br>F<br>T<br>Cg | M<br>F<br>T<br>Cg | M<br>F<br>T | Question | Attention |
| *Wechsler Abbreviated Scale of Intelligence (WASI)* | | | | | | C | | | Test | General Intelligence |

17

## Cognitive Processes (cont.)

| Measure | 54 m | K | 1st G | 2nd G | 3rd G | 4th G | 5th G | 6th G | Data Type | Construct |
|---|---|---|---|---|---|---|---|---|---|---|
| *Tower of Hanoi (TOH)* | | | C | | C | | C | | Test | Planning & Problem Solving |
| *ORCE Qualitative Ratings* | C | | | | C | | C | | Observation | Attention |
| *Classroom Observation System* | | | C | | C | | C | | Observation | Engagement/ Attention |

18

## Language Development

| Measure | 54 m | K | 1st G | 2nd G | 3rd G | 4th G | 5th G | 6th G | Data Type | Construct |
|---|---|---|---|---|---|---|---|---|---|---|
| *Preschool Language Scale* | C | | | | | | | | Test | Comprehension & Expression |
| *Adaptive Language Inventory* | Cg | | | | | | | | Questionnaire | Comprehension & Expression; listening, language to adults; children |
| *WJ-R Vocabulary* | C | | C | | C | | C | | Test | Vocabulary |
| *ORCE Behaviorals* | C | | | | | | | | Observation | Asks Adult Question: Other Child Talk |
| *Narrative: Frog* | | | | | C | | C | | Test | Story structure and language complexity |

19

## Using the cognitive and achievement data

Expanding the universe of cognitive and achievement questions

20

## Patterns to consider

- Following a construct through time
- Examining how different cognitive and achievement constructs inter-relate
- Asking how context relates to cognitive and achievement outcomes
- Asking how change in context over time relates to cognitive and achievement outcomes

21

## Example 1: Following a construct through time

- **Building a longitudinal focus for cognitive outcomes**

*How does early language at age 3 years relate to language at the end of preschool and to narrative skills in 3rd and 5th grade?*

NICHD E.C.C.R.N. (in progress)

22

## Example 2: How do different cognitive and achievement constructs inter-relate?

*How do both early oral language and reading skills in preschool relate to reading abilities in first and third grade?*

NICHD, E. C. C. R N. (2005). Pathways to reading: The role of oral language in the transition to reading. *Developmental Psychology, 41*(2), 428-442.

23

## Abstract

**What is the role of oral language in reading competence during the transition to school? Is oral language in preschool best conceptualized as vocabulary knowledge or as more comprehensive language including grammar, vocabulary, and semantics? These questions were examined longitudinally using 1137 children from the NICHD Study of Early Child Care and Youth Development. Following children from age 3 through third grade, results suggest that oral language conceptualized broadly plays both a direct and indirect role in word recognition during the transition to school and serves as a better foundation for early reading skill than does vocabulary alone. Implications of these findings are discussed in terms of both theoretical models of early reading and practical implications for policy and assessment.**

24

Example 3: Asking how context relates to cognitive and achievement outcomes

*How does sensitive and stimulating care in the family and child care setting relate to individual differences in children's attention, memory and planning in first grade?*

NICHD E.C.C.R.N (2005) Predicting individual differences in attention, memory, and planning in first graders from experiences at home, child care and school. *Developmental Psychology*, *41*,1, 99-114.

25

## Abstract

Data from a sample of 700 first graders whose experiences in the home and in child care or school were evaluated since early infancy revealed that the cumulative quality of the child rearing environment was related to attention and memory but not to planning and that the quality of the family environment was more strongly associated with outcomes then was the quality of child care and of school. The quality of both children's early (6-through 36 months) and later (54 months and first grade) environments predicted performance on the attention and memory tasks.

26

Example 3 cont. From context to outcome

Are attentional processes possible mediators between the family environment and school readiness?

NICHD E.C.C.R.N.(2005) Do children's attention processes mediate a link between family predictors and school readiness? *Developmental Psychology*, *39*, 3, 581-593

27

## Abstract

**The role of attention processes as possible mediators, between family environment and school readiness was analyzed with data from 1,002 children and their families. Data on children's sustained attention, impulsivity, and school readiness (i.e., cognitive, achievement, language and social development) were obtained at 45 months of age, and the quality of the family environment was assessed throughout the first 54 months. Mediation tests showed that children's sustained attention partially accounted for the link between family environment and achievement and language outcomes. Impulsivity partially accounted for the link between family environment and achievement, social competence, and externalizing behaviors. The roles of sustained attention and of inhibition of impulsive responding in the relation between family characteristics and school readiness are discussed.**

28

## Example 3 cont. From context to outcome

- How does the quality of early non-maternal care relate to concurrent and later language and cognitive skills?

NICHD E.C.C.R.N. (2000) The relation of child care to cognitive and language development. *Child Development*, *71*, 960-980.

29

## Abstract

**Analyses adjusted for maternal vocabulary score, family income, child gender, observed quality of the home environment, and observed maternal cognitive stimulation indicated that the overall quality of child care, and language stimulation was consistently but modestly related to cognitive and language outcomes at ages 15, 24, and 36 months. After adjusting for child care quality, cumulative experience in center based care was associated with better outcomes than was participation in other types of care. Amount of time children spent in care was not related to outcomes. Children in exclusive maternal care did not differ systematically from children in child care. Language stimulation predicted subsequent cognitive and language performance 9 to 12 months later. The relations of child care variables to outcomes did not vary consistently as a function of family income, quality of home environment, child gender, or ethnic group.**

30

And many more examples of context to outcomes studies!!

31

Example 4: Asking how change in context over time relates to cognitive and achievement outcomes

*How does the changing pattern of maternal and caregiver sensitivity over the first six years of life relate to children's language and cognitive outcomes in 1st grade?*

Hirsh-Pasek, K. & Burchinal, M. (in press) Mother and caregiver sensitivity over time: Predicting language and academic outcomes with variable- and person-centered approaches. Merrill Palmer Quarterly.

32

## Abstract

**Using the longitudinal data set from the NICHD Study of early Child Care and Youth Development, this study asks how *changes* in the sensitivity of both mothers and caregivers from 6 months to 6 years relates to language and academic outcomes at the start of formal schooling. Three questions are posed: 1) How variable is the quality of caregiving children experience from mothers and child care providers during early childhood?, 2) Do children benefit from both sensitive parents *and* caregivers?, and 3) Are changes in sensitivity over time related to cognitive and language outcomes at the end of preschool and the beginning of formal education? Person-centered and variable-centered analyses revealed that children experience changing patterns of sensitivity across time, that children benefit from sensitive interactions with all adults, and that changes in the sensitivity children experience across time are associated with both language and cognitive outcomes.**

33

## Expanding the universe for the cognitive data to examine…

- Relations between cognitive process and cognitive outcome variables
- Relation between cognition and social adjustment
- Relation of cognition to physical health
- Relation of cognition to sleep
- Relation of cognition to pubertal development (later Phases of the study)
- Add your interest here!

34

## Looking across the data:

- ***Most frequently used measures***
  - Woodcock Johnson- R tests
  - Language measures
  - (CDI; Reynell, PLS)
  - Bayley
- ***Least frequently used measures***
  - Play level
  - Attention
  - Planning

35

## Building the models to ask the questions

Choosing predictors -- a final advantage of the data set

36

## Choosing Predictors

- Child predictors
  - Gender
  - Ethnicity
  - Early cognition (e.g. play level, attention)

37

## Choosing Predictors (cont.)

- Family predictors
  - Maternal PPVT
  - Maternal attitudes (modernity)
  - Quality of the home environment (H.O.M.E. total)
    - Enrichment (6 & 15 months)
    - Learning materials (36 months)
    - Language stimulation (36 months)
    - Academic stimulation (36 months)
    - Physical Environment (36 months)
  - Maternal cognitive stimulation
    - Mother-Child Interaction

38

## Choosing Predictors (cont.)

- Child Care predictors
  - Overall quality of the child care setting (ORCE; HOME)
  - Cognitive stimulation by provider (ORCE; HOME)
  - Physical environment (PROFILE)

39

## Conclusions

- The cognitive data set is longitudinal and includes variables pertaining to cognitive process, global intellectual functioning, knowledge & achievement and language.
- In combination with the other child and context variables the cognitive variables can be used to answer novel and important research questions about child development.
- This data set therefore holds the promise of expanding the ways in which we look at the field of early cognition and achievement through the lens of change over time and cognition in context.

40

**Phase I (first 36 months of life): Cognitive, Language and School Readiness Instruments and Some Instruments with Relevant Predictors**

**COGNITIVE, ACHIEVEMENT AND LANGUAGE OUTCOME MEASURES:**

1. **Name of Instrument:**
   Bayley Scales of Infant Development (Mental Development Index)

2. **Assessment (age and location):**
   15 months – Lab

3. **DCC Form # and Revision Date**
   12K

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F12K15 | COUT15 | | 32 |
| | MDI15O15 | Bayley Mental Dev. Index 15 Mo. | |

5. **Description of Instrument:**

   The Bayley Scales provide an evaluation of a child's current developmental status. The Mental Development Index (MDI) of the Bayley assesses sensory-perceptual acuities and discriminations; memory, learning, and problem solving; early verbal communication; and the ability to form generalizations and classifications.

---

1. **Name of Instrument:**
   Bayley Scales of Infant Development -- Revised (standardization version)

2. **Assessment (age and location):**
   24 mo. – Lab

3. **DCC Form # and Revision Date:**
   12K 07/06/95

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F12K24 F12K24VI | COUT24 | | 49 |
| | MDI24024 | Bayley Mental Dev. Index 24 Mo. | |

5. **Description of Instrument:**

   The Revised Bayley Scales provide an evaluation of a child's developmental status. The purpose of the new scale is the same as that of the original version. Changes to the scales, according to the manual, include the addition of color to the artwork, improvement of the quality of the materials, and the addition of new item types for assessing different abilities.

---

1. **Name of Instrument:**
   Bracken Basic Concept Scale (BBCS)

2. **Assessment (age and location):**
   36 mo. – Home

3. **DCC Form # and Revision Date:**
   12L (Copyrighted Form Used - 1984 version)

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F12L36 | COUT36 | | 128 |
| | BKSRCO36 | BBCS 36 mo. school readiness composite | |
| | BKPTLO36 | BBCS 36 mo. school readiness percentile | |
| | BKSTDO36 | BBCS 36 mo. school readiness standard | |

5. **Description of Instrument:**

The BBCS is administered by a trained professional or paraprofessional at the 36-month home visit. It is composed of 2 versions: the Diagnostic Scale (appropriate for children aged 2 to 7 years) and the Screening Test (appropriate for children aged 5 to 7 years for whom a more thorough evaluation is warranted). The BBCS Diagnostic Scale is intended as an in-depth assessment of a child's knowledge of basic concepts. The Diagnostic Scale contains 258 items that fall into 11 categories, such as comparisons, time, quantity, and letter identification. The BBCS is conducted in approximately 25 minutes and yields 7 subscale scores and 1 total test score. The 7 subscale scores are: School Readiness Composite, Direction/Position, Social/Emotional, Size, Texture/Material, Quantity, and Time/Sequence.

1. **Name of Instrument:**
   MacArthur Communicative Development Inventories (CDI) for Infants and Toddlers

2. **Assessment (age and location):**
   15 mo. – Home (CDI/Infants)
   24 mo. – Home (CDI/Toddlers)

3. **DCC Form # and Revision Date:**
   15M (Copyrighted form used)

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F15M15 | COUT15 | | 58 |
| | CDIPUM15 | CDI phrases understood- percentiles | |
| | CDIVCM15 | CDI vocab. comprehended - percentiles | |
| | CDIVPM15 | CDI vocab. produced - percentiles | |
| | CDIEGM15 | CDI early gestures - percentiles | |
| | CDILGM15 | CDI later gestures - percentiles | |
| | CDITGM15 | CDI total gestures - percentiles | |
| | VCRAWM15 | CDI vocab. comprehended/raw scores | |
| | VPRAWM15 | CDI vocabulary produced - raw scores | |
| | VERBCM15 | CDI verbs comprehended - raw scores | |
| | VERBPM15 | CDI verbs produced - raw scores | |
| | EGRAWM15 | CDI early gestures - raw scores | |

| | | | |
|---|---|---|---|
| | LGRAWM15 | CDI later gestures - raw scores | |
| | TGRAWM15 | CDI total gestures - raw scores | |
| | PURAWM15 | CDI phrases understood - raw scores | |
| | | | **CCDR** |
| F15M24 | <u>COUT24</u> | | 65 |
| | CDIVPM24 | CDI vocabulary produced - percentiles | |
| | CDISCM24 | CDI sentence complexity - percentiles | |
| | CDINVM24 | CDI irregular nouns & verbs - percentiles | |
| | RAWVPM24 | # of words produced - raw | |
| | RAWAWM24 | # of action words produced - raw | |
| | RAWSFM24 | Suffixes: 0=not yet 1=sometimes | |
| | RAWIRM24 | # of irregular nouns and verbs | |
| | RAWORM24 | # over regularized nouns | |
| | RAWWCM24 | Words combined: 0=not yet 1=some | |
| | RAWCSM24 | # of complex sentences used - raw | |

**5. Description of Instrument:**

Mothers complete an approximately 493-item inventory at the 15-month home visit. The aim of the inventories (both the CDI/Infant and the CDI/Toddler) is to assess early child language development. The Infant inventory is divided into 2 parts, Early Words and Actions and Gestures. Part I, Early Words, includes: a 3-item section used to determine whether child has begun to show signs of understanding language; a 28-item list of phrases child may understand; and a 396-item vocabulary checklist organized into 19 semantic categories, such as "words about time" and "body parts". The vocabulary list is structured so that the mother can indicate which words child <u>understands</u> and which words the child <u>uses</u> <u>and</u> understands. Part II, Actions and Gestures, focuses on actions and gestures and offers the mother the opportunity to indicate what particular early communicative and representational skills (that are not dependent on verbal expression) the child demonstrates. These gestures are organized it if into 5 categories: "first communicative gestures, games and routines," ft actions with objects," "pretending to be a parent," and "imitating other adult actions." The final section of Part II assesses the child's ability to make pretend substitutions during play. Overall, the CDI/Infant yields scores for vocabulary comprehension, vocabulary production, and gesture production.

Description - CDI/Toddlers

Mothers complete this inventory at the 24-month home visit. Similar to the CDI/Infants, the inventory is organized into 2 parts. Part I, Words Children Use, contains a 680 word vocabulary production checklist, organized into 22 semantic categories such as "animals" and It action words".

This section is followed by 5 questions aimed at assessing the child's ability to differentiate past, future, and absent objects and events. Part II, Sentences and Grammar, is composed of 125 items and organized into 7 sections. It is designed to assess syntactic and morphological development, as well as nominal/pronominal style. Overall, the CDI/Toddler generates a score for productive vocabulary, scores for 2 aspects of morphology, and, for children who have begun combining words, a score for sentence complexity.

