Reliability Information:

Internal Consistency:

The internal consistency analyses reported in that section were based on the 5 subcategories of gestures. It sounds as if you may want alphas based on some alternate groupings. or for the set of 40 individual items (or subsets within the 40). Actually, I don't think I even have that subset of 40 any more, though if should be possible to generate it or a comparable set in a new effort. If you want to request a specific set of analyses I would be happy to determine whether it is feasible for us to provide it. Alternately, we could explore the feasibility of providing you with the data to carry out your own analyses.

Test-Retest:

As we report, test retest scores for gestures were mostly in the mid-80s for the full set of 63. What else would you need here?

Split-Half:

The alphas reported under internal consistency calculate all possible spilt halves.

Inter-Rater:

I'm not sure how this would apply to parent report, I suppose one could compare input from mother and father or parent and caretaker. That research hasn't been done, probably on the assumption that one parent is better prepared than anyone else to provide this information. It seems to me that I once reviewed a submission of that nature for a journal but I believe it was rejected.

Validity Information

The new manual section that I sent contains all the information that we have on validity of the gestures scale.

Construct:

Concurrent:

Discriminant:

Predictive

Where can I go for such information? If you have it handy, please send.

One comment about the 40 item gestures subset. Presuming we could regenerate this subset, you need to keep in mind that you would not have norms. Moreover, reliability and validity information would have to be recalculated for the new, abridged measure . R and V data from other studies

would no longer be accurate, although the high correlation of the 40-item list with the original 63-item list would mean that those earlier results would be approximately valid.

Larry

Many thanks.

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

-----Original Message-----
From: Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
Sent: Monday, November 28, 2005 1:58 PM
To: Friedman, Sarah (NIH/NICHD)
Subject: RE: Reliability and validity of the CDIs

Hi Sarah,

Sorry for the delay. I was out of town over the holiday. The Words and Gestures form contains 63 items. As you note, we were only able to reduce
the gestures list to 40 and decided that was not a sufficient reduction to
abandon the full list with its norms. I'm not sure from your message exactly what you're requesting. Perhaps you could restate your questions
?
Then I'll do my best to assist you in your planning.

Larry

At 02:18 PM 11/21/2005, you wrote:
>Hi Larry,
>
>Thanks much for the R &V document which I just looked at to try to get

a
>handle on the R & V of the gesture component. If I read the document
>correctly, in the document you sent me you are combining the
information
>for gesture with information about comprehension/prodcution.
>
>In the NCS, we would like to use the short version of the CDI and we
>want to add the early and late gesture items from the long version of
>the CDI. Your article about the short version (Applied
>Psycholinguistics 21, 95-115) assured us that the short form will give
>us a good assessment of comprehension and production but that for
>gestures we will need to ask moms to respond to the 40 original items.
>
>Where shall we look for psychometrics pertaining to gestures? Can you
>please direct us to the appropriate source?
>
>Thanks,
>
>Sarah.
>
>
>-----Original Message-----
>From: Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
>Sent: Wednesday, November 16, 2005 3:40 PM
>To: Friedman, Sarah (NIH/NICHD)
>Subject: Reliability and validity of the CDIs
>
>Sara,
>
>Here is a draft of the R&V section for the second edition of the
manual,
>
>now in press.
>
>Larry

---

Yahoo! DSL Something to write home about. Just $16.99/mo. or less

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, March 19, 2006 10:07 PM
**To:** Scheidt, Peter (NIH/NICHD) [E]
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** From Sarah Friedman
**Importance:** High

Dear Peter,

See e-mail below. This is the second time that I hear from Gary Resnick instead of hearing from NICHD. The previous occasion was when NICHD attempted to have WESTAT include in the protocol social predictor measures that the ND group has not reviewed.

Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.com]
**Sent:** Sunday, March 19, 2006 8:28 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** Home vs. Cllinic Assessment Steering Committee Presentation

Hi Sarah, I received a call from Sarah Knox on Friday asking me to make a presentation this Tuesday to the Steering Committee on the home vs. clinic assessment issue. I had asked Sarah Knox to make sure you were aware that I was doing this, so hopefully this is not new.

What I would like to do is to represent the issue as objectively as possible, and thus would appreciate getting your input on the question of whether it is "better" (e.g., for data quality, as well as reduced burden and time, and less reactive child and mother) to obtain child outcome data from assessments done in the home or in a laboratory or clinic. I would in particular appreciate anything you have from the Study of Early Child Care since you used clinic-based assessments.

I think Sarah Knox said you were going to be out of town this coming week. If you can just write down a few thoughts and/or send to me or steer me to something already written, I would appreciate it. I do not have a strong opinion one way or the other, and in fact I rather like the notion of the mobile labs the more I think about it. I want to make sure that the Steering Committee know about the pro's and con's of each approach, and the tradeoffs involved in making an informed decision.

Thanks!

Gary Resnick

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, March 19, 2006 10:22 PM
**To:** Scheidt, Peter (NIH/NICHD) [E]
**Subject:** My reply to Gary Resnick

Peter, Here is my reply to Gary. Sarah.

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, March 19, 2006 9:19 PM
**To:** 'Gary Resnick'
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** RE: Home vs. Clinic Assessment Steering Committee Presentation

Gary, I trust that you will give an objective presentation with all the pros and cons. May be you can organize your talk around multiple ways that the science could be done. First you could talk about how the science should be conducted if there were no budgetary limitations. Next you could present alternative models and indicate what NCS would be giving up by each one. This way the Steering Committee will be able to make up its mind which of the alternative models it would like to adopt. Good luck. I have full confidence that you will do a great job. I would love to see your slides. Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, March 20, 2006 12:15 AM
**To:** Scheidt, Peter (NIH/NICHD) [E]; Brenner, Ruth (NIH/NICHD) [E]; Knox, Sarah (NIH/NICHD) [E]
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** Reminder regarding our plan for validating measures to be administered in the home setting

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Friday, February 03, 2006 11:32 AM
**To:** Scheidt, Peter (NIH/NICHD) [E]; Knox, Sarah (NIH/NICHD) [E]; Brenner, Ruth (NIH/NICHD) [E]
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** Notes regarding this morning meeting regarding vans

I am writing a note to myself regarding the results of the meeting we had today (Peter, Sarah K and Sarah F). Please correct me if we are not on the same page:

We brainstormed about the best way to assure ourselves that the ND data that would be obtained in the home visit would be valid and that it would be equally valid in home environments that vary in terms of having a quiet place in which the assessment could be administered.

In March, the SC will be presented with a suggestion/plan according to which a sub sample will be part of an experimental validation of the home administered ND assessments. The sub sample will include individuals from different socio-economic and ethnic background (the exact distribution and the number of families in the different SES and ethnic groups are yet to be determined). The sub sample will be administered the ND assessments both in the home and in a lab setting. Half of the sub sample will have the protocol done in the home first and the other half of the sample will have it done in the lab first (to account for order of administration). We did not mention the window for our test re-test design but I assume that we will aim for a repeat test two weeks following the first test (with a possibility of delay of up to one month).

The findings of the validation study will allow us to estimate performance decrements due to the test administration conditions in the home. The findings could also guide a decision to use vans for families whose homes do not have a quiet place.

The sub study will be paid through a grant mechanism to one or more VC.

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Tuesday, March 14, 2006 9:17 AM
**To:** 'Gary Resnick'; Knox, Sarah (NIH/NICHD) [E]
**Cc:** 'Alexa Fraser'; 'Carol Andreassen'; 'Jean Wilson'; Scheidt, Peter (NIH/NICHD) [E]
**Subject:** RE: psychosocial measures
**Importance:** High

Hi Gary and Sarah K.,

In my role as task leader of the ND workgroup, I cannot in good faith endorse any outcome measure or social predictor measure that was not evaluated by the process that the ND workgroup put in place for evaluating measures before recommending them to the Steering Committee of the NCS. The fact that members of vanguard sites want to see certain measures included in the protocol does not make these measures appropriate for inclusion.

If, for PR reasons, it is expedient to include in the document that goes to the Steering Committee measures that vanguard sites have asked for, then I am willing to accept inclusion of such measures under the condition proposed by Sarah K. The condition is that the document will state **very clearly** that the measure was not yet evaluated by the ND workgroup and will not be recommended unless it meets criteria set by the ND workgroup.

I hope this helps,

Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.com]
**Sent:** Monday, March 13, 2006 4:04 PM
**To:** Knox, Sarah (NIH/NICHD) [E]; Friedman, Sarah (NIH/NICHD) [E]
**Cc:** Alexa Fraser; Carol Andreassen; Jean Wilson
**Subject:** psychosocial measures

I had been forwarded a number of emails regarding the psychosocial measures and wanted to clarify a number of issues:

a) The general issue was one of timing. Correct me if I am wrong, but I believe we received comments from the VC's on some of the psychosocial measurement recommendations after the ND workgroup had completed its meetings, that is, after February 15. Sarah Friedman and

I had a discussion about this and we were in agreement that, rather than reconvene the ND workgroup to discuss these issues, we should wait until after the current package has been reviewed and we received feedback from the Steering Committee, so that we can know from the program office about potential changes, revisions and most importantly cuts due to time and burden. Thus, some of their comments did not result in decisions that we felt should be made midstream and independent of the established review process (which involved the entire ND workgroup). I'd be happy to change this approach, if Sarah Friedman agrees, and for us to reconvene the ND workgroup to make further decisions about some of these psychosocial measures. I want to emphasize that the recommendations on psychosocial measures arose out of ND workgroup discussions and were not the sole product of any one individual in that workgroup, and certainly not were my own decisions.

b) I was asked to comment on why social support measures were not considered during pregnancy, and I don't really have a good rationale for why it was not considered during the ND workgroup deliberations, except to say that we were still searching for a measure and were not thinking about measurement periods. I think there is a good argument for measuring maternal social support at one time point during pregnancy, but I also think this should be balanced against the time and burden demands placed on expectant mothers. If I had to make a suggestion, I would recommend using one of the social support measures, possibly the Relationships with Other People (ROP) instrument used in the SECCYD, since it measures perceived support from key individuals in the mother's life and because it takes less time than the Sarason measure. However, as I mentioned in the first item (above) I don't believe this is my decision to be made and if we were to consider doing this, perhaps we either need to reconvene the ND workgroup and/or I would like to hear Sarah Friedman's opinion.

c) With regard to anxiety, I have no problem with including a measure of this construct. We discussed this at the Feb 8 ND workgroup meeting and suggested using it but we wanted to obtain more information about the measure. Unfortunately, the ND workgroup completed its work on Feb 15 before a definitive recommendation could be made about the Speilberger instrument, mainly because we had not yet received any information about is psychometric properties. During the conference call to discuss the psychosocial measures, which I believe was held immediately following the Feb 8 meeting, we did say we were considering the Spielberger but wanted more information, which I don't believe is inconsistent with the recommendation of the VC's. However, since we did not obtain information about the measure before having to submit the measurement package, we excluded it from the package. As you know, the ND workgroup took its role very seriously and used a set of stringent criteria for recommending measures, such as information from the available literature. If you want to include it, I have no problem doing so, but would like to hear at least some concurrence by Sarah Friedman. More importantly, the ND workgroup has not had a chance to review the literature about this measure and, to be consistent with our deliberations on other measures, we should probably do this. I also want to clarify that at no time was my opinion entered into the decision about what to do with a measure of anxiety.

I hope this clarifies my understanding of the process for making recommendations about measures. If I am incorrect in my view of this process or if you want some deviation from this process to take into account recommendations that occurred after the ND workgroup had completed its deliberations, then I would be happy to assist in making recommendations around these measures, with or without the participation of the full ND workgroup. However, I would also defer to Dr. Friedman who has been an effective chair of our workgroup, for decisions around these issues.

Gary

-----Original Message-----
**From:** Knox, Sarah (NIH/NICHD) [E] [mailto:knoxss@mail.nih.gov]
**Sent:** Monday, March 13, 2006 10:21 AM
**To:** Alexa Fraser
**Subject:**

Alexa,

Thanks for the package on psychosocial measures I just received. It is very helpful. Can you tell me what happens when the VCs suggest something and Gary thinks something different? An example is p. 5, where a majority of them want anxiety during pregnancy and he wants to wait on feedback from the initial instrument. The reason I ask is that if the majority of the VCs want anxiety, we need to weigh that into the prioritization of the original instrument. Thanks!

Sarah

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD)

**Sent:** Saturday, November 19, 2005 5:41 PM

**To:** List NEURO_MEASGRP-L

**Subject:** Revised minutes of our last meeting and revised agenda for our next meeting

**Attachments:** NCS.Nov 15 Meeting Summary. with changes by SLF.doc; NCS.Nov 22 Agenda V1 with additions by SLF.doc

Dear all,

Please note my changes to the minutes of last week's meeting and the changes to the agenda for the upcoming meeting. These are for your consideration. I think the revised agenda is a bit ambitious but at least we will be able to determine what information we still need to gather for the instruments that we will not have covered by the end of the meeting. Please note that we still did not put in place a schedule for working with Barry Lester and Ed Tronick about the NNNS. We will be in a weak position defending the instrument for use in the NCS if we don't get the psychometrics information that we think we need.

I hope we can determine a format for summarizing information about each instrument. As we start to fill in the form that we will develop we will come to recognize that we are missing information in specific pre-determined categories. Examples of such categories are the construct that is being assessed, proposed instrument and competing instruments that were rejected, concurrent or predictive validity, reliability, scores to be derived, references etc pertaining to the target instrument.

I am looking forward to our meeting and I am very sorry that Gary will not be there. Gary, Carol and I had a long phone conference call on Friday which moved us ahead quite a bit.

Sarah

Sarah L. Friedman, Ph.D.
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946

Fax: (301) 480-2400

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Sunday, November 20, 2005 11:27 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Attachment Q sort information from the NICHD Study of Early Child Care and Youth Development

1. **Name of Instrument:**

Attachment Behavior Q-set

2. **Assessment (age and location):**

24 mo. – Home

3. **DCC Form # and Revision Date:**

24N 08/19/92

4. **Item Level Data Set** **Analytic Data Set/Variables**

| | | |
|---|---|---|
| F24N24 | COUT24 | |
| | LIVSCO24 | Corr btw intvw sort & secure crit, Q-sort |

5. **Description of Instrument:**

The Attachment Q-Set consists of 90 cards that observers sort into fixed piles from "most descriptive" to "least descriptive" of the child. The cards are sorted based on a predefined distribution (in our case 4-6-10-15-20-15-10-6-4). Each card describes a behavioral characteristic of children from 18-24 months. The items are sorted to provide a summary of a child's attachment behavior as observed during a 2 hour home visit. Items most characteristic of the child are placed at one end of the distribution (piles 9,8,and 7). Items most uncharacteristic of the child are placed at the opposite end (piles 1, 2, and 3). Items that were not observed in the visit or are neither characteristic nor uncharacteristic of the child are placed in the center piles. An item's placement in the sort determines its score. The most characteristic items receive scores of nine, the items most unlike the child receive the scores of one. The final sort conforms to a symmetrical, unimodal distribution with a specified number of items in each pile.

In the NICHD Study of Early Child Care, one observer (except for reliability visits in which two observers will go) visited the home and observed the normal, everyday routine at a time when just the mother and the child (and a younger child, if any) are present. The trained observer made notes of child's behavior that was naturally occurring or in response to semi-structured situations introduced by the observer. These were a small book with surprise windows, a snack, and a hide-and-seek game. These semi-structured activities were introduced during the last hour of observation. Immediately after the observer returned from the home visit, the Q-sort was performed based on memory and notes taken during the visit. The resulting profile was correlated with the profile of a prototypically secure child, as determined by experts in the field, and the correlation of the subject's Q-security score. Criterion sorts for security and dependency were provided by Everett Waters. These criterion sorts result from the averaged sorts of 6-10 experts who have been

asked to provide a description of the "hypothetically most secure child" and the "hypothetically most dependent child". The procedure yields attachment construct scores for security, dependency, sociability as well as a social desirability score for control purposes.

**6. Modifications:**

A one day 2-hour visit was used rather than the more customary longer, multiple day visit used by the Q-Sort originators.

**7. Rationale for Choosing Instrument:**

Waters and Deane (1985) list several advantages of Q-sorts:

"...observers can be kept unaware of the constructs that will be scored from the data they provide; that observers are not required to have detailed knowledge of norms for each item, as they are for conventional rating methods; that response biases are reduced by sorting items into a fixed distribution; that the significance of a behavior is clearly distinguished from the frequency with which it occurs; that each item is explicitly scored in the context of a well-defined set of other items; and that data from different samples can be compared directly because sample norms do not enter into the scoring. In addition, description of subjects in terms of an array of scores on items with highly specific content affords a wide range of analytic possibilities that are not available when rating procedures are employed to summarize a wide range of information in a single score." (Waters & Deane, 1985, p. 53)

Q-sort methodology holds considerable promise for assessing attachment relationships from an ethological/control systems perspective. " The Attachment Q-set and the data analytic procedures available for use with Q-sort data seem well suited to the task of examining relationships among affect, cognition, and behavior in the attachment domain" (Bretherton & Waters, 1985, p.61).

**8. Base Reference/Primary Citation:**

Waters, E. & Deane, K. (1985). Defining and assessing individual differences in attachment relationships: Q-methodology and the organization of behavior in infancy and early childhood. In I. Bretherton & E. Waters (Eds.), Growing points of attachment theory and research (pp.41-65). Chicago: Monographs for the Society for Research in Child Development.

**9. Psychometric Information (sample, reliability, validity):**

A recent meta-analysis by van Ijzendoorn et al. (in press) supports the validity of the Attachment Q-Sort Q-security score. Q-security shows modest convergent validity with the Strange Situation, is predicted from observations of maternal sensitivity, and predicts child social competence.

Research assistants blind to prior attachment classification received extensive training in attachment theory, watched a videotaped tutorial on the Q-set by Dr. Brian Vaughn, and reviewed two training videotapes showing an observation and the scoring and justification for that observation completed by Dr. German Posada, prior to live training with Dr. Vaughn. Each site received three days of on-site training from Dr. Vaughn involving three to four home visits. Finally, research assistants were tested on 5 videotaped observations scored by Drs. Posada and Gao. The Posada/Goa consensus score was the "gold standard" for this test. Their reliability agreement across

the 5 test tapes, before conferencing to consensus, was .77, with a security score difference of .04. Research assistants were certified to collect data if the median correlation of their Q-security scores with the gold standard Q-security scores was .55, and no correlation was below .40. Across the data collection period within-site reliability was assessed. Across all research assistants at all sites this correlation was .73 with a security score difference of .06.

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Sunday, November 20, 2005 11:43 AM
**To:** List NEURO_MEASGRP-L
**Subject:** FOR YOUR INFORMATION: Carey, W.B. & McDevitt, S.C.:Early Infant Temperament Questionnaire (EITQ)

1. **Name of Instrument:**

   Early Infant Temperament Questionnaire (EITQ) *(My Baby - Home Version)*

2. **Assessment (age and location):**

   1 & 6 mo. – Home

3. **DCC Form # and Revision Date:**

| | |
|---|---|
| 02B | 12/07/90 (1 mo.) |
| 06B | 04/02/91 (6 mo.) |

   Form 06A refers to the Six Month Interview

4. **Item Level Data Set** **Analytic Data Set/Variables**

| Item Level Data Set | Analytic Data Set/Variables | |
|---|---|---|
| F02B | COUT1 | |
| | TEMP_M01 | Temperament composite,1 mo. |
| | GTEMPM01 | Temperament global (1 item), 1 mo. |
| F06B | COUT6 | |
| | TEMP_M06 | Temperament composite, 6 mo. |
| | GTEMPM06 | Temperament global (1 item), 6 mo. |
| F06B (& F06A) | FAM6 | |
| | LFSTRM06 | Total stress index |

5. **Description of Instrument:**

At the one-month visit, mothers will be asked to respond to 38 items, plus 1 overall item, from the Early Infancy Temperament Questionnaire (EITQ) developed by Medoff-Cooper, Carey and McDevitt (1993). This new instrument, designed specifically for one- to four month-old infants, was standardized on 325 infants from all social classes. The items included for the present study provides scores on five subscales: activity, adaptability, approach, mood and intensity. The internal consistencies for these scales were reported as .48, .65, .44, .70, and .43 respectively. Test-retest reliability coefficients were as follows: .80, .81, .87, .77, .61.

At the six-month assessment, mothers will complete the same five subscales from the Revised Infant Temperament Questionnaire (Carey and McDevitt, 1978). These scales represent age-

appropriate extensions of the EITQ. Internal consistency coefficients range from .53 to .71. At 6 months, the scale has 56 items.

Mothers complete a 39-item questionnaire "My Baby" abridged from the 76-item EITQ. The parent questionnaire -- the EITQ -- assesses the nine New York Longitudinal Study temperament characteristics for one to four-month-old infants. Items are rated on a one- to six-scale from "almost never" to almost always". The EITQ yields scores for each of the dimensions of activity, approach/withdrawal, adaptability, intensity, mood, persistence, distractibility, rhythmicity and sensory threshold. Most items were adapted from the Infant Temperament Questionnaire (for 4- to 8-month-old infants) and revised to be developmentally appropriate for younger infants.

6. **Modifications:**

Only 39 of the original 76 items were selected. This includes a final question about overall rating of temperament [My baby's temperament is: (a) about average (b) more difficult than average (c) easier than average].

The dimensions of activity, approach, adaptability, mood and intensity were selected to provide maximum information about the infant's temperament with minimum administration time. These measures were selected because they were hypothesized to be most likely to affect the infant's adaptation to child care. In particular, we planned to combine the dimensions of adaptability, mood and intensity (and possibly approach) to create a measure of positive-negative emotional reactivity. Despite the low internal and test-retest reliability indices at one month, the approach scale was included at the one month administration in order to parallel the 6 month administration, when scores for this scale are considerably higher. Continuity of measurement constructs across assessment periods was considered desirable, despite minor differences in the number of items included at the different assessment periods.

A "can't answer" category was added to the answer options. In order to make the instruments more user-friendly, questions beginning with "The infant" were changed to "My baby". Instructions were shortened and modified to clarify and simplify wording.

7. **Rationale for Choosing Instrument:**

Carey and his associates developed a series of questionnaires to assess the New York Longitudinal Study temperament category schemes (e.g., Thomas & Chess, 1977). The "Carey" scales were chosen over the Bates or Rothbart scales because this series of scales has had a reasonable history of use in the field and covered the entire age range that might be needed over the three year study. Although the Rothbart scales were considered desirable in many ways, they only spanned to 12 months (3, 6, 9, and 12 months).

It was considered desirable to measure temperament in as many babies as possible prior to the onset of alternate care. Although 3 month temperament measures were considered much more stable and reliable than one month scores, face to-face contact with the mothers at one and 6 months determined the assessment periods. Telephone assessments at three months were considered too cumbersome.

The Early Infancy Temperament Questionnaire (EITQ) for 1- to 4-month olds was in the process of completion during the measure selection period (Medoff-Cooper, Carey, & McDevitt, in press). The Infant Temperament Questionnaire Revised (ITQ-R) for 4- to 8-month olds (Carey & McDevitt, 1978) and the Toddler Temperament Scale for 12- to 36-month olds (Fullard, McDevitt,

& Carey, 1984) comprise the other temperament measures. Reviews by Hubert, et al. (1982), Plomin (1983) and Slabach, et al. (1991) have supported the use of the ITQ-R and the TTS for both psychometric integrity and validity.

While no validity studies have been carried out using the EITQ, it utilizes the same construction guidelines and has comparable reliability figures as its companion scales. A discussion of validity for the ITQ and TTS may be found on the entry describing the ITQ.

**8. Base Reference/Primary Citation:**

Carey, W.B. & McDevitt, S.C. (1978). Revision of the infant temperament questionnaire. Pediatrics, 61, 735-739.

Medoff-Cooper, B., Carey, W. B., & McDevitt, S.C. (1993). Early Infancy Temperament Questionnaire. Journal of Developmental and Behavioral Pediatrics, 14, 230-235.

**9. Psychometric Information (sample, reliability, validity):**

a. Sample Characteristics

The EITQ was standardized on 404 infants (54% male) from a predominantly skilled blue collar through professional middle class sample. Racial characteristics of the sample were not available. Mean level of mothers' education was 12.3 years (s.d. = 3.4 years). The authors provided means and reliability information for the 1-2 month and 3-4 month groups. As 1-month-olds are the focus of the current study, those reliabilities will be reported.

b. Reliability

Internal consistency (alpha) and test-retest reliabilities (one month, N = 40) were as follows:

| | # Items | Alpha | Test-Retest |
|---|---|---|---|
| Activity | 8 | .48 | .62 |
| Approach | 6 | .44 | .48 |
| Adaptability | 10 | .65 | .80 |
| Intensity | 6 | .43 | .59 |
| Mood | 8 | .70 | .72 |

(Note that the Approach scale was included at one month despite its low alpha and test-retest scores; the scores for the Approach scale administered at 6 months are considerably higher.)

c. Validity

As the EITQ is a new scale, no validity studies have been completed. See validity information under the ITQ.

1. **Name of Instrument:**

Infant Temperament Questionnaire (ITQ) *( This Baby - Child care Version)*

2. **Assessment (age and location):**

6 mo. – Child Care Setting

3. **DCC Form # and Revision Date:**

07L 04/26/91

4. **Item Level Data Set** **Analytic Data Set/Variables**

| | | |
|---|---|---|
| F07L | CARGIV6 | |
| | TEMP_A06 | Cg mean rating of baby's temperament |
| | GTEMPA06 | Cg global rating of baby's temperament |

5. **Description of the Instrument:**

Child care providers complete a 43-item questionnaire, "This Baby", abridged from the 95-item ITQ. The ITQ is a parent questionnaire which assesses the nine New York Longitudinal Study temperament characteristics for four through eight month old infants. Items are rated on a one to six scale from "almost never" to "almost always". The ITQ yields scores for each of the dimensions of activity, approach/withdrawal, adaptability, intensity, mood, persistence distractibility, rhythmicity and sensory threshold.

6. **Modifications:**

Only 43 of the original 95 items were selected. This includes a final question about overall rating of temperament [This baby's temperament is: a) about average b) more difficult than average c) easier than average].

The dimensions of activity, approach, adaptability, mood and intensity were selected as providing maximum information about the infant's temperament with minimum administration time. These items were selected because they were hypothesized to be most likely to affect the infant's adaptation to child care. In particular, we planned to combined the dimensions of adaptability, mood, and intensity (and possibly approach) to create a measure of positive-negative emotional reactivity. Continuity of measurement constructs across assessment periods was considered desirable, despite minor differences in the number of items included at the different assessment periods.

Thirteen items dealing with nail cutting, bathing, visits to physician and car travel were deleted as not appropriate in a child care setting ( four from activity, 3 from approach, 3 from adaptability, 1 from intensity, 2 from mood).

A "can't answer" category was added to the answer options. In order to make the instruments more user friendly, questions beginning with "The infant" have been changed to "This baby".

Instructions have been shortened and modified to clarify and simplify wording.

**7. Rationale for Choosing Instrument:**

Carey and his associates developed a series of questionnaires to assess the New York Longitudinal Study temperament category schemes (e.g., Thomas & Chess, 1977). The "Carey" scales were chosen over the Bates or Rothbart scales because this series of scales had a reasonable history of use in the field and covered the entire age range that might be needed over the three year study. Although the Rothbart scales were considered desirable in many ways, they only spanned to 12 months (3, 6, 9 and 12 months).

The Early Infant Temperament Questionnaire (EITQ) for 1 to 4 month olds was in development during the measure selection period (Medoff-Cooper, Carey & McDevitt, (in press). The Infant Temperament Questionnaire-Revised (ITQ-R) for 4 to 8 month olds (Carey & McDevitt, 1978) and the Toddler Temperament Scales for 12 to 36 month olds (Fullard, McDevitt, & Carey, 1984) comprise the other temperament measures. Reviews by Hubert, et al. (1982), Plomin (1983) and Wachs (1991) have supported the use of the ITQ-R and the TTS for both psychometric integrity and validity.

**8. Base Reference/Primary Citation:**

Carey, W.B. & McDevitt, S.C. (1978). Revision of the infant temperment questionnaire. Pediatrics, 61, 735-739.

**9. Psychometric Information (sample, reliability, validity):**

a. Sample Characteristics

The ITQ was standardized on 203 infants (51% male) from a predominantly middle and upper-middle class sample. Racial characteristics of the sample were not available. The scales have been administered in both paper and pencil and oral formats. Both the ITQ-R and the TTS have been used with all social classes. No difficulty has been found with either question wording or response format (e.g., Maziade et al., 1984). A recent review found no evidence for social class influences on temperament (Fullard, Simeonsson, & Huntington, 1989).

b. Reliability

No psychometrics are available for this adaptation for child care providers. See figures for the ITQ.

c. Validity

NA

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946

Fax: (301) 480-2400

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)

**Sent:** Friday, November 25, 2005 5:53 PM

**To:** List NEURO_MEASGRP-L

**Subject:** Re: Summary of telephone call with Lester and Tronick re: NNNS

Dear Gary, Carol and Regina, Sorry I missed the call. I am on vacation spending time with family. Thanks for the detailed account of the information you gathered. I like all your recommendations with minor exceptions. Brazelton and Nugent told Carol Regina and me (on Tuesday) that at birth you get the clearest view of the infant characteristics before these are moderated by the postnatal environment. At one month you see behaviors that are already the product of the interaction of child characteristics with postnatal experiences. The conversation Carol, Regina and I had with Brazelton and Nugent regarding NBAS-R also brought up the importance of multiple assessments. Through multiple assessments we would learn about the degree to which and ways in which the environment has already imprinted its influence in the first month of life. This is important. So, my recommendation would be to collect NNNS data both at birth and at one month. Of course, logistical or budgetary issues may make such a plan impossible. There is no question in my mind that we should go with the NNNS (pending psychometric information supporting the recommendation) rather than with NBAS-R. First, infants' best behavior (measured by NBAS-R) cannot be as good a predictor of risk as infants' behavior that is more like the mode. Second, the NBAS-R lacks the data base that the NNNS already has thanks to the MLS study. So, no psychometrics are available. Finally, I think the NBAS- folks may have more difficulty with training the people that would need to be trained for NCS.

I am going to go to Tokyo after all and will not be available on the 30th.

Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946

Fax: (301) 480-2400

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.COM]
**Sent:** Friday, November 25, 2005 4:33 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Summary of telephone call with Lester and Tronick re: NNNS

Today (Friday) at noon, Carol, Regina and myself participated in a conference call with Barry Lester and Ed Tronick. Our goal was to clarify the psychometric properties of the NNNS and its requirements in terms of administration and scoring. Ultimately, we needed to fill in gaps in our knowledge of the instrument in order to make a final decision as to its suitability for the NCS.

Attached is a summary of the conference call, written by Carol and myself.

Our next ND workgroup meeting is Wednesday, November 30. I will send out a draft agenda early next week.

Gary

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Thursday, November 03, 2005 6:42 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Bayley and NNNS

Gary,

Thanks for your e-mail below.

I like the idea of using a shortened research Bayley in parallel with some specialty tests of cognitive and language development. Based on the examples of items that WESTAT pulled from Bayley III in the area of attention, I suspect that we will be sorry if we don't have more detailed information about the children's attention. But as you already know, I need to study the Bayley III before I can talk intelligently about it.

I am sorry but I am not familiar with the NAPI. I now read parts of the Pediatrics publications that you circulated about the NNNS. I am sorry I did not find the time to read them before yesterday's meeting. Now that I read them I think that we will do well to go with the NNNS. I think we should talk or correspond with Barry Lester and/or Ed Tronick about the goals of our study and ask them if and how the assessment should/can be adapted for a sample like the one in the NCS. Just based on reading the publications, it seems to me that it is worth it to assess all children on all the categories of the NNNS scale and to find that most children do not show tremors, high excitability, lethargy, asymmetry etc. But some would. Most likely their responses will not be as deviant as those of children exposed to drugs in uterus, but still their responses may deviate from the normal range. Also, the exam will tell us about individual differences in habituation, attention, arousal, and regulation—precursors of executive function.

Shall we talk about this again at the next meeting or do you want to talk about this before then?

Sarah.

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.com]
**Sent:** Thursday, November 03, 2005 1:00 PM
**To:** Friedman, Sarah (NIH/NICHD); Alexa Fraser; Shih, Regina (NIH/NICHD) [F]; Mary Dingwall; Carol Andreassen; JEllenbe@cceb.upenn.edu
**Subject:** RE: Bayley II resarch version

Westat developed the BSID-R (research edition) for the ECLS-B study using IRT analyses of the Bayley-II standardization dataset. It significantly shortened the amount of time of the child assessment, made training easier and scoring was more reliable, but as a result it only focused on the age range needed for ECLS-B data collection, which was 9 month and 24-months. While we've given some consideration to using it in this study, I think we would want to take advantage both of the updated normative data available on the Bayley-3 from their newer standardization sample and the IRT analyses they've already conducted on the Bayley-3 items. It might be possible to pull out a comparable "short form" specifically focused on the ages of the planned child assessments in the NCS, which are 6-, 12-, and 18-months. The advantages would be fewer items within each of the three age ranges and a short form that retains most of the psychometric properties of the full measure. One other "minor" issue with the BSID-R is that it is owned currently by the Department of Education (sponsors of the ECLS-B) and does not seem available to us even if we wanted to use it (but I do not know exactly the story or the current status of the measure).

By the way, what do you you or Regina know about the NAPI (Neurobehavioral Assessment of

the Preterm Infant), developed by Anneliese Korner (see her article in Child Development, 1991 Vol62, 5, 1200-1208)? While it focuses on preterm infant behavioral organization, it does show promise for use with full-term infants and in one study I read it predicted Bayley MDI scores at 6- and 12-months. Problem is that nowhere does it say how long it takes to administer! There is a lot of item overlap with the NBAS and the NNNS so I'm guessing it might take about the same amount of time as those (30 minutes).

Gary

-----Original Message-----
**From:** Friedman, Sarah (NIH/NICHD) [mailto:friedmas@exchange.nih.gov]
**Sent:** Thursday, November 03, 2005 12:18 PM
**To:** Alexa Fraser; Shih, Regina (NIH/NICHD) [F]; Mary Dingwall; Carol Andreassen; Gary Resnick; JEllenbe@cceb.upenn.edu
**Cc:** Friedman, Sarah (NIH/NICHD)
**Subject:** Bayley II resarch version

Gary, In our first meeting you mentioned the Bayley II research version. Can you tell us more about how it was created and validated? Does it have a track record in terms of published or in press papers? Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Alexa Fraser [mailto:FRASERA1@WESTAT.com]
**Sent:** Thursday, November 03, 2005 11:38 AM
**To:** Friedman, Sarah (NIH/NICHD); Shih, Regina (NIH/NICHD) [F]; Mary Dingwall; Carol Andreassen; Gary Resnick; JEllenbe@cceb.upenn.edu
**Subject:** RE: Highlights from our meeting today

Sarah,

Thanks so much for these. This is very helpful.

I did want to clarify what the PO has asked our minutes to focus on. The PO has complained in the past about minutes that are "transcripts". They have asked instead for minutes that are a distillation of the meeting, and are focused on action items and decisions. I know we are very concemed about documenting not only what decisions are - but the why of decisions. I certainly agree with that plan. In addition, Mary will keep a paper folder with all handouts from all meetings attached to the minutes of the meeting. That will allow us to document what inputs went into a decision. Your summaries, Sarah, will also be included in that official record.

Sarah, I also appreciate your asking the questions of the PO that you have. I look forward to hearing the answers. Regina, thanks to you also for your prompt summary of your conversation with Ruth B.

This group is off and running in a very productive way.

Best,

Alexa

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Wed 11/2/2005 8:57 PM
**To:** Shih, Regina (NIH/NICHD) [F]; resnicg1@westat.com; frasera1@westat.com; andreac1@westat.com; dingwam1@westat.com; JEllenbe@cceb.upenn.edu
**Cc:** Knox, Sarah (NIH/NICHD); Brenner, Ruth (NIH/NICHD); Friedman, Sarah (NIH/NICHD)
**Subject:** Highlights from our meeting today

Greetings,

We had a very productive meeting today. Here is what I remember from the meeting. I will be waiting to see the full minutes.

We talked about the Mullen and the Bayley III. It appears that while the Mullen is good for distinguishing children with a diagnosis of autism from those with no such diagnosis, the Mullen may not be sensitive enough to pick up soft signs or to differentiate fine individual differences within the normal range. The Bayley III just came out and I worry about introducing into the study a test about which there is no scientific literature. [I learned from Helena Kraemer of Stanford that it is a mistake to introduce untried assessments into large cohort studies and was sorry when I did not heed her advice]. Also, it is a test that tries to get at all the neurodevelopmental outcomes that we are interested in. But for each construct the number of items is very small and the validity of these items as a sufficient test of individual differences in terms of the construct seems to me to be in question. I will study the technical manual for the test and will keep an open mind.

We also talked about the NNNS and we came to the conclusion that it was not appropriate for our study since it is specifically a test for the neurological integrity of children at very high risks in terms exposure to hard drugs. We will be looking for other measures, possibly one of the traditional neurological exams (Dubowitz?) or a shortened Brazelton.

At our next meeting we will continue to talk about the pros and cons for Bayley III. We will compare the Preschool Language Scale (#4) with the MacArthur-Bates CDI and start to talk about assessments of executive functions. The latter would be most important for detecting effects of environmental toxins.

Regina will provide us with a list of all the measures that were proposed by the various experts/groups that recommended measures and will indicate why those that did not make it to Robin's list were rejected. This information will be included in the historical record of decisions made for the study.

It became clear to me that I need NICHD input on the following:

1. What is the role of the neurodevelopmental group in that <u>process</u> of reaching

decisions about the assessments to be used in the study?
2. Who is the final decision maker on the final neurodevelopmental measures?

Last but not least, after our meeting I wrote Carolyn Hamilton asking her to create an NIH listserve for our group, so we will be able to send our mail to that list and not need to type all the e-mail addresses every time we want to send an e-mail to all.

I am looking forward to our next meeting.

Sarah.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Monday, November 07, 2005 12:39 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: a query re NNNS

Dear all, Here is Barry Lester's response to my query. Sarah.

---

**From:** Barry Lester [mailto:Barry_Lester@brown.edu]
**Sent:** Monday, November 07, 2005 12:23 PM
**To:** Friedman, Sarah (NIH/NICHD)
**Subject:** Re: a query re NNNS

Hi Sara,

Nice to hear from you. I am doing very well, thanks. We are very busy as we have become a Brown University Center, which means nice recognition with more work and no additional resources. Isn't that the way it goes? How are thinks with you?

I'm delighted to hear of your interest in the NNNS as a possible measure in the National Children's Study. The NNNS, as you know from reading the *Pediatrics* supplement, was developed, in part, by culling the best that all of the neurobehavioral exams have to offer as well ad adding item and scoring that are new and unique. In that scene it represents "the best of the best" and it is sensitive to normal as well as normal variations and individual differences in newborn behavior. I expect it is also sensitive to soft signs of neurobehavioral development (assuming by that you mean later follow-up). We have also removed some of the problems from the Brazelton by making the exam more structured and less a function of the examiner. This is more of a baby based exam than an exam than an infant examiner interaction exam. Because of the structure not only is the exam more reliable but training is easier than it was is the Brazelton. There is no other exam I would recommend because we have covered the range of newborn behavior and any other exam would be a smaller slice of the pie.

Training is, however, the only drawback. We have been working hard to develop alternative training models to the original Brazelton model of having people come to out site for initial training, have them go back to their institution and practice and then make a return visit to our site. This proved to be too time consuming and expensive. The improvements we have made include training DVD, videoconferencing, videotape/CD and telephone feedback. We have found using these "pretraining" tools, trainees can come to us and get certified within 5 days. But the downside is that it still takes some hands on interaction between trainer and trainee, simply because things like muscle tone you cannot "feel" even on a "live" videoconference.

Obviously, I think the NNNS is the way to go. I have a lot of confidence in this exam and it is being used clinically as well as in research. So, although training is an issue, I have to say "the NNNS justifies the means." Also, I would think that with a project this size we could do a lot with web based training using videostreaming, feedback and FAQs. Please let me know if you have additional questions or if you want to talk by phone.

Take care, Barry

t 11:40 PM 11/3/2005, you wrote:

Hi Barry, How are you? I am working with staff of the National Children's Study and of WESTAT on recommendations for evaluations of neurobehavioral development in a very large cohort of newborns scheduled

to be followed up to young adulthood. The objective is to find measures that will be sensitive to effects of environmental toxins and demographic risk factors as well as to the interaction of genetic and environmental factors. A measure that was proposed for when the children are one month of age is the NNNS that you, Ed and others developed for the maternal lifestyle project. I read the articles in Pediatrics that describe the measure and I was wondering what you think about. Do you think we will find enough individual differences in the normal range? Will the test be sensitive to soft signs of neurodevelopmental problems? How difficult is it to train testers? What would be the drawbacks for using the NNNS? Are there other measures that we should look at? Thanks for taking the time to respond. If you prefer to talk by phone, I will be glad to call you. Sarah.

## Weaver, Gretchen (NIH/OD) [E]

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Tuesday, November 08, 2005 5:48 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Re: Agenda for tomorrow's meeting

**Gary, this is a terrific (and ambitious) agenda. I will send two CDI related articles, one sent to me by Regina about a shortened versions of CDI I and CDI II. The other, by Heidi Feldman (about CDI III). I will tell you in advance that the advantage of the CDI is that the language is collected from mothers. The down side is that it has not proven itself a great measure for low SES moms. I think we need to consult the authors about this since they may have new data that could inform our decisions. Sarah.**

**NCS Neurodevelopmental Meeting**

**November 9, 2005**

**DRAFT AGENDA**

1. **Review Action Items from Previous Meeting**
   a) Regina will talk with Ruth about procedures for contacting the Vanguard Centers. (RS)
   b) Carol Andreassen will send the Bayley-III handouts she distributed at the meeting to Jonas Ellenberg. (CA)
   c) Send Sarah and Regina the Bayley-III Technical Manual (GR/CA). Sarah and Regina will review it before the 11/9 meeting. (SF, RS)
   d) Provide a list of all the measures that were proposed by the various experts/groups and provide rationale as to why those that weren't carried forward were dropped. This information will be included in the historical record of decisions made for the study. (RS)
   e) Find out about NBAS, Short Term Revised, and APIB. (RS)
2. **Update on Bayley-III (Carol and Gary)**
3. **Update on Neonatal Intensive Care Unit Network Neurobehavioral Scale (NNNS) and alternate measures (Sarah F, Gary,**

**8. Plans for Next Meeting and Summary of Action Items**

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Tuesday, November 08, 2005 6:03 PM
**To:** List NEURO_MEASGRP-L
**Attachments:** CDI-Short_Fenson.pdf

Attached please see information of the short forms for CDI I and CDI II

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Tuesday, November 08, 2005 7:08 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Updated information about the CDI
**Attachments:** NCS. Report on the MacArthur CDI.by SLF.doc

I updated the information sheet about the CDI. Please find enclosed.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

# Short-form versions of the MacArthur Communicative Development Inventories

LARRY FENSON, STEVE PETHICK, CONNIE RENDA, and JEFFREY L. COX
*San Diego State University*

PHILIP S. DALE
*University of Missouri, Columbia*

J. STEVEN REZNICK
*University of North Carolina, Chapel Hill*

ADDRESS FOR CORRESPONDENCE
Larry Fenson, Department of Psychology, San Diego State University, San Diego, CA 92182. Email: lfenson@sunstroke.sdsu.edu

ABSTRACT
The MacArthur Communicative Development Inventories (CDIs) are a pair of widely used parent-report instruments for assessing communicative skills in infants and toddlers. This report describes short-form versions of the CDIs and their development, summarizes newly available normative data and psychometric properties of the instruments, and discusses research and clinical applications. The infant short form (Level I, for 8- to 18-month-olds) contains an 89-word checklist for vocabulary comprehension and production. The two parallel versions of the toddler short form (Level II, Forms A and B, for 16- to 30-month-olds) each contain a 100-word vocabulary production checklist and a question about word combinations. The forms may also be useful with developmentally delayed children beyond the specified age ranges. Copies of the short forms and the normative tables appear in the appendices.

The MacArthur Communicative Development Inventories (CDIs) were developed to fill a need for effective, cost-efficient instruments for assessing a range of communicative skills in infants and toddlers. The other major methods for assessing early language and language-related skills – language sampling and structured testing – each have significant limitations when carried out with children under 2½ years of age. Situational and temperamental factors ranging from disinterest in the tasks to illness and anxiety can introduce unwanted variation in performance or preclude testing altogether. Moreover, each method requires highly trained examiners and/or coders and therefore is labor intensive. The CDIs were developed to supplement these traditional methods by systematically

© 2000 Cambridge University Press 0142-7164/00 $9.50

Material may be protected by copyright law (Title 17, U.S. Code)

utilizing the extensive experience of parents – experience that is far more representative of the children's language than that provided by a relatively brief laboratory or clinic interaction. The CDIs are cost-effective as well as reliable and valid (Fenson et al., 1993) and therefore permit the collection of very large samples for addressing a variety of issues.

Despite the advantages and the demonstrated statistical integrity of the MacArthur CDIs, the time required to complete the form and the requirement that the parent be literate restrict their applicability in many research, clinical, and educational settings when a rapid assessment of a child's language level is needed. The time required to complete the full MacArthur CDIs may not be available in busy clinic settings or in research projects when many other procedures must be carried out. Low literacy levels may also limit the ability of some parents to complete the forms.

The short forms were developed to capitalize on the demonstrated effectiveness of parent input in a briefer format. This report describes the short-form versions of the CDIs and their development,[1] summarizes normative data and the psychometric properties of the instruments, and discusses research and clinical applications.

## DESCRIPTION OF THE INSTRUMENTS

### *Infant form (Level I)*

This form, designed for children between 8 and 18 months, contains an 89-word vocabulary checklist with separate columns for comprehension and production. The first column is labeled "Understands." The second column is labeled "Understands and Says." The directions specify that the first column should be checked if the child understands but does not yet say the word and that the second column should be checked if the child not only understands but also says the word.

### *Toddler form (Level II, Forms A and B)*

There are two equivalent forms, both designed for children between 16 and 30 months. Either form may be used for a single administration. For longitudinal studies, users have the option of alternating between the two versions on repeated administrations. Each form contains 100 vocabulary items. An item appearing at the bottom of each of these forms asks the parent if their child has begun to combine words; the three response options are "Not Yet," "Sometimes," and "Often."

Copies of the short forms appear in Appendix 1. For children in the 16- to 18-month age range, investigators have the option of using either the infant version or the toddler version. If receptive vocabulary is of interest, the infant form may be used. For maximum comparability across repeated testings that extend beyond 18 months, the toddler form may be the better choice. These forms may also be used for older children with language delay (but see Fenson et al., 1993, for cautions in this regard).



Table 1. *Correlations of the final 89-word infant short form with the full infant CDI vocabulary comprehension and production scales*

| | Comprehension | | | Production | | |
|---|---|---|---|---|---|---|
| % Rank | 8–10 mos. | 11–13 mos. | 14–16 mos. | 8–10 mos. | 11–13 mos. | 14–16 mos. |
| 0–33 | .88 | .87 | .89 | not valid | .70 | .83 |
| 34–67 | .80 | .81 | .85 | not valid | .75 | .78 |
| 68–99 | .97 | .97 | .96 | .88 | .94 | .98 |

*Note:* $p < .01$ for all values. The "not valid" designation applies to regions of the distribution where low scores precluded meaningful interpretation.

## DEVELOPMENT OF THE SHORT FORMS

### *General procedures*

Items for the short forms were drawn from the CDI long forms, which contain 396 and 680 words on the infant and toddler forms, respectively. Prototype 50-word infant and toddler short forms were assembled using the following guidelines. First, words should vary in age of acquisition. We tried to select an approximately equal number of words reaching the 50% reporting level at each month represented on the forms. Word selection by age of acquisition was made possible by using the month-by-month CDI frequency data for individual words reported in Dale and Fenson (1996). Second, in selecting words, we attempted to achieve a balance among the various semantic and structural linguistic categories represented on the full CDI inventories. Third, words with strong regional or ethnic biases were avoided, as were words with ambiguous parts of speech in common use (e.g., *water* can be a noun or a verb; *on* can be a preposition referring to a location or an adjective referring to a state of functioning).

Children's simulated short-form scores were extracted from the long forms collected in the CDI norming study (Fenson et al., 1993). Correlations were then obtained between these scores and the children's original vocabulary scores on the full CDI. That is, each child's set of responses on the full CDI was used to generate a score for the subset of items designated for use on the short form. Because it was essential that the short forms be valid at all ages and at high, medium, and low levels of language development at each age, these correlations were calculated separately for nine subsamples of children (3 levels of age × 3 levels of language) (see Table 1 for an example). The prototype forms were then modified by adding, subtracting, and replacing words to increase the short form/long form correlations in cells as necessary. A target of 100 words was established as a practical upper limit for the infant and toddler short forms. Early-appearing words were added to eliminate floor effects at the lower end of each age range. Later-appearing words were added to eliminate ceiling effects for high-scoring children at the upper end of the age range for each form.

Material may be protected by copyright law (Title 17, U.S. Code)

Table 2. *Correlations of the final 100-word toddler short forms (A and B) with the full toddler CDI vocabulary production scale*

| % Rank | 16–18 mos. | 19–21 mos. | 22–24 mos. | 25–27 mos. | 28–30 mos. |
|---|---|---|---|---|---|
| Form A | | | | | |
| 0–33 | .92 | .93 | .95 | .95 | .97 |
| 34–67 | .83 | .91 | .86 | .88 | .84 |
| 68–99 | .97 | .95 | .95 | .94 | .90 |
| Form B | | | | | |
| 0–33 | .91 | .94 | .96 | .96 | .98 |
| 34–67 | .87 | .90 | .87 | .84 | .90 |
| 68–99 | .96 | .96 | .95 | .92 | .93 |

*Note:* $p < .01$ for all values.

*Infant form*

Table 1 shows the correlations for vocabulary comprehension and production for the final 89-word set. The overall correlation for comprehension between the final short form and long form was $r = .98$ ($r = .97$ after age was partialed out). The overall correlation for production was $r = .97$; this coefficient was not reduced by partialing out age.

Of the 89 words in the final list, 62% were nouns, 15% were verbs, 12% were adjectives and adverbs, and 11% were pronouns, sound effects, and other parts of speech.

A parallel procedure was carried out to determine whether a subset of the actions and gestures section could be identified that would correlate highly with the full set of 63 actions and gestures appearing in the long form. Our analyses indicated that actions and gestures could not be reliably sampled in a very brief format in that a minimum of 40 items would be required. Therefore, an action and gesture scale was not included on the infant short form.

*Toddler forms*

Selecting items for an initial toddler short form (A) proceeded in the same fashion as outlined for the infant short form (Pethick, 1994). This process was continued until no further increases occurred in the correlations for the individual cells (within the framework of a 100-word ceiling). The availability of individual word frequencies (Dale & Fenson, 1996) allowed us to make these successive modifications with considerable precision, resulting in the high correlations between the short form and the long form shown in the upper portion of Table 2. The overall correlation for the sample as a whole was $r = .99$ ($r = .98$ with age partialed out).

A second 100-word toddler short form (B) was then produced using the same procedures. In order to include an adequate number of words that reached the 50% reporting criterion in the 16- to 18-month period, 10 words appearing on Form A were also included on Form B; the other 90 words on Form B did not appear on Form A. The lower portion of Table 2 shows the short form/long form correlations for this second subset of words. The correlations for Form B were comparable to those obtained for Form A. The overall correlation for the sample as a whole was $r = .99$ ($r = .98$ after age was partialed out).



When derived from the full CDI for the same children, the two short forms correlated with each other at $r = .99$ ($r = .98$ with age partialed out). Moreover, the simulated mean scores at each month were quite comparable for the two forms, as were the overall mean scores (48.36 and 48.96 for Forms A and B, respectively). Based on the similarity of these simulated means, as well as the very high correlations between the two subsets, these two short forms were judged to be equivalent measures.

For Form A, 52% of the items were nouns, 18% were verbs, 15% were adjectives and adverbs, and 15% were pronouns, prepositions, and other parts of speech. For Form B, 53% of the items were nouns, 17% were verbs, 17% were adjectives and adverbs, and 13% were pronouns, prepositions, and other parts of speech.

The original toddler CDI scale included several components to evaluate grammatical development, the most important of which was a set of 37 pairs of sentences that differed on specific grammatical features. Parents were asked to choose the sentence that sounded most like their child's present level of speech. The correlation obtained in the CDI norming study (Fenson et al., 1994) between vocabulary and grammatical development assessed in this way was $r = .85$ ($r = .73$ after age was partialed out). A variety of additional analyses and datasets have confirmed the very close relation of vocabulary and early grammatical development in typically developing, language-delayed, and early-talking children (Bates, Dale, & Thal, 1995). Because simulated short-form vocabulary scores were highly correlated with vocabulary on the full CDI and the latter was highly correlated with grammatical development, it is not surprising that the simulated short-form vocabulary scores were highly correlated with grammatical development ($r = .80$ and .79 for Forms A and B, respectively). Thus, it appears that the short-form vocabulary scale can serve as a reasonable estimate of grammatical level; in the interests of brevity, no grammar scale was included other than a single question about whether the child had begun combining words. (See Dale, Dionne, Eley, & Plomin, in press, for a short-form grammar scale derived from the full CDI.) The ability to combine words has been noted as a developmentally significant milestone that sets the stage for a wide array of syntactic and semantic developments as well as general vocabulary development (Bates, Bretherton, & Snyder, 1988).

## THE NORMING STUDY

Despite the high correlations between the simulated short-form scores and the original full CDI scores, a norming study using the new short forms was essential for two reasons. First, it could not be assumed that the probability of a word being checked by a parent was independent of the length of the list on which the word occurs. Second, it appeared that the comprehension measure on the

Material may be protected by copyright law (Title 17, U.S. Code)

Table 3. *Demographic characteristics of the general population and the CDI sample*

| Demographic characteristics | United States (%)[a] | Infant sample (%) | Toddler sample (%) |
|---|---|---|---|
| Ethnicity | | | |
| White | 77.7 | 88.7 | 92.5 |
| Black | 13.0 | 3.4 | 1.1 |
| Asian | 3.3 | 2.9 | 1.8 |
| All others | 6.0 | 4.5 | 4.6 |
| Parent education | | | |
| Some high school or less | 23.2 | 2.4 | 1.5 |
| High school diploma | 42.0 | 16.6 | 15.2 |
| Some college | 16.9 | 23.0 | 23.8 |
| College diploma | 17.9 | 52.6 | 54.3 |

[a]Demographic profile for persons aged 18 to 34 years, 1990 U.S. Bureau of the Census data.

infant form might be useful past the original cutoff age of 16 months. Therefore, a new norming study was conducted to obtain data on the infant short form (Level I) at ages 8 through 18 months and on the toddler short form (Level II, Forms A and B) at ages 16 through 30 months.

### Sample

Data were collected by mail at three locations in the United States: New Haven, CT; Seattle, WA; and San Diego, CA. In New Haven and Seattle, the parents who were sent questionnaires had agreed shortly after the birth of their child to have their names placed in infant studies subject pools at Yale University or the University of Washington. In San Diego, the participants were recruited via a subject pool composed of individuals who had previously indicated their willingness to participate in research studies at San Diego State University or the University of California, San Diego. Forms were completed for 483 infants and 911 toddlers. Of these 1,394 forms, 15 (2 infant and 13 toddler) were excluded from the final sample on the basis of medical information supplied by the parent. These included cases of 6 or more weeks preterm delivery, serious hearing loss, and other major medical problems. Cases with repeated ear infections were retained in the sample. The median cell size for the norming sample (for each combination of age, gender, and form) was 15, with a range of 8 to 34.

Table 3 summarizes the ethnic and educational characteristics for the CDI short form infant and toddler samples in relation to the 1990 U.S. Bureau of the Census figures. The educational and occupational levels of the parents who completed the inventories were clearly well above the national average – a reflection of the sampling sites and procedures used to gather participants. The highest percentage of parents in the sample held a college diploma, whereas the highest percentage of parents in the census data held a high school diploma.



The infant sample was slightly more diverse than the toddler group, with about 5% fewer whites in the former group.

The normative sample was limited to children for whom English was their primary language. However, forms were accepted for children exposed to more than one language because bilingual language environments are common for a considerable portion of the nation's children. In the infant sample, 14.3% of the parents reported that their child was exposed to a second language. In the toddler sample, the percentages were 13.4% for Form A and 14.5% for Form B.

## DEVELOPMENTAL TRENDS

### Curve fitting

The growth curves shown here are based on fitted rather than observed scores. In essence, fitted or "smoothed" curves compensate for the random variation inherent in samples, using sample values to project expected population values. Growth curve modeling is a technique that uses all the data simultaneously to predict scores to show overall patterns of development (Burchinal & Appelbaum, 1991). The logistic function was used because logistic functions typically begin with a gradual increment, leading to a more rapid surge and then a leveling off. This is the type of pattern frequently seen in the acquisition of language skills as well as other cognitive growth processes (VanGeert, 1991). The analyses reported in conjunction with each measures were based on the raw scores.

### Infant form

Figure 1 summarizes developmental trends and individual variability for vocabulary comprehension on the infant form at each month. The median scores increased approximately sixfold across the 11-month age span. The range of scores within each month was very large: in the first five months, the lowest level of the distribution was 0 words, and in the last five months, at least one child scored at the ceiling level of 89 words. Variability at each month was substantial throughout. A factorial analysis of variance (ANOVA) performed on the receptive vocabulary scale yielded significant effects of age, $F(10, 450) = 31.99$, $p < .001$, and gender $F(1, 450) = 7.07$, $p < .01$. Mean scores were higher for girls at most months, but Bonferroni pairwise comparisons were statistically reliable only at 18 months.

Figure 2 summarizes developmental trends and individual variability for vocabulary production on the infant CDI short form. As would be expected, the scores were very low up to 12 months and increased slowly throughout the subsequent months. The range of scores within each month underscores the wide variability in children's word production at these early ages. A two-way ANOVA yielded significant effects of age, $F(10, 450) = 30.47$, $p < .001$, and gender, $F(1, 450) = 8.19$, $p < .01$. Bonferroni pairwise comparisons (favoring girls) were statistically reliable only at 11 and 18 months.

The correlation between the receptive and expressive vocabulary scales was

Material may be protected by copyright law (Title 17, U.S. Code)




Figure 1. Infant short-form vocabulary comprehension scores (fitted).




Figure 2. Infant short-form vocabulary production scores (fitted).






Figure 3. Toddler Form A vocabulary production scores (fitted).

.69, dropping to .51 after age was removed. These correlation are comparable to the values of .65 and .53 reported between these two scales for the full CDI (Fenson et al., 1993).

### *Toddler forms*

The toddler CDI short forms measured vocabulary production only. There were 100 words on the checklists to which the parent responded only if the child was judged to say the word. Figures 3 and 4 summarize developmental trends and individual variability on Forms A and B, respectively. A ceiling effect was indicated for children in the upper 25% of the distributions on both forms after 26 or 27 months.

A factorial ANOVA produced significant effects of age, $F(14, 871) = 63.84$, $p < .001$, and gender, $F(1, 871) = 44.15$, $p < .001$. Bonferroni pairwise comparisons (favoring girls) were statistically reliable at 8 of the 17 monthly intervals.

The general comparability of Forms A and B can be seen by comparing Figures 3 and 4. Both developmental trends and individual variability were highly similar, indicating that the percentile scores for the forms may be used interchangeably.

### *Developmental trends for combining words*

At the bottom of each of the toddler short forms there was a single question that asked if the child had begun to combine words yet (e.g., "nother cookie" or "doggie bite"). Three response options were given: "Not Yet," "Sometimes,"

Material may be protected by copyright law (Title 17, U.S. Code)




Figure 4. Toddler Form B vocabulary production scores (fitted).

or "Often." For Form A, the correlation between combining words and vocabulary score was $r = .76$ ($p < .01$), and for Form B, it was $r = .79$ ($p < .01$).

Figure 5 illustrates the month-by-month trends for combining words. The percentage of children reported to be combining rose steadily from relatively low levels at 16 months to 100% by 30 months. By 22 months, almost all children were combining words at least some of the time. This result is consistent with previous research regarding the age at which two-word speech emerges; a range from about 18 to 24 months is reported, depending on the particular study (Crystal, 1976; Singleton, 1989). Previous research has also noted that correlations between word combinations and vocabulary size are stronger than correlations between word combinations and age (Bates, Thal, & Janowsky, 1992). In the present sample, a similar finding of lower correlations with age was obtained. The correlation between word combinations and age for Form A was $r = .59$, and for Form B it was $r = .60$.

*Demographic analyses*

The norming sample was skewed away from the lower end of the sociometric distribution in the same manner as occurred for the full CDI norming study. Hence, our ability to test for demographic effects was very limited. For both the infant and toddler samples, the scores of children whose mothers reported education beyond the 12th grade (about 86% of each sample) were compared with those of children whose mothers' education stopped at or before the 12th grade






Figure 5. Proportion of children combining words (Forms A and B combined).

(about 14% for the infant and toddler data sets). The $t$ tests indicated that the mean scores did not differ for the infant comprehension and production scales nor for the toddler production scale.

## PSYCHOMETRIC PROPERTIES OF THE SHORT FORMS

*Individual variability*

Individual variability in the growth trends for the skills assessed by the infant and toddler short forms can be seen clearly in Figures 1 through 5. These figures indicate that the infant and toddler short forms effectively encompass the range of linguistic abilities shown by the 8- to 18-month-olds and the 16- to 30-month-olds, respectively. The minimal separation between percentile subgroups for vocabulary production in the 8- to 12-month age group reflects the fact that productive speech is just beginning to emerge during this time – but only for a minority of the sample. After these early months, the separation continues to increase between subgroups to the 18-month termination point for the infant form. In contrast to the production data, the comprehension scores on the infant form show substantial separation among the five percentile subgroups from the earliest months, and the separation generally persists throughout the age span covered by the infant form. Like the infant form, the two versions of the toddler form show the capacity to accommodate the range of expressive skills of toddlers across the major portion of the age range.

Material may be protected by copyright law (Title 17, U.S. Code)

### Reliability

Reliability for the three CDI short forms was evaluated by computing Cronbach's coefficient alpha, which is an estimate of the average split-half correlation across all possible item splits. A coefficient of .80 or higher is generally considered acceptable (Sattler, 1992). Because the words on each of these short-form lists constitute a subset of the child's total vocabulary, all of them can be hypothesized to share a comparable resemblence to total vocabulary. As expected, Cronbach's alpha approached 1.0: .97, .99, and .99 for the infant form, toddler Form A, and toddler Form B, respectively.

### Validity

Content validity, defined as the extent to which the content of the scale maps onto what the investigator hopes to assess, is tested by examining the features of an instrument. Both the infant and toddler forms sample a wide range of vocabulary items known to be represented across the 8- to 30-month age range. The items were drawn from the full CDI, which derived words directly from developmental literature, and from suggestions made by parents in response to earlier versions of the instruments.

Concurrent validity is determined by assessing the relation between the measure under evaluation and the scores on other measures designed to assess similar abilities. Hanson (1994) had parents complete short and long forms two weeks apart, counterbalanced so that each form was completed first by half of the sample. He obtained Pearson correlations between the two forms as follows: for the infant form ($N = 50$), .88 for vocabulary comprehension and .90 for vocabulary production; for the toddler forms for vocabulary production, .74 for Form A ($N = 28$) and .93 for Form B ($N = 40$). These results offer further assurance that the short forms provide an effective alternative to the long forms when a briefer assessment instrument is needed.

## NORMATIVE TABLES

Appendix 2 contains separate normative percentile tables for girls and boys, furnishing raw score values for every 5th percentile level from the 5th to the 99th rank. These tables allow the assessment of a child's standing relative to other children of the same age and gender. For example, as shown in the table for CDI Toddler Form B (Vocabulary Production), a raw score of 87 words for a 26-month-old girl would place her at the 75th percentile for her age and gender. The tabled values are "smoothed" scores, derived by determining the best-fitting logistic functions. This procedure compensates for irregularities in the raw score means produced by random variation.

## RESEARCH AND CLINICAL APPLICATIONS

The CDI short forms provide reliable indices of vocabulary development that are highly correlated with vocabulary scores on the full CDI. The infant version yields measures of vocabulary comprehension and vocabulary production. The



toddler version yields a measure of vocabulary production. These forms will be useful to researchers and clinicians who are seeking a quick assessment of early language. The forms will be particularly valuable when time or parental literacy is limited. In the latter case, parents with limited reading skills may find a 1-page form less burdensome than an 8-page questionnaire. The shorter form also makes it more feasible for an examiner to assist with any specific words the parent does not recognize. The forms are brief enough to be administered verbally, although there is, at present, no comparative data on the effects of verbal versus written presentation of these instruments. The short forms may also prove useful in longitudinal studies, where repeated administration of the full inventory would be impractical. For children in the 16- to 30-month age range, investigators have the option of alternating between the two equivalent toddler forms to reduce effects accruing from repeated administration of the same items.

The CDI manual (Fenson et al., 1993) cautions that the upwardly skewed socioeconomic distribution of the normative study limits the applicability of the norms to children from low education/low income families. A study by Arriaga, Fenson, Cronan, and Pethick (1998) validated that warning; they found that the scores of very low income children on the full CDI toddler form were dramatically lower than those from middle-class homes. However, their study did not allow a determination of whether the depressed scores reflected underreporting by parents, deficient skills of the children, or some combination of these factors. Information relevant to this question has been published by Roberts, Burchinal, and Durham (1999). A preliminary, abbreviated 50-item version of the toddler CDI short form was completed by the parents of 87 African American toddlers from low income homes. A comparison of these data with other language measures indicated that a significant number of these parents significantly underestimated the expressive vocabulary skills of their children in completing this "mini" version of the CDI short form. While the brevity of the form may have exacerbated the underreporting effect, the findings further underscore the importance of exercising caution in administering and interpreting the MacArthur instruments with low socioeconomic samples.

The CDI short form may be used for many of the same research and clinical purposes as the full CDIs (Fenson et al., 1993). Clinical uses include corroboration of professionally administered measures, evaluation of treatment effects, and possibly screening for language delay, although empirical studies are needed to determine the sensitivity of the forms for identifying delay. Research uses include screening and preselecting children at different levels of language development, matching children on language skills prior to some experimental treatment, and examining the influence of other variables on language development. Because the short forms include only vocabulary measures – and a briefer list at that – they are not likely to be as precise as the full CDI. For example, the word list is too brief to be useful for studies of vocabulary composition (Bates et al., 1994). The brevity of the list also contributes to a possible ceiling effect after 27 to 28 months, especially for high-ability children. Finally, the toddler forms do not include any measure of grammatical development following the

Material may be protected by copyright law (Title 17, U.S. Code)

emergence of word combinations. Researchers and clinicians should carefully consider their language assessment goals prior to selecting one of the CDI instruments.

APPENDIX 1

## MacArthur Short Form
## Vocabulary Checklist: Level I

Copyright 1993 All Rights Reserved*
*For information/copies, contact the Developmental Psychology Lab, San Diego State University, San Diego, CA 92182

Make no stray marks. Erase any changes cleanly. Improper Marks ⊘⊗⊖⊙ Proper Mark ● USE NO. 2 PENCIL ONLY

Child's Name ______ Sex ______
Birthdate ______ Today's Date ______

### VOCABULARY CHECKLIST

For words your child understands but does not yet say, mark the first column (understands). For words that your child not only understands but also says, mark the second column (understands and says). If your child uses a different pronunciation of a word, mark it anyway.

| | Understands | Understands and says | | Understands | Understands and says | | Understands | Understands and says |
|---|---|---|---|---|---|---|---|---|
| choo choo | O | O | chair | O | O | wait | O | O |
| meow | O | O | couch | O | O | break | O | O |
| ouch | O | O | kitchen | O | O | feed | O | O |
| uh oh | O | O | table | O | O | finish | O | O |
| bird | O | O | television | O | O | help | O | O |
| dog | O | O | blanket | O | O | jump | O | O |
| duck | O | O | bottle | O | O | kick | O | O |
| kitty | O | O | cup | O | O | kiss | O | O |
| lion | O | O | dish | O | O | push | O | O |
| mouse | O | O | lamp | O | O | sing | O | O |
| car | O | O | radio | O | O | smile | O | O |
| stroller | O | O | spoon | O | O | night | O | O |
| ball | O | O | flower | O | O | today | O | O |
| book | O | O | home | O | O | all gone | O | O |
| doll | O | O | moon | O | O | big | O | O |
| bread | O | O | outside | O | O | broken | O | O |
| candy | O | O | plant | O | O | dark | O | O |
| cereal | O | O | rain | O | O | fast | O | O |
| cookie | O | O | rock | O | O | hurt | O | O |
| juice | O | O | water | O | O | pretty | O | O |
| toast | O | O | babysitter | O | O | soft | O | O |
| hat | O | O | girl | O | O | I | O | O |
| pants | O | O | grandma | O | O | me | O | O |
| shoe | O | O | mommy | O | O | how | O | O |
| sock | O | O | bath | O | O | who | O | O |
| eye | O | O | don't | O | O | away | O | O |
| head | O | O | hi | O | O | out | O | O |
| leg | O | O | night night | O | O | other | O | O |
| nose | O | O | patty cake | O | O | some | O | O |
| tooth | O | O | please | O | O | | | |



## MacArthur Short Form
## Vocabulary Checklist: Level II (Form A)

Copyright 1993 All Rights Reserved*
*For information/copies, contact the Developmental Psychology Lab, San Diego State University, San Diego, CA 92182

Make no stray marks. Erase any changes cleanly. Improper Marks ⊘⊗⊖⊙ Proper Mark ● USE NO. 2 PENCIL ONLY

Child's Name ______ Sex ______
Birthdate ______ Today's Date ______

### VOCABULARY CHECKLIST

Children understand many more words than they say. We are particularly interested in the words your child SAYS. Please mark the words you have heard your child use. If your child uses a different pronunciation of a word, mark it anyway.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| baa baa | O | hat | O | sky | O | all gone | O |
| meow | O | necklace | O | party | O | cold | O |
| ouch | O | shoe | O | friend | O | fast | O |
| uh oh | O | sock | O | mommy | O | happy | O |
| woof woof | O | chin | O | person | O | hot | O |
| bear | O | ear | O | bye | O | last | O |
| bird | O | hand | O | hi | O | tiny | O |
| cat | O | leg | O | no | O | wet | O |
| dog | O | broom | O | shopping | O | after | O |
| duck | O | comb | O | thank you | O | day | O |
| horse | O | mop | O | carry | O | tonight | O |
| airplane | O | plate | O | chase | O | our | O |
| boat | O | trash | O | dump | O | them | O |
| car | O | tray | O | finish | O | this | O |
| ball | O | towel | O | fit | O | us | O |
| book | O | bed | O | hug | O | where | O |
| game | O | bedroom | O | listen | O | beside | O |
| applesauce | O | bench | O | like | O | down | O |
| candy | O | oven | O | pretend | O | under | O |
| coke | O | stairs | O | rip | O | all | O |
| cracker | O | flag | O | shake | O | much | O |
| juice | O | rain | O | taste | O | could | O |
| meat | O | star | O | gentle | O | need | O |
| milk | O | swing | O | think | O | would | O |
| peas | O | school | O | wish | O | if | O |

Has your child begun to combine words yet, such as "nother cookie" or "doggie bite?"

O Not Yet O Sometimes O Often

Material may be protected by copyright law (Title 17, U.S. Code)

## MacArthur Short Form
## Vocabulary Checklist: Level II (Form B)

Copyright 1993 All Rights Reserved*
*For information/copies, contact the Developmental Psychology Lab, San Diego State University, San Diego, CA 92182

Make no stray marks. Erase any changes cleanly. Improper Marks ⊘⊗⊖⊙ Proper Mark ● USE NO. 2 PENCIL ONLY

Child's Name ________ Sex ______

Birthdate ________ Today's Date ________

**VOCABULARY CHECKLIST**

Children understand many more words than they say. We are particularly interested in the words your child SAYS. Please mark the words you have heard your child use. If your child uses a different pronunciation of a word, mark it anyway.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| baa baa | O | beads | O | store | O | big | O |
| moo | O | hat | O | see | O | black | O |
| ouch | O | jeans | O | baby | O | then | O |
| yum yum | O | shoe | O | mommy | O | careful | O |
| quack quack | O | feet | O | child | O | dirty | O |
| bird | O | nose | O | mailman | O | fine | O |
| duck | O | tongue | O | bath | O | mad | O |
| fish | O | bottle | O | bye | O | noisy | O |
| kitty | O | bowl | O | lunch | O | slow | O |
| mouse | O | clock | O | night night | O | before | O |
| penguin | O | glass | O | no | O | today | O |
| horse | O | jar | O | bite | O | tomorrow | O |
| truck | O | keys | O | build | O | she | O |
| balloon | O | light | O | catch | O | their | O |
| present | O | telephone | O | drink | O | they | O |
| puzzle | O | bathtub | O | drop | O | yourself | O |
| cheese | O | chair | O | find | O | why | O |
| chicken | O | crib | O | go | O | above | O |
| cookie | O | porch | O | hide | O | away | O |
| juice | O | sofa | O | jump | O | up | O |
| pretzel | O | cloud | O | kick | O | none | O |
| salt | O | hose | O | look | O | some | O |
| sauce | O | sidewalk | O | pick | O | does | O |
| vanilla | O | sun | O | run | O | don't | O |
| cup | O | house | O | sit | O | were | O |

Has your child begun to combine words yet, such as "nother cookie" or "doggie bite?"

O Not Yet O Sometimes O Often

APPENDIX 2

### MacArthur CDI Infant Form
**Percentile Scores for Vocabulary Comprehension (Fitted)**
**Boys**
Age in Months

| %ile Rank | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 52 | 62 | 70 | 76 | 81 | 84 | 86 | 88 | 88 | 89 | 89 |
| 95 | 32 | 40 | 47 | 55 | 62 | 68 | 73 | 77 | 81 | 83 | 85 |
| 90 | 30 | 35 | 40 | 45 | 50 | 56 | 60 | 65 | 69 | 72 | 75 |
| 85 | 21 | 25 | 30 | 36 | 42 | 48 | 53 | 59 | 64 | 69 | 73 |
| 80 | 18 | 23 | 28 | 33 | 39 | 45 | 51 | 57 | 62 | 67 | 72 |
| 75 | 16 | 20 | 25 | 30 | 36 | 42 | 48 | 54 | 60 | 65 | 70 |
| 70 | 12 | 13 | 19 | 24 | 30 | 36 | 42 | 49 | 55 | 62 | 67 |
| 65 | 10 | 13 | 16 | 21 | 26 | 32 | 39 | 46 | 53 | 59 | 65 |
| 60 | 9 | 12 | 15 | 19 | 24 | 30 | 36 | 43 | 50 | 56 | 63 |
| 55 | 8 | 10 | 13 | 17 | 22 | 27 | 33 | 39 | 46 | 53 | 59 |
| 50 | 7 | 10 | 12 | 16 | 20 | 25 | 30 | 36 | 43 | 49 | 56 |
| 45 | 6 | 8 | 10 | 14 | 18 | 23 | 29 | 35 | 42 | 49 | 56 |
| 40 | 5 | 7 | 9 | 12 | 16 | 20 | 26 | 32 | 39 | 46 | 53 |
| 35 | 4 | 6 | 8 | 10 | 14 | 18 | 23 | 29 | 36 | 44 | 51 |
| 30 | 3 | 4 | 6 | 8 | 12 | 16 | 21 | 28 | 35 | 43 | 51 |
| 25 | 3 | 4 | 5 | 7 | 10 | 14 | 19 | 25 | 32 | 40 | 48 |
| 20 | 2 | 2 | 3 | 5 | 8 | 11 | 16 | 22 | 29 | 38 | 47 |
| 15 | 2 | 3 | 4 | 5 | 8 | 10 | 14 | 19 | 25 | 32 | 40 |
| 10 | 1 | 2 | 3 | 4 | 6 | 9 | 12 | 17 | 22 | 29 | 37 |
| 05 | 1 | 1 | 1 | 2 | 3 | 5 | 8 | 11 | 16 | 23 | 31 |

### MacArthur CDI Infant Form
**Percentile Scores for Vocabulary Comprehension (Fitted)**
**Girls**
Age in Months

| %ile Rank | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 54 | 62 | 68 | 74 | 78 | 82 | 84 | 86 | 87 | 88 | 89 |
| 95 | 47 | 55 | 62 | 68 | 73 | 78 | 81 | 83 | 85 | 87 | 88 |
| 90 | 24 | 31 | 39 | 47 | 55 | 63 | 69 | 74 | 79 | 82 | 84 |
| 85 | 21 | 27 | 35 | 42 | 50 | 58 | 65 | 71 | 76 | 79 | 82 |
| 80 | 20 | 25 | 31 | 37 | 43 | 50 | 56 | 63 | 68 | 72 | 76 |
| 75 | 18 | 22 | 28 | 34 | 40 | 47 | 53 | 59 | 65 | 70 | 74 |
| 70 | 16 | 20 | 25 | 30 | 36 | 43 | 49 | 55 | 61 | 66 | 71 |
| 65 | 16 | 19 | 24 | 29 | 35 | 41 | 47 | 53 | 59 | 64 | 69 |
| 60 | 13 | 18 | 21 | 26 | 32 | 38 | 45 | 51 | 58 | 64 | 69 |
| 55 | 12 | 15 | 19 | 24 | 30 | 36 | 42 | 49 | 55 | 61 | 67 |
| 50 | 10 | 13 | 16 | 21 | 26 | 32 | 39 | 45 | 52 | 59 | 65 |
| 45 | 8 | 11 | 14 | 19 | 24 | 30 | 37 | 44 | 51 | 58 | 64 |
| 40 | 8 | 10 | 13 | 17 | 22 | 28 | 34 | 41 | 48 | 55 | 62 |
| 35 | 7 | 10 | 13 | 16 | 21 | 26 | 32 | 38 | 45 | 52 | 58 |
| 30 | 7 | 9 | 11 | 15 | 19 | 23 | 29 | 35 | 41 | 48 | 54 |
| 25 | 5 | 7 | 9 | 12 | 16 | 21 | 26 | 32 | 39 | 46 | 53 |
| 20 | 4 | 6 | 8 | 10 | 13 | 18 | 23 | 29 | 35 | 43 | 50 |
| 15 | 3 | 5 | 7 | 9 | 12 | 16 | 21 | 26 | 33 | 40 | 48 |
| 10 | 3 | 3 | 4 | 6 | 9 | 13 | 16 | 23 | 29 | 36 | 45 |
| 05 | 2 | 2 | 3 | 5 | 6 | 9 | 12 | 16 | 21 | 27 | 34 |



Material may be protected by copyright law (Title 17, U.S. Code)

112

## MacArthur CDI Infant Form
### Percentile Scores for Vocabulary Production (Fitted)
**Boys**

Age in Months

| % Rank | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 5 | 7 | 10 | 13 | 18 | 24 | 31 | 40 | 48 | 56 | 64 |
| 95 | 3 | 4 | 6 | 8 | 12 | 17 | 23 | 30 | 39 | 48 | 57 |
| 90 | 2 | 3 | 4 | 6 | 9 | 12 | 17 | 23 | 31 | 40 | 49 |
| 85 | 2 | 2 | 3 | 5 | 7 | 10 | 14 | 19 | 26 | 34 | 42 |
| 80 | 2 | 2 | 3 | 4 | 6 | 9 | 12 | 16 | 22 | 29 | 37 |
| 75 | 1 | 2 | 3 | 4 | 6 | 8 | 11 | 15 | 20 | 26 | 33 |
| 70 | 1 | 1 | 2 | 3 | 4 | 6 | 9 | 13 | 17 | 23 | 31 |
| 65 | 1 | 1 | 2 | 3 | 4 | 5 | 7 | 10 | 14 | 19 | 25 |
| 60 | 1 | 1 | 2 | 3 | 4 | 5 | 7 | 9 | 13 | 17 | 23 |
| 55 | 1 | 1 | 2 | 2 | 3 | 4 | 6 | 8 | 12 | 16 | 21 |
| 50 | 1 | 1 | 1 | 2 | 3 | 4 | 5 | 7 | 10 | 13 | 18 |
| 45 | 1 | 1 | 1 | 2 | 2 | 3 | 5 | 6 | 8 | 11 | 14 |
| 40 | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 6 | 8 | 10 | 14 |
| 35 | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 5 | 7 | 8 | 11 |
| 30 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 4 | 5 | 6 | 8 |
| 25 | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 5 | 6 |
| 20 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 4 | 5 |
| 15 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 4 |
| 10 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 |
| 05 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |

## MacArthur CDI Infant Form
### Percentile Scores for Vocabulary Production (Fitted)
**Girls**

Age in Months

| % Rank | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 4 | 6 | 8 | 12 | 17 | 23 | 31 | 39 | 48 | 57 | 65 |
| 95 | 3 | 5 | 7 | 10 | 14 | 20 | 27 | 36 | 45 | 54 | 63 |
| 90 | 3 | 4 | 6 | 8 | 11 | 15 | 21 | 27 | 35 | 44 | 52 |
| 85 | 2 | 3 | 5 | 7 | 9 | 13 | 17 | 23 | 30 | 38 | 46 |
| 80 | 2 | 3 | 4 | 6 | 8 | 11 | 15 | 21 | 28 | 36 | 44 |
| 75 | 2 | 3 | 4 | 5 | 7 | 10 | 14 | 19 | 26 | 33 | 41 |
| 70 | 1 | 2 | 3 | 5 | 6 | 9 | 13 | 18 | 24 | 31 | 39 |
| 65 | 1 | 2 | 3 | 4 | 6 | 8 | 12 | 17 | 22 | 29 | 38 |
| 60 | 1 | 2 | 3 | 4 | 5 | 7 | 10 | 14 | 19 | 26 | 33 |
| 55 | 1 | 2 | 2 | 3 | 5 | 7 | 9 | 13 | 17 | 23 | 30 |
| 50 | 1 | 1 | 2 | 3 | 4 | 6 | 8 | 11 | 15 | 20 | 27 |
| 45 | 1 | 1 | 2 | 3 | 4 | 5 | 7 | 10 | 14 | 19 | 26 |
| 40 | 1 | 1 | 2 | 2 | 3 | 5 | 7 | 9 | 13 | 17 | 23 |
| 35 | 1 | 1 | 1 | 2 | 3 | 4 | 5 | 8 | 10 | 14 | 18 |
| 30 | 1 | 1 | 1 | 2 | 2 | 3 | 5 | 6 | 9 | 12 | 16 |
| 25 | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 6 | 8 | 10 | 13 |
| 20 | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 5 | 7 | 9 | 11 |
| 15 | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 6 | 7 | 9 |
| 10 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 5 |
| 05 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 |

113

## MacArthur CDI Toddler Form A
### Percentile Scores for Vocabulary Production (Fitted)
**Boys**

Age in Months

| % Rank | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 61 | 69 | 77 | 83 | 87 | 91 | 94 | 96 | 97 | 98 | 99 | 100 | 100 | 100 | 100 |
| 95 | 58 | 66 | 74 | 81 | 86 | 90 | 93 | 96 | 97 | 98 | 99 | 100 | 100 | 100 | 100 |
| 90 | 37 | 45 | 53 | 61 | 69 | 75 | 81 | 86 | 90 | 92 | 95 | 96 | 98 | 98 | 99 |
| 85 | 33 | 39 | 46 | 52 | 59 | 65 | 71 | 77 | 81 | 85 | 88 | 91 | 93 | 95 | 96 |
| 80 | 30 | 35 | 41 | 47 | 53 | 59 | 64 | 70 | 74 | 79 | 83 | 86 | 89 | 91 | 93 |
| 75 | 26 | 31 | 37 | 43 | 49 | 55 | 61 | 66 | 72 | 76 | 81 | 84 | 87 | 90 | 92 |
| 70 | 24 | 29 | 34 | 39 | 45 | 50 | 56 | 62 | 67 | 72 | 76 | 80 | 84 | 87 | 89 |
| 65 | 22 | 26 | 30 | 35 | 40 | 46 | 51 | 56 | 62 | 67 | 71 | 76 | 80 | 83 | 86 |
| 60 | 20 | 24 | 28 | 33 | 37 | 43 | 48 | 53 | 59 | 64 | 69 | 73 | 77 | 83 | 84 |
| 55 | 17 | 20 | 24 | 29 | 33 | 39 | 44 | 50 | 55 | 61 | 66 | 71 | 76 | 80 | 83 |
| 50 | 14 | 17 | 23 | 25 | 30 | 35 | 40 | 46 | 52 | 58 | 64 | 69 | 74 | 79 | 83 |
| 45 | 12 | 15 | 18 | 22 | 27 | 32 | 37 | 43 | 49 | 55 | 61 | 67 | 72 | 77 | 81 |
| 40 | 11 | 14 | 17 | 20 | 25 | 30 | 35 | 41 | 47 | 53 | 59 | 65 | 70 | 75 | 79 |
| 35 | 11 | 13 | 16 | 19 | 23 | 28 | 33 | 39 | 44 | 50 | 56 | 62 | 68 | 73 | 77 |
| 30 | 10 | 12 | 15 | 18 | 22 | 26 | 31 | 36 | 41 | 47 | 53 | 59 | 64 | 70 | 74 |
| 25 | 10 | 11 | 14 | 17 | 20 | 24 | 29 | 34 | 40 | 45 | 51 | 57 | 63 | 68 | 73 |
| 20 | 8 | 9 | 12 | 15 | 18 | 22 | 26 | 32 | 37 | 43 | 49 | 55 | 62 | 67 | 73 |
| 15 | 6 | 8 | 10 | 12 | 14 | 17 | 21 | 24 | 29 | 34 | 39 | 44 | 50 | 55 | 61 |
| 10 | 6 | 7 | 9 | 11 | 13 | 16 | 19 | 22 | 26 | 31 | 36 | 41 | 47 | 52 | 58 |
| 05 | 2 | 3 | 4 | 5 | 6 | 7 | 9 | 11 | 14 | 17 | 20 | 25 | 29 | 34 | 40 |

## MacArthur CDI Toddler Form A
### Percentile Scores for Vocabulary Production (Fitted)
**Girls**

Age in Months

| % Rank | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 58 | 66 | 74 | 80 | 85 | 89 | 92 | 94 | 96 | 98 | 98 | 99 | 99 | 100 | 100 |
| 95 | 58 | 66 | 74 | 80 | 85 | 89 | 92 | 94 | 96 | 98 | 98 | 99 | 100 | 100 | 100 |
| 90 | 39 | 48 | 57 | 66 | 74 | 80 | 86 | 90 | 93 | 95 | 97 | 98 | 99 | 100 | 100 |
| 85 | 37 | 45 | 54 | 62 | 70 | 77 | 82 | 87 | 91 | 93 | 95 | 97 | 98 | 99 | 100 |
| 80 | 29 | 36 | 43 | 51 | 59 | 66 | 73 | 79 | 84 | 88 | 91 | 93 | 95 | 97 | 98 |
| 75 | 29 | 36 | 43 | 51 | 59 | 66 | 73 | 79 | 84 | 88 | 91 | 93 | 95 | 97 | 98 |
| 70 | 29 | 36 | 43 | 50 | 57 | 65 | 71 | 77 | 82 | 86 | 89 | 92 | 94 | 96 | 97 |
| 65 | 28 | 34 | 40 | 46 | 52 | 59 | 65 | 70 | 75 | 80 | 84 | 87 | 90 | 92 | 94 |
| 60 | 27 | 32 | 38 | 44 | 50 | 56 | 62 | 67 | 73 | 77 | 81 | 85 | 88 | 90 | 93 |
| 55 | 26 | 31 | 36 | 42 | 48 | 54 | 60 | 66 | 71 | 76 | 80 | 84 | 87 | 89 | 92 |
| 50 | 23 | 28 | 33 | 39 | 45 | 51 | 57 | 63 | 68 | 73 | 78 | 82 | 85 | 88 | 91 |
| 45 | 21 | 25 | 30 | 35 | 41 | 47 | 53 | 59 | 65 | 71 | 75 | 80 | 84 | 87 | 90 |
| 40 | 20 | 24 | 28 | 34 | 40 | 46 | 52 | 58 | 64 | 69 | 74 | 79 | 83 | 86 | 89 |
| 35 | 18 | 22 | 26 | 31 | 37 | 43 | 49 | 55 | 61 | 67 | 73 | 77 | 82 | 85 | 88 |
| 30 | 16 | 20 | 24 | 29 | 34 | 40 | 46 | 52 | 58 | 64 | 70 | 74 | 79 | 83 | 86 |
| 25 | 16 | 20 | 23 | 27 | 33 | 38 | 43 | 49 | 55 | 61 | 66 | 71 | 76 | 80 | 83 |
| 20 | 14 | 17 | 20 | 24 | 28 | 33 | 38 | 44 | 49 | 55 | 61 | 66 | 71 | 75 | 79 |
| 15 | 14 | 16 | 19 | 22 | 26 | 30 | 34 | 39 | 44 | 49 | 53 | 58 | 63 | 68 | 72 |
| 10 | 12 | 15 | 17 | 20 | 23 | 27 | 31 | 35 | 39 | 44 | 48 | 53 | 58 | 62 | 67 |
| 05 | 9 | 11 | 13 | 15 | 17 | 20 | 23 | 27 | 30 | 34 | 38 | 42 | 47 | 51 | 56 |

Material may be protected by copyright law (Title 17, U.S. Code)

## MacArthur CDI Toddler Form B
### Percentile Scores for Vocabulary Production (Fitted)
**Boys**

Age in Months

| % Rank | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 77 | 81 | 84 | 87 | 90 | 92 | 93 | 95 | 96 | 97 | 98 | 98 | 99 | 99 | 100 |
| 95 | 48 | 57 | 65 | 72 | 79 | 84 | 89 | 92 | 94 | 96 | 98 | 99 | 99 | 100 | 100 |
| 90 | 30 | 37 | 46 | 54 | 62 | 70 | 77 | 82 | 87 | 90 | 93 | 95 | 97 | 98 | 99 |
| 85 | 26 | 32 | 39 | 46 | 54 | 62 | 69 | 75 | 80 | 85 | 89 | 92 | 94 | 96 | 97 |
| 80 | 23 | 29 | 36 | 43 | 51 | 58 | 66 | 72 | 78 | 83 | 87 | 90 | 93 | 95 | 96 |
| 75 | 25 | 30 | 36 | 42 | 48 | 55 | 61 | 67 | 73 | 78 | 82 | 86 | 89 | 91 | 93 |
| 70 | 21 | 26 | 31 | 37 | 43 | 50 | 56 | 62 | 68 | 74 | 79 | 83 | 86 | 89 | 92 |
| 65 | 18 | 23 | 28 | 33 | 39 | 46 | 52 | 59 | 65 | 71 | 76 | 81 | 84 | 88 | 90 |
| 60 | 16 | 19 | 24 | 29 | 35 | 41 | 47 | 54 | 60 | 66 | 72 | 77 | 81 | 85 | 88 |
| 55 | 15 | 18 | 23 | 27 | 33 | 39 | 45 | 51 | 58 | 64 | 70 | 75 | 80 | 84 | 87 |
| 50 | 14 | 17 | 21 | 25 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 71 | 76 | 81 | 84 |
| 45 | 11 | 14 | 18 | 22 | 26 | 31 | 37 | 43 | 49 | 56 | 62 | 68 | 73 | 78 | 82 |
| 40 | 10 | 13 | 16 | 19 | 23 | 28 | 34 | 40 | 46 | 52 | 58 | 65 | 70 | 75 | 80 |
| 35 | 9 | 11 | 14 | 17 | 21 | 25 | 30 | 35 | 41 | 47 | 54 | 60 | 66 | 71 | 76 |
| 30 | 8 | 9 | 12 | 15 | 18 | 23 | 27 | 33 | 39 | 45 | 51 | 57 | 64 | 69 | 73 |
| 25 | 6 | 8 | 10 | 12 | 15 | 19 | 23 | 28 | 34 | 40 | 46 | 52 | 59 | 65 | 70 |
| 20 | 5 | 7 | 8 | 11 | 13 | 16 | 20 | 24 | 29 | 34 | 40 | 46 | 53 | 59 | 65 |
| 15 | 4 | 5 | 8 | 8 | 11 | 13 | 16 | 20 | 24 | 29 | 35 | 41 | 47 | 53 | 59 |
| 10 | 2 | 3 | 4 | 5 | 6 | 8 | 10 | 13 | 16 | 20 | 24 | 29 | 35 | 41 | 48 |
| 05 | 1 | 2 | 2 | 3 | 4 | 5 | 6 | 8 | 10 | 13 | 16 | 20 | 25 | 30 | 36 |

## MacArthur CDI Toddler Form B
### Percentile Scores for Vocabulary Production (Fitted)
**Girls**

Age in Months

| % Rank | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 63 | 69 | 75 | 80 | 84 | 87 | 90 | 93 | 95 | 96 | 97 | 98 | 99 | 99 | 100 |
| 95 | 60 | 67 | 73 | 78 | 83 | 87 | 90 | 92 | 94 | 96 | 97 | 98 | 99 | 99 | 100 |
| 90 | 46 | 52 | 59 | 65 | 71 | 76 | 81 | 85 | 88 | 91 | 93 | 95 | 96 | 97 | 98 |
| 85 | 43 | 49 | 55 | 61 | 66 | 72 | 76 | 80 | 84 | 87 | 90 | 92 | 94 | 95 | 96 |
| 80 | 40 | 46 | 52 | 58 | 64 | 70 | 74 | 79 | 83 | 86 | 89 | 91 | 93 | 95 | 96 |
| 75 | 35 | 41 | 47 | 53 | 60 | 66 | 71 | 76 | 80 | 84 | 87 | 90 | 92 | 94 | 96 |
| 70 | 33 | 38 | 44 | 50 | 56 | 62 | 68 | 73 | 77 | 81 | 85 | 88 | 90 | 92 | 94 |
| 65 | 29 | 34 | 40 | 46 | 52 | 58 | 64 | 70 | 75 | 79 | 83 | 87 | 89 | 92 | 94 |
| 60 | 27 | 32 | 37 | 43 | 49 | 55 | 60 | 66 | 71 | 75 | 79 | 83 | 86 | 89 | 91 |
| 55 | 27 | 32 | 37 | 42 | 48 | 53 | 58 | 64 | 69 | 73 | 77 | 81 | 84 | 87 | 89 |
| 50 | 24 | 28 | 33 | 38 | 44 | 49 | 55 | 60 | 65 | 70 | 75 | 79 | 82 | 86 | 88 |
| 45 | 21 | 24 | 29 | 34 | 39 | 45 | 50 | 56 | 62 | 67 | 72 | 76 | 80 | 84 | 87 |
| 40 | 20 | 24 | 28 | 33 | 38 | 43 | 48 | 54 | 59 | 64 | 69 | 74 | 78 | 82 | 85 |
| 35 | 17 | 20 | 24 | 28 | 33 | 38 | 43 | 49 | 54 | 60 | 65 | 70 | 74 | 78 | 82 |
| 30 | 15 | 18 | 22 | 26 | 31 | 36 | 41 | 47 | 52 | 58 | 63 | 69 | 73 | 78 | 82 |
| 25 | 14 | 17 | 20 | 24 | 29 | 33 | 39 | 44 | 50 | 55 | 61 | 66 | 71 | 76 | 80 |
| 20 | 12 | 14 | 17 | 21 | 24 | 28 | 33 | 38 | 43 | 48 | 54 | 59 | 64 | 69 | 74 |
| 15 | 10 | 12 | 14 | 17 | 21 | 25 | 29 | 34 | 39 | 44 | 50 | 55 | 61 | 66 | 71 |
| 10 | 8 | 10 | 12 | 14 | 17 | 20 | 24 | 28 | 33 | 37 | 43 | 48 | 53 | 59 | 64 |
| 05 | 4 | 5 | 6 | 8 | 9 | 12 | 14 | 17 | 21 | 24 | 29 | 34 | 39 | 44 | 50 |





## NOTE

1. Work by Reznick and Goldsmith (1989) on a preliminary MacArthur short form established a framework for the current project. Five parallel short forms were developed for the predecessor of the CDI Words and Sentences Form for toddlers – the Early Language Inventory (ELI) (see Dale, Bates, Reznick, & Morisett, 1989; Fenson et al., 1993). These five forms correlated with each other at $r$ values greater than .97 ($p < .01$) and with the full ELI score at $r$ values greater than .98 ($p < .01$).

## REFERENCES


Arriaga, R. I., Fenson, L., Cronan, T., & Pethick, S. (1998). Scores on the MacArthur Communicative Development Inventory of children from low- and middle-income families. *Applied Psycholinguistics, 19,* 209–223.

Bates, E., Bretherton, I., & Snyder, L. (1988). *From first words to grammar: Individual differences and dissociable mechanisms.* Cambridge: Cambridge University Press.

Bates, E., Dale, P. S., & Thal, D. (1995). Individual differences and their implications for theories of language development. In P. Fletcher & B. MacWhinney (Eds.), *Handbook of child language* (pp. 96–151). Oxford: Blackwell.

Bates, E., Marchman, V., Thal, D., Fenson, L., Dale, P., Reznick, J. S., Reilly, J., & Hartung, J. (1994). Developmental and stylistic variation in the composition of early vocabulary. *Journal of Child Language, 21,* 85–123.

Bates, E., Thal, D., & Janowsky, J. S. (1992). Early language development and its neural correlates. In S. J. Segalowitz & I. Rapin (Vol. Eds.), *Handbook of neuropsychology: Vol. 7. Child neuropsychology.* Amsterdam: Elsevier Science Publishers.

Burchinal, M., & Appelbaum, M. I. (1991). Estimating individual developmental functions: Methods and their assumptions. *Child Development, 62,* 23–43.

Crystal, D. (1976). *Child language, learning, and linguistics.* London: Arnold.

Dale, P. S., Bates, E., Reznick, S., & Morisett, C. (1989). The validity of a parent report instrument of child language at 20 months. *Journal of Child Language, 16,* 239–250.

Dale, P. S., Dionne, G., Eley, T., & Plomin, R. (in press). Lexical and grammatical development: A behavioural genetic perspective. *Journal of Child Language.*

Dale, P. S., & Fenson, L. (1996). Lexical development norms for young children. *Behavior Research Methods, Instruments and Computers, 28,* 125–127.

Fenson, L., Dale, P. S., Reznick, J. S., Bates, E., Thal, D. J., & Pethick, S. J. (1994). Variability in early communicative development. *Monographs of the Society for Research in Child Development, 59*(5).

Fenson, L., Dale, P. S., Reznick, J. S., Thal, D., Bates, E., Hartung, J. P., Pethick, S., & Reilly, J. S. (1993). *The MacArthur Communicative Development Inventories: User's guide and technical manual.* San Diego: Singular Publishing Group.

Hanson, J. S. (1994). *A validation of the short-form versions of the MacArthur Communicative Development Inventories.* Unpublished master's thesis, San Diego State University, San Diego, CA.

Pethick, S. J. (1994). *A short form version of the MacArthur Communicative Development Inventory: Toddlers.* Unpublished master's thesis, San Diego State University, San Diego, CA.

Reznick, J. S., & Goldsmith, L. (1989). A multiple form word production checklist for assessing early language. *Journal of Child Language, 16,* 91–100.

Roberts, J. E., Burchinal, M., & Durham, M. (1999). Parents' report of vocabulary and grammatical development of African American preschoolers: Child and environmental associations. *Child Development, 70,* 92–106.

Sattler, J. M. (1992). Assessment of Children (revised and updated 3rd ed.). San Diego: Author.

Singleton, D. (1989). *Language acquisition: The age factor.* Philadelphia: Multilingual Matters.

VanGeert, P. (1991). A dynamic systems model of cognitive and language growth. *Psychological Review, 98,* 3–53.


Material may be protected by copyright law (Title 17, U.S. Code)

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Tuesday, November 08, 2005 6:02 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Feldman et al. article re CDI III

---

Usern
Passw
Login

you | Home > List of Issues > Table of Contents > Full Text

National Institutes of Health Library Global Account

Full Article
View/Print PDF article (118K)
Download to reference manager
Alert me when this article is cited




Child Development
Volume 76 Issue 4 Page 856 - July 2005
doi:10.1111/j.1467-8624.2005.00882.x

Concurrent and Predictive Validity of Parent Reports of Child Language at Ages 2 and 3 Years

Heidi M. Feldman[1], Philip S. Dale[2], Thomas F. Campbell[1], D. Kathleen Colborn[1], Marcia Kurs-Lasky[1], Howard E. Rockette[1] and Jack L. Paradise[1]

The MacArthur–Bates Communicative Development Inventories (CDI; Dale, 1996; Fenson et al., 1994), parent reports about language skills, are being used increasingly in studies of theoretical and public health importance. This study (*N*=113) correlated scores on the CDI at ages 2 and 3 years with scores at age 3 years on tests of cognition and receptive language and measures from parent–child conversation. Associations indicated reasonable concurrent and predictive validity. The findings suggest that satisfactory vocabulary scores at age 2 are likely to predict normal language skills at age 3,

QuickSearch in:
- Synergy
- PubMed (MEDLINE)
- CrossRef

for Authors:
- Heidi M. Feldman
- Philip S. Dale
- Thomas F. Campbell
- D. Kathleen Colborn
- Marcia Kurs-Lasky
- Howard E. Rockette
- Jack L. Paradise

although some children with limited skills at age 3 will have had satisfactory scores at age 2. Many children with poor vocabulary scores at 2 will have normal skills at 3.

The optimal method for assessing language in infants and toddlers for both research and clinical purposes remains a matter of intense debate. Standardized clinical or laboratory assessments have the advantage of being based on observable behavior. However, such assessments must be brief to be administered within the attention span of the young child and therefore are likely to prove unrepresentative of the child's abilities. Moreover, young children may have difficulty cooperating for formal measures administered by strangers in unfamiliar clinical settings. Alternatively, language samples recorded in conversation with an examiner or a parent may be highly influenced by personality and social factors and are difficult and time consuming to analyze. For these reasons, parent reports of language and communication are an appealing option because parents have extensive experience with their children under a wide variety of naturalistic situations.

The MacArthur–Bates Communicative Development Inventories (CDI) are a set of parent-report inventories about child language and communication (Fenson et al., 1994; Fenson et al., 1993), designed to yield information on the typical course of language development and on the extent of variation within the population (Fenson et al., 1994). The CDI–Words and Gestures (CDI–WG), appropriate for children ages 8 to 16 months, assesses comprehension and production of vocabulary, communicative gestures, symbolic behavior, and nonverbal imitation. The CDI–Words and Sentences (CDI–WS) evaluates children ages 16 to 30 months and assesses productive vocabulary, knowledge of irregular word forms (e.g., nouns such as *children* and verbs such as *bought*), overgeneralization of word endings to irregular nouns and verbs (e.g., *feets* and *eated*), and syntactic complexity. The CDI–III (Dale, Reznick, Thal, & Marchman, 2001), designed for children ages 30 to 42 months, evaluates productive vocabulary, syntactic maturity, and language use. These inventories are being used increasingly, particularly in large-scale research studies, to address important theoretical issues, such as estimating the relative contributions of genetic versus environmental factors to rates of language development (Dionne, Dale, Boivin, & Plomin, 2003; Price et al., 2000), evaluating the link between early speech perception and later language development (Tsao, Liu, & Kuhl, 2004), and determining the prevalence and predictors of language delays (Horwitz et al., 2003). They have been used in samples of children with developmental disorders to describe the populations (Caselli et al., 1998; Miller, Sedey, & Miolo, 1995) and to address clinical and theoretical issues, such as the stability of developmental profiles over time (Mervis & Robinson, 2000). In addition, they have served as the dependent variables in studies with major clinical and public health implications, such as the impact of maternal prenatal diet on child development (Daniels, Longnecker,

Affiliations

[1]University of Pittsburgh and Children's Hospital of Pittsburgh

[2]University of Missouri-Columbia

Correspondence

Correspondence concerning this article should be addressed to Heidi M. Feldman, Children's Hospital of Pittsburgh, One Children's Place, Pittsburgh PA 15213-2583. Electronic mail may be sent to Heidi.Feldman@chp.edu.

This work was supported by grant HD26026 from the National Institute of Child Health and Human Development and the Agency for Healthcare Research and Quality, by grants MCJ 429414 and T73 MC 00036-04 from the Maternal and Child Health Bureau, and by gifts from GlaxoSmithKline and Pfizer Inc. The following individuals provided valuable assistance in the study: Tracy L. Balentine, RN; Beverly S. Bernard, RN, BS; Kathleen A. Cecotti, BS; Sharon A. DiBridge, BS; Irene A. Fabian, CRNP; Nancy J. Guerra, CRNP; Toni L. McKeever; Evelyn S. Palochak, RN; Dayna L. Pitcairn, MA; Karen S. Pourboghrat, BA; Robin E.

Rowland, & Golding, 2004) and the degree of association between duration of otitis media and the development of language skills (Feldman et al., 2003; Feldman et al., 1999) The inventories have been translated into many languages, including Spanish, Italian, and Hebrew. Despite this extensive use, the accuracy of parent reports has been questioned, particularly in studies of children from low-income households (Roberts, Burchinal, & Durham, 1999). Given the widespread use of these measures and the implications for theory and practice, it is important that tests be conducted to examine both the concurrent and the predictive validity of the instruments.

We previously studied measurement properties of the CDI–WG in children ages 10 to 13 months and of the CDI–WS in children ages 22 to 25 months (Feldman et al., 2000). As part of a prospective study of speech, language, cognitive, and psychosocial development in relation to otitis media in the first 3 years of life (Paradise et al., 2000; Paradise et al., 2001; Paradise et al., 1997), we obtained CDIs on a large, sociodemographically diverse sample of healthy children at ages 1, 2, and 3 years (Feldman et al., 2003; Feldman et al., 1999; Feldman et al., 2000). We were able to analyze scores on the CDI in relation to age, sex, race, and maternal education and health insurance status as proxies for socioeconomic status (SES). We found that the continuous scales on both tests showed increasing scores with increasing monthly age, thereby capturing developmental progress in this age range. However, for three of the four continuous scales of the CDI–WG (Phrases Understood, Vocabulary Comprehension, Vocabulary Production) and two of the five continuous scales of the CDI–WS (Word Forms–Irregular, Word Forms–Overgeneralized), children in our study who had less favorable socioeconomic indicators had higher mean scores than those with more favorable indicators. Such findings contradicted the frequent observation that children of low SES typically develop language more slowly than do children of middle or high SES (Dollaghan et al., 1999; Hoff, 2003; Landry, Smith, & Swank, 2002). We therefore recommended caution, both in research and in clinical practice, in using those CDI scales to identify individual children at risk for language deficits, to compare groups of children with different sociodemographic profiles, or to evaluate the effects of interventions.

The goal of the present study was to assess the concurrent validity of the CDI–III and the predictive validity of the three continuous scales of the CDI–WS that have favorable measurement properties (Vocabulary Production, Three Longest Sentences, and Sentence Complexity). A subset of the children from the larger otitis media study referenced earlier had been assessed at age 3 years using two types of data: (a) standardized tests, namely, the McCarthy Scales of Children's Abilities (McCarthy, 1972) as a measure of cognitive ability and the Peabody Picture Vocabulary Test–Revised (PPVT–R; Dunn & Dunn, 1981) as a measure of receptive language, and (b) an

Rice, BS; Diane L. Sabo, PhD; Joan E. Schiebel, RN; Clyde G. Smith, MS; and Ida Smith. We are indebted to the practicing pediatricians who participated in executing the study and to the parents who completed the questionnaires. We also are grateful to Larry Fenson and the late Elizabeth Bates for helpful consultation regarding the MacArthur-Bates Communicative Development Inventories.

Image Previews

[Full Size]

Table 1
*Distribution of Selected Sociodemographic Characteristics of Study Participants*

[Full Size]

Table 2
*Mean Scores (and Standard Deviations) on the Scales of the CDI–WS at Age 2 Years and the CDI–II...*

analysis of parent–child conversation. The larger study design thus afforded us the opportunity to assess the CDI–III and CDI–WS in relation to these other measures of cognition and language as indexes of concurrent and predictive validity, respectively.

*Previous Studies of Parent Reports on Language Development*

Available research on the validity of the CDI and other parent report measures has been generally encouraging. In the toddler age group (18 to 30 months), studies have reported substantial correlations between scores on a variety of parent-report measures and scores on measures from concurrent language samples and structured tests (Clark, Jorgensen, & Blondeau, 1995; Dale, 1991, 1996; Dale, Bates, Reznick, & Morisset, 1989; Fenson et al., 1994; Rescorla & Alley, 2001). This finding has been replicated in children speaking different languages (Thal, Jackson-Maldonado, & Acosta, 2000), children with developmental disabilities (Miller et al., 1995), and children who stutter (Ratner & Silverman, 2000). However, other studies have called into question the accuracy of parental report, particularly in underrepresented minority groups (Roberts et al., 1998).

Less information is available about the predictive validity of the parent-report measures. Strong predictive validity has been reported for children around age 2 years who are developing typically (Bornstein & Haynes, 1998; Reese & Read, 2000) and for those who have developmental disorders (Miller et al., 1995). Children who score very low on parent-report measures ("late talkers") are at substantially elevated risk for continuing language impairments (Rescorla, 1989; Rescorla & Alley, 2001), although many low-scoring children catch up in the later preschool years (Dale, Price, Bishop, & Plomin, 2003; Thal, Tobias, & Morrison, 1991; Thal, O'Hanlon, Clemmons, & Fralin, 1999).

Given the challenges of assessing language in toddlers and the importance of careful evaluations of early intervention for children with language delays, further studies of concurrent and predictive validity are warranted. Most studies have concerned parent reports for children below age 2.5 years (or this developmental level for children with language delays). Investigators have assumed that as the child's language becomes more extensive and complex, it will become increasingly more difficult for parents to monitor it accurately.

*Methods for Assessing Validity*

Several procedures may be used to assess the validity of a new assessment procedure. The first is to determine the degree of association between scores on the new assessment and scores on other accepted evaluations of the same underlying constructs. In this case we can correlate the scores on the parent-report measures with

[Full Size]

Table 3
*Correlations Between Scores on the CDI–WS at Age 2 Years and the CDI–III at Age 3 Years*

[Full Size]

Table 4
*Correlations Between Scores on the CDI–WS at Age 2 Years and the CDI–III at Age 3 Years, and Sc...*

[Full Size]

Table 5
*Sensitivity, Specificity, Positive Predictive Value (PPV), and Negative Predictive Value (NPV...*

scores on standardized tests of language and cognition or measures of language in conversation. The correlational approach considers the full range of scores in the assessment of validity. If the scores on CDI–III have strong and statistically significant positive associations with scores on other previously validated measures at the same age, these findings would constitute strong evidence of concurrent validity. Similarly, if scores on the CDI–WS have strong and statistically significant positive associations with scores on validated measures at a later age, the findings would constitute strong evidence for predictive validity.

For some research and clinical purposes, such as the evaluation of intervention techniques, parent reports are used to determine which children are likely to develop persistent language delays or disorders over time. To use them in this manner, as a screening tool, it is important to determine the extent to which children who score poorly on the parent reports are the same children whose performance on later standardized or accepted measures meets definitions of language or cognitive delay. Rather than assessing the full range of scores, the focus is on the extent to which the lowest scores predict future problems. For these purposes, the continuous scores on both the predictive measures and the outcome measures must be converted to binary variables, that is, performance below a cutoff on the potential screening measure, and low scores on the later measure that would be considered indicative of the presence of the clinical disorder, in this case, language or cognitive delay. If the screening test were a perfect instrument, all children below the cutoff would develop persistent problems and all children above the cutoff would continue to function in the normal range. However, screening instruments are rarely so successful. In reality, any given cut-point results in proportions of true positives, true negatives, false positives, and false negatives.

A receiver operator characteristic (ROC) plot or curve is a useful technique for summarizing the global diagnostic accuracy of the screening test, irrespective of any specific cutoff point. For a given definition of delay or disorder, the ROC demonstrates how changing the pass–fail criterion for the screening measure, in this case the CDI–WS, alters the proportions of true positives in relation to false positives and true negatives in relation to false negatives (Altman & Bland, 1994c). An ROC plot is generated by first calculating the sensitivity of the screening test (the proportion of children with the disorder who have a positive test or the true positives) and the specificity of the test (the proportion of children without the disorder who have a negative test or the true negatives) at each of a range of potential pass–fail cutoff points, in this case, the various CDI–WS scores (Altman & Bland, 1994a). One then plots sensitivity against (1−specificity), that is, the false positive rate, for each of the various cutoff points. The ROC curve of an excellent screening test rises rapidly toward the upper left corner of the graph, whereas the ROC

[Full Size]

Table 6
*Sensitivity, Specificity, Positive Predictive Value (PPV), and Negative Predictive Value(NPV)...*

To cite this article
Feldman, Heidi M., Dale, Philip S., Campbell, Thomas F., Colborn, D. Kathleen, Kurs-Lasky, Marcia, Rockette, Howard E. & Paradise, Jack L. (2005)
Concurrent and Predictive Validity of Parent Reports of Child Language at Ages 2 and 3 Years.
*Child Development* **76** (4), 856-868.
doi: 10.1111/j.1467-8624.2005.00882.x

Case 1:08-cv-00249-MBH Document 13-29 Filed 04/17/2008 Page 50 of 75

curve of a test that does not distinguish between children who do and do not develop the disorder courses along a 45-degree diagonal line. The area under the resulting ROC curve provides a global assessment of the performance of the test, or its diagnostic accuracy. If the area under the ROC curve approaches 1.0, the test has excellent diagnostic accuracy. If the area under the ROC curve approaches 0.5, the test is unable to differentiate between those with and without the disorder. Conventionally, the diagnostic accuracy of a test with an area under the curve of 0.60 to 0.70 is considered poor; of 0.70 to 0.80, fair; of 0.80 to 0.90, good; and of ≥0.90, excellent.

When a test is used for screening purposes, the cutoff score considered a failure, or positive screen, must be determined. Choice of an appropriate cutoff score depends on the intended clinical or research uses as well as on the test characteristics. In some cases, it is important to identify all individuals with the disorder, even if doing so results in many false positive identifications. In other cases, it is important to reduce the rate of false positives even if doing so results in missing some individuals with the disorder. Also relevant in evaluating a screening test are its predictive values; the positive predictive value is the proportion of children with positive or abnormal parent reports who later are found to have language or cognitive delay, whereas the negative predictive value is the proportion of children with negative or normal parent reports who are later found to score above the selected pass–fail cutoff in language development and in the normal range for cognitive development (Altman & Bland, 1994b).

The present study extends previous work on the validity of the CDI in several ways: It evaluates the concurrent validity of the CDI–III; it evaluates the predictive validity of the CDI–WS over 1 year, longer than in most reported studies; it involves a sample of 113 children from diverse sociodemographic backgrounds, a larger sample than in many (though not all) reported studies (Dale et al., 2003); and it compares the results of parent reports with results of several other measures, including scores on standardized tests and measures from analysis of conversation. In addition to providing correlations between scores on the parent report and scores on the other outcome measures, this study presents summary results of ROC curves for scores on the Vocabulary Production scale of the CDI–WS in relation to language delay as variously defined, and in relation to cognitive delay. The study also presents sensitivities, specificities, positive predictive values, and negative predictive values for different CDI–WS Vocabulary Production pass–fail cutoff scores. We chose to consider the Vocabulary Production scale rather than the other two CDI–WS scales because its range of scores is much broader, thus affording potentially more precise discrimination between levels of performance.

Method Go to: Choose

*Participants*

Participants in this study were apparently healthy children enrolled in the child development/otitis media study referred to previously. Details of the exclusion criteria are presented in detail in previous reports from the larger study (Paradise et al., 2000; Paradise et al., 2001; Paradise et al., 1999; Paradise et al., 1997). In brief, all children presented for primary care at one of eight participating pediatric practice sites in the greater Pittsburgh area between May 1991 and December 1995, and were enrolled by age 2 months. Children were excluded from enrollment if they met any of the criteria that could adversely affect global or language developmental outcome, such as low birth weight, small-for-gestational-age status, a serious neonatal illness or congenital malformation, mother less than 18 years of age, mother known to abuse drugs or alcohol, or placement in foster care. Children were also excluded if a language other than English was spoken at home.

Parents of all participants of the larger study were asked to complete the appropriate version of the CDI when their children reached approximately ages 1 and 2 years. The CDI–III was introduced into the study procedures in March 1994 and therefore was completed by only a subset of all participants.

A major component of the larger study was a randomized clinical trial of early versus delayed tympanostomy tube placement in a subgroup of the participants who met specified criteria regarding the development of persistent middle-ear effusion in the first 3 years of life. The children in the present study ($N$=113) all met the criteria for the randomized clinical trial (although the parents of 4 of the children withheld permission for randomization). Table 1 shows selected characteristics of the sample. (Among the children in the larger study who did not meet randomization criteria, only a few had undergone all of the tests required for the present analysis; to avoid potential confounding we did not include those children in the present sample.) Information about maternal education was obtained at enrollment by asking the parent to indicate the mother's highest level of academic achievement. Of the 113 mothers, 12.4% had failed to complete high school, and 11.5% were college graduates. Over half of the children qualified for Medicaid, and approximately one third were Black. This sample contained a greater proportion of children of low SES than did the larger study population as a whole because all of the children in the present sample had had sufficiently persistent middle-ear effusion to qualify them for the larger study's randomized trial and because chronic otitis media is particularly prevalent among socioeconomically disadvantaged children (Paradise et al., 1997). The present sample also contains a greater proportion of children of low SES than did the norming sample for the CDI (Fenson et al., 1993).

Results from the larger study suggest strongly that chronic otitis media within the duration limits we studied does not adversely affect language development. In the randomized clinical trial, we found no differences in indexes of language development at ages 3 and 4 years between children who received tympanostomy tubes promptly after reaching the threshold of otitis media required for randomization and children assigned to undergo a period of watchful waiting, in most of whom otitis resolved and tubes were never inserted (Paradise, Dollaghan, et al., 2003; Paradise, Feldman, et al., 2001; Paradise et al., 2003). Although, in the associational component of the larger study, we found weak negative correlations between the duration of otitis media on the one hand, and scores on certain measures of language development, on the other hand (Feldman et al., 2003; Feldman et al., 1999; Paradise et al., 2000), we believe that those negative associations reflect the likelihood that both otitis media and relatively unfavorable developmental outcomes may be influenced by other common underlying factors. For example, certain parenting practices, such as bottle propping in lieu of personal interaction, might lead to both increased cumulative duration of otitis media and low scores on tests of language functioning. Because of our negative findings at ages 3 and 4 years in the randomized clinical trial, we do not consider the duration of otitis media as a variable in the present study. With respect to the generalizability of the results reported here, we note that most studies of children's language development have failed to consider the children's prior histories of otitis media. Apart from the otitis media histories of the children in the present sample and their relatively low SES, these children seem representative of healthy Pittsburgh-area preschoolers. We therefore think that the results are likely to be generalizable to other healthy preschoolers.

*Obtaining the CDIs*

The appropriate version of the CDI was either mailed or handed to families 1 to 2 months before each child's first, second, and third birthdays, and the completed forms were usually obtained on or near their birthdays. Families received a bonus for having completed all or most of the study visits during the preceding year, in most instances, after the CDI was completed and returned to study personnel. Although CDI forms are designed to be self-explanatory (Fenson et al., 1993), study personnel assisted any parent who had difficulty in completing the forms independently because of low literacy, additional children in attendance, or a noisy environment. Rarely, it was necessary for study personnel to read the items to the parent or to mark the forms themselves. The date on which a questionnaire was received was considered the date of completion for the purpose of calculating the child's age, and fractions of a month were discounted.

*Measures*

**CDI–WS.** Parents or other caregivers completed the CDI–WS when children were two years of age. Analysis of the CDI–WS was restricted to three of the measure's five continuous interval scales: (a) Vocabulary Production, the number of vocabulary items that the child says from a list of 680 words; (b) Three Longest Sentences, the average number of words and morphemes (meaningful parts of words, such as *s* or *ed* at the end of words) in the child's three longest sentences; and (c) Sentence Complexity, the number of mature forms typical of the child's sentences, chosen by the parent from a list of 37 sentence pairs (such as "Kitty sleeps" vs. "Kitty sleep"). The two remaining scales (Word Forms— Irregular, Word Forms— Overgeneralized) had been included in the CDI because of theoretical interests in how children learn correct use of irregular nouns and verbs. However, how the rate of acquisition of these forms, particularly the overgeneralization of morphological structures (e.g., *feets* and *eated*), relates to later developmental standing is unclear. In addition, we previously found that on these scales, children with unfavorable sociodemographic profiles had higher scores than did children with favorable sociodemographic conditions. For these reasons, we decided against evaluating these scales in terms of predictive validity.

**CDI–III.** Parents or other caregivers completed the CDI–III when children were age 3 years. The CDI–III was constructed using principles similar to those used for the CDI–WS. The CDI–III has three parts, each yielding a continuous interval scale: (a) Vocabulary, the number of words the child says from a list of 100 words, comprising 45 words from the original CDI–WS and 55 more advanced words selected on the basis of literature review and pilot testing; (b) Sentences, the number of mature forms typical of the child's sentences from a list of 12 pairs, 5 from the original CDI–WS, and 7 new pairs; and (b) Using Language, the total number of affirmative answers to a list of 12 questions about language concepts and use such as, "Does your child ask questions with more than one word that begin 'what' or 'where'?"

**Scoring the CDIs.** Two trained research assistants completed the scoring independently and entered the data into two separate computer files. A computer program was used to compare the results from the two files, and any scoring discrepancies were reconciled by discussion. Hand scoring rather than optical scanning was used after it was found that the latter resulted in unacceptably high levels of errors, missing data, or both, primarily because adults completing the form had not made pencil marks large enough or dark enough for reliable scanning.

*Comprehensive Assessment at Age 3 Years*

**Formal testing.** Children were tested individually at the Children's Hospital of Pittsburgh under standardized conditions. Examiners

Case 1:08-cv-00249-MBH Document 13-29 Filed 04/17/2008 Page 54 of 75

were qualified professionals or graduate students whose interrater reliability for the tests concerned had been established previously. All examiners were unaware of the sociodemographic status of children's families, children's CDI scores, and children's cumulative duration of middle-ear effusion. The McCarthy Scales of Children's Abilities (McCarthy, 1972) were used to assess cognition and the PPVT–R (Dunn & Dunn, 1981) was used to assess receptive language. (To reduce the length of the testing session at Children's Hospital, some of the children from two of the participating practices who had to travel a substantial distance to participate were administered the PPVT–R at the participating practice office within 2 weeks of their original testing.)

**Samples of conversation at age 3.** After completion of each child's formal testing, a sample of the child's spontaneous conversation was audio-recorded for about 15 minutes during play with a set of toys, including kitchen utensils, food items, appliances, a miniature play house, furniture, and people. A parent or caregiver familiar to the child was present during the conversational sessions; the examiner was also present at some of the sessions. The adults were instructed to play and talk with the child as they would at home.

The conversations were recorded onto portable cassette recorders (Marantz PMD 201, Marantz Co Inc., Newton, MA) using both a wireless FM microphone (Telex WT-25, Telex Communications Inc., Minneapolis, MN) and a tabletop microphone (Radio Shack PZM, Radio Shack, Division of Tandy Corp., Fort Worth, TX). Transcribers used the tape with the better sound quality. Transcribers were trained research assistants, blind to the children's otitis media histories and sociodemographic characteristics. Samples were transcribed orthographically. Analysis was performed using the Systematic Analysis of Language Transcripts (SALT) computer program together with a set of transcription conventions to assure consistency. One study team investigator, Christine A. Dollaghan, reviewed all transcripts for consistency. After errors were corrected, SALT analyses were used to generate two measures: number of different words, a measure of word diversity, and mean length of utterance in morphemes (MLUm), a measure of sentence length and grammatical complexity.

*Analyses*

Descriptive statistics were obtained for the scales of the CDI–WS and the CDI–III in the present sample as a whole and in subgroups defined by sex and maternal education. Differences between subgroups were assessed using *t* tests and analysis of variance (ANOVA). Statistical significance was set at $p<.05$.

To assess concurrent validity, we calculated the degree of association between the continuous scale scores from the CDI–III and the scores

Case 1:08-cv-00249-MBH Document 13-29 Filed 04/17/2008 Page 55 of 75

on the age 3 assessment measures (McCarthy, PPVT–R, and conversational language sample), using Spearman correlation coefficients. Here, statistical significance was set at $p<.01$ to correct in part for multiple comparisons.

To assess predictive validity, we calculated the degree of association between the continuous scale scores from the CDI–WS and scores on the various age 3 assessment measures, again using Spearman correlation coefficients.

For calculation of the test characteristics of the CDI–WS in relation to the age 3 assessment measures, we first required definitions of the presence or absence of language delay at age 3. Because a consensus on the most useful measure of language delay has not been established, we used two definitions. The parent-report definition was based on the Vocabulary score on the CDI–III, and the conversation-derived definition was based on the number of different words from the conversational sample. There is also no consensus on what constitutes a significant level of delay on these measures. Therefore, we used three thresholds for each of the two definitions: the lowest 10th percentile, 1 *SD* below the mean (approximately the lowest 16th percentile), and the lowest 20th percentile.

For reasons described earlier, we used the Vocabulary Production scale scores on the CDI–WS as the screening test measure of interest. We generated an ROC curve for these CDI–WS scores in relation to each of the two measures of language delay at each of the three levels of performance and calculated the areas under the six respective curves. We then considered in each instance the sensitivity, specificity, positive predictive value, and negative predictive value that would result from each of several CDI–WS pass–fail cutoff scores. We chose the scores based on the norms for the Vocabulary Production scale reported in the test manual (Fenson et al., 1993). The manual calculated the percentile scores for boys and girls separately. However, in the interest of simplicity we chose to use a single cutoff score regardless of gender. Accordingly, for the present analysis we used the arithmetic mean of values for boys and girls at 24 months of age for the 5th, 10th, 15th, 20th, and 25th percentiles, respectively.

We repeated the same procedures for cognitive delay using the McCarthy General Cognitive Index (GCI) (McCarthy, 1972) as the measure of cognitive delay at age 3 years. Because the McCarthy GCI is a standardized instrument, we defined cognitive delay as a score of less than 85 (1 *SD* below the population mean). Only 8 of the 113 children scored less than 85. We did not consider the 10th percentile threshold because the number of children would have been too small for making predictions.

Results Go to: Choose

*Scores on Predictor and Outcome Measures*

In our sample, the mean for Vocabulary Production for girls at age 24 months was 324, which was approximately the median for girls from the norming sample at age 23 months and the 40th percentile for girls at age 24 months (Fenson et al., 1994). The mean in our sample for boys was 265, which fell close to the median of 276 for boys in the norming sample.

Table 2 shows mean scores and standard deviations on the scales of the CDI–WS at age 2 years and of the CDI–III at age 3 years in relation to children's sex and to maternal education as a measure of SES. Girls had significantly higher scores than boys on all scales except the Sentence Complexity scale of the CDI–WS. The differences across subgroups according to maternal education were statistically significant for the Vocabulary Production and Three Longest Sentences scales of the CDI–WS and for the Sentences and Using Language scales of the CDI–III.

The mean scores of the children on the standardized tests and on the parent–child conversational measures at age 3 years did not differ appreciably from the mean scores of the entire group of 402 tested randomized children (Paradise et al., 2001). Mean scores on the McCarthy GCI ($M$=100.0, $SD$=14.6) and the McCarthy Verbal scale ($M$=49.1, $SD$=9.1) approached the respective population mean scores and standard deviations. However, the mean score on the PPVT ($M$=93.1, $SD$=14.3) was below the population mean score, presumably as a reflection of the relatively low SES of the study sample. The mean number of different words for the present sample at age 3 was 127.2 ($SD$=33.6), and the mean MLUm was 2.8 ($SD$=0.7).

*Correlations Between CDI Scores and Scores on Measures Obtained at Age 3 Years*

Table 3 shows the correlations between scores on the CDI–WS at age 2 years and scores on the corresponding scales of the CDI–III at age 3 years. All of the correlations were statistically significant.

Table 4 summarizes correlations between scores on both the CDI–III and the CDI–WS, and scores obtained at age 3 years on the three standardized tests (McCarthy GCI, McCarthy Verbal scale, and PPVT–R) and on the conversational language measures (number of different words and MLUm). Correlations between scores on all three scales of the CDI–III and scores on each of the age 3 standardized tests and conversational language measures were statistically significant. Correlations between scores on the CDI–WS Vocabulary Production and Three Longest Sentences scales and scores on all three age 3 standardized tests and conversational language measures were also statistically significant. However,

Case 1:08-cv-00249-MBH Document 13-29 Filed 04/17/2008 Page 57 of 75

correlations between scores on the CDI–WS Sentence Complexity scale and scores on all age 3 measures were not significant. It should be noted that scores on the latter scale were available for only 80 of the 113 children because of difficulty experienced by some parents in completing all of the scale's items.

*ROC Curves*

The areas under the ROC curves for CDI–WS Vocabulary Production scores in relation to parent-reported language delay—defined, respectively, as Vocabulary score on the CDI–III below the 10th percentile, or 1 *SD* below the mean, or below the 20th percentile—were 0.79, 0.77, and 0.78, respectively. The areas under the ROC curves for CDI–WS Vocabulary Production scores in relation to the conversation-derived measure of language delay—defined, respectively, as the number of different words in the age 3 conversational sample below the 10th percentile, or 1 *SD* below the mean, or below the 20th percentile—were 0.76, 0.77, and 0.72, respectively. The area under the ROC curve for CDI–WS Vocabulary Production scores in relation to cognitive delay at age 3—defined as 1 *SD* below the mean on the McCarthy GCI—was 0.83. Based on these analyses and in the interest of uniformity, we chose to define language delay, for both the parent-reported and conversation-derived measures, as 1 *SD* below the mean.

*Test Characteristics of the CDI–WS Vocabulary Production Score at Age 2 Years*

**Language delay at age 3 years.** Table 5 shows the specificity, sensitivity, positive predictive value, and negative predictive value of different, arbitrarily chosen cutoff scores on the Vocabulary Production scale of the CDI–WS in relation to the two definitions of language delay at age 3 years. At each cutoff level shown, specificity was higher than sensitivity, and negative predictive value was higher than positive predictive value. In addition, negative predictive value remained relatively high at each of the levels.

**Cognitive delay at age 3 years.** Table 6 shows the sensitivity, specificity, positive predictive value, and negative predictive value of the same arbitrarily chosen cutoff scores in relation to cognitive delay at age 3 years. At all cutoff scores, positive predictive value was low and negative predictive value was high.

## Discussion

Go to: Choose

Because of the increasing popularity of the CDI in large-scale research studies on child language and the persistent controversies regarding the accuracy of parent reports of language development, we assessed the concurrent validity of the CDI–III at age 3 years and the predictive validity of the CDI–WS at age 2 years by evaluating

the degree of association between scores on these measures and scores at age 3 years on five measures: the McCarthy GCI, the McCarthy Verbal scale, and the PPVT–R, and the number of different words and MLUm derived from analyses of parent–child conversations. Regarding concurrent validity, we found that correlations between scores on all three scales of the CDI–III and scores on the other measures obtained at the same age were positive and statistically significant. These results suggest that the CDI–III has reasonable concurrent validity. Regarding predictive validity, correlations between scores on two of three scales of the CDI–WS and scores on the five measures obtained at age 3 years were positive and statistically significant. ROC curves for scores on the Vocabulary Production scale of the CDI–WS in relation to two definitions for language delay at age 3 years and in relation to cognitive delay at age 3 years indicate that this CDI–WS scale provided fair to good diagnostic accuracy overall. However, whereas the negative predictive values of scores on this scale were relatively high, the positive predictive values were low.

The results of this study are consistent with those in previous reports. The predominance of the evidence suggests that parents are reasonably good informants about their child's expressive language development, at least beginning from ages 18 to 30 months, when contemporaneous validity is established by diary study (Robinson & Mervis, 1999) or by formal testing (Rescorla & Alley, 2001; Rescorla, Roberts, & Dahlsgaard, 1997). Previous studies have found that the accuracy of parent reports about language comprehension skills at several ages is poorer than that about language production skills (Feldman et al., 2000; Ireton & Glascoe, 1995; Westerlund & Sundelin, 2000). The CDI–WS does not include an assessment of comprehension, precisely because of the poor validity of parent reports in this subdomain at this age.

Concerns have been raised about the accuracy of reports by parents of low SES in particular. In one study, African American parents of low SES appeared to underestimate the size of their children's vocabularies (Roberts, Burchinal, & Durham, 1999). In another study, parents of low SES appeared to overestimate production of irregular verbs and overregularization—measures therefore not included in the present study—but not to overestimate productive vocabulary or sentence complexity at the same ages (Feldman et al., 2000). On the other hand, in a New Zealand study, parents of low SES provided results of high reliability and validity (Reese & Read, 2000). In the present study we found that at both ages 2 and 3 years, scores on the various scales were in the predicted direction, in that girls performed better than boys and children of upper SES performed better than children of lower SES.

The correlation coefficients for concurrent validity were very similar to the correlations between scores on the CDI–III Vocabulary scale

Case 1:08-cv-00249-MBH Document 13-29 Filed 04/17/2008 Page 59 of 75

and scores on the McCarthy Verbal scale reported by Oliver et al. (2002) in a sample of 85 British 3-year-olds. These results are encouraging for the appropriateness of using the CDI–III in large-sample studies.

The predictive validity of the CDI–WS at age 2 years, as measured by correlation coefficients in relation to laboratory measures at age 3 years, was moderate, although the correlations with those measures were lower than those of the CDI–III with the same measures. As part of the assessment of predictive validity, we evaluated the Vocabulary Production score of the CDI–WS at age 2 years in relation to different definitions of language delay and in relation to cognitive delay at age 3 years. In these analyses, we divided children into two categories on the basis of positive or negative outcomes, that is, the presence or absence of arbitrarily defined language or cognitive delay. The estimated prevalence of language delay at age 3 differed as a function of the definition used. For example, using the threshold of 1 *SD* below the mean on the CDI–III, 26.4% of the children were categorized as having language delay, whereas using the threshold of 1 *SD* below the mean on the number of different words from the conversational sample, 16.0% were categorized as having language delay. We generated ROC curves for the Vocabulary Production score at age 2 as a screening test in relation to different definitions and different thresholds of language and cognitive delay at age 3. In each case, the area under the ROC curve ranged from 0.72 to 0.83. These values indicate that the screening test has fair to good diagnostic accuracy.

Irrespective of the thresholds chosen to define language and cognitive delay, we found that the negative predictive value of the CDI–WS Vocabulary Production scale was consistently higher than the positive predictive value. For example, regarding cognitive delay at age 3 years, 90% of the children with scores above the 5th percentile at age 2 years scored more than 1 *SD* below the mean at age 3 years, but so did 37% of children in the lowest 5th percentile at age 2 years. The findings in the present study are thus similar to those reported in a large sample of twins in the United Kingdom by Dale et al. (2003). In that sample, whereas 91.5% of a group of children who seemed to be developing normally at age 2 years had normal language development at age 4 years, 56% of a group of children with language delay at age 2 years had normal language development at age 3 years and 60% had normal language development at age 4 years. As noted earlier in the discussion of correlational measures of predictive validity, the present results cannot distinguish between the possibility that some screening tests, such as the CDI–WS, are less discriminating than other measures and the possibility that, regardless of assessment method, early performance is only loosely associated with later abilities. The high specificity and negative predictive value of the CDI–WS suggest that success in the early stages of language development tends to bode

well, in that most children developing at normal rates early in life continue to do so. On the other hand, the limited sensitivity and positive predictive value of the test suggest that some children with seemingly normal early development show delays at later ages, whereas many children whose initial developmental progress is slow increase their rate of development to catch up with previously typically developing peers. The rate of early language development thus appears to be an imperfect predictor of the rate of later language development and of the ultimate level of language skills in the children.

In summary, the concurrent validity of the CDI–III and the predictive validity of two scales of the CDI–WS were, in general, fair to good. Parents, irrespective of SES, were generally able to provide accurate information about their children's language by age 2 years. The Vocabulary Production scales of the CDI–WS at age 2 years had moderately high specificity and negative predictive value for language delay and cognitive delay at age 3 years, but limited sensitivity and limited positive predictive value. We thus concur with Dale et al. (2003) that prediction of outcomes at ages 3 or 4 years on the basis of only the CDI–WS Vocabulary Production data collected when the children are age 2 years is too uncertain to be used for many clinical or research purposes.

Future research should test whether measures of early child language other than the size of the vocabulary or the mean length of sentences provide more accurate predictions of which children will have persistent delays. In addition, future studies should consider the contribution of other factors, such as a positive family history of language disorders or delays, to the prediction of language delay. The findings of such research might contribute to theories of language development as well as assist clinicians and public planners in designing accurate screening procedures.

## References

Go to: Choose

- Altman, D. G., & Bland, J. M. (1994a). Statistics notes: Diagnostic tests 1: Sensitivity and specificity. *British Medical Journal*, **308**, 1552.
- Altman, D. G., & Bland, J. M. (1994b). Statistics notes: Diagnostic tests 2: Predictive values. *British Medical Journal*, **309**, 102.
- Altman, D. G., & Bland, J. M. (1994c). Statistics notes: Diagnostic tests 3: Receiver operating characteristic plots. *British Medical Journal*, **309**, 188.

Bornstein, M. H., & Haynes, O. M. (1998). Vocabulary

Case 1:08-cv-00249-MBH Document 13-29 Filed 04/17/2008 Page 61 of 75


- competence in early childhood: Measurement, latent construct, and predictive validity. *Child Development.*, **69**, 654–671.

- Caselli, M. C., Vicari, S., Longobardi, E., Lami, L., Pizzoli, C., & Stella, G. (1998). Gestures and words in early development of children with down syndrome. *Journal of Speech, Language, & Hearing Research*, **41**, 1125–1135.

- Clark, J. G., Jorgensen, S. K., & Blondeau, R. (1995). Investigating the validity of the clinical linguistic auditory milestone scale. *International Journal of Pediatric Otorhinolaryngology*, **31**, 63–75.

- Dale, P. S. (1991). The validity of a parent report measure of vocabulary and syntax at 24 months. *Journal of Speech, Language, & Hearing Research*, **34**, 565–571.

- Dale, P. S. (1996). Parent report assessment of language and communication. In K. N. Cole, P. S. Dale, & D. J. Thal (Eds.), *Assessment of communication and language* (pp. 161–182). Baltimore: Brookes.

- Dale, P. S., Bates, E., Reznick, J. S., & Morisset, C. (1989). The validity of a parent report instrument of child language at twenty months. *Journal of Child Language*, **16**, 239–249.

- Dale, P. S., Price, T. S., Bishop, D. V. M., & Plomin, R. (2003). Outcomes of early language delay: I. Predicting persistent and transient language difficulties at 3 and 4 years. *Journal of Speech, Language, & Hearing Research*, **46**, 544–560.

- Dale, P. S., Reznick, J. S., Thal, D., & Marchman, V. A. (2001). *A parent report measure of language development for three-year-olds*. Unpublished manuscript, University of Missouri–Columbia

- Daniels, J. L., Longnecker, M. P., Rowland, A. S., & Golding, J. (2004). Fish intake during pregnancy and early cognitive development of offspring. *Epidemiology*, **15**, 394–402.

- Dionne, G., Dale, P. S., Boivin, M., & Plomin, R. (2003). Genetic evidence for bidirectional effects of early lexical and grammatical development. *Child Development*, **74**, 394–412.

- Dollaghan, C. A., Campbell, T. F., Paradise, J. L., Feldman, H. M., Janosky, J. E., Pitcairn, D. N., *et al.* (1999). Maternal education and measures of early speech and language. *Journal of Speech, Language, & Hearing Research*, **42**, 1432–1443.

- Dunn, L. M., & Dunn, L. M. (1981). *Peabody Picture Vocabulary Test–Revised.* Circle Pines, MN: American Guidance Service.
- Feldman, H. M., Dollaghan, C. A., Campbell, T. F., Colborn, D. K., Janosky, J., Kurs-Lasky, M., *et al.* (2003). Parent-reported language skills in relation to otitis media during the first 3 years of life. *Journal of Speech Language, & Hearing Research*, **46**, 273–287.
- Feldman, H. M., Dollaghan, C. A., Campbell, T. F., Colborn, D. K., Kurs-Lasky, M., Janosky, J. E., *et al.* (1999). Parent-reported language and communication skills at ages 1 and 2 years in relation to otitis media in the first two years of life. *Pediatrics*, **104**, e52.
- Feldman, H. M., Dollaghan, C. A., Campbell, T. F., Kurs-Lasky, M., Janosky, J. E., & Paradise, J. L. (2000). Measurement properties of the MacArthur Communicative Development Inventories at ages 1 and 2 years. *Child Development*, **71**, 310–322.
- Fenson, L., Dale, P. S., Reznick, J. S., Bates, E., Thal, D. J., & Pethick, S. J. (1994). Variability in early communicative development. *Monographs of the Society for Research in Child Development*, **59**, 1–185.
- Fenson, L., Dale, P. S., Reznick, J. S., Thal, D., Bates, E., Hartung, J. P., *et al.* (1993). *The MacArthur Communicative Development Inventories: User's guide and technical manual.* San Diego, CA: Singular.
- Hoff, E. (2003). The specificity of environmental influence: Socioeconomic status affects early vocabulary development via maternal speech. *Child Development*, **74**, 1368–1378.
- Horwitz, S. M., Irwin, J. R., Briggs-Gowan, M. J., Bosson Heenan, J. M., Mendoza, J., & Carter, A. S. (2003). Language delay in a community cohort of young children. *Journal of the American Academy of Child & Adolescent Psychiatry*, **42**, 932–940.
- Ireton, H., & Glascoe, F. P. (1995). Assessing children's development using parents' reports. The Child Development Inventory. *Clinical Pediatrics*, **34**, 248–255.
- Landry, S. H., Smith, K. E., & Swank, P. R. (2002). Environmental effects on language development in normal and high-risk child populations. *Seminars in Pediatric Neurology*, **9**,

192–200.

- McCarthy, D. (1972). *McCarthy Scales of Children's Abilities*. San Antonio, TX: Psychological Corp.
- Mervis, C. B., & Robinson, B. F. (2000). Expressive vocabulary ability of toddlers with Williams syndrome or Down syndrome: A comparison. *Developmental Neuropsychology*, **17**, 111–126.
- Miller, J. F., Sedey, A. L., & Miolo, G. (1995). Validity of parent report measures of vocabulary development for children with Down syndrome. *Journal of Speech, Language, & Hearing Research*, **38**, 1037–1044.
- Oliver, B., Dale, P. S., Saudino, K. J., Petrill, S. A., Pike, A., & Plomin, R. (2002). The validity of a parent-based assessment of the nonverbal cognitive abilities of three-year-olds. *Early Child Development and Care*, **17**, 337–348.
- Paradise, J. L., Dollaghan, C. A., Campbell, T. F., Feldman, H. M., Bernard, B. S., Colborn, D. K., *et al*. (2000). Language, speech sound production, and cognition in three-year-old children in relation to otitis media in their first three years of life. *Pediatrics*, **105**, 1119–1130.
- Paradise, J. L., Dollaghan, C. A., Campbell, T. F., Feldman, H. M., Bernard, B. S., Colborn, D. K., *et al*. (2003). Otitis media and tympanostomy tube insertion during the first three years of life: Developmental outcomes at the age of four years. *Pediatrics*, **112**, 265–277.
- Paradise, J. L., Feldman, H. M., Campbell, T. F., Dollaghan, C. A., Colborn, D. K., Bernard, B. S., *et al*. (2001). Effect of early or delayed insertion of tympanostomy tubes for persistent otitis media on developmental outcomes at the age of three years. *New England Journal of Medicine*, **344**, 1179–1187.
- Paradise, J. L., Feldman, H. M., Campbell, T. F., Dollaghan, C. A., Colborn, D. K., Bernard, B. S., *et al*. (2003). Early versus delayed insertion of tympanostomy tubes for persistent otitis media: Developmental outcomes at the age of three years in relation to prerandomization illness patterns and hearing levels. *Pediatric Infectious Disease Journal*, **22**, 309–314.
- Paradise, J. L., Feldman, H. M., Colborn, D. K., Campbell, T. F., Dollaghan, C. A., Rockette, H. E., *et al*. (1999). Parental stress and parent-rated child behavior in relation to otitis media in the first three years of life. *Pediatrics*, **104**, 1264–1273.

- Paradise, J. L., Rockette, H. E., Colborn, D. K., Bernard, B. S., Smith, C. S., Kurs-Lasky, M., *et al.* (1997). Otitis media in 2253 Pittsburgh-area infants: Prevalence and risk factors during the first two years of life. *Pediatrics*, **99**, 318–333.

- Price, T. S., Eley, T. C., Dale, P. S., Stevenson, J., Saudino, K., & Plomin, R. (2000). Genetic and environmental covariation between verbal and nonverbal cognitive development in infancy. *Child Development*, **71**, 948–959.

- Ratner, N. B., & Silverman, S. (2000). Parental perceptions of children's communicative development at stuttering onset. *Journal of Speech, Language, & Hearing Research*, **43**, 1252–1263.

- Reese, E., & Read, S. (2000). Predictive validity of the New Zealand MacArthur Communicative Development Inventory: Words and Sentences. *Journal of Child Language*, **27**, 255–266.

- Rescorla, L. (1989). The Language Development Survey: A screening tool for delayed language in toddlers. *Journal of Speech & Hearing Disorders*, **54**, 587–599.

- Rescorla, L., & Alley, A. (2001). Validation of the language development survey (LDS): A parent report tool for identifying language delay in toddlers. *Journal of Speech, Language, & Hearing Research*, **44**, 434–445.

- Rescorla, L., Roberts, J., & Dahlsgaard, K. (1997). Late talkers at 2: Outcome at age 3. *Journal of Speech, Language, & Hearing Research*, **40**, 556–566.

- Roberts, J. E., Burchinal, M., & Durham, M. (1999). Parents' report of vocabulary and grammatical development of African American preschoolers: Child and environmental associations. *Child Development*, **70**, 92–106.

- Roberts, J. E., Burchinal, M. R., Zeisel, S. A., Neebe, E. C., Hooper, S. R., Roush, J., *et al.* (1998). Otitis media, the caregiving environment, and language and cognitive outcomes at 2 years. *Pediatrics*, **102**, 346–354.

- Robinson, B. F., & Mervis, C. B. (1999). Comparing productive vocabulary measures from the CDI and a systematic diary study. *Journal of Child Language*, **26**, 177–185.

Thal, D., Jackson-Maldonado, D., & Acosta, D. (2000). Validity

- of a parent-report measure of vocabulary and grammar for Spanish-speaking toddlers. *Journal of Speech, Language, & Hearing Research*, **43**, 1087–1100.

- Thal, D. J., O'Hanlon, L., Clemmons, M., & Fralin, L. (1999). Validity of a parent report measure of vocabulary and syntax for preschool children with language impairment. *Journal of Speech, Language, & Hearing Research*, **42**, 482–496.

- Thal, D., Tobias, S., & Morrison, D. (1991). Language and gesture in late talkers: A 1-year follow-up. *Journal of Speech, Language, & Hearing Research*, **34**, 604–612.
- Tsao, F. M., Liu, H. M., & Kuhl, P. K. (2004). Speech perception in infancy predicts language development in the second year of life: A longitudinal study. *Child Development*, **75**, 1067–1084.

- Westerlund, M., & Sundelin, C. (2000). Screening for developmental language disability in 3-year-old children. Experiences from a field study in a Swedish municipality. *Child: Care, Health & Development*, **26**, 91–110.

**Footnotes**

This work was supported by grant HD26026 from the National Institute of Child Health and Human Development and the Agency for Healthcare Research and Quality, by grants MCJ 429414 and T73 MC 00036-04 from the Maternal and Child Health Bureau, and by gifts from GlaxoSmithKline and Pfizer Inc. The following individuals provided valuable assistance in the study: Tracy L. Balentine, RN; Beverly S. Bernard, RN, BS; Kathleen A. Cecotti, BS; Sharon A. DiBridge, BS; Irene A. Fabian, CRNP; Nancy J. Guerra, CRNP; Toni L. McKeever; Evelyn S. Palochak, RN; Dayna L. Pitcairn, MA; Karen S. Pourboghrat, BA; Robin E. Rice, BS; Diane L. Sabo, PhD; Joan E. Schiebel, RN; Clyde G. Smith, MS; and Ida Smith. We are indebted to the practicing pediatricians who participated in executing the study and to the parents who completed the questionnaires. We also are grateful to Larry Fenson and the late Elizabeth Bates for helpful consultation regarding the MacArthur-Bates Communicative Development Inventories.

Volume 76 Issue 4 Page 856 - July 2005

Blackwell Synergy® is a Blackwell Publishing, Inc. registered trademark
More information about Blackwell Synergy - online journals from www.blackwellpublishing.com.
We welcome your Feedback. See our Privacy Statement and Terms and Conditions.
Technology Partner - Atypon Systems, Inc.

CrossRef | Project Counter | Blackwell Publishing

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Friday, November 04, 2005 1:13 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Re: Bayley and NNNS

Gary and Carol, I quickly read your e-mail and it sounds very worthwhile. I am looking forward to talking about it on Wednesday. Thanks for all your intensive thinking and work. I like the idea of starting with a research version of the Bayley at 12 months. In addition to the points you make below about the merits of this approach, I was also thinking that while the concurrent validity of the Bayley may be super, past literature about the predictive validity of Bayley # 1 showed that meaningful prediction to future development starts at 14 months. Bayley III could give us better prediction from earlier ages but we don't know for sure. I sent last night e-mail to Barry Lester and to Vince Smeriglio about the NNNS and am looking forward to hearing from them. If I don't hear before long, I will write to Ed Tronick. The NNNS has an advantage over the Brazelton because the Brazelton calls for getting the best behavior out of the child (optimal rather than modal or average) and relies very heavily on the skill of the examiner in bringing out the best in the child. The NNNS calls for a more standardized administration and does not require that the examiner possess the art of communicating optimally with babies. I don't think any of the other measures would have training manuals that are appropriate for the NCS's purposes. The NNNS was administered in a multi-site study so its manuals would be the best in the field. I am looking forward to talking on Wednesday. If you can send me the technical manual for Bayley III, I will appreciate it. Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.COM]
**Sent:** Friday, November 04, 2005 11:00 AM
**To:** NEURO_MEASGRP-L@LIST.NIH.GOV
**Subject:** Re: Bayley and NNNS

Hi, I'm glad you had a chance to look at the articles. I was not totally against the NNNS, but I was concerned about the lack of good psychometric evidence and the apparent contradiction over the authors recommendations about is use in normal samples. I agree that those are all important domains to measure, and practically all of the tests I've been looking at, including the NAPI and the APIB, measure these domains.

I also have had a chance to do some reading of executive function and I agree that it is an important narrow-band construct to measure especially early in infancy (and this includes memory and attention). The trick is to find measures that don't require a lot of apparatus

or complex coding procedures.

Along these lines, Carol and I have been giving thought to the following plan, and this is only a suggestion but I think it is worth our thinking about: The NNNS (or comparable measure) would be used at the one-month assessment (I think during a clinical or doc visit?). At the six-month home visit, we ONLY use a set of executive functioning measures (which could parallel the domains measured at one-month along the lines of measuring growth in infant behavioral organization) and not a broad-based cognitive measure such as the Bayley. We then introduce the Bayley-3 short form at 12-months, and retain at least one of the executive functioning measures at this data collection point (so that we can assess overlap with the Bayley-3 and also change from six-months). At 18-months we only use the Bayley-3 short form and pick up a measure of executive functioning for preschoolers at the 36-month assessment.

This plan has several advantages. First, it puts the measurement squarely in those domains considered most crucial for determining effects of early exposure to contaminants, and these measures can be used for predictive validity with later cognitive functioning. Second, it gives us time to develop the short form Bayley-3 for 12- and 18-months, possibly field test it, and develop training protocols. Third, by using the Bayley-3 at two relatively close measurement points, we may only need to develop one short-form version that covers a wide range of abilities from 1-2 months less than the 12-month age to 1-2 months greater than the 18-month age (to ensure proper basal and ceiling coverage). Finally, Bayley's done in fairly close proximity in age can then be used to measure growth curves (although the downside is that we will not have a third data point until 36-months or whenever the next data collection point).

Anyway, this is just our thinking at this point, and I look forward to hearing your opinions, thoughts.

Gary

-----Original Message-----
**From:** Neurodevelopmental Outcome Measures GroupNCS [mailto:NEURO_MEASGRP-L@LIST.NIH.GOV]
**On Behalf Of** Friedman, Sarah (NIH/NICHD)
**Sent:** Thursday, November 03, 2005 5:42 PM
**To:** NEURO_MEASGRP-L@LIST.NIH.GOV
**Subject:** Bayley and NNNS

Gary,

Thanks for your e-mail below.

I like the idea of using a shortened research Bayley in parallel with some specialty tests of cognitive and language development. Based on the examples of items that WESTAT pulled from Bayley III in the area of attention, I suspect that we will be sorry if we don't have more detailed information about the children's attention. But as you already know, I need to study the Bayley III before I can talk intelligently about it.

I am sorry but I am not familiar with the NAPI. I now read parts of the Pediatrics publications that you circulated about the NNNS. I am sorry I did not find the time to read them before yesterday's meeting. Now that I read them I think that we will do well to go with the NNNS. I think we should talk or correspond with Barry Lester and/or Ed Tronick about the goals of our study and ask them if and how the assessment should/can be adapted for a sample like the one in the NCS. Just based on reading the publications, it seems to me that it is worth it to assess all children on all the categories of the NNNS scale and to find that

most children do not show tremors, high excitability, lethargy, asymmetry etc. But some would. Most likely their responses will not be as deviant as those of children exposed to drugs in uterus, but still their responses may deviate from the normal range. Also, the exam will tell us about individual differences in habituation, attention, arousal, and regulation—precursors of executive function.

Shall we talk about this again at the next meeting or do you want to talk about this before then?

Sarah.

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.com]
**Sent:** Thursday, November 03, 2005 1:00 PM
**To:** Friedman, Sarah (NIH/NICHD); Alexa Fraser; Shih, Regina (NIH/NICHD) [F]; Mary Dingwall; Carol Andreassen; JEllenbe@cceb.upenn.edu
**Subject:** RE: Bayley II resarch version

Westat developed the BSID-R (research edition) for the ECLS-B study using IRT analyses of the Bayley-II standardization dataset. It significantly shortened the amount of time of the child assessment, made training easier and scoring was more reliable, but as a result it only focused on the age range needed for ECLS-B data collection, which was 9 month and 24-months. While we've given some consideration to using it in this study, I think we would want to take advantage both of the updated normative data available on the Bayley-3 from their newer standardization sample and the IRT analyses they've already conducted on the Bayley-3 items. It might be possible to pull out a comparable "short form" specifically focused on the ages of the planned child assessments in the NCS, which are 6-, 12-, and 18-months. The advantages would be fewer items within each of the three age ranges and a short form that retains most of the psychometric properties of the full measure. One other "minor" issue with the BSID-R is that it is owned currently by the Department of Education (sponsors of the ECLS-B) and does not seem available to us even if we wanted to use it (but I do not know exactly the story or the current status of the measure).

By the way, what do you you or Regina know about the NAPI (Neurobehavioral Assessment of the Preterm Infant), developed by Anneliese Korner (see her article in Child Development, 1991 Vol62, 5, 1200-1208)? While it focuses on preterm infant behavioral organization, it does show promise for use with full-term infants and in one study I read it predicted Bayley MDI scores at 6- and 12-months. Problem is that nowhere does it say how long it takes to administer! There is a lot of item overlap with the NBAS and the NNNS so I'm guessing it might take about the same amount of time as those (30 minutes).

Gary

-----Original Message-----
**From:** Friedman, Sarah (NIH/NICHD) [mailto:friedmas@exchange.nih.gov]
**Sent:** Thursday, November 03, 2005 12:18 PM
**To:** Alexa Fraser; Shih, Regina (NIH/NICHD) [F]; Mary Dingwall; Carol Andreassen; Gary Resnick; JEllenbe@cceb.upenn.edu
**Cc:** Friedman, Sarah (NIH/NICHD)
**Subject:** Bayley II resarch version

Gary, In our first meeting you mentioned the Bayley II research version. Can you tell us more about how it was created and validated? Does it have a track record in terms of published or in press papers? Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Alexa Fraser [mailto:FRASERA1@WESTAT.com]
**Sent:** Thursday, November 03, 2005 11:38 AM
**To:** Friedman, Sarah (NIH/NICHD); Shih, Regina (NIH/NICHD) [F]; Mary Dingwall; Carol Andreassen; Gary Resnick; JEllenbe@cceb.upenn.edu
**Subject:** RE: Highlights from our meeting today

Sarah,

Thanks so much for these. This is very helpful.

I did want to clarify what the PO has asked our minutes to focus on. The PO has complained in the past about minutes that are "transcripts". They have asked instead for minutes that are a distillation of the meeting, and are focused on action items and decisions. I know we are very concerned about documenting not only what decisions are - but the why of decisions. I certainly agree with that plan. In addition, Mary will keep a paper folder with all handouts from all meetings attached to the minutes of the meeting. That will allow us to document what inputs went into a decision. Your summaries, Sarah, will also be included in that official record.

Sarah, I also appreciate your asking the questions of the PO that you have. I look forward to hearing the answers. Regina, thanks to you also for your prompt summary of your conversation with Ruth B.

This group is off and running in a very productive way.

Best,

Alexa

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Wed 11/2/2005 8:57 PM
**To:** Shih, Regina (NIH/NICHD) [F]; resnicg1@westat.com; frasera1@westat.com; andreac1@westat.com; dingwam1@westat.com; JEllenbe@cceb.upenn.edu
**Cc:** Knox, Sarah (NIH/NICHD); Brenner, Ruth (NIH/NICHD); Friedman, Sarah (NIH/NICHD)
**Subject:** Highlights from our meeting today

Greetings,

We had a very productive meeting today. Here is what I remember from the meeting. I will be waiting to see the full minutes.

We talked about the Mullen and the Bayley III. It appears that while the Mullen is good for distinguishing children with a diagnosis of autism from those with no such diagnosis, the Mullen may not be sensitive enough to pick up soft signs or to differentiate fine individual differences within the normal range. The Bayley III just came out and I worry about introducing into the study a test about which there is no scientific literature. [I learned from Helena Kraemer of Stanford that it is a mistake to introduce untried assessments into large cohort studies and was sorry when I did not heed her advice]. Also, it is a test that tries to get at all the neurodevelopmental outcomes that we are interested in. But for each construct the number of items is very small and the validity of these items as a sufficient test of individual differences in terms of the construct seems to me to be in question. I will study the technical manual for the test and will keep an open mind.

We also talked about the NNNS and we came to the conclusion that it was not appropriate for our study since it is specifically a test for the neurological integrity of children at very high risks in terms exposure to hard drugs. We will be looking for other measures, possibly one of the traditional neurological exams (Dubowitz?) or a shortened Brazelton.

At our next meeting we will continue to talk about the pros and cons for Bayley III. We will compare the Preschool Language Scale (#4) with the MacArthur-Bates CDI and start to talk about assessments of executive functions. The latter would be most important for detecting effects of environmental toxins.

Regina will provide us with a list of all the measures that were proposed by the various experts/groups that recommended measures and will indicate why those that did not make it to Robin's list were rejected. This information will be included in the historical record of decisions made for the study.

It became clear to me that I need NICHD input on the following:

1. What is the role of the neurodevelopmental group in that process of reaching decisions about the assessments to be used in the study?
2. Who is the final decision maker on the final neurodevelopmental measures?

Last but not least, after our meeting I wrote Carolyn Hamilton asking her to create an NIH listserve for our group, so we will be able to send our mail to that list and not need to type all the e-mail addresses every time we want to send an e-mail to all.

I am looking forward to our next meeting.

Sarah.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Thursday, November 10, 2005 10:26 AM
**To:** List NEURO_MEASGRP-L
**Subject:** Re: More questions about the NNNS-correspondence with Barry Lester 11/9-11/10.

Just discovered we are in November. Sorry.

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Thursday, November 10, 2005 9:56 AM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: More questions about the NNNS-correspondence with Barry Lester 11/9-11/10.

---

**From:** Barry Lester [mailto:Barry_Lester@brown.edu]
**Sent:** Thursday, November 10, 2005 8:44 AM
**To:** Friedman, Sarah (NIH/NICHD)
**Subject:** Re: More questions about the NNNS.

Hi Sara,

I am about to catch a plane but I will see Ed this week-end and discuss this with him. One thought I had is that we could define a term drug free subgroup in MLS and run whatever analysis you are interested in. The MLS control group does have some range of alcohol, tobacco and marijuana. In the National Children's Study I assume there will be some minimal amount of at least alcohol and tobacco exposure, since almost 20% of deliveries have some exposure to one or both of these substances. If you tell me what your cutoff might be for alcohol and tobacco (assuming no marijuana) could see how large a sample we have and then work together to see what information you want.

Hello Barry,š

Our small NICHD-Westat group met this afternoon and one item on our agenda was to discuss the NNNS.š In order to recommend the test for use in the National Children's Study, we would need to present strong psychometric data for the test.š We wondered if you could share with us some psychometric properties of the NNNS, beyond those reported in the Pediatrics papers.š Alternatively, you can direct us to other published papers.š Especially, we are interested in psychometric properties of the test for children who are full term and who do not have a diagnosis of exposure to drugs.

Gary Resnick of Westat summarized information from your group's papers as follows:

Test-Retest Reliability (time period)
Ranged from 0.30 to 0.44 (for intervals of 34, 40 and 44 weeks)
Internal Consistency (Cronbach's Alpha)
For the 13 summary scores, alpha's ranged from .37 to .85.š However, only 5 of the 13 scores had alpha's above the minimal acceptable level of .70

Inter-rater Reliability
Reliability was set to the criteria used on other neurobehavioral examinations of no more than two 2-point disagreements on items with ™9 scale points, and for items with ™5 scale points, agreement had to be exact with no more than 5 disagreements. However, inter-rater reliability was not reported.
Concurrent Validity (other tests)

Discriminant Validity (samples)
Significant differences between infants with cocaine and alcohol exposure compared with infants with alcohol exposure alone and those without prenatal drug exposure.
In a drug treatment study of infants with neonatal opiate withdrawal syndrome, were compared with infants treated with DTO and Phenobarbital. were more alert and interactive with their environment, had smoother movements, were physically easier to handle, and were less stressed during the first 3 weeks compared with infants treated with diluted tincture of opium (DTO) alone.
NNNS is sensitive to the neurotoxic effects of prenatal tobacco exposure and neonatal withdrawal from nicotine.

Other Strengths
The NNNS is appropriate for some uses and not appropriate for others. The NNNS is best suited for use with infants at risk, term or preterm, when the interest is in providing estimates of a broad range of neurobehavioral function.

Other Weaknesses
The normative sample (125 healthy term infants) is too small and therefore does not allow for a good test of the measure's psychometric properties, even though Tronick et al (2004) claim "Effectively, the (normative) data can be used in the way that standardized data such as the Bayley Scales of Infant Development–Second Edition are used."

If the data we are looking for is not readily available, we were wondering if you would be interested in collaborating with us on generating the information.š We were also wondering if you think there is merit in creating a shorter version of the NNNS by "throwing out" items with low alphas and comparing the results with the short version to results with the long version using your data set.š Of course, even if the correlations are high it would be a good idea to try the short version on a new sample of babies, to see if it is possible to test only on the items that yield high alphas.š It is quite possible that one needs to go through the whole exam because items need to be administered progressively.š We would love to talk to you.š Our next meeting is on Tuesday, November 15 at 11.š Would you be available then?

I could not find the e-mail for Ed Tronick (I looked in the Harvard Directory and in the SRCD Directory).š Could you please forward this e-mail to him?š We would love to work with both of you.š

I am looking forward to getting your response.š

Sarah.

**Sarah L. Friedman, Ph.D.**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Barry Lester [mailto:Barry_Lester@brown.edu]
**Sent:** Monday, November 07, 2005 12:23 PM
**To:** Friedman, Sarah (NIH/NICHD)
**Subject:** Re: a query re NNNS

Hi Sara,

Nice to hear from you. I am doing very well, thanks. We are very busy as we have become a Brown University Center, which means nice recognition with more work and no additional resources. Isn't that the way it goes? How are thinks with you?

I'm delighted to hear of your interest in the NNNS as a possible measure in the National Children's Study. The NNNS, as you know from reading the *Pediatrics* supplement, was developed, in part, by culling the best that all of the neurobehavioral exams have to offer as well ad adding item and scoring that are new and unique. In that scene it represents "the best of the best" and it is sensitive to normal as

well as normal variations and individual differences in newborn behavior. I expect it is also sensitive to soft signs of neurobehavioral development (assuming by that you mean later follow-up). We have also removed some of the problems from the Brazelton by making the exam more structured and less a function of the examiner. This is more of a baby based exam than an exam than an infant examiner interaction exam. Because of the structure not only is the exam more reliable but training is easier than it was is the Brazelton. There is no other exam I would recommend because we have covered the range of newborn behavior and any other exam would be a smaller slice of the pie.

Training is, however, the only drawback. We have been working hard to develop alternative training models to the original Brazelton model of having people come to out site for initial training, have them go back to their institution and practice and then make a return visit to our site. This proved to be too time consuming and expensive. The improvements we have made include training DVD, videoconferencing, videotape/CD and telephone feedback. We have found using these "pretraining" tools, trainees can come to us and get certified within 5 days. But the downside is that it still takes some hands on interaction between trainer and trainee, simply because things like muscle tone you cannot "feel" even on a "live" videoconference.

Obviously, I think the NNNS is the way to go. I have a lot of confidence in this exam and it is being used clinically as well as in research. So, although training is an issue, I have to say "the NNNS justifies the means." Also, I would think that with a project this size we could do a lot with web based training using videostreaming, feedback and FAQs. Please let me know if you have additional questions or if you want to talk by phone.

Take care, Barry

t 11:40 PM 11/3/2005, you wrote:

Hi Barry, How are you? I am working with staff of the National Children's Study and of WESTAT on recommendations for evaluations of neurobehavioral development in a very large cohort of newborns scheduled to be followed up to young adulthood. The objective is to find measures that will be sensitive to effects of environmental toxins and demographic risk factors as well as to the interaction of genetic and environmental factors. A measure that was proposed for when the children are one month of age is the NNNS that you, Ed and others developed for the maternal lifestyle project. I read the articles in Pediatrics that describe the measure and I was wondering what you think about. Do you think we will find enough individual differences in the normal range? Will the test be sensitive to soft signs of neurodevelopmental problems? How difficult is it to train testers? What would be the drawbacks for using the NNNS? Are there other measures that we should look at? Thanks for taking the time to respond. If you prefer to talk by phone, I will be glad to call you. Sarah.

CCDR-58a

# Quantitative Systems Laboratory

*Peabody College*
*Vanderbilt University*
*Nashville, Tennessee 37203*

**MACARTHUR**

**COMMUNICATIVE DEVELOPMENTAL INVENTORIES (CDI)**

**INFANT FORM - 15 MONTHS**

**Child Care Data Report Addendum - 58a**

**Compiled by:**

**Patti McKenna**
**Dee Ann Batten**
**Mark Appelbaum**
**Cyndea Wendell**

(This report refers to Request # B1511030.)

*NICHD Study of Early Child Care*

08/01/95