**For the following questions, check the ONE BOX that best describes how frequently this behavior occurs—Never, Seldom, Sometimes or Often.**

| | Never | Seldom | Sometimes | Often |
|---|---|---|---|---|
| 1. Does your baby turn to look at you when you call your baby's name? | | | | |
| 2. Does your baby seem bothered by loud sounds? | | | | |
| 3. Does your baby seem overly sensitive to your touch (for example, fuss or pull away when you touch him or her)? | | | | |
| 4. During familiar games like "I'm gonna get you," does your baby get excited because he or she knows what will happen next? | | | | |
| 5. Does your baby seem to have trouble hearing? | | | | |
| 6. When you and your baby are facing each other, does your baby turn his or her eyes to avoid looking at you? | | | | |
| 7. In new or strange situations, does your baby look at your face for comfort? | | | | |
| 8. Does your baby ignore loud or startling sounds? | | | | |
| 9. Does your baby spit out certain textures of foods, such as lumpy or chunky pieces? | | | | |
| 10. When you point to something interesting, does your baby turn to look at it? | | | | |
| 11. Is your baby content to play alone for an hour or more at a time? | | | | |
| 12. Does your baby look at people when they begin talking, even when they are not talking directly to your baby? | | | | |
| 13. Does your baby rock his or her body back and forth over and over? | | | | |
| 14. Does your baby look up from playing with a favorite toy if you show him or her a different toy? | | | | |
| 15. Does your baby get upset when you need to switch your baby from one activity to another one? | | | | |
| 16. Is it easy to understand your baby's facial expressions? | | | | |
| 17. Does your baby forcefully press his or her face, head, or body against people or furniture? | | | | |
| 18. Does your baby smile while looking at you? | | | | |
| 19. Does your baby try to get your attention to show you something interesting? | | | | |
| 20. Does your baby try to get your attention to play games like peek-a-boo? | | | | |
| 21. Does your baby try to get your attention to obtain a favorite toy or food? | | | | |
| 22. Does your baby try to get your attention to play physical games, like swinging, tickling, or being tossed in the air? | | | | |
| 23. When your baby is awake and you pick him or her up, does your baby's body feel loose or floppy? | | | | |
| 24. Does your baby copy or imitate you when you make sounds or noises with your mouth? | | | | |
| 25. Does your baby copy or imitate your actions, like sticking out your tongue, clapping your hands, or shaking your head? | | | | |
| 26. Does your baby copy or imitate you when you do something with a toy or object, like shaking a rattle or banging a spoon on the table? | | | | |
| 27. Is it difficult to calm your baby once he or she becomes upset? | | | | |
| 28. Are your baby's sleeping and waking patterns regular from day to day? | | | | |
| 29. Does your baby try to get your attention by making sounds and looking at you at the same time? | | | | |
| 30. Does your baby get stuck doing a simple activity over and over? | | | | |
| 31. Does your baby seem interested in other babies his or her age? | | | | |
| 32. Does your baby babble by putting sounds together, such as 'ba-ba', 'ga-ga-ga', or 'ba-dee'? | | | | |
| 33. Does your baby enjoy staring at a bright light for long periods of time? | | | | |
| 34. Does your baby use gestures such as raising arms to be picked up, shaking head, or waving bye-bye? | | | | |
| 35. When you say "Where's (a familiar person or object)?" without pointing or showing, will your baby look at the person or object named? | | | | |
| 36. Does your baby use the first finger and tip of the thumb to pick up a very small object like a raisin or a Cheerio? | | | | |
| 37. Does your baby seem to get stuck on playing with a part of a toy (such as an eyeball, label, wheel or tag), instead of the whole toy? | | | | |
| 38. Does your baby communicate with you by using his or her finger to point at objects or pictures? | | | | |
| 39. Do you get the feeling that your baby plays or communicates with you less now than in the past? | | | | |
| 40. Do your baby's eyes line up together when looking at an object? | | | | |
| 41. Are your baby's feeding patterns regular from day to day? | | | | |
| 42. Does your baby enjoy rubbing or scratching toys or objects for long periods of time? | | | | |
| 43. Does your baby seem to get his or her body stuck in a position or posture that is hard to move out of? | | | | |
| 44. Does your baby enjoy making objects spin over and over in the same way? | | | | |
| 45. While lying down, does your baby enjoy kicking his or her feet over and over for long periods of time? | | | | |
| 46. Does your baby stare at his or her fingers while wiggling them in front of his or her eyes? | | | | |

**For the following questions, please circle the ONE ANSWER that best describes your baby.**

47. Which of the following best describes your baby's typical play with a favorite toy?
    a. Uses the toy in more or less the same way all the time.
    b. Occasionally finds a new way to play with the toy.
    c. Often explores new ways to play with the toy.

48. Which of the following describes your baby's interest in toys on a typical day?
    a. Plays with one or two special toys most of the time.
    b. Plays with a small number of toys (3-5).
    c. Plays with a large number of toys (6 or more).

49. When you introduce your baby to a new game (peek-a-boo, so-big, patty-cake, etc.) how does your baby respond?
    a. Almost always joins in immediately without any help.
    b. Usually joins in, with a little help.
    c. Joins in only with a lot of help
    d. Doesn't seem very interested in new baby games.

50. What do you typically have to do to get your baby to look up from playing with a favorite toy?
    a. Just show him or her different toy.
    b. Move, shake or make a noise with the different toy.
    c. Take the favorite toy away and give your baby the different toy.

51. What is your baby's usual reaction to somewhat painful experiences, like bumping his or her head?
    a. Doesn't seem to notice.
    b. Reacts a little but gets over it quickly.
    c. Seems very sensitive or cries for a long time.

52. What do you typically have to do to get your baby to turn towards you?
    a. Simply say your baby's name.
    b. Say your baby's name several times.
    c. Say your baby's name loudly or use other means, such as clapping.
    d. Your baby doesn't do this yet.

53. What do you typically have to do to get your baby to smile or laugh at you?
    a. Smiling and laughing is enough.
    b. Usually need to touch and tickle.
    c. Usually need to swing and bounce.
    d. Your baby doesn't do this yet.

54. On a typical night, how many hours does your baby sleep?
    a. 12 or more.
    b. 10-11.
    c. 8-9
    d. 7 or fewer.

55. On a typical night, how many times does your baby wake up?
    a. 0 times.
    b. 1-2 times.
    c. 3 or more times.

56. Which of the following best describes your baby's skill level?
    a. Walks independently.
    b. Walks with hand(s) held, holding a push-toy, or holding onto furniture.
    c. Pulls up to stand but doesn't walk yet.
    d. Does not pull up to stand yet.

57. Which of the following best describes your baby's typical day?
   a. Almost never gets upset.
   b. Gets upset and needs to be calmed 1-3 times.
   c. Gets upset and needs to be calmed 4-6 times.
   d. Gets upset and needs to be calmed 6 or more times.

58. If you start a game by copying or imitating a sound your baby makes, what does your baby typically do?
   a. Doesn't seem to notice the sound.
   b. Looks at you, but doesn't make the sound.
   c. Looks at you and makes the sound.
   d. Plays the game, making the sound several times.

59. When your baby is awake and not eating, does your baby keep a toy or object in his or her mouth?
   a. Almost never keeps a toy or object in his or her mouth.
   b. Sometimes keeps a toy or object in his or her mouth.
   c. Often keeps a toy or object in his or her mouth.
   d. Almost always keeps a toy or object in his or her mouth.

60. Which of the following best describes the way your baby coordinates his or her eyes and hands while playing with a toy?
   a. Almost always looks at the toy that he or she is physically handling.
   b. Sometimes looks at the toy that he or she is physically handling.
   c. Rarely looks at the toy that he or she is physically handling.
   d. Almost never looks at the toy that he or she is physically handling.

61. Please circle all of the following sounds you've heard your baby use in babble, word approximations, or words:

p b t d k g m n w y h s

62. Do you or others (grandparents, doctor, babysitter) have any concerns about your baby's development in any area? If yes, please describe.

63. Does your baby have any unusual physical or medical characteristics? If yes, please describe.

*Thank you for taking the time to respond to this questionnaire.*
*The information you have given us about your baby will help us understand more about how babies are different from one another, and will help us advise parents who may be concerned about their baby's development.*
*Please return the questionnaire to us in the self-addressed envelope provided.*

## Weaver, Gretchen (NIH/OD) [E]

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Tuesday, November 15, 2005 2:24 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: 150 references to EXECUTIVE FUNCTION collected by Sue Spieker
**Attachments:** Taylor.doc; De Luca.doc; Floyd.doc; Kagan1.doc; Kagan.doc; Taylor.doc

Just in case you are interested,

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist and Scientific Coordinator,
NICHD Study of Early Child Care and Youth Development
OEP, Office of the Director,
National Institute of Child Health and Human Development

Phone: (301) 435-6946
Fax: (301) 480-2400
E-mail: friedmas@exchange.nih.gov

-----Original Message-----
From: Susan Spieker [mailto:spieker@u.washington.edu]
Sent: Tuesday, June 08, 2004 12:23 PM
To: Friedman, Sarah (NIH/NICHD)
Subject: 150 references to EXECUTIVE FUNCTION collected by Sue Spieker

here you go

*****************************************************
Susan Spieker
Professor, Family & Child Nursing
University of Washington
Box 357920
Seattle, WA 98195-7920
206 543 8453
206 685 3349 (fax)

On Tue, 8 Jun 2004, Friedman, Sarah (NIH/NICHD) wrote:

>
>
> -----Original Message-----
> From: Spiker, Joyce R (CDC)
> Sent: Tuesday, June 08, 2004 8:15 AM
> To: Friedman, Sarah (NIH/NICHD)
> Subject: RE: A request
>
>
> Sarah,
>
> Your last message came to me instead of Susan.
>
> Joyce
>
> -----Original Message-----

> From: Friedman, Sarah (NIH/NICHD) [mailto:friedmas@exchange.nih.gov]
> Sent: Monday, June 07, 2004 10:02 PM
> To: Spiker, Joyce R.
> Subject: FW: A request
>
> Oops, I forgot to say the magic word. Thanks. Sarah.
>
> -----Original Message-----
> From: Friedman, Sarah (NIH/NICHD)
> Sent: Monday, June 07, 2004 10:01 PM
> To: 'Susan Spieker'
> Cc: 'rao@rti.org'; 'Teufel'
> Subject: RE: A request
>
>
> Sue, I don't think I have access to Endnote. I will ask Vijaya Rao to
> ask
> his Rockville, MD staff, may be they have it. Would it be possible for
> you
> to send the file in three different parts? That is, could you bold and
> copy
> a third of the references and send them and so on. Or, could you print
> the
> whole file out and send it? Sarah.
>
> -----Original Message-----
> From: Susan Spieker [mailto:spieker@u.washington.edu]
> Sent: Monday, June 07, 2004 5:39 PM
> To: Friedman, Sarah (NIH/NICHD)
> Subject: Re: A request
>
>
> Sarah, I'm having technical difficulties. I can't seem to generate a
> list
> of the 150 references in this library without my computer freezing. Do
> you
> have access to Endnote? I could just send you the whole library.
> Alternatively, I'll send you the paper, which has many of these
> references. Sue
>
> ****************************************************
> Susan Spieker
> Professor, Family & Child Nursing
> University of Washington
> Box 357920
> Seattle, WA 98195-7920
> 206 543 8453
> 206 685 3349 (fax)
>
> On Mon, 7 Jun 2004, Friedman, Sarah (NIH/NICHD) wrote:
>
> > Dear Sue,
> >
> > I hope you are doing well.
> >
> > A long time ago you sent me a list of references in the area of
> executive
> > function but I cannot locate it. Do you have it handy? Would you
> mind
> > sending it to me again? I am sorry for not being more well organized.
> >

> > Thanks
> >
> > Sarah.
> >
>

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Tuesday, November 15, 2005 2:26 PM
**To:** List NEURO_MEASGRP-L
**Subject:** arousal and attention literautre search
**Attachments:** arousal.doc

For your files. Sarah.

---

**From:** Sieving, Pamela (NIH/OD/ORS)
**Sent:** Thursday, May 06, 2004 5:02 PM
**To:** Friedman, Sarah (NIH/NICHD)
**Subject:** final file

Hi again, Sarah!

Here's the final file from the Medline database, at least for the moment; it includes arousal and visual attention (well, they were the left-over terms, so I put them together).

I have an EndNote library with the entire set of references. I'll just hang on to it, and add to it early next week. There must be some additional references on the executive function concept, so I'll keep poking around.

Happy weekend!

Pam

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Thursday, November 17, 2005 9:34 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: Reliability and validity of the CDIs

**Attachments:** RELIABILITYand VALIDITY OF THE CDI FORMS.doc; ATT4195032.txt

RELIABILITYand VALIDITY OF THE... ATT4195032.txt (78 B)

Please see the reliability and validity information for the CDI. Sarah.

-----Original Message-----
From: Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
Sent: Wednesday, November 16, 2005 3:40 PM
To: Friedman, Sarah (NIH/NICHD)
Subject: Reliability and validity of the CDIs

Sara,

Here is a draft of the R&V section for the second edition of the manual,

now in press.

Larry

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Friday, November 18, 2005 3:30 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Teti et al. 1991 regarding attachment Q sort

**Attachments:** NIH-11011660Doc.pdf

NIH-11011660Doc.
pdf (1 MB)

For your information

## Weaver, Gretchen (NIH/OD) [E]

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Wednesday, November 16, 2005 1:55 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Suggested formats for recording the information about the instruments we are proposing
**Attachments:** Phase2InstrumentChart.pdf; Phase2InstrumentDoc.pdf

As we are building our proposal for the instruments to use, we may want to think of the best way to document the information. I know that WESTAT has a lot of experience in this area, but I thought I will share with you what we did for the NICHD study of Early Child Care and Youth Development. Attached please see our Instrument Chart and Instrument Document for Phase II of the study. At this time our group will not be able to include all the information that would eventually go into the Instrument Document that we may want to develop but some of it we could already fill in at this stage. For your consideration. Sarah.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Monday, November 21, 2005 1:35 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: SEARCH: Assessment of Temperament (first installment)
**Attachments:** Temperament - PubMed.htm

The NIH library has run a search in the area of asessment of temparament. This is the first installment.
Sarah.

---

**From:** Ryan, Mary (NIH/OD/ORS)
**Sent:** Monday, November 21, 2005 12:41 PM
**To:** Friedman, Sarah (NIH/NICHD)
**Subject:** SEARCH: Assessment of Temperament

Sarah,

Because of immediate need, I am sending you the results of a quick Pubmed search. I simply combine the authors listed with Temperament[majr] AND child [limit] AND english. Attached are 86 references. If you click on the NIH Library FullText Plus button you can link to fulltext articles available in the NIH Library online journal collection. I will continue searching and will send additional references.

Mary E. Ryan, MLS
Biomedical Librarian/Informationist
National Institutes of Health Library
Building 10, Room 1L-09E
10 Center Drive, MSC 1150
Bethesda, MD 20892-1150
Phone: 301.451.5861
Fax: 301.402.0254
E-mail: ryanm@mail.nih.gov
http://nihlibrary.nih.gov

---

Amazing Research. Amazing Help

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Friday, November 18, 2005 3:09 PM
**To:** List NEURO_MEASGRP-L
**Subject:** About early development of executive function and theA not B task as a measure of executive function

*From:* Executive Functions in Developing Children: Current Conceptualizations and Questions for the Future by Marilyn C. Welsh, Sarah L. Friedman, Susan J. Spieker

To appear in K. McCartney & D. Phillips (Eds.), *Blackwell Handbook on Early Childhood Development*. Malden, MA: Blackwell

*A Working Definition of Executive Function and Perspectives on its Development*

One of the greatest challenges for researchers in any scientific domain, and perhaps particularly in psychology, is that of construct validity. After decades of research exploring executive function, there is still an active debate regarding the usefulness of this construct and the degree to which it can be distinguished from other cognitive domains, such as memory and problem solving, for which there is greater consensus on definition and measurement. Based on the preceding discussion of the conceptualizations of executive function from neuropsychological, cognitive, and developmental perspectives, we are offering a "working definition" for how we view the construct of executive function and what makes it unique, compared with other cognitive constructs. We propose that executive function involves the process of integrating and combining separate, but collaborative, cognitive abilities in service of a future goal. Executive function is elicited when a person is presented with a novel or challenging task or placed in an unfamiliar situation for which he or she does not have routinized, automatic responses. This construct includes several core cognitive processes, including, but not limited to: attention, working memory, inhibition, and self-monitoring. These core processes work in coordination to allow for the more complex manifestations of executive function, such as planning, inductive reasoning, and flexible, strategic problem solving. The fact that one can observe similarities in the developmental trajectories of "executive function" and component skills, working memory and

inhibition (Welsh, 2002), speak to the issue of what appears to make executive function a unique construct. Unlike the more traditional cognitive categories, executive function represents the incorporation of those core skills, as well as more complex manifestations (planning, self-monitoring, etc), all working in coordination to achieve a future-oriented goal.

Nevertheless, much of the current research continues to explore the construct by primarily focusing on its constituent components. In human infants, the most widely studied measure of emerging prefrontal cortical function is Piaget's classic A-not-B version of the object permanence task (Piaget, 1936/1954), due to its similarity to a task found to be sensitive to prefrontal damage in nonhuman primates (Jacobsen, 1935). The task involves repeatedly hiding a preferred object in one location ("A") and requiring that the infant retrieve it there. Infants who are less than 12 months old are usually successful on this task but fail when the task becomes more complex. For example, when the object is subsequently hidden in a second location ("B") in full view; infants under 12 months of age frequently make the A-not-B error by searching in the first-baited location ("A") instead of the current location ("B"). Diamond (1990) found that 12- to 13-month infants could tolerate increasingly longer delays between hiding the object and the commencement of search without making the A-not-B error, presumably indicating the functional development of a working memory system. Interestingly, Diamond observed that infants frequently indicated that they understood the correct location of the object, as reflected by direction of gaze and body orientation; however, they continued to reach to the previously correct location. This observation is strikingly similar to reports by Luria (1973), in which adults with frontal cortical damage stated the correct card sorting rule, but nevertheless, sorted according to rules that were previously, but not currently, in force. In the case of the infant and the adult, the information active in working memory is not effectively guiding motor behavior, particularly in the face of strong, prepotent (e.g., previously reinforced) response. Therefore, the A-not-B task and other infant measures, such as the object retrieval task (Diamond et al., 1994), are sensitive assessments of the core executive processes of working memory and response inhibition, and the degree to which the two processes are coordinated in service of a future goal (e.g., finding the hidden object, retrieving the object from a plexiglass box). Diamond and Goldman-Rakic (1989) demonstrated that the cognitive processes demanded by these measures depended on of the integrity of the prefrontal cortex in nonhuman

primates, and later research found associations between improvement in performance on these tasks with changes in frontal EEG activity (Bell & Fox, 1992, 1997). Therefore, the earliest manifestation of executive function in human development can be observed in the infant's budding ability to coordinate working memory and inhibitory control in the context of means-end problem situations.

In toddlers and preschoolers, developmental researchers have examined executive functions by continuing to focus on the coordination of working memory and inhibition, but in more complex contexts. Forty years ago, when delay of gratification abilities were examined in preschoolers, the findings were not discussed in terms of "executive function." However, it is clear that the primitive plans generated by young children presented with a delay task (e.g., pretending the marshmallows were inedible logs) in order to inhibit the strong, prepotent response to touch the candy when warned in advance not to do so, reflect executive function. Even earlier in the history of developmental psychology it was noted (Vygotsky, 1978; Luria, 1966) that an important developmental transition involved the ability to generate verbally-mediated rules (presumably in working memory) to effectively guide behavior. Today, a range of set-shifting and conflict tasks are designed to "pull for" the integration of working memory and inhibitory control processes and indicate that there is continuity in these abilities from infancy through the preschool years (3 to 7 years) as the rules become increasingly complex and hierarchical (Diamond & Taylor, 1996). Another context in which developing executive functions can be observed is the emergence of Theory of Mind between the ages of 3 and 5 years (see Barr, this volume). This ability to "suspend" what one now knows, to examine what one once knew as well as what a naïve person may believe to be true, is presumed to place heavy demands on working memory resources and inhibitory control. In addition, theory of mind development may require the more complex executive functions of inductive reasoning and self-monitoring.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**

E-mail: friedmas@exchange.nih.gov

## Weaver, Gretchen (NIH/OD) [E]

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Monday, November 21, 2005 1:36 PM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: SEARCH: Temperatment ( installment 2)
**Attachments:** Temperament-PubMed2.htm

More on temperament

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Ryan, Mary (NIH/OD/ORS)
**Sent:** Monday, November 21, 2005 12:52 PM
**To:** Friedman, Sarah (NIH/NICHD)
**Subject:** SEARCH: Temperatment (2)

Sarah,

Attached are 292 additional references from PubMed related to the assessment, evaluation, and study of Temperament in Children. I have "not-ed out" the results of the previous search, so there should not be any duplicate references. As you can see, these searches are quite broad. Please let me know if there are other search terms to add to define this search. Again, click on the NIH Library fulltext plus button to link to available articles. If the NIH Library does not have the journals in question, you can order articles via the Document Delivery Service.

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Tuesday, December 06, 2005 5:43 PM
**To:** List NEURO_MEASGRP-L
**Subject:** Resending

**Attachments:** RELIABILITYand VALIDITY OF THE CDI FORMS.doc; ATT4195032.txt

RELIABILITYand VALIDITY OF THE... ATT4195032.txt (78 B)

-----Original Message-----
From: Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
Sent: Wednesday, November 16, 2005 3:40 PM
To: Friedman, Sarah (NIH/NICHD)
Subject: Reliability and validity of the CDIs

Sara,

Here is a draft of the R&V section for the second edition of the manual,

now in press.

Larry

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Thursday, November 10, 2005 11:18 AM
**To:** List NEURO_MEASGRP-L
**Subject:** FW: No mom ed or race effects on CDI at 15 months of age. At 24 months mom ed and ethnicity differences on 2 out of 6 measures of production
**Attachments:** CCDR 58 CDI at 15 months.pdf; CCDR 58 a CDI at 15 months addendum.pdf; CCDR 65 CDI at 24 months.pdf; CCDR 65 a CDI 24 months addendum.pdf

I am sending to all an e-mail I sent last night to those who attended yesterday's meeting. Please note that the CDI administered at 15 months was the infant version. The CDI addressed at 24 months was the toddler version. Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Wednesday, November 09, 2005 11:12 PM
**To:** Shih, Regina (NIH/NICHD) [F]; 'Gary Resnick'; Carol Andreassen
**Cc:** Friedman, Sarah (NIH/NICHD)
**Subject:** No mom ed or race effects on CDI at 15 months of age. At 24 months mom ed and ethnicity differences on 2 out of 6 measures of production

At 15 months of age there is no statistically significant difference in the comprehension and production scores for children whose mothers have different levels of education or for children who vary in ethnic background. Sex differences were found favoring girls. This means that we can use the infant version of the CDI with no hesitation.

At 24 months, the CDI measures vocabulary production, action words, use of grammatical suffixes, irregular nouns & verbs, word combinations and sentence complexity (i.e. it does not assess comprehension). Mom education and ethnicity affect use of grammatical suffixes and word combination. Children with moms with higher education and children of white families do better. So, I guess we could use the items that do not discriminate among children of different maternal education and of different ethnicity.

Looking forward to talking to you about this,

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Friday, October 28, 2005 4:03 PM
**To:** 'Gary Resnick'; Shih, Regina (NIH/NICHD) [F]; Alexa Fraser; Knox, Sarah (NIH/NICHD); Brenner, Ruth (NIH/NICHD); Carol Andreassen; Mary Dingwall; Friedman, Sarah (NIH/NICHD)
**Subject:** Information about the CDI from the NICHD Study of Early Child Care and Youth Development. Please do not circulate without permission.

Hi, Enclosed please find attached files about the MacArthur CDI administered at 15 months of age in the NICHD Study of Early Child Care and Youth Development. Please do not circulate the documents beyond our working group and discard after we have finished discussing it. Thanks. Sarah.

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.com]
**Sent:** Friday, October 28, 2005 2:56 PM
**To:** Friedman, Sarah (NIH/NICHD); Shih, Regina (NIH/NICHD) [F]; Alexa Fraser; Knox, Sarah (NIH/NICHD); Brenner, Ruth (NIH/NICHD); Carol Andreassen; Mary Dingwall
**Subject:** RE: zip file attached

Greetings. I have the same recollection as Sarah and would like to suggest sending out a brief agenda for the next meeting with some materials for everyone to review. Carol Andreassen will give a presentation on the new Bayley-3, and we will have materials regarding the Mullen and the Bayley-3, along with the PLS:4 for everyone to review before the meeting. With regard to the CDI, I believe Sarah knows it better than I do and would like to take the lead on presenting that measure. We also need to discuss the other cognitive-associated measures proposed by the workgroup (e.g. the visual memory task) at Wednesday's meeting.

We are in the process of asking the test publishers for copies of the measures. We have the test manuals for the PLS:4 and the Bayley-3 and will bring those to the meeting.

I hope to send an agenda with materials to review by COB Monday, if that would work for everyone.

Gary Resnick, Ph.D.
Senior Study Director
Child and Family Studies
Westat
1550 Research Blvd.
Rockville, MD 20850
301-294-3846

-----Original Message-----
**From:** Friedman, Sarah (NIH/NICHD) [mailto:friedmas@exchange.nih.gov]
**Sent:** Wednesday, October 26, 2005 10:27 PM
**To:** Shih, Regina (NIH/NICHD) [F]; Alexa Fraser; Knox, Sarah (NIH/NICHD); Brenner, Ruth (NIH/NICHD)
**Cc:** Mary Dingwall; Gary Resnick; Carol Andreassen; Friedman, Sarah (NIH/NICHD)
**Subject:** RE: zip file attached

Greetings,

Just for the record, I thought I will note what we plan to do next Wednesday, make some comments and highlight some other decisions we made. We said that we will start reviewing the proposed measures on the neurocognitive list. I thought we wanted to start with evaluating the proposed Mullen. We will compare what it offers relative to the Bayley III. [Comment: If there are any audiovisual or reading materials that can be circulated in advance to the meeting pertaining to both instruments that would be great].

Next, we wanted to compare the MacArthur-Bates CDI language measure with the most recent version of the PLS. Here again, seeing or reading materials in advance would be helpful.

[Comment. The above tests are copyright protected. In my experience if one calls the author or publisher and says that we need to examine the materials so as to decide whether or not we will include the test in a large longitudinal study—the publisher is happy to loan or give materials].

We talked about the possibility of conducting IRT analyses on the general cognitive ability measure (Mullen or Bayley) for the purpose of reducing the number of items. But that is something for the future. We also talked about the possibility that the general cognitive ability measure will provide data about cognitive processes such as attention or memory, thereby allowing us to cut on the number of planned measures.

We said that we will obtain the list of investigators at the sites who have expertise relevant to the mission of our group. We will let these investigators know that they might be contacted for advice/input.

We said that we would get information from the research proposals or from the negotiation materials pertaining to the neurodevelopmental measures.

This is what I remembered as worth noting down. This can be useful for Westat as it prepares its concise minutes of the first meeting.

Feel free to write or call,

Sarah

Sarah L. Friedman, Ph.D.
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

---

**From:** Shih, Regina (NIH/NICHD) [F]
**Sent:** Wednesday, October 26, 2005 7:04 PM
**To:** 'Alexa Fraser'; Knox, Sarah (NIH/NICHD); Friedman, Sarah (NIH/NICHD); Brenner, Ruth (NIH/NICHD)
**Cc:** Mary Dingwall; Gary Resnick; Carol Andreassen
**Subject:** zip file attached

Attached is the zip file containing the two spreadsheets for Neurocognitive and Psychiatric outcomes, and the 11 associated hyperlinked word documents? Either I, or Carolyn Hamilton will be e-mailing with the room number for our next meeting on Wednesday Nov 2 at 3:00 pm.

I have also attached brief notes on outcome measures…feel free to add your comments.

Thanks,
Regina

Regina A. Shih, Ph.D.
IRTA Post-doctoral Fellow, National Children's Study
Division of Epidemiology, Statistics, and Prevention Research, NICHD
6100 Executive Blvd, Room 5C01
Bethesda, MD 20892-7510
Phone: (301) 451-1899

---

**From:** Alexa Fraser [mailto:FRASERA1@WESTAT.com]
**Sent:** Monday, October 24, 2005 11:58 AM
**To:** Knox, Sarah (NIH/NICHD); Shih, Regina (NIH/NICHD) [F]; Friedman, Sarah (NIH/NICHD); Brenner, Ruth (NIH/NICHD)
**Cc:** Mary Dingwall; Gary Resnick; Carol Andreassen
**Subject:** RE: Neurodevelopmental Group - Set for 3:00, 26th.

Mary Dingwall and Gary Resnick from Westat will be joining the group when we meet at 3:00 this Wed.. Carol Andreassen will not join us at this time, but will in the future.

Do we have a room number? We are happy to host here if there is a problem with getting a room large enough for this group.

Alexa

-----Original Message-----
**From:** Knox, Sarah (NIH/NICHD) [mailto:knoxss@mail.nih.gov]
**Sent:** Monday, October 24, 2005 9:48 AM
**To:** Shih, Regina (NIH/NICHD) [F]; Friedman, Sarah (NIH/NICHD); Alexa Fraser; Brenner, Ruth (NIH/NICHD)
**Subject:** RE: Neurodevelopmental Group

Great Regina! We're meeting on Wednesday at 3:00 pm.

Sarah

---

**From:** Shih, Regina (NIH/NICHD) [F]

**Sent:** Monday, October 24, 2005 8:52 AM
**To:** Friedman, Sarah (NIH/NICHD); 'Alexa Fraser'; Brenner, Ruth (NIH/NICHD)
**Cc:** Knox, Sarah (NIH/NICHD)
**Subject:** RE: Neurodevelopmental Group

I can meet on Wednesday or Thursday this week. I look forward to meeting you, Sarah and Alexa.

Regards,
Regina

---

**From:** Friedman, Sarah (NIH/NICHD)
**Sent:** Wednesday, October 19, 2005 8:55 PM
**To:** 'Alexa Fraser'; Brenner, Ruth (NIH/NICHD)
**Cc:** Shih, Regina (NIH/NICHD) [F]; Knox, Sarah (NIH/NICHD); Friedman, Sarah (NIH/NICHD)
**Subject:** RE: Neurodevelopmental Group

Hello Alexa,

I am also looking forward to working with you and the Westat team. Next week I could meet on the afternoons of Wednesday, Thursday or Friday. I am awaiting information about a conference call that I must be on but apart from that I could work around our meeting.

See you soon,

Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

---

**From:** Alexa Fraser [mailto:FRASERA1@WESTAT.com]
**Sent:** Wednesday, October 19, 2005 8:03 PM
**To:** Brenner, Ruth (NIH/NICHD)
**Cc:** Friedman, Sarah (NIH/NICHD); Shih, Regina (NIH/NICHD) [F]; Knox, Sarah (NIH/NICHD)
**Subject:** RE: Neurodevelopmental Group

I look forward to working with you Sarah and Regina. I've got a call in to Ruth to discuss the types of skills and number of people she thinks that Westat should provide to the process. In the meantime, perhaps we could start to come up with a time for a meeting? I don't know if you maintain your schedules in some shared electronic format such as Outlook, but if you could get back to me with a few times that would work, once I speak with Ruth, I'll get our people there at a mututally agreed upon time.

Thanks

Alexa

-----Original Message-----
**From:** Brenner, Ruth (NIH/NICHD) [mailto:brennerr@exchange.nih.gov]
**Sent:** Wednesday, October 19, 2005 3:27 PM
**To:** Alexa Fraser
**Cc:** Friedman, Sarah (NIH/NICHD); Shih, Regina (NIH/NICHD) [F]; Knox, Sarah (NIH/NICHD); Ruth Thomson; Carla Maffeo
**Subject:** Neurodevelopmental Group

Hi Alexa,

I wanted to follow-up on our conversation about the Neurodevelopmental Outcome Working Team. Participants on this team from NICHD include Sarah Friedman (who would be the lead from NICHD) and Regina Shih. I would like to participate in the initial meetings of the group, just to make certain that we're all on the same page. Sarah Knox might also want to participate, depending on scheduling.

I thought that, in the first meeting, we might share with you our work to date on this area. Also, the "working team" might want to be familiar with the series of White Papers and a Workshop Report on the topic. The links are provided below. Finally, I told Regina and Sarah that the first meeting of the group would likely be next week, I've cc'ed them on this so you have their e-mail addresses to facilitate scheduling of this first meeting.

Thank you,

Ruth

Ruth Brenner, MD, MPH

National Children's Study Program Office

Division of Epidemiology, Statistics and Prevention Research

NICHD, NIH, DHHS

6100 Executive Blvd., Room 5C01

Bethesda, MD 20892-7510

Phone: (301) 594-8668

Fax: (301) 4801222

E-mail: BrennerR@mail.nih.gov

http://www.nationalchildrensstudy.gov/events/workshops/Neurobehavioral_Developm

http://www.nationalchildrensstudy.gov/research/analytic_reports

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD)

**Sent:** Tuesday, December 06, 2005 5:58 PM

**To:** List NEURO_MEASGRP-L

**Subject:** I will bring the CDI forms to tomorrow's meeting

Part II of the CDI for infants contains items subsumed under

A. First communicative gestures (12 items)
B. Games and routines (6 items)
C. Actions with objects (17 items)
D. Pretending to be a parent (13 items)
E. Imitating other adult actions (using real or toy implements) (15 items)

Total number of items=63

**Sarah L. Friedman, Ph.D.**
**Project Scientist and Scientific Coordinator,**
**NICHD Study of Early Child Care and Youth Development**
**OEP, Office of the Director,**
**National Institute of Child Health and Human Development**

**Phone: (301) 435-6946**
**Fax: (301) 480-2400**
**E-mail: friedmas@exchange.nih.gov**

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD)

**Sent:** Tuesday, December 06, 2005 5:48 PM

**To:** List NEURO_MEASGRP-L

**Subject:** Larry Fenson's reply to my questions about CDI Gestures

---

**From:** Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
**Sent:** Friday, December 02, 2005 3:50 PM
**To:** Friedman, Sarah (NIH/NICHD)
**Cc:** Dale, Philip S.
**Subject:** RE: Reliability and validity of the CDIs

Sarah,

Here's some replies.

At 01:01 PM 11/28/2005, you wrote:

Hi Larry, Here is the information I would like to learn about the CDI
Early and Late Gesture items:

Reliability Information:

Internal Consistency:

The internal consistency analyses reported in that section were based on the 5 subcategories of gestures. It sounds as if you may want alphas based on some alternate groupings. or for the set of 40 individual items (or subsets within the 40). Actually, I don't think I even have that subset of 40 any more, though if should be possible to generate it or a comparable set in a new effort. If you want to request a specific set of analyses I would be happy to determine whether it is feasible for us to provide it. Alternately, we could explore the feasibility of providing you with the data to carry out your own analyses.

Test-Retest:

As we report, test retest scores for gestures were mostly in the mid-80s for the full set of 63. What else would you need here?

Split-Half:

The alphas reported under internal consistency calculate all possible spilt halves.

Inter-Rater:

I'm not sure how this would apply to parent report, I suppose one could compare input from mother and father or parent and caretaker. That research hasn't been done, probably on the assumption that one parent is better prepared than anyone else to provide this information. It seems to me that I once reviewed a submission of that nature for a journal but I believe it was rejected.

Validity Information

The new manual section that I sent contains all the information that we have on validity of the gestures scale.

Construct:

Concurrent:

Discriminant:

Predictive

Where can I go for such information? If you have it handy, please send.

One comment about the 40 item gestures subset. Presuming we could regenerate this subset, you need to keep in mind that you would not have norms. Moreover, reliability and validity information would have to be recalculated for the new, abridged measure . R and V data from other studies would no longer be accurate, although the high correlation of the 40-item list with the original 63-item list would mean that those earlier results would be approximately valid.

Larry

Many thanks.

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard

Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

-----Original Message-----
From: Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
Sent: Monday, November 28, 2005 1:58 PM
To: Friedman, Sarah (NIH/NICHD)
Subject: RE: Reliability and validity of the CDIs

Hi Sarah,

Sorry for the delay. I was out of town over the holiday. The Words and Gestures form contains 63 items. As you note, we were only able to reduce
the gestures list to 40 and decided that was not a sufficient reduction to
abandon the full list with its norms. I'm not sure from your message exactly what you're requesting. Perhaps you could restate your questions
?
Then I'll do my best to assist you in your planning.

Larry

At 02:18 PM 11/21/2005, you wrote:
>Hi Larry,
>
>Thanks much for the R &V document which I just looked at to try to get a
>handle on the R & V of the gesture component. If I read the document
>correctly, in the document you sent me you are combining the information
>for gesture with information about comprehension/prodcution.
>
>In the NCS, we would like to use the short version of the CDI and we
>want to add the early and late gesture items from the long version of
>the CDI. Your article about the short version (Applied
>Psycholinguistics 21, 95-115) assured us that the short form will give
>us a good assessment of comprehension and production but that for
>gestures we will need to ask moms to respond to the 40 original items.
>
>Where shall we look for psychometrics pertaining to gestures? Can you
>please direct us to the appropriate source?
>
>Thanks,
>
>Sarah.
>
>

>-----Original Message-----
>From: Larry Fenson [mailto:lfenson@sunstroke.sdsu.edu]
>Sent: Wednesday, November 16, 2005 3:40 PM
>To: Friedman, Sarah (NIH/NICHD)
>Subject: Reliability and validity of the CDIs
>
>Sara,
>
>Here is a draft of the R&V section for the second edition of the manual,
>
>now in press.
>
>Larry

## NICHD Study of Early Child Care and Youth Development



# Phase II Instrument Document

## Table of Contents


| | |
|---|---|
| Academic Rating Scale from the Early Childhood Longitudinal Study | 1 |
| After School Caregiver Interview | 2 |
| After School Environment Scale | 3 |
| Attendance, Referral, and Retention Information Questionnaire | 5 |
| Attribution Bias Questionnaire | 7 |
| California Preschool Social Competency Scale | 9 |
| Center for Epidemiological Studies Depression Scale (CES-D) | 11 |
| Child Behavior Checklist (CBCL) | 12 |
| Child Care H.O.M.E. | 20 |
| Child-Caregiver Relationship Scale | 22 |
| Child-Caregiver Relationship Scale: Short Form | 23 |
| Children's Behavior Questionnaire (CBQ) | 24 |
| Children's Stroop Task | 27 |
| Child's Adaptive Language Inventory | 28 |
| Classroom Practices Inventory (CPI) | 30 |
| Continuous Performance Task (CPT) | 31 |
| Delay of Gratification | 34 |
| Director Telephone Call | 36 |
| End of Visit Ratings | 39 |
| Ethnic Preference and Identity Measure | 40 |
| Family Employment, School, and Income | 43 |
| Family Finances | 44 |
| First Grade Classroom Observation System (COS-1) | 46 |
| Friendship Interaction Coding | 49 |
| Friendship Observation--Missing Data Report Form | 51 |
| Getting Ready for School: Parent's Version | 52 |
| Getting Ready for School: Teacher's Version | 53 |
| H.O.M.E. Inventory | 54 |
| Health Condition Follow-up | 56 |
| Height and Weight | 59 |
| Home-Schooling Questionnaire | 61 |
| Job-Role Quality Scale | 62 |
| Lab Monitoring Form | 64 |
| Life Experiences Survey | 65 |
| Loneliness and Social Dissatisfaction Questionnaire for Young Children | 67 |
| Mock Report Card | 68 |
| My Time Spent as a Parent | 70 |
| National Child Care Staffing Study, Caregiver Interview | 72 |
| National Child Care Staffing Study, Director Interview | 73 |
| Neighborhood Satisfaction and Involvement | 74 |
| Observational Ratings of the Caregiving Environment (ORCE) | 76 |
| Parent Involvement | 81 |
| Parental Modernity Scale of Child-Rearing and Educational Beliefs | 82 |
| Parental School Involvement Scale, FAST TRACK Project | 84 |
| Parent-Child Interaction Task (Mother) | 85 |

| | |
|---|---|
| Parent-Child Interaction Task (Other Adult) | 88 |
| Parent-Child Relationship Scale | 91 |
| Parent-Teacher Involvement Questionnaire | 93 |
| Personal Assessment of Intimacy in Relationships (PAIR) | 94 |
| Physical Environment Checklist | 96 |
| Playmate Questionnaire | 98 |
| Popularity (Friends or Foes?) | 101 |
| Preschool Language Scale–3 (PLS-3) | 103 |
| Raising Children Checklist | 105 |
| Ratings of Mother/Child Behavior During Entire Visit | 107 |
| Relationships with Other People | 108 |
| School Teacher Survey– Schools and Staffing Survey | 110 |
| Social Age Interview | 113 |
| Social Problem-Solving Test Revised | 124 |
| Social Skills Rating System (SSRS)-Parent Form | 126 |
| Social Skills Rating System (SSRS)-Teacher Form | 132 |
| Social Skills Strategies | 134 |
| Sociometric Status: Caregiver and Teacher Ratings | 136 |
| Standardized Interview - Mother | 138 |
| State-Trait Anger & Anxiety Scales | 143 |
| Student-Teacher Relationship Scale (STRS) | 145 |
| Teacher's Report Form (TRF) | 146 |
| Telephone Interview (42, 46, 50, 53, 60, 66 months) | 149 |
| Telephone Interview About Child Care For Home Arrangements We Cannot Visit | 166 |
| Telephone Interview for Centers We Cannot Visit | 167 |
| Tower of Hanoi | 168 |
| Toy Activity—Description of Adult | 170 |
| Unstructured Peer Observation | 171 |
| What I Expect of My Child | 174 |
| Woodcock-Johnson Psycho-Educational Battery-Revised (WJ-R) | 175 |

# Instrument Documentation - Phase II

**Name of Instrument:**

Academic Rating Scale from the Early Childhood Longitudinal Study

**SECC Name:**

Academic Skills

**Lead Investigator:**

Pianta, Robert

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | School | FS7 | | Teacher |
| Kindergarten | School | KTAS | | Teacher |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 331 | | | | |
| | TCHRG1 | ASLL_T1S | Acad Skill: Lang & Literacy Score @ 1S | FS7 |
| | TCHRG1 | ASMT_T1S | Acad Skill: Math Thinking Score @ 1S | FS7 |
| | TCHRG1 | ASTO_T1S | Acad Skill: Total Skills Score, @ 1S | FS7 |
| | TCHRG1 | INDTS7_1 | FSV7G1 (SAS) DATE OF INTERVIEW | FS7 |
| | TCHRG1 | INS7_1 | FORM FSV7G1 RECEIVED (1=Y/.=N) | FS7 |
| 330 | | | | |
| | TCHR_K | ASLLSTKF | Acad Skill: Lang & Literacy Score @ KF | KTAS |
| | TCHR_K | ASMTSTKF | Acad Skill: Math Thinking Score @ KF | KTAS |
| | TCHR_K | ASTOTTKF | Acad Skill: Total Skills Score, @ KF | KTAS |
| | TCHR_K | INDTKTAS | FKTAS (SAS) DATE FORM COMPLETED | KTAS |
| | TCHR_K | INKTAS | FORM KTAS RECEIVED (1=Y/.=N) | KTAS |

**Description of Instrument**:

This instrument is part of the Early Childhood Longitudinal Study of the National Center for Educational Statistics. Teachers are asked to rate the study child's skills, knowledge, and behaviors within two areas of academic learning: (1) Language and Literacy, and (2) Mathematical Thinking. Each question includes examples that are meant to help the teacher think of the range of situations in which the specific child may demonstrate similar skills and behaviors. Each questionnaire assesses skills, knowledge, and behaviors that are appropriate for each grade level in school.

**Modifications**:

The questionnaire used in the ECLS study included an additional area of interest: General Knowledge. This area was not included in the NICHD battery.

**Rationale for Choosing**:

Best available standardized teacher-report of academic skills. Excellent psychometrics and normative base.

**Base Reference / Primary Citation**:

Nicholson, Atkins-Burnett, & Meisels, University of Michigan.

ECLS-K Base Year Public-Use Data Files and Electronic Codebook. The codebook can be found at the following website: http://nces.ed.gov/pubs2001/2001029_1_4.pdf Similar information about the first grade assessment data is expected out in late summer 2002.

**Sample**:

Refer to codebook above.

**Reliability**:

Reliability for the Rasch-based score for the Fall-Kindergarten data are:
ARS (Academic Rating Scale0: Language and Literacy: 0.87
ARS for Mathematical Thinking : 0.92

**Validity**:

Not done yet.

**Scoring**:

The academic skills for both Language and Literacy and for Mathematical Thinking are rated on a 5-point scale ranging from not yet demonstrated through proficiency, i.e., competently and consistently. There is an additional Not Applicable choice. The Language and Literacy section contains 13 items. The Mathematical Thinking section contains 28 items.

---

**Name of Instrument:**

After School Caregiver Interview

**SECC Name:**

After School

**Lead Investigator:**

Vandell, Deborah

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | After School Care | AS1 | Questionnaire | Caregiver |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 312 | | | | |
| | ASCGG1 | ASAUSA1S | AS Care Auspice @1S | AS1 |
| | ASCGG1 | ASDAFA1S | AS Care Daily Fees @1S | AS1 |
| | ASCGG1 | ASLOCA1S | AS Care Location @1S | AS1 |
| | ASCGG1 | ASMYEA1S | AS Max Yrs Exper of all CGs @1S | AS1 |

| | | | |
|---|---|---|---|
| ASCGG1 | ASNOAA1S | AS CG Reported # of Adults @1S | AS1 |
| ASCGG1 | ASPBYA1S | # of AS Prov. working all year @1S | AS1 |
| ASCGG1 | ASPWTA1S | # of AS Prov. w/ CC/CD training @1S | AS1 |
| ASCGG1 | ASRATA1S | AS Child Caregiver Ratio @1S | AS1 |
| ASCGG1 | ASSEDA1S | AS Highest Level Staff Educ @1S | AS1 |
| ASCGG1 | ASWGEA1S | AS CG Average Hourly Wage @1S | AS1 |
| ASCGG1 | ASWKFA1S | AS Care Weekly Fees @1S | AS1 |
| ASCGG1 | GRPSZA1S | AS CG Reported Group Size @1S | AS1 |
| ASCGG1 | INA1_1 | FORM FAS1G1 RECEIVED (1=Y/.=N) | AS1 |
| ASCGG1 | INDTA1_1 | FAS1G1 (SAS) DATE FORM COMPLETED | AS1 |

**Description of Instrument**:

This questionnaire obtains information about structural characteristics of the after-school care setting, including location and auspice, fees, group size, child: staff ratio, wages, and education and experience of all caregivers in the setting.

**Modifications**:

None.

**Rationale for Choosing**:

This measure is an upward extension of the type of questions completed during Phase I in child care settings. The factors are related to observed quality.

**Base Reference / Primary Citation**:

Pierce, K. M., & Vandell, D. L. (1997). After school. Unpublished questionnaire.

**Sample**:

Not applicable.

**Reliability**:

Not applicable.

**Validity**:

Not applicable.

**Scoring**:

Not applicable.

---

**Name of Instrument:**

After School Environment Scale

**SECC Name:**

After School Questionnaire

**Lead Investigator:**

Vandell, Deborah

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | Lab | LV4 | Questionnaire | Study Child |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 314 | | | | |
| | ASCAREG1 | ASNRAC1S | AS: SC Neg. Relations with Adults @1S | LV4 |
| | ASCAREG1 | ASOEXC1S | AS: SC Overall Experience @1S | LV4 |
| | ASCAREG1 | ASPESC1S | AS: SC Pos. Engagement in Setting @1S | LV4 |
| | ASCAREG1 | ASPRAC1S | AS: SC Pos. Relations with Adults @1S | LV4 |
| | ASCAREG1 | INDTL4_1 | FLV4G1 (SAS) TESTING DATE | LV4 |
| | ASCAREG1 | INL4_1 | FORM FLV4G1 RECEIVED (1=Y/.=N) | LV4 |

**Description of Instrument**:

The After-School Questionnaire contains 25 items regarding children's perceptions of the psychosocial climate in their primary after-school setting (determined during the 1st grade Spring Social Age interview with mother at the lab visit). These items tap peer affiliation, emotional support, problem behaviors, autonomy, and enjoyment. The measure is a revision of the After School Environment Scale (ASES; Rosenthal & Vandell, 1996), developed with children in third through fifth grades who were enrolled in after-school programs. The ASES was modified so that first graders could complete it successfully, and to cover all possible after-school arrangements including parental care.

**Modifications**:

The original ASES consists of 36 statements that are rated on a 4-point scale (1 = never, 2 = sometimes, 3 = most of the time, 4 = always). The After-School Questionnaire is modified for the NICHD Study of Early Child Care in several ways. First, only a subset of the original 36 items are used, and new items created. Second, item statements are changed to questions. Third, the response scale is changed to 3 points (1 = no, 2 = sometimes, 3 = yes).

**Rationale for Choosing**:

Child care quality is important in determining the effects of child care on children's development. It is not feasible to observe certain types of child care arrangements (e.g., self-care) without fundamentally changing children's experiences in these arrangements. Child reports of child care experiences can provide a window into previously unobservable care. These reports also indicate the child's feelings and perceptions about the after-school setting. Children can reliably provide information about their experiences in after-school programs, and their reports are related to regulable features and program observations (Rosenthal & Vandell, 1996).

**Base Reference / Primary Citation**:

Rosenthal, R., & Vandell, D. L. (1996). Quality of care at school-aged child-care programs: Regulatable features, observed experiences, child perspectives, and parent perspectives. Child Development, 67, 2434-2445.

**Sample**:

Rosenthal and Vandell's (1996) scale development sample for the ASES included 180 children: 94 in third grade, 55 in fourth grade, and 21 in fifth grade. Mean child age was 9.2 years. There were 103 boys and 77 girls. The sample was 6.1% African-American, 0.6% Native American, 90% European-American, and 2.2% biracial. All children attended their after-school program at least 3 days a week.

**Reliability**:

Rosenthall and Vandell (1996): Cronbach's alpha for each of the three subscales and the overall climate score are good to excellent: Emotional Support = .95, Autonomy/Privacy = .79, Peer Affiliation = .80, overall psychosocial climate = .95. Test-retest reliability was computed for 65 children (average time between administrations was 17 days; range = 6-29 days). Time 1 to Time 2 correlations were .91 for emotional support, .77 for peer affiliation, and .70 for autonomy/privacy, .90 for overall psychosocial climate. NICHD Study of Early Child Care: Cronbach's alpha for the subscales and overall experiences score (see scoring section) are: .67 for positive engagement in after-school setting, .69 for negative relations with adults in after-school care, .63 for positive relations with adults in after-school care, and .75 for overall after-school experiences.

**Validity**:

In Rosenthal and Vandell (1996), children's perceptions were associated with observed staff-child interactions and with regulable features. When programs had larger enrollments, children reported poorer overall program climate. When negative staff-child interactions were more frequent, children reported poorer program climate. Children who were in programs with larger enrollments and with more frequent negative staff-child interactions were more likely to report that staff was less emotionally supportive. In contrast, a greater variety of program activities during the week was associated with children having more positive program perceptions.

**Scoring**:

Because the modified ASES was used with younger children than those originally studied by Rosenthal and Vandell (1996), factor analyses were conducted to determine scaling. Three factors were identified:
1) Positive Engagement in After-School Setting = mean of items -5, 14, -17, 21, 24, 25
2) Negative Relations with Adults in After-School Care = mean of items 6, 10, 12, 15, 19, 20, 23
3) Positive Relations with Adults in After-School Care = mean of items 1, 4, 7, 9, 11, 16, 18
* Overall After-School Experiences = mean of items 1-25 after reflecting items 2, 5, 6, 10, 12, 13, 15, 17, 19, 20, 22, 23

---

**Name of Instrument:**

Attendance, Referral, and Retention Information Questionnaire

**SECC Name:**

Teacher Year End Questionnaire

**Lead Investigator:**

Pianta, Robert

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | School | FS13 | Questionnaire | Teacher |
| First Grade | School | FS14 | Questionnaire | Teacher |

| CCDR Database Variable | Label | Form |
|---|---|---|
| 311 | | |

| | | | |
|---|---|---|---|
| SCHG1 | ABSCYT1S | YrEnd:Absnce Affct Prgrss Cur. Yr@1S | FS14 |
| SCHG1 | BILCYT1S | YrEnd:Hr/Wk Bilngual Educatn CurrYr @1S | FS14 |
| SCHG1 | BILLYT1S | YrEnd:Bilingual Education Last Yr @1S | FS14 |
| SCHG1 | BILNYT1S | YrEnd:Bilingual Education Next Yr @1S | FS14 |
| SCHG1 | CH1CYT1S | YrEnd:Hr/Wk Chapter1/Title1 Curr Yr @1S | FS14 |
| SCHG1 | CH1LYT1S | YrEnd:Chapter 1/Title 1 Last Yr @1S | FS14 |
| SCHG1 | CH1NYT1S | YrEnd:Chapter 1/Title 1 Next Yr @1S | FS14 |
| SCHG1 | DCPCYT1S | YrEnd:# Days SC Present Curr. Yr @1S | FS14 |
| SCHG1 | DCPLYT1S | YrEnd:# Days SC Present Last Yr @1S | FS14 |
| SCHG1 | ESLCYT1S | YrEnd:Hr/Wk Eng Second Lang Curr Yr @1S | FS14 |
| SCHG1 | ESLLYT1S | YrEnd:Eng as Second Lang Last Yr @1S | FS14 |
| SCHG1 | ESLNYT1S | YrEnd:Eng as Second Lang Next Yr @1S | FS14 |
| SCHG1 | GATCYT1S | YrEnd:Hr/Wk Gifted-Talented Curr Yr @1S | FS14 |
| SCHG1 | GATLYT1S | YrEnd:Gifted & Talented Last Yr @1S | FS14 |
| SCHG1 | GATNYT1S | YrEnd:Gifted & Talented Next Yr @1S | FS14 |
| SCHG1 | GRPLYT1S | YrEnd:Grade Placement Last Year @1S | FS14 |
| SCHG1 | HRRCYT1S | YrEnd:Total Hr/Wk Remedial Curr Yr @1S | FS14 |
| SCHG1 | INDTS131 | FSV13G1 (SAS) DATE OF INTERVIEW | FS14 |
| SCHG1 | INDTS141 | FSV14G1 (SAS) DATE OF INTERVIEW | FS14 |
| SCHG1 | INS131 | FORM FSV13G1 RECEIVED (1=Y,.=N) | FS14 |
| SCHG1 | INS141 | FORM FSV14G1 RECEIVED (1=Y,.=N) | FS14 |
| SCHG1 | OPACYT1S | YrEnd:Hr/Wk Occ/Phys Therapy Curr Yr @1S | FS14 |
| SCHG1 | OPALYT1S | YrEnd:Occ/Phys Therapy Last Yr @1S | FS14 |
| SCHG1 | OPANYT1S | YrEnd:Occ/Phys Therapy Next Yr @1S | FS14 |
| SCHG1 | PATCYT1S | YrEnd:% Days SC Attnded Curr. Yr @1S | FS14 |
| SCHG1 | PATLYT1S | YrEnd:% Days SC Attended Last Yr @1S | FS14 |
| SCHG1 | REPCYT1S | YrEnd:Repeating Grade Current Yr @1S | FS14 |
| SCHG1 | RETNYT1S | YrEnd:Prmotion/Retention Next Yr @1S | FS14 |
| SCHG1 | RSSCYT1S | YrEnd:Rec'd Special Serv Curr. Yr@1S | FS14 |
| SCHG1 | RSSLYT1S | YrEnd:Rec'd Special Serv Last Yr @1S | FS14 |
| SCHG1 | RSSNYT1S | YrEnd:Refer Special Serv Next Yr @1S | FS14 |
| SCHG1 | SEFCYT1S | YrEnd:Hr/Wk SpecEd FullTime Curr Yr @1S | FS14 |
| SCHG1 | SEFLYT1S | YrEnd:Spec Edu Full-Time Last Yr @1S | FS14 |
| SCHG1 | SEFNYT1S | YrEnd:Spec Edu Full-Time Next Yr @1S | FS14 |
| SCHG1 | SERCYT1S | YrEnd:Hr/Wk SpecEd Resource Curr Yr @1S | FS14 |
| SCHG1 | SERLYT1S | YrEnd:Spec Edu Resource Last Yr @1S | FS14 |
| SCHG1 | SERNYT1S | YrEnd:Spec Edu Resource Next Yr @1S | FS14 |
| SCHG1 | SFSCYT1S | YrEnd:Hr/Wk St-Funded Serv Curr Yr @1S | FS14 |
| SCHG1 | SFSNYT1S | YrEnd:State-Funded Serv Next Yr @1S | FS14 |
| SCHG1 | SOSCYT1S | YrEnd:Hr/Wk SocServ(from Sch)Curr Yr @1S | FS14 |
| SCHG1 | SOSLYT1S | YrEnd:Soc. Serv(from Sch) Last Yr @1S | FS14 |
| SCHG1 | SOSNYT1S | YrEnd:Soc. Serv(from Sch) Next Yr @1S | FS14 |
| SCHG1 | SPHCYT1S | YrEnd:Hr/Wk Speech/Language Curr Yr @1S | FS14 |

| | | | |
|---|---|---|---|
| SCHG1 | SPHLYT1S | YrEnd:Speech/Language Last Yr @1S | FS14 |
| SCHG1 | SPHNYT1S | YrEnd:Speech/Language Next Yr @1S | FS14 |
| SCHG1 | TUTCYT1S | YrEnd:Hr/Wk Tutoring Curr Yr @1S | FS14 |
| SCHG1 | TUTLYT1S | YrEnd:Tutoring Last Yr @1S | FS14 |
| SCHG1 | TUTNYT1S | YrEnd:Tutoring Next Yr @1S | FS14 |

**Description of Instrument**:

Attendance, Referral, and Retention is a form completed by teachers. It is given at the beginning of first grade about children in kindergarten and at the end of first grade and second grade. The form indexes basic information regarding target children's attendance at school, referral for services (e.g., special education), and whether the child was retained at the current grade level.

**Modifications**:

This form was developed for the NICHD Study of Early Child Care.

**Rationale for Choosing**:

Referrals for retention or special services are important outcomes for children and of great interest to educational policy. Attendance is also a key aspect of educational experience. It is key both as an outcome measure in relation to family and community factors, and as an index of the degree of child's contact with school resources.

**Base Reference / Primary Citation**:

Not applicable.

**Sample**:

Not applicable.

**Reliability**:

Not applicable.

**Validity**:

Not applicable.

**Scoring**:

Not applicable.

---

**Name of Instrument:**

Attribution Bias Questionnaire

**SECC Name:**

Attribution Bias Questionnaire

**Lead Investigator:**

Booth-LaForce, Cathryn

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Lab | 55Ja | Interview | Study Child |
| 54 Months | Lab | 55Jb | Interview | Study Child |
| First Grade | Lab | LV3 | Interview | Study Child |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 206 | | | | |
| | COUT54 | IN55J | FORM 55J RECEIVED (1=Y/.=N) | 55Ja |
| | COUT54 | INTDT55J | F55J (SAS) DATE OF INTERVIEW | 55Ja |
| | COUT54 | NATRBC54 | NUMBER OF NEGATIVE ATTRIBUTES, 54 MOS | 55Ja |
| 337 | | | | |
| | COUTG1 | ABDO_C1S | Att Bias: Avg Do Score @1S | LV3 |
| | COUTG1 | INDTL3_1 | FLV3G1 (SAS)DATE-from FLV5G1 or FLV3G1 | LV3 |
| | COUTG1 | INL3_1 | FORM FLV3G1 RECEIVED (1=Y/.=N) | LV3 |
| | COUTG1 | NATRBC1S | Att Bias:# Neg.(Hostile) Attributns @1S | LV3 |
| | COUTG1 | NEGDOC1S | Att Bias:# Aggressive Solutns(NegDo)@1S | LV3 |
| | COUTG1 | PATRBC1S | Att Bias:# Pos.(NonHostl) Attributns@1S | LV3 |

**Description of Instrument**:

There are two procedures. At 54 months, children are presented with four ambiguous stories (without pictures) involving (a) having a special toy taken by another child, (b) being hit by a ball, (c) being tripped, and (d) having grape juice spilled on the child. The child chooses one of two attributions for each scenario (e.g., "Did Nancy hit you in the back by accident or did Nancy want to hit you in the back?").

At first grade, children view 8 cartoon (stick) drawings of peer provocation in which the intent of the peer is depicted as hostile, prosocial, accidental, or ambiguous. Children are then asked how they might interpret the peer's intent, and how they would respond in such a situation. For example, while being shown a cartoon drawing, the child is told: "Pretend that you are standing on the playground playing catch with a kid named Todd. You throw the ball to Todd and he catches it. You turn around, and the next thing you realize is that Todd has thrown the ball and has hit you in the middle of the back and it hurts a lot. Why do you think Todd hit you in the back? What would you do about Todd after he hit you?" The answer to the first question, "Why did this happen?" is coded as either a non-hostile or a hostile attribution. The answer to the second question, "What would you do?" is coded on a 6-point aggressiveness scale.

**Modifications**:

The interview at 54 months was designed for boys originally. A girls' version was developed by changing the names of the characters. No modifications were made to the first-grade version.

**Rationale for Choosing**:

The 54-month instrument was chosen because it has been used with children of this age previously. Other attribution bias measures have been used with older children primarily and they were not as appropriate in pilot testing. The first-grade procedure has been used successfully in a variety of major longitudinal studies. It is appropriate for first-graders, and it pilot-tested well.

**Base Reference / Primary Citation**:

Dodge, K., Petit, G., McClaskey, C. & Brown, M. (1986). Social competence in children. Monographs of Society for Research in Child Development, 51 (serial no. 213).

Feshbach, L. (1990). Aggression-conduct problems, attention-deficits hyperactivity, play, and social cognition in four-year-old boys (Doctoral Dissertation, University of Washington, 1989). Dissertation Abstracts International, 50, 5878.

Howes, C., Hamilton, C., & Matheson, C. (1994). Children's relationships with peers: Differential associations with aspects of the teacher-child relationship. Child Development, 65, 253-263.

**Sample**:

**Reliability**:

Inter-rater reliability (kappa) ranged from .77 to .93 for the first-grade measure.

**Validity**:

Feshbach (1989) found that in a nonclinic sample of preschool boys, aggressive attributions were significantly related to scores on the Child Behavior Checklist; all of the children who consistently attributed an aggressive motivation to the actor had scores in the clinical range on the CBCL. Howes et al (1994) found that preschool children's aggressive attributions on the Feshbach measure were related to child-care teachers' use of power-assertive strategies in dealing with peer conflict.

Dodge et al. (1986) found that children who are aggressive and likely to be rejected by their peer group tend to display a "hostile attributional bias," meaning that they are more likely to attribute hostile intent to others' actions even when these actions are accidental. Aggressive children tend to produce fewer, and more antagonistic solutions to everyday problems in social interaction, tend to be less flexible and resourceful in generating strategies, and tend to expect positive outcomes from aggressive strategies.

**Scoring**:

---

**Name of Instrument:**

California Preschool Social Competency Scale

**SECC Name:**

Social Competency

**Lead Investigator:**

Clarke-Stewart, Alison

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Child Care | 56K1 | Questionnaire | Caregiver |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 202 | | | | |
| | CARGIV54 | CGID56K1 | F56K1 CAREGIVER ID | 56K1 |
| | CARGIV54 | CGRL56K1 | F56K1 CG RELATIONSHIP TO STUDY CHILD | 56K1 |
| | CARGIV54 | IN56K1 | FORM 56K1 RECEIVED (1=Y/.=N) | 56K1 |

| | | | |
|---|---|---|---|
| CARGIV54 | INDT56K1 | F56K1 (SAS) DATE OF INTERVIEW | 56K1 |
| CARGIV54 | SCSA_A54 | CA PS Soc Comp Score 54M: Q1-30 w/ ProWt | 56K1 |
| CARGIV54 | SCSC_A54 | CA PS Soc Comp Score 54M: Q1-34 w/ ProWt | 56K1 |
| CARGIV54 | SCSP_A54 | CA PS Peer Social Competence w/ ProWt | 56K1 |

**Description of Instrument**:

The CPSC is a 30-item questionnaire asking the caregiver to rate the study child using 4-point scales. The items include measures of the child's abilities to interact with peers, persistence on tasks, ability to follow instructions, ability to communicate effectively, and ability to respond confidently in unfamiliar situations. The three factors identified on the CPSC are task mastery, materials sharing, and peer involvement. The last of these is correlated with peer contacts and cooperative play in the classroom. Four additional items include cooperative play, rule following, empathy, and aggression.

**Modifications**:

The CPSC has been supplemented with four additional items: cooperative play, rule following, empathy, and aggression.

**Rationale for Choosing**:

The CPSC provides information about the study child's social development and play behavior from the caregiver's point of view. This information can be used to supplement direct observations of the same behavior. The CPSC can also be used to identify the development of social behavior over time, since it can be administered several times over the course of this study.

**Base Reference / Primary Citation**:

Ladd, G. W., & Price, J. M. (1987). Predicting children's social and school adjustment following the transition from preschool to kindergarten. Child Development, 58, 1168-1189.

Levine, S., Elzey, F. F., & Lewis, M. (1969). California Preschool Social Competency Scale. Palo Alto, CA: Consulting Psychologists Press.

**Sample**:

**Reliability**:

Intercoder reliabilities on the CPSC range from 0.75 to 0.86 (Ladd & Price, 1987), and split-half reliabilities range from 0.90 to 0.98. The test mastery factor has shown cross-time stability from the beginning to the end of kindergarten.

**Validity**:

**Scoring**:

Three scores were generated for use in this study:

(1) Social Competency: sum of responses to items 1-30 (items from the original instrument).

(2) Social Competency-Supplemented: sum of responses to items 1-34 (items from the original instrument plus 4 additional items created for this study), with item 34 reflected.

(3) Social Competency with Peers: sum of responses to items 15-19, 21, 31-34, with item 34 reflected.

**Name of Instrument:**

Center for Epidemiological Studies Depression Scale (CES-D)

**SECC Name:**

My Feelings I

**Lead Investigator:**

O'Brien, Marion

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Home | 54D | Questionnaire | Parents |
| First Grade | Home | FH8 | Questionnaire | Father |
| First Grade | Lab | LV17 | Questionnaire | Mother |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 224 | | | | |
| | FAM54 | IN54D | FORM 54D RECEIVED (1=Y/.=N) | 54D |
| | FAM54 | INT54D_M | F54D (SAS) DATE OF INTERVIEW-MOM | 54D |
| | FAM54 | INT54D_O | F54D (SAS) DATE OF INTERVIEW-F/P/O AD | 54D |
| | FAM54 | MADEPM54 | MY FEELINGS TOTAL-MOM DEPR 54MO | 54D |
| | FAM54 | OA54DX54 | F54D FATH/PART/OTH RELATIONSHIP TO CHILD | 54D |
| | FAM54 | OADEPX54 | MY FEELINGS TOT-FATH/PART/OTH DEPR 54MO | 54D |
| 285 | | | | |
| | FAMG1 | INDTH8_1 | FHV8G1 (SAS) DATE FORM COMPLETED | FH8 |
| | FAMG1 | INH8_1 | FORM FHV8G1 RECEIVED (1=Y/.=N) | FH8 |
| | FAMG1 | OADEPX1F | MY FEELINGS TOT-FATH/PART/OTH DEPR G1 | FH8 |
| | FAMG1 | OAHV8X1F | HV8 OTHER ADULT RELATIONSHIP TO CHILD | FH8 |
| | FAMG1 | INDTL171 | FLV17G1 (SAS) TESTING DATE | LV17 |
| | FAMG1 | INL171 | FORM FLV17G1 RECEIVED (1=Y/.=N) | LV17 |
| | FAMG1 | MADEPM1S | MY FEELINGS TOT-MOM/ALTCG DEPR G1 | LV17 |
| | FAMG1 | MAL17M1S | FLV17G1 MOM/ALTCG RELATIONSHIP TO CHILD | LV17 |

**Description of Instrument**:

"My Feelings" was adapted from the Center for Epidemiological Studies Depression Scale (CES-D). The scale is scored on a 4-point Likert scale of frequency from 1 ("Less than once a week") to 4 ("5-7 days a week") but was converted in the previous data center to a scale of 0-3 to match the original CES-D scale.
Factor analysis on the original standardization samples identified four factors: depressed affect, positive affect, somatic and retarded activity, and interpersonal. These factors are rarely reported in the literature; instead, a total score is calculated.

**Modifications:**

Items are presented in a different order than in the original scale.

**Rationale for Choosing:**

The CES-D is one of the most widely used and validated measures of depressive symptomatology for non-clinical samples. Because post-partum depression is a common occurrence and because severe maternal depression is known to be associated with adverse outcomes for children, the construct of maternal depression was considered important for inclusion in the study at all major measurement points.

**Base Reference / Primary Citation:**

Radloff, L. S. (1997). The CES-D scale: A self report depression scale for research in general population. Applied Psychological Measurement, 1, 385-401.

**Sample:**

Radloff (1977) reports on 2514 white adults in Kansas City, Missouri, and in Washington County, Maryland, in one study, and 1060 white adults in Washington County, Maryland, in another study of test-retest reliability. A clinical sample of 70 psychiatric inpatients were also tested for comparison purposes.
Roberts (1980) tested 254 white, 270 black, and 181 Hispanic subjects and found no group differences in internal consistency reliability as well as a similar factor structure across groups.

**Reliability:**

Internal consistency (coefficient alpha) was .85 in the general population and .90 in the clinical sample.
Test-retest correlations across 2 weeks (n = 139) were .51; across 4 weeks (n = 105) were .67, across 6 weeks (n = 97) were .59; and across 8 weeks (n = 78) were .59. Total sample test-retest correlation (n = 419) was .57.

**Validity:**

The mean CES-D score for psychiatric inpatients was much higher than were those for samples of non-clinical adults. In addition, 70 percent of the patients were above the cutoff score of 16, whereas only 21 percent of the non-clinical sample scored above 16. Correlations between the CES-D and other measures of depressive symptoms are reported as high by Radloff (1977), Roberts and Vernon (1983), and Orme, Reis, and Herz (1986).

**Scoring:**

Items 3, 11, 14, and 16 were reflected for scoring, and all 20 items were used in creating a scale of maternal depression (MADEPM1S). The scores can range from 0-60, with higher scores indicating greater maternal depressive symptomatology; scores of 16 or higher are considered to have clinical significance.

---

**Name of Instrument:**

Child Behavior Checklist (CBCL)

**SECC Name:**

Child Behavior Checklist (CBCL)

**Lead Investigator:**

Campbell, Susan

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Home | 55M | Questionnaire | Father |
| 54 Months | Lab | 55M | Questionnaire | Mother |
| 54 Months | Child Care | 56K6 | Questionnaire | Caregiver |
| First Grade | Home | FH3 | Questionnaire | Father |
| First Grade | Lab | LV10 | Questionnaire | Mother |
| First Grade | After School Care | AS3 | Questionnaire | Caregiver |
| Kindergarten | Other | KBCB | Questionnaire | Mother |

| CCDR Database | Variable | Label | Form |
|---|---|---|---|
| 238 | | | |
| COUT54 | BAG_SM54 | CBCL (MOM/ALTCG)-AGGRESSIV TOT SCORE 54M | 55M |
| COUT54 | BAG_SX54 | CBCL (F/P/OAD)- AGGRESSIVE TOT SCORE 54M | 55M |
| COUT54 | BAG_TM54 | CBCL (MOM/ALTCG)-AGGRES BEH T-SCORE 54M | 55M |
| COUT54 | BAG_TX54 | CBCL (F/P/OAD)-AGGRESSIV BEH T-SCORE 54M | 55M |
| COUT54 | BAN_TM54 | CBCL (MOM/ALTCG)-ANXI/DEPRESS T-SCOR 54M | 55M |
| COUT54 | BAN_TX54 | CBCL (F/P/OAD)- ANXI/DEPRESS T-SCORE 54M | 55M |
| COUT54 | BAP_SM54 | CBCL (MOM/ALTCG)-ATTENTION TOT SCORE 54M | 55M |
| COUT54 | BAP_SX54 | CBCL (F/P/OAD)- ATTENTION TOT SCORE 54M | 55M |
| COUT54 | BAP_TM54 | CBCL (MOM/ALTCG)-ATTENT PRBS T-SCORE 54M | 55M |
| COUT54 | BAP_TX54 | CBCL (F/P/OAD)- ATTENT PROBS T-SCORE 54M | 55M |
| COUT54 | BDB_TM54 | CBCL (MOM/ALTCG)-DELINT BEH T-SCORE 54M | 55M |
| COUT54 | BDB_TX54 | CBCL (F/P/OAD)-DELINQUNT BEH T-SCORE 54M | 55M |
| COUT54 | BEX_SM54 | CBCL (MOM/ALTCG)-EXTERNAL TOT SCORE 54M | 55M |
| COUT54 | BEX_SX54 | CBCL (F/P/OAD) - EXTERNAL TOT SCORE 54M | 55M |
| COUT54 | BEX_TM54 | CBCL (MOM/ALTCG)-EXTERNALIZ T-SCORE 54M | 55M |
| COUT54 | BEX_TX54 | CBCL (F/P/OAD)-EXTERNALIZING T-SCORE 54M | 55M |
| COUT54 | BIN_SM54 | CBCL (MOM/ALTCG)-INTERNALZ TOT SCORE 54M | 55M |

| | | | |
|---|---|---|---|
| COUT54 | BIN_SX54 | CBCL (F/P/OAD)- INTERNALIZ TOT SCORE 54M | 55M |
| COUT54 | BIN_TM54 | CBCL (MOM/ALTCG)-INTERNALIZ T-SCORE 54M | 55M |
| COUT54 | BIN_TX54 | CBCL (F/P/OAD)-INTERNALIZING T-SCORE 54M | 55M |
| COUT54 | BSO_TM54 | CBCL (MOM/ALTCG)-SOMAT CMPLNT T-SCOR 54M | 55M |
| COUT54 | BSO_TX54 | CBCL (F/P/OAD)-SOMATIC CMPLNT T-SCOR 54M | 55M |
| COUT54 | BSP_SM54 | CBCL (MOM/ALTCG)-SOC PRBS TOT SCORE 54M | 55M |
| COUT54 | BSP_SX54 | CBCL (F/P/OAD)-SOCIAL PRBS TOT SCORE 54M | 55M |
| COUT54 | BSP_TM54 | CBCL (MOM/ALTCG)-SOCIAL PRBS T-SCORE 54M | 55M |
| COUT54 | BSP_TX54 | CBCL (F/P/OAD)-SOCIAL PRBLMS T-SCORE 54M | 55M |
| COUT54 | BTO_TM54 | CBCL (MOM/ALTCG)-TOTAL PRBS T-SCORE 54M | 55M |
| COUT54 | BTO_TX54 | CBCL (F/P/OAD)-TOTAL PRBLEMS T-SCORE 54M | 55M |
| COUT54 | BTP_TM54 | CBCL (MOM/ALTCG)-THOUGHT PRBS T-SCOR 54M | 55M |
| COUT54 | BTP_TX54 | CBCL (F/P/OAD)-THOUGHT PROBS T-SCORE 54M | 55M |
| COUT54 | BWT_SM54 | CBCL (MOM/ALTCG)-WITHDRWN TOT SCORE 54 M | 55M |
| COUT54 | BWT_SX54 | CBCL (F/P/OAD)-WITHDRAWN TOT SCORE 54 M | 55M |
| COUT54 | BWT_TM54 | CBCL (MOM/ALTCG)-WITHDRAWN T-SCORE 54 MO | 55M |
| COUT54 | BWT_TX54 | CBCL (F/P/OAD)-WITHDRAWN T-SCORE 54 MO | 55M |
| COUT54 | IN55M | FORM 55M RECEIVED (1=Y/.=N) | 55M |
| COUT54 | INT55M_M | F55M (SAS) DATE OF INTERVIEW-MOM/ALTCG | 55M |
| COUT54 | INT55M_O | F55M (SAS) DATE OF INTERVIEW-F/P/O AD | 55M |
| COUT54 | MA55MM54 | F55M MOM/ALTCG RELATIONSHIP TO CHILD | 55M |
| COUT54 | OA55MX54 | F55M OTHER ADULT'S RELATIONSHIP TO CHILD | 55M |
| COUT54 | BAG_SM54 | CBCL (MOM/ALTCG)-AGGRESSIV TOT SCORE 54M | 55M |
| COUT54 | BAG_SX54 | CBCL (F/P/OAD)- AGGRESSIVE TOT SCORE 54M | 55M |
| COUT54 | BAG_TM54 | CBCL (MOM/ALTCG)-AGGRES BEH T-SCORE 54M | 55M |
| COUT54 | BAG_TX54 | CBCL (F/P/OAD)-AGGRESSIV BEH T- | 55M |

| | | | |
|---|---|---|---|
| | | SCORE 54M | |
| COUT54 | BAN_TM54 | CBCL (MOM/ALTCG)-ANXI/DEPRESS T-SCOR 54M | 55M |
| COUT54 | BAN_TX54 | CBCL (F/P/OAD)- ANXI/DEPRESS T-SCORE 54M | 55M |
| COUT54 | BAP_SM54 | CBCL (MOM/ALTCG)-ATTENTION TOT SCORE 54M | 55M |
| COUT54 | BAP_SX54 | CBCL (F/P/OAD)- ATTENTION TOT SCORE 54M | 55M |
| COUT54 | BAP_TM54 | CBCL (MOM/ALTCG)-ATTENT PRBS T-SCORE 54M | 55M |
| COUT54 | BAP_TX54 | CBCL (F/P/OAD)- ATTENT PROBS T-SCORE 54M | 55M |
| COUT54 | BDB_TM54 | CBCL (MOM/ALTCG)-DELINT BEH T-SCORE 54M | 55M |
| COUT54 | BDB_TX54 | CBCL (F/P/OAD)-DELINQUNT BEH T-SCORE 54M | 55M |
| COUT54 | BEX_SM54 | CBCL (MOM/ALTCG)-EXTERNAL TOT SCORE 54M | 55M |
| COUT54 | BEX_SX54 | CBCL (F/P/OAD) - EXTERNAL TOT SCORE 54M | 55M |
| COUT54 | BEX_TM54 | CBCL (MOM/ALTCG)-EXTERNALIZ T-SCORE 54M | 55M |
| COUT54 | BEX_TX54 | CBCL (F/P/OAD)-EXTERNALIZING T-SCORE 54M | 55M |
| COUT54 | BIN_SM54 | CBCL (MOM/ALTCG)-INTERNALZ TOT SCORE 54M | 55M |
| COUT54 | BIN_SX54 | CBCL (F/P/OAD)- INTERNALIZ TOT SCORE 54M | 55M |
| COUT54 | BIN_TM54 | CBCL (MOM/ALTCG)-INTERNALIZ T-SCORE 54M | 55M |
| COUT54 | BIN_TX54 | CBCL (F/P/OAD)-INTERNALIZING T-SCORE 54M | 55M |
| COUT54 | BSO_TM54 | CBCL (MOM/ALTCG)-SOMAT CMPLNT T-SCOR 54M | 55M |
| COUT54 | BSO_TX54 | CBCL (F/P/OAD)-SOMATIC CMPLNT T-SCOR 54M | 55M |
| COUT54 | BSP_SM54 | CBCL (MOM/ALTCG)-SOC PRBS TOT SCORE 54M | 55M |
| COUT54 | BSP_SX54 | CBCL (F/P/OAD)-SOCIAL PRBS TOT SCORE 54M | 55M |
| COUT54 | BSP_TM54 | CBCL (MOM/ALTCG)-SOCIAL PRBS T-SCORE 54M | 55M |
| COUT54 | BSP_TX54 | CBCL (F/P/OAD)-SOCIAL PRBLMS T-SCORE 54M | 55M |
| COUT54 | BTO_TM54 | CBCL (MOM/ALTCG)-TOTAL PRBS T-SCORE 54M | 55M |
| COUT54 | BTO_TX54 | CBCL (F/P/OAD)-TOTAL PRBLEMS T-SCORE 54M | 55M |
| COUT54 | BTP_TM54 | CBCL (MOM/ALTCG)-THOUGHT PRBS T- | 55M |

| | | | |
|---|---|---|---|
| | | SCOR 54M | |
| COUT54 | BTP_TX54 | CBCL (F/P/OAD)-THOUGHT PROBS T-SCORE 54M | 55M |
| COUT54 | BWT_SM54 | CBCL (MOM/ALTCG)-WITHDRWN TOT SCORE 54 M | 55M |
| COUT54 | BWT_SX54 | CBCL (F/P/OAD)-WITHDRAWN TOT SCORE 54 M | 55M |
| COUT54 | BWT_TM54 | CBCL (MOM/ALTCG)-WITHDRAWN T-SCORE 54 MO | 55M |
| COUT54 | BWT_TX54 | CBCL (F/P/OAD)-WITHDRAWN T-SCORE 54 MO | 55M |
| COUT54 | IN55M | FORM 55M RECEIVED (1=Y/.=N) | 55M |
| COUT54 | INT55M_M | F55M (SAS) DATE OF INTERVIEW-MOM/ALTCG | 55M |
| COUT54 | INT55M_O | F55M (SAS) DATE OF INTERVIEW-F/P/O AD | 55M |
| COUT54 | MA55MM54 | F55M MOM/ALTCG RELATIONSHIP TO CHILD | 55M |
| COUT54 | OA55MX54 | F55M OTHER ADULT'S RELATIONSHIP TO CHILD | 55M |

239

| | | | |
|---|---|---|---|
| CARGIV54 | CGID56K6 | F56K6 CAREGIVER ID | 56K6 |
| CARGIV54 | CGRL56K6 | F56K6 CG RELATIONSHIP TO STUDY CHILD | 56K6 |
| CARGIV54 | IN56K6 | FORM 56K6 RECEIVED (1=Y/.=N) | 56K6 |
| CARGIV54 | INDT56K6 | F56K1 (SAS) DATE OF INTERVIEW | 56K6 |
| CARGIV54 | TAGRSA54 | TRF (CG)AGGRESSIVE BEH TOTAL SCORE 54M | 56K6 |
| CARGIV54 | TAGRTA54 | TRF (CG)AGGRESSIVE BEHAVIOR T-SCORE 54M | 56K6 |
| CARGIV54 | TANXSA54 | TRF (CG)ANXIOUS/OBSESSIVE TOTL SCORE 54M | 56K6 |
| CARGIV54 | TANXTA54 | TRF (CG)ANXIOUS/OBSESSIVE T-SCORE 54M | 56K6 |
| CARGIV54 | TATTSA54 | TRF (CG)ATTENTION PRBS TOTAL SCORE 54M | 56K6 |
| CARGIV54 | TATTTA54 | TRF (CG)ATTENTION PROBLEMS T-SCORE 54M | 56K6 |
| CARGIV54 | TDEPSA54 | TRF (CG)DEPRESSED/WITHDRAWN TOT SCOR 54M | 56K6 |
| CARGIV54 | TDEPTA54 | TRF (CG)DEPRESSED/WITHDRAWN T_SCORE 54 M | 56K6 |
| CARGIV54 | TEXTSA54 | TRF (CG)EXTERNALIZING TOTAL SCORE 54M | 56K6 |
| CARGIV54 | TEXTTA54 | TRF (CG)EXTERNALIZING T-SCORE 54M | 56K6 |
| CARGIV54 | TFEASA54 | TRF (CG)FEARS TOTAL SCORE 54M | 56K6 |
| CARGIV54 | TFEATA54 | TRF (CG)FEARS T-SCORE 54M | 56K6 |
| CARGIV54 | TIMMSA54 | TRF (CG)IMMATURE TOTAL SCORE 54M | 56K6 |
| CARGIV54 | TIMMTA54 | TRF (CG)IMMATURE T-SCORE 54M | 56K6 |

| | | | |
|---|---|---|---|
| CARGIV54 | TINTSA54 | TRF (CG)INTERNALIZING TOTAL SCORE 54M | 56K6 |
| CARGIV54 | TINTTA54 | TRF (CG)INTERNALIZING T-SCORE 54M | 56K6 |
| CARGIV54 | TSOMSA54 | TRF (CG)SOMATIC PROBLEMS TOTL SCORE 54M | 56K6 |
| CARGIV54 | TSOMTA54 | TRF (CG)SOMATIC PROBLEMS T-SCORE 54M | 56K6 |
| CARGIV54 | TTOTSA54 | TRF (CG)TOTAL PROBLEMS TOTAL SCORE 54M | 56K6 |
| CARGIV54 | TTOTTA54 | TRF (CG)TOTAL PROBLEMS T-SCORE 54M | 56K6 |

281

| | | | |
|---|---|---|---|
| COUTG1 | BAG_TX1F | CBCL (F/P/OAD) - AGGRES BEH T-SCORE G1 | FH3 |
| COUTG1 | BAN_TX1F | CBCL (F/P/OAD) - ANXI/DEPRESS T-SCOR G1 | FH3 |
| COUTG1 | BAP_TX1F | CBCL (F/P/OAD) - ATTENT PRBS T-SCORE G1 | FH3 |
| COUTG1 | BDB_TX1F | CBCL (F/P/OAD) - DELINT BEH T-SCORE G1 | FH3 |
| COUTG1 | BEX_TX1F | CBCL (F/P/OAD) - EXTERNALIZ T-SCORE G1 | FH3 |
| COUTG1 | BIN_TX1F | CBCL (F/P/OAD) - INTERNALIZ T-SCORE G1 | FH3 |
| COUTG1 | BSO_TX1F | CBCL (F/P/OAD) - SOMAT CMPLNT T-SCOR G1 | FH3 |
| COUTG1 | BSP_TX1F | CBCL (F/P/OAD) - SOCIAL PRBS T-SCORE G1 | FH3 |
| COUTG1 | BTO_TX1F | CBCL (F/P/OAD) - TOTAL PRBS T-SCORE G1 | FH3 |
| COUTG1 | BTP_TX1F | CBCL (F/P/OAD) - THOUGHT PRBS T-SCOR G1 | FH3 |
| COUTG1 | BWT_TX1F | CBCL (F/P/OAD) - WITHDRAWN T-SCORE G1 | FH3 |
| COUTG1 | INDTH3_1 | FHV3G1 (SAS) DATE FORM COMPLETED | FH3 |
| COUTG1 | INH3_1 | FORM FHV3G1 RECEIVED (1=Y/.=N) | FH3 |
| COUTG1 | OAHV3X1F | FH3 OTHER ADULT'S RELATIONSHIP TO CHILD | FH3 |
| COUTG1 | BAG_TM1S | CBCL (MOM/ALTCG)-AGGRES BEH T-SCORE G1 | LV10 |
| COUTG1 | BAN_TM1S | CBCL (MOM/ALTCG)-ANXI/DEPRESS T-SCOR G1 | LV10 |
| COUTG1 | BAP_TM1S | CBCL (MOM/ALTCG)-ATTENT PRBS T-SCORE G1 | LV10 |
| COUTG1 | BDB_TM1S | CBCL (MOM/ALTCG)-DELINT BEH T-SCORE G1 | LV10 |
| COUTG1 | BEX_TM1S | CBCL (MOM/ALTCG)-EXTERNALIZ T-SCORE G1 | LV10 |
| COUTG1 | BIN_TM1S | CBCL (MOM/ALTCG)-INTERNALIZ T-SCORE G1 | LV10 |

| | | | |
|---|---|---|---|
| COUTG1 | BSO_TM1S | CBCL (MOM/ALTCG)-SOMAT CMPLNT T-SCOR G1 | LV10 |
| COUTG1 | BSP_TM1S | CBCL (MOM/ALTCG)-SOCIAL PRBS T-SCORE G1 | LV10 |
| COUTG1 | BTO_TM1S | CBCL (MOM/ALTCG)-TOTAL PRBS T-SCORE G1 | LV10 |
| COUTG1 | BTP_TM1S | CBCL (MOM/ALTCG)-THOUGHT PRBS T-SCOR G1 | LV10 |
| COUTG1 | BWT_TM1S | CBCL (MOM/ALTCG)-WITHDRAWN T-SCORE G1 | LV10 |
| COUTG1 | INDTL101 | FLV10G1 (SAS) TESTING DATE | LV10 |
| COUTG1 | INL101 | FORM FLV10G1 RECEIVED (1=Y/.=N) | LV10 |
| COUTG1 | MAL10M1S | FLV10G1 MOM/ALTCG RELATIONSHIP TO CHILD | LV10 |

291

| | | | |
|---|---|---|---|
| ASCGG1 | BAG_TA1S | CBCL (AS CG)-AGGRES BEH T-SCORE G1 | AS3 |
| ASCGG1 | BAN_TA1S | CBCL (AS CG)-ANXI/DEPRESS T-SCOR G1 | AS3 |
| ASCGG1 | BAP_TA1S | CBCL (AS CG)-ATTENT PRBS T-SCORE G1 | AS3 |
| ASCGG1 | BDB_TA1S | CBCL (AS CG)-DELINT BEH T-SCORE G1 | AS3 |
| ASCGG1 | BEX_TA1S | CBCL (AS CG)-EXTERNALIZ T-SCORE G1 | AS3 |
| ASCGG1 | BIN_TA1S | CBCL (AS CG)-INTERNALIZ T-SCORE G1 | AS3 |
| ASCGG1 | BSO_TA1S | CBCL (AS CG)-SOMAT CMPLNT T-SCOR G1 | AS3 |
| ASCGG1 | BSP_TA1S | CBCL (AS CG)-SOCIAL PRBS T-SCORE G1 | AS3 |
| ASCGG1 | BTO_TA1S | CBCL (AS CG)-TOTAL PRBS T-SCORE G1 | AS3 |
| ASCGG1 | BTP_TA1S | CBCL (AS CG)-THOUGHT PRBS T-SCOR G1 | AS3 |
| ASCGG1 | BWT_TA1S | CBCL (AS CG)-WITHDRAWN T-SCORE G1 | AS3 |
| ASCGG1 | INA3_1 | FORM FAS3G1 RECEIVED (1=Y/.=N) | AS3 |
| ASCGG1 | INDTA3_1 | FAS3G1 (SAS) DATE FORM COMPLETED | AS3 |

275

| | | | |
|---|---|---|---|
| COUT_K | BAG_SMKF | CBCL (MOM/ALTCG)-AGGRESSIV TOT SCORE K/F | KBCB |
| COUT_K | BAG_TMKF | CBCL (MOM/ALTCG)-AGGRES BEH T-SCORE K/F | KBCB |
| COUT_K | BAN_TMKF | CBCL (MOM/ALTCG)-ANXI/DEPRESS T-SCOR K/F | KBCB |
| COUT_K | BAP_SMKF | CBCL (MOM/ALTCG)-ATTENTION TOT SCORE K/F | KBCB |
| COUT_K | BAP_TMKF | CBCL (MOM/ALTCG)-ATTENT PRBS T-SCORE K/F | KBCB |
| COUT_K | BDB_TMKF | CBCL (MOM/ALTCG)-DELINT BEH T-SCORE K/F | KBCB |
| COUT_K | BEX_SMKF | CBCL (MOM/ALTCG)-EXTERNAL TOT SCORE K/F | KBCB |
| COUT_K | BEX_TMKF | CBCL (MOM/ALTCG)-EXTERNALIZ T-SCORE K/F | KBCB |

| | | | |
|---|---|---|---|
| COUT_K | BIN_SMKF | CBCL (MOM/ALTCG)-INTERNALZ TOT SCORE K/F | KBCB |
| COUT_K | BIN_TMKF | CBCL (MOM/ALTCG)-INTERNALIZ T-SCORE K/F | KBCB |
| COUT_K | BSO_TMKF | CBCL (MOM/ALTCG)-SOMAT CMPLNT T-SCOR K/F | KBCB |
| COUT_K | BSP_SMKF | CBCL (MOM/ALTCG)-SOC PRBS TOT SCORE K/F | KBCB |
| COUT_K | BSP_TMKF | CBCL (MOM/ALTCG)-SOCIAL PRBS T-SCORE K/F | KBCB |
| COUT_K | BTO_TMKF | CBCL (MOM/ALTCG)-TOTAL PRBS T-SCORE K/F | KBCB |
| COUT_K | BTP_TMKF | CBCL (MOM/ALTCG)-THOUGHT PRBS T-SCOR K/F | KBCB |
| COUT_K | BWT_SMKF | CBCL (MOM/ALTCG)-WITHDRWN TOT SCORE KG/F | KBCB |
| COUT_K | BWT_TMKF | CBCL (MOM/ALTCG)-WITHDRAWN T-SCORE KG/F | KBCB |
| COUT_K | INDTKBCB | FKBCB (SAS) DATE FORM COMPLETED | KBCB |
| COUT_K | INKBCB | FORM KBCB RECEIVED (1=Y/.=N) | KBCB |
| COUT_K | MABCBMKF | FKBCB MOM/ALTCG RELATIONSHIP TO CHILD | KBCB |

**Description of Instrument**:

The CBCL is a widely used measure to assess the social competence and problem behavior of children 4-18 years. This measure has been standardized on large samples of children in the US and abroad. A series of behaviors (about 100 items per version) are rated on 3-point scales from 0 (not true of the child) to 2 (very true of the child). Broad band scales of Internalizing and Externalizing problems, and narrow band scales of social problems, aggression, attention problems, and depression (among others) are derived from a computerized scoring program. Norms exist to determine whether children's behavior falls into the normal range, suggests that the child is at risk for problems, or indicates that the child's behavior is more akin to those with clinically diagnosed problems.

**Modifications**:

No modifications made.

**Rationale for Choosing**:

The CBCL is the most widely used screening instrument available for tracking the emergence of behavior problems in children. It has been used since 24 months in the NICHD SECC to provide a well-standardized, highly valid assessment of children's adjustment and to allow for the longitudinal analysis of children's adjustment and problem behavior. Moreover, versions appropriate for parents and teachers allow us to track the emergence of problems across settings and reporters.

**Base Reference / Primary Citation**:

Achenbach, T. M. (1991). Manual for the Child Behavior Checklist/4-18 and Profile. Burlington, VT: University of Vermont, Department of Psychiatry.

**Sample**:

**Reliability**:

Extensive psychometric information is available on these measures in the manuals and the many publications on the CBCL and its uses. In brief, the CBCL is highly reliable and internally consistent (both broad band and narrow band factors).

**Validity**:

There is also extensive validity data indicating that clinically referred children receive elevated scores on this measure and that elevated scores are predictive of the onset and continuation of problems. Parent and teacher ratings, however, correlate about .3 - .4, reflecting the fact that different observers, who are familiar with children in different contexts, may see the child's behavior somewhat differently.

**Scoring**:

Children's behaviors are rated on 3-point (0-2) scales and empirically derived syndromes are scored with standard computer programs to generate broad band syndrome scores (externalizing, internalizing, total problem) and narrow band syndrome scores (e.g., social problems, depression, delinquency, aggression, attention problems).

---

**Name of Instrument:**

Child Care H.O.M.E.

**SECC Name:**

H.O.M.E. Inventory – Child Care and Toy Questionnaire

**Lead Investigator:**

Bradley, Robert

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Home | 56Q | Observation | Caregiver |
| 54 Months | Child Care | 56R | Questionnaire | Caregiver |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 258 | | | | |
| | CCARE54 | CHACEA54 | CC H.O.M.E. Emp. Accept.-54m w/ prop wt | 56Q |
| | CCARE54 | CHCAEA54 | CC H.O.M.E. Emp. Ac Stml-54m w/ prop wt | 56Q |
| | CCARE54 | CHCLEA54 | CC H.O.M.E. Emp. Lrn Mtr-54m w/o prop wt | 56Q |
| | CCARE54 | CHCREA54 | CC H.O.M.E. Emp. Respons-54m w/o prop wt | 56Q |
| | CCARE54 | CHPHEA54 | CC H.O.M.E. Emp. Phy Env-54m w/o prop wt | 56Q |
| | CCARE54 | CHTOTA54 | CC H.O.M.E. Tot Score-54mo w/ prop wt | 56Q |
| | CCARE54 | IN56QR | FORM 56QR RECEIVED (1=Y/.=N) | 56Q |
| | CCARE54 | INTDT56Q | F56Q (SAS) DATE OF INTERVIEW | 56Q |
| | CCARE54 | INTDT56R | F56R (SAS) DATE OF INTERVIEW | 56Q |

**Description of Instrument**:

The Child Care H.O.M.E. is based on the standardized Home Observation for Measurement of the Environment (HOME) designed

for use home settings but does not include indicators of support that do no fit non-parental care situations (e.g., such as whether both father and mother are present during meal time). It is used to measure the stimulation and support provided in the child care home setting and was used in cases where the CPI does not apply. The Child Care HOME consists of observation and interview sections. The measure provides a detailed assessment of the quality of the home and caregiver on scales including range of learning materials, enrichment, acceptance, and positive involvement. The child care version of the Early Childhood HOME is designed for use between 3 and 6 years of age. It contains 58 items clustered into 8 subscales: 1) Learning Materials, 2) Language Stimulation, 3) Physical Environment, 4) Parental Responsivity, 5) Learning Stimulation, 6) Modeling of Social Maturity, 7) Variety in Experience, and 8) Acceptance of Child.

The measure is administered over the course of about 1 to 1.5 hours (including observation time) and was administered whenever the child is receiving alternate child care in the child's or in another person's home.

**Modifications**:

The Child Care HOME was modified from the child care version of EC-HOME used at 36 months (i.e, data on learning materials were gathered via questionnaire rather than via interview). However, the same scoring criteria were used for observations and questions as were used at 36 months. The additional Toy Questionnaire consists of toys listed on the original HOME questionnaire and is completed by the caregiver.

Regarding Form 56Q (Toy Questionnaire), some of the questions were put in questionnaire format to lessen time of interview.

**Rationale for Choosing**:

A major concern of the NICHD Study of Child Care and Youth Development is the effect of quality of non-maternal care on children's well-being. The assumption was made that the kinds of experiences deemed useful for children's well-being in their own home environments would also be useful if encountered in "home-like" non-maternal child care environments. Thus, based upon thehistoric usefulness of the HOME Inventory in studies of child development, it was decided to use the child care version of HOME. Being similar in content to the home version of HOME, it allows comparisons of quality of caregiving across home and non-maternal caregiving settings.

**Base Reference / Primary Citation**:

Caldwell, B. & Bradley, B. (1984). Home Observation for Measurement of the Environment. Little Rock, AR: University of Arkansas at Little Rock.

Bradley, R. H. & Caldwell, B. M. (1988). Using the HOME Inventory to assess the family environment. Pediatric Nursing, 14, 97-102.

Bradley, R. H. & Caldwell, B. (1981). The HOME Inventory: A validation of the preschool scale for black children. Child Development, 52, 708-710.

Bradley, R. H. (1994). The HOME Inventory: Review and reflections. In H. W. Reese (Ed.), Advances in child behavior and development, vol. 25 (pp. 241-288). San Diego, CA: Academic Press.

**Sample**:

There are no psychometric data specifically developed for the child care version of the Early Childhood HOME Inventory independent of those developed for the NICHD study itself. Psychometric information on the home version of EC-HOME can be found in the administration manual for the measure (Caldwell & Bradley, 1984) and are briefly reproduced in the section of the Instrument Document for the NICHD study describing the home version of EC-HOME.

**Reliability**:

There are no psychometric data specifically developed for the child care version of the Early Childhood HOME Inventory independent of those developed for the NICHD study itself. Psychometric information on the home version of EC-HOME can be found in the administration manual for the measure (Caldwell & Bradley, 1984) and are briefly reproduced in the section of the Instrument Document for the NICHD study describing the home version of EC-HOME.

Analyses done on the EC-HOME for participants in the study are reported in CCDR #258. The alpha for the total score was computed at .86 (alphas for subscales ranged from .44. to .70). Inter-observer agreement was > 90%.

Many of the items had high pass-rates (endorsement rates), thus there is a pronounced negative skew for most subscales and the total score.

NOTE: Although alphas were calculated for scales, it is not a particularly useful statistic for estimating scale reliability. Alpha is overly sensitive to scale length (Cortina, 1988);
and most HOME subscales contain less than 8 items. Moreover, HOME is an inventory of objects, events, actions and conditions which presumably promote child well-being; it is not a measure of a unidimensional underlying construct. It composed of cause rather than effect indicators, thus there is no assumption regarding dimensionality.

**Validity**:

There are no psychometric data specifically developed for the child care version of the Early Childhood HOME Inventory independent of those developed for the NICHD study itself. Psychometric information on the home version of EC-HOME can be found in the administration manual for the measure (Caldwell & Bradley, 1984) and are briefly reproduced in the section of the Instrument Document for the NICHD study describing the home version of EC-HOME.

**Scoring**:

The 49 items on the measure are scored by placing a "1" for yes and a "0" for no beside each item. Observation items will be followed by interview items. Definitions for all items should remain standardized for all administrations of the measure. Scoring occurs during the second ORCE cycle, and observations made for the ORCE should be used on the Child Care HOME.
The 11 items on the Toy Questionnaire were also scored either yes = 1 or no = 0 by the caregiver. Summary scores are obtained by summing the number of yeses within subscales or for the total.

---

**Name of Instrument:**

Child-Caregiver Relationship Scale

**SECC Name:**

Child's Relationship With Me

**Lead Investigator:**

Pianta, Robert

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Child Care | 56K4 | Questionnaire | Caregiver |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 214 | | | | |
| | CARGIV54 | CGID56K4 | F56K4 CAREGIVER ID | 56K4 |
| | CARGIV54 | CGRL56K4 | F56K4 CG RELATIONSHIP TO STUDY CHILD | 56K4 |
| | CARGIV54 | CLSNSA54 | CG: Closeness w/ child 54M: w/ PropWt | 56K4 |
| | CARGIV54 | CNFLCA54 | CG: Conflict w/ child 54M: w/ PropWt | 56K4 |
| | CARGIV54 | IN56K4 | FORM 56K4 RECEIVED (1=Y/.=N) | 56K4 |

| | | | |
|---|---|---|---|
| CARGIV54 | INDT56K4 | F56K1 (SAS) DATE OF INTERVIEW | 56K4 |
| CARGIV54 | OVRDPA54 | CG: Overdependent child 54M: w/o PropWt | 56K4 |
| CARGIV54 | TPRELA54 | CG: Tot Pos Rel w/ child 54Mo: w/ PropWt | 56K4 |

**Description of Instrument**:

Please see Parent-Child Relationship Scale.

**Modifications**:

**Rationale for Choosing**:

**Base Reference / Primary Citation**:

**Sample**:

**Reliability**:

**Validity**:

**Scoring**:

---

**Name of Instrument:**

Child-Caregiver Relationship Scale: Short Form

**SECC Name:**

Child-Caregiver Relationship Scale: Short Form

**Lead Investigator:**

Pianta, Robert

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | After School Care | AS4 | Questionnaire | Caregiver |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 313 | | | | |
| | ASCGG1 | CLSN_A1S | CG: Closeness w/ SC @1S: w/ PrpWt | AS4 |
| | ASCGG1 | CNFL_A1S | CG: Conflict w/ SC @1S: w/ PrpWt | AS4 |
| | ASCGG1 | INA4_1 | FORM FAS4G1 RECEIVED (1=Y/.=N) | AS4 |
| | ASCGG1 | INDTA4_1 | FAS4G1 (SAS) DATE FORM COMPLETED | AS4 |
| | ASCGG1 | TPRE_A1S | CG: Tot Pos Rel w/ SC @1S: w/ PrpWt | AS4 |

**Description of Instrument**:

This questionnaire measures the caregiver's report of the child's relationship with the care provider during the time spent in care. It is designed to assess caregivers' perception of their relationship with the study child. It is a shortened version of the 30-item Student-Teacher Relationship Scale (STRS). Items were derived from attachment theory and the attachment Q-set (Waters & Dean, 1985) as well as a review of the literature on teacher-child interactions.

**Modifications**:

Directions and title changed to reflect the respondent's role with the child.

**Rationale for Choosing**:

The same questionnaire was used with parents.

**Base Reference / Primary Citation**:

Pianta, R. C. (2001). Student-Teacher Relationship Scale. Odessa, FL: PAR, Inc.
Pianta, R. C. (1994). Patterns of relationships between children and kindergarten teachers. Journal of School Psychology, 32, 15-31.

**Sample**:

Refer to information in Pianta, 2001.

**Reliability**:

Refer to information in Pianta, 2001.

**Validity**:

N/A

**Scoring**:

The CCRS is a 15-item questionnaire that asks care providers to rate items on a 5-point, Likert-type scale.

---

**Name of Instrument:**

Children's Behavior Questionnaire (CBQ)

**SECC Name:**

Children's Behavior Questionnaire (CBQ)

**Lead Investigator:**

Vandell, Deborah

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Lab | 55A | Questionnaire | Mother |

54 Months | Child Care | 56K5 | Questionnaire | Caregiver

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 243 | | | | |
| | COUT54 | CBQAFM54 | CBQ(MOM/ALTCG)-Attn Focusing 54M:w/o pwt | 55A |
| | COUT54 | CBQALM54 | CBQ(MOM/ALTCG)-Active Lev 54M: w/o pr wt | 55A |
| | COUT54 | CBQANM54 | CBQ(MOM/ALTCG)-Anger/Frus 54M: w/prop wt | 55A |
| | COUT54 | CBQAPM54 | CBQ(MOM/ALTCG)-Aprch/Antic 54M:w/o pr wt | 55A |
| | COUT54 | CBQFEM54 | CBQ(MOM/ALTCG) - Fear 54M: w/o pr wt | 55A |
| | COUT54 | CBQICM54 | CBQ(MOM/ALTCG)-Inhib Cntrl 54M:w/prop wt | 55A |
| | COUT54 | CBQSDM54 | CBQ(MOM/ALTCG) - Sadness 54M: w/o pr wt | 55A |
| | COUT54 | CBQSHM54 | CBQ(MOM/ALTCG)-Shyness 54M: w/ prop wt | 55A |
| | COUT54 | IN55A | FORM 55A RECEIVED (1=Y/.=N) | 55A |
| | COUT54 | INTDT55A | F55A (SAS) DATE OF INTERVIEW | 55A |
| | COUT54 | MA55AM54 | F55A MOM/ALTCG RELATIONSHIP TO CHILD | 55A |
| 217 | | | | |
| | CARGIV54 | CBQAFA54 | CBQ(CG)-Attentional Focusing 54M:w/pr wt | 56K5 |
| | CARGIV54 | CBQANA54 | CBQ(CG)-Anger/frustration 54M: w/prop wt | 56K5 |
| | CARGIV54 | CBQICA54 | CBQ(CG)-Inhibitory control 54M:w/prop wt | 56K5 |
| | CARGIV54 | CBQSDA54 | CBQ(CG)-Sadness 54M: w/o prop weighting | 56K5 |
| | CARGIV54 | CBQSHA54 | CBQ(CG)-Shyness 54M: w/ prop weighting | 56K5 |
| | CARGIV54 | CGID56K5 | F56K5 CAREGIVER ID | 56K5 |
| | CARGIV54 | CGRL56K5 | F56K5 CG RELATIONSHIP TO STUDY CHILD | 56K5 |
| | CARGIV54 | IN56K5 | FORM 56K5 RECEIVED (1=Y/.=N) | 56K5 |
| | CARGIV54 | INDT56K5 | F56K1 (SAS) DATE OF INTERVIEW | 56K5 |

**Description of Instrument:**

This measure obtains parental report of temperament in children ages 3-8 years. Fifteen aspects of temperament are assessed with 196 items that describe children's reactions to different situations. Items are rated on a 7-point scale ranging from 1 = extremely untrue to 7 = extremely true to reflect the child's reactions during the past 6 months. Three broad dimensions of temperament are obtained. Surgency includes Approach, High Intensity Pleasure, Smiling and Laughter, Activity Level, Impulsivity, and Shyness. Negative Affectivity includes Discomfort, Fear, Anger/Frustration, Sadness, and Falling Reactivity and Soothability. Effortful Control includes Inhibitory Control, Attentional Focusing, Low Intensity Pleasure, and Perceptual Sensitivity.

**Modifications:**

Mothers completed only 80 items from 8 scales on the original measure: Approach (10 of 13 items), Activity Level (10 of 13), and Shyness (10 of 13) from the Surgency dimension; Fear (10 of 13), Anger/Frustration (10 of 13), and Sadness (10 of 12) from the Negative Affectivity dimension; and Inhibitory Control (10 of 13) and Attentional Focusing (9 of 9) from the Effortful Control dimension; and 1 additional item about help seeking.

Caregivers completed only 48 items: Anger/Frustration (10 of 13), Inhibitory Control (10 of 13), Shyness (10 of 13), Sadness (10 of 13), and Attentional Focusing (8 of 90).

**Rationale for Choosing**:

The effects of early child care may be moderated by individual differences in children. One such difference is temperament. Children with difficult temperaments may be more subject to influence from experiences in alternate care. The instrument specifically addresses this potential moderator of child care effects.

**Base Reference / Primary Citation**:

Rothbart, M. K., Ahadi, S. A., & Hershey, K. L. (1994). Temperament and social behavior in childhood. Merrill-Palmer Quarterly, 40, 21-39.

**Sample**:

No information is available about the scale development sample. Rothbart, Ahadi, & Hershey (1994) studied a sample of 80 6- and 7-year-old White children from a range of socioeconomic backgrounds.

**Reliability**:

Cronbach's alpha for the 15 subscales range from .67 to .94 in the Rothbart et al. (1994) study. In the NICHD Study of Early Child Care, alphas for 8 subscales range from .60 to .85 for mother reports; alphas for 5 subscales range from .69 to .90 for caregiver reports.

**Validity**:

Rothbart, Ahadi, & Hershey (1994): The three broad dimensions of temperament were associated with parent report of children's social behavior. Surgency was correlated with Aggression ($r = .54$, $p < .001$) and Guilt ($r = -.24$, $p < .05$). Negative Affectivity was associated with Aggression ($r = .35$, $p < .01$), Guilt ($r = .22$, $p < .05$), Help Seeking ($r = .36$, $p < .01$), and Negativity ($r = .56$, $p < .001$). Effortful Control was correlated with Aggression ($r = -.38$, $p < .001$), Empathy ($r = .48$, $p < .001$), Guilt ($r = .36$, $p < .01$), and Negativity ($r = -.36$, $p < .01$).

**Scoring**:

In the NICHD Study of Early Child Care, mothers completed 80 of the 196 CBQ items, and caregivers completed 48 items. Scores were computed as follows:

Mother version:
Approach = mean of items 4, 9, 13, 37, 44, -53, 59, 64, -69, -75;
Activity Level = mean of items 1, 10, -17, 20, -38, -48, -57, 67, 74, -76;
Shyness = mean of items 3, -8, 14, -18, -22, 28, 33, 39, -45, -51;
Fear = mean of items -5, 21, -23, -26, 31, 34, 52, -55, -63, -70;
Anger/Frustration = mean of items -7, 12, 24, 30, -46, 50, -61, 68, 71, 77;
Sadness = mean of items 6, 16, 25, -27, 32, 36, -41, -42, 49, -60;
Inhibitory Control = mean of items 2, -11, 29, -35, -40, 43, 54, 58, 65, 72;
Attentional Focusing = mean of items -15, -19, 47, 56, 62, -66, 73, -78.

Caregiver version:
Anger/Frustration = mean of items -4, 7, 14, 19, -30, 33, -39, 43, 44, 47;
Inhibitory Control = mean of items 1, -6, 18, -22, -25, 28, 35, 37, 41, 45;
Shyness = mean of items 2, -5, 8, -11, -13, 17, 21, 24, -29, -34;
Sadness = mean of items 3, 10, 15, -16, 20, 23, 26, 27, 32, 38;
Attentional Focusing = mean of items -9, -12, 31, 36, 40, -42, 46, -48;

**Name of Instrument:**

Children's Stroop Task

**SECC Name:**

Stroop Task (Children's)

**Lead Investigator:**

Hirsh-Pasek, Kathryn

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Lab | 54C | Task | Study Child |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 207 | | | | |
| | COUT54 | IMPLSC54 | IMPULSIVITY=% INCORRECT PROP WGT, 54MOS | 54C |
| | COUT54 | IN54C | FORM 54C RECEIVED (1=Y/.=N) | 54C |
| | COUT54 | INTDT54C | F54C (SAS) DATE OF INTERVIEW | 54C |
| | COUT54 | STRPIC54 | NUM TIMES INSTRUCTIONS GIVEN, 54 MOS | 54C |
| | COUT54 | STRPUC54 | STOOP USABLE DATA 54 MOS 0=NO/1=YES | 54C |

**Description of Instrument**:

The Children's Stroop test was developed from a standard and classic Stroop task first used by Ridley Stroop in 1935. In that task, color words (e.g. the words "blue" or "red") are printed in ink of another color, and subjects are required to report the color of the ink rather than the word. Subjects must therefore, inhibit their normal response of reading the word.

In Gerstadt et al.'s adaptation of the Stroop for children, children use a deck of 18 cards, with the first two used as practice, and the other 16 cards used during the test. Nine of the cards are black with a yellow moon and several stars, and nine are white with a bright sun. Upon seeing the black stars and moon cards, the child is instructed to say "day". Upon seeing the white cards, the child is instructed to say "night". Appendix A summarizes what researchers need to do to administer this test.

**Modifications**:

None.

**Rationale for Choosing**:

This instrument was designed to assess impulsivity in young children and has been shown to be correlated with the frontal lobe development that inhibits impulsive behavior. We reasoned that impulsivity might be related to a number of academic and social outcomes and therefore chose to use this age-appropriate measure of the construct.

**Base Reference / Primary Citation**:

Gerstadt, C.L., Hong, Y.J., & Diamond, A. (1994). The relationship between cognition and action: Performance of children 3 1/2 - 7 years old on a Stroop-like day-night test. Cognition, 53, 129-153.

**Sample**:

N/A

**Reliability**:

N/A

**Validity**:

No real psychometric information except that Gerstadt et al. (1994) find that the test did correlate with other tests of frontal lobe development. The adult Stroop test is widely used as a measure of impulsivity.

**Scoring**:

Just before beginning the test, the child is shown Card A (Black Card) and told to say 'day'. The child is then shown Card B (White Card) and told to say 'night'. These instructions could be said a total of three times. If the child understood the instructions and answered correctly on the first set of practice trials, no further repetition of the instructions was necessary. If, however, the child did not get the first two trials correct, then the tester repeated the instructions and the practice trials a second time. If the child answered correctly on the second set of practice trials, then the tester continued with the test. If, however, the child again failed to correctly answer the second set of practice trials, then the instructions were given a third time, but the practice trials were not repeated. The child must answer correctly on both day and night in one of the two sets of practice trials for the data to be counted as usable. After the practice trials, the tester continues with trials 3 through 16.

Three variables are scored: 1) percentage of usable data given the above criteria; 2) number of times the instructions were repeated (1 or 2 for usable data only); and 3) the percent incorrect out of the total number of non-missing responses.

---

**Name of Instrument:**

Child's Adaptive Language Inventory

**SECC Name:**

Child's Adaptive Language

**Lead Investigator:**

Clarke-Stewart, Alison

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Child Care | 56K3 | Questionnaire | Caregiver |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 216 | | | | |
| | CARGIV54 | CGID56K3 | F56K3 CAREGIVER ID | 56K3 |
| | CARGIV54 | CGRL56K3 | F56K3 CG RELATIONSHIP TO STUDY CHILD | 56K3 |

| | | | |
|---|---|---|---|
| CARGIV54 | IN56K3 | FORM 56K3 RECEIVED (1=Y/.=N) | 56K3 |
| CARGIV54 | INDT56K3 | F56K1 (SAS) DATE OF INTERVIEW | 56K3 |
| CARGIV54 | LNADLA54 | CG ALI: Lang to adults 54M w/ Prop Wting | 56K3 |
| CARGIV54 | LNCMPA54 | CG ALI: Language comprehension 54M | 56K3 |
| CARGIV54 | LNEXPA54 | CG ALI: Language expression 54M | 56K3 |
| CARGIV54 | LNLSTA54 | CG ALI: Listening ability 54M | 56K3 |
| CARGIV54 | LNOCHA54 | CG ALI: Lang to oth children 54Mw/PropWt | 56K3 |

**Description of Instrument**:

Questionnaire that assesses the following six dimensions of the child's adaptive language: language comprehension; language expression; re-phrasing ability; spontaneity; listening ability; and fluency. Caregivers complete 18 5-point scales ranging from 1 ("well below average") to 5 ("well above average"). For our purposes, the items were separated into language with adults and with other children.

**Modifications**:

Some items were re-worded (simplified) for clarity. Items were re-ordered to create two sections: language directed to adults and language directed to other children. Only the following variables were ratified:

Language Comprehension
Language Expression
Listening Ability
Language to Adults (new variable created for this study; not proposed by Feagans and Farran)
Language to Other Children (new variable created for this study; not proposed by Feagans and Farran)

The following variables from Feagans and Farran were NOT ratified:
Re-phrasing Ability
Spontaneity
Fluency

**Rationale for Choosing**:

Available instrument for assessing children's spontaneous use of language.

**Base Reference / Primary Citation**:

Feagans, L & Farran, D. (Unpublished, Sept. 1990).

See also Feagans, L., Fendt, K., & Farran, D. (1995). The effects of day care intervention on teacher's ratings of the elementary school discourse skills in disadvantaged children. International Journal of Behavioral Development, 18, 243-261.

**Sample**:

**Reliability**:

Reported in Feagans, Fendt, & Farran (1995) study:
Cronbach's alpha ranged from 0.89-0.93 for the overall scale; sub-scale alphas ranged from 0.84-0.95. Intercorrelations among subscales ranged from 0.40 - 0.87, suggesting some overlap but also suggesting that each subscale contributes some unique variance to overall ALI score.

**Validity**:

**Scoring**:

Original scoring from Feagans and Farran:
Language Comprehension = sum of items 4, 9, 16, 17
Language Expression = sum of items 10, 11, 15, 18
Listening Ability = sum of items 3, 14
Language to Adults = sum of items 1-11
Language to Other Children* = sum of items 12-18 (missing for children with no peers)

*Note: caregivers were instructed to skip Items 12-18 if they had not observed the study child interacting with other children.

---

**Name of Instrument:**

Classroom Practices Inventory (CPI)

**SECC Name:**

Classroom Observations

**Lead Investigator:**

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Child Care | 56P | Observation | Caregiver |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 220 | | | | |
| | CCARE54 | CIECPO54 | CPI: Emotionl Climate-Pos. @54M w/ prpwt | 56P |
| | CCARE54 | CIOPIO54 | CPI:Opp. for Peer Intractn @54M w/ prpwt | 56P |
| | CCARE54 | CIPFCO54 | CPI: Pgm Focus-Chld Actvty @54M w/ prpwt | 56P |
| | CCARE54 | IN56P | FORM 56P RECEIVED (1=Y/.=N) | 56P |
| | CCARE54 | INTDT56P | F56P (SAS) DATE OF INTERVIEW | 56P |
| 231 | | | | |
| | CCARE54 | IN56P | FORM 56P RECEIVED (1=Y/.=N) | 56P |
| | CCARE54 | INTDT56P | F56P (SAS) DATE OF INTERVIEW | 56P |
| | CCARE54 | PEERSO54 | PEC: Ethnic Richness @54 Mo w/o prop wt. | 56P |
| | CCARE54 | PEHASO54 | PEC: Health & Safety @54 Mo w/o prop wt. | 56P |
| | CCARE54 | PEOPEO54 | PEC:Ovrl Phy Env @54M:Sum 6 scls w/ pwt | 56P |
| | CCARE54 | PEORGO54 | PEC: Organization @54 Months w/ prop wt. | 56P |
| | CCARE54 | PESTMO54 | PEC: Stimulation @54 Months w/ prop wt. | 56P |

**Description of Instrument:**

The CPI is an observational instrument consisting of 23 pairs of items and based on developmentally appropriate practices for 4- and 5-year old children. The CPI determines the appropriateness of the child care setting for the development of the child, indexing the academic focus, emotional climate, and opportunities for peer interaction in the child care or classroom environment. CPI ratings are made based on the ORCE observational cycles and on 6 observational intervals dedicated to the CPI. Factors on the CPI are coded by the clarification of rules and decision rules made for each type of activity.

**Modifications:**

A separate scale assessing opportunities for peer interactions in the classroom/child care program was developed by Deborah Stipek. The scale has been included in the CPI and follows the same format.

**Rationale for Choosing**:

The climate in which the study child spends a large portion of his or her day can greatly affect other factors under examination in the study. The CPI will help determine the cognitive and emotional appropriateness of the child care setting or preschool.

**Base Reference / Primary Citation**:

Hyson, M. C., Hirsh-Pasek, K., & Rescorla, L. (1990). The Classroom Practices Inventory: An observation instrument based on NAEYC's guidelines for developmentally appropriate practices for 4- and 5-year-old children. Early Childhood Research Quarterly, 5 (4), 475-494.

**Sample**:

The CPI was standardized on a sample of 58 early childhood programs.

**Reliability**:

The internal consistency is 0.96, the exact interobserver reliability is 64%, and the total scale correlation across pairs of raters is 0.86 for the standardization sample.

**Validity**:

The scale was correlated with teachers' self-reports of attitudes toward education and provides an adequate range to differentiate among levels of programs.

**Scoring**:

Each item is rated on a 5-point Likert scale. Base codes on overall impressions of the classroom and of the multiple caregivers/teachers in the classroom. Items are based on a global rating scale. The CPI yields three scores: Program Focus--Child Activity computed as the mean of responses to items 101-120 after reflecting items 102, 104, 107, 109, 110, 112, 114, 117, 118 and 120. Emotional Climate--Positive computed as the mean of responses to items 201-206 after reflecting items 203 and 205. Opportunity for Peer Interaction computed as the mean of responses to items 301-305 after reflecting items 303 and 304.

---

**Name of Instrument:**

Continuous Performance Task (CPT)

**SECC Name:**

Continuous Performance Task (CPT)

**Lead Investigator:**

Friedman, Sarah

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Lab | CPT54 | Task | Study Child |

First Grade Lab CPTG1 Task Study Child

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 240 | | | | |
| | COUT54 | CPCMPC54 | CPT: Complete Data? 0=no/1=yes 54M | CPT54 |
| | COUT54 | CPCORC54 | CPT: Correct Rsps. to Crit. Stimuli 54M | CPT54 |
| | COUT54 | CPCRSC54 | CPT: Tot. Critical Stimuli Delivered 54M | CPT54 |
| | COUT54 | CPETMC54 | CPT: Elapsed Time of Run 54M | CPT54 |
| | COUT54 | CPINCC54 | CPT: Tot Rsponses in Noncrit. Trials 54M | CPT54 |
| | COUT54 | CPLATC54 | CPT: Late Correct Rsps. to Crit Stml 54M | CPT54 |
| | COUT54 | CPMTRC54 | CPT: Mean Time to Resp. to Crit Stml 54M | CPT54 |
| | COUT54 | CPOMSC54 | CPT: Omission Errors 54M | CPT54 |
| | COUT54 | CPPCRC54 | CPT: Proportion Correct Responses 54M | CPT54 |
| | COUT54 | CPPIRC54 | CPT: Proportion Incorrect Responses 54M | CPT54 |
| | COUT54 | CPRAAC54 | CPT:#Time Refocus Attn/Chld Wlk Away 54M | CPT54 |
| | COUT54 | CPRASC54 | CPT:#Time Refocus Attn/Child Seated 54M | CPT54 |
| | COUT54 | CPSTMC54 | CPT: Total Stimuli Devlivered 54M | CPT54 |
| | COUT54 | CPTBPC54 | CPT: Total Button Presses 54M | CPT54 |
| | COUT54 | CPVTRC54 | CPT: Variance-Time to Resp-Crit Stml 54M | CPT54 |
| | COUT54 | INCPT54 | FORM CPT54 RECEIVED (1=Y/.=N) | CPT54 |
| | COUT54 | INTDTC54 | FCPT54 (SAS) DATE OF INTERVIEW | CPT54 |
| 295 | | | | |
| | COUTG1 | CPCMPC1S | CPT: Complete Data? 0=no/1=yes 1S | CPTG1 |
| | COUTG1 | CPCORC1S | CPT: Correct Rsps. to Crit. Stimuli 1S | CPTG1 |
| | COUTG1 | CPCRSC1S | CPT: Tot. Critical Stimuli Delivered 1S | CPTG1 |
| | COUTG1 | CPETMC1S | CPT: Elapsed Time of Run 1S | CPTG1 |
| | COUTG1 | CPINCC1S | CPT: Tot Rsponses in Noncrit. Trials 1S | CPTG1 |
| | COUTG1 | CPLATC1S | CPT: Late Correct Rsps. to Crit Stml 1S | CPTG1 |
| | COUTG1 | CPMTRC1S | CPT: Mean Time to Resp. to Crit Stml 1S | CPTG1 |
| | COUTG1 | CPOMSC1S | CPT: Omission Errors 1S | CPTG1 |
| | COUTG1 | CPPCRC1S | CPT: Proportion Correct Responses 1S | CPTG1 |
| | COUTG1 | CPPIRC1S | CPT: Proportion Incorrect Responses 1S | CPTG1 |
| | COUTG1 | CPRA1C1S | CPT:#Time Refocus Attn in Block 1 1S | CPTG1 |
| | COUTG1 | CPRA2C1S | CPT:#Time Refocus Attn in Block 2 1S | CPTG1 |
| | COUTG1 | CPRA3C1S | CPT:#Time Refocus Attn in Block 3 1S | CPTG1 |
| | COUTG1 | CPSTMC1S | CPT: Total Stimuli Devlivered 1S | CPTG1 |
| | COUTG1 | CPTBPC1S | CPT: Total Button Presses 1S | CPTG1 |
| | COUTG1 | CPVTRC1S | CPT: Variance-Time to Resp-Crit Stml 1S | CPTG1 |
| | COUTG1 | INCG1 | FORM FCPTG1 RECEIVED (1=Y/.=N) | CPTG1 |
| | COUTG1 | INTDTCG1 | FCPTG1 (SAS) DATE OF INTERVIEW | CPTG1 |

**Description of Instrument**:

The Continuous Performance Task (CPT) is a measure of sustained attention. A CPT modeled on the young children's version

described by Mirsky and his colleagues was used (e.g., Mirsky, Anthony, Duncan, Ahearn, & Kellam, 1991; Rosvold, Mirsky, Sarason, Bransome, & Beck, 1956). In this computer-generated task, dot matrix pictures of familiar objects (e.g., butterfly, fish, flower) were presented on a 2-inch square screen in front of the child. The child was asked to press a button each time a target stimulus appeared.

At 54 months, once the test session begins, the stimuli were presented in 22 blocks. Ten stimuli were presented in each block. The stimulus duration was 500 msec and the interstimulus interval was 1500 msec. The target stimulus (a dot matrix picture of a chair) was randomly presented within each block and appeared twice in each block. The test took approximately 7 minutes and 20 seconds.

At first grade, the stimuli were presented in 30 blocks. Ten stimuli were presented in each block. The stimulus duration was 200 msec and the interstimulus interval was 1500 msec. The target stimulus (a dot matrix letter X) was randomly presented within each block and appeared twice in each block. The test took approximately 8.5 minutes.

The computer automatically compiled a number of statistics including the mean response time all target responses (hit reaction time), the number of targets to which the person did not respond (errors of omission), and the number of times the person responded to a non-target (errors of commission). Such data can be summed across the session or be used to examine performance decrement over trials.

**Modifications**:

None.

**Rationale for Choosing**:

The CPT was selected for this study because: (a) it is the most widely used measure of sustained attention; (b) it is a more "pure" measure of attention than attention during solitary play or attention during performance on an achievement task, as attention during such times may be influenced by creativity or knowledge; (c) there is evidence attesting to its reliability and validity with children across a wide age range; and (d) it is appropriate for both 4 ½ -year-olds and first-graders.

**Base Reference / Primary Citation**:

Barkley, R. A. (1994). The assessment of attention in children. In G. R. Lyon (Ed.), Frames of reference for the assessment of learning disabilities: New views on measurement issues (pp. 69-102). Baltimore, Maryland: Brookes Publishing Co.

Barkley, R. A., DuPaul, G. J., & McMurray, M. B. (1990). A comprehensive evaluation of attention deficit disorder with and without hyperactivity as defined by research criteria. Journal of Learning Disabilities, 23, 279-283.

Barkley, R. A., Grodzinsky, G. M., & DuPaul, G. J. (1992). Frontal lobe functions in attention deficit disorder with and without hyperactivity: A review and research report. Journal of Abnormal Child Psychology, 20, 163-188.

Campbell, S. B., Pierce, E. W., March, C. L. Ewing, L. J., & Szumowski, E. K. (1994). Hard-to-manage preschool boys: Symptomatic behavior across contexts and time. Child Development, 65, 836-851.

Halperin, J. M., Sharma, V., Greenblatt, E., & Schwartz, S. T. (1991). Assessment of the continuous performance test: Reliability and validity in a nonreferred sample. Psychological Assessment: Journal of Consulting and Clinical Psychology, 3, 603-608.

Mirsky, A. F., Anthony, B. J., Duncan, C. C., Ahearn, M. B., & Kellam, S. G. (1991). Ananlysis of the elements of attention: A neuropsychological approach. Neuropsychology Review, 2, 109-145.

Rosvold, H. E., Mirsky, A. F., Sarason, I., Bransome Jr., E. D., & Beck, L. H. (1956). A continuous performance test of brain damage. Journal of Consulting Psychology, 20, 343-350.

**Sample**:

Halperin, Sharma, Greenblatt, & Schwartz (1991) examined data from a non-referred sample of boys aged 7-11 years from diverse ethic and sociocultural backgrounds.

**Reliability**:

In the sample described above, Halperin et al. (1991) found that measures of inattention and impulsivity derived from the CPT had adequate test-retest reliability (r = .65 - .74).

**Validity**:

The CPT has high content validity as a measure of attention (Halperin et al., 1991), and has very good predictive validity. The CPT is known to predict various measures of school achievement and cognitive functioning in school-age children; and it is sensitive to individual differences when criterion groups are compared, such as attention-deficit or learning-disordered versus controls (e.g., Barkley, DuPaul, & McMurray, 1990; Barkley, 1994; Barkley, Grodzinsky, & DuPaul, 1992; Campbell et al., 1994).

**Scoring**:

A computer program records each child's response (or non-response) and response times in an output file. The following is a list of the primary codes and their meanings:

Response Correct (RC): Child presses button when target stimulus is present.
Late (L): Child presses button when target stimulus is present, but the response is late.
Very Late (VL): Child presses button when target stimulus is present, but the response is very late.
Omission (O): Child does not press the button when the target stimulus is present.
Incorrect (I): Child presses the button when a stimulus other than the target stimulus is present.

Behavioral ratings are made by RAs.

---

**Name of Instrument:**

Delay of Gratification

**SECC Name:**

Delay of Gratification

**Lead Investigator:**

Belsky, Jay

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Lab | 55E | Observation | Study Child |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 244 | | | | |
| | COUT54 | DOGOCO54 | DOG, Child's Outcome, 54 MOS | 55E |
| | COUT54 | DOGPFO54 | DOG, Child's Outcome, Pass/Fail, 54 MOS | 55E |
| | COUT54 | DOGTWO54 | DOG, CHILD'S OUTCOME, TIME WAITED, 54MO | 55E |

| | | | |
|---|---|---|---|
| COUT54 | DOGVAO54 | DOG, Child's Performance Valid, 54 MOS | 55E |
| COUT54 | IN55E | FORM 55E RECEIVED (1=Y/.=N) | 55E |
| COUT54 | INTDT55E | F55E (SAS) DATE OF INTERVIEW | 55E |

**Description of Instrument**:

Central to the notion of self regulation is the capacity to manage one's impulses and, at least in modern society, to delay one's gratification, since it is rarely practical to translate one's desires and urges immediately into direct action. Conceptually the notion of delay of gratification can be subsumed by the more general construct of ego control (Block & Block, 1980), as those individuals who characteristically can control and contain impulses would be expected to delay gratification (Funder et al., 1983).
In order to assess delay of gratification, Mischel's (1974, 1981) self-imposed waiting task will be employed during the laboratory visit. After identifying which of three types of foods a child likes most (M&Ms, animal crackers, pretzels), the child will be offered a choice between (a) waiting (for 7 minutes) until the experimenter returns to the lab room on her own and receiving a larger quantity of the food preferred food, or (b) ringing a bell to bring the experimenter back to the room and thus receiving a smaller amount of food. To be noted is that both the larger and smaller quantities of food will be placed in front of the child while s/he waits. In addition to scoring the length of time the child could wait all by him/herself with both quantities of food placed directly in front of him/her on a paper plate (i.e., delay gratification), videotapes of the procedure will also be coded to determine the amount of time the child spends attending to the food reward (e.g., "hot" cognition: looking at it, touching it, talking about it) and the amount of time the child spends not attending to the food reward (i.e., "cold" cognition: looking away, talking about other things). Evidence consistently indicates that attention directed toward the food reward undermines capacity to delay, whereas the opposite is true of attention directed away from the food reward (Mischel, Shoda & Rodriguez, 1989; Rodriguez, Mischel & Shoda, 1989).

**Modifications**:

Not applicable.

**Rationale for Choosing**:

It has been shown in the work cited above to be related to children's rearing circumstances and to be predictive of their later functioning.

**Base Reference / Primary Citation**:

Aber, L., Rodriquez, M., Michel, W. & Shoda, Y. (1994) Mother-toddler interactive experieinces as precursors of preschool self regulation. Poster proposal submitted for presentation at the 1995 biennial meetings of the Society for Research in Child Development.

Block, J. & Block, J. (1980) The role of ego-control and ego-resiliency in the organization of behavior. In. W. A. Collins (Ed.), Minnesota symposia on child psychology (Vol. 13).Hillsdale, NJ: Erlbaum.

Funder, D., Block, J. & Block, J. (1983) Delay of gratification: Some longitudinal personality correlates. Journal of Personality and Social Psychology, 44, 1198-1213.

Mischel, W. (1974) Processes in delay of gratification. In L. Berkowitz (Ed.), Advances in experimental social psychology (Vol. 7, pp. 249-292). San Diego, CA: Academic Press.

Mischel, W. (1981) Metacognition and the rules of delay. In J.H. Flavell & L. Ross (Eds.), Social cognitive development: Frontiers and possible futures (pp. 240-271). NY: Cambridge University Press.

Mischel, W., Shoda, Y. & Rodriguez, M. (1989) Delay of gratification in children. Science, 244, 933-938.,

Rodriguez, M., Mischel, W., & Shoda, Y. (1989) Cognitive person variables in the delay of gratification of older children at risk. Journal of Personality and Social Psychology, 57, 358-367.

Shoda, Y., Mischel, W., & Peake, P. (1990) Predicting adolescent cognitive and self-reulatory competencies from preschool delay of gratification: Identifying diagnostic conditions. Developmental Psychology, 26, 978-986.

**Sample**:

**Reliability**:

**Validity**:

Evidence for the validity of this delay procedure comes from several sources. First, unpublished evidence on more than 200 preschoolers documents strong relations between the general quality of the concurrent rearing environment and capacity to delay: Rodriguez (personal communication, 1994) finds that poor, urban, inner-city children are substantially less able to wait to receive a larger (vs. smaller) food reward (mean = 267 seconds) than are middle-class children (mean = 462 seconds). Second, evidence from a separate investigation of the antecedents of delay shows that toddlers whose mothers evinced more flat affect and were less responsive waited for shorter periods of time (and spent more time attending to the food reward) when 4-5 years of age (Aber et al., 1994). These results linking quality of the rearing environment to self-regulatory processes indexed by the delay of gratification procedure lead to the prediction that children spending more time (i.e., more hours beginning at younger ages) in lower quality child care environments will be less able to delay gratification, perhaps having learned (like economically disadvantaged children more generally) that "a bird in the hand is worth two in the bush;" that is, that waiting for resources is an unwise strategy and taking what one can at the moment makes far more sense. The final evidence regarding the validity of the delay paradigm comes from a long-term longitudinal study showing that preschoolers who were able to delay gratification for a longer period of time evinced more self-regulatory and coping competence during adolescence (Shoda, Mischel and Peake, 1990). To be noted is that waiting time proved most predictive of later self-regulatory abilities when children were left to fend for themselves and no strategies for coping were suggested by the experimenter (e.g., think of something else, do not look at the food) (Shoda et al., 1990), just the procedure we will employ in this study.

**Scoring**:

---

**Name of Instrument:**

Director Telephone Call

**SECC Name:**

Director Telephone Call

**Lead Investigator:**

Allhusen, Virginia

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Phone | 56A | Interview | Center Director |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 234 | | | | |
| | CARGIV54 | CGAG_A54 | CG INT: Caregiver Age (categorical) @54M | 56A |
| | CARGIV54 | CGAGEA54 | CG INT: Caregiver Age @54M | 56A |
| | CARGIV54 | CGBOTA54 | CG INT: CG Breadth of Training @54M | 56A |
| | CARGIV54 | CGED_A54 | CG INT: Caregiver Education @54M | 56A |
| | CARGIV54 | CGGENA54 | CG INT: Sex of caregiver @54M | 56A |
| | CARGIV54 | CGHISA54 | CG INT: Caregiver Hispanic @54M | 56A |
| | CARGIV54 | CGID56_I | DIR/CG INT: CAREGIVER ID | 56A |

| | | | |
|---|---|---|---|
| CARGIV54 | CGJBSA54 | CG INT: CG Job Satisfaction @54M | 56A |
| CARGIV54 | CGNOCA54 | CG INT: CG Reported # of CGs @54M | 56A |
| CARGIV54 | CGOCPA54 | CG INT: CG's Own Children Present @54M | 56A |
| CARGIV54 | CGRACA54 | CG INT: Caregiver Race/Ethnicity @54M | 56A |
| CARGIV54 | CGRL56_I | DIR/CG INT: CG RELATIONSHIP TO SC | 56A |
| CARGIV54 | CGSTBA54 | CG INT: CG Stability (Yrs @ center) @54M | 56A |
| CARGIV54 | CGWGEA54 | CG INT: CG Monthly Fulltime Wage @54M | 56A |
| CARGIV54 | CGYR_A54 | CG INT: CG Experience (categorical) @54M | 56A |
| CARGIV54 | CGYRSA54 | CG INT: CG Experience in CC/ECE @54M | 56A |
| CARGIV54 | CSIBPA54 | CG INT: SC's Siblings Present @54M | 56A |
| CARGIV54 | CTACRA54 | DIR INT: center accreditation @54M | 56A |
| CARGIV54 | CTATOA54 | DIR INT:Ctr-Ann Staff Turnover Ratio@54M | 56A |
| CARGIV54 | CTATTA54 | DIR INT: Center Attendance @54M | 56A |
| CARGIV54 | CTAUSA54 | DIR INT: Center auspice @54M | 56A |
| CARGIV54 | CTBOSA54 | DIR INT: Ctr Breadth of Services @54M | 56A |
| CARGIV54 | CTESBA54 | DIR INT: % ctr enrollees subsidized @54M | 56A |
| CARGIV54 | CTIDSA54 | DIR INT: Center Indoor Space (sq ft)@54M | 56A |
| CARGIV54 | CTINCA54 | DIR INT: % center income subsidized @54M | 56A |
| CARGIV54 | CTMENA54 | DIR INT:Ctr-Men on Staff @54M | 56A |
| CARGIV54 | CTRS_A54 | DIR INT: Center size(categorical) @54M | 56A |
| CARGIV54 | CTRSZA54 | DIR INT: Center size(# enrolled) @54M | 56A |
| CARGIV54 | DIRCTRID | DIRECTOR IDENTIFICATION | 56A |
| CARGIV54 | DIREDA54 | DIR INT: Director's education @54M | 56A |
| CARGIV54 | DIREXA54 | DIR INT: Dir years exprience (ECE) @54M | 56A |
| CARGIV54 | DIRFTA54 | DIR INT: Director formal training @54M | 56A |
| CARGIV54 | DIRSYA54 | DIR INT: Director's salary @54M | 56A |
| CARGIV54 | DIRYRA54 | DIR INT: Dir yrs on staff at center @54M | 56A |
| CARGIV54 | ETRACA54 | DIR/CG INT:Rac/Ethnc Divrsty of Kids@54M | 56A |
| CARGIV54 | FRMT_A54 | CG INT: Caregiver Formal Training @54M | 56A |
| CARGIV54 | GRPSZA54 | CG INT: CG Reported Group Size @54M | 56A |
| CARGIV54 | HDSTRA54 | DIR/CG INT: Is it Head Start? @54M | 56A |
| CARGIV54 | HMIDSA54 | CG INT:CC Home Indoor Space(# rooms) @54M | 56A |
| CARGIV54 | HRWCGA54 | CG INT: Hrs/wk child is with CG @54M | 56A |
| CARGIV54 | IN56_I | ANY DIR/CG INTERVIEW RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56A | FORM 56A RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56B | FORM 56B RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56C | FORM 56C RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56D | FORM 56D RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56F | FORM 56F RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56G | FORM 56G RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56J | FORM 56J RECEIVED (1=Y/.=N) | 56A |
| CARGIV54 | IN56X | FORM 56X RECEIVED (1=Y/.=N) | 56A |

| | | | |
|---|---|---|---|
| CARGIV54 | INTDT56A | F56A (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | INTDT56B | F56B (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | INTDT56C | F56C (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | INTDT56D | F56D (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | INTDT56F | F56F (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | INTDT56G | F56G (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | INTDT56J | F56J (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | INTDT56X | F56X (SAS) DATE OF INTERVIEW | 56A |
| CARGIV54 | LICNSA54 | DIR/CG INT: Licensure @54M | 56A |
| CARGIV54 | NUMSTA54 | DIR CALL:Ctr-# staff in SC's class @54M | 56A |
| CARGIV54 | PRFS_A54 | CG INT: CG Professionalsm Composite @54M | 56A |
| CARGIV54 | STFEDA54 | DIR CALL:Ctr-highest lvl staff educ @54M | 56A |
| CARGIV54 | STFTRA54 | DIR CALL:Ctr-hghst lvl stf frm train@54M | 56A |
| CARGIV54 | TMCLSA54 | DIR CALL:Ctr-# months SC in class @54M | 56A |
| CARGIV54 | TMCTRA54 | DIR CALL:Ctr-# months SC in center @54M | 56A |
| CARGIV54 | TMWCGA54 | CG INT: # mo. child has been w/CG @54M | 56A |

**Description of Instrument**:

The Director Telephone Interview is used to plan the observation (determining who the caregivers are, whether there is one particular caregiver who is the primary caregiver and, if so, when that caregiver is present) and to record some basic information about the child's classroom (number and position of caregivers, level of training and education), and thelength of time the child has been enrolled at this center and in the observed classroom.

**Modifications**:

N/A

**Rationale for Choosing**:

N/A

**Base Reference / Primary Citation**:

Whitebook, M., Howes, C., & Phillips, D. (1990). Who cares? Child care teachers and the quality of care in America. Final report of the National Child Care Staffing Study. Oakland, CA: Child Care Employee Project.

**Sample**:

N/A

**Reliability**:

N/A

**Validity**:

N/A

**Scoring:**

N/A

---

**Name of Instrument:**

End of Visit Ratings

**SECC Name:**

End of Visit Ratings

**Lead Investigator:**

Allhusen, Virginia

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| 54 Months | Child Care | 56N | Observation | Child + Peer(s) |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 218 | | | | |
| | CCARE54 | GLVRLO54 | CC-EOV: GLOBAL IMPRESSION OF CARE, 54M | 56N |
| | CCARE54 | IN56N | FORM 56N RECEIVED (1=Y/.=N) | 56N |
| | CCARE54 | INTDT56N | F56N (SAS) DATE OF INTERVIEW | 56N |
| | CCARE54 | POSRLO54 | CC-EOV, OVERALL POS REL PRIM CG W/CH 54M | 56N |
| | COUT54 | IN56N | FORM 56N RECEIVED (1=Y/.=N) | 56N |
| | COUT54 | INTDT56N | F56N (SAS) DATE OF INTERVIEW | 56N |
| | COUT54 | MABCHO54 | CC-EOV, MALADAPTIVE BEHAVIOR - CH, 54M | 56N |
| | COUT54 | PINCHO54 | CC-EOV, CH'S PREDOMIN PEER INTERACT, 54M | 56N |

**Description of Instrument:**

This instrument documents overall ratings of the quality of care that takes into account the quality of the care environment as experienced not just by the study child's but by other children in the setting as well.

**Modifications:**

N/A

**Rationale for Choosing:**

This instrument was developed in order to have a quick view into the data rather than analyzing complex ORCE data. It is a basic measure of good and bad quality care.

**Base Reference / Primary Citation**:

N/A (Developed for the NICHD Study of Early Child Care)

**Sample**:

N/A

**Reliability**:

End-of-Visit ratings were coded by a second observer for 50 children. Reliability estimates using Winder ranged from .51-.97.

**Validity**:

N/A

**Scoring**:

The separate items composing the End-of-Visit scales were combined into six scores: 1) Overall Positive Relationship Between Caregiver and Child; 2) Overall Impression of Care; 3) Maladaptive Behavior for any Adult with any Child (computed as the sum of seven sections of Question 11 excluding the three "smoking" questions); 4) Maladaptive Behavior for Study Child (computed as the sum of all sections of Question 12); 5) Typicality Score [computed as the sum of Q6 (caregiver ease) and the reflected value of Q7 (visitor's disruptive presence)]; and 6) Child's Predominant Style of Peer Interaction.

---

**Name of Instrument:**

Ethnic Preference and Identity Measure

**SECC Name:**

Ethnic Identity Task

**Lead Investigator:**

Johnson, Deborah

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | Home | FH13 | Task | Study Child |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 346 | | | | |
| | COUTG1 | INDTH131 | FHV13G1 (SAS) DATE FORM COMPLETED | FH13 |
| | COUTG1 | INGRAC1F | EPI: Racial Prf-Part A Ingrp Subscr @1F | FH13 |
| | COUTG1 | INGRBC1F | EPI: Racial Prf-Part B Ingrp Subscr @1F | FH13 |
| | COUTG1 | INGRCC1F | EPI: Racial Prf-Part C Ingrp Subscr @1F | FH13 |
| | COUTG1 | INGRPC1F | EPI: Racial Prf-Total Ingroup Score @1F | FH13 |
| | COUTG1 | INH131 | FORM FHV13G1 RECEIVED (1=Y/.=N) | FH13 |

| | | | |
|---|---|---|---|
| COUTG1 | NOPRAC1F | EPI: Racial Prf-Part A No Prf Subscr @1F | FH13 |
| COUTG1 | NOPRBC1F | EPI: Racial Prf-Part B No Prf Subscr @1F | FH13 |
| COUTG1 | NOPRCC1F | EPI: Racial Prf-Part C No Prf Subscr @1F | FH13 |
| COUTG1 | NOPRFC1F | EPI: Racial Prf-Total No Pref Score @1F | FH13 |
| COUTG1 | NOSELC1F | EPI: Racial Prf-Total No Sel Score @1F | FH13 |
| COUTG1 | NOSLAC1F | EPI: Racial Prf-Part A No Sel Subscr @1F | FH13 |
| COUTG1 | NOSLBC1F | EPI: Racial Prf-Part B No Sel Subscr @1F | FH13 |
| COUTG1 | NOSLCC1F | EPI: Racial Prf-Part C No Sel Subscr @1F | FH13 |
| COUTG1 | OTGRAC1F | EPI: Racial Prf-Part A Outgrp Subscr @1F | FH13 |
| COUTG1 | OTGRBC1F | EPI: Racial Prf-Part B Outgrp Subscr @1F | FH13 |
| COUTG1 | OTGRCC1F | EPI: Racial Prf-Part C Outgrp Subscr @1F | FH13 |
| COUTG1 | OTGRPC1F | EPI: Racial Prf-Total Outgrp Score @1F | FH13 |
| COUTG1 | RCLIDC1F | EPI: Racial Self Identification @ 1F | FH13 |
| COUTG1 | RECGNC1F | EPI: Accuracy of Recognition @1F | FH13 |
| COUTG1 | SALNCC1F | EPI: Salience - Total Score @ 1F | FH13 |
| COUTG1 | WIGPAC1F | EPI: Wt'ed In-Grp Pref-Part A Subscr @1F | FH13 |
| COUTG1 | WIGPBC1F | EPI: Wt'ed In-Grp Pref-Part B Subscr @1F | FH13 |
| COUTG1 | WIGPCC1F | EPI: Wt'ed In-Grp Pref-Part C Subscr @1F | FH13 |
| COUTG1 | WIGPSC1F | EPI: Wt'ed In-Grp Pref-Overall Score @1F | FH13 |

**Description of Instrument**:

The Ethnic Preference and Identity Measure (Johnson & Castillo, 1994) was used as the principle measure of children's ethnic preference and ethnic salience. The measure is a self-report measure of children's ethnic identity that assesses ethnic/racial preference and ethnic race salience, yielding four scores. The EPI consist of four basic tasks. Task I and III are racial salience tasks that build upon children's ethnic and racial awareness (e.g. "who belongs with this one?"). Task II and IV focus upon the participants ethnic preferences.

Parts I and III assess the degree to which race and ethnicity are salient for children. In part I, the child is presented with four pictures representing four different racial groups (African-American, Asian, Euro-American, and Latino), matched to the participants gender. The four pictures were presented in a row directly in front of the child while the comparison picture was placed below the row. The four pictures were arranged by race (from left to right, African-American, Asian Euro-American and Hispanic). In part III, the child is presented with eight pictures representing two racial groups, four of which were Euro-American (two male and two female) and four of which were of one of the three remaining ethnic groups (two males and two females), which was randomly assigned to each child. In part III, the eight pictures were arranged in two rows of four, with the comparison picture placed below the two rowsIn parts I and III, the child is then shown a comparison picture and asked to choose from the reference pictures, "Who belongs with this one?" The child is then asked "anyone else?" until the child makes no more choices. The child is shown a total of three comparison pictures (Euro-American, a picture of the same race as the randomly determined ethic group, and a picture of themselves).

Parts II and IV focus on children's ethnic preference (e.g. "Who would she want to be friends with?"). Part II follows the same question format as part I and part 4 follows the same question format as part III.

Scores on parts I and III yield an overall race salience score that ranges from zero to six. A high score (five or six) indicating race salience of the participant child, while a low score (zero, one, or two) indicating minimal salience for a child.

Task II yields ethnic preference scores that range from zero to six and are then coded into three categories: (1) in-group preference (i.e. preference for one's own ethnic group), (2) ou-group preference (i.e. preference for another ethnic group), and (3) no preference (i.e., no preference for a particular ethnic group).

Each task consists of two parts. Task III and I assess the degree to which ethnicity and race are salient for children. In task one, the child is presented with four pictures representing four different racial/ethnic groups (African-American, Asian, Euro-American, and Hispanic), matched to the participants' gender. The child is then shown a comparison picture and asked to choose from the

four reference pictures, "Who belongs with this one?" The child is then asked "anyone else?" until the child makes no more choices. The child is shown a total of three comparison cards (Euro-American, randomly chosen comparison race, and a picture of themselves). Task one yields a score range from one to three. The child has the opportunity to receive one point for every time that they correctly choose the correct picture from four reference pictures that matches the comparison picture (three comparison pictures). Subsequent choices do not count towards the child's score. In task three, the child is presented with eight pictures representing two racial groups (four pictures of Euro-American children and four pictures of the randomly chosen comparison race), and both genders (four male and four female). The child is then shown three comparison pictures (different race, same gender; same race, different gender; and a picture of themselves). The questions and scoring and scoring for task three are the same for task one. Scores on the two tasks yield an overall race salience score that ranges from zero to six. A high score (five or six) indicates race being salient for the participant child, while a low score (zero, one, or two) indicates that race is either not salient at all or that it is minimally salient.

Task two and four focus on children ethnic preference. There are three additional questions that elicit the ethnic identity of the child (e.g., Presenting a picture of the participant and asking, "who is this a picture of?" "What race are you?" and "What color are you?").

**Modifications**:

The measure has now been used at two time points in the NICHD study. At 4 years old minor modifications were made to the measure that focused on how the measure was physically administered to children. We added a white felt palate on which to display the pictures and in order to give children a definite field on which to place their choices. In order to determine that children could connect their own identity with general characteristics depicting their group we added a last question which required children to choice from among pictures of the different groups that they had just been using, a picture that appeared to be "most like" them. This helped confirm our assumptions about how children might be approaching the task and whom they identified with.

In the next administration in grade 3, two major modifications were made. The first modification and most important was that the salience tasks were eliminated to shorten the task. Next we changed the format used on the response sheet based on investigator comments and comments from those who were administering the task. The objective was to reduce errors of administration and help the RA's to mark down the children's choices easily and correctly.

**Rationale for Choosing**:

The measure was developed for use in the NICHD Study of Early Child Care. The EPI was developed to measure racial identity and be appropriate for more than two racial/ethnic groups simultaneously. The EPI was designed for use with children of at least 4 or 5 major racial/ethnic groups. It was also important that the administration time for the measure be as brief as possible. The measure in its complete form averaged 8-12 minutes long. It was not however used when the children were 4 years old as originally intended, but was administered for the first time when the children reached grade 1. The study's SC felt that there was not enough variation in data in the 4-year-old pilot and the decision was made to wait.

**Base Reference / Primary Citation**:

Refer to the 1994 version of the manual for the study. Authors: Johnson, Deborah, & Castillo, Silvia. There are a series of conference presentations that can be cited there and can be provided upon request.

**Sample**:

Data from four samples has been collected on this measure since 1994. 60 African American and Euro American children of preschool and kindergarten were tested on the measure. 8 Latino, 14 African Americans, 12 Euro American children were tested in another sample. 18 biracial children were tested in another separate sample and 30 children of Korean decent were tested in a different study. All children were 36 to 54 months and living in the mid-western United States.

**Reliability**:

**Validity**:

**Scoring**:

**Name of Instrument:**

Family Employment, School, and Income

**SECC Name:**

Family Employment, School, and Income

**Lead Investigator:**

O'Brien, Marion

**Assessment Details**

| Age | Location | Form | Type | Participant |
|---|---|---|---|---|
| First Grade | Lab | LV22 | Questionnaire | Mother |
| Kindergarten | Home | KBFE | Questionnaire | Mother |

| CCDR | Database | Variable | Label | Form |
|---|---|---|---|---|
| 333 | | | | |
| | | | SEE SOCIAL AGE INTERVIEW-MOTHER, G1FA/SA | LV22 |
| 334 | | | | |
| | | | SEE STANDARDIZED INTERVIEW-MOTHER, G1LA | LV22 |
| 249 | | | | |
| | DEMO_K | AFDC_MKF | PUBLC ASST-AID FAMLY W/ DEP CHLD Y=1 KF | KBFE |
| | DEMO_K | AL_CHMKF | SOURCE INCOME-ALIMONY/CHILD SUPPRT=1 KF | KBFE |
| | DEMO_K | ASST_MKF | PUBLIC ASSIST-FOOD STMP/AID FAM Y=1 KF | KBFE |
| | DEMO_K | FDST_MKF | PUBLC ASSIST- FOOD STAMPS YES=1 NO=0 KF | KBFE |
| | DEMO_K | INDTKBFE | FKBFE (SAS) DATE FORM COMPLETED | KBFE |
| | DEMO_K | INKBFE | FORM KBFE RECEIVED (1=Y/.=N) | KBFE |
| | DEMO_K | MEMPSMKF | MATERN EMPLOY 0=NOT WRK,1=WRK @ KF | KBFE |
| | DEMO_K | MHRS_MKF | # HOURS/WK MOTHER IN SCHOOL/TRN @ KF | KBFE |
| | DEMO_K | MHRW_MKF | HOURS/WK MOTHER WORKS ALL JOBS @ KF | KBFE |
| | DEMO_K | MSCHSMKF | MOTHER'S SCHL STAT 0=NOSC 1=INSC @ KF | KBFE |
| | DEMO_K | PEMPSMKF | PARTNR EMPLOY ST 0=NOT WRK, 1=WRK @ KF | KBFE |
| | DEMO_K | PHRS_MKF | # HOURS/WK PARTNER IN SCH/TRN @ KF | KBFE |
| | DEMO_K | PHRW_MKF | HOURS/WK PARTNER WORK ALL JOBS @ | KBFE |

| | | | |
|---|---|---|---|
| | | KF | |
| | DEMO_K PSCHSMKF | PARTNR'S SCHL/TR ST 0=NOSC,1=INSC @ KF | KBFE |
| 250 | | | |
| | | SEE SOCIAL AGE INTERVIEW-MOTHER, KFA/SA | KBFE |

**Description of Instrument**:

Family Employment, School and Income - Kindergarten
This is an 8-item questionnaire looking at all aspects of family income, including non-parental income or aid which helps support the home and the child. It also contains 2 questions about the mother and father school status.

Family Employment and Income – 1st grade
This is a 6-item questionnaire assessing all aspects of family income, including non-parental income or aid which helps support the home and the child. The two questions from the kindergarten version have been eliminated.

**Modifications**:

This form is a modification of the employment, school, and income sections of the Standardized Interview that has been administered to the mothers at each previous assessment period, either in the home or in the lab. It has been changed to a self-report questionnaire for these data collection periods.

**Rationale for Choosing**:

N/A

**Base Reference / Primary Citation**:

(Weinraub, 1996)

**Sample**:

N/A

**Reliability**:

N/A

**Validity**:

NA

**Scoring**:

Items using this questionnaire are used individually. That is, a total score does not make sense and variables are to be used singularly only.

---

**Name of Instrument:**

Family Finances