## Social Skills and Behavior Problems

*Brief Infant Toddler Social and Emotional Assessment (BITSEA)*

- Domain: Infant toddler social functioning
- Rationale: "Gold Standard" for measuring infant toddler development
- Type of Assessment: Questions for primary caregiver about child.
- Procedure: Include items in the CAPI Parent Interview
- Length of Time: 8 minutes
- Key Citation: Briggs-Gowan, Carter et al. (2004). Journal of Pediatric Psychology, 29 (2), 143-155.
- Large-Scale Study Use: ACF OPRE's EDCP, NICHD Neonatal Research Network
- Recommended Data Collection: 12m, 18m (although some items may be applicable to 6 months pending verification)
- Pro's: Useful screener for behavior problems. Derived from full ITSEA using Principal Components analysis. Correlates highly with ITSEA.
- Con's: Lack of age-group splits in psychometric analyses, no information yet for psychometrics by age. Some items may be difficult for parents to answer.

  Full ITSEA too lengthy for NCS.

27

## Social Skills and Behavior Problems (cont'd)

*Bayley-III Adaptive Behavior Scale: Social subscale*

- Domain: Infant and toddler social functioning
- Rationale: Rating scale items cover constructs important for infant toddler social functioning not assessed in IBQ ECBQ or BITSEA.
- Type of Assessment: Questions for primary caregiver about child.
- Procedure: Include items in CAPI Parent Interview.
- Length of Time: 8-10 minutes
- Key Citation: Bayley III Technical Manual (2005)
- Large-Scale Study Use: None
- Recommended Data Collection: 12m, 18m
- Pro's: Items derived from the full ABAS, a widely used and respected measure. Items selected using IRT analysis, large normative sample, standardized administration and scoring protocol, good test-retest reliability, internal consistency and concurrent validity. Items are appropriate for children up to 5 ½ yrs.
- Con's: Not the full ABAS.

28

## Adaptive Behavior

*Bayley-III Adaptive Behavior Scale: Health and Safety, Self-Care and Leisure subscales*

- Domain: Infant and toddler adaptive behavior
- Rationale: Bayley scale items cover constructs important for infant toddler adaptive functioning not assessed in IBQ/ECBQ, BITSI [illegible] Adaptive Behavior Social subscale.
- Type of Assessment: Questions for primary caregiver about child.
- Procedure: Include items in CAPI Parent Interview.
- Length of Time: 20 minutes
- Key Citation: Bayley III Technical Manual (2005)
- Large-Scale Study Use: None
- Recommended Data Collection: 12m, 18m
- Pro's: Items adopted from the full ABAS (widely used), based on IRT analysis; large normative sample; standardized administration and scoring protocol; good test-retest reliability, internal consistency and concurrent validity. Items are appropriate for children up to 5 [illegible] yrs. Faster to administer/score than Vineland Scales of Adaptive Behavior.
- Con's: Includes only 3 subscales; no composite score can be derived.

29

## Outcome Domains/Measures Still Under Discussion

- Autism Screening and Assessment Measures
  - First Year Inventory (Reznick)
  - M-CHAT & ADOS/ADI-R
- Sensory Function
  - Visual, Auditory, Somatosensory tests
- Motor Function
  - Bayley-III Motor Scale

30

## Predicter constructs yet to be discussed

- Observed home Environment
- Observed maternal sensitivity, detachment, intrusiveness, positive negative regard for child
- Maternal Cognitive Skill
- Parental Depression
- Parenting Stress
- Social Support
- Spousal Relationship
  - Division of Labor in the Home
  - Domestic Violence
- Parental Beliefs and Attitudes (Parenting Style)
- Child Care Arrangements

31

## Issues in the Measurement of Neurodevelopmental Outcomes and their Predictors

- The need to have all assessments done in the home environment
- Many assessments not tried before on large normative studies
- Use of entire measure vs. subscales
- Frequency of assessment of a given construct
  - (time variant vs. invariant measures)
- Training required for measures, particularly training in observation/scoring vs. videotaping

32

## Issues in the Measurement of Neurodevelopmental Outcomes and their Predictors-Cont.

- Burden of observations, questionnaires, & tests to parents and children
- Length of time of the home visits
- Need to account for child's fussiness, alertness, health status as a potentially confounding variable.

33

## Closure

- The Neurodevelopmental workgroup met for the first time on October 26, 2005.
- We are moving at a fast pace to recommend to you assessment protocols that are scientifically strong, yet meet the requirements of the NCS.

34

# EXHIBIT 23

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

National Institutes of Health
National Institute of Child Health
and Human Development
Bethesda, Maryland 20892

Nov 16, 2004
~~December 2, 2004~~

Subject: Request for Proposal **RFP NICHD-2004-07**
**National Children's Study Vanguard Centers**

Closing Date: **February 16, 2005, 3:00 P.M. (Local Time)**

Ladies and Gentlemen:

You are invited to submit a proposal in accordance with the requirements of the attached Request for Proposal NICHD-2004-07, entitled **"National Children's Study Vanguard Centers."**

This Request for Proposals (RFP) is prepared in accordance with the Uniform Contract format that is prescribed for U.S. Government-wide application by the Federal Acquisition Regulation (FAR) effective for solicitations issued on or after April 1, 1984. The Uniform Contract Format is both a Request for Proposals and a sample contract award document. The resulting contracts will consist of Parts I, II and III of the Uniform Contract Format.

While the Government currently intends to make one or more awards pursuant to this solicitation, it should be noted that the Government **reserves the right to make no award at all for this RFP**. In addition, the RFP may be amended or canceled as appropriate to meet programmatic and NIH requirements. While the Government intends to pursue this project to its completion, it should be noted that due to the complexity and scope of the National Children's Study (NCS or Study), and the nature of Federal appropriations for the conduct of research and development projects, the Government cannot, at this time, ensure that there will be sufficient funds to conduct the full Study. In light of these considerations, the National Institute of Child Health and Human Development (NICHD) intends to make awards for this solicitation using options for each year, the exercise of which depend, in part, on Congressional appropriations for the Study.

There are mandatory evaluation criteria for this acquisition, which are located in Section M of the RFP. It should be noted that the criteria for the selection of Study Locations were developed following extensive statistical analysis of the population within the United States, based on information from the U.S. Census and the National Center for Health Statistics (NCHS). These initial acquisitions for the Vanguard Study Centers does not limit the intent of the Government to award future contracts throughout the United States within the Study Locations, pending funding availability and the quality of proposals received in those future NICHD solicitations.

Your attention is particularly directed to the following Sections for the development of the proposal. All parts of the RFP should be read and understood, but these Sections will provide specific guidance on the preparation of the proposal.

| | |
|---|---|
| Part I | SECTION C – C.1 — Statement of Work (SOW) |
| | SECTION F – F.3 — Reporting Requirements and Deliverables |
| | SECTION J – J.1 — Attachment 1 – Draft Study Plan (as a part of the SOW) AND two attachments to this RFP: the List of Counties and the Map of the Study Locations (requires Adobe) |
| Part IV | SECTION L – L, Part III — Instructions to Offerors, Technical Proposal |
| | SECTION L – L, Part IV — Instructions to Offerors, Business Proposal |
| Part V | SECTION L – L.60— Notices to Offerors – Forms/Formats/Attachments |
| | SECTION L – L 60 – NOTES TO OFFERORS |
| | SECTION M - Evaluation Criteria that sets forth the basis upon which proposals will be reviewed – NOTE THE MANDATORY QUALIFICATION CRITERIA |

Contracts Management Branch / Executive Building, Suite 7A07 / 6100 EXECUTIVE BLVD MSC 7510 / BETHESDA MD 20892-7510
Tel: (301) 496-4611 / Fax: (301) 402-3676/ vd9t@nih.gov

# PART I - THE SCHEDULE

## SECTION A - SOLICITATION FORM

| | |
|---|---|
| 1. REQUEST FOR PROPOSAL(S) (RFP) NO.<br><br>RFP NICHD-2004-07 | 2. ISSUE DATE<br><br>November 16, 2004 |

3. SET-ASIDE:

[X] NO [ ] YES

4. TITLE:

National Children's Study - Vanguard Centers

5. ISSUED BY:

Contracts Management Branch, OAM, NICHD
National Institutes of Health, DHHS
Executive Building, Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510

6. SUBMIT OFFERS TO:

See Section L

7. Proposals for furnishing the supplies and/or services in THE SCHEDULE will be received at the place specified in Section L until:

Local time 3:00 PM
Date February 16, 2005

Offers will be valid for 120 days unless a different period is specified by the offeror on the Attachment entitled, "Proposal Summary and Data Record NIH 2043".

(Applicable if Checked) [ X ] Your attention is directed to the provision in Section L entitled "Late Submissions, Modifications, and Withdrawals of Proposals".

8. Offerors must provide full name, address, telephone number, DUNS number, TIN, and, if different, the address to which payment should be mailed.

9. FOR INFORMATION CALL: Dawn Rabunsky
TELEPHONE NUMBER: 301-435-6961; E-mail: drabunsk@mail.nih.gov

10. Table of Contents - See the pages immediately following this form.

CONTRACTING OFFICER

**Table of Contents** **Page**


**PART I - THE SCHEDULE** .......... 1

**SECTION A - SOLICITATION FORM** .......... 1

**PART I - THE SCHEDULE** .......... 7

**SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS** .......... 7

B.1 BRIEF DESCRIPTION OF SERVICES .......... 7
B.2 PRICES/COSTS .......... 7
B.3 CLAUSES APPLICABLE TO DIRECT COSTS .......... 7
B.4 ADVANCE UNDERSTANDING .......... 7

**SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK** .......... 8

C.1 WORK STATEMENT/SPECIFICATIONS .......... 8

**SECTION D - PACKAGING AND MARKING** .......... 15

[FOR THIS SOLICITATION, THERE ARE NO CLAUSES IN THIS SECTION] .......... 15

**SECTION E - INSPECTION AND ACCEPTANCE** .......... 16

E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .......... 16
E.2 INSPECTION AND ACCEPTANCE .......... 16

**SECTION F - DELIVERIES OR PERFORMANCE** .......... 17

F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .......... 17
F.2 PERIOD OF PERFORMANCE .......... 17
F.3 TECHNICAL REPORTING REQUIREMENTS .......... 17
F.4 DELIVERABLES .......... 18
F.5 ANNUAL TECHNICAL PROGRESS REPORT FORMAT FOR CLINICAL RESEARCH STUDY POPULATIONS .......... 19

**SECTION G - CONTRACT ADMINISTRATION DATA** .......... 21

G.1 KEY PERSONNEL .......... 21
G.2 PROJECT OFFICER .......... 21
G.3 INVOICE SUBMISSION (NIH RC-1) .......... 21
G.4 CONTRACT FINANCIAL REPORT (NIH 2706) .......... 22
G.5 GOVERNMENT PROPERTY .......... 22
G.6 POST AWARD EVALUATION OF PAST PERFORMANCE .......... 23

**SECTION H - SPECIAL CONTRACT REQUIREMENTS** .......... 24

H.1 RESTRICTION FROM USE OF HUMAN SUBJECTS .......... 24
H.2 HUMAN SUBJECTS .......... 24
H.3 HUMAN MATERIALS (ASSURANCE OF OHRP COMPLIANCE) .......... 24
H.4 HHSAR 352.270-6 PUBLICATIONS AND PUBLICITY (DISCLAIMER LANGUAGE) .......... 24
H.5 PUBLICATION AND PUBLICITY (ACKNOWLEDGEMENT LANGUAGE) .......... 25
H.6 CONFIDENTIALITY OF INFORMATION (HHSAR 352.224-70) .......... 25
H.7 REQUIRED EDUCATION IN THE PROTECTION OF HUMAN RESEARCH PARTICIPANTS .......... 25
H.8 DATA AND SAFETY MONITORING IN CLINCAL TRIALS .......... 26
H.9 CONTINUED BAN ON FUNDING OF HUMAN EMBRYO RESEARCH .......... 26
H.10 NEEDLE EXCHANGE .......... 26
H.11 PRIVACY ACT .......... 27
H.12 SUBCONTRACTING PROVISIONS .......... 27

H.13 SUBCONTRACTING REPORTS....27
H.14 SALARY RATE LIMITATIONS LEGISLATION....28
H.15 PRESS RELEASES....29
H.16 YEAR 2000 COMPLIANCE--SERVICE INVOLVING THE USE OF INFORMATION TECHNOLOGY....29
H.17 REPORTING MATTERS INVOLVING FRAUD, WASTE AND ABUSE....29
H.18 ANTI-LOBBYING....30
H.19 LIMITATION ON USE OF FUNDS FOR PROMOTION OF LEGALIZATION....30
H.20 PLAIN LANGUAGE....30
H-21 OBTAINING AND DISSEMINATING BIOMEDICAL RESEARCH RESOURCES....31
H.22 SHARING RESEARCH DATA....31
H.23 HOTEL AND MOTEL FIRSE SAFETY ACT OF 1990 (P.L. 101-391)....31
H.24 OMB CLEARANCE....31
H.25 INFORMATION TECHNOLOGY SYSTEMS SECURITY....32
H.26 ELECTRONIC AND INFORMATION TEHCNOLOGY STANDARDS....34
H-27 OPTION PROVISION....34
H.28 SMALL BUSINESS SUBCONTRACTING PLAN....34

**PART II - CONTRACT CLAUSES....35**

**SECTION I - CONTRACT CLAUSES....35**

I.1 SPECIAL NOTE FOR SOLICITATION PURPOSES (NIH 3105) (JUL 1986)....35
I.2 CLAUSES INCORPORATED IN FULL TEXT (NIH 3110) (JUL 1986)....35
I.3 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE....35
I.4 52.219-23 NOTICE OF PRICE EVALUATION ADJUSTMENT FOR SMALL DISADVANTAGED BUSINESS CONCERNS (MAY 2001) ALTERNATE I (OCT 1998)....39
I.5 52.222-2 PAYMENT FOR OVERTIME PREMIUMS....40
I.6 52.222-21 PROHIBITION OF SEGREGATED FACILITIES....41
I.7 52.252-2 CLAUSES INCORPORATED BY REFERENCE....41

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS....42**

**SECTION J - LIST OF ATTACHMENTS....42**

(NOTE – MOST ATTACHMENTS ARE PROVIDED VIA 'URL' ADDRESSES)
ATTACHMENT #1 – DRAFT STUDY PLAN....43
ATTACHMENT #11- PROJECT OBJECTIVES FORM –NIH 1688....77

**PART IV - REPRESENTATIONS AND INSTRUCTIONS....78**

**SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS....78**

K.1 REPRESENTATIONS AND CERTIFICATIONS....78
K.2 52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990) (FAR 52.203-11 DEVIATION)....78
K.3 52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)....79
K.4 52.204-5 WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS)....80
K.5 52.204-6 DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (OCT 2003)....80
K.6 52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS....81

K.7 52.215-6 PLACE OF PERFORMANCE (OCT 1997) ....82
K.8 52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) ....82
K.9 52.219-22 SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999) ....84
K.10 52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES (FEB 1999) ....85
K.11 52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999) ....85
K.12 52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984) ....85
K.13 52.222-38 COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS ....85
K.14 52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003) ....86
K.15 52.225-2 BUY AMERICAN ACT CERTIDICATE (JUN 2003) ....86
K.16 52.226-2 HISTORICALLY BLACK COLLEGE OR UNIVERSITY AND MINORITY INSTITUTION REPRESENTATION (MAY 2001) ....87
K.17 52.227-15 STATEMENT OF LIMITED RIGHTS DATA AND RESTRICTED COMPUTER SOFTWARE (MAY 1999) ....87
K.18 52.230-1 COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (JUNE 2000) ALTERNATE I (APR 1996) ....88
K.19 CERTIFICATION REGARDING ENVIRONMENTAL TOBACCO SMOKE ....91
K.20 CERTIFICATION OF INSTITUTIONAL POLICY ON CONFLICT OF FINANCIAL INTEREST ....91
K.21 CERTIFICATE OF CURRENT COST OR PRICING DATA (FAR 15.406-2) ....92

**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS ....93**

L.1 NOTICE LISTING SOLICITATION PROVISIONS INCORPORATED BY REFERENCE ....93
L.2 THIS REQUIREMENT IS NOT SET ASIDE FOR SMALL BUSINESS ....93
L-3 JUST IN TIME PROVISION ....93
L.4 52.215-20 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997) ....94
L.5 52.216-1 TYPE OF CONTRACT (APR 1984) ....95
L.6 52.227-6 ROYALTY INFORMATION (APR 1984) ....95
L.7 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) ....95

**I. GENERAL INFORMATION ....95**

L.8 NAICS CODE AND SMALL BUSINESS SIZE STANDARD ....95
L.9 TYPE OF CONTRACT AND NUMBER OF AWARD(S) ....96
L.10 PRE-PROPOSAL CONFERENCE ....96
L.11 ESTIMATE OF EFFORT ....96
L.12 COMMITMENT OF PUBLIC FUNDS ....97
L.13 COMMUNICATIONS PRIOR TO CONTRACT AWARD ....97
L.14 RELEASE OF INFORMATION ....97
L.15 COMPARATIVE IMPORTANCE OF PROPOSALS ....97
L.16 PREPARATION COSTS ....97
L.17 52.233-2 SERVICE OF PROTEST ....97
L.18 ROTC ACCESS AND FEDERAL MILITARY RECRUITING ON CAMPUS ....98
L.19 LATE PROPOSALS AND REVISION (HHSAR 352.215-70) ....98

**II. INSTRUCTIONS TO OFFERORS--GENERAL ....98**

L.20 PACKAGING AND DELIVERY OF THE PROPOSAL ....98
L.21 CONTRACT CLAUSES ....99
L.22 FORMAT AND CONTENT OF PROPOSALS ....99
L.23 SEPARATION OF TECHNICAL AND BUSINESS PROPOSALS ....100
L.24 ALTERNATE PROPOSALS ....100
L.25 CONFIDENTIALITY OF PROPOSALS ....100
L.26 EVALUATION OF PROPOSALS ....101

L.27 USE OF THE METRIC SYSTEM OF MEASUREMENT ....101
L.28 HUMAN SUBJECTS (NOTICE OF REQUIREMENTS OF 45 CFR PART 46) ....101
L-29 INSTRUCTIONS TO OFFERORS REGARDING PROTECTION OF HUMAN SUBJECTS ....102
L-30 INFORMATION REQUIRED FOR ALL CLINICAL RESEARCH PROTOCOLS ....104
L-31 INCLUSIONT OF CHILDREN IN RESEARCH INVOLVING HUMAN SUBJECTS ....105
L.32 DATA AND SAFETY MONITORING IN CLINCAL TRIALS ....107
L-33 STANDARDS FOR PRIVACY OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION ....108
L-34 PRIVACY ACT ....108
L-35 REQUIRED EDUCATION IN THE PROTECTION OF HUMAN RESEARCH PARTICIPANTS ....109
L.36 SELECTION OF OFFERORS ....109
L-37 OBTAINING AND DISSEMINATION BIOMEDICAL RESEARCH RESOURCES ....110
L.38 SMALL BUSINESS SUBCONTRACTING PLAN ....110
L-39 HUBZONE SMALL BUSINESS CONCERNS ....112
L.40 SALARY RATE LIMITATION INFORMATION FOR OFFERORS ....112
L-41 INSTITUTIONAL RESPONSIBILITY REGARDING CONFLICTING INTERESTS OF INVESTIGATORS ....113
L-42 PAST PERFORMANCE INFORMATION ....114
L.43 SHARING RESEARCH DATA ....115

**III. INSTRUCTIONS TO OFFERORS–TECHNICAL PROPOSALS ....1135**

L.44 TECHNICAL PROPOSAL INSTRUCTIONS ....115
L.45 TECHNICAL DISCUSSIONS ....115
L.46 TECHNICAL EVALUATION ....117
L.47 ADDITIONAL TECHNICAL PROPOSAL INFORMATION ....117
L.48 PROJECT OBJECTIVES - NIH 1688-1 (SEP 2002) ....117
L.49 OTHER CONSIDERATIONS ....117
L-50 INFORMATION TECHNOLOGY SYSTEMS SECURITY ....118

**IV. INSTRUCTIONS TO OFFERORS–BUSINESS PROPOSALS ....121**

L.51 COST AND PRICING DATA ....121
L.52 QUALIFICATIONS OF THE OFFEROR ....124
L.53 PROPERTY/EQUIPMENT/FACILITIES ....125
L.54 ROYALTIES ....125
L.55 FINANCIAL CAPACITY ....125
L.56 SUBCONTRACTORS ....125
L.57 INCREMENTAL FUNDING ....126
L.58 REPRESENTATIONS AND CERTIFICATIONS ....126
L.59 EXTENT OF SMALL DISADVANTAGED BUSINESS PARTICIPATION ....128

**V. NOTICES TO OFFERORS ....129**

L.60 NOTICES TO OFFERORS - FORMS/FORMATS/ATTACHMENTS ....130
(APPENDED AT THE END OF THIS SECTION L –MOST AS 'URL' ADDRESSES, SOME AS HARDCOPY ATTACHMENTS – SEE LIST BELOW FOR HARDCOPY DOCUMENTS)
BACKGROUND INFORMATION ....131
REFERENCES ....133
**ADDITIONAL PROPOSAL INFORMATION-NOTES TO OFFERORS ....134**
PROPOSAL INTENT FORM ....136

**SECTION M - EVALUATION FACTORS FOR AWARD ....137**

M.1 GENERAL ....137
M.2 MANDATORY QUALIFICATION CRITERIA ....137
M.3 PROPOSAL EVALUATION CRITERIA ....138
M.4 EVALUATION OF OPTIONS ....140
M.5 HUMAN SUBJECT EVALUATION ....140

M.6 PAST PERFORMANCE FACTOR ............ 143
M.7 EXTENT OF SMALL DISADVANTAGED BUSINESS PARTICIPATION ............ 144
M.8 EVALUATION OF DATA SHARING PLAN ............ 144

## PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

### B.1 BRIEF DESCRIPTION OF SERVICES

The purpose of this procurement is to establish the initial field sites (termed Vanguard Centers) for the National Children's Study (NCS or Study). As described in detail in the Statement of Work and the Study Plan, the NCS is a longitudinal cohort study that intends to examine the effects of environmental influences on the health and development of approximately 100,000 children. The Vanguard Centers will be the initial field sites for conduct of the Study. It is expected that other field sites (Study Centers) will be added at a later date, contingent upon receipt of full funding for the Study. The Vanguard Centers are responsible for implementation of the Study Protocol within their Study Location (see definitions attached to the Statement of Work). Responsibilities of Vanguard Centers focus primarily on aspects of the Study Protocol that require in-person contact with Study participants, including collection of data from Study participants, their homes and neighborhoods. The Vanguard Centers will also collect data and environmental samples from organizations in their Study Location (e.g. environmental samples or records from local schools and daycare centers). Examples of activities of Vanguard Centers include, but are not limited to, conduct of local community needs assessments and activities related to community engagement; participant recruitment, retention and follow-up; conduct of interviews, observations and examinations; collection of biospecimens, and environmental samples; submission of samples and data for processing to the designated entities, e.g., the NCS-Coordinating Center (NCS-CC), laboratory/repository, information technology management systems, etc; participation in multiple levels of training activities; insurance of the protection of human subjects; and, participation in the evaluation of protocols, systems and procedures and implementation of revisions, as needed.

### B.2 PRICES/COSTS

The final contract will contain the price/cost terms and clauses agreed upon during negotiations.

### B.3 CLAUSES APPLICABLE TO DIRECT COSTS

This clause will prohibit or restrict the use of contract funds, unless otherwise approved by the Contracting Officer, for: 1) Acquisition, by purchase or lease, of any interest in real property; 2) Special rearrangement or alteration of facilities; 3) Purchase or lease of any item of general purpose office furniture or office equipment regardless of dollar value; 4) Travel Costs; 5) Patient Care Costs; 6) Accountable Government Property; and 7) Research Funding.

### B.4 ADVANCE UNDERSTANDING

Specific elements of cost, which normally require prior written approval of the Contracting Officer before incurrence of the cost (e.g., foreign travel, consultant fees, subcontracts) will be included in this clause if the Contracting Officer has granted his/her approval in the pre-award negotiation process.

## SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

### C.1 WORK STATEMENT/SPECIFICATIONS

[NOTE TO OFFEROR – Offerors are advised that the Statement of Work includes the Draft Study Plan. An understanding of the Study approach is not possible without consideration of both of these documents. Offerors are also advised that since the conduct of this acquisition is directly tied to the NCS Coordinating Center (NCS-CC), a review of the NCS-CC Statement of Work will increase the understanding of this project. The NCS-CC solicitation may be found at: http://www.eps.gov/spg/HHS/NIH/NICHD/RFP%2DNICHD%2D2004%2D12/listing.html - the Statement of Work will be found in Section C of the RFP.]

**I. General Description of the Objectives and Desired Results**

The National Institute of Child Health and Human Development (NICHD), of the National Institutes of Health (NIH), serves as the lead agency for the National Children's Study (NCS or Study), a longitudinal cohort study that will examine the effects of environmental influences on the health and development of approximately 100,000 children. Environment is broadly defined to include biological, physical, chemical, and social/cultural influences on children's health and development. Priority outcomes include obesity, diabetes, and physical development; injuries; asthma; pregnancy-related outcomes; child development and mental health. Children will be followed from before birth until the age of 21 years. The goal of the Study is to provide information that will ultimately lead to improvements in the health, development, and well being of children

It is anticipated that when the NCS is fully funded, Study participants will be enrolled from 96 distinct geographic areas (referred to as "Study Locations") across the country, as documented in the attached Draft Study Plan (a list of definitions is included at the end of the Statement of Work). In general, "Study Location" corresponds to a single county; however, for counties with small numbers of annual births, a Study Location may combine adjacent counties. It is anticipated that data collection in these 96 geographic areas will be conducted by 30-50 Study Centers, under 30-50 separate contracts, depending on funds, quality of proposals received, and other factors at the time of solicitation. In the full NCS, each Study Center will be expected to oversee data collection in 1-3 Study Locations.

The subject solicitation is for the establishment of the initial Vanguard Centers to conduct the Study in a limited number of Study Locations. For this solicitation, eight Study Locations have been randomly selected from the full list of 96 locations. These eight will potentially serve as the initial Study Locations (referred to as "Vanguard Locations"). These areas are listed in the attached Draft Study Plan.

**[NOTE TO OFFEROR: Offerors are asked to submit proposals to collect data from participants residing in <u>one</u> of the Vanguard Locations, i.e., for this initial phase of the NCS, each Contractor will conduct the Study in a single Vanguard Location. It is anticipated that a total of 3-8 awards will be made under this solicitation, dependent on funding availability. Offerors can anticipate that when solicitations are issued for the full complement of Study Centers, the Vanguard Centers will be able to again submit proposals to compete for one or two additional Study Locations, in addition to their current contract.]**

The eight geographic areas chosen to potentially serve as Vanguard Locations include two that are non-metropolitan and six that are metropolitan. Among the metropolitan Locations, two are very densely populated, and are considered to be self-representing (certainty) units. It is anticipated that at least one award will be made in each of these three categories, i.e. non-metropolitan; metropolitan, certainty; and, metropolitan, non-certainty units. Further, the eight Vanguard Locations include two in each of the four United States Census regions, Northeast, West, South and Midwest (http://www.census.gov/population/censusdata/map-iv-3.pdf). If there are four or more awards, it is anticipated that at least one award will be made in each of these four regions. If there are three or fewer awards, it is anticipated that no region will contain more than one Vanguard Center.

**[NOTE TO OFFEROR: As noted in the mandatory evaluation criteria for this solicitation (see Section M of RFP), offerors must be located in the same census region as the Vanguard Location for which they are proposing.]**

As outlined in detail below, each Vanguard Center will be expected to enroll and follow sufficient women to ensure 250 live births per year over a five-year recruitment period. Live births in the NCS must be statistically representative of all live births in the targeted Vanguard Site(s). Information and specimens will be gathered from mothers, fathers, children, and possibly others. Environmental samples will be obtained from the home, as well as other sites (e.g. daycare centers, schools, and the workplace). It is expected that children enrolled in this Study will be followed until their 21st birthday; however, this initial solicitation details activities only during the first few years of their lives (during the five year contract period of performance). Additionally, although it is expected that data gathered from families enrolled through the Vanguard Centers will be included as part of the larger cohort, the Vanguard Centers will also serve as the pilot sites for the continuing, full Study. As experience is gained, it is expected that there may be modifications to initial Study procedures as children age throughout the conduct of the Study.

Implementation and conduct of the Study across the Vanguard Centers will be coordinated through a separate coordinating center and specimens will be processed by a Central Laboratory(ies) and stored in a Central Repository(ies). A separate solicitation was released for the NCS Coordinating Center (NCS-CC) and can be found at: http://www.eps.gov/spg/HHS/NIH/NICHD/RFP%2DNICHD%2D2004%2D12/listing.html. In the subject solicitation, which is specifically for the Vanguard Centers, activities are divided into two phases: Phase I Start-up (Initial 15 months), Phase II Enrollment, Implementation, Ongoing Analysis and Reporting (15 months -Year 5).

Further it is anticipated that there will be opportunities for adjunct studies to address research questions related to specific issues of interest within a given community, as indicated below.

## II. Scope

The Contractor will: (1) recruit, retain, and follow Study participants; (2) collect data including, at a minimum, interview data, observations and examinations, biospecimens, and environmental samples at specified timepoints; (3) submit samples and data for processing to the designated centers, e.g., the NCS-Coordinating Center (NCS-CC), laboratory/repository, NCS Information Management Systems (IMS), etc; (4) participate in multiple levels of training activities; (5) insure the protection of human subjects; and,(6) participate in the evaluation of protocols, systems and procedures and implement revisions, as necessary.

## III. Technical Requirements

Independently, and not as an agent of the Government, the Contractor will furnish all the necessary services, qualified personnel, material, equipment, and facilities not otherwise provided by the Government, that are necessary to conduct the work as set forth below under the terms of this contract. All definitions are included at the end of this Statement of Work. Specifically, the Contractor will:

### (A) Phase I – Start Up (Months 1-15)

1) During the Start Up phase, Vanguard Centers will work collaboratively with the NICHD, the NCS-CC, and other participating Vanguard Centers to finalize the Study Protocol, including finalizing the Sampling Plan for their particular Study Location and methods of data collection. All Plans that are developed, must be reviewed and approved by the Project Officer prior to implementation. (See the attached Draft Study Plan)

   a) With respect to the Sampling Plan, Vanguard Centers will provide information to the NCS-CC regarding local communities within the Vanguard Locations, as detailed in the attached Draft Study Plan. This information will be used to characterize communities for defining segments and selection of Vanguard Sites in the second stage of sampling.

b) Develop a plan to collect birth and fetal death certificate data or other means of capturing basic data on all births and fetal deaths within Vanguard Locations, including, at a minimum, the residence of the mother at the time of delivery; the date of birth, gender, race, ethnicity, and outcome (live birth, fetal death, infant death) of the newborn. This information will be used to gauge the success of recruitment with respect to coverage of the targeted population in the Vanguard Site(s).

2) Conduct community needs assessments to consider community concerns related to the Study Protocol and to identify specific issues (e.g. health, exposure, special subgroup of interest) that could be included either in the Study Protocol (all Study Sites) or as a specific adjunct focus (substudy) of the particular Vanguard Location. The method of community assessment will be developed with input and coordination from the NCS-CC and agreed upon by the offeror and the Project Officer. The method could include, but is not limited to, focus groups, town meetings, or surveys.

3) Develop and implement a plan for community participation and engagement to support recruitment and retention efforts for the Study.

4) Engage and gain the cooperation of hospitals that serve as the primary delivery sites for the target population as well as other clinical sites that will be involved in the Study or serve as sites of data collection. Note that these hospitals and clinical sites may be located outside of the Vanguard Location.

5) Where appropriate, develop a plan for the collection of specimens or data that rely on persons other than Study staff. Examples might include collection of placental tissue or cord blood at community hospitals or birthing centers or collection of information or environmental specimens from daycare centers, schools, pediatrician offices, urgent care centers, local hospitals, etc.

6) Work collaboratively with the Vanguard Project Officer (Vanguard PO), the NCS-CC, and other participating Vanguard Centers in the development of the Study Protocol, data forms, Study procedures, the NCS Manual of Operating Procedures (MOP), and other documents, as needed.

7) Obtain required Institute specific approvals [e.g., Institutional Review Board (IRB) approval] and assist the NCS-CC with preparation of materials for project-wide approvals (e.g. Office of Management and Budget (OMB) questionnaire clearances and Certificates of Confidentiality), as needed.

8) Hire research staff with appropriate qualifications to address all aspects of the NCS. This includes, but is not limited to, a Principal Investigator (PI), Study Coordinator, research assistants, field staff and field supervisors, Study nurse, and other staff with appropriate training to accomplish interviews; collection of biologic and environmental specimens; collection of household samples; and, conduct of child developmental assessments (e.g. developmental, physical, cognitive, and behavioral assessments), etc.

9) Provide necessary space, equipment and supplies to enroll Study subjects, perform Study tests and examinations; and, to collect and appropriately process and store data, biospecimens and environmental samples prior to shipping, as needed, to the NCS-CC, central repository(ies), and laboratory(ies).

10) The Vanguard Center's PI will serve on the Study Steering Committee, collaborating with investigators from the NICHD, the NCS-CC, the Interagency Coordinating Committee (ICC), and PIs from other Vanguard Centers and will participate in weekly conference calls and four face-to-face meetings during the start-up phase. In addition to the Steering Committee meetings, it is anticipated that there will be one additional Study related meeting (e.g. Workshop) per year.

**[NOTE TO OFFEROR: For the purposes of budgeting and preparation of the business proposal, assume that the Steering Committee meetings and other Study-related meetings will be in Rockville, MD. Assume that in the first 15 months there will be five, two-day meetings requiring attendance by the Vanguard Center PI.)**

11) Conduct pilot tests of sampling approaches, data collection instruments and methods, and data handling procedures, as needed, in anticipation of implementation of the full Study Protocol.

12) In cooperation with the NCS-CC, and possibly separate Information Technology (IT) contractor(s), participate in testing of the NCS Information Management System (IMS) as a System user.

13) Ensure privacy of Study participants and confidentiality of all data.

14) Comply with all Institutional Review Board (IRB), Office of Management and Budget (OMB), and Health Insurance Portability and Accountability Act (HIPPA) requirements.

**(B) Phase II –Enrollment/ Implementation/Reporting (Years 2-5 – may overlap with first 15 months)**

1) Community Engagement: During the month before enrollment, each Vanguard Center will conduct activities to increase awareness of the Study among residents in the targeted community. The specific activities will be planned in collaboration with the NCS-CC and NCS Project Officer (NCS-PO) and may include, but are not limited to, meetings with community groups and leaders and local media releases.

2) Recruitment and Enrollment: Each Vanguard Center will enroll sufficient women to ensure 250 live births per year over the five-year recruitment period. As outlined in the attached Draft Study Plan, Vanguard Sites (roughly equivalent to neighborhoods, within the Vanguard Locations), will be the areas from which study subjects are recruited. These Sites will be selected by the Study's statistical team, including members from the NCS-CC and the Federal Government. Live births in the NCS should be statistically representative of all live births in the targeted Vanguard Site(s) Additionally, these births will be identified and included in the Study as early in the pregnancy as possible, with a target of enrolling at least 25% of pregnancies prior to conception and a cumulative total of 90% within the first trimester of the pregnancy. One strategy to fulfill these requirements is the use of a household sampling approach, as outlined in the Draft Study Plan.

For the household sampling approach the following factors should be considered:

a) Household Screening: The primary method for identification and recruitment of Study participants is through screening of households in the target community. Under this approach, the NCS-CC will be responsible for enumeration of households within the selected Vanguard Sites. They will also be responsible for advance contacts to households, e.g. advance letters and/or phone calls. Following these activities, staff from the Vanguard Center will visit each of the households to screen for eligibility and enroll participants according to the Draft Study Plan and Protocol.

b) Recruitment and enrollment through other methodologies: As outlined in the Draft Study Plan, in addition to enrollment through the household screening approach, a number of supplementary approaches will be utilized to ensure that the final sample is representative of births in the target Vanguard Site.

i) Prenatal Care Providers: Each Vanguard Center will enroll Study participants through prenatal care providers and delivery hospitals that serve the target population, providing a mechanism for women who are missed through household sampling to be represented in the Study. This might include non-responders to the initial screening who later present for prenatal care or women who are missed in the initial screening, receive no prenatal care, and are only identified at the time of delivery.

ii) Community Enrollment: Each Vanguard Center will provide a mechanism for women in the targeted geographic area to volunteer to be a participant in the Study if they meet eligibility criteria and contact Study staff during the period of enrollment. Specific criteria for eligibility of participants are detailed in the Draft Study Plan.

c) Subsequent Pregnancies: Once a woman is enrolled in the Study, all pregnancies that she experiences during the enrollment period will be eligible for inclusion in the Study. Vanguard Centers will be responsible for contacting participants for enrollment of subsequent pregnancies.

**[<u>NOTE TO OFFERORS:</u> Offerors must submit a proposal that follows the household sampling approach outlined in the Draft Study Plan, but are also encouraged to suggest alternative strategies that meet the sample requirements for representativeness and enrollment prior to and early in pregnancy, as outlined above.]**

3) Tracking and Follow-up - At the time of enrollment, information needed to track Study participants will be gathered by the staff from the Vanguard Center and transmitted to the NCS-CC for inclusion in the NCS IMS. Vanguard Centers will be responsible for the conduct of all in-person visits, including those related to tracking Study subjects. This may include visits to the home of participants, relatives of participants and other named contacts, or other neighborhood/community resources. The NCS-CC will conduct telephone contacts and mailings related to tracking of Study participants. If a Study participant leaves the Study Location of one Study Center, the NCS-CC will facilitate either their enrollment at the Study Center that is closest to their new residence or assume the responsibility of data collection for that participant, and continue tracking that participant.

4) Data Collection – Once enrolled in the Study, mothers, fathers, and children will be followed according to the schedule outlined in the Draft Study Plan. During the initial years of the Study, the specific schedule of visits and measurements depends on the point in pregnancy at which enrollment occurred. Specific responsibilities covered by Vanguard Centers include, but are not limited to:

a. Scheduling Home and Clinic Visits: The schedule of data collections for participants at the Vanguard Study Centers will be maintained by the NCS-CC in the IMS. On a regular basis, the NCS-CC will provide each Vanguard Center with a listing of upcoming visits that need to be scheduled. (This information will also be directly available to Vanguard Centers through the IMS.) Staff from the Vanguard Center will be responsible for scheduling all Study-related visits that require face-to-face contact, e.g. visits in the home, daycare, school, or clinical setting and ensuring that the visit is entered in the IMS.

b. Data collection:

i) In-person Data Collections: All Study-related data collections that take place in the home, in the community, or in a clinical or specific Study setting will be the responsibility of the Vanguard Centers. This includes, but is not limited to, face-to-face interviews; observations, tests, and examinations; collection of biospecimens; and collection of environmental samples. Data collections that can be conducted from a remote site or that do not require direct contact with the respondent will be the responsibility of the NCS-CC, e.g. telephone interviews; home based, self administered, computerized data collections; mailing and collection of self-administered forms; and collection/processing of self-collected biospecimens and environmental samples. Staff from the Vanguard Centers will be responsible for training participants in correct methods for self-collected data, as noted under training below.

ii) Existing Records Data Collection: Data from existing records that are maintained in the community or from state or local health departments. This may include, but is not limited to, collection of data from birth certificates and delivery records, other medical and dental records, daycare centers and school records.

5) Submission of Study data and specimens: It is anticipated that the Study will utilize a web-based information management system (IMS) maintained by the NCS-CC. The IMS will track and report all required data collections to local sites. The Vanguard Centers will be responsible for submitting all data and specimens according to specifications outlined in the Draft Study Plan and later specified in greater detail in the Study Protocol and the MOP. This includes, but is not limited to, submission of data to the NCS-CC and mailing of specimens to a central repository(ies) and laboratory(ies).

6) Quality Control: Ensure compliance with ongoing quality control procedures specified in the Draft Study Plan and in the NCS MOP.

7) Training:

a) Study staff must participate in training sessions provided by the NCS-CC to standardize all aspects of data collection.
b) Study staff who have been certified as local trainers by the NCS-CC will serve as trainers of other staff at the local sites.
c) Local Study staff will provide training to Study participants in relevant areas of data collection, including, but not limited to, completion of daily diaries and other self-reported data, use of data collection instruments or procedures (fertility monitors, pregnancy tests) and use/reporting of self-collected environmental samples/readings.

8) The Principal Investigator will serve on the Study Steering Committee, collaborating with other members of the Steering Committee as noted above. During the implementation phase, the PI and Study Coordinator (or other designated staff) will participate in weekly conference calls and biannual face-to-face meetings. In addition to the Steering Committee meetings, it is anticipated that the PI will attend one additional Study related meeting (e.g. Workshop) per year.

9) Conduct ongoing pilot tests of data collection instruments and methods, as needed, before implementation of new collection or reporting efforts in the full Study.

10) Comply with all human subjects provisions of the Study Protocol and all Federally required provisions, including, not limited to, obtaining required annual IRB approval at the local site and provision of their summary/approval in a timely fashion for NIH-IRB approvals.

11) Prepare and submit all deliverables including preparation of reports for Steering Committee meetings.

12) Comply with all IRB, OMB, and HIPPA requirements.

13) Reporting and Analysis (see also, attached Technical Reporting Requirements)

a) Ensure that all data have been cleaned and forwarded to the NCS-CC, through the IMS or any other designated format, in a timely manner.

b) Ensure that all biological and environmental specimens have been forwarded to the NCS-CC, repository(ies) or appropriate laboratories, as specified in the NCS-MOP.

c) Prepare and submit required reports to the Vanguard Project Officer (Vanguard PO), as specified in the Reporting Requirements of this contract.

d) Participate as investigators in analyses, presentations, and publications that utilize data collected in the NCS. Use of NCS data, and reporting of findings derived from NCS datasets, other than the public-use data file, will require review through a process outlined in the Draft Study Plan and to be further specified by the Steering Committee.

## IV. Definitions

1) Steering Committee - The Steering Committee for the NCS will be the committee responsible for making recommendations to the NICHD Project Officer (PO) regarding Study design and data collections. The Project Officer must approve all recommendations, plans, or modifications prior to implementation. Initially, the Steering Committee will include the PO and other members of the NCS Program Office, as well as members from the NCS-CC, the NCS Interagency Coordinating Committee (ICC), Principal Investigators from the Vanguard Centers, and

possibly representatives from other entities, such as contractors in charge of Information Technology (IT) or other specific aspects of the Study. The composition of the Steering Committee may change over the life of the project.

2) Draft Study Plan-document prepared by the NCS Program Office that outlines the general study design of the NCS.

3) Study Protocol-document to be developed by the NCS Steering Committee that specifies data collection for the NCS. The Study Protocol contains more detailed information than does the Draft Study Plan about Study design and data collections.

4) Manual of Operating Procedures (MOP)-document prepared by the NCS-CC in collaboration with investigators from the Vanguard Centers and the NCS-PO, that details all procedures to be used throughout the conduct of the Study. In addition to detailing what is collected in greater depth than the Study Protocol, it also details the multiple aspects of how specimens and information are gathered and submitted for processing and storage.

5) Primary Sampling Units (PSUs)- In a multi-stage probability sample these are the individual components into which the target population is divided for the first sampling stage. In the NCS, the PSUs roughly correspond to US counties.

6) Segments- In a multi-stage probability sample, PSUs are divided into smaller geographic areas called secondary sampling units or segments. In the NCS, the boundaries for these segments will correspond to "neighborhoods or communities" and will be defined by the NCS-CC with input from the individual Study Centers (see below).

7) Study Locations- In the full NCS, the counties that were selected as a result of the first stage of sampling are referred to as Study Locations.

8) Study Sites- In the full NCS, the segments selected as a result of the second stage of sampling, within an already selected Study Location are referred to as the Study Sites. These Study Sites correspond roughly to neighborhoods, and will be the areas from which Study participants are recruited as well as the areas in which neighborhood data collections take place.

9) Study Centers- In the full NCS, the Study Centers are the organizations that are responsible for participant recruitment and data collection within a given Study Location.

10) Vanguard Locations- Eight Locations have been identified to potentially serve as the initial Study Locations for the NCS. These are referred to as the Vanguard Locations. Seven of the Vanguard Location correspond to a single county, one Vanguard Location includes three adjacent counties.

11) Vanguard Sites- the selected segments (second stage of sampling) within a given Vanguard Location. These will be the initial places where Study participant recruitment and data collection will occur.

12) Vanguard Centers – the organizations responsible for Study participant recruitment and data collection for the Vanguard Sites. The Vanguard Centers are the organizations to whom the contracts resulting from this solicitation will be awarded.

# SECTION D - PACKAGING AND MARKING

## D.1 PACKAGING & SHIPPING

(a) All deliverables required under this contract will be packaged, marked, and shipped in accordance with Government specifications. The Contractor will guarantee that all materials will be delivered in immediate usable and acceptable condition.

(b) The contract number, or a number to be generated by the NCS Information Management System (IMS) will be placed on or adjacent to all exterior mailing or shipping labels of deliverable items called for by the contract, except reports.

(c) All shipping and handling will be in accordance with the Center for Disease Control (CDC) standards contained in 42 CFR Ch. I Part 72 (10/1/88), which sets forth the requirements covering the shipment of etiologic agents, if any. 42 CFR Ch. I Part 72 (10/1/88) is hereby incorporated by reference.

# SECTION E - INSPECTION AND ACCEPTANCE

## E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| | FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1) | |
| 52.246-8 | INSPECTION OF RESEARCH AND DEVELOPMENT - COST REIMBURSEMENT | MAY 2001 |

## E.2 INSPECTION AND ACCEPTANCE

(a) The Contracting Officer or the duly authorized representative will perform inspection and acceptance of materials and services to be provided.

(b) For the purposes of this CLAUSE, the designated Project Officer is the authorized representative of the Contracting Officer.

(c) Inspection and acceptance will be performed by the Project Officer at the address listed in the clause "Project Officer" in Section G.

(d) Acceptance may be presumed unless otherwise indicated in writing by the Contracting Officer or the duly authorized representative within 30 days of receipt.

# SECTION F - DELIVERIES OR PERFORMANCE

## F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an Internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| | FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1) | |
| 52.242-15 | STOP-WORK ORDER<br>ALTERNATE I (APR 1984) | AUG 1989 |
| 52.247-34 | F.O.B. DESTINATION | NOV 1991 |

## F.2 PERIOD OF PERFORMANCE

(a) The period of performance for the base period of this contract is anticipated to be from September 30, 2005 through December 31, 2006 (defined as Phase I in the Section C – Statement of Work). The period of performance includes submission of any final report (unless options are executed) and all other deliverables set forth in this Section F and/or in the work statement/specifications of Section C.

(b) If the Government exercises its options pursuant to Section H of this contract, the period of performance will be increased as listed below:

| | |
|---|---|
| Option #1 | January 1, 2007 – December 31, 2007 |
| Option #2 | January 1, 2008 – December 31, 2008 |
| Option #3 | January 1, 2009 – December 31, 2009 |
| Option #4 | January 1, 2010 – September 29, 2010 |

## F.3 TECHNICAL REPORTING REQUIREMENTS

In addition to other terms of the contract, the Contractor will submit Technical/Activity Progress Reports covering the work accomplished during each reporting period as stated below, on the following page.

| Description | Specifications | Due Date |
|---|---|---|
| **Quarterly Reports:** Written summary of study progress and contractor activities for the period | Site-specific milestones, accomplishments, barriers, staffing, training, problems & solutions, contractor activities, verification of recruitment and data collection reports prepared by the NCS-CC | Within 30 days of end of each 3-month period |
| **Phase I Report:** Written summary of the work completed during phase (in lieu of quarterly report) | Summarize work completed and data collected during Phase; list problems & identify solutions; contractor activities | Within 30 days of end of Phase I |
| **Annual Reports:** Written summary of the work completed in the prior year (in lieu of quarterly report) | This report shall describe succinctly the work performed during the interval period and the work anticipated during the next interval; descriptions of any problems encountered, their resolution, and their potential impact on the Statement of Work. The report will also include the Inclusion Enrollment Report (see Section J). The requirement for the Annual Report for Clinical Research Study Populations will be completed by the NCS-CC. | Annual |
| **Final Report:** Written summary of study activities and accomplishments | Detailed description of work completed, problems encountered, final verification of summary tables (prepared by NCS-CC) with eligibility, participation, attrition rates, and summary of data collections. | 15 days prior to end of Phase II |

## F.4 DELIVERABLES

Satisfactory performance of the contract will be deemed to occur upon performance of the work described in Article C.1 and upon delivery and acceptance by the Contracting Officer, or his/her duly authorized representative, of the following items in accordance with the stated delivery schedule listed on the following page:

| Description | Due Date/ Periodicity |
|---|---|
| ***Phase I – Start Up (Months 1-15)*** | |
| Submission of report of characteristics of local communities and proposal for defining segments | End of Month 3 |
| Submission of procedures to collect birth certificate data or other means of capturing basic data on all births within Vanguard Locations | End of Month 2 |
| Submit plan for Community Needs Assessment | End of Month 6 |
| Submit summary of results of Community Needs assessment | End of Month 12 |
| Submission of Plan for Involvement of Hospitals and letters of agreement from non-study hospitals | End of Month 12 |
| Obtain and submit requisite IRB Approvals | Pilots – as needed<br>Cohort Study<br>End of month 15 |
| Completion of items on the Vanguard Center Readiness Checklist. Submission of the completed checklist. (The checklist will be provided by the NCS-CC) | End of Month 15 |
| ***Phase II – Implementation (Months 16-60)*** | |
| Screen & recruit sufficient women to enroll 250 eligible live births per year with submission of supporting documentation as specified in the MOP | Ongoing |
| Submission, to the NCS-CC, Laboratories, or repository, of data and specimens collected as part of the NCS, as specified in the MOP | Ongoing |
| On going conduct of community assessments and activities with submission of summary reports as specified in the MOP | TBD |
| Submission of reports to the NCS-CC and the Project Officer in preparation for face-to-face steering committee meetings. | Biannual |
| Submission of continuing IRB approval | Annually |
| Participation and assistance in preparation of scientific papers as data become available | TBD |

The Contract Deliverables and Technical Reports described above will be submitted to *both* the NICHD Project Officer and Contracting Officer at the addresses that will be listed, both as an electronic version and as a hard copy. Reports should be prepared using a recent version of Microsoft Word or compatible format.

## F.5 ANNUAL TECHNICAL PROGRESS REPORT FORMAT FOR CLINICAL RESEARCH STUDY POPULATIONS

The Contractor will submit an annual report showing the status of the inclusion of women and members of minority groups and their sub-populations for each study being performed under this contract as of each September 30 or the completion of subject enrollment if earlier than September 30. The first report will be due October 31 and annually thereafter following the September 30 status date. One additional report will be due 30 days following completion of subject enrollment for each study being performed.

The format for the report will be as follows (see following page):

Principal Investigator/Program Director (Last, first, middle):

## Inclusion Enrollment Report Table

This report format should NOT be used for data collection from study participants.

**Study Title:**

**Total Enrollment:**________________ **Protocol Number:** ________________

**Contract Number:**________________

| PART A. TOTAL ENROLLMENT REPORT: Number of Subjects Enrolled to Date (Cumulative) by Ethnicity | | | | |
|---|---|---|---|---|
| **Ethnic Category** | **Sex/Gender** | | | |
| | **Females** | **Males** | **Unknown or Not Reported** | **Total** |
| Hispanic or Latino | | | | ** |
| Not Hispanic or Latino | | | | |
| Unknown (Individuals not reporting ethnicity) | | | | |
| Ethnic Category: Total of All Subjects* | | | | |
| **Racial Categories** | | | | |
| American Indian/Alaskan Native | | | | |
| Asian | | | | |
| Native Hawaiian or Other Pacific Islander | | | | |
| Black or African American | | | | |
| White | | | | |
| More than one race | | | | |
| Unknown or not reported | | | | |
| **Racial Categories : Total of All Subjects *** | | | | * |

| PART B. HISPANIC ENROLLMENT REPORT: Number of Hispanics or Latinos Enrolled to Date (Cumulative) | | | | |
|---|---|---|---|---|
| **Racial Categories** | **Females** | **Males** | **Unknown or Not Reported** | **Total** |
| American Indian/Alaskan Native | | | | |
| Asian | | | | |
| Native Hawaiian or Other Pacific Islander | | | | |
| Black or African American | | | | |
| White | | | | |
| More than one race | | | | |
| Unknown or not reported | | | | |
| **Racial Categories: Total of Hispanics or Latinos** | | | | ** |

* These totals must agree.
** These totals must agree.

PHS 398/2590 (Rev. 05/01)

# SECTION G - CONTRACT ADMINISTRATION DATA

## G.1 KEY PERSONNEL

(a) The personnel specified in this contract are considered to be essential for the work being performed hereunder. Prior to diverting any of the specified individuals to other programs, the Contractor will notify the Contracting Officer reasonably in advance and will submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the program. No diversion will be made by the Contractor without the written consent of the Contracting Officer; provided, that the Contracting Officer may ratify in writing such diversion and such ratification will constitute the consent of the Contracting Officer required by this clause. The contract may be amended during the course of the contract to either add or delete personnel, as appropriate.

(b) The following individual(s) is/are considered to be essential to the performance hereunder:

| NAME | TITLE |
|---|---|

## G.2 PROJECT OFFICER

The following Project Officer(s) will represent the Government for the purpose of this contract:

The Project Officer is responsible for: (1) monitoring the Contractor's technical progress, including the surveillance and assessment of performance and recommending to the Contracting Officer changes in requirements; (2) interpreting the Statement of Work and any other technical performance requirements; (3) performing technical evaluation as required; (4) performing technical inspections and acceptance required by this contract; and (5) assisting in the resolution of technical problems encountered during performance.

The Contracting Officer is the only person with authority to act as agent of the Government under this contract. Only the Contracting Officer has authority to: (1) direct or negotiate any changes in the Statement of Work; (2) modify or extend the period of performance; (3) change the delivery schedule; (4) authorize reimbursement to the contractor any costs incurred during the performance of this contract; or (5) otherwise change any terms and conditions of this contract.

The Government may unilaterally change its Project Officer designation.

## G.3 INVOICE SUBMISSION (NIH RC-1)

(a) Invoice/Financing Request Instructions for NIH Cost-Reimbursement Type Contracts, NIH(RC)-1, are attached and made part of this contract (See Attachment in Section J). The instructions and the following directions for the submission of invoices/financing requests must be followed to meet the requirements of a "proper" payment request, pursuant to FAR 32.9.

(1) Invoices/financing requests will be submitted as follows:

To be considered a "proper" invoice in accordance with FAR 32.9, Prompt Payment, each invoice will clearly identify the two contract numbers that appear on the face page of the contract as follows:

Contract No. HHSN2752005xxxxxC
ADB Contract No. N01-HD-5-xxxx

An original and two copies to the following designated Billing office:

Contracts Management Branch, OAM, NICHD
National Institutes of Health, DHHS
Executive Building, Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510

(2) Inquiries regarding payments should be directed to the designated contracting office on page 1 of Section A at (301) 435-6961 (general office number is 301-496-4611).

## G.4 CONTRACT FINANCIAL REPORT (NIH 2706)

(See Attachment in Section J)

(a) Financial reports on the attached Form NIH-2706, Financial Report of Individual Project/Contract, will be submitted by the Contractor in accordance with the instructions which accompany the form, in an original and two copies, not later than thirty (30) working days after the close of the reporting period. The line entries for subdivisions of work and elements of cost (expenditure categories) that will be reported within the total contract are listed in paragraph (e) below. Subsequent, changes and/or additions in the line entries will be made in writing.

(b) The first financial report will cover the period consisting of the first full three calendar months following the date of the contract, in addition to any fractional part of the initial month. Thereafter, reports will be submitted on a QUARTERLY basis.

(c) The Contracting Officer may require the Contractor to submit detailed support for costs contained in one or more interim financial reports. This clause does not supersede the record retention requirements in FAR Part 4.7.

(d) Unless otherwise stated in that part of the NIH 2706, Instructions, entitled "Preparation Instructions", all columns A through J, will be completed for each report submitted.

(e) The Government may unilaterally revise the NIH-2706 to reflect the allotment of additional funds.

(f) The following expenditure categories will be reported:

## G.5 GOVERNMENT PROPERTY

(a) In addition to the requirements of the clause, GOVERNMENT PROPERTY, incorporated in Section I of the contract, the Contractor will comply with the provisions of DHHS Publication, **Contractor's Guide for Control of Government Property**, 1990, which is incorporated into the contract by reference. Among other issues, this publication provides a summary of the Contractor's responsibilities regarding purchasing authorizations an inventory and reporting requirements under the contract. A copy of this publication is available upon request to the Contracts Property Administrator.

Requests for information regarding property under this contract should be directed to the following office:

Division of Personal Property Services, NIH
6011 Building, Suite 637
6011 EXECUTIVE BLVD MSC 7670
BETHESDA MD 20892-7670
(301) 496-6466

(b) Notwithstanding the provisions outlined in the DHHS Publication, **Contractor's Guide for Control of Government Property**, 1990, which is incorporated into the contract by reference, the Contractor will use the form entitled, "Report of Government Owned, Contractor Held Property" for performing annual inventories required under the contract. This form will be provided by sent directly to the contractor annually for completing and returning to the NIH Property Manager.

(c) Contractor-Acquired Government Property – Schedule I-B

Pursuant to the clause, GOVERNMENT PROPERTY, incorporated in this contract, the Contractor is hereby authorized to acquire the property listed in the attached Schedule I-B (attached in Section J of the contract) for use in the direct performance of the contract, following receipt of the Contracting Officer's written approval, based on contractor-furnished prices and evidence of competition. This contract is for scientific research and is with a non-profit institution whose primary purpose is the conduct of scientific research. Therefore, in accordance with the clause, GOVERNMENT PROPERTY, ALTERNATE I, title to equipment having an acquisition cost of less than $5,000 purchased with funds available under the contract will vest in the Contractor and title to equipment having an acquisition cost of $5,000 or more will vest in the Government.

(d) Government Furnished Property – Schedule II-B

Pursuant to the clause, GOVERNMENT PROPERTY, incorporated in this contract, the Government agrees to furnish to the Contractor for use in direct performance of the contract, the items listed in Schedule II-B, attached in Section J of the contract.

## G.6 POST AWARD EVALUATION OF PAST PERFORMANCE

(a) Contractor Performance Evaluations

Evaluations of contractor performance will be prepared on this contract in accordance with FAR 42.15. The final performance evaluation will be prepared at the time of completion of work. In addition to the final evaluation, interim evaluations will be prepared annually to coincide with the anniversary date of the contract.

Evaluations will be provided to the Contractor as soon as practicable after completion of the evaluation. The Contractor will be permitted thirty days to review the document and to submit additional information or a rebutting statement. Any disagreement between the parties regarding an evaluation will be referred to an individual one level above the Contracting Officer, whose decision will be final.

Copies of the evaluations, contractor responses, and review comments, if any, will be retained as part of the contract file, and may be used to support future award decisions.

(b) Electronic Access to Contractor Performance Evaluations

Contractors that have Internet capability may access evaluations through a secure Web site for review and comment by completing the registration form that can be obtained at the following address:

http://ocm.od.nih.gov/cdmp/cps_contractorlhtm

The registration process requires the Contractor to identify an individual that will serve as a primary contact and who will be authorized access to the evaluation for review and comment. In addition, the Contractor will be required to identify an alternate contact who will be responsible for notifying the cognizant contracting official in the event the primary contact is unavailable to process the evaluation within the required 30-day time frame.

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

### H.1 RESTRICTION FROM USE OF HUMAN SUBJECTS

NOTICE: UNDER GOVERNING REGULATIONS, FEDERAL FUNDS ADMINISTERED BY THE DEPARTMENT OF HEALTH AND HUMAN SERVICES WILL NOT BE EXPENDED FOR RESEARCH INVOLVING HUMAN SUBJECTS AND INDIVIDUALS WILL NOT BE ENROLLED IN SUCH RESEARCH, WITHOUT PRIOR APPROVAL BY THE OFFICE FOR HUMAN RESEARCH PROTECTIONS (OHRP), OS, DHHS, OF AN ASSURANCE TO COMPLY WITH THE REQUIREMENTS OF 45 DFR 46 TO PROTECT HUMAN RESEARCH SUBJECTS. THIS RESTRICTION APPLIES TO ALL COLLABORATING SITES WITHOUT OHRP-APPROVED ASSURANCES, WHETHER DOMESTIC OR FOREIGN, AND COMPLIANCE MUST BE ENSURED BY THE AWARDEE.

PRISONERS WILL NOT BE ENROLLED IN ANY DHHS RESEARCH ACTIVITIES UNTIL ALL REQUIREMENTS OF HHS REGULATIONS AT 45 CRF PART 46, SUBPART C HAVE BEEN MET. IF A RESEARCH SUBJECT BECOMES A PRISONER DURING THE PERIOD OF THE CONTRACT, 45 CFR PART 46, SUBPART C WILL APPLY TO RESEARCH INVOLVING THAT INDIVIDUAL.

### H.2 HUMAN SUBJECTS

Research involving human subjects will not be conducted under the contract until the Study Protocol developed in Phase I has been approved by the National Institute of Child Health and Human Development (NICHD), written notice of such approval has been provided by the Contracting Officer, and the Contractor has provided to the Contracting Officer a properly completed "Protection of Human Subjects Assurance Identification/IRB Certification/Declaration of Exemption," Form OMB No. 0990-0263 (formerly Optional Form 310) certifying IRB review and approval of the Study Protocol. The human subject certification can be met by submission of the Contractor's self-designated form, provided that it contains the information required by the "Protection of Human Subjects Assurance Identification/IRB Certification/Declaration of Exemption," Form OMB No. 0990-0263 (formerly Optional Form 310)

### H.3 HUMAN MATERIALS (ASSURANCE OF OHRP COMPLIANCE)

The acquisition and supply of all human specimen material (including fetal material) used under this contract will be obtained by the Contractor in full compliance with applicable State and Local laws and the provisions of the Uniform Anatomical Gift Act in the United States, and no undue inducements, monetary or otherwise, will be offered to any person to influence their donation of human material.

As indicated in Article H.1 above, the Contractor will provide written documentation that all human materials obtained as a result of research involving human subjects conducted under this contract, by collaborating sites, or by subcontractors identified under this contract, were obtained with prior approval by the Office for Human Research Protections (OHRP) of an Assurance to comply with the requirements of 45 CFR 46 to protect human research subjects. This restriction applies to all collaborating sites without OHRP-approved Assurances, whether domestic or foreign, and compliance must be ensured by the Contractor.

### H.4 HHSAR 352.270-6 PUBLICATIONS AND PUBLICITY (DISCLAIMER LANGUAGE)

(a) Unless otherwise specified in this contract, the Contractor is encouraged to publish the results of its work under this contract. A copy of each article submitted by the Contractor for publication will be promptly sent to the Project Officer. The Contractor will also inform the Project Officer when the article or other publication is published, and furnish a copy of it as finally published.

(b) The Contractor will include in any publication resulting from work performed under this contract a disclaimer reading as follows:

> The content of this publication does not necessarily reflect the views or policies of the Department of Health and Human Services, nor does mention of trade names, commercial products, or organizations imply endorsement by the U.S. Government.

## H.5 PUBLICATION AND PUBLICITY (ACKNOWLEDGEMENT LANGUAGE)

The contractor will acknowledge the support of the National Institutes of Health whenever publicizing the work under this contract in any media by including an acknowledgement substantially as follows:

> This project has been funded in whole or in part with Federal funds from the National Institute of Child Health and Human Development, National Institutes of Health, under Contract Number xxxxx.

## H.6 CONFIDENTIALITY OF INFORMATION (HHSAR 352.224-70)

Pursuant to HHSAR 352.224-70, confidentiality of Information, referenced and incorporated in Section I of this contract, the following specific information and/or categories of information that the Government will furnish to Contractor or that the Contractor is expected to generate, which is confidential, is identified as follows:

a) information that might require special consideration with regard to the timing of its disclosure may derive from studies or research under this contract, during which public disclosure of preliminary, unvalidated findings could create erroneous conclusions that might threaten public health or safety if acted upon; and,

b) other information that the Contracting Officer and the Contractor may, by mutual consent, identify as confidential information elsewhere in this contract or from time to time during the performance of the contract.

## H.7 REQUIRED EDUCATION IN THE PROTECTION OF HUMAN RESEARCH PARTICIPANTS

NIH policy requires education on the protection of human subject participants for all investigators receiving NIH contract awards for research involving human subjects. For a complete description of the NIH Policy announcement on required education in the protection of human subject participants, the Contractor should access the NIH Guide for Grants and Contracts Announcement dated June 5, 2000 at the following website: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html . The information below is a summary of the NIH Policy Announcement:

The Contractor shall maintain the following information: (1) a list of the names and titles of the Principal Investigator and any other individuals working under the contract who are responsible for the design and/or conduct of the research; (2) the title of the education program(s) in the protection of human subjects that has been completed for each named personnel; and, (3) a one sentence description of the educational program(s) listed in (2) above. This requirement extends to investigators and all individuals responsible for the design and/or conduct of the research who are working as subcontractors or consultants under the contract.

*Curricula that are readily available and meet the educational requirement include the NIH on–line tutorial, titled "Protection of Human Research Subjects: Computer-Based Training for Researchers," available at http://ohsr.od.nih.gov/cbt/cbt.html This site may be downloaded at no cost and modified for use by the offeror, if desired. If an institution has already developed educational programs on the protection of research participants, completion of these programs will also satisfy the educational*

Prior to any substitution of the Principal Investigator or any other individuals responsible for the design and/or conduct of the research under the contract, the contractor shall provide the following written information to the Contracting Officer:

the title of the education program and one sentence description of the program that has been completed by the replacement.

## H.8 DATA AND SAFETY MONITORING IN CLINICAL TRIALS

The contractor is directed to the full text of the NIH Policy regarding Data and Safety Monitoring and Reporting of Adverse Events, which may be found at the following web sites:

http://grants.nih.gov/grants/guide/notice-files/not98-084.html
http://grants.nih.gov/grants/guide/notice-files/not99-107.html
**http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-038.html**

The contractor must comply with the NIH Policy cited in these NIH Announcements and any other data and safety monitoring requirements found elsewhere in this contract.

Data and Safety Monitoring shall be performed in accordance with the approved Data and Safety Monitoring Plan. The Data and Safety Plan shall be developed in collaboration with the National Children's Study (NCS) Coordinating Center and approved by the NICHD prior to beginning the conduct of the clinical trial.

## H.9 CONTINUED BAN ON FUNDING OF HUMAN EMBRYO RESEARCH

a. Pursuant to Public Law cited in paragraph b., below, NIH is prohibited from using appropriated funds to support human embryo research. Contract funds may not be used for (1) the creation of a human embryo or embryos for research purposes; or (2) research in which a human embryo or embryo's are destroyed, discarded, or knowingly subjected to risk of injury or death greater than that allowed for research on fetuses in utero under 45 CFR 46.208(a)(2) and Section 498(b) of the Public Health Service Act (42 U.S.C . 289g(b)). The term "human embryo or embryos" include any organism, not protected as a human subject under 45 CFR 46 as of the date of the Act, that is derived by fertilization, parthenogenesis, cloning, or any other means from one or more human gametes or human diploid cells.

Additionally, in accordance with a March 4, 1997 Presidential Memorandum, Federal funds may not be used for cloning of human beings.

| b. | **Public law and Section No.** | **Fiscal Year** | **Period Covered** |
|---|---|---|---|
| | Pending Passage of legislation | 2005 | 10/1/04-9/30/05 |

***NOTE: For information purposes only, below is last year's Public Law***

| b. ***Public Law No.*** | ***Fiscal Year*** | ***Period Covered*** |
|---|---|---|
| *P.L. 108-199, Title V- General Provisions Section 510* | *2004* | *10/1/03 – 9/30/04* |

## H.10 NEEDLE EXCHANGE

a. Pursuant to Public Law cited in paragraph b. below, contract funds shall not be used to carry out any program of distributing sterile needles or syringes for the hypodermic injection of any illegal drug.

| b. **Public Law No.** | **Fiscal Year** | **Period Covered** |
|---|---|---|
| Pending passage of Legislation | 2005 | 10/1/04-9/30/05 |

***NOTE: For information purposes only, below is last year's Public Law***

| *b. **Public Law No.*** | ***Fiscal Year*** | ***Period Covered*** |
|---|---|---|
| *P.L. 108-199,*<br>*Title V- General Provisions, Section 505* | *2004* | *10/1/03 – 9/30/04* |

## H.11 PRIVACY ACT

This procurement action requires the Contractor to do one or more of the following: design, develop, or operate a system of records on individuals to accomplish an agency function in accordance with the Privacy Act of 1974, Public Law 93-579, December 31, 1974 (5 USC 552a) and applicable agency regulations. Violation of the Act may involve the imposition of criminal penalties.

The Privacy Act System of Records applicable to this project is Number 09-25-0200. This document is incorporated into this contract as an Attachment in Section J and can be found in full text at: http://oma.od.nih.gov/ms/privacy/pa-files/0200.htm

## H.12 SUBCONTRACTING PROVISIONS

a. The Small Business Subcontracting Plan will be provided at the time of contract award, in accordance with the Advance Understandings of Section B and will be attached hereto and made a part of this contract in Section J.

b. The failure of any contractor or subcontractor to comply in good faith with the FAR clause 52.219-8, entitled UTILIZATION OF SMALL BUSINESS CONCERNS incorporated in this contract and the attached Subcontracting Plan, will be a material breach of such contract or subcontract and subject to the remedies reserved to the Government under FAR Clause 52.219-16 entitled, LIQUIDATED DAMAGES--SUBCONTRACTING PLAN.

## H.13 SUBCONTRACTING REPORTS

a. Subcontracting Report for Individual Contracts, SF-294: The Contractor shall submit the original and one (1) copy of Subcontracting Report for Individual Contracts, SF-294 in accordance with the instructions on the report ,as referenced in Public Law 95-507, Section 211. In addition to the information contained in the General Instructions on the back of this form for Block 17, "Remarks," the Contractor shall provide an explanation for any category of small business subcontracting for which there were no dollars reported since the last reporting period.

   Regardless of the effective date of this contract, the Report shall be submitted on the following dates for the entire life of this contract:

   April 30
   October 30

   The Report shall be sent to the following address:

   Contracts Management Branch, OAM, NICHD
   National Institutes of Health, DHHS
   Executive Building, Suite 7A07
   6100 EXECUTIVE BLVD MSC 7510
   BETHESDA, MD 20892-7510

b. Summary Subcontract Report, SF-295: The Contractor shall submit two (2) copies of Summary Subcontract Report, SF-295 in accordance with the instructions on the report as referenced in Public Law 95-507, Section 211.

Regardless of the effective date of this contract, the Summary Subcontracting Report shall be submitted annually on the following date for the entire life of this contract:

October 30

One copy of this report shall be sent to the Contracting Officer at the address above. One copy of this Report shall be mailed to the Office of Small and Disadvantaged Business Utilization, DHHS at the address below.

Office of Small and Disadvantaged Business Utilization
Department of Health and Human Services
Hubert H. Humphrey Bldg, Room 360G
200 Independence Avenue, S.W.
Washington, D.C. 20201

c. The Contractor shall also send an "Information Copy" of the SF-295 to the Cognizant Commercial Representative (CCR) at the address provided by the SBA. The Contractor shall call SBA Headquarters in Washington, DC at (202) 690-7235 for the correct address, if unknown.

## H.14 SALARY RATE LIMITATIONS LEGISLATION

a. Pursuant to Public Law cited in paragraph b., below, no NIH Fiscal Year funds may be used to pay the direct salary of an individual through this contract at a rate in excess of the applicable amount shown for the fiscal year covered. Direct salary is exclusive of overhead, fringe benefits, and general and administrative expenses (also referred to as "indirect cost" or "facilities and administrative [F&A] costs"). An individual's direct salary (or institutional base salary) is the annual compensation that the contractor pays for an individual's appointment whether that individual's time is spent on research, teaching, patient care or other activities. Direct salary (or institutional base salary) excludes any income that an individual may be permitted to earn outside of duties to the contractor. The per year salary rate limit also applies to individuals proposed under subcontracts. It does not apply to fees paid to consultants. If this is a multiple year contract, it may be subject to unilateral modifications by the Government if an individual's salary rate exceeds any salary rate ceiling established in future HHS appropriation acts.

| b. | Public Law No. | Fiscal Year | Dollar Amount of Salary Limitation |
|---|---|---|---|
| | Pending passage of legislation | 2005 | Executive Level I |

Direct salaries which will be paid with FY 2005 funds are limited to the Executive Level I rate (until passage of FY 2005 appropriation legislation) which was in effect on the date(s) the expense was incurred.

LINK to EXECUTIVE LEVEL SALARIES: http://www .opm.gov/oca/PAYRATES/index.htm
(Click on "Executive Schedule" for the current Fiscal Year's salary rate or scroll down to the "General Schedule Salary Tables from Previous Years" to locate the Executive Level salary rates from previous years.)

*NOTE: For information purposes only, below is last year's Public Law*

| *b. Public Law No.* | *Fiscal Year* | *Dollar Amount of Salary Limitation** |
|---|---|---|
| *P.L. 108-199 Title II, General Provisions, Section 204* | *2004* | *Executive Level I* |

*Direct salaries that will be paid with FY 04 funds are limited to the Executive Level I rate that was in effect on the date(s) the expense was incurred.*

**For contract expenditures using FY 04 funds, the Executive Level I rate is $175,700 and will remain at that level until such time as it is determined to raise the Executive Schedule annual rates. See the following web site for Executive Level Schedule rate of pay. http://www.opm.gov/oca/payrates/indes.htm (Click on "Executive Schedule" for the current Fiscal Year's salary rate or scroll down to the "General Schedule Salary Tables from Previous Years" to locate the Executive Level salary rates from previous years.*

## H.15 PRESS RELEASES

a. Pursuant to Public Law(s) cited in paragraph b., below, the Contractor shall clearly state, when issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money: (1) the percentage of the total costs of the program or project that will be financed with Federal money; (2) the dollar amount of Federal funds for the project or program; and (3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

| b. Public Law Section No. | Fiscal Year | Period Covered |
|---|---|---|
| Pending passage of Legislation | 2005 | 10/1/04-9/30/05 |

*NOTE: For information purposes only, below is last year's Public Law*

| *b. Public Law No.* | *Fiscal Year* | *Period Covered* |
|---|---|---|
| *P.L. 108-199, Title V-General Provisions, Section 507* | *2004* | *10/1/03 – 9/30/04* |

## H.16 YEAR 2000 COMPLIANCE--SERVICE INVOLVING THE USE OF INFORMATION TECHNOLOGY

In accordance with FAR 39.106, Information Technology acquired under this contract must be Year 2000 compliant as set forth in the following clause:

The Contractor agrees that each item of hardware, software, and firmware used under this contract shall be able to accurately process date data (including but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries and the Year 2000 and leap year calculations.

## H.17 REPORTING MATTERS INVOLVING FRAUD, WASTE AND ABUSE

Anyone who becomes aware of the existence or apparent existence of fraud, waste and abuse in NIH funded programs is encouraged to report such matters to the HHS Inspector General's Office in writing or on the Inspector General's Hotline.

The toll free number is **1-800-HHS-TIPS (1-800-447-8477)**. All telephone calls will be handled confidentially. The e-mail address is Htips@os.dhhs.gov and the mailing address is:

Office of Inspector General
Department of Health and Human Services
TIPS HOTLINE
P.O. Box 23489
Washington, D.C. 20026

## H.18 ANTI-LOBBYING

a. Pursuant to Public Law(s) cited in paragraph C. below, contract funds shall not be used, other than for normal and recognized executive-legislative relationships, for publicity or propaganda purposes, for the preparation, distribution, or use of any kit, pamphlet, booklet, publication, radio, television, or video presentation designed to support or defeat legislation pending before the Congress or any State legislature, except in presentation to the Congress or any State legislature itself.

b. Contract funds shall not be used to pay the salary or expenses of the contractor or any agent acting for the contractor, related to any activity designed to influence legislation or appropriations pending before the Congress or any State legislature.

| b. Public Law Section No. | Fiscal Year | Period Covered |
|---|---|---|
| Pending passage of Legislation | 2005 | 10/1/04-9/30/05 |

*NOTE: For information purposes only, below is last years Public Law*

| *b. Public Law and Section* | *Fiscal Year* | *Period Covered* |
|---|---|---|
| *for a. above: P.L 108-199, Title V - General Provisions, Section 503a* | *2004* | *10/1/03 - 9/30/04* |
| *for b. above: P.L 108-199, Title V - General Provisions, Section 503b* | *2004* | *10/1/03 - 9/30/04* |

## H.19 LIMITATION ON USE OF FUNDS FOR PROMOTION OF LEGALIZATION OF CONTROLLED SUBSTANCES

a. Pursuant to Public Law(s) cited in paragraph b., below, contract funds shall not be used to support activities that promote the legalization of any drug or other substance included in schedule I of the schedules of controlled substances established by section 202 of the Controlled Substances Act (21 U.S.C. 812). This limitation shall not apply when the contractor makes known to the contracting officer that there is significant medical evidence of a therapeutic advantage to the use of such drug or other substance or that federally sponsored clinical trials are being conducted to determine therapeutic advantage.

| b. Public Law and Section No. | Fiscal Year | Period Covered |
|---|---|---|
| Pending passage of Legislation | 2005 | 10/1/04-9/30/05 |

*NOTE: For information purposes only, below is last years Public Law*

| *b. Public Law and Section No.* | *Fiscal Year* | *Period Covered* |
|---|---|---|
| *P.L. 108-199, Division E, Title V- General Provisions, Section 511* | *2004* | *10/1/03 - 9/30/04* |

## H.20 PLAIN LANGUAGE

The NIH supports the June 1, 1998 Presidential Memorandum on Plain Language and accordingly encourages clear communication. The contractor shall prepare all reports that are required by this contract with the need to communicate

clearly in mind. The key to plain writing is identifying the audience. The contractor should recognize its audience and write accordingly. Information about the plain language initiative can be accessed at: http://www.plainlanguage.gov .

## H.21 OBTAINING AND DISSEMINATING BIOMEDICAL RESEARCH RESOURCES

Unique research resources arising from NIH-funded research are to be shared with the scientific research community. NIH provides guidance, entitled, "Sharing Biomedical Research Resources: Principles and Guidelines for Recipients of NIH Research Grants and Contracts," (Federal Register Notice, December 23, 1999 [64 FR 72090]), concerning the appropriate terms for disseminating and acquiring these research resources. This guidance, found at: http://ott.od.nih.gov/NewPages/64FR72090.pdf. is intended to help contractors ensure that the conditions they impose and accept on the transfer of research tools will facilitate further biomedical research, consistent with the requirements of the Bayh-Dole Act and NIH funding policy.

*Note: For the purposes of this Article, the terms, "research tools," "research materials," and "research resources" are used interchangeably and have the same meaning.*

## H.22 SHARING RESEARCH DATA

The data sharing plan submitted by the Contractor is acceptable. The Contractor agrees to adhere to its plan and shall request prior approval of the Contracting Officer for any changes in its plan.

The NIH endorses the sharing of final research data to expedite the translation of research results into knowledge, products, and procedures to improve human health. This contract is expected to generate research data that must be shared with the public and other researchers. NIH's data sharing policy may be found at the following Web site:

http://grants.nih.gov/grants/guide/notice-files/NOT-OD-03-032.html

NIH recognizes that data sharing may be complicated or limited, in some cases, by institutional policies, local IRB rules, as well as local, state and Federal laws and regulations, including the Privacy Rule (see HHS-published documentation on the Privacy Rule at http://www.hhs.gov/ocr/ ). The rights and privacy of people who participate in NIH-funded research must be protected at all times; thus, data intended for broader use should be free of identifiers that would permit linkages to individual research participants and variables that could lead to deductive disclosure of the identity of individual subjects.

## H.23 HOTEL AND MOTEL FIRE SAFETY ACT OF 1990 (P.L. 101-391)

Pursuant to Public Law 101-391, no Federal funds may be used to sponsor or fund in whole or in part a meeting, convention, conference or training seminar that is conducted in, or that otherwise uses the rooms, facilities, or services of a place of public accommodation that do not meet the requirements of the fire prevention and control guidelines as described in the Public Law. This restriction applies to public accommodations both foreign and domestic. Public accommodations that meet the requirements can be accesses at: http://www.usfa.fema.gov/hotel/index.htm

## H.24 OMB CLEARANCE

In accordance with HHSAR 352.270-7, Paperwork Reduction Act, the Contractor shall not proceed with surveys or interviews until such time as Office of Management and Budget (OMB) Clearance for conducting interviews has been obtained by the Project Officer and the Contracting Officer has issued written approval to proceed.

## H.25 INFORMATION TECHNOLOGY SYSTEMS SECURITY

(1) The Contractor agrees to comply with the Information Technology (IT) systems security and/or privacy specifications set forth herein; the Computer Security Act of 1987; Office of Management and Budget (OMB) Circular A-130, Appendix III, "Security of Federal Automated Information Systems," and the DHHS Automated Information Systems Security Program (AISSP) Handbook, which may be found at the following websites:

Computer Security Act of 1987: http://csrc.nist.gov/ispab/csa_87.txt
OMB A-130, Appendix III: http://www.whitehouse.gov/omb/circulars/a130/a130appendix_iii.html
DHHS AISSP Handbook: http://irm.cit.nih.gov/policy/aissp.html

The Contractor further agrees to include this provision in any subcontract awarded pursuant to this prime contract. Failure to comply with these requirements shall constitute cause for termination.

The Contractor shall be responsible for properly protecting all information used, gathered, or developed as a result of the SOW. The Contractor shall establish and implement appropriate administrative, technical, and physical safeguards to ensure the security and confidentiality of sensitive Government information, data, and/or equipment.

In addition, during all activities and operations on Government premises, the Contractor shall comply with DHHS, including National Institutes of Health (NIH), rules of conduct.

Procedural guidance for compliance with the following requirements can be found at the following website: http://www.nichd.nih.gov/stand/security/contractor_aissp.htm

a. Required IT Systems Security Training

The Contractor shall assure that each employee has completed the NIH Computer Security Awareness Training (http://irtsectraining.nih.gov/) prior to performing any work under this contract.

The Contractor shall maintain a listing by name and title of each individual working under this contract who has completed the NIH required training. Any additional security training completed by Contractor staff shall be included on this listing. The listing of completed training shall be included in the first technical progress report. (See Section F, Technical Reporting Requirements) Any revisions to this listing as a result of staffing changes shall be submitted with next required technical progress report.

b. Position Sensitivity Designations

(1) The Government has determined that the following position sensitivity designations and associated clearance and investigation requirements apply under this contract:

[Table 3 - Position Sensitivity Designations for Individuals Accessing Agency Information, on the CIT website at http://irm.cit.nih.gov/security/table3.htm and Chapter VII of the DHHS AISP Handbook at http://irm.cit.nih.gov/policy/aissp.html include information about Position Sensitivity Designations.]

**Level 6C: Sensitive - High Risk (Requires Suitability Determination with a BI).**
Contractor employees assigned to a Level 6C position are subject to a Background Investigation (BI).

All positions that will have access to the data with patient identifiers and data analysis

**Level 5C: Sensitive - Moderate Risk (Requires Suitability Determination with NACIC).**
Contractor employees assigned to a Level 5C position with no previous investigation and approval shall undergo a National Agency Check and Inquiry Investigation plus a Credit Check (NACIC), or possibly a Limited Background Investigation (LBI).

All positions that will have access to data with patient identifiers

**Level 4C: Classified (Requires Special Access Clearance with an SSBI).**
Contractor employees assigned to a Level 4C position are subject to a Single Scope Background Investigation (SSBI).

Unknown at this time

**Level 3C: Classified (Requires Top Secret Clearance with an SSBI).**
Contractor employees assigned to a Level 3C position are subject to a Single Scope Background Investigation (SSBI).

None considered at this time

**Level 2C: Classified (Requires Confidential or Secret Clearance with an LBI).**
Contractor employees assigned to a Level 2C position shall undergo a Limited Background Investigation (LBI).

None considered at this time

**Level 1C: Non Sensitive (Requires Suitability Determination with an NACI).**
Contractor employees assigned to a Level 1C position are subject to a National Agency Check and Inquiry Investigation (NACI).

Only positions that will not have any access to patient data.

(2) The Contractor shall submit a roster, by name, position and responsibility, of all IT staff working under the contract. The roster shall be submitted to the Project Officer, with a copy to the Contracting Officer, within 14 days of the effective date of the contract. The Contracting Officer shall notify the Contractor of the appropriate level of suitability investigations to be performed. An electronic template, entitled "Roster of Employees Requiring Suitability Investigations," is available for use at http://www.nichd.nih.gov/stand/security/suitability-roster.xls

Upon receipt of the Government's notification of applicable Suitability Investigation required, the Contractor shall complete and submit the required forms within 30 days of the notification. Additional submission instructions can be found at: http://www.nichd.nih.gov/stand/security/contractor_aissp.htm

Contractor employees who have had a background investigation conducted by the U.S. Office of Personnel Management (OPM) within the last five years may only require an updated or upgraded investigation.

(3) Contractor employees in AIS-related positions shall comply with the DHHS criteria for the assigned position sensitivity designations prior to performing any work under this contract.

c. Commitment to Protect Sensitive Information

(1) Contractor Agreement

The Contractor shall not release, publish, or disclose sensitive information to unauthorized personnel, and shall protect such information in accordance with provisions of the following laws and any other pertinent laws and regulations governing the confidentiality of sensitive information:

-18 U.S.C. 641 (Criminal Code: Public Money, Property or Records)
-18 U.S.C. 1905 (Criminal Code: Disclosure of Confidential Information)
-Public Law 96-511 (Paperwork Reduction Act)

(2) Contractor-Employee Non-Disclosure Agreements

Each Contractor employee who may have access to sensitive information under this contract shall complete the attachment entitled, "Commitment To Protect Non-Public Information - Contractor Agreement," which is referenced in Section J of this contract and available at: http://irm.cit.nih.gov/security/Nondisclosure.pdf

A copy of each signed and witnessed Non-Disclosure agreement shall be submitted to the Project Officer prior to performing any work under the contract.

## H .26 ELECTRONIC AND INFORMATION TECHNOLOGY STANDARDS

Pursuant to Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d) as amended by P.L.105-220 under Title IV (Rehabilitation Act Amendments of 1998) all Electronic and Information Technology (EIT) developed, procured, maintained and/or used under this contract shall be in compliance with the "Electronic and Information Technology Accessibility Standards" set forth by the Architectural and Transportation Barriers Compliance Board (also referred to as the "Access Board") in 36 CFR Part 1194. The complete text of Section 508 Final Standards can be accessed at http://www.access-board.gov/ The standards applicable to this requirement are identified in the Statement of Work

## H.27 OPTION PROVISION

Unless the Government exercises its options pursuant to the Option Clause set forth in Section I, the contract will consist only of Phase I of the Statement of Work, as defined in Section C of the contract. Pursuant to the clause 52.217-9, set forth in Section I of the contract, the Government may, by unilateral contract modification, require the Contractor to perform Phase II during over the following three and one-half years of the Statement of Work, as also defined in Section C of the contract. If the Government exercises the options, notice must be given at least 60 days before the expiration date of the contract, and the estimated cost of the contract will be increased as set forth in Section B.

## H.28 SMALL BUSINESS SUBCONTRACTING PLAN

The Small Business Subcontracting Plan, dated _______ is attached hereto and made a part of this contract in Section J.

The failure of any contractor or subcontractor to comply in good faith with the FAR clause 52.219-8, entitled UTILIZATION OF SMALL, SMALL DISADVANTAGED, AND WOMEN-OWNED SMALL BUSINESS CONCERNS incorporated in this contract and the attached Subcontracting Plan, will be a material breach of such contract or subcontract and subject to the remedies reserved to the Government under FAR Clause 52.219-16 entitled, LIQUIDATED DAMAGES--SUBCONTRACTING PLAN.