change markedly as a child matures. This complicates repeated measures analyses because different measures are used to compare the same domain.

- The ability to assess the influence of multiple environmental exposures on a single outcome is an important facet of the NCS, but will be difficult to model. Threshold toxicity levels are usually based on tests of dose/response relationships related to single chemicals. Little is known about the synergistic effects of simultaneous exposure to multiple chemicals; the extent to which mixing reduces the toxicity level of individual chemicals is also uncertain. Similarly, potential interactions between physical, chemical and psychosocial risk factors are an important area of study for the NCS, but will require sophisticated analytic approaches.

- Outside databases containing contextual and administrative data will enhance the information available at the community level, but integrating these databases with the study data may present methodologic challenges. For instance, community-level data from some sources (e.g., zip codes), may not match the as yet undetermined boundaries of communities defined in the NCS. In addition, confidentiality concerns may limit the reporting of specific locations, making the linking of external data more complicated.

## VII. HUMAN SUBJECTS PROTECTIONS

The NCS is primarily observational in nature and will have a low level of subject risk and reasonable subject burden. The number and diversity of the participants, as well as the plan to collect biologic, environmental, social and behavioral measures, and the creation of enduring data and biologic and environmental sample repositories with the potential for future studies not yet defined, make the human subjects review complex and challenging. This section provides an overview of human subjects considerations for the core study.

### A. Study Population

#### A.1 Rationale for Subject Selection:

The NCS will employ a national probability sample (see Sampling Strategy). There are no exclusions based on gender, race or ethnicity. Women, children, and minorities, as well as men, and members of all of the racial and ethnic groups and economic strata represented in the United States will be subjects in this study. The rationale for this approach is to accrue and follow a population of children that captures the range and diversity of exposures and outcomes experienced by children in the United States.

#### A.2 Strategies/Procedures For Recruitment

Strategies for recruitment are outlined in detail in prior sections. Briefly, the primary approach involves screening and recruitment from households located in neighborhoods targeted for inclusion in the study, and through providers of prenatal care. A variety of materials and strategies will be utilized to increase public awareness of the study and to aid with recruitment of study subjects. This includes but is not limited to messages transmitted through local media (newspapers, radio, and television), and distribution of a variety of study materials e.g. study brochures, question and answer sheets, newsletters.

#### A. 3. Special Classes of Research participants

**Pregnant women and fetuses**

The NCS will recruit and follow women prior to and during pregnancy. The NCS fulfills the requirements for research involving pregnant women and fetuses as described in section §45 CFR 46.204 of the Code of Federal Regulations, subpart B. The purpose of the NCS is to develop important biomedical and psychosocial knowledge about the impact of natural biologic, environmental, social and behavioral exposures prior to and around the time of conception, during pregnancy, and as the child ages, on the future health and development of children. This information cannot be obtained

by any other means. Risks to the women and fetuses are not greater than minimal and the research will in no way affect medical decisions about pregnancy management and outcome. Provisions in this section of the regulations also state that consent from the father of the fetus is not necessary when the research imposes only minimal risks to the fetus.

**Pregnant adolescents**

The NCS will enroll pregnant adolescents who are identified during the household screening or through sites of prenatal care and are otherwise eligible for participation in the study (e.g. 1st trimester of pregnancy). Women under 18 years of age will not be eligible for inclusion in the preconception cohort.

Laws regarding the legal status of pregnant adolescents vary by state. In some jurisdictions, pregnant adolescents are considered "emancipated" from their families and can be treated as adults for the purposes of obtaining informed consent for this research project. Additionally, in many jurisdictions adolescents who are pregnant may legally seek medical care for pregnancy without involving their parents. In these jurisdictions, IRBs may permit pregnant teens to consent for participation in research in studies such as the NCS without parental involvement if they may consent for their medical care for pregnancy in that jurisdiction. Finally, even in jurisdictions where pregnant adolescents are not considered emancipated or able to consent for their medical treatment, IRBs may waive involvement of parents in the informed consent process under certain conditions [ Section §45 CFR 46.408(c)]

**Children and adolescents**

Investigating the effects of environmental exposures and gene-environment interactions on the outcome of pregnancy and the growth and development of children is the primary aim of the NCS. Thus, children from newborn to adulthood will be the subjects of this longitudinal study. The permission of each child's parent or guardian will be obtained for participation in the study. It is the expectation that children, as young as toddlers and continuing through adolescence, will be informed about the study and its goals in developmentally appropriate language, using creative methods such as newsletters, comic books, websites and DVDs. IRBs will receive all informational materials for review and approval prior to implementation. Issues related to consent and assent are described below.

**Adults who are cognitively impaired or mentally ill**

It is anticipated that some of the pregnant women who are eligible for the study will be cognitively impaired or mentally ill. Consistent with applicable laws of the local jurisdiction, if a subject is unable to provide full and informed consent, the legally authorized representative will be approached to give informed consent for the subject's participation and in addition, the subject will be asked to assent or at least not object to participation. This approach is consistent with Section §45 CFR 46.116-117 of the federal regulations. Adults who are cognitively impaired or mentally ill will not be eligible for inclusion in the preconception cohort.

**Economically or educationally disadvantaged individuals**

It is anticipated that some of the participant families in the NCS will be economically or educationally disadvantaged. Section §45 CFR 46.111(b) of the federal regulations requires the IRB to assure that additional safeguards are provided in a study when some or all of the subjects are likely to be vulnerable to coercion or undue influence because of being economically or educationally disadvantaged. The NCS will have such additional safeguards designed into the recruitment and retention activities for all participants so as to encourage informed participation of all eligible subjects.

Each study center is to develop meaningful and enduring partnerships with the communities from which participants will be recruited. It is anticipated that these activities along with the informed consent process described below will result in no coercion or undue influence on potential participants.

### Foster children and wards of the state

Because of the subject matter of interest to the NCS and the probability-based sample design, it is important that every eligible child be enrolled and retained in the study. Some children eligible for enrollment in the study, or at some later point after enrollment in the study, may be in foster care, or become wards of the state. Permission for continued participation of the child in the study will be sought from whatever administrative agency or institution that is responsible for the care of the child and, in addition, from the foster parent. Foster children who are wards of the state are permitted to participate in research without any additional procedural safeguards, when risks are minimal <u>or</u> when there is the prospect of direct benefit to the child (§45 CFR 46.409). Only when the research involves greater than minimal risk and no prospect of direct benefit is there a requirement for the IRB to provide additional procedural safeguards through the appointment of an advocate. Since the NCS is primarily an observational study with a minimal level of risk, no such procedural safeguards are required. Because knowledge about the child's living environment is essential to the study, a foster parent will be approached to give permission for the child's continued participation in the study. The foster parent will be fully informed about the purposes and procedures involved in the study and written informed consent will be obtained for participation of themselves (as caregiver) and for continued participation of the child.

#### A.4 Justifications For Exclusions

The reference population for this study comprises births that occur in targeted study areas during the period in which the cohort is assembled (approximately the first 4-5 years following initiation of enrollment). Thus, women who know at the time of recruitment that they will not live in the study area at the time of delivery are excluded. For the preconception cohort, women who are cognitively impaired or mentally ill are excluded, as women must have the capacity to understand the consent and follow-up procedures. Finally, women who are surgically sterile are excluded because they have an exceedingly low probability of pregnancy.

## <u>B. Evaluation of Benefits and Risks/Discomforts</u>

#### B.1 Potential Risks

Each of the procedures, measurements, and assessments associated with the NCS is designed to fulfill the definition of "minimal risk" in the federal regulations [§45 CFR 46.102(i)]. In addition, the NCS is committed to minimizing risks even when the risks are minimal. Thus, well-trained and competent individuals who have experience with children of that age will perform each procedure that might include discomfort or pain, such as a blood stick.

Another potential risk relates to confidentiality and unintended use of the data. All efforts will be made to protect the privacy of individuals in this study. Names and other personal identifiers of living persons will be kept only on logs where the name will be linked to a study ID. Paper forms (logs and data forms) will be stored in locked files and computer files will be password protected. All computer datasets generated from this study will be void of personal identifiers (last name, address, social security number, etc.) Publications from the NCS will describe aggregate data and identify no individual participants. Participants will also be informed that no identifiable individual data will ever be made available to anyone or published in any form without their permission.

Collection of genetic information presents a special potential risk to confidentiality. Participants will be informed that the NCS will not provide genetic information to participants or family members. Genetic information will not be released in public datasets in a way that allows identification of the individual. The informed consent process will include reference to the reasons and importance of obtaining genetic information on each participant and will explicitly discuss obtaining permission from participants on behalf of themselves and their child to obtain samples for genetic analysis. Reference will be made in the informed consent document to the planned present uses of the genetic information and the expectation that stored samples will be used for future research not yet conceptualized and with technologies not yet available or even conceived.

**B.2. Benefits and Compensation**

Although it is possible that individual participants may benefit from the findings of the NCS, the study is observational and thus there is no direct benefit to participants, as there might be in an interventional study. There may be some indirect benefits of participation in the study including health education, increased awareness of medical and social services available in the communities studied, and serendipitous findings of clinical relevance or of predictive value to participants and their families.

Recruitment and retention for the NCS will be a significant challenge in light of the observational nature of the study and the long-term commitment required of participants. Reasonable incentives will be part of the strategy for recruitment and retention of participants. Compensation for participation will include reimbursement for expenses incurred by participation in the study, such as travel to and from the research site, parking, etc. In addition reasonable payment will be provided for time spent in participation in the research. Small "gifts of appreciation" for continued participation may include such token items as T-shirts, tote bags, toiletries, books, and CDs. Gifts will not have sufficient monetary value as to unduly affect the voluntary basis of informed consent or continued participation in the study.

Although the precise amount of monetary compensation has not yet been determined, it is expected that it will be in the range of $10 per hour plus set "inconvenience units" assigned to procedures. Based on the samples and procedures currently planned, it is expected that the average incentive for a face-to-face visit will be $50.

## C. Revealing findings/informing participants, families and others

The NCS is committed to revealing relevant and important information to participants and their families in order to inform participants of individually relevant findings and to protect the health and well being of the children who are participants in the study. Periodically, the NCS will provide individual level data to participant families concerning information on environmental exposures, physical and psychological examination findings, and routine laboratory test results. Some data obtained through the NCS will be of uncertain relevance to the health or well being of individual participants. Such data will not be routinely reported to participants. Further guidelines regarding this topic will be developed as part of the Study Protocol.

## VIII. ADVERSE EVENT REPORTING AND DATA MONITORING

Any urgent, clinically relevant findings will be reported to participants in a timely manner. Information systems will be created to alert research staff at regional sites and at the NCS-CC of any data obtained that fall outside pre-determined normal ranges for that measure. A process will be in place to assure that the principal investigator at the local site is informed about each urgent, clinically relevant finding and that appropriate systems for informing the participant are in place. Systems will also be in place to document that participants have been informed about all urgent, clinically relevant findings.

A Data and Safety Monitoring Board (DSMB) consisting of five to ten individuals who are not associated with the NCS with expertise in biostatistics, epidemiology, environmental toxicology, pediatrics, genetics, psychology, social determinants of health, ethics, and other appropriate disciplines will be created to periodically review data. The DSMB will report to the Steering Committee. It will review standard process data such as accrual rates and adverse events and possibly other appropriate aspects of study data as determined by the Steering Committee. The DSMB will alert the Steering Committee if data become available that might require participants to be informed about the finding. An Ethics Advisory Committee will be established to review relevant situations at the request of the NCS Study Director or the NCS Steering Committee.

During the course of the NCS, environmental findings may reveal information that could be relevant not only to participants but also to members of the community from which participants have been recruited. The Ethics

Advisory Committee of the NCS will be established to assist in considering which information is of this type and will be available to assist the regional sites, in partnership with their local community advisors, to develop a strategy for dissemination of this information in an appropriate manner.

## IX CONSENT AND ASSENT PROCESSES

### A. Adult participants

The NCS will initially recruit women (pregnant and non-pregnant) and, in some groups, partners of participating women. Information about the study will presented in person at the time of the initial screening interview. Interviewers will read an informed consent statement, stressing the voluntary and confidential nature of the study. To further inform potential participants about the study, a variety of materials will be provided in both computer-based and in hard copy paper formats. Cultural sensitivity, regional variation, and low literacy will be taken into account in preparing the materials. Potential participants will be encouraged to share these materials and discuss participation with family and friends and can either enroll in the study at the time of the screening or at a later date. Informed consent will be documented by signature (written or electronic) and witnessed by research staff. A copy of the informed consent document will be made available to the participants electronically or as a paper copy (or both) as desired.

The informed consent document will include information to inform the parent that one of the risks of participating in this study is that if we observe the child to be in imminent danger of harm or to be the subject of child abuse we will report this information to the legal authorities in order to intervene to protect the interests of any child participant. A Certificate Of Confidentiality will be sought for this study. The parent/guardian will be informed that responses provided will remain confidential according to the provisions of the Certificate of Confidentiality.

### B. Pregnant Women <18 years of age

Issues relating to participation of teen mothers are detailed above. In jurisdictions where teen mothers are able to consent for themselves to be participants in a research study, the procedures will be the same as those noted above. Once enrolled in the study, teen mothers are considered the parent of their child and have the authority to provide permission for their child to participate in research studies. Thus, teen mothers are the appropriate persons from whom permission should be sought for enrollment of their children in research.

### C. Children and Adolescents

Appropriate assent and informed consent processes and documents will be developed for children participating in the study, beginning at age seven years. These processes and documents will be presented to the IRBs prior to implementation. Briefly, assent for participation in the Study will be sought from children when the child is developmentally and cognitively ready to become an active participant in the consent/assent process. It is anticipated that this will be at about the age of 7 years. The process for obtaining and documenting "child assent" will be presented to the IRBs prior to implementation and will include a description of methods used to determine if an individual child is developmentally and cognitively appropriate to be approached for assent. The assent process will continue until the child is legally able to provide consent. Developmentally appropriate materials will be developed for each age group. When adolescent participants in the NCS reach the legal age of majority in each jurisdiction (generally 18 years), a fully informed consent will be obtained for continued participation in the study.

### D. Third parties

The NCS will routinely obtain standard information concerning close relatives, family members, and household members as part of questionnaires given to subjects who have provided consent to participate in the study. This type of information is similar to information obtained in routine clinical practice. If additional personal information or a biologic sample is desired from such a "third party," the NCS participant will be asked to inform the "third party" and obtain verbal permission to be contacted by an NCS research staff member. A full informed consent process and document will be

developed for the specific purpose of obtaining additional personal information and/or a biologic sample from a family member or household member of the Study participants.

## X. OWNERSHIP AND USE OF DATA

The NCS is committed to protecting the quality and integrity of all data. All data from NCS participants collected at any site or by any individual or group will be the sole property of the NCS. Individual sites or other contractors may maintain duplicate sets of data collected at that site. NCS will encourage timely and maximal use of NCS data to produce high quality publications of findings in various formats that can be shared among scientists, policy makers, and the public. For all planned or proposed analyses and reporting of findings derived from data sets other than the public-use file described below, the analysis plan and final manuscript must be submitted to a publication process that will include review and input from members of the federal government as well as PIs from study sites.

Fully de-identified (anonymized) data set will be available at intervals as user-friendly public data sets for use by anyone. A registry of users, findings and publications will be maintained. All requests by NCS investigators or other scientists for use of NCS data prior to the public release of the data will require review and approval according to procedures to be established by the Steering Committee.

## XI. PRIVACY/CONFIDENTIALITY, INCLUDING HIPAA

The NCS is committed to protection of the privacy and confidentiality of all participants to the fullest extent possible under the law. The information systems of the NCS at the Study Centers and the NCS-CC will be created with confidentiality as a very high priority. Consistent with state and federal laws, the NCS will not reveal any information about individual participants to anyone and a Certificate of Confidentiality will be obtained from the NIH to protect all data from subpoena.

The NCS will obtain specific medical information about participants from health professionals' offices, emergency rooms, and hospitals as part of the database for each participant. HIPAA compliant consent forms will be obtained from each participant in order to obtain such information. The general NCS informed consent form will inform participants that they will be asked to provide such medical information to the NCS and that they will need to provide additional consent because of the HIPAA regulations.

In order to maintain close follow up of participants and track any participants who become lost to follow up, the NCS will use standard publicly available databases to track participants. These include the use of social security, IRS, and census data. The informed consent document will inform the subjects of this procedure for finding individuals who have not formally withdrawn from the study and have been lost to follow up.

[References follow on the next page]

# REFERENCES

**Websites From The National Children's Study**

***Main Website:***

http://nationalchildrensstudy.gov

***Evaluation of Sampling Design Options for the National Children's Study – Appendices:***

http://www.nationalchildrensstudy.gov/events/advisory_committee/other_work_062004.cfm

***National Children's Study Workshops:***

**http://www.nationalchildrensstudy.gov/events/workshops/index.cfm**

***National Children's Study Hypotheses:***

**http://nationalchildrensstudy.gov/research/hypotheses**

***Growing UP Healthy Document:***

**http://nationalchildrensstudy.gov/get_involved/learn_more**

**Bibliography available upon request**

# National Children's Study Locations

**Vanguard locations identified by name**




THE NATIONAL CHILDREN'S STUDY

HEALTH GROWTH ENVIRONMENT

# National Children's Study Locations

Vanguard Locations (8 total)

Orange County, CA
Orange County, FL
Lincoln, Pipestone, and Yellow Medicine Counties, MN
Duplin County, NC
New York City (Queens), NY
Montgomery County, PA
Salt Lake County, UT
Waukesha County, WI

Other Study Locations (88 total)

Colbert County, AL
Benton County, AR
Apache County, AZ
Maricopa County, AZ
Pinal County, AZ
Humboldt County, CA
Kern County, CA
Los Angeles County, CA*
Sacramento County, CA
San Bernardino County, CA
San Diego County, CA
San Mateo County, CA
Ventura County, CA
Denver, CO
Douglas County, CO
Litchfield County, CT
New Haven County, CT
New Castle County, DE
Baker County, FL
Dade County, FL
Hillsborough County, FL
Baldwin County, GA
DeKalb County, GA
Fayette County, GA
Honolulu County, HI
Bear Lake County, ID and Lincoln County, WY
Cook County, IL*
DuPage County, IL
Johnson and Union Counties, IL
Macoupin County, IL
Will County, IL
Marion County, IN
Jefferson County, KY
Jessamine County, KY
New Orleans, LA
Worcester County, MA
Baltimore County, MD
Montgomery County, MD
Cumberland County, ME
Genesee County, MI
Grand Traverse County, MI
Lenawee County, MI
Macomb County, MI
Wayne County, MI
Becker County, MN
Ramsey County, MN
Stearns County, MN
Jefferson County, MO
St. Louis City County, MO
Buncombe County, NC
Burke County, NC
Cumberland County, NC
Durham County, NC
Gaston County, NC
Rockingham County, NC
Stark County, ND
Burlington County, NJ
Middlesex County, NJ
Passaic County, NJ
Warren County, NJ
Monroe County, NY
Nassau County, NY
New York City (Brooklyn), NY
New York City (Manhattan), NY
Cuyahoga County, OH
Lorain County, OH
Cleveland County, OK
Comanche County, OK
Marion County, OR
Philadelphia County, PA
Schuylkill County, PA
Westmoreland County, PA
Providence County, RI
Spartanburg County, SC
Bradley County, TN
Cumberland and Morgan Counties, TN
Davidson County, TN
Bexar County, TX
Childress, Collingsworth, Donley, and Hall Counties, TX
Dallas County, TX
Harris County, TX*
Hidalgo County, TX
Stephens and Young Counties, TX
Travis County, TX
Cache County, UT
Grant County, WA
King County, WA
Thurston County, WA

* Sampling goals include 250 live births per Primary Sampling Unit per year, over the four-year enrollment period (five year enrollment period for Vanguard Locations). Each Study Location listed above is a single PSU with the following exceptions: Los Angeles County, CA contains four PSU's thus the recruitment goal in this location is 1000 births/year, Cook County, IL and Harris County, TX each contain two PSUs thus the recruitment goal in each of these Study Locations is 500 births/year.

ATTACHMENT #11

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**NATIONAL INSTITUTES OF HEALTH**

**PROJECT OBJECTIVES**

**SOLICITATION NUMBER:** __NICHD-2004-07________________________________

**CONTRACT NUMBER: (TO BE INSERTED BY THE CONTRACTING OFFICER):** __________

**OFFEROR NAME AND ADDRESS:**

________________________________________________
________________________________________________
________________________________________________

**OFFEROR PHONE NUMBER (WITH AREA CODE)**________________

***DEPARTMENT, SERVICE, LABORATORY OR EQUIVALENT (i.e., Department Name):**

________________________________________________

***MAJOR SUBDIVISION (i.e., "Dental School", "Medical School", etc., or Major Component Code, if known):**

________________________

**RFP TITLE:** ________________________________________________

**PRINCIPAL INVESTIGATOR:** ________________________________________

**SUMMARY OF OBJECTIVES:**

<u>INSTRUCTIONS:</u> The information supplied on this form MUST meet the following requirements: The summary of objectives MUST fit in the space provided. The height of the letters must not be smaller than 10 point; Helvetica or Arial 12 point is the NIH-suggested font. Type density, including characters and spaces, must be no more than 15 characters per inch (cpi). For proportional spacing, the average for any representative section of text must not exceed 15 cpi. No more than 6 lines of type within a vertical inch. Margins, in all directions, must be at least ½ inch.

THIS FORM MUST BE PLACED BEHIND THE TITLE PAGE OF EACH COPY OF THE TECHNICAL PROPOSAL ALONG WITH THE "GOVERNMENT NOTICE FOR HANDLING PROPOSALS."

*The insertion of the DEPARTMENT, SERVICE, LABORATORY OR EQUIVALENT (i.e., the Department Name) and MAJOR SUBDIVISION (i.e., "Dental School", "Medical School," etc., or the Major Component Code, if known) is required ONLY for INSTITUTIONS OF HIGHER EDUCATION.

## PART IV - REPRESENTATIONS AND INSTRUCTIONS

## SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

### K.1 REPRESENTATIONS AND CERTIFICATIONS

TO BE COMPLETED BY THE OFFEROR: (The Representations and Certifications must be executed by an individual authorized to bind the Offeror.)

The Offeror makes the following Representations and Certifications as part of its proposal. (Check or complete all appropriate boxes or blanks on the following pages.)

______________________________ ____________________
(Name of Offeror) (RFP No.)

______________________________ ____________________
(Signature of Authorized Individual) (Date)

__________________________________
(Typed Name of Authorized Individual)

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

### K.2 52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990) (FAR 52.203-11 DEVIATION)

(a) The definitions and prohibitions contained in the clause at FAR 52.203-12, Limitations on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989 -

(1) No Federal appropriated funds have been paid, or will be paid, to any person for invluencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of a contract resulting from this solicitation.

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror will complete and submit with its offer, OMB Standard Form-LLL, "Disclosure of Lobby Activities," to the Contracting Officer, and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 will certify and disclose accordingly.

(c ) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by Section 1352, Title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure from to be filed or amended by this provision, will be subject to a civil penalty of not less than $10,000 and not more than $100,000, for each such failure.

## K.3 52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

[ ] TIN:. ______________________________
[ ] TIN has been applied for.
[ ] TIN is not required because:
[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
[ ] Offeror is an agency or instrumentality of a foreign government;
[ ] Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

[ ] Sole proprietorship;
[ ] Partnership;
[ ] Corporate entity (not tax-exempt);
[ ] Corporate entity (tax-exempt);
[ ] Government entity (Federal, State, or local);
[ ] Foreign government;
[ ] International organization per 26 CFR 1.6049-4;
[ ] Other ______________________________________

(f) Common parent.

[ ] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
[ ] Name and TIN of common parent:

Name ___________________________________________

TIN ___________________________________________

**K.4 52.204-5 WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) (MAY 1999)**

(a) Definition. Women-owned business concern, as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. *[Complete only if the offeror is a women- owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.]*

The offeror represents that it [ ] is, [ ] is not a women-owned business concern.

**K.5 52.204-6 DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (OCT 2003)**

(a) The offeror will enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS number or "DUNS+4" that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet, Inc. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see Subpart 32.11) for the same parent concern.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number--

(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at: http://www.dnb.com; or
(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.

(3) The offeror should be prepared to provide the following information:

(i) Company legal business name.
(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.
(iii) Company physical street address, city, state and Zip Code.
(iv) Company mailing address, city, state and Zip Code (if separate from physical).
(v) Company telephone number.
(vi) Date the company was started.
(vii) Number of employees at your location.
(viii) Chief executive officer/key manager.
(ix) Line of business (industry).
(x) Company Headquarters name and address (reporting relationship within your entity).

(End of provision)

(c) If the Offeror has a DUNS Number, provide here. DUNS No: ______________________________

## K.6 52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that -

(i) The Offeror and/or any of its Principals -

(A) Are [ ] are not [ ] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have [ ] have not [ ], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property; and

(C) Are [ ] are not [ ] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has [ ] has not [ ], within a 3-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror will provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror non-responsible.

(d) Nothing contained in the foregoing will be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision.. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in

addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

## K.7 52.215-6 PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, [ ] intends, [ ] does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it will insert in the following spaces the required information:

| Place of performance (street address, city, state, county, zip code) | Name and address of owner and operator of the plant or facility, if other than offeror or respondent |
|---|---|
| | |
| | |
| | |
| | |

## K.8 52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004)

(a) (1) The North American Industry Classification System (NAICS) code for this acquisition is 541990.

(2) The small business size standard is $5 million [average annual receipts for 3 preceding fiscal yrs].

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations.

(1) The offeror represents as part of its offer that it [ ] is, [ ] is not a small business concern.

(2) **[Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.]** The offeror represents, for general statistical purposes, that it [ ] is, [ ] is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) **[Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.]** The offeror represents as part of its offer that it [ ] is, [ ] is not a women-owned small business concern.

(4) **[Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.]** The offeror represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business concern.

(5) **[Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.]** The offeror represents as part of its offer that it [ ] is, [ ] is not a service-disabled veteran-owned small business concern.

(6) **[Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.]** The offeror represents, as part of its offer, that--

(i) It [ ] is, [ ] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. *[The offeror will enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.]* Each HUBZone small business concern participating in the joint venture will submit a separate signed copy of the HUBZone representation.

(c) Definitions. As used in this provision--

**Service-disabled veteran-owned small business concern--**

(1) Means a small business concern -

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

**Small business concern** means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

**Women-owned small business concern** means a small business concern--

(1) That is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

**Veteran-owned small business concern** means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

(d) **Notice**

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women- owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a),8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, will--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

## K.9 52.219-22 SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) **General**. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) **Representations**.

(1) **General**. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

[ ] (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of its representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net); or

[ ] (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2) [ ] **For Joint Ventures**. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror will enter the name of the small disadvantaged business concern that is participating in the joint venture: ______________________.]

(c) **Penalties and Remedies**. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract will:

(1) Be punished by imposition of a fine, imprisonment, or both;
(2) Be subject to administrative remedies, including suspension and debarment; and
(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

## K.10 52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES (FEB 1999)

(a) Segregated facilities, as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms or necessary dressing or sleeping areas provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor will include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

## K.11 52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that--

(a) It [ ] has, [ ] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It [ ] has, [ ] has not filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

## K.12 52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that--

(a) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

## K.13 52.222-38 COMPLIANCE WITH VETERANS'EMPLOYMENT REPORTING REQUIREMENTS (DEC 2001)\

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) (i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Special

Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans), it has submitted the most recent VETS-100 Reportrequired by that clause.

**K.14 52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)**

(a) Executive Order 13148, of April 21, 2000, Greening the Government through Leadership in Environmental Management, requires submission of this certification as a prerequisite for contract award.

(b) By signing this offer, the offeror certifies that–

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

[ ] (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;
[ ] (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);
[ ] (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);
[ ] (iv) The facility does not fall within the following Standard Industrial Classification (SIC) Codes or their corresponding North American Industry Classification System sectors:

(A) Major group code 10 (except 1011, 1081, and 1094).
(B) Major group code 12 (except 1241).
(C) Major group codes 20 through 39.
(D) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating power for distribution in commerce).
(E) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, et seq.), 5169, 5171, or 7389 (limited to

[ ] (v) The facility is not located in or its outlying areas.

**K.15 52.225-2 BUY AMERICAN ACT CERTIFICATE (JUNE 2003)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act--Supplies"

(b) Foreign End Products:

Line Item No.:
Country of Origin:
(List as necessary)

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

## K.16 52.226-2 HISTORICALLY BLACK COLLEGE OR UNIVERSITY AND MINORITY INSTITUTION REPRESENTATION (MAY 2001)

(a) Definitions. As used in this provision--

Historically black college or university means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense, the National Aeronautics and Space Administration, and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

Minority institution means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k, including a Hispanic-serving institution of higher education, as defined in Section 316(b)(1) of the Act (20 U.S.C. 1101a)).

(b) Representation. The offeror represents that it--

[ ] is [ ] is not a historically black college or university;

[ ] is [ ] is not a minority institution.

## K.17 52.227-15 STATEMENT OF LIMITED RIGHTS DATA AND RESTRICTED COMPUTER SOFTWARE (MAY 1999)

(a) This solicitation sets forth the work to be performed if a contract award results, and the Government's known delivery requirements for data (as defined in FAR 27.401). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16 of the FAR, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data--General clause at 52.227-14 that is to be included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data in lieu thereof. The latter clause also may be used with its Alternates II and/or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b) As an aid in determining the Government's need to include Alternate II or Alternate III in the clause at 52.227-14, Rights in Data--General, the offeror will complete paragraph (c) of this provision to either state that none of the data qualify as limited rights data or restricted computer software, or identify, to the extent feasible, which of the data qualifies as limited rights data or restricted computer software. Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of such data should a contract be awarded to the offeror.

(c) The offeror has reviewed the requirements for the delivery of data or software and states [offeror check appropriate block]--

[ ] None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software.

[ ] Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

______________________________________________

______________________________________________

______________________________________________

Note: "Limited rights data" and "Restricted computer software" are defined in the contract clause entitled "Rights in Data--General."

## K.18 52.230-1 COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (JUNE 2000) ALTERNATE I (APR 1996)

NOTE: This notice does not apply to small businesses or foreign governments.

This notice is in three parts, identified by Roman numerals I through III.

If the offeror is an educational institution, Part II does not apply unless the contemplated contract will be subject to full or modified CAS coverage pursuant to 48 CFR 9903.201-2(c)(5) or 9903.201-2(c)(6), respectively.

Offerors will examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

### I. DISCLOSURE STATEMENT-COST ACCOUNTING PRACTICES AND CERTIFICATION

(a) Any contract in excess of $500,000 resulting from this solicitation, except contracts in which the price negotiated is based on (1) established catalog or market prices of commercial items sold in substantial quantities to the general public, or (2) prices set by law or regulation, will be subject to the requirements of the Cost Accounting Standards Board (48 CFR Chapter 99), except for those contracts which are exempt as specified in 48 CFR 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR, Chapter 99 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR 9903.202. When required, the Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

**CAUTION: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement will not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.**

(c) Check the appropriate box below:

[ ] (1) Certificate of Concurrent Submission of Disclosure Statement.

The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows:

(i) original and one copy to the cognizant Administrative Contracting Officer (ACO) or cognizant Federal agency official authorized to act in that capacity (Federal official), as applicable, and
(ii) one copy to the cognizant Federal auditor.

(Disclosure must be on Form No. CASB DS-1 or CASB DS-2, as applicable. Forms may be obtained from the cognizant ACO or Federal official and/or from the loose-leaf version of the Federal Acquisition Regulation.)

Date of Disclosure Statement:

Name and Address of Cognizant ACO or Federal Official Where Filed:

____________________________________

____________________________________

____________________________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

[ ] (2) Certificate of Previously Submitted Disclosure Statement.

The offeror hereby certifies that the required Disclosure Statement was filed as follows:

Date of Disclosure Statement:

Name and Address of Cognizant ACO or Federal Official Where Filed:

____________________________________

____________________________________

____________________________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable Disclosure Statement.

[ ] (3) Certificate of Monetary Exemption.

The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling $50 million or more in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

[ ] (4) Certificate of Interim Exemption.

The offeror hereby certifies that

(i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and

(ii) in accordance with 48 CFR 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraphs (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

CAUTION: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $50 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.

[ ] (5) Certificate of Disclosure Statement Due Date by Educational Institution.

If the offeror is an educational institution that, under the transition provisions of 48 CFR 9903.202-1(f), is or will be required to submit a Disclosure Statement after receipt of this award, the offeror hereby certifies that *(check one and complete)*:

[ ] (i) A Disclosure Statement Filing Due Date of _________ has been established with the cognizant Federal agency.

[ ] (ii) The Disclosure Statement will be submitted within the 6-month period ending _______ months after receipt of this award.

Name and Address of Cognizant ACO or Federal Official Where Disclosure Statement is to be filed:

________________________________

________________________________

________________________________

## II. COST ACCOUNTING STANDARDS- ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE

If the offeror is eligible to use the modified provisions of 48 CFR subpart 9903.201-2(b) and elects to do so, the offeror will indicate by checking the box below. Checking the box below will mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

[ ] The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR 9903.201- 2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $50 million in awards of CAS-covered prime contracts and subcontracts. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

CAUTION: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $50 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $50 million or more.

III. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS

The offeror will indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

[ ] YES [ ] NO

## K.19 CERTIFICATION REGARDING ENVIRONMENTAL TOBACCO SMOKE (DEC 1994)

(Note: This certification applies only to those contract which contain provisions for children's services. The offeror's signature on the face page of these Representations and Certifications constitutes certification by the submitting organization of its compliance with the Act.)

Public Law 103-227, also known as the Pro-Children Act of 1994 (Act), requires that smoking not be permitted in any portion of any indoor facility owned or leased or contracted for by an entity and used routinely or regularly for the provision of health, day care, early childhood development services, education or library services to children under the age of 18, if the services are funded by Federal programs either directly or through State or local governments, by Federal grant, contract, loan, or loan guarantee. The law also applies to children's services that are provided in indoor facilities that are constructed, operated, or maintained with such federal funds. The law does not apply to children's services provided in private residences; portions of facilities used for inpatient drug or alcohol treatment; service providers whose sole source of applicable federal funds is Medicare or Medicaid; or facilities where WIC coupons are redeemed. Failure to comply with the provisions of the law may result in the imposition of a civil monetary penalty of up to $1,000 for each violation and/or the imposition of an administrative compliance order on the responsible entity.

By signing this certification, the offeror/contractor (for acquisitions) or applicant/grantee (for grants) certifies that the submitting organization will comply with the requirements of the Act and will not allow smoking within any portion of any indoor facility used for the provision of services for children as defined by the Act.

The submitting organization agrees that it will require that the language of this certification be included in any subawards that contain provisions for children's services and that all sub-recipients will certify accordingly.

## K.20 CERTIFICATION OF INSTITUTIONAL POLICY ON CONFLICT OF FINANCIAL INTEREST (OCT 1995)

By submission of its offer, the offeror certifies that:

(1) A written and enforced administrative process to identify and manage, reduce or eliminate conflicting financial interest with respect to all research projects for which funding is sought from the NIH is [ ], is not [ ] currently in effect.

(2) Should a process not be in effect at the time of the submission of its offer, the offeror certifies that it will, no later than 30 days subsequent to submission of its offer or prior to award, whichever is earlier, notify the Contracting Officer of the establishment of a written and enforced financial conflict of interest policy.

## K.21 CERTIFICATE OF CURRENT COST OR PRICING DATA (FAR 15.406-2)

(When a certificate of cost or pricing data is required to be submitted in accordance with Federal Acquisition Regulation (FAR) 15.406-2, the Contracting Officer will request that the Offeror complete, execute and submit to the Contracting Officer a certification in the format shown in the following Certificate of Current Cost or Pricing Data. The certification will be submitted only at the time negotiations are concluded by offerors, when requested by the Contracting Officer.)

This is to certify that, to the best of my knowledge and belief, the cost or pricing data (as defined in section 15.401 of the Federal Acquisition Regulation (FAR) and required under FAR subsection 15.403-4) submitted, either actually or by specific identification in writing, to the contracting officer or the contracting officer's representative in support of ________* are accurate, complete, and current as of ________**.

This certification includes the cost or pricing data supporting any advance agreements and forward pricing rate agreements between the Offeror and the Government that are part of the proposal.

FIRM ____________________________________

NAME ____________________________________

TITLE ____________________________________

AUTHORIZED SIGNATURE ____________________________

DATE OF EXECUTION*** ____________________________

*Identify the proposal, quotation, request for price adjustment, or other submission involved, giving the appropriate identifying number (e.g., RFP No.).

**Insert the day, month, and year when price negotiations were concluded and price agreement was reached.

***Insert the day, month, and year of signing, which should be as close as practicable to the date when the price negotiations were concluded and the contract price was agreed to.

[Can also be found at http://www4.od.nih.gov/ocm/contracts/rfps/forms1.htm ]

# SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS

## L.1 NOTICE LISTING SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

The following solicitation provisions pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the FAR provision at FAR "52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE" in Section L of this solicitation. See FAR 52.252-1 for an Internet address (if specified) for electronic access to the full text of a provision.

| NUMBER | TITLE | DATE |
|---|---|---|
| | **FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1)** | |
| 52.215-1 | INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION ALTERNATES I & II (OCT 1997) | MAY 2001 |
| 52.222-24 | PRE-AWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE EVALUATION | FEB 1999 |

**HEALTH AND HUMAN SERVICES ACQUISITION REGULATION (48 CFR Chapter 3) SOLICITATION PROVISIONS:**

| HHSAR NUMBER | TITLE | DATE |
|---|---|---|
| 352.215-12 | RESTRICTION ON DISCLOSURE AND USE OF DATA | APR 1984 |
| 352.232-75 | INCREMENTAL FUNDING | APR 1984 |

## L.2 THIS REQUIREMENT IS NOT SET ASIDE FOR SMALL BUSINESS

## L.3 JUST IN TIME PROVISIONS

This RFP contains special procedures for the submission of business management proposals. These special procedures are designed to reduce the administrative burden on offerors without compromising the information needed during the initial evaluation of proposals. Certain documents will no longer be required to be submitted with initial proposals, but will be requested at a later stage in the competitive process. Specifically, the travel policy, the annual financial statement, the total compensation plan, the subcontracting plan, and certain types of cost/pricing information will only be required to be submitted from those offerors included in the competitive range, or the apparent successful offeror. The special procedures for submission of this documentation are set forth in detail below:

**Travel Policy** – The offeror's (and any proposed subcontractor's) written travel policy will **not** be submitted with the initial business proposal. All offerors included in the competitive range will be required to submit a travel policy as a part of their final proposal revision.

**Annual Report** – The offeror's most recent annual report will **not** be submitted with the initial business proposal. All offerors included in the competitive range will be required to submit a copy of their most recent annual report as a part of their final proposal revision.

**Total Compensation Plan** – The offeror's total compensation plan will **not** be submitted with the initial business proposal. All offerors included in the competitive range will be required to submit their total compensation plan as a part of their final proposal revision.

**Subcontracting Plan** – The offeror's Small Business Subcontracting Plan will **not** be submitted with the initial business proposal. Only the apparent successful offeror will be required to submit **an acceptable** subcontracting plan.

## L.4 52.215-20 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Commercial item exception. For a commercial item exception, the offeror will submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include--

(A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the offeror is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The offeror will prepare and submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror will submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

### L.5 52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Cost Reimbursable type of contract(s) resulting from this solicitation.

### L.6 52.227-6 ROYALTY INFORMATION (APR 1984)

(a) Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information will be included in the response relating to each separate item of royalty or license fee:

(1) Name and address of licensor.

(2) Date of license agreement.

(3) Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

(4) Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

(5) Percentage or dollar rate of royalty per unit.

(6) Unit price of contract item.

(7) Number of units.

(8) Total dollar amount of royalties.

(b) Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror will furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

### L.7 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address: http://www.arnet.gov/far

## I. GENERAL INFORMATION

### L.8 NAICS AND SIC CODES AND SMALL BUSINESS SIZE STANDARD

(a) The North American Industrial Classification System (NAICS) code is 541990 and the Standard Industrial Classification (SIC) code for this acquisition is 8733.

(b) (1) The small business size standard is $5 million [average annual receipts for 3 preceding fiscal yrs].

(2) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(c) This requirement is NOT Set-Aside for Small Business. However, the Federal Acquisition Regulation (FAR) requires in every solicitation (except for foreign acquisitions) the inclusion of the Standard Industrial Classification (SIC) Code and corresponding size standard that best describes the nature of the requirement in the solicitation.

## L.9 TYPE OF CONTRACT AND NUMBER OF AWARD(S)

It is anticipated that three or more awards will be made from this solicitation and that awards will be made on or about September 30, 2005.

It is anticipated that the awards from this solicitation will be multiple-year cost reimbursement (possibly with a fixed fee) type contracts with a base term of 15 months with four option periods to extend the period of performance to a total of five years, and that incremental funding will be used. (See Incremental Funding Provision in this Section L.)

## L.10 PRE-PROPOSAL CONFERENCE

A pre-proposal conference is scheduled to address questions and clarifications that may result following offerors' review of this solicitation. It is expected that all who attend the pre-proposal conference will have already conducted a thorough review of the solicitation and will come with specific questions for the Government. Written questions may be sent ahead of the conference, and are encouraged to do so, to the address indicated below. The pre-proposal conference is scheduled as follows:

| | |
|---|---|
| PLACE: | JW Marriott Pennsylvania Avenue<br>1331 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>1-800-228-9290 for reservations; 202-393-2000 for information |
| DATE & TIME: | December 1, 2004; 9:00 AM – 1:00 PM |
| WRITTEN QUESTIONS: | |
| Due on or before: | November 29, 2004, 11:00 AM |
| Must be marked with RFP No.: | NICHD-2004-07 |
| SEND TO: | Virginia A. DeSeau, Contracting Officer<br>Contracts Management Branch, OAM, NICHD<br>National Institutes of Health, DHHS<br>Executive Building, Suite 7A07<br>6100 EXECUTIVE BLVD MSC 7510<br>BETHESDA MD 20892-7510<br>Fax: 301-402-3676<br>E-mail: vd9t@nih.gov |
| LIMITED TO: | Two representatives from each prospective offering organization |

## L.11 ESTIMATE OF EFFORT

It is expected that a completion type contract will be awarded as a result of this RFP. To assist you in the preparation of your proposal, the Government considers the effort to perform this contract to be approximately 5.75 person years for the first year and approximately 26.75 person years for each of the option years (1full time equivalent or 100% effort = 1 person year). This number is furnished for your information only and is not to be intended to be restrictive for proposal purposes.

## L.12 COMMITMENT OF PUBLIC FUNDS

The Contracting Officer is the only individual who can legally commit the Government to the expenditure of public funds in connection with the proposed procurement. Any other commitment, either explicit or implied, is invalid.

## L.13 COMMUNICATIONS PRIOR TO CONTRACT AWARD

**Offerors will direct all communications to the attention of the Contracting Officer cited on the face page of this RFP. Communications with other officials may compromise the competitiveness of this acquisition and result in cancellation of the requirement.**

## L.14 RELEASE OF INFORMATION

Contract selection and award information will be disclosed to offerors in accordance with regulations applicable to negotiated acquisition. Prompt written notice will be given to unsuccessful offerors as they are eliminated from the competition, and to all offerors following award.

## L.15 COMPARATIVE IMPORTANCE OF PROPOSALS

You are advised that paramount consideration will be given to the evaluation of technical proposals. All evaluation factors other than cost or price, when combined, are significantly more important than cost or price. However, the Government reserves the right to make awards to the best advantage of the Government, cost and other factors considered.

## L.16 PREPARATION COSTS

This RFP does not commit the Government to pay for the preparation and submission of a proposal.

## L.17 52.233-2 SERVICE OF PROTEST

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), will be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Dawn Rabunsky

Hand-Carried Address:

Contracts Management Branch, OAM
National Institute of Child Health
and Human Development
6100 EXECUTIVE BLVD Suite 7A07
ROCKVILLE MD 20852

Mailing Address:

Contracts Management Branch, OAM, NICHD
National Institutes of Health, DHHS
Executive Building, Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510

(b) The copy of any protest will be received in the office designated above within one day of filing a protest with the GAO.

## L.18 ROTC ACCESS AND FEDERAL MILITARY RECRUITING ON CAMPUS

Section 514 of the FY 1997 Appropriations Act prohibits NIH from providing contract funds to educational institutions that the Secretary of Defense determines have a policy or practice (regardless of when implemented) that either prohibits, or in effect prevents (1) the maintaining, establishing, or operation of a unit of the Senior Reserve Officer Training Corps at the covered education entity; or (2) a student at the covered educational entity from enrolling in a unit of the Senior Reserve Officer Training Corps at another institution of higher education.

Further, contract funds may not be provided to educational institutions that have a policy or practice that prohibits or prevents: (1) entry to campuses, or access to students (who are 17 years of age or older) on campuses, for purposes of Federal military recruiting; or (2) access by military recruiters for purposes of Federal military recruiting to information pertaining to students (who are 17 years of age or older) enrolled at the covered educational entity.

## L.19 LATE PROPOSALS AND REVISIONS (HHSAR 352.215-70)

Notwithstanding the procedures contained in FAR 52,215-1(c)(3) of the provision of this solicitation entitled "Instructions to Offerors-Competitive Acquisition," a proposal received after the date and time specified for receipt may be considered if it offers significant cost to technical advantages to the Government; and it was received before proposals were distributed for evaluation, or within five calendar days after the exact time specified for receipt, whichever is earlier.

# II. INSTRUCTIONS TO OFFERORS--GENERAL

## L.20 PACKAGING AND DELIVERY OF THE PROPOSAL

Your proposal will be organized as specified in Section L (III - V below). Shipment and marking will be as indicated below:

External Package Marking
------------------------

In addition to the address cited below, mark each package as follows:

"RFP No. RFP NICHD-2004-07 "

"TO BE OPENED BY AUTHORIZED GOVERNMENT PERSONNEL ONLY"

**PLEASE READ THE FOLLOWING INFORMATION CAREFULLY:**

**Number of Copies**

Technical Proposal: Original and 16 copies.
Business Proposal: Original and 8 copies.

**If hand delivered or delivery service**

Contracts Management Branch, OAM
National Institute of Child Health and
Human Development

6100 EXECUTIVE BLVD Suite 7A07
ROCKVILLE MD 20852

**If using U.S. Postal Service**

Contracts Management Branch, OAM, NICHD
National Institutes of Health, DHHS
Executive Building, Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510

*The ORIGINALS MUST BE READILY IDENTIFIED AND ACCESSIBLE FOR DATE STAMPING PURPOSES

NOTE: The U.S. Postal Service's "Express Mail" does not deliver to the Rockville, Maryland address. Any package sent to the Rockville address via this service will be held at a local post office for pick-up. THE GOVERNMENT IS NOT RESPONSIBLE FOR PICKING UP ANY MAIL AT A LOCAL POST OFFICE. If a proposal is not received at the place, date, and time specified herein, it will be considered a "late proposal".

## L.21 CONTRACT CLAUSES

Any resultant contract will include the clauses applicable to the selected offeror's organization and type of contract awarded as required by Public Law, Executive Order, or procurement regulations in effect at the time of the execution of the proposed contract.

## L.22 FORMAT AND CONTENT OF PROPOSALS

(a) INTRODUCTION

The following instructions establish the acceptable minimum requirements for the format and contents of proposals. Your special attention is directed to the requirements for technical and business proposals to be submitted in accordance with these instructions.

(b) **AUTHORIZED OFFICIAL AND PROPOSAL FORMAT**

An official authorized to bind your organization must sign your proposal. Your proposal must be submitted in the number of copies, to the address, and marked as indicated this Section L. Proposals must be typewritten, reproduced on letter size paper, and be legible in all required copies. To expedite the proposal evaluation, all documents required for responding to this RFP should be placed in the following order:

(1) COVER PAGE. Include RFP title, number, name of your organization, identification of the proposal part, and indicate whether the proposal is an original or a copy.

(2) TECHNICAL PROPOSAL. It is recommended that your technical proposal consist of a cover page, a table of contents, and the information requested in the Technical Proposal Instructions.

(3) BUSINESS PROPOSAL. It is recommended that your business proposal consist of a cover page, a table of contents, and the information requested in the Business Proposal Instructions.

(c) **PROPOSAL SUMMARY AND DATA RECORD (NIH-2043)**

You must complete the Form NIH-2043 attached, with particular attention to the length of time the proposal is firm and the designation of those personnel authorized to conduct negotiations.

## L.23 SEPARATION OF TECHNICAL AND BUSINESS PROPOSALS

Your proposal must be prepared in two parts: a "Technical Proposal" and a "Business Proposal." Each of the parts must be separate and complete in it so that evaluation of one may be accomplished independently of, and concurrently with, the evaluation of the other. The Technical Proposal must include direct cost and resource information, such as labor hours and categories and applicable rates, materials, subcontracts, travel, etc., and associated costs so that your understanding of the project may be evaluated. However, the technical proposal should NOT include pricing data relating to individual salary information, indirect cost rates or amounts, fee amounts (if any), and total costs. The technical proposal must disclose your technical approach in as much detail as possible, including, but not limited to, the requirements of the Technical Proposal instructions.

## L.24 ALTERNATE PROPOSALS

You may, at your discretion, submit alternate proposals, or proposals that deviate from the work requirements, provided that you also submit a proposal for performance of the work as specified in the Statement of Work. (Section C of the solicitation) These proposals may be considered if overall performance would be improved or not compromised and if they are in the best interests of the Government. Alternative proposals, or deviations from any requirements of this RFP, must be clearly identified.

## L.25 CONFIDENTIALITY OF PROPOSALS

Your proposal submitted in response to this request for proposals may contain data (trade secrets; business data, e.g., commercial information, financial information, and cost and pricing data; and technical data) which you, including your prospective subcontractor(s), do not want used or disclosed for any purpose other than for evaluation of the proposal. The use and disclosure of any data may be so restricted; PROVIDED, that the Government determines that the data is not required to be disclosed under the Freedom of Information Act, 5 U.S.C. 552, as amended, and you mark the cover sheet of the proposal with the following legend, specifying the particular portions of the proposal which are to be restricted in accordance with the conditions of the legend. The Government's determination to withhold or disclose a record will be based upon the particular circumstances involving the record in question and whether the record may be exempted from disclosure under the Freedom of Information Act:

Unless disclosure is required by the Freedom of Information Act, 5 U.S.C. 552, as amended, (the Act) as determined by Freedom of Information (FOI) Officials of the Department of Health and Human Services, data contained in the portions of this proposal which have been specifically identified by page number, paragraph, etc. by the offeror as containing restricted information will not be used or disclosed except for evaluation purposes.

The offeror acknowledges that the Department may not be able to withhold a record (data, document, etc.) nor deny access to a record requested pursuant to the Act, and that the Department's FOI officials must make that determination. The offeror hereby agrees that the Government is not liable for disclosure if the Department has determined that disclosure is required by the Act.

If a contract is awarded to the offeror as a result of, or in connection with, the submission of this proposal; the Government will have the right to use or disclose the data to the extent provided in the contract. Proposals not resulting in a contract remain subject to the Act.

The offeror also agrees that the Government is not liable for disclosure or use of unmarked data and may use or disclose that data for any purpose, including the release of the information pursuant to requests under the Act.

The data subject to this restriction are contained in pages (insert page numbers, paragraph designations, etc. or other identification)

In addition, the offeror should mark each page of data it wishes to restrict with the following legend:

"Use or disclosure of data contained on this page is subject to the restriction on the cover sheet of this proposal."

NOTE: Offerors are cautioned that proposals submitted with the restrictive legends or statements differing in substance from the above legend may not be considered for award. The Government reserves the right to reject any proposal submitted with a nonconforming legend.

## L.26 EVALUATION OF PROPOSALS

The Government will evaluate Proposals in accordance with the evaluation criteria set forth in Section M of this Request for Proposals.

## L.27 USE OF THE METRIC SYSTEM OF MEASUREMENT

It is the policy of the Department of Health and Human Services to support the Federal transition to the metric system and to use the metric system of measurement in all procurements, grants, and other business related activities unless such is impractical or is likely to cause significant inefficiencies.

The offeror is encouraged to prepare their proposal using either "Hard Metric", "Soft Metric", or "Dual Systems" of measurement. The following definitions are provided for your information.

HARD METRIC - The replacement of a standard inch-pound size with an accepted metric size for a particular purpose. An example of size substitutions might be: selling or packaging liquids by the liter instead of by the pint or quart (as for soft drinks), or instead of by the gallon (as for gasoline).

SOFT METRIC - The result of a mathematical conversion of inch-pound measurements to metric equivalents for a particular purpose. The physical characteristics are not changed.

DUAL SYSTEMS - The use of both inch-pound and metric systems. For example, an item produced, and described in inch-pound values with soft metric values also shown for information or comparison purposes.

## L.28 HUMAN SUBJECTS -- NOTICE TO OFFERORS OF REQUIREMENTS OF 45 CFR PART 46, PROTECTION OF HUMAN SUBJECTS

(a) Copies of the Department of Health and Human Services (Department) regulations for the protection of human subjects, 45 CFR Part 46, are available from the Office for Human Research Protection (OHRP), Office of the Secretary (OS), Department of Health and Human Services (DHHS) at http://www.hhs.gov/ohrp/. The telephone number to reach this office is 301-496-7005. The regulations provide a systematic means, based on established ethical principles, to safeguard the rights and welfare of individuals who participate as subjects in research activities supported or conducted by the Department (or at http://www.access.gpo.gov/nara/cfr/waisidx_01/45cfr46_01.html - the spaces that appear to be empty are actually underline marks).

(b) The regulations define a human subject as a living individual about whom an investigator (whether professional or student) conducting research obtains (1) data through intervention of interaction with the individual, or (2) identifiable private information. The regulations extend to the use of human organ, tissue, and body fluids from individually identifiable human subjects as well as to graphic, written, or recorded information derived from individually identifiable human subjects. The use of autopsy materials is governed by applicable State and local law and is not directly regulated by 45 CFR Part 46.

(c) Activities in which the only involvement of human subjects will be in one or more of the categories set forth in 45 CFR 46.101(b)(1-6) are exempt from coverage.

(d) Inappropriate designations of the non-involvement of human subjects or of exempt categories of research in a project may result in delays in the review of a proposal. The Public Health Service will make a final determination of whether the proposed activities are covered by the regulations or are in an exempt category, based on the information provided in the proposal. In doubtful cases, prior consultation with OHRP, (telephone: 301-496-7005), is recommended.

(e) In accordance with 45 CFR Part 46, prospective Contractors being considered for award will be required to file with OHRP an acceptable Assurance of Compliance with the regulations, specifying review procedures and assigning responsibilities for the protection of human subjects. The initial and continuing review of a research project by an institutional review board will assure that the rights and welfare of the human subjects involved are adequately protected, that the risks to the subjects are reasonable in relation to the potential benefits, if any, to the subjects and the importance of the knowledge to be gained, and that informed consent will be obtained by methods that are adequate and appropriate. Prospective Contractors proposing research that involves human subjects will be contacted by OHRP and given detailed instructions for establishing an institutional review board and filing and Assurance of Compliance.

(f) It is recommended that OHRP be consulted for advice or guidance concerning either regulatory requirements or ethical issues pertaining to research involving human subjects.

[Again – the OHRP website may be accessed at http://www.hhs.gov/ohrp/ . Copies of the *DHHS Regulations for the Protection of Human Subjects, 45 CFR Part 46* are also available online at http://www.access.gpo.gov/nara/cfr/waisidx_01/45cfr46_01.html ]

## L.29 INSTRUCTIONS TO OFFERORS REGARDING PROTECTION OF HUMAN SUBJECTS

Offerors must address the following human subjects protections issues if this contract will be for research involving human subjects (note: under each of the following points below, the offeror should indicate whether the information provided relates to the primary research site, or to a collaborating performance site(s), or to all sites:

(a) Risks to the subjects

Human Subjects Involvement and Characteristics:

- Describe the proposed involvement of human subjects in response to the solicitation.
- Describe the characteristics of the subject population, including their anticipated number, age range, and health status.
- Identify the criteria for inclusion or exclusion of any subpopulation. Explain the rationale for the involvement of special classes of subjects, such as fetuses, pregnant women, children, prisoners, institutionalized individuals, or others who are likely to be vulnerable populations.

Sources of Materials:

- Identify the sources of research material obtained from individually identifiable living human subjects in the form of specimens, records, or data. Indicate whether the material or data will be obtained specifically for research purposes or whether use will be made of existing specimens, records, or data.

Potential Risks:

- Describe the potential risks to subjects (physical, psychological, social, legal, or other) and assess their likelihood and seriousness to the subjects.
- Describe alternative treatments and procedures, including the risks and benefits of the alternative treatments and procedures, to participants in the proposed research, where appropriate.

(b) Adequacy of Protection Against Risks

Recruitment and Informed Consent:

- Describe plans for the recruitment of subjects and the procedures for obtaining informed consent. Include a description of the circumstances under which consent will be sought and obtained, who will seek it, the nature of the information to be provided to prospective subjects, and the method of documenting consent. The informed consent document for the contractor and any collaborating sites should be submitted only if requested elsewhere in the solicitation. Be aware that an IRB-approved informed consent document for the contractor and any participating collaborative sites must be provided to the Government prior to patient accrual or participant enrollment.

Protection Against Risk:

- Describe the procedures for protecting against or minimizing potential risks, including risks to confidentiality, and assess their likely effectiveness.
- Discuss provisions for ensuring necessary medical or professional intervention in the event of adverse effects to the subjects where appropriate.
- In studies that involve interventions, describe the provisions for data and safety monitoring of the research to ensure the safety of subjects.

(c) Potential Benefits of the Proposed Research to the Subjects and Others

- Discuss the potential benefits of the research to the subjects and others.
- Discuss why the risks to subjects are reasonable in relation to the anticipated benefits to subjects and others.
- Describe treatments and procedures that are alternatives to those provided to the participants by the proposed research, where appropriate.

(d) Importance of the Knowledge to be Gained

- Discuss the importance of the knowledge gained or to be gained as a result of the proposed research.
- Discuss why the risks to subjects are reasonable in relation to the importance of the knowledge that may reasonably be expected to result.

Note: If a test article (investigational new drug, device, or biologic) is involved, name the test article and state whether the 30-day interval between submission of offeror's certification to the Food and Drug Administration (FDA) and its response has elapsed or has been waived and/or whether the FDA has withheld or restricted use of the test article.

**Collaborating Site(s)**

When research involving human subjects will take place at collaborating site(s) or other performance site(s), the offeror must provide in this section of its proposal a list of the collaborating sites and their assurance numbers. Further, if you are awarded a contract, you must obtain in writing, and keep on file, an assurance from each site that the previous points have been adequately addressed at a level of attention that is at least as high as that documented at your organization. Site(s) added after an award is made must also adhere to the above requirements.

## L.30 INFORMATION REQUIRED FOR ALL CLINICAL RESEARCH PROPOSALS

This solicitation contains a review criterion addressing the adequacy of: (1) the offeror's plans for inclusion of women and minorities in the research proposed; **or** (2) the offeror's justification(s) for exclusion of one or both groups from the research proposed.

Provide information on the composition of the proposed study population in terms of sex/gender and racial/ethnic groups and provide a rationale for selection of such subjects in response to the requirements of the solicitation. The description may include (but is not limited to) information on the population characteristics of the disease or condition being studied in the planned research, and/or described in the statement of work, national and local demography, knowledge of the racial/ethnic/cultural characteristics of the population, prior experience and collaborations in recruitment and retention of the populations and subpopulations to be studied, and the plans, arrangements and letters of commitment from relevant community groups and organizations for the planned research.

The proposal must include the following information:

- A description of the subject selection criteria
- The proposed dates of enrollment (beginning and end)
- A description of the proposed outreach programs for recruiting women and minorities as subjects
- A compelling rationale for proposed exclusion of any sex/gender or racial/ethnic group
- The proposed sample composition using the "Targeted/Planned Enrollment Table" (see Section J, Attachments)

[For all proposals, use the ethnic and racial categories and complete the "Targeted/Planned Enrollment Table in accordance with the Office of Management and Budget (OMB) Directive No. 15, which may be found at: http://www.whitehouse.gov/omb/fedreg/ombdir15.html , with the form found at http://rcb.cancer.gov/rcb-internet/forms/enroll-table.pdf ]

**Standards for Collecting Data.** When you, as a contractor, are planning data collection items on race and ethnicity, you will use, at a minimum, the categories identified in OMB Directive No. 15. The collection of greater detail is encouraged. However, you should design any additional, more detailed items so that they can be aggregated into these required categories. Self-reporting or self-identification using two separate questions is the preferred method for collecting data on race and ethnicity. When you collect race and ethnicity separately, you must collect ethnicity first. You will offer respondents the option of selecting one or more racial designations. When you collect data on race and ethnicity separately, you will also make provisions to report the number of respondents in each racial category who are Hispanic or Latino. When you present aggregate data, you will provide the number of respondents who selected only one category, for each of the five racial categories. If you collapse data on multiple responses, you will make available, at a minimum, the total number of respondents reporting "more than one race." Federal agencies will not present data on detailed categories if doing so would compromise data quality or confidentiality standards.

In addition to the above requirements, solicitations for **NIH defined Phase III clinical trials** require that: a) all proposals and/or protocols provide a description of plans to conduct analyses, as appropriate, to detect significant differences in intervention effect (see NIH Guide: http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm , **Definitions** - Significant Difference), by sex/gender, racial/ethnic groups, and relevant subpopulations, if applicable; and b) all contractors to report annually cumulative subject accrual, and progress in conducting analyses for sex/gender and race/ethnicity differences.

Offerors may obtain copies of the Updated Guidelines from the sources above or from the contact person listed in the solicitation.

Also, the proposal must include one of the following plans:

- Plans to conduct valid analysis to detect significant differences in intervention effect among sex/gender and/or racial/ethnic subgroups when prior studies strongly support these significant differences among subgroups, OR
- Plans to include and analyze sex/gender and/or racial/ethnic subgroups when prior studies strongly support no significant differences in intervention effect between subgroups, OR
- Plans to conduct valid analyses of the intervention effect in sex/gender and/or racial/ethnic subgroups (without requiring high statistical power for each subgroup) when the prior studies neither support nor negate significant differences in intervention effect between subgroups.

**Use the form in Section J, Attachments, entitled, "Targeted/Planned Enrollment Table," when preparing your response to the solicitation requirements for inclusion of women and minorities.** (It is recognized that this project is initially sex/gender specific, but the requirement for the form remains in place, in consideration of the inclusion of minorities.)

Use the format for the Annual Technical Progress Report for Clinical Research Study Populations (See Sections F for the requirement; this report will be completed by the NCS-CC, based on data provided by the Study Centers) entitled, "Inclusion Enrollment Report," for reporting in the resultant contract.

## L.31 INCLUSION OF CHILDREN IN RESEARCH INVOLVING HUMAN SUBJECTS

**(Children are, obviously, included as subjects of this solicitation. The following information is provided in accordance with OMB policy.)**

It is NIH policy that children (defined below) must be included in all human subjects research, including, but not limited to, clinical trials, conducted under a contract funded by the NIH, unless there are clear and compelling reasons not to include them. (See examples of Justifications for Exclusion of Children below). For the purposes of this policy, contracts involving human subjects include categories that would otherwise be exempt from the DHHS Policy for Protection of Human Research Subjects (sections 101(b) and 401(b) of 45 CFR 46), such as surveys, evaluation of educational interventions, and studies of existing data or specimens that should include children as participants. This policy applies to both domestic and foreign research contracts.

For purposes of this policy, a child is defined as an individual under the age of 21 years.

All offerors proposing research involving human subjects should read the "NIH Policy and Guidelines on the Inclusion of Children as Participants in Research Involving Human Subjects" which was published in the NIH Guide for Grants and Contracts on March 6, 1998 and is available at the following URL address: http://www.nih.gov/grants/guide/notice-files/not98-024.html , with more information found at http://grants1.nih.gov/grants/funding/children/children.htm

Offerors also may obtain copies from the contact person listed in the RFP.

Inclusion of children as participants in research must be in compliance with all applicable subparts of 45 CFR 46 as well as other pertinent laws and regulations whether or not such research is otherwise exempted from 45 CFR 46. Therefore, any proposals must include a description of plans for including children, unless the offeror presents clear and convincing justification for an exclusion. The "Human Subjects" section of your technical proposal should provide either a description of the plans to include children and a rationale for selecting or excluding a specific age range of child, or an explanation of the reason(s) for excluding children as participants in the research. This solicitation contains a review criterion addressing the adequacy of: (1) the plans for including children as appropriate for the scientific goals of the research; and/or (2) the justification of exclusion of children or exclusion of a specific age range of children.

When children are included, the plan also must include a description of: (1) the expertise of the investigative team for dealing with children at the ages included; (2) the appropriateness of the available facilities to accommodate the children;

and, (3) the inclusion of a sufficient number of children to contribute to a meaningful analysis relative to the purpose/objective of the solicitation.

**Justifications for Exclusion of Children**

(Obviously, this is not applicable to this acquisition; but is provided in accordance with Regulation)

It is expected that children will be included in all research involving human subjects unless one or more of the following exclusionary circumstances can be fully justified:

- The objective of the solicitation is not relevant to children.
- There are laws or regulations barring the inclusion of children in the research to be conducted under the solicitation.
- The knowledge being sought in the research is already available for children or will be obtained from another ongoing study, and an additional study will be redundant. You should provide documentation of other studies justifying the exclusion.
- A separate, age-specific study in children is warranted and preferable. Examples include:
  - The relative rarity of the condition in children, as compared with adults (in that extraordinary effort would be needed to include children); or
  - The number of children is limited because the majority are already accessed by a nationwide pediatric disease research network; or
  - Issues of study design preclude direct applicability of hypotheses and/or interventions to both adults and children (including different cognitive, developmental, or disease stages of different age-related metabolic processes); or
  - Insufficient data are available in adults to judge potential risk in children (in which case one of the research objectives could be to obtain sufficient adult data to make this judgment). While children usually should not be the initial group to be involved in research studies, in some instances, the nature and seriousness of the illness may warrant their participation earlier based on careful risk and benefit analysis; or
  - Study designs aimed at collecting additional data on pre-enrolled adult study subjects (e.g., longitudinal follow-up studies that did not include data on children);
  - Other special cases justified by the offeror and found acceptable to the review group and the Institute Director

**Definition of a Child**

For the purpose of this solicitation, a child is defined as an individual under the age of 21 years. The definition of child described above will pertain to this solicitation (notwithstanding the FDA definition of a child as an individual from infancy to 16 years of age, and varying definitions employed by some states). Generally, State laws define what constitutes a "child," and such definitions dictate whether or not a person can legally consent to participate in a research study. However, State laws vary, and many do not address when a child can consent to participate in research. Federal Regulations (45 CFR 46, subpart D, Sec.401-409) address DHHS protections for children who participate in research, and rely on State definitions of "child" for consent purposes. Consequently, the children included in this policy (persons under the age of 21) may differ in the age at which their own consent is required and sufficient to participate in research under State law. For example, some states consider a person age 18 to be an adult and therefore one who can provide consent without parental permission.

## L.32 DATA AND SAFETY MONITORING IN CLINICAL TRIALS

All offerors are directed to the full text of the NIH Policies regarding Data and Safety Monitoring and Reporting of Adverse Events that are found in the NIH Guide for Grants and Contracts Announcements at the following web sites:

http://grants.nih.gov/grants/guide/notice-files/not98-084.html
http://grants.nih.gov/grants/guide/notice-files/not99-107.html
http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-038.html

All offerors receiving an award under this solicitation must comply with the NIH Policy cited in these NIH Announcements and any other data and safety monitoring requirements found elsewhere in this solicitation.

The following is a brief summary of the Data and Safety Monitoring and Adverse Event Reporting Requirements:

Data and Safety Monitoring is required for every clinical trial. Monitoring must be performed on a regular basis and the conclusions of the monitoring reported to the Project Officer.

The type of data and safety monitoring required will vary based on the type of clinical trial and the potential risks, complexity and nature of the trial. A plan for data and safety monitoring is required for all clinical trials. A general description of a monitoring plan establishes the overall framework for data and safety monitoring. It should describe the entity that will be responsible for the monitoring, and the policies and procedures for adverse event reporting. Phase III clinical trials generally require the establishment of a Data Safety Monitoring Board (DSMB). The establishment of a DSMB is optional for Phase I and Phase II clinical trials.

The DSMB/Plan is established at the time the protocol is developed and must be approved by both the Institutional Review Board (IRB) and the Government and in place before the trial begins. If the protocol will be developed under the contract awarded from this solicitation, a general description of the data and safety monitoring plan must be submitted as part of the proposal and will be reviewed by the scientific review group [Technical Evaluation Panel, (TEP)] convened to evaluate the proposal. If the protocol is developed and is included as part of the submitted proposal, a complete and specific data and safety monitoring plan must be submitted as part of the proposal. *[For purposes of the National Children's Study, a centralized Data and Safety Monitoring Board (DSMB) will be established and managed by the NCS Coordinating Center (NCS-CC). Therefore, the offeror should include in their proposal a plan on how compliance with a centralized DSMB will be accomplished.]*

Monitoring Plans, at a minimum, must include the prompt reporting of adverse events to the IRB, the NIH Office of Biotechnology Activities (OBA), the Food and Drug Administration (FDA), and the NCS-CC. Also, in the plan you should describe the frequency of reporting of the conclusions of the monitoring activities. The overall elements of each plan may vary depending on the size and complexity of the trial. The NIH Policy for Data and Safety Monitoring at http://grants.nih.gov/grants/guide/notice-files/not98-084.html describes examples of monitoring activities to be considered.

The frequency of monitoring will depend upon potential risks, complexity, and the nature of the trial; therefore a number of options for monitoring trials are available. These can include, but are not limited to, monitoring by a:

- Principal Investigator (required)
- Independent individual /Safety Officer
- Designated medical monitor
- Internal Committee or Board with explicit guidelines
- Data and Safety Monitoring Board (DSMB - required for multi-site trials)
- Institutional Review Board (IRB - required)