For multi-site Phase I and Phase II trials, a central reporting entity that will be responsible for preparing timely summary reports of adverse events for distribution among sites and IRBs should be considered. [*For purposes of the subject acquisition, the NCS-CC will serve as the central reporting entity.]*

Organizations with a large number of clinical trials may develop standard monitoring plans for Phase I and Phase II trials. In this case, such organizations may include the IRB-approved monitoring plan as part of the proposal submission.

## L.33 STANDARDS FOR PRIVACY OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION

The Department of Health and Human Services (DHHS) issued final modifications to the "Standards for Privacy of Individually Identifiable Health Information," the "Privacy Rule," on August 14, 2002. The Privacy Rule is a federal regulation under the Health Insurance Portability and Accountability Act (HIPAA) of 1996 that governs the protection of individually identifiable health information and is administered and enforced by the DHHS Office for Civil Rights (OCR). Those who must comply with the Privacy Rule (classified under the Rule as "covered entities" must do so by April 14, 2003 (with the exception of small health plans, which have an extra year to comply.

**Decisions about the applicability and implementation of the Privacy Rule reside with the contractor and his/her institution.** The Office of Civil Rights (OCR) Web site at http://www.hhs.gov/ocr/ provides information concerning the Privacy Rule, including a complete Regulation Text and a set of decision tools on "Am I a covered entity?" Information on the impact of the HIPAA Privacy Rule on NIH processes involving the review, award, and administration of grants, cooperative agreements and contracts can be found at: http://grants1.nih.gov/grants/guide/notice-files/NOT-OD-03-025.html .

## L.34 PRIVACY ACT

**[Note – the Privacy Act differs from the Privacy Rule, which is referenced above]**

The Privacy Act of 1974 (P.L. 93-579) requires that a Federal agency advise each individual whom it asks to supply information, the authority which authorizes the solicitation, whether disclosure is voluntary or mandatory, the principal purpose or purposes for which the information is intended to be used, the uses outside the agency which may be made of the information, and the effects on the individual, if any, of not providing all or any part of the requested information.

The NIH is requesting the information called for in this RFP pursuant to the authority provided by Sec. 301(g) of the Public Health Services Act, as amended, and P.L. 92-218, as amended.

Providing the information requested is entirely voluntary. The collection of this information is for the purposes of conducting an accurate, fair, and adequate review prior to a discussion as to whether to award a contract.

Failure to provide any or all of the requested information may result in a less than adequate review.

In addition, the Privacy Act of 1974 (P.L. 93-579, Sec. 7) requires that the following information be provided when individuals are requested to disclose their social security number.

Provision of the social security number is voluntary. Social security numbers are requested for the purpose of accurate and efficient identification, referral, review and management of NIH contracting programs. Authority for requesting this information is provided by Section 305 and Title IV of the PHS Act, as amended.

The information provided by you may be routinely disclosed for the following purposes:

- to the cognizant audit agency and the General Accounting Office for auditing.
- to the Department of Justice as required for litigation.
- to respond to congressional inquiries.
- to qualified experts, not within the definition of Department employees, for opinions as a part of the review process.

## L.35 REQUIRED EDUCATION IN THE PROTECTION OF HUMAN RESEARCH PARTICIPANTS

NIH policy requires education on the protection of human subject participants for all investigators receiving NIH contract awards for research involving human subjects. For a complete description of the NIH Policy announcement on required education in the protection of human subject participants, the contractor should access the NIH Guide for Grants and Contracts Announcement dated June 5, 2000 at the following website: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html . The information below is a summary of the NIH Policy Announcement:

The contractor will maintain a description of education in the protection of human subjects that the Principal Investigator and any other individuals working under the contract, who are responsible for the design and /or conduct of the research, have completed. In addition, the requirement extends to investigators and all individuals responsible for the design and/or conduct of the research who are working as subcontractors or consultants under the contract.

Prior to any substitution of the Principal Investigator or any other individuals responsible for the design and/or conduct of the research under the contract, the contractor will provide written information to the Contracting Officer describing the title of the education program and a brief description of the program that has been completed by successor personnel.

Curricula that are readily available and meet the educational requirement include the on-line tutorials available at http://ohsr.od.nih.gov/cbt/cbt.html. You may download the information at this site at no cost and modify it, if desired. If an institution already has developed educational programs on the protection of research participants, completion of these programs also will satisfy the educational requirement.

## L.36 SELECTION OF OFFERORS

a. For research contracts and contracts for which the technical proposal is considered of paramount importance in the contract award determination, the acceptability of the scientific or technical portion of each proposal will be evaluated by a technical review committee. The committee will evaluate each proposal in strict conformity with the evaluation criteria of the RFP, utilizing point scores and written critiques. The committee may suggest that the Contracting Officer request clarifying information from an offeror.

b. The business portion of each contract proposal will be subjected to a cost and price analysis, management analysis, etc.

c. If award will be made without conducting discussions, offerors may be given the opportunity to clarify certain aspects of their proposal (e.g., the relevance of an offeror's past performance information and adverse past performance information to which the offeror has not previously had an opportunity to respond) or to resolve minor or clerical errors.

d. If the Government intends to conduct discussions prior to awarding a contract-

1) Communications will be held with offerors whose past performance information is the determining factor preventing them from being placed within the competitive range. Such communications will address adverse past performance information to which an offeror has not had a prior opportunity to respond. Also, communications may be held with any other offerors whose exclusion from, or inclusion in, the competitive range is uncertain.

Such communications will not be used to cure proposal deficiencies or omissions that alter the technical or cost elements of the proposal, and/or otherwise revise the proposal, but may be considered in rating proposals for the purpose of establishing the competitive range.

2) The Contracting Officer will, in concert with program staff, decide which proposals are in the competitive range. The competitive range will be comprised of all of the most highly rated proposals. Oral or written discussions will be conducted with all offerors in the competitive range.

While it is NIH's policy to conduct discussions with all offerors in the competitive range, NIH reserves the right, in special circumstances, to limit the number of proposals included in the competitive range to the greatest number that will permit an efficient competition. All aspects of the proposals are subject to discussions, including cost, technical approach, past performance, and contractual terms and conditions. At the conclusion of discussions, each offeror still in the competitive range will be given an opportunity to submit a written Final Proposal Revision (FPR – formerly the BAFO) with the reservation of the right to conduct finalization of details with the selected source in accordance with HHSAR 315.370.

e. The process described in FAR 15.101-1 will be employed, which permits the Government to make tradeoffs among cost or price and non-cost factors and to consider award to other than the lowest price offeror or other than the highest technically rated offeror. This process will take into consideration the results of the technical evaluation, the past performance evaluation (if applicable) and the cost analysis.

f. The Government reserves the right to make a single award, multiple awards, or no award at all to the RFP. In addition, the RFP may be amended or canceled as necessary to meet our requirements. Synopses of awards exceeding $25,000 will be published in the Federal Business Opportunities website (http://www.fedbizopps.gov ).

## L.37 OBTAINING AND DISSEMINATING BIOMEDICAL RESEARCH RESOURCES

As a public sponsor of biomedical research, the National Institutes of Health (NIH) has a dual interest in accelerating scientific discovery and facilitating product development. Intellectual property restrictions can stifle the broad dissemination of new discoveries and limit future avenues of research and product development. At the same time, reasonable restrictions on the dissemination of research tools are sometimes necessary to protect legitimate proprietary interests and to preserve incentives for commercial development. To assist NIH contractors achieve an appropriate balance, the NIH has provided guidance in the form of a two-part document, consisting of Principles setting forth the fundamental concepts and Guidelines that provide specific information to patent and license professionals and sponsored research administrators for implementation.

The purpose of these Principles and Guidelines is to assist NIH funding recipients in determining: 1) Reasonable terms and conditions for making NIH-funded research resources available to scientists in other institutions in the public and private sectors (disseminating research tools); and 2) Restrictions to accept as a conditions of receiving access to research tools for use in NIH-funded research (acquiring research tools). The intent is to help recipients ensure that the conditions they impose and accept on the transfer of research tools will facilitate further biomedical research, consistent with the requirements of the Bayh-Dole Act and NIH funding policy.

This policy, entitled, "Sharing Biomedical Research Resources: Principles and Guidelines for Recipients of NIH Research Grants and Contracts," (Federal Register Notice, December 23, 1999 [64 FR 72090] will be included in any contract awarded from this solicitation. It can be found at the following website: http://frwebgate1.access.gpo.gov/cgi-bin/waisgate.cgi?WAISdocID=0133687492+0+0+0&WAISaction=retrieve

## L.38 SMALL BUSINESS SUBCONTRACTING PLAN

If the proposed contract exceeds a total estimated cost of $500,000 for the entire period of performance, the apparent successful offeror will be required to submit an acceptable subcontracting plan in accordance with the terms of the clause entitled "Small Business Subcontracting Plan," FAR Clause No. 52.219-9, incorporated herein as an attachment in Section J of this RFP is an example of such a plan.

a) THIS PROVISION DOES NOT APPLY TO SMALL BUSINESS CONCERNS.

b) The term "subcontract" means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime contractor or subcontractor calling for supplies or services required for the performance of the original contract or subcontract. This includes, but is not limited to, agreements/purchase orders for supplies and services such as equipment purchase, copying services, and travel services.

c) The offeror understands that:

(1) No contract will be awarded unless and until an acceptable plan is negotiated with the Contracting Officer which plan will be incorporated into the contract, as a material part thereof.

(2) An acceptable plan must, in the determination of the Contracting Officer, provide the maximum practicable opportunity for Small Businesses, Small Disadvantaged Businesses, Women-Owned Small businesses, HubZone Small Businesses, Veteran-Owned Small Businesses, and Service Disabled Veteran-Owned Small Businesses to participate in the performance of the contract.

(3) If a subcontracting plan acceptable to the Contracting Officer is not negotiated within the time limits prescribed by the contracting activity and such failure arises out of causes within the control and with the fault or negligence of the offeror, the offeror will be ineligible for an award. The Contracting Officer will notify the Contractor in writing of the reasons for determining a subcontracting plan unacceptable early enough in the negotiation process to allow the Contractor to modify the plan within the time limits prescribed.

(4) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(5) It is the offeror's responsibility to develop a satisfactory subcontracting plan with respect to Small Business Concerns, Small Disadvantaged Business Concerns, Women-Owned Small Business Concerns, HubZone Small Business Concerns, Veteran-Owned Small Business Concerns, and Service Disabled Veteran-Owned Small Business Concerns that each such aspect of the offeror's plan will be judged independent of the other.

(6) The offeror will submit, as required by the Contracting Officer, subcontracting reports in accordance with the instructions thereon, and as further directed by the Contracting Officer. Subcontractors will also submit these reports to the Government's Contracting Officer or as otherwise directed, with a copy to the prime Contractor's designated small and disadvantaged business liaison.

d) Each plan must contain the following:

(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Business Concerns as subcontractors.

(2) A statement of total dollars planned to be subcontracted. A statement of total dollars to be subcontracted to each of the following type of small business concerns: Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses.

(3) A description of the principal types of supplies and services to be subcontracted with an identification of which supplies and services are expected to be subcontracted to Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and/or Service Disabled Veteran-Owned Small Business Concerns.

(4) A description of the method used to develop the subcontracting goals.

(5) A description of the method used to identify potential sources for solicitation purposes.

(6) A statement as to whether or not indirect costs were included in establishing subcontracting goals. If they were, a description of the method used to determine the proportionate share of indirect costs to be incurred with

Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses.

(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program and a description of his/her duties.

(8) A description of the efforts the offeror will make to assure that Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses have an equitable chance to compete for subcontracts.

(9) Assurances that the offeror will include in all subcontracts the contract clause "Utilization of Small Business Concerns." Assure that all subcontractors, other than small businesses, in excess of $500,000 adopt a plan similar to the plan agreed upon by the offeror.

(10) Assurances that the offeror (and any required subcontractors) will cooperate in studies or surveys as required and submit required reports (SF 294 and SF 295) to the Government.

(11) List the types of records the offeror will maintain to demonstrate procedures that have been adopted to comply with the requirement and goals in the plan, including establishing source lists. Also, the offeror will describe its efforts to locate Small, Small Disadvantaged, Women-Owned, HUBZone, Veteran-Owned, and Service Disabled Veteran-Owned Small Businesses and award subcontracts to them.

For additional information about each of the above elements required to be contained the subcontracting plan, see FAR Clause 52.219-9, Small Business Subcontracting Plan, and the Sample Subcontracting Plan, which is provided as an attachment to this RFP in SECTION J.

## L.39 HUBZONE SMALL BUSINESS CONCERNS

Small Business offerors located in underutilized business zones, called "HUBZones," will be evaluated in accordance with FAR Clause 52.219-4, NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS, which is incorporated by reference in ARTICLE I.3. of this solicitation. Qualified HUBZone firms are identified in the Small Business Administration website at http://www.sba.gov/hubzone.

## L.40 SALARY RATE LIMITATION INFORMATION FOR OFFERORS

Pursuant to Public Law cited below, no NIH Fiscal Year funds may be used to pay the direct salary of an individual through any contract awarded as a result of this solicitation at a rate in excess of the Executive Schedule, Level I [direct salary is exclusive of overhead, fringe benefits, and general and administrative expenses (also referred to as "indirect cost" or "facilities and administrative [F&A] costs"]. An individual's direct salary (or institutional base salary) is the annual compensation that the contractor pays for an individual's appointment whether that individual's time is spent on research, teaching, patient care or other activities. Direct salary (or institutional base salary) excludes any income that an individual may be permitted to earn outside of duties to the contractor.

This does not preclude the offeror from absorbing that portion of an employee's annual salary (plus the dollar amount for fringe benefits and associated indirect costs) that exceeds a rate of the Executive Schedule, Level I. The salary rate limitation set by P.L. 108-199 applies only to Fiscal Year 2004 funds, however, salary rate ceilings for subsequent years may be included in future DHHS appropriation acts. Multi-year contracts awarded pursuant to this solicitation may be subject to unilateral modifications by the Government if an individual's annual salary exceeds any salary rate ceiling established in future appropriations acts. The Executive Schedule, Level I annual salary rate limit also applies to individuals proposed under subcontracts, however it does not apply to consultants. P.L. 108-199 states in pertinent part:

"None of the funds appropriated in this Act for the National Institutes of Health, the Agency for Healthcare Research and Quality, and the Substance Abuse, and Mental Health Services Administration will be used to pay the salary of an individual through a grant or extramural mechanism at a rate in excess of Executive Level I."

The limitation rate for Fiscal Year 2005 is pending; Fiscal Year 2004 rates should be used in the preparation of proposals.

Link to current Executive Schedule Salaries: http://www.opm.gov/oca/PAYRATES/index.htm

## L.41 INSTITUTIONAL RESPONSIBILITY REGARDING CONFLICTING INTERESTS OF INVESTIGATORS

**EACH INSTITUTION MUST:**

c) Maintain an appropriate written, enforced policy on conflict of interest that complies with 42 CFR Part 50 Subpart F and/or 45 CFR Part 94 as appropriate and inform each investigator of the Institution's policy, the Investigator's reporting responsibilities, and the applicable regulations. If the Institution carries out the NIH funded research through subgrantees, contractors or collaborators, the Institution must take reasonable steps to ensure that Investigators working for such entities comply with the regulations, either by requiring those investigators to comply with the Institution's policy or by requiring the entities to provide assurances to the Institution that will enable the Institution to comply with the regulations.

d) Designate an Institutional official(s) to solicit and review financial disclosure statements from each Investigator who is planning to participate in NIH-funded research.

e) Require that by the time an application/proposal is submitted to the NIH each investigator who is planning to participate in the NIH-funded research has submitted to the designated official(s) a listing of his/her known Significant Financial Interests (and those of his/her spouse and dependent children): (i) that would reasonably appear to be affected by the research for which the NIH funding is sought; and (ii) in entities whose financial interests would reasonably appear to be affected by the research. All financial disclosures must be updated during the period of the award, either on an annual basis or as new reportable Significant Financial Interests are obtained.

f) Provide guidelines consistent with the regulations for the designated official(s) to identify conflicting interests and take such actions as necessary to ensure that such conflicting interests will be managed, reduced, or eliminated.

g) Maintain records, identifiable to each award, of all financial disclosures and all actions taken by the institution with respect to each conflicting interest for: (1) in the case of grants, at least three years from the date of submission of the final expenditures report or, where applicable, from other dates specified in 45 CFR Part 74.53(b) and (2) in the case of contracts, 3 years after final payment or, where applicable, for the other time period specified in 48 CFR Part 4 Subpart 4.7, Contract Records Retention.

h) Establish adequate enforcement mechanisms and provide for sanctions where appropriate.

i) Certify, in each application/proposal for funding to which the regulations applies, that:

1) there is in effect at the Institution a written and enforced administrative process to identify and manage, reduce or eliminate conflicting interests with respect to all research projects for which funding is sought from the NIH;

2) prior to the Institution's expenditure of any funds under the award, the Institution will report to the awarding component the existence of a conflicting interest (but not the nature of the interest or other details) found by the Institution and assure that the interest has been managed, reduced

or eliminated in accord with the regulations; and for any interest that the Institution identifies as conflicting subsequent to the expenditure of funds after award, the report will be made and the conflicting interest managed, reduced, or eliminated, at least on a temporary basis within sixty days of that identification;

3) the Institution agrees to make information available, upon request, to the awarding component regarding all conflicting interests identified by the Institution and how those interested have been managed, reduced, or eliminated to protect the research from bias; and

4) the Institution will otherwise comply with the regulations.

**Institutional Management of Conflicting Interests**

(a) The designated official(s) must: (1) review all financial disclosures; and (2) determine whether conflict of interest exists, and if so, determine what actions should be taken by the Institution to manage, reduce or eliminate such conflict of interest. **A conflict of interest exists when the designated official(s) reasonably determines that a Significant Financial Interest could directly and significantly affect the design, conduct, or reporting of the NIH-funded research.**

Examples of conditions or restrictions that might be imposed to manage actual or potential conflicts of interests include, but are not limited to:

(i) public disclosure of significant financial interests;
(ii) monitoring of research by independent reviewers;
(iii) modification of the research plan;
(iv) disqualification of the Investigator(s) from participation in all or a portion of the research funded by the awarding component;
(v) divestiture of significant financial interests; or
(vi) severance of relationships that create actual or potential conflicts of interests.

b) An Institution may require the management of other conflicting financial interests in addition to those described in paragraph (a) of this section, as the Institution deems appropriate.

## L.42 PAST PERFORMANCE INFORMATION

a) Offerors will submit the following information as part of their business proposal.

A list of the last five contracts completed during the past five years and the last three contracts currently in process that are similar in nature to the workscope of this solicitation. Contracts listed may include those entered into by the Federal Government, agencies of state and local governments and commercial concerns. Offerors that are newly formed entities without prior contracts should list contracts and subcontracts as required above for all key personnel.

Include the following information for each contract or subcontract:

1. Name of Contracting Organization
2. Contract Number (for subcontracts, provide the prime contract number and the subcontract number)
3. Contract Type
4. Total Contract Value
5. Description of Requirement
6. Contracting Officer's Name and Telephone Number

7. Program Manager's Name and Telephone Number
8. Standard Industrial Code/NAICS Code

The offeror will submit comparable information on all subcontractors that the offeror proposes to perform a major subcontract under this effort. For the purpose of this solicitation, a "major subcontract" is defined as one that is essential to the completion of the project.

The offeror may provide information on problems encountered on the identified contracts and the offeror's corrective actions.

b) Each offeror will be evaluated on its performance under existing and prior contracts for similar products or services. The Government is not required to contact all references provided by the offeror. Also, references other than those identified by the offeror may be contacted by the Government to obtain additional information that will be used in the evaluation of the offeror's past performance.

## L.43 SHARING RESEARCH DATA

The NIH endorses the sharing of final research data to expedite the translation of research results into knowledge, products, and procedures to improve human health. This contract is expected to generate research data that must be shared with the public and other researchers. NIH's data sharing policy may be found at the following Web site:

http://grants.nih.gov/grants/guide/notice-files/NOT-OD-03-032.html

NIH recognizes that data sharing may be complicated or limited, in some cases, by institutional policies, local IRB rules, as well as local, state and Federal laws and regulations, including the Privacy Rule (see HHS-published documentation on the Privacy Rule at http://www.hhs.gov/ocr/ ). The rights and privacy of people who participate in NIH-funded research must be protected at all times; thus, data intended for broader use should be free of identifiers that would permit linkages to individual research participants and variables that could lead to deductive disclosure of the identity of individual subjects.

The offeror must submit a plan for the sharing of research data, which will be evaluated by the Government as a part of the proposal. *[It will be helpful to review the RFP for the NCS-CC in the development of this plan. The NCS-CC will hold primary responsibility for the sharing of Study data, but the offeror must address the considerations.]*

## III. INSTRUCTIONS TO OFFERORS--TECHNICAL PROPOSALS

## L.44 TECHNICAL PROPOSAL INSTRUCTIONS

A detailed work plan must be submitted indicating how each aspect of the statement of work is to be accomplished. Your technical approach should be in as much detail as you consider necessary to fully explain your proposed technical approach or method. The Technical Proposal should reflect a clear understanding of the nature of the work being undertaken. The Technical Proposal must include information on how the project is to be organized, staffed, and managed. Information should be provided which will demonstrate your understanding and management of important events or tasks.

## L.45 TECHNICAL DISCUSSIONS

The technical discussion included in the Technical Proposal should respond to the items set forth below:

**(a) STATEMENT OF WORK**

(1) OBJECTIVES. State the overall objectives and the specific accomplishments you hope to achieve. Indicate the rationale for your plan and relation to comparable work in progress elsewhere. Review pertinent work already published which is relevant to this project and your proposed approach. This should support the scope of the project as you perceive it.

(2) APPROACH. Use as many subparagraphs, appropriately titled, as needed to clearly outline the general plan of work. Discuss phasing of research and, if appropriate, include experimental design and possible or probable outcome of approaches proposed.

(3) METHODS. Describe in detail the methodologies you will use for the project, indicating your level of experience with each, areas of anticipated difficulties, and any unusual expenses you anticipate.

(4) SCHEDULE. Provide a schedule for completion of the work and delivery of items specified in the statement of work. Performance or delivery schedules will be indicated for phases or segments, as applicable, as well as for the overall program. Schedules will be shown in terms of calendar months from the date of a stated event, as for example, receipt of a required approval by the Contracting Officer. Unless this RFP indicates that the stipulated schedules are mandatory, they will be treated as desired or recommended schedules. In this event, proposals based on the offeror's best alternative schedule, involving no overtime, extra shift or other premium, will be accepted for consideration.

**(b) RESOURCES**

Provide a schedule for the type and quantity of direct labor proposed for the project. Identify levels of effort for specific personnel where known or otherwise by job title. Also provide a description or tabulation of types and quantities of materials, equipment, services, subcontracts, and other resources to be funded by, and necessary for, performance of the proposed contract. Indirect costs (overhead), fixed fee (if any), salary and wages, and total costs will not be included in the Technical Proposal.

**(c) PERSONNEL**

Describe the experience and qualifications of personnel who will be assigned for direct work on this program. Information is required which will show the composition of the task or work group, its general qualifications, and recent experience with similar equipment or programs. Special mention must be made of direct technical supervisors and key technical personnel, and the approximate percentage of the total time each will be available for this program.

OFFERORS SHOULD ASSURE THAT THE PRINCIPAL INVESTIGATOR, AND ALL OTHER PERSONNEL PROPOSED, WILL NOT BE COMMITTED ON FEDERAL GRANTS AND CONTRACTS FOR MORE THAN A TOTAL OF 100% OF THEIR TIME. IF THE SITUATION ARISES WHERE IT IS DETERMINED THAT A PROPOSED EMPLOYEE IS COMMITTED FOR MORE THAN 100% OF HIS OR HER TIME, THE GOVERNMENT WILL REQUIRE ACTION ON THE PART OF THE OFFEROR TO CORRECT THE TIME COMMITMENT.

(1) PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR: List the name of the Principal Investigator/Project Director responsible for overall implementation of the contract and key contact for technical aspects of the project. Even though there may be co-investigators, identify the individual who will be responsible for the overall implementation of any awarded contract. Discuss the qualifications, experience, and accomplishments of the Principal Investigator/Project Director. State the estimated time to be spent on the project, his/her proposed duties, and the areas or phases for which he/she will be responsible. If the principal investigator proposed for this RFP is committed in excess of 100% of his/her time the proposal must include appropriate explanations.

(2) OTHER INVESTIGATORS. List all other investigators who will be participating in the project. Discuss their qualifications, experience, and accomplishments. State the estimated time each will spend on the project, proposed duties on the project, and the areas or phases for which each will be responsible.

(3) ADDITIONAL PERSONNEL. List names, titles, and proposed duties of additional personnel, if any, who will be required for full-time employment, or on a subcontract or consultant basis. The technical areas, character, and extent of

subcontract or consultant activity will be indicated and the anticipated sources will be specified and qualified. For all proposed personnel who are not currently members of your staff, a letter of commitment or other evidence of availability is required. A resume does not meet this requirement. Commitment letters for use of consultants and other personnel to be hired must include:

The specific items or expertise they will provide.

Their availability to the project and the amount of time anticipated.

Willingness to act as a consultant.

How rights to publications and patents will be handled.

(4) RESUMES. Resumes of all key personnel are required. Each must indicate education background, recent experience, and specific or technical accomplishments, and a listing of relevant publications.

## L.46 TECHNICAL EVALUATION

Proposals will be technically evaluated in accordance with the factors, weights, and order of relative importance as described in the Technical Evaluation Criteria (Section M of this RFP).

## L.47 ADDITIONAL TECHNICAL PROPOSAL INFORMATION

Proposals that merely offer to conduct a program in accordance with the requirements of the Government's scope of work will not be eligible for award. You must submit an explanation of your proposed technical approach in conjunction with the tasks to be performed in achieving the project objectives.

The technical evaluation is conducted in accordance with the weighted technical evaluation criteria by an initial review panel. This evaluation produces a numerical score (points), which is based upon the information contained only in your proposal.

## L.48 PROJECT OBJECTIVES - NIH 1688-1

The offeror will insert a completed NIH Form 1688-1, Project Objectives (as provided by Attachment in Section J), behind the Title Page of each copy of the proposal, along with the "Government Notice for Handling Proposals." The NIH form 1688-1 is to be completed as follows:

a) **For an Institution of Higher Education:** The form MUST be completed in its entirety.
b) **For OTHER than an Institution of Higher Education:** The starred items (Department, Service, Laboratory or Equivalent, and Major Subdivision) should be left blank..

The information required under the "Summary of Objectives" portion of the form MUST meet the requirements set forth in the section of the form entitled, "INSTRUCTIONS" (located at the bottom of the form).

## L.49 OTHER CONSIDERATIONS

Record and discuss specific factors not included elsewhere which support your proposal. Using specifically titled subparagraphs, items may include:

Unique arrangements, equipment, etc., which none or very few organizations are likely to have, which may be advantageous for effective implementation of this program.

Equipment and unusual operating procedures established to protect personnel from hazards associated with this program.

Other factors you feel are important and support your proposed research.

Recommendations for changing reporting requirements if such changes would be more compatible with your proposed schedules.

## L.50 INFORMATION TECHNOLOGY SYSTEMS SECURITY

Information technology system security is applicable to this solicitation and the following information is provided to supplement this item to assist in proposal preparation. Although the NCS-CC will hold primary responsibility for the security of the information management system for the National Children's Study, the offeror must include considerations at their individual site(s). The proposal must present a detailed outline of its proposed Information Technology systems security program which complies with the requirements of the Statement of Work, the Computer Security Act of 1987 Office of Management and Budget (OMB) Circular A-130, Appendix III, "Security of Federal Automated Information Systems," and the DHHS Automated Information Systems Security Program Handbook (Release 2.0, dated May, 1994). The proposal will also need to include similar information for any subcontract proposed.

(a) **Sensitivity and Security Level Designations.**

The Statement of Work (SOW) requires the successful offeror to develop or access a Federal Automated Information System (AIS). Based upon the security guidelines contained in the *Department of Health and Human Services (DHHS) Automated Information Systems Security Program (AISSP) Handbook,* the Government has determined that the following apply:

(1) Category of Safeguarded Information

The safeguarded agency information that the successful offeror will develop or access is categorized as:

[ ] Non Sensitive Information
[ X ] Sensitive Information
[ ] Classified Information:
[ ] Confidential [ ] Secret [ ] Top Secret [ ] Special Access

(2) Security Level Designations

The information that the successful offeror will develop or access is designated as follows:

**Level** 6 applies to the sensitivity of the data.
**Level** 5 applies to the operational criticality of the data.
The overall Security Level designation for this requirement is **Level** 5 .

(3) Position Sensitivity Designations

Prior to award, the Government will determine the position sensitivity designation for each contractor employee who will be handling the data directly, that the successful offeror proposes to work under the contract. For proposal preparation purposes, the following designations apply:

[ X ] **Level 6C: Sensitive - High Risk (Requires Suitability Determination with a BI).** Contractor employees assigned to a Level 6C position are subject to a Background Investigation (BI).

[X] **Level 5C: Sensitive - Moderate Risk (Requires Suitability Determination with NACIC).**
Contractor employees assigned to a Level 5C position with no previous investigation and approval shall undergo a National Agency Check and Inquiry Investigation plus a Credit Check (NACIC), or possibly a Limited Background Investigation (LBI).

[ ] **Level 4C: Classified (Requires Special Access Clearance with an SSBI).**
Contractor employees assigned to a Level 4C position are subject to a Single Scope Background Investigation (SSBI).

[ ] **Level 3C: Classified (Requires Top Secret Clearance with an SSBI).**
Contractor employees assigned to a Level 3C position are subject to a Single Scope Background Investigation (SSBI).

[ ] **Level 2C: Classified (Requires Confidential or Secret Clearance with an LBI).**
Contractor employees assigned to a Level 2C position shall undergo a Limited Background Investigation (LBI).

[ ] **Level 1C: Non Sensitive (Requires Suitability Determination with an NACI).**
Contractor employees assigned to a Level 1C position are subject to a National Agency Check and Inquiry Investigation (NACI).

Upon award, the contractor will be required to submit a roster of all IT staff working under the contract. The Government will determine the appropriate level of suitability investigation required for each staff member.

Contractor employees who have met investigative requirements within the past five years may only require an updated or upgraded investigation.

(b) **Information Technology (IT) System Security Program**

The offeror's proposal must:

(1) Include a detailed System Security Plan (SSP) of its present and proposed IT systems security program commensurate with the size and complexity of the requirements of the Statement of Work. A template for a full System Security Plan are available at:
(i) SSP Template (detailed) http://irm.cit.nih.gov/security/secplantemp.doc
(ii) Security Plan Outline (outline only) http://irm.cit.nih.gov/nihsecurity/Security_Plan_Outline.doc

(2) Demonstrate that it complies with the AISSP security requirements; the Computer Security Act of 1987; Office of Management and budget (OMB) Circular A-130, Appendix III, "Security of Federal Automated Information Systems;" and the DHHS AISSP Handbook.

At a minimum, the offeroe's propose information technology systems security program must address the minimum requirements of a Security Level 5 identified in the DHHS AISSP Handbook, Exhibit III-A Matrix of Minimum Security Safeguards.

Examples of the minimum areas to be addressed include, but are not limited to administrative, technical, and physical security as follows:

(i) Security Awareness Training
(ii) Access Control
-Network (ex: firewall)
-System (ex: network OS, tcp wrappers, SSH)

-Application (ex: S-LDAP, SSL)
-Remote Access (ex: VPN)
-Monitoring and support (ex: IDS, pager, NOC)

(iii) Protection against data loss
-OS security (ex: patch management, configuration)
-Application security (ex: patch management)
-Database security
-Back-up and recovery
-Fault tolerance, high availability

(iv) Malicious Code Protection (ex: Antivirus, filtering of e-mail attachments, etc)

(v) Physical Security
-Access control (ex: locks, guards)
-Power condioning and/or UPS
-Air conditioning
-Fire protection

(3) Include an acknowledgment of its understanding of the security requirements.

(4) Provide similar information for any proposed subcontractor developing or accessing an AIS.

(c) **Required Training for IT Systems Security**

DHHS policy requires that contractors receive security training commensurate with their responsibilities for performing work under the terms and conditions of their contractual agreements.

The successful offeror will be responsible for assuring that each contractor employee has completed the following NIH Computer Security Awareness Training course prior to performing any contract work: http://irtsectraining.nih.gov/. The contractor will be required to maintain a listing of all individuals who have completed this training and submit this listing to the Government.

Additional security training requirements commensurate with the position may be required as defined in OMB Circular A-130 or NIST Special Publication 800-16, "Information Technology Security Training Requirements." These documents provide information about IT security training that may be useful to potential offerors.

(d) **References**

The following documents are electronically accessible:

(1) OMB Circular A-130, Appendix III: http://csrc.ncsl.nist.gov/secplcy/a130app3.txt
(2) DHHS AISSP Handbook: http://irm.cit.nih.gov/policy/aissp.html
(3) DHHS Personnel Security/Suitability Handbook: http://www.hhs.gov/ohr/manual/pssh.pdf
(4) NIH Applications/Systems Security Template: http://irm.cit.nih.gov/security/secplantemp.doc
(5) NIH Security Plan Outline: http://irm.cit.nih.gov/nihsecurity/Security_Plan_Outline.doc
(6) NIST Special Publication 800-16, "Information Technology Security Training Requirements:"
http://csrc.nist.gov/publications/nistpubs/800-16/800-16.pdf
Appendix A-D: http://csrc.nist.gov/publications/nistpubs/800-16/AppendixA-D.pdf
(7) NIH CIT-Policies, Guidelines and Regulations:
Table 1 - Categories of Safeguarded Agency Information:
http://irm.cit.nih.gov/security/table1.htm

Table 2 - Security Level Designations for Agency Information:
http://irm.cit.nih.gov/security/table2.htm
Table 3 - Positions Sensitivity Designations for Individuals Accessig Agency Information:

http://irm.cit.nih.gov/security/table3.htm

(8) NCI Information Technology Security Policies, Forms and Procedures for Contracts: http://virtual.nci.nih.gov/security/policy/aissp/contractor/contractor_aissp.htm

## IV. INSTRUCTIONS TO OFFERORS--BUSINESS PROPOSALS

## L.51 COST AND PRICING DATA

### a. Basic Cost/Price Information

The business proposal must contain sufficient information to allow the Government to perform a basic analysis of the proposed cost or price of the work. This information will include the amounts of the basic elements of the proposed cost or price. These elements will include, as applicable, direct labor, fringe benefits, travel, materials, subcontracts, purchased parts, shipping, indirect costs and rate, fee, and profit.

#### 1. General Instructions

A. You must provide the following information on the first page of your pricing proposal:

(1) Solicitation, contract, and/or modification number;

(2) Name and address of offeror;

(3) Name and telephone number of point of contact;

(4) Name of contract administration office (if available);

(5) Type of contract action (that is, new contract, change order, price revision/redetermination, letter contract, unpriced order, or other);

(6) Proposed cost; profit or fee; and total;

(7) Whether you will require the use of Government property in the performance of the contract, and, if so, what property;

(8) Whether your organization is subject to cost accounting standards; whether your organization has submitted a CAS Disclosure Statement, and if it has been determined adequate; whether you have been notified that you are or may be in noncompliance with your Disclosure Statement or CAS, and, if yes, an explanation; whether any aspect of this proposal is inconsistent with your disclosed practices or applicable CAS, and, if so, an explanation; and whether the proposal is consistent with your established estimating and accounting principles and procedures and FAR Part 31, Cost Principles, and, if not, an explanation;

(9) The following statement: This proposal reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.403-5(b)(1) and Table 15-2. By submitting this proposal, we grant the Contracting Officer and authorized representative(s) the right to examine, at any time before award, those records, which include books, documents, accounting procedures and practices, and other data, regardless of type and form or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evaluation of the proposed price;

(10) Date of submission; and

(11) Name, title and signature of authorized representative.

B. In submitting your proposal, you must include an index, appropriately referenced, of all the cost or pricing data and information accompanying or identified in the proposal. In addition, you must annotate any future additions and/or revisions, up to the date of agreement on price, or an earlier date agreed upon by the parties, on a supplemental index.

C. As part of the specific information required, you must submit, with your proposal, cost or pricing data (that is, data that are verifiable and factual and otherwise as defined at FAR 15.401). You must clearly identify on your cover sheet that cost or pricing data are included as part of the proposal. In addition, you must submit with your proposal any information reasonably required to explain your estimating process, including--

(1) The judgmental factors applied and the mathematical or other methods used in the estimate, including those used in projecting from known data; and

(2) The nature and amount of any contingencies included in the proposed price.

D. You must show the relationship between contract line item prices and the total contract price. You must attach cost-element breakdowns for each proposed line item, using the appropriate format prescribed in the "Formats for Submission of Line Item Summaries" section of this table. You must furnish supporting breakdowns for each cost element, consistent with your cost accounting system.

E. When more than one contract line item is proposed, you must also provide summary total amounts covering all line items for each element of cost.

F. Whenever you have incurred costs for work performed before submission of a proposal, you must identify those costs in your cost/price proposal.

G. If you have reached an agreement with Government representatives on use of forward pricing rates/factors, identify the agreement, include a copy, and describe its nature.

H. As soon as practicable after final agreement on price or an earlier date agreed to by the parties, but before the award resulting from the proposal, you must, under the conditions stated in FAR 15.406-2, submit a Certificate of Current Cost or Pricing Data.

2. **Cost Elements**

Depending on your system, you must provide breakdowns for the following basic cost elements, as applicable. A form for the general cost information and an Excel spreadsheet for detailed cost development is available at http://www4.od.nih.gov/ocm/contracts/rfps/buscost.htm .

A. Materials and services. Provide a consolidated priced summary of individual material quantities included in the various tasks, orders, or contract line items being proposed and the basis for pricing (vendor quotes, invoice prices, etc.). Include raw materials, parts, components, assemblies, and services to be produced or performed by others. For all items proposed, identify the item and show the source, quantity, and price. Conduct price analyses of all subcontractor proposals. Conduct cost analyses for all subcontracts when the subcontractor submits cost or pricing data. Include these analyses as part of your own cost or pricing data submissions for subcontracts expected to exceed the appropriate threshold in FAR 15.403-4. Submit the subcontractor cost or pricing data as part of your own cost or pricing data as required in paragraph 2.A(2) of this table. These requirements also apply to all subcontractors if required to submit cost or pricing data.

(1) Adequate Price Competition. Provide data showing the degree of competition and the basis for establishing the source and reasonableness of price for those acquisitions (such as subcontracts, purchase orders, material order, etc.) exceeding, or expected to exceed, the appropriate threshold set forth at FAR 15.403-4 priced on the

basis of adequate price competition. For inter-organizational transfers priced at other than the cost of comparable competitive commercial work of the division, subsidiary, or affiliate of the contractor, explain the pricing method (see FAR 31.205-26(e)).

(2) All Other. Obtain cost or pricing data from prospective sources for those acquisitions (such as subcontracts, purchase orders, material order, etc.) exceeding the threshold set forth in FAR 15.403-4 and not otherwise exempt, in accordance with FAR 15.403-1(b) (i.e., adequate price competition, commercial items, prices set by law or regulation or waiver). Also provide data showing the basis for establishing source and reasonableness of price. In addition, provide a summary of your cost analysis and a copy of cost or pricing data submitted by the prospective source in support of each subcontract, or purchase order that is the lower of either $10,000,000 or more, or both more than the pertinent cost or pricing data threshold and more than 10 percent of the prime contractor's proposed price. The Contracting Officer may require you to submit cost or pricing data in support of proposals in lower amounts. Subcontractor cost or pricing data must be accurate, complete and current as of the date of final price agreement, or an earlier date agreed upon by the parties, given on the prime contractor's Certificate of Current Cost or Pricing Data. The prime contractor is responsible for updating a prospective subcontractor's data. For standard commercial items fabricated by the offeror that are generally stocked in inventory, provide a separate cost breakdown, if priced based on cost. For inter-organizational transfers priced at cost, provide a separate breakdown of cost elements. Analyze the cost or pricing data a and submit the results of your analysis of the prospective source's proposal. When submission of a prospective source's cost or pricing data is required as described in this paragraph, it must be included along with your own cost or pricing data submission, as part of your own cost or pricing data. You must also submit any other cost or pricing data obtained from a subcontractor, either actually or by specific identification, along with the results of any analysis performed on that data.

B. Direct Labor. Provide a time-phased (e.g., monthly, quarterly, etc.) breakdown of labor hours, rates, and cost by appropriate category, and furnish bases for estimates.

C. Indirect Costs. Indicate how you have computed and applied your indirect costs, including cost breakdowns. Show trends and budgetary data to provide a basis for evaluating the reasonableness of proposed rates. Indicate the rates used and provide an appropriate explanation.

D. Other Costs. List all other costs not otherwise included in the categories described above (e.g., special tooling, travel, computer and consultant services, preservation, packaging and packing, spoilage and rework, and Federal excise tax on finished articles) and provide bases for pricing.

E. Royalties. If royalties exceed $1,500, you must provide the following information on a separate page for each separate royalty or license fee:

(1) Name and address of licensor.

(2) Date of license agreement. (3) Patent numbers.

(4) Patent application serial numbers, or other basis on which the royalty is payable.

(5) Brief description (including any part or model numbers of each contract item or component on which the royalty is payable).

(6) Percentage or dollar rate of royalty per unit.

(7) Unit price of contract item.

(8) Number of units.

(9) Total dollar amount of royalties.

(10) If specifically requested by the Contracting Officer, a copy of the current license agreement and identification of applicable claims of specific patents (see FAR 27.204 and 31.205-37).

F. Facilities Capital Cost of Money. When you elect to claim facilities capital cost of money as an allowable cost, you must submit Form CASB-CMF and show the calculation of the proposed amount (see FAR 31.205-10).

3. **Formats for Submission of Line Item Summaries**

The detailed breakdown will be in the format as shown on the form Breakdown of Proposed Estimated Cost (plus fee) and Labor Hours (Section L, List of Attachments). For each separate cost estimate, the offeror must furnish a breakdown by cost element as indicated above. In addition, summary total amounts will be furnished. In the event the RFP cites specific line items, by number, a cost breakdown for each line item must be furnished.

4. There is a clear distinction between submitting cost or pricing data and merely making available books, records, and other documents without identification. The requirement for submission of cost or pricing data is met when all accurate cost or pricing data reasonably available to the offeror have been submitted, either actually or by specific identification, to the Contracting Officer or an authorized representative. As later information comes into your possession, it should be submitted promptly to the Contracting Officer in a manner that clearly shows how the information relates to the offeror's price proposal. The requirement for submission of cost or pricing data continues up to the time of agreement on price, or an earlier date agreed upon between the parties if applicable.

5. By submitting your proposal, you grant the Contracting Officer or an authorized representative the right to examine records that formed the basis for the pricing proposal. That examination can take place at any time before award. It may include those books, records, documents, and other types of factual information (regardless of form or whether the information is specifically referenced or included in the proposal as the basis for pricing) that will permit an adequate evaluation of the proposed price.

## L.52 QUALIFICATIONS OF THE OFFEROR

You are requested to submit a summary of your General Experience, Organizational Experience Related to this RFP, Performance History, Pertinent Contracts and Grants.

(1) "General experience" is defined as general background, experience and qualifications of the offeror. A discussion of proposed facilities that can be devoted to the project may be appropriate.

(2) "Organizational experience" is defined as the accomplishment of work, either past or on going, which is comparable or related to the effort required by this RFP. This includes overall offeror or corporate experience, BUT NOT the experience and/or past performance or individuals who are proposed as personnel involved with the Statement of Work in this RFP.

(3) "Performance history" is defined as meeting contract objectives within DELIVERY and COST SCHEDULES on efforts, either past or on-going, which is comparable or related to the effort required by this RFP.

(3) "Pertinent contracts" is defined as a listing of each related contract completed within the last three years or currently in process. The listing should include: 1) the contract number; 2) contracting agency; 3) contract dollar value; 4) dates contract began and ended (or ends); 5) description of contract work; 6) explanation of relevance of work to this RFP; 7) actual delivery and cost performance versus delivery and cost agreed to in the contract(s). For award fee

contracts, separately state in dollars the base fee and award fee available and the award fee actually received. The same type of organizational experience and past performance data should be submitted.

(5) "Pertinent grants" - list grants supported by the Government that involve similar or related work to that called for in this RFP. Include the grant number, involved agency, names of the grant specialist and the Science Administrator, identification of the work, and when performed.

You are cautioned that omission or an inadequate or inaccurate response to this very important RFP requirement could have a negative effect on the overall selection process.

## L.53 PROPERTY/EQUIPMENT/FACILITIES

(a) It is HHS policy that Contractors will provide all equipment and facilities necessary for performance of contracts. Exception may be granted to furnish Government-owned property, or to authorize purchase with contract funds, only when approved by the Contracting Officer. If you are proposing additional equipment to be provided by the Government, you must include in your proposal the description and estimated cost of each item. You must include comprehensive justification that includes:

(1) An explanation that the item is for a special use essential to the direct performance of the contract and the item will be used exclusively for the purpose. Office equipment such as desks, office machines, etc. will not be provided under a contract except under very exceptional circumstances.

(2) No practical or economical alternative exists (e.g., rental, capital investment) that can be used to perform the work.

(b) You must identify Government-owned property in your possession and/or Contractor titled property acquired from Federal funds, which you propose to use in the performance of the prospective contract.

(c) If an offeror intends to use existing Government-owned facilities in the performance of this proposed contract, the following will be furnished with the offer: (1) Description and value of all Government production and research property which the offeror or his/her anticipated subcontractors propose to use on a rent-free basis and the cognizant Government Contract Number; (2) Written permission of the Contracting Officer having cognizance of the property for use of that property without charges; (3) Amount of use (in months) to be made of such property, and (4) Amount of rent which would otherwise be charged for such use, computed in accordance with applicable procurement regulations.

(d) The management and control of Government property must be in accordance with DHHS Publication (OS) 686 entitled "Contractor's Guide for Control of Government Property (1990)," a copy of which will be provided upon request.

## L.54 ROYALTIES

Furnish information concerning any royalties that are anticipated to be paid in connection with the performance of work under the proposed contract.

## L.55 FINANCIAL CAPACITY

Indicate if you have the necessary financial capacity, working capital, and other resources to perform the contract without assistance from any outside source. If not, indicate the amount required and the anticipated source.

## L.56 SUBCONTRACTORS

If subcontractors are proposed, please include a commitment letter from the subcontractor detailing:

(1) Willingness to perform as a subcontractor for specific duties (list duties).

(2) What priority the work will be given and how it will relate to other work.

(3) The amount of time and facilities available to this project.

(4) Information on their cognizant field audit office.

(5) How rights to publications and patents are to be handled.

(6) A completed cost proposal in the same format as the offeror's cost proposal.

## L.57 INCREMENTAL FUNDING

The Government intends to award incrementally funded contracts. An incrementally funded cost-reimbursement contract is a contract in which the total work effort is to be performed over a multiple year period and funds are allotted, as they become available, to cover discernible phases or increments of performance. The incremental funding technique allows for contracts to be awarded for periods in excess of one year even though the total estimated amount of funds expected to be obligated for the contract are not available at the time of the contract award. In addition, the following provisions of HHSAR 352.232-75 are applicable:

(a) Sufficient funds are not presently available to cover the total cost of the complete multiple year project described in this solicitation. However, it is the Government's intention to negotiate and award a contract using the incremental funding concepts described in the clause entitled Limitation of Funds. Under that clause, which will be included in the resultant contract, initial funds will be obligated under the contract to cover the first year of performance. Additional funds are intended to be allotted to the contract-by-contract modification, up to and including the full estimated cost of the contract, to accomplish the entire project. While it is the Government's intention to progressively fund this contract over the entire period of performance up to and including the full estimated cost, the Government will not be obligated to reimburse the Contractor for costs incurred in excess of the periodic allotments, nor will the Contractor be obligated to perform in excess of the amount allotted.

(b) The Limitation of Funds clause to be included in the resultant contract will supersede the Limitation of Cost clause at FAR 52.232-20.

## L.58 REPRESENTATIONS AND CERTIFICATIONS

One copy of the Representations and Certifications attached as Section K will be completed and be signed by an official authorized to bind your organization. Additionally, a completed copy of the Representations and Certifications will be submitted from any proposed subcontractor.

Institutional Responsibility Regarding Conflicting Interests of Investigators

EACH INSTITUTION MUST:

(a) Maintain an appropriate written, enforced policy on conflict of interest that complies with 42 CFR Part 50 Subpart F and/or 45 CFR Part 94 as appropriate and inform each investigator of the Institutions policy, the Investigator's reporting responsibilities, and the applicable regulations. If the Institution carries out the NIH funded research through subgrantees, contractors or collaborators, the Institution must take reasonable steps to ensure that Investigators working for such entities comply with the regulations, either by requiring those investigators to comply with the Institution's policy or by requiring the entities to provide assurances to the Institution that will enable the Institution to comply with the regulations.

(b) Designate an Institutional official(s) to solicit and review financial disclosure statements form each Investigator who is planning to participate in NIH-funded research.

(c) Require that by the time an application/proposal is submitted to the NIH each investigator who is planning to participate in the NIH- funded research has submitted to the designated official(s) a listing of his/her known Significant

Financial Interests (and those of his/her spouse and dependent children): (i) that would reasonably appear to be affected by the research for which the NIH funding is sought; and (ii) in entities whose financial interests would reasonably appear to be affected by the research. All financial disclosures must be updated during the period of the award, either on an annual basis or as new reportable Significant Financial Interests are obtained.

(d) Provide guidelines consistent with the regulations for the designated official(s) to identify conflicting interests and take such actions as necessary to ensure that such conflicting interest will be managed, reduced, or eliminated.

(e) Maintain records, identifiable to each award, of all financial disclosures and all actions taken by the institution with respect to each conflicting interest for: (1) in the case of grants, at least three years form the date of submission of the final expenditures report or, where applicable, from other dates specified in 45 CFR Part 74.53(b) and (2) in the case of contracts, 3 years after final payment or, where applicable, for the other time period specified in 48 CFR Part 4 Subpart 4.7, Contract Records Retention.

(f) Establish adequate enforcement mechanisms and provide for sanctions where appropriate.

(g) Certify, in each application/proposal for funding to which the regulations applies, that:

(1) there is in effect at the Institution a written and enforced administrative process to identify and manage, reduce or eliminate conflicting interests with respect to all research projects for which funding is sought from the NIH;

(2) prior to the Institution's expenditure of any funds under the award, the Institution will report to the awarding component the existence of a conflicting interest (but not the nature of the interest of other details) found by the Institution and assure that the interest has been managed, reduced or eliminated in accord with the regulations; and for any interest that the Institution identifies as conflicting interest managed, reduced, or eliminated, at least on a temporary basis within sixty days of that identification;

(3) the Institution agrees to make information available, upon request, to the awarding component regarding all conflicting interests identified by the Institution and how those interested have been managed, reduced, or eliminated to protect the research from bias; and

(4) the institution will otherwise comply with the regulations.

**Institutional Management of Conflicting Interests**

In addition to the information provided above in Article L.41, the following considerations must be made regarding the business proposal:

(a) The designated official(s) must: (1) review all financial disclosures; and (2) determine whether conflict of interest exists, and if so, determine what actions should be taken by the Institution to manage, reduce or eliminate such conflict of interest. A conflict of interest exists when the designated official(s) reasonably determines that a Significant Financial Interest could directly and significantly affect the design, conduct, or reporting of the NIH-funded research.

Examples of conditions or restrictions that might be imposed to manage actual or potential conflicts of interest include, but are not limited to:

(i) public disclosure of significant financial interests;

(ii) monitoring of research by independent reviews;

(iii) modification of the research plan;

(iv) disqualification of the Investigator(s) form participation in all or a portion of the research funded by the awarding component;

(v) divestiture of significant financial interests; or

(vi) severance of relationships that create actual or potential conflicts of interests.

(b) An Institution may require the management of other conflicting financial interests in addition to those described in paragraph (a) of this section, as the Institution deems appropriate.

## L.59 EXTENT OF SMALL DISADVANTAGED BUSINESS PARTICIPATION

In accordance with FAR Subpart 15.304(c)(4), the extent of participation of Small Disadvantaged Business (SDB) concerns in performance of the contract in the authorized NAICS Industry Subsectors will be evaluated in unrestricted competitive acquisitions expected to exceed $500,000 ($1,000,000 for construction) subject to certain limitations (see FAR 19.1202-1 and 19.1202-2(b). The dollar amounts cited above include any option years/option quantities that may be included in this solicitation. The definition of a "small disadvantaged business" is cited in FAR 19.001.

The factor entitled "Extent of Small Disadvantaged Business Participation" as set forth under the Evaluation Criteria in Section M will be used for evaluation purposes. Credit under this evaluation factor is not available to SDB concerns that receive a Price Evaluation Adjustment (PEA) under FAR 19.11. Therefore, an SDB will be evaluated on this factor only if that SDB concern waives the PEA. Waiver of the price evaluation adjustment will be clearly stated in the proposal.

The Department of Commerce determines, on an annual basis, by Subsectors, as contained in the North American Industry Classification System (NAICS) codes, and region, if any, the authorized SDB procurement mechanisms and applicable factors (percentages). The NAICS codes can be found at:

http://www.census.gov/epcd/www/naics.html

The Department of Commerce website for the annual determination is:

http://www.arnet.gov/References/sdbadjustments.htm

Offerors will include with their offers, SDB targets, expressed as dollars and percentages of total contract value, in each of the applicable, authorized NAICS Industry Subsector(s). The applicable authorized NAICS Industry Subsector(s) for this project is (are) identified elsewhere in this RFP. Subcontractors will provide a total target for SDB participation by the prime contractor that includes any joint ventures and team members as well as a total target for SDB participation. In addition, offerors must provide information that describes their plans for meeting the targets set forth in their proposal. This information will be provided in one clearly marked section of the Business Proposal, which will describe the extent of participation of SDB concerns in the performance of the contract.

If the evaluation factor in this solicitation includes an SDB evaluation factor or subfactor that considers the extent to which SDB concerns are specifically identified, the SDB concerns considered in the evaluation will be listed in any resultant contract. Offerors should note that addressing the extent of small disadvantaged business participation is not in any way intended to be a substitute for submission of the subcontracting plan, if it is required by this solicitation. An example of the type of information that might be given (in addition to the narrative describing the plan for meeting the targets) follows:

EXAMPLE

Targets for SDB Participation - NAICS Industry Subsector 223

| | SDB Percentage of Total Contract Value | SDB Dollars |
|---|---|---|
| Total Contract Value- $1,000,000 | 25% | $250,000 |
| SDB Participation by Prime | 10% | $100,000 |
| (Includes joint venture partners and team arrangements)* | | |
| SDB Participation by subcontractors | 15% | $150,000 |

*Note: FAR Subpart 9.6 defines "Contractor team arrangements" to include two or more companies forming a partnership or joint venture to act as a potential prime contractor, or a potential prime contractor who agrees with one or more companies to have them act as its subcontractors on a specific contract or acquisition program. For purposes of evaluation of the SDB participation factor, FAR 19.1202-4 requires that subcontractors present SDB joint ventures and teaming arrangements at the prime level separately from SDB participation.

## V. NOTICES TO OFFERORS

### L.60 NOTICES TO OFFERORS - FORMS/FORMATS/ATTACHMENTS (APPENDED AT THE END OF THIS SECTION

| | TITLE | DATE | # of PAGES |
|---|---|---|---|
| 1. | Background Information<br>(attached following this index) | NOV 2004 | 2 |
| 2. | References<br>(Bibliography for Study Plan available upon request) | NOV 2004 | 1 |
| 3. | **Additional Proposal Information – Notes to Offerors<br>(attached following this index)** | NOV 2004 | 2 |
| 4. | Disclosure of Lobbying Activities, SF-LLL<br>http://forms.cit.nih.gov/ContractsFM.html | DEC 1989 | 3 |
| 5. | Proposal Summary and Data Record, NIH-2043<br>http://forms.cit.nih.gov/ContractsFM.html | JUN 1982 | 2 |
| 6. | Technical Proposal Cost Information<br>http://www4.od.nih.gov/ocm/contracts/rfps/forms1.htm | DEC 1988 | 1 |
| 7. | Business Proposal Cost Information<br>(Optional Format)<br>http://www4.od.nih.gov/ocm/contracts/rfps/forms1.htm and<br>http://www4.od.nih.gov/ocm/contracts/rfps/buscost.htm | SEP 1992 | |
| 8. | Summary of Current and Proposed Activities<br>http://www4.od.nih.gov/ocm/contracts/rfps/forms1.htm | MAR 1984 | 1 |
| 9. | Proposal Intent Response Sheet<br>(attached following this index) | NOV 2004 | 1 |

"Note: The Technical Proposal Cost Information and Business Proposal Cost Information forms above are provided as an example. Offerors may develop and provide the same required cost information using their own form or spreadsheet. It should also be noted that the cost forms are boilerplates that allow for entry of up to five and seven years of cost information, respectively. Offerors should review Section F of this RFP, for the Government's estimated period of performance, and section C of the RFP, for the Statement of Work, in order to determine their proposed period of performance. Additionally, the Business Proposal Cost Information form provides a link to an electronic spreadsheet that you may use to assist in the preparation of your business Proposal."

# Section L - Attachment #1
# BACKGROUND INFORMATION

**NOTE – It is imperative that all offerors read the Draft Study Plan (attached in Section J of the RFP), which also contains background information and a complete description of the Study.**

The NCS is a longitudinal cohort study that aims to examine the effects of environmental influences on the health and development of approximately 100,000 children. Environment is broadly defined to include chemical, physical, social, psychological and behavioral influences on children's health and development. Priority outcomes include obesity, diabetes and physical development; psychological development; injuries; asthma; pregnancy-related outcomes; and mental health. Children will be followed from before birth until their 21st birthday. The goal of the Study is to acquire information that will ultimately lead to improvement in the health and well being of children.

By linking a range of environmental factors to multiple health and developmental outcomes, the NCS will help to pinpoint the root causes of many of today's major childhood diseases, disorders, and conditions. The NCS will determine not only which aspects of the environment are harmful, but also which are harmless or helpful to children's health and development. The Study will help identify early life exposures that affect children for the rest of their lives. The findings of the Study will provide a vast resource of data from which to develop prevention strategies in order to avoid, modify or cure diseases, establish health and safety guidelines, and guide public policy development. The NCS will also endeavor to prove or disprove many theories of child health about which today's researchers and health care providers can only speculate. Children and adults of the future will be the greatest beneficiaries of the NCS.

The NCS will examine children's growth and development over time and will produce information of unprecedented value for a range of outcomes, including: obesity, diabetes, and physical development; injuries; asthma; pregnancy-related outcomes; and child development and mental health, as well as myriad other important children's health and developmental outcomes. Likewise, a wide range of environmental influences will be examined for their impact on children's health and development. These include, but are not limited to air pollutants, drinking water contaminants, soil and dust contaminants, dietary nutrients, dietary contaminants, parental occupational exposures, infectious and allergic agents, infections, genetics, and social and behavioral characteristics. The NCS is designed to be hypothesis driven and a number of specific hypotheses have been adopted representing key environmental exposures and health outcomes. These hypotheses will identify the necessary environmental and health outcome measures and measures of important possible confounding factors that must be collected to address these important scientific questions.

A prime rationale for the NCS is children's increased vulnerability to the effects of environmental exposures and the existence of a broad array of known exposures with unknown effects. New concerns about child health, coupled with the availability of new technologies (e.g., genomics, microassays, information technology) make this an optimal time for such an effort.

The NCS will include a sample of approximately 100,000 children born in the U.S. Vanguard Centers will start enrollment in 2007 and full Study Centers are anticipated to begin enrolling participants in 2008. Births will be identified and included in the Study as early in the pregnancy as possible, with a target of enrolling at least 25% of pregnancies prior to conception and a cumulative total of 90% within the first trimester of the pregnancy. Enrolled women and, when possible, their partners will be assessed for a wide range of exposures and personal characteristics early in pregnancy or upon pre-pregnancy enrollment. Monitoring of the mother's exposures will continue throughout pregnancy to birth. The child will then be followed for a wide range of health and developmental outcomes and NCS defined environmental exposures throughout childhood.

Consequently, the size and statistical power of the Study will enable us to identify subtle, but important, effects of low-level environmental exposures as well as gene environment interactions that may affect children's health and healthy

development. Such exposures will include chemical factors like household pesticides and plasticizers, biological factors like early life infections, social factors like family stability, and physical factors like the built environment of neighborhoods. Only a study of this size, scope and design can answer many of the most pressing questions of child development and the effect of early life on adult diseases like heart disease, asthma, and diabetes. Only a study of this size, scope, and design can provide results to understand the environmental causes of low frequency, but high impact, health and developmental outcomes and allows for complex subgroup analyses and incorporate multi-level analyses. The data collected will be a valuable national resource for future investigations as well.

In the initial phase of this Study, data will be collected in three to eight geographic areas in the United States, referred to as Initial or Vanguard Locations. Data collection in each Location will be conducted by a single Study center, referred to as the Vanguard Centers. Vanguard Centers will be expected to follow a common Study protocol and will have primary responsibility for many aspects of the Study including, but not limited to, establishing community relationships and collection of data from Study participants and their environments. Additionally, the Vanguard Centers will pilot new Study procedures prior to incorporation of these procedures into the Study protocol. It is anticipated that additional contracts will be awarded, up to as many as 30-50 Study Centers if and when full funding for this Study becomes available. The number of awards from the start of the project and forward will be dependent on the availability of funding and the quality of proposals received.

# Section L - Attachment #2
# REFERENCES

**Websites From The National Children's Study**

*Main Website:*

http://nationalchildrensstudy.gov

*Evaluation of Sampling Design Options for the National Children's Study – Appendices:*

http://www.nationalchildrensstudy.gov/events/advisory_committee/other_work_062004.cfm

*National Children's Study Workshops:*

**http://www.nationalchildrensstudy.gov/events/workshops/index.cfm**

*National Children's Study Hypotheses:*

**http://nationalchildrensstudy.gov/research/hypotheses**

*Growing UP Healthy Document:*

http://nationalchildrensstudy.gov/get_involved/learn_more

Bibliography available upon request

# Section L - Attachment #3
## ADDITIONAL TECHNICAL PROPOSAL INFORMATION (NOTES TO OFFERORS)

1) **Study Location:** Offerors are asked to submit proposals to collect data from participants residing in one of the Vanguard Locations, i.e., for this initial phase of the NCS, each Contractor will conduct the Study in a single Vanguard Location. As noted in the mandatory evaluation criteria, for this solicitation (see Section M of RFP), offerors must be located in the same census region as the Vanguard Location for which they are proposing. (See Section IV.A of the Draft Study Plan for a description of the Sampling Strategy.)

2) **Sampling and Recruitment:** Offerors must submit a proposal that follows the household sampling approach outlined in the Draft Study Plan (See Section IV.A through IV.D of the Draft Study Plan), but are also encouraged to suggest alternative strategies that meet the sample requirements for representativeness and enrollment prior to and early in pregnancy. Alternative strategies should have the following goals:
   a. Enrollment of a sufficiently large population of women such that 250 live births per year are enrolled in the Study.
   b. Births should be identified and included in the Study as early in the pregnancy as possible, with a target of enrolling at least 25% of pregnancies prior to conception and a cumulative total of 90% within the first trimester of the pregnancy.
   c. Live births in the Study are statistically representative of the targeted Vanguard site(s)

3) **Household Sampling Approach**: The following assumptions should be used for development of cost estimates based on the household sampling approach:

   a. Screening of households will occur during the first year of the implementation phase. Thus, if screening of the first household was January 1, 2007 all screening should be completed by December 31, 2007.
   b. Once enrolled in the Study women will be followed for the full enrollment period to assess pregnancy status and risk of pregnancy. Thus, if the first screening was January 1, 2007, women enrolled would be followed for pregnancy status through December 31, 2011.
   c. Women will likely change risk of pregnancy status during the enrollment period. Thus, a woman who is initially at moderate risk of pregnancy could later plan to become pregnant and thus move to the group more likely to become pregnant during the enrollment period.
   d. All pregnancies to enrolled women that occur during the enrollment period will be included in the Study.
   e. With the above assumptions, it is estimated that **at a national level** an average of 12 households need to be screened for each live birth enrolled in the Study. This figure may vary by Study Location and should be addressed in the proposal.

4) **Participant Clinical Visits:** Offerors are encouraged to submit proposals that allow Study visits to be combined with routine clinical visits, when appropriate, e.g., Study visits scheduled in the 2nd and 3rd trimester of pregnancy.

5) **Local Travel:** Travel for Study visits to homes of participants and to neighborhoods (for collection of neighborhood samples) and daycares/schools should be included in the offeror's budget. Home visits include both visits to conduct the household screenings and Study visits that occur in the home of enrolled participants.

6) **Participant Reimbursement:** Reimbursement of travel and/or parking for participants for clinical visits that are conducted outside of routine clinical care should be included in the offeror's budget. (This does not include the hospital stay at the time of delivery since there is no travel reimbursement associated with this visit.)

7) **Incentives:** Participant incentives are an allowable expense for this project and should be specified and itemized in offeror's proposal.

8) **Equipment:** The NCS Coordinating Center (NCS-CC) will purchase most equipment, e.g., environmental sampling equipment (air samplers, pumps), computers and software to insure compatibility with the NCS Information Management System.(IMS) and its use at Vanguard Centers. However, Vanguard Centers must provide equipment needed for temporary storage of specimens, e.g. liquid nitrogen freezer, regular freezer, refrigerator.

9) **Supplies:** The NCS-CC will purchase most of the supplies for all of the Study Centers, e.g., psycho-social testing materials; environmental sampling materials, vacutainers, syringes, vacuums for dust sample collection, pregnancy test kits, fertility monitors, air samplers, shipping containers and other materials for collection of biospecimens, etc. The NCS-CC will also cover the costs of shipping. Vanguard Centers will purchase dry ice when needed for shipping, and thus, only this cost and miscellaneous office supplies should be included in budgets for Vanguard Centers.

10) **Local advertising:** This community specific activity should be included in the budget for Vanguard Centers

11) **Ultrasounds:** The costs of fetal and infant ultrasounds should be included in the costs of the Vanguard Centers, unless the test is conducted as part of routine clinical care.

12) **Glucose tolerance test**: The cost of the glucose tolerance test scheduled at 8-10 weeks should be included in the cost of the Vanguard Center.

13) **Meetings:** Assume four Steering Committee meetings in the first fifteen months plus one additional Study – related meeting. Only the Principal Investigator from each Vanguard Center is expected to attend meetings that occur during the first 15 months of the Study. During the Enrollment/Implementation Phase, assume two Study meetings per year attended by the PI and one other Staff member from each Vanguard Center plus an additional meeting per year attended only by the PI. For budgeting purposes, assume all meetings will be in Rockville, Maryland.

14) **Adjunct Studies:** As noted in the Statement of Work and the Study Plan, offerors can propose adjunct studies to address research questions related to specific issues of interest within a given community or draw on the unique capabilities of that Center. Offerors proposing adjunct studies must include a separate technical proposal, justification and budget for the adjunct study in their business proposal.

a. **Schedule:** Assume that adjunct studies will not begin until year 3, i.e. after the 15-month Start-up Phase and allowing an additional 9 months for establishment of the core protocol.

b. **Size and Scope:** Adjunct studies funded through the NCS are expected to be focused studies limited in size and scope. The proposed budget for adjunct studies is expected to be less than 5% of the Offeror's total proposed budget. It is assumed that these additional data collections would occur during a visit that is already part of the core protocol. For example, this might include an additional behavioral assessment or collection of an additional specimen at an already scheduled face-to-face visit.

c. **Materials, Supplies, and Laboratory Costs**– Because the adjunct study is in addition to the core data collections, unlike the core Study, materials, supplies, and laboratory costs are the responsibility of the Vanguard Center rather than the NCS-CC.

d. **Consultants** – If additional expertise is needed in planning, implementing, and analyzing data from adjunct studies, this should be included in the Offeror's budget.

# Section L - Attachment #9

## PROPOSAL INTENT RESPONSE SHEET

**RFP No. NICHD-2004-07**

PLEASE REVIEW THE ATTACHED REQUEST FOR PROPOSAL. FURNISH THE INFORMATION REQUESTED BELOW AND RETURN **THIS PAGE** BY **January 18, 2005 (Note – proposals are not due until February 16, 2005)**. YOUR EXPRESSION OF INTENT IS NOT BINDING BUT WILL GREATLY ASSIST US IN PLANNING FOR PROPOSAL EVALUATION.

---

[ ] DO INTEND TO SUBMIT A PROPOSAL

[ ] DO NOT INTEND TO SUBMIT A PROPOSAL FOR THE FOLLOWING REASONS:

COMPANY/INSTITUTION NAME:

AUTHORIZED SIGNATURE:

TYPED NAME AND TITLE:

DATE:

---

RETURN TO:

National Institutes of Health
National Institute of Child Health and Human Development
6100 EXECUTIVE BLVD MSC 7510
BETHESDA, MD 20892- 7510

Attention: Dawn Rabunsky, Contract Specialist

OR FAX TO: Dawn Rabunsky at 301-402-3676

OR SEND BY E-MAIL TO: drabunsk@mail.nih.gov

## SECTION M - EVALUATION FACTORS FOR AWARD

### M.1 GENERAL

Selection of an offeror(s) for contract award will be based on an evaluation of proposals against four factors. The factors in order of importance are: technical, cost/price, past performance, and small disadvantaged business participation.

Although technical factors are of paramount consideration in the award of the contract, cost/price, past performance, and small disadvantaged business (SDB) participation are also important to the overall contract award decision. All evaluation factors other than cost/ price, when combined are more important than cost or price..

Offerors are advised that award will be made to offerors whose proposals provide the best overall value to the Government. The Government also reserves the right to make no awards as a result of this solicitation.

The evaluation will be based on the demonstrated capabilities of the prospective Contractors in relation to the needs of the project as set forth in the RFP. The merits of each proposal will be evaluated carefully. Each proposal must document the feasibility of successful implementation of the requirements of the RFP. Offerors must submit information sufficient to evaluate their proposals based on the detailed criteria listed, under Technical Evaluation Criteria, below.
Proposals submitted in response to this solicitation will be reviewed by a special emphasis panel (SEP). The evaluation will be based on the demonstrated capabilities of the prospective contractors in relation to the needs of the project as set forth below. The merits of each proposal will be evaluated carefully, based on responsiveness to the RFP and thoroughness and feasibility of the substantive and technical approaches taken. Offerors must submit information sufficient to evaluate their proposal based on the detailed criteria listed below. While high competency is sought, capabilities that exceed those needed for successful performance of the contract work statement are not requested.

Selection of an offeror for contract award will be based on an evaluation of proposals against four factors. The four factors, in order of importance, are: technical, cost/price, past performance, and small disadvantaged business (SDB) participation. Although the technical proposal will receive paramount consideration in the selection of the Contractor for this acquisition, cost/price, past performance, and small disadvantaged business participation are also important to the overall contract award decision. All evaluation factors other than cost or price, when combined, are significantly more important than cost or price. During the source selection process, the closer that offerors are determined to be in terms of technical ability, the greater the importance of cost or price. When proposals are considered to be technically equal, a best value analysis, considering cost or price, will be conducted to determine the awardee.

The Government reserves the right to make an award based on the best value to the Government in terms of cost or price, and other factors. Proposals submitted in response to the RFP will be evaluated based on the factors listed in the next section. Proposals will be judged solely on the written material provided by the offeror. It is anticipated that one or more awards will be made as a result of this acquisition, dependent upon the offerors' qualifications, availability of funds and project needs.

### M.2 MANDATORY QUALIFICATION CRITERIA

**THE OFFEROR WILL INCLUDE ALL INFORMATION THAT SUPPORTS THE MANDATORY QUALIFICATION CRITERIA IN A SEPARATE, CLEARLY MARKED SECTION OF ITS TECHNICAL PROPOSAL.**

Two areas, generally corresponding to a single county, termed Vanguard Locations, [as defined in the Statement of Work (SOW)], have been identified in each of the four U.S. Census Regions, as indicated below and described in the Draft Study Plan (See Section IV.A of the Draft Study Plan for a description of the Sampling Strategy plus the attachments to the RFP, which are the List of Counties for the full Study and the Map that displays the geographic locations chosen as a result of the statistical sampling described in Section IV.A of the Draft Study Plan).

It is anticipated that if and when the full Study is funded, there will be a need for a coordinated network of Study Centers throughout the U.S. To test the feasibility of this approach, during this initial period Vanguard Centers are being sought

from each of the four U.S. Census Regions. To ensure this distribution of Vanguard Centers, offerors must be located in the same U.S. Census Region as the Vanguard Location. Thus, an offeror's organization must be physically located within the same Census Region as the Vanguard Location for which they propose to serve as a Vanguard Center (also, as defined in the SOW). For example, in choosing the Vanguard Center that will conduct data collections in Orange, CA or Salt Lake, UT, the Government will consider only offers from organizations (hospitals, academic centers, and other entities) who are established, or whose headquarters are established, in the states of AZ, CA, CO, ID, MT, NM, NV, OR, UT, WA, WY. It is anticipated that if there are four or more awards, at least one award will be made in each of the four U.S. Census Regions. If there are three or fewer awards, it is anticipated that no region will contain more than one Vanguard Center.

For purposes of this acquisition, the following counties (Vanguard Locations) have been randomly pre-selected by the National Centers for Health Statistics (NCHS), using the defined US Census Regions (again, see Draft Study Plan for explanation of sampling framework):

**WEST** (AK,AZ, CA, CO, HI, ID, MT, NM, NV, OR, UT, WA, WY)
Orange County, CA (Metropolitan, Certainty)
Salt Lake County, UT (Metropolitan, Non-certainty)

**MIDWEST** (IA, IL, IN, KS, MI, MN, MO, ND, NE, OH, SD, WI)
Lincoln, Yellow Medicine, and Pipestone Counties, MN; (Non-metropolitan)
Waukesha County, WI (Metropolitan, Non-certainty)

**SOUTH** (AL, AR, DC, DE, FL, GA, KY, LA, MD, MS, NC, OK, SC, TN, TX, VA, WV)
Orange County, FL (Metropolitan, Non-certainty)
Duplin County, NC (Non-metropolitan)

**NORTHEAST** (CT, MA, ME, NH, NJ, NY, PA, RI, VT)
Queens County, NY (Metropolitan, Certainty)
Montgomery County, PA (Metropolitan, Non-certainty)

***Depending on the availability of funds and quality of proposals, it is anticipated that there will be a total of three to eight awards for this acquisition. It is the intention of the Government to have each Region represented before a second award is made within a specific Region.***

## M.3 PROPOSAL EVALUATION CRITERIA TOTAL POINTS: 105 Total Points

### 1. Understanding Project Requirements (Points: 40)

(Note – each subsection below does not carry a distinct value for scoring purposes; this criteria will be examined from an overall perspective)

Offerors will demonstrate a clear understanding of the complexity and unique context of the NCS, the purpose of the research; the realities of data collection and data management, and problems that may impede the research and possible solutions. The Offeror will provide a sound plan for:

a. Defining characteristics of neighborhoods within the Vanguard Location
b. Engagement of local communities.
c. Collection of local data to be used to gage representativeness of the enrolled births
d. Enrollment of participants from the Vanguard Sites, such that the following sampling requirements of the Study are fulfilled

i. Births will be identified and included in the Study as early in the pregnancy as possible, with a target of enrolling at least 25% of pregnancies prior to conception and a cumulative total of 90% within the first trimester of the pregnancy.
ii. Enrollment of a sufficiently large population of women such that 250 live births per year are enrolled in the Study.
iii. Live births in the NCS should be statistically representative of all live births in the targeted Vanguard Sites.

A household sampling approach, that could potentially fulfill the above sampling requirements, is outlined in the Draft Study Plan. Offerors must submit a proposal that follows the outlined household sampling approach, but are also encouraged to suggest alternative designs that meet the above requirements.

e. Scheduling visits, tracking participants, collection of data, as outlined in the Draft Study Plan. The proposal should include a sound plan for the conduct of interviews, examinations, and developmental assessments; collection of observational data, biological specimens, and environmental samples. These collections occur in a variety of settings, e.g. homes, clinical settings, neighborhoods, school/daycares and other relevant locations. The proposal should focus only on those data collections that occur during the subject contracting period. Offerors should specifically mention plans for collection of measurements that require special scheduling of clinical time (e.g. fetal ultrasounds, glucose tolerance tests) and collection of specimens that must be obtained at the time of delivery (e.g. placental tissue and cord blood).

f. Understanding of the problems that may be faced in a study with this level of complexity and creativity in suggesting methods for dealing with these problems

g. Understanding of the collaborative nature of the study and the relationships among its' various entities, e.g., other Vanguard Centers, the NCS-CC, and the NICHD.

**2. Organizational Qualifications and Experience (Points: 30)**

Evidence of prior successful research experience in the conduct and coordination of epidemiologic studies, particularly longitudinal birth cohort studies that begin prior to or early in pregnancy. Such evidence includes the offeror's experience with: 1) identifying, recruiting and retaining pregnant women and/or women at risk of pregnancy; 2) collecting longitudinal data including interview data, clinical exams and developmental assessments, biologic specimens and environmental samples; 3) working within a multi-site framework; 4) complying with an established Study protocol; and, 5) accessing and working with target populations within communities in the Vanguard Location.

**3. Personnel Qualifications and Experience (Points: 20)**

The Offerors will allocate sufficient professional and other staff effort to accomplish the Study as outlined in the Statement of Work. The proposed Study personnel must have relevant expertise and experience, including an ability to coordinate, manage and conduct all aspects of data collection. The relevant qualifications, capabilities and experience of the investigators and research staff must be documented appropriately, e.g. *Curriculum Vitae*. Key personnel must have practical expertise and experience in the collection of population-based data and the conduct of epidemiologic studies, preferably longitudinal cohort studies. Position descriptions must be provided for personnel not yet designated for the Study.

**4. Facilities (10 Points)**

Offerors must demonstrate that adequate facilities and equipment will be employed for data collection and other aspects of the Study. Examples include medical equipment not provided by the Study, e.g. ultrasound equipment, adequate space for Study staff, space for storage of collected data and specimens, etc.

**5. Adjunct Study(ies)** **(5 Points)**

Offerors must demonstrate creativity and relevance of proposed adjunct studies to the NCS, including: (1) effective utilization of core sample measurements; (2) uniqueness and scientific strength of the adjunct study; and, (3) cost realism.

## M.4 EVALUATION OF OPTIONS (responsibilities are included as a part of the criteria listed above)

It is anticipated that any contract(s) awarded from the solicitation will contain an option provision and period.

In accordance with FAR 52.217-5, Evaluation of Options (July 1990), the Government will evaluate offers for award purposes by adding the total price of all options to the total price for the basic requirement, except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests. Evaluation of options will not obligate the Government to exercise the option(s).

## M.5 HUMAN SUBJECT EVALUATION (To be evaluated by the Technical Evaluation Panel)

This research project involves human subjects. The Technical Evaluation Committee will also evaluate proposals on an Adequate/Inadequate basis against the following criteria. These criteria are required per NIH policy.

**1. PROTECTION OF HUMAN SUBJECTS FROM RESEARCH RISKS (Rating: Adequate/Inadequate)**

The offeror's proposal must address the involvement of human subjects and protections from research risk relating to their participation, or provide sufficient information on the research subjects to allow a determination that a designated exemption is appropriate.

If you claim that this research should be considered exempt from coverage by the Federal Regulations at 45 CFR 46, the proposal should address why you believe it is exempt, and under which exemption it applies.

The reviewers will evaluate the proposal and provide a narrative with regard to four issues: 1) Risks to Human Subjects; 2) Adequacy of Protection Against Risks; 3) Potential Benefits of the Proposed Research to the Subjects and Others; and, 4) Importance of the Knowledge to be Gained. See Section L of the RFP for a complete discussion of what is required to be addressed for each of these issues. Based on the response to this criterion, this section of the proposal may be rated "inadequate" (i.e., concerns are identified as to the protections described against risk to human subjects or no discussion is found regarding protections against risk to human subjects) or "adequate".

If your discussion regarding the protection of human subjects from research risks is rated "inadequate" and the Government holds discussions with your organization, you will be afforded the opportunity to further discuss and/or clarify your position during such discussions and in your Final Proposal Revision (FPR, formerly best and final offer - BAFO). If, after discussions, your proposed plan for the protection of human subjects from research risks is still found to be inadequate, your proposal will not be considered further for award.

**2. DATA AND SAFETY MONITORING (Rating: Adequate/Inadequate)**

The offeror's proposal must include a general description of the Data and Safety Monitoring Plan for all clinical trials. The principles of data and safety monitoring require that all biomedical and behavioral clinical trials be monitored to ensure the safe and effective conduct of human subjects research, and to recommend conclusion of the trial when significant benefits or risks are identified or if it is unlikely that the trial can be concluded successfully. Risks associated with participation in research must be minimized to the extent practical and the method and degree of monitoring should

be commensurate with risk. Additionally, all plans must include procedures for adverse event reporting. The establishment of a Data and Safety Monitoring Board (DSMB) is required. The reviewers should refer to Section C of the contract (Statement of Work) and to Section L in the solicitation (Instructions, Conditions and Notices to Offerors), as well as any further technical evaluation criteria in this Section M, as applicable, for the solicitation's specific requirements for data and safety monitoring.

As a part of the evaluation for proposals, the reviewers will provide a narrative that describes the adequacy of the proposed data and safety monitoring plan with respect to the potential risks to human participants, complexity of study design, and methods for data analysis. Based on the evaluation of the response to this criterion, this section of the proposal may be rated "inadequate" (i.e., concerns are identified as to the acceptability of the monitoring plan or no discussion can be found regarding the proposed monitoring plans) or "adequate."

If the information provided regarding Data and Safety Monitoring is rated "inadequate" and the Government holds discussions with your organization, you will be afforded the opportunity to further discuss and/or clarify your plan during such discussions and in your Final Proposal Revision (FPR, formerly BAFO). If, after discussions, the plan is still considered "inadequate," your proposal will not be considered further for award.

**3. WOMEN AND MINORITIES (Rating: Adequate/Inadequate)**

(Noting that this Study is focused on sex/gender segregation since only females are initially enrolled, the following criteria are provided in accordance with regulation and, in this case, should focus on minority aspects and enrollment of birth outcomes.)

Female children and members of minority groups and their subpopulations must be included in the study population of research involving human subjects, unless a clear and compelling rationale and justification are provided indicating that inclusion is inappropriate with respect to the health of the subjects or the purpose of the research. In addition, for NIH-Defined Phase III clinical trials, all proposals and/or protocols must provide a description of plans to conduct analyses, as appropriate, to detect significant differences in intervention effect (see NIH Guide http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm .)

Definitions - Significant Difference by sex/gender, racial/ethnic groups, and relevant subpopulations, if applicable, unless the Government has specified that this solicitation involves a sex/gender specific study or a single or limited number of minority population groups. The proposal also must include one of the following plans:

- Plans to conduct valid analysis to detect significant differences in intervention effect among sex/gender and/or racial/ethnic subgroups when prior studies strongly support these significant differences among subgroups, OR

- Plans to include and analyze sex/gender and/or racial/ethnic subgroups when prior studies strongly support no significant differences in intervention effect between subgroups (representation of sex/gender and/or racial/ethnic groups as subject selection criterion is not required; however, inclusion and analyses are encouraged), OR

- Plans to conduct valid analyses of the intervention effect in sex/gender and/or racial/ethnic subgroups (without requiring high statistical power for each subgroup) when the prior studies neither support nor negate significant differences in intervention effect between subgroups.

Also, the proposal must address the proposed outreach programs for recruiting female children and minorities as participants.

Reviewers will address the areas covered here and in Section L of the solicitation in narrative form in their evaluation. Some of the issues they will evaluate include:

- whether the plan proposed includes minorities and both genders in adequate representation

- how the offeror addresses the inclusion of girls and members of minority groups and their subpopulations in the development of a proposal that is appropriate to the scientific objectives of the solicitation
- the description of the proposed study populations in terms of sex/gender and racial/ethnic groups and the rationale for selection of such subjects
- if exclusion is proposed, that the rationale is appropriate with respect to the health of the subjects and/or to the purpose of the research.

In addition, for gender exclusion, the reviewers will examine the rationale to determine if it is because:

- the purpose of the research constrains the offeror's selection of study participants by gender (e.g., uniquely valuable stored specimens or existing datasets are single gender; very small numbers of subjects are involved; or
- overriding factors dictate selection of subjects); or
- gender representation of specimens or existing datasets cannot be accurately determined, <u>and</u> this does not compromise the scientific objectives of the research.

For minority group exclusion, the reviewers will examine the rationale to determine if those minority groups are excluded because:

- inclusion of those groups would be inappropriate with respect to their health; or
- inclusion of those groups would be inappropriate with respect to the purpose of the research.

For NIH-defined Phase III clinical trials, reviewers will also address whether there is an adequate description of plans to conduct analyses to detect significant differences of clinical or public health importance in intervention effect(s) by sex/gender and/or racial ethnic subgroups when the intervention effect(s) is expected in the primary analyses, or if there is an adequate description of plans to conduct valid analyses of the intervention effect in subgroups when the intervention effect(s) is <u>not</u> expected in the primary analyses.

If you determine that inclusion of females and minority populations is not feasible, you must submit a detailed rationale and justification for exclusion of one or both groups from the study population with the technical proposal. The Government will review the rationale to determine if it is appropriate with respect to the health of the subjects and/or the purpose of the research.

Based on the evaluation of the response to this criterion, this section of the proposal may be rated "inadequate" (i.e., no discussion can be found regarding the proposed gender/minority inclusion plans, or concerns are identified as to the gender or minority representation, or the proposal does not adequately address limited representation of one gender or minority; or the plan is not in accordance with NIH policy guidelines) or "adequate." Section L of the solicitation includes the requirements of women/minorities inclusion and Section G of the solicitation includes the tables for reporting requirements.

If the information that you provide in your proposal regarding the inclusion of females and minorities is rated "inadequate" and the Government holds discussions with your organization, you will be afforded the opportunity to further discuss, clarify, or modify your plan during discussions and in your Final Proposal Revision (FPR, formerly BAFO). If your plan for inclusion/exclusion of females/minorities is still considered "inadequate" by the Government after discussions, your proposal will not be considered further for award.

**4. CHILDREN (Rating: Adequate/Inadequate)**

[Obviously this section is included in accordance with policy, but does not need to be specifically addressed for this solicitation, for which children ARE the whole Study population.]

Children (i.e. individuals under the age of 21) must be included in all human subject research unless there are clear and compelling reasons not to include them.