Your proposal must include a description of plans for including children. If you plan to exclude children from the required research, your proposal must present an acceptable justification for the exclusion. If you determine that exclusion of a specific age range of child is appropriate, your proposal must also address the rationale for such exclusion. Also, the plan must include a description of the expertise of the investigative team for dealing with children at the ages included, of the appropriateness of the available facilities to accommodate the children, and the inclusion of a sufficient number of children to contribute to a meaningful analysis relative to the purpose/objective of the solicitation. Also, see Section L of the solicitation for further specific requirements on inclusion of children.

Based on the reviewers' narrative evaluation of the offeror's response to this evaluation criterion, this section of the proposal may be rated "inadequate" (i.e., no discussion can be found regarding the proposed inclusion plans for children; or concerns are identified as to the offeror's response regarding the inclusion of children; or the plan is not in accordance with NIH policy guidelines) or "adequate."

If the information provided in your proposal about the inclusion of children is rated "inadequate" and the Government holds discussions with your organization, you will be afforded the opportunity to further discuss, clarify or modify your plan during discussions and in your Final Proposal Revision (FPR, formerly BAFO). If your plan for inclusion of children is still considered to be "inadequate" by the Government after discussions, your proposal may not be considered further for award.

## M.6 PAST PERFORMANCE FACTOR (To be evaluated by the Government)

An evaluation of offerors' past performance information will be conducted prior to any communications with offerors leading to establishment of the competitive range. However, this evaluation will not be conducted on any offeror whose proposal will not be admitted to the competitive range on the basis of the evaluation of factors other than past performance.

The evaluation will be based on information obtained from references provided by the offeror, other relevant past performance information obtained from other sources known to the Government, and any information supplied by the offeror concerning problems encountered on the identified contracts and corrective action taken.

The Government will assess the relative risks associated with each offeror. Performance risks are those associated with an offeror's likelihood of success in performing the acquisition requirements as indicated by that offeror's record of past performance.

The assessment of performance is not intended to be the product of a mechanical or mathematical analysis of an offeror's performance on a list of contracts but rather the product of subjective judgment by the Government after is considers all available and relevant information.

When assessing performance risks, the Government will focus on the past performance of the offeror as it relates to all acquisition requirements, such as the offeror's record of performing according to specifications, including standards of good workmanship; the offeror's record of controlling and forecasting costs; the offeror's adherence to contract schedules, including the administrative aspects of performance; the offeror's reputation for reasonable and cooperative behavior and commitment to customer satisfaction; and generally, the offeror's business-like concern for the interest of the customer.

The Government will consider the currency and relevance of the information, source of the information, context of the data, and general trends in the offeror's performance.
The assessment of the offeror's past performance will be used as a means of evaluating the relative capability of the offeror and the other competitors. Thus, an offeror with an exceptional record of past performance may receive a more favorable evaluation than another whose record is acceptable, even though both may have acceptable technical proposals.

The lack of a relevant performance record may result in an unknown performance risk assessment, which will neither be used to the advantage nor disadvantage of the offeror.

The following rating method will be used in evaluating past performance:

+2: Excellent: Based on the offeror's performance record, it is highly likely that the offeror will successfully perform the required effort. Sources of information consistently firm in stating that the offeror's performance was superior and that they would not hesitate in doing business with the offeror again.

+1: Good: Based on the offeror's performance record, little doubt exists that the offeror will successfully perform the work. Sources of information state that the offeror's performance was good, better than average, etc., and that they would do business with the offeror again.

0: None: No past performance history identifiable.

-1: Marginal: Based on the offeror's performance record, doubt exists as to whether the offeror will successfully perform the required effort. Sources of information make unfavorable reports about the offeror's performance and express concern about doing business with the offeror again.

-2: Poor: Based on the offeror's performance record, serious doubt exists as to whether the offeror can successfully perform the required effort. Sources of information consistently state that the offeror's performance was entirely unsatisfactory and that they would not so business with the offeror again.

## M.7 EXTENT OF SMALL DISADVANTAGED BUSINESS (SDB) PARTICIPATION (To be evaluated by the Government)

SDB participation will not be scored, but the Government's conclusions about overall commitment and realism of the offeror's SDB Participation targets will be used in determining the relative merits of the offeror's proposal and in selecting the offeror whose proposal is considered to offer the best value to the Government.

The extent of the offeror's Small Disadvantaged Business Participation Targets will be evaluated before determination of the competitive range. Evaluation of SDB participation will be assessed based on consideration of the information presented in the offeror's proposal. The Government is seeking to determine whether the offeror has demonstrated a commitment to use SDB concerns for the work that it intends to perform.

Offers will be evaluated on the following sub-factors:

(a) Extent to which SDB concerns are specifically identified

(b) Extent of commitment to use SDB concerns

(c) Complexity and variety of the work SDB concerns are to perform

(d) Realism of the proposal

(e) Past performance of offerors in complying with subcontracting plan goals for SDB concerns and monetary targets for SDB participation

(f) Extent of participation of SDB concerns in terms of the value of the total acquisition.

## M.8 EVALUATION OF DATA SHARING PLAN (To be evaluated by the Government)

[Note: The offeror is encouraged to review the National Children's Study Coordinating Center (NCS-CC) Statement of

Work and Request for Proposal in consideration of methods for compliance with the data sharing planned through the NCS-CC. The NCS-CC solicitation may be found at:

http://www.eps.gov/spg/HHS/NIH/NICHD/RFP%2DNICHD%2D2004%2D12/listing.html ]

The offeror's plan for the sharing of final research data will be assessed for appropriateness and adequacy.

If your proposal does not include a plan or if the plan in your proposal is considered"unacceptable," and the Government includes your proposal in the competitive range, your will be afforded the opportunity to further discuss, clarify or modify your data sharing plan during discussions and in your Final Proposal Revision (FPR, formerly BAFO). If your data sharing plan is still considered "unacceptable" by the Government after discussions, your proposal may not be considered further for award.

# EXHIBIT 24

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, March 19, 2006 10:07 PM
**To:** Scheidt, Peter (NIH/NICHD) [E]
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** From Sarah Friedman
**Importance:** High

Dear Peter,

See e-mail below. This is the second time that I hear from Gary Resnick instead of hearing from NICHD. The previous occasion was when NICHD attempted to have WESTAT include in the protocol social predictor measures that the ND group has not reviewed.

Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

---

**From:** Gary Resnick [mailto:RESNICG1@WESTAT.com]
**Sent:** Sunday, March 19, 2006 8:28 PM
**To:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** Home vs. Cllinic Assessment Steering Committee Presentation

Hi Sarah, I received a call from Sarah Knox on Friday asking me to make a presentation this Tuesday to the Steering Committee on the home vs. clinic assessment issue. I had asked Sarah Knox to make sure you were aware that I was doing this, so hopefully this is not new.

What I would like to do is to represent the issue as objectively as possible, and thus would appreciate getting your input on the question of whether it is "better" (e.g., for data quality, as well as reduced burden and time, and less reactive child and mother) to obtain child outcome data from assessments done in the home or in a laboratory or clinic. I would in particular appreciate anything you have from the Study of Early Child Care since you used clinic-based assessments.

I think Sarah Knox said you were going to be out of town this coming week. If you can just write down a few thoughts and/or send to me or steer me to something already written, I would appreciate it. I do not have a strong opinion one way or the other, and in fact I rather like the notion of the mobile labs the more I think about it. I want to make sure that the Steering Committee know about the pro's and con's of each approach, and the tradeoffs involved in making an informed decision.

Thanks!

Gary Resnick

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, March 19, 2006 10:22 PM
**To:** Scheidt, Peter (NIH/NICHD) [E]
**Subject:** My reply to Gary Resnick

Peter, Here is my reply to Gary. Sarah.

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Sunday, March 19, 2006 9:19 PM
**To:** 'Gary Resnick'
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** RE: Home vs. Clinic Assessment Steering Committee Presentation

Gary, I trust that you will give an objective presentation with all the pros and cons. May be you can organize your talk around multiple ways that the science could be done. First you could talk about how the science should be conducted if there were no budgetary limitations. Next you could present alternative models and indicate what NCS would be giving up by each one. This way the Steering Committee will be able to make up its mind which of the alternative models it would like to adopt. Good luck. I have full confidence that you will do a great job. I would love to see your slides. Sarah.

Sarah L. Friedman, Ph.D.
Project Scientist/ Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard, Room 2C01
Rockville MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400
e-mail: friedmas@exchange.nih.gov

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Monday, March 20, 2006 12:15 AM
**To:** Scheidt, Peter (NIH/NICHD) [E]; Brenner, Ruth (NIH/NICHD) [E]; Knox, Sarah (NIH/NICHD) [E]
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** Reminder regarding our plan for validating measures to be administered in the home setting

---

**From:** Friedman, Sarah (NIH/NICHD) [E]
**Sent:** Friday, February 03, 2006 11:32 AM
**To:** Scheidt, Peter (NIH/NICHD) [E]; Knox, Sarah (NIH/NICHD) [E]; Brenner, Ruth (NIH/NICHD) [E]
**Cc:** Friedman, Sarah (NIH/NICHD) [E]
**Subject:** Notes regarding this morning meeting regarding vans

I am writing a note to myself regarding the results of the meeting we had today (Peter, Sarah K and Sarah F). Please correct me if we are not on the same page:

We brainstormed about the best way to assure ourselves that the ND data that would be obtained in the home visit would be valid and that it would be equally valid in home environments that vary in terms of having a quiet place in which the assessment could be administered.

In March, the SC will be presented with a suggestion/plan according to which a sub sample will be part of an experimental validation of the home administered ND assessments. The sub sample will include individuals from different socio-economic and ethnic background (the exact distribution and the number of families in the different SES and ethnic groups are yet to be determined). The sub sample will be administered the ND assessments both in the home and in a lab setting. Half of the sub sample will have the protocol done in the home first and the other half of the sample will have it done in the lab first (to account for order of administration). We did not mention the window for our test re-test design but I assume that we will aim for a repeat test two weeks following the first test (with a possibility of delay of up to one month).

The findings of the validation study will allow us to estimate performance decrements due to the test administration conditions in the home. The findings could also guide a decision to use vans for families whose homes do not have a quiet place.

The sub study will be paid through a grant mechanism to one or more VC.

Sarah

Sarah L. Friedman, Ph.D.
Project Scientist & Scientific Coordinator
NICHD Study of Early Child Care and Youth Development
National Institute of Child Health and Human Development

6100 Executive Boulevard
Room 7B13H
Rockville, MD 20852

Phone: (301) 435-6946
Fax: (301) 480-2400

# EXHIBIT 25



news

THE NATIONAL CHILDI



## Mark Your Calendars

Join us for the next Study Assembly meeting, "Implementing the National Children's Study: Scientific Progress, Challenges, and Opportunities," November 29–30, 2005, at the Omni Shoreham Hotel in Washington, DC. Study Assembly meetings are open to anyone from the scientific community and general public who is interested in learning more about the progress of the Study.

This Study Assembly meeting will focus on scientific progress to date, introduction of the newly awarded Vanguard Centers and Coordinating Center, and the challenges and opportunities in this unprecedented study of the effects of the environment on child health and development.
Register here.

## Upcoming Events

**American Public Health Association Annual Conference**
December 10, 2005, Philadelphia, PA. "The National Children's Study and Your Community," 9:00 a.m. to 12:30 p.m. Peter Scheidt, MD, MPH, Sarah Keim, MA, MS, Fernando Guerra, MD, and Diane Dennis-Stephens, MPH, will discuss community outreach efforts and plans, as well as some best practice outcomes concerning effective recruitment and retention efforts. CME, Nursing, and

## Feature

**The National Children's Study Awards Six Contracts to First Study Centers and One Coordinating Center**

The National Children's Study today awarded contracts to six Study Centers and one Coordinating Center, signifying a major step in implementing the largest long-term study of children's health and development ever conducted in the United States. The Study Centers awarded today will be the first to recruit participants and collect data in local communities as part of this decades-long research effort.



The selected Study Centers, called Vanguard Centers, are:

- University of California-Irvine with Children's Hospital of Orange County for Orange County, CA
- Mt. Sinai School of Medicine with Columbia University Mailman School of Public Health, New York City Dept. of Health and Mental Hygiene, University of Medicine and Dentistry of New Jersey, and Columbia University Dept. of Obstetrics and Gynecology for New York City (Queens), NY
- University of North Carolina at Chapel Hill with Battelle Memorial Institute, and Duke University for Duplin County, NC
- Children's Hospital of Philadelphia and Drexel University School of Public Health with University of Pennsylvania for Montgomery County, PA
- University of Utah for Salt Lake County, UT
- University of Wisconsin-Madison and Medical College of Wisconsin with National Opinion Research Center, Marquette University, UW Marine and Freshwater Biomedical Sciences Center/Institute for Environmental Health, and Children's Service Society of Wisconsin for Waukesha County, WI

Negotiations are continuing with other counties for additional Centers.

The six Vanguard sites mark the first of the now 105 locations across the country where the National Children's Study will be carried out. Most Study sites were chosen earlier based on criteria such as geographic and demographic diversity, number of births, and number of babies born with low birth weight.

CHES continuing education credit available at no charge to participants. No invitation required. Register here.

**National Children's Study Federal Advisory Committee Meeting**
January 24–25, 2006, Gaithersburg Marriott Washingtonian Center, Gaithersburg, MD

By following 100,000 children from before birth to age 21, National Children's Study researchers seek to better understand how children's genes and environments interact to affect their health and development. Together, children enrolled in the Study will reflect the diversity of children nationwide.

"The National Children's Study will provide information that can lead to improvements in health for millions of American children," said Duane Alexander, MD, director, National Institute of Child Health and Human Development. "And it may be able to pinpoint the root causes of numerous conditions and diseases, such as asthma, obesity, and autism."

The National Children's Study selected the Vanguard Centers from a pool of applicants through a competitive process. Winning centers are the entities that will carry out the Study at the given sites. Centers successfully demonstrated that they possessed advanced clinical research and data collection capabilities; the ability to collect, process, package, and ship biological and environmental specimens; community networks for identifying, recruiting, and retaining eligible mothers and infants; and a commitment to the protection and privacy of data.

Excitement is high in the wake of the awards. "We are delighted by the high caliber of institutions that were selected, and eagerly anticipate getting the Study up and running in these initial sites," said Peter Scheidt, MD, MPH, director, National Children's Study.

Vanguard Centers will work closely with communities to encourage and maintain local support for the Study—at the same time ensuring that local maternal and child health concerns are taken into account.

Beginning in 2007, each Vanguard Center will aim to enroll at least 250 newborns, each year for five years. Most participants will be recruited at their homes. Others will join during prenatal care visits at physicians' offices, clinics, and hospitals. Before recruitment can begin, Vanguard Centers will participate in finalizing the protocol and will begin hiring and training staff.

Also today, the National Children's Study announced that Westat with Harvard Medical School, University of Pennsylvania, and Daston Communications, with several other small-business subcontractors, will run the Study Coordinating Center, which will provide scientific, technical, and logistical support to all Study Centers.

The Coordinating Center will play a crucial role in the overall implementation and conduct of the Study, coordinating interaction between the Study Centers, communities, labs, and repositories. It will have primary responsibility for the Study's information management system, statistical sampling, coordination of data collection, quality control, and data analysis. Sarah Knox, PhD, the National Children's Study project officer for the Coordinating Center, said that she is excited about the level of expertise, competence, and experience that Westat will bring to the complex tasks involved.

The U.S. Department of Health and Human Services—through the National Institutes of Health and the Centers for Disease Control and Prevention—and the U.S. Environmental Protection Agency are leading the Study.

Pending availability of funding, the National Children's Study plans to issue Requests for Proposals for an additional 30–50 Study Centers in 2006.

---

**New Locations for the National Children's Study Added for Geographic and Ethnic Diversity**

Following on the previous augmentation of the sample to ensure that rural areas are proportionately represented in the Study, four additional counties are being added to the National Children's Study sample. To provide a broader range of metropolitan areas and to improve the geographic distribution and the diversity of the sample, the National Center for Health Statistics applied its sampling algorithms to the original National Children's Study strata and identified four additional sites. This will expand the total number of Study sites to 105. The additional sites are Polk County, IA; Bristol County, MA; Valencia County, NM; and Hinds County, MS. The map of Study locations has been updated, and the new Study locations have been notified. Any alterations in the recruitment goals or roles of Study Centers will be addressed when the Request for Proposals for the remaining Study Centers is announced. The goals and roles of the Vanguard Centers are not affected by this augmentation of the sample.

---

Comments or questions? Click here.
Visit our Web site at http://nationalchildrensstudy.gov

The National Children's Study is led by a consortium of federal agency partners:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health
Centers for Disease Control and Prevention
U.S. ENVIRONMENTAL PROTECTION AGENCY

---

Page updated - 09/29/05

Disclaimer | Accessibility | Home

# EXHIBIT 26

**DeSeau, Virginia (NIH/NCI) [E]**

**From:** DeSeau, Virginia (NIH/NICHD)
**Sent:** Monday, January 03, 2005 5:25 PM
**To:** 'salafiacm@aol.com'; 'adair@rocob.com'; 'mab29@columbia.edu'
**Subject:** FW: three eastern TN counties, where would their organization fit in?

Dear Drs. Salafia and Adair:

First, let me apologize for the delay in responding specifically to your question from November . Our hope is that we have answered your questions in the overall responses that were posted in the modification to the Request for Proposal (RFP) (http://www.eps.gov/spg/HHS/NIH/NICHD/RFP%2DNICHD%2D2004%2D07/Attachments.html). In your e-mail, you asked "Would there be a place for a group that encompassed three of your 96 sites, perhaps coming in a later RFP?" As noted in that *the referenced* modification, the current solicitation is for the establishment of the initial Vanguard Centers to conduct the Study in a limited number of designated Vanguard Locations. It is anticipated that separate solicitations will be released in the future for additional Study Centers to expand the Study to Locations that are not included in the Vanguard stage. Although the Study Locations are already selected, the number of Centers in subsequent stages of the Study is dependent on funds, quality of proposals received, and other factors at the time of solicitation. Because the procurement for these additional Study Centers has not yet been developed, specific guidelines for preparation of proposals are not yet available. However, potential offerors can anticipate that requirements will be similar to the current RFP for the establishment of Vanguard Centers.

W e note that you are part of an existing network with representation, expertise, and experience from a number of disciplines. As noted in the posted modification, collaboration is strongly encouraged among institutions and other entities. Finally, you mention that you are an Obstetric and High Risk Maternal Fetal Medicine service that covers three of the counties listed among the 96 sites for the NCS. We anticipate that, pending receipt of full funding for the Study, there will be between 30-50 Study Centers with data being collected in the designated 96 Study Locations. Thus, some Centers will be expected to collect data in more than one Location. Please note that contracts for Study Centers will be awarded only to organizations residing in the Census Regions where the Center is located (per the list of counties selected and the map included in the Vanguard Centers RFP, Modification #3).

I hope this is helpful. Feel free to contact me if I can be of further assistance.

*Virginia A. DeSeau, M.Sc.*
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
**From:** Salafiacm@aol.com [mailto:Salafiacm@aol.com]
**Sent:** Thursday, November 18, 2004 1:04 PM
**To:** NICHD National Children's Study
**Cc:** adair@rocob.com; mab29@columbia.edu
**Subject:** three eastern TN counties, where would their organization fit in?

Dear Sir or Madam:

We write regarding where our group would "fit" in the NCS. We are a Obstetric and High Risk Maternal Fetal Medicine service that covers three of the counties listed among the 96 sites for the NCS (Bradley County, TN, and Cumberland and Morgan Counties, TN).

We have an ongoing liaison with the County and State level Departments of Public Health that has identified an unusually high rate of low birth weight infants in our patient pool. A working group of epidemiologists, physicians, and community representatives has developed strategies for addressing this problem.

These strategies may be applicable to the broader aims of the NCS. Among these include the banking and preservation of biological samples such as blood and placenta, and an user-friendly relational data base for data management across multiple pregnancies of a given patient and multiple infants from any given pregnancy, as well as the biological specimens, placental samples, pertinent images and variables calculated from those sources.

In reading the material about "Vanguard" sites, we ask if these are more overarching regional centers that might not be sites of actual patient recruitment. We would clearly want our patient population to benefit from their inclusion not only in our work, but in the NCS.

Would there be a place for a group that encompassed three of your 96 sites, perhaps coming in a later RFP? We do not want to miss an opportunity if we would fit now, but also do not want to waste your time, or our efforts.

Thanks very much for your time

Sincerely,

Carolyn M. Salafia MD MS
Developmental Pathologist
Ass't Prof. of Epidemiology
Mailman School of Public Health
Columbia University
New York, NY

C. David Adair, MD
Chief, Regional Obstetric Consultants
Chattanooga, TN

**DeSeau, Virginia (NIH/NCI) [E]**

**From:** DeSeau, Virginia (NIH/NICHD)
**Sent:** Tuesday, January 04, 2005 8:55 AM
**To:** Rabunsky, Dawn (NIH/NICHD)
**Subject:** FW: National Children's Study - San Bernardino County

**Attachments:** Richard E. Chinnock

Richard E. Chinnock

Dawn - please answer this query that Beth forwarded to me. THANKS.

Ginny

-----Original Message-----
From: Davis, Elizabeth (NIH/NICHD)
Sent: Monday, January 03, 2005 5:30 PM
To: DeSeau, Virginia (NIH/NICHD)
Subject: FW: National Children's Study - San Bernardino County

-----Original Message-----
From: Chinnock, Richard [mailto:RChinnock@ahs.llumc.edu]
Sent: Monday, January 03, 2005 5:05 PM
To: NICHD National Children's Study
Subject: National Children's Study - San Bernardino County

Dear Sir or Madam:
I have received the informational brochure and letter from Dr. Alexander's office. I just wanted to understand the time frame a bit better.

Is it correct that you are currently looking just for "Vanguard Centers" at this time? - and these are likely to be geographically located in the 8 Vanguard areas? (E.g. in our area that would be Orange County, CA.)

At what point in the process would we apply to be a center for our area? Loma Linda University Children's Hospital is the only tertiary care center in San Bernardino County are we are interested in developing a local consortium to administer the NCS in our county.

Thanks,
Richard Chinnock, MD
Professor and Chair of Pediatrics
Loma Linda University School of Medicine and Children's Hospital

<<Richard E. Chinnock>>

**DeSeau, Virginia (NIH/NCI) [E]**

**From:** DeSeau, Virginia (NIH/NICHD)
**Sent:** Thursday, January 13, 2005 11:44 AM
**To:** 'fkeeslar@co.grand-traverse.mi.us'
**Subject:** RE: MI Contracts for National Children's Study

I'm sorry, I really do seem to be confused. I thought that your original question was that since you were located >5 hours from the county that was selected, you were wondering how you could participate. Now I'm understanding that what you are really asking is whether the system that you have in place, within a designated NCS county, can be used for recruitment for the NCS.

The answer to that question is "probably." I cannot give you a definite answer yet since one of the functions of the Vanguard sites is to figure out the various methods for recruitment, enrollment and retention. We expect that will vary among different Locations and, thereby, are planning on adapting or enhancing successful local methodologies, services and personnel within the designated counties. The lessons learned during the Vanguard stage will help us better define just how existing local systems will mesh and how to build on them with the NCS capabilities. When the next solicitation comes out for the designated counties that are not in the Vanguard Locations (approximately 18 - 24 mon from now), we plan on being more informed than we can be at this time and better able to anticipate how to adapt existing services within the designated Locations. So, existing methodologies and services will probably be incorporated, but I cannot say if some adjustments may be requested based on lessons learned during the Vanguard stage.

Does that better answer your question?

Virginia A. DeSeau, M.Sc.
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
From: fkeeslar@co.grand-traverse.mi.us
[mailto:fkeeslar@co.grand-traverse.mi.us]
Sent: Thursday, January 13, 2005 11:09 AM
To: DeSeau, Virginia (NIH/NICHD)
Subject: RE: MI Contracts for National Children's Study

Since we are a county to be studied, is it possible to use our existing system of prenatal and post natal services for the recruitment and monitoring the children in this National Children's Study?

Or, is this to be separate from local input?

Fred Keeslar, Health Officer
Grand Traverse County Health Department

**********************************
CONFIDENTIALITY NOTICE: This E-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail at the address shown, and delete the original message. Thank you.

"DeSeau, Virginia (NIH/NICHD)" <deseauv@mail.nih.gov>
01/13/2005 10:59 AM

To "'fkeeslar@co.grand-traverse.mi.us'" <fkeeslar@co.grand-traverse.mi.us>
cc
Subject RE: MI Contracts for National Children's Study

The approach remains the same for the Vanguard and the Study Centers - only participants living in the counties that are designated will be recruited. At this time we are not anticipating adding other counties.

Maybe I'm not sure what is the question, so let me know if this answers your question.

Virginia A. DeSeau, M.Sc.
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
From: fkeeslar@co.grand-traverse.mi.us [mailto:fkeeslar@co.grand-traverse.mi.us]
Sent: Thursday, January 13, 2005 8:20 AM
To: DeSeau, Virginia (NIH/NICHD)
Subject: RE: MI Contracts for National Children's Study

Thank you for your response, but I am a little confused.
Grand Traverse County is one of "the designated 93 counties across the U.S.," but not a vanguard county. That is what prompted my email.
Fred Keeslar, Health Officer
Grand Traverse County Health Department

"DeSeau, Virginia (NIH/NICHD)" <deseauv@mail.nih.gov>
01/12/2005 05:47 PM

To "'fkeeslar@co.grand-traverse.mi.us'" <fkeeslar@co.grand-traverse.mi.us>
cc

Subject
RE: MI Contracts for National Children's Study

Mr. Kesslar,

Thank you for the information about the comprehensive program in Grand Traverse County. As you have either read in the Study Plan in the Request for Proposals (RFP - Section IV, Part A2) or heard on the conference calls with counties within the nation, the Vanguard and Study Locations have been selected using a statistical probability sampling, which is intended to provide a representative sampling of the complete population across the US. Although there are many excellent programs in existance within the US (as we
are learning about more and more each day), this probability sampling approach helps ensure, to the best of our ability, that all U.S. populations
are proportionately represented in the Study. If your program has an outreach in a Vanguard- or Study-designated county, that would be a great way to participate. But, at this time, it is not the intent of the NCS to include participants from other than the designated 93 counties across the U.S., and only eight possible counties at this time.

Let me know if you have any other questions and thank you for the information about your program. We are encouraged to know of other, related
programs and sources of data.

Virginia A. DeSeau, M.Sc.
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
From: fkeeslar@co.grand-traverse.mi.us
[mailto:fkeeslar@co.grand-traverse.mi.us]
Sent: Friday, January 07, 2005 8:56 AM
To: Alston, Teneshia G (NIH/NICHD); jdasho@yahoo.com
Cc: dkelly@co.grand-traverse.mi.us
Subject: Contracts for National Children's Study

I received the message below yesterday. Despite my reading and participation
in the two phone conferences, I am not sure which if any contracts this department would be able participate.

Since Grand Traverse County is at least a 5.5 hour drive, each way, to the nearest other counties in the NCS, I presume that some work: recruitment, communication, clinical evaluation, etc. will have to be done locally. We have a local collaborative program called "Healthy Futures" which offers pre
and post natal visits and education for available to all pregnant women and newborn children. In 2004 we have 2400 children enrolled in this program. It is a collaboration of the local hospital (Munson Health Care), local obstetricians and family practitioners, and local public health departments.
The majority of the clients are from Grand Traverse County. I believe that Health Futures would be an ideal existing program to connect to
the NCS.

Since Grand Traverse County is not a vanguard county, I hope that we can discuss this in the future. The web site for Health Futures is:

(See attached file: Healthy Futures Enrollment.url)

PUBLIC PRIVATE PARTNERSHIPS

The National Children's Study will be funded by the government through a contractual mechanism. Postings for the Coordinating Center and Vanguard (Study) Centers can be found on the NCS website under 'Study Plan and Request For Proposals'.

Questions regarding THE Government-funded contracts should be directed as follows:

Vanguard Centers- Dawn Rabunsky: drabunsk@mail.nih.gov
Coordinating Center- Teneshia Alston: alstont@mail.nih.gov
General Contracting Issues - Virginia DeSeau: vdt9@nih.gov

In addition to these contracts, in the future there will be opportunities for Public Private Partnerships. Public private partnerships will allow for diverse entities to participate in the Study in a variety of ways, largely by providing ideas, support and often private funding for activities. Currently envisioned, public private partnerships might include: adjunct studies (as described in the Statement of Work for the Vanguard Centers); support for recruitment and retention activities; providing 'gifts of appreciation' for participants; etc. Mechanisms for initiating public private partnerships will be described on this website when the Study has further evolved and is ready to incorporate them. Interested persons should join the Study Assembly to receive updates. Questions may be directed to ncs@mail.nih.gov with subject line: Public Private Partnerships.

Fred Keeslar, Health Officer
Grand Traverse County Health Department

***********************************
CONFIDENTIALITY NOTICE: This E-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are
hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail at the address shown, and delete the original message. Thank you.

**DeSeau, Virginia (NIH/NCI) [E]**

**From:** DeSeau, Virginia (NIH/NICHD)
**Sent:** Tuesday, January 18, 2005 3:44 PM
**To:** 'sharma.r.burdick@vanderbilt.edu'
**Cc:** Rabunsky, Dawn (NIH/NICHD); Alston, Teneshia G (NIH/NICHD); Quinn, James L (NIH/NICHD)
**Subject:** RE:Vanderbilt- gen'l

Ms. Burdick,

The National Children's Study is currently soliciting proposals for the Coordinating Center and the initial (or Vanguard) sites. The solicitation for the Vanguard sites can be found at: http://www.eps.gov/spg/HHS/NIH/NICHD/RFP%2DNICHD%2D2004%2D07/listing.html

Following the awards of the Vanguard Centers, the NCS will take information learned from those sites and prepare new solicitations for the awards of the Study Centers. I think that you are asking for information about the future acquisitions, which will not be available for about 1-2 years. I will add, though, that we anticipate the requirements for the full Study Centers will be similar to the requirements that are included in the Statement of Work and Study Plan for the Vanguard Centers (which are included in the URL that is provided above)..

Let me know if you have any other questions.

*Virginia A. DeSeau, M.Sc.*
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
**From:** Burdick, Sharma R [mailto:sharma.r.burdick@Vanderbilt.Edu]
**Sent:** Monday, January 17, 2005 10:31 AM
**To:** NICHD National Children's Study
**Subject:** Vanguard Study Center info

Please send us the information we need in order to submit a proposal for Vanderbilt University to serve as a Study center site for the National Children's Study.

*Sharma R. Burdick*
Pediatric Clinical Research Office
1161 21st Ave. South
CCC 5323 MCN
Nashville, TN 37232
(615) 322-2773

**DeSeau, Virginia (NIH/NCI) [E]**

**From:** DeSeau, Virginia (NIH/NICHD)
**Sent:** Monday, January 24, 2005 12:22 PM
**To:** 'manning@mail.co.ventura.ca.us'
**Cc:** Rabunsky, Dawn (NIH/NICHD); Alston, Teneshia G (NIH/NICHD); Quinn, James L (NIH/NICHD)
**Subject:** RE: Study Location - Ventura County

Ms. Manning,

The solicitation that is current is for Vanguard Locations only. Proposals for the rest of the Study Locations, of which Ventura County is included, will not be released until late in 2005 or early in 2006.

The process for submitting a proposal is fully described in a Request for Proposals (RFP), which is always posted on the Federal Business Opportunities (http://FedBizOpps.gov ) website and for the National Children's Study (NCS), on the NCS webpage (http://nationalchildrensstudy.gov) . At this time, the RFP for the Vanguard Centers is active and the direct links to the information regarding this solicitation are listed at both of the aforementionned URLs. We anticipate that the requirements for the future solicitations for the rest of the Study Centers will be similar to those for the Vanguard Centers, so it would be practical to be familiar with the Vanguard RFP to develop an understanding of the solicitation process and requirements as well as the technical requirements.

At this time, we also have an active solicitation for the NCS Coordinating Center (NCS-CC). It is essential that the Study Centers understand their relationship with the NCS-CC, so we are also strongly advising potential offerors to review at least the Statement of Work for the NCS-CC, the RFP of which can be found at the same URLs indicated above (the Statement of Work for the NCS-CC is found as an attachment in Section J of that RFP).

So, in short, you do not have to submit anything yet since we are not soliciting proposals from counties other than those that have been designated as Vanguard Centers, but you can definitely become familiar with the process and requirements by reviewing the solicitations that are current and active.

Thank you for your interest in the Study and stay tuned for postings of our progress. Let us know if you have any other questions.

*Virginia A. DeSeau, M.Sc.*
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
**From:** Lois Manning [mailto:Lois.Manning@mail.co.ventura.ca.us]
**Sent:** Thursday, January 20, 2005 8:02 PM
**To:** NICHD National Children's Study
**Subject:** Study Location

Ventura County, California, has been selected as a study location. We did listen to several initial conference calls regarding the Child Health Study. Our County Childrens Community Commission is now asking for an update on the future plans for the CHS.

Our county has a variety of non profit, public and private agencies, schools and churches that collaborate on children's issues/services. We do not have a university setting that does research. The County Board of Supervisors is willing to to take the lead on this project with the Ventura County Medical Center (affiliated with UCLA) and our local hospitals and clinics. The Public Health Department would accept the lead role. Our quetion is, what is the process for establishing this initial relationship with NIH?

Thank you for any information you may send. The report to the children's commission will be on January 24.

Lois Manning, MSN, MS, PHN, RN
Director of Public Health Nursing
2240 E. Gonzales Road, Ste. 210
Oxnard, CA 93036
805.981.5105
805.981.5110 FAX
lois.manning@mail.co.ventura.ca.us

**DeSeau, Virginia (NIH/NCI) [E]**

|  |  |
|---|---|
| **From:** | DeSeau, Virginia (NIH/NICHD) |
| **Sent:** | Tuesday, February 01, 2005 3:42 PM |
| **To:** | 'asheikh@usouthal.edu' |
| **Cc:** | Rabunsky, Dawn (NIH/NICHD) |
| **Subject:** | Participation in the NCS - USouthAL |

Dear Dr. Sheikh:

Thank you for your interest in the NCS. As noted in the Study Plan, (See Section J of the Request for Proposals), a national probability sample was chosen as the design that best fulfills the goals of the NCS. Statisticians from the National Center for Health Statistics have drawn a sample of Study Locations for implementation of the NCS. The NCS is committed to a national probability sample that is representative of the whole U.S. While maintaining this approach, adjustments may be made as the population/demographic/birth rate statistics are further elucidated over time.

Both the exposures ("mercury and other environmental toxins") and the outcomes ("infant mortality" "early childhood complications" and "lifelong health issues") that are mentioned in your e-mail are included within the framework of the NCOS. You can contribute in a number of ways. First, the Study Protocol and Specific measurements are not yet finalized. The Study Protocol is in the earliest drafting stages and will not be completed until contracts have been awarded and a Steering Committee is in place. Although the anticipated dates for contract awards are late September 2005, any information that you feel should be considered as NCS Staff develop the first draft of the protocol, can be sent in at any time.

Second, collaborations are strongly encouraged. Below is text, extracted from a modification to the RFP, that addresses the issue of collaboration. (The full modification can be accessed through the following URL: http://www.eps.gov/spg/HHS/NIH/NICHD/RFP%2DNICHD%2D2004%2D07/Attachments.html) "The national probability sample and the center-based structure to carry out the Study were both chosen for important and compelling reasons essential to the goals and success of the Study that are given in the scope of work. However, this combination challenges potential centers to develop capabilities and expand relationships beyond the areas and activities that have been most familiar and comfortable. Vanguard Center offerors are urged to respond with flexibility and creativity. Offerors are encouraged to develop partnerships and other relationships that are complimentary in order to maximize their capability to successfully carry out the varied components of the Study from community engagement to complex genomic research. Collaboration is strongly encouraged among institutions and other entities with varied and complimentary areas of expertise, such as community participation and engagement, environmental risk assessment, recruitment and retention of cultural sub-groups, rigorous developmental assessments, public health systems, etc."

Once contracts are awarded, you may communicate directly with our program office, but during the acquisition stage for the contracts (until September 2005), you should send your comments, hypotheses and suggestions through this office - either to me or to Dawn Rabunsky, who is copied on this message.

I hope this is helpful and feel free to contact me if I can be of further assistance.

Virginia A. DeSeau, M.Sc.
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
From: Asad Sheikh [mailto:asheikh@usouthal.edu]
Sent: Thursday, January 06, 2005 1:38 PM
To: NICHD National Children's Study
Cc: Kathy Porter
Subject: participation in the NCS

Dear Sir or Madam:

We read with interest your recent publication announcing the initiation of this study. We believe that goals are worthy. We serve a population that has had one of the highest infant mortality rates in the country. Fortunately, that has declined slightly, but the etiology remains unexplained. There is speculation that mercury and other environmental toxins contribute locally to both early childhood complications as well as lifelong health issues, but this has not been well studied. These same issues are being addressed in the NCS and we feel that including our population would be valuable. Who should we contact to see if we can contribute and participate?

Asad U. Sheikh, M.D.
Director, Maternal Fetal Medicine
251 Cox Street, Suite 100
Telephone 251-415-1553
Fax 251-415-1552
asheikh@usouthal.edu
This transmission may contain confidential health information that is legally protected. Unauthorized re-disclosure or a failure to maintain

the confidentiality of the information contained herein could subject you to penalties under State and Federal Law. If you have received this

communication in error, please destroy this copy and notify me.

**HUMBOLDT STATE UNIVERSITY**

Office of the President

March 31, 2005

Ms. Virginia DeSeau
National Institute of Child Health and Human Development
6100 Executive Blvd, #5c01
Rockville, MD 20892-7510

Subject: National Children's Study

Dear Ms. DeSeau:

We are thrilled that Humboldt County has been selected as one of the sites for the National Children's Study. Both the Humboldt County Department of Health and Human Services and Humboldt State University are interested in cooperating fully with the effort. We are writing to request that an RFP for becoming a research center be sent to the California Center for Rural Policy (CCRP), a rural health research institute affiliated with Humboldt State University. Please forward the RFP to the following address:

CCRP
Denice Helwig, Special Assistant to the President
Office of the President
Humboldt State University
One Harpst Street
Arcata, CA 95521

We look forward to participating in the National Children's Study.

Sincerely,

Rollin Richmond, President
Humboldt State University
One Harpst Street
Arcata, CA 95521

Ann Lindsay, MD
Ann Lindsay, MD, Health Officer
Humboldt County Department of
Health and Human Services
529 I Street
Eureka, CA 95501

**DeSeau, Virginia (NIH/NCI) [E]**

**From:** DeSeau, Virginia (NIH/NICHD)
**Sent:** Friday, August 19, 2005 6:22 PM
**To:** Davis, Elizabeth (NIH/NICHD)
**Subject:** RE: Site interest

thanks

---

**From:** Davis, Elizabeth (NIH/NICHD)
**Sent:** Friday, August 19, 2005 6:00 PM
**To:** DeSeau, Virginia (NIH/NICHD)
**Subject:** FW: Site interest
**Importance:** Low

Ginny:

Here it is. I saved this version myself and will use it to respond to similar questions in the future.

Beth

---

**From:** Davis, Elizabeth (NIH/NICHD)
**Sent:** Friday, August 19, 2005 5:57 PM
**To:** 'raun.melmed@melmedcenter.com'
**Subject:** FW: Site interest
**Importance:** Low

Dr. Melmed:

Thank you for your e-mail and interest in the National Children's Study. Let me share a bit more information about the Study Plan and the current status of the Study.

The Locations (generally counties) for conducting the study were selected using a probability sampling approach. From the full list of over 100 selected locations, 8 were selected to potentially be the initial or Vanguard Locations. Collection of data in these locations will be carried out by Vanguard Study Centers. These Centers are being identified through a competitive procurement process and we anticipate award of contracts to 3 to 8 Study Centers for collection of data in 3 to 8 corresponding Study Locations. We are currently in the process of determining which of the designated Vanguard Centers will be awarded contracts. Announcements of the successful contracts will be made in late September and early October 2005.

The specific protocol for the Study is currently under development You can learn more about the particulars of the Study by going to the NCS website, at http://nationalchildrensstudy.gov. That link will also include the names and locations of the new contract awards, after they are made. Once the Vanguard Centers are started, each Center will participate in the further development of the protocol and develop plans for recruitment and retention of participants. Additionally, there will be opportunity to propose adjunct studies, leveraging on the Study, at one or more centers. The mechanism for doing so is currently being developed and will be available on the website as well. The Study will start enrolling expectant mothers in approximately July 2007.

This is a dynamic project. We hope that you will remain informed about what is happening with the Study. Please

view our website regularly for study updates .

Again, thank you for your interest in the NCS. Let us know if you have any other questions.

Sincerely,

Elizabeth Davis

National Children's Study Program Office

---

**From:** Raun Melmed [mailto:raun.melmed@melmedcenter.com]
**Sent:** Tuesday, August 09, 2005 7:45 PM
**To:** NICHD National Children's Study
**Subject:** Site interest

Greetings,

Could you please send me information as to how we could become a site or collaborate with an established site for this study. Here at the Southwest Autism Research and Resource Center we are acutely aware of the need for such studies. Please see our website at www.autismcenter.org.

Kind Regards

Raun Melmed, MD, Medical Director

**Weaver, Gretchen (NIH/OD) [E]**

**From:** Damia50@aol.com
**Sent:** Thursday, September 29, 2005 10:46 PM
**To:** NICHD National Children's Study
**Subject:** New Haven county in CT

I have been receiving email updates regarding this study although I never subscribed to participate. Out of curiosity I explored your web site and noticed that New Haven County is listed as a study site. Your site explains that additional study sites will be added in the future. I am the Director of Women's Health for the New Haven Department of Health. We coordinate a regional coalition of providers and consumers that manage a county wide FIMR, facilitate a regional Asthma Coalition, provide management for the Federal Healthy Start project and several other consortia including a faith based initiative, and school readiness program. Our partners include Yale University, (medical school, school of public health, and the Robert Wood Johnson Scholars program), Southern Connecticut State University, several local private foundations, all hospitals and federally qualified clinics in the region, CBO's, local health departments, and local and regional school districts. Is someone New Haven County actively participating in this study? Can we participate? What is the process? Can I get more information? How did I get on this email list? Thanks, Maria Damiani

## Weaver, Gretchen (NIH/OD) [E]

**From:** Vieten, Cassandra [VietenC@cpmcri.org]
**Sent:** Tuesday, November 15, 2005 6:54 PM
**To:** NICHD National Children's Study
**Subject:** when will rfp for study centers come out

Hi -

I'm wondering when the RFP for the study centers will be posted, and also wondering how one can find out who the PIs are for the vanguard centers?

Thank you for your help,

Cassi

*****************************************************************

Cassandra Vieten, PhD
Associate Scientist
California Pacific Medical Center Research Institute
2200 Webster Street, Rm. 516
San Francisco, CA 94115
415-600-6574 (office)
415-600-1753 (fax)
cassi@cooper.cpmc.org

**Weaver, Gretchen (NIH/OD) [E]**

---

**From:** Ron Munden [rmunden@jam.rr.com]
**Sent:** Thursday, December 15, 2005 1:45 PM
**To:** Costella, Kate (NIH/NICHD) [E]
**Subject:** RE: FQHC wants to join in your study.

Is it too late to make application, we do have 3 sites, one on Tougaloo College, and 2 in mid town. Just keep us informed

-----Original Message-----
**From:** Costella, Kate (NIH/NICHD) [E] [mailto:costelka@mail.nih.gov]
**Sent:** Thursday, December 15, 2005 11:30 AM
**To:** Ron Munden
**Subject:** RE: FQHC wants to join in your study.

Dr. Munden,

A Center has not yet been chosen to run the Study site in Hinds County, MS. Please visit our website – www.nationalchildrensstudy.gov – regularly for updated information on the announcement of additional Study Centers. When planning and funding are in place for the additional Centers, we will release a Request For Proposals for the additional Centers.

**Kate S. Costella, MSW**
Outreach and Communications Coordinator
National Children's Study
NICHD, NIH
www.nationalchildrensstudy.gov

---

**From:** Ron Munden [mailto:rmunden@jam.rr.com]
**Sent:** Monday, October 24, 2005 6:29 PM
**To:** NICHD National Children's Study
**Subject:** FQHC wants to join in your study.

I have reviewed your site and would like to get our clinics involved in this project. Who is the lead agency in Hinds County MS. We would like to contact them or do we join thru the National Children Study or do it locally? please let me know my phone number is 601-948-5572 or cell number 601-506-0368 We are a FQHC 330 federally funded health clinics.Thanks for your help.

## Weaver, Gretchen (NIH/OD) [E]

**From:** Dr. Fredrick P. Rivara [fpr@u.washington.edu]

**Sent:** Wednesday, December 07, 2005 7:29 PM

**To:** Scheidt, Peter (NIH/NICHD) [E]

Pete:

A couple fo my folks met you at the NCS meeting after thanksgiving. I don't know if you can answer it but a couple fo questions:

1. For teh next RFA, will it be like the first one where you select the counties you want to fund in the next round, or will you open it up to the rest of the 96 counties? Will it be for more than one county?
2. Once the rfa is announced, what will likely be the turn around time.

Thanks. I hope all is well with you

Fred
Frederick P. Rivara, MD, MPH
George Adkins Professor of Pediatrics
University of Washington
Injury center: 206 744-9449
CHI: 206 685 6616
Archives: 206 685 3573

**Weaver, Gretchen (NIH/OD) [E]**

**From:** LaGamma, Edmund [EDMUND_LAGAMMA@NYMC.EDU]
**Sent:** Thursday, December 15, 2005 12:14 PM
**To:** Costella, Kate (NIH/NICHD) [E]
**Cc:** Brumberg, Heather; Golombek, Sergio
**Subject:** RE: National Children's Study Awards Seventh Vanguard Center#2

Dear Kate,

We are University Hospital and network of 24 neonatologists covering 11 community Level 1, 2 & 3 hospitals in a 5,000 sq mile catchment area just north of NYC who are directly available to 27,000 births with a regional birth rate of about 40,000 annually. We collect outcome data in a central repository and have a follow-up program as well as an electronic database collection system. Our case mix index at the Regional Center is always among the top 3 for the entire state and we admit about 100 babies a year < 1000g. We also are funded to run a Perinatal Network to improve access to health care and regional quality assurance programs. I have 3 board certified neonatologists who also have masters in public health, one with an MBA as well as 3 clinician-scientists with a total of $2.5 million in NIH grants.

Is that the type of consortia you are referring to?

When is the next anticipated date for applications?

Ed

Edmund F. La Gamma, M.D., F.A.A.P.
Chief, Division of Newborn Medicine
Director, Neonatal-Perinatal Fellowship Program
Professor of Pediatrics, Biochemistry & Molecular Biology
The Regional Neonatal Center
New York Medical College-Westchester Medical Center
Valhalla, New York 10595
Phone: (914) 493 - 8558
Fax: (914) 493 -1488
**e-mail:** edmund_lagamma@nymc.edu
**Academic/Clinical Program Info:** *http://www.nymc.edu/neonatology* **GME Info:** *www.ama-assn.org/vapp/freida/pgm/0,2654,3293521077,00.html*
**Department of Pediatrics web site:** http://www.nymc.edu/depthome/peds/pediatrics.htm **WMC web Site:** *http://icare/default/*
*This e-mail and any attached file is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please immediately notify us by contacting me at the above address or telephone number.*

-----Original Message-----
**From:** Costella, Kate (NIH/NICHD) [E] [mailto:costelka@mail.nih.gov]
**Sent:** Thursday, December 15, 2005 10:56 AM
**To:** LaGamma, Edmund
**Subject:** FW: National Children's Study Awards Seventh Vanguard Center

Dr. LaGamma,

Thank you for your interest in the National Children's Study. When planning and funding are in place for the additional Centers, we will release a Request For Proposals for the additional Centers. As was done for the Vanguard Centers, contracts will then be awarded, depending on availability of funds and the scientific quality of proposals received. You will notice by the Vanguard awards that the contracts have generally been awarded to consortia of organizations who have worked together to benefit from their respective areas of expertise, in order to fulfill the requirements of the contract. Our advice to organizations interested in participating in this process is for them to communicate with other organizations, most likely but not necessarily local academic centers, who might be likely contenders for such a role. Updates about the Study can always be found on our website.

**Kate S. Costella, MSW**

Outreach and Communications Coordinator
National Children's Study
NICHD, NIH
www.nationalchildrensstudy.gov

---

**From:** LaGamma, Edmund [mailto:EDMUND_LAGAMMA@NYMC.EDU]
**Sent:** Tue 12/13/2005 5:51 PM
**To:** Davis, Elizabeth (NIH/NICHD) [E]
**Subject:** RE: National Children's Study Awards Seventh Vanguard Center

Dear Elizabeth,

Once before I had inquired how my center could be considered to become a Vanguard Center. I was under the impression it was closed.

What will be the process for selecting the other 105 locations?

Ed

Edmund F. La Gamma, M.D., F.A.A.P.
Chief, Division of Newborn Medicine
Director, Neonatal-Perinatal Fellowship Program
Professor of Pediatrics, Biochemistry & Molecular Biology
The Regional Neonatal Center
New York Medical College-Westchester Medical Center
Valhalla, New York 10595
Phone: (914) 493 - 8558
Fax: (914) 493 -1488
**e-mail:** edmund_lagamma@nymc.edu

**Academic/Clinical Program Info:** *http://www.nymc.edu/neonatology* **GME Info:** *www.ama-assn.org/vapp/freida/pgm/0,2654,3293521077,00.html*

**Department of Pediatrics web site:** http://www.nymc.edu/depthome/peds/pediatrics.htm **WMC web Site:** *http://icare/default/*

*This e-mail and any attached file is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please immediately notify us by contacting me at the above address or telephone number.*

-----Original Message-----
**From:** Stakeholders/Participants in the National Children's Study [mailto:NCS_STUDY_ASSEMBLY@LIST.NIH.GOV] **On Behalf Of** Davis, Elizabeth (NIH/NICHD) [E]
**Sent:** Tuesday, December 13, 2005 4:41 PM
**To:** NCS_STUDY_ASSEMBLY@LIST.NIH.GOV
**Subject:** National Children's Study Awards Seventh Vanguard Center

The National Children's Study Program Office is pleased to welcome South Dakota State University (SDSU), with the Children's Medical Center of Cincinnati and the University of Cincinnati, to the National Children's Study.

In early November 2005, the Program Office awarded a contract to SDSU to serve as the seventh Study (or Vanguard) Center. The university will implement the Study in one location composed of four adjacent counties-Brookings County in South Dakota and Yellow Medicine, Pipestone, and Lincoln Counties in Minnesota.

This location and six others are the first of 105 locations where the Study will be carried out. The other six locations are:

- Orange County, California
- New York City (Queens), New York

- Duplin County, North Carolina
- Montgomery County, Pennsylvania
- Salt Lake County, Utah
- Waukesha County, Wisconsin

The September 2005 issue of the National Children's Study E-Update featured an article about the first six contracts awarded.

http://www.nationalchildrensstudy.gov/news/e-updates/e_update_092005.cfm

"We are thrilled to bring South Dakota State University and its colleagues on board and look forward to the significant contributions they will make," said Peter Scheidt, MD, MPH, Director of the National Children's Study.

In early December 2005, SDSU hosted a celebration to kick off its participation in the Study.

*************************************************************************
***************************************************************

E-mail comments or questions to NCS@mail.nih.gov Visit our Web site at http://nationalchildrensstudy.gov

The National Children's Study is led by a consortium of federal agency partners:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES National Institutes of Health Centers for Disease Control and Prevention U.S. ENVIRONMENTAL PROTECTION AGENCY

# EXHIBIT 27

**DeSeau, Virginia (NIH/NCI) [E]**

---

**From:** DeSeau, Virginia (NIH/NICHD)
**Sent:** Monday, January 03, 2005 5:25 PM
**To:** 'salafiacm@aol.com'; 'adair@rocob.com'; 'mab29@columbia.edu'
**Subject:** FW: three eastern TN counties, where would their organization fit in?

Dear Drs. Salafia and Adair:

First, let me apologize for the delay in responding specifically to your question from November . Our hope is that we have answered your questions in the overall responses that were posted in the modification to the Request for Proposal (RFP) (http://www.eps.gov/spg/HHS/NIH/NICHD/RFP%2DNICHD%2D2004%2D07/Attachments.html). In your e-mail, you asked "Would there be a place for a group that encompassed three of your 96 sites, perhaps coming in a later RFP?" As noted in that *the referenced* modification, the current solicitation is for the establishment of the initial Vanguard Centers to conduct the Study in a limited number of designated Vanguard Locations. It is anticipated that separate solicitations will be released in the future for additional Study Centers to expand the Study to Locations that are not included in the Vanguard stage. Although the Study Locations are already selected, the number of Centers in subsequent stages of the Study is dependent on funds, quality of proposals received, and other factors at the time of solicitation. Because the procurement for these additional Study Centers has not yet been developed, specific guidelines for preparation of proposals are not yet available. However, potential offerors can anticipate that requirements will be similar to the current RFP for the establishment of Vanguard Centers.

W e note that you are part of an existing network with representation, expertise, and experience from a number of disciplines. As noted in the posted modification, collaboration is strongly encouraged among institutions and other entities. Finally, you mention that you are an Obstetric and High Risk Maternal Fetal Medicine service that covers three of the counties listed among the 96 sites for the NCS. We anticipate that, pending receipt of full funding for the Study, there will be between 30-50 Study Centers with data being collected in the designated 96 Study Locations. Thus, some Centers will be expected to collect data in more than one Location. Please note that contracts for Study Centers will be awarded only to organizations residing in the Census Regions where the Center is located (per the list of counties selected and the map included in the Vanguard Centers RFP, Modification #3).

I hope this is helpful. Feel free to contact me if I can be of further assistance.

*Virginia A. DeSeau, M.Sc.*
Contracting Officer, NICHD
Executive Bldg., Suite 7A07
6100 EXECUTIVE BLVD MSC 7510
BETHESDA MD 20892-7510
Telephone: 301-435-6947
Fax: 301-402-3676
E-mail: vd9t@nih.gov

-----Original Message-----
**From:** Salafiacm@aol.com [mailto:Salafiacm@aol.com]
**Sent:** Thursday, November 18, 2004 1:04 PM
**To:** NICHD National Children's Study
**Cc:** adair@rocob.com; mab29@columbia.edu
**Subject:** three eastern TN counties, where would their organization fit in?

Dear Sir or Madam:

We write regarding where our group would "fit" in the NCS. We are a Obstetric and High Risk Maternal Fetal Medicine service that covers three of the counties listed among the 96 sites for the NCS (Bradley County, TN, and Cumberland and Morgan Counties, TN).

We have an ongoing liaison with the County and State level Departments of Public Health that has identified an unusually high rate of low birth weight infants in our patient pool. A working group of epidemiologists, physicians, and community representatives has developed strategies for addressing this problem.

These strategies may be applicable to the broader aims of the NCS. Among these include the banking and preservation of biological samples such as blood and placenta, and an user-friendly relational data base for data management across multiple pregnancies of a given patient and multiple infants from any given pregnancy, as well as the biological specimens, placental samples, pertinent images and variables calculated from those sources.

In reading the material about "Vanguard" sites, we ask if these are more overarching regional centers that might not be sites of actual patient recruitment. We would clearly want our patient population to benefit from their inclusion not only in our work, but in the NCS.

Would there be a place for a group that encompassed three of your 96 sites, perhaps coming in a later RFP? We do not want to miss an opportunity if we would fit now, but also do not want to waste your time, or our efforts.

Thanks very much for your time

Sincerely,

Carolyn M. Salafia MD MS
Developmental Pathologist
Ass't Prof. of Epidemiology
Mailman School of Public Health
Columbia University
New York, NY

C. David Adair, MD
Chief, Regional Obstetric Consultants
Chattanooga, TN

# EXHIBIT 28



news

THE NATIONAL
CHILDI

about the Study | Study centers | the research | how to get involved | adjunct studies | events | news | contact us |
e-updates | in the news

search

October 4, 2007

**SPECIAL EDITION**

## National Children's Study Awards Contracts to 22 New Study Centers

The National Children's Study announced today that it awarded contracts in late September to 22 new study centers to manage participant recruitment and data collection in 26 additional communities across the United States, bringing the study a step closer to full operation.

"Today's announcement represents a milestone for the National Children's Study," said Duane Alexander, M.D., Director of the National Institute of Child Health and Human Development. "The addition of new study centers will move the study closer to its goal of recruiting more than 100,000 children representative of the entire population of American children," he said.

By following 100,000 children from before birth to age 21, National Children's Study researchers seek to better understand how environmental influences and genetic constitution interact to affect child and adult health. The study has the potential to pinpoint the causes of health conditions like autism, asthma, pregnancy-related problems, obesity, mental health disorders, and others.

**The newly awarded study centers will manage the study in 20 states. The study centers are in both urban and rural areas. Fifteen locations are in the Eastern part of the country, and 11 are in the West. (A complete list of centers and locations can be found on the National Children's Study Web site.)**

The study will eventually be conducted in a total of 105 study locations across the United States, pending additional funding. These study locations were chosen for their geographic and demographic diversity and other criteria, such as the number of births and number of babies born at low birth weight.

"We are thrilled with the quality of the award recipients and what their participation in the study will mean for child health. With this large group of new study centers, we will be able to recruit expectant mothers from large parts of the country in rural, urban, small and large counties," said Peter Scheidt, M.D., M.P.H., Director of the National Children's Study.



New study centers were selected based on rigorous criteri including broad data collection capabilities, the ability to bu extensive community networks for recruiting and retaining women and newborns, and a demonstrated commitment t protection and privacy of participant data.

Study centers will begin making preparations for recruitme immediately, including hiring and training staff, determining community needs, and setting up community advisory boa with recruitment scheduled to begin in 2009. Some centers manage operations in more than one study location as the progresses.

The announcement of new study centers builds on the momentum of earlier study milestones, including the establishment of the vanguard centers -- the first seven ce in 2005. In fiscal year 2007, Congress appropriated $69 m for the study, allowing the National Children's Study to fun new study centers and step up recruitment activities at the vanguard centers.

The National Children's Study is led by the U.S. Departme Health and Human Services -- through the National Institu Health and the Centers for Disease Control and Preventio by the U.S. Environmental Protection Agency.

Subscribe | Unsubscribe
Comments or questions? Click here.
Visit our Web site at http://nationalchildrensstudy.gov

The National Children's Study is led by a consortium of federal agency partners:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health
Centers for Disease Control and Prevention
U.S. ENVIRONMENTAL PROTECTION AGENCY

---

Page updated - 10/05/07

Disclaimer | Accessibility | Home

# EXHIBIT 29

**DEPARTMENT OF HEALTH & HUMAN SERVICES** Public Health Service

Phone: (301) 496-4611
Fax: (301) 402-3676
http://www.nichd.nih.gov

National Institutes of Health (NIH)
National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)
Office of Acquisitions, NICHD Branch
6100 Executive Blvd., Room 7A07, MSC 7510
Bethesda, MD 20892-7510

March 19, 2008

Stephen Broyhill, Vice-President, Business Development
Keith Thornburg, Manager of Contracts
The CNA Corporation
4825 Mark Center Drive
Alexandria, VA. 22311

Dear Mr. Broyhill and Mr. Thornburg:

In accordance with Judge Horn's order dated January 3, 2008, and in fulfillment of my responsibility under Federal Acquisition Regulation (FAR) 1.602-2 to safeguard the interests of the United States in its contractual relationships, I affirm my decision to exclude the CNA Corporation (CNAC) from consideration for the 2007 award of a contract under RFP-NIH-NICHD-NCS-07-11, National Children's Study Centers (2007 RFP). Consistent with the instruction at FAR 1.602-2(c), I have requested and considered the advice of specialists in law in order to safeguard those interests. Specifically, I adopt the attached opinion of the Office of the General Counsel, Ethics Division, regarding the prospective violation of 18 U.S.C. § 207(a) as a result of CNAC's proposal of Dr. Sarah Friedman as its principal investigator under a National Children's Study Center contract. I affirm my decision to act under FAR 1.602-2 by excluding CNAC from consideration under the 2007 RFP in order to prevent an eventual violation of § 207(a) and the tainting of the contract and procurement thereby.

With respect to the forthcoming solicitation Reference-Number-NIH-NICHD-NCS-08-21 (2008 RFP), I advise you that the 2008 RFP does not materially differ from the 2007 RFP with respect to Dr. Friedman's eligibility under 18 U.S.C. § 207(a)(1) to serve as principal investigator. Accordingly, I would anticipate the same determination with respect to Dr. Friedman under the 2008 RFP as under the 2007 RFP. However, given that the 2008 RFP has not been issued, and given that CNA has not yet submitted a proposal, I have not made a determination as to whether or not to CNAC would be ineligible for award pursuant to the 2008 RFP. Thus, CNAC is not excluded from submitting a proposal in response to the 2008 RFP. Should CNAC submit a proposal in response to the 2008 RFP identifying Dr. Friedman as its proposed principal investigator, I would consider any information or argument that CNAC submitted with its proposal bearing upon Dr. Friedman's eligibility.

The legal opinion I have adopted is attached1. I have decided to provide this specific document to CNAC to fully explain the Government's analysis. I have waived attorney-client privilege with respect to the attached comment only and for no other purpose. In addition, I have not waived attorney-client privilege with respect to consultations and exchanges with counsel on this matter.

Sincerely,

Elizabeth Osinski

Elizabeth Osinski
Contracting Officer, NICHD Contracts Management Branch
Office of Acquisitions, NIDDK, NIH
Executive Building, Room 7A-07
6100 Executive Blvd., MSC 7510
Bethesda, Maryland 20892-7510
Phone: 301-435-6947
FAX: 301-402-3676
E-mail: eo43m@nih.gov

Enclosure

cc: Alex D. Tomaszczuk

1 I have noted a minor factual error on page four of the opinion. The last sentence on page four which reads "In addition, contracts for the collection of data in seven of the 105 Study Locations were awarded in fiscal year 2005," should instead reference "calendar year 2005," since one such contract was awarded on November 1, 2005. My attorneys have advised me that this minor factual error has no impact on the legal analysis and conclusion.

# EXHIBIT 30

**DEPARTMENT OF HEALTH & HUMAN SERVICES** Public Health Service

Phone: (301) 435-6947
Fax: (301) 402-3676
Email: eo43m@nih.gov

National Institutes of Health (NIH)
National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)
Office of Acquisitions, NICHD Branch
6100 Executive Blvd., Room 7A07, MSC 7510
BETHESDA MD 20892-7510
Overnight Delivery Zip code (FedEx): 20852

October 05, 2007

Mr. Keith Thornburg
CNA Corporation
4825 Mark Center Drive
Alexandria VA 22311

Subject: Request for Proposals (RFP) No. NIH-NICHD-NCS-07-11 East entitled "National Children's Study"

Dear Mr. Thornburg:

This letter is to notify you that your proposal, submitted in response to the above subject RFP, was not selected for contract award.

The following information is provided pursuant to Federal Acquisition Regulation (FAR) 15.503 (b). Eighteen (18) proposals were received on or before the due date. Twelve (12) awards with an effective date of September 28, 2007 have been made under this RFP to the following institutions:

1. University of Pittsburgh
   139 University Place
   350 Thackeray Hall
   PITTSBURGH PA 15260

   Contract No.: HHSN267200700029C
   Contract Amount: Base -- Westmorland County, PA $11,797,478; Option location – Marion County, WV $12,945,406

2. Brown University
   Office of Sponsored Projects
   Box 1929
   164 Angell Street
   PROVIDENCE RI 02912

   Contract No.: HHSN267200700032C
   Contract Amount: Base – Providence, RI $14,111,816

3. The University of North Carolina at Chapel Hill
   123 West Franklin Street, University Square
   CHAPEL HILL NC 27516-2524

   Contract No.: HHSN267200700049C
   Contract Amount: Base – Durham, NC $4,588,968; Option locations – Rockingham County, NC $10,870,917; Durham County, NC $10,992,967; Burke County, NC $11,100,026; Buncombe County, NC $11,124,130

4. Johns Hopkins University
Bloomberg School of Public Health
615 North Wolfe Street
BALTIMORE MD 21025

Contract No.: HHSN267200700048C
Contract Amount: Base – Baltimore County, MD $12,808,223

5. Yale University
Grant and Contract Administration
P.O. Box 20847
NEW HAVEN CT 06520-8047

Contract No.: HHSN267200700028C
Contract Amount: Base – New Haven, CT $15,053,669

6. The Children's Hospital of Philadelphia
Joseph Stokes, Jr. Research Institute
Abramson Pediatric Research Center
3615 Civic Center Boulevard
PHILADELPHIA PA 19104

Contract No.: HHSN267200700020C
Contract Amount: Base – Philadelphia, PA $17,932,932; Option locations -- New Castle, DE $12,684,513; Schuylkill, PA $13,490,645

7. University of Massachusetts Medical School
55 Lake Avenue North
WORCESTER MA 01655

Contract No.: HHSN267200700024C
Contract Amount: Base – Worcester, MA $16,245,311

8. Mount Sinai School of Medicine
One Gustave L. Levy Place
NEW YORK NY 10029

Contract No.: HHSN267200700047C
Contract Amount: Base – New York City, NY $18,851,068; Option locations – Nassau County, NY $16,093,827; Passaic County, NY $15,147,150; Middlesex County, NY $14,815,941; Brooklyn, NY $16,981,892

9. Michigan State University
Contract and Grant Administration
301 Administration Building
EAST LANSING MI 48824

Contract No.: HHSN267200700034C
Contract Amount: Base – Wayne County, MI $18,581,901

Request for Proposals (RFP) No. NIH-NICHD-NCS-07-11 East entitled "National Children's Study"

10. Emory University
1784 N. Decatur Rd. Suite 530
ATLANTA GA 30322

Contract No.: HHSN267200700007C
Contract Amount: Base – DeKalb County, GA $13,373,534; Option location– Fayette County, GA $12,126,816

11. Northwestern University
633 Clark Street
EVANSTON IL 60208-1110

Contract No.: HHSN267200700027C
Contract Amount: Base – Cook County, IL $16,776,174; Option location – Cook County, IL $15,242,096

12. University of Mississippi Medical Center
2500 North State Street
JACKSON MS 39216

Contract No.: HHSN267200700030C
Contract Amount: Base – Hinds, MS -- $12,840,315

In accordance with FAR 15.503 (b)(v), the primary reason CNA did not receive an award, is that as a consequence of the Government post employment restrictions, 18 U.S.C. 207, the proposed Principal Investigator (PI) would not be able to fulfill the duties of a PI as contemplated by the terms and conditions of the Request for Proposals (RFP). As set forth in the terms of the RFP, the Principal Investigator is required to have substantial interactions with Government personnel during the performance of the contract.

The National Institute of Child Health and Human Development sincerely appreciates your interest in our program as evidenced by the submission of your proposal; and we look forward to your continued interest in our acquisitions.

Sincerely,

Elizabeth J. Osinski
Contracting Officer
NICHD Branch, OA, NIDDK

cc: Proposed Principal Investigator: Sarah Friedman, M.D.