**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Electronically Filed on April 23, 2008)**
**BID PROTEST**

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| Plaintiff, | ) | No: 08-249C (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING DECLARATION**

In furtherance of the arguments presented during the hearing in this matter on April 22, 2008 oral, Plaintiff The CNA Corporation submits the attached declaration of Herbert Stephen Broyhill.

Dated: April 23, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel for The CNA Corporation

*Of Counsel:*
Daniel S. Herzfeld
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859

Caroline L. Plant
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**DECLARATION OF STEPHEN BROYHILL**

I, Herbert Stephen Broyhill, declare as follows:

1. I am the Vice-President, Corporate Business Development for the Institute for Public Research division of The CNA Corporation ("CNAC").

2. CNAC intends to submit a proposal in response to Request for Proposals Number NIH-NICHD-NCS-08-21E ("2008 RFP") for the Montgomery County, Maryland location of the National Children's Study ("NCS"). The current due date for proposals in response to the 2008 RFP is 4 pm on Friday, May 2, 2008. It would be CNAC's normal business practice to submit its proposal on (or shortly before) the due date.

3. CNAC and its original NCS teammates were disappointed by NIH's Disqualification Letter of March 19, 2008 concerning Dr. Friedman's ineligibility to serve as NCS Principal Investigator. In response to our teammates' queries, we informed them that we intended to contest NIH's decision (as we have done) but could not predict how long it would take until resolution, or the eventual outcome. In order to protect their own business interests, several of CNAC's original teammates indicated that they would seek other teaming options for the 2008 RFP.

4. As of this date, CNAC confirms that one of its original four teammates is still available to resubmit a proposal for the NCS Montgomery County, Maryland location on the 2008 RFP. CNAC is working both to retain the participation of other original teammates and also to identify replacement teammates, as necessary. CNAC also may tap other internal resources for purposes of submitting a proposal in response to the 2008 RFP.

5. Notwithstanding the current uncertainty regarding Dr. Friedman's status, CNAC has received assurances from all four of its teammates on our final proposal submitted in response to Request for Proposals (RFP) Number NIH-NICHD-NCS-07-11 ("2007 RFP") for the NCS Montgomery County, Maryland location that they will remain on the team in response to a directed award, and will perform at the price previously proposed. CNAC confirms that it can perform the resulting contract with Dr. Sarah L. Friedman as the Principal Investigator at the same price proposed in response to the 2007 RFP (assuming Dr. Friedman is eligible to serve in that capacity).

I declare under penalty of perjury that the foregoing is true and correct.

April 23, 2008
Dated

Herbert Stephen Broyhill