**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE CNA CORPORATION, | ) | |
| | ) | No. 08-249C |
| Plaintiff, | ) | |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ELIZABETH OSINSKI**

I, Elizabeth Osinski, do declare and state the following:

1. I am one of the Contracting Officers assigned to the 2008 National Children's Study (NCS) (East) Request for Proposals.

2. NIH received, as requested in the 2008 NCS RFP, two Proposal Intent Response Sheets from two potential offerors. One potential offeror is located in the State of Maryland and another is located in the District of Columbia. The Proposal Intent Response Sheets were submitted on April 11, 2008 and April 14, 2008.

3. While the Proposal Intent Response Sheets do not indicate which locations or counties for which the offeror expects to submit a proposal, because of the close proximity of these entities to Montgomery County, MD, I believed it was a strong possibility that each entity may submit a proposal on Montgomery County, MD. I called each entity and asked for which location(s) they intend to submit a proposal. Each entity indicated that it plans to submit a proposal for Montgomery County, MD.

4. One of the entities that plans to submit a proposal for Montgomery County, MD indicates in its Proposal Intent Response Sheet that it plans to use individuals or entities that were named in CNAC's technical proposal on the 2007 NCS procurement.

5. The other entity that plans to submit a proposal for Montgomery County, MD submitted a proposal for Montgomery County, MD on the 2007 procurement.

6. While the RFP requests offerors to submit a Proposal Intent Response Sheet, submission of such a sheet is not a pre-requisite to submitting a proposal. As a result, I do not know whether any other offerors plan to submit proposals for Montgomery County, MD.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2008.

Elizabeth Osinski

Elizabeth Osinski