# In the United States Court of Federal Claims

**No. 08-249 C**

**THE CNA CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion, filed April 30, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the HHS contracting officer's decision to exclude plaintiff, based on the HHS ethics opinion, is determined to be arbitrary and unreasonable, and is hereby vacated. Defendant's motions to dismiss and for judgment upon the administrative record are denied. Plaintiff may submit a proposal for the 2008 National Children's Study RFP with Dr. Friedman as the Principal Investigator, and HHS shall not exclude her on the basis of the post-employment restrictions of 18 U.S.C. § 207(a)(1).

John S. Buckley
Acting Clerk of Court

**May 5, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.