---

1. **Name of Instrument:**
   Reynell Developmental Language Scale (RDLS)

2. **Assessment (age and location):**
   36 mo. – Lab

3. **DCC Form # and Revision Date:**
   12O

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F12O36 | <u>COUT36</u> | | 134 |
| | RVCSTM36 | Reynell vocabulary comp - stand score | |
| | RELSTM36 | Reynell expressive language - stand score | |
| | RVCPRM36 | Reynell vocabulary comp - % score | |
| | RELPRM36 | Reynell expressive language - % score | |
| | RSIG1M36 | Reynell verbal comp - DQ significant? | |
| | RSIG2M36 | Reynell express lang - DQ significant? | |
| | RDEV1M36 | Reynell verbal comp - develop score | |
| | RDEV2M36 | Reynell express lang - develop score | |
| | RVCDQM36 | Reynell verbal comp - develop quot | |
| | RELDQM36 | Reynell express lang - develop quot | |

5. **Description of the Instrument:**

The researcher administers the RDLS at the 36-month home visit. The RDLS is designed to test verbal comprehension and expressive language skills. It is specifically tailored to detect changes in language development in young or developmentally delayed children, ages 1 to 7. The stimulus materials are engaging and the administration procedures efficient, so children stay interested even while extensive information is collected. The RDLS has two 67-item scales: Verbal Comprehension and Expressive Language. The Verbal Comprehension scale has 2 separate versions; Version A accommodates oral responses (for use with normally developing children), and Version B accommodates pointing responses only (for use with children who have severe oral impairment). Overall, the RDLS generates 2 scores, each for verbal comprehension and expressive

---

1. **Name of Instrument:**
   Solitary Play (Coding for Focused Attention During Play)

2. **Assessment (age and location):**
   15, 24 & 36 mo. – Lab

2. **DCC Form # and Revision Date:**
   14B

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | CCDR |
|---|---|---|
| F14B15SM | <u>COUT15</u> | 70 |

| | | | |
|---|---|---|---|
| | LATENO15 | Latency, child sits to child touch | |
| | NWTOYO15 | Number of new toys | |
| | PTOTAO15 | Time spent attending to toys and other objects over total coding session time | |
| | ONETTO15 | Total time one - object, toy | |
| | TWOTTO15 | Total time two - objects, toy | |
| | THRTTO15 | Total time three - objects | |
| | ONETNO15 | Number of one - object, toy | |
| | TWOTNO15 | Number of two - objects, toy | |
| | THRTNO15 | Number of three - objects, toy | |
| | TOTBCO15 | Total duration of bouts of attention to toys | |
| | TOTPCO15 | Time spent attending to toys over total coding session time | |
| | AVBTCO15 | Average bouts, attention to toys only | |
| | MXBTCO15 | Longest bout of attention to toys only | |
| F14B24SM | <u>COUT24</u> | | **CCDR** 138 |
| | NWTOYO24 | Number of new toys | |
| | REFOCO24 | Number of refocus | |
| | UNOCCO24 | Number of unoccupied | |
| | ONETTO24 | Total time one - object, toy | |
| | TWOTTO24 | Total time two - objects, toy | |
| | THRTTO24 | Total time three - objects, toy | |
| | ONETNO24 | Number of one-object, toy | |
| | TWOTNO24 | Number of two - objects, toy | |
| | THRTNO24 | Number of three - objects, toy | |
| | TOTBCO24 | Total duration of bouts of attention to toys | |
| | AVBTCO24 | Average bouts, attention to toys only | |
| | MXBTCO24 | Longest bout of attention to toys only | |
| | CAGBHO24 | Child aggressive behavior exhibition | |
| F14B36 | <u>COUT36</u> | | **CCDR** 146 |
| | TOTBCO36 | Total duration of bouts of attention to toys | |
| | AVBTCO36 | Average bouts, attention to toys only | |

**5. Description of Instrument:**

The coding scheme was designed to record <u>focused</u> attention as observed on videotapes made during the solitary play component of the lab session. In the solitary play procedure, children were seated on the floor with a variety of age-appropriate toys. The toys were the same at 15 and 24 months. Different toys that were chosen to be age-appropriate were presented at 36 months. The session lasted 10 minutes at 15 months and 15 minutes at 24 and 36 months. This procedure was the same for all subjects and is described in full detail in the Operations Manual (Chapter 17.2 for 15 months, Chapter 23.2 for 24 months, Chapter 29.2 for 36 months). The Operations Manual is available through the ERIC database.

For the purpose of this study, focused attention was defined in terms of engagement with objects through exploration. Both visual and tactile exploration were coded. Visual attention usually guided the decision to code but was taken in concert with the verbal cues from the child. Tactile exploration usually occurred in parallel with visual attention.

Attention was coded with the aid of a computer program that was designed by Tim Myers of the University of Washington. The computer coding system was voice-activated. After providing the computer with information about the child, the coder, and the session, the coder named objects as the child attended to them and named them again as the child stopped attending. The computer used the information to automatically record the amount of time the child attended to each object. Based on the information provided by the coder, the computer provided information about the categories of attention as described below.

Variables that were "ratified" by the Steering Committee and, therefore, are available in the Analytic Data Set are listed below by the age of the visit. Additional variables were coded and are available in the raw data set. A description of all coded variables is available in CCDR (Child Care Data Report) #70 for 15 months, CCDR #138 for 24 months, and CCDR # 146 for 36 months.

15 months

The following information coded at 15 months is available in the Analytic Data Set: 1) LATENO15: Latency from "child sits in front of toys" to the first touch of a play object; 2) NWTOYO15: Number of new toys with which the child interacted; 3) PTOTAO15: Proportion of time spent attending to physical objects (physical objects = toys + other (e.g., door knob, mirror), calculated by dividing the total duration of bouts of attention to physical objects by the total coding session time; 4) ONETTO15: Total time spent attending to one object/toy; 5) TWOTTO15: Total time spent attending to two objects/toys; 6) THRTTO15: Total time spent attending to three or more objects/toys; 7) ONETNO15: Number of bouts attending to one object/toy; 8) TWOTNO15: Number of bouts attending to two objects/toys; 9) THRTNO15: Number of bouts attending to three objects/toys; 10) TOTBCO15: Total duration of bouts of attention to toys; 11) TOTPCO15: Proportion of time spent attending to toys only, calculated by dividing the total duration of bouts of attention to toys by the total coding session time; 12) AVBTCO15: Average duration of bouts of attention to toys only; and 13) MXBTCO15: Longest bout of attention to toys only regardless of how many objects were attended to.

24 months

The following information coded at 24 months is available in the Analytic Data Set: 1) NWTOYO24: Number of new toys with which the child interacted; 2) REFOCO24: Number of times the child's attention was refocused to the toys by the mother or interviewer; 3) UNOCCO24: Number of times the child was unoccupied; 4) ONETTO24: Total time spent attending to one object/toy; 5) TWOTTO24: Total time spent attending to two objects/toys; 6) THRTTO24: Total time spent attending to three or more objects/toys; 7) ONETNO24: Number of bouts attending to one object/toy; 8) TWOTNO24: Number of bouts attending to two objects/toys; 9) THRTNO24: Number of bouts attending to three objects/toys; 10) TOTBCO24: Total duration of bouts of attention to toys; 11) AVBTCO24: Average duration of bouts of attention to toys only; 12) MXBTCO24: Longest bout of attention to toys only regardless of how many objects were attended to; and 13) CAGBHO24: Observed aggressive behavior exhibited by the child during solitary play.

36 months

The coding system was modified for the 36-month visit. At 15 and 24 months, attention to individual toys was coded. At 36 months, coding in this same manner was difficult because the toys were more complex (had more pieces) to be appropriate for the age of the child and coders could not get

reliable. The problem was both technical, in that most tapes did not have the camera angles necessary to make these coding judgments, and conceptual, in that it was not clear that simply coding number of toys played with at one time actually assessed quality or complexity in a meaningful way.

The following information coded at 36 months is available in the Analytic Data Set:

1) TOTBCO36: Total duration of time spent attending to toys only; and 2) AVBTCO36: Average duration of bouts of attention to toys only.

**Dependent Variables of primary interest**

The primary variables for this procedure are the variables for the average duration of bouts of attention to toys only, total duration of bouts of attention to toys only, and longest bout of attention to toys only. The average bout variables and the total duration of bout variables are available in the Analytic Data Set at all three ages and are highly correlated. The average bout variables reflect the length of engagement, taking into account the number of toys played with. The total duration variable is problematic for longitudinal analyses because the length of the play session was different across ages. In addition, children started and stopped their play at different points in time (e.g., shy children may have had a longer latency to approach the toys; some sessions were terminated before the full time had elapsed). For longitudinal analyses one would want to use the variable reflecting the proportion of available time during which the child attended to toys. The longest bout variable was calculated for 15 and 24 months but not for 36 months, though the data to calculate this variable is in the raw data set.

The Levels of Play coding contains a variable that is also useful in the study of attention, frequency of play observation/coding periods in which the child was unfocused, i.e., not engaged with toys. See "Solitary Play (Coding for Levels of Play)", CCDR # 67 for 15 months, # 111 for 24 months and # 140 for 36 months.

---

1. **Name of Instrument:**
   Solitary Play (Coding for Levels of Play)

2. **Assessment (age and location):**
   15, 24 & 36 mo. – Lab

3. **DCC Form # and Revision Date:**

   14C 03/24/92

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F14C15 | <u>COUT15</u> | | 67 |
| | APL04O15 | relational play | |
| | APL05O15 | func/relational play | |
| | APL06O15 | enactive naming play | |
| | APL07O15 | pretend self play | |
| | APL08O15 | pretend other play | |
| | APL09O15 | substitution self play | |
| | APL10O15 | substit. other play | |
| | APL11O15 | sequence no story play | |

| | | | |
|---|---|---|---|
| | APL12O15 | sequence story play | |
| | APL13O15 | seq/sub/no story play | |
| | APL14O15 | seq/sub/story play | |
| | HPLAYO15 | highest type of play exhibited (of 14) | |
| | NOPLAO15 | no play - block/uncode + tape terminated | |
| | MODPLO15 | modal - greatest # of segments play | |
| | SIMANO15 | simple manipulation play | |
| | FUNCTO15 | functional play | |
| | TRANSO15 | transitional play | |
| | SPRETO15 | simple pretend play | |
| | EPRETO15 | elaborate pretend play | |
| | TPRETO15 | total pretend | |
| | HLEVLO15 | highest level of play exhibited (of 6) | |
| | APL01O15 | unfocused play | |
| F14C24 | COUT24 | | **CCDR** 111 |
| | APL01O24 | unfocused play | |
| | APL04O24 | relational play | |
| | APL05O24 | functional/relational play | |
| | APL06O24 | enactive naming play | |
| | APL07O24 | pretend - self play | |
| | APL08O24 | pretend - other play | |
| | APL09O24 | subsitution - self play | |
| | APL10O24 | subsitution - other play | |
| | APL11O24 | sequence - no story play | |
| | APL12O24 | sequence - story play | |
| | APL13O24 | seq/sub/no story play | |
| | APL14O24 | seq/sub/story play | |
| | APL15O24 | double sub play | |
| | MODPLO24 | modal play - greatest # of segments | |
| | HPLAYO24 | highest type of play exhibited (of 15) | |
| | SIMANO24 | simple manipulation play | |
| | FUNCTO24 | functional play | |
| | TRANSO24 | transitional play | |
| | SPRETO24 | simple pretend play | |
| | EPRETO24 | elaborate pretend play | |
| | TPRETO24 | total pretend play | |
| | HLEVLO24 | highest level of play exhibited (of 6) | |
| F14C36 | COUT36 | | **CCDR** 140 |
| | APL01O36 | Unfocused play - 19 | |
| | SIMANO36 | simple manipulation - 19 | |
| | FUNCTO36 | functional - 19 | |
| | APL04O36 | relational - 19 | |
| | APL05O36 | functional relational - 19 | |
| | APL06O36 | enactive naming - 19 | |
| | APL07O36 | pretend self - 19 | |
| | APL08O36 | pretend other - 19 | |
| | APL09O36 | pretend agent - 19 | |
| | APL10O36 | substitution self - 19 | |

| | |
|---|---|
| APL11O36 | substitution other - 19 |
| APL12O36 | substitution agent - 19 |
| APL13O36 | sequence no story - 19 |
| APL14O36 | sequence story - 19 |
| APL15O36 | extended seq. story - 19 |
| APL16O36 | seq. subst. no story - 19 |
| APL17O36 | seq. subst. story - 19 |
| APL18O36 | ext. seq. subst. story - 19 |
| APL19O36 | double substitution - 19 |
| TRANSO36 | transitional play |
| SPRETO36 | simple pretend |
| EPRETO36 | elaborate pretend |
| TPRETO36 | total pretend |
| MOD19O36 | modal score, 19 play levels |
| HPL19O36 | highest of 19 |
| MODPLO36 | modal score, 15 play levels |
| HPLAYO36 | highest of 15 |
| HLEVLO36 | highest of 6 |
| MPR19O36 | modal predominant play level - 19 |
| PPL19O36 | highest predominant of 19 |
| MODPRO36 | modal pred. play, 15 play levels |
| HPRPLO36 | highest predominant of 15 |

**5. Description of Instrument:**

Children are provided with a pre-selected set of toys that permit exploration/play at various degrees of cognitive sophistication. The toys are arrayed in a semi-circle and the child is placed seated in front of the toys, with all within arm's reach, and permitted to play with them for up to 10 minutes while mother and examiner converse together to create a situation akin to one that might occur at home: child playing on floor while mother and friend engage in friendly conversation. If child wanders away from toys, s/he is encouraged to return to the play materials by the examiner tapping on the toys to attract his/her attention or, if necessary by mother or examiner moving child back to toys. Mother is permitted to accept toys from child but is restricted from suggesting play actions and is monitored by the examiner to limit such behavior.

The videotape of the child's play actions is coded in terms of the most cognitively sophisticated play the child engaged I, per 15-second (continuous) sampling period, using a 14-level of play scaled. This play scaled represents a very minor modification of a 12 level scale initially developed by Belsky and Most (1981) which was itself based upon the work of many others (see Belsky and Most, 1981 for relevant references. Levels of play range from simple manipulations that are not suited in any special way to the object being manipulated (e.g. turning object over) to nonpretense, exploratory objects specifically suited to a particular toy (e.g., turning dial of toy receiver toward ear, but not making vocalizations "as if" talking), to simple acts of pretend (e.g., drink from cup) directed to self or other (i.e., doll, mother), to sequenced acts of pretend (e.g., give doll a drink, give self a drink; stir in cup, then drink), to sequences involving substitute objects (e.g., stir in cup with stick as a stirrer, then drink).

Scores are generated by summing the periods in which the child played at each level of play. These 14 individual scores can then be collapsed into composite scores reflecting various levels of play sophistication (i.e., simple manipulation, functional, transitional play, simple pretend, elaborated

pretend). Also coded is unfocussed activity whenever a child is not engaged for more than 5 of 15 seconds of a coding period.

---

**MATERNAL, FAMILY AND CHILD CARE PREDICTORS OF COGNITIVE OUTCOMES PLUS SOME OBSERVED COGNITIVE "BEHAVIORS":**

1. **Name of Instrument:**
   Parental Modernity (PM) Scale of Child-rearing and Education Beliefs (*Ideas about Raising Children)*

2. **Assessment (age and location):**
   1 mo. – Home
   15, 24, and 36 mo. – Child Care

3. **DCC Form # and Revision Date:**

| | |
|---|---|
| 03H | 10/18/90 |
| 07O | 04/10/91 |
| 11K (Part of the Child Care Provider Packet) | 01/02/92 |

4. **Item Level Data Set / Analytic Data Set/Variables / CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F03H | FAM1 | | 4 |
| | MCRABM01 | Mom att/beliefs, raising kids, tot. score | |
| | PROG_M01 | Progressive ideas for raising kids | |
| | TRAD_M01 | Traditional beliefs for raising kids | |
| HHS3H | HHS | | CCDR 113 |
| (fathers only) | FCRABH01 | trad + (- prog) ideas for rais kids | |
| F07O | CARGIV6 | | CCDR 27 |
| | CGBRCA06 | Caregiver Att/ Beliefs Raise Child, total | |
| | CPROGA06 | Caregiver Progress beliefs Raise Child | |
| | CTRADA06 | Caregiver Tradition beliefs Raise Child | |
| F11K15 | CARGIV15 | | CCDR 61 |
| | CGBRCA15 | Caregiver bel bout raising young children | |
| F11K24 | CARGIV24 | | CCDR 68 |
| | CGBRCA24 | Cgive bel raise yng cld | |
| F11K36 | CARGIV36 | | CCDR 118 |
| | CGBRCA36 | Cgive att. and beliefs about raising child. | |

5. **Description of Instrument:**

Mothers and fathers complete this thirty-item, Likert-type questionnaire during the one-month home visit. The instrument was designed to measure traditional authoritarian and progressive democratic beliefs of parents. The scale yields a total score and two subscores, Progressive Beliefs (reflects attitudes favoring self-directed child behavior) and Traditional Beliefs (reflects attitudes that child

behavior should follow adult directives).

1. **Name of Instrument:**
   Observational Record of the Caregiving Environment (ORCE): Part 1: Behavior Scales, Qualitative Scales, and Observed Structural Variables

2. **Assessment (age and location):**
   6, 15, 24, & 36 mo. – Primary child care settings (nonmaternal settings in which child spends at least 10 hours/week)

3. **DCC Form # and Revision Date:**
   07H 06/26/92 (6 mo.)
   11H 02/10/92 (15 mo.)
   24H 08/31/92 (24&36 mo.)

4. **Item Level Data Set Analytic Data Set/Variables**

Below are caregiver behavior variables that could be predictors of cognitive outcomes and child behavior variables that are considered "cognitive outcomes":

| | | | | |
|---|---|---|---|---|
| **CCDR** | | | | |
| | F07HQL | CARGIV6 | | 20, 21 |
| | | TOTQLO06 | ORCE QUAL-A priori qual composite | |
| | | INTRSO06 | ORCE QUAL-Intrusiveness | |
| | | DETCHO06 | ORCE QUAL-Detachment | |
| | | STIM_O06 | ORCE QUAL-Stimulation | |
| | | PRGRDO06 | ORCE QUAL-Positive regard | |
| | | NRGRDO06 | ORCE QUAL-Negative regard | |
| | | FLAT_O06 | ORCE QUAL-Flatness of affect | |
| | | | | **CCDR** |
| | F11H | CCARE15 | | 56 |
| | | STMCGO15 | ORCE BEH: Stims. cognitive dev | |
| | | ACOBJO15 | ORCE BEHS: Activity w/objects | |
| | | | | **CCDR** |
| | F11H15QL | COUT15 | | 62 |
| | | SUSATO15 | ORCE Chld Quals: Sustained attention | |
| | | | | **CCDR** |
| | F11H15QL | CARGIV15 | | 54 |
| | | TOTQLO15 | ORCE Quals: Total quality composite | |
| | | STIM_O15 | ORCE Quals: Stimulation | |
| | | NRGRDO15 | ORCE Quals: Negative regard | |
| | | FLAT_O15 | ORCE Quals: Flatness of affect | |
| | | INTRSO15 | ORCE Quals: Intrusiveness | |
| | | PRGRDO15 | ORCE Quals: Positive regard | |
| | | | | **CCDR** |
| | F24H24 | CCARE24 | | 114 |

| | | | |
|---|---|---|---|
| | CGCOGO24 | ORCE beh - cognitive stimulation | |
| | STLNGO24 | ORCE beh - stimulates language | |
| | | | **CCDR** |
| | WTTVSO24 | ORCE beh - watching TV | |
| | WUNTSO24 | ORCE beh - watching/unnoc/transition | |
| | ACOBJO24 | ORCE beh - activity with objects | |
| | | | **CCDR** |
| F24H24QL | <u>COUT24</u> | | 123 |
| | SUSATO24 | Child's ability to sustain attention | |
| | | | **CCDR** |
| F24H24QL | <u>CARGIV24</u> | | 109 |
| | INTRSO24 | Intrusion | |
| | DETCHO24 | Detachment | |
| | STIM_O24 | Stimulation of development | |
| | PRGRDO24 | Positive regard | |
| | NRGRDO24 | Negative regard | |
| | FLAT_O24 | Flat affect | |
| | | | **CCDR** |
| F24H36 | <u>CCARE36</u> | | 122 |
| | CGCOGO36 | ORCE beh - cognitive stimulation | |
| | STLNGO36 | ORCE beh - stimulates language | |
| | | | **CCDR** |
| F24H36 | <u>COUT36</u> | | 122 |
| | WTTVSO36 | ORCE beh - watching TV | |
| | WUNTSO36 | ORCE beh - watching/unoccupied/trans | |
| | ACOBJO36 | ORCE beh - activity of objects | |
| | | | **CCDR** |
| F24H36QL | <u>COUT36</u> | | 124 |
| | SUSATO36 | Child's ability to sustain attention | |
| | | | **CCDR** |
| F24H36QL | <u>CARGIV36</u> | | 112 |
| | FSTEXO36 | ORCE qual - fostering exploration | |
| | NDSTSO36 | ORCE qual - sensitivity to nondistress | |
| | INTRSO36 | ORCE qual - intrusiveness | |
| | DETCHO36 | ORCE qual - detachment | |
| | STIM_O36 | ORCE qual - stimulation of development | |
| | PRGRDO36 | ORCE qual - positive regard | |
| | NRGRDO36 | ORCE qual - negative regard | |
| | FLAT_O36 | ORCE qual - flatness of affect | |
| | TOTQLO36 | ORCE qual - a priori qualitative composite | |

**5. Description of Instrument:**

This instrument contains three parts: 1) ORCE Behavior Scales, 2) ORCE Qualitative Ratings, 3) ORCE Structural Variables. A cycle of recording consists of 3 10-minute intervals of continuous recording, broken by 2-minute intervals for qualitative note-taking, followed by a 10-minute interval of observation focused on global qualities of behavior. At least four such cycles of observation are collected in two visits to the child care setting at each assessment point. The focus of the observation is the occurrence of specific kinds of behavior directed by identified caregivers toward the target child. Part I (ORCE Behavior Scales) is a qualitative, time-sampling record of the child's experience

in child care, based on alternating 30-second intervals of observing and recording. The particular kinds of behavior coded include asking questions, speaking positively, speaking negatively, restricting the child's activity, responding to the child's negative affect, responding to the child's talk, positive physical contact, physical caretaking, cognitive and social stimulation. These behavior scales were derived from the research literature on parental and caregiver behaviors that have been associated with child development. The scales were developed for this study based on the research concerning parent and teacher behaviors associated with child development and on available assessment instruments used in child care observations. In addition, note is taken of available adults, the child's activity setting (with adults, children, alone), the child's activity (with objects, without objects, unoccupied, watching TV), and his/her positive and negative interaction with other children. At 24 and 36 months, this instrument is expanded to assess, as well, specific child behaviors such as verbalizations, prosocial acts, physical and verbal aggression, expressions of autonomy.

In part II (ORCE Qualitative Ratings), thirteen 4-point rating scales were developed to address important qualities of the caregiving environment and of the child's behavior in that environment. The global qualitative scales are rated following each of four 44-minute cycles of observation of the focal child in the caregiving environment at ages 6, 15, 24, and 36 months of age. The scales were developed for this study based upon the scientific literature pertaining to qualities of parenting that are important to the development of secure attachments and competence in children (e.g. Ainsworth, n.d.; Ainsworth, Blehar, Waters, & Wall, 1978; Egeland & Farber, 1984; Fish, 1990).

The global 4-point ratings of caregiver behavior addressed (a) sensitivity/responsiveness to distress, the promptness and appropriateness of the caregiver's response to the child's distress; (b) sensitivity/responsiveness to nondistress, the extent to which caregiver-child interaction is characterized by prompt and appropriate responses to the child's social gestures, expressions, and signals, and is generally child-centered; (c) intrusiveness,, the degree to which the caregiver imposes her agenda on the child as opposed to interacting in a way that provides a sense of control to the child; (d) detachment/disengagement, the degree to which the caregiver is emotionally and physically uninvolved with the child and unaware of the child's needs for appropriate interaction to facilitate involvement with objects or people; (e) stimulation of cognitive development, the quality and frequency of caregiver effort to facilitate the child's cognitive development; (f) positive regard for the child, the quality and quantity of expressions to the child that connote the caregiver's positive feelings toward the child; (g) negative regard for the child, the frequency and intensity of negative affect directed to the child; (h) flatness of affect, the frequency with which the caregiver lacks animation in facial and vocal expression and tone, both in interaction with the focal child and with others, and at 36 months only, fostering exploration, the quality of opportunities for, and encouragement of the child's exploration of objects and the environment.

The sensitivity, intrusiveness, detachment, and stimulation scales, originally developed to capture appropriate qualities of interaction with a 6 month old, were adapted at subsequent ages to reflect developmentally appropriate interaction with toddlers and preschoolers. The scales of maternal positive regard, negative regard, and flatness of affect were identical across the different ages of assessment.

The global qualitative rating scales of 6 month old child behavior in the caregiving environment addressed the infant's (a) positive mood, negative mood, activity level, sustained attention, and sociability. At 6 months the sociability scale described social initiations and responses to people present in the caregiving environment, including both caregivers and peers. For 15-36 months a sociability to peers scale was substituted for the more general sociability scale and a scale was added that specifically addressed the child's positive engagement with the caregiver. In part III (Structural

Variables), the number of children of different ages and the number of caregivers was tallied at the beginning and end of each observation cycle.

1. **Name of Instrument:**
   Home Observation for Measurement of the Environment (HOME) Inventory - Infant/Toddler version for family child care home settings

2. **Assessment (age and location):**
   6, 15 & 24 mo. – Child Care

3. **DCC Form # and Revision Date:**

| | |
|---|---|
| 07Q | 06/26/92 |
| 11Q | 02/19/92 |
| 25Q | 08/27/92 |

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F07Q | <u>CCARE6</u> | | 7 |
| | CHTOTA06 | Ccare-HOME total score, 6 mo. | |
| | CHENRA06 | Ccare-HOME enrichment score | |
| | CHPOSA06 | Ccare-HOME positive caregiver behaviors | |
| | CHLNGA06 | Ccare-HOME lack of negativity. | |
| | CHCARA06 | Ccare-HOME pos. caregiving subscale, 6 mo. | |
| | | | **CCDR** |
| F11Q15 | <u>CCARE15</u> | | 44 |
| | CHTOTA15 | Ccare-HOME total score 15 mo. | |
| | CHCRIA15 | Ccare-HOME respons/involv. | |
| | CHCACA15 | Ccare-HOME acceptance. | |
| | CHCLMA15 | Ccare-HOME learning materials. | |
| | | | **CCDR** |
| F25Q24 | <u>CCARE24</u> | | 84 |
| | CHTOTA24 | Ccare H.O.M.E. total score | |
| | CHCRIA24 | Ccare H.O.M.E. res/inv subscale | |
| | CHCACA24 | Ccare H.O.M.E. acceptance subscale | |
| | CHCLMA24 | Ccare H.O.M.E. learning materials subscale | |

5. **Description of Instrument:**

The HOME Inventory is designed to measure the quality and quantity of stimulation and support available to a child in the family child care home environment. The focus is on the child in the environment, child as a recipient of inputs from objects, events, and transactions occurring in connection with the caregiving surroundings. The Infant/Toddler version of the Inventory (IT-HOME) is aimed for use during infancy (birth to age three). It is composed of 45 items clustered into six subscales: 1 ) Parental Responsivity, 2) Acceptance of Child, 3) Organization of the Environment, 4) Learning Materials, 5) Parental Involvement, and 6) Variety in Experience. Each item is scored in binary fashion (yes/no). Information used to score the items is obtained during the course of the visit by means of observation and semi-structure inter-view.

1. **Name of Instrument:**
   Home Observation for Measurement of the Environment (HOME) Inventory - Early Childhood version for family child care home settings

2. **Assessment (age and location):**
   36 mo. – Child Care

3. **DCC Form # and Revision Date:**
   36Q 02/01/94

4. **Item Level Data Set**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F36Q36 | CCARE36 | | 119 |
| | CHTOTA36 | Child care - home tot score at 36 mo | |
| | CHCAEA36 | Child care - academic stim emp subs | |
| | CHCLEA36 | Child care - learn mat emp | |
| | CHCREA36 | Child care - responsivity emp subscale | |
| | CHPHEA36 | Child care - phys envir emp | |
| | CHACEA36 | Child care - accept emp subscale | |

5. **Description of the Instrument:**

The HOME Inventory is designed to measure the quality and quantity of stimulation and support available to a child in child care environments where care is provided in a "home-like" setting. The focus is on the child in the environment, child as a recipient of inputs from objects, events, and transactions occurring in the child care setting. The Early Childhood version of the Inventory is aimed for use during early childhood (age three to six) and is based on the standardized Early Childhood version of the home to be used in home environments (EC-HOME) . It is composed of 59 items clustered into eight subscales: I ) Learning materials, 2) Language Stimulation, 3) Physical Environment, 4) Responsivity, 5) Academic Stimulation, 6) Modeling, 7) Variety, and 8) Acceptance. Each item is scored in binary fashion (yes/no). Information used to score the items is obtained during the course of the home visit by means of observation and semi-structured interview.

---

1. **Name of Instrument:**
   Mother-Child Interaction—Semi-Structured Procedure (Six Month Home Visit)

2. **Assessment (age and location):**
   6 mo. – Home

3. **DCC Form # and Revision Date:**
   06P 04/09/91

4. **Item Level Data Set Analytic Data Set/Variables**
   Below are maternal behavior variables that could be predictors of cognitive outcomes:

| | | | CCDR |
|---|---|---|---|
| F06P | FAM6 | | 8 |
| | STMSIO06 | Stimulation of development, 6 months. | |
| | NEGSIO06 | Maternal neg. regard for child - S.I. | |

DETSIO06 Maternal detachment - binary - S.I.
SENSIO06 Sensitivity of mother - S.I. (apriori composite)

**5. Description of Instrument:**

Mother-child interaction is rated from videotapes of 15 minutes of free play between mother and child that is divided into two episodes. In the first 7-8 minutes the mothers are asked to play as they normally might with their infants, using toys of their own choosing. This is immediately followed by a second 7-8 minutes in which the mothers are provided with a standard set of toys with which to engage their infants in play. Beyond a time limit for the two segments of the procedure, any structuring of the infant's play and interaction with the infant is left up to the mother. The procedure was designed to elicit a representation of interactions that may occur between mother and child and to highlight the mother's capacity to interact in a sensitive, warm, and stimulating manner with her infant. Such a "diagnostic" procedure has been used in previous studies to describe qualities of mother-infant interaction from which significant amounts of variance in the security of infant-parent attachment has been predicted (e.g. Belsky & Rovine, 1988; Cox, Owen, Henderson, & Margand, 1992).

The global 4-point ratings of maternal behavior addressed (a) sensitivity to distress, the promptness and appropriateness of the mother's response to the child's distress; (b) sensitivity to nondistress, the extent to which mother-child interaction is characterized by prompt and appropriate responses to the child's social gestures, expressions, and signals, and is generally child-centered; (c) intrusiveness, the degree to which the mother imposes her agenda on the child as opposed to interacting in a way that provides a sense of control to the child; (d) detachment/disengagement, the degree to which the mother is emotionally and physically uninvolved with the child and unaware of the child's needs for appropriate interaction to facilitate involvement with objects or people; (e) stimulation of cognitive development, the quality and frequency of mother effort to facilitate the child's cognitive development; (f) positive regard for the child, the quality and quantity of expressions to the child that connote the mother's positive feelings toward the child; (g) negative regard for the child, the frequency and intensity of negative affect directed to the child; (h) flatness of affect, the frequency with which the mother lacks animation in facial and vocal expression and tone, both in interaction with the focal child and with others.

---

**1. Name of Instrument:**
Mother-Child Interaction--Structured Interaction (Qualitative Ratings)

**2. Assessment (age and location):**
15 mo. – Home
24 mo. – Lab
36 mo. – Lab

**3. DCC Form # and Revision**

| | |
|---|---|
| 15P | 02/20/92 (15 mo.) |
| 25P | 01/03/94 (24 mo.) |
| 38P | (36 mo.) |

**4. Item Level Data Set Analytic Data Set/Variables**

Below are maternal behavior variables that could be predictors of cognitive outcomes and a child outcome

that may be related to cognitive outcomes:

| | | | |
|---|---|---|---|
| | | | **CCDR** |
| F15P15 | FAM15 | | 35 |
| | SENSIO15 | Sensitivity Composite | |
| | DETSIO15 | Detach/Diseng/Flatness-Binary | |
| | NEGSIO15 | Negative Regard for Child | |
| | STMSIO15 | STIM of Cognitive Dev | |
| | | | **CCDR** |
| F25P24 | FAM24 | | 78 |
| | SNDSIO24 | SI, sensitivity to non-distress | |
| | INTSIO24 | intrusiveness | |
| | DETSIO24 | detachment, flatness - binary | |
| | STMSIO24 | stimulation of development | |
| | POSSIO24 | positive regard for child | |
| | NEGSIO24 | negative regard to child | |
| | FLTSIO24 | flatness of affect | |
| | SENSIO24 | Sensitivity Composite: Sens nondistress + (- intrus) + pos regard | |
| | | | **CCDR** |
| F38P36 | FAM36 | | 136 |
| | SPTSIO36 | SI - mom - supportive presence | |
| | RSCSIO36 | SI - mom respect for child autonomy | |
| | STMSIO36 | SI mom stim of cog development | |
| | HOSSIO36 | SI mom - hostility | |
| | MSNSIO36 | Sensitivity composite - sup pres + resp for auto - hostility | |
| | | | **CCDR** |
| F38P36 | COUT36 | | 136 |
| | CEPSIO36 | SIC2 - enthusiasm + persistence | |

## 5. Description of Instrument:

Qualities of mother-child interaction were rated from the videotaped semi-structured procedures in the home at 6 and 15 months and in the lab at 24 and 36 months. For ratings at 6, 15, and 24 months, 13 4-point global qualitative scales addressing qualitative aspects of maternal and child behavior were adapted from the Qualitative Scales of the Caregiving Environment which were developed for this study by Vandell and Owen (see more detailed description of the scales in the section describing the Qualitative Scales of the ORCE). The qualitative rating scales used with the 6, 15, and 24 month mother-child interaction procedures include the mother's sensitivity/responsiveness to distress, sensitivity/responsiveness to nondistress, intrusiveness, detachment/disengagement, stimulation of cognitive development, positive regard for the child, negative regard for the child, and flatness of affect. The sensitivity, intrusiveness, detachment, and stimulation scales, originally developed to capture appropriate qualities of interaction with a 6 month old, were adapted at subsequent ages to reflect developmental appropriateness.* The scales of maternal positive regard, negative regard, and flatness of affect were identical across the different ages of assessment.

At 6 months the global ratings of infant's behavior during the interaction procedure addressed the infant's positive mood, negative mood, activity level, sustained attention, and sociability. At 15 months a scale addressing positive engagement with the mother was substituted for the sociability scale. At 6 months the sociability scale had described social initiations and responses to the mother and to other adults, such as the care person, who may have been present; positive engagement with the mother scaled the child's positive initiations and responses to the mother alone.

At 36 months, 7-point qualitative rating scales were used to rate maternal supportive presence, respect for child's autonomy, stimulation of cognitive development, hostility, and confidence, and child enthusiasm, negativity, persistence, and affection for mother. A dyadic scale, self security, was also rated. The 36 month rating scales were adapted from Egeland and Heister (1993).

---

1. **Name of Instrument:**
   Mothers as Mediators of Cognitive Development

2. **Assessment ages:**
   36 months

3. **DCC Form # and Revision date:**
   38 W 08/31/01

4. **Item Level Data set** / **Analytical Data Set/Variables** / **CCDR**

| Item Level Data set | Analytical Data Set/Variables | | CCDR |
|---|---|---|---|
| F38W36 | MAMED36 | | 368 |
| | MMMYNO36 | Repeats Statement as Ques, Polite Directive | |
| | MMMLRO36 | Label Request | |
| | MMMOEO36 | Open-ended/Call for Elaboration | |
| | MMMOGO36 | Set Overall Goal | |
| | MMCNAO36 | No Answer, Inadequate Answer | |
| | MMCANO36 | Adequate without Further | |
| | MMCAFO36 | Adequate with Further Information | |
| | MMCAQO36 | Repeats/Asks Questions | |
| | MMRCPO36 | Confirm/Positive | |
| | MMRDNO36 | Disconfirm/Correct/Negative | |
| | MMMCAO36 | Call for Attention/Curiosity | |
| | MMMCMO36 | Child Management, Simple Command | |
| | MMDAOO36 | Action Only | |
| | MMDWOO36 | Words Only | |
| | MMDWAO36 | Words and Action | |
| | MMGPSO36 | Problem Solving/Planning | |
| | MMGPFO36 | Plan for Immediate Future | |
| | MMGACO36 | Accept Child's Overall Goal | |
| | MMGSOO36 | Set Overall Goal | |
| | MMMRPO36 | Social/Role Playing | |
| | MMMEMO36 | Emotional | |
| | MMMLBO36 | Labeling | |

MMMOPO36 Object Properties/Possession
MMMANO36 Counting/Absolute Number
MMMOOO36 Opinion of Object
MMMNPO36 Narration of Child's Play with Object
MMMHNO36 Beyond Here and Now, Memory
MMMECO36 Elaborate and Clarify

**5. Description of Instrument:**

Twenty-eight maternal behaviors that are believed to model, stimulate, motivate and reinforce young children's acquisition of knowledge (facts) and thinking skills (memory, reasoning, problem solving and planning) are checked off during observation of a taped mother-child interaction. The coding instrument was adapted from a more comprehensive coding system developed by Friedman & Sherman (1985).

In the NICHD Study of Early Child Care and Youth Development, the coding system was applied to 5 minutes of the 15 minutes videotaped session of mother child interaction when the children were 36 months of age. Coding was started when the mother and child started using the second box of the three-box situation. The coding was carried out using a time sampling technique of observing and then coding each of 20 15-second segments of the videotape.

The maternal behaviors observed are divided into seven categories for the purpose of facilitating coding:

1. Type of mother question;
2. Response to child question;
3. Reinforce;
4. Type of mother directive;
5. Type of demonstration: How things work/function.
6. Goals, plans as statements;
7. Type of mother statement.

For the purpose of summarizing the time sampled raw data, maternal behaviors were divided into those that are believed to promote cognitive development (25 items) and those that are believed to detract from cognitive development (2 items). Behaviors were assigned weights or levels of cognitive enhancement or detraction.

Below are the levels (weights) of the maternal behavior items:

ITEMS ENHANCING COGNITIVE DEVELOPMENT

LEVEL 1

1. Simple yes/no questions, repeats statement as question, polite directives
2. Label request question
6. Adequate without information response to child question
13. Action only demonstration

LEVEL 2

4. Set overall goal questions

7. Adequate with further information response to child question
14. Words only demonstration
17. Plan for immediate future statements
22. Labeling statements
25. Opinion of object statements

LEVEL 3
3. Open-ended questions/call for elaboration
8. Repeats/asks questions as response to child question
9. Confirm/positive reinforcement
11. Call for attention/curiosity as a Directive
15. Words and action in demonstration
16. Problem solving/planning statements
18. Statements that accept child's overall goal
19. Statements that set overall goal
20. Social/role playing statements
21. Emotional statements
23. Object properties/possession statements
24. Counting/Absolute number statements
26. Narration of child's play with object

LEVEL 4
27. Beyond here and now/memory statements
28. Elaborating and clarifying statements

ITEMS DETRACTING FROM COGNITIVE DEVELOPMENT

5. No answer/Inadequate answer to child question = LEVEL 3
10. Disconfirm/correct/negative reinforcement = LEVEL 2

ITEM #12. "Child Management/Simple Commands as Directives" This item was initially construed as exemplifying short term planning. But since it can also include instances of mother's intrusive behavior, we decided to delete it from the behaviors we will examine.

---

1. **Name of Instrument:**
   Home Observation for Measurement of the Environment (HOME) Inventory-Infant/Toddler version

2. **Assessment (age and location):**
   6 & 15 mo. – Home

3. **DCC Form # and Revision Date:**
   06Q 04/09/91
   15V 02/19/92

4. **Item Level Data Set** | **Analytic Data Set/Variables** | **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | CCDR |
|---|---|---|
| F06Q | FAM6 | 25 |
| | HHTOTM06 HOME-home tot. score, 6 mo. | |

| | | | |
|---|---|---|---|
| | HHENRM06 | HOME-home enrich. score, 6 mo. | |
| | HHLNGM06 | HOME-home lack of neg. score, 6 mo. | |
| | HHPOSM06 | HOME-home pos. involve. score, 6 mo. | |
| | HHPARM06 | HOME-home pos. parent. subscale 6 mo. | |
| | | | **CCDR** |
| F15V15 | FAM15 | | 37a |
| | HHPOSM15 | HOME-home positive parenting | |
| | HHLNGM15 | HOME-home lack of negativity. | |
| | HHTOTM15 | HOME-child home support tot./mom 15mo. | |
| | HHENRM15 | HOME-home enrichment | |

5. **Description of Instrument:**

The HOME Inventory is designed to measure the quality and quantity of stimulation and support available to a child in the home environment. The focus is on the child *in* the environment, child as a recipient of inputs from objects, events, and transactions occurring in connection with the family surroundings. The Infant/Toddler version of the Inventory (IT-HOME) is aimed for use during infancy (birth to age three). It is composed of 45 items clustered into six subscales: 1) Parental Responsivity, 2) Acceptance of Child, 3)

Organization of the Environment, 4) Learning Materials, 5) Parental Involvement, and 6) Variety in Experience. Each item is scored in binary fashion (yes/no). Information used to score the items is obtained during the course of the home visit by means of observation and semi-structured interview.

---

1. **Name of Instrument:**
   Home Observation for Measurement of the Environment (HOME) Inventory - Early Childhood Version

2. **Assessment (age and location):**
   36 mo. – Home

3. **DCC Form # and Revision Date:**
   39Q 10/14/93

| 4. **Item Level Data Set** | **Analytic Data Set/Variables** | | **CCDR** |
|---|---|---|---|
| F39Q36 | FAM36 | | 100 |
| | HHTOTM36 | HOME-home total scale score | |
| | HHLRNM36 | HOME-home learning materials | |
| | HHLANM36 | HOME-home language stimulation | |
| | HHPHYM36 | HOME-home physical environment | |
| | HHRESM36 | HOME-home responsivity | |
| | HHACAM36 | HOME-home academic stimulation | |
| | HHMODM36 | HOME-home modeling | |
| | HHVARM36 | HOME-home variety | |
| | HHACCM36 | HOME-home acceptance | |
| | HHRSEM36 | HOME-home empirical responsivity | |

5. **Description of Instrument:**

The HOME Inventory is designed to measure the quality and quantity of stimulation and support available to a child in the home environment. The focus is on the child *in* the environment, child as a recipient of inputs from objects, events, and transactions occurring in connection with the family surroundings. The Early Childhood version of the Inventory (EC-HOME) is aimed for use during infancy (age three to six). It is composed of 55 items clustered into eight subscales: 1) Learning Materials, 2) Language Stimulation, 3) Physical Environment, 4) Responsivity, 5) Academic Stimulation, 6) Modeling, 7) Variety, and 8) Acceptance. Each item is scored in binary fashion (yes/no). Information used to score the items is obtained during the course of the home visit by means of observation and semi-structured interview.

---

**Phase II (54 months through 1st grade): Cognitive, Language and Achievement Instruments**

1. **Name of Instrument:**
   Adaptive Language Inventory

2. **Assessment (age and location):**
   54 mo. – Child Care

3. **DCC Form # and Revision Date:**
   56K3 07/06/95

| 4. Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F56K354 | <u>CARGIV54</u> | | 216 |
| | CGID56K3 | F56K3 CAREGIVER ID | |
| | GRL56K3 | F56K3 CG RELATIONSHIP TO STUDY CHILD | |
| | IN56K3 | FORM 56K3 RECEIVED (1=Y/.=N) | |
| | INDT56K3 | F56K1 (SAS) DATE OF INTERVIEW | |
| | LNADLA54 | CG ALI: Lang to adults 54M w/ Prop Wting | |
| | LNCMPA54 | CG ALI: Language comprehension | |
| | LNEXPA54 | CG ALI: Language expression | |
| | LNLSTA54 | CG ALI: Listening ability | |
| | LNOCHA54 | CG ALI: Lang to oth children 54Mw/PropWt | |

5. **Description of Instrument:**

Questionnaire that assesses the following six dimensions of the child's adaptive language: language comprehension; language expression; re-phrasing ability; spontaneity; listening ability; and fluency. Caregivers complete 18 5-point scales ranging from 1 ("well below average") to 5 ("well above average"). For our purposes, the items were separated into language with adults and with other children.

---

1. **Name of Instrument:**

Preschool Language Scale–3 (PLS-3)

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Home | 54V | Task | Study Child |

**Description of Instrument**:

The Preschool Language Scale–3 (PLS-3) assesses vocabulary, grammar, morphology, and language reasoning, among other things. The test is comprised of two parts: (a) the auditory comprehension scale that measures what children "know" or understand, but may not "say," and; (b) the expressive communication scale that assesses what children actually say or produce.

1. **Name of Instrument:**

Observational Ratings of the Caregiving Environment (ORCE)

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Child Care | 56H | Observation | Study Child |

**Description of Instrument**:

Trained observers observe the study child for two 44-minute cycles, alternately recording behavior and qualitative ratings of the environment. The behavior scales record frequency of key behaviors such as interaction with others, behavior management, stimulation of development, and behavior in a solitary activity. The qualitative scales rate the quality of care in the child care setting, including the caretaker's sensitivity, intrusiveness, detachment, and stimulation of cognitive development. The scales also rate the child's activity level, social withdrawal, self-reliance, aggression, and attention to objects and activities. Global ratings are completed when leaving the child care setting.

Behavior observations occur in 30-second intervals and observers are required to mark behavior categories on the ORCE response sheet if those behaviors occur during a 30-second block. The qualitative ratings are scored on 4-point or 2-point scales.

Look for "Behavioral" variables

--Child asks adult questions;
--Other talk to adults;

---

1. **Name of Instrument:**
   Continuous Performance Task (CPT)

2. **Assessment (age and location):**
   54 mo. – Child Care

3. **DCC Form # and Revision Date:**
   CPT54 (54 mo.)
   CPTG1 (1st gd.)

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| FCPT54 | <u>COUT54</u> | | 240 |
| | CPCMPC54 | CPT: Complete Data? 0=no/1=yes | |
| | CPCORC54 | CPT: Correct Rsps. to Crit. Stimuli | |
| | CPCRSC54 | CPT: Tot. Critical Stimuli Delivered | |
| | CPETMC54 | CPT: Elapsed Time of Run | |
| | CPINCC54 | CPT: Tot Rsponses in Noncrit. Trials | |
| | CPLATC54 | CPT: Late Correct Rsps. to Crit Stml | |
| | CPMTRC54 | CPT: Mean Time to Resp. to Crit Stml | |
| | CPOMSC54 | CPT: Omission Errors | |
| | CPPCRC54 | CPT: Proportion Correct Responses | |
| | CPPIRC54 | CPT: Proportion Incorrect Responses | |

| | |
|---|---|
| CPRAAC54 | CPT:#Time Refocus Attn/Chld Wlk Away |
| CPRASC54 | CPT:#Time Refocus Attn/Child Seated |
| CPSTMC54 | CPT: Total Stimuli Devlivered |
| CPTBPC54 | CPT: Total Button Presses |
| CPVTRC54 | CPT: Variance-Time to Resp-Crit Stml |
| INCPT54 | FORM CPT54 RECEIVED (1=Y/.=N) |
| INTDTC54 | FCPT54 (SAS) DATE OF INTERVIEW |

**CCDR**
295

COUTG1

| | |
|---|---|
| CPCMPC1S | CPT: Complete Data? 0=no/1=yes 1S |
| CPCORC1S | CPT: Correct Rsps. to Crit. Stimuli 1S |
| CPCRSC1S | CPT: Tot. Critical Stimuli Delivered 1S |
| CPETMC1S | CPT: Elapsed Time of Run 1S CPTG1 |
| CPINCC1S | CPT: Tot Rsponses in Noncrit. Trials 1S |
| CPLATC1S | CPT: Late Correct Rsps. to Crit Stml 1S |
| CPMTRC1S | CPT: Mean Time to Resp. to Crit Stml 1S |
| CPOMSC1S | CPT: Omission Errors 1S |
| CPPCRC1S | CPT: Proportion Correct Responses 1S |
| CPPIRC1S | CPT: Proportion Incorrect Responses 1S |

**5. Description of Instrument:**

The Continuous Performance Task (CPT) is a measure of sustained attention. A CPT modeled on the young children's version described by Mirsky and his colleagues was used (e.g., Mirsky, Anthony, Duncan, Ahearn, & Kellam, 1991; Rosvold, Mirsky, Sarason, Bransome, & Beck, 1956). In this computer-generated task, dot matrix pictures of familiar objects (e.g., butterfly, fish, flower) were presented on a 2-inch square screen in front of the child. The child was asked to press a button each time a target stimulus appeared.

At 54 months, once the test session begins, the stimuli were presented in 22 blocks. Ten stimuli were presented in each block. The stimulus duration was 500 msec and the interstimulus interval was 1500 msec. The target stimulus (a dot matrix picture of a chair) was randomly presented within each block and appeared twice in each block. The test took approximately 7 minutes and 20 seconds.

At first grade, the stimuli were presented in 30 blocks. Ten stimuli were presented in each block. The stimulus duration was 200 msec and the interstimulus interval was 1500 msec. The target stimulus (a dot matrix letter X) was randomly presented within each block and appeared twice in each block. The test took approximately 8.5 minutes.

The computer automatically compiled a number of statistics including the mean response time all target responses (hit reaction time), the number of targets to which the person did not respond (errors of omission), and the number of times the person responded to a non-target (errors of commission). Such data can be summed across the session or be used to examine performance decrement over trials.

---

**1. Name of Instrument:**

Child Behavior Checklist (CBCL)

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | Home | FH3 | Questionnaire | Father |
| First Grade | Lab | LV10 | Questionnaire | Mother |
| First Grade | After School Care | AS3 | Questionnaire | Caregiver |

**Description of Instrument**:

The CBCL is a widely used measure to assess the social competence and problem behavior of children 4-18 years. This measure has been standardized on large samples of children in the US and abroad. A series of behaviors (about 100 items per version) are rated on 3-point scales from 0 (not true of the child) to 2 (very true of the child). Broad band scales of Internalizing and Externalizing problems, and narrow band scales of social problems, aggression, attention problems, and depression (among others) are derived from a computerized scoring program. Norms exist to determine whether children's behavior falls into the normal range, suggests that the child is at risk for problems, or indicates that the child's behavior is more akin to those with clinically diagnosed problems.

Look for 2 items pertaining to attention.

---

1. **Name of Instrument:**

First Grade Classroom Observation System (COS-1)

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | School | FS1 | Observation | Study Child |
| First Grade | School | FS3 | Observation | Study Child |

**Description of Instrument**:

The Classroom Observation System (COS-1, COS-3, and COS-5) tracks discrete, child behaviors and conditions of the classroom.

**Rationale for Choosing**:

The Classroom Observation instrument is successful at obtaining information on the school context at the level of the individual study child (e.g., child teacher interactions) and at the level of the classroom (e.g., classroom emotional climate, classroom management), it also obtains information on child development in the achievement/cognition domain (e.g., engagement in academic tasks) and the social/emotional domain (e.g., peer aggression, and compliance with authority).

Obtain items pertaining to attention/ engagement

---

1. **Name of Instrument:**
   Stroop Task (Children's)

2. **Assessment (age and location):**
   54 mo. – Lab

3. **DCC Form # and Revision Date:**
   54c 06/30/95

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| 54c | COUT54 | | 207 |
| | IMPLSC54 | IMPULSIVITY=% INCORRECT PROP WGT, 54MOS | |
| | IN54C | FORM 54C RECEIVED (1=Y/.=N) | |
| | INTDT54C | F54C (SAS) DATE OF INTERVIEW | |
| | STRPIC54 | NUM TIMES INSTRUCTIONS GIVEN, 54 MOS | |
| | STRPUC54 | STOOP USABLE DATA 54 MOS 0=NO/1=YES | |

5. **Description of Instrument:**

The Children's Stroop test was developed from a standard and classic Stroop task first used by Ridley Stroop in 1935. In that task, color words (e.g. the words "blue" or "red") are printed in ink of another color, and subjects are required to report the color of the ink rather than the word. Subjects must therefore, inhibit their normal response of reading the word. In Gerstadt et al.'s adaptation of the Stroop for children, children use a deck of 18 cards, with the first two used as practice, and the other 16 cards used during the test. Nine of the cards are black with a yellow moon and several stars, and nine are white with a bright sun. Upon seeing the black stars and moon cards, the child is instructed to say "day". Upon seeing the white cards, the child is instructed to say "night". Appendix A summarizes what researchers need to do to administer this test.

---

1. **Name of Instrument:**
   Tower Activity (Tower of Hanoi)

2. **Assessment (age and location):**
   1st grade - Home

3. **DCC Form # and Revision Date:**
   FHI 06/19/97

4. **Item Level Data Set** / **Analytic Data Set/Variables** / **CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| FHV1G1_A | COUTG1 | | 326 |
| | INDTH1_1 | FHV1G1 (SAS) DATE FORM COMPLETED | |
| | INH1_1 | FORM FHV1G1 RECEIVED (1=Y/.=N) | |
| | THNTCC1F | TOH: NUMBER OF TASKS COMPLETED @1F | |
| | THPE1C1F | TOH: PLANNING EFF. SCORE TASK 1 @1F | |
| | THPE2C1F | TOH: PLANNING EFF. SCORE TASK 2 @1F | |
| | THPE3C1F | TOH: PLANNING EFF. SCORE TASK 3 @1F | |
| | THPE4C1F | TOH: PLANNING EFF. SCORE TASK 4 @1F | |
| | THPE5C1F | TOH: PLANNING EFF. SCORE TASK 5 | |

| | |
|---|---|
| | @1F |
| THPE6C1F | TOH: PLANNING EFF. SCORE TASK 6 @1F |
| THTPEC1F | TOH: TOTAL PLANNING EFF.SCORE @1F |

5. **Description of Instrument:**

The purpose of this procedure is to obtain a measure of the child's planning/problem-solving skill. The tower activity, or, as it is known in the literature, the Tower of Hanoi (TOH), evaluates the ability to plan an organized sequence of moves. This task requires the child to think ahead and to develop a workable sequence of moves that will transform an initial configuration of rings into a goal state. Consequently, it requires future-oriented planning. The TOH involves moving three rings of different diameters and colors among three vertical pegs. The rings are presented in an initial configuration, and the goal is to move the rings among the three pegs in order to construct a tower on a specified peg, such that the rings are ordered by size with the largest ring on the bottom and the smallest on the top. The movement of the rings is constrained by three rules: (1) only one ring can be moved at a time; (2) larger rings cannot be placed on smaller rings; and (3) a ring must be on a peg or in the player's hand. To complete this task successfully, the individual must not only construct the tower but also do so in the fewest number of moves.

---

1. **Name of Instrument:**
   Woodcock-Johnson Psycho-Educational Battery

2. **Assessment (age and location):**
   54 mo. – Lab
   1st gd. – Lab

3. **DCC Form # and Revision Date:**
   55K – 54 mo.
   55L – 54 mo.
   LV6 – 1st gd.
   LV7 – 1st gd.

4. **Item Level Data Set / Analytic Data Set/Variables / CCDR**

| Item Level Data Set | Analytic Data Set/Variables | | CCDR |
|---|---|---|---|
| F55K54, F55L54 | <u>COUT54</u> | | 210 |
| | IN55KL | FORM 55KL RECEIVED (1=Y/.=N) | |
| | INTDT55K | F55K (SAS) DATE OF INTERVIEW | |
| | INTDT55L | F55L (SAS) DATE OF INTERVIEW | |
| | WJAPMC54 | WJR APPLIED PROBLEMS AGE EQUIV, 54 MO | |
| | WJAPPC54 | WJR APPLIED PROBLEMS PCTL RANK, 54 MO | |
| | WJAPSC54 | WJR APPLIED PROBLEMS STD SCORE, 54 MO | |
| | WJAPWC54 | WJR APPLIED PROBLEMS W SCORE, 54 MO | |
| | WJIWMC54 | WJR INCOMPLETE WORDS AGE EQUIV, 54 MO | |
| | WJIWPC54 | WJR INCOMPLETE WORDS PCTL RANK, 54 MO | |
| | WJIWSC54 | WJR INCOMPLETE WORDS STD SCORE, 54 MO | |
| | WJIWWC54 | WJR INCOMPLETE WORDS W SCORE, 54 MO | |
| | WJLWMC54 | WJR LETTER-WORD IDENT AGE EQUIV, 54 MO | |
| | WJLWPC54 | WJR LETTER-WORD IDENT PCTL RANK, 54 MO | |
| | WJLWSC54 | WJR LETTER-WORD IDENT STD SCORE, 54 MO | |

| | | |
|---|---|---|
| WJLWWC54 | WJR LETTER-WORD IDENT W SCORE, 54 MO | |
| WJMSMC54 | WJR MEMORY FOR SENTENCES AGE EQUIV,54 MO | |
| WJMSPC54 | WJR MEMORY FOR SENTENCES PCTL RANK,54 MO | |
| WJMSSC54 | WJR MEMORY FOR SENTENCES STD SCORE,54 MO | |
| WJMSWC54 | WJR MEMORY FOR SENTENCES W SCORE, 54 MO | |
| WJPVMC54 | WJR PICTURE VOCABULARY AGE EQUIV, 54 MO | |
| WJPVPC54 | WJR PICTURE VOCABULARY PCTL RANK, 54 MO | |
| WJPVSC54 | WJR PICTURE VOCABULARY STD SCORE, 54 MO | |
| WJPVWC54 | WJR PICTURE VOCABULARY W SCORE, 54 MO | |
| | | **CCDR** |
| COUTG1 | | 294 |
| INDTL6_1 | FLV6G1 (SAS) TESTING DATE | |
| INDTL7_1 | FLV7G1 (SAS) TESTING DATE | |
| INL67_1 | FORM FLV6G1 OR FLV7G1 RECEIVED (1=Y/.=N) | |
| WJAPPC1S | WJR APPLIED PROBLEMS PCTL RANK, G1 | |
| WJAPSC1S | WJR APPLIED PROBLEMS STD SCORE, G1 | |
| WJAPWC1S | WJR APPLIED PROBLEMS W SCORE, G1 | |
| WJIWPC1S | WJR INCOMPLETE WORDS PCTL RANK, G1 | |
| WJIWSC1S | WJR INCOMPLETE WORDS STD SCORE, G1 | |
| WJIWWC1S | WJR INCOMPLETE WORDS W SCORE, G1 | |
| WJLWPC1S | WJR LETTER-WORD IDENT PCTL RANK, G1 | |
| WJLWSC1S | WJR LETTER-WORD IDENT STD SCORE, G1 | |
| WJLWWC1S | WJR LETTER-WORD IDENT W SCORE, G1 | |
| WJMNPC1S | WJR MEMORY FOR NAMES PCTL RANK, G1 | |
| WJMNSC1S | WJR MEMORY FOR NAMES STD SCORE, G1 | |
| WJMNWC1S | WJR MEMORY FOR NAMES W SCORE, G1 | |
| WJMSPC1S | WJR MEMORY FOR SENTENCES PCTL RANK,G1 | |
| WJMSSC1S | WJR MEMORY FOR SENTENCES STD SCORE,G1 | |
| WJMSWC1S | WJR MEMORY FOR SENTENCES W SCORE, G1 | |
| WJPVPC1S | WJR PICTURE VOCABULARY PCTL RANK, G1 | |
| WJPVSC1S | WJR PICTURE VOCABULARY STD SCORE, G1 | |
| WJPVWC1S | WJR PICTURE VOCABULARY W SCORE, G1 | |
| WJWAPC1S | WJR WORD ATTACK PCTL RANK, G1 | |
| WJWASC1S | WJR WORD ATTACK STD SCORE, G1 | |
| WJWAWC1S | WJR WORD ATTACK W SCORE, G1 | |

**5. Description of Instrument:**

The Woodcock-Johnson Psycho-educational Battery – Revised (WJ-R) is a wide-range, comprehensive set of individually administered tests. The purpose of administering this battery is to obtain an assessment of the child's cognitive aptitude and achievement. The WJ-R consists of two major parts: the Tests of Cognitive Ability (WJ-R COG) and the Tests of Achievement (WJ-R ACH) (Woodcock & Johnson, 1989; Woodcock, 1990). Cognitive Ability The WJ-R COG is a set of individually administered tests that measure multi-faceted cognitive abilities. At 4 ½ years, the Early Development Scales (Tests 2, 4, and 6) were administered. For the first-grade assessment, Test 1 was added to the battery. Following is a list of the tests administered and a brief description of each.

**WJ-R COG:**

*Cognitive Factors and Tests Long-term Retrieval* - Test 1: Memory for Names (1st grade only)

*Short-term Memory* - Test 2: Memory for Sentences (54 months and 1st grade)

*Auditory Processing* - Test 4: Incomplete Words (54 months and 1st grade)

*Comprehension-Knowledge* - Test 6: Picture Vocabulary (54 months and 1st grade)

*Memory for Names* (Test 1): Measures the ability to learn associations between unfamiliar auditory and visual stimuli (an auditoryvisual association task). At each step in the test, the subject is shown a picture of a space creature and told the creature's name. The subject is then shown a page of nine space creatures and is asked to point to the creature just introduced and to previously introduced space creatures as named by the examiner. The subject's errors are corrected in this controlled-learning task. The level of difficulty increases as more "creature-name" associations are introduced. This test is a measure of long-term retrieval.

*Memory for Sentences* (Test 2): Measures the ability to remember and repeat simple words, phrases, and sentences presented auditorily by use of a tape player or, in special cases, by the examiner. In this task, the subject makes use of sentence meaning to aid recall. This test is a measure of short-term memory and, to a lesser extent, comprehension-knowledge.

*Incomplete Words* (Test 4): A tape-recorded test that measures auditory closure. After hearing a recorded word that has one or more phonemes missing, the subject names the complete word. This test is a measure of auditory processing.

*Picture Vocabulary* (Test 6): Measures the ability to recognize or to name pictured objects. Six of the beginning items are in a multiple-choice format that requires only a pointing response from the subject. The remaining items require the subject to name familiar and unfamiliar pictured objects. This test is a measure of verbal comprehension or crystallized intelligence.

*Achievement:*

Achievement at 4 ½ years is assessed using three of the Early Development Scale tests (Tests 22 and 25) of the WJ-R ACH. In first grade we added Test 31. The tests assess early reading and mathematics.

**WJ-R ACH**: Curricular Areas and Tests

*Reading Test* 22: Letter-Word Identification Test 31: Word Attack

*Mathematics Test* 25: Applied Problems

*Letter-Word Identification* (Test 22): The first five Letter-Word Identification items involve symbolic learning, or the ability to match a pictographic representation of a word with an actual picture of the object. The remaining items measure the subject's reading identification skills in identifying isolated letters and words. In this test, it is not necessary that the subject know the meaning of any word correctly identified. The items become more difficult as they present words that appear less and less frequently in written English.

*Word Attack* (Test 31): Measures the subject's ability to apply phonic and structural analysis skills to the pronunciation of unfamiliar printed words. The subject reads aloud letter combinations that are linguistically logical in English but that do not form actual words (nonsense words), or words

that constitute low-frequency words in the English language. This test may also be used as a measure of auditory processing (Ga) when analyzing cognitive factors in the WJ-R COG.

*Applied Problems* (Test 25): Measures the subject's skill in analyzing and solving practical problems in mathematics. In order to solve the problems, the subject must recognize the procedure to be followed and then perform relatively simple calculations.

## 1. Name of Instrument:

Academic Rating Scale from the Early Childhood Longitudinal Study

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | School | FS7 | | Teacher |

**Description of Instrument**:

This instrument is part of the Early Childhood Longitudinal Study of the National Center for Educational Statistics. Teachers are asked to rate the study child's skills, knowledge, and behaviors within two areas of academic learning: (1) Language and Literacy, and (2) Mathematical Thinking. Each question includes examples that are meant to help the teacher think of the range of situations in which the specific child may demonstrate similar skills and behaviors. Each questionnaire assesses skills, knowledge, and behaviors that are appropriate for each grade level in school.

**Modifications**:

The questionnaire used in the ECLS study included an additional area of interest: General Knowledge. This area was not included in the NICHD battery.

**Rationale for Choosing**:

Best available standardized teacher-report of academic skills. Excellent psychometrics and normative base.

***Network authored papers using cognitive variables***
***(Prepared for the 2005 Advanced Training Institute)***

1. NICHD Early Child Care Research Network. (1998). Relations between family predictors and child outcomes: Are they weaker for children in child care? *Developmental Psychology, 34*, 1119-1128.

Studies suggesting that family factors predict developmental outcomes more strongly for children reared principally by their parents than those with extensive early child-care experience stimulated the examination of the differential prediction of child outcomes using a subsample of families participating in the National Institute of Child Health and Human Development (NICHD) Study of Early Child Care. A variety of factors were used to predict development of children who averaged 30 hr of nonparental care per week for each month of their lives and for those who never experienced more than 10 hr of care per week by someone other than their mothers. Multivariate analyses provided no evidence that family factors predicted outcomes differentially for these 2 groups, though exploratory analyses revealed several instances of differential prediction.

**Cognitive outcomes:**
**24 months:**
**Bayley MDI**

**36 months:**
**Bracken School readiness**
**Reynell Developmental Language Scales**

2. NICHD Early Child Care Research Network. (1999). Child outcomes when child care center classes meet recommended standards for quality. *American Journal of Public Health, 89,* 1072-1077.

*Objectives:* This study assessed outcomes for children, when child care centers meet recommended care standards.
*Methods:* Data from the NICHD Study of Early Child Care were used to examine the association between meeting standards for child-staff ratios; group sizes, caregiver training; and caregiver education and children's development at 24 and 36 months of age.
*Results:* There were 5 major findings: (1) most classes observed did not meet all 4 recommended standards (compliance ranged from 10% at 6 months of age to 34% at 36 months of age); (2) linear associations were found between number of standards met and child outcomes, and this was more the case at 36 months than at 24 months of age; (3) there was no evidence of threshold effects; (4) children in classes that met more standards had better school readiness and language comprehension scores as well as fewer behavior problems at 36 months of age; and, (5) child outcomes were predicted by child-staff ratio at 24 months and caregiver training and education at 36 months of age.
*Conclusions:* Outcomes were better when children attended classes that met recommended child-staff ratios and recommended levels of caregiver training and education.

**Cognitive Outcomes**
**24 months:**
**Bayley Mental Development Index**

**36 months:**
**Bracken Basic Concept Scales**
**Reynell Developmental Language Scales**

3. NICHD Early Child Care Research Network. (2000). The relation of child care to cognitive and language development. *Child Development, 71*, 960-980.

Children from 10 sites in the United States were followed from birth to age 3 to determine how experiences in child care relate to cognitive and language development (*N*s varied between 595 and 856, depending on the assessment). Multiple assessments of family and child care environments and of cognitive and language competence were collected. Analyses that adjusted for maternal vocabulary score, family income, child gender, observed quality of the home environment, and observed maternal cognitive stimulation indicated that the overall quality of child care, and language stimulation in particular, was consistently but modestly related to cognitive and language outcomes at ages 15, 24, and 36 months. The effect sizes for high (top quartile) versus low (bottom quartile) quality ranged from .18 to .48. After adjusting for child care quality, cumulative experience in center-based care was associated with better outcomes than was participation in other types of care. The amount of time children spent in care was not related to outcomes. Children in exclusive maternal care did not differ systematically from children in child care. Tests for lagged relations of earlier child care experiences to later performance (adjusting for current child care) showed that language stimulation predicted subsequent cognitive and language performance 9 to 12 months later. Although children in center care at age 3 performed better than children in other types of care, earlier experience in child care homes was associated with better performance at age 3 than was experience in other types of care. The relations of child care variables to outcomes did not vary consistently as a function of family income, quality of home environment, child gender, or ethnic group.

**Cognitive Outcomes:**

**15 months:**
**Bayley Scales of Infant Development**
**MacArthur Communicative Development Inventory (CDI)**

**24 months:**
**Bayley Scales of Infant Development**
**MacArthur Communicative Development Inventory (CDI)**

**36 months:**
**Bracken Scale of Basic Concepts: School Readiness**
**Reynell Developmental Language Scales**

4. NICHD Early Child Care Research Network. (2001). Before Head Start: Income and ethnicity, family characteristics, child care experiences, and child development. *Early Education and Development, 12*, 545-576.

The present study describes the early life histories of a large sample of three-year-old children from different ethnic backgrounds living in three levels of family income: poverty, near-poverty, and

above-poverty. The study examined the developmental characteristics of children in the three groups and related them to family characteristics and experiences in child care. To no one's surprise, significant differences associated with income were found for most of the family measures. Poverty and near-poverty families were more likely to have mothers with lower education, less sensitivity, more depression, and lower HOME scores. Correlatively, for the child development measures, there was an upward progression associated with income. Poverty children consistently showed the greatest deviation from established norms for cognitive and social behavior. A striking finding, however, was the considerable variability found on all the measures-a pattern not sufficiently stressed in related research. This finding has major implications for curriculum planning in Head Start programs. The analysis also showed that child care experience cannot be disregarded as a significant aspect of the history of a prospective enrollee in Head Start or other intervention programs geared to low-income children. Fewer of these children are likely to have a child care history, as families that used at least 10 hours of child care per week were less likely to be either poor or near-poor and thus eligible for enrollment. While this may reflect selection factors associated with child care usage, it also indicates that availability of child care is essential for borderline families that try to stay out of poverty. Number of hours of care per week and age of enrollment did not predict developmental level when the full income sample was considered. However, when only poor and near-poor children in care for at least 20 hours a week were used in the analysis, higher quality of care was associated with more favorable developmental outcomes in the children.

**Cognitive Outcomes:**
**36 months:**
**Reynell Developmental Language Scale**
**Bracken Basic Concept Scale**

5. NICHD Early Child Care Research Network. (2002). Early child care and children's development prior to school entry: Results from the NICHD Study of Early Child Care *American Educational Research Journal 39*, 133-164.

Effects of early child care on children's functioning at 4 ½ years were examined in the NICHD Study of Early Child Care, a prospective longitudinal study of over 1000 children. Even after controlling for multiple child and family characteristics, children's development was predicted by early child care experience. Higher quality child care, improvements in the quality of child care, and experience in center-type arrangements predicted better pre-academic skills and language performance at 4 ½ years. More hours of care predicted higher levels of behavior problems according to caregivers. Effect sizes associated with early child care experiences were evaluated in relation to effect sizes obtained for two other well recognized influences on early development: parenting and poverty. The findings indicated the importance (and relative independence) of quantity, quality, and type of child care for children's development just prior to the time that children initiate formal schooling.

**Cognitive Outcomes:**
**54 months:**
**Woodcock Johnson Psycho-Educational Battery—Cognitive Subtests: Memory for Sentences; Achievement Subtests: Letter Word Identification and Applied Problems.**
**Preschool Language Scale (PLS): Auditory Comprehension and**

**Expressive Language.**

6. NICHD Early Child Care Research Network. (2002). Structure→ Process→ Outcome: Direct and Indirect Effects of Caregiving Quality on Young Children's Development. *Psychological Science, 13*, 199-206.

With data from the NICHD Study of Early Child Care, we used Structural Equation Modeling to test paths from structural indicators of child-care quality, specifically caregiver training and child-staff ratio, through a process indicator to child outcomes. There were three main findings: (a) Quality of maternal caregiving was the strongest predictor of cognitive competence, as well as caregivers' ratings of social competence; (b) Quality of non-maternal caregiving was associated with cognitive competence and caregivers' ratings of social competence; and (c) there was a mediated path from both caregiver training and child-staff ratio through quality of non-maternal caregiving to cognitive competence as well as to caregivers' ratings of social competence that was not accounted for entirely by family variables. These findings provide empirical support for policies that improve state regulations for caregiver training and child-staff ratios.

**Cognitive Outcomes:**

**54 months:**

**Woodcock Johnson Psycho-Educational Battery—Cognitive Subtests: Memory for Sentences, Incomplete Words;Achievement Subtests: Letter Word Identification and Applied Problems.**

**Preschool Language Scale (PLS): Auditory competence, Expressive language**

**Continuous Performance Task: Number of omission errors,**

7. NICHD Early Child Care Research Network. (2002). The interaction of child care and family risk in relation to child development at 24 and 36 months. *Applied Developmental Science, 6*, 144-156.

Family risk factors (psychosocial, socioeconomic, and sociocultural), child-care characteristics (quality and hours in care), and the interactions of these variables were examined as predictors of behavior problems, prosocial behavior and language skills in a longitudinal sample of 943 children (assessed at 24 and 36 months) enrolled in child care as infants. Family risk variables were the strongest predictors of all outcomes. Child-care quality was a significant predictor of 36-month caregiver-reported social skills and 36-month language skills. Contrary to expectations, limited evidence was found to suggest child care experiences moderate the negative associations between family risk and child outcomes. Family risk interacted with child care quality in only one of the five analyses, and did not interact with child care quantity in any of the analyses. Children from minority and single-parent families were rated as less prosocial by their mothers when in low-quality child care.

**Cognitive Outcomes:**

**36 months:**

**Reynell Developmental Language Scale**

8. NICHD Early Child Care Research Network. (2003) Does quality of child care affect child outcomes at age 4 ½? *Developmental Psychology, 39*, 451-469.

Research on child care reveals significant associations between quality of care and children's developing skills and well-being. But are these associations causal? Data from the NICHD Study of Early Child Care and Youth Development, a longitudinal, nonexperimental study of children from birth to age 4 ½, were used to explore five propositions, which, if satisfied, would support a causal argument. Three propositions received support, principally in the cognitive domain: (a) associations between quality and outcomes remained even with child and family factors controlled; (b) associations between care and outcomes were domain-specific; (c) outcomes were predicted by the quality of earlier care with concurrent care controlled. The fourth proposition, that associations between quality and outcomes would be significant when the child's earlier abilities were controlled, received limited support. There was no support for the fifth proposition, that quality and outcomes would exhibit dose-response relations. Thus, the argument that child-care quality affects child outcomes was only partially supported by this investigation.

**Cognitive controls:**

**Bracken Basic Concepts Scale school readiness composite;**
**Reynell Developmental Language Scale;**
**Sustained attention during the solitary play session at 36 months.**

**Cognitive Outcomes:**
**54 months:**
**Woodcock Johnson Psycho-Educational Battery—Cognitive Subtests: Memory for Sentences, Incomplete Words, and Picture Vocabulary; Achievement Subtests: Letter Word Identification and Applied Problems.**

**Preschool Language Scale (PLS): Language Comprehension and Expressive Language.**

**Continuous Performance Task**

9. NICHD Early Child Care Research Network. (2003). Do children's attention processes mediate the link between family predictors and school readiness? *Developmental Psychology,39*, 581-593.

To explore the role of attention as a possible mediator between family environment and school readiness, we analyzed data from a geographically, economically, and ethnically diverse sample of 1,002 children and their families. Data were obtained on child attention and school readiness (i.e., cognitive, achievement, language and social development) when children were 54 months old. Quality of the family environment was assessed throughout the children's first 54 months of life. Analyses demonstrated an association between family environment and children's ability to sustain attention and inhibit impulsive responding. These two attention skills, in turn, predicted academic and social skills important for school success. Mediation tests showed that children's sustained attention partially accounted for the link between the family environment and children's

achievement and language outcomes. Impulsivity partially accounted for the link between the family environment and children's achievement, social competence, and externalizing behaviors. The magnitude of these effects was small. The role of attention in the relation between family characteristics and school readiness is discussed.

**Cognitive Outcomes**

**54 months:**

**Woodcock Johnson Psycho-Educational Battery—Cognitive Subtests: Memory for Sentences, Incomplete Words, and Picture Vocabulary; Achievement Subtests: Letter Word Identification and Applied Problems.**

**Preschool Language Scale (PLS): Language Comprehension and Expressive Language.**

**Continuous Performance Test**

**First Grade:**

**Woodcock Johnson Psycho-Educational Battery—Cognitive Subtests: Memory for Sentences, Incomplete Words, and Picture Vocabulary; Achievement Subtests: Letter Word Identification and Applied Problems.**

10. NICHD Early Child Care Research Network & Duncan, G. J. (2003). Modeling the impacts of child care quality on children's preschool cognitive development. *Child Development, 74*(5), 1454-1475.

Using observational measures of child care quality from the NICHD Study of Early Child Care, we compared several statistical methods for controlling for selection bias in relating children's cognitive and achievement outcomes to the quality and type of their child care arrangements prior to school entry. The methods included multiple regression models focused on the level of cognitive development and achievement at 54 months and both simple change and residualized change models focused on change in skills from 24 and 54 months. The impact of possible selection bias was examined by comparing coefficients across models and within models as additional selection factors were added. We also examined possible bias in estimation by testing model assumptions. Since definitive conclusions regarding bias rest on untestable assumptions in our models, we were unable to establish empirically which model best adjusted for omitted-variable bias. However, we were able to establish a fairly small range of estimates of the impacts of observational measures of child care quality gathered when children were 6-24 and 36-54 months of age. Results suggested that a one-standard-deviation increase in child care quality between 36 and 54 months was associated with increases in standardized cognitive test scores of between one-half and one-and-one-half points. Quality between 6 and 24 months had an independent and additive impact on age 54-month cognitive development that was of similar magnitude. These impacts were estimated over the entire range of child care quality and socioeconomic circumstances observed in the sample.

**Cognitive Controls:**

**15 months:**

**Bayley Mental Development Index**

**24 months:**

**Bayley Mental Development Index**

**Cognitive Outcomes:**

**54 months:**

**Woodcock Johnson Psycho-Educational Battery—Cognitive Subtests: Memory for Sentences, Incomplete Words, and Picture Vocabulary; Achievement Subtests: Letter Word Identification and Applied Problems.**

**Preschool Language Scale (PLS): Language Comprehension and Expressive Language.**

11. NICHD Early Child Care Research Network. (2004). Affect dysregulation in the mother-child relationship in the toddler years: Antecedents and consequences. *Development and Psychopathology, 16,* 43-68.

The purpose of this study was to examine child, maternal and family antecedents of children's early affect dysregulation within the mother-child relationship and later cognitive and socioemotional correlates of affect dysregulation. Children's affect dysregulation at 24 and 36 months was defined in the context of mother-child interactions in semi-structured play and toy clean up. Dyads were classified as dysregulated at each age based on high negative affect. Affect dysregulation was associated with less maternal sensitivity and stimulation, more maternal depressive symptoms, and lower family income over the first 36 months of life. Children with early negative mood, lower Bayley MDI scores and insecure-avoidant (15 months) or insecure-resistant attachment classifications (36) were more likely to be in an affect-dysregulated group. Controlling for family and child variables, affect-dysregulated children had more problematic cognitive, social and behavioral outcomes at 54 months, kindergarten, and first grade. The findings are discussed in terms of the early role played by parents in assisting children with affect regulation, the reciprocal nature of parent-child interactions, and the contribution of affect regulation to children's later cognitive, social and behavioral competence.

**Cognitive controls:**

**Maternal Picture Vocabulary Test (PPVT-R);**
**Bayley Mental Development Index--15 months.**

**Cognitive Outcomes:**

**54 months and 1st grade:**

**Woodcock Johnson Psycho-Educational Battery—**
**Cognitive Subtests: Incomplete Words;**
**Achievement Subtests: Letter Word Identification and Applied Problems.**

**Continuous Performance Test:**

**Errors of omission**
**Errors of commission (reflected)**

12. NICHD Early Child Care Research Network. (2004, Spring). Multiple pathways to early academic achievement. *Harvard Educational Review,* 1-29.

Using data from the National Institute of Child Health and Human Development Study of Early Child-care and Youth Development, a structural model predicted reading and mathematics achievement in first-grade children from parenting, child-care, and first-grad schooling environments was constructed. The model provided a strong fit for the data, and parenting emerged as the strongest single contextual predictors of children's achievement. Nevertheless, the child-care and first-grad schooling contexts each independently contributed to children's academic performance. There were also a number of indirect pathways of prediction that combined environmental and child factors. Overall, results confirmed that multiple factors act in concert over the school transition period to shape children's reading and mathematics skills.

**Cognitive Outcomes**

**54 months:**

**Woodcock Johnson Psycho-Educational Battery—Cognitive Subtests: Picture Vocabulary.**

**Preschool Language Scale (PLS): Language Comprehension and Expressive Language.**

13. NICHD Early Child Care Research Network (2004). Type of child care and children's development at 54 months. *Early Childhood Research Quarterly, 19(2), 203-230.*

Cognitive, language, and social developmental scores were examined at 54 months for more than 1,000 children who had experienced varying numbers of hours in three different types of nonmaternal child care. Mothers who were single, those with more education, and families with higher incomes were more likely to use more hours of center care than other families; single mothers also used more hours of care in child care homes. Minority families and mothers with less education used more hours of relative care. With family selection factors and quality of child care controlled, children who spent more hours in center care scored consistently higher on measures of cognitive and language skill than children who spent less time in center care. Hours in center care was also associated with more child behavior problems as rated by care providers but not mothers. Hours in home-based child care provided by nonrelatives was associated with a mixed pattern of cognitive and language scores at 54 months. Hours in care provided by relatives showed no association with any outcome measures. Analysis of patterns of care from infancy through the preschool years showed that only a minority of the children followed identifiable patterns, and there was little relation between patterns of care and child outcomes.

**Cognitive Outcomes:**

**54 months:**

**Woodcock–Johnson Psycho-Educational Battery—Revised, subscales: Letter-Word Identification and Applied Problems.**

**Preschool Language Scale: Auditory Comprehension and Expressive Communication.**

14. NICHD Early Child Care Research Network (2005). A Day in Third Grade: A Large-Scale Study of Classroom Quality and Teacher and Student Behavior. *The Elementary School Journal*, *105,* 305-323.

Observations of 780 third grade classrooms described classroom activities, child-teacher interactions, and dimensions of the global classroom environment, which were examined in relation to structural aspects of the classroom and child behavior. One-child per classroom was targeted for observation in relation to classroom quality, teacher and child behavior. These children were enrolled in the ongoing NICHD Study of Early Child Care and Youth Development: 80% of the sample was Caucasian; 22% had a family income-to needs ratio of 2.0 or less; and 26% of mothers had a high school education or less. Classrooms were observed for a minimum of eight, 30-minute cycles over the course of the day, beginning at the start of the school day with an intention of observing during academic instruction time. Time-samplings of activities, teacher behaviors, and child behaviors as well as global ratings of the classroom environment were obtained. The most frequently observed forms of activity were whole-group instruction or individual seat work. As expected, the largest portion of time was allocated to literacy-related activities. By a ratio of nearly 11:1 instructional activities (across any content area) were basic-skill focused vs. focused on analysis/inference or synthesis of information. There was wide variation in the frequency of most activities across classrooms. Global ratings also demonstrated significant variability across classrooms. Global and time-sampled codes of teacher behavior and classroom climate were only slightly related to a range of structural factors such as class size, child-teacher ratio, or teacher experience. Students' engagement in academic activities was higher when classrooms provided more instructional and emotional support. From first to third grade, global aspects of the classroom such as positive climate or teacher sensitivity had significant, but low stability; time devoted to literacy or math activities was uncorrelated across the two grade levels. These findings suggest that third grade is a highly variable context for children in the United States with a very strong emphasis on learning basic skills and that structural factors such as class size and teacher education and experience show little relation to the actual experiences of children in classrooms.

**Cognitive Observations:**

**3rd Grade:**

**Classroom Observation System for Third Grade: Academic activities (literacy, math, science, social studies).**

15. NICHD Early Child Care Research Network. (2005). Predicting individual differences in attention, memory, and planning in first graders from experiences at home, child care, and school. Developmental Psychology, 41.

This study adds to the growing literature linking children's experiences in the environment to individual differences in their developing skills in attention, memory, and planning. The

authors asked about the extent to which stimulating and sensitive care in the family and in the child-care or school environments would predict these cognitive outcomes. The authors also questioned the primacy of experiences in the first 3 years of life. Data from a sample of 700 first graders whose experiences in the home and in child care or school were evaluated since early infancy revealed that the cumulative quality of the child-rearing environment was related to attention and memory but not to planning and that the quality of the family environment was more strongly associated with outcomes than was the quality of child care and of school. The quality of both children's early (6 through 36 months) and later (54 months and first grade) environments predicted performance on the attention and memory tasks.

**Cognitive Controls:**

**36 Months:**

**Maternal Picture Vocabulary Test (PPVT-R)**

**Cognitive Outcomes:**

**1st Grade:**

**Continuous Performance Task**

**Woodcock-Johnson Psycho-Educational Battery--Revised, Cognitive Subtests: Memory for Sentences and Memory for Names.**

**Tower of Hanoi Task.**

16. NICHD Early Child Care Research Network. (in press). Duration and developmental timing of poverty and children's cognitive and social development from birth to third grade. *Child Development.*

The duration and developmental timing of low income during the first seven years of children's lives are examined as predictors of parents' psychological well-being, parenting quality, and children's cognitive and social competence. Four groups of families are compared: never low income, chronically low income, early (income low from birth to age 2, but higher between 3 and 7), and late (income higher from birth to age 2, but low from 3 to 7). Mothers in chronic low-income families showed lower sensitivity and provided lower quality home environments for their children than did other mothers; moreover, they showed steady increases in depression and declines in parenting quality over time. Although early and late low income families were rated higher on parenting measures than the chronically low income parents, income gain was associated with increases in parenting quality and improvements in child cognitive and language performance, whereas income loss was accompanied by reduced maternal well-being, sensitivity, and home enrichment quality, and the highest rate of child behavior problems as reported by their mothers.

**Cognitive Outcomes:**

**24 months:**

**Bayley Mental Development Index**

**36 months:**

**Bracken Basic Concepts Scale**

**Reynell Developmental Language Scales**

**54 months:**

**Woodcock-Johnson Psycho-Educational Battery—Revised, Cognitive subtests: Applied Problems, Incomplete Words, Letter-Word Identification, Memory for Sentences, and Picture Vocabulary.**

**Preschool Language Scale, subscales: Expressive and Receptive.**

**1st grade:**

**Woodcock-Johnson Psycho-Educational Battery—Revised, Cognitive subscales: Applied Problems, Incomplete Words, Letter-Word Identification, Memory for Sentences, and Picture Vocabulary.**

**3rd grade:**

**Woodcock-Johnson Psycho-Educational Battery—Revised, Cognitive subscale: Applied Problems and Letter-Word Identification.**

17. NICHD Early Child Care Research Network. (in press). The Relations of Classroom Contexts in the Early Elementary Years to Children's Classroom and Social Behavior. In A.C. Huston and M.N. Ripke (Eds.). *Developmental contexts in middle childhood: Bridges to adolescence and adulthood.* New York: Cambridge University Press.

In this chapter, we ask how the social and instructional context of the school classroom contributes to developing social and behavioral competencies as children pass into middle childhood, and whether the relations of classroom context to behavior differ by children's gender, family income level, or ethnic group. We frame the questions at two levels. First, are there immediate associations between classroom contexts and children's social behavior within the classroom? That is, do children demonstrate different patterns of involvement, peer interaction, or disruptive behavior depending on such features of the classroom as teacher involvement, teacher sensitivity, and instructional style. Second, do any of the "effects" of classroom contexts extend to later years in a different classroom or to behavior at home? One might expect generalization if children learn patterns of social skills with adults and peers, motivation, school engagement, or tendencies to misbehavior through their repeated experiences in the classroom setting.

**Cognitive Observations:**

**3rd Grade:**

**Classroom Observation System for Third Grade: Academic activities (literacy, math, science, social studies).**

***Named Author Papers using cognitive variables***

1. Belsky, J., Friedman, S. L., & Hsieh, K. (2001). Testing a core emotion-regulation prediction: Does early attentional persistence moderate the effect of infant negative emotionality on later development? *Child Development, 72*, 123-133.

   To test the hypothesis that early attentional persistence will moderate the effect of infant negative emotionality on social competence, problem behavior, and school readiness at age 3, data collected as part of the NICHD Study of Early Care were subject to structural equation modeling analyses with $N$=1,038. Consistent with Eisenberg et al.'s data on older children, high levels of negative emotionality were associated with low levels of social competence only when attentional persistence was poor. No such moderating effects of attentional persistence emerged in the case of behavior problems. And in the case of school readiness, findings indicated that high levels of negative emotionality predicted high levels of school readiness when attentional persistence was high, a result opposite to that found with respect to the prediction of social competence.

2. Dearing, E., McCartney, K., Marshall, N. L., & Warner, R. M. (2001). Parental reports of children's sleep and wakefulness: Longitudinal associations with cognitive and language outcomes. *Infant Behavior and Development, 24,* 151-170.

   Associations between parental reports ($N$ = 62) of children's sleep and wakefulness at 7, 19, and 31 months and cognitive and language outcomes were examined. Periodogram analysis was used to estimate the proportion of variance in children's sleep and wakefulness that was explained by a 24-hr cycle (i.e., circadian sleep regulation). Controlling for characteristics of children and mothers, circadian sleep regulation at 7 and 19 months was positively associated with mental development scores at 24 months and language development scores at 36 months. In addition, rate of growth in circadian sleep regulation from 7 to 31 months was positively associated with mental development scores at 24 months. These results are consistent with theoretical models that posit a hierarchical arrangement of self-regulatory processes.

3. Dearing, E., McCartney, K., & Taylor, B. (2001). Change in family income-to-needs matters more for children with less. *Child Development, 72,* 1779-1793.

   Hierarchical linear modeling was used to model the dynamics of family income-to-needs for participants of the National Institute of Child Health and Human Development Study of Early Child Care ($N$= 1,364) from the time that children were 1 through 36 months of age. Associations between change in income-to-needs and 36-month child outcomes (i.e., school readiness, receptive language, expressive language, positive social behavior, and behavior problems) were examined. Although change in income-to-needs proved to be of little importance for children from nonpoor families, it proved to be of great importance for children from poor families. For children in poverty, decreases in income-to-needs were associated with worse outcomes and increases were associated with better outcomes. In fact, when children from poor families experienced increases in income-to-needs that were at least 1 SD above the mean change for poor families, they displayed outcomes similar to their non-poor peers. The practical importance and policy implications of these findings are discussed.

4. Rimm-Kaufman, S., Pianta, R., Cox, M., & Bradley, R. (2003). Teacher-rated family involvement and children's social and academic outcomes in kindergarten. *Early Education & Development, 14*, 179-198.

   This study examines the relation between teachers' report of family involvement in school and children's social and academic competencies during kindergarten, after accounting for the contribution of socioeconomic status and early maternal sensitivity. Teachers reported on the family involvement for 223 children. Two dimensions of family involvement with school were measured: families' attitudes toward schools and families' activities with schools. Children's social and academic competence was assessed through classroom observations and teachers' reports. Results describe the contribution of socioeconomic status and maternal sensitivity in predicting some aspects of kindergarten competence, and the association of family involvement and child competence after accounting for these covariates. Findings suggest that teachers' reports of family attitudes are a more consistent predictor of outcomes than teachers' reports of family involvement activities. These findings support the position that families and schools can collaborate and provide a social resource to children in kindergarten.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, December 11, 2005 9:28 AM
**To:** List NEURO_MEASGRP-L
**Subject:** More slides of interest: Cognitive domain in NICHD SECCYD
**Attachments:** Advanced training institute. Cognitive domain..pdf

Here are more slides that can provide ideas of how to present our plans to the NCS Steering Committee

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, December 11, 2005 9:07 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Rothbart. Why is there a gap in the age covered by her two assessments?

I am curious to learn why the two assessments developed by Mary Rothbart leave an age gap for which there is no assessment? The answer has implications for our choice of this measure for 12 months old infants.
For each age of assessment we need to agree on a window for collecting the data. At 12 months the window should probably extend from minus two weeks to plus two weeks. But in reality the upper section of the window may need to extend further because we will not want to lose data. I go on the assumption that it is better to have late data then no data and statistically correct for age. So if the Infant Behavior Questionnaire is adequate only UP to 12 months, it may be unwise to use it at that age. Does anybody on our group know if the behavioral indicators of aspects of temperament are expected to shift from the period just before one year of age to the period between 12 and 18 months?
Sarah.

-----Original Message-----
From: Gary Resnick [mailto:RESNICG1@WESTAT.COM]
Sent: Saturday, December 10, 2005 9:00 PM
To: List NEURO_MEASGRP-L
Subject: Re: Materials for ND Workgroup meeting with VC reps

Yes, we definitely need to move on to make sure we cover all the measures as these are our last few meetings before Sarah F. leaves. I just wanted to clarify the temperament issue. Regina correctly pointed out that the IBQ-R (Infant Behavior Questionnaire) ends at 12-months and that for 18-months we must use the ECBQ (Early Childhood Behavior Questionnaire), also by Rothbart. But we also learned during our discussions and in reading a key methodological analysis done by Rothbart that there is excellent continuity and relatively high correlations between the two measures (which was part of the reason for recommending the Rothbart) and that there should be the same subscales that we found with the IBQ-R. If this is the case, we don't need to do anything except use the same subscales for the ECBQ at 18-months that we recommended for the IBQ-R earlier (and I agree with Sarah F's suggestion that we measure temperament at 6- and 18-months but not at 12-months).
However, it is worth checking to make sure the same subscales occur in the ECBQ and that there is sufficient similarity in the constituent items.

---

From: Neurodevelopmental Outcome Measures GroupNCS on behalf of Friedman, Sarah (NIH/NICHD) [E]
Sent: Sat 12/10/2005 6:09 PM
To: NEURO_MEASGRP-L@LIST.NIH.GOV
Subject: Re: Materials for ND Workgroup meeting with VC reps

Hi Gary, regarding the need to re-examine our recommendations regarding the frequency of assessments, I agree with you whole heartedly. For the while, however, I suggest that we recommend assessing temperament at 6 and 18 months, because the IBQ-Revised and the ECBQ will allow us to do that. Thank you Regina for pointing out that we don't have an assessment instrument targeted for assessing temperament at the age of 12 months. Because of time constraints we must move on now to examine the assessment of domains/constructs that we have not looked at yet.
When we are done with that process we should follow your (Gary's) suggestion and re-examine the frequency of assessments for all domains/constructs. I am afraid that if we don't move on with the domains/constructs we will not meet our deadline. Do you agree?
Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator NICHD Study of Early Child Care and Youth Development National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

-----Original Message-----
From: Gary Resnick [mailto:RESNICG1@WESTAT.COM]
Sent: Saturday, December 10, 2005 2:01 PM
To: List NEURO_MEASGRP-L
Subject: Re: Materials for ND Workgroup meeting with VC reps

This is news to me. I was under the impression the IBQ-R will work through 18 months. It makes me think that we have not yet considered whether all measures should be given at all time periods, and temperament is one of those constructs that perhaps we do not need to measure every 6 months since theoretically it should stay consistent for each child. I think we need a wider-ranging discussion again of the temporality of each of the measures and whether there is a need to measure at each of the three time periods (6-, 12-, 18-months).

Thanks Regina and Sarah for looking these over so quickly. I'll make the changes send them out asap.

Gary

---

From: Neurodevelopmental Outcome Measures GroupNCS on behalf of Shih, Regina (NIH/NICHD) [F]
Sent: Fri 12/9/2005 9:27 PM
To: NEURO_MEASGRP-L@LIST.NIH.GOV
Subject: Re: Materials for ND Workgroup meeting with VC reps

Hi Gary,

I think the edits to the letter look good. Just one note about the spreadsheet: the IBQ in the Temperament domain is the old version; I think what we had discussed at our Wednesday meeting is a "reduced version" of the IBQ-Revised (which is slightly longer than the IBQ, at approx. 191 items).

The IBQ-R is for children only up to 12 months of age; Rothbart's ECBQ is for 18-36 months. What we are going to recommend at 18 months probably warrants further discussion, considering the IBQ-R is not designated for 18 month-olds, and the ECBQ is as lengthy as the IBQ-R.

Hope this wasn't confusing. -Regina

-----Original Message-----
From: Gary Resnick
Sent: 12/9/2005 7:13:02 PM
To: List NEURO_MEASGRP-L
Subject: Materials for ND Workgroup meeting with VC reps
Attachments: ND Workgroup Summary Progress to Date.xls, Letter VC reps on ND workgroup V2.doc

I just completed the summary table as we have discussed as well as modifications to the letter for the VC reps. However, I do not feel comfortable sending these out at this time until Sarah F. and others have had a chance to review these. In particular, I have cobbled together a table which I think represents the work to date. Recommended measures are those listed in bold while the other measures included in a given domain are those listed but not in bold. In those domains for which recommendations have not yet been made, there are no measures in bold. I tried to follow the spreadsheet produced by Regina, and that fairly captures the measures we have been discussing but I do not feel completely comfortable with it, and at this late hour I am worried I've left something out. So please review both the table and the final version of the letter first thing Monday morning so that I can send out the invitation to the Vanguard Center representatives. Obviously this does not g!
ive them a lot of time to be available, but I simply could not have produced these materials any sooner that I did. Also note that the letter will be sent as part of an email containing instructions for connecting to the tele-conference as well as the Excel file of progress to date.

Gary

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, December 11, 2005 9:01 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Slides I promised to send

**Attachments:** SRCD.2003.Data.I.II.rev.withNIHlogos.CBrev.ppt

SRCD.2003.Data.I.
II.rev.withNI...

At Friday's meeting, I promised I will send a PowerPoint presentation describing the study of early child care and youth development in sessions aimed at orienting other scientists to the data sets from the study. One can glean some ideas for the NCS neurodevelopment workgroup presentation to the Steering Committee. Slides 51-63 describe the outcome measures. Sarah.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Saturday, December 10, 2005 6:09 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Re: Materials for ND Workgroup meeting with VC reps

Hi Gary, regarding the need to re-examine our recommendations regarding the frequency of assessments, I agree with you whole heartedly. For the while, however, I suggest that we recommend assessing temperament at 6 and 18 months, because the IBQ-Revised and the ECBQ will allow us to do that. Thank you Regina for pointing out that we don't have an assessment instrument targeted for assessing temperament at the age of 12 months. Because of time constraints we must move on now to examine the assessment of domains/constructs that we have not looked at yet.
When we are done with that process we should follow your (Gary's) suggestion and re-examine the frequency of assessments for all domains/constructs. I am afraid that if we don't move on with the domains/constructs we will not meet our deadline. Do you agree?
Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator NICHD Study of Early Child Care and Youth Development National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

-----Original Message-----
From: Gary Resnick [mailto:RESNICG1@WESTAT.COM]
Sent: Saturday, December 10, 2005 2:01 PM
To: List NEURO_MEASGRP-L
Subject: Re: Materials for ND Workgroup meeting with VC reps

This is news to me. I was under the impression the IBQ-R will work through 18 months. It makes me think that we have not yet considered whether all measures should be given at all time periods, and temperament is one of those constructs that perhaps we do not need to measure every 6 months since theoretically it should stay consistent for each child. I think we need a wider-ranging discussion again of the temporality of each of the measures and whether there is a need to measure at each of the three time periods (6-, 12-, 18-months).

Thanks Regina and Sarah for looking these over so quickly. I'll make the changes send them out asap.

Gary

---

From: Neurodevelopmental Outcome Measures GroupNCS on behalf of Shih, Regina (NIH/NICHD) [F]
Sent: Fri 12/9/2005 9:27 PM
To: NEURO_MEASGRP-L@LIST.NIH.GOV
Subject: Re: Materials for ND Workgroup meeting with VC reps

Hi Gary,

I think the edits to the letter look good. Just one note about the spreadsheet: the IBQ in the Temperament domain is the old version; I think what we had discussed at our Wednesday meeting is a "reduced version" of the IBQ-Revised (which is slightly longer than the IBQ, at approx. 191 items).

The IBQ-R is for children only up to 12 months of age; Rothbart's ECBQ is for 18-36 months. What we are going to recommend at 18 months probably warrants further discussion, considering the IBQ-R is not designated for 18 month-olds, and the ECBQ is as lengthy as the IBQ-R.

Hope this wasn't confusing. -Regina

-----Original Message-----
From: Gary Resnick
Sent: 12/9/2005 7:13:02 PM
To: List NEURO_MEASGRP-L
Subject: Materials for ND Workgroup meeting with VC reps
Attachments: ND Workgroup Summary Progress to Date.xls, Letter VC reps on ND workgroup V2.doc

I just completed the summary table as we have discussed as well as modifications to the letter for the VC reps. However, I do not feel comfortable sending these out at this time until Sarah F. and others have had a chance to review these. In particular, I have cobbled together a table which I think represents the work to date. Recommended measures are those listed in bold while the other measures included in a given domain are those listed but not in bold. In those domains for which recommendations have not yet been made, there are no measures in bold. I tried to follow the spreadsheet produced by Regina, and that fairly captures the measures we have been discussing but I do not feel completely comfortable with it, and at this late hour I am worried I've left something out. So please review both the table and the final version of the letter first thing Monday morning so that I can send out the invitation to the Vanguard Center representatives. Obviously this does not g!
ive them a lot of time to be available, but I simply could not have produced these materials any sooner that I did. Also note that the letter will be sent as part of an email containing instructions for connecting to the tele-conference as well as the Excel file of progress to date.

Gary

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Friday, December 09, 2005 8:16 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: Materials for ND Workgroup meeting with VC reps
**Attachments:** ND Workgroup Summary Progress to Date.xls; Letter VC reps on ND workgroup V2.doc

Hi Gary,

I reviewed the letter and made minor changes. In the table I indicated that for the CDI we used the short form plus gestures. I wanted to change the title "domains" to "domains/constructs" but for some reason my typing did not register.

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.COM]
**Sent:** Friday, December 09, 2005 7:13 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Materials for ND Workgroup meeting with VC reps

I just completed the summary table as we have discussed as well as modifications to the letter for the VC reps. However, I do not feel comfortable sending these out at this time until Sarah F. and others have had a chance to review these. In particular, I have cobbled together a table which I think represents the work to date. Recommended measures are those listed in bold while the other measures included in a given domain are those listed but not in bold. In those domains for which recommendations have not yet been made, there are no measures in bold. I tried to follow the spreadsheet produced by Regina, and that fairly captures the measures we have been discussing but I do not feel completely comfortable with it, and at this late hour I am worried I've left something out. So please review both the table and the final version of the letter first thing Monday morning so that I can send out the invitation to the Vanguard Center representatives. Obviously this does not give them a lot of time to be available, but I simply could not have produced these materials any sooner that I did. Also note that the letter will be sent as part of an email containing instructions for connecting to the tele-conference as well as the Excel file of progress to date.

Gary

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Tuesday, December 06, 2005 10:06 PM
**To:** List NEURO_MEASGRP-L
**Subject:** CDI terminology different on the form and in the manual. FYI

The information below will help you when you read the up to date manual for the CDI. I was thrown off because the terminology on the form and in the manual is different. Sarah.

---

**From:** Larry Fenson [mailto:lfenson@yahoo.com]
**Sent:** Tuesday, December 06, 2005 7:48 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Cc:** lfenson@sunstroke.sdsu.edu
**Subject:** RE: Reliability and validity of the CDIs

Hi Sarah,

Words and Gestures is the name of the form and Actions and Gestures is the title of the 63 item gestures section. Sometimes we may have been inconsistent in our references.

*"Friedman, Sarah (NIH/NICHD)" <friedmas@exchange.nih.gov>* wrote:

> Thanks, Larry. I was out of the country and I am now trying to catch up. We actually want to use the 63 items of actions and gestures. My fingers made a mistake when I typed in the number 40. The CDI revised manual provides psychometric information about Words & Gestures. But the form that I have for the Infant version of the CDI refers to Actions and Gestures. Are W & G the same as A & G? I will be talking with my colleagues about the possibility of getting the data set from you to do some further analyses. I will be in touch. Sarah.
>
> **Sarah L. Friedman, Ph.D.**
> **Project Scientist and Scientific Coordinator,**
> **NICHD Study of Early Child Care and Youth Development**
> **OEP, Office of the Director,**
> **National Institute of Child Health and Human Development**
> **Phone: (301) 435-6946**
> **Fax: (301) 480-2400**
> **E-mail: friedmas@exchange.nih.gov**
>
> ---
>
> **From:** Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
> **Sent:** Friday, December 02, 2005 3:50 PM
> **To:** Friedman, Sarah (NIH/NICHD)
> **Cc:** Dale, Philip S.
> **Subject:** RE: Reliability and validity of the CDIs
>
> Sarah,
>
> Here's some replies.
>
> At 01:01 PM 11/28/2005, you wrote:
>
> Hi Larry, Here is the information I would like to learn about the CDI Early and Late Gesture items